# Exhibit 10

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| STC.UNM, | CIVIL ACTION NO. 6:19-cv-262 |
|     Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD., | |
|     Defendant. | |

## STATUS REPORT REGARDING SERVICE OF DISCOVERY ON TP-LINK USA CORPORATION

1. On January 2, 2020, the Court issued its Order Regarding Motion for Reconsideration of Plaintiff's Motion for Leave to Effect Alternative Service (Dkt. 8) (the "Order"). In the Order, the Court concluded that Plaintiff STC.UNM "has now provided sufficient facts for at least a *prima facie* case that [Defendant TP-Link Technologies Co., Ltd. (hereafter "TP-Link China")] exerts the kind of control over its subsidiary [TP-Link USA Corporation (hereafter "TP-Link USA")] necessary to establish an alter ego status." *Id.* at 7.

2. Based on that finding, the Court granted leave for STC.UNM to serve discovery on TP-Link USA, including document requests and a corporate representative deposition notice, in order to discover whether sufficient facts exist to warrant service of process on TP-Link USA as the agent of TP-Link China.

3. STC.UNM prepared subpoenas for document production and a corporate representative deposition for service on TP-Link's registered agent, Yongsheng Liu, at 145 S. State College Blvd., Suite 400, Brea, California 92821. The subpoenas called for documents to be produced by February 11, 2020, and for a corporate representative deposition to occur on March 3, 2020.

4. Thereafter, a process server made diligent attempts to serve the subpoenas on Yongsheng Liu at the above address. The process server reported that he was unable to serve Mr. Liu, and that

he "was told [Mr. Liu] is in China and isn't due back until the 2nd week in February." *See* Reports attached as Exhibits A and B hereto.

5.      After receiving the report that Mr. Liu was in China, STC.UNM discovered another registered agent for TP-Link USA named Deyi Shu, who was located at the same address in Brea, California. STC.UNM's process server then attempted to serve the subpoenas on Mr. Shu, but was "again informed that [Mr. Shu] is also *in China along with all of the head execs*," and that they are expected to return "sometime in February." *See* Declarations of Eric Wilkins attached as Exhibits C and D hereto (emphasis added).

6.      STC.UNM submits that the fact that *all* of TP-Link USA's executives are currently in China, where the Defendant is headquartered, constitutes further evidence that the two companies are so intertwined as to deem TP-Link USA to be TP-Link China's agent for service of process. Nevertheless, STC.UNM will continue to make diligent efforts to serve its subpoenas on TP-Link USA, and it will keep the Court apprised of its progress. STC.UNM does not know how current travel restrictions from mainland China to the United States might delay efforts at service, if at all. *See* https://www.cnn.com/2020/02/02/us/coronavirus-us-travel-restrictions/index.html (noting that "US citizens returning from [mainland China] … may face up to 14 days of self-monitored quarantine") (last visited February 4, 2020).

Dated: February 5, 2019                         Respectfully submitted,

                                                By:   /s/ *William D. Ellerman*
                                                      Charles L. Ainsworth (Texas 00783521)
                                                      Robert Christopher Bunt (Texas 00787165)
                                                      PARKER, BUNT & AINSWORTH, P.C.
                                                      1000 East Ferguson, Suite 418
                                                      Tyler, TX 75702
                                                      Tel: (903) 531-3535
                                                      charley@pbatyler.com
                                                      rcbunt@pbatyler.com

Michael W. Shore (Texas 18294915)
Alfonso G. Chan (Texas 24012408)
William D. Ellerman (Texas 24007151)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorechan.com
achan@shorechan.com
wellerman@shorechan.com

**COUNSEL FOR PLAINTIFF STC.UNM**

# EXHIBIT A

| WILLIAM D. ELLEMAN<br>901 MAIN STREET, STE 3300   DALLAS, TX 75202<br>CASE NUMBER: **6:19-CV-00262-ADA** | **JPL PROCESS SERVICE**<br>*For Fast, Secure Delivery Of Your Legal Documents* |
|---|---|
| **STC.UNM**<br><br>**vs.**<br><br>**TP-LINK TECHNOLOGIES CO., LTD** | **SUMMARY OF SERVICE**<br>**JOB COMPLETE**<br>**147678A**<br>**Process** |
| | **COMPLETED BY**<br>**ERIC WILKINS**<br>**1/23/2020  10:24 AM** |
| **SUMMARY OF SERVICE** | Reference No.: |

## * * NOT SERVED * *

I received the within process on  January 21, 2020 and that after due and diligent effort I have been unable to serve said person.  The following itemization of the dates and times of attempts details the efforts required to effect service.

