**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | |
| | Civil Action No. 2:21-cv-430-JRG |
| v. | |
| | **JURY TRIAL DEMANDED** |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP LINK INTERNATIONAL LTD., | |
| Defendants. | |

**DECLARATION OF EDWARD J. MAYLE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5) FOR INSUFFICIENT SERVICE OR PROCESS**

1.      I am an attorney as the law firm of Kilpatrick Townsend & Stockton, LLP and am licensed to practice law in the State of Colorado and admitted in this action *pro hac vice*. I represent Defendants in this proceeding. My business address is Kilpatrick Townsend & Stockton LLP, 1400 Wewatta Street, Suite 600, Denver, Colorado 80202. This declaration is based upon my personal knowledge and, if called as a witness, I could and would testify to these facts.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Petition for a Writ of Mandamus in *In re ZTE Corporation* (Fed. Cir. No. 2022-147, petition filed May 5, 2022).

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Sept. 27, 2020 letter from Ministry of Justice, People's Republic of China to the U.S. Department of Justice.

1

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.  Executed on June 7, 2022, in Denver, Colorado.

/*Edward J. Mayle*/
Edward J. Mayle