# Exhibit N

Case 2:21-cv-00430-JRG-RSP   Document 64-15   Filed 09/08/22   Page 2 of 6 PageID #:  1536

Panjiva
MENU

- Panjiva
- Solutions
- Products
- Data
- Pricing
- S&P Global
- Search
- En
- Demo Request a Demo
- Sign in

Supply Chain Intelligence about:

# Tp Link Technologies Co., Ltd.

Company profile    China

**See Tp Link Technologies Co., Ltd.'s products and customers**

Thousands of companies like you use Panjiva to research suppliers and competitors.

Request a Demo

**Reveal patterns in global trade**

Top countries/regions supplied by Tp Link Technologies Co., Ltd.
Destination Country/Region

- Vietnam
  159,495 shipments (88.6%)
- United States
  1,843 shipments (1.0%)
- Germany
  1,035 shipments (0.6%)
- Poland
  791 shipments (0.4%)
- United Arab Emirates
  745 shipments (0.4%)
- United Kingdom
  685 shipments (0.4%)
- Russia
  613 shipments (0.3%)
- Australia
  604 shipments (0.3%)
- India
  569 shipments (0.3%)
- Colombia
  565 shipments (0.3%)
- Canada
  564 shipments (0.3%)

- Mexico
  562 shipments (0.3%)
- Malaysia
  550 shipments (0.3%)
- Romania
  535 shipments (0.3%)
- Brazil
  512 shipments (0.3%)
- Thailand
  510 shipments (0.3%)
- Hong Kong, China
  481 shipments (0.3%)
- Turkey
  461 shipments (0.3%)
- Singapore
  459 shipments (0.3%)
- Indonesia
  452 shipments (0.3%)
- Ukraine
  433 shipments (0.2%)
- Pakistan
  417 shipments (0.2%)
- Czech Republic
  387 shipments (0.2%)
- Netherlands
  368 shipments (0.2%)
- Paraguay
  364 shipments (0.2%)
- Peru
  362 shipments (0.2%)
- Taiwan, China
  359 shipments (0.2%)
- South Africa
  344 shipments (0.2%)
- Uruguay
  336 shipments (0.2%)
- Philippines
  334 shipments (0.2%)
- Argentina
  328 shipments (0.2%)
- Ecuador
  310 shipments (0.2%)
- Kazakhstan
  301 shipments (0.2%)
- Chile
  294 shipments (0.2%)
- Israel
  293 shipments (0.2%)
- Cambodia
  247 shipments (0.1%)
- Azerbaijan
  224 shipments (0.1%)
- South Korea
  219 shipments (0.1%)
- Morocco
  203 shipments (0.1%)
- Egypt
  202 shipments (0.1%)
- Lebanon
  185 shipments (0.1%)
- Kyrgyzstan
  183 shipments (0.1%)
- Nepal
  179 shipments (0.1%)
- Hungary
  170 shipments (0.1%)
- Sri Lanka
  168 shipments (0.1%)
- Iran
  155 shipments (0.1%)
- Japan
  155 shipments (0.1%)
- New Zealand
  153 shipments (0.1%)
- Bangladesh
  152 shipments (0.1%)
- Georgia
  151 shipments (0.1%)

Case 2:21-cv-00430-JRG-RSP Document 64-15 Filed 09/08/22 Page 4 of 6 PageID #: 1538



**Easy access to trade data**

1,076 US import shipments
US
291 South American shipments
South America
Chinese Trade Data
China

