**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LIMITED, and TP LINK INTERNATIONAL LTD., <br><br> Defendants. | Civil Action No. 2:21-cv-00430-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF KEVIN M. BELL IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

1.      I am an attorney as the law firm of Kilpatrick Townsend & Stockton, LLP and am licensed to practice law in the State of Colorado, and admitted before the bar for the Eastern District of Texas.  I represent Defendants in this proceeding.  My business address is Kilpatrick Townsend & Stockton LLP, 1400 Wewatta Street, Suite 600, Denver, Colorado 80202.  This declaration is based upon my personal knowledge and, if called as a witness, I could and would testify to these facts.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an annotated version of Defendants' Responses to Plaintiff's Venue-Related Interrogatories to Defendants (Nos. 1-8).

3.      Attached hereto as **Exhibit 2** is a true and correct copy of annotated excerpts of the August 13, 2022 of the Rule 30(b)(6) deposition transcript of Defendants through corporate designee Yanmei (Rita) Zhang.

1

4.     Attached hereto as **Exhibit 3** is a true and correct copy of an annotated version of Defendants' Objections and Responses to Plaintiff's Notice of Deposition by Written Questions to Jianmei Sun.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of an annotated version of Defendants' Responses to Plaintiff's Common Interrogatories Related to Venue and Personal Jurisdiction (Nos. 1-8) to Defendants.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of annotated excerpts of the ██████████████████████████████████████████████████████████ ████████, produced in this litigation at TPL0003349 to TPL0003356.

7.     I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.  Executed on September 13, 2022, in Denver, Colorado.

/s/ Kevin M. Bell
Kevin M. Bell

76473063V.1

2