**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 2:21-cv-00430-JRG-RSP |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP-LINK INTERNATIONAL LTD., | |
| Defendants. | |

**DECLARATION OF BLAINE LARSON IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER**

I, Blaine Larson, declare as follows:

1.     I am a partner with the law firm of Heim, Payne & Chorush, which represents Atlas Global Technologies LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.     Attached hereto as **Exhibit A** is a true and correct copy of *In Re LG, et al,* CAFC No. 2018-00134, Order on Denying Motion to Transfer, dated April 24, 2018.

3.     Attached hereto as **Exhibit B** is a true and correct copy of Defendants TP-Link Technologies Co., Ltd. and TP-Link Corporation Limited's Initial and Additional Disclosures in this case.

4.     Attached hereto as **Exhibit C** is a true and correct copy of the deposition transcript of Rita Zhang in the case.

1

5.      Attached hereto as **Exhibit D** is a true and correct copy of Defendants' Objections and Responses to Plaintiff's Notice of Deposition by Written Questions to Yanmei Zhang, dated August 23, 2022, in this case.

6.      Attached hereto as **Exhibit E** is a true and correct copy of Defendants' Objections and Responses to Plaintiff's Notice of Deposition by Written Questions to Yanmei Zhang, dated July 22, 2022, in *Stingray IP Solutions, LLC, v. TP-Link Technologies Co.*, Civil Action No. 2:21-cv-00045-JRG.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the Defendants' Objections and Responses to Plaintiff's Notice of Deposition by Written Questions to Jianmei Sun, dated August 23, 2022, in this case.

8.      Attached hereto as **Exhibit G** is a true and correct copy of Defendants' Objections and Responses to Plaintiff's Notice of Deposition by Written Questions to Jianmei Sun, dated July 22, 2022, in *Stingray IP Solutions, LLC, v. TP-Link Technologies Co., LTD.*, Civil Action No. 2:21-cv-00045-JRG.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the document Bates labeled TPL0003357, produced by Defendants in this litigation (the "Distribution Agreement").

10.     Attached hereto as **Exhibit I** is a true and correct copy of the deposition transcript of Craig Yudell, dated August 24, 2022, in *Atlas Global Technologies LLC v. Asustek Computer, Inc.,* Civil Action No. 6:21-cv-00820-ADA.

11.     Attached hereto as **Exhibit J** is a true and correct copy of the deposition transcript of Marc Booth, dated August 25, 2022, in *Atlas Global Technologies LLC v. Sercomm Corporation,* Civil Action No. 6:21-cv-00818-ADA.

12.    Attached hereto as **Exhibit K** is a true and correct copy of Broadcom's website listing its locations.

13.    Attached hereto as **Exhibit L** is a true and correct copy of Qualcomm's website listing its locations.

14.    Attached hereto as **Exhibit M** is a true and correct copy of MediaTek's website listing its locations.

15.    Attached hereto as **Exhibit N** is a true and correct copy of Intel's website listing its locations.

16.    Attached hereto as **Exhibit O** is a true and correct copy of an email string re document production.

17.    Attached hereto as **Exhibit P** is a true and correct copy of a document produced by Qualcomm, Bates labeled QCATLASVTPLINK430_0000002.

18.    Attached hereto as **Exhibit Q** is a true and correct copy of Qualcomm's website listing its headquarters.

19.    Attached hereto as **Exhibit R** is a true and correct copy of Exhibit A to Atlas's Infringement Contentions.

20.    Attached hereto as **Exhibit S** is a true and correct copy of Exhibit E to Atlas's Infringement Contentions.

21.    Attached hereto as **Exhibit T** is a true and correct copy of the LinkedIn profile of Jie Fang.

22.    Attached hereto as **Exhibit U** is a true and correct copy of the LinkedIn profile of Sohan Purohit.

23.    Attached hereto as **Exhibit V** is a true and correct copy of the LinkedIn profile of Tawfik Ahmed.

3

24.     Attached hereto as **Exhibit W** is a true and correct copy of the LinkedIn profile of Taylor Houser.

25.     Attached hereto as **Exhibit X** is a true and correct copy of the LinkedIn profile of Lance Watson.

26.     Attached hereto as **Exhibit Y** is a true and correct copy of the LinkedIn profile of H.S. Nagashree.

27.     Attached hereto as **Exhibit Z** is a true and correct copy of the LinkedIn profile of Sravan Kumar Ankireddy.

28.     Attached hereto as **Exhibit AA** is a true and correct copy of the LinkedIn profile of Hsiu-Min Tsai.

29.     Attached hereto as **Exhibit BB** is a true and correct copy of the LinkedIn profile of Shahnaz Nagle.

30.     Attached hereto as **Exhibit CC** is a true and correct copy of the LinkedIn profile of Richard Cheung.

31.     Attached hereto as **Exhibit DD** is a true and correct copy of the LinkedIn profile of Shweta Shrivastava.

32.     Attached hereto as **Exhibit EE** is a true and correct copy of the LinkedIn profile of Christopher Bednarz.

33.     Attached hereto as **Exhibit FF** is a true and correct copy of the LinkedIn profile of Chintan Shukla.

34.     Attached hereto as **Exhibit GG** is a true and correct copy of the website for the Wi-Fi Alliance.

35.    Attached hereto as **Exhibit HH** is a true and correct copy of the Product Finder Results from the Wi-Fi Alliance webpage. This page shows TP-Link products that are Wi-Fi 6 CERTIFIED.

36.    Attached hereto as **Exhibit II** is a true and correct copy of the website for the Wi-Fi Alliance showing its headquarters.

37.    Attached hereto as **Exhibit JJ** is a true and correct copy of the LinkedIn profile of Edgar Figueroa.

38.    Attached hereto as **Exhibit KK** is a true and correct copy of the LinkedIn profile of Kevin Robinson.

39.    Attached hereto as **Exhibit LL** is a true and correct copy of the LinkedIn profile of Tate Joyner.

40.    Attached hereto as **Exhibit MM** is a true and correct copy of the LinkedIn profile of Bryan Reese.

41.    Attached hereto as **Exhibit NN** is a true and correct copy of the LinkedIn profile of Minho Cheong.

42.    Attached hereto as **Exhibit OO** is a true and correct copy of statistics showing the median time to trial for patent cases in the Eastern District of Texas over the last four years, obtained via Lex Machina.

43.    Attached hereto as **Exhibit PP** is a true and correct copy of statistics showing the median time to trial for patent cases in the Central District of California over the last four years, obtained via Lex Machina.

44.    Attached hereto as **Exhibit QQ** is a true and correct copy Yujin Noh's IEEE submissions, showing that her affiliation recently switched from Senscomm to LG Electronics.

5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of September, 2022, at Houston, Texas.

Respectfully submitted,

*/s/ Blaine Larson*
Blaine Larson

6