**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC | Case No.  2:21-cv-430-JRG |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP LINK INTERNATIONAL LTD., | |
| Defendant. | |

**Declaration of Alejandra C. Salinas**

I, Alejandra C. Salinas, hereby declare as follows:

1.     I am an attorney at the law firm of Susman Godfrey LLP. I am counsel for Atlas Global Technologies LLC ("Atlas") and NEWRACOM, Inc. ("Newracom"). I am admitted to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2.     Hyungu Park, Je-Hun Lee, and Jongee Oh are employees of Newracom. If called to testify, Hyungu Park, Je-Hun Lee, and Jongee Oh will willingly provide testimony at trial in this case.

3.     Ahmad Reza Hedayat, Heejung Yu, Hongsoog Kim, Hyoung Jin Kwon, and Inkyeong Choi are consultants of Newracom. Ahmad Reza Hedayat is located in San Diego, California. Heejung Yu, Hongsoog Kim, Hyoung Jin Kwon, and Inkyeong Choi are located in Daejeon, Korea. If called to testify, Ahmad Reza Hedayat, Heejung Yu, Hongsoog Kim, Hyoung Jin Kwon, and Inkyeong Choi will willingly provide testimony at trial in this case.

4.     Youngjin Kwon is not currently employed by Newracom.

5.       Prior to the filing of Defendant's transfer motion, Newracom's outside counsel, Heim Payne & Chorush and Susman Godfrey, collected all Newracom records for the Asserted Patents that could be reasonably identified by Newracom employees. These documents relate to the inventions, conception and reduction to practice of the inventions, participation in the 802.11ax standard-setting process, and sale of the Asserted Patents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2022.

*/s/ Alejandra C. Salinas*
Alejandra C. Salinas