**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC<br><br>     Plaintiff,<br><br>     v.<br><br>TP-LINK TECHNOLOGIES CO., LTD.,<br>TP-LINK CORPORATION LTD, and<br>TP LINK INTERNATIONAL LTD.,<br><br>     Defendant. | Case No.  2:21-cv-430-JRG<br><br><br><br>JURY TRIAL DEMANDED |

**Declaration of Craig Yudell**

I, Craig Yudell, hereby declare as follows:

1.     I submit this declaration based on personal knowledge. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2.     I am the President of Atlas Global Technologies LLC ("Atlas"). I am also the Vice President, Licensing & Litigation of Acacia Research Group LLC ("Acacia"), which is Atlas's parent company.

3.     As President of Atlas, I am primarily responsible for the operations of Atlas, which include Atlas's litigation and licensing efforts for the Asserted Patents.

4.     I expect to attend trial in this case and willingly provide testimony. I anticipate that I will serve as Atlas's 30(b)(6) representative and main witness at trial.

5.     Since 1995, I have worked and resided in Austin, Texas with my family. Atlas's headquarters is in Austin, Texas.

6.     Travel to Marshall, Texas to provide testimony would be convenient from my residence in Austin, Texas.  Travel to the Central District of California would require roundtrip comparatively increased travel time, costs, and inconveniences.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2022.

_/s/ Craig Yudell_

Craig Yudell