**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC | Case No.  2:21-cv-430-JRG |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP LINK INTERNATIONAL LTD., | |
| Defendant. | |

**Declaration of Marc Booth**

I, Marc Booth, hereby declare as follows:

1.  I submit this declaration based on personal knowledge. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2.  I am the Chief Executive Officer of Atlas Global Technologies LLC ("Atlas"). I am also the Chief Executive Officer and President of Acacia Research Group LLC ("Acacia"), which is Atlas's parent company.

3.  If called, I expect to willingly provide testimony at trial in this case.

4.  Travel to Marshall, Texas to provide testimony would be convenient. I regularly travel to Texas. Any additional cost or inconvenience incurred personally by attending trial in Marshall, Texas is outweighed by my preference that Atlas maintains its choice of venue in the Eastern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2022.


/s/ *Marc Booth*
Marc Booth