# FILED UNDER SEAL PURSUANT TO
# PROTECTIVE ORDER

# EXHIBIT D