# Exhibit K

# Americas

## San Jose, California (Corporate Headquarters)

1320 Ridder Park Drive
San Jose
California, 95131
United States

Tel: 408-433-8000

Get Directions

## Sao Paulo, Brazil

Avenida das Nacoes Unidas, 14261 Vila Gertrudes, Suite 27-101
Sao Paulo, 04533-085
Brazil

Get Directions

## Richmond, BC

13711 International Place, Crestwood Corporate Centre,
Suite 200, 300 and Floor 2, 3
Richmond, BC V6V 2Z8
Canada

Get Directions

## Waterloo

209 Frobisher Drive
Waterloo, N2V2G4
Canada

Get Directions

## Chandler, Arizona

500 North Juniper Drive
Chandler Corporate Center, Suite 200, Floor 2
Chandler, Arizona 85226
United States

Tel: 480-753-2260

## Petaluma, California

1465 North McDowell Blvd
Petaluma, California 94954
United States

Tel: 707-792-9000

Get Directions

## San Diego, California

16340 West Bernardo Drive, Bernardo Technology Park, Building A
San Diego, California 92127
United States

Tel: 858-385-8800

Get Directions

## San Jose, California (Fox Drive)

1730 Fox Drive
San Jose, California 95131
United States

Get Directions

## San Jose, California (Innovation Drive)

250 Innovation Drive
San Jose, California 95134
United States

Get Directions

## San Jose, California (Junction Ave.)

2880 Junction Ave.
San Jose, California 95134
United States

Get Directions

## San Jose, California (Plumeria Drive)

## Fort Collins, Colorado

4380 Ziegler Road
Fort Collins, Colorado 80525-9640
United States

Get Directions

## Washington DC

607 14th St. NW
Suite 660
Washingon DC, District of Columbia 20005
United States

Get Directions

## Duluth, Georgia

4385 River Green Parkway
Chattahoochee Corners, Suite 100
Duluth, Georgia 30096
United States

Tel: 770-232-0018

Get Directions

## Lisle, Illinois

3333 Warrenville Rd
Suite 800
Lisle, Illinois 60532
United States

Get Directions

## Andover, Massachusetts

200 Brickstone Square, Floor 1, 4
Andover, Massachusetts 1810
United States

Tel: 978-719-1300

Get Directions

## Ewing, New Jersey

200 Princeton South Corporate Center
Suite 400
Ewing, New Jersey 08628
United States

Get Directions

## Melville, New York

100 Baylis Road
Suite 200
Melville, New York 11747
United States

Get Directions

## Charlotte, North Carolina

9815 David Taylor Drive
Charlotte, North Carolina 28262
United States

Get Directions

## Durham, North Carolina

1030 Swabia Court
Imperial Center, Suite 400
Durham, North Carolina 27703
United States

Get Directions

## Allentown, Pennsylvania

1110 American Parkway, Lehigh County
Floor 1, 2 and Building 10, 12
Allentown, Pennsylvania 18109
United States

Get Directions

Get Directions

## Austin, Texas

2901 Via Fortuna Drive
Austin, Texas 78746
United States

Get Directions

## Plano, Texas

5465 Legacy Drive
Plano, Texas 75024
United States

Get Directions

## Draper, Utah

25 East Scenic Pointe Drive
Draper, Utah 84020
United States

Get Directions

## Reston, Virginia

1900 Reston Metro Plaza, Office 602
Reston, Virginia 20190
United States

Get Directions