# Exhibit L

Case 2:21-cv-00430-JRG-RSP Document 70-16 Filed 09/22/22 Page 2 of 3 PageID #: 2283



# 2 Offices in TX, USA



Office

## Austin

AUS.B
9600 N. Mopac, Ste 900,Stonebridge Plaza II
Austin TX 78759
USA

**Get directions**  >



Office

## Richardson

RIC.B
2100 Lakeside Blvd.,Suite 475
Richardson TX 75082
USA

Qualcomm



Company / Offices



Qualcomm

Language

About Qualcomm Careers Offices Contact Us Support Email Subscriptions

Terms of Use Privacy Cookies Policy Cookie Settings

©2022 Qualcomm Technologies, Inc. and/or its affiliated companies.

Note: Certain product kits, tools and materials may require you to accept additional terms and conditions before accessing or using those items.

References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.

Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its QCT semiconductor business. Qualcomm products referenced herein are products of Qualcomm Technologies, Inc. and/or its subsidiaries.

Materials that are as of a specific date, including but not limited to press releases, presentations, blog posts and webcasts, may have been superseded by subsequent events or disclosures.

Nothing in these materials is an offer to sell any of the components or devices referenced herein.