# Exhibit M

MEDIATEK

# United States Office Locations

**MediaTek USA Inc. (Austin) / MediaTek North America Inc. (Austin)**

5914 West Courtyard Drive, Suite 400

Austin, TX 78730

United States

Tel: +1-512-687-1900

Fax: +1-512-687-1921

View Map

**MediaTek USA Inc. (Bellevue) / MediaTek North America Inc. (Bellevue)**

14432 SE Eastgate Way, Suite 110 (1st floor),

Bellevue, WA 98007

United States

Tel: +1-408-526-1899

View Map

**MediaTek USA Inc. (Dallas) / MediaTek North America Inc. (Dallas)**

825 Watters Creek Blvd, Suite 265

Allen, TX 75103

United States

View Map

**MediaTek USA Inc. (Irvine) / MediaTek North America Inc. (Irvine)**

1 Ada Suite 200

Irvine, CA 92618

United States

Tel: +1-408-526-1899

Fax: +1-408-474-8988

View Map

**MediaTek USA Inc. (New Jersey) / MediaTek North America Inc. (New Jersey)**

90 Washington Valley Road

Bedminster, NJ 07921

United States

Tel: +1-855-376-3291

View Map



☰                                                                    🔍  🌐 English  ⌄

Home  >  About  >  Office Locations  >  United States Offices

San Diego, CA 92121

United States

Tel: +1-858-731-9200

Fax: +1-858-731-9201

View Map

**MediaTek USA Inc. (San Jose) / MediaTek North America Inc. (San Jose)**

2840 Junction Ave

San Jose, CA 95134

United States

Tel: +1-408-526-1899

Fax: +1-408-526-1991

View Map

**MediaTek USA Inc. (Woburn) / MediaTek North America Inc. (Woburn)**

120 Presidential Way

Woburn, MA 01801

United States

Tel: +1-781-503-8000

Fax: +1-781-503-8302

View Map



**ABOUT MEDIATEK**

About Us
Office Locations
Careers
Contact Us

**NEWS**

Press Room
Blog
Media Assets
Berita & Media - Indonesia
Press Room – ประเทศไทย
Tin tức - Việt Nam

**INVESTOR RELATIONS**

Financial Information
Shareholder Meetings
Corporate Governance
Investor News
Investor Calendar

**DISCOVER**

Report Vulnerability
MediaTek Foundation
MediaTek Ventures

**JOIN OUR NEWSLETTER**

First Name *        Last Name *

Email Address *

SUBMIT

Cookie Statement    Legal Notice    Privacy Policy    © 2022 MediaTek Inc. All Rights Reserved