# Exhibit N

# United States Locations
Austin, Texas

Want to work at Intel?    Find open positions and get to know our culture.    Search jobs

We're a global corporation and we have incredible opportunities everywhere. Step inside our world and find out where we do what we do to improve how people work, live, and play.

## Fast facts: The site

Located in the capitol city of Texas, Intel Austin is an important research and development center for the Intel technology that is changing the way we live, work, and play.

Among the innovations developed in Austin are core technologies for next-generation microprocessors, platforms and base software; groundbreaking silicon solutions for computing and communications devices, which include handheld computing and cellular communications; and cutting-edge network storage products.

Our Intel® Atom™ Products Division in Austin gave birth to the Intel Atom processor, a disruptive technology that is enabling a broad range of devices including netbooks, entry-level desktops, tablets, handhelds, smartphones, consumer electronics (CE) devices, and other companion devices.

## Cool stuff at Intel Austin

In addition to our many benefits and programs                                    , employees get a bunch of other perks! Here's a peek at some of the cool stuff that makes Intel Austin a great place to work.

- Fitness Center, blood pressure machines
- Indoor recreation amenities (gaming consoles, ping pong/table tennis, rec room, table football/foosball, TVs)
- Massage chairs
- Free fruit and drinks
- Specialized coffee bars
- Family Fun Night events, employee discount programs
- Networking platforms where employees can connect with each other

## Caring for our planet and inspiring the next generation

Intel hires students and graduates from Universtiy of Texas Austin and Texas A&M.

The sites feature several volunteer programs that give employees unique and rewarding opportunities to get involved in the Austin community, including creek cleanups and participating in National Engineers Week.

With the Intel Foundation match, the total 2009 contribution to local charities through Intel's Community Giving campaign in association with United Way was more than USD 330,000.

Through the Intel® Involved Matching Grants Program                                    , Intel Texas employees helped raise money for several organizations such as Capital BEST (A yearly engineering contest designed to inspire students to pursue studies in the fields of science and engineering), Capital Area Food Bank (a nonprofit that provides food and grocery products to those in need), and Introduce a Girl to Engineering (an event in partnership with the University of Texas that encourages young women to pursue technology fields).

Enabling the innovators of tomorrow is important to Intel Texas. During the 2008-2009 academic year, we focused our efforts on 14 local schools, and donated over USD 17,000 through the Intel Foundation. Some of the organizations that received Intel grants include the Austin Independent School District, Girlstart, and the Texas Engineering and Technical Consortium.

| US Locations | Jobs in the USA | Job Tools | Additional Information |
|---|---|---|---|
| Austin, Texas | Corporate Services | View Jobs in Austin | USA sites (map) |
| Chandler, Arizona | Engineering | | More about Intel in Austin |
| Columbia, South Carolina | Finance | | |
| DuPont, Washington | Information Technology | | |
| Folsom, California | Legal and Corporate Affairs | | |
| Fort Collins, Colorado | | | |
| Hillsboro, Oregon | Manufacturing | | |
| Hudson, Massachusetts | Materials Planning | | |
| Santa Clara, California | Purchasing | | |
| | Sales and Marketing | | |
| | Software | | |
| | View all jobs in the USA | | |

## Job Tools



### Job Search

Find open positions that match your skills and interests.



### Hiring Process and Tips

There's more inside than your resume reveals. Our Hiring Process and Tips applet has information on steps in the hiring process and getting a job at Intel.

8/11/22, 11:36 AM
Case 2:21-cv-00430-JRG-RSP    Document 70-18    Filed 09/22/22    Page 3 of 4 PageID
Jobs at Intel in Austin, Texas
#:  2290



### Your Candidate Profile

Create a Candidate Profile featuring your best traits and skills. Our Candidate Help Desk has tools and FAQs to guide your journey.



### Candidate Help Desk

Have a question? Our FAQs can help with specific questions. If you need additional assistance, we'll help you find the answer.



### Pay, Stock, and Benefits

We offer a wide range of benefits to make Intel the place where employees want to do their best work.



### Careers

Whether you're a college graduate, experienced professional, or a military veteran looking to transition, we have positions in business and technical disciplines all over the world.



### Student Center

Intel has student centers around the globe featuring guidelines and opportunities for graduates.



### Locations

Find out what Intel is doing around the world.



### Executive Search

The Executive Search team is looking for trailblazers who want to support world-changing initiatives, thrive intellectually, and make a difference.

## Discover More



### Diversity at Intel

There is no "typical" Intel employee. We come from all places, backgrounds, and perspectives. We share a passion for the future.



### Recruiting and Virtual Events

Check our recruiting calendar to find an event near you. Or, see if there's an upcoming virtual event you'd like to attend.



### Intel Social

Grow your network of opportunities. Connect with us on LinkedIn, Facebook, Twitter, our Jobs@Intel Blog, or Weibo.



### Jobs at Intel
### Awards and Recognition

Here are some special recognitions and awards we've been honored to receive.

## Connect With Us

 Facebook

 Twitter

 LinkedIn

 Glassdoor

 Instagram

## Related Videos

   

Candidate Questions Answered: What can I expect? (1:41)

Candidate FAQs: What can I expect if Intel wants to hire me?

Software Careers at Intel India (1:20)

Shreerekha and Vishal share their experiences in software careers at Intel India.

Candidate Questions Answered: What can I expect on my first day? (1:15)

Candidate FAQs: What should I expect on my first day?

Candidate Questions Answered: When will I hear back? (1:19)

Candidate FAQs: When Will I Hear Back?



Build the Future Today (0:50)

Build the Future Today



Saeed Logic designer at Intel full version (1:07)

Saeed Logic designer at Intel full version

Company Overview

Contact Intel

Newsroom

Investors

Careers

Corporate Responsibility

Diversity & Inclusion

Public Policy

© Intel Corporation

Terms of Use

*Trademarks

Cookies

Privacy

Supply Chain Transparency

Site Map

Intel technologies may require enabled hardware, software or service activation. // No product or component can be absolutely secure. // Your costs and results may vary. // Performance varies by use, configuration and other factors. // See our complete legal Notices and Disclaimers . // Intel is committed to respecting human rights and avoiding complicity in human rights abuses. See Intel's Global Human Rights Principles . Intel's products and software are intended only to be used in applications that do not cause or contribute to a violation of an internationally recognized human right.