# Exhibit O

| | |
|---|---|
| **From:** | Bell, Kevin |
| **To:** | Wills Collier |
| **Cc:** | K Reed; Andrew Saul; Edward Mayle; Moore, Steve; Atlas Global v TP-Link; Melissa Richards Smith; A Salinas; Alden Harris; Andrea Fair; Blaine Larson; Calvin Capshaw; Elizabeth L. DeRieux; Eric Enger; Ericka Tristan; Heidi Peterson; Joseph Grinstein; Kalpana Srinivasan; Kymberli Speedy; Max L. Tribble; Michael Heim; Michelle Carlock; Oleg Elkhunovich; Paralegal WS Firm; SCampos; Stacy Schulze; Suzie Wilson; T John Ward; Amber L. Branum |
| **Subject:** | RE: Atlas v TP-Link - Document Production |
| **Date:** | Friday, September 09, 2022 4:52:48 PM |

***This message originated outside of Heim, Payne & Chorush***

Wills,

Defendants are continuing their search in China and Hong Kong for relevant technical documents, to the extent any such documents exist; it is our preliminary understanding that certain technical documents will trigger the China Digital Security Law, and Chinese counsel engaged by the client to assist is working diligently on navigating this new and untested bureaucratic labyrinth.  We should have additional information regarding the status of the collection next week (sometime after the Chinese holiday is over).

As you acknowledge, the primary technical documents as to the operation of the third-party chips identified in Defendants' responses to Atlas's interrogatories are in the custody and control of Defendants' identified suppliers.  The infringement contentions were also "standards based" only, with no specific identification of how the accused products (or, more importantly, how the WiFi chip in the accused products) actually read on the asserted claims.  Thus, your repeated invocation of P.R. 3-4 carries little weight here.  To date, Atlas has made no effort to seek discovery of any technical documents from the identified third-parties.  Your email also assumes a number of documents exist in Defendants' control; for example, your statement "TP-Link likely received numerous documents from its suppliers when selecting a chipset. These documents could include datasheets, user manuals, and schematics."  We are searching diligently to determine if your assumption is correct; if said documents exist, we will collect and produce them (subject to the DSL approval as discussed).

The immediate focus to date has been completing venue and personal jurisdiction discovery Atlas demanded in advance of the Court's deadlines, a period Defendants agreed to extend twice as a courtesy to accommodate your limited third-party discovery efforts.  It remains an open question whether this case is properly before this Court.

As an aside, Defendants still have seen no formal responses or documents produced in response to those subpoenas—if discovery has been obtained in response to these subpoenas, Atlas has an obligation to provide the same to Defendants.  We assume that you have received nothing to date.  Please confirm as much; if not, please immediately serve Defendants with any received discovery.

As to the letter referenced in your email, you are aware that the Court does not authorize written requests for documents in patent cases, and thus there is no obligation to provide a written response to Atlas's letter, nor do we see any utility in doing so given the present dialogue.  We are working with our client to collect and identify relevant documents in accordance with the Court's procedures.  Defendants further expect that Atlas will continue to do the same with its own

document production, including but not limited to any additional documents regarding alleged value of the patents, and, more critically, any documents directed to ownership of the patents, litigation funding/partnering agreements that relate to Atlas's standing to bring this suit, and any invalidity contentions served in other cases involving one or more of the same patents.

We will provide a further update from our client next week.

