# FILED UNDER SEAL PURSUANT TO

# PROTECTIVE ORDER

# EXHIBIT P