# Exhibit Q

Case 2:21-cv-00430-JRG-RSP   Document 70-21   Filed 09/22/22   Page 2 of 15 PageID #:  2309



Qualcomm

☰                                                                              🔍

🏠 / Support / Additional Support / Contact Us

## Headquarters

5775 Morehouse Drive
San Diego, CA 92121
USA

**See all offices**

**Overview**     Sales     Distributors, Providers and Reps

# Options for contacting Qualcomm

We have several options for contacting us, depending on your need.  Please review the options below and make your selection.

## Sales

Are you interested in becoming a partner or conducting business with Qualcomm?  If so, this option is for you.

## Licensing and Patents

Use this form if you are interested in seeking licensing from Qualcomm or have an inquiry surrounding patents or copyrights.

## Technical Support

Explore Qualcomm support options for your Qualcomm ID, content access, product support, and getting resources you need to help you build your next innovation. Please note, we are unable to provide support for OEM devices.

## Corporate Functions

Have a question for one of our communications departments such as public relations, analyst relations, or investor relations? Start here.

## Distributors & Providers

Explore a list of preferred providers, distributors, and design centers.

## Logo Request

Looking for Information and guidelines for proper and consistent use of the Qualcomm brand?  Click here to get started.



☰                                           Qualcomm                                    ⌕

🏠  /  Support  /  Additional Support  /  Contact Us

## Careers Website Feedback

Please contact the Qualcomm Careers team for any technical issues you're experiencing with the Qualcomm jobs portal such as importing resumes or creating a profile.

## Business Conduct Hotline

We respond to reports of misconduct as quickly and as confidentially as possible. To raise concerns, contact our Business Conduct Hotline, a dedicated phone line and website available 24 hours a day.

## Human Resources Hub

Please visit our public myHR portal at this link to browse our HR knowledge center which contains basic information about our HR and Benefits programs in the United States.

## Qualcomm Wireless Academy

Qualcomm Wireless Academy (QWA) provides technology training to empower the ecosystem with a better understanding of cellular technologies and to promote the successful adoption and deployment of wireless networks and devices worldwide.

Qualcomm

    

🌐  Language                                                                              ⌄

About Qualcomm    Careers    Offices    Contact Us    Support    Email Subscriptions

Terms of Use    Privacy    Cookies Policy    Cookie Settings

©2022 Qualcomm Technologies, Inc. and/or its affiliated companies.

Note: Certain product kits, tools and materials may require you to accept additional terms and conditions before accessing or using those items.

References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.

Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses, including its QCT semiconductor business. Qualcomm products referenced herein are products of Qualcomm Technologies, Inc. and/or its subsidiaries.

Materials that are as of a specific date, including but not limited to press releases, presentations, blog posts and webcasts, may have been superseded by subsequent events or disclosures.

Nothing in these materials is an offer to sell any of the components or devices referenced herein.

Case 2:21-cv-00430-JRG-RSP     Document 70-21     Filed 09/22/22     Page 4 of 15 PageID #:  2311

Company / Contact Us

# Contact Us

Currently Viewing:

Locations ▼

## Sales

# Locations

## Americas

**San Jose, California (Corporate Headquarters)**

1320 Ridder Park Drive
San Jose
California, 95131

**Sao Paulo, Brazil**

Avenida das Nacoes Unidas, 14261 Vila Gertrudes, Suite 27-101
Sao Paulo, 04533-085
Brazil

