# Exhibit T

## Contact

www.linkedin.com/in/jie-fang-b2100210 (LinkedIn)

## Top Skills

SoC

Analog Circuit Design

RF

# Jie Fang

RF/Analog Design Engineer at Broadcom

Austin, Texas, United States

## Experience

**Broadcom**
RF/Analog Design Engineer
April 2008 - Present (14 years 6 months)

Expertise in RF tuner and high-speed ADC design: designed all different blocks such as LNA, mixer, LPF, PGA, time-interleaved ADC in receivers, which are all successfully fitted in Broadcom RF tuner products, which have been being shipped hundreds of millions parts annually. Extensive hand-on lab experience from block performance verification to entire tuner system characterization and debugging. Supervision of mass production test (ATE) for satellite tuner IP. Leader of many design projects and supervision of junior designers and interns. Providing bridge between design team and application team to deliver RF Tuner SOC solution to customers.

**Cirrus Logic**
Analog design engineer
September 2005 - February 2008 (2 years 6 months)

Worked on high-precision industrial products. Designed several blocks, such as crystal oscillator, relaxation oscillator, buck switching regulator. Extensive hand-on experience on block verification.

———

## Education

**The University of Texas at Austin**
Doctor of Philosophy - PhD, Electrical and Electronics Engineering · (2013 - 2018)

**Oregon State University**
Master's Degree, Electrical and Electronics Engineering · (2004 - 2005)

**Fudan University**
Master's Degree, Electrical engineering · (1997 - 2004)