# Exhibit U

## Contact

www.linkedin.com/in/sohan-purohit-16b4b611 (LinkedIn)

## Top Skills

Circuit Design

Digital Design

IC

## Publications

Exploring Digital Logic Design Using Ballistic Deflection Transistors Through Monte Carlo Simulations

A low cost reconfigurable soft processor for multimedia applications: Design synthesis and programming model

Radiation-Hardened Reconfigurable Array With Instruction Roll-Back

MORA - An Architecture and Programming Model for a Resource Efficient Coarse Grained Reconfigurable Processor

Throughput/Resource-Efficient Reconfigurable Processor for Multimedia Applications

# Sohan Purohit

Memory Design at Broadcom

Austin, Texas, United States

## Summary

Memory Design

Digital Circuit Design

———

## Experience

**Broadcom Inc.**

Principal Engineer

January 2022 - Present (9 months)

Austin, Texas, United States

**Intel Corporation**

10 years 9 months

Engineering Manager

June 2019 - January 2022 (2 years 8 months)

Austin, Texas, United States

Circuit Design Engineer

May 2011 - June 2019 (8 years 2 months)

Austin, Texas, United States

**University of Massachusetts Lowell**

4 years

Research Associate

January 2011 - May 2011 (5 months)

High Performance Digital Circuit Design

Research Assistant

January 2008 - January 2011 (3 years 1 month)

Design space exploration of various cost-effective high throughput reconfigurable architectures and investigating efficient topologies for high performance data paths.

Research Assistant Intern

June 2007 - December 2007 (7 months)

Designed full custom implementation of a low power reconfigurable processor for high throughput media processing applications.

University of Calabria
Visiting Researcher
May 2008 - July 2008 (3 months)

Design and analysis of high performance, power efficient reconfigurable data path and investigation of optimal dynamic design styles for data path design.

———

## Education

University of Massachusetts at Lowell
PhD, Computer Engineering · (2008 - 2011)

University of Rochester
MS, Electrical and Computer Engineering · (2006 - 2008)

University of Mumbai
Bachelor of Engineering, Electronics Engineering · (2002 - 2006)