# Exhibit V

# Tawfik Ahmed

Memory Design Broadcom
Austin, Texas, United States

## Contact

www.linkedin.com/in/tawfik-ahmed-15336921 (LinkedIn)

## Top Skills

Static Timing Analysis

Application-Specific Integrated Circuits (ASIC)

Very-Large-Scale Integration (VLSI)

## Certifications

Business Foundations With Highest Honors

## Patents

Headerless Word Line Driver with Shared Wordline Underdrive Control

Capacitive lines and multi-voltage negative bitline write assist driver

Capacitive structure for memory write assist

## Summary

High-Performance/Low-Power Circuit Design
Experience RTL to GDS design
Floorplan, Synthesis, Extraction, LVS, DRC, Custom Datapath
Static Timing Closure (NT/PT), Electrical Closure (IR, Thermal, Noise)
Logical Verification (ESP/LEC)

---

## Experience

Broadcom Inc.
Hardware Engineer
August 2021 - Present (1 year 2 months)

Memory Design

AMD
Senior Member Of Technical Staff
May 2010 - August 2021 (11 years 4 months)
Austin

• Design, implementation and silicon validation of a 32KB SRAM L3 Data Macro in 14nm FINFET. This area-efficient,ultra-low power design is targeted to run above 4.5GHz while achieving very low VMin of 0.5V. Various read and write assist techniques such as Negative Bitline to improve writablity and Wordline Underdrive for better read margin have been incorporated.

• Automated logical to physical bitmap generation capability in AMDs CAD domain using Formal Verification Techniques. This enables post-silicon debug during systematic failures.

• Design, implementation and silicon validation of an SRAM Test Chip Macro in 16nm FINFET to verify and compare various read and write assist techniques. Negative Bitline, SRAM Supply Voltage Collapse, and Wordline Boost techniques were implemented to improve writability.

• Design, implementation and silicon validation of various other SRAM macros in 28 and 32nm technologies. Particular focus on implementing various power saving techniques.

• SAPR and AMD custom tools to implement various l2 tiles, particularly focusing on pin, timing, and placement constraints (PX Place)

## AMD
Co-op Engineer
January 2008 - December 2009 (2 years)
Austin

Bitcell Sensitivity Scripting
ADM and WRM sensitivity analysis of 6T and 8T SRAM cells across several technology nodes include bulk, SOI, and FINFET CMOS processes. This analysis enables SRAM DFM and DFY based design for improving reliability in the presence of both local and global variation.

## The University of Texas at Austin
Teaching Assistant
August 2006 - December 2007 (1 year 5 months)

Introduction to Microcontrollers

## Schlumberger Technologies
Software Engineering Intern
May 2007 - August 2007 (4 months)

Embedded communication. Visual C.

---

# Education

The University of Texas at Austin