# Exhibit W

## Contact

www.linkedin.com/in/taylorhouser
(LinkedIn)

## Top Skills

Sales
Team Leadership
Microsoft Office

# Taylor Houser

Sr. Business Development Manager for Broadcom Inc.
Austin, Texas Metropolitan Area

## Summary

I assist in the planning, designing and implementation of enterprise class hardware and software for purpose of increasing or replacing existing infrastructure that is currently in place. Work with end users to architect an IT solution that both is functional and practical, that balances both cutting edge and cost effective in order to alleviate the shortcoming of aging data center.

My unique background in technical recruiting allows me to be able to connect the best person to each situation in order to achieve the most optimal solution, getting the right people both on the bus and in the right seats.

Passionate about growing businesses and seeing people reach their potential.

---

## Experience

Broadcom Inc.
Sales Business Development Manager
November 2018 - Present (3 years 11 months)
Austin, Texas Area

• Manage multiple product lines at Dell, responsible for growth and adoption of products within a Dell solutions.
• Train and equip teams to pitch value of the Broadcom to end customers.
• Creatively drive adoption rate of product lines and new products to increase footprint of Broadcom in the overall market.

Dell
Enterprise Solutions Specialist
November 2012 - November 2018 (6 years 1 month)
Austin, Texas Area

• Consult with clients to architect enterprise solutions: HPC, VSAN, Big Data, etc.
• Cultivate relationship with clients and helped solve for pain points

• Carry a $24 million yearly quota and consistently over attain.

• Responsible for mentoring and training dozens of new hires.

• Culture advocate, responsible for coordinating and planning team events.

## Cornerstone Technical Consulting
### Technical Recruiter
June 2011 - September 2012 (1 year 4 months)

-Actively maintain regular connection with over a hundred contractors.

-Placed a candidate within 5 ½ weeks of working(previous office record was 8 weeks).

- Work side-by-side with account managers to provide the most qualified and experienced candidates for the clients immediate and future needs.

- Track down leads to further the companies reach into developing markets.

- Negotiate rates with clients

## AT&T
### Retail Sales Consultant
July 2010 - July 2011 (1 year 1 month)

-Top 10% Sales consultant in the greater Austin area as well as consistently finishing number 1 in the store.

-Hand picked for a 3 month Leadership Development Program.

-Tasked to create unique solutions for customers.

In March, finished in the top 100 reps in the region

## Best Buy
### Customer Experience Specialist
September 2004 - July 2010 (5 years 11 months)

-Create customer relations and make suggestions based on their needs

-Developed and tested a new position which became a company standard

-Managed departments

-Work while attending school full-time

-Solved problems for both myself and other employees

## Houser's Lawn Mowing Service
### Founder, Advertising Coordinator, Sales Rep, Accountant, and Manager
April 2000 - September 2004 (4 years 6 months)

Building relationships with the community and signing new accounts

Delegated employee's responsibilities while maintaining customer satisfaction

Advertising and market development

## Education

The University of Texas at Austin

B.A., English and Business · (2007 - 2010)