# Exhibit X

## Contact

www.linkedin.com/in/lancewatson
(LinkedIn)

## Top Skills

Bluetooth

WiFi

Wireless

# Lance Watson

Staff Applications Engineer for Automotive and IoT (Bluetooth, Wi-Fi, GNSS and BLE)
Dallas-Fort Worth Metroplex

## Summary

WiFi, Bluetooth and GNSS Applications Engineer focusing primarily on hardware and RF design along with optimizing performance and debugging customer problems.

_____

## Experience

Qualcomm
HW & RF Staff Applications Engineer (Bluetooth, Wi-Fi, GNSS and BLE)
August 2015 - Present (7 years 1 month)
Dallas, Texas

• Responsible for design in revenue generation and defending within the US market exceeding $500M in design wins annually

• Lead hardware and RF Connectivity applications engineering point of contact for all the major US Automotive OEMs & tier 1s, along with the most recognized IoT customers in the industry

• Owned relationships with customer engineering teams and provided excellent communication and response time in order to solidify Qualcomm as an exceptional customer support centric vendor

• Quickly integrated into learning, promoting, designing with and testing Qualcomm Connectivity radios for customer application

• Provide schematic & layout reviews along with HW & RF optimization for Qualcomm Customers implementing designs with QCA Bluetooth/Wi-Fi radios

• Interface with Qualcomm's Engineering and Development teams in order to resolve deep technical issues

• Continuation of high level support and interaction with CSR's Voice and Music customers as part of the Qualcomm's family of ICs

• Authored scripts to test and validate Qualcomm's CSR Voice and Music development boards in order to better understand performance at voltage and temperature, provided findings back to the business group

• Leading efforts at integrating CSR's Bluetooth ICs into Qualcomm Atheros WiFi designs, acting as a Bluetooth and WiFi coexistence technical lead

CSR

11 years 8 months

Staff Applications Engineer
April 2013 - August 2015 (2 years 5 months)
Dallas/Fort Worth Area

• Lead hardware and RF applications engineering point of contact for key tier 1 customers: initial design to production

• Performed reviews of customer Bluetooth, Bluetooth Smart, Wi-Fi, BT Wi-Fi Combo and GNSS schematics and layouts

• Responsible for worldwide automotive support for BT, BLE, Wi-Fi and GNSS related to hardware and RF design and problem solving

• Designed several PCBs for different Business Groups: Arduino GNSS interface, Bluetooth Smart Sensor board, Demos for CES, Asset Tracking with cellular and GNSS radios, and Level Shifter IO Communication Interface Boards

Senior Bluetooth & WiFi Applications Engineer
January 2011 - April 2013 (2 years 4 months)

• Lead applications engineering point of contact for key tier 1 customer with WW presence

•  Performed reviews of customer Bluetooth, Bluetooth Smart, Wi-Fi, BT Wi-Fi Combo and GNSS schematics and layouts

•  Responsible for worldwide automotive support for Wi-Fi related hardware and RF

•  Designed CSR Bluetooth Smart shelf tag for CTO Group

•  Created schematic example designs for customer implementation for CSR's Bluetooth, Bluetooth Smart and Wi-Fi solutions

Bluetooth & WiFi Applications Engineer
July 2006 - January 2011 (4 years 7 months)

•  Performed Bluetooth and Wi-Fi RF optimization and characterization for Tier 1 US customer designs

•  Performed reviews of US customer Bluetooth and Wi-Fi schematics and layouts

•  Provided Bluetooth and Wi-Fi application support from design concept, to production, to post-production

•  Created Application Notes, Test Reports, Example Designs and Characterization Data for Bluetooth and Wi-Fi chipsets

•  Designed experiments and test scenarios to prove CSR's Bluetooth and Wi-Fi coexistence solutions

• Created and presented Bluetooth and Wi-Fi training material for internal sales and customers consumption

• Created MATLAB automated script testing for PA, LNA and Front-end modules from various vendors

Jr. Applications Engineer
January 2004 - July 2006 (2 years 7 months)

• Debugged Bluetooth application code for customer solutions using CSR's embedded SDK

• Performed Bluetooth RF optimization and characterization for Tier 2 & Tier 3 customer designs

• Reviewed schematics and layouts for customer Bluetooth designs

• Provided Bluetooth application support from design concept, to production, to post-production

• Created, presented and trained US Sales Reps on CSR products

——————

# Education

The University of Texas at Dallas
BS EE, Electrical Engineering · (1999 - 2003)