# Exhibit Y

## Contact

www.linkedin.com/in/nagashree-h-s-546986148 (LinkedIn)

## Top Skills

IEEE 802.11ad MAC+PHY(digital)
Functional Verification
SystemVerilog

# Nagashree H S

Lead Engineer @ Qualcomm India (Formerly)
Austin, Texas, United States

## Summary

7+ years of experience in ASIC verification at top, block and module level with automated
SystemVerilog and UVM TestBench; Worked on ASIC verification of Internet Packet Accelerator
and WLAN protocols (IEEE 802.11ad, 802.11ac, 802.11ax, 802.11be).
I was working for Qualcomm India until May 2021, recently moved to USA and actively looking for job opportunities in ASIC design verification with VISA sponsorship.

---

## Experience

**Qualcomm**
3 years 8 months

Lead Engineer Sr
January 2021 - May 2021 (5 months)
Bengaluru, Karnataka, India

Senior Design Verification Engineer
October 2017 - December 2020 (3 years 3 months)
Bengaluru, Karnataka, India

**Asarva Chips & Technologies Pvt Ltd**
Design Verification Engineer
July 2013 - September 2017 (4 years 3 months)
Bengaluru, Karnataka, India

---

## Education

**BNM Institute Of Technology**
Bachelor of Engineering - BE, Electronics and Communications Engineering · (2009 - 2013)