# Exhibit Z

## Contact

www.linkedin.com/in/sravan-ankireddy (LinkedIn)

## Top Skills

Arduino

Matlab

Eagle PCB

## Languages

Telugu

English

# Sravan Kumar Ankireddy

PhD student @ UT Austin | Ex-Qualcomm

Austin, Texas, United States

## Summary

I am a first year Ph.D. student in the department of Electrical and Computer Engineering at the University of Texas at Austin working with Prof. Hyeji Kim. My interests lie broadly in the areas of Information Theory, Machine Learning, and Wireless Communications.

―――――

## Experience

**The University of Texas at Austin**

1 year 1 month

Graduate Research Assistant

May 2022 - Present (4 months)

Austin, Texas, United States

Graduate Teaching Assistant

August 2021 - May 2022 (10 months)

Austin, Texas, United States

**Qualcomm**

WLAN RnD Engineer

July 2019 - July 2021 (2 years 1 month)

Bangalore

WLAN PHY Layer modelling team

**Qualcomm**

Systems Engineering Intern

May 2018 - July 2018 (3 months)

Bangaon Area, India

Worked in Systems R&D Team, Qualcomm Research India. Worked on precoder design for Interference cancellation in Multi User MIMO. Developed an improvised non-linear precoding technique and supported the results with simulations in MATLAB.

**Qualcomm**

Software Engineering Intern
May 2017 - July 2017 (3 months)
Hyderabad Area, India

Worked in Conformance Testing Team, Qualcomm India Pvt. Ltd. My work involved automating the test process of CMAS Alert messaging system. Also developed a python based tool to port the test results automatically to the network server.

Shaastra, IIT Madras
Project Manager
August 2016 - January 2017 (6 months)
IIT Madras

Overseen the progress for a specific team and acted as a consultant for any technical problems for other projects as well. Managed the finances and reimbursements of the department.

DeTect Technologies
Signal Processing Intern
May 2016 - July 2016 (3 months)
Chennai Area, India

Worked on improvising the data collection and analysis of the Signals, filtering and fitting of the collected data and building models.

Shaastra, IIT Madras
Project Coordinator
August 2015 - January 2016 (6 months)
IIT Madras

Coordinator for the Techno Cultural Show Envisage, for the project Techno Illusions. Designed programmable Electro Luminescent suits.

------

## Education

The University of Texas at Austin
Doctor of Philosophy - PhD, Electrical and Computer Engineering · (2021 - 2026)

Indian Institute of Technology, Madras
Dual Degree [B.Tech + M.Tech], Electronics and Communications Engineering · (2014 - 2019)