# Exhibit AA

## Contact

www.linkedin.com/in/hsiu-min-tsai-501034182 (LinkedIn)

## Top Skills

Technical Support

Troubleshooting

5G mmwave antenna

## Languages

English (Professional Working)

Mandarian (Native or Bilingual)

# Hsiu-Min Tsai

Senior Customer Engineer at Wistron Neweb Corporation. Former system application engineer at Mediatek.

美國 德克薩斯州 奧斯丁

## Summary

I'm a responsible, determined, and enthusiastic RF hardware application engineer who possesses two and a half years of work experience on Wi-Fi/Bluetooth front-end module PCB design and validation.

[Expertise]
• Specialized in Wi-fi/BT front-end module PCB design, matching tuning, and validation
• Familiar with RF transceiver and receiver design structures
• Able to use technical concepts to analyze and solve RF chip bring up and RMA IC issues
• Welding Technique: 0201(inch x inch) distributed component, QFN package chip, etc.
• RF Schematic/PCB viewer: Cadance/OrCAD, PADs, Allegro
• RF Circuit Simulation: Keysight/ADS, ANSYS/HFSS
• RF Test Equipment: Litepoint/IQxel, Agilent/Spectrum Analyzer, Keysight/Network Analyzer, Oscilloscope, Multimeter, etc.

———

## Experience

**MediaTek**
Software Engineer
June 2022 - Present (4 months)
Austin, Texas, United States

**Wistron Neweb Corporation**
Senior Customer Engineer
June 2020 - June 2022 (2 years 1 month)
Austin, Texas, United States

**MediaTek**
Wireless Hardware System Application Engineer
December 2016 - June 2019 (2 years 7 months)

Hsinchu County, Taiwan

• Participated in several internal projects from RF chip front-end design to validation phase on
reference boards
• Organized international customer's projects from product board design, product board validation into the mass production phase
• Built an RF receiver board-level de-sense testing working model to prevent and narrow down issues quickly and effectively
• Debugged and validated on various types of RF chips, e.g., SOC(system on chip), COMBO chip and A/D-die chip
• Developed RF TX and RF RX ATE(Automatic Test Equipment) features with instrument vendors
• Managed and supported several segment projects which are embedded RF chips such as Tablet, AI voice, AI vision, etc.
• Coordinated several departments' resources to work on and support projects, e.g., RF Designers, EMID members, software engineers, hardware engineers and project managers

## Senao Networks
Summer Intern
June 2013 - August 2013 (3 months)
Taoyuan District, Taiwan

• Studied wireless related test specifications
• Tested wireless transmission and receiving signals in real scenarios

———

# Education

National Chiao Tung University
Master's degree, Communications engineering · (2014 - 2016)

Chang Gung University
Bachelor's degree, Electrical and Electronics Engineering · (2010 - 2014)

The University of Texas at Austin
ESL program · (2019 - 2019)

Meridian School of English
ESL program · (2016 - 2016)