# Exhibit BB

## Contact

www.linkedin.com/in/shahnaznagle (LinkedIn)

## Top Skills

SPICE
CMOS
Circuit Design

# Shahnaz Nagle

Memory Circuit Design Engineer at MediaTek
Austin, Texas, United States

## Summary

An accomplished and motivated Circuit and Physical Design Engineer in high performance and low power memory, custom clock mesh and standard cell design for embedded applications as well as Microprocessors.

Specialties: • Low power and high speed Cache  designs
- SRAM Memory compiler design
- Custom circuit design ( Sense amp, WL/Col drivers, Read/write paths)
- Timing closure on High Performance
- Cross Talk Analysis
- IR drop analysis and optimization
- Power Estimation
- Cadence Schematic & Layout Tools
- Synopsys Pathmill, Cadence Ultrasim, Nanosim, Spice
- Synopsys ESPCV (verification tool)
- Interconnect RC extraction (StarRCXT)
- Finesim
- ICC2
- Synopsys Primetime and Nanotime
- Custom clock mesh and H-tree for CPU and top level blocks
- Monte Carlo analysis of timing margins

## Experience

**MediaTek**
Memory Circuit Design Engineer
January 2022 - Present (9 months)
Austin, Texas, United States

**Synopsys Inc**
Application Engineer
2020 - January 2022 (2 years)

Samsung Austin R&D Center
Circuit Design  and Clock Implementation Engineer
2010 - 2020 (10 years)
Austin, Texas Area

―――――

## Education

North Carolina Agricultural and Technical State University
MS and BS, Electrical Engineering