# Exhibit CC

## Contact

www.linkedin.com/in/richard-cheung-9331572 (LinkedIn)

## Top Skills

Product Management
Wireless
Embedded Systems

## Languages

English (Native or Bilingual)
Chinese (Native or Bilingual)

# Richard Cheung

Product Marketing Strategist | Roadmap Architect | Cross-functional Leader
Austin, Texas Metropolitan Area

## Summary

Experienced Product Management Executive with cross-functional leadership and Go-To-Market expertise. Extensive hands-on technical knowledge with ability to adapt to fast-pace time-to-market and dynamics.

Product Management | Marketing

Proven track record to start product line and enter new market segment from ground zero. Building and training new teams, new business model and sales. Formulate and execute product line roadmap and strategy to bring in meaningful revenue.

Core Competencies:
Product Management
Go-To-Market Strategy
Cross-functional Leadership and Team building
Technical Knowledge
Engineering Experience
Roadmap Strategy and Execution
Proven ground-up new business/product line track record

Accomplishments:
Built successful new product lines, teams, and business, 4 times (Broadcom, MEMSIC, RDA, Amp'ed RF). Sales volume generated from 0 to multi-million units.
Volume production with multiple first tier, international customers, as well as Chinese ODM/OEMs which export to BRICs, Africa, SA, Middle East, etc.
Lived in different countries that I have not lived in before, twice.

---

## Experience

MediaTek
Senior Director Product Marketing
October 2021 - Present (1 year)
Austin, Texas, United States

Wi-Fi Alliance
Director of Product Management
March 2020 - September 2021 (1 year 7 months)
Austin, Texas, United States

Delivered and launched QuickTrack to the Wi-Fi Industry - Wi-Fi Alliance internal driven project to lower certification barrier. Managed a team of 6 product managers for various Wi-Fi Alliance certification programs.

Amped RF Wireless Technology
Senior Director, Product Management and Engineering
May 2015 - January 2020 (4 years 9 months)
San Jose, CA

Established a brand new ASIC design team. Completed first MCU-based voice wake-up word audio ASIC, with internal audio codec and Wi-Fi radio. Raised 2nd round funding with co-founder.

Rda Microelectronics Inc
Marketing Director
September 2010 - March 2015 (4 years 7 months)
Shanghai City, China

Led new product development, and product management in brand new IoT market segment, before IoT was named IoT. (It was called non-mobile connectivity market). Brought in $20-25 Mill annual rev with a brand new product line (BT speaker) and various other BT TWS pilot projects.

MEMSIC
Marketing Director
August 2009 - August 2010 (1 year 1 month)
Shanghai City, China

Successfully design-in and ramp production of magnetic sensor into Samsung Mobile within 9 months.

Broadcom
Product Manager
September 2006 - January 2009 (2 years 5 months)
Santa Clara, California, United States

Product management in Bluetooth and Bluetooth audio. Successfully launched products with Motorola, Nokia, Samsung, and Plantronics

―――――

## Education

California State University-Fullerton
MBA

University of Michigan
BSE, Electrical Engineering

University of Michigan
MSE, Electrical Engineering

University of Michigan