# Exhibit DD

## Contact

www.linkedin.com/in/
shrivastavashweta (LinkedIn)

## Top Skills

LTE
Wireless
Device Drivers

## Publications

Group Resource Allocation for
Increasing VoIP Capacity over
WiMAX

Performance Analysis of Persistent
Scheduling for VoIP in WiMAX
Networks

Group Scheduling for Improving
VoIP Capacity in IEEE 802.16e
Networks

## Patents

Group resource allocation
techniques for IEEE 802.16M.

Transmission of advanced-MAP
information elements in mobile
networks.

Transmission of advanced-MAP
information elements in mobile
networks.

Battery level based configuration of a
mobile station by a base station.

Group resource allocation
techniques for IEEE 802.16m.

# Shweta Shrivastava

Cloud Software Engineer
Austin, Texas, United States

## Summary

• 12 years of experience in research and software development in the fields of 4G/5G RAN, WiFi and networking including inventing new features, driving them into industry standards, and implementing them into leading industry products.

• Architecture, design, implementation, testing, integration, and troubleshooting of software in C, C++, and Java. Experience with large-scale, complex software applications and device drivers in networking, network management domains and consumer devices.

• Researched and invented new features/protocols in MAC layer in wireless technologies including WiMAX, 3GPP-LTE (4G) and WiFi, with demonstrated ability in dealing with ambiguity, setting project direction and driving features from concept to completion.

• Known in the industry as a detail-oriented team player who delivers quality solutions. Worked with cross-site, cross-functional teams.

• 3 publications and 13 patents.

---

## Experience

**Intel Corporation**
Cloud Software Engineer
January 2022 - Present (9 months)
Austin, Texas, United States

**Northeastern University**
5G RAN Software Engineer | OpenAirX-Labs | PAWR program |
Northeastern University
May 2020 - January 2022 (1 year 9 months)
Austin, Texas, United States

OpenAirX-Labs is an initiative affiliated with Platforms for Advanced Wireless
Research (https://advancedwireless.org/) incubated within the Institute for
Wireless Internet of Things (WIoT) at Northeastern University with a goal to
deliver end-to-end 5G Standalone mode network stack using OpenAirInterface
(OAI) open source 5G software. Leading a team of four for the development

of 5G RAN features in OAI codebase, integration testing and OAI deployment efforts over PAWR testbeds.

- Led the implementation of 5G RAN MAC and higher layer features, including scheduler, dynamic allocation, DL/UL allocations and DCI processing, RRC signaling enhancements, Scheduling Request/Buffer Status Report and multi-UE support on OAI gNB.

- Led the debugging and stability improvements, particularly for OAI 5G UE.

- Led integration testing of OAI 5G core network, OAI gNB with OAI UE and COTS UE

- Leading 5G OAI UE task and roadmap discussion.

- Leading OAI deployment effort for PAWR platforms as well as partner testbeds across US.

- Developed a CI/CD system for OAI at Northeastern. Central point of contact in US for test and evaluation of OAI 5G stack.

## Intel Corporation
Senior Software Engineer
July 2010 - July 2012 (2 years 1 month)
Bengaluru Area, India

Led the driver architecture and implementation of display aspects of Intel Wireless Displays (WiDi). Specifically led the enabling of HD (1080p) video and content protection (HDCP 2.0) over WiDi. Led the design and proof-of-concept delivery to enable Stereo 3D over WiDi.

## Intel Labs
Senior Software Engineer / Researcher
August 2005 - July 2010 (5 years)
Portland, Oregon Area

Responsible for driving research in wireless protocols and algorithms, proving research ideas via simulations and prototypes and driving the ideas into industry standards. Specific experience includes (i) Research in increasing VoIP capacity over WiMAX and drove the solutions persistent scheduling and group resource allocation in IEEE 802.16e Rev 2 and IEEE 802.16m respectively. (ii) Research in enhancing best effort services over WiMAX (iii) Power saving and bandwidth request related enhancements for 3GPP-LTE. (iv) OPNET and MATLAB simulations for WiMAX and LTE (v) Prototyping of 802.11s based mesh network and field trial performance characterization.

## Sigma Software Solutions
Software Engineer
October 2001 - May 2002 (8 months)

Pune, India

Implemented core components of Operations Support System (OSS) for provisioning high-speed broadband internet solutions in C++ and Java. Developed GUI-based remote monitoring tool to control the OSS processes. Worked in all stages of software development life-cycle.

## Alcatel
Software Engineer
October 2000 - July 2001 (10 months)
Sydney, Australia

Designed and developed protocol adapters between Alcatel's Integrated Network Management (INM) Platform (a large distributed application) and various telecommunications switches. Developed switch simulators which significantly cut the time required for testing. Worked in all stages of software development life-cycle.

## Tech Mahindra
Software Engineer
October 1999 - October 2000 (1 year 1 month)
Pune, India

Responsible for design, development, testing and documentation of network management software. Designed and developed a GUI-based tool to automate the process of generating and executing the Linux Traffic Controller (TC) scripts for providing Quality-of-Service (QoS) in networks.

———

# Education

Rutgers University
Master's degree, Electrical and Computer Engineering

Maulana Azad National Institute of Technology
B.E., Electrical Engineering