# Exhibit EE

## Contact

www.linkedin.com/in/christopher-bednarz-3110ba78 (LinkedIn)

## Top Skills

C++

C

LLVM

# Christopher Bednarz

SoC System Integration Validation Engineer at Intel Corporation
Austin, Texas, United States

## Summary

Former Marine passionate about everything computing.  Started building gaming machines at a young age, but moved into software development.  Worked at Intel starting back in 2010 as a software engineer creating new low level CPU/SOC validation tools.  My latest passion include: embedded systems, logic design, compilers, and software/hardware integrated systems.

---

## Experience

**Intel Corporation**
10 years 9 months

**SoC System Integration Validation Engineer**
July 2014 - Present (8 years 3 months)
Austin, TX

Wireless/connectivity SoC system integration validation lead for Intel's low power, small form factor SoCs.  Responsibilities included:

- Development of Wi-Fi and GNSS validation content including bare-metal drivers and FW written in C/C++ designed for pre/post silicon.  Content targeted: DMA, UART, PCIe/IOSF, LTR, device and system level power management including system wakes.
- Created debug scripts (Python) for post-silicon environments to enable FW debug messaging and signal output using Lautherbach/JTAG and LAs.
- Designed automated test content and test benches to validate Wi-Fi/802.11 Android use cases in both pre and post-silicon to ensure proper end-user functionality, greatly reducing the need for manual testing.
- Lead the connectivity System Integration Validation working group across all of Intel.  Ensuring all validation collateral was executed properly and that each SoC was planning properly for first silicon arrival.

**SoC/CPU Testing Tools Validation Lead and Infrastructure Engineer**
January 2013 - July 2014 (1 year 7 months)
Folsom CA

Page 1 of 3

Technical lead of test design strategy and automation infrastructure support for a compiler (LLVM)/OS (bare-metal) based validation tool that enabled HW engineers to create highly optimized validation content (C/C++) for testing Intel's latest SoC/CPU products in simulation, emulation, and post-silicon.

Test design (C/C++, Python) including: compiler framework (optimization, analysis, generation), linkers, x86 hardware interfaces (Power Management, Memory Management, APIC, Interrupts, HPET, System Management Mode, Virtualization Machine Extension, Concurrency).

-Created a continuous integration/gated commit system using Gerrit and TeamCity (Win32/Ubuntu/SUSE).
-Influenced upper level management to change process/methodologies from traditional waterfall to Agile/SCRUM.
-Interviewed, hired, and mentored a group of interns that assisted with test case implementation.
- Certified Scrum Master of a related software development team.

## SoC/CPU Testing Tools Software Engineer
January 2012 - January 2013 (1 year 1 month)
Folsom CA

Responsible for the development and support of a bare-metal OS testing environment that enabled hardware engineers to create validation content for Intel's latest SoC/CPU products.

- Developed a 64-bit memory management API (C).  The major features of the API included: x86 segments (PM/64-bit), page tables, virtual address spaces, memory discovery, caching, and concurrency/multi-threading.

-Created a HW coverage analysis tool (C/TCL) that captured coverage data used to identify stressful content.

- Debug of SW/HW issues including: concurrency/race-conditions, power, interrupt, memory/paging, and security.  Used system debug tools including: Intel's Platform Debug Toolkit (ITP/Python), gdb, and map/list files.

## Intel Corporation
SoC/CPU Testing Tools Software Engineer
April 2010 - April 2011 (1 year 1 month)
Folsom CA

Responsible for the development and support of a bare-metal OS testing environment that enabled hardware engineers to create validation content for Intel's latest SoC/CPU products.

- Developed a 64-bit memory management API (C). The major features of the API included: x86 segments (PM/64-bit), page tables, virtual address spaces, memory discovery, caching, and concurrency/multi-threading.

-Created a HW coverage analysis tool (C/TCL) that captured coverage data used to identify stressful content.

- Debug of SW/HW issues including: concurrency/race-conditions, power, interrupt, memory/paging, and security. Used system debug tools including: Intel's Platform Debug Toolkit (ITP/Python), gdb, and map/list files.

## United States Marine Corps
Marine Sergeant
January 2004 - January 2010 (6 years 1 month)
Selfridge ANGB, MI

Responsible for the welfare and professional development of Marines that lead to their promotion.

-Managed MEP/TQG field generators including their proper: operation, maintenance, and repair to provide a safe and combat ready state.  Oversee all technical manuals, schematics, wiring diagrams, tools, and equipment.

-Trained/mentored junior Marines to help improve their familiarity and competency of the electrical field gear.

———

# Education

## University of Michigan-Dearborn
Bachelor of Science (BS), Computer and Electrical Engineering · (2005 - 2011)