# Exhibit FF

## Contact

www.linkedin.com/in/chintan-shukla-b8934816 (LinkedIn)

## Top Skills

C

Verilog

Perl

# Chintan Shukla

Technical Product/Program Manager | Semiconductor Engineering | Device Design & Manufacturing | Product Development

Cedar Park, Texas, United States

## Summary

I am a Senior Product/Program Manager with multiple advanced degrees and 10+ years of demonstrated expertise in semiconductor design, testing, manufacturing, and deployment. I offer specialized experience in design, fabrication, testing, and validation of 65nm, 45nm, 32nm, and 28nm nodes for clients in the Automotive industry.

Leveraging a unique mix of technical expertise, business acumen, and leadership abilities, I have built a long record of success guiding program management, directing technical teams, eliciting customer needs, and managing the complete product development life cycle.

Areas of expertise include:
Semiconductor Engineering | Device Physics | Device Fabrication | Power Characterization
Product Development Life Cycle | Failure Testing & Analysis | High-Tech Manufacturing
Technical Program Management | Process Automation Tools | Design & Manufacturing
New Product Introduction (NPI) | Device Reliability Testing | Hardware Consulting SME
Microfabrication | Nanomanufacturing | Product Fabrication Flows | Fault Isolation

Programming Languages & Tools:
Perl | C | Synopsys Tetramax | Cadence Virtuoso (Schematic and Layout Editor) | Synopsys Primetime
ICC (Place and Route) | ORCAD (Schematic and Layout Editor) | Xilinx Ise 10.1 | Tango
Blizzard (Bin-Split predictor for post silicon) | Eden | Greenstone Debugger | Modelsim | VCS

Verdi/Debussy | Aspen | Vulcan | Synopsys Design Compiler | Windows | UNIX | Linux

Fault isolation techniques using pFA, eFA and Inline FA

---

## Experience

Samsung Austin Semiconductor
Sr. Product Manager
May 2013 - Present (9 years 5 months)
Austin, Texas, United States

Supervise a team of seven engineers and technicians and lead all aspects of new product introduction, including resource allocation, capacity planning, scheduling, and market research for the design, manufacturing, and delivery of products for the automotive industry.

• Guide end-to-end product launch process, including determining product flow, manufacturing design, quality controls, testing, and production of new products to meet customer specifications and lead market entry

• Lead the root cause analysis team and represent the department on multiple task force teams to continuously improve yield, minimize defects, and optimize manufacturing conditions

• Mentor and train new engineers, serve on Process Control Board and Employee Advisory Committee, and present to leadership on team development, program performance, policy implementation, and improvement initiatives

Qualcomm
Failure Analysis Engineer
January 2012 - April 2013 (1 year 4 months)

Performed physical failure analysis of semiconductor chips and documented root causes of failures to track revisions and develop effective test programs and tools.

• Improved test system functionality using Advantest V93000 scalable platform architecture, validated the test program and QSCAN database for Chain and ATPG diagnostics, and developed Perl utilities to enhance QSCAN performance

• Headed release and maintenance of Knights CAMELOT software for the layout conversion of the 45nm, 32nm, and 20nm SoC for failure analysis, semiconductor design edits, testing, and device qualification

Intel Corporation
ASIC Design Engineer
August 2008 - January 2010 (1 year 6 months)
Santa Clara, CA

Conducted power validation planning, execution, monitoring, and reporting to identify root causes of bugs and enable robust design fixes for the next generation x86 server processor.
• Worked with RTL and physical design teams on the end-to-end RTL design flow, implemented a test plan methodology to ensure device performance to specification, and used platform level tools to characterize power delivery networks
• Served as a liaison between hardware and software teams to communicate specifications, solve complex issues, and improve efficiency through custom automations to detect discrepancies in RTL
• Performed static timing analysis to detect low leakage cells, conducted Formal Equivalence Verification to identify individual block discrepancies, and generated FSDB dumps to estimate power activity of signals in RTL

## Education

Texas State University
Master of Business Administration - MBA, Logistics, Materials, and Supply Chain Management · (August 2021)

San Jose State University
Master of Science - MS, Electrical Engineering