# Exhibit GG



APPLY NOW     English     Log in



The worldwide network of companies
that brings you Wi-Fi®

Certified products, news, etc.                                                                    SEARCH

Certified products, news, etc.                                                                    SEARCH

**View Wi-Fi CERTIFIED™ products by category**

Discover Wi-Fi

# Wi-Fi CERTIFIED 6



## Capacity, efficiency, and performance for advanced connectivity

Wi-Fi CERTIFIED 6™, the industry certification program based on the IEEE 802.11ax standard, provides the capacity, efficiency, coverage, and performance required by users today in the most demanding Wi-Fi® environments. Emphasizing quality connectivity in locations with hundreds or thousands of connected devices such as stadiums and other public venues, as well as corporate networks utilizing time sensitive, high bandwidth applications, Wi-Fi CERTIFIED 6 networks ensure each connected device performs at an optimum level. Wi-Fi CERTIFIED 6 devices meet the highest standards for security and interoperability, and enable lower battery consumption, making it a solid choice for any environment, including the Internet of Things (IoT).

Key benefits of Wi-Fi CERTIFIED 6 technology include:

- Higher data rates

- Increased capacity

- Performance in environments with many connected devices

- Improved power efficiency

Wi-Fi CERTIFIED 6 provides the foundation for a host of current and emerging uses from streaming ultra high-definition movies, to mission-critical business applications requiring high bandwidth and low latency, to staying connected and productive while traversing large, congested networks in airports and train stations.

## Wi-Fi 6E extends Wi-Fi CERTIFIED 6 into 6 GHz

Wi-Fi operation in the 6 GHz frequency band enables Wi-Fi to continue delivering positive experiences for the most bandwidth intensive applications. Wi-Fi 6E certification as part of Wi-Fi CERTIFIED 6 offers the features and capabilities of Wi-Fi 6, extended to the 6 GHz band. Several nations around the globe are making the 6 GHz band available for unlicensed use, and Wi-Fi CERTIFIED 6 provides worldwide interoperability certification for devices in these markets.



COUNTRIES ENABLING WI-FI 6E

Wi-Fi 6E can utilize up to 14 additional 80 MHz channels or seven additional superwide 160 MHz channels in 6 GHz for applications such as high-definition video streaming and virtual reality. Wi-Fi 6E devices leverage these wider channels and additional capacity to deliver greater network performance and support more Wi-Fi users at once, even in very dense and congested environments. Wi-Fi 6E will bring greater technology advancements in Wi-Fi that will introduce new use cases, such as unified communications, cloud computing, and telepresence, and accelerate the next generation connectivity with 5G networks.

**Wi-Fi 6E and incumbent devices**

Wi-Fi Alliance seeks global harmonization of 6 GHz spectrum so that Wi-Fi devices can perform in 6 GHz spectrum anywhere in the world. To achieve this goal, it is important that Wi-Fi and incumbent devices utilizing the 6 GHz band coexist.

Wi-Fi Alliance is leading the development of specifications and test plans that can help ensure that standard power Wi-Fi devices operate in 6 GHz spectrum under favorable conditions, avoiding interference with incumbent devices. To support this, the U.S. Federal Communications Commission (FCC) established a requirement for an Automated Frequency Coordination (AFC) system, which is being considered by other regulatory agencies, to ensure consistent experiences with Wi-Fi 6E devices. Wi-Fi Alliance development efforts on this innovative system are ongoing, with the aim of ensuring the worldwide adoption, interoperability, security, and reliability expected of Wi-Fi.

For more information on AFC development, download the **specification**, **test plan**, and **reference model**.

## Innovation and performance in challenging environments

The ubiquity of Wi-Fi and its ability to complement other wireless technologies helps bring the promise of connecting everyone and everything, everywhere, closer to reality. Wi-Fi popularity has also created very diverse and densely populated Wi-Fi conditions, requiring technological advances to meet the needs of users. Wi-Fi CERTIFIED 6 delivers improvements and new features that enable Wi-Fi devices to operate efficiently in the most dense and dynamic connectivity settings.

Key capabilities:

- Orthogonal frequency division multiple access (OFDMA) effectively shares channels to increase network efficiency and lower latency for both uplink and downlink traffic in high demand environments

- Multi-user multiple input, multiple output (multi-user MIMO) allows more data to be transferred at one time, enabling access points (APs) to concurrently handle more devices

- 160 MHz channel utilization capability increases bandwidth to deliver greater performance with low latency

- Target wake time (TWT) significantly improves network efficiency and device battery life, including IoT devices

- 1024 quadrature amplitude modulation mode (1024-QAM) increases throughput for emerging, bandwidth intensive uses by encoding more data in the same amount of spectrum

- Transmit beamforming enables higher data rates at a given range to increase network capacity

Wi-Fi CERTIFIED 6 devices bring enhanced performance to emerging applications such as virtual and augmented reality used in e-Learning, telepresence, and healthcare. Wi-Fi CERTIFIED 6 also provides carriers and public Wi-Fi operators with more capabilities to support advanced connectivity in retail, stadiums, and transportation hubs, including a growing array of location-based applications and services.



Wi-Fi 6E: Expanding Wi-Fi into 6 GHz spectrum







Wi-Fi 6 at CES 2019

FCC remarks from Ajit Pai, Chairman

What Wi-Fi trends are expected in 2020?

