# Exhibit HH



TERMS OF USE    PRIVACY POLICY    CAREERS    CONTACT US    VULNERABILITY REPORTING

© 2022 Wi-Fi Alliance. All rights reserved.
Wi-Fi®, the Wi-Fi logo, the Wi-Fi CERTIFIED logo, and other marks are trademarks of Wi-Fi Alliance.