# Exhibit II

APPLY NOW    English ▼    Log in

The worldwide network of companies
that brings you Wi-Fi®

Certified products, news, etc.    SEARCH

Certified products, news, etc.    SEARCH

**View Wi-Fi CERTIFIED™ products by category**

## Contact Us

Your privacy is important to us. See our **Terms of Use** and **Privacy Policy**. Submitting this form will not update your information in our system.

**Please submit your inquiry in English.**

**Nature of Inquiry** *

○ **System Access**
- My company is a Wi-Fi Alliance member and I need system login access

○ **Membership**
- My company is interested in joining
- I am an employee of a member company with access/benefits questions

○ **Certification**
- Certification process inquiry
- Certification requirements questions
- Wi-Fi Test Suite information

○ **Marketing**
- Brand usage questions
- Request a speaker for an industry event
- Media relations inquiry
- Website questions or issues

○ **General**
- General assistance is needed and not covered above

**Given Name (First Name)** *

**Family Name (Last Name)** *

**Business Title** *

**Company** *

**Country** *

United States ▼

**Business Email Address** *

**Business Phone** *

**Mobile Phone**

**How may we assist you?** *

☐ I'm not a robot    reCAPTCHA
Privacy - Terms

SUBMIT

**Headquarters**
10900-A Stonelake Boulevard, Suite 195
Austin, Texas 78759 U.S.A.

**Wi-Fi Alliance R&D Laboratory**
3408 Garrett Drive
Santa Clara, California 95054 U.S.A.

Phone: +1 512 498 9434 (498-WIFI)
Fax: +1 512 498 9435

**Asia-Pacific Office**
Level 24, Tower 3, China Central Place
77 Jianguo Road
Chaoyang District, Beijing 100025 China
Phone:
+86 10 85872366 (APAC Business Affairs)
+86 10 85872362 (Membership)

+886 31 408 720 8600
Fax: +1 408 462 6770

**Asia-Pacific Laboratory**
22F., No. 195, Jingmao 2nd Road
Nangang District, Taipei City
Taiwan 115018
Phone: +886 2 2789 2517

TERMS OF USE    PRIVACY POLICY    CAREERS    CONTACT US    VULNERABILITY REPORTING

© 2022 Wi-Fi Alliance. All rights reserved.
Wi-Fi®, the Wi-Fi logo, the Wi-Fi CERTIFIED logo, and other marks are trademarks of Wi-Fi Alliance.