# Exhibit JJ

## Contact

www.linkedin.com/in/edgarfigueroa (LinkedIn)

## Top Skills

Wireless

WiFi

Mobile Devices

## Honors-Awards

Wi-Fi Alliance Board of Directors Leadership Award

CableFAX Most Influential Minority in Cable

Hispanic Scholarship Fund Hall of Fame

WiFiNOW Hall of Fame

University of Texas Distinguished Mechanical Engineer

# Edgar F.

President & CEO
Austin, Texas, United States

## Summary

Business and technology leader.

---

## Experience

**Wi-Fi Alliance**
18 years

**President & CEO**
2007 - Present (15 years)
Austin, Texas Metropolitan Area

Lead Wi-Fi advancement and adoption around the world.

**Certification & Technical Operations Director**
2004 - 2007 (3 years)

Developed certification process, policies and global test laboratory network for Wi-Fi products and technologies.  Defined the processes used by the Wi-Fi industry to agree on requirements and develop new Wi-Fi capabilities.

**SEP2 Consortium**
**President & Chairman**
2011 - 2016 (5 years)

Founder, consortium of industry trade associations advancing the interoperability, development and adoption of smart grid technologies.

**Ridgeway Systems & Software (now part of Cisco)**
Sr. Director of Technical Marketing
2000 - 2003 (3 years)

Enabled voice and video over IP services for customers such as AT&T, NASA, and IBM.

**3M Co.**
Various Engineering & Product Management Positions
1992 - 2000 (8 years)

Managed $300M business P&L—pricing, economic profit, price/value analysis, promotions, and forecasting.  Lead technical liaison for strategic partners such

as Polycom, Hitachi, Fujitsu, LG, and Texas Instruments. Competitive analysis expert.

US Navy Reserve
Petty Officer
1990 - 1994 (4 years)

US Navy
Petty Officer
1986 - 1990 (4 years)

Pratt & Whitney J-52 Jet engine specialist. TA-4J Plane Captain and Depot Supervisor,  COMTRAWING 3.

------

## Education

Cockrell School of Engineering, The University of Texas at Austin
Bachelor's Degree, Mechanical Engineering (Honors) · (1994)

The University of Texas at Austin - Red McCombs School of Business
Master's Degree, Technology Commercialization · (1998)

Northwestern University - Kellogg School of Management
Executive Scholar Certificate, Management · (2018)