# Exhibit KK

## Contact

www.linkedin.com/in/
kevinrobinson99 (LinkedIn)

## Top Skills

Wireless
Product Management
Strategy

## Certifications

PMC Level III
Price
Foundations
Focus

# Kevin Robinson

Senior Vice President of Marketing at Wi-Fi Alliance
Austin, Texas, United States

## Experience

**Wi-Fi Alliance**
14 years 8 months

Senior Vice President of Marketing
November 2019 - Present (2 years 11 months)
Austin, Texas Area

Vice President of Marketing
August 2015 - Present (7 years 2 months)

• Oversees branding, communications, market development, program
marketing, and public relations for the organization
• Drives the development of Wi-Fi Alliance corporate strategy
• Speaks worldwide about Wi-Fi's impact on applications, devices, and users
• Charged with promoting the technology and the Wi-Fi Alliance collaboration
forum worldwide as one of its leading ambassadors, working with Wi-Fi
Alliance's 650+ member companies

Director of Program Marketing
January 2014 - August 2015 (1 year 8 months)

Program Marketing Leader
June 2013 - December 2013 (7 months)

Senior Marketing Manager
November 2011 - June 2013 (1 year 8 months)

Marketing Manager
March 2010 - November 2011 (1 year 9 months)

Program Manager
September 2009 - March 2010 (7 months)

Project Manager
February 2008 - September 2009 (1 year 8 months)

Austin Technology Incubator

1 year 6 months

Project Manager
May 2007 - October 2007 (6 months)

MBA Intern, Entrepreneurship and Business Strategy
May 2006 - May 2007 (1 year 1 month)

US Army
Officer, Infantry
May 1999 - July 2005 (6 years 3 months)

─────

## Education

Texas McCombs School of Business
MBA, Entrepreneurship and Operations Management · (2005 - 2007)

United States Military Academy at West Point
BS, Computer Science · (1995 - 1999)