# Exhibit LL

## Contact

www.linkedin.com/in/tate-joyner
(LinkedIn)

## Top Skills

Lotus

Lotus Domino

Lotus Notes

## Honors-Awards

IBM Solutions Excellence Award

IBM Eminence and Excellence
Award

# Tate Joyner

Program Manager at Wi-Fi Alliance
Austin, Texas, United States

## Summary

Program Manager / Member Success Manager at Wi-Fi Alliance

———

## Experience

Wi-Fi Alliance
Program Manager
March 2019 - Present (3 years 7 months)
Austin, Texas Area

-  Manage worldwide network of 18 labs for provision of wireless program
certification testing services to members

-  Manage end-to-end test bed equipment supply chain process with vendors
and distribution partner through overseeing device procurement and export
compliance to ensure timely delivery of testing equipment to members and
labs

-  Drive contract negotiation and renewal process with vendors, test bed
distribution partners, and labs

-  Support lab network through coordination of communications regarding
certification program updates/requirements, processes, training sessions, and
deadlines

-  Coordinate pre- and post-launch certification program efforts among
Executive Team, Staff, labs, and members

IBM
20 years 4 months

Technical Escalation Manager - IBM Customer Sat Project Office
January 2013 - March 2019 (6 years 3 months)
Austin, TX

-  Customer-facing escalation point that led resolution team to address critical
customer issues in both on-prem and cloud-based enterprise environments

- Coordinated resolution efforts and communications across multiple lines of business, from Technical to Sales to Executive team both internally and with customer

- Led worldwide team in post-mortem analysis of contributing factors to customer situations and corrective actions to products and processes

- Collaborated regularly with Sales and Services to proactively identify customer issues affecting current revenue streams and potential revenue opportunities

## Lotus Software Support
July 2005 - January 2013 (7 years 7 months)

- Provided interactive external customer support for Lotus applications

## Worldwide SMTP Availability Manager
June 2002 - June 2005 (3 years 1 month)

- Provided situation management and process management leadership for worldwide SMTP servers

## Level 2 Lotus Notes support- IBM Global Services South
December 1998 - June 2002 (3 years 7 months)

- Provided interactive internal support for Lotus Notes mail and application databases

———

# Education

## University of North Carolina at Wilmington
Bachelor of Science (BS), Management of Information Systems