# Exhibit MM

## Contact

www.linkedin.com/in/bryanreese1 (LinkedIn)

## Top Skills

Product Marketing

IC

Technical Marketing

## Languages

English (Native or Bilingual)

German (Limited Working)

## Certifications

Extra Class Amateur Radio License

## Publications

Single-pass die-to-database tritone reticle inspection

Automated reticle inspection data analysis for wafer fabs

# Bryan Reese

Wi-Fi Alliance - Technical Editor
Austin, Texas, United States

## Summary

8 years Senior Technical Writer
Producing user guides, service manuals, test procedures, and training content for the medical device and semiconductor industries. SQA, SQC, and startup experience.

6 years Instructional Designer/Technical Instructor
Creating and delivering instructor-led classroom training and remote CBT content.  ADDIE course design experience.  Provided UX and customer experience feedback to design teams improving product quality.

5 years Applications Engineer/Manager
Supporting reticle inspection tools at mask shops and wafer fabs around the world.  Managed a team of 6 Application Engineers.

7 years Product Marketing Manager
Defining product requirements, responsible for product demos, and sales training for $10M reticle inspection tools.  New product introduction experience including writing and presenting white papers/case studies.  Developed excellent customer relationships and business acumen skills.

5 years Field Service and Technical Support Engineer
Installation, maintenance, and repair of medical devices in hospitals and automated optical inspection equipment for wafer fabs. Worldwide onsite Technical Support missions.

―――――

## Experience

Wi-Fi Alliance
Senior Editor
March 2020 - Present (2 years 7 months)
Austin, Texas Area

Responsible for technical marketing content quality and distribution.

## Self Employed
Independent Business Owner
January 2019 - March 2020 (1 year 3 months)
Pagosa Springs, CO

## ARM
Staff Technical Author
May 2013 - January 2019 (5 years 9 months)

Technical Communications team member designing, editing, and producing technical documentation including data sheets, user guides, reference manuals, and application notes.  Experience with FrameMaker, DITA, Office products, and a wide range of graphics and video editing programs.

## KLA-Tencor
15 years

Product Marketing Manager (RAPID Division)
2006 - 2013 (7 years)

• Produced technical sales collateral supporting world-wide reticle tool sales
• Worked with Sales establishing quarterly forecasts by region
• Developed next-generation product requirements with Engineering
• Product advocate at industry trade shows and technical conferences

Worldwide Applications Manager (Photomask Business Unit)
2001 - 2006 (5 years)

• Author of 11 technical papers and posters promoting new product development
https://www.spie.org/profile/Bryan.Reese-29782
• Semiconductor International magazine published "Single pass die-to-database tritone reticle inspection capability" Proc. SPIE 6349, Photomask Technology 2006
• Oral presentation at SEMICON Taiwan "28N foundry reticle requal challenges and solutions for IC fabs"
• Test mask design and algorithm performance support
• Coordinated more than 25 product demos
• Basic Japanese language skills
• Excellent customer relationships with Japan, Korea, Taiwan, US, China, and Europe

Sr. Field Applications Engineer

1998 - 2001 (3 years)

• New product development: algorithms and software productivity tools

• Excellent field service and technical support relationships

• Factory and site reticle inspection tool acceptances/sign-offs

• Operator and Inspection Engineer training for mask shops and fabs

• Production integration: Established best inspection practices for NGL nodes

## OEC Medical Systems
6 years

### Sr. Technical Training Instructor & Department Manager
1995 - 1998 (3 years)

Responsible for designing, developing, delivering, and assessing technical product, talent development, and technical sales training courses and workshops.  Extensive experience applying instructional design strategies, including the ADDIE method, toward classroom and distance learning curriculum.

### Sr. Technical Writer
1992 - 1995 (3 years)

Responsible for managing, writing, editing, and maintaining customer-facing technical documentation including user guides, service manuals, application notes, field alert bulletins, and online help files.

## Terabit Computer Engineering
Product Development Test Engineer
1989 - 1992 (3 years)

Expertise in debugging mixed-signal PCB prototype designs containing microcontrollers, EEPROM and FPGA memory, a variety of sensors, video graphics, UARTS, and both parallel bus and I2C serial interfaces for products used in the aerospace/military flight simulation industry.

_____

# Education

## University of Phoenix
Master of Business Administration (MBA), Marketing

## University of Phoenix
Bachelor of Science (BS), Computer Science

## DeVry University-Missouri

Associate of Science (AS), Electrical and Electronics Engineering