# Exhibit NN

Case 2:21-cv-00430-JRG-RSP    Document 70-44    Filed 09/22/22    Page 2 of 8 PageID #: 2519



**People** ▾ | Minho | Cheong | 🔍 | Join now | Sign in



## Minho Cheong

Fellow at AMD - Wireless Architect
Austin, Texas, United States
3,382 followers · 500+ connections

Sign in to connect

 **AMD**

 **Seoul National University**



**Looking for career advice?**
Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

### Add new skills with these courses



Learning Wireless Networking

Palo Alto Networks Cybersecurity Fundamentals: 1 Cybersecurity Contexts

Learning Computer Security and Internet Safety

See all courses

## Minho's public profile badge

Include this LinkedIn profile on other websites

**Minho Cheong**
Fellow at AMD - Wireless Architect

Fellow at AMD - Wireless Architect at AMD

Seoul National University

View profile    Linked**in**

View profile badges

## About

Award-winning tech. professional both in wireless system design and in wireless architecture offering for multiple industry platforms (PC platforms, consumer electronics, and mobile) with 10+ years of global leadership experience. Expertise in chipset development, PHY/MAC system engineering, SW/FW innovation, patent mining, standardization, and strategic product roadmap planning.

Technical accomplishments:
• Working on advanced wireless architecture for AMD solutions across all wireless technologies
• Audio quality improvement by introducing a mapping analysis for the first time btw. telemetry, link-level/network-level sims, and compliance tests
• Designed wireless architecture of next generation wireless speaker products
• Performed optimization of Wi-Fi/BT COEX mechanisms for wireless speaker products
• World-First Wi-Fi 6-DBDC capable Consumer laptop
• World-First 5G FR1-capable Commercial laptop
• World-First densification-robust Wi-Fi 6 Wireless PC Docking System
• Issued/filed 200+ patents across all wireless technologies (Wi-Fi/BT/4G/5G)
• Ranked #1 in the world in terms of technical submissions to Wi-Fi 6 standard
• Submitted 150+ tech. submissions to the IEEE 802.11ac/ah/ax/ba (core preamble design, etc.)
• Implemented from scratch (PHY/MAC algorithms) to system architecture for every generation of Wi-Fi chipset
• Experienced in link-level and network-level simulation of multiple-generation Wi-Fi systems
• Developed World-First Multi-Gbps MIMO wireless telecommunication system using the UNII (5GHz) band (in 2007)

Business/leadership accomplishments:
• Working on new market opportunities for AMD solutions by value addition in the wireless domain
• Created new market opportunities for next generation wireless speaker products by tech. leadership across multi-functional teams
• Wireless architecture offering to Dell PC platforms by cross-functional leadership (3 platforms launched)
• Wireless modules selection based on extensive performance analysis across numerous modules from the vendors
• Defined Dell's Intelligent Connectivity offering plan for the upcoming 5 years
• Led global technical forums (WFA, Bluetooth SIG, etc.)
• Led IEEE 802.11 standardization (PHY Chairs and FR Editors of both IEEE 802.11ac and IEEE 802.11ah)
• Created/raised a spin-off Wi-Fi chipset company and generated IP portfolio worth 100M+ USD
• Led Korea government's Wi-Fi projects over 5+ years (with 20+ million USD R&D budget) successfully
• Led Korea nation-wide R&D roadmap development for 5G+Wi-Fi transition successfully

## Activity

🔒 4G Identity Security Vs. 5G Identity Security 🔒 "One of the issues with using IMSI in 2G/3G/4G is there were a few occasions where the IMSI was...

Liked by Minho Cheong

**You're signed out**
Sign in for the full experience.

Sign in

G Sign in with Google

or

Join now

Case 2:21-cv-00430-JRG-RSP    Document 70-44    Filed 09/22/22    Page 3 of 8 PageID
#:  2520

  **Linked**in     People ▾    Minho              Cheong              🔍          Join now    Sign in

generation of Ryzen desktops with the 7000-series
processors and the AM5 platform to the world. I...
Liked by Minho Cheong

AMD Ryzen PRO 6000 Series processors come with a
robust manageability feature set that simplifies device
deployment and management, whether managed...
Liked by Minho Cheong

Sign in to see all activity

## Experience

**Fellow at AMD - Wireless Architect**
AMD
Mar 2022 - Present · 7 months

Austin, Texas, United States

• Working on advanced wireless architecture for AMD client solutions across all wireless
technologies
• Working on new market opportunities for AMD client solutions by value addition in the
wireless domain

