# Exhibit OO

Lex Machina

# U.S. District Court for the Eastern District of Texas E.D.Tex.

Showing **1,755** terminated Patent cases in E.D.Tex.; pending between 2018-09-01 and 2022-09-01.; sorted by most recent docket activity.

**Timing**



| Event | Cases Reaching Event | Median Days from Case Filing to Event |
|---|---|---|
| Temporary Restraining Order (Deny) | 1 | n/a |
| Preliminary Injunction (Grant) | 4 | n/a |
| Preliminary Injunction (Deny) | 2 | n/a |
| Permanent Injunction (Grant) | 18 | 220 |
| Permanent Injunction (Deny) | 1 | n/a |
| Dismiss (Contested) | 316 | 266 |
| Claim Construction Hearing | 240 | 358 |
| Summary Judgment | 75 | 584 |
| Termination | 1,755 | 266 |

Lex Machina

## Case List

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Customedia Technologies, L.L.C. v. Dish Network Corporation et al | 2:16-cv-00129 | Patent | E.D.Tex. | 2016-02-10 | 2022-09-12 | 2022-08-10 |
| United Services Automobile Association v. PNC Bank N.A. | 2:20-cv-00319 | Patent | E.D.Tex. | 2020-09-30 | 2022-09-10 | 2022-08-19 |
| Arigna Technology Limited v. Volkswagen AG et al | 2:21-cv-00054 | Patent | E.D.Tex. | 2021-02-18 | 2022-09-09 | 2022-04-28 |
| Mitek Systems, Inc. v. United Services Automobile Association | 2:20-cv-00115 | Patent | E.D.Tex. | 2020-04-23 | 2022-09-09 | 2021-04-28 |
| Lone Star Technological Innovations, LLC v. ASUS Computer International et al | 6:19-cv-00059 | Patent | E.D.Tex. | 2019-02-20 | 2022-09-09 | 2022-08-18 |
| Alexsam, Inc. v. Simon Property Group (Texas), L.P. | 2:19-cv-00331 | Contracts Patent | E.D.Tex. | 2019-10-11 | 2022-09-08 | 2022-03-18 |
| Arigna Technology Limited v. Daimler AG et al | 2:21-cv-00175 | Patent | E.D.Tex. | 2021-05-20 | 2022-09-07 | 2022-01-26 |
| Bright Data Ltd. v. Tefincom S.A. | 2:19-cv-00414 | Patent | E.D.Tex. | 2019-12-31 | 2022-09-07 | 2022-09-07 |
| Bright Data Ltd. v. code200, UAB et al | 2:19-cv-00396 | Patent | E.D.Tex. | 2019-12-06 | 2022-09-07 | 2022-09-07 |
| ams Sensors USA Inc. v. Intersil Corporation | 4:08-cv-00451 | Patent Contracts Trade Secret | E.D.Tex. | 2008-11-25 | 2022-09-07 | 2022-03-07 |
| Seagen Inc. v. Daiichi Sankyo Co., Ltd. | 2:20-cv-00337 | Patent | E.D.Tex. | 2020-10-19 | 2022-09-06 | 2022-07-19 |
| SOVEREIGN PEAK VENTURES, LLC, v. ASUSTeK Computer, Inc. | 2:22-cv-00038 | Patent | E.D.Tex. | 2022-02-03 | 2022-09-01 | 2022-09-01 |
| SOVEREIGN PEAK VENTURES, LLC, v. AsusTek Computer Inc. | 2:22-cv-00039 | Patent | E.D.Tex. | 2022-02-03 | 2022-09-01 | 2022-08-31 |
| Arigna Technology Limited v. Honda Motor Company, Ltd. et al | 2:22-cv-00034 | Patent | E.D.Tex. | 2022-02-02 | 2022-09-01 | 2022-04-27 |
| ENOVSYS LLC v. Verizon Communications, Inc. et al | 2:21-cv-00315 | Patent | E.D.Tex. | 2021-08-20 | 2022-09-01 | 2022-08-31 |
| Communication Interface Technologies, LLC v. Radisson Hospitality, Inc. | 4:21-cv-00783 | Patent | E.D.Tex. | 2021-10-06 | 2022-08-26 | 2022-08-26 |

1,755 federal district court cases in E.D.Tex.

Lex Machina

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Winterspring Digital LLC v. Trend Micro Inc. et al | 2:22-cv-00247 | Patent | E.D.Tex. | 2022-07-05 | 2022-08-25 | 2022-08-24 |
| Aspiration Innovation, Inc. v. General Motors Company et al | 4:22-cv-00410 | Patent | E.D.Tex. | 2022-05-12 | 2022-08-25 | 2022-08-25 |
| Caselas, LLC v. Eastex Credit Union | 2:22-cv-00091 | Patent | E.D.Tex. | 2022-03-22 | 2022-08-25 | 2022-08-24 |
| Litepanels, Ltd. v. Godox Photo Equipment Co., Ltd. | 2:22-cv-00088 | Patent | E.D.Tex. | 2022-03-16 | 2022-08-25 | 2022-08-25 |
| PacSec3, LLC v. SPLUNK, INC. | 2:22-cv-00056 | Patent | E.D.Tex. | 2022-02-18 | 2022-08-25 | 2022-08-24 |
| Redwood Technologies LLC v. Fortinet, Inc. | 2:22-cv-00043 | Patent | E.D.Tex. | 2022-02-04 | 2022-08-25 | 2022-08-24 |
| LoganTree LP v. LG Electronics, Inc. et al | 4:21-cv-00332 | Patent | E.D.Tex. | 2021-04-27 | 2022-08-24 | 2022-08-24 |
| AGIS Software Development LLC v. Google LLC | 2:19-cv-00361 | Patent | E.D.Tex. | 2019-11-04 | 2022-08-24 | 2022-08-24 |
| Agis Software Development LLC v. Waze Mobile Limited | 2:19-cv-00359 | Patent | E.D.Tex. | 2019-11-04 | 2022-08-24 | 2022-08-24 |
| Arigna Technology Limited v. General Motors Company et al | 2:21-cv-00174 | Patent | E.D.Tex. | 2021-05-20 | 2022-08-23 | 2022-08-23 |
| AGIS Software Development LLC v. Samsung Electronics Co., LTD, et al | 2:19-cv-00362 | Patent | E.D.Tex. | 2019-11-04 | 2022-08-23 | 2022-08-23 |
| adidas AG et al v. Nike, Inc. | 2:22-cv-00198 | Patent | E.D.Tex. | 2022-06-10 | 2022-08-19 | 2022-08-19 |
| Solo Brands, LLC v. Target Corporation | 2:22-cv-00115 | Patent | E.D.Tex. | 2022-04-15 | 2022-08-19 | 2022-08-19 |
| Estech Systems IP, LLC v. The Charles Schwab Corporation | 2:22-cv-00002 | Patent | E.D.Tex. | 2022-01-03 | 2022-08-18 | 2022-08-18 |
| Stingray IP Solutions, LLC v. Legrand et al | 2:21-cv-00202 | Patent | E.D.Tex. | 2021-06-04 | 2022-08-17 | 2022-08-30 |
| Stingray IP Solutions, LLC v. Legrand et al | 2:21-cv-00201 | Patent | E.D.Tex. | 2021-06-04 | 2022-08-17 | 2022-08-17 |
| Stingray IP Solutions, LLC v. Amazon.com, Inc. et al | 2:21-cv-00194 | Patent | E.D.Tex. | 2021-06-01 | 2022-08-17 | 2022-08-17 |
| Stingray IP Solutions, LLC v. Amazon.com, Inc. et al | 2:21-cv-00193 | Patent | E.D.Tex. | 2021-06-01 | 2022-08-17 | 2022-08-17 |
| BillJCo, LLC v. Hewlett Packard Enterprise Company et al | 2:21-cv-00183 | Patent | E.D.Tex. | 2021-05-25 | 2022-08-17 | 2022-08-17 |

