# Exhibit PP

16 federal district court cases in C.D.Cal.

Lex Machina

Page 1 of 3

## U.S. District Court for the Central District of California C.D.Cal.

Showing **16** terminated Patent cases in C.D.Cal.; with General: Trial case tag; pending between 2018-09-01 and 2022-09-01.; sorted by most recent docket activity.

**Timing**



**Trial**
16 cases
Median: 989 days

| Event | Cases Reaching Event | Median Days from Case Filing to Event |
|---|---|---|
| **Preliminary Injunction (Deny)** | 1 | n/a |
| **Dismiss (Contested)** | 10 | n/a |
| **Claim Construction Hearing** | 7 | n/a |
| **Summary Judgment** | 13 | 691 |
| **Termination** | 16 | 1,128 |

Lex Machina

## Case List

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| ChromaDex, Inc. v. Elysium Health, Inc. | 8:16-cv-02277 | Patent Contracts Trade Secret | C.D.Cal. | 2016-12-29 | 2022-09-02 | 2021-12-27 |
| Panasonic Holdings Corporation v. Getac Technology Corporation et al | 8:19-cv-01118 | Antitrust Patent | C.D.Cal. | 2019-06-05 | 2022-08-29 | 2022-07-15 |
| Pavemetrics Systems, Inc. v. Tetra Tech, Inc. | 2:21-cv-01289 | Patent | C.D.Cal. | 2021-02-11 | 2022-08-26 | 2022-08-26 |
| Pavo Solutions LLC v. Kingston Technology Company, Inc | 8:14-cv-01352 | Patent | C.D.Cal. | 2014-08-22 | 2022-08-04 | 2021-03-16 |
| Juno Therapeutics, Inc. et al v. Kite Pharma, Inc. | 2:17-cv-07639 | Patent | C.D.Cal. | 2017-10-18 | 2022-06-17 | 2020-04-08 |
| Lubby Holdings LLC et al v. Henry Chung et al | 2:18-cv-00715 | Patent | C.D.Cal. | 2018-01-26 | 2022-06-10 | 2019-05-09 |
| SPEX Technologies, Inc. v. Apricorn | 2:16-cv-07349 | Patent | C.D.Cal. | 2016-09-28 | 2021-07-15 | 2020-03-23 |
| Alfred E. Mann Foundation For Scientific Research v. Cochlear Corporation et al | 2:07-cv-08108 | Patent | C.D.Cal. | 2007-12-13 | 2021-01-07 | 2018-11-09 |
| Cedars Sinai Medical Center v. Quest Diagnostic Incorporated | 2:17-cv-05169 | Patent Contracts Trade Secret | C.D.Cal. | 2017-07-13 | 2020-11-06 | 2019-09-20 |
| Top Lighting Corporation v. Linco Inc | 5:15-cv-01589 | Patent | C.D.Cal. | 2015-08-05 | 2020-06-16 | 2020-01-21 |
| Kuen Hwa Traffic Industrial Co. v. DNA Motor, Inc. | 2:18-cv-05664 | Patent | C.D.Cal. | 2018-06-27 | 2020-03-05 | 2019-08-20 |
| Pipe Restoration Technologies LLC et al v. Coast Building and Plumbing Inc et al | 8:13-cv-00499 | Trademark Contracts Patent | C.D.Cal. | 2013-03-28 | 2019-10-07 | 2018-11-28 |
| Nichia Corporation v. VIZIO, Inc. | 8:16-cv-00545 | Patent | C.D.Cal. | 2016-03-23 | 2019-05-01 | 2019-04-16 |

Lex Machina

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Carl Zeiss AG et al v. Nikon Corporation et al | 2:17-cv-07083 | Patent | C.D.Cal. | 2017-09-26 | 2019-03-13 | 2019-01-08 |
| Carl Zeiss et al v. Nikon Corporation et al | 2:17-cv-03221 | Patent | C.D.Cal. | 2017-04-28 | 2019-02-26 | 2018-10-19 |
| Imagenetix, Inc. v. Robinson Pharma, Inc. et al | 8:15-cv-00599 | Patent | C.D.Cal. | 2015-04-16 | 2018-10-29 | 2018-09-28 |