# Exhibit QQ

# IEEE Standards Association - Documents

**mentor.ieee.org**/802.11/documents

| Created (ET) ▼ | Year | DCN | Rev | Group | Title | Author (Affiliation) | Uploaded (ET) | Actions |
|---|---|---|---|---|---|---|---|---|
| 12-Sep-2022 ET | 2022 | 1458 | 1 | TGbd | Resolutions to Editorial Comments in SA3 | Yujin Noh (LG Electronics) | 12-Sep-2022 11:57:12 ET | Download |
| 06-Sep-2022 ET | 2022 | 752 | 2 | TGbd | TGbd Editor's Report | Yujin Noh (LG Electronics) | 06-Sep-2022 11:32:46 ET | Download |
| 02-Sep-2022 ET | 2022 | 1458 | 0 | TGbd | Resolutions to Editorial Comments in SA3 | Yujin Noh (LG Electronics) | 09-Sep-2022 18:56:07 ET | Download |
| 02-Sep-2022 ET | 2022 | 1433 | 1 | TGbd | TGbd SA3 comments | Yujin Noh (LG Electronics) | 06-Sep-2022 11:31:03 ET | Download |
| 31-Aug-2022 ET | 2022 | 1433 | 0 | TGbd | TGbd SA3 comments | Yujin Noh (LG Electronics) | 02-Sep-2022 00:17:42 ET | Download |
| 09-Aug-2022 ET | 2022 | 983 | 4 | TGbd | TGbd SA2 comments | Yujin Noh (Senscomm) | 09-Aug-2022 12:17:19 ET | Download |
| 09-Aug-2022 ET | 2022 | 983 | 3 | TGbd | TGbd SA2 comments | Yujin Noh (Senscomm) | 09-Aug-2022 11:29:40 ET | Download |
| 02-Aug-2022 ET | 2022 | 983 | 2 | TGbd | TGbd SA2 comments | Yujin Noh (Senscomm) | 02-Aug-2022 23:11:39 ET | Download |
| 12-Jul-2022 ET | 2022 | 480 | 2 | TGm | CID2377 CID2379 CID2374 in 11ax resolution | Yujin Noh (Senscomm) | 12-Jul-2022 16:48:38 ET | Download |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07-Jul-2022 ET | 2022 | 752 | 1 | TGbd | TGbd Editor's Report | Yujin Noh (Senscomm) | 07-Jul-2022 14:28:49 ET | Download |
| 07-Jul-2022 ET | 2022 | 480 | 1 | TGm | CID2377 CID2379 CID2374 in 11ax resolution | Yujin Noh (Senscomm) | 07-Jul-2022 12:46:45 ET | Download |
| 06-Jul-2022 ET | 2022 | 986 | 0 | TGbd | Resolutions to Editorial Comments in SA2 | Yujin Noh (Senscomm) | 09-Jul-2022 19:06:17 ET | Download |
| 06-Jul-2022 ET | 2022 | 983 | 1 | TGbd | TGbd SA2 comments | Yujin Noh (Senscomm) | 06-Jul-2022 16:21:50 ET | Download |
| 06-Jul-2022 ET | 2022 | 983 | 0 | TGbd | TGbd SA2 comments | Yujin Noh (Senscomm) | 06-Jul-2022 15:16:50 ET | Download |
| 14-Jun-2022 ET | 2022 | 730 | 4 | TGbd | P802.11bd_Initial_SA_Ballot_comments | Yujin Noh (Senscomm) | 14-Jun-2022 14:40:24 ET | Download |
| 14-Jun-2022 ET | 2022 | 815 | 4 | TGbd | Resolutions to Transmit specification to NGV receive procedure | Yujin Noh (Senscomm) | 14-Jun-2022 10:29:27 ET | Download |
| 14-Jun-2022 ET | 2022 | 826 | 3 | TGbd | Visio file for Figure 32-16 NGV receive procedure | Yujin Noh (Senscomm) | 14-Jun-2022 09:55:58 ET | Download |
| 14-Jun-2022 ET | 2022 | 815 | 3 | TGbd | Resolutions to Transmit specification to NGV receive procedure | Yujin Noh (Senscomm) | 14-Jun-2022 09:55:21 ET | Download |
| 13-Jun-2022 ET | 2022 | 826 | 2 | TGbd | Visio file for Figure 32-16 NGV receive procedure | Yujin Noh (Senscomm) | 13-Jun-2022 17:26:07 ET | Download |
