**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 2:21-cv-00430-JRG-RSP |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP-LINK INTERNATIONAL LTD., | |
| Defendants. | |

**DECLARATION OF BLAINE LARSON IN SUPPORT OF PLAINTIFF'S SUR-REPLY
TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF
<u>PERSONAL JURISDICTION</u>**

I, Blaine Larson, declare as follows:

1.      I am a partner with the law firm of Heim, Payne & Chorush, which represents Atlas Global Technologies LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit W** is a true and correct copy of Dkt. 48 from *MHL TEK, LLC v. Nissan Motor Co.*, 2:07-CV-289 (E.D. Tex. Sep. 7, 2007).

3.      Attached hereto as **Exhibit X** is a true and correct copy of the Product Finder Results from the Wi-Fi Alliance webpage. This page shows TP-Link products that are Wi-Fi 6 CERTIFIED.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of September, 2022, at Houston, Texas.

Respectfully submitted,

*/s/ Blaine Larson*
Blaine Larson