# Exhibit X



TERMS OF USE     PRIVACY POLICY     CAREERS     CONTACT US     VULNERABILITY REPORTING

© 2022 Wi-Fi Alliance. All rights reserved.
Wi-Fi®, the Wi-Fi logo, the Wi-Fi CERTIFIED logo, and other marks are trademarks of Wi-Fi Alliance.