# EXHIBIT 6



# Broadcom Inc.

Semiconductor Manufacturing · San Jose, California · 324,986 followers

John & 3 other connections work here · 24,140 employees

Follow        Visit website ⎋        More

| Home | About | Products | Posts | Jobs | Life | **People** | Vide |

## 24,140 employees

Search employees by title, keyword or school

‹ Previous    Next ›



| Where they live | + Add | Where they studied |
|---|---|---|
| 10,974 | United States | 307 | Jawaharlal Nehru |
| 5,302 | California, United States | 256 | San Jose State U |
| 4,169 | India | 252 | Birla Institute of |