# EXHIBIT 7

    

Home    My Network    Jobs



# Broadcom Inc.

Semiconductor Manufacturing · San Jose, California · 324,986 followers

John & 3 other connections work here · 24,140 employees

Follow    **Visit website** ⧉    More

Home    About    Products    Posts    Jobs    Life    **People**    Vide

## 434 employees

Search employees by title, keyword or school

Wi-Fi        **Clear all**

〈 Previous    Next 〉



**Where they live**    ＋ Add

228 | United States

188 | California, United States

141 | San Francisco Bay Area

**Where they studie**

18 | Jawaharlal Nehru

11 | National Chiao Tu

10 | Tel Aviv University