# EXHIBIT 8

 

 Home    My Network    Jobs



## Qualcomm

Enabling a world where everyone and everything can be intelligently connected.

Wireless Services · San Diego, CA · 1,116,055 followers

Ramin works here · 46,572 employees

Follow    Visit website ☒    More

Home    About    Posts    Jobs    Life    **People**    Videos

### 46,572 employees

Search employees by title, keyword or school

‹ Previous    Next ›



| Where they live | + Add | | Where they studied |
|---|---|---|---|
| 17,832 \| United States | | | 1,097 \| UC San Diego |
| 15,447 \| India | | | 923 \| Birla Institute of |
| 14,472 \| California, United States | | | 743 \| Jawaharlal Nehr |