# EXHIBIT 11



Case 2:21-cv-00430-JRG-RSP   Document 75-8   Filed 10/07/22   Page 2 of 2 PageID #: 2732