**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 2:21-cv-430-JRG |
| v. | **JURY TRIAL DEMANDED** |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP LINK INTERNATIONAL LTD., | |
| Defendants. | |

**DECLARATION OF EDWARD J. MAYLE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR OPPOSED MOTION UNDER 28 U.S.C. 1404(a) TO TRANSFER THE ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA**

I, Edward J. Mayle, hereby declare and state:

1.      I am an attorney with Kilpatrick Townsend & Stockton LLP and am counsel for Defendants TP-Link Technologies Co., Ltd., TP-Link Corporation Ltd., and TP-Link International Ltd. ("TP-Link") in this case.  I am licensed to practice law in Colorado, the District of Columbia and the Eastern District of Texas.  I make this declaration on my personal knowledge, and, if called upon as a witness could and would testify competently to the matters set forth below.

2.      Exhibit 1 is a true and correct copy of annotated excerpts of the Rule 30(b)(6) deposition transcript of Defendants.  Counsel for Plaintiff Atlas Global Technologies LLC attended the deposition and cross examined the witness, Yanmei (Rita) Zhang.

3.      Exhibit 2 is a true and correct copy of the Declaration of Rohit Gaikwad, Broadcom's Vice-President of Research & Development.

1

4.      Exhibit 3 is a true and correct copy of the first page of Intel Corporation's Securities and Exchange Commission Form 10-K for the fiscal year ended December 25, 2021. The 10-K states that Intel's "principal executive offices" are in Santa Clara, California.

5.      . This information was derived from Exhibit 4 at pages 4-11 (a true and correct copy of Defendants' First Supplemental Responses to Plaintiff's Interrogatory No. 3) and Exhibit 5 (████████████████████████████████).

6.      The LinkedIn profile of Broadcom includes a "Where they live" feature stating that there are 5,302 Broadcom employees identifying themselves as being resident in California. *See* Exhibit 6. LinkedIn indicates that 188 Broadcom employees in California mention "Wi-Fi" in their profiles. *See* Exhibit 7. I obtained these Exhibits from LinkedIn on October 4, 2022.

7.      The LinkedIn profile of Qualcomm includes a "Where they live" feature stating that there are 14,472 Qualcomm employees identifying themselves as being resident in California. *See* Exhibit 8. LinkedIn indicates that 552 Qualcomm employees in California mention "Wi-Fi" in their profiles. *See* Exhibit 9. I obtained these Exhibits from LinkedIn on October 4, 2022.

8.      The LinkedIn profile of Intel includes a "Where they live" feature stating that there are 16,987 Intel employees identifying themselves as being resident in California. *See* Exhibit 10. LinkedIn indicates that 131 Intel employees in California mention "Wi-Fi" in their profiles. *See* Exhibit 11. I obtained these Exhibits from LinkedIn on October 4, 2022.

9.      I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on October 4, 2022 at Denver, Colorado.

/s/ Edward J. Mayle

Edward J. Mayle
tmayle@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
Tel: (303) 571-4000
Fax: (303) 571-4321

*Attorney for Defendants*

76579469V.1