**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 2:21-cv-00430-JRG-RSP |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP-LINK INTERNATIONAL LTD., | |
| Defendants. | |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF
REGARDING DEFENDANTS' MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDICTION (DKT. 28)**

After briefing was complete regarding Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, the court issued an order in *Stingray IP Solutions, LLC v. TP-Link Technologies Co.*, 2:21-CV-46, Dkt. 84 (E.D. Tex. Oct. 13, 2022) ("*Stingray*" or "the *Stingray* opinion") (attached as Exhibit A). After the *Stingray* opinion issued, TP-Link reached out to Atlas and stated it believed the court would reach the same result in this case based on *Stingray*. TP-Link then asked Atlas to stipulate to transfer the case to the Central District of California.

Atlas respectfully requests leave to file a short supplemental brief to address the *Stingray* opinion, for three reasons. First, the *Stingray* opinion does not address any of the personal jurisdiction cases cited in Atlas's briefing and appears to rely on a decision that has been distinguished in this district. Second, the *Stingray* opinion appears to base its decision to transfer the case to CDCA on FED. R. CIV. P. 4(k)(2), which neither Atlas nor TP-Link argued was applicable in this case. Third, should the court find it lacks personal jurisdiction, Atlas believes the

1

proper remedy would be dismissal, not transfer.

Prior to filing this Motion, Atlas spoke with TP-Link about supplemental briefing regarding the *Stingray* opinion. TP-Link stated it opposed supplemental briefing because it believes the *Stingray* opinion is clear on its face, and the facts from *Stingray* are similar to the facts in the present case. Therefore, TP-Link did not think additional briefing was necessary.

Dated: October 21, 2022

Respectfully submitted,

/s/ Blaine Larson
Max L. Tribble, Jr.
Texas State Bar No. 20213950
Joseph S. Grinstein
Texas State Bar No. 24002188
Alejandra C. Salinas
Texas State Bar No. 24102452
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
asalinas@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
Oleg Elkhunovich
California State Bar No. 269238
**SUSMAN GODFREY, LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Eric J. Enger

2

Texas State Bar No. 24045833
Blaine A. Larson
Texas State Bar No. 24083360
Alden G. Harris
Texas State Bar No. 24083138
William B. Collier, Jr.
Texas State Bar No. 24097519
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
eenger@hpcllp.com
blarson@hpcllp.com
aharris@hpcllp.com
wcollier@hpcllp.com

T. John Ward, Jr.
TX State Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
TX State Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
Facsimile: 903-7572323

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
**CAPSHAW DeRIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

*Attorneys for Plaintiff*
*Atlas Global Technologies*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served to all counsel of record via CM/ECF.

*/s/ Blaine Larson*
Blaine Larson

**CERTIFICATE OF CONFERENCE**

I hereby certify that prior to filing this motion, I spoke by phone with Kevin Bell for TP-Link. We discussed our positions regarding the need for supplemental briefing but could not reach agreement.

*/s/ Blaine Larson*
Blaine Larson