**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 2:21-cv-00430-JRG-RSP |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP-LINK INTERNATIONAL LTD., | |
| Defendants. | |

**DECLARATION OF ERIC J. ENGER IN SUPPORT OF
PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Eric J. Enger, declare as follows:

1.      I am a partner with the law firm of Heim, Payne & Chorush, which represents Atlas Global Technologies LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.      Exhibit 1 is a true and correct copy of U.S. Patent No. 9,531,520.

3.      Exhibit 2 is a true and correct copy of U.S. Patent No. 9,763,259.

4.      Exhibit 3 is a true and correct copy of U.S. Patent No. 9,825,738.

5.      Exhibit 4 is a true and correct copy of U.S. Patent No. 9,912,513.

6.      Exhibit 5 is a true and correct copy of U.S. Patent No. 9,917,679.

7.      Exhibit 6 is a true and correct copy of U.S. Patent No. 10,020,919.

8.      Exhibit 7 is a true and correct copy of U.S. Patent No. 10,756,851.

9.      Exhibit 8 is a true and correct copy of a TP-Link webpage (highlighting added).

10.     Exhibit 9 is a true and correct copy of the Claim Construction Order from the related Atlas cases against Sercomm and ASUSTeK in the Western District of Texas dated November 3, 2022.

11.     Exhibit 10 is a true and correct copy of the declaration of TP-Link's expert, Dr. Sumit Roy, in support of TP-Link's Opening Claim Construction Brief dated November 11, 2022.

12.     Exhibit 11 is a true and correct copy of the Random House College Dictionary definition of "indicate" (highlighting added).

13.     Exhibit 12 is a true and correct copy of the Merriam-Webster's Dictionary definition of "indicate" (highlighting added).

14.     Exhibit 13 is a true and correct copy of the New Oxford American Dictionary definition of "corresponding" (highlighting added).

15.     Exhibit 14 is a true and correct copy of the declaration of TP-Link's expert, Dr. Sumit Roy, in support of Defendants' Sercomm and ASUSTeK Opening Claim Construction Brief dated September 15, 2022.

16.     Exhibit 15 is a true and correct copy of the IEEE Dictionary definition of "function" (highlighting added).

17.     Exhibit 16 is a true and correct copy of the Modern Dictionary of Electronics definition of "function" (highlighting added).

18.     Exhibit 17 is a true and correct copy of provisional patent application 61/975,622 to which the asserted '738 Patent claims priority (highlighting added).

19.     Exhibit 18 is a true and correct copy of the IEEE Dictionary definition of "acknowledgment" (highlighting added).

20.     Exhibit 19 is a true and correct copy of the IEEE Dictionary definition of

"information" (highlighting added).

21.    Exhibit 20 is a true and correct copy of the Merriam-Webster's Collegiate Dictionary definition of "portion" (highlighting added).

22.    Exhibit 21 is a true and correct copy of the Merriam-Webster's Collegiate Dictionary definition of "associate" (highlighting added).

23.    Exhibit 22 is a true and correct copy of the supplemental declaration of TP-Link's expert, Dr. Sumit Roy, in support of Defendants' Sercomm and ASUSTeK claim construction positions dated October 17, 2022.

24.    Exhibit 23 is a true and correct copy of the New Oxford American Dictionary definitions of "single," "multiple," "user," and "format" (highlighting added).

25.    Exhibit 24 is a true and correct copy of excerpts from the IEEE 802.11ac-2013 standard (highlighting added).

26.    Exhibit 25 is a true and correct copy of excerpts from the certified file history for the asserted '919 Patent (highlighting added).

27.    Exhibit 26 is a true and correct copy of the Merriam-Webster's Collegiate Dictionary definition of "cardinality" (highlighting added).

28.    Exhibit 27 is a true and correct copy of the IEEE Dictionary definition of "cardinality" (highlighting added).

29.    Exhibit 28 is a true and correct copy of the supplemental declaration of Atlas's expert, Dr. Matthew Shoemake, regarding claim construction issues submitted in the related cases against Sercomm and ASUSTeK dated October 28, 2022.

30.    Exhibit 29 is a true and correct copy of the American Heritage Dictionary definition of "extension" (highlighting added).

I declare under penalty of perjury that the foregoing is true and correct.


Date: December 2, 2022                                   Respectfully submitted,

                                                        */s/ Eric J. Enger*
                                                        Eric J. Enger