# Exhibit 8

Case 2:21-cv-00430-JRG-RSP    Document 88-10    Filed 12/02/22    Page 2 of 8 PageID #: 3243

kasa smart

Support   Where to Buy   Community   🌐 United States / English

tp-link    HOME    SMART HOME    BUSINESS    SERVICE PROVIDERS    HOT DEALS    🔍

■■ Managed WiFi for ISPs    |    Agile Config Tools    |    Deco for ISP

**Wi-Fi Routers**
The reliable choice for home networking

**VDSL**
Capable of high-speed network and integrated broadband applications

**GPON**
The leading technology for delivering gigabit Internet services

**Whole-Home Mesh**
A seamless, intelligent and easy-to-configure mesh network

# Wi-Fi 6

WiFi 6(802.11ax) is designed to improve speed, increase efficiency and reduce congestion in heavy bandwidth usage scenarios

# What is WiFi 6? (also known as 802.11ax)

WiFi 6 is the next generation standard in WiFi technology. WiFi 6 also known as "AX WiFi" or "802.11ax WiFi" builds and improves on the current 802.11ac WiFi standard. WiFi 6 was originally built in response to the growing number of devices in the world. If you own a VR device, multiple smart home devices, or simply have a large number of devices in your household, then a WiFi 6 router might just be the best WiFi router for you. In this guide, we'll go over Wi-Fi 6 routers and break down how they're faster, increase efficiency, and are better at transferring data than previous generations.



What is WiFi 6? Fastest WiFi? Learn about New AX WiFi Routers f...

## Explosively Fast WiFi up to 9.6 Gbps

### Ultra-Smooth Streaming

| 802.11ax | 1024-QAM  4× Longer Symbol  160 MHz Channel | 9.6 Gbps |
| 802.11ac | 256-QAM | 6.9 Gbps |

WiFi 6 uses both 1024-QAM to provide a signal packed with more data (giving you more efficiency) and a 160 MHz Channel to provide a wider channel to make your WiFi faster. Experience stutter-free VR or enjoy stunningly vivid 4K and even 8K streaming.

## 4x More Capacity for More Devices

### Ideal for Crowded Networks

| 802.11ax | 8x8 DL/UL MU-MIMO  OFDMA  BSS Color | 4X |
| 802.11ac | MU-MIMO | |

WiFi 6 uses 8x8 uplink/downlink, MU-MIMO, OFDMA, and BSS Color to provide up to 4x larger capacity and to handle more devices. Come home to a virtually flawless smart home experience or throw house parties with a network built to handle all your guests and their devices.

Chat Now

ATLAS–TPL–00000010

check the calculation

## Pack More Data
## With 1024-QAM

### 25% faster than 256-QAM

With 1024-QAM, each symbol carries 10 bits rather than 8 bits, improving raw speeds by 25% compared to 802.11ac 256-QAM. Watch Netflix at home or live stream Twitch Broadcasts from your home computer – with 1024-QAM, streaming just got that much better.



## More Speed and Greater Stability

### 4x Longer OFDM Symbol

11ac: 256 Subcarriers in 3.6 μs (0.4 μs GI)

11ax: 1024 Subcarriers in 13.6 μs (0.8 μs GI)

OFDM is a symbol that transmits data. It divides its data among smaller sub carriers for more stability and wider coverage. AX WiFi uses a 4x longer OFDM symbol to create 4x more sub carriers. Because of this, WiFi 6's longer OFDM symbol provides increased coverage and makes it 11% faster. Enjoy rock solid coverage from your garage to the second story and get ultra-fast connections for all your smart home, mobile, gaming and desktop devices in between.

| | 802.11ac (WiFi 5) | 802.11ax (WiFi 6) |
|---|---|---|
| Number of Data Subcarriers | 234 | 980 |
| Symbol Duration(μs) | 3.6 (3.2 symbol + 0.4 GI) | 13.6 (12.8 symbol + 0.8 GI) |
| Valid Data Subcarriers Rate | 65 | 72.05882 |
| Improvement | | 1.108597 |

* One Symbol, 80 MHz Channel

## More Bandwidth on a Wider Channel

### 160 MHz Channel Width



Chat Now

ATLAS-TPL-00000011

Case 2:21-cv-00430-JRG-RSP    Document 88-10    Filed 12/02/22    Page 4 of 8 PageID
#: 3245

WiFi 6 expands the WiFi band from 80 MHz to 160 MHz, doubling the channel width and creating a faster connection from your router to the device. With
WiFi 6, you can enjoy 8K movies, large file downloads and uploads, and responsive smart home devices – all without buffering.



## Increased Efficiency with OFDMA

### Make Latency A Thing of The Past

The WiFi 6 standard uses OFDMA for increased efficiency. Imagine your WiFi connection as a series of delivery trucks delivering data packets to your
devices. With 802.11ac WiFi, each delivery truck or "packet" could only deliver one parcel to one device at a time. But with OFDMA, each truck can deliver
multiple parcels to multiple devices simultaneously. This vast improvement in efficiency works for both uploads and downloads.

● Figure below shows the working scenario of only one antenna.





802.11ac | without OFDMA                    802.11ax | OFDMA



ATLAS-TPL-00000012

## Connect to More Devices Simultaneously

**With 8 x 8 MU-MIMO**

With traditional MU-MIMO, multiple users can access the router simultaneously without any noticeable decreases in bandwidth quality– up to a point. However, with 8 x 8 MU-MIMO, more than 8 streams are available for users to choose from. And whereas 802.11ac MU-MIMO only works for downloads, 8 x 8 MU-MIMO works with both uploads and downloads. This means that whether you're streaming, downloading, torrenting, playing VR/AR, MMO's or RPG's; with WiFi 6's 8 streams, there's more than enough bandwidth for everyone.

802.11ax

# Minimize WiFi Conflicts with Your Neighbor

With WiFi 6's BSS Color

Interference from your neighbors' wireless networks can cause issues with your wireless signal. BSS (Base Service Station) Color, marks frames from neighboring networks so that your router can ignore them. If you've ever lived in an apartment or close to your neighbors, this means that your router just became that much more efficient – no extra work required.



Signals interfered overlapped                    Less signal interference

Without BSS Color                    BSS Color Working...



Chat Now

ATLAS-TPL-00000013



# Reduce Power Consumption

## With Target Wake Time

Target Wake Time (TWT) allows devices to negotiate when and how often they will wake up to send or receive data, increasing device sleep time and substantially improving battery life for mobile and IoT devices.

# TP-Link WiFi 6 Products

ATLAS-TPL-00000014



ATLAS–TPL–00000015



Copyright © 2022 TP-Link Corporation Limited. All rights reserved.

ATLAS-TPL-00000016