# Exhibit 9

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **ATLAS GLOBAL TECHNOLOGIES LLC,** <br> *Plaintiff,* <br><br> -v- <br><br> **SERCOMM CORPORATION,** <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **6:21-CV-00818-ADA** |
| **ATLAS GLOBAL TECHNOLOGIES LLC,** <br><br> -v- <br><br> **ASUSTEK COMPUTER INC.,** <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **6:21-CV-00820-ADA** |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on November 3, 2022. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 3rd day of November, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendant['s/s'] Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #1: "the downlink multi-user frame including a plurality of resource units (RUs)"<br><br>U.S. Patent No. 9,531,520, Claim 1<br><br>Proposed by Sercomm | Plain and ordinary meaning<br><br>Alternatively, "the downlink multi-user frame including a plurality of particular units of spatial streams and/or subchannels of a wireless channel" | Indefinite | Not indefinite. Plain-and-ordinary meaning. |
| #2: "including a respective set of MAC Protocol Data Units (MPDUs) in each RU of the plurality of RUs" / "wherein the first MPDU is located in a first resource unit of the downlink multi-user frame allocated to the first station, wherein the downlink multi-user frame includes a second resource unit that contains a second MPDU that includes acknowledgement information for the second multi-user acknowledgement frame"<br><br>U.S. Patent No. 9,531,520, Claims 1, 9<br><br>Proposed by Sercomm | Plain and ordinary meaning | Indefinite | Not indefinite. Plain-and-ordinary meaning. |

| Term | Plaintiff's Proposed Construction | Defendant['s/s'] Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #3: "network device" U.S. Patent No. 9,531,520, Claims 1, 6 Proposed by Sercomm | Plain and ordinary meaning | "an access point that may communicate with STAs over a network" | Plain-and-ordinary meaning. |
| #4: "wherein the NDPA frame indicates information corresponding to the predetermined length" U.S. Patent No. 9,763,259, Claim 6 Proposed by Defendants | Plain and ordinary meaning | Indefinite | Not indefinite. Plain-and-ordinary meaning. |

| Term | Plaintiff's Proposed Construction | Defendant['s/s'] Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #5: "wherein the second information is a function of a total number of space time streams to be used to transmit the multiple uplink frames" / "wherein the second information is a function of a total number of space time streams to be used to perform the simultaneous transmission of the uplink frame and the one or more uplink frames from the one or more other stations"<br><br>U.S. Patent No. 9,825,738, Claims 1, 9<br><br>Proposed by Defendants | Plain and ordinary meaning<br><br>Alternatively, "wherein the second information in the common information portion is a value that is related to the total number of space time streams to be used to simultaneously transmit the multiple uplink frames. | Indefinite | Not indefinite. Plain-and-ordinary meaning. |
| #6: "uplink setup information"<br><br>U.S. Patent No. 9,825,738, Claims 1, 7, 9, 15<br><br>Proposed by Defendants | Plain and ordinary meaning | "information on the transmission characteristics to be used for a subsequent uplink transmission" | Plain-and-ordinary meaning. |

| Term | Plaintiff's Proposed Construction | Defendant['s/s'] Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #7: "wherein the acknowledgement frame includes acknowledgement information for one or more of the plurality of stations"<br><br>U.S. Patent No. 9,825,738, Claims 6, 14<br><br>Proposed by Defendants | Plain and ordinary meaning | "wherein the acknowledgement frame includes an information per TID subfield, a block ACK starting sequence control field, and a block ACK bitmap subfield for one or more of the plurality of stations" | Plain-and-ordinary meaning. |
| #8: "a mode that is High Efficiency" / "a mode of a standard previous to a standard defining the High Efficiency mode"<br><br>U.S. Patent No. 9,848,442, Claims 1, 8<br><br>Proposed by ASUSTeK | "a mode specified as High Efficiency (HE) by an 802.11 Standard or proposed 802.11 Standard" / "a legacy mode specified in a IEEE 802.11 Standard released prior to 802.11ax standard or proposed standard (e.g., a non-HT frame, a HT frame, a VHT frame)" | Indefinite | Not indefinite. Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is "a mode specified as High Efficiency (HE) by an 802.11 Standard or proposed 802.11 Standard" / "a legacy mode specified in a IEEE 802.11 Standard released prior to 802.11ax standard or proposed standard" |

