# Exhibit 11



ATLAS-00033235

# The Random House College Dictionary

## REVISED EDITION

Based on The Random House Dictionary of the English Language

THE UNABRIDGED EDITION

JESS STEIN • EDITOR IN CHIEF

ATLAS-00033236

# TABLE OF CONTENTS

| | |
|---|---|
| Prefaces | v |
| Editorial Staff | vi |
| Consultant Staff | vii |
| Indo-European Language Chart | x |
| Historical Sketch of the English Language | xi |
| Etymology Key | xv |
| Pronunciation Key | xvi |
| Pronunciation of English | xvii |
| Usage, Dialects, and Functional Varieties | xix |
| Guide to the Dictionary | xxii |
| Table of English Sounds and Their Common Spellings | xxxii |

| | |
|---|---|
| A DICTIONARY OF THE ENGLISH LANGUAGE | 1 |

| | |
|---|---|
| Signs and Symbols | 1535 |
| United States Colleges and Universities | 1539 |
| Canadian Colleges and Universities | 1551 |
| English Given Names | 1552 |
| Basic Manual of Style | 1559 |

REVISED EDITION

COPYRIGHT © 1984, 1982, 1980, 1979, 1975 BY RANDOM HOUSE, INC.

Previous edition copyright © 1973, 1972, 1969, 1968 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022.

Based on *The Random House Dictionary of the English Language—The Unabridged Edition* Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966 by Random House, Inc.

PUBLISHED IN THE UNITED STATES OF AMERICA BY RANDOM HOUSE, INC., NEW YORK AND SIMULTANEOUSLY IN CANADA BY RANDOM HOUSE OF CANADA LIMITED, TORONTO

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor the absence of such designation should be regarded as affecting the legal status of any trademark.

*Chart of Periodic Table of the Elements*, Copyright © 1964 by E. H. Sargent & Co.

*Table of Common Proofreader's Marks*, Copyright 1950, © 1956 by Alfred A. Knopf, Inc.

LIBRARY OF CONGRESS CATALOGING IN PUBLICATION DATA
Main entry under title:
The Random House college dictionary.
Based on the Random House dictionary of the English language, unabridged ed.
Published in 1968 under title: The Random House dictionary of the English language, college ed.
1. English language—Dictionaries.
PE1625.R34 1975    423    75-4858    ISBN 0-394-43500-1
ISBN 0-394-43600-8 thumb-indexed ed.

ar.rr/um
Manufactured in the United States of America

**In·dex Li·bro·rum Pro·hib·i·to·rum** (in′deks lĭ brōr′-əm prō hib i tôr′əm, -tōr′-, -brōr′-), *pl.* **In·di·ces Li·bro·rum Pro·hib·i·to·rum** (in′di sēz′ lĭ brōr′əm prō hib/i tôr′-əm, -tôr′-, -brōr′-). *Rom. Cath. Ch.* a list of books that Roman Catholics were formerly forbidden by Church authority to read without special permission, or that were not to be read unless expurgated or changed. [< NL: index of prohibited books]

**in′dex num′ber,** *Statistics.* a quantity whose variation over a period of time measures the change in some phenomenon.

**in′dex of refrac′tion,** *Optics.* a number indicating the speed of light in a given medium, usually as the ratio of the speed of light in a vacuum, or in air, to that in the given medium. *Symbol:* n Also called **refractive index.**

**In·di·a** (in′dē ə), *n.* a republic in S Asia: comprises most of former British India and the semi-independent Indian States and Agencies; became a dominion in 1947; became fully independent on January 26, 1950, with membership in the British Commonwealth of Nations. 634,700,000; 1,246,880 sq. mi. *Cap.:* New Delhi. Hindi, **Bharat.** [OE < L < Gk = *Ind(ós)* the Indus river (< OPers *Hindu,* lit., the river; c. Skt *sindhu*) + *-ia* -IA]

**In′dia drug′get,** drugget (def. 1).

**In′dia ink′,** *(sometimes l.c.)* **1.** a black pigment consisting of lampblack mixed with glue or size. **2.** an ink made from this.

