# Exhibit 12



**Based on**
## Merriam-Webster's Collegiate® Dictionary

# Merriam-Webster's Dictionary AND Thesaurus

®

## INTEGRATED LANGUAGE TOOLS

- Synonym lists and dictionary entries combined alphabetically

- Clear and concise word guidance

- Abundant usage examples

ATLAS-00033240



# Merriam-Webster's Dictionary AND Thesaurus ®



Merriam-Webster, Incorporated
Springfield, Massachusetts

ATLAS-00033241



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2007 by Merriam-Webster, Incorporated

Library of Congress Cataloging-in-Publication Data

Merriam-Webster's dictionary and thesaurus.
   p. cm.
 ISBN-13: 978-0-87779-640-4 (alk. paper)
 ISBN-10: 0-87779-640-8
 1. English language—Dictionaries.  2. English language—
Synonyms and antonyms—Dictionaries.  I. Merriam-Webster, Inc.
 II. Title: Dictionary and thesaurus.
PE1628.M367 2007
423—dc22
                      2007000271

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

   13  NK:QG/F  2013

ATLAS-00033242

**indenture**

418

419

prentice) to work for another for a given period of time — usu. used in pl. **2** : INDENTATION 1 **3** : DENT

²**indenture** vb **in·den·tured; in·den·tur·ing** : to bind (as an apprentice) by indentures

**in·de·pen·dence** \‚in-də-'pen-dəns\ n ♦ : the quality or state of being independent : FREEDOM

♦ autonomy, freedom, liberty, self-government, sovereignty—more at FREEDOM

**Independence Day** n : July 4 observed as a legal holiday in commemoration of the adoption of the Declaration of Independence in 1776

**in·de·pen·dent** \‚in-də-'pen-dənt\ adj **1** ♦ : not subject to control by others : SELF-GOVERNING; also : not affiliated with a larger controlling unit **2** ♦ : not requiring or relying on something else or somebody else ⟨an ∼ conclusion⟩ ⟨∼ of her parents⟩ **3** : not easily influenced : showing self-reliance and personal freedom ⟨an ∼ mind⟩ **4** : not committed to a political party ⟨an ∼ voter⟩ **5** : MAIN ⟨an ∼ clause⟩ — independent n

♦ [1] autonomous, free, self-governing, separate, sovereign—more at FREE ♦ [2] self-reliant, self-sufficient, self-supporting—more at SELF-SUFFICIENT

**in·de·pen·dent·ly** adv ♦ : in an independent manner : without dependence on another

♦ alone, singly, solely, unaided, unassisted—more at ALONE

**independent variable** n : a variable whose value is not determined by that of any other variable in a function

**in·de·scrib·able** \‚in-di-'skrī-bə-bəl\ adj **1** ♦ : that cannot be described **2** : being too intense or great for description — **in·de·scrib·ably** \-blē\ adv

♦ ineffable, inexpressible, nameless, unspeakable, unutterable; also inconceivable, incredible, unbelievable, unimaginable, unthinkable; featureless, nondescript Ant communicable, definable

**in·de·ter·mi·nate** \‚in-di-'tər-mə-nət\ adj **1** : VAGUE; also : not known in advance **2** : not limited in advance; also : not leading to a definite end or result — **in·de·ter·mi·na·cy** \-nə-sē\ n — **in·de·ter·mi·nate·ly** adv

¹**in·dex** \'in-‚deks\ n, pl **in·dex·es** or **in·di·ces** \-də-‚sēz\ **1** : a device (as the pointer on a scale) that serves to indicate a value or quantity **2** : SIGN, INDICATION ⟨an ∼ of character⟩ **3** : a guide for facilitating references; esp : an alphabetical list of items treated in a printed work with the page number where each item may be found **4** : a list of restricted or prohibited material **5** pl usu **indices** : a number or symbol or expression (as an exponent) associated with another to indicate a mathematical operation or use or position in an arrangement or expansion **6** : a character ☞ used to direct attention (as to a note) **7** : INDEX NUMBER

²**index** vb **1** ♦ : to provide with or put into an index **2** : to serve as an index of **3** : to regulate by indexation

