# Exhibit 13



New
Oxford
American
Dictionary

Second Edition

Powered by Oxford Corpus

NOAD TO GO! Free phone/PDA version enclosed.

ATLAS-00033161

# The New Oxford American Dictionary

SECOND EDITION

FIRST EDITION

Elizabeth J. Jewell
Frank Abate

SECOND EDITION

Erin McKean

## OXFORD
UNIVERSITY PRESS

2005

ATLAS-00033162



# OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford   New York
Auckland   Cape Town   Dar es Salaam   Hong Kong   Karachi
Kuala Lumpur   Madrid   Melbourne   Mexico City   Nairobi
New Delhi   Shanghai   Taipei   Toronto

With offices in
Argentina   Austria   Brazil   Chile   Czech Republic   France   Greece
Guatemala   Hungary   Italy   Japan   Poland   Portugal   Singapore
South Korea   Switzerland   Thailand   Turkey   Ukraine   Vietnam

The first edition of the *New Oxford American Dictionary* was based on *The New Oxford Dictionary of English*, published in the United Kingdom in 1998.

Copyright © 2005 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York, 10016
*www.oup.com/us*
*www.askoxford.com*

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced, stored in a
retrieval system, or transmitted, in any form or by any means, electronic,
mechanical, photocopying, recording, or otherwise, without prior permission of
Oxford University Press

Library of Congress Cataloging-in-Publication Data
The new Oxford American dictionary.-- 2nd ed.
   p. cm.
 ISBN-13 978-0-19-517077-1

1. English language--United States--Dictionaries. 2.
Americanisms--Dictionaries.
 PE1628.N429 2005
 423'.1--dc22

                         2005000941

This book includes some words that are, or are asserted to be, proprietary names or
trademarks. Their inclusion does not imply that they have acquired for legal
purposes a nonproprietary or general significance, nor is any other judgment
implied concerning their legal status. In cases where the editor has some evidence
that a word is used as a proprietary name or trademark, this is indicated by the
designation trademark, but no judgment concerning the legal status of such words is
made or implied thereby.

10 9 8 7 6 5 4

Printed in the United States of America on acid-free paper

ATLAS-00033163

pulmonary blood vessels. ▷mid 19th cent.: from Latin *cor* 'heart' and modern Latin *pulmonalis* (from Latin *pulmo(n-)* 'lung').

**cor·pus** /ˈkôrpəs/ ▶*n.* (*pl.* **-po·ra** /-pərə/ or **-pus·es**) **1** a collection of written texts, esp. the entire works of a particular author or a body of writing on a particular subject: *the Darwinian corpus.* ■ a collection of written or spoken material in machine-readable form, assembled for the purpose of studying linguistic structures, frequencies, etc. **2** *Anatomy* the main body or mass of a structure. ■ the central part of the stomach, between the fundus and the antrum. ▷late Middle English (denoting a human or animal body): from Latin, literally 'body.' Sense 1 dates from the early 18th cent.

**cor·pus cal·lo·sum** /kaˈlōsəm/ ▶*n.* (*pl.* **cor·po·ra cal·lo·sa** /ˈkôrpərə kaˈlōsə/) *Anatomy* a broad band of nerve fibers joining the two hemispheres of the brain. ▷early 18th cent.: from CORPUS and Latin *callosum,* neuter of *callosus* 'tough.'

**cor·pus ca·ver·no·sum** /ˌkavərˈnōsəm/ ▶*n.* (*pl.* **cor·po·ra ca·ver·no·sa** /-ˈnōsə/) *Anatomy* either of two masses of erectile tissue forming the bulk of the penis and the clitoris. ▷from CORPUS and Latin *cavernosum,* neuter of *cavernosus* 'containing hollows.'

**Cor·pus Chris·ti[1]** /ˌkôrpəs ˈkristē/ a city and port in southern Texas, on Corpus Christi Bay; pop. 277,454.

**Cor·pus Chris·ti[2]** a feast of the Western Christian Church commemorating the institution of the Eucharist, observed on the Thursday after Trinity Sunday. ▷Latin, literally 'body of Christ.'

**cor·pus·cle** /ˈkôrˌpəsəl/ ▶*n.* *Biology* a minute body or cell in an organism, esp. a red or white cell in the blood of vertebrates. ■ *historical* a minute particle regarded as the basic constituent of matter or light. ▷mid 17th cent.: from Latin *corpusculum* 'small body,' diminutive of *corpus.* —**cor·pus·cu·lar** /kôrˈpəskyələr/ *adj.*

**cor·pus de·lic·ti** /dəˈlikˌtī; -tē/ ▶*n.* *Law* the facts and circumstances constituting a breach of a law. ■ concrete evidence of a crime, such as a corpse. ▷Latin, literally 'body of offense.'

