# Exhibit 15



# IEEE 100

# THE

# AUTHORITATIVE DICTIONARY

## OF IEEE STANDARDS TERMS

### SEVENTH EDITION

Published by
Standards Information Network
IEEE Press

ATLAS-00033196

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition



Published by
Standards Information Network
IEEE Press

ATLAS-00033197

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2*                    *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

---

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
    p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

  TK9 .I28 2000
  621.3′03—dc21                                      00-050601

ATLAS-00033198

**(5)** The full width of a distribution measured at half the maximum ordinate. For a normal distribution, FWHM = 2 · (2 ln 2)1/2 = 2.355 times the standard deviation, s.

(NPS) 325-1996

**full width at one-tenth maximum (FW.1M)** The full width of a distribution measured at one tenth of the maximum ordinate measured above the background.     (NPS) 300-1988r

**full width at tenth maximum (FWTM) (x-ray energy spectrometers)** Same as full width at half maximum (FWHM), except measurement is made at one tenth of the maximum ordinate rather than one half.     (NPS/NID) 759-1984r

**full width (duration) half maximum (fiber optics)** A measure of the extent of a function. Given by the difference between the two extreme values of the independent variable at which the dependent variable is equal to half of its maximum value. The term "duration" is preferred when the independent variable is time. *Note:* Commonly applied to the duration of pulse waveforms, the spectral extent of emission or absorption lines, and the angular or spatial extent of radiation patterns.

(Std100) 812-1984w

**fullword** *See:* computer word; word.

**fully concatenated key** *See:* concatenated key.

**fully connected network** A network in which each node is directly connected with every other node.

(LM/COM) 168-1956w

**fully decoded EAROM organization** An EAROM organization in which rows and columns of memory cells are addressable through on-chip decoding circuitry.     (ED) 641-1987w

**fully inverted file** An file that has been inverted on all secondary keys in the file. *Contrast:* partially inverted file.

(C) 610.5-1990w

**fully qualified software_spec** A software_spec that always identifies a software object unambiguously.

(C/PA) 1387.2-1995

**fully relational** Pertaining to a database management system that supports a relational database and a language that provides the functionality of the relational algebra.

(C) 610.5-1990w

**fume-resistant** So constructed that it will not be injured readily by exposure to the specified fume.

(SWG/PE/IA/ICTL/IAC) C37.100-1981s, [56], [60]

**function (1) (general)** When a mathematical quantity $u$ depends on a variable quantity $x$ so that to each value of $x$ (within the interval of definition) there correspond one or more values of $u$, then $u$ is a function of $x$ written $u = f(x)$. The variable $x$ is known as the independent variable or the argument of the function. When a quantity $u$ depends on two or more variables $x_1, x_2, \ldots x_n$ so that for every set of values of $x_1, x_2, \ldots x_n$ (within given intervals for each of the variables) there correspond one or more values of $u$, then $u$ is a function of $x_1, x_2, \ldots x_n$ and is written $u = f(x_1, x_2, \ldots x_n)$. The variables $x_1, x_2, \ldots x_n$ are the independent variables or arguments of the function.     (Std100) 270-1966w

**(2) (vector)** When a scalar or vector quantity u depends upon a variable vector V so that if for each value of V (within the region of definition) there correspond one or more values of u, then u is a function of the vector V.

(Std100) 270-1966w

**(3) (test, measurement, and diagnostic equipment)** The action or purpose which a specific item is intended to perform or serve.     (MIL) [2]

**(4) (A) (software)** A defined objective or characteristic action of a system or component. For example, a system may have inventory control as its primary function. **(B) (software)** A software module that performs a specific action, is invoked by the appearance of its name in an expression, may receive input values, and returns a single value. *See also:* subroutine.

(C) 610.12-1990

**(5) (mathematics of computing)** A mathematical entity whose value is uniquely determined by the value of one or more independent variables.     (C) 610.2-1987

**(6)** Normal or characteristic action of a component or the system of which it is a part.     (PE/EDPG) 803.1-1992

**(7)** A task, action, or activity expressed as a verb-noun combination (e.g., Brake Function: stop vehicle) to achieve a defined outcome.     (C/SE) 1220-1994s

**(8) (software user documentation)** A specific purpose of an entity or its characteristic action.

(SE/C) 1063-1987r, 1074-1995s

**(9)** A programming language construct, modeled after the mathematical concept. A function encapsulates some behavior. It is given zero or more arguments as input, performs some processing, and returns some results. Functions are also known as procedures, subprograms, or subroutines.

