# Exhibit 16



SEVENTH EDITION

MODERN

DICTIONARY of ELECTRONICS

RUDOLF F. GRAF

Newnes

ATLAS-00033186

Case 2:21-cv-00430-JRG-RSP    Document 88-18    Filed 12/02/22    Page 3 of 6 PageID #: 3317

# MODERN
# DICTIONARY
of
# ELECTRONICS

SEVENTH EDITION

REVISED AND UPDATED

## Rudolf F. Graf



**Newnes**

Boston   Oxford   Auckland   Johannesburg   Melbourne   New Delhi

ATLAS-00033187

Newnes is an imprint of Butterworth-Heinemann.

Copyright © 1999 by Rudolf F. Graf

 A member of the Reed Elsevier Group.

All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

 Recognizing the importance of preserving what has been written, Butterworth-Heinemann prints its books on acid-free paper whenever possible.

 Butterworth-Heinemann supports the efforts of American Forests and the Global ReLeaf program in its campaign for the betterment of trees, forests, and our environment.

**Library of Congress Cataloging-in-Publication Data**

Graf, Rudolf F.
   Modern dictionary of electronics / Rudolf F. Graf. — 7th ed.,
 revised and updated.
      p.       cm.
   ISBN 0-7506-9866-7 (alk. paper)
   1. Electronics — Dictionaries. 1. Title
 TK7804.G67   1999
 621.381'03 — dc21                                    99-17889
                                                      CIP

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

The publisher offers special discounts on bulk orders of this book.
For information, please contact:
Manager of Special Sales
Butterworth-Heinemann
225 Wildwood Avenue
Woburn, MA 01801-2041
Tel: 781-904-2500
Fax: 781-904-2620

For information on all Butterworth-Heinemann publications available, contact
our World Wide Web home page at: http://www.bh.com

10 9 8 7 6 5 4 3 2 1

Typeset by Laser Words, Madras, India
Printed in the United States of America

ATLAS-00033188

311

**full subtractor** — A device that can obtain the difference of two input bits, subtract a borrow from these two bits, and provide difference and borrow outputs.

**full-track recording** — 1. Defines the track width as essentially equal to the tape width. Applies to inch-wide (or less) tape only. 2. A recorded signal occupying the full width of a ¼-inch (6.35-mm) tape. 3. Recording monophonically on one track whose width is essentially the same as the tape's. *See* track configuration.

**full-track tape recording** — A professional tape recording standard in which one track occupies the entire width of a ¼-inch (6.35-mm) wide recording tape.

**full-voltage starting** — *See* across-the-line starting.

**full-wave rectification** — The process of inverting the negative half-cycle of current of an alternating input so that it flows in the same direction as the positive half-cycle. A way to accomplish this is to use four diodes placed in a bridge configuration.

**full-wave rectifier** — A circuit, electron tube, or other device that uses both positive and negative alternations in an alternating current to produce direct current.



Center-tapped.



Bridge.

*Full-wave rectifier.*

**full-wave rectifier tube** — A tube containing two sets of rectifying elements to provide full-wave rectification.

**full-wave vibrator** — A vibrator having an armature that moves back and forth between two fixed contacts, so as to change the direction of the direct current flow through a transformer at regular intervals and thereby permit voltage step-up by the transformer. Used in battery-operated power supplies for mobile and marine radio equipment.

**function** — 1. A quantity of value that depends on the value of one or more other quantities. 2. A specific purpose of an entity, or its characteristic action. 3. A means of referring to a type or sequence of calculations within an arithmetic statement. 4. An integral unit of computational work (add, subtract, sine, cosine, read, write). It cannot be subdivided further without destroying its nature — it is at its optimum granularity.

**functional block** — Also called molecular electronic circuit. A more or less homogeneous combination of several solid-state materials to perform a desired circuit function. The quartz crystal is often represented as a natural expression of the functional block combination of resistance, capacitance, and inductance.

**functional board tester** — A tester that verifies the correct logical operation of a logic board by applying test patterns at the board-edge connector. The output responses usually are monitored at the connector, although some test points may be used.

**functional design** — The specification of the working relations between the parts of a system in terms of their characteristic action.

**functional device** — *See* integrated circuit.

**functional diagram** — A diagram showing the functional relationships among the parts of a system.

**functional electronic block** — A fabricated device serving a complete electronic function, such as amplification, without other individual components or conducting wires except those required for input, power, and output.

**functional insulation** — The insulation necessary for the proper functioning of a device and for basic protection against electrical shock hazard.

