# Exhibit 17

Attorney Docket No.: A303AA-000200PV

# PROVISONAL PATENT APPLICATION

# UL MU-MIMO IN WIRELESS LAN SYSTEM

Inventor:

Heejung YU, residing at
107-607, Taewang Leaders Apt., Manchon-dong, Suseong-gu,
Daegu, Korea

Minho CHEONG, residing at
204-401, Songnim Apt., Hagi-dong, Yuseong-gu,
Daejeon, Korea

Hyoung Jin KWON, residing at
707-901, Banseok Apt., Banseok-dong, Yuseong-gu,
Daejeon, Korea


Assignee:

Newracom, Inc
4 Executive Circle, Suite 270,
Irvine, CA. 92614
USA

Entity:        Small

**AMPACC Law Group, PLLC**
6100 219th Street SW, STE 580
Mountlake Terrace, WA 98043
Tel: 425-348-3500
Fax: 425-348-3299

ATLAS-00013749

Attorney Docket No.: A303AA-000200PV

# 명세서

## 1. Title

UL MU-MIMO in wireless LAN system

무선랜 시스템을 위한 상향링크 다중 사용자 MIMO 기법

## 2. Summary

기존 무선랜에서는 주어진 시간에 하나의 단말(STA: station)만 엑세스 포인트(AP: access point)와 통신할 수 있었다. 하지만, 다중 안테나 AP를 사용할 경우, 다수의 STA가 동시에 데이터를 전송해도 AP에서 동시에서 수신이 가능하다. 이와 같은 다중 사용자 MIMO 기법을 무선랜 시스템에 사용하기 위한 데이터 송수긴 과정을 및 이를 위한 효과적인 프레임 구성 방식을 제안한다. 즉, 이를 통하여 단위 시간 동안에 전송할 수 있는 상향링크 데이터 속도를 제고하여 무선랜 데이터 품질을 획기적으로 향상시킬 수 있다.

## 3. Background

현재까지는 무선LAN 전송 규격들은 대부분 전송 속도 향상을 위해서 다중 안테나를 사용하거나, 대역폭을 확장하는 형태로 발전해 왔다. 그 대표적인 예가 IEEE 802.11n과 IEEE 802.11ac이다. IEEE 802.11n에서는 점대점 다중 안테나 전송(MIMO; multiple input multiple output) 기법이, IEEE 802.11ac에서는 하향 링크 다중 사용자 다중 안테나(DL MU-MIMO; downlink multiuser MIMO) 기법을 통하여 다수의 안테나를 갖는 AP가 다수의 STA에게 동시에 데이터를 전송하는 기법이 채용되었다. IEEE 802.11ac이후에의 새로운 무선랜 시스템에서는 상향 링크 다중 사용자 다중 안테나 (UL MU-MIMO; Uplink multiuser MIMO)기법이 채용될 것으로 기대된다. 하지만 기존 무선랜의 프로토콜을 고려하면, UL MU-MIMO를 지원하기 위해서는 다양한 새로운 프레임 및 사전 준비 과정이 필요한데 아래의 그림과 같은 아직까지의 논의(IEEE802.11 표준화 논의)에서는 이에 대

ATLAS-00013750

Attorney Docket No.: A303AA-000200PV

한 충분한 고려가 이루어지지 않았다.



그래서 본 특허에서는 기존 무선랜의 동작에 위배되지 않으면서 UL MU-MIMO를 지원할 수 있도록 새로운 프레임을 정의하고, 프레임 송수신 과정을 정의하고자 한다.

## 4.  Objective

무선랜의 주파수 효율 향상을 위해서 UL MU-MIMO의 사용을 제안하고, 이를 위한 새로운 프레임 및 그 구성 요소, 그리고 다양한 환경에서 AP과 단말들이 사이의 프레임을 주고 받는 과정을 제안하고자 한다. 이를 통하여 기존 무선랜 통신 프로토콜을 유지하면서 효과적으로 UL MU-MIMO를 지원할 수 있도록 한다.

## 5.  Invention effect

본 발명에서는 IEEE 802.11ac의 전송 프레임 구조를 채용하면서 기존 IEEE 802.11a/n과의 호환성을 고려하지 않아도 되는 새로운 시스템을 위하여 호환성을 위한 overhead를 줄이고, 새로운 전송 모드를 추가 하는 것에 대비하여 제어 정보를 수정하는 등의 프레임 구성 방식을 제안하여, 기존의 IEEE 802.11ac의 규격을 조금 수정하여 효과적으로 새

ATLAS-00013751

Attorney Docket No.: A303AA-000200PV

로운 시스템에 적용할 수 있도록 하였다.

## 6. Detailed Description



상향링크 다중 사용자 다중 안테나 (UL MU-MIMO)기법은 다수의 STA가 AP로 동시에 데이터를 전송하고, AP에서는 이를 분리 복조하여 다수의 STA를 동시에 지원하는 방식 이다. 이는 점대점 MIMO 기법에서 송신단의 데이터 스트림을 공간적으로 분리되어 있는 여러 개의 송신단이 전송하는 개념이다. 그래서 다수의 STA가 단일 송신단처럼 프레임을 전송해야 한다. 따라서, 여러 송신단이 동시에 전송을 시작해야 하고, 각 송신단과 수신단의 거리에 따른 전력 차이도 사전에 보상되어 전송되어야 한다. 뿐만 아니라, 반송파 주파수 오차도 동일한 값을 갖도록 사전에 조율되어야 한다. 따라서 이와 같은 사전 조건들의 충족시키기 위한 사전 준비 과정이 필요하다.

UL MU-MIMO의 경우는 DL MU-MIMO와 달리, 다중 링크 사이의 간섭 제거를 위한 빔포밍을 위한 채널 정보 전달이 필수적이지는 않다. UL MU-MIMO의 성능 향상 및 채널 용량 증대를 위해서 채널 정보를 바탕으로 UL MU-MIMO에 참여할 STA을 선택하는 과정 및 빔형성을 위해서 채널 정보를 활용할 수도 있다. 이와 같은 다양한 조건을 고려한 UL MU-MIMO 방식을 제안하여야 한다.

즉, 무선랜에서의 UL MU-MIMO 동작을 위해서는 다음과 같은 준비 과정 등이 필요하다.

