# Exhibit 18



ATLAS-00033114

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition



**Published by**
**Standards Information Network**
**IEEE Press**

ATLAS-00033115

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2*          *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

---

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
    p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3′03—dc21                                    00-050601

is assumed to be zero. *See also:* single-phase ac fields; polyphase ac fields.                    (T&D/PE) 539-1990

**ac electric field strength meter (1)** A meter designed to measure the power-frequency electric field. Two types of electric field strength meters are in common use.
(T&D/PE) 539-1990
**(2)** A meter designed to measure ac electric fields. Three types of electric field strength meters are available—free-body meter, ground-reference meter, and electro-optic meter.
(T&D/PE) 1308-1994

**acetate disks** Mechanical recording disks, either solid or laminated, that are made of various acetate compounds.
(SP) [32]

**ACF (access control field)** *See:* access control field.

**ac filter** Resistor-capacitor circuits connected in three-phase wye or delta on the ac terminals of a converter.
(IA/ID) 995-1987w

**ac general-use snap switch** A form of general-use snap switch suitable only for use on alternating-current circuits for controlling the following:

a) Resistive and inductive loads, including electric-discharge lamps, not exceeding the ampere rating of the switch at the voltage involved.
b) Tungsten-filament lamp loads not exceeding the ampere rating of the switch at 120 V.
c) Motor loads not exceeding 80% of the ampere rating of the switch at its rated voltage.
(NESC/NEC) [86]

**achromatic locus (television) (achromatic region)** A region including those points in a chromaticity diagram that represent, by common acceptance, arbitrarily chosen white points (white references). *Note:* The boundaries of the achromatic locus are indefinite, depending on the tolerances in any specific application. Acceptable reference standards of illumination (commonly referred to as white light) are usually represented by points close to the locus of Planckian radiators having temperatures higher than about 2000°K. While any point in the achromatic locus may be chosen as the reference point for the determination of dominant wavelength, complementary wavelength, and purity for specification of object colors, it is usually advisable to adopt the point representing the chromaticity of the illuminator. Mixed qualities of illumination and luminators with chromaticities represented very far from the Planckian locus require special consideration. After a suitable reference point is selected, dominant wavelength may be determined by noting the wavelength corresponding to the intersection of the spectrum locus with the straight line drawn from the reference point through the point representing the sample. When the reference point lies between the sample point and the intersection, the intersection indicates the complementary wavelength. Any point within the achromatic locus chosen as a reference point may be called an achromatic point. Such points have also been called white points.                    (BT/AV) 201-1979w

**acid-resistant** So constructed that it will not be injured readily by exposure to acid fumes.   (IA/ICTL/IAC/APP) [60], [75]

**ACK (acknowledge character)** *See:* acknowledge character.

**ack cycle** A cycle in which a slave responds to a master and terminates a transaction.                    (C/MM) 1196-1987w

**acknowledge (1)** An acknowledge packet.
(C/MM) 1394-1995
**(2)** Operator action to indicate awareness of an event or alarm.                    (PE/NP) 692-1997

**acknowledge bit** A bit used by IEEE 802.3 Auto-Negotiation to indicate that a station has successfully received multiple identical copies of the Link Code Word. This bit is only set after an identical Link Code Word has been received three times in succession.                    (C/LM) 802.3-1998

**acknowledge character (A)** A transmission control character transmitted by a station as an affirmative response to the station with which the connection has been set up. **(B)** A trans-

mission control character transmitted by a receiver as an affirmative response to a sender. An acknowledge character may also be used as an accuracy control character. *See also:* negative acknowledge character.                    (C) 610.5-1990

**acknowledge gap** The period of idle bus between the end of a packet and the start of an acknowledge.
(C/MM) 1394-1995

**acknowledge packet (1)** A link-layer packet returned by a destination node back to a source node in response to most primary packets. An acknowledge packet is always exactly 8 bits long.                    (C/MM) 1394-1995
**(2)** The first packet returned by an individually addressed S-module that conveys to the M-module that the appropriate S-module is responding and indicates the current status of the responding S-module.                    (TT/C) 1149.5-1995
**(3)** An 8-bit packet that may be transmitted in response to the receipt of a primary packet. The most and least significant nibbles are the one's complement of each other. *Synonym:* acknowledge.                    (C/MM) 1394a-2000

**acknowledger (forestaller)** A manually operated electric switch or pneumatic valve by means of which, on a locomotive equipped with an automatic train stop or train control device, an automatic brake application can be forestalled, or by means of which, on a locomotive equipped with an automatic cab signal device, the sounding of the cab indicator can be silenced.                    (PE/EEC) [119]

**acknowledging (forestalling)** The operating by the engineman of the acknowledger associated with the vehicle-carried equipment of an automatic speed control or cab signal system to recognize the change of the aspect of the vehicle-carried signal to a more restrictive indication. The operation stops the sounding of the warning whistle, and in a locomotive equipped with speed control, it also forestalls a brake application.                    (PE/EEC) [119]

**acknowledging device** *See:* acknowledger.

**acknowledging switch** *See:* acknowledger.

**acknowledging whistle** An air-operated whistle that is sounded when the acknowledging switch is operated. Its purpose is to inform the fireman that the engineman has recognized a more restrictive signal indication.                    (EEC/PE) [119]

**acknowledgment (1)** (of a message) A reply transmitted by a receiving station to inform the sending station that a message has arrived and the message is error-free. *Contrast:* negative acknowledgment.                    (C) 610.7-1995
**(2)** A signal that is used to reply to a message or signal originator that its message or signal was received.
(IM/ST) 1451.2-1997

**ACL** *See:* audit command language.

**a contact** A contact that is open when the main device is in the standard reference position and that is closed when the device is in the opposite position. *Notes:* 1. *a* contact has general application. However, this meaning for front contact is restricted to relay parlance. 2. For indication of the specific point of travel at which the contact changes position, an additional letter or percentage figure may be added to *a*. *See also:* standard reference position.
(SWG/PE) C37.100-1992

**acoustic absorber** Material with high acoustic loss placed on any part of the substrate for acoustic absorption purposes.
(UFFC) 1037-1992w

**acoustical depth finder** *See:* echo sounder.

**acoustically tunable optical filter** An optical filter that is driven by an acoustic wave and that is tunable by varying the acoustic frequency.                    (UFFC) [17]

**acoustic coupler (1)** A type of data communication equipment that has sound transducers that permit the use of a telephone handset as a connection to a voice communication system for the purpose of data transmission.    (LM/COM) 168-1956w
**(2)** A modem that interconnects a communicating device with a telephone handset.                    (C) 610.7-1995

**acoustic delay line (1)** A delay line whose operation is based on the time of propagation of sound waves.    (C) [20], [85]

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms
### Seventh Edition

## Your Dependable Source for IEEE Standardized Terminology

*The Authoritative Dictionary of IEEE Standards Terms* is today's trustworthy resource for terminology in IEEE standards. In this newly updated edition, professional experts and students alike gain an in-depth understanding of the breadth of coverage of IEEE standards terms and definitions—not found in any other single source.

Rich in information, the seventh edition contains:
- Nearly 35,000 terms and definitions from over 800 IEEE standards
- An extensive, convenient acronym and abbreviation section
- A complete set of abstracts describing IEEE standards
- Equations and formulas in easy-to-read type

What's more, ALL definitions are augmented by a combination of indispensable information, including:

- Preferred and popular usage of each term
- Variations in meanings among different technical specialties
- Cross-indexing to related works
- Key explanatory notes that clarify terms when needed
- Field of application for each entry, along with the source of each term

SP1122
0-7381-2601-2



ISBN 0-7381-2601-2

9 780738 126012

ATLAS-00033118