# Exhibit 19



# IEEE 100

# THE

# AUTHORITATIVE DICTIONARY

## OF IEEE STANDARDS TERMS

### SEVENTH EDITION

IEEE

Published by
Standards Information Network
IEEE Press

ATLAS-00033324

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition



**Published by**
**Standards Information Network**
**IEEE Press**

ATLAS-00033325

Case 2:21-cv-00430-JRG-RSP    Document 88-21    Filed 12/02/22    Page 4 of 6 PageID #: 3383

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2*                 *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
    p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

  TK9 .I28 2000
  621.3′03—dc21                                    00-050601

ATLAS-00033326

**infix notation (mathematics of computing)** A method of forming mathematical expressions in which each operator is written between its operands and the expression is interpreted subject to rules of operator precedence and grouping symbols. For example, A added to B and the result multiplied by C is represented as (A + B) · C. *Contrast:* postfix notation.
(C) 1084-1986w

**inflection point (tunnel-diode characteristic)** The point on the forward current-voltage characteristic at which the slope of the characteristic reaches its most negative value. *See also:* peak point.                                    (ED) 253-1963w, [46]

**inflection-point current (tunnel-diode characteristic)** The current at the inflection point. *See also:* peak point.
(ED) 253-1963w, [46]

**inflection-point emission current (electron tube)** That value of current on the diode characteristic for which the second derivative of the current with respect to the voltage is zero. *Note:* This current corresponds to the inflection point of the diode characteristic and is, under suitable conditions, an approximate measure of the maximum space-charge-limited emission current.                          (ED) 161-1971w

**inflection-point voltage (tunnel-diode characteristic)** The voltage at which the inflection point occurs. *See also:* peak point.                                    (ED) 253-1963w, [46]

**influence (1) (specified variable or condition)** (upon an instrument) The change in the indication of the instrument caused solely by a departure of the specified variable or condition from its reference value, all other variables being held constant.                                    (EEC/AII) [102]
**(2) (upon a recording instrument)** The change in the recorded value caused solely by a departure of the specified variable or condition from its reference value, all other variables being held constant. *Note:* If the influences in any direction from reference conditions are not equal, the greater value applies.                          (EEC/ERI) [111]

**influence quantity** A radiation field, electromechanical condition, or environmental condition that may provoke a response.
(NI) N42.17B-1989r

**INFO file** For each product and fileset, the file within an exported catalog containing the metadata describing the software_file objects and attributes.    (C/PA) 1387.2-1995

**informal testing** Testing conducted in accordance with test plans and procedures that have not been reviewed and approved by a customer, user, or designated level of management. *Contrast:* formal testing.            (C) 610.12-1990

**informatics** *See:* information science.

**information (1) (general)** The meaning assigned to data by known conventions.                            (C) [20], [85]
**(2) (nuclear power generating station)** Data describing the status and performance of the plant.    (PE/NP) 566-1977w
**(3) (data management)** The meaning that humans assign to data by means of known conventions that are applied to the data. *See also:* narrative information; information traffic; formatted information.        (C) 610.2-1987, 610.5-1990w

**information access service (IAS)** A component of infrared link management protocol (IrLMP).
(EMB/MIB) 1073.3.2-2000

**information center (IC) (A)** A user-oriented computer system that provides non-technical users direct access to data and software for information processing tasks such as report generation, data modeling and manipulation, and word processing. *Synonym:* information resource center. *See also:* decision support services. **(B)** Support personnel for a computer system as in definition (A).            (C) 610.2-1987

**information content (message or a symbol from a source)** The negative of the logarithm of the probability that this particular message or symbol will be emitted by the source. *Notes:* 1. The choice of logarithmic base determines the unit of information content. 2. The probability of a given message or symbol's being emitted may depend on one or more preceding messages or symbols. 3. The quantity has been called

**self-information.** *See also:* information theory; hartley; bit.
(Std100) 171-1958w

**information display channel (accident monitoring instrumentation)** An arrangement of electrical and mechanical components or modules, or both, from measured process variable to display device as required to sense and display conditions within the generating stations.    (PE/NP) 497-1981w

**information display channel failure (accident monitoring instrumentation)** A situation where the display disagrees, in a substantive manner, (that is, the maximum error within which the information must be conveyed to the operator has been exceeded), with the conditions or status of the plant.
(PE/NP) 497-1981w

**information efficiency** The efficiency with which information is handled by an organization. *See also:* information traffic.
(C) 610.2-1987

**information field** The sequence of octets occurring between the control field and the end of the LLC PDU. The information field contents of I, TEST, and UI PDUs are not interpreted at the LLC sublayer.            (C/LM/CC) 8802-2-1998

**information graphics** The use of a computer to produce low quality, low cost graphical output for peer group presentations. *Synonym:* peer graphics. *Contrast:* presentation graphics.                                    (C) 610.2-1987

**information hiding (software)** A software development technique in which each module's interfaces reveal as little as possible about the module's inner workings and other modules are prevented from using information about the module that is not in the module's interface specification. *See also:* encapsulation.                      (C) 610.12-1990

**information interchange** The process of sending and receiving data in such a manner that the information content or meaning associated with the data is not altered during the transmission. *See also:* data interchange.            (C) 610.5-1990w

**information, mutual** *See:* mutual information.

**information object** A well-defined piece of information, definition, or specification that requires a name to identify its use in an instance of communication.      (C/LM) 802.10g-1995

**information overload** A condition resulting from presentation of too much data to be assimilated and acted upon without further organization. *See also:* exception reporting.
(C) 610.2-1987

**information processing** *See:* data processing.

**Information Processing Language (IPL)** A high-order language used for performing list processing.
(C) 610.13-1993w

**information processing system** *See:* information system.

**information resource center (IRC)** *See:* information center.

**information retrieval** The techniques used to recover information from an organized body of knowledge. *See also:* information storage.                        (C) 610.5-1990w

**information science** A branch of technology concerned with the way in which data are processed and transmitted through digital equipment.                    (C) 610.2-1987

**information separator (IS)** Any control character used to delimit like units of data in a hierarchical arrangement of data. The name of the separator does not necessarily indicate the units of data that it separates. *Synonym:* separating character.
(C) 610.5-1990w

**information services interface (ISI)** The boundary across which external, persistent storage service is provided.
(C/PA) 14252-1996

**information source** *See:* message source.

**information storage** The theory and techniques for the organization, storage, and searching of an organized body of knowledge. *Note:* Generally refers to a large body of data. *See also:* information system; information retrieval.
(C) 610.5-1990w

**information storage and retrieval** *See:* information retrieval; information storage.

**information storage and retrieval system** *See:* information system.

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition

## Your Dependable Source for IEEE Standardized Terminology

*The Authoritative Dictionary of IEEE Standards Terms* is today's trustworthy resource for terminology in IEEE standards. In this newly updated edition, professional experts and students alike gain an in-depth understanding of the breadth of coverage of IEEE standards terms and definitions—not found in any other single source.

Rich in information, the seventh edition contains:
- Nearly 35,000 terms and definitions from over 800 IEEE standards
- An extensive, convenient acronym and abbreviation section
- A complete set of abstracts describing IEEE standards
- Equations and formulas in easy-to-read type

What's more, ALL definitions are augmented by a combination of indispensable information, including:

- Preferred and popular usage of each term
- Variations in meanings among different technical specialties
- Cross-indexing to related works
- Key explanatory notes that clarify terms when needed
- Field of application for each entry, along with the source of each term

ISBN 0-7381-2601-2

SP1122
0-7381-2601-2



9 780738 126012

ATLAS-00033328