# Exhibit 20



America's Best-Selling Dictionary

# Merriam-Webster's Collegiate® Dictionary

## Eleventh Edition

### New Ways to Find the Words You Need Today

AN ENCYCLOPÆDIA BRITANNICA® COMPANY

ATLAS-00033260

Case 2:21-cv-00430-JRG-RSP   Document 88-22   Filed 12/02/22   Page 3 of 6 PageID #:  3388

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

ATLAS-00033261



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2012 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.   cm.
    Includes index.
    ISBN 978-0-87779-807-1  (Laminated unindexed : alk. paper)
    ISBN 978-0-87779-808-8  (Jacketed hardcover unindexed : alk. paper)
    ISBN 978-0-87779-809-5  (Jacketed hardcover with digital download : alk. paper)
    ISBN 978-0-87779-810-1  (Leatherlook with digital download : alk. paper)
    ISBN 978-0-87779-813-2  (Canadian)
    ISBN 978-0-87779-814-9  (International)
    1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
    PE1628.M36    2003
    423—dc21               2003003674
                                 CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

16th Printing Quad Graphics Versailles KY January 2012

from one body of water to another or around an obstacle (as a rapids) **b** : the route followed in making such a transfer
**por·tage** \'pȯr-tij, pȯr-'täzh\ *vb* **por·taged; por·tag·ing** *vt* (1836) : to carry over a portage ~ *vi* : to move gear over a portage
**por·tal** \'pȯr-tᵊl\ *n* [ME, fr. AF, fr. ML *portale* city gate, porch, fr. neut. of *portalis* of a gate, fr. L *porta* gate — more at PORT] (14c) **1** : DOOR, ENTRANCE; *esp* : a grand or imposing one **2** : the whole architectural composition surrounding and including the doorways and porches of a church **3** : the approach or entrance to a bridge or tunnel **4** : a communicating part or area of an organism; *specif* : the point at which something (as a pathogen) enters the body **5** : a site serving as a guide or point of entry to the World Wide Web and usu. including a search engine or a collection of links to other sites arranged esp. by topic
**²portal** *adj* [NL *porta* transverse fissure of the liver, fr. L, gate] (1845) **1** : of or relating to the transverse fissure on the underside of the liver where most of the vessels enter **2** : of, relating to, or being a portal vein or a portal system ⟨~ circulation⟩
**portal system** *n* [*portal vein*] (1851) : a system of veins that begins and ends in capillaries
**portal–to–portal** *adj* (1943) : of or relating to the time spent by a worker in traveling between the entrance to an employer's property and the worker's actual job site (as in a mine) ⟨~ pay⟩
**portal vein** *n* [²*portal*] (1845) : a vein that collects blood from one part of the body and distributes it in another through capillaries; *esp* : a vein carrying blood from the digestive organs and spleen to the liver
**por·ta·men·to** \,pȯr-tə-'men-(,)tō\ *n, pl* **-men·ti** \-(,)tē\ [It, lit., act of carrying, fr. *portare* to carry, fr. L] (1771) : a continuous gliding movement from one tone to another (as by the voice)
**port arms** *n* [fr. the command *port arms!*] (ca. 1890) : a position in the manual of arms in which the rifle is held diagonally in front of the body with the muzzle pointing upward to the left; *also* : a command to assume this position
**por·ta·tive** \'pȯr-tə-tiv\ *adj* [ME *portatif*, fr. MF, fr. L *portatus*, pp. of *portare*] (14c) : PORTABLE
**port·cul·lis** \pȯrt-'kə-ləs\ *n* [ME *port colice*, fr. AF *porte coliz*, lit., sliding door] (14c) : a grating of iron hung over the gateway of a fortified place and lowered between grooves to prevent passage
**port de bras** \,pȯr-də-'brä\ *n* [F, lit., carriage of the arm] (1912) : the technique and practice of arm movement in ballet
**Port du Sa·lut** \,pȯr-də-sə-'lü, -sa-; -səl-'yü, -sal-\ *n* [F *port-du-salut, port-salut*, fr. *Port du Salut*, Trappist abbey in northwest France] (1881) : a semisoft pressed ripened cheese of usu. mild flavor originated by Trappist monks in France
**Porte** \'pȯrt\ *n* [F, short for *Sublime Porte*, lit., sublime gate; fr. the gate of the sultan's palace where justice was administered] (15c) : the government of the Ottoman empire
**porte co·chere** \,pȯrt-kō-'sher\ *n* [F *porte cochère*, lit., coach door] (1698) **1** : a passageway through a building or screen wall designed to let vehicles pass from the street to an interior courtyard **2** : a roofed structure extending from the entrance of a building over an adjacent driveway and sheltering those getting in or out of vehicles
**por·tend** \pȯr-'tend\ *vt* [ME, fr. L *portendere*, fr. *por-* forward (akin to *per* through) + *tendere* to stretch — more at FOR, THIN] (15c) **1** : to give an omen or anticipatory sign of **2** : INDICATE, SIGNIFY
**por·tent** \'pȯr-,tent\ *n* [L *portentum*, fr. neut. of *portentus*, pp. of *portendere*] (ca. 1587) **1** : something that foreshadows a coming event : OMEN, SIGN **2** : prophetic indication or significance **3** : MARVEL, PRODIGY
**por·ten·tous** \pȯr-'ten-təs\ *adj* (15c) **1** : of, relating to, or constituting a portent ⟨suspense, ~ foreshadowing, hints of sinister and violent mysteries —Francine Prose⟩ **2** : eliciting amazement or wonder ⟨PRODIGIOUS **3 a** : being a grave or serious matter ⟨~ decisions⟩ **b** : self-consciously solemn or important : POMPOUS ⟨~ declamation unsalted by the least trace of humor —W. H. Pritchard⟩ **c** : ponderously excessive ⟨that discipline's overwrought, ~ phrases —R. M. Coles⟩ *syn* see OMINOUS — **por·ten·tous·ly** *adv* — **por·ten·tous·ness** *n*
**por·ter** \'pȯr-tər\ *n* [ME, fr. AF, fr. LL *portarius*, fr. L *porta* gate — more at PORT] (13c) *chiefly Brit* : a person stationed at a door or gate to admit or assist those entering
**²porter** *n* [ME *portour*, fr. AF *porteour*, fr. LL *portator*, fr. L *portare* to carry — more at FARE] (14c) **1** : a person who carries burdens; *esp* : one employed to carry baggage for patrons at a hotel or transportation terminal **2** : a parlor-car or sleeping-car attendant who waits on passengers and makes up berths **3** [short for *porter's beer*] : a heavy dark brown beer brewed from browned or charred malt **4** : a person who does routine cleaning (as in a hospital or office)
**³porter** *vt* (1609) : to transport or carry as or as if by a porter ~ *vi* : to act as a porter
**por·ter·age** \-tə-rij\ *n* (15c) : a porter's work; *also* : the charge for it
**por·ter·house** \'pȯr-tər-,haůs\ *n* (ca. 1758) **1** : a house where malt liquor (as porter) is sold **2** : a large steak cut from the thick end of the short loin to contain a T-shaped bone and a large piece of tenderloin — see BEEF illustration
**port·fo·lio** \pȯrt-'fō-lē-,ō\ *n, pl* **-li·os** [It *portafoglio*, fr. *portare* to carry (fr. L) + *foglio* leaf, sheet, fr. L *folium* — more at BLADE] (1722) **1** : a hinged cover or flexible case for carrying loose papers, pictures, or pamphlets **2** [fr. the use of such a case to carry documents of state] : the office and functions of a minister of state or member of a cabinet **3** : the securities held by an investor : the commercial paper held by a financial house (as a bank) **4** : a set of pictures (as drawings or photographs) usu. bound in book form or loose **5** : a selection of a student's work (as papers and tests) compiled over a period of time and used for assessing performance or progress
**port·hole** \'pȯrt-,hōl\ *n* [²*port*] (ca. 1591) **1** : an opening (as a window) with a cover or closure esp. in the side of a ship or aircraft **2** : a port through which to shoot **3** ²PORT 2
**Por·tia** \'pȯr-shə\ *n* (1596) : the heroine in Shakespeare's *The Merchant of Venice*
**por·ti·co** \'pȯr-ti-,kō\ *n, pl* **-coes** *or* **-cos** [It, fr. L *porticus* — more at PORCH] (1605) :

portico

: a colonnade or covered ambulatory esp. in classical architecture and often at the entrance of a building
**por·tiere** \pȯr-'tyer, -'tir; 'pȯr-tē-ər\ *n* [F *portière*, fr. OF, fem. of *portier, porter* porter, doorkeeper] (1843) : a curtain hanging across a doorway
**¹por·tion** \'pȯr-shən\ *n* [ME *porcioun*, fr. AF, fr. L *portion-, portio*; akin to L *part-, pars* part] (14c) **1** : an individual's part or share of something: as **a** : a share received by gift or inheritance **b** : DOWRY **c** : enough food esp. of one kind to serve one person at one meal **2** : an individual's lot, fate, or fortune : one's share of good and evil **3** : an often limited part of a whole *syn* see PART, FATE
**²portion** *vt* **por·tioned; por·tion·ing** \-sh(ə-)niŋ\ (14c) **1** : to divide into portions : DISTRIBUTE ⟨~ed out the food equally⟩ **2** : to allot a dowry to : DOWER
**por·tion·less** \-shən-ləs\ *adj* (1782) : having no portion; *esp* : having no dowry or inheritance
**port·land cement** \'pȯrt-lən(d)-\ *n* [Isle of *Portland*, England; fr. its resemblance to a limestone found there] (1824) : a hydraulic cement made by finely pulverizing the clinker produced by calcining to incipient fusion a mixture of clay and limestone or similar materials
**port·ly** \'pȯrt-lē\ *adj* **port·li·er; -est** [²*port*] (15c) **1** : DIGNIFIED, STATELY **2** : heavy or rotund of body : STOUT — **port·li·ness** *n*
**¹port·man·teau** \pȯrt-'man-(,)tō\ *n, pl* **-teaus** *or* **-teaux** \-(,)tōz\ [MF *portemanteau*, fr. *porter* to carry + *manteau* mantle, fr. L *mantellum* — more at PORT] (1579) **1** : a large suitcase **2** : a word or morpheme whose form and meaning are derived from a blending of two or more distinct forms (as *smog* from *smoke* and *fog*)
**²portmanteau** *adj* (1909) **1** : combining more than one use or quality **2** : being a portmanteau ⟨a ~ word⟩
**por·to·bel·lo** \,pȯr-tə-'be-(,)lō\ *also* **por·ta·bel·la** \-lə-\ *or* **por·ta·bel·lo** \,pȯr-tə-'be-(,)lō\ *n, pl* **-los** *also* **-las** [perh. alter. of It *prataiolo, prataiuolo* or dial. It *pratarolo* meadow mushroom, fr. *prato* meadow, fr. L *pratum*] (1986) : a large dark mature cultivated mushroom noted for its meaty texture that is of the same variety of button mushroom as the cremini
**port of call** (1858) **1** : an intermediate port where ships customarily stop for supplies, repairs, or transshipment of cargo **2** : a stop included on an itinerary
**port of entry** (1769) **1** : a place where foreign goods may be cleared through a customhouse **2** : a place where an alien may be permitted to enter a country
**¹por·trait** \'pȯr-trət, -,trāt\ *n* [MF, fr. pp. of *portraire*] (1570) **1** : PICTURE; *esp* : a pictorial representation of a person usu. showing the face **2** : a sculptured figure : BUST **3** : a graphic portrayal in words
**²portrait** *adj* (1932) **1** : of, relating to, or being a document having the vertical dimension longer than the horizontal dimension
**por·trait·ist** \-trə-tist, -,trā-\ *n* (1859) : a maker of portraits
**por·trai·ture** \'pȯr-trə-,chůr, -chər, -,tyůr, -,tůr\ *n* (14c) **1** : the making of portraits : PORTRAYAL **2** : PORTRAIT
**por·tray** \pȯr-'trā, pər-\ *vt* [ME *portraien*, fr. AF *purtraire*, fr. L *protrahere* to draw forth, reveal, expose — more at PROTRACT] (14c) **1** : to make a picture of : DEPICT **2 a** : to describe in words **b** : to play the role of : ENACT — **por·tray·er** *n*
**por·tray·al** \-'trā(-ə)l\ *n* (1843) **1** : the act or process or an instance of portraying : REPRESENTATION **2** : PORTRAIT
**por·tress** \'pȯr-trəs\ *n* (15c) : a woman who is a porter: as **a** : a doorkeeper in a convent or apartment building **b** : CHARWOMAN
**Port Roy·al·ist** \pȯrt-'rȯi-ə-list\ *n* [F *port-royaliste*, fr. *Port-Royal*, a convent near Versailles, France] (ca. 1741) : a member or adherent of a 17th century French Jansenist lay community noted for its logicians and educators
**Port Sa·lut** \,pȯr-sə-'lü, -sa-; -səl-'yü, -sal-\ *n* (1881) : PORT DU SALUT
**Por·tu·guese** \'pȯr-chə-,gēz, -,gēs; ,pȯr-chə-'\ *n, pl* **Portuguese** [Pg *português*, adj. & n., fr. *Portugal*] (1534) **1 a** : a native or inhabitant of Portugal **b** : one who is of Portuguese descent **2** : the Romance language of Portugal and Brazil — **Portuguese** *adj*
**Portuguese man–of–war** *n, pl* **Portuguese men–of–wars** *also* **Portuguese men–of–war** (1707) : any of a genus (*Physalia* of the family Physaliidae) of large tropical and subtropical pelagic siphonophores having a crested bladderlike float which bears the colony comprised of three types of zooids on the lower surface with one of the three having nematocyst-equipped tentacles
**Portuguese water dog** *n* (1948) : any of a breed of medium-sized robust dogs that have a large broad head and curly or wavy coat and are strong swimmers
**por·tu·laca** \,pȯr-chə-'la-kə\ *n* [NL, fr. L, purslane, fr. *portula*, dim. of *porta* gate; fr. the lid of its capsule — more at PORT] (1548) : any of a genus (*Portulaca*) of chiefly tropical succulent herbs of the purslane family; *esp* : a widely cultivated So. American plant (*P. grandiflora*) with showy flowers and small conical leaves
**port–wine stain** \'pȯrt-'wīn-\ *n* (ca. 1909) : a reddish-purple superficial hemangioma of the skin commonly occurring as a birthmark
**pos** *abbr* **1** position **2** positive
**POS** *abbr* point-of-service
**po·sa·da** \pə-'sä-də\ *n* [Sp, fr. *posar* to lodge, fr. LL *pausare*] (1671) : an inn in Spanish-speaking countries
**¹pose** \'pōz\ *vb* **posed; pos·ing** [ME, fr. AF *poser*, fr. VL *\*pausare*, LL, to stop, rest, pause, fr. L *pausa* pause] *vt* (14c) **1 a** : to set forth or offer for attention or consideration ⟨let me ~ a question⟩ **b** : to come to attention as : PRESENT ⟨smoking ~s a health risk⟩ **2 a** : to put or set in place **b** : to place (as a model) in a studied attitude ~ *vi* **1** : to assume a posture or attitude usu. for artistic purposes **2** : to affect an attitude or character usu. to deceive or impress ⟨posed as a doctor to gain access to the ward⟩
**²pose** *n* (1818) **1** : a sustained posture; *esp* : one assumed for artistic effect **2** : an attitude, role, or characteristic assumed for effect *syn* POSE, AIR, AIRS, AFFECTATION, MANNERISM mean an adopted way of speaking or behaving. POSE implies an attitude deliberately as-

---

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\aů\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t̷h\ the \ü\ loot \ů\ foot
\y\ yet \zh\ vision, beige \k̷, ⁿ, œ, ɶ, ᵞ\ see Guide to Pronunciation

ATLAS-00033263

# America's Leading Reference Brand



## Merriam-Webster's Collegiate® Dictionary

### Eleventh Edition

## THE WORDS YOU NEED TODAY—ANYTIME, ANYWHERE

The groundbreaking Eleventh Edition merges print, digital, and online formats into one convenient package, providing unmatched accessibility and flexibility.

## THE MOST UP-TO-DATE DICTIONARY AVAILABLE

- 10,000 new words and senses from all fields of knowledge
- 165,000 entries and 225,000 definitions
- Detailed symbols show the most common pronunciations and acceptable variants

## THE FEATURES DICTIONARY BUYERS ASK FOR

- More than 42,000 usage examples—the most in any desk dictionary
- Coverage of 7,500 phrases and idioms clarifies meanings and illustrates common use
- More than 700 illustrations and diagrams and dozens of informative tables

## EXPERT WORD GUIDANCE

- Synonym paragraphs explain different shades of meaning between words
- Usage paragraphs provide guidelines for words with confused or disputed usage
- A Handbook of Style offers essential information to improve writing skills

### Merriam-Webster Inc.

AN ENCYCLOPÆDIA BRITANNICA® COMPANY

 Springfield, MA 01102
Merriam-Webster.com
Merriam-WebsterUnabridged.com
LearnersDictionary.com

**USA $27.95**

CC-809-A06-1111

**DIGITAL DOWNLOAD** installs on your hard drive for easy access to *Merriam-Webster's Collegiate Dictionary, Eleventh Edition.*

**Requirements:** Operating system: **Windows 7**, Vista, XP, or 2000; **Macintosh** OS X 10.4 or higher, Intel core processor.

**REGISTRATION INFORMATION INCLUDED ON INSIDE COVER.**

**FREE WEB SITE** Free one-year online subscription includes *Webster's Third New International Dictionary, Unabridged; Merriam-Webster's Collegiate Dictionary, Eleventh Edition; Collegiate Thesaurus; Collegiate Encyclopedia; Medical Dictionary; Spanish-English Dictionary,* and *French-English Dictionary.* Features audio pronunciations.

To download or sign up for your free subscription, visit
**WWW.MERRIAM-WEBSTERCOLLEGIATE.COM/FREE**

ISBN 978-0-87779-809-5
52795


9 780877 798095

ATLAS-00033264