# Exhibit 21



# America's Best-Selling Dictionary

# Merriam-Webster's Collegiate® Dictionary

## Eleventh Edition

## New Ways to Find the Words You Need Today

AN ENCYCLOPÆDIA BRITANNICA® COMPANY

ATLAS-00033119

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

ATLAS-00033120

ATLAS-00033121



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2012 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.   cm.
Includes index.
ISBN 978-0-87779-807-1      (Laminated unindexed : alk. paper)
ISBN 978-0-87779-808-8      (Jacketed hardcover unindexed : alk. paper)
ISBN 978-0-87779-809-5      (Jacketed hardcover with digital download : alk. paper)
ISBN 978-0-87779-810-1      (Leatherlook with digital download : alk. paper)
ISBN 978-0-87779-813-2      (Canadian)
ISBN 978-0-87779-814-9      (International)
    1. English language—Dictionaries.   I. Title: Collegiate dictionary.   II. Merriam-Webster, Inc.

PE1628.M36    2003
423—dc21                    2003003674
                            CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

16th Printing Quad Graphics Versailles KY January 2012

cial inquest   **b** : an action to be decided by such an inquest, the writ for instituting it, or the verdict or finding rendered by the jury   **2 a** : the former periodical sessions of the superior courts in English counties for trial of civil and criminal cases — usu. used in pl.   **b** : the time or place of holding such a court, the court itself, or a session of it — usu. used in pl.

**assn** *abbr* association

**assoc** *abbr* associate; associated; association

¹**as·so·ci·ate** \ə-'sō-shē-,āt, -sē-\ *vb* **-at·ed; -at·ing** [ME *associat* associated, fr. L *associatus,* pp. of *associare* to unite, fr. *ad-* + *sociare* to join, fr. *socius* companion — more at SOCIAL] *vt* (14c)   **1** : to join as a partner, friend, or companion   **2** *obs* : to keep company with : ATTEND   **3** : to join or connect together : COMBINE   **4** : to bring together or into relationship in any of various intangible ways (as in memory or imagination) ~ *vi*   **1** : to come or be together as partners, friends, or companions   **2** : to combine or join with other parts : UNITE   *syn* see JOIN

²**as·so·ciate** \ə-'sō-shē-ət, -sē-, -,āt, -shət\ *adj* (14c)   **1** : closely connected (as in function or office) with another   **2** : closely related esp. in the mind   **3** : having secondary or subordinate status (~ membership in a society)

³**as·so·ciate** \*same as* ²\ *n* (1533)   **1** : one associated with another: as   **a** : PARTNER, COLLEAGUE   **b** : COMPANION, COMRADE   **2 a** : an entry-level member (as of a learned society, professional organization, or profession)   **b** : EMPLOYEE, WORKER   **2 a** : a degree conferred esp. by a junior college (~ in arts) — **as·so·ciate·ship** \-,ship\ *n*

**associate professor** *n* (1819) : a member of a college or university faculty who ranks above an assistant professor and below a professor — **associate professorship** *n*

**as·so·ci·a·tion** \ə-,sō-sē-'ā-shən, -shē-\ *n* (1535)   **1 a** : the act of associating   **b** : the state of being associated : COMBINATION, RELATIONSHIP   **2** : an organization of persons having a common interest : SOCIETY   **3** : something linked in memory or imagination with a thing or person   **4** : the process of forming mental connections or bonds between sensations, ideas, or memories   **5** : the aggregation of chemical species to form (as with hydrogen bonds) loosely bound complexes   **6** : a major unit in ecological community organization characterized by essential uniformity and usu. by two or more dominant species — **as·so·ci·a·tion·al** \-sh(ə-)nᵊl\ *adj*

**association area** *n* (ca. 1909) : an area of the cerebral cortex that functions in linking and coordinating the sensory and motor areas

**association football** *n* (1873) : SOCCER

**as·so·ci·a·tion·ism** \ə-,sō-sē-'ā-shə-,ni-zəm, -,sō-shē-\ *n* (1875) : a reductionist school of psychology that holds that the content of consciousness can be explained by the association and reassociation of irreducible sensory and perceptual elements — **as·so·ci·a·tion·ist** \-'ā-sh(ə-)nist\ *n* — **as·so·ci·a·tion·is·tic** \-,ā-shə-'nis-tik\ *adj*

**as·so·cia·tive** \ə-'sō-shē-,ā-tiv, -sē-, -shə-tiv\ *adj* (1804)   **1** : of or relating to association esp. of ideas or images   **2** : dependent on or acquired by association or learning   **3** : of, having, or being the property of combining to the same mathematical result regardless of the grouping of an expression's elements given that the order of those elements is preserved (addition is ~ since $(a + b) + c = a + (b + c)$) — **as·so·cia·tive·ly** *adv* — **as·so·cia·tiv·i·ty** \-,sō-shē-ə-'ti-və-tē, -sē-, -shə-'ti-\ *n*

**associative learning** *n* (1957) : a learning process in which discrete ideas and percepts become linked to one another

**associative neuron** *n* (1935) : INTERNEURON

**as·soil** \ə-'sȯi(-ə)l\ *vt* [ME, fr. AF *assoilé,* pp. of *assoudre* to absolve, fr. L *absolvere*] (13c)   **1** *archaic* : ABSOLVE, PARDON   **2** *archaic* : ACQUIT, CLEAR   **3** *archaic* : EXPIATE — **as·soil·ment** \-mənt\ *n, archaic*

**as·so·nance** \'a-sə-nən(t)s\ *n* [F, fr. L *assonare* to answer with the same sound, fr. *ad-* + *sonare* to sound, fr. *sonus* sound — more at SOUND] (1727)   **1** : resemblance of sound in words or syllables   **2 a** : relatively close juxtaposition of similar sounds esp. of vowels   **b** : repetition of vowels without repetition of consonants (as in *stony* and *holy*) used as an alternative to rhyme in verse — **as·so·nant** \-nənt\ *adj or n* — **as·so·nant·al** \,a-sə-'nan-tᵊl\ *adj*

**as soon as** *conj* (14c) : immediately at or shortly after the time that (call *as soon as* you get there)

**as·sort** \ə-'sȯrt\ *vb* [MF *assortir,* fr. *a-* (fr. L *ad-*) + *sorte* sort] *vt* (15c)   **1** : to distribute into groups of a like kind : CLASSIFY   **2** : to supply with an assortment (as of goods) ~ *vi*   **1** : to agree in kind : HARMONIZE   **2** : to keep company : ASSOCIATE — **as·sort·er** *n*

**as·sor·ta·tive** \ə-'sȯr-tə-tiv\ *adj* (1897) : being nonrandom mating based on like or unlike characteristics — **as·sor·ta·tive·ly** \-lē\ *adv*

**as·sort·ed** \-'sȯr-təd\ *adj* (ca. 1797)   **1** : suited esp. by nature or character (an ill-*assorted* pair)   **2** : consisting of various kinds (~ chocolates)

**as·sort·ment** \-'sȯrt-mənt\ *n* (1611)   **1 a** : the act of assorting   **b** : the state of being assorted   **2** : a collection of assorted things or persons

**ASSR** *abbr* Autonomous Soviet Socialist Republic

**asst** *abbr*   **1** assistant   **2** assorted

**asstd** *abbr*   **1** assented   **2** assorted

**as·suage** \ə-'swāj *also* -'swāzh *or* -'swäzh\ *vt* **as·suaged; as·suag·ing** [ME *aswagen,* fr. AF *asuager,* fr. VL *\*assuaviare,* fr. L *ad-* + *suavis* sweet — more at SWEET] (14c)   **1** : to lessen the intensity of (something that pains or distresses) : EASE (unable to ~ their grief)   **2** : PACIFY, QUIET (vainly strove . . . to ~ an implacable foe —Edward Gibbon)   **3** : to put an end to by satisfying : APPEASE, QUENCH (*assuaging* his thirst)   *syn* see RELIEVE — **as·suage·ment** \-mənt\ *n*

**as·sua·sive** \ə-'swā-siv, -ziv\ *adj* (1708) : SOOTHING, CALMING

**as·sume** \ə-'süm\ *vt* **as·sumed; as·sum·ing** [ME, fr. L *assumere,* fr. *ad-* + *sumere* to take — more at CONSUME] (15c)   **1 a** : to take up or in : RECEIVE   **b** : to take into partnership, employment, or use   **2 a** : to take to or upon oneself : UNDERTAKE (~ responsibility)   **b** : PUT ON, DON   **c** : to place oneself in (~ a position)   **3** : SEIZE, USURP (~ control)   **4** : to pretend to have or be : FEIGN (*assumed* an air of confidence in spite of her dismay)   **5** : to take as granted or true : SUPPOSE (I ~ he'll be there)   **6** : to take over (the debts of another) as one's own — **as·sum·abil·i·ty** \-,sü-mə-'bi-lə-tē\ *n* — **as·sum·able** \-'sü-mə-bəl\ *adj* — **as·sum·ably** \-blē\ *adv*

*syn* ASSUME, AFFECT, PRETEND, SIMULATE, FEIGN, COUNTERFEIT, SHAM mean to put on a false or deceptive appearance. ASSUME often implies a justifiable motive rather than an intent to deceive (*assumed* an air of cheerfulness around the patients). AFFECT implies making a

false show of possessing, using, or feeling (*affected* an interest in art). PRETEND implies an overt and sustained false appearance (*pretended* that nothing had happened). SIMULATE suggests a close imitation of the appearance of something (cosmetics that *simulate* a suntan). FEIGN implies more artful invention than PRETEND, less specific mimicry than SIMULATE (*feigned* sickness). COUNTERFEIT implies achieving the highest degree of verisimilitude of any of these words (an actor *counterfeiting* drunkenness). SHAM implies an obvious falseness that fools only the gullible (*shammed* a most unconvincing limp).

**as·sum·ing** *adj* (1692) : PRETENTIOUS, PRESUMPTUOUS

**as·sump·sit** \ə-'səm(p)-sət\ *n* [NL, he undertook, fr. L *assumere* to undertake] (1590)   **1** : an express or implied promise or contract not under seal on which an action may be brought   **2 a** : a former common-law action brought to recover damages alleged from the breach of an assumpsit   **b** : an action to recover damages for breach of a contract

**as·sump·tion** \ə-'səm(p)-shən\ *n* [ME, fr. LL *assumption-, assumptio* taking up, fr. L *assumere*] (13c)   **1 a** : the taking up of a person into heaven   **b** *cap* : August 15 observed in commemoration of the Assumption of the Virgin Mary   **2** : a taking to or upon oneself (the ~ of a new position)   **3** : the act of laying claim to or taking possession of something (the ~ of power)   **4** : ARROGANCE, PRETENSION   **5 a** : an assuming that something is true   **b** : a fact or statement (as a proposition, axiom, postulate, or notion) taken for granted   **6** : the taking over of another's debts

**as·sump·tive** \ə-'səm(p)-tiv\ *adj* (1611) : of, relating to, or based on assumption

**as·sur·ance** \ə-'shu̇r-ən(t)s\ *n* (14c)   **1** : the act or action of assuring: as   **a** : PLEDGE, GUARANTEE   **b** : the act of conveying real property; *also* : the instrument by which it is conveyed   **c** *chiefly Brit* : INSURANCE   **2** : the state of being assured: as   **a** : SECURITY   **b** : a being certain in the mind (the puritan's ~ of salvation)   **c** : confidence of mind or manner : easy freedom from self-doubt or uncertainty; *also* : excessive self-confidence : BRASHNESS, PRESUMPTION   **3** : something that inspires or tends to inspire confidence (gave repeated ~s of goodwill)   *syn* see CONFIDENCE

**as·sure** \ə-'shu̇r\ *vt* **as·sured; as·sur·ing** [ME, fr. AF *asseurer, assurer,* fr. ML *assecurare,* fr. L *ad-* + *securus* secure] (14c)   **1** : to make safe (as from risks or against overthrow) : INSURE   **2** : to give confidence to (and hereby we know that we are of the truth, and shall ~ our hearts —1 Jn 3:19(AV))   **3** : to make sure or certain : CONVINCE (glancing back to ~ himself no one was following)   **4** : to inform positively (I ~ you that we can do it)   **5** : to make certain the coming or attainment of : GUARANTEE (worked hard to ~ accuracy)   *syn* see ENSURE

¹**as·sured** \ə-'shu̇rd\ *adj* (15c)   **1** : characterized by certainty or security : GUARANTEED (an ~ market)   **2 a** : SELF-ASSURED   **b** : SELF-SATISFIED   **3** : satisfied as to the certainty or truth of a matter (rest ~ we won't be late) — **as·sured·ness** \-'shu̇r-əd-nəs, -'shu̇rd-\ *n*

²**assured** *n, pl* **assured** *or* **assureds** (1755) : INSURED

**as·sured·ly** \ə-'shu̇r-əd-lē\ *adv* (14c)   **1** : without a doubt : CERTAINLY   **2** : in an assured manner : CONFIDENTLY

**as·sur·er** \ə-'shu̇r-ər\ *or* **as·sur·or** \ə-'shu̇r-ər, ə-,shu̇r-'ȯr\ *n* (1607) : one that assures : INSURER

**as·sur·gent** \ə-'sər-jənt\ *adj* [L *assurgent-, assurgens,* prp. of *assurgere* to rise, fr. *ad-* + *surgere* to rise — more at SURGE] (1578) : moving upward : RISING; *esp* : ASCENDANT 1b

**assy** *abbr* assembly

**Assyr** *abbr* Assyrian

**As·syr·i·an** \ə-'sir-ē-ən\ *n* (15c)   **1** : a native or inhabitant of ancient Assyria   **2** : the dialect of Akkadian spoken by the Assyrians — **As·syrian** *adj*

**As·syr·i·ol·o·gy** \ə-,sir-ē-'ä-lə-jē\ *n* (1828) : the science or study of the history, language, and antiquities of ancient Assyria and Babylonia — **As·syr·i·o·log·i·cal** \-,sir-ē-ə-'lä-ji-kəl\ *adj* — **As·syr·i·ol·o·gist** \-'ä-lə-jist\ *n*

**AST** *abbr* Alaska standard time

**-ast** *n suffix* [ME, fr. L *-astes,* fr. Gk *-astēs,* fr. verbs in *-azein*] : one connected with (ecdysi*ast*)

**astar·board** \ə-'stär-bərd\ *adv* (ca. 1630) : toward or on the starboard side of a ship (put the helm hard ~)

**As·tar·te** \ə-'stär-tē\ *n* [L, fr. Gk *Astartē*] (1599) : the Phoenician goddess of fertility and of sexual love

**as·ta·tine** \'as-tə-,tēn\ *n* [Gk *astatos* unsteady, fr. *a-* + *statos* standing, fr. *histanai* to cause to stand — more at STAND] (1947) : a radioactive halogen element discovered by bombarding bismuth with alpha particles and also formed by radioactive decay — see ELEMENT table

**as·ter** \'as-tər\ *n* (1664)   **1** [NL, fr. L, aster, fr. Gk *aster-, astēr* star, aster — more at STAR]   **a** : any of various chiefly fall-blooming leafy-stemmed composite herbs (*Aster* and closely related genera) with often showy heads containing disk flowers or both disk and ray flowers   **b** : CHINA ASTER   **2** [NL, fr. Gk *aster-, astēr*] : a system of microtubules arranged radially about a centriole at either end of the mitotic or meiotic spindle

**-aster** *n suffix* [ME, fr. L, suffix denoting partial resemblance] : one that is inferior or not genuine (critic*aster*)

**as·te·ria** \a-'stir-ē-ə\ *n* [L, a precious stone, fr. Gk, fem. of *asterios* starry, fr. *aster-, astēr*] (1903) : a gemstone cut to show asterism

**as·te·ri·at·ed** \-ē-,ā-təd\ *adj* [Gk *asterios*] (1816) : exhibiting asterism (~ sapphire)

¹**as·ter·isk** \'as-tə-,risk, *esp in plural also* ÷-,rik\ *n* [ME, *astarisc,* fr. LL *asteriscus,* fr. Gk *asteriskos,* lit., little star, dim. of *aster-, astēr*] (14c) : the character * used in printing or writing as a reference mark, as an indication of the omission of letters or words, to denote a hypothetical



aster 1a

\ə\ abut   \ᵊ\ kitten, F table   \ər\ further   \a\ ash   \ā\ ace   \ä\ mop, mar   \au̇\ out   \ch\ chin   \e\ bet   \ē\ easy   \g\ go   \i\ hit   \ī\ ice   \j\ job   \ŋ\ sing   \ō\ go   \ȯ\ law   \ȯi\ boy   \th\ thin   \th\ the   \ü\ loot   \u̇\ foot   \y\ yet   \zh\ vision, beige   \k, ⁿ, œ, ɷ, ᵌ\ *see* Guide to Pronunciation

ATLAS-00033122



# America's Leading Reference Brand

 Merriam-Webster

## Merriam-Webster's Collegiate® Dictionary
### Eleventh Edition

### THE WORDS YOU NEED TODAY—ANYTIME, ANYWHERE

The groundbreaking Eleventh Edition merges print, digital, and online formats into one convenient package, providing unmatched accessibility and flexibility.

### THE MOST UP-TO-DATE DICTIONARY AVAILABLE

- 10,000 new words and senses from all fields of knowledge
- 165,000 entries and 225,000 definitions
- Detailed symbols show the most common pronunciations and acceptable variants

### THE FEATURES DICTIONARY BUYERS ASK FOR

- More than 42,000 usage examples—the most in any desk dictionary
- Coverage of 7,500 phrases and idioms clarifies meanings and illustrates common use
- More than 700 illustrations and diagrams and dozens of informative tables

### EXPERT WORD GUIDANCE

- Synonym paragraphs explain different shades of meaning between words
- Usage paragraphs provide guidelines for words with confused or disputed usage
- A Handbook of Style offers essential information to improve writing skills

### Merriam-Webster Inc.
AN ENCYCLOPÆDIA BRITANNICA® COMPANY

 Merriam-Webster

Springfield, MA 01102
Merriam-Webster.com
Merriam-WebsterUnabridged.com
LearnersDictionary.com



**USA $27.95**

CC-809-A06-1111

**DIGITAL DOWNLOAD** installs on your hard drive for easy access to *Merriam-Webster's Collegiate Dictionary, Eleventh Edition.*

**Requirements:** Operating system:  **Windows** 7, Vista, XP, or 2000; **Macintosh** OS X 10.4 or higher, Intel core processor.

**REGISTRATION INFORMATION INCLUDED ON INSIDE COVER.**

**FREE WEB SITE** Free one-year online subscription includes *Webster's Third New International Dictionary, Unabridged; Merriam-Webster's Collegiate Dictionary, Eleventh Edition; Collegiate Thesaurus; Collegiate Encyclopedia; Medical Dictionary; Spanish-English Dictionary,* and *French-English Dictionary.* Features audio pronunciations.

To download or sign up for your free subscription, visit **WWW.MERRIAM-WEBSTERCOLLEGIATE.COM/FREE**

ISBN 978-0-87779-809-5



5 2 7 9 5

9 780877 798095

ATLAS-00033123