Servee: YONGSHENG LIU, REGISTERED AGENT FOR TP-LINK USA

Attempted at 145 S State College Blvd Ste 400 Brea, CA 928215833 On 1/23/2020 at 10:24 AM
Results: WAS TOLD SUBJECT IS IN CHINA AND ISN'T DUE BACK UNTIL THE 2ND WEEK IN FEBRUARY

## OFFICIAL AFFIDAVIT OF SERVICE/NON-SERVICE WILL FOLLOW IN THE MAIL

## http://www.JPLPS.com/

SERVICE OF PROCESS | SKIP TRACING | COURT FILINGS

## NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE
Did you know you can check status, place orders, and look up costs online?
Visit our secure website at http://www.JPLPS.com/

# SUMMARY OF SERVICE

Summary/147678A

# EXHIBIT B

| WILLIAM D. ELLEMAN<br>901 MAIN STREET, STE 3300   DALLAS, TX 75202<br>CASE NUMBER: **6:19-CV-00262-ADA** | **JPL PROCESS SERVICE**<br>*For Fast, Secure Delivery Of Your Legal Documents* | |
|---|---|---|
| STC.UNM<br><br>VS.<br><br>TP-LINK TECHNOLOGIES CO., LTD | **SUMMARY OF SERVICE**<br>**JOB COMPLETE**<br>**147678B**<br>**Process** | |
| | **COMPLETED BY**<br>**ERIC WILKINS**<br>**1/23/2020  10:24 AM** | |
| **SUMMARY OF SERVICE** | Reference No.: | |

## * * NOT SERVED * *

**I received the within process on  January 21, 2020 and that after due and diligent effort I have been unable to serve said person.  The following itemization of the dates and times of attempts details the efforts required to effect service.**

 **Servee: YONGSHENG LIU, REGISTERED AGENT FOR TP-LINK USA**

## OFFICIAL AFFIDAVIT OF SERVICE/NON-SERVICE WILL FOLLOW IN THE MAIL

### http://www.JPLPS.com/

SERVICE OF PROCESS | SKIP TRACING | COURT FILINGS

## NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE
Did you know you can check status, place orders, and look up costs online?
Visit our secure website at http://www.JPLPS.com/

# SUMMARY OF SERVICE

# EXHIBIT C

| Attorney or Party without Attorney: | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| WILLIAM D. ELLEMAN SHORE CHAN DEPUMPO, LLP 901 MAIN STREET, STE 3300 DALLAS, TX 75202 | | | | |

TELEPHONE No.: (214) 593-9110     FAX No. (Optional):     E-MAIL ADDRESS (Optional):

Attorney for:

Ref No. or File No.:
315058

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS - WESTERN

Plaintiff: STC.UNM

Defendant: TP-LINK TECHNOLOGIES CO., LTD

| NON SERVICE REPORT | HEARING DATE: 3/3/2020 | TIME: 9:00 AM | DEPT.: | CASE NUMBER: 6:19-CV-00262-ADA |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **DEYI SHU, REGISTERED AGENT FOR TP-LINK USA**

Documents:  SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION;

| Date | Time | Results |
|---|---|---|
| 1/28/2020 | 10:21 AM | ATTEMPT AT THE SAME ADDRESS AS YONGSHEN LIU, WE WERE AGAIN INFORMED THAT THE SUBJECT IS ALSO IN CHINA ALONG WITH ALL OF THE HEAD EXECS.  THEY HAVE A EXPECTED RETURN DATE SOMETIME IN FEBUARY. 145 S State College Blvd Ste 400,  Brea, CA 928215833 |

Fee for Service:
   County:  **LOS ANGELES**
   Registration No.:  **2012208220**
   **HG LITIGATION**
   **2777 N STEMMONS FREEWAY**
   **DALLAS, TX 75207**
   **(888) 656-3376**
   Ref: 315058

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 1/28/2020.

Signature: _ERIC WILKINS_

**NON SERVICE REPORT**

Order#: 147678D



# EXHIBIT D

| Attorney or Party without Attorney: | | | FOR COURT USE ONLY |
|---|---|---|---|
| WILLIAM D. ELLEMAN<br>SHORE CHAN DEPUMPO, LLP<br>901 MAIN STREET, STE 3300<br>DALLAS, TX 75202 | | | |

TELEPHONE No.: (214) 593-9110          FAX No. (Optional):          E-MAIL ADDRESS (Optional):

Attorney for:

Ref No. or File No.:
315058

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS - WESTERN

Plaintiff: STC.UNM

Defendant: TP-LINK TECHNOLOGIES CO., LTD

| NON SERVICE<br>REPORT | HEARING DATE:<br>2/11/2020 | TIME:<br>10:00 AM | DEPT.: | CASE NUMBER:<br>6:19-CV-00262-ADA |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **DEYI SHU, REGISTERED AGENT FOR TP-LINK USA**

Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION;

| Date | Time | Results |
|---|---|---|
| 1/28/2020 | 10:21 AM | ATTEMPT AT THE SAME ADDRESS AS YONGSHEN LIU, WE WERE AGAIN INFORMED THAT THE SUBJECT IS ALSO IN CHINA ALONG WITH ALL OF THE HEAD EXECS. THEY HAVE A EXPECTED RETURN DATE SOMETIME IN FEBUARY.<br>145 S State College Blvd Ste 400,  Brea, CA 928215833 |

Fee for Service:
County:  **LOS ANGELES**
Registration No.:  **2012208220**
**HG LITIGATION**
**2777 N STEMMONS FREEWAY**
**DALLAS, TX 75207**
**(888) 656-3376**
Ref: 315058

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 1/28/2020.

Signature: _ERIC WILKINS_

**NON SERVICE REPORT**

Order#: 147678C