**U.S. Customs records organized by company**

1,076 U.S. shipments available for Tp Link Technologies Co., Ltd., updated weekly since 2007

| Date | Supplier | Customer | Details | 43 more fields |
|------|----------|----------|---------|----------------|
| 2022-02-10 | Tp Link Technologies Co., Ltd. | Tp Link Usa Corporation | POE INJECTOR HS-CODE 8504408500 JETSTREAM 16-PORT 10GE SFP L2 MANAGED SWITCH; 8-PORT 10G MULTI-GIGABIT DESKTOP RACKMOUNT SWITCH; JETSTREAM 52-PORT GIGABIT L2 MANAGED SWITCH WITH 48-PORT POE HS-CODE 8517620020 AX3000 WI-FI 6 RANGE EXTENDER; USB 3. 0 TO GIGABIT ETHERNET NETWORK ADAPTER; 300MBPS WIRELESS N ACCESS POINT; AX1800 WALL PLATE WI-FI 6 ACCESS POINT; 1000BASE-LX SMF MINI GBIC MODULE; 1000... | Bill of lading |
| 2022-02-04 | Tp Link Technologies Co., Ltd. | Solution Box Llc | NETWORKING PRODUCTS: ROUTER/RANGE EXTENDER/AD APTER/SWITCH 324 PACKAGES= 15 PALLETS (286CTN S)+309CTNS "THIS SHIPMENT CONTAINS SOLID WO OD PACKING MATERIALS" | Bill of lading |
| 2022-02-04 | Tp Link Technologies Co., Ltd. | Tp Link Canada Inc. | NETWORKING PRODUCTS INCLUDE ROUTER, SWITCH, WI-FI RANGE EXTENDER (NO BATTERY CONTAINED)RS HS-CODE 851762 NON-WOVEN BAG HS-CODE 420292 INSIDE BOX HS-CODE 481910 NAC TP LINK 8041 BANQ HBL#SZX1912447 | Bill of lading |

Shipment data shows what products a company is trading and more. Learn more

**Explore trading relationships hidden in supply chain data**

**Supply chain map**



See all 90 customers of Tp Link Technologies Co., Ltd.

## Contact information for Tp Link Technologies Co., Ltd.

**Address**

BLKC SHENNAN GARDEN SHENNAN RD NANSHAN SHENZHEN CHINA HK

www.tp-link.com/

**Top products**

1. switch
2. networking
3. router
4. light bulb
5. usb hub

**Top HS Codes**

1. HS 85 - Electrical machinery and equipment and parts thereof; sound recorders and reproducers; television image and sound recorders and reproducers, parts and accessories of such articles
2. HS 48 - Paper and paperboard; articles of paper pulp, of paper or paperboard
3. HS 39 - Plastics and articles thereof
4. HS 73 - Iron or steel articles
5. HS 49 - Printed books, newspapers, pictures and other products of the printing industry; manuscripts, typescripts and plans

See more goods shipped on Panjiva

## Sample Bill of Lading

**163,674 shipment records available**

Date
2022-02-10
Shipper Name
Tp Link Technologies Co., Ltd
Shipper Address
CENTRAL ZONE SCIENCE & TECHNOLOGY PARK NANSHAN SHENZHENP. R
Consignee Name
Tp Link Usa
Consignee Address
975 OVERLAND COURT SAN DIMAS, CA 91773
Weight
8336
Weight Unit
K
Weight in KG
8336.0
Quantity
1231
Quantity Unit
CTN
Measure Unit
X
Shipment Origin
China
Details
8,336.0 kg
From port: Yantian, China
To port: The Port of Los Angeles, Los Angeles, California
Place of Receipt
Yantian
Foreign Port of Lading
Yantian, China
U.S. Port of Unlading
The Port of Los Angeles, Los Angeles, California
U.S. Destination Port

The Port of Los Angeles, Los Angeles, California
Commodity
POE INJECTOR HS-CODE 8504408500 JETSTREAM 16-PORT 10GE SFP L2 MANAGED SWITCH; 8-PORT 10G MULTI-GIGABIT DESKTOP RACKMOUNT SWITCH; JETSTREAM 52-PORT GIGABIT L2 MANAGED SWITCH WITH 48-PORT POE HS-CODE 8517620020 AX3000 WI-FI 6 RANGE EXTENDER; USB 3. 0 TO GIGABIT ETHERNET NETWORK ADAPTER; 300MBPS WIRELESS N ACCESS POINT; AX1800 WALL PLATE WI-FI 6 ACCESS POINT; 1000BASE-LX SMF MINI GBIC MODULE; 1000BASE-T RJ45 SFP MODULE; AX1800 WALL PLATE WI-FI 6 ACCESS POINT HS-CODE 8517620090 KASA SMART DOORBELL HS-CODE 8525804000 KASA SMART WI-FI LIGHT SWITCH, 3-WAY DIMMER KIT HS-CODE 8536507000 KASA SMART WI-FI LIGHT BULB, MULTICOLOR, 2-PACK; KASA SMART LIGHT BULB, DIMMABLE, 4-PACK; KASA SMART WI-FI LIGHT BULB, MULTICOLOR, 4-PACK; KASA SMART LIGHT BULB, MULTICOLOR, 4-PACK; KASA SMART LIGHT BULB, MULTICOLOR HS-CODE 8539500010 NAC TP LINK SCAC CODE BANQ HBL#SZX1908592
Container
OOLU9590564
Marks Description
TUC-A 32-TUC-A 83 TUC-C 63-TUC-C 64 TUC-H 9-TUC-H 13 TUC-K 1-TUC-K 49 TUC-C 48-TUC-C 50 TUC-A 1-TUC-A 2 TUC-C 49-TUC-C 93 TUC-M 22-TUC-M 24 TUC-M 30-TUC-M 30 TUC-A 1-TUC-A 65 TUC-B 30-TUC-B 33 TUC-B 90-TUC-B 90 TUC-E 1-TUC-E 5 TUC-C 46-TUC-C 59 TUC-C 110-TUC-C 138 TUC-C 14-TUC-C 63 TUC-G 332-TUC-G 416 TUC-G 556-TUC-G 606 TUC-G 691-TUC-G 691 TUC-E 201-TUC-E 281 TUC-E 360-TUC-E 526 TUC-E 1-TUC-E 400 TUC-E 401-TUC-E 465 TUC-H 1-TUC-H 50 TUC-H 51-TUC-H 51
Carrier Name
BLUE ANCHOR AMERICA LINE (BLUE ANCHOR LINE)
Vessel Name
APL SENTOSA
Voyage Number
0TUL7
Bill of Lading Number
BANQSZX1908592
Master Bill of Lading Number
OOLU2129582500
HTS Codes
HTS 8504.40.85.00;HTS 8525.80.40.00;HTS 8536.50.70.00;HTS 8539.50.00.10;HTS 8517.62.00.20;HTS 8517.62.00.90

Suppliers of similar products from China  Suppliers similar to Tp Link Technologies Co., Ltd.

- Chinese switch manufacturers
- Chinese networking manufacturers
- Chinese router manufacturers
- Chinese light bulb manufacturers
- Chinese usb hub manufacturers
- Chinese wireless manufacturers
- Chinese desktop manufacturers
- Chinese poe manufacturers
- Chinese camera manufacturers
- Chinese battery manufacturers

- Chun Jee Shipping Co., Ltd.
- Victory Industries Co., Ltd.
- Fuguanda Acrylic Crafts Factory
- Anya Global (Qingdao) Ltd.
- Qingdao Xingyu Woods Co., Ltd.
- Lanxi Tiantian Strip Industries Co., Ltd.
- Zhejiang Chuntian Doors Co., Ltd.
- Yiu Wing Trading Co.
- Shaxian Hengtong Wood Industries Co.
- Xinze Craft Ltd.

**Thousands of companies use Panjiva to research suppliers and competitors**

Request a Demo

- Solutions
- Buyers
- Suppliers
- Logistics
- Governments
- Analysts

- Products
- Panjiva Platform
- S&P Capital IQ Pro
- Xpressfeed™
- Technology

- Data
- United States
- Brazil
- Central & South America
- India
- Pakistan
- Vietnam

- Company
- Blog
- Press
- Contact
- Jobs

55 Water Street, 42nd Floor
New York, NY 10041

Request a demo

- **English**
- Español
- 中文

- Terms of Use
- Sitemap
- Privacy Policy
- Cookie Notice
- Cookie Settings
- Do Not Sell My Personal Information

© 2022 S&P Global