Regards,

Kevin

**Kevin Bell**
**Kilpatrick Townsend & Stockton LLP**
Suite 600 | 1400 Wewatta Street | Denver, CO 80202
office 303 607 3291 | fax 303 736 4216
kbell@kilpatricktownsend.com | My Profile | vCard

---

**From:** Wills Collier <wcollier@hpcllp.com>
**Sent:** Thursday, September 8, 2022 3:16 PM
**To:** Bell, Kevin <kbell@kilpatricktownsend.com>
**Cc:** Reed, Kristopher <kreed@kilpatricktownsend.com>; Saul, Andrew <ASaul@kilpatricktownsend.com>; Mayle, Ted <TMayle@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Atlas Global v TP-Link <AtlasGlobalvTP-Link@kilpatricktownsend.com>; Melissa Smith <Melissa@gillamsmithlaw.com>; A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>; Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; c capshaw <ccapshaw@capshawlaw.com>; DeRieux, Elizabeth <ederieux@capshawlaw.com>; Eric Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy <kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>; Michael Heim <mheim@hpcllp.com>; Michelle Carlock <mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>; Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>; Stacy Schulze <sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T John Ward <jw@wsfirm.com>; Amber L. Branum <abranum@hpcllp.com>
**Subject:** RE: Atlas v TP-Link - Document Production

Kevin,

We have not heard back from you on me email below. Please provide your update by the end of the week.

Regards,

Wills Collier
Heim, Payne & Chorush, L.L.P.
wcollier@hpcllp.com

---

**From:** Wills Collier
**Sent:** Tuesday, August 30, 2022 6:55 PM
**To:** Bell, Kevin <kbell@kilpatricktownsend.com>
**Cc:** K Reed <kreed@kilpatricktownsend.com>; Andrew Saul <asaul@kilpatricktownsend.com>; Edward Mayle <tmayle@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Atlas Global v TP-Link <AtlasGlobalvTP-Link@kilpatricktownsend.com>; Melissa Richards Smith <melissa@gillamsmithlaw.com>; A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>; Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth L. DeRieux <ederieux@capshawlaw.com>; Eric Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy <kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>; Michael Heim <mheim@hpcllp.com>; Michelle Carlock <mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>; Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>; Stacy Schulze <sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T John Ward <jw@wsfirm.com>; Amber L. Branum <abranum@hpcllp.com>
**Subject:** RE: Atlas v TP-Link - Document Production

Kevin,

Thank you for meeting and conferring today regarding TP-Link's document production. As I explained, we expect that TP-Link is in possession of at least schematics, design documents, and source code that relate to the implementation of Wi-Fi 6 and installation of Wi-Fi hardware on its products. Moreover, while you represented that documents related to the chips TP-Link uses are in the possession of TP-Link's suppliers, TP-Link likely received numerous documents from its suppliers when selecting a chipset. These documents could include datasheets, user manuals, and schematics. We expect TP-Link to produce all relevant documents in its possession, including those from its suppliers. These documents should have been produced as part of TP-Link's P.R. 3-4(a) production on July 13, 2022.

We understand that TP-Link is investigating what technical documents it has in its possession and will provide an explanation on the technical documents in its posession and the status of this production by Wednesday next week. We look forward to your update.

With respect to TP-Link's discovery obligations beyond P.R. 3-4(a), as you know, Atlas is still awaiting a written response to the document requests we sent over two-months ago on June 20, 2022. Last Friday, we received your request for a written response to 31 document requests. If TP-Link can agree to provide a written response to Atlas's June 2022 document requests by September 16, 2022, we are amenable to providing written responses to TP-Link's August 2022 document requests by September 30, 2022. Please let me know if we have any agreement.

Best,

Wills Collier
Heim, Payne & Chorush, L.L.P.
wcollier@hpcllp.com

---

**From:** Bell, Kevin <kbell@kilpatricktownsend.com>
**Sent:** Tuesday, August 30, 2022 12:39 PM
**To:** Wills Collier <wcollier@hpcllp.com>
**Cc:** K Reed <kreed@kilpatricktownsend.com>; Andrew Saul <asaul@kilpatricktownsend.com>; Edward Mayle <tmayle@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Atlas Global v TP-Link <AtlasGlobalvTP-Link@kilpatricktownsend.com>; Melissa Richards Smith <melissa@gillamsmithlaw.com>; A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>; Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth L. DeRieux <ederieux@capshawlaw.com>; Eric Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy <kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>; Michael Heim <mheim@hpcllp.com>; Michelle Carlock <mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>; Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>; Stacy Schulze <sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T John Ward <jw@wsfirm.com>; Amber L. Branum <abranum@hpcllp.com>
**Subject:** RE: Atlas v TP-Link - Document Production

***This message originated outside of Heim, Payne & Chorush***

Yes – that will work.  Thank you.

**Kevin Bell**
**Kilpatrick Townsend & Stockton LLP**
Suite 600 | 1400 Wewatta Street | Denver, CO 80202
office 303 607 3291 | fax 303 736 4216
kbell@kilpatricktownsend.com | My Profile | vCard

---

**From:** Wills Collier <wcollier@hpcllp.com>
**Sent:** Tuesday, August 30, 2022 11:38 AM
**To:** Bell, Kevin <kbell@kilpatricktownsend.com>
**Cc:** Reed, Kristopher <kreed@kilpatricktownsend.com>; Saul, Andrew <ASaul@kilpatricktownsend.com>; Mayle, Ted <TMayle@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Atlas Global v TP-Link <AtlasGlobalvTP-Link@kilpatricktownsend.com>; Melissa Smith <Melissa@gillamsmithlaw.com>; A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>; Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; c capshaw <ccapshaw@capshawlaw.com>; DeRieux, Elizabeth <ederieux@capshawlaw.com>; Eric Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>; Kalpana

Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy <kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>; Michael Heim <mheim@hpcllp.com>; Michelle Carlock <mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>; Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>; Stacy Schulze <sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T John Ward <jw@wsfirm.com>; Amber L. Branum <abranum@hpcllp.com>
**Subject:** RE: Atlas v TP-Link - Document Production

Kevin,

I have a conflict at 3. Are you available at 4?

Wills

On Aug 30, 2022 12:34 PM, "Bell, Kevin" <kbell@kilpatricktownsend.com> wrote:

> ***This message originated outside of Heim, Payne & Chorush***

> Wills,

> I now have a conflict at 2:00 pm CDT – could we push back our call to 3:00 pm CDT?

> Thanks,

> Kevin

> **Kevin Bell**
> **Kilpatrick Townsend & Stockton LLP**
> Suite 600 | 1400 Wewatta Street | Denver, CO 80202
> office 303 607 3291 | fax 303 736 4216
> kbell@kilpatricktownsend.com | My Profile | vCard

> **From:** Bell, Kevin
> **Sent:** Friday, August 26, 2022 5:19 PM

**To:** 'Wills Collier' <wcollier@hpcllp.com>; Reed, Kristopher
<kreed@kilpatricktownsend.com>; Saul, Andrew <ASaul@kilpatricktownsend.com>;
Mayle, Ted <TMayle@kilpatricktownsend.com>; Moore, Steve
<smoore@kilpatricktownsend.com>; Atlas Global v TP-Link <AtlasGlobalvTP-
Link@kilpatricktownsend.com>; Melissa Smith <Melissa@gillamsmithlaw.com>
**Cc:** A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>;
Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; c capshaw
<ccapshaw@capshawlaw.com>; DeRieux, Elizabeth <ederieux@capshawlaw.com>; Eric
Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson
<hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>;
Kalpana Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy
<kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>;
Michael Heim <mheim@hpcllp.com>; Michelle Carlock
<mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>;
Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>;
Stacy Schulze <sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T
John Ward <jw@wsfirm.com>; Paralegal WS Firm <paralegal@wsfirm.com>; Amber L.
Branum <abranum@hpcllp.com>
**Subject:** RE: Atlas v TP-Link - Document Production


Hi Wills,


I am available Tuesday after 1:00 pm CDT.


**Kevin Bell**
**Kilpatrick Townsend & Stockton LLP**
Suite 600 | 1400 Wewatta Street | Denver, CO 80202
office 303 607 3291 | fax 303 736 4216
kbell@kilpatricktownsend.com | My Profile | vCard

---

**From:** Wills Collier <wcollier@hpcllp.com>
**Sent:** Friday, August 26, 2022 4:37 PM
**To:** Reed, Kristopher <kreed@kilpatricktownsend.com>; Saul, Andrew
<ASaul@kilpatricktownsend.com>; Mayle, Ted <TMayle@kilpatricktownsend.com>; Bell,
Kevin <kbell@kilpatricktownsend.com>; Moore, Steve
<smoore@kilpatricktownsend.com>; Atlas Global v TP-Link <AtlasGlobalvTP-
Link@kilpatricktownsend.com>; Melissa Smith <Melissa@gillamsmithlaw.com>
**Cc:** A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>;
Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; c capshaw
<ccapshaw@capshawlaw.com>; DeRieux, Elizabeth <ederieux@capshawlaw.com>; Eric
Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson
<hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>;
Kalpana Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy
<kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>;

Michael Heim <mheim@hpcllp.com>; Michelle Carlock <mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>; Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>; Stacy Schulze <sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T John Ward <jw@wsfirm.com>; Paralegal WS Firm <paralegal@wsfirm.com>; Amber L. Branum <abranum@hpcllp.com>
**Subject:** RE: Atlas v TP-Link - Document Production

Kevin,

I am available Monday after 3pm CT and Tuesday afternoon to discuss this. Please let me know what time works for you.

Best,

Wills Collier

Heim, Payne & Chorush, L.L.P.

wcollier@hpcllp.com

---

**From:** Reed, Kristopher <kreed@kilpatricktownsend.com>
**Sent:** Thursday, August 25, 2022 6:22 PM
**To:** Wills Collier <wcollier@hpcllp.com>; Andrew Saul <asaul@kilpatricktownsend.com>; Edward Mayle <tmayle@kilpatricktownsend.com>; Kevin Bell <kbell@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Atlas Global v TP-Link <AtlasGlobalvTP-Link@kilpatricktownsend.com>; Melissa Richards Smith <melissa@gillamsmithlaw.com>
**Cc:** A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>; Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth L. DeRieux <ederieux@capshawlaw.com>; Eric Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy <kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>; Michael Heim <mheim@hpcllp.com>; Michelle Carlock <mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>; Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>; Stacy Schulze

<sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T John Ward <jw@wsfirm.com>; Paralegal WS Firm <paralegal@wsfirm.com>; Amber L. Branum <abranum@hpcllp.com>
**Subject:** RE: Atlas v TP-Link - Document Production

***This message originated outside of Heim, Payne & Chorush***

The time does not work for us.  Lead counsel is out of country on vacation, and while I don't know exactly when he returns, it is certainly not tomorrow.  So again, speak with Kevin and sort through the issues you raised below, and if anything remains that requires convening a larger group, we can discuss at that time.

**Kristopher Reed**
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue | Suite 4400 | Dallas, TX  75201
office 214-922-7143 | cell 415 866 5190 | fax 214 922 7101
kreed@kilpatricktownsend.com | My Profile | vCard

Admitted in California, Colorado and the USPTO. Not admitted in Texas.

**From:** Wills Collier <wcollier@hpcllp.com>
**Sent:** Thursday, August 25, 2022 4:33 PM
**To:** Reed, Kristopher <kreed@kilpatricktownsend.com>; Saul, Andrew <ASaul@kilpatricktownsend.com>; Mayle, Ted <TMayle@kilpatricktownsend.com>; Bell, Kevin <kbell@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Atlas Global v TP-Link <AtlasGlobalvTP-Link@kilpatricktownsend.com>; Melissa Smith <Melissa@gillamsmithlaw.com>
**Cc:** A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>; Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; c capshaw <ccapshaw@capshawlaw.com>; DeRieux, Elizabeth <ederieux@capshawlaw.com>; Eric Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy <kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>; Michael Heim <mheim@hpcllp.com>; Michelle Carlock <mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>; Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>; Stacy Schulze <sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T John Ward <jw@wsfirm.com>; Paralegal WS Firm <paralegal@wsfirm.com>; Amber L. Branum <abranum@hpcllp.com>
**Subject:** RE: Atlas v TP-Link - Document Production

Kris and Kevin,

The EDTX Local Rules are clear that TP-Link was required to produce "Source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality" with its invalidity contentions. P.R. 3-4(a). Moreover, the Court's Discovery Order requires the parties to produce "all documents, electronically stored information, and tangible things in the possession, custody, or control of the party that are relevant to the pleaded claims or defenses involved in this action." Dkt. No. 41 at 3.

As I explained in my July 22 letter (attached), TP-Link had only produced automated web-captures of its website by that time. Its more recent productions appear to be primarily FCC authorizations, Wi-Fi CERFIIED certificates, and a small number of distribution related documents. This production clearly does not include the "[s]ource code, specifications, schematics, flow charts, artwork, formulas," etc., required by P.R. 3-4(a) that TP-Link should have produced over a month ago.

Moreover, Eric's June 20 letter (attached) explained that TP-Link's document production responsibilities go well beyond this bare-bones production. You should refer to that letter for a list of categories of documents TP-Link must produce beyond those required by P.R. 3-4(a).

Please let us know if the meet and confer time works for you. We are optimistic that we won't have to engage in motion practice, but given TP-Link's, delays we may have to. We can discuss that during the meet and confer.

Best,

Wills Collier

Heim, Payne & Chorush, L.L.P.

wcollier@hpcllp.com

**From:** Reed, Kristopher <kreed@kilpatricktownsend.com>
**Sent:** Thursday, August 25, 2022 2:34 PM
**To:** Wills Collier <wcollier@hpcllp.com>; Andrew Saul <asaul@kilpatricktownsend.com>; Edward Mayle <tmayle@kilpatricktownsend.com>; Kevin Bell <kbell@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Atlas Global v TP-Link <AtlasGlobalvTP-Link@kilpatricktownsend.com>; Melissa Richards Smith <melissa@gillamsmithlaw.com>
**Cc:** A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>; Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth L. DeRieux <ederieux@capshawlaw.com>; Eric Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy <kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>; Michael Heim <mheim@hpcllp.com>; Michelle Carlock <mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>; Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>; Stacy Schulze <sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T John Ward <jw@wsfirm.com>; Paralegal WS Firm <paralegal@wsfirm.com>; Amber L. Branum <abranum@hpcllp.com>
**Subject:** RE: Atlas v TP-Link - Document Production

***This message originated outside of Heim, Payne & Chorush***

Wills,

Apologies for no response to your prior email. Obviously venue discovery and considerations have held primacy in recent weeks given the (now-extended) Court deadline.  My colleague Kevin Bell (copied) is running point on discovery issues on our end.  Please caucus with him regarding any specific concerns and expectations (which are not apparent from your general letters).

Regards,

Kris

**Kristopher Reed**
Kilpatrick Townsend & Stockton LLP

2001 Ross Avenue | Suite 4400 | Dallas, TX  75201
office 214-922-7143 | cell 415 866 5190 | fax 214 922 7101
kreed@kilpatricktownsend.com | My Profile | vCard

Admitted in California, Colorado and the USPTO. Not admitted in Texas.

---

**From:** Wills Collier <wcollier@hpcllp.com>
**Sent:** Thursday, August 25, 2022 9:58 AM
**To:** Saul, Andrew <ASaul@kilpatricktownsend.com>; Mayle, Ted <TMayle@kilpatricktownsend.com>; Bell, Kevin <kbell@kilpatricktownsend.com>; Reed, Kristopher <kreed@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Atlas Global v TP-Link <AtlasGlobalvTP-Link@kilpatricktownsend.com>; Melissa Smith <Melissa@gillamsmithlaw.com>
**Cc:** A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>; Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; c capshaw <ccapshaw@capshawlaw.com>; DeRieux, Elizabeth <ederieux@capshawlaw.com>; Eric Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy <kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>; Michael Heim <mheim@hpcllp.com>; Michelle Carlock <mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>; Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>; Stacy Schulze <sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T John Ward <jw@wsfirm.com>; Paralegal WS Firm <paralegal@wsfirm.com>; Amber L. Branum <abranum@hpcllp.com>
**Subject:** RE: Atlas v TP-Link - Document Production

Counsel,

I am following up on my previous letter and emails. We are available tomorrow (Friday, August 25) at 9am CT for a lead and local counsel meet and confer pursuant to L.R. CV-7(i). Please confirm you are available.

Regards,

Wills Collier

Heim, Payne & Chorush, L.L.P.

wcollier@hpcllp.com

---

**From:** Wills Collier
**Sent:** Thursday, August 4, 2022 11:17 AM
**To:** Andrew Saul <asaul@kilpatricktownsend.com>; Edward Mayle <tmayle@kilpatricktownsend.com>; Kevin Bell <kbell@kilpatricktownsend.com>; K Reed <kreed@kilpatricktownsend.com>; smoore@kilpatricktownsend.com; atlasglobalvtp-link@kilpatricktownsend.com
**Cc:** A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>; Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth L. DeRieux <ederieux@capshawlaw.com>; Eric Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy <kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>; Michael Heim <mheim@hpcllp.com>; Michelle Carlock <mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>; Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>; Stacy Schulze <sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T John Ward <jw@wsfirm.com>; Paralegal WS Firm <paralegal@wsfirm.com>; Amber L. Branum <abranum@hpcllp.com>
**Subject:** RE: Atlas v TP-Link - Document Production

Counsel,

I am following up on the attached letters.

Best,

Wills Collier

Heim, Payne & Chorush, L.L.P.

wcollier@hpcllp.com

---

**From:** Amber L. Branum <abranum@hpcllp.com>

**Sent:** Friday, July 22, 2022 1:04 PM
**To:** Andrew Saul <asaul@kilpatricktownsend.com>; Edward Mayle <tmayle@kilpatricktownsend.com>; Kevin Bell <kbell@kilpatricktownsend.com>; K Reed <kreed@kilpatricktownsend.com>; smoore@kilpatricktownsend.com; atlasglobalvtp-link@kilpatricktownsend.com
**Cc:** A Salinas <asalinas@susmangodfrey.com>; Alden Harris <aharris@hpcllp.com>; Amber L. Branum <abranum@hpcllp.com>; Andrea Fair <andrea@wsfirm.com>; Blaine Larson <blarson@hpcllp.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Elizabeth L. DeRieux <ederieux@capshawlaw.com>; Eric Enger <eenger@hpcllp.com>; Ericka Tristan <etristan@hpcllp.com>; Heidi Peterson <hpeterson@capshawlaw.com>; Joseph Grinstein <jgrinstein@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@susmangodfrey.com>; Kymberli Speedy <kspeedy@susmangodfrey.com>; Max L. Tribble <mtribble@susmangodfrey.com>; Michael Heim <mheim@hpcllp.com>; Michelle Carlock <mcarlock@susmangodfrey.com>; Oleg Elkhunovich <oelkhuno@susmangodfrey.com>; Paralegal WS Firm <paralegal@wsfirm.com>; SCampos <scampos@susmangodfrey.com>; Stacy Schulze <sschulze@susmangodfrey.com>; Suzie Wilson <swilson@hpcllp.com>; T John Ward <jw@wsfirm.com>; Wills Collier <wcollier@hpcllp.com>; Paralegal WS Firm <paralegal@wsfirm.com>
**Subject:** Atlas v TP-Link - Document Production


Counsel,


Attached please find Atlas' letter regarding deficiencies in document production.


Sincerely,


Amber Branum

Legal Assistant

Heim, Payne + Chorush LLP | 1111 Bagby St., Suite 2100 | Houston, Texas 77002
Direct: 713.221.2005

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission

and its attachments without reading or saving in any manner.

---

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.