**Richmond, BC**

13711 International Place, Crestwood Corporate Centre,
Suite 200, 300 and Floor 2, 3
Richmond, BC V6V 2Z8

United States

Tel: 408-433-8000

Get Directions ▶

Get Directions ▶

Canada

Get Directions ▶

### Waterloo

209 Frobisher Drive
Waterloo, N2V2G4
Canada

Get Directions ▶

### Chandler, Arizona

500 North Juniper Drive
Chandler Corporate Center, Suite 200,
Floor 2
Chandler, Arizona 85226
United States

Tel: 480-753-2260

Get Directions ▶

### Culver City, California

800 Corporate Pointe, Suite 100
Culver City, California 90230
United States

Get Directions ▶

### Irvine, California (Alton Parkway)

15101 Alton Parkway
Irvine, California 92618
United States

Tel: 949-926-5000

Get Directions ▶

### Petaluma, California

1465 North McDowell Blvd
Petaluma, California 94954
United States

Tel: 707-792-9000

Get Directions ▶

### San Diego, California

16340 West Bernardo Drive, Bernardo
Technology Park, Building A
San Diego, California 92127
United States

Tel: 858-385-8800

Get Directions ▶

### San Jose, California (Fox Drive)

1730 Fox Drive
San Jose, California 95131
United States

Get Directions ▶

### San Jose, California (Innovation Drive)

250 Innovation Drive
San Jose, California 95134
United States

Get Directions ▶

### San Jose, California (Junction Ave.)

2880 Junction Ave.
San Jose, California 95134
United States

Get Directions ▶

### San Jose, California (Plumeria Drive)

408 E Plumeria Drive
San Jose, California 95134
United States

Get Directions ▶

### Broomfield, Colorado

4 Brocade Pkwy,
Broomfield, Colorado 80021
United States

Get Directions ▶

### Colorado Springs, Colorado

4420 Arrows West Drive
Colorado Springs, Colorado 80907
United States

Get Directions ▶

### Fort Collins, Colorado

4380 Ziegler Road
Fort Collins, Colorado 80525-9640
United States

Get Directions ▶

### Washington DC

607 14th St. NW
Suite 660
Washingon DC, District of Columbia
20005
United States

Get Directions ▶

### Duluth, Georgia

4385 River Green Parkway
Chattahoochee Corners, Suite 100
Duluth, Georgia 30096
United States

Tel: 770-232-0018

Get Directions ▶

### Andover, Massachusetts

### Lisle, Illinois

3333 Warrenville Rd
Suite 800
Lisle, Illinois 60532
United States

Get Directions ▶

### Andover, Massachusetts

200 Brickstone Square, Floor 1, 4
Andover, Massachusetts 01810
United States

Tel: 978-719-1300

Get Directions ▶

### Burlington, Massachusetts

45 Network Drive
Burlington, Massachusetts 01803
United States

Get Directions ▶

### Mendota Heights, Minnesota

1230 Northland Drive
Mendota Office Center IV, Suite 100
Mendota Heights, Minnesota 55120
United States

Get Directions ▶

### Ewing, New Jersey

200 Princeton South Corporate Center
Suite 400
Ewing, New Jersey 08628
United States

Get Directions ▶

### Melville, New York

100 Baylis Road
Suite 200
Melville, New York 11747
United States

Get Directions ▶

### Charlotte, North Carolina

9815 David Taylor Drive
Charlotte, North Carolina 28262
United States

Get Directions ▶

### Durham, North Carolina

1030 Swabia Court
Imperial Center, Suite 400
Durham, North Carolina 27703
United States

Get Directions ▶

### Allentown, Pennsylvania

1110 American Parkway, Lehigh County
Floor 1, 2 and Building 10, 12
Allentown, Pennsylvania 18109
United States

Get Directions ▶

### Breinigsville, Pennsylvania

9999 Hamilton Blvd, TEK Park,
Breinigsville, Pennsylvania 18031
United States

Get Directions ▶

### Lancaster, Pennsylvania

805 Estelle Drive, Cherryhill Office
Building,
Suite 104 and 106, Building No. 49
Lancaster, Pennsylvania 17601
United States

Get Directions ▶

### Pittsburgh, Pennsylvania

750 Holiday Drive
Foster Plaza 9, Suite 300
Pittsburgh, Pennsylvania 15220
United States

Get Directions ▶

### Austin, Texas

2901 Via Fortuna Drive
Austin, Texas 78746
United States

Get Directions ▶

### Plano, Texas

5465 Legacy Drive
Plano, Texas 75024
United States

Get Directions ▶

### Draper, Utah

25 East Scenic Pointe Drive
Draper, Utah 84020
United States

Get Directions ▶

### Reston, Virginia

1900 Reston Metro Plaza, Office 602
Reston, Virginia 20190
United States

Get Directions ▶

## Asia

 

## Sydney, Australia

6 Eden Park Drive
North Ryde, Sydney, NSW, 2113
Australia

Get Directions ▶

## Beijing, China

Zhongguancun Dongsheng Technology
Park Northern Territory F/5, Building B-1
Technology Prk N TERR#66 Xixiaokou Rd
Haidian BJ
Beijing,
China

Tel: 8610-6270-6800

Get Directions ▶

## Nanjing, China

86 Huashen Avenue
Yu Hua Tai District, Nanjing
Nanjing, 200062
China

Tel: 86-21-6171-5200

Get Directions ▶

## Shanghai, China

1F-4F, Building 2, Jin Chuang Mansion
No. 4560 Jin Ke Road, Pu Dong District
Shanghai, 201203
China

Tel: 86-21-6195-8200

Get Directions ▶

## Shenzhen, China

Tiley Central Plaza Block B
195 Haide 3rd Rd, Hou Hai, Nanshan Qu,
Shenzhen,
China

Tel: 86-755-3332-9588

Get Directions ▶

## Bangalore, India (Electronic City)

S1, Wipro Electronic City Special
Economic Zone
Doddathogur, Begur Hobli
Bangalore, 560100
India

Get Directions ▶

## Hyderabad, India

Nanakramguda Village, Gachibowli,
Nanakramguda
Hyderabad, 500032
India

Get Directions ▶

## Pune, India

EON Free Zone 0-04 Floor, Wing 2
Plot No.1, Survey No. 77 MIDC
Knowledge Park, Khar
Pune, 411014
India

Get Directions ▶

## Seoul, Korea

7F Hibrand Building
215 Yangjae-dong, HiBrand Living,
Seocho-gu
Seoul, 6771
Korea South

Get Directions ▶

## Penang, Malaysia (Batu Kawan Warehouse)

Plot 740 Persiaran Cassia Selatan 4
Taman Perindustrian Batu Kawan Mukim
13 Seberang P
Penang, 14110
Malaysia

Get Directions ▶

## Penang, Malaysia (Bayan Lepas)

Bayan Lepas Free Industrial Zone
Penang, 11900
Malaysia

Get Directions ▶

## Singapore (Depot Road)

1150 Depot Road
Floor Ba 1, Ba 2, 1, 4 & 5
Singapore , 109673
Singapore

Get Directions ▶

## Singapore (Senoko)

3 North Coast Drive
Senoko
Singapore , 757696
Singapore

Get Directions ▶

## Singapore (Yishun)

No. 1 Yishun Avenue 7, Floors 1, 2 and 3
Singapore , 768923
Singapore

Tel: -14578

Get Directions ▶

## Hsinchu, Taiwan

25 Puding Road,
Nan Shan Innovation Center
Hsinchu , 30072
Taiwan

Tel: +886-3-5011000

Get Directions ▶

## Taipei, Taiwan

No. 399, Rei Kwang Road
Neihu District,

Taipei, 11492
Taiwan

**Get Directions** ▶

# Europe

### Vienna - Europlatz

Am Europlatz 5
Vienna, 1120
Austria

**Get Directions** ▶

### Brussels

Rond Point Schuman 11
Brussels, 1040
Belgium

**Get Directions** ▶

### Eke - Belgium

Begoniastraat 3
Ground Floor and 1st Floor
Eke-Nazareth, 9810
Belgium

**Get Directions** ▶

### Mechelen - Belgium

Battelsesteenweg 455 B, Businesspark
E19, Building B, Floor 1 & 2
Mechelen, 2800
Belgium

**Get Directions** ▶

### Bulgaria-Plovdiv

Office Park Plovdiv
65A Svoboda Blvd
Plovdiv, 4001
Bulgaria

**Get Directions** ▶

### Bulgaria-Sofia

BSR Building 1 (One)
3 Nikola Tesla Str.
Sofia, 1574
Bulgaria

**Get Directions** ▶

### Bulgaria - Varna

115 Osmi Primorski Polk Blvd.
Varna, 6W7G Q6
Bulgaria

**Get Directions** ▶

### Prague buildings 8 and 24

CA CZ, s.r.o., V Parku 2343/24
Chodov Praha 4
Prague, 148 00
Czech Republic

**Get Directions** ▶

### Tallinn

Aiandi Street 13
Tallinn, 12918
Estonia

**Get Directions** ▶

### Paris, France

1-7 Cours Valmy
Puteaux, 92800
France

**Get Directions** ▶

### Munich, Germany

Charles de Gaulle Strasse 2
Munich, 81737
Germany

**Get Directions** ▶

### Regensburg, Germany

2 Wernerwerkstrasse, Room Number
16B, Floor 5, Building 11, 24/23
Regensburg, 93049
Germany

**Get Directions** ▶

### Athens, Greece

75 Posidonos Avenue
Athens, Greece (Salasidis)
Athens,
Greece

**Get Directions** ▶

### Dublin

77 Sir John Rogerson's Quay, Block C
Grand Canal Docklands
Dublin, D02 VK08
Ireland

**Get Directions** ▶

### Italy - Rome

Viale Luca Gaurico, 9/11
Rome, 143
Italy

**Get Directions** ▶

### Bunnik, Netherlands

Kosterijland 14, Floors 2 & 3
Bunnik, 3981 AJ
Netherlands

### Madrid, Spain

Calle Quintanapalla, 2. 3rd floor.
Madrid, 28050
Spain

### Morges

Route de la Longeraie 7
Morges, 1110
Switzerland

Get Directions ▶          Get Directions ▶          Get Directions ▶

**Bristol, United Kingdom**

Hempton Court, Aztec West
Building 910, Site 910
Bristol, BS32 4SR
United Kingdom

Get Directions ▶

**Cambridge, United Kingdom**

Unit 406, Cambridge Science Park, Phase
VI, Ground Floor
Cambridge, CB4 0WW
United Kingdom

Get Directions ▶

**Edinburgh, United Kingdom**

6th Floor, Exchange Tower
19 Canning St
Edinburgh, EH3 8EG
United Kingdom

Get Directions ▶

**Manchester, United Kingdom**

No. 4 Station Road
Cheadle
Manchester, SK85AE
United Kingdom

Get Directions ▶

**Reading**

400 Thames Valley Park Drive
Reading, RG6 1PT
United Kingdom

Get Directions ▶

## Japan

**Broadcom Japan, (Tokyo)**

4-7-7 Aobadai Meguro ward,
Sumitmo Fudosan Aobadai Hills, Floor 7
Tokyo,
Japan

Get Directions ▶

## Middle East

**Nazareth, Israel**

Nazareth Industrial Park, Units 3B1, 3B2,
3Bp, 3Bm and 3Bw,
Block 16565, Lot 108
Nazareth,
Israel

Get Directions ▶

**Tel Aviv University**

17 George Weiss Street
Tel Aviv,
Israel

Get Directions ▶

# Manufacturing Rep

# Media Contacts

**Intel in California**

## Innovating and Investing in California for more than 50 years

Intel is proud to call California home and we're committed to creating a better future for our community.

Our Focus Areas    By the Numbers    Resources



### Build the future of technology with us

Intel purchased our first piece of property on a 26-acre pear orchard in Santa Clara, California in 1970. Santa Clara is home to Intel's headquarters and the flagship for Intel's Museum. Today, more than 13,500 employees across California design, develop, and support semiconductor products that help to secure, power and connect billions of devices and the infrastructure of the smart, connected world-from the cloud to the network to the edge and everything in between. These innovations are key to making the world safer, help builds healthy and vibrant communities and increases productivity.

Sign up for updates ›

Search California job opportunities ›

## Our Focus Areas

### Responsible

We believe in leading in advancing safety, wellness, and responsible business practices across our global operations, our value chain, and beyond.

Read more on our RISE Strategy and Goals ›

### Inclusive

Together with a broad range of stakeholders, Intel is working to make careers in technology fully inclusive and expand digital readiness for everyone.

Learn more about diversity and inclusion ›

### Sustainable

Intel continually strives to minimize our impact on the environment, and are pursuing new ways to reduce emissions, conserve energy and water, and more.

Learn more about our commitment to sustainability ›

### Enabling

Throughout California, we're working with community leaders, organizations, and our employees to realize the power of collective action and make our community a more vibrant place for everyone.

Learn more about Intel in the community ›

## Intel California by the Numbers



 

 English ⌄

Home  ›  About  ›  Office Locations

# Global Locations

No.1, Dusing 1st Rd., Hsinchu Science Park, Hsinchu, 30078, Taiwan (Headquarters)

| | |
|---|---|
| Dubai | Mainland China |
| Finland | Singapore |
| Germany | Sweden |
| India | Taiwan |
| Japan | United Kingdom |
| Korea | United States |



**ABOUT MEDIATEK**

About Us
Office Locations
Careers
Contact Us

**NEWS**

Press Room
Blog
Media Assets
Berita & Media - Indonesia
Press Room – ประเทศไทย
Tin tức - Việt Nam

**INVESTOR RELATIONS**

Financial Information
Shareholder Meetings
Corporate Governance
Investor News
Investor Calendar

**DISCOVER**

Report Vulnerability
MediaTek Foundation
MediaTek Ventures

**JOIN OUR NEWSLETTER**

First Name *    Last Name *

Email Address  *

SUBMIT



Home > About > Office Locations