**Wi-Fi Alliance Policy Newsletters**

**Wi-Fi 6E Insights – July 2022**

Wi-Fi 6E Insights – April 2022

Wi-Fi 6E Insights – December 2021

Wi-Fi 6E Insights – October 2021

Wi-Fi 6E Insights – July 2021

Wi-Fi 6E Insights – April 2021

Wi-Fi Alliance News      See All

Wi-Fi 6E Insights: Q2 2022 Editorial

Wi-Fi® delivers strong IoT advantage

Wi-Fi CERTIFIED 6™ Release 2: Better wireless for IoT

The Signal Podcast

Episode 15: The Wi-Fi® IoT advantage with James Chen of MediaTek

Episode 14: Wi-Fi 6 in multi-dwelling units with Rad Sethuraman of Cambium Networks

Episode 13: Wi-Fi® and the future of remote work with Harry Dewhirst, CEO of Linksys

Episode 12: The benefits of multi-user MIMO for Wi-Fi 6 with Rolf de Vegt of Qualcomm

Episode 11: Wi-Fi® in dense public areas with John Brams of Extreme Networks

Episode 10: Wi-Fi 6E momentum - AFC and standard power Wi-Fi® with Chris Szymanski of Broadcom

Episode 9: The role of Wi-Fi® and 5G in digital transformation with Derek Peterson of Boingo

Episode 8: The state of Wi-Fi® deployments with Irvind Ghai of onsemi

Episode 7: Wi-Fi® is integral to the edge with Matt Kowalski of Zebra Technologies

Episode 6: 2022 Wi-Fi® trends with Edgar Figueroa of Wi-Fi Alliance

Episode 5: Wi-Fi 6E enterprise considerations with Chuck Lukaszewski of Aruba

Episode 4: Wi-Fi 6E – Bringing Wi-Fi® into 6 GHz

Episode 3: Wi-Fi® by the numbers - Top three Wi-Fi industry trends with Phil Solis of IDC Research

Media Coverage      See All

University of Michigan deploys colossal Wi-Fi 6E campus network

Wi-Fi 6 vs Wi-Fi 6E: which offers a better wireless experience?

What is Wi-Fi 6 (802.11ax), and why do we need it?


Product Finder


Wi-Fi 6E certified products


Wi-Fi CERTIFIED 6 certified products


Additional Resources


Generational Wi-Fi® User Guide

Wi-Fi CERTIFIED 6™: Advanced performance Wi-Fi® (2021)

Generational Wi-Fi UI Visuals

Next generation Wi-Fi®: The future of connectivity (2018)

Advanced Connectivity Era Highlights

Wi-Fi CERTIFIED 6™ Highlights

Wi-Fi CERTIFIED 6™ Features Graphics

Wi-Fi 6 in Stadiums

Wi-Fi 6 for Universities

Wi-Fi 6E Highlights

Wi-Fi 6 in Healthcare

Wi-Fi in Education

COVID-19 and the Economic Value of Wi-Fi® (2020)

Wi-Fi 6E: Wi-Fi® in the 6 GHz band (2021)

Economic Value of Wi-Fi® Highlights

Global Economic Value of Wi-Fi® (2021-2025)

Wi-Fi 6E Insights – April 2021

Wi-Fi 6E Insights – July 2021

Wi-Fi CERTIFIED™ Citywide Deployments in China

Wi-Fi 6 for China Universities

AFC Specification and Test Plans

Wi-Fi 6E Insights – October 2021

Wi-Fi CERTIFIED™ Manufacturing Deployments in China

Wi-Fi 6E Insights – December 2021

**Infographic - Wi-Fi® by the numbers (2022)**

**Wi-Fi 6E Insights – April 2022**

**IoT Highlights**

**Wi-Fi 6E Insights – July 2022**

**Wi-Fi Alliance Member Publications**

**Examining the Security of Wi-Fi 6 and 5G**
*Cisco*

**Multi-User MIMO in Wi-Fi 6**
*Arista Networks*

**6GHz Wi-Fi - The Silver Bullet for Addressing the 1000x Data Challenge Using Unlicensed Spectrum**
*Arista Networks*

**A Guide to Wi-Fi 6E – Wi-Fi 6 in the 6 GHz Band**
*Litepoint*

---

**Browse All Topics**

- **Advanced Connectivity Era**

- **Countries Enabling Wi-Fi 6E**

- **Education**

- **Enterprise**

- **Healthcare**

- **Internet of Things**

- **Miracast**

- **Operators**

- **Passpoint**

- **Security**

- **Unlicensed Spectrum**

- **Value of Wi-Fi**

- **Wi-Fi Agile Multiband**

- **Wi-Fi Aware**

- **Wi-Fi CERTIFIED 6**

- **Wi-Fi CERTIFIED ac**

- **Wi-Fi CERTIFIED HaLow**

- **Wi-Fi CERTIFIED n**

- **Wi-Fi CERTIFIED Voice-Enterprise**

- **Wi-Fi CERTIFIED WiGig**

- **Wi-Fi CERTIFIED WMM Programs**

- **Wi-Fi Data Elements**

- **Wi-Fi Direct**

- **Wi-Fi Easy Connect**

- **Wi-Fi EasyMesh**

- **Wi-Fi Home Design**

- **Wi-Fi Location**

- **Wi-Fi Optimized Connectivity**

- **Wi-Fi Protected Setup**

- **Wi-Fi QoS Management**

- **Wi-Fi Vantage**

TERMS OF USE        PRIVACY POLICY        CAREERS        CONTACT US        VULNERABILITY REPORTING

© 2022 Wi-Fi Alliance. All rights reserved.

Wi-Fi®, the Wi-Fi logo, the Wi-Fi CERTIFIED logo, and other marks are trademarks of Wi-Fi Alliance.