**Wireless Architect, Principal Advanced Development Radio System Engineer**
Sonos, Inc.
Dec 2020 - Mar 2022 · 1 year 4 months

Austin, Texas, United States

• Performed audio quality improvement by a mapping analysis between telemetry data, link-
level/network-level simulations, and compliance tests
• Designed wireless architecture of new generation wireless speaker products
• Wi-Fi/BT COEX performance optimization for the wireless speaker products
• Created new market opportunities for next generation speaker products by technical
leadership across multi-functional teams

**Wireless Architect, Technical Staff / Director**
Dell Technologies
Jun 2018 - Oct 2020 · 2 years 5 months

Austin, Texas, United States

• In charge of wireless architecture design
• Wireless module selection based on RFI & test comparison analysis across dozens of Wi-
Fi/Bluetooth/cellular(4G/5G) modules (for Commercial/Consumer laptops, Education laptops,
wireless/wired docking systems, 5G gaming platforms, PC peripherals, etc.)
• Aligned across multiple facets of the organization to architect Dell's platform portfolio with
feature rich, differentiated and best in class wireless solutions.
• Drove 10 outstanding...

Show more

**Co-Founder, Chief Architect, VP of Systems and Standards**
Newracom Inc
Mar 2014 - Dec 2017 · 3 years 10 months

Irvine, California, United States

• NEWRACOM is a spin-off company from ETRI, dedicated to Wi-Fi chipset products
• Managed Systems & Standard Group consisting of 15 professionals for next generation
wireless LAN (IEEE 802.11ax) standardization with 400+ patents as well as
algorithm/architecture design of the company's IEEE 802.11n/ac/ah/ax chipset products
• Led architecture work and designed PHY and MAC algorithms for IEEE 802.11ax chipsets,
IEEE 802.11ac chipsets, IEEE 802.11n chipsets, and IEEE 802.11ah...

Show more

**IEEE**
5 years 11 months



You're signed out                    ✕

Sign in for the full experience.

Sign in

G  Sign in with Google

or

Join now



| People ▾ | Minho | Cheong | 🔍 |
|---|---|---|---|

Join now        Sign in

in charge of co-chair position for IEEE802.11ah PHY Ad-hoc group, which handles all the detailed PHY specification elements of next generation WLAN technology supporting M2M (machine-to-machine) communications, Smart Grid and extended-range Wi-Fi services.

**IEEE 802.11ac PHY Co-chair**
Nov 2009 - Mar 2014 · 4 years 5 months
in charge of co-chair position for IEEE802.11ac PHY Ad-hoc group, which handles all the detailed PHY specification elements of next generation WLAN technology supporting a data rate over Gbps.

**IEEE 802.11ah Functional Requirements Editor**
Mar 2011 - Feb 2012 · 1 year
editor of Functional Requirements and Evaluation Methodology document for IEEE802.11ah, which defines key requirements of 11ah and several detailed scenarios for network simulation for enhanced WLAN supporting wider coverage (smart grid, wider hot spot services, machine-to-machine communications and so on) using sub1GHz band.

**IEEE 802.11ac Functional Requirements Editor**
Nov 2008 - Jan 2011 · 2 years 3 months
editor of Functional Requirements and Evaluation Methodology document for IEEE802.11ac, which defines key requirements of 11ac and several detailed scenarios for network simulation. also gave several contributions on channel measurements including AoA/AoD indoor distribution and their modeling for MU-MIMO in 11ac as well.

**ETRI**
9 years 6 months

**Special Fellow & HoD**
Nov 2012 - Mar 2014 · 1 year 5 months
Daejeon, South Korea
Holding a HoD position of ETRI for IEEE 802.11/15/16/19/21/22.
In charge of ETRI's technical research and standardization activities mainly based on WLAN, leading a couple of government-funded projects such as VHT, Post Wi-Fi, Smart Grid-use new eco-systems.
Also involved in ETRI's 5G cellular research and 11n/11ac chipset develop/tech. transfer to domestic companies.

**Project Leader & HoD for IEEE802**
Mar 2009 - Oct 2012 · 3 years 8 months
Daejeon, South Korea
Holding a HoD position of ETRI for IEEE 802.11/15/16/19/21/22.
In charge of ETRI's technical research and standardization activity in WLAN, leading VHT Project and its chipset tech. transfer to domestic companies.

**Project Leader**
Feb 2006 - Feb 2009 · 3 years 1 month
Daejeon, South Korea
implemented and demonstrated a world-first real-time 3.6Gbps wireless transmission system (named 'NoLA') with the use of 8x8 MIMO and contiguous 40+40+40 MHz BW in 5GHz band (October 2007) based on Verilog and system SW development. Its spectral efficiency is over 33 bps/Hz and its design is based on quitely integrated FPGAs, between each of which over 50 Gbps information exchange is needed especially for sub-optimal ML processing using multiple FPGAs. Was in charge of all the technical details...

Show more

**Senior Member of Technical Staff**
Oct 2004 - Feb 2006 · 1 year 5 months
Daejeon, South Korea
developed a 4G wireless cellular system on VHDL (named '4G-HMm'), which has a data rate upto 100Mbps with a velocity of 15km/h under outdoor environments. designed TX block/RX digital front-end and done outdoor field test. This system was successfully demonstrated in front of Korea's President and many goverment officials and certificated as a Korea's meaningful step for upcoming 4G communications.

**TTA PG704 WG7044 Chair**
Telecommunications Technology Association
Feb 2011 - Mar 2014 · 3 years 2 months



You're signed out ✕
Sign in for the full experience.

Sign in

G  Sign in with Google

or

Join now

  **Linked**in          People ▾   Minho          Cheong          🔍          Join now      Sign in

position of PG704(WLAN Project Group) WG7044(VHT) in TTA, which makes Korea standard for next-generation WLAN over Gbps, since Febuary 2011.
Also holding a lead position in KCC RRA Committee for Korea 5GHz regulation update, since January 2012.

**Research Scientist**
INMAC
1995 - 2002 · 7 years

Seoul, South Korea

as a research scientist in INMAC (Institute of New Media and Communications), an attached research organization to Seoul National University, designed and implemented several wired/wireless communication systems all in HW/SW prototypes (Host Kernel, DSP, RTL, and system SW), such as V.34 Voice-band Modem (1995-1997: Korea government sponsored), Wireless Local Loop (1996-1998: Hynix Semiconductor sponsored), ISDN (2001-2003: ETRI sponsored), Wide-band CDMA (1999-2002: Nokia sponsored), Symmeric…

Show more

## Education

**Seoul National University**
B.S./M.S./Ph.D. · Electrical Engineering

## Honors & Awards

**Outstanding Contributions Award for the IEEE Standard 802.11ah ™ 2016**
IEEE
Jul 2017
• Outstanding Contributions Award for the IEEE Standard 802.11ah ™ 2016 in July 2017

**Outstanding Contributions Award for the IEEE Standard 802.11ac ™ 2013**
IEEE
May 2014
• Outstanding Contributions Award for the IEEE Standard 802.11ac ™ 2013 in May 2014

**Biographical Dictionaries (from year 2009 on)**
Marquis Who's Who in the World / American Biographical Institute / International Biographical Center
Nov 2009
• Consecutively listed in "Marquis Who's Who in the World" since 2009
• Consecutively listed in "American Biographical Institute" since 2012
• Consecutively listed in "International Biographical Center" since 2011

**Nation-wide Outstanding Research Group Award**
Minister of Information, Korea
Nov 2008
• Appointed as "Nation-wide Outstanding Research Group" by Minister of Information, Korea in 2008

**Nation-wide Outstanding Research Group Award**
Vice Prime Minister, Korea
Nov 2006
• Appointed as "Nation-wide Outstanding Research Group" by Vice Prime Minister, Korea in 2006

**ETRI's Best Research Group Award (2004, 2006, and 2008, consecutively)**
ETRI
Nov 2004
• Appointed as "ETRI's Best Research Group" in 2004, 2006 and 2008, consecutively

**Best Thesis Award**



You're signed out                                    ✕

Sign in for the full experience.

**Sign in**

G  Sign in with Google

or

**Join now**

Case 2:21-cv-00430-JRG-RSP   Document 70-44   Filed 09/22/22   Page 6 of 8 PageID #: 2523



Linked **in**  |  People ▼  |  Minho  |  Cheong  |  🔍  |  Join now  |  Sign in

• Best Thesis Award by Seoul National University in 1997

### Grand Prize in DSP Design Contest

Texas Instrument Korea

Nov 1997

• Grand Prize in "DSP Design Contest" by Texas Instrument Korea in 1997

### Silver Prize in Human-Tech. Paper Contest

Samsung Electronics

• Silver Prize in "Human-Tech. Paper Contest" by Samsung Electronics in 2004

## Languages

**English**
Full professional proficiency

**Korean**
Native or bilingual proficiency

## Recommendations received

**Ehud Reshef**

"I collaborated with Minho when he was at Dell wireless architecture group. Combining wireless expertise and great interpersonal skills, Minho tightened the collaboration between Dell Wireless architecture group and the different Intel wireless groups, initiating multiple discussions on future use cases and market/technology trends and requirements. Aside of the personal pleasure of working with Minho, both companies benefited from these discussions by promoting wireless innovation for the PC market in general, and Dell platforms in particular. Minho is a great asset for any company looking for a wireless technologist with use case and market understanding"

**Manish Kumar**

"Minho is detail oriented and very innovative and works in a collaborative way. He has a deep understanding of Wi-Fi technology and sincere and talented a rare combination of exceptional skills. I really enjoyed working with him in Wi-Fi 6 . He would be a big asset for any company !!"

9 people have recommended Minho

**Sign in to view**

## More activity by Minho

**Fascinating stuff. I also bet it'll never learn to clean its room, no matter how much time its given. 🤣 #ai...**
Liked by Minho Cheong

**It is my great pleasure to work with these great researchers!**
Liked by Minho Cheong



You're signed out
Sign in for the full experience.

**Sign in**

G **Sign in with Google**

or

**Join now**

**#AMD #EPYC #TogetherWeAdvance_**
Liked by Minho Cheong

People ▾    Minho                          Cheong                        🔍      Join now    Sign in

Sometimes we get busy with execution that we forget to celebrate important dates. It's been just over 2 years since we at Intel Corporation welcomed...

Liked by Minho Cheong

Another great #Qualcomm5GSummit masterclass, this time about how the #Snapdragon #DigitalChassis is transforming the connected driving experience —...

Liked by Minho Cheong

The industrial IoT market is experiencing a major transformation, and Wi-Fi is an essential ingredient enabling this transition. Applications like...

Liked by Minho Cheong

I still can't get over how great it was to be at a live, physical event again. Really appreciated the opportunity to be here for #ciscolive. Looking...

Liked by Minho Cheong

Very proud of what the team has accomplished! A testament to the strength of AMD's CDNA2 GPU architecture and the maturity and performance of the...

Liked by Minho Cheong

My talk about the 6G spectrum and demonstration of selected 6G technologies as part of the 1st Samsung 6G Forum on May 13, 2022...

Liked by Minho Cheong

Today at Financial Analyst Day, AMD outlined its strategy to deliver its next phase of growth driven by the company's expanded portfolio of...

Liked by Minho Cheong

Today we completed our acquisition of AMD Pensando, an industry-leading distributed services platform, enabling AMD's expansion of high-performance...

Liked by Minho Cheong

Another great collaboration! Qualcomm is partnering with AMD to optimize the FastConnect connectivity system for Ryzen processor-based computing...

Liked by Minho Cheong

Vinay: "We want to deconstruct the complexities of 5G in a manner that people, businesses, "things" can all connect to the cloud and communicate...

Liked by Minho Cheong

Today, AMD is proud to announce that the Frontier supercomputer at Oak Ridge National Laboratory, powered by Hewlett Packard Enterprise and AMD, is



You're signed out ✕

Sign in for the full experience.

Sign in

Sign in with Google

or

Join now

Case 2:21-cv-00430-JRG-RSP   Document 70-44   Filed 09/22/22   Page 8 of 8 PageID #:  2525



Linkedin

| People ▾ | Minho | Cheong | 🔍 |

Join now     Sign in



**5G-MAG Reference Tools community growing fast** The 5G-MAG Reference Tools development community is growing fast...

Liked by Minho Cheong

**AMD is accelerating the pace of innovation across the industry, with breakthrough technologies that power incredible experiences for gaming, and PCs....**

Liked by Minho Cheong

---

View Minho's full profile

See who you know in common

Get introduced

Contact Minho directly

Sign in to view full profile

© 2022   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language



You're signed out ✕

Sign in for the full experience.

Sign in

G  Sign in with Google

or

Join now