1,755 federal district court cases in E.D.Tex.

Lex Machina

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| BillJCo, LLC v. Cisco Systems, Inc. | 2:21-cv-00181 | Patent | E.D.Tex. | 2021-05-25 | 2022-08-17 | 2022-08-17 |
| Arigna Technology Limited v. LG Electronics Inc. et al | 2:21-cv-00377 | Patent | E.D.Tex. | 2021-10-06 | 2022-08-16 | 2022-08-12 |
| Communication Interface Technologies, LLC v. Red Lobster Hospitality LLC | 4:21-cv-00784 | Patent | E.D.Tex. | 2021-10-06 | 2022-08-16 | 2022-08-16 |
| Lionra Technologies Limited v. SAMSUNG ELECTRONICS CO., LTD. et al | 2:22-cv-00100 | Patent | E.D.Tex. | 2022-04-01 | 2022-08-15 | 2022-08-15 |
| Scramoge Technology Ltd. v. Samsung Electronics Co., Ltd. et al | 2:22-cv-00015 | Patent | E.D.Tex. | 2022-01-10 | 2022-08-15 | 2022-08-12 |
| SPEIR TECHNOLOGIES LTD. v. SAMSUNG ELECTRONICS CO., LTD. et al | 2:21-cv-00474 | Patent | E.D.Tex. | 2021-12-30 | 2022-08-12 | 2022-08-12 |
| Longhorn HD LLC. v. NetScout Systems, Inc. | 2:20-cv-00349 | Patent | E.D.Tex. | 2020-11-05 | 2022-08-12 | 2022-06-02 |
| Bright Data Ltd. v. NetNut Ltd. | 2:21-cv-00225 | Trademark Patent | E.D.Tex. | 2021-06-18 | 2022-08-11 | 2022-05-17 |
| Solas OLED Ltd. v. Samsung Electronics Co., Ltd. et al | 2:21-cv-00105 | Patent | E.D.Tex. | 2021-03-22 | 2022-08-11 | 2022-08-11 |
| S3G Technology LLC v. Macy's Inc. | 2:21-cv-00373 | Patent | E.D.Tex. | 2021-09-30 | 2022-08-10 | 2022-08-10 |
| Packet Intelligence LLC v. NetScout Systems, Inc. et al | 2:16-cv-00230 | Patent | E.D.Tex. | 2016-03-15 | 2022-08-10 | 2018-09-07 |
| Cedar Lane Technologies Inc. v. Fortinet, Inc. | 2:22-cv-00171 | Patent | E.D.Tex. | 2022-05-24 | 2022-08-04 | 2022-08-04 |
| Transcend Shipping Systems, LLC v. FedEx Corporation | 2:22-cv-00110 | Patent | E.D.Tex. | 2022-04-12 | 2022-08-04 | 2022-08-04 |
| Liberty Patents LLC v. BlackBerry Limited et al | 2:21-cv-00458 | Patent | E.D.Tex. | 2021-12-17 | 2022-08-04 | 2022-08-04 |
| Ocean Semiconductor LLC v. Huawei Device USA, Inc. et al | 4:20-cv-00991 | Patent | E.D.Tex. | 2020-12-31 | 2022-08-04 | 2022-08-04 |
| Cedar Lane Technologies Inc. v. Huawei Technologies USA Inc. | 2:20-cv-00234 | Patent | E.D.Tex. | 2020-07-13 | 2022-08-04 | 2022-08-04 |
| VARTA Microbattery GmbH v. PEAG, LLC | 2:20-cv-00071 | Patent | E.D.Tex. | 2020-03-04 | 2022-08-04 | 2022-08-04 |
| VARTA Microbattery GmbH v. Best Buy Co., Inc. | 2:20-cv-00054 | Patent | E.D.Tex. | 2020-02-24 | 2022-08-04 | 2022-08-04 |
| Communication Interface Technologies, LLC v. Applebee's Restaurants LLC | 4:21-cv-00778 | Patent | E.D.Tex. | 2021-10-06 | 2022-08-03 | 2022-06-27 |

https://law.lexmachina.com/court/txed/cases?status=terminated&case_types-include=27&pending-from=2018-09-01&pending-

1,755 federal district court cases in E.D.Tex.

Lex Machina

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Monument Peak Ventures, LLC v. Xerox Corporation | 2:21-cv-00345 | Patent | E.D.Tex. | 2021-09-01 | 2022-08-03 | 2022-08-03 |
| Implicit, LLC v. NETSCOUT Systems, Inc. | 2:18-cv-00053 | Patent | E.D.Tex. | 2018-03-08 | 2022-08-03 | 2019-12-16 |
| Mirror Imaging LLC v. BOKF NA | 2:17-cv-00507 | Patent | E.D.Tex. | 2017-06-19 | 2022-08-03 | 2022-08-03 |
| Farmobile LLC v. Farmers Edge Inc. et al | 2:21-cv-00411 | Patent | E.D.Tex. | 2021-11-03 | 2022-08-02 | 2022-07-29 |
| Lexos Media IP, LLC v. The TJX Companies, Inc. | 2:22-cv-00285 | Patent | E.D.Tex. | 2022-07-27 | 2022-08-01 | 2022-08-01 |
| VARTA Microbattery GmbH v. Guangdong Mic-Power New Energy Co., Ltd. | 2:22-cv-00025 | Patent | E.D.Tex. | 2022-01-26 | 2022-08-01 | 2022-08-01 |
| Uniloc USA, Inc. et al v. Kik Interactive, Inc. | 2:17-cv-00347 | Patent | E.D.Tex. | 2017-04-21 | 2022-08-01 | 2022-08-01 |
| Uniloc USA, Inc. et al v. Kik Interactive, Inc. | 2:17-cv-00346 | Patent | E.D.Tex. | 2017-04-21 | 2022-08-01 | 2022-08-01 |
| NetNut Ltd. v. Bright Data Ltd. | 2:22-cv-00081 | Patent | E.D.Tex. | 2022-03-15 | 2022-07-29 | 2022-07-29 |
| Bandspeed, LLC v. Qorvo, Inc. | 5:21-cv-00086 | Patent | E.D.Tex. | 2021-06-30 | 2022-07-29 | 2022-07-12 |
| Optinetix Inc. v. Bed Bath & Beyond, Inc. | 1:21-cv-00292 | Patent | E.D.Tex. | 2021-06-10 | 2022-07-29 | 2022-07-11 |
| Winterspring Digital LLC v. Palo Alto Networks, Inc. | 2:22-cv-00246 | Patent | E.D.Tex. | 2022-07-05 | 2022-07-28 | 2022-07-28 |
| S3G Technology LLC v. QuikTrip Corporation (dba QuikTrip) | 2:22-cv-00196 | Patent | E.D.Tex. | 2022-06-09 | 2022-07-27 | 2022-07-27 |
| NorthStar Systems LLC v. Broadcom Inc. | 2:22-cv-00144 | Patent | E.D.Tex. | 2022-05-11 | 2022-07-27 | 2022-07-27 |
| AML IP LLC v. Hallmark Cards, Inc. et al | 4:22-cv-00214 | Patent | E.D.Tex. | 2022-03-18 | 2022-07-27 | 2022-07-28 |
| Creekview IP LLC v. Nokia of America Corporation | 2:21-cv-00442 | Patent | E.D.Tex. | 2021-11-30 | 2022-07-25 | 2022-07-25 |
| VirnetX Inc. et al v. Apple Inc. | 6:12-cv-00855 | Patent | E.D.Tex. | 2012-11-06 | 2022-07-25 | 2021-01-06 |
| Sino Star Global Ltd. v. PocketBook International S.A. | 4:21-cv-01003 | Patent | E.D.Tex. | 2021-12-29 | 2022-07-22 | 2022-07-21 |
| RightQuestion, LLC v. SAMSUNG ELECTRONICS CO., LTD. et al | 2:21-cv-00238 | Patent | E.D.Tex. | 2021-06-29 | 2022-07-22 | 2022-07-22 |

**Lex Machina**

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| VARTA MICROBATTERY GMBH v. PEAG, LLC D/B/A JLAB AUDIO | 2:21-cv-00038 | Patent | E.D.Tex. | 2021-02-02 | 2022-07-20 | 2022-07-19 |
| VARTA Microbattery GmbH v. Guangdong Mic-Power New Energy Co., Ltd. | 2:21-cv-00036 | Patent | E.D.Tex. | 2021-02-02 | 2022-07-20 | 2022-07-19 |
| Innovation Sciences, LLC v. Amazon.Com, Inc., | 4:18-cv-00474 | Patent | E.D.Tex. | 2018-07-05 | 2022-07-20 | 2021-02-26 |
| Longhorn HD LLC. v. Coolpad Technologies Inc. | 2:22-cv-00069 | Patent | E.D.Tex. | 2022-03-07 | 2022-07-19 | 2022-07-19 |
| Kioba Processing LLC v. Frost Bank | 2:22-cv-00057 | Patent | E.D.Tex. | 2022-02-18 | 2022-07-18 | 2022-07-18 |
| Boudville v. Enseo, LLC et al | 2:21-cv-00357 | Patent | E.D.Tex. | 2021-09-13 | 2022-07-18 | 2022-07-18 |
| Network Monitoring LLC v. Skyscanner Ltd. | 2:21-cv-00148 | Patent | E.D.Tex. | 2021-04-29 | 2022-07-18 | 2022-07-15 |
| Decapolis Systems, LLC v. HCA Healthcare, Inc. et al | 2:22-cv-00113 | Patent | E.D.Tex. | 2022-04-14 | 2022-07-14 | 2022-07-13 |
| Dayline Innovations Inc. v. Dick's Sporting Goods, Inc. | 2:22-cv-00074 | Patent | E.D.Tex. | 2022-03-08 | 2022-07-14 | 2022-07-14 |
| Hardin et al v. LG Electronics, Inc. et al | 2:21-cv-00289 | Patent | E.D.Tex. | 2021-07-30 | 2022-07-14 | 2022-07-14 |
| United Services Automobile Association v. BBVA USA | 2:21-cv-00311 | Patent | E.D.Tex. | 2021-08-16 | 2022-07-12 | 2022-06-07 |
| Lupercal LLC v. Ally Financial, Inc. | 2:22-cv-00026 | Patent | E.D.Tex. | 2022-01-28 | 2022-07-11 | 2022-07-11 |
| Miller Mendel, Inc. v. City of Anna, Texas et al | 2:21-cv-00445 | Patent | E.D.Tex. | 2021-12-02 | 2022-07-11 | 2022-04-14 |
| Communication Interface Technologies, LLC v. Choice Hotels International, Inc. | 4:21-cv-00780 | Patent | E.D.Tex. | 2021-10-06 | 2022-07-11 | 2022-07-11 |
| Firtiva Corporation v. Funimation Global Group, LLC | 2:21-cv-00111 | Patent | E.D.Tex. | 2021-03-31 | 2022-07-11 | 2022-07-11 |
| Optis Wireless Technology, LLC et al v. Apple Inc. | 2:19-cv-00066 | Patent | E.D.Tex. | 2019-02-25 | 2022-07-11 | 2021-02-26 |
| Whirlpool Corporation v. Shenzhen Lujian Technology Co., Ltd. | 2:21-cv-00397 | Patent | E.D.Tex. | 2021-10-25 | 2022-07-07 | 2022-06-02 |
| TicketNetwork, Inc. et al v. CEATS, Inc. | 2:15-cv-01470 | Contracts Patent | E.D.Tex. | 2015-08-28 | 2022-07-07 | 2018-09-26 |
| NorthStar Systems LLC v. MediaTek Inc. | 2:22-cv-00135 | Patent | E.D.Tex. | 2022-05-05 | 2022-07-06 | 2022-07-06 |


**Lex Machina**

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Noblewood IP LLC v. Alamo Drafthouse Cinemas, LLC | 9:22-cv-00084 | Patent | E.D.Tex. | 2022-05-27 | 2022-07-01 | 2022-07-01 |
| Arigna Technology Limited v. Bayerische Motoren Werke AG et al | 2:21-cv-00172 | Patent | E.D.Tex. | 2021-05-20 | 2022-06-30 | 2022-05-10 |
| CommWorks Solutions, LLC v. Comcast Cable Communications, LLC d/b/a Xfinity et al | 2:21-cv-00459 | Patent | E.D.Tex. | 2021-12-17 | 2022-06-29 | 2022-06-29 |
| Auth Token LLC v. Capital One Financial Corporation | 2:21-cv-00408 | Patent | E.D.Tex. | 2021-11-01 | 2022-06-29 | 2022-06-28 |
| Auth Token LLC v. JPMorgan Chase Bank, N.A. | 2:21-cv-00409 | Patent | E.D.Tex. | 2021-11-01 | 2022-06-29 | 2022-06-28 |
| Uniloc USA, Inc. et al v. Google, LLC | 2:17-cv-00467 | Patent | E.D.Tex. | 2017-06-01 | 2022-06-29 | 2022-06-29 |
| Uniloc USA, Inc. et al v. Google, LLC | 2:17-cv-00466 | Patent | E.D.Tex. | 2017-06-01 | 2022-06-29 | 2022-06-29 |
| Uniloc USA, Inc. et al v. Google, LLC | 2:17-cv-00465 | Patent | E.D.Tex. | 2017-06-01 | 2022-06-29 | 2022-06-29 |
| Uniloc USA, Inc. et al v. Google, LLC | 2:17-cv-00231 | Patent | E.D.Tex. | 2017-03-26 | 2022-06-29 | 2022-06-29 |
| Uniloc USA, Inc. et al v. Google, LLC | 2:17-cv-00224 | Patent | E.D.Tex. | 2017-03-22 | 2022-06-29 | 2022-06-29 |
| Uniloc USA, Inc. et al v. Google, LLC | 2:17-cv-00214 | Patent | E.D.Tex. | 2017-03-20 | 2022-06-29 | 2022-06-29 |
| Neo Wireless LLC v. General Motors Company et al | 2:22-cv-00094 | Contracts Patent | E.D.Tex. | 2022-03-29 | 2022-06-28 | 2022-06-28 |
| Neo Wireless LLC v. Tesla Inc. | 2:22-cv-00095 | Patent | E.D.Tex. | 2022-03-29 | 2022-06-28 | 2022-06-28 |
| Neo Wireless LLC v. Toyota Motor North America, Inc. et al | 2:22-cv-00093 | Contracts Patent | E.D.Tex. | 2022-03-29 | 2022-06-28 | 2022-06-28 |
| CDN Innovations, LLC v. Cequel Communications, LLC | 4:21-cv-00381 | Patent | E.D.Tex. | 2021-05-18 | 2022-06-27 | 2022-06-27 |
| Traxcell Technologies, LLC v. AT&T, Inc. et al | 2:17-cv-00718 | Patent | E.D.Tex. | 2017-10-31 | 2022-06-27 | 2022-03-29 |
| Transcend Shipping Systems, LLC v. United Parcel Service, Inc. | 2:22-cv-00109 | Patent | E.D.Tex. | 2022-04-12 | 2022-06-24 | 2022-06-24 |
| Push Data LLC v. Retail Services & Systems, Inc., d.b.a. Total Wine & More | 5:21-cv-00075 | Patent | E.D.Tex. | 2021-06-01 | 2022-06-24 | 2022-06-24 |

Lex Machina

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Push Data LLC v. Sherwin-Williams Company | 5:21-cv-00072 | Patent | E.D.Tex. | 2021-06-01 | 2022-06-24 | 2022-06-24 |
| Push Data LLC v. Dollar General Corporation | 5:21-cv-00069 | Patent | E.D.Tex. | 2021-06-01 | 2022-06-24 | 2022-06-24 |
| Push Data LLC v. Jersey Mikes Franchise Systems Inc. | 5:21-cv-00070 | Patent | E.D.Tex. | 2021-06-01 | 2022-06-24 | 2022-06-24 |
| Scanning Technologies Innovations, LLC v. Mobolutions, LLC | 4:22-cv-00372 | Patent | E.D.Tex. | 2022-05-05 | 2022-06-22 | 2022-06-22 |
| Ahern Rentals, Inc. v. Equipmentshare.com, Inc. | 2:20-cv-00333 | Patent | E.D.Tex. | 2020-10-15 | 2022-06-22 | 2022-01-20 |
| Noblewood IP LLC v. Pure Barre, LLC | 4:22-cv-00135 | Patent | E.D.Tex. | 2022-02-25 | 2022-06-21 | 2022-06-21 |
| ACQIS LLC v. Samsung Electronics Co., LTD., et al | 2:20-cv-00295 | Patent | E.D.Tex. | 2020-09-03 | 2022-06-14 | 2022-01-04 |
| Alto Dynamics, LLC v. Redfin Corporation | 2:22-cv-00064 | Patent | E.D.Tex. | 2022-02-25 | 2022-06-13 | 2022-06-13 |
| Auth Token LLC v. Washington Federal Bank, National Association | 2:21-cv-00424 | Patent | E.D.Tex. | 2021-11-12 | 2022-06-13 | 2022-06-13 |
| Safoco, Inc. v. The E3 Company, LLC d/b/a TE3CO, LLC | 2:21-cv-00346 | Patent | E.D.Tex. | 2021-09-02 | 2022-06-13 | 2022-06-13 |
| Estech Systems IP, LLC v. Petco Health and Wellness Company, Inc. et al | 2:22-cv-00005 | Patent | E.D.Tex. | 2022-01-04 | 2022-06-09 | 2022-06-08 |
| Parallel Networks Licensing, LLC v. Arrow Electronics, Inc. | 4:21-cv-00714 | Patent | E.D.Tex. | 2021-09-13 | 2022-06-08 | 2022-06-07 |
| Opticurrent v. Bitfenix Co. Ltd. | 2:21-cv-00159 | Patent | E.D.Tex. | 2021-05-10 | 2022-06-07 | 2022-06-06 |
| Intertrust Technologies Corporation v. Cinemark Holdings, Inc. | 2:19-cv-00266 | Patent | E.D.Tex. | 2019-08-07 | 2022-06-07 | 2022-04-06 |
| Opticurrent, LLC v. Mouser Electronics | 2:16-cv-01180 | Patent | E.D.Tex. | 2016-10-19 | 2022-06-07 | 2022-06-07 |
| Optis Wireless Technology, LLC et al v. Ford Motor Company | 2:22-cv-00133 | Patent | E.D.Tex. | 2022-05-04 | 2022-06-06 | 2022-06-06 |
| American Patents LLC v. Seiko Epson Corporation et al | 4:21-cv-00718 | Patent | E.D.Tex. | 2021-09-15 | 2022-06-06 | 2022-06-06 |
| Implicit, LLC v. The Home Depot, Inc. | 4:21-cv-00908 | Patent | E.D.Tex. | 2021-11-17 | 2022-06-02 | 2022-06-02 |
| Liberty Peak Ventures, LLC v. Regions Financial Corporation et al | 2:21-cv-00417 | Patent | E.D.Tex. | 2021-11-09 | 2022-06-02 | 2022-06-02 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Whirlpool Corporation v. Individuals, partnerships, and unincorporated associations that own or operate www.dfilters.com et al | 2:21-cv-00398 | Patent | E.D.Tex. | 2021-10-25 | 2022-06-02 | 2022-06-02 |
| Multifold International Incorporated Pte. Ltd. v. Samsung Electronics Co., Ltd. et al | 2:21-cv-00371 | Patent | E.D.Tex. | 2021-09-29 | 2022-06-02 | 2022-06-02 |
| Broadcom Corporation v. Toyota Motor Corporation et al | 2:18-cv-00190 | Patent | E.D.Tex. | 2018-05-07 | 2022-06-02 | 2022-06-02 |
| Noblewood IP LLC v. Wolters Kluwer, N.V | 4:22-cv-00136 | Patent | E.D.Tex. | 2022-02-25 | 2022-05-27 | 2022-05-27 |
| Finesse Wireless LLC v. AT&T Mobility LLC | 2:21-cv-00063 | Patent | E.D.Tex. | 2021-02-24 | 2022-05-27 | 2021-09-23 |
| Transcend Shipping Systems, LLC v. Premier Trailers, LLC d/b/a Premier Trailer Leasing | 2:22-cv-00112 | Patent | E.D.Tex. | 2022-04-14 | 2022-05-26 | 2022-05-26 |
| TurboCode LLC v. AsusTek Computer Inc. | 4:21-cv-00294 | Patent | E.D.Tex. | 2021-04-12 | 2022-05-26 | 2022-05-26 |
| R2 Solutions LLC v. Agoda Company Pte. Ltd. | 4:21-cv-00944 | Patent | E.D.Tex. | 2021-11-29 | 2022-05-24 | 2022-05-24 |
| R2 Solutions LLC v. Booking.com Transport Limited | 4:21-cv-00943 | Patent | E.D.Tex. | 2021-11-29 | 2022-05-24 | 2022-05-24 |
| R2 Solutions LLC v. Booking.com B.V. | 4:21-cv-00942 | Patent | E.D.Tex. | 2021-11-29 | 2022-05-24 | 2022-05-24 |
| IPCom Gmbh & Co. KG v. Verizon Communications Inc et al | 2:20-cv-00323 | Patent | E.D.Tex. | 2020-10-01 | 2022-05-24 | 2022-05-24 |
| IPCom Gmbh & Co. KG v. AT&T Inc et al | 2:20-cv-00322 | Patent | E.D.Tex. | 2020-10-01 | 2022-05-24 | 2022-05-24 |
| Jabaa, LLC v. FIVE BELOW, INC. | 2:21-cv-00461 | Patent | E.D.Tex. | 2021-12-20 | 2022-05-20 | 2022-05-20 |
| NXP USA Inc. v. MediaTek Inc. et al | 2:21-cv-00318 | Patent | E.D.Tex. | 2021-08-24 | 2022-05-20 | 2022-05-11 |
| Tyche Licensing LLC v. STMicroelectronics N.V. et al | 2:22-cv-00150 | Patent | E.D.Tex. | 2022-05-16 | 2022-05-19 | 2022-05-19 |
| Cedar Lane Technologies Inc. v. Texas Instruments, Inc. | 2:22-cv-00087 | Patent | E.D.Tex. | 2022-03-16 | 2022-05-19 | 2022-05-18 |
| Bright Data Ltd. v. Ninja-Tech, SIA | 2:21-cv-00434 | Patent | E.D.Tex. | 2021-11-29 | 2022-05-19 | 2022-05-19 |
| IPCom Gmbh & Co. KG v. Sprint Spectrum L.P. et al | 2:20-cv-00321 | Patent | E.D.Tex. | 2020-10-01 | 2022-05-17 | 2022-05-16 |
| VARTA Microbattery GmbH v. Audio Partnership LLC et al | 2:20-cv-00138 | Patent | E.D.Tex. | 2020-05-04 | 2022-05-16 | 2022-08-01 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Uniloc 2017 LLC et al v. Google LLC | 2:18-cv-00499 | Patent | E.D.Tex. | 2018-11-17 | 2022-05-16 | 2020-08-04 |
| Wapp Tech Limited Partnership et al v. Micro Focus International PLC | 4:18-cv-00469 | Patent | E.D.Tex. | 2018-07-02 | 2022-05-16 | 2021-11-23 |
| Stormborn Technologies LLC v. CipherLab USA, Inc. | 4:22-cv-00137 | Patent | E.D.Tex. | 2022-02-28 | 2022-05-13 | 2022-05-13 |
| GEOTAG IP, LLC v. Lord Corporation | 2:22-cv-00035 | Patent | E.D.Tex. | 2022-02-02 | 2022-05-12 | 2022-05-11 |
| Elite Gaming Tech, LLC v. Nordic Semiconductor ASA | 2:21-cv-00470 | Patent | E.D.Tex. | 2021-12-28 | 2022-05-12 | 2022-05-12 |
| Longhorn HD LLC. v. Celestica Inc. | 2:21-cv-00280 | Patent | E.D.Tex. | 2021-07-23 | 2022-05-12 | 2022-05-12 |
| Bishop Display Tech LLC v. SAMSUNG ELECTRONICS CO., LTD. et al | 2:21-cv-00139 | Patent | E.D.Tex. | 2021-04-20 | 2022-05-12 | 2022-05-11 |
| Bishop Display Tech LLC v. Samsung Electronics Co., Ltd. et al | 2:21-cv-00136 | Patent | E.D.Tex. | 2021-04-19 | 2022-05-12 | 2022-05-12 |
| Sino Star Global Ltd. v. Onyx International Inc. | 4:21-cv-00844 | Patent | E.D.Tex. | 2021-10-20 | 2022-05-11 | 2022-05-11 |
| TIARE TECHNOLOGY, INC. v. Bed Bath & Beyond, Inc. | 2:21-cv-00301 | Patent | E.D.Tex. | 2021-08-05 | 2022-05-11 | 2022-05-11 |
| Blue Spike, LLC et al v. Grande Communications, Inc. et al | 4:20-cv-00671 | Patent | E.D.Tex. | 2020-09-04 | 2022-05-11 | 2022-05-11 |
| American Patents LLC v. CalAmp Wireless Networks Corporation | 4:21-cv-00716 | Patent | E.D.Tex. | 2021-09-15 | 2022-05-10 | 2022-05-02 |
| AutoBrilliance, LLC v. General Motors Company et al | 4:21-cv-00654 | Patent | E.D.Tex. | 2021-08-19 | 2022-05-10 | 2022-05-05 |
| Transcend Shipping Systems, LLC v. ZIM Integrated Shipping Services, Ltd. | 2:21-cv-00108 | Patent | E.D.Tex. | 2021-03-30 | 2022-05-10 | 2022-03-11 |
| Pantech Corporation v. Coolpad Group Limited et al | 5:21-cv-00065 | Patent | E.D.Tex. | 2021-05-25 | 2022-05-06 | 2022-05-06 |
| Fundamental Innovation Systems International LLC v. General Motors Company et al | 2:21-cv-00282 | Patent | E.D.Tex. | 2021-07-26 | 2022-05-05 | 2022-05-03 |
| Fundamental Innovation Systems International LLC v. Toyota Motor Corporation et al | 2:21-cv-00281 | Patent | E.D.Tex. | 2021-07-26 | 2022-05-05 | 2022-05-04 |
| Infernal Technology, LLC v. Sony Interactive Entertainment America, LLC | 2:19-cv-00248 | Patent | E.D.Tex. | 2019-07-11 | 2022-04-29 | 2021-12-07 |
| Digital Retail App Inc. v. Sam's Club West, Inc d/b/a Sam's Club | 2:21-cv-00184 | Patent | E.D.Tex. | 2021-05-26 | 2022-04-28 | 2022-04-28 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Bright Capture LLC v. Intuit, Inc. | 2:22-cv-00018 | Patent | E.D.Tex. | 2022-01-13 | 2022-04-26 | 2022-04-25 |
| Vocalife LLC v. Bose Corporation | 2:21-cv-00128 | Patent | E.D.Tex. | 2021-04-08 | 2022-04-26 | 2022-04-26 |
| Vocalife LLC v. Sonos, Inc. | 2:21-cv-00129 | Patent | E.D.Tex. | 2021-04-08 | 2022-04-26 | 2022-04-26 |
| Traxcell Technologies, LLC v. Huawei Technologies USA Inc. | 2:17-cv-00042 | Patent | E.D.Tex. | 2017-01-12 | 2022-04-22 | 2020-01-10 |
| AK MEETING IP, LLC v. Juniper Networks, Inc. | 2:22-cv-00073 | Patent | E.D.Tex. | 2022-03-08 | 2022-04-21 | 2022-04-21 |
| DivX, LLC v. TCL Technology Group Corporation et al | 2:21-cv-00264 | Patent | E.D.Tex. | 2021-07-15 | 2022-04-21 | 2022-04-21 |
| Gravel Rating Systems LLC v. McAfee, LLC | 4:21-cv-00259 | Patent | E.D.Tex. | 2021-03-29 | 2022-04-21 | 2022-04-21 |
| Repifi Vendor Logistics, Inc. v. Intellicentrics, Inc. et al | 4:20-cv-00448 | Patent | E.D.Tex. | 2020-06-01 | 2022-04-21 | 2021-03-30 |
| Alexsam, Inc. v. Cigna Corporation et al | 2:20-cv-00081 | Contracts Patent | E.D.Tex. | 2020-03-18 | 2022-04-20 | 2022-03-18 |
| Wapp Tech Limited Partnership et al v. Bank of America Corp. | 4:18-cv-00519 | Patent | E.D.Tex. | 2018-07-20 | 2022-04-18 | 2021-09-20 |
| Wapp Tech Limited Partnership et al v. Wells Fargo & Co. | 4:18-cv-00501 | Patent | E.D.Tex. | 2018-07-16 | 2022-04-18 | 2022-01-11 |
| Elite Gaming Tech LLC v. Amlogic Holdings, Ltd. | 2:21-cv-00468 | Patent | E.D.Tex. | 2021-12-28 | 2022-04-14 | 2022-04-14 |
| Communication Interface Technologies, LLC v. Texas Roadhouse, Inc. | 4:21-cv-00786 | Patent | E.D.Tex. | 2021-10-06 | 2022-04-14 | 2022-04-07 |
| Consolidated Transaction Processing LLC v. Party City Corporation | 4:21-cv-00559 | Patent | E.D.Tex. | 2021-07-17 | 2022-04-14 | 2022-04-11 |
| Optinetix Inc. v. HEB Grocery Company, LP | 1:21-cv-00273 | Patent | E.D.Tex. | 2021-06-04 | 2022-04-14 | 2022-04-07 |
| LoganTree LP v. Huawei Technologies USA, Inc. et al | 6:21-cv-00119 | Trademark Patent | E.D.Tex. | 2021-03-25 | 2022-04-14 | 2022-04-11 |
| RIGGS TECHNOLOGY HOLDINGS, LLC v. TILLMAN LEARING, LLC dba TRAINUP.COM | 2:21-cv-00039 | Patent | E.D.Tex. | 2021-02-04 | 2022-04-14 | 2022-04-14 |
| R2 Solutions LLC v. JPMorgan Chase & Co. | 4:21-cv-00174 | Patent | E.D.Tex. | 2021-03-02 | 2022-04-13 | 2022-04-13 |

Lex Machina

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Universal Arbor LLC v. Techtronic Industries Co. Ltd. | 2:22-cv-00041 | Patent | E.D.Tex. | 2022-02-03 | 2022-04-12 | 2022-04-12 |
| Blitzsafe Texas, LLC v. Aptiv PLC | 2:21-cv-00160 | Patent | E.D.Tex. | 2021-05-12 | 2022-04-08 | 2022-04-08 |
| Rampart Asset Management LLC v. Renesas Electronic Corporation | 2:21-cv-00466 | Patent | E.D.Tex. | 2021-12-23 | 2022-04-07 | 2022-04-07 |
| Mallard IP LLC v. Schweitzer Engineering Laboratories, Inc. | 2:21-cv-00472 | Patent | E.D.Tex. | 2021-12-29 | 2022-04-06 | 2022-04-06 |
| Mallard IP LLC v. Radisys Corporation | 2:21-cv-00471 | Patent | E.D.Tex. | 2021-12-29 | 2022-04-06 | 2022-04-06 |
| Intertrust Technologies Corporation v. AMC Entertainment Holdings, Inc. | 2:19-cv-00265 | Patent | E.D.Tex. | 2019-08-07 | 2022-04-06 | 2022-04-06 |
| Intertrust Technologies Corporation v. Regal Entertainment Group | 2:19-cv-00267 | Patent | E.D.Tex. | 2019-08-07 | 2022-04-05 | 2022-04-05 |
| Sable Networks, Inc. et al v. Splunk Inc. et al | 5:21-cv-00040 | Patent | E.D.Tex. | 2021-03-25 | 2022-04-04 | 2022-04-04 |
| Winterspring Digital LLC v. Fortinet Inc. | 2:22-cv-00013 | Patent | E.D.Tex. | 2022-01-08 | 2022-04-01 | 2022-04-01 |
| Estech Systems IP, LLC v. Bayerische Motoren Werke AG et al | 2:22-cv-00003 | Patent | E.D.Tex. | 2022-01-04 | 2022-04-01 | 2022-04-01 |
| R2 Solutions LLC v. Charles Schwab Corp. | 4:21-cv-00122 | Patent | E.D.Tex. | 2021-02-09 | 2022-03-30 | 2022-03-30 |
| Optinetix Inc. v. Jo-Ann Stores, LLC | 1:21-cv-00274 | Patent | E.D.Tex. | 2021-06-04 | 2022-03-29 | 2022-03-29 |
| Gigamon Inc. v. Apcon, Inc. | 2:19-cv-00300 | Contracts Patent | E.D.Tex. | 2019-08-30 | 2022-03-29 | 2021-04-28 |
| RFCyber Corp. v. Google LLC et al | 2:20-cv-00274 | Patent | E.D.Tex. | 2020-08-21 | 2022-03-28 | 2022-03-28 |
| RFC Lenders of Texas, LLC v. United Seating and Mobility, LLC | 4:21-cv-00965 | Patent | E.D.Tex. | 2021-12-10 | 2022-03-25 | 2022-03-25 |
| National Oilwell Varco, L.P. v. Auto-Dril, Inc. | 5:15-cv-00027 | Contracts Patent | E.D.Tex. | 2015-03-26 | 2022-03-25 | 2021-08-24 |
| PROVEN NETWORKS, LLC., v. SAP AMERICA, INC. and SAP SE, | 2:22-cv-00010 | Patent | E.D.Tex. | 2022-01-06 | 2022-03-24 | 2022-03-24 |
| Blitzsafe Texas, LLC v. Harley-Davidson Motor Company, Inc. | 2:21-cv-00295 | Patent | E.D.Tex. | 2021-08-03 | 2022-03-24 | 2022-03-24 |

Lex Machina

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Blitzsafe Texas, LLC v. JVCKENWOOD Corporation | 2:21-cv-00163 | Patent | E.D.Tex. | 2021-05-12 | 2022-03-24 | 2022-03-24 |
| Blitzsafe Texas, LLC v. Continental AG et al | 2:21-cv-00161 | Patent | E.D.Tex. | 2021-05-12 | 2022-03-24 | 2022-03-24 |
| Gesture Technology Partners, LLC v. Samsung Electronics Co., Ltd. et al | 2:21-cv-00041 | Patent | E.D.Tex. | 2021-02-04 | 2022-03-24 | 2022-03-24 |
| Gesture Technology Partners, LLC v. Huawei Device Co., Ltd. et al | 2:21-cv-00040 | Patent | E.D.Tex. | 2021-02-04 | 2022-03-24 | 2022-03-24 |
| Caselas, LLC v. First Community Bancshares, Inc. | 2:21-cv-00030 | Patent | E.D.Tex. | 2021-01-29 | 2022-03-24 | 2022-03-24 |
| Acorn Semi, LLC v. Samsung Electronics Co., Ltd. et al | 2:19-cv-00347 | Patent | E.D.Tex. | 2019-10-23 | 2022-03-24 | 2021-07-13 |
| AML IP, LLC v. Zale Corporation | 4:22-cv-00226 | Patent | E.D.Tex. | 2022-03-21 | 2022-03-23 | 2022-03-25 |
| GREE, INC. v. SUPERCELL OY | 2:19-cv-00311 | Patent | E.D.Tex. | 2019-09-16 | 2022-03-23 | 2022-03-23 |
| GREE, INC. v. SUPERCELL OY | 2:19-cv-00310 | Patent | E.D.Tex. | 2019-09-16 | 2022-03-23 | 2022-03-23 |
| GREE, INC. v. SUPERCELL OY | 2:19-cv-00237 | Patent | E.D.Tex. | 2019-06-24 | 2022-03-23 | 2022-03-23 |
| Stormborn Technologies LLC v. Beckhoff Automation, LLC | 4:22-cv-00142 | Patent | E.D.Tex. | 2022-02-28 | 2022-03-22 | 2022-03-22 |
| Taasera Licensing LLC v. Palo Alto Networks, Inc. | 2:22-cv-00062 | Patent | E.D.Tex. | 2022-02-25 | 2022-03-22 | 2022-03-22 |
| R2 Solutions LLC v. Deezer S.A. | 4:21-cv-00090 | Patent | E.D.Tex. | 2021-01-29 | 2022-03-22 | 2022-03-22 |
| S3G Technology LLC v. Petco Animal Supplies, Inc. | 2:22-cv-00020 | Patent | E.D.Tex. | 2022-01-14 | 2022-03-18 | 2022-03-18 |
| Blitzsafe Texas, LLC v. Sony Corporation | 2:21-cv-00166 | Patent | E.D.Tex. | 2021-05-12 | 2022-03-18 | 2022-03-18 |
| Uniloc 2017 LLC v. AT&T Services, Inc. et al | 2:19-cv-00102 | Patent | E.D.Tex. | 2019-03-26 | 2022-03-18 | 2022-03-18 |
| Village Green Technologies, LLC v. SAMSUNG ELECTRONICS AMERICA, INC. et al | 2:21-cv-00323 | Patent | E.D.Tex. | 2021-08-26 | 2022-03-17 | 2022-03-17 |
| Blitzsafe Texas, LLC v. Harman Becker Automotive Systems GmbH | 2:21-cv-00296 | Patent | E.D.Tex. | 2021-08-03 | 2022-03-17 | 2022-03-17 |
| Blitzsafe Texas, LLC v. Alps Alpine Co., Ltd. et al | 2:21-cv-00293 | Patent | E.D.Tex. | 2021-08-03 | 2022-03-17 | 2022-03-17 |

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Consolidated Transaction Processing LLC v. LEVI STRAUSS & CO. | 4:21-cv-00558 | Patent | E.D.Tex. | 2021-07-17 | 2022-03-17 | 2022-03-17 |
| Longhorn HD LLC. v. Kyocera Corporation | 2:21-cv-00277 | Patent | E.D.Tex. | 2021-07-23 | 2022-03-16 | 2022-03-16 |
| ALIDOUBLE INC. v. TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED | 2:21-cv-00452 | Patent | E.D.Tex. | 2021-12-14 | 2022-03-15 | 2022-03-15 |
| Viking Technologies, LLC v. Clover Technologies Group, LLC et al | 4:21-cv-00474 | Patent | E.D.Tex. | 2020-11-09 | 2022-03-15 | 2022-03-15 |
| Viking Technologies, LLC v. Assurant, Inc. | 2:20-cv-00357 | Patent | E.D.Tex. | 2020-11-09 | 2022-03-15 | 2022-03-15 |
| Viking Technologies, LLC v. Asurion, LLC et al | 2:20-cv-00358 | Patent | E.D.Tex. | 2020-11-09 | 2022-03-15 | 2022-03-15 |
| Bright Capture LLC v. SAP America, Inc. | 2:22-cv-00019 | Patent | E.D.Tex. | 2022-01-13 | 2022-03-11 | 2022-03-11 |
| PacSec3, LLC v. Fortinet, Inc. | 2:21-cv-00450 | Patent | E.D.Tex. | 2021-12-13 | 2022-03-11 | 2022-03-11 |
| K.Mizra LLC v. General Motors LLC | 2:21-cv-00244 | Patent | E.D.Tex. | 2021-07-06 | 2022-03-11 | 2022-03-11 |
| AGIS Software Development LLC v. Uber Technologies Inc. d/b/a Uber | 2:21-cv-00026 | Patent | E.D.Tex. | 2021-01-29 | 2022-03-11 | 2022-03-11 |
| Implicit, LLC v. Walmart, Inc. | 4:21-cv-00465 | Patent | E.D.Tex. | 2021-06-18 | 2022-03-10 | 2022-03-10 |
| Continental Circuits of Texas LLC et al v. Taiwan Semiconductor Manufacturing Co., Ltd. | 2:21-cv-00383 | Patent | E.D.Tex. | 2021-10-12 | 2022-03-09 | 2022-03-09 |
| M-Red Inc. v. Biostar Microtech Int'l Corp. | 2:21-cv-00354 | Patent | E.D.Tex. | 2021-09-10 | 2022-03-09 | 2022-03-09 |
| Cisco Systems, Inc. et al v. Estech Systems, Inc. | 2:21-cv-00266 | Patent | E.D.Tex. | 2021-07-15 | 2022-03-09 | 2022-03-09 |
| Solas OLED Ltd. v. Samsung Electronics Co., Ltd. et al | 2:20-cv-00307 | Patent | E.D.Tex. | 2020-09-15 | 2022-03-09 | 2022-03-09 |
| Michigan Motor Technologies LLC v. Tata Motors Ltd. et al | 4:21-cv-00512 | Patent | E.D.Tex. | 2021-07-02 | 2022-03-08 | 2022-03-08 |
| Solas OLED Ltd. v. Samsung Display Co., Ltd. | 2:21-cv-00104 | Patent | E.D.Tex. | 2021-03-22 | 2022-03-08 | 2022-03-08 |
| Litepanels, Ltd. et al v. Flolight, LLC | 2:20-cv-00344 | Contracts Patent | E.D.Tex. | 2020-10-27 | 2022-03-08 | 2022-03-08 |
| Solas OLED Ltd. v. Samsung Display Co., Ltd. et al | 2:19-cv-00152 | Patent | E.D.Tex. | 2019-05-02 | 2022-03-08 | 2021-03-23 |

Lex Machina

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Pearl IP Licensing LLC v. Multiquip Inc. | 4:21-cv-00755 | Patent | E.D.Tex. | 2021-09-29 | 2022-03-07 | 2022-03-07 |
| SoundStreak Texas, LLC v. Yamaha Corporation et al | 2:21-cv-00321 | Patent | E.D.Tex. | 2021-08-26 | 2022-03-07 | 2022-03-07 |
| Gravel Rating Systems LLC v. Broadcom Inc. | 4:21-cv-00329 | Patent | E.D.Tex. | 2021-04-23 | 2022-03-07 | 2022-03-07 |
| Blitzsafe Texas, LLC v. AB Volvo | 2:21-cv-00167 | Patent | E.D.Tex. | 2021-05-12 | 2022-03-03 | 2022-03-03 |
| American Patents LLC v. Lanner Electronics Inc. | 4:21-cv-00717 | Patent | E.D.Tex. | 2021-09-15 | 2022-03-02 | 2022-03-02 |
| Kioba Processing LLC v. Capital One Financial Corporation | 2:21-cv-00218 | Patent | E.D.Tex. | 2021-06-16 | 2022-03-01 | 2022-03-01 |
| Barkan Wireless IP Holdings, L.P. v. T-Mobile US, Inc. et al | 2:21-cv-00034 | Patent | E.D.Tex. | 2021-02-02 | 2022-03-01 | 2022-03-01 |
| TIARE TECHNOLOGY, INC. v. BELK, INC. | 2:21-cv-00302 | Patent | E.D.Tex. | 2021-08-05 | 2022-02-25 | 2022-02-25 |
| TIARE TECHNOLOGY, INC. v. American Eagle Outfitters, Inc. | 2:21-cv-00299 | Patent | E.D.Tex. | 2021-08-05 | 2022-02-25 | 2022-02-25 |

Lex Machina limits exports to the first 250 results.