| 13-Jun-2022 ET | 2022 | 815 | 2 | TGbd | Resolutions to Transmit specification to NGV receive procedure | Yujin Noh (Senscomm) | 13-Jun-2022 17:25:36 ET | Download |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07-Jun-2022 ET | 2022 | 815 | 1 | TGbd | Resolutions to Transmit specification to NGV receive procedure | Yujin Noh (Senscomm) | 07-Jun-2022 01:03:32 ET | Download |
| 07-Jun-2022 ET | 2022 | 826 | 1 | TGbd | Visio file for Figure 32-16 NGV receive procedure | Yujin Noh (Senscomm) | 07-Jun-2022 00:58:44 ET | Download |
| 29-May-2022 ET | 2022 | 826 | 0 | TGbd | Visio file for Figure 32-16 NGV receive procedure | Yujin Noh (Senscomm) | 31-May-2022 22:55:35 ET | Download |
| 24-May-2022 ET | 2022 | 813 | 1 | TGbd | Resolutions to NGV preamble and Data field | Yujin Noh (Senscomm) | 24-May-2022 11:47:45 ET | Download |
| 23-May-2022 ET | 2022 | 814 | 1 | TGbd | Resolutions to NGV PPDU format and Transmiiter block diagram | Yujin Noh (Senscomm) | 23-May-2022 22:55:02 ET | Download |
| 22-May-2022 ET | 2022 | 815 | 0 | TGbd | Resolutions to Transmit specification to NGV receive procedure | Yujin Noh (Senscomm) | 31-May-2022 22:56:01 ET | Download |
| 22-May-2022 ET | 2022 | 814 | 0 | TGbd | Resolutions to NGV PPDU format and Transmiiter block diagram | Yujin Noh (Senscomm) | 23-May-2022 17:16:15 ET | Download |
| 22-May-2022 ET | 2022 | 813 | 0 | TGbd | Resolutions to NGV preamble and Data field | Yujin Noh (Senscomm) | 23-May-2022 17:15:56 ET | Download |
| 13-May-2022 ET | 2022 | 730 | 3 | TGbd | P802.11bd_Initial_SA_Ballot_comments | Yujin Noh (Senscomm) | 13-May-2022 13:07:46 ET | Download |
| 12-May-2022 ET | 2022 | 745 | 1 | TGbd | Resolutions to Editorial Comments Part 3 | Yujin Noh (Senscomm) | 12-May-2022 20:00:35 ET | Download |
| 12-May-2022 ET | 2022 | 744 | 1 | TGbd | Resolutions to Editorial Comments Part 2 | Yujin Noh (Senscomm) | 12-May-2022 20:00:03 ET | Download |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12-May-2022 ET | 2022 | 743 | 1 | TGbd | Resolutions to Editorial Comments Part 1 | Yujin Noh (Senscomm) | 12-May-2022 18:14:52 ET | Download |
| 11-May-2022 ET | 2022 | 752 | 0 | TGbd | TGbd Editor's Report | Yujin Noh (Senscomm) | 12-May-2022 21:51:42 ET | Download |
| 11-May-2022 ET | 2022 | 745 | 0 | TGbd | Resolutions to Editorial Comments Part 3 | Yujin Noh (Senscomm) | 11-May-2022 14:55:02 ET | Download |
| 11-May-2022 ET | 2022 | 744 | 0 | TGbd | Resolutions to Editorial Comments Part 2 | Yujin Noh (Senscomm) | 11-May-2022 14:54:42 ET | Download |
| 11-May-2022 ET | 2022 | 743 | 0 | TGbd | Resolutions to Editorial Comments Part 1 | Yujin Noh (Senscomm) | 11-May-2022 14:53:57 ET | Download |
| 10-May-2022 ET | 2022 | 730 | 2 | TGbd | P802.11bd_Initial_SA_Ballot_comments | Yujin Noh (Senscomm) | 10-May-2022 16:30:19 ET | Download |
| 10-May-2022 ET | 2022 | 730 | 1 | TGbd | P802.11bd_Initial_SA_Ballot_comments | Yujin Noh (Senscomm) | 10-May-2022 10:49:34 ET | Download |
| 05-Apr-2022 ET | 2022 | 561 | 2 | TGbd | TGbd LB261 comments | Yujin Noh (Senscomm) | 05-Apr-2022 09:54:01 ET | Download |
| 01-Apr-2022 ET | 2022 | 561 | 1 | TGbd | TGbd LB261 comments | Yujin Noh (Senscomm) | 01-Apr-2022 14:50:54 ET | Download |
| 31-Mar-2022 ET | 2022 | 561 | 0 | TGbd | TGbd LB261 comments | Yujin Noh (Senscomm) | 31-Mar-2022 13:03:43 ET | Download |
| 10-Mar-2022 ET | 2022 | 480 | 0 | TGm | CID2377 CID2379 CID2374 in 11ax resolution | Yujin Noh (Senscomm) | 30-Mar-2022 16:21:49 ET | Download |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08-Mar-2022 ET | 2022 | 21 | 14 | 802.11 WG | TGbd MDR Report | Yujin Noh (Senscomm) | 08-Mar-2022 09:37:42 ET | Download |
| 04-Mar-2022 ET | 2019 | 2045 | 16 | TGbd | TGbd Editor's Report | Yujin Noh (Senscomm) | 04-Mar-2022 17:49:47 ET | Download |
| 04-Mar-2022 ET | 2022 | 21 | 12 | 802.11 WG | TGbd MDR Report | Yujin Noh (Senscomm) | 04-Mar-2022 13:41:12 ET | Download |
| 01-Mar-2022 ET | 2022 | 21 | 11 | 802.11 WG | TGbd MDR Report | Yujin Noh (Senscomm) | 01-Mar-2022 22:12:53 ET | Download |
| 01-Mar-2022 ET | 2020 | 1887 | 12 | TGbd | TGbd LB251 comments | Yujin Noh (Senscomm) | 01-Mar-2022 12:41:32 ET | Download |
| 23-Feb-2022 ET | 2021 | 2018 | 7 | TGbd | TGbd LB259 comments | Yujin Noh (Senscomm) | 23-Feb-2022 12:24:02 ET | Download |
| 23-Feb-2022 ET | 2021 | 1296 | 8 | TGbd | TGbd LB254 comments | Yujin Noh (Senscomm) | 23-Feb-2022 12:23:26 ET | Download |
| 15-Feb-2022 ET | 2021 | 2018 | 6 | TGbd | TGbd LB259 comments | Yujin Noh (Senscomm) | 15-Feb-2022 12:49:57 ET | Download |
| 12-Feb-2022 ET | 2022 | 21 | 10 | 802.11 WG | TGbd MDR Report | Yujin Noh (Senscomm | 12-Feb-2022 19:28:53 ET | Download |
| 08-Feb-2022 ET | 2022 | 21 | 8 | 802.11 WG | TGbd MDR Report | Yujin Noh (Senscomm) | 08-Feb-2022 14:32:48 ET | Download |
| 04-Feb-2022 ET | 2022 | 21 | 7 | 802.11 WG | TGbd MDR Report | Yujin Noh (Senscomm) | 04-Feb-2022 19:41:30 ET | Download |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25-Jan-2022 ET | 2021 | 2018 | 5 | TGbd | TGbd LB259 comments | | Yujin Noh (Senscomm) | 25-Jan-2022 16:55:20 ET | Download |
| 21-Jan-2022 ET | 2021 | 2018 | 4 | TGbd | TGbd LB259 comments | | Yujin Noh (Senscomm) | 21-Jan-2022 10:19:01 ET | Download |
| 21-Jan-2022 ET | 2019 | 2045 | 15 | TGbd | TGbd Editor's Report | | Yujin Noh (Senscomm) | 21-Jan-2022 00:04:30 ET | Download |
| 20-Jan-2022 ET | 2021 | 2018 | 3 | TGbd | TGbd LB259 comments | | Yujin Noh (Senscomm) | 20-Jan-2022 23:40:24 ET | Download |
| 20-Jan-2022 ET | 2022 | 18 | 3 | TGbd | Resolutions to Resolutions to NGV PHY Introduction to Mathematical description of signals | | Yujin Noh (Senscomm) | 20-Jan-2022 19:28:01 ET | Download |
| 19-Jan-2022 ET | 2022 | 19 | 2 | TGbd | Resolutions to Resolutions to NGV preamble and NGV receive procedure | | Yujin Noh (Senscomm) | 19-Jan-2022 18:21:22 ET | Download |
| 19-Jan-2022 ET | 2022 | 18 | 2 | TGbd | Resolutions to Resolutions to NGV PHY Introduction to Mathematical description of signals | | Yujin Noh (Senscomm) | 19-Jan-2022 18:20:59 ET | Download |
| 18-Jan-2022 ET | 2022 | 16 | 2 | TGbd | Resolutions to Editorial Comments Part 2 | | Yujin Noh (Senscomm) | 18-Jan-2022 17:03:03 ET | Download |
| 17-Jan-2022 ET | 2022 | 15 | 2 | TGbd | Resolutions to Editorial Comments Part 1 | | Yujin Noh (Senscomm) | 17-Jan-2022 19:06:55 ET | Download |
| 17-Jan-2022 ET | 2022 | 21 | 4 | 802.11 WG | TGbd MDR Report | | Yujin Noh (Senscomm) | 17-Jan-2022 15:21:02 ET | Download |
| 17-Jan-2022 ET | 2022 | 21 | 3 | 802.11 WG | TGbd MDR Report | | Yujin Noh (Senscomm) | 17-Jan-2022 14:46:17 ET | Download |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14-Jan-2022 ET | 2022 | 19 | 1 | TGbd | Resolutions to Resolutions to NGV preamble and NGV receive procedure | Yujin Noh (Senscomm) | 14-Jan-2022 12:14:22 ET | Download |
| 14-Jan-2022 ET | 2022 | 18 | 1 | TGbd | Resolutions to Resolutions to NGV PHY Introduction to Mathematical description of signals | Yujin Noh (Senscomm) | 14-Jan-2022 12:13:51 ET | Download |
| 14-Jan-2022 ET | 2022 | 17 | 1 | TGbd | Resolutions to Annex C | Yujin Noh (Senscomm) | 14-Jan-2022 12:13:22 ET | Download |
| 14-Jan-2022 ET | 2022 | 16 | 1 | TGbd | Resolutions to Editorial Comments Part 2 | Yujin Noh (Senscomm) | 14-Jan-2022 12:12:58 ET | Download |
| 11-Jan-2022 ET | 2022 | 15 | 1 | TGbd | Resolutions to Editorial Comments Part 1 | Yujin Noh (Senscomm) | 11-Jan-2022 13:30:20 ET | Download |
| 04-Jan-2022 ET | 2022 | 20 | 0 | TGbd | Visio for Fig32-7 transmitter block diagram for the data field of an NGV transmission | Yujin Noh (Senscomm) | 07-Jan-2022 21:07:49 ET | Download |
| 04-Jan-2022 ET | 2022 | 19 | 0 | TGbd | Resolutions to Resolutions to NGV preamble and NGV receive procedure | Yujin Noh (Senscomm) | 07-Jan-2022 21:07:27 ET | Download |
| 04-Jan-2022 ET | 2022 | 18 | 0 | TGbd | Resolutions to Resolutions to NGV PHY Introduction to Mathematical description of signals | Yujin Noh (Senscomm) | 07-Jan-2022 21:07:09 ET | Download |
| 04-Jan-2022 ET | 2022 | 17 | 0 | TGbd | Resolutions to Annex C | Yujin Noh (Senscomm) | 07-Jan-2022 21:06:47 ET | Download |
| 04-Jan-2022 ET | 2022 | 16 | 0 | TGbd | Resolutions to Editorial Comments Part 2 | Yujin Noh (Senscomm) | 07-Jan-2022 21:06:27 ET | Download |
| 04-Jan-2022 ET | 2022 | 15 | 0 | TGbd | Resolutions to Editorial Comments Part 1 | Yujin Noh (Senscomm) | 07-Jan-2022 21:06:02 ET | Download |

| 22-Dec-2021 ET | 2021 | 2018 | 2 | TGbd | TGbd LB259 comments | | Yujin Noh (Senscomm) | 22-Dec-2021 12:44:28 ET | Download |
|---|---|---|---|---|---|---|---|---|---|
| 20-Dec-2021 ET | 2021 | 2018 | 1 | TGbd | TGbd LB259 comments | | Yujin Noh (Senscomm) | 20-Dec-2021 19:00:05 ET | Download |
| 17-Dec-2021 ET | 2021 | 2018 | 0 | TGbd | TGbd LB259 comments | | Yujin Noh (Senscomm) | 17-Dec-2021 00:37:14 ET | Download |
| 18-Nov-2021 ET | 2021 | 1296 | 7 | TGbd | TGbd LB254 comments | | Yujin Noh (Senscomm) | 18-Nov-2021 12:52:04 ET | Download |
| 12-Nov-2021 ET | 2021 | 1296 | 6 | TGbd | TGbd LB254 comments | | Yujin Noh (Senscomm) | 12-Nov-2021 09:24:58 ET | Download |
| 03-Nov-2021 ET | 2019 | 2045 | 14 | TGbd | TGbd Editor's Report | | Yujin Noh (Senscomm) | 03-Nov-2021 17:24:03 ET | Download |
| 03-Nov-2021 ET | 2021 | 1296 | 5 | TGbd | TGbd LB254 comments | | Yujin Noh (Senscomm) | 03-Nov-2021 16:49:32 ET | Download |
| 01-Nov-2021 ET | 2021 | 1490 | 3 | TGbe | CR to 36.3.8 EHT-MCSs and 36.3.9 EHT-SIG-MCSs | | Yujin Noh (Senscomm) | 01-Nov-2021 20:12:27 ET | Download |
| 01-Nov-2021 ET | 2021 | 1490 | 2 | TGbe | CR to 36.3.8 EHT-MCSs and 36.3.9 EHT-SIG-MCSs | | Yujin Noh (Senscomm) | 01-Nov-2021 19:52:15 ET | Download |
| 20-Oct-2021 ET | 2021 | 1296 | 4 | TGbd | TGbd LB254 comments | | Yujin Noh (Senscomm) | 20-Oct-2021 12:16:21 ET | Download |
| 18-Oct-2021 ET | 2021 | 1490 | 1 | TGbe | CR to 36.3.8 EHT-MCSs and 36.3.9 EHT-SIG-MCSs | | Yujin Noh (Senscomm) | 18-Oct-2021 15:55:25 ET | Download |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11-Oct-2021 ET | 2021 | 1442 | 1 | TGbe | CR to 36.5 Parameters for EHT-MCSs | Yujin Noh (Senscomm) | 11-Oct-2021 16:35:42 ET | Download |
| 11-Oct-2021 ET | 2021 | 1441 | 1 | TGbe | CR to 36.2.5 Effect of CH_BANDWIDTH parameter on PPDU format | Yujin Noh (Senscomm) | 11-Oct-2021 12:49:22 ET | Download |
| 16-Sep-2021 ET | 2021 | 1296 | 3 | TGbd | TGbd LB254 comments | Yujin Noh (Senscomm) | 16-Sep-2021 22:14:08 ET | Download |
| 14-Sep-2021 ET | 2021 | 1467 | 2 | TGbd | Resolutions to Editorial Comments Part 4 | Yujin Noh (Senscomm) | 14-Sep-2021 11:29:41 ET | Download |
| 14-Sep-2021 ET | 2021 | 1347 | 3 | TGbd | Resolutions to 32.3.12 NGV transmit procedure | Yujin Noh (Senscomm) | 14-Sep-2021 11:29:06 ET | Download |
| 13-Sep-2021 ET | 2021 | 1467 | 1 | TGbd | Resolutions to Editorial Comments Part 4 | Yujin Noh (Senscomm) | 13-Sep-2021 19:01:18 ET | Download |
| 13-Sep-2021 ET | 2019 | 2045 | 13 | TGbd | TGbd Editor's Report | Yujin Noh (Senscomm) | 13-Sep-2021 18:46:28 ET | Download |
| 11-Sep-2021 ET | 2021 | 1490 | 0 | TGbe | CR to 36.3.8 EHT-MCSs and 36.3.9 EHT-SIG-MCSs | Yujin Noh (Senscomm) | 11-Sep-2021 15:36:31 ET | Download |
| 09-Sep-2021 ET | 2021 | 1347 | 2 | TGbd | Resolutions to 32.3.12 NGV transmit procedure | Yujin Noh (Senscomm) | 09-Sep-2021 14:08:19 ET | Download |
| 09-Sep-2021 ET | 2019 | 2045 | 12 | TGbd | TGbd Editor's Report | Yujin Noh (Senscomm) | 09-Sep-2021 13:01:54 ET | Download |
| 08-Sep-2021 ET | 2021 | 1467 | 0 | TGbd | Resolutions to Editorial Comments Part 4 | Yujin Noh (Senscomm) | 09-Sep-2021 14:09:14 ET | Download |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08-Sep-2021 ET | 2021 | 1466 | 0 | TGbd | Resolutions to 32.3.9.9 Midambles | Yujin Noh (Senscomm) | 09-Sep-2021 14:08:58 ET | Download |
| 08-Sep-2021 ET | 2021 | 1465 | 0 | TGbd | Resolutions to 32.3.8.2 and 32.3.8.3 NGV format preamble | Yujin Noh (Senscomm) | 09-Sep-2021 14:08:39 ET | Download |
| 07-Sep-2021 ET | 2021 | 1405 | 1 | TGbd | Resolutions to Editorial Comments Part 2 | Yujin Noh (Senscomm) | 07-Sep-2021 11:38:16 ET | Download |