| Term | Plaintiff's Proposed Construction | Defendant['s/s'] Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #10: "when . . . a received signal strength of the first PPDU is higher than a first threshold, and the first PPDU is a frame having a mode that is High Efficiency and having a PHY header that includes duration information for setting a virtual carrier sensing . . . when . . . the received signal strength of the first PPDU is higher than the first threshold, the first PPDU is a frame having a mode of a standard previous to a standard defining the High Efficiency mode, and the first PPDU is a frame having a PHY header that does not include duration information for setting the virtual carrier sensing, . . . and "when . . . the received signal strength of the first PPDU is lower than the first threshold . . ." <br><br> U.S. Patent No. 9,848,442, Claims 1, 8 <br><br> Proposed by ASUSTeK | Plain and ordinary meaning | Indefinite. <br><br> If not indefinite, the Court must determine whether only one of the claimed steps with mutually-exclusive conditions, or all three of the claimed steps with mutually-exclusive conditions, are required to occur for purposes of meeting the claim limitations. | Claim 1: Not indefinite. Plain-and-ordinary meaning.[1] <br><br> [1] – To infringe the claim, the accused product must have the capability to perform all steps and must perform at least one. <br><br> Claim 8: Not indefinite. Plain-and-ordinary meaning. |

| | | | |
|---|---|---|---|
| #11: "wherein at least a portion of the payload of the uplink frame is associated with the first guard interval length"<br><br>U.S. Patent No. 9,912,513, Claim 1<br><br>"wherein at least a portion of the payload of the uplink frame is associated with the first CP length"<br><br>U.S. Patent No. 9,912,513, Claim 9<br><br>"wherein at least a portion of the legacy header is associated with a second CP length"<br><br>U.S. Patent No. 9,912,513, Claim 10<br><br>"wherein at least a portion of the respective non-legacy header is associated with the first guard interval"<br><br>U.S. Patent No. 9,912,513, Claim 16<br><br>Proposed by Defendants | Plain and ordinary meaning.<br><br>Alternatively, "wherein some or all of the payload of the uplink frame uses the first guard interval length" (Claim 1) / "wherein some or all of the payload of the uplink frame uses the first CP length" (Claim 9) / "wherein some or all of the legacy header uses a second CP length" (Claim 10) / "wherein some or all of the respective non-legacy header uses the first guard interval" (Claim 16) | Indefinite | Not indefinite. Plain-and-ordinary meaning. |

| Term | Plaintiff's Proposed Construction | Defendant['s/s'] Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #12: "based on the resources for the UL MU transmission"<br><br>U.S. Patent No. 9,912,513, Claim 15<br><br>Proposed by Defendants | Plain and ordinary meaning | Indefinite | Not indefinite. Plain-and-ordinary meaning. |
| #13: "in response to determining that the number of the one or more station information fields in the NDPA is one" / "when a number of the one or more station information fields in the NDPA is one" / "when the number of the one or more station information fields in the NDPA is greater than one"<br><br>U.S. Patent No. 10,020,919, Claims 1, 2, 8, 11, 12, 19<br><br>Proposed by Defendants | Plain and ordinary meaning | Claims 1, 11: plain meaning: there is one station information field in the NDPA<br><br>Claims 2, 8, 12, and 19 are indefinite. | Claims 1, 11: Plain-and-ordinary meaning.<br><br>Claims 2, 8, 12, and 19: Not indefinite. Plain-and-ordinary meaning. |

| Term | Plaintiff's Proposed Construction | Defendant['s/s'] Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #14: "wherein the number of the one or more station information fields in the NDPA is the cardinality of the one or more station information fields in the NDPA"<br><br>U.S. Patent No. 10,020,919, Claims 1, 11<br><br>Proposed by Defendants | Plain and ordinary meaning<br><br>Alternatively, "wherein the number of the one or more station information fields in the NDPA is the number of elements in the set of station information fields" | Plain meaning: wherein the number of the one or more station information fields in the NDPA is the number of the one or more station information fields in the NDPA. This renders the claim indefinite. | Plain-and-ordinary meaning. |
| #15: "scheduling extension"<br><br>U.S. Patent No. 10,756,851, Claims 1, 2, 7, 8<br><br>Proposed by Defendants | Plain and ordinary meaning<br><br>Alternatively, "an extension to the control field that includes scheduling information" | A subfield appended to the HT control field that includes scheduling information for the uplink multi-user response | Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is "an extension to the control field that includes scheduling information" |