**In·di·an** (in′dē ən), *n.* **1.** Also called **American Indian.** a member of the aboriginal peoples of North and South America, usually excluding the Eskimos and generally regarded as a subdivision of the Mongoloid race. **2.** *Informal.* any of the indigenous languages of the American Indians. **3.** a member of any of the peoples native to India or the East Indies. **4.** *U.S. Slang.* a member of the rank and file of an organization: *All chiefs and no Indians can't run a committee.* —*adj.* **5.** of, pertaining to, or characteristic of the American Indians or their languages. **6.** of, pertaining to, or characteristic of India or the East Indies. **7.** *Zoogeog.* oriental (def. 2). **8.** *Phytogeog.* belonging or pertaining to a geographical division comprising India south of the Himalayas, and Pakistan and Ceylon. [ME < ML *Indiān(us)*]

**In·di·an·a** (in′dē an′ə), *n.* a state in the central United States: a part of the Midwest. 5,193,669 (1970); 36,291 sq. mi. *Cap.:* Indianapolis. *Abbr.:* Ind., IN —**In·di·an·i·an** (in′-dē an′ē ən), *adj., n.*

**In′dian a′gent,** an official representing the U.S. government in dealing with an Indian tribe or tribes.

**In·di·an·ap·o·lis** (in′dē ə nap′ə lis), *n.* a city in and the capital of Indiana, in the central part. 744,743 (1970).

**In′dian bread′, 1.** See **corn bread. 2.** tuckahoe.

**In′dian club′,** a metal or wooden club shaped like a large bottle, used singly or in pairs for exercising the arms.

**In′dian corn′,** corn¹ (def. 1).

**In′dian Des′ert.** See **Thar Desert.**

**In′dian file′,** in single file, as of persons walking.

**In′dian giv′er,** *Informal.* a person who takes back a gift that he has given. —**In′dian giv′ing.**

**In′dian hemp′, 1.** a dogbane, *Apocynum cannabinum,* of North America, the root of which has laxative and emetic properties. **2.** hemp (def. 1).

**In′dian lic′orice,** a woody, East Indian, fabaceous shrub, *Abrus precatorius,* having a root used as a substitute for licorice.

**In′dian mal′low, 1.** a malvaceous plant, *Abutilon Theophrasti,* having yellow flowers and velvety leaves, introduced into America from southern Asia. **2.** any of certain related species.

**In′dian mil′let,** durra.

**In′dian mul′berry,** a small tree, *Morinda citrifolia,* found from India to Australia, having shiny leaves, white flowers, and fleshy, yellowish fruit, yielding red and yellow dyes; al.

**In′dian Mu′tiny.** See **Sepoy Rebellion.**

**In′dian O′cean,** an ocean S of Asia, E of Africa, and W of Australia. 28,357,000 sq. mi.

**In′dian paint′brush,** any of several showy, scrophulariaceous herbs of the genus *Castilleja,* as *C. linariaefolia,* of the southwestern U.S.: the state flower of Wyoming.

**In′dian pipe′,** a leafless, saprophytic plant, *Monotropa uniflora,* of North America and Asia, having a solitary flower and resembling a tobacco pipe.

**In′dian pud′ding,** a sweet baked pudding made of corn meal, molasses, milk, and spices.

**In′dian red′,** earth of a yellowish-red color, found esp. in the Persian Gulf, that serves as a pigment and as a polish for gold and silver objects.

**In′dian rice′,** the wild rice plant.

**In′dian silk′.** See **India silk.**

**In′dian States′ and A′gencies,** the former semi-dependent states and agencies in India and Pakistan: became independent states of, or otherwise affiliated with, the republics of India and Pakistan 1947. Also called **Native States.**

**In′dian sum′mer,** a period of mild, dry weather occurring in the U.S. and Canada in late autumn or early winter.

**In′dian Ter′ritory,** a former territory of the United States: now in E Oklahoma. ab. 31,000 sq. mi.

**In′dian wres′tling, 1.** a form of wrestling in which two opponents, lying side by side on their backs and facing in opposite directions, lock corresponding legs and each attempts to force the other's leg down until one opponent is unable to remain lying flat on his back. **2.** a form of wrestling in which two opponents clasp each other's right or left hands and, placing the corresponding feet side by side, attempt to unbalance each other. **3.** a form of wrestling in which two opponents, usually facing one another across a table, rest their right or left elbows on the table and, placing their corresponding forearms upward and parallel, grip each other's hand, the object being to force the opponent's hand down so that it touches the table.

**In′dia pa′per, 1.** a fine, thin, but opaque paper made in the Orient, used chiefly in the production of thin-paper editions and for impressions of engravings. **2.** See **Bible paper.**

**In′dia print′,** a plain-weave cotton characterized by

brilliantly colored motifs resembling those designed in India, rendered by the block-print method.

**In′dia rub′ber, 1.** rubber¹ (def. 1). **2.** a rubber eraser. **3.** *Archaic.* a rubber overshoe. Also, **in′dia rub′ber.**

**In′dia silk′,** a soft, lightweight fabric in plain weave. Also, **Indian silk.**

**In·dic** (in′dik), *adj.* **1.** of or pertaining to India; Indian. **2.** *Linguistics.* of or belonging to a subbranch of Indo-Iranian that includes Sanskrit, Hindi, Urdu, Bengali, and many other Indo-European languages of India, Ceylon, and Pakistan; Indo-Aryan. [< L *Indic(us)* of India < Gk *Indikós.* See INDIA, -IC]

**indic., 1.** indicating. **2.** indicative. **3.** indicator.

**in·di·can** (in′də kən), *n.* **1.** *Chem.* a glucoside, $C_{14}H_{17}NO_6$, from which indigo is obtained. **2.** *Biochem.* indoxyl potassium sulfate, $C_8H_6O_4SK$, a component of urine. [< L *indic(um)* INDIGO + -AN]

**in·di·cant** (in′də kənt), *n.* **1.** something that indicates. —*adj.* **2.** *Obs.* serving to indicate; indicative. [< L *indicant-* (s. of *indicāns*) pointing, prp. of *indicāre.* See INDICATE, -ANT]

==**in·di·cate** (in′də kāt′), *v.t.* **-cat·ed, -cat·ing. 1.** to be a== sign of; betoken; imply: *His hesitation indicates unwillingness.* **2.** to point out or point to; direct attention to: *to indicate a place on a map.* **3.** to show; make known: *The thermometer indicates air temperature.* **4.** to state or express, esp. briefly or in a general way. [< L *indicāt(us)* pointed out or at (ptp. of *indicāre*). See INDEX, -ATE¹] —**in·di·cat′a·ble,** *adj.,* —**in·dic·a·to·ry** (in dik′ə tōr′ē, -tôr′ē, in′də kə-), *adj.*

==**in·di·ca·tion** (in′də kā′shən), *n.* **1.** anything serving to== ==indicate or point out, as a sign, token, etc. **2.** act of indicat==ing. **3.** the degree marked by an instrument. [< L *indicātiōn-* (s. of *indicātiō*)]

**in·dic·a·tive** (in dik′ə tiv), *adj.* **1.** indicating; pointing out; suggestive (usually fol. by *of*): *behavior indicative of mental disorder.* **2.** *Gram.* noting or pertaining to the mood of the verb used for ordinary objective statements, questions, etc., as the verb *plays* in *John plays football.* Cf. **imperative** (def. 3), **subjunctive** (def. 1). —*n. Gram.* **3.** the indicative mood. **4.** a verb in the indicative. [< LL *indicātīv(us)*] —**in·dic′a·tive·ly,** *adv.*

**in·di·ca·tor** (in′də kā′tər), *n.* **1.** a person or thing that indicates. **2.** a pointing or directing device, as a pointer on an instrument. **3.** an instrument that indicates the condition of a machine or the like. **4.** an instrument for measuring and recording variations of pressure in the cylinder of an engine. **5.** *Chem.* **a.** a substance that indicates the presence, and sometimes the concentration, of a certain constituent. **b.** a substance often used in a titration to indicate the point at which the reaction is complete. **6.** *Ecol.* a plant or animal that indicates, by its presence in a given area, the existence of certain environmental conditions. [< LL]

**in·di·ces** (in′di sēz′), *n.* a pl. of **index.**

**in·di·ci·a** (in dish′ē ə), *n., pl.* **-ci·a, -ci·as. 1.** an envelope marking substituted for a stamp or a regular cancellation on each item in a large shipment of mail. **2.** Also called **indicium.** an indication; token; evidence. [< L, pl. of *indicium* INDICIUM]

**in·di·ci·um** (in dish′ē əm), *n., pl.* **-di·ci·a** (-dish′ē ə), **-di·ci·ums.** indicia (def. 2). [< L = *indici-* (s. of *index*) INDEX + -um neut. sing. ending]

**in·dict** (in dīt′), *v.t.* **1.** to charge with an offense or crime; accuse of wrongdoing. **2.** (of a grand jury) to bring a formal accusation against. [var. sp. (< ML) of INDITE] —**in·dict′a·ble,** *adj.* —**in·dict′a·bly,** *adv.* —**in·dict′er, in·dic′tor,** *n.* —**Syn. 2.** arraign. —**Ant. 2.** acquit.

**in·dic·tion** (in dik′shən), *n.* the recurring fiscal period of 15 years in the Roman Empire, long used for dating ordinary events. Also called **cycle of indiction.** [ME *indiccio(u)n* < L *indictiōn-* (s. of *indictiō*) announcement. See INDITE, -ION] —**in·dic′tion·al,** *adj.*

**in·dict·ment** (in dīt′mənt), *n.* **1.** the act of indicting. **2.** *Law.* a formal accusation presented by a grand jury and usually required for the prosecution of felonies and other serious crimes. **3.** any charge or accusation. **4.** the state of being indicted. [INDICT + -MENT; r. ME *endetement* < AF]

**in·dienne** (an′dē en′; *Fr.* AN dyen′), *adj.* (of food) prepared or seasoned in East Indian style, as with curry. [< F, fem. of *indien* INDIAN]

**In·dies** (in′dēz), *n., pl.* **the. 1.** (construed as pl.) See **West Indies** (def. 1). **2.** (construed as sing.) a region in and near S and SE Asia; India, Indochina, and the East Indies. **3.** (construed as pl.) See **East Indies** (def. 2).

**in·dif·fer·ence** (in dif′ər əns, -dif′rəns), *n.* **1.** lack of interest or concern. **2.** unimportance: *a matter of indifference.* **3.** the quality or condition of being indifferent. **4.** mediocre quality; mediocrity. [late ME; var. of INDIFFERENCY < L] —**Syn. 1.** INDIFFERENCE, UNCONCERN, APATHY, INSENSIBILITY all imply lack of feeling. INDIFFERENCE denotes an absence of feeling or interest; UNCONCERN, an absence of concern or solicitude, a calm or cool indifference in the face of what might be expected to cause uneasiness or apprehension; APATHY, a profound intellectual and emotional indifference suggestive of faculties either naturally sluggish or dulled by emotional disturbance, mental illness, or prolonged sickness; INSENSIBILITY, an absence of capacity for feeling or of susceptibility to emotional influences. —**Ant. 1.** eagerness, responsiveness.

**in·dif·fer·en·cy** (in dif′ər ən sē), *n., Archaic.* indifference. [late ME < L *indifferentia.* See INDIFFERENT, -ENCY]

**in·dif·fer·ent** (in dif′ər ənt, -dif′rənt), *adj.* **1.** without interest or concern; not caring; apathetic. **2.** having no bias or preference; impartial. **3.** neutral in character or quality. **4.** not particularly good: *an indifferent performance.* **5.** of only moderate extent, etc. **6.** immaterial or unimportant. **7.** not essential or obligatory, as an observance. **8.** neutral in chemical, electric, or magnetic quality. **9.** *Biol.* not differentiated or specialized, as cells or tissues. —*n.* **10.** a person who is indifferent, esp. in matters of religion or politics. [ME < L (adj.) *indifferent-* (s. of *indifferēns*)] —**in·dif′fer·ent·ly,** *adv.*

**in·dif·fer·ent·ism** (in dif′ər ən tiz′əm, -dif′rən-), *n.* **1.** systematic indifference. **2.** the principle or opinion that

act, āble, dâre, ärt; ebb, ēqual; if, īce; hot, ōver, ôrder; oil; bŏŏk; ōōze; out; up, ûrge; ə = *a* as in *alone; chief;* sĭng; shoe; thin; ŧhat; zh as in *measure;* ⁹ as in *button* (but/⁹n), *fire* (fī⁹r). See the full key inside the front cover.



ATLAS-00033238



ATLAS-00033239