♦ catalog, enroll, enter, inscribe, list, put down, record, register, schedule, slate—more at LIST

**in·dex·ation** \‚in-‚dek-'sā-shən\ n : a system of economic control in which a body of variables (as wages and interest) rise or fall at the same rate as an index of the cost of living

**index finger** n : the finger next to the thumb

**in·dex·ing** n : INDEXATION

**index number** n : a number used to indicate change in magnitude (as of cost) as compared with the magnitude at some specified time usu. taken as 100

**index of refraction** : REFRACTIVE INDEX

**in·dia ink** \'in-dē-ə-\ n, often cap 1st I **1** : a solid black pigment used in drawing **2** : a fluid made from india ink

**In·di·an** \'in-dē-ən\ n **1** : a native or inhabitant of India or of the East Indies **2** : a person of Indian descent **3** ♦ : a member of any of the native peoples of the western hemisphere except often the Eskimos : AMERICAN INDIAN — **Indian** adj

♦ American Indian—more at AMERICAN INDIAN

**Indian corn** n : a tall widely grown American cereal grass bearing seeds on long ears; also : its ears or seeds

**Indian meal** n : CORNMEAL

**Indian paintbrush** n : any of a genus of herbaceous plants related to the snapdragon that have brightly colored bracts

**Indian pipe** n : a waxy white leafless saprophytic herb of Asia and the U.S.

**Indian summer** n : a period of mild weather in late autumn or early winter

**In·dia paper** \'in-dē-ə-\ n **1** : a thin absorbent paper used esp. for taking impressions (as of steel engravings) **2** : a thin tough opaque printing paper

**indic** abbr indicative

**in·di·cate** \'in-də-‚kāt\ vb **-cat·ed; -cat·ing 1** : to point out or to **2** ♦ : to show indirectly **3** : to state briefly

♦ allude, hint, imply, infer, insinuate, intimate, suggest—more at HINT

**in·di·ca·tion** \‚in-də-'kā-shən\ n **1** ♦ : something that serves to indicate; also : something that is indicated as advisable or necessary **2** : the action of indicating

♦ clue, cue, hint, inkling, intimation, lead, suggestion—more at HINT

¹**in·dic·a·tive** \in-'di-kə-tiv\ adj **1** : of, relating to, or being a verb form that represents an act or state as a fact ⟨∼ mood⟩ **2** ♦ : serving to indicate ⟨actions ∼ of fear⟩

♦ denotative, significant, telltale; also alluding, allusive, referring; characteristic, symptomatic; demonstrative, exhibiting, expressive; symbolic; connoting, implying, insinuating, suggestive

²**indicative** n **1** : the indicative mood of a language **2** : a form in the indicative mood

**in·di·ca·tor** \'in-də-‚kā-tər\ n ♦ : one that indicates; esp : an index hand (as on a dial)

♦ hand, index, needle, pointer—more at POINTER

**in·di·cia** \in-'di-shə, -shē-ə\ n pl **1** : distinctive marks **2** : postal markings often imprinted on mail or mailing labels

**in·dict** \in-'dīt\ vb [alter. of earlier indite, fr. ME, fr. AF to write, point out, indict, ultim. fr. L indicere to make known formally, fr. dicere to say] **1** ♦ : to charge with a fault or offense **2** : to charge with a crime by the finding of a jury — **in·dict·able** adj

♦ accuse, charge, incriminate, indict—more at ACCUSE

**in·dict·ment** \-mənt\ n ♦ : the action or the legal process of indicting

♦ charge, complaint, count, rap—more at CHARGE

**in·die** \'in-dē\ n **1** : one that is independent; esp : an unaffiliated record or motion-picture production company **2** : something produced by an indie — **indie** adj

**in·dif·fer·ence** \-frəns, -fə-rəns\ n ♦ : the quality, state, or fact of being indifferent; also : absence of compulsion to or toward one thing or another

♦ apathy, disinterestedness, disregard, insouciance, nonchalance; also halfheartedness; carelessness, heedlessness, recklessness, unawareness; lethargy, listlessness; calmness, detachment, dispassion; callousness, hardness, insensitivity; impassivity, phlegm; aloofness, coldness Ant concern, interest, regard

**in·dif·fer·ent** \in-'di-frənt, -fə-rənt\ adj **1** : UNBIASED, UNPREJUDICED **2** : of no importance one way or the other **3** ♦ : marked by no special liking for or dislike of something **4** : being neither excessive nor inadequate **5** ♦ : being neither good nor bad : PASSABLE, MEDIOCRE **6** : being neither right nor wrong — **in·dif·fer·ent·ly** adv

♦ [3] apathetic, casual, disinterested, insouciant, nonchalant, perfunctory, unconcerned, uncurious, uninterested; also halfhearted, lukewarm; aloof, cold, numb, remote, unemotional; calm, detached, dispassionate; careless, heedless, mindless; impassive, phlegmatic, stoic, stolid; lethargic, listless; unimpressed Ant concerned, interested ♦ [5] common, fair, mediocre,

medium, midd... second-rate, so... **in·di·gence** \-jən... hardship and d... life are wholly l...

♦ beggary, de... ment, need, pa... at POVERTY

**in·dig·e·nous** \in-... living naturally...

♦ aboriginal, b...

**in·di·gent** \'in-di-... : NEEDY

♦ broke, dest... penurious, poo...

**in·di·gest·ible** \‚in... gested

**in·di·ges·tion** \-'je... tion : DYSPEPSIA

**in·dig·nant** \in-'di... dignation — in·d...

**in·dig·na·tion** \‚in... something unjus...

♦ anger, furor, ... wrathfulness—r...

**in·dig·ni·ty** \in-'di... personal dignity ... ment

♦ affront, barb... rage, put-down, ... INSULT

**in·di·go** \'in-di-‚gō... dicum, fr. Gk ind... : a blue dye obta... deep reddish blue

**in·di·rect** \‚in-də-'r... route⟩ **2** ♦ : not ... **3** : not having a p... : not directly to th... \-'rek-shən\ n —

♦ circuitous, cir... pentine, sinuous... ing, rambling, w... deceitful, decept... leading, sneaky, ... crafty, cunning, ... straightforward

**in·dis·creet** \‚in-di-'... — **in·dis·creet·ly** a...

♦ ill-advised, im... idiotic, moronic ... ill-mannered, im... becoming, unciv... sensical, preposte... creet, judicious, j...

**in·dis·cre·tion** \‚in-... ♦ : something ma... deviating from ac...

♦ familiarity, ga... ETY

**in·dis·crim·i·nate** \‚i... by discrimination ... RANDOM **3** : UNRE... nate·ly adv

**in·dis·pens·able** \‚in... sential : REQUISITE ... tē\ n — **indispel**... sə-blē\ adv

♦ essential, imp... requisite, vital—n...

**in·dis·posed** \-'spōz... active feeling of re...

ATLAS-00033243

## Two Essential References in One!



## Merriam-Webster's
## Dictionary AND Thesaurus

**Merriam-Webster's Dictionary and Thesaurus** combines the meanings, pronunciations, and grammatical information of a dictionary with the synonyms and antonyms of a thesaurus. Dictionary and thesaurus entries are integrated for ease of use.

▶ Nearly **60,000 dictionary entries** cover the most frequently used words in the language.

▶ More than **13,000 thesaurus entries** include synonym lists, related words, and antonyms.

▶ Dictionary and thesaurus entries are **combined alphabetically**.

▶ Abundant **usage examples** clarify core meanings.

▶ **3,000 etymologies** explain word origins.

▶ **Clear and concise word guidance** from Merriam-Webster's permanent staff of professional lexicographers.

▶ Based on the **best-selling** *Merriam-Webster's Collegiate® Dictionary.*

## A FULLY INTEGRATED DICTIONARY AND THESAURUS

CC-640-A03-2140

## USA $14.95

**Merriam-Webster Inc.**
AN ENCYCLOPÆDIA BRITANNICA COMPANY

 Springfield, MA 01102
Merriam-Webster.com
WordCentral.com
LearnersDictionary.com



ISBN: 978-0-87779-640-4

51495

9 780877 796404

ATLAS-00033244