**cor·pus lu·te·um** /ˈlōōtēəm/ ▶*n.* (*pl.* **cor·po·ra lu·te·a** /ˈlōōtēə/) *Anatomy* a hormone-secreting structure that develops in an ovary after an ovum has been discharged but degenerates after a few days unless pregnancy has begun. ▷late 18th cent.: from CORPUS and Latin *luteum,* neuter of *luteus* 'yellow.'

**cor·pus spon·gi·o·sum** /ˌspənjēˈōsəm/ ▶*n.* (*pl.* **cor·po·ra spon·gi·o·sa** /ˌspənjēˈōsə/) *Anatomy* a mass of erectile tissue alongside the corpora cavernosa of the penis and terminating in the glans. ▷from CORPUS and Latin *spongiosum,* neuter of *spongiosus* 'porous.'

**cor·pus stri·a·tum** /strīˈātəm/ ▶*n.* (*pl.* **cor·po·ra stri·a·ta** /strīˈātə/) *Anatomy* part of the basal ganglia of the brain, comprising the caudate and lentiform nuclei. ▷from CORPUS and Latin *striatum,* neuter of *striatus* 'grooved.'

**corr.** ▶*abbr.* ■ correction. ■ correspondence.

**cor·ral** /kəˈral/ ▶*n.* a pen for livestock, esp. cattle or horses, on a farm or ranch. ■ *historical* a defensive enclosure of wagons in an encampment. ▶*v.* (-ralled, -ral·ling) [*trans.*] put or keep (livestock) in a corral. ■ *figurative* gather (a group of people or things) together: *the organizers were corralling the crowd into marching formation.* ■ *historical* form (wagons) into a corral. ▷late 16th cent.: from Spanish and Old Portuguese (now *curral*), perhaps based on Latin *currere* 'to run.' Compare with KRAAL.

**cor·rect** /kəˈrekt/ ▶*adj.* free from error; in accordance with fact or truth: *make sure you have been given the correct information.* ■ not mistaken in one's opinion or judgment; right: *the government was correct to follow a course of defeating inflation.* ■ (of a thing or course of action) meeting the requirements of or most appropriate for a particular situation or activity: *cut the top and bottom tracks to the correct length with a hacksaw.* ■ (of a person or their appearance or behavior) conforming to accepted social standards; proper: *he was a polite man, invariably correct and pleasant with Mrs. Collins.* ■ conforming to a particular political or ideological orthodoxy. See also POLITICALLY CORRECT. ▶*v.* [*trans.*] put right (an error or fault): *the council issued a statement correcting some points in the press reports.* ■ mark the errors in (a written or printed text): *he corrected Dixon's writing for publication.* ■ tell (someone) that they are mistaken: *he had assumed she was married and she had not corrected him |* [as *adj.*] (corrected) *sorry, I stand corrected.* ■ counteract or rectify: *the problem of diminished sight can be reduced or corrected by wearing eyeglasses.* ■ adjust (an instrument)

to function accurately or in accord with a standard: *motorists can have their headlights tested and corrected at a reduced price on Saturday.* ■ adjust (a numerical result or reading) to allow for departure from standard conditions: *data were corrected for radionuclide decay.* ▷Middle English (as a verb): from Latin *correct-* 'made straight, amended,' from the verb *corrigere,* from *cor-* 'together' + *regere* 'guide.' The adjective is via French. —**cor·rect·a·ble** *adj.* —**cor·rect·ly** *adv.* —**cor·rect·ness** *n.*

**cor·rec·tion** /kəˈreksHən/ ▶*n.* the action or process of correcting something: *I checked the typing for errors and sent it back for correction.* ■ a change that rectifies an error or inaccuracy: *he made a few corrections to my homework.* ■ used to introduce an amended version of something one has just said: *after today—correction, she thought grimly, after tonight—she'd never see him again.* ■ a quantity adjusting a numerical result to allow for a departure from standard conditions. ■ a temporary reversal in an overall trend of stock market prices, esp. a brief fall during an overall increase: *they're still looking for the market to go up and believe we are just going through a correction.* ■ punishment, esp. that of criminals in prison intended to rectify their behavior. ▷Middle English: via Old French from Latin *correctio(n-),* from *corrigere* 'make straight, bring into order' (see CORRECT).

**cor·rec·tion·al** /kəˈreksHənl/ ▶*adj.* of or relating to the punishment of criminals in a way intended to rectify their behavior: *a correctional institution.*

**cor·rec·tion flu·id** ▶*n.* an opaque liquid painted over a typed or written error so as to leave a blank space for the insertion of the correct character.

**cor·rec·ti·tude** /kəˈrektəˌt(y)ōōd/ ▶*n.* correctness, esp. conscious correctness in one's behavior. ▷late 19th cent.: blend of CORRECT and RECTITUDE.

**cor·rec·tive** /kəˈrektiv/ ▶*adj.* designed to correct or counteract something harmful or undesirable: *management was informed so that corrective action could be taken.* ▶*n.* a thing intended to correct or counteract something else: *the move might be a corrective to some inefficient practices within hospitals.* ▷mid 16th cent.: from French *correctif, -ive* or late Latin *correctivus,* from Latin *correct-* 'brought into order,' from the verb *corrigere* (see CORRECT). —**cor·rec·tive·ly** *adv.*

**cor·rec·tor** /kəˈrektər/ ▶*n.* a person or thing that corrects something, esp. a computer program or electronic device with a specified function: *a spelling corrector.*

**Cor·reg·gio** /kəˈrej(ē)ō/, Antonio Allegri da (*c.*1494–1534), Italian painter; born *Antonio Allegri.* The soft, sensual style of his devotional and mythological paintings influenced the rococo style of the 18th century.

**Cor·reg·i·dor** /kəˈregəˌdôr/ an island in the Philippines, just south of the Bataan Peninsula on Luzon Island, scene of World War II battles and now a national shrine.

**cor·re·late** ▶*v.* /ˈkôrəˌlāt; ˈkär-/ [*intrans.*] have a mutual relationship or connection, in which one thing affects or depends on another: *the study found that success in the educational system correlates highly with class.* ■ [*trans.*] establish such a relationship or connection between: *we should correlate general trends in public opinion with trends in the content of television news.* ▶*n.* /-lət/ each of two or more related or complementary things: *strategies to promote health should pay greater attention to financial hardship and other correlates of poverty.* ▷mid 17th cent. (as a noun): back-formation from CORRELATION and CORRELATIVE.

**cor·re·la·tion** /ˌkôrəˈlāsHən/ ▶*n.* a mutual relationship or connection between two or more things: *research showed a clear correlation between recession and levels of property crime.* ■ *Statistics* interdependence of variable quantities. ■ *Statistics* a quantity measuring the extent of such interdependence. ■ the process of establishing a relationship or connection between two or more measures. ▷mid 16th cent.: from medieval Latin *correlatio(n-),* from *cor-* 'together' + *relatio* (see RELATION). —**cor·re·la·tion·al** /-sHənl/ *adj.*

**cor·re·la·tion co·ef·fi·cient** ▶*n.* *Statistics* a number between −1 and +1 calculated so as to represent the linear dependence of two variables or sets of data. (Symbol: r.)

**cor·rel·a·tive** /kəˈrelətiv/ ▶*adj.* having a mutual relationship; corresponding: *rights, whether moral or legal, can involve correlative duties.* ■ *Grammar* (of words such as *neither* and *nor*) corresponding to each other and regularly used together. ▶*n.* a word or concept that has a mutual relationship

education is a correlative of the parent's duty to send the child to school. ▷mid 16th cent.: from medieval Latin *correlativus,* from *cor-* 'together' + late Latin *relativus* (see RELATIVE). —**cor·rel·a·tive·ly** *adv.* —**cor·rel·a·tiv·i·ty** /kə,reləˈtivitē/ *n.*

**cor·re·spond** /ˌkôrəˈspänd; ˈkär-/ ▶*v.* [*intrans.*] **1** have a close similarity; match or agree almost exactly: *the carved heads described in the poem correspond to those in the drawing | communication is successful when the ideas in the minds of the speaker and hearer correspond.* ■ be analogous or equivalent in character, form, or function: *the Inuit month corresponding to December was called Aagjulirvik.* ■ represent: *digits that correspond to certain letters of the alphabet.* **2** communicate by exchanging letters: *Margaret corresponded with him until his death | the doctor and I corresponded for more than two decades.* ▷late Middle English: from Old French *correspondre,* from medieval Latin *correspondere,* from *cor-* 'together' + Latin *respondere* (see RESPOND).

**cor·re·spond·ence** /ˌkôrəˈspändəns; ˌkär-/ ▶*n.* **1** a close similarity, connection, or equivalence: *there is a simple correspondence between the distance of a focused object from the eye and the size of its image on the retina.* **2** communication by exchanging letters with someone: *the organization engaged in detailed correspondence with local congressmen.* ■ letters sent or received: *his wife dealt with his private correspondence.* ▷late Middle English: via Old French from medieval Latin *correspondentia,* from *correspondent-* 'corresponding' (see CORRESPONDENT). —**cor·re·spond·en·cy** /-dənsē/ *n.* (*rare*).

**cor·re·spond·ence course** ▶*n.* a course of study in which student and teachers communicate by mail.

**cor·re·spond·ence prin·ci·ple** *Physics* ▶*n.* the principle that states that for very large quantum numbers the laws of quantum theory merge with those of classical physics.

**cor·re·spond·ence school** ▶*n.* a school offering correspondence courses.

**cor·re·spond·ence the·o·ry** *Philosophy* ▶*n.* the theory that states that the definition or criterion of truth is that true propositions correspond to the facts.

**cor·re·spond·ent** /ˌkôrəˈspändənt; ˌkär-/ ▶*n.* a person who writes letters to a person or a newspaper, esp. on a regular basis: *she wasn't much of a correspondent.* ■ a person employed to report for a newspaper or broadcasting organization, typically on a particular subject or from a particular country: *a White House correspondent.* ▶*adj.* corresponding. ▷late Middle English (as an adjective): from Old French *correspondant* or medieval Latin *correspondent-* 'corresponding,' from the verb *correspondere* (see CORRESPOND).

<mark>**cor·re·spond·ing** /ˌkôrəˈspändiNG; ˌkär-/ ▶*adj.* **1** similar in character, form, or function:</mark> *we discussed our corresponding viewpoints.* ■ able to be matched, joined, or interlocked: *he dovetailed the corresponding pieces.* **2** dealing with written communication; having this responsibility: *the corresponding secretary.* ■ having an honorary association with a group, esp. at a distance (from the group's headquarters): *at the last meeting, 255 academicians and lesser-ranking corresponding members were elected.* —**cor·re·spond·ing·ly** *adv.*

**cor·re·spond·ing an·gles** ▶*plural n. Mathematics* the angles that occupy the same relative position at each intersection where a straight line crosses two others. If the two lines are parallel, the corresponding angles are equal.

**cor·ri·da** /kôˈrēdə/ ▶*n.* a bullfight. ▷late 19th cent.: from Spanish *corrida de toros* 'running of bulls.'

**cor·ri·dor** /ˈkôrədər; ˈkär-; -,dôr/ ▶*n.* a long passage in a building from which doors lead into rooms. ■ *Brit.* a passage along the side of a railroad car, from which doors lead into compartments. ■ a belt of land between two other areas, typically having a particular feature or giving access to a particular area: *the valley provides the principal wildlife corridor between the uplands and the central urban area.* ■ a belt of land following a road, river, or other route of passage: *the Boston-to-Washington corridor.* ▷late 16th cent. (as a military term denoting a strip of land along the outer edge of a ditch, protected by a parapet): from French, from Italian *corridore,* alteration (by association with *corridore* 'runner') of *corridoio* 'running place,' from *correre* 'to run,' from Latin *currere.* The current sense dates from the early 19th cent.

---

Pronunciation Key ə *ago;* ər *over;* 'ə *or ,*ə *up;* 'ər *or ,*ər *fur;* a *hat;* ā *rate;* ä *car;* CH *chew;* e *let;* ē *see;* e(ə)r *air;* i *fit;* ī *by;* i(ə)r *ear;* NG *sing;* ō *go;* ô *for;* oi *boy;* ōō *good;* ōō

ATLAS-00033164

# New Oxford American Dictionary
## Second Edition

◆ Authoritative and comprehensive coverage, including English from around the world, the newest words, and technical and scientific terms

◆ Find just the right meaning with the unique arrangement of core senses and subsenses, based on the latest evidence from the Oxford English Corpus

◆ Explore the richness of the English language with fascinating histories given for thousands of words

◆ Get the fullest picture of every word with thousands of real examples and hundreds of usage notes

More than 250,000 definitions and entries
More than 2,000 new entries in this edition

Powered by Oxford Corpus

Our dictionary entries are powered by the Oxford English Corpus, part of the largest language research project in the world. Containing more than a billion words, collected daily from sources ranging from novels and newspapers to chat rooms and blogs, the Oxford English Corpus means that Oxford dictionaries empower you with the most authoritative and up-to-date information on the English language.

Find more at: www.askoxford.com/oec

Includes CD-ROM of complete DICTIONARY for

OS · Windows Mobile · BlackBerry

## OXFORD
### UNIVERSITY PRESS

www.oup.com

ISBN 978-0-19-517077-1



9 780195 170771

U.S. $60.00

ATLAS-00033165