(C/PA) 1327.2-1993w, 1224.2-1993w, 1326.2-1993w, 1328.2-1993w

**(10)** A logical component of a unit that operates mostly independently. A function is independent of bus interface and node topology: a unit has registers that are externally accessible in the bus address space, a function may or may not. For example, a multi-function node may contain SCSI controller, LAN interface, and terminal interface Functions that are accessed via a shared DMA multiplex Unit. A function may also be a software entity (e.g., a Function driver), especially when messages are used for Processor-to-Processor communication.     (C/MM) 1212.1-1993

**(11)** A primitive operation on system-controlled resources. This standard defines a collection of functions together with suitable input and output parameters.     (C/MM) 855-1990

**(12)** A task, action, or activity that must be accomplished to achieve a desired outcome.     (C/SE) 1233-1998

**(13)** A single-valued mapping. The mapping M from D to R is a *function* if for any X in D and Y in R, there is at most one pair [ X, Y ] in M. *Synonym:* single-valued. *Contrast:* multi-valued.     (C/SE) 1320.2-1998

**(14)** A transformation of inputs to outputs, by means of some mechanisms, and subject to certain controls, that is identified by a function name and modeled by a box. *Synonyms:* activity; task; process; operation.     (C/SE) 1320.1-1998

**(15) (scheme programming language)** *See also:* procedure.

(C/MM) 1178-1990r

**functional** A link interface becomes functional when the start-up procedure has successfully completed and the link interface is ready to transmit data.     (C/BA) 1355-1995

**functional address (FA) (1)** The portion of a full data transport address that specifies the read or write function that is to be performed.     (IM/ST) 1451.2-1997

**(2) (local area networks)** A bit-significant address used in the ISO/IEC 8802-5 MAC format to identify well-known functional groups.     (C) 8802-12-1998

**functional address instruction** An instruction whose format contains no operation field because the operation is implicitly specified by its address fields.     (C) 610.10-1994w

**functional adjectives (A) (pulse terminology)** Linear. Pertaining to a feature whose magnitude varies as a function of time in accordance with the following relation or its equivalent:

$$m = a + bt$$

**(B) (pulse terminology)** Exponential. Pertaining to a feature whose magnitude varies as a function of time in accordance with either of the following relations or their equivalents:

$$m = ae^{-bt}$$

$$m = a (1 - e^{-bt})$$

**(C) (pulse terminology)** Gaussian. Pertaining to a waveform or feature whose magnitude varies as a function of time in accordance with the following relation or its equivalent:

$$m = ae^{-b (t-c)^2}, b > 0$$

**(D) (pulse terminology)** Trigonometric. Pertaining to a waveform or feature whose magnitude varies as a function of time in accordance with a specified trigonometric function or by a specified relationship based on trigonometric functions (for example, cosine squared).     (IM/WM&A) 194-1977

ATLAS-00033199

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition

## Your Dependable Source for IEEE Standardized Terminology

*The Authoritative Dictionary of IEEE Standards Terms* is today's trustworthy resource for terminology in IEEE standards. In this newly updated edition, professional experts and students alike gain an in-depth understanding of the breadth of coverage of IEEE standards terms and definitions—not found in any other single source.

Rich in information, the seventh edition contains:
- Nearly 35,000 terms and definitions from over 800 IEEE standards
- An extensive, convenient acronym and abbreviation section
- A complete set of abstracts describing IEEE standards
- Equations and formulas in easy-to-read type

What's more, ALL definitions are augmented by a combination of indispensable information, including:

- Preferred and popular usage of each term
- Variations in meanings among different technical specialties
- Cross-indexing to related works
- Key explanatory notes that clarify terms when needed
- Field of application for each entry, along with the source of each term

SP1122
0-7381-2601-2



ISBN 0-7381-2601-2

9 780738 126012

ATLAS-00033200