**functional interface** — An interface between the operating characteristics of equipment such as electrical power and signal characteristics, signal timing, and environmental coupling.

**functional language** — A programming language that uses exclusively expressions to be evaluated.

**functional parts** — Discrete items defined by functional characteristics and dimensions that are not repairable with the use of spare parts (e.g., resistors, capacitors, diodes, potted transformers, permanently sealed batteries, etc.).

**functional testing** — Testing to determine whether the device under test reacts correctly to inputs, qualitatively.

**functional tests** — The application of functional input vectors and the corresponding responses that assure proper operation of a digital IC.

**functional trimming** — Trimming of a circuit element (usually resistors) on an operating circuit to set a voltage or current on the output.

**function characteristic** — The relationship between the output ratio and the shaft position of a precision potentiometer.

**function codes** — Codes that appear in tape or cards to operate machine functions, such as carriage returns, space, shift, skip, tabulate, etc.

**function digit** — A coded instruction used in a computer for setting a branch order to link subroutines into the main program.

**function generator** — 1. A device capable of generating one or more desired waveforms. 2. An electrical network that can be adjusted to make its output voltage (or current) a desired function of time. Used in conjunction with analog computers. 3. A character, conic, or vector generator in a display controller. Some display controllers have additional function generators, such as sweep generators for displaying television-type pictures on the display screen. 4. A signal source that can produce a variety of output waveshapes that, if completely free from distortion, would represent a readily definable mathematical relationship between the time base and the output voltage. Thus, square, triangle, sawtooth, and equivalent waveshapes constitute the basic outputs of a function generator. If the instrument incorporates adequate signal-modifying circuitry, it can alter triangle or square waveforms to closely approximate sine-haversine and havertriangle or haversquare outputs. With circuitry for amplitude hold, internal gating, slope control, dc offset, signal inversion, and horizontal and limit control, it becomes simple to produce trapezoids, forward or backward skewed sines, or almost any other combination or variation of internally generated waveforms derived from basic mathematical functions.

ATLAS-00033189

Electronics/Reference

## SEVENTH EDITION

# MODERN DICTIONARY of ELECTRONICS

## RUDOLF F. GRAF

"How do you improve on a classic? Rudy Graf has done just that in the fully updated seventh edition of his **Modern Dictionary of Electronics**. In his elegantly practical style he defines over 28,000 terms drawn from a broad range of fields. In a world where electronics technology is growing so rapidly, this authoritative book belongs on everyone's reference shelf!"
— **Larry Steckler**, Editor-in-Chief of *Electronics Now* and *Popular Electronics*

With over a million copies in print, the **Modern Dictionary of Electronics** is the bible of technology reference for readers around the world. Now fully updated by the original author, this essential, comprehensive reference book should be in the library of every engineer, technician, technical writer, hobbyist, and student.

Included in this fully revised classic are well over 28,000 terms, phrases, acronyms, and abbreviations from the ever-expanding worlds of consumer electronics, optics, microelectronics, computers, communications, and medical electronics. From the basic elements of theory to the most cutting-edge circuit technology, this book explains it all in both words and pictures.

For easy reference, the author has provided definitions for standard abbreviations and equations as well as tables of SI (International System of Units) units, measurements, and schematic symbols.

**Rudolf F. Graf** is an author whose name is familiar to electronics professionals and hobbyists alike. Mr. Graf graduated from Brooklyn Polytechnic Institute as an electronics engineer, and did his graduate work at New York University. He has been active in the electronics industry for more than fifty years in capacities ranging from design and consulting engineer to chief instructor at electronics and television schools, as well as in sales and marketing. He currently lives in New York. His many books offer a practical and enjoyable approach to often complex material. Other Newnes titles by Mr. Graf include **Video Scrambling and Descrambling, Second Edition**, and his full five-book series on electronics circuits.

**Related Newnes titles:**
**Newnes Dictionary of Electronics, 4E**
S. W. and Roger Amos
ISBN 0-7506-4331-5, pb, 400 pp.

**Electronics Terminology: A Concise Dictionary**
Informatik Rezurch
ISBN 0-7506-9751-2, pb, 96 pp.

**Electronics Engineer's Reference Book, 6E**
F. F. Mazda
ISBN 0-7506-0809-9, pb, 1008 pp.



ISBN 0-7506-9866-7

90000

9 780750 698665



# Newnes
An imprint of Butterworth-Heinemann
http://www.newnespress.com

ATLAS-00033190