ATLAS−00013752

Attorney Docket No.: A303AA-000200PV

- UL-MIMO를 위해서는 CFO pre-distortion과 timing, power control 등의 사전 준비 작업이 필요하다.
- CFO pre-correction
    - Open loop 방식으로 가능: received packet에서 CFO 추정 후 correction에 사용함.
- Timing control
    - Open loop 방식으로 가능: packet 수신 후 SIFS 간격을 두고 전송하면, 거리 차이의 2배 정도 생김.
- Power control
    - Open loop 방식 적용할 경우 한계 있음.
    - Open loop로 할 경우, AP가 단말의 power limit을 넘기는 power control level을 전달될 수 있다. 그래서 단말의 최대 tx power level과 pathloss를 알아야 AP에서 power control을 할 수 있다.
    - 하지만, 단말의 tx power limit에 의한 power imbalance를 감수한다면 open loop도 가능하다.
- UL-MIMO 시작은 channel sensing 방식인 아닌 scheduled access 방식이어야 한다.
    - AP가 UL-MIMO 시작점을 알려주거나, ULI(UL initiation, DL의 NDPA와 같은 역할) 프레임으로 시작함.
- CFO, power control, # of streams, LTF assignment 결정 등을 위한 initialization 과정을 우선 수행
    - Power control을 단말의 위치에 따라 매 순간 달라지므로 항상 UL-MIMO transmission 전에 수행되어야 함.
- UL MIMO의 경우, channel sounding 과정이 불필요하다.
- 하지만, UL-MIMO에서 성능 향상을 위해서는 user scheduling일 필요하고, 이를 위해서는 channel 정보가 필요하다.
    - 선택된 사용자의 채널조합에 따라서 channel capacity가 달라진다. 그래서 많은 논문에서는 UL-MIMO user scheduling 방식을 제안하고 있다.
- 따라서, optimal feature 형태로 UL-MIMO에서의 sounding을 채용할 수도 있다.


본 특허에는 수신 과정 및 빔포밍 과정에 대한 상세한 설명 보다는 UL MU-MIMO를 위한 AP와 단말 사이의 정보 제공 방식 및 이를 위한 프레임 교환 과정, 그리고 각 프레

ATLAS-00013753

Attorney Docket No.: A303AA-000200PV

임에 포함되어야 할 정보들에 대하여 제안하고자 한다.

우선 AP가 특정 단말 그룹을 대상으로 UL MU-MIMO 전송을 수행할 경우를 고려한다.



도면 1에 대한 설명: AP가 STA1 ~ STA N으로 이루어진 단말 그룹에 ULI(UL MU-MIMO initiation) 프레임을 전송하여 UL MU-MIMO 전송을 시작하고, 이를 수신한 단말 그룹의 단말들은 UL req (UL MU-MIMO request) 프레임을 전송하여 자신의 큐의 데이터 상태 및 AP에서 자신의 위치까지의 경로 손실 정보 등을 AP에 전달하게 된다. 그리고 AP의 요청에 따라서 채널 정보의 전달이 필요할 경우, UL req의 프레임 구조를 IEEE 802.11ac 의 NDP 프레임과 같이 LTF의 개수를 안테나 수만큼 확장하여 전송할 수도 있다. 이와 같이 정보를 바탕으로 AP는 UL MU-MIMO에 참여할 STA를 최종 선택하고, 각 STA에 해당하는 정보를 UL setup (UL MU-MIMO setup) 프레임으로 구성하여 전송한다. 여기에 서는 각 STA가 사용할 LTF의 구조, 송신 전력, MCS(modulation and coding scheme) 정 보, 데이터 길이 등이 포함된다. 이렇게 UL MU-MIMO 전송을 위한 사전 준비가 마무리 되면, UL MU-MIMO 전송에 참여하는 단말들은 UL setup 프레임의 정보에 따라서 UL data 프레임은 전송한다. 그리고 해당 프레임의 수신 여부를 BACK(block acknowledgement) 프레임을 통하여 단말들에게 알려준다. 여기서 각각의 프레임 사이 의 간격 시간은 SIFS나 PIFS와 같이 미리 정해진 시간 간격을 의미한다.

ATLAS−00013754

Attorney Docket No.: A303AA-000200PV

도면 1에서 UL MU-MIMO를 시작하는 ULI 프레임은 UL MU-MIMO에 참여할 STA 그룹, 즉 UL MU-MIMO 전송에 참여할 후보에 대한 정보를 포함하는 것이다. 그리고 AP가 각 STA의 채널 정보를 이용한 STA 선택 및 빔포밍을 지원할지 여부에 따라서 채널 정보를 전달하는 채널 사운딩(sounding)과정을 수행할지를 결정하고, 이를 각 STA에 알려준다. 따라서 ULI 프레임에 UL MU-MIMO을 위해서 포함되어야 하는 정보로는 UL MU-MIMO에 참여할 후보 STA 그룹 정보(각각 STA의 주소와(또는) 그룹 주소)와 채널 사운딩 수행 여부 정도이다.

AP가 이렇게 ULI 프레임을 전송하면, 이를 수신한 후보 STA들은 정해진 순서(예를 들어, ULI 프레임의 단말 주소 순서)에 따라서 AP의 UL request 프레임을 전송한다. 이 때의 프레임 구조를 채널 사운딩 수행 여부에 따라서 달라진다. 만약 채널 사운딩을 수행한다면, MIMO 채널 추정을 위한 LTF의 개수가 STA의 안테나 수에 따라서 결정되어야 한다. (기존 IEEE 802.11n 또는 IEEE 802.11ac의 NDP 프레임에서와 같이) 그리고 AP에서 STA의 송신 전력 제어를 위해서 현재 해당 STA의 송신 전력이 얼마이고, STA가 사용할 수 있는 최대 송신 전력이 어느 정도인지 AP에 알려주어야 한다. 뿐만 아니라, 현재 STA가 데이터 큐에 송신할 데이터가 있는지, 그리고 그 크기는 어느 정도인지 알려줘서 AP가 UL MU-MIMO에 포함 시킬 STA을 결정하데 필요한 정보를 제공한다. 뿐만 아니라, 반송파 주파수 보정이 잘 되는지를 확인하기 위해서 UL request 프레임을 전송할 때, 각 STA는 이전 ULI 프레임을 수신하면 추정한 반송파 주파수 오차를 송신단에서 사전에 보정하여 전송하게 된다. 그러면, AP에서는 각 STA에서 수용가능 수준까지 반송차 오차를 보정하여 보내고 있는지 확인이 가능하고 이를 바탕으로 UL 전송에 참여할 STA를 결정하는데 활용할 수도 있다.

지금까지 얻어낸 정보를 이용하여 AP는 UL MIMO에 참여할 STA들을 선정한다. 그리고 선정된 결과를 각 STA들의 전송을 위한 정보를 포함한 UL setup packet을 전송하여 UL-MIMO 전송을 시작하도록 한다.

ATLAS-00013755

Attorney Docket No.: A303AA-000200PV

- UL setup packet
  - Total number of HEW-LTFs to be used for UL MU-MIMO
  - Total number of OFDM symbols or length
  - STA information
    - STA Address (to be participated in UL-MU)
    - used HEW-LTF rows to be used by each STA (toggle 형태?)
    - 해당 단말이 전송할 # of streams
    - 해당 단말이 사용할 MCS
    - 해당 단말의 송신 전력 정보

즉, 모든 STA들로부터 UL MU-MIMO을 시작하기 위한 정보를 수신한 후에 AP의 다양한 기준의 STA 선택 과정을 거쳐 UL MU-MIMO 전송에 참여할 STA를 최종 결정하게 된다. UL MU-MIMO에 참여하는 STA들을 결정하면, UL setup을 통하여 그 결정 결과를 해당 STA에 전달한다. 우선 모든 STA에 해당되는 공통의 정보가 있을 수 있고, 각 STA를 위한 개별 정보가 있을 수 있다. 공통 정보로는 모든 STA가 전송하는 총 데이터 스트림의 개수, UL 전송이 차지하는 시간적 길이 (전송되는 OFDM 심벌 수 또는 시간)가 있다. 여기서 총 데이터 스트림의 개수는 UL data 프레임에 포함될 LTF의 개수를 알 수 있게 하고, UL 전송의 길이는 모든 단말이 해당 길이에 맞춰서 프레임을 전송하도록 하고, 만약 이보다 전송한 데이터 양이 적다면, "0"을 덧붙여 길이를 맞춰 전송하게 한다. 각 STA에 전달된 개별 정보에는, 해당 STA의 주소, STA가 사용한 송신 전력, STA가 전송할 데이터 스트림 수, STA가 사용할 LTF의 형태(IEEE 802.11n/ac의 LTF를 정의하는 행렬의 행 index 정보로 간략화될 수 있다.), 그리고 각 STA의 사용 MCS 정보, 채널 사운딩이 수행 되었다면 각 STA가 활용한 빔 정보 (IEEE 802.11ac의 compressed beam 형태를 가정한다.) 등이 포함된다.

이와 같이, 선택된 단말들이 UL setup의 정보에 맞게 UL MU-MIMO 전송을 시작하는데, UL setup에 있는 total number of OFDM symbol에 맞춰서 padding 후 uplink MIMO 전송을 시작한다. UL setup 프레임의 정보를 활용하여 각 STA는 UL data 프레임을 구성하

ATLAS-00013756

Attorney Docket No.: A303AA-000200PV

여 AP로 동시에 전송한다. 이때, 각 STA는 AP가 알려준 송신 전력을 사용하고, 반송파 주파수 역시 UL request 프레임에서 사용했던 만큼 사전 보상을 하여 전송하게 된다. 그리고 AP에서 복조를 통하여 각 단말의 데이터를 복원하게 된다. 그리고 복조 가능 여부에 따라서 BACK (Block ACK) 프레임을 통하여 각 단말의 정상 수신 여부를 알려준다. BACK에는 어느 STA의 데이터가 정상 수신되었는지를 포함하여, 오류가 난 STA를 구분할 수 있도록 한다. 또한, ACK에 UL data가 더 있는지 여부를 알려줄 수 있다. (more UL data indication UDI)

그래서 각 프레임에 포함되는 정보와 프레임 구성상의 특징을 정리하면 다음과 같다.

| 프레임 종류<br><br>(전송 방향) | 포함 정보 및 특징 |
|---|---|
| ULI 프레임<br><br>(AP -> STA) | UL MU-MIMO 전송 참여 부호 단말 그룹 정조 (group ID, 단말 주소 정보) |
|  | UL 채널 사운딩 여부 |
| UL request 프레임<br>(STA -> AP) | 현재 프레임의 송신 전력 |
|  | 최대 사용 가능 송신 전력 |
|  | ULI 프레임 수신시 반송파 오차를 사전 보상후 프레임 전송 |
|  | UL 채널 사운딩을 할 경우, STA 안테나 수에 따라 LTF 개수 결정 (IEEE 802.11ac/n의 NDP 프레임에서의 LTF 개수 결정 규칙과 동일) |

ATLAS-00013757

Attorney Docket No.: A303AA-000200PV

| UL setup 프레임<br><br>(AP -> STA) | 공통 정보 | UL 참여 모든 STA의 전송 데이터 스트림 총 개수 |
|---|---|---|
| | | UL data 프레임의 전송 길이 (OFDM symbol 수 또는 전송 시간) |
| | 개별 정보 | 해당 STA 주소 |
| | | 해당 STA가 전송할 데이터 스트림 개수 |
| | | 해당 STA가 사용할 LTF 세트 |
| | | 해당 STA의 송신 전력 |
| | | 해당 STA의 송신 MCS |
| | | 해당 STA를 위한 빔 정보 (compressed beam) |
| UL data 프레임<br><br>(STA -> AP) | 각 STA은 UL setup 프레임의 정보에 따라서 프레임 전송 | |
| | 각 STA은 UL request 프레임 전송에 사용했던 반송파 오차 사전 보상치와 같은 값으로 사전 보상 후 전송 | |
| BACK 프레임<br><br>(AP -> STA) | 각 STA에서 전송한 데이터의 수신 여부 구분 가능하도록 함 | |

한편, 상기와 같이 정의한 프레임들을 활용하여 UL MU-MIMO가 이루어지는 전송의 사례들을 조건에 따라 몇 가지 상술하도록 한다.

UL-BF 전송의 경우,

- STA각 순차적으로 AP에 NDP type의 packet을 전송하고,
- AP가 각 STA에 CB feedback을 보내줘야 한다.

ATLAS-00013758

Attorney Docket No.: A303AA-000200PV



DL과 UL이 복합적으로 이루어지는 경우,#1

• UL-MIMO와 DL-MIMO이 복합적으로 이루어 지는 경우, (DL이 구조를 최대한 유지하는 형태)

• DL + UL가 연쇄적으로 전송이 이루어지는 형태임

• ...



ATLAS−00013759

Attorney Docket No.: A303AA-000200PV

DL과 UL이 복합적으로 이루어지는 경우, #2

- UL-MIMO와 DL-MIMO이 복합적으로 이루어 지는 경우, (효율성을 최대화 하는 경우)
- 이 경우 역시, DL + UL 전송이 연쇄적으로 연이어 이루어지게 된다.



DL과 UL이 복합적으로 이루어지는 경우, #3

- UL-MIMO와 DL-MIMO이 복합적으로 이루어 지는 경우, (효율성을 최대화 하는 경우)
- 이 경우 역시, DL + UL 전송이 연쇄적으로 연이어 이루어지게 된다.

ATLAS-00013760

Attorney Docket No.: A303AA-000200PV



DL과 UL이 복합적으로 이루어지는 경우, #4

- UL-MIMO와 DL-MIMO이 복합적으로 이루어 지는 경우, (DL group에서 ul user가 추가 되는 경우)
- 이 경우 역시, DL + UL 전송이 연쇄적으로 연이어 이루어지게 된다.

이상과 같은 경우들은 UL+DL의 연쇄적 전송을 위하여, 기존 DL의 framework을 유지하

ATLAS−00013761

Attorney Docket No.: A303AA-000200PV

기 위해서, 독립적으로 UL와 DL을 수행하는 방식이다.

이와 달리, UL 전송의 request를 먼저 수신한 이후에, UL 전송을 우선 수행한 이후에, DL 전송 (수요가 있는 경우에)을 수행하는 다음과 같은 동작 순서도 고려할 수 있다.

DL과 UL이 복합적으로 이루어지는 경우, #5



ATLAS-00013762

Attorney Docket No.: A303AA-000200PV

What is Claimed Is:

1. A system,
   a statation, and
   an access point,
   wherein the access point is configured to handle UL MU-MIMO.

ATLAS–00013763

PTO/AIA/14 (12-13)
Approved for use through 00/12/2034. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | A303AA-000200PV |
|---|---|---|
| | Application Number | |

| Title of Invention | UL MU-MIMO IN WIRELESS LAN SYSTEM |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.}

## Inventor Information:

**Inventor    1**                                         [ Remove ]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Heejung | | YU | |

**Residence Information (Select One)**  ○ US Residency   ● Non US Residency   ○ Active US Military Service

| City | Daegu | Country of Residence i | | KR |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 107-607, Taewang Leaders Apt., Manchon-dong |
|---|---|
| Address 2 | Suseong-gu |

| City | Daegu | State/Province | |
|---|---|---|---|
| Postal Code | | Country  i | KR |

**Inventor    2**                                         [ Remove ]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Minho | | CHEONG | |

**Residence Information (Select One)**  ○ US Residency   ● Non US Residency   ○ Active US Military Service

| City | Daejeon | Country of Residence i | | KR |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 204-401, Songnim Apt., Hagi-dong, Yuseong-gu |
|---|---|
| Address 2 | |

| City | Daejeon | State/Province | |
|---|---|---|---|
| Postal Code | | Country  i | KR |

**Inventor    3**                                         [ Remove ]

**Legal Name**

ATLAS-00013764

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | **Attorney Docket Number** | A303AA-000200PV |
|---|---|---|
| | **Application Number** | |

| Title of Invention | UL MU-MIMO IN WIRELESS LAN SYSTEM |
|---|---|

| **Prefix** | **Given Name** | **Middle Name** | **Family Name** | **Suffix** |
|---|---|---|---|---|
| | Hyoung Jin | | KWON | |

**Residence Information (Select One)** ○ US Residency  ◉ Non US Residency  ○ Active US Military Service

| **City** | Daejeon | **Country of Residence** i | | KR |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| **Address 1** | 707-901, Banseok Apt., Banseok-dong, Yuseong-gu | | |
|---|---|---|---|
| **Address 2** | | | |
| **City** | Daejeon | **State/Province** | |
| **Postal Code** | | **Country** i | KR |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.  | Add |

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. **For further information see 37 CFR 1.33(a).** |
|---|
| ☐ **An Address is being provided for the correspondence Information of this application.** |

| **Customer Number** | 83220 | |
|---|---|---|
| **Email Address** | | Add Email  Remove Email |

## Application Information:

| **Title of the Invention** | UL MU-MIMO IN WIRELESS LAN SYSTEM | | |
|---|---|---|---|
| **Attorney Docket Number** | A303AA-000200PV | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Provisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | | **Suggested Figure for Publication (if any)** | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country i |
|---|---|---|
| | | |

ATLAS-00013765

PTO/AIA/14 (12-13)
Approved for use through 00/00/0000. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | A303AA-000200PV |
|---|---|---|
| | Application Number | |

| Title of Invention | UL MU-MIMO IN WIRELESS LAN SYSTEM |
|---|---|

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ⦿ Customer Number | ◯ US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 83220 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | | | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.   Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) [i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country [i] | Filing Date (YYYY-MM-DD) | Access Code [i] (if applicable) |
| | | | |

ATLAS-00013766

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | A303AA-000200PV |
|---|---|---|
| | Application Number | |

| Title of Invention | UL MU-MIMO IN WIRELESS LAN SYSTEM |
|---|---|

| Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☐ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

ATLAS-00013767

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | A303AA-000200PV |
|---|---|---|
| | Application Number | |

| Title of Invention | UL MU-MIMO IN WIRELESS LAN SYSTEM |
|---|---|

## Applicant   1                                                    Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

(●) Assignee            ( ) Legal Representative under 35 U.S.C. 117            ( ) Joint Inventor

( ) Person to whom the inventor is obligated to assign.      ( ) Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here.          ☒

| Organization Name | NEWRACOM, INC |
|---|---|

**Mailing Address Information:**

| Address 1 | 4 Executive Circle, Suite 270 | | |
|---|---|---|---|
| Address 2 | | | |
| City | Irvine | State/Province | CA |
| Country ⁱ | US | Postal Code | 92614 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.          Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

## Assignee   1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here.          ☐

EFS Web 2.2.11

ATLAS-00013768

PTO/AIA/14 (12-13)
Approved for use through 00/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | A303AA-000200PV |
|---|---|---|
| | Application Number | |

| Title of Invention | UL MU-MIMO IN WIRELESS LAN SYSTEM |
|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |

| City | | State/Province | |
|---|---|---|---|
| Country  i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

| Add |

# Signature:

| Remove |

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications

| Signature | /Steve Y. Cho/ | | | Date (YYYY-MM-DD) | 2014-04-04 |
|---|---|---|---|---|---|
| First Name | Steve | Last Name | Cho | Registration Number | 44612 |

Additional Signature may be generated within this form by selecting the Add button.

| Add |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ATLAS-00013769

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ATLAS-00013770

| **Electronic Patent Application Fee Transmittal** | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | UL MU-MIMO IN WIRELESS LAN SYSTEM |
| **First Named Inventor/Applicant Name:** | Heejung YU |
| **Filer:** | Steve Yong Soo Cho |
| **Attorney Docket Number:** | A303AA-000200PV |
| Filed as Small Entity | |

## Provisional Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Provisional Application Filing Fee | 2005 | 1 | 130 | 130 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

ATLAS–00013771

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | 130 |

ATLAS–00013772

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 18682553 |
| **Application Number:** | 61975622 |
| **International Application Number:** | |
| **Confirmation Number:** | 3221 |
| **Title of Invention:** | UL MU-MIMO IN WIRELESS LAN SYSTEM |
| **First Named Inventor/Applicant Name:** | Heejung  YU |
| **Customer Number:** | 83220 |
| **Filer:** | Steve Yong Soo Cho |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | A303AA-000200PV |
| **Receipt Date:** | 04-APR-2014 |
| **Filing Date:** | |
| **Time Stamp:** | 19:18:01 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 130 |
| RAM confirmation Number | 5754 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

ATLAS–00013773

| 1 | Specification - Not in English | 2014_04_04_SPEC_A303AA-000200PV.pdf | 282343<br>af717d93bed661170e70d04baab30a34a0f83fcc | no | 15 |

**Warnings:**

**Information:**

| 2 | Application Data Sheet | 2014_04_04_ADS_A303AA-000200PV.pdf | 1561375<br>7c25fdc156e3f2635d96d1be99ee34a7ac2e9c95 | no | 7 |

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 29346<br>3b656f9867e8b06858ff45a5da3ffe5dc0cb94ee | no | 2 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 1873064 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATLAS-00013774

 U̲NITED S̲TATES P̲ATENT AND T̲RADEMARK O̲FFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 61/975,622 | 04/04/2014 | Heejung YU | A303AA-000200PV |

CONFIRMATION NO. 3221

83220
AMPACC Law Group, PLLC
Steve Cho
6100 219th Street SW, Suite 580
Mountlake Terrace, WA 98043

**IMPROPER PROVISIONAL LETTER**


*OC000000068084384*

Date Mailed: 04/30/2014

## Letter re Non-English Language Application Papers in a Provisional Application

The above-identified provisional application was filed in a language other than English. An English-language translation of a non-English provisional application and a statement that the translation is accurate must be filed in the provisional application. See 37 CFR 1.78(a)(5). Applicants are strongly encouraged to file the English-language translation of the provisional application and the statement that the translation is accurate in the provisional application before a nonprovisional application claiming the benefit of the provisional application is filed, or, alternatively, when making a claim for the benefit of the provisional application in a nonprovisional application. If, however, an English translation and a statement that the translation is accurate have not been filed in the above-identified provisional application when a nonprovisional application is filed claiming the benefit of the filing date of the provisional application, the Office should mail a Notice requiring an English translation and the statement to be filed in the provisional application and a confirmation to be filed in the nonprovisional application.

In the event that the Office schedules a nonprovisional application that claims the benefit of a provisional application filed in a language other than English for publication without issuing a Notice requiring the applicant to file an English translation of the non-English provisional application, the applicant should file the English translation of the non-English provisional application and a statement that the translation is accurate as soon as possible in the provisional application.

/nhnguyen/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

ATLAS-00013775



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 61/975,622 | 04/04/2014 | | 130 | A303AA-000200PV | | |

**CONFIRMATION NO. 3221**

83220
AMPACC Law Group, PLLC
Steve Cho
6100 219th Street SW, Suite 580
Mountlake Terrace, WA 98043

**FILING RECEIPT**


*OC000000068084380*

Date Mailed: 04/30/2014

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Heejung YU, Daegu, KOREA, REPUBLIC OF;
Minho CHEONG, Daejeon, KOREA, REPUBLIC OF;
Hyoung Jin KWON, Daejeon, KOREA, REPUBLIC OF;

**Applicant(s)**

NEWRACOM, INC., Irvine, CA

**Power of Attorney:**
Steve Cho--44612

**If Required, Foreign Filing License Granted:** 04/28/2014

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 61/975,622**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

UL MU-MIMO IN WIRELESS LAN SYSTEM

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

page 1 of 3

ATLAS-00013776

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

ATLAS-00013777

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

ATLAS–00013778

Doc Code: PD.TO.AUTH
Document Description: Authorization to access Appl. by Trilateral Office

PTO/SB/39 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# AUTHORIZATION TO PERMIT ACCESS TO APPLICATION BY PARTICIPATING OFFICES

Send completed form to: Commissioner for Patents
P.O. Box 1450, Alexandria, VA 22313-1450

| COMPLETE IF KNOWN | |
| --- | --- |
| Application Number | 61/975,622 |
| Filing Date | April 4, 2014 |
| First Named Inventor | Heejung YU |
| Attorney Docket Number | A303AA-000200PV |
| Title (Required) | UL MU-MIMO IN WIRELESS LAN SYSTEM |

The undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified patent application is filed access to the above-identified patent application. See 37 CFR 1.14(c) and (h).

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the above-identified application with respect to: 1) the above-identified patent application-as-filed; 2) any foreign application to which the above-identified patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the above-identified patent application; and 3) any U.S. application-as-filed from which benefit is sought in the above-identified patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

This written authorization should be submitted prior to the filing of a subsequent foreign application, in which priority is claimed to the above-identified patent application, with any intellectual property office (e.g., the EPO, JPO, KIPO, or DAS Accessing Office). However, if applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the above-identified patent application is filed to have access to the above-identified patent application, this written authorization should not be filed.

No fee will be charged under 37 CFR 1.19(b)(1) for providing a participating intellectual property office with an electronic copy of the above-identified patent application.

**This form must be signed by an authorized party in accordance with 37 CFR 1.14(c).**

| | |
| --- | --- |
| /Steve Y. Cho/ | September 8, 2014 |
| Signature | Date |
| Steve Y. Cho | 425-348-3500 |
| Printed or Typed Name | Telephone Number |
| Patent Attorney | 44,612 |
| Title | Registration Number, if applicable |

This collection of information is required by 37 CFR 1.14(h). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process an application). Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

ATLAS-00013779

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ATLAS–00013780

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 20066667 |
| **Application Number:** | 61975622 |
| **International Application Number:** | |
| **Confirmation Number:** | 3221 |
| **Title of Invention:** | UL MU-MIMO IN WIRELESS LAN SYSTEM |
| **First Named Inventor/Applicant Name:** | Heejung  YU |
| **Customer Number:** | 83220 |
| **Filer:** | Steve Yong Soo Cho |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | A303AA-000200PV |
| **Receipt Date:** | 08-SEP-2014 |
| **Filing Date:** | 04-APR-2014 |
| **Time Stamp:** | 17:06:58 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Authorization to access Appl. by Trilateral Office | 2014_09_08_PD_TO_AUTH_A303AA-000200PV.pdf | 845188<br>c30be0385f71c3ac62d2ed22f130edba56e556ef | no | 2 |

| **Warnings:** |
|---|
| **Information:** |

ATLAS–00013781

Total Files Size (in bytes):                                    845188

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATLAS–00013782



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 61/975,622 | 04/04/2014 | | 130 | A303AA-000200PV | | |

**CONFIRMATION NO. 3221**

83220
AMPACC Law Group, PLLC
Steve Cho
6100 219th Street SW, Suite 580
Mountlake Terrace, WA 98043

**REPLACEMENT FILING RECEIPT**


*OC000000070651908*

Date Mailed: 09/11/2014

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Heejung YU, Daegu, KOREA, REPUBLIC OF;
Minho CHEONG, Daejeon, KOREA, REPUBLIC OF;
Hyoung Jin KWON, Daejeon, KOREA, REPUBLIC OF;

**Applicant(s)**

NEWRACOM, INC., Irvine, CA

**Power of Attorney:**
Steve Cho--44612

Permission to Access - A proper **Authorization to Permit Access to Application by Participating Offices** (PTO/SB/39 or its equivalent) has been received by the USPTO.

**If Required, Foreign Filing License Granted:** 04/28/2014

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 61/975,622**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

UL MU-MIMO IN WIRELESS LAN SYSTEM

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

page 1 of 3

ATLAS-00013783

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

ATLAS-00013784

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

ATLAS-00013785

# Verification Statement For Translation

I, **Seokam LEE**, hereby declare that I am conversant in the **Korean** and the **English** languages and that I am the translator of the document attached and certify that to the best of my knowledge and belief the following is a true and correct English translation of the Korean specification of U.S. Provisional Patent Application No. **61/975,622**.


Signature: ___*Seokam Lee*_____ Seokam LEE

Date:    June 1, 2015

ATLAS-00013786

PATENT
Attorney Docket No.: A303AA-000200PV

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| In re application of: | Confirmation No. 3221 |
| Heejung YU et al. | Examiner:        Unassigned |
| Application No.:  61/975,622 | Technology Center/Art Unit:     Unassigned |
| Filed:  April 04, 2014 | RESPONSE TO LETTER RE NON-ENGLISH LANGUAGE APPLICATION PAPERS IN A PROVISIONAL APPLICATION |
| For:  UL MU-MIMO IN WIRELESS LAN SYSTEM | |
| Customer No.:  83220 | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Letter re Non-English Language Application Papers in a Provisional Application mailed April 30, 2014, enclosed are the following to be made of record in the above-identified application:

1) An English-translated specification, and

2) A statement signed by the translator stating that the translation is accurate.

The Commissioner is hereby authorized to charge any additional fees associated with this paper or during the pendency of this application, or credit any overpayment, to Deposit Account No. 50-4713.

Respectfully submitted,

/Steve Y. Cho/
Steve Y. Cho
Reg. No. 44,612

AMPACC Law Group, PLLC
6100 219th St. SW, Suite 580
Mountlake Terrace, WA 98043
Tel: 425-348-3500 | Fax: 425-348-3299

ATLAS-00013787

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 22513566 |
| **Application Number:** | 61975622 |
| **International Application Number:** | |
| **Confirmation Number:** | 3221 |
| **Title of Invention:** | UL MU-MIMO IN WIRELESS LAN SYSTEM |
| **First Named Inventor/Applicant Name:** | Heejung  YU |
| **Customer Number:** | 83220 |
| **Filer:** | Steve Yong Soo Cho |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | A303AA-000200PV |
| **Receipt Date:** | 03-JUN-2015 |
| **Filing Date:** | 04-APR-2014 |
| **Time Stamp:** | 19:30:23 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 2015_06_02_ENG_SPEC_A303 AA-000200PV.pdf | 243683<br>79cc7635c667fa42f2cf5f4836d1f8a5fff05b28 | yes | 11 |

ATLAS−00013788

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Specification | 1 | 10 |
| Claims | 11 | 11 |

**Warnings:**

**Information:**

| 2 | Miscellaneous Incoming Letter | 2015_06_02_TRNSL_VERIF_A303AA-000200PV.pdf<br><br>361767<br><br>cb082c3913b3e9cf3f63efd670a1750a15336d7c | no | 1 |
|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Miscellaneous Incoming Letter | 2015_06_02_COMM_LTR_A303AA-000200PV.pdf<br><br>67422<br><br>c5e412ea59e0269a9d32b23b498759347972c22a | no | 1 |
|---|---|---|---|---|

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | 672872 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATLAS–00013789

# SPECIFICATION

## 1. Title

UL MU-MIMO in wireless LAN system

## 2. Summary

In the previous WLAN, only one station (STA) can communicate with an access point (AP) at a given time.   However, in the case that the AP having multiple antennas is used, even if a plurality of STAs simultaneously transmit data, the AP can simultaneously receive the data.   A data transmitting and receiving procedure and a frame designing method for the procedure are suggested in order to use such multi-user MIMO scheme in the WLAN.   Accordingly, an uplink data rate capable of transmitting data during a unit time can be improved such that a data quality of the WLAN can be dramatically enhanced.

## 3. Background

Currently, the WLAN standards have been developed in the form of using multiple antennas or extending a bandwidth to enhance a transmission speed.   Typical examples are IEEE 802.11n and IEEE 802.11ac.   The IEEE 802.11n adopts a point-to-point multiple input multiple output (MIMO) scheme and the IEEE 802.11ac adopts a downlink multi-user MIMO (DL MU-MIMO) scheme such that an AP having the multiple antennas can simultaneously transmit data to a plurality of STAs.   It is expected that a new WLAN following the IEEE 802.11ac will adopt a uplink multi-user MIMO (UL MU-MIMO) scheme.   However, considering the previous WLAN protocol, various new frames and an advance preparation procedure are required to support the UL MU-MIMO.   The UL MU-MIMO has not been sufficiently considered in the current discussion (IEEE 802.11 standardization discussion) shown in the below figure.



ATLAS-00013790

Accordingly, the present application is purposed to define a new frame for supporting the UL MU-MIMO without violating operations of the previous WLAN and to define a frame transmitting and receiving procedure.

## 4. Objective

The present invention suggests using the UL MU-MIMO for enhancing frequency efficiency of the WLAN, suggests a new frame and its elements for the UL MU-MIMO, and suggests a procedure for exchanging frames between the AP and the STAs under various circumstances.  Accordingly, the present invention can efficiently support the UL MU-MIMO with maintaining the previous WLAN protocol.

## 5. Invention effect

The present invention can suggest a frame designing method for reducing the overhead for compatibility and for amending control information in preparation for addition of a new transmission mode, for a new system that adopts a transmission frame structure of the IEEE 802.11ac and does not need to consider the compatibility with the IEEE 802.11a/n.  As a result, the present invention can be efficiently applied to the new system by amending the IEEE 802.11ac standard little.

## 6. Detailed Description



The UL MU-MIMO scheme is a scheme where a plurality of STAs simultaneously transmit data to an AP and the AP separates and demodulate the data to simultaneously support the plurality of STAs. In this scheme, a plurality of transmitters that are spatially separated transmit data streams of the transmitters in a point-to-point MIMO scheme.  Therefore, the plurality of STAs should transmit frames like a single transmitter.  Accordingly, the plurality of transmitters should start to transmit the frames at the same time, and a power difference according to a distance between each transmitter and a receiver should be compensated in advance.  Furthermore, carrier frequency offsets should be adjusted to have the same value.  Accordingly, an advance preparation procedure for satisfying

ATLAS-00013791

these advance conditions is required.

Differently from the DL MU-MIMO, it is not essential to transfer channel information for beamforming to eliminate interference between multiple links in the UL MU-MIMO.  In order to enhance performance of the UL MU-MIMO and increase a channel capacity, the channel information may be used for a procedure for selecting STAs to join in the UL MU-MIMO based on the channel information and the beamforming.  The UL MU-MIMO scheme considering these various conditions should be suggested.

That is, the following preparation procedures are required for the UL MU-MIMO operation in the WLAN.

- Advance preparation procedures such CFO pre-distortion and timing and power control are required for the UL-MIMO.
- CFO pre-correction
  - It is possible to use an open loop scheme: CFO is estimated from a received packet and then is used for correction.
- Timing control
  - It is possible to use the open loop scheme: if a packet is received and then transmission is performed after an SIFS interval, twice of a distance difference occur.
- Power control
  - There is a limitation when the open loop scheme is applied.
  - When the open loop scheme is used, the AP can transfer a power control level exceeding a power limit of the STA.  Therefore, the AP needs to know a maximum transmission power level of the STA and a path loss to perform a power control.
  - However, the open loop scheme can be used if power imbalance due to the transmission power limit of the STA is endured.
- Initiation of the UL-MIMO should be performed in a scheduled access scheme not a channel sensing scheme.
  - The AP notifies a starting point of the UL-MIMO or initiates the UL-MIMO with a UL initiation (ULI) frame (the role as a NDPA of DL).
- First performing an initialization process for the CFO, the power control, # of streams, LTF assignment determination
  - The power control should be always performed before the UL-MIMO transmission since the power control is momently varied depending on the position of the STA
- Channel sounding procedure is unnecessary in the case of the UL MIMO.
- However, user scheduling is needed for performance enhancement in the UL-MIMO. Accordingly, the channel information is needed.
  - The channel capacity is changed depending on a combination of channels of the selected users.  Therefore, a lot of papers suggest a UL-MIMO user scheduling scheme.
- Accordingly, the sounding in the UL-MIMO may be adopted in the form of optimal feature.

The present application suggests a scheme for providing information between the AP and the STA, a procedure for exchanging frames for the same, and information to be included in each frame rather than detailed descriptions of a receiving procedure and a beamforming procedure.

ATLAS-00013792

First, it is considered that the AP performs the UL MU-MIMO transmission for specific STA group.



Description for FIG. 1: the AP initiates the UL MU-MIMO transmission by transmitting a UL MU-MIMO initiation (ULI) frame to a STA group including STA1 to STAN.   The STAs of the STA group receiving the ULI frame transmits a UL MU-MIMO request (UL req) frame, thereby transferring information on a data state of its queue and a path loss between the AP and its position to the AP.   When a transfer of channel information is required according to a request of the AP, a frame structure of the UL req may be transmitted by extending the number of LTFs of the UL req frame by the number of antennas like an NDP frame of the IEEE 802.11ac.   The AP finally selects the STAs for joining in the UL MU-MIMO based on such information, and transmits a UL MU-MIMO setup (UL setup) frame including information corresponding to each STA.   The UL MU-MIMO setup includes a structure of LTFs, a transmission power, MCS (modulation and coding scheme) information, and a data length to be used by each STA.   As such, when the advanced preparation for the UL MU-MIMO transmission is completed, the STAs for joining in the UL MU-MIMO transmission transmit a UL data frame in accordance with the information of the UL setup frame.   The AP notifies the STAs of whether the corresponding frames have been received, through a BACK (block acknowledgement) frame.   An interval between frames is a predetermined interval such an SIFS or a PIFS.

In FIG. 1, the ULI frame initiating the UL MU-MIMO includes a STA group for joining in the UL MU-MIMO, i.e., information on candidates for the UL MU-MIMO transmission.   The AP determines whether to perform a channel sounding procedure for transferring channel information in accordance with whether the AP supports selecting the STAs using the channel information of each STA and beamforming, and notifies each station of the determination.   Accordingly, the information to be included in the ULI frame for the UL MU-MIMO includes candidate STA group information (an address of each STA and/or a group address) for joining in the UL MU-MIMO and information about whether to perform the channel sounding.

4 / 11

ATLAS-00013793

As such, if the AP transmits the ULI frame, the candidate STAs receiving the ULI frame transmit a UL request frame to the AP in a predetermined order (for example, in an order of STA address in the ULI frame).   The frame structure is determined by whether the channel sounding is performed.   If the channel sounding is performed, the number of LTFs for channel estimation should be determined by the number of antennas in the STA (like the NDP frame of the IEEE 802.11n or IEEE 802.11ac).   Further, the STA should notify the AP of a current transmission power of the STA and a maximum transmission power of the STA to allow the AP to control a transmission power of the STA.   Furthermore, the STA notifies the AP of whether the data queue currently has data to be transmitted and the size of the data to be transmitted, thereby providing information that is required for the AP to determine the STAs to be included in the UL MU-MIMO.   Moreover, in order to check whether the carrier frequency offset has been rightly corrected, each STA, on transmitting the UL request frame, corrects the estimated carrier frequency offset in advance at the transmitting side and transmits the frame if receiving the previous ULI frame.   Then, the AP can determine whether each STA has transmits a frame by correcting the carrier frequency offset to acceptable level, and can determine the STAs joining the UL transmission based on this.

The AP selects the STAs joining in the UL MIMO by using the above acquired information.   Further, based on the selected result, the AP transmits a UL setup packet including information for transmission of each STA and starts the UL-MIMO transmission.

- UL setup packet
  - Total number of HEW-LTFs to be used for UL MU-MIMO
  - Total number of OFDM symbols or length
  - STA information
    - STA Address (to be participated in UL-MU)
    - used HEW-LTF rows to be used by each STA (toggle 형태?)
    - # of streams to be transmitted by the corresponding STA
    - MCS to be used by the corresponding STA
    - transmission power information of by the corresponding STA

That is, after receiving the information for starting the UL MU-MIMO from all STAs, the AP finally determines the STAs joining in the UL MU-MIMO transmission through a selection process of various standards.   When determining the STAs joining in the UL MU-MIMO, the AP transfers the determined result to the corresponding STAs through the UL setup.   First, there are common information corresponding to all STAs and dedicated information for each STA.   The common information includes the total number of data streams transmitted by the all STAs and a time length occupied by the UL transmission (the number of transmitted OFDM symbols, a transmission time). The total number of data streams can allow the STA to know the number of LTFs to be included in a UL data frame.   The UL transmission length can allow the STA to transmit the frame in accordance with the length.   If the data length is shorter than the transmission length, the STA transmits the UL data frame by adding '0' to fit the length.   The dedicated information transferred to each STA includes an address of the corresponding STA, a transmission power used by the STA, the number of

5 / 11

ATLAS-00013794

data streams to be transmitted by the STA, a format of the LTF to be used by the STA (that may be simplified as row index information of a matrix defining the LTF of the IEEE 802.11n/ac), MCS information to be used by each STA, and beam information to be used by each STA (that is assumed as compressed beam format of the IEEE 802.11ac) of the case that the channel sounding has been performed.

As such, the selected STAs start the UL MU-MIMO transmission in accordance with the UL setup information, and start the uplink MIMO transmission after padding in accordance with the total number of OFDM symbols included in the UL setup.   The STAs configure the UL data frames by using the information of the UL setup frame and simultaneously transmit the UL data frames to the AP.   In this case, each STA uses the transmission power provided by the AP and corrects the carrier frequency offset in advance by the offset that has been used in the UL request frame.   Further, the AP restores the data of each STA through demodulation.   Furthermore, the AP notifies, through a BACK (block ACK) frame, whether the data frame of each STA has been successfully received in accordance with whether the demodulation is possible.   The BACK includes information about whose data have been successfully received such that the STA in which the error has been occurred can be identified.   Further, the ACK may provide whether there are more UL data (more UL data indication UDI).

Accordingly, the information included in each frame and the features for configuring each frame are as below.

| Frame type (Transmitting direction) | Included information and features |
|---|---|
| ULI frame (AP → STA) | Information on a candidate STA group joining in UL MU-MIMO transmission (group ID, STA address information) |
| | Whether a UL channel sounding is performed or not |
| UL request frame (STA → AP) | A transmission power of a current frame |
| | An available maximum transmission power |
| | Transmitting a frame after correcting a carrier frequency offset in advance when receiving the ULI frame |
| | Determining the number of LTFs in accordance with the number of antennas in the STA when performing the UL channel sounding (that is the same as a rule of determining the number of LTFs in the NDP frame of the |

ATLAS–00013795

| | | IEEE 802.11ac/n) |
|---|---|---|
| UL setup frame<br><br>(AP → STA) | Common information | <mark>The total number of data streams of all STAs joining in the UL</mark> |
| | | A transmission length of a UL data frame (the number of OFDM symbols or a transmission time) |
| | Dedicated information | An address of the corresponding STA |
| | | The number of data streams to be used by the corresponding STA |
| | | The LTF set to be used by the corresponding STA |
| | | A transmission power of the corresponding STA |
| | | A transmission MCS of the corresponding STA |
| | | Beam information for the corresponding STA (compressed beam) |
| UL data frame<br><br>(STA → AP) | Each STA transmits a frame in accordance with information the UL setup frame. | |
| | Each STA transmits a frame after correcting the carrier frequency offset in advance as a value that is equal to a value used at the UL request frame transmission. | |
| BACK frame<br><br>(AP → STA) | Each STA can identify whether the transmitted data has been received. | |

On the other hand, several transmission examples where the UL MU-MIMO is performed by using the above-defined frames are described according to conditions.

The case of UL-BF transmission

- The STAs should sequentially transmit NDP type packets to the AP, and
- The AP should send a CB feedback to each STA.

7 / 11

ATLAS-00013796



The case #1 that the DL and the UL are complexly performed

- The case that the UL-MIMO and the DL-MIMO are complexly performed (a form where a structure of the DL is maximally maintained)
- A form where transmissions of the DL and the UL are sequentially performed



The case #2 that the DL and the UL are complexly performed

- The case that the UL-MIMO and the DL-MIMO are complexly performed (the case that

ATLAS–00013797

efficiency is maximized)
- In this case, transmissions of the DL and the UL are also sequentially performed



The case #3 that the DL and the UL are complexly performed

- The case that the UL-MIMO and the DL-MIMO are complexly performed (the case that efficiency is maximized)
- In this case, transmissions of the DL and the UL are also sequentially performed



The case #4 that the DL and the UL are complexly performed

ATLAS-00013798

- The case that the UL-MIMO and the DL-MIMO are complexly performed (the case that a UL user is added to the DL group)
- In this case, transmissions of the DL and the UL are also sequentially performed UL-MIMO



The above cases correspond to a scheme where the UL and the DL are independently performed for the subsequent transmission of UL+DL and in order to maintain a previous framework of the DL.

Alternatively, an operation order of receiving a request of the UL transmission, performing the UL transmission, and performing the DL transmission (if necessary) may be considered as the following.

The case #5 that the DL and the UL are complexly performed



ATLAS-00013799

What is Claimed Is:

1. A system,

a station, and

an access point,

wherein the access point is configured to handle UL MU-MIMO.

ATLAS-00013800