# Exhibit 22

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, <br> Plaintiff, <br><br> v. <br><br> SERCOMM CORPORATION, <br> Defendant. | Case No.: 6:21-cv-818 |
| ASUSTEK COMPUTER INC., <br> Defendant. | Case No.: 6:21-cv-820 |

## SUPPLEMENTAL DECLARATION OF DR. SUMIT ROY

# TABLE OF CONTENTS

I.  SUPPLEMENTAL AND RESPONSIVE ANALYSIS

    A.  U.S. Patent No. 9,531,520 ................................................................................... 1

        1.  "network device" (Claims 1, 6) ................................................................ 1

    B.  U.S. Patent No. 9,825,738 ................................................................................... 3

        1.  "wherein the second information is a function of a total number of space time streams to be used to transmit the multiple uplink frames" (Claim 1)/ "wherein the second information is a function of the total number of space time streams to be used to perform simultaneous transmission of the uplink frame and the one or more uplink frames from the one or more other stations" (Claim 9) ...................................................... 3

    C.  U.S. Patent No. 9,912,513 ................................................................................... 4

        1.  "wherein at least a portion of the payload of the uplink frame is associated with the first guard interval length" (claim 1) / "wherein at least a portion of the payload of the uplink frame is associated with the first CP length" (claim 9) / "wherein at least a portion of the legacy header is associated with a second CP length" (claim 10) / "wherein at least a portion of the respective non-legacy header is associated with the first guard interval" (claim 16) ............................................................................................ 4

        2.  "based on the resources for the UL MU transmission" ............................. 5

    D.  U.S. Patent No. 10,020,919 ................................................................................. 7

        1.  "in response to determining that the number of the one or more station information fields in the NDPA is one" (claim 1) / "when a number of the one or more station information fields in the NDPA is one" (claim 11) / "when the number of the one or more station information fields in the NDPA is greater than one" (claims 2, 8, 12, 19) ................. 7

        2.  "wherein the number of the one or more station information fields in the NDPA is the cardinality of the one or more station information fields in the NDPA" (claims 1, 11) ......... 8

    E.  U.S. Patent No. 10,756,851 ................................................................................. 9

        1.  "scheduling extension" (claims 1, 2, 7, 8) ............................................... 9

II.  RESERVATION OF RIGHTS ....................................................................................... 12

I, Sumit Roy, hereby declare:

1.      My name is Dr. Sumit Roy.  I previously submitted a claim construction declaration in this case in support of Defendants' Opening Claim Construction Brief on September 15, 2022.  I incorporate the "Education and Experience," "Patents-In-Suit" and "Claim Terms" sections of that declaration herein by reference.  The purpose of this declaration is to supplement the opinions that I provided in my first declaration, and to respond to certain assertions made by Dr. Matthew Shoemake in his "Declaration of Dr. Matthew B. Showmake Regarding Indefiniteness Issues" dated October 6, 2022, and the Responsive Brief of Plaintiff's filed on that same day.  My Curriculum Vitae is attached to this declaration as Exhibit A.

2.      To the extent that I have not addressed a particular patent or claim term that I addressed in my original declaration, my opinions submitted in the original declaration remain unchanged and I do not believe that those opinions require supplementation.

3.      In rendering my opinions herein, I have considered each of the patents-in-suit on which I have rendered opinions in this declaration and in my original declaration, those patents' prosecution histories, the opinions rendered in my original declaration, the declaration of Dr. Matthew B. Shoemake, and Atlas' Responsive Claim Construction Brief and all of the materials attached thereto.

## I.      SUPPLEMENTAL AND RESPONSIVE ANALYSIS

### A.      U.S. Patent No. 9,531,520

#### 1.      "network device" (Claims 1, 6)

4.      For this claim term, I remain of the view that "network device" cannot be construed by reference to a plain and ordinary meaning in light of the specification and claims of the '520 patent.  Both Atlas and Dr. Shoemake ignore the operative context in making their arguments and rendering opinions—specifically, that in claims 1 and 6 the network device only

refers to the actions performed by access points to communicate with stations.  Claim 1 requires that the "network device" generate a downlink multi-user frame addressed to a plurality of stations; transmit the downlink multi-user frame to the plurality of stations; and receive the uplink multi-user response transmission from the stations.  In my opinion (and from the perspective of a POSA), the claim would only make sense when "network device" is understood as an access point.  Something that is not an access point would **not** be capable of generating a downlink multi-user frame addressed to a plurality of stations; transmit the downlink multi-user frame to the plurality of stations; or receive the uplink multi-user response transmission from the stations.

5.     I note that Atlas and Dr. Shoemake point to a disclosure in the specification stating that "a non-AP STA may act as an AP (e.g., a wireless hotspot)."  DX 1 ('520) at 6:45-46; *see also* Atlas Br. at 7.  However, the POSA would understand that the disclosure refers to communicating in "ad hoc" mode (such as a wireless hotspot communicating via a direct link between two stations), and that the disclosure is completely irrelevant to claim 1, which **does not rely** on the downlink and uplink communications used in "infrastructure mode" as required by claim 1.  *See id.* at 53-56 ("[W]hen a direct link is established between two or more non-AP STAs 212-215, **the connected STAs 212-215 can communicate directly with each other (without using the AP 211)**.") (emphasis added).  Two connected stations communicating directly with each other (and not through an access point) do not use downlink frames and uplink responses, and therefore could not practice the claims.  Thus, the "network device" of claims 1 and 6 should be construed as an access point that may communicate with STAs over a network—lest the "plain and ordinary" meaning expand the scope of the claims well beyond their possible scope.

**B.      U.S. Patent No. 9,825,738**

**1.      "wherein the second information is a function of a total number of space time streams to be used to transmit the multiple uplink frames" (Claim 1)/ "wherein the second information is a function of the total number of space time streams to be used to perform simultaneous transmission of the uplink frame and the one or more uplink frames from the one or more other stations" (Claim 9)**

6.      For this claim term, I remain of the view that this term is indefinite despite Atlas's and Dr. Shoemake's arguments. Neither Atlas nor Dr. Shoemake are able to articulate anything from either the claims or the specification that provides any information about the claimed "function" recited in the claims. The only examples Atlas identifies from the intrinsic evidence use the total number of space time streams itself, rather than identifying any particular formula or method that employs a "function" of the total number of space time streams. *Id.* ("'the common information … includes the total number of data streams, i.e., space-time streams") (emphasis omitted); *id.* at 12 ("[t]he common information includes the total number of data streams transmitted by all STAs"); *id.* ("common information portion identifies 'total number of data streams of all STAs joining in the UL'"). Without any explanation of what the "function" is, the POSA would be forced to speculate. From the POSA's perspective, the number of possible functions that could be employed with the information that Atlas and Dr. Shoemake rely on is infinite, and no one can practice the claims without being told what the function is with a reasonable degree of certainty—the POSA would not have any such certainty here, and would therefore be unable to identify whether "second information" meets the claims with any reasonable level of clarity.

7.      I have also considered Plaintiff's new "alternative" construction. That new construction simply replaces "function of" with the equally unknown and unbounded "related to." From the perspective of the POSA, this would not resolve the fact that the scope of the claim is

3

uncertain.

**C.     U.S. Patent No. 9,912,513**

    **1.     "wherein at least a portion of the payload of the uplink frame is associated with the first guard interval length" (claim 1) / "wherein at least a portion of the payload of the uplink frame is associated with the first CP length" (claim 9) / "wherein at least a portion of the legacy header is associated with a second CP length" (claim 10) / "wherein at least a portion of the respective non-legacy header is associated with the first guard interval" (claim 16)**

8.     I have reviewed Atlas's responsive brief and Dr. Shoemake's declaration opinions on this claim term.  In my opinion, this term would be highly uncertain to the POSA because the claim term contains two ambiguous claim phrases—"at least a portion of" and "associated with."  In my opinion, these words would each individually convey uncertainty to the POSA, but when taken together make the claim phrases particularly uncertain to the POSA.

9.     Dr. Shoemake suggests that the claim terms are not indefinite because I did not include this term in my original declaration.  However, my failure to include this term in my original declaration was not based on any determination on my part that these claims are not indefinite.  Indeed, upon review of Dr. Shoemake's opinions, I completely disagree with him.

10.     Dr. Shoemake's opinion, in fact, seeks to address his view that the claims have a definite meaning, but in doing so he simply confirms that the claims are indefinite.  For example, Dr. Shoemake argues that "[t]he '513 specification—and Figure 8 in particular" "sheds light" on the scope of the claim terms.  Shoemake Decl. ¶ 95.  But his declaration only reinforces that the claims would be indefinite.  Figure 8 simply confirms that the scope of these claims would be highly uncertain to the POSA.  In particular, as shown below, Dr. Shoemake annotates Figure 8 to argue that "GI3" in the figure below somehow "Indicates Guard Interval Length To Be Used By Uplink Frame(s)."

4



11.     The annotation of "GI3" in Figure 8 simply refers to a guard interval.  This annotation in Figure 8 (and the accompanying explanation in the specification) does not in any way convey how "at least a portion of the payload of the uplink frame is associated with" a guard interval.  Dr. Shoemake's attempt to annotate (and thus rehabilitate) the specification also does nothing to convey to the POSA how there is an association between the guard interval and the payload of the uplink frame, let alone what the relevant "portion" of the uplink frame might be.

12.     Moreover, Dr. Shoemake's emphasis on specification citations that suggest that uplink frames can "utilize" information from guard intervals is irrelevant—the question is *how* and *to what extent* any guard interval might be associated with the uplink frames, which would not be understood by the POSA.  The fact that the claim language already includes language suggesting that a guard interval length is "to be used" underscores that the patentee knew how to use such language when it wanted to—the patentee expressly chose *not* to use that language for these claim elements is telling.  Ultimately, it is my opinion that Atlas and Dr. Shoemake are attempting to rewrite the specification and relevant claim language for claims 1, 9, and 16 (which would be understood as being ambiguous to the POSA).

13.     Finally, it is my opinion that the ambiguity in these claim terms is not resolved by the "some or all" aspect of the proposed construction because under that construction, it is not clear what the "some or all" of the payload could be—adding this language to the construction, as Dr. Shoemake proposes to do, provides no further clarity over the original "at least a portion" language.

**2.      "based on the resources for the UL MU transmission" (claim 15)**

5

14.     I have reviewed Atlas's responsive brief and Dr. Shoemake's declaration opinions on this claim term.  Dr. Shoemake suggests that the claim terms are not indefinite because I did not include this term in my original declaration.  However, my failure to include this term in my original declaration was not based on any determination on my part that these claims are not indefinite.  Indeed, upon review of Dr. Shoemake's opinions, I completely disagree with him.

15.     In my opinion, this term would be highly uncertain to the POSA because it is not clear what language the phrase "based on the resources for the UL MU transmission" modifies.  Dr. Shoemake says that the phrase "based on" is well understood, but that is not the point.  The issue is whether the "based on" language refers to "processing of the uplink frame, or the uplink frame itself"—and neither Atlas's nor Dr. Shoemake's analysis provides a clear answer to that question. As Defendants explained (and I agree), there is no specification language that explains what antecedent "based on" refers to.

16.     Despite the language of the claim referring to "***processing*** an uplink frame comprising a plurality of frames from the set of stations**. *based on the resources for the UL MU transmission***," Atlas and Dr. Shoemake assert that "uplink frame itself is based on the resources allocated by the trigger frame."  Atlas Br. at 38; *see also id.* at 37 (arguing that "the uplink frame is based on the resources allocated by the trigger frame for the UL MU transmission").  But this would not be reasonably certain to the POSA.  Dr. Shoemake in fact concedes this:  he says "it may be the case that such processing at the access point is based on the UL MU transmission," confirming that even ***he*** believes that the alternative interpretation is possible.  In my opinion, it is just as plausible that the claim refers to how an uplink frame is processed at the access point after it is constructed, not to the uplink frame itself.  Even under Dr. Shoemake's analysis, such an interpretation is plausible, and therefore the proper interpretation of this claim could not possibly

6

be reasonably certain to the POSA.

### D. U.S. Patent No. 10,020,919

**1. "in response to determining that the number of the one or more station information fields in the NDPA is one" (claim 1) / "when a number of the one or more station information fields in the NDPA is one" (claim 11) / "when the number of the one or more station information fields in the NDPA is greater than one" (claims 2, 8, 12, 19)**

17. I have reviewed Atlas's responsive brief and Dr. Shoemake's declaration opinions on this claim term. Dr. Shoemake suggests that this claim term is not indefinite because I did not include this term in my original declaration. However, my failure to include this term in my original declaration was not based on any determination on my part that these claims are not indefinite. Indeed, upon review of Dr. Shoemake's opinions, I completely disagree with him.

18. When one reads the claim language of claims 1 and 11 of this patent, it is apparent that claims 1 and 11 are directed to the situation where a Null Data Packet Announcement only contains a single station information field, such that the cardinality of the station information fields is one. For claim 1, "in response to" determining that the cardinality is one, the method must "transmit[] first Channel State Information (CSI) feedback in response to receiving the [Null Data Packet]." The claim, when read from the perspective of the POSA, presumes that the cardinality is one and that the CSI feedback is provided. In my opinion, claim 11 applies a similar presumption and assumes that the cardinality is one.

19. It appears that Dr. Shoemake and Atlas ignore the plain wording of the claims and instead hope to read independent claims 1 and 11 and their respective dependent claims as referring to conditional alternatives to one another. But that ignores the "in response to" step of claims 1 and similar step of claim 11 that presumes the cardinality as one and sends CSI feedback. Once the steps of those methods are performed, the POSA would understand that the performance of the methods recited in claims 2 and 12 are rendered impossible. Not only has the cardinality already

7

been established as one (meaning that the number of station information fields ***cannot be*** greater than one as required by claims 2 and 12), confirming that claims 2 and 12 are rendered an impossibility once the method steps of claims 1 and 11 have been performed. I note further that claims 1 and 11 on the one hand, and claims 2 and 12 on the other hand, send entirely different downlink frames, underscoring that the respective dependency of claims 2 and 12 from claims 1 and 11 is illogical. I understand that claims that method claims are rendered impossible or illogical to perform are indefinite, and therefore it is my opinion that dependent claims 2, 8, 12, and 19 are indefinite from the perspective of the POSA.

20. Ultimately, based on my review of the claim language and Dr. Shoemake's declaration, it is my opinion that they ignore the plain language of the individual claims and instead attempt to amalgamate discussions of the claims together as though they were written as one larger, conditional claim, in attempt to get around the deficiencies of the claims. It appears that, as with other patents and claim terms I have discussed in this declaration, Dr. Shoemake and Atlas are again attempting to rewrite the claims. For example, they never directly address the "in response to" language recited in claim 1 that I discussed above, or explain what happens if that step is somehow ignored in the performance of the method. Given this, it appears that Dr. Shoemake does not actually dispute that claim 2 (and the other dependent claims) are rendered impossible when the cardinality of claims 1 and 11 is limited to one.

> **2.** **"wherein the number of the one or more station information fields in the NDPA is the cardinality of the one or more station information fields in the NDPA" (claims 1, 11)**

21. In my opinion, for this claim element, Atlas and Dr. Shoemake again ignore the critical "in response to" language that establishes a cardinality of one for these claims. Because the cardinality in claims 1 and 11 is necessarily one, the POSA would believe that this claim language makes little sense (given that the cardinality in these claims is one). Moreover, I

8

reviewed the prosecution history for this patent and note that Atlas amended the claims to add the cardinality requirement during prosecution to overcome a rejection over the Stephenson reference. *See* '919 Prosecution (Ex. 10) at 160 ("The applicant proposed amendments to overcome the Stephenson reference. The applicant proposed amending the claim to further define the process of determining a number and further defining the number as a cardinality wherein the cardinality is a number of elements in a set or group."). But when the cardinality is one, this claim element is nonsensical and adds no meaning to the claims, let alone do anything that would overcome prior art, thus underscoring the invalidity of the claims.

### E. U.S. Patent No. 10,756,851

#### 1. "scheduling extension" (claims 1, 2, 7, 8)

22. I have reviewed the specification and claims for this patent, and Atlas's arguments for this term. I understand that Atlas argues that this term should be given a "plain and ordinary meaning," but provides no evidence that the term has a plain and ordinary meaning to the POSA, let alone any explanation of what a plain and ordinary meaning would be. In my opinion, the term "scheduling extension" would not have a plain and ordinary meaning to the POSA, and Dr. Shoemake notably does not offer any opinions on this issue; nor does Atlas offer any explanation of what the plain meaning would be. The specification does not mention the claim phrase "scheduling extension" a single time and that this claim term is unique to the '851 patent. From my decades of experience in the wireless connectivity field (including through my involvement in 802.11 standards and standards bodies for many years and associated research and innovation), I am not aware of any common and ordinary use of the term "scheduling extension" in the field. Therefore, I can only discern that the term "scheduling extension" is a term of art that was created by the patentee for purposes of the '851 patent.

23. Because the term "scheduling extension" does not have a plain and ordinary

9

meaning that would be known to the POSA, I reviewed the '851 patent's claims, specification, and prosecution history for guidance. To the extent that I can discern that the specification or prosecution history provides **any** guidance for the meaning of this claim term, it is through the patent's Figure 13 and discussion of that Figure in column 30 of the '851 patent. The only place where the word "extension" appears in the specification is in the context of Figure 13 and the corresponding discussion of that Figure. The specification explains that Fig, 13 shows "an extended control field 1320 in a HT control field," and that "an extended HT control field" is "denoted as [an] HE Control Extension (HECE) in the HT control field." '851 Patent at 30:11-15. From a technical standpoint, such an extension could only be understood by the POSA to refer to a subfield that is appended to an HT control field, as explained in the specification—there is not another viable explanation for what the "scheduling extension" would be. I note further that Figure 13 stands out in the specification as being unique to the "scheduling extension" term—when reading the specification as a whole, there is no prior warning as to where Figure 13 comes from, and all of the surrounding Figures and discussions in the '851 patent do not provide any continuity or meaningful connection to Figure 13. This reinforces to me that Figure 13 is the **only** relevant portion of the patent that addresses any potential meaning for the "scheduling extension" term, lest the term render the '851 patent invalid for lack of written description.[1] Based on my review of that Figure and the accompanying explanation, the POSA would understand the "extension" to simply be a proposal to modify the HT Control field so that it includes an additional subfield.

24. The prosecution history would reinforce the POSA's understanding. The claim phrase "scheduling extension" was added during an applicant-initiated interview as a result of the

---

[1] For purposes of this declaration, I have not been asked to render an opinion as to whether the relevant claims of the '851 patent lack written description as a result of the "scheduling extension" claim term, but I reserve the right to do so at a later date.

10

Examiner applying a double-patenting rejection, alongside language that confirms that the "scheduling extension" relates to a "control extension" (consistent with my opinion above that the scheduling extension is a subfield to the HT *control* field). *See* '851 Prosecution (Ex. 11) at 128-131. The remarks presented to the Examiner described the scheduling extension by reference to Figure 13 and its description of the "control field (e.g., 1300) that includes a control extension indication (e.g., 1311)," along with the corresponding control extension subfield (1320). *Id.* at 133. The corresponding amendments were proposed on March 25, 2020—after the interview. *Id.* at 142-150. And the claims were allowed in direct response to the narrowing amendments to recite a "scheduling extension." *Id.* at 154-162. In my opinion, this prosecution history reinforces and is consistent with Defendants' proposed construction of "scheduling extension" as "a subfield appended to the HT control field that includes scheduling information for the uplink multi-user response."

25. In my opinion, the Defendants' proposed construction clarifies what the "scheduling extension" actually is and what it refers to, while Plaintiff's proposed alternative construction ("an extension to the control field that includes scheduling information), provides little meaningful clarity into the meaning of the claim term. *First*, as to Defendants' proposed construction, the "appended subfield" language is useful because it conveys both that there is an extension and what the extension would be (i.e., a subfield). A subfield is a well-understood term from the perspective of the POSA and is consistent with the disclosure of Figure 13 and Column 30, along with the rest of the patent. By contrast, Plaintiff's construction simply defines an "extension" as an "extension," which provides no useful information. *Second*, as to Defendants' proposed construction, the HT control field is the only relevant control field to the scheduling extension, in the context of a term that does not have a plain and ordinary meaning to the POSA.

11

Plaintiff's generic reference to a "control field" does not provide clarity on the control field to which the scheduling extension is appended—this lack of clarity is problematic in the context of a patent that refers to several different control fields (e.g., an HE control field, a QoS control field, an HT control field, etc.). While I understand that claim constructions cannot typically be limited to particular embodiments in the specification, there are not any other control fields described in the specification other than the HT control field that would be relevant or make sense to the POSA as being relevant to the "scheduling extension" term. *Third*, while both Plaintiff and Defendants have a requirement that the "scheduling extension" "includes scheduling information," Defendants' further clarification that the scheduling information is "for the uplink multi-user response" provides useful context from the perspective of the POSA. The scheduling extension provides information that is relevant to the uplink multi-user response in the context of the claims, which can only be understood by the POSA to be directed to uplink multi-user transmission and to no other applications of "scheduling information." Therefore, it is my opinion that Defendants' proposed construction is both accurate and correct from the perspective of the POSA, and that Plaintiff's proposed alternative construction omits important detail.

## II. RESERVATION OF RIGHTS

26. The opinions rendered herein are based on the information available to me at this time. I reserve the right to further supplement my opinions in response to any future arguments from Atlas or Dr. Shoemake, or any additional information I might receive regarding the claim terms I addressed in my opening or supplemental declarations.

12

Executed on the 17th day of October, 2022, in Bothell, WA.

I declare under penalty of perjury that the foregoing is true and correct.


Sumit Roy

# EXHIBIT A

# Sumit Roy, Fellow IEEE
Curriculum Vitae

| | |
|---|---|
| University of Washington | Ph: (206) 221-5261 |
| Dept. of Electrical Engineering | FAX: (206) 543-3842 |
| Univ. of Washington, Box 352500 | email: sroy@uw.edu |
| Seattle, WA 98195 | http://www.people.ece.uw.edu/sroy |

## EDUCATION

| Degree | Institution | Year |
|---|---|---|
| Ph.D. Electrical Engineering | University of California, Santa Barbara | 1988 |
| M. A. Statistics & Appl. Probability | University of California, Santa Barbara | 1988 |
| M. S. Electrical Engineering | University of California, Santa Barbara | 1985 |
| B. Tech. Electrical Engineering | Indian Institute of Technology, Kanpur | 1983 |

## PERSONAL

Date & Place of Birth: Nov. 17, 1960; Kolkata, India.

Married; U. S. Citizen.

## EMPLOYMENT

| | |
|---|---|
| 9/20-8/22 | **Program Lead**, Innovate Beyond 5G, 5G-to-xG Initiative, US OUSD (R&E) |
| 9/14 -9/19 | **Integrated Systems Term Professorship**, ECE & CoE |
| 9/02 - | Prof. (with tenure), Dept. of Electrical Engineering |
| | Univ. of Washington, Seattle |
| | *Assoc. Chair for Research*, Sep. 2005-07, Sep. 08 - 11 |
| 9/98 - 9/02 | Assoc. Prof. (with tenure), Dept. of Electrical Engineering |
| | Univ. of Washington, Seattle |
| 1/95 - 8/98 | Assoc. Professor (with tenure), Division of Engineering |
| | University of Texas at San Antonio |
| 7/88 - 12/94 | Asst. Professor, Dept. of Electrical Engineering |
| | University of Pennsylvania |
| 10/83 - 5/ 88 | Research Assistant, Dept. of Electrical & Computer Engineering |
| | University of California at Santa Barbara |
| | M. S. Thesis: "Target Signature Evaluation Based on Radar Turntable Data" |
| | Ph. D. Diss.: "Estimation Strategies for a Network of Distributed Sensors" |

## OTHER SIGNIFICANT PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Dec. 2014-Feb. 2015 | Visiting Research Scientist, Microsoft Research, Bangalore, India |
| Aug-Dec. 2014 | Visiting Faculty and External Consultant; IIIT-Delhi, India |
| Sep. 2001 - Dec. 2003 | Sr. Staff Researcher, Wireless Technology, Intel Labs, Hillsboro, OR |
| Summer 1996 | Visiting Member of Technical Staff, Center for Wireless Communications |
| | National Univ. of Singapore |
| Summer 1989 | Visiting Researcher, GE Corporate R & D Center, Schenectady, NY |

## RESEARCH INTERESTS

• Analysis, Evaluation & Prototyping of Wireless Communication Systems/Networks

• Emerging Networks: Beyond 5G (mobile cellular, satellite and WiFi), Internet of Things, Autonomous and Software-Defined Networks

1

## PROFESSIONAL HONORS & RECOGNITIONS

| | |
|---|---|
| **NATO STO SET-302 Technical Panel** | US National Representative (Cognitive Radar) |
| **Fellow**, IEEE | Communications Society (2007) |
| **Science Foundation of Ireland** | E.T.S. Walton Visiting Faculty Award (Feb.-July 2008) |
| **Royal Acad. Engineering (UK)** | Distinguished Visiting Fellow (summer 2011) |
| **Best Student Paper Award** | L. Bai, S. Roy and M. Rangaswamy, "Compressive Radar Clutter Subspace Estimation using Dictionary Learning," *IEEE Radarcon*, Ottawa, CA, May 2013. |
| **Best Paper Awards** | F. Hessar and S. Roy, "Spectrum Sharing Between a Surveillance Radar and Secondary Wi-Fi Networks," *IEEE Trans. Aerosp. & Elect. Systems* **B. Carlton Best Paper Award**, 2016. R. Patidar, S. Roy, T. R. Henderson and A. Chandramohan "Link-to-System Mapping for ns-3 Wi-Fi OFDM Error Models," *ns-3 Workshop* **Best Paper Award**, Jun 2017. |
| **Integrated Systems Professor** | U Washington, 2014 - 19 |
| **Distinguished Lecturer** | IEEE Communications Society, 2014-15, 2017-18 |
| **Visiting Erskine Fellow** | Univ. of Canterbury, Christchurch, New Zealand (2015) |
| **High-end Foreign Expert** | Shanghai JiaoTung University (1 month/year, 2014 - 16) |
| **Member, Executive Comm. (elected)** | National Spectrum Consortium, 2018-19 |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| IEEE ComSoc Activities | Member of Technical Comm. on Cognitive Radios and Commn. Theory Numerous Technical Program Comm. Memberships (Globecom, ICC) |
| Proposal Reviewer | NSF, U.S. Dept. of Defense, Hong Kong Research Council IEEE Trans. Communications, Wireless Commn. J. Select. Areas in Commn., Vehicular Tech.; Trans. Networking |
| **Editorial Duties** | IEEE Trans. Communications 1996 - 99, 2009-2012 IEEE JSAC Wireless/Trans. Wireless Commn. 1999 - 2003 Wireless Communications & Mobile Computing J. (Wiley), 2003-08 IEEE Trans. Mobile Comput., 2006-07 IEEE Trans. Intelligent Transp. Syst.,2006 - 2011 IEEE Trans. Smart Grid, 2010-2012 IEEE Trans. Circuits & Syst. II, 2014-2015 Guest Editor, J. Sel. Areas Commn. Spl. Series on Smart Grid, July 2014 |

## OTHER RECOGNITIONS

• University of California Regents Fellowship (1983-84)

• University of California Dissertation Fellowship (1987-88)

• External Dissertation Reviewer (McGill Univ., Montreal; National Univ. of Singapore; U. Victoria; SIIT, Bangkok)

• Referee for Promotion Cases (CMU, U. Minnesota, North Carolina State U., U. Arizona, U. Utah, Iowa State, U. Texas Dallas)

2

## TEACHING

| | | |
|---|---|---|
| U. Pennsylvania | Commun. Systems (Theory and Lab) | 3/4th Yr. Undergrad |
| | Advanced Digital Signal Processing | 2nd Yr. Grad. |
| | Digital Communications | 2nd Yr. Grad. |
| | Radar Systems | 2nd Yr. Grad. |
| U. Texas San Antonio | Found. of Commun. Theory | 1st Yr. Grad. |
| | Random Signal Analysis | 1st Yr. Grad. |
| | Linear Systems | 3rd Yr. Undergrad |
| | Mobile Communications | 2nd Yr. Grad. |
| U. Washington | Wireless Networks | 2nd Yr. Grad. |
| | Random Processes | 1st Yr. Grad. |
| | Stochastic Process | 2nd Yr. Grad |
| | Digital Communications | 2nd Yr. Grad. |
| | Capstone Design in Communications Systems | 4th Yr. Undergrad |
| | Computer Networks | 4th Yr. Undergrad |
| | Signals & Systems | 3rd Yr. Undergrad |

## PATENTS

1. "A System to Cancel Ghosts in NTSC Television Transmission", (with J. Yang and C. B. Patel) U.S. Patent No. 5361102, Nov. 1994.

2. "Improved Deghosting for Multipath Transmission of TV Signals," (with J. Yang and C. B. Patel), U.S. Patent No. 5341177, Aug. 1994.

3. "Time Frequency Coding in a Multi-Band UWB System," (with J. R. Foerster and V.S. Somayazulu, Intel Corpn.), U.S. Patent No. 7613223, Nov. 2009.

4. "Apparatus and Associated Methods to Introduce Diversity in a MultiCarrier Channel," (with L. Shao and S. Sandhu), U.S. Patent No. 7782970, Aug. 2010; U.S. Patent 8289836, Oct. 2012.

5. "Achieving Quality of Service in a Wireless Local Area Network," (with R. Gupta), U.S. Patent No. 8144613, Mar. 2012.

6. "Adaptive Uplink Protocol" (with Y-C. Ko), U.S. Patent No. 8223664, July 2012.

7. "Method, Apparatus and Computer Program Product for Quiet Period Management in Wireless Networks for Co-existence," (with Chittabrata Ghosh and Klaus Doppler), U.S. Patent No. 0070605, Mar. 2013.

8. "Efficient Broadcasting via Random Linear Combining," (with H. Liu and M. Hamed Firooz) U.S. Patent No. 8953612, Feb. 2015.

9. "Sensing and/or Transmission Coverage Adaptation Using Interference Information," (with H. Ali Safavi-Naeni, Chittabrata Ghosh, Klaus Doppler and Sayantan Chowdhury), U.S. Patent No. 9510369, Nov. 2016.

10. "Enhanced Communication Infrastructure for Hierarchical Intelligent Power Distribution Grid," (with E. Boardman and S. S. Venkata), US Patent 9641026, May 2017.

## RESEARCH SUPERVISION

• **Ph.D. Dissertations Completed**

| | |
|---|---|
| J. Yang | "Signal Processing for Multi-user Communications" (UPenn, May 1993) |
| J. S. Stadler | "Contributions to the Theory and Practice of Importance Sampling" (UPenn, July |
| P. S. Kumar | "Interference Cancellation with Applications to Mobile Radio |
| | and Magnetic Recording Systems" (UPenn, Sep. 1993) |
| B. Jelicic | "Channel Coding for Non Additive White Gaussian Noise Environments" (UPenn, July 1995) |
| M. P. Wylie | "Contributions to Spatio-temporal Processing" (UPenn, Aug. 1995) |
| L. A. Baccala | "Data Unaided Identification of Linear Communication Channels |
| | by Time-domain Methods" (UPenn, Dec. 1995) |
| A. Abouzeid | "Stochastic Models of Congestion Control in Heterogeneous Next Generation Packet Networks" (UW, July 2001) |
| C. Li | "Parameter Estimation in OFDM Systems for High Rate Wireless Communication (UW, Sep. 2002) |
| H. Yan | "Parameter Estimation and Receiver Design for Overlay Communication Systems" (UW, Nov. 2002) |
| J. Zhu | "Layer 2 Performance Analysis and Improvement for Wireless Heterogeneous Networks" (UW, Sep. 2004) |
| L. Shao | "Code Design for MIMO-OFDM/OFDMA Systems" (UW, Oct. 2004) |
| R. Iyappan | "Joint PHY-MAC Optimization for Energy Constrained Wireless Networks" (UW, Nov. 2006) |
| H. Ma | "Adaptive Network Management for 802.11 Wireless LANs" (UW, Sep. 08) |
| R. Gupta | "PHY/MAC Cooperation Strategies for High Density Wireless Networks" (UW, Dec. 2009) |
| L. Luo | "Modeling and Optimization of Dynamic Spectrum Access" (UW, Dec. 2010) |
| F. Ye | "System Optimization and Protocol Design for Vehicular Networks" (UW, Mar. 2011) |
| Mohammad Hamed Firooz | "Application of Network Coding and Compressed Sensing in Networking," (UW, May 2013) |
| Linda Bai | "Compressive Detection & Estimation with Applications to Cognitive Radio/Rad (UW, June 2013) |
| C. S. Boyer | "RFID: A Communication System Perspective," (UW, Mar. 2014). |
| A. Al-mutairi | "Distributed Multiple Access for OFDMA Femto-cells," (UW, Jun. 2014) |
| Farzad Hessar | "Spectrum Sharing in White Spaces" (UW, Apr. 2015) |
| Yue Yang | "Contributions to Smart Metering: Protocol Design & Data Analytics," (UW, Jun. 2015) |
| S. Ashrafi | "Random Access Communications over Multi-packet Reception Channels" (UW, Jun 2016) |
| H.-Ali Safavi-Naeni | "Heterogeneous Coexistence of Wireless Systems" (UW, July 2016) |

4

Xuhang Ying (co supervisor)  "Crowdsensing & Resource Allocation in Shared Spectrum"
(UW, Ph.D. Jun. 2018)

Sian Jin  "Vehicular Radar Network: Cross-Layer Design Optimization"
(UW, Ph.D. Mar. 2022)

- **M. S. Theses Completed**

L. I. Ou  "Fault Detection Algorithms" (UPenn, Dec. 1990)

K. Gang  "Real-time Adaptive Nulling in Presence of Array Imperfections" (UPenn, May 1991)

H.-Y. Wang  "Performance Analysis of Aloha Multiple Access with
Multi-user Detection" (U. Texas, Sep. 1998)

M. Albuquerque  "Effects of Asymmetry, Link Losses and Packet Sizing
on Performance of a TCP Reno Connection" (UW, Mar. 2001)

P. Lu  "Performance Analysis of Bluetooth MAC with Priority Scheduling," (UW, Mar. 2002)

M. Duke  "Directional Antenna Media Access Protocols in a Multipath Environment,"
(UW, Dec. 2003)

D. Daoura  "Traffic Modelling and Prediction for Spatial Time Division
Multiple Access Bandwidth-on-Demand Protocol," (UW, Dec. 2003)

R. Iyappan  "Acquisition of DS Ultrawideband Signals,"(UW, Dec. 2003)

A. Margolis  "Modelling Throughput and Starvation in 802.11 Wireless Networks with Multiple Flows,"
(UW, Aug. 2006)

T. Shing  "CCA and Time Fair Algorithms for Joint Adaptation in HD WLANs,"
(UW, Aug. 2007)

I. Purushothaman  "Fast Hand-off in 802.11 Networks for Voice Over WLAN"
(UW, Aug. 2008)

T. Bosaw  "An Improved 802.11b Interference Model for Network Simulation"
(UW, June 2010)

B. Cizdziel  "Coexistence of Radar Systems & WiFi Networks"
(UW, May 2015)

Jarrett Gaddy  "Layer 2.5 Wireless Network Coding to Improve .11 Network Efficiency" (UW, May 2016)

A. Ashok  "Contributions to Radar-WiFi Spectrum Sharing" (UW, May 2017)

E. Ding  "Optimized Beam Training for mmWave Communications" (UW, June 2018)

A. Jadon  "UAV Networking: Design Considerations" (UW, July 2018).

## OTHER RESEARCH PERSONNEL

| | |
|---|---|
| D.-S. Chen | Visiting Research Scholar (U. Pennsylvania, 1993-94) |
| Dr. Y. Song | Post-doctoral Fellow (U. Texas, 1997-98) |
| Dr. S. Zhang | Visiting Scholar (UW, 2001-02) |
| Dr. C.H. Cho | Visiting Scholar (UW, 2001-02) |
| Dr. S.S. Lee | Visiting Scholar (UW, 2002-03) |
| Dr. R. Vijaykumar | Post-doctoral Fellow (UW, 2004-06) |
| H. Eui-Seok | Visiting Scientist (UW 2004-05) |
| J. Choi | Visiting Scientist (UW 2004-05) |
| Dr. Y-C Ko | Visiting Scholar (UW 2006-08) |
| Dr. S-Y. Shin | Visiting Scholar (UW 2006-07) |
| Dr. C. Ghosh | Post-doctoral Fellow (2009-11) |
| Dr. S. Kim | Visiting Scholar (2011-12) |
| J. Feng | Visiting Ph.D student (2014-2015) |
| Y. Yin | Visiting Ph.D student (2014 - 2015) |
| A. Tang | Visiting Ph.D Student (2015-16) |
| Dr. Morteza Mehrnoush | Post-Doctoral Scholar (2016-2018) |
| F. Hao | Visiting Ph.D. student (2016-17) |
| Dr. Y. Gao | Visiting Asst. Prof. (2017-18) |
| Dr. L. Lanante | Visiting Asst. Prof. (2018-19) |
| W. Jiang | Visiting Ph.D. Student (2018-20) |
| Y. Sun | Visiting Ph.D. Student (2018-19) |
| P. Jimenez-Mateo | Visiting Ph.D. Student (2019) |
| S. Gopal | Visiting Ph.D. Student (2019-20) |
| D. Magrin | Visiting Ph.D. Student (2020) |

## PRESENT RESEARCH SUPERVISION

| | |
|---|---|
| Collin Brady | "Contributions to LTE Public Safetey Communications Design" (Ph.D. 2023, anticipated) |
| X. Gao | "Radar-Camera Sensor Fusion for Automated Driving" (Ph.D. 2023, anticipated) |
| L. Zhang | "Optimization of 5G Edge Networks" (Ph.D. 2023, anticipated) |
| S. Nayak | "Performance Evaluation of Small-Cell 5G Networks" (Ph.D. 2024, anticipated) |
| H. Yin | "Low Latency and Ultra Reliable Services in 5G" (Ph.D. 2023, anticipated) |
| L. Cao | " Resource Allocation for 5G Vehicular Networking" (Ph.D. 2024, anticipated) |

## FUNDED RESEARCH

**ARO** DAAL03-87-K-10119
Dates: 12/88-12/90

"Applications of Subsurface Radar for Mine Detection"
Amount: $251,000 [Co-P.I.]

**AT&T**

"Signal Processing Approaches for High-speed Communication over Digital Subscriber Lines"

Dates: 9/1/90-8/30/91

Amount: $50,000 [Co-P.I.]

**NSF NCR** 89-14431

"Blind Algorithms and Other Advanced Techniques For Channel Equalization"

Dates: 9/15/90-2/28/94

Amount: $211,000 [P.I.]

**SAMSUNG ELEC., PRINCETON, N. J.**

"Advanced TV: Analysis, Simulation & Design"

Dates: 9/1/91- 12/31/92

Amount: $ 87,800 [P.I.]

**NSF CDA 90-22530**
Dates: 1/1/91-12/31/94

"CISE Research Instrumentation"
Amount: $118,000 [Co-P.I.]

**NSF REU**

"Simulation of Advanced Equalization Techniques for High-speed Data Transmission"

Dates: 7/1/91-6/30/92

Amount: $5,000 [P.I.]

**NSF REU**

"Simulation of Trellis Coded Modulation Systems for Advanced TV Transmission"

Dates: 7/1/92-6/30/93

Amount: $5,000 [P.I.]

**NSF REU**
Dates: 7/1/93-6/30/94

"Simulation of Multi-user Receivers for Mobile Radio"
Amount: $5,000 [P.I.]

**ESEERCO, New York**
Dates: 5/1/93-3/1/94

"Improved Dielectric Fluid Leak Detection"
Amount: $68,000 [co-P.I.]

**SHARP ELECT., MAHWAH, N. J.**
Dates: 01/01/94 - 12/01/94

"Advanced TV Channel Codec System Design"
Amount: $ 63,000 [P.I.]

**ARO** DAAH04-96-1-0088

"Design Issues for Advanced Digital Wireless Networks"

Dates: 06/01/96 - 05/30/99

Amount: $ 170,667 [P.I.]

**NSF** CDA 9613727
Dates: 09/01/97 - 12/31/99

"Broadband Wireless Networks: Joint U.S.-Mexico Research"
Amount: $ 15,000 [P.I.]

7

## FUNDED RESEARCH (contd.)

**ARO AASERT** DAAG 55-97-1-0339

Dates: 07/01/97 - 06/30/99

"Simulation, Computation & Software for Advanced Digital Wireless Networks"

Amount: $38,100 [P.I.]

**TEXAS HIGHER EDN. BOARD**

Dates: 01/01/98 - 12/30/99

"Design and Evaluation of Wireless Networking Protocols"

Amount: $160,677 [co-P.I.]

**DoD URISP/AFOSR** F49620-96-1-0472

Dates: 09/15/96 - 09/14/2001

"Telecommunication Networks for Mobile & Distributed Communications and Computing"

Amount: $ 2,000,000 [P.I.]
(awarded at UTexas, UW subcontract approx. $237, 673)

**NSF/ITR** CCR 00-86032

Dates: 9/01/00 -8/31/05

"Heterogeneous System Integration in System-on-Chip Designs"

Amount: $4,000,000 [co-P.I, share $283,440]

**NSF SERG** CCR 00-90012

Dates: 09/15/00-09/15/02

"Application of Communication-Theoretic Principles to Nano Interconnect Research"

Amount: $100,00 [co-P.I.]

**ARMY/CECOM**

Dates: 06/01/01-06/31/04

"Wideband On-the-Move Satellite Communications"

Amount: $312,273 [P.I.]

**Boeing Co.**

Dates: 03/30/03 - 12/31/03

"Directional Antenna Multiple Access Protocols"

Amount: $50,000 [P.I.]

**NSF ITR** ANI 0325014

Dates: 09/15/03-08/31/07

"RESCUENET: Embedded In-Building Sensor Network to Assist Disaster Rescue"

Amount: $ 404,687 [co-P.I., U.W. subcontract]

**INTEL Corpn.**

Dates: 01/15/04-12/31/07

"Next Generation Wireless MESH Networks: PHY/MAC Based Optimization"

Amount: $ 303,000 [P.I.]

**BOEING Co.**

Dates: 05/15/2004-09/30/2004

"PHY/MAC Optimization for Connectionless Networking,"

Amount: $ 20,000 [P.I.]

**FORD Co.**

Dates: 1/1/2005 - 12/31/2005

"New Wireless Interface Standards for Vehicle Infotronics,"

Amount: $34,000 [P.I.]

**LOCKHEED MARTIN Corpn.**

Dates: 5/1/05-5/30/2007

"Network Centric Automatic Target Recognition,"

Amount: $80,000

**T-MOBILE Co.**

Dates: 1/1/06- 7/30/07

"Mesh-Sim: Developing a Simulation Tool for Multi-radio Broadband MESH Networks,"[P.I.]

Amount: $ 79,547

**NSF CCLI**

Dates: 9/1/05-8/31/07

"A Computing Lab for Integrated Teaching Systems Education,"

Amount $10K [Co-P.I. portion; total= $160K]

**NSF CRI**

Dates: 6/15/06-6/13/10

"Developing Next-Generation Open Source Network Simulator,"

Amount $97, 431 [Co-P.I. portion; total UW=$503 K]

8

## FUNDED RESEARCH (contd.)

**Boeing Phantom Works**  "Adaptive MIMO Transceivers: PHY/MAC Design Considerationsr for Cognitive, Tactical Radio Networks"

Dates: 1/1/07-12/31/07  Amount $110,000 [P.I.]

**NASA**  "A Smart Sensor Web for Ocean Observation: System Design, Modeling and Optimization,"

Dates: 9/1/06-8/31/09  Amount $329,640 [Co-P.I. portion; total = $1,481,200]

**Ford Corpn.**  "Broadband Wireless Network Assisted Collaborative Vehicle Infotainment"

Dates: 3/1/07-2/28/10  Amount $120,000 [P.I.]

**OASD-NI**  "Hybrid C2 Structures: Between Hierarchies and Edge Organizations

Dates: 01/01/08-12/31/08  Amount $114,800 [co-P.I.]

**NSF ECS** 0801997  "Design and Prototyping for Network Convergence"

Dates: 6/15/08-6/15/11  Amount $150,200 [co-P.I, total=$395K]

**MIT Lincoln Labs**  "Wireless Networking Research"

Dates: 04/01/08 - 06/01/10  Amount $81, 980 [P.I.]

**NSF ECS** 0824265  "Realizing the Internet of Things via RFID Sensor Nets"

Dates: 9/15/08-9/15/12  Amount $ 500,000 [P.I.]

**DHS Center of Excellence**  "Collaborative E-M Imaging and Network Integration for Detection in Complex Environments "

Dates: 10/1/08- 07/30/12  Amount $ 238,046 [P.I.]

**AFOSR**  "Cross Layer Networking for Airborne Platforms:Integrating Sensing Communications and Access Protocols "

Dates: 04/15/2009 - 03/31/2012  Amount $ 290,532 [P.I.]

**DoE ISD** 3481P1034  "Distributed Energy Resource Management System"

Dates: 9/15/2011 - 03/15/2013  Amount $ 240,000 [P.I.]

**NSF CRI** CNS 1205725  "Ocean-TUNE: A Community Ocean Testbed for Underwater Wireless Networks,"

Dates: 05/01/2012- 04/30/2015  Amount $690,000 [P.I.]

**UW Commercialization Gap Fund**  "Broadband Access in TV White Space: System Prototyping for Proof-of-Concept

Dates: 9/30/2012-9/30-2013  $ 22,000

**Nokia Research Center**  "Research in Wireless Networking"

Dates: Multiple Gifts (2012 -18)  Amount $ 180,000 [P.I.]

**DARPA DSO**  "Knowledge Enhanced Compressive Measurement"

Dates: 04/1/2012 - 04/30/2014  Amount $ 150,000 [P.I.]

**NSF EAGER** CNS 1244643  "Achieving Realism in ns-3 Wireless Network Simulation"

Dates: 08/15/2012-08/14/2015  Amount $ 200,000 [P.I.]

9

## FUNDED RESEARCH (contd.)

**NSF AST (EARS)** 1443923 — "Measurement-augmented Spectrum Databases for White Spaces"
Dates: 09/01/2014- 08/31/2018 — Amount $ 345,000 [P.I.]

**AFRL CERFER FA8650-14-D-1722** — "Networked Cognitive Radar: Architectures & Optimizn."
Dates:10/15/2014-05/14/2019 — Amount $ 282,000 [P.I.]

**NSF SAVI** 1546950 — "iCON: Institute for Cognitive Networking"
Dates:09/01/2015-08/31/2018 — Amount $ 133,480 [P.I.]

**NSF EAGR** 1634194 — "A Wide Area, Persistent Spectrum Monitoring System"
Dates: 05/01/2016-04/30/2018 — Amount $ 149,495 [P.I.]

**Microsoft Azure for Research Awards** — "CityScape: State-of-Art Metro Area Radio Spectrum Observatory"
Dates: 05/23/2017- 05/23/2018 — Amount $20,000

**WA JCATI** — "Advancing State-of-the-Art UAS Networking and Communication"
Dates: 07/01/2016-07/31/2017 — Amount $ 97, 324 [P.I.]

**NSF CNS NeTS** 1617153 — "Can LTE & WiFi Live HappilyEver After?"
Dates: 10/1/2016-09/30/2021 — Amount $147,000 [co-P.I. portion]

**NSF EARS** 1643011 — "Mitigating Ultra Faint RFI to Enable Radio Cosmology"
Dates: 09/15/2016-09/14/2021 — Amount $ 376,534 [co-P.I. portion]

**Nat. Spectrum Consort.** — "Development & Validation of Accurate Clutter Models for AWS-"
Dates: 09/01/2016-08/31/2018 — Amount $ 589,309 [co-P.I.]

**Nat. Inst. Standards Tech. PSIAP** — "Modeling, Simulation and Performance Evaluation for Future Pu"
Dates:06/01/2017-09/15/2020 — Amount $ 1,000,000 [P. I.]

**MIT Lincoln Labs** — "Wireless Networking Research"
Dates: 04/01/2018 - 09/30/2021 — Amount $110,694 [P.I.]

**NSF ICE-T** 1836725 — "Performance Evaluation of Advanced Wireless Networks Edge In"
Dates: 09/16/2018 - 09/15/2021 — Amount $346,364 [P.I.]

**Cisco Gift** — " Performance Evaluation of 802.11ax"
Dates: 03/01/2018 - 2020 — Amount $50,000 [P.I.]

**Airbus** — "Comm Link Availability Modeling for UAS Risk Assessment"
Dates 02/01/2019-09/15/2019 — Amount $ 64,770 [P.I.]

**Intel Univ. Research Gift** — "mmWave Networking: Design Considerations for 5G "
Dates: 04/15/2019 - 04/15/2022 — Amount $90,000 [P.I.]

**NSF CCRI ENS** — "ns-3 Network Simulation for Next-G Wireless"
Dates 10/01/2020-09/30/2023 — Amount $ 962,657 [P.I.]

**Mathworks Gift** — "WLAN System Simulation"
Dates: 09/01/2020 - — Amount $35,000 [P.I.]

10

## FUNDED RESEARCH (contd.)

| | |
|---|---|
| **Facebook Conn. Gift** | "LTE modeling in ns-3 " |
| Dates: 09/01/2020 - | Amount $55,000 [P.I.] |
| | |
| **Nat. Inst. Standards Tech.** | "Cross-Layer Modeling & Performance Evaluation of 5G Public Safety based on NR C-V2X Sidelink" |
| Dates: 10/01/2020 -09/31/2022 | Amount $500,000 [P.I.] |

## ARCHIVAL JOURNAL PUBLICATIONS

1. H. R. Hashemipour, S. Roy and A. J. Laub, "Decentralized Structures for Parallel Kalman Filtering," *IEEE Trans. Aut. Contr.*, vol. AC-32, Jan. 1988, pp. 88-94.

2. J. J. Shynk and S. Roy, "Convergence Properties and Stationary Points of a Perceptron Learning Algorithm," *Proc. IEEE* (Spl. Issue on Neural Networks II), Oct. 1990, pp. 1599-1604. [reprinted in *Neural Networks: Theoretical Foundations and Analysis*, IEEE Press, ed. C. L. Lau, 1991].

3. S. Roy and J. J. Shynk, "Analysis of the Momentum LMS Algorithm," *IEEE Trans. Acoust. Speech Sig. Proc.*, vol. ASSP-32, Dec. 1990, pp. 2088-2098.

4. S. Roy, R. H. Hashemi and A. J. Laub, "Square-root Parallel Kalman Filtering using Reduced Order Local Filters," *IEEE Trans. Aerosp. Elect. Syst.*, vol. 27, Mar. 1991, pp. 276-290.

5. S. Roy and R. A. Iltis, "Decentralized Linear Estimation in Correlated Measurement Noise," *IEEE Trans. Aerosp. Elect. Syst.*, vol. 27, Nov. 1991, pp. 939-941.

6. T. Ozdemir, S. Roy and R. S. Berkowitz, "Imaging of Shallow Subsurface Objects: An Experimental Investigation," *IEEE Trans. Geosci. Rem. Sen.*, May 1992, pp. 472-481.

7. S. A. Raghavan and S. Roy, "Simple Sequence Detector for Coded (1-D) Partial Response Channel," Elect. Lett., vol. 28, no. 10, May 1992, pp. 962-963.

8. K. C. Abraham and S. Roy, "A Novel High Speed PLC Communication Modem," *IEEE Trans. Power Delivery*, vol. 7, no. 4, Oct. 1992, pp. 1760-1768.

9. S. Roy, J. Yang and C. B. Patel, "Ghost Cancellation for Advanced Compatible TV System using Complementary Sequences," *IEEE Trans. Cons. Elect.*, vol. 38, Nov. 1992, pp. 767-777.

10. Y. Sun, S. Roy, S. A. Kassam and F. Haber, "A Pattern Diversity Method for Multiple Coherent Source Location," *J. Acoust. Soc. Am.*, vol. 92, Dec. 1992, pp. 3213-3220.

11. S. Roy, "Design of Linear Phase FIR Filters using the LMS Algorithm," *IEEE Trans. Sig. Proc.*, vol. 41, Apr. 1993, pp. 1685-1689.

12. J. S. Stadler and S. Roy, "Adaptive Importance Sampling," *IEEE J. Sel. Areas Comm.* (Spl. Issue on Comp. Aided Modelling, Analysis and Design of Communication Links), vol. 11, no. 3, Apr. 1993, pp. 309-316.

11

13. S. Roy and S. A. Raghavan, "Timing Sensitivity of (MMSE) Linear and DF Equalization for Digital Magnetic Recording Channels," *Proc. IEE*, Pt. I, vol. 140, no. 3, June 1993, pp. 169-175.

14. T. Liu, C. B. Patel, D. Downey, S. Jaffe, J. Yang and S. Roy, "Simulation and Implementation of US QAM-based HDTV Channel Decoder," *IEEE Trans. Cons. Elect.*, vol. 39, Aug. 1993, pp. 676-683.

15. P. S. Kumar and S. Roy, "Two-Dimensional Equalization for High Density Magnetic Recording," *IEEE Trans. Comm.*, vol. 42, no. 2-4, Feb-Apr. 1994, pp. 386-395.

16. J. Yang, S. Roy and N. H. Lewis, "Data Driven Echo Canceller for a Multi-tone Modulating System," *IEEE Trans. Comm.* vol. 42, no. 5, May 1994, pp. 2134-2144.

17. D. S. Chen and S. Roy, "An Adaptive Multi-user Receiver for CDMA Systems," *IEEE J. Sel. Areas Comm.* (Spl. Issue on CDMA Networks II), vol. 12, no. 5, June 1994, pp. 808-816.

18. L. A. Baccala and S. Roy, "A New Time-domain Blind Identification Method Based on Cyclostationarity," *IEEE Sig. Proc. Letters*, vol. 1, no. 6, June 1994, pp. 89-91.

19. J. Yang and S. Roy, "Joint Transmitter/Receiver Optimization for Multi-input, Multi-output (MIMO) Systems with Decision Feedback," *IEEE Trans. Inf. Theory*, vol. 40, no. 5, Sep. 1994, pp. 1334-1347.

20. J. Yang and S. Roy, "On Joint Transmitter and Receiver Optimization for Multiple Input, Multiple Output (MIMO) Transmission Systems," *IEEE Trans. Comm.*, vol. 42, no. 12, Dec. 1994, pp. 3221-3231.

21. M. P. Wylie, S. Roy and H. Messer, "Self-Calibration of Linear Equi-spaced Arrays," *IEEE Trans. Sig. Proc.*, vol. 42, Dec. 1994, pp. 3449-3459.

22. B. Jeličić and S. Roy, "Design of Trellis Coded QAM for Flat Fading and AWGN Channels," *IEEE Trans. Veh. Tech.*, vol. 44, no. 1, Feb. 1995, pp. 192-201.

23. J. S. Stadler and S. Roy, "Importance Sampling for the Detection of Random Signals," *IEEE Trans. Comm.*, vol. 43, Dec. 1995, pp. 2862-2865.

24. P. S. Kumar and S. Roy, "Optimization for Cross-talk Suppression with Non-coordinating Users," *IEEE Trans. Comm.*, vol. 44, July 1996, pp. 894-905.

25. C. B. Schlegel, S. Roy, P. Alexander and Z.-J. Xiang, "Multi-user Projection Receivers," *J. Sel. Areas Commun. Spl. Issue on CDMA Networks III*, vol. 14, Oct. 1996, pp. 1610-1618.

26. B. Jeličić and S. Roy, "Design of AM-TCM Schemes for the Impulse Noise Environment," *IEEE Trans. Comm.*, vol. 44, Oct. 1996, pp.1217-1221.

27. B. Jeličić and S. Roy, "Cutoff Rates for Coordinate Interleaved QAM over Rayleigh Fading Channels," *IEEE Trans. on Comm.*, vol. 44, Oct. 1996, pp. 1231-1233.

28. T.-J. Lim and S. Roy, "Adaptive Detectors for Multiuser CDMA", *Wireless Networks*, vol. 4. no. 4, pp. 307-318, 1998.

29. C. Schlegel, P. Alexander and S. Roy "Coded Asynchronous CDMA and Its Efficient Detection," *IEEE Trans. Info. Theory*, vol. 44, no. 6 Nov. 1998, pp. 2837-2847.

30. Y. Song and S. Roy, "Blind Adaptive Reduced-Rank Detection for DS-CDMA Signals in Multipath Channels," *J. Sel. Areas. Comm. Wireless Series*, vol. 17, no. 11, Nov. 1999, pp. 1960-1970.

31. S. Roy, "Subspace Blind Adaptive Detection for Multi-User CDMA", *IEEE Trans. Comm.*, vol. 48, no. 1, Jan. 2000, pp. 169-175.

32. C-Y. Li and S. Roy, "Performance of Frequency-Time MMSE Equalizer for MC-CDMA over Multipath Fading Channel," *Wireless Personal Communications*, vol. 18, no. 2, 2001, pp. 179-192.

33. S. Roy and H. Yan, "Blind Channel Estimation in Multi-Rate CDMA Systems", *IEEE Trans. Commun.*, vol. 50, June 2002, pp. 995-1004.

34. S. Aramvith, C-W. Lin, S. Roy and M-T. Sun, "Wireless Video Transport Using Conditional Retransmission and Low-Delay Interleaving," *IEEE Trans. Circuits Syst. Video Tech.*, vol. 12, Jun. 2002, pp. 558-565.

35. C.-Y. Li and S. Roy, "Subspace Based Blind Channel Estimation Method for OFDM Systems without Cyclic Prefix," *IEEE Trans. Wireless Commn.*, vol. 1, no. 4, Oct. 2002, pp. 572-579.

36. A.Abouzeid and S. Roy, "Modelling Random Early Detection in a Heterogeneous Differentiated Services Network," *Computer Networks*, vol. 40, Nov. 2002, pp. 537-556.

37. C.-Y. Li and S. Roy, "Subspace Based Blind Channel Estimation for OFDM by Exploiting Virtual Carriers," *IEEE Trans. Wireless Commn.*, Jan. 2003, pp. 141-150.

38. A. Abouzeid, S. Roy and M. Azizoglu, "Comprehensive Performance Analysis for a TCP Session over a Wireless Fading Link with Queueing," *IEEE Trans. Wireless Commun.*, vol. 2, Mar. 2003, pp. 344-356.

39. A. Abouzeid and S. Roy, "Stochastic Modeling of TCP in Networks with Abrupt Delay Variations," *Wireless Networks*, vol. 9, Sep. 2003, pp. 509-524.

40. R. C. Shah, S. Roy, S. Jain and W. Brunette, "Data Mules: Modelling a Three-tier Architecture for Sparse Sensor Networks,", *Elsevier AdHoc Networks J.*, Spl. Issue on Sensor Networks Applicns. & Protocols, vol. 1, Sept. 2003, pp. 215-233.

41. P. Smith, S. Roy and M. Shafi, "Capacity of MIMO Systems with Semicorrelated Flat Fading," *IEEE Trans. Inf. Theory*, vol. 49, Oct. 2003, pp. 2781-2788.

42. S. Roy, J. R. Foerster, V. S. Somayazulu and D. G. Leeper, "Ultra Wideband Radio Design: The Promise of High-speed, Short-range Wireless Connectivity,", *Proc. IEEE Spl. Issue on Gigabit Wireless*, Feb. 2004, pp. 295-311.

13

43. J. Zhu and S. Roy, "Improving Link Layer Performance on Satellite Channels with Shadowing with Delay Two-Copy ARQ," *IEEE J. Sel. Areas Commn.*, Spl. Issue on "Broadband IP Networks via Satellites," vol. 22, Apr. 2004, pp. 472-481.

44. H. Mir and S. Roy, "Optimum Transmitter/Receiver Design for Narrowband Overlay in Non-coordinated Subscriber Lines," *IEEE Trans. Communications*, vol. 52, June 2004, pp. 992-998.

45. J. Zhu and S. Roy, "An 802.11 Based Slotted Dual-Channel Reservation MAC Protocol for Multimedia Multi-Hop Networks," *ACM/Kluwer Mobile Networking & Appl. (MONET)*, Spl. Issue WLAN Optimization at MAC and Network Levels, 2004.

46. J. Zhu, X. Guo, L. Yang, W. Steven Conner, S. Roy and M. Hazra, "Adapting Physical Carrier Sensing to Maximize Spatial Reuse in 802.11 MESH Networks," *Wiley J. Wireless Communications and Mobile Computing,*, Spl. Issue on Emerging WLAN Applications and Technologies, vol. 4, no. 8, pp. 933-946, 2004.

47. H. Yan and S. Roy, "Parallel Interference Cancellation for Uplink Multirate Overlay CDMA Channels," *IEEE Trans. Communications*, vol. 53, Jan. 2005, pp. 152-161.

48. L. Shao and S. Roy, "Rate-1 Space-Frequency Block Codes with Maximum Diversity for MIMO-OFDM," *IEEE Trans. Wireless Communications*, vol. 4. July 2005, pp. 1674-1687.

49. B. Jiang, K. Fishkin, S. Roy and M. Philipose "Unobtrusive Long Range Detection of Passive RFID Tag Motion," *IEEE Trans. Instrumentation & Measurement*, Feb. 2006, pp. 187-196.

50. S. Jain, R. C. Shah, G. Borriello, W. Brunette and S. Roy, "Exploiting Mobility for Energy Efficient Data Collection in Sensor Networks," *ACM/Kluwer Mobile Networks and Applications*, June 2006, pp. 327-339. [prelim. version in IEEE/ACM Modelling, Optimization in Mobile, Ad-Hoc Wireless Networks (WiOpt) 2004].

51. R. Iyappan and S. Roy, "On Acquisition of Ultra-Wideband Direct Sequence Spread-Spectrum Signals,"*IEEE Trans. Wireless Commn.*, June 2006, pp. 1537-1546.

52. J. Zhu, S. Roy and J. Kim, "Performance Modelling of TCP Enhancements in Terrestrial-Satellite Hybrid Networks," *IEEE Trans. Networking*, vol. 14, Aug. 2006, pp. 753-766.

53. B. Jiang, J. R. Smith, M. Philipose, S. Roy, K. Sundara-Rajan and A. V. Mamishev, "Energy Scavenging for Inductively Coupled Passive RFID Systems," *IEEE Trans. Instrumentation & Measurement*, Feb. 2007, pp. 118-125.

54. R. Iyappan, A. Das and S. Roy, "Analysis of Contention Access Part of IEEE 802.15.4 MAC," *ACM Trans. Sensor Networks*, vol. 3, Mar. 2007.

55. H. Ma, S. Roy and J. Zhu, "On Loss Differentiation for CSMA-based Dense Wireless Network," *IEEE Communications Lett.*, Nov. 2007, pp. 877-879.

56. H. Ma, J. Zhu, S. Roy and S-Y. Shin, "Joint Transmit Power and Physical Carrier Sensing Adaptation based on Loss Differentiation for High Density IEEE 802.11 WLAN," *Computer Networks*, vol. 52, June 2008, pp. 1703-1720.

57. Y-C Ko, S. Roy, J. R. Smith, H-W Lee and C-H Cho, "RFID MAC Performance Evaluation Based on ISO/IEC 18000-6 Type C," *IEEE Commn. Letters*, June 2008, pp. 426-428.

58. H. Alazemi, A. K. Das, R. Vijayakumar and S. Roy, "Fixed Channel Assignment Algorithms for Multi-radio Multi-channel Mesh Networks," *Wiley J. Wireless Commun. and Mobile Comput.*, vol. 8, no. 6, Aug. 2008.

59. B. Liu, H. Li, H. Liu and S. Roy, "DPC-based Hierarchical Broadcasting: Design and Implementation," *IEEE Trans. Veh. Tech.*, Nov. 2008, pp. 3895-3900.

60. N. Parrish, L. Tracy, S. Roy, P. Arabshahi and W. L. J. Fox, "System Design Considerations for Undersea Networks: Link and Multiple Access Protocols," *IEEE J. Sel. Areas Communications, Spl. Issue Underwater Wireless Communications and Networks*, vol. 26, Dec. 2008, pp. 1720-1730.

61. L. Luo, N. Neihart, S. Roy and D. J. Allstot, "A Two Stage Sensing Technique for Dynamic Spectrum Access," *IEEE Trans. Wireless Commn.*, vol. 8, Jun 2009, pp. 3028-3037.

62. Y-C. Ko, S. Roy, C-H.Cho, H-W. Lee and H. K. Garg,"Multiple Feedback Algorithm for RFID MAC Protocols," *IEEE Comm. Letters*, Sep. 2009, pp. 1640-1642.

63. H. Ma, R. Vijaykumar, S. Roy and J. Zhu, "Optimizing 802.11 Wireless Mesh Networks Based on Physical Carrier Sensing," *IEEE/ACM Trans. Networking*, vol. 17, Oct. 2009, pp. 1550-1563.

64. I. Purushothaman and S. Roy, "FastScan - A Handoff Scheme for Voice over 802.11 WLANs," *Wireless Networks*, no. 7, 2010, pp. 2049-2063.

65. Y. Lin, K. DeSouza and S. Roy, "Measuring Agility of Networked Organizational Structures via Network Entropy and Mutual Information," *Applied Math. & Computation*, July 2010, pp. 2824-2836.

66. F. Ye, S. Roy and Z. Niu, "Flow Oriented Channel Assignment for Multi-radio Wireless Mesh Networks," *EURASIP J. Wireless Commn. and Networking*, vol. 10, 2010.

67. S. Roy, V. Jandhyala, J. R. Smith, D. J. Wetherall, B. Otis, R. Chakraborty, M. Buettner, D. J. Yaeger, Y. C. Ko and A. Sample, "RFID: From Supply Chains to Sensor Nets," *Proc. IEEE Spl. Issue RFID*, Sep. 2010, pp. 1583-1591.

68. B. Howe, Y. Chao, P. Arabshahi, S. Roy, T. McGinnis and A. Gray, "A Smart Sensor Web for Ocean Observation: Fixed and Mobile Platforms, Integrated Acoustics, Satellites and Predictive Modeling," *IEEE J. of Selected Topics in Earth Observations and Remote Sensing, Spl. Issue on on Earth Observation Sensor Web*, Dec. 2010, pp. 507-521.

69. F. Ye, R. Yim, S. Roy and J. Zhang, "Efficiency and Reliability of One-Hop Broadcasting in Vehicular Ad-Hoc Networks," *IEEE JSAC Spl. Issue on Vehicular Communications and Networks*, Jan. 2011, pp. 151-160.

15

70. R. Chakraborty, S. Roy and V. Jandhyala, "Revisiting RFID Link Budgets for Technology Scaling: Range Maximization of RFID Tags," *IEEE Trans. Microwave Theory & Tech.*, Feb. 2011, pp. 496-503.

71. L. Luo and S. Roy, "Modeling and Analysis of Detection Time Trade-offs for Channel Searching in Cognitive Radio Networks," *IET Communications*, 2012, pp. 819-827.

72. G. Hwang and S. Roy, "Design and Analysis of Optimal Random Access Policies in Cognitive Radio Networks," *IEEE Trans. Commn.*, Jan. 2012, pp. 121-131.

73. F. Ye, S. Roy and H. Wang, "Efficient Data Dissemination in Vehicular Ad Hoc Networks," *IEEE J. Sel. Areas Commn. Spl. Issue Broadband Wireless Commns. for High Speed Vehicles*, May 2012, pp. 769-779.

74. H. Qiang and S. Roy, "An Informational Theoretical Analysis of Kinase Activated Phosphorylation-Dephosphorylation Cycle," *IEEE Trans. Nano-Bio Science*, Sep. 2012, pp. 289-295.

75. L. Luo and S. Roy, "Efficient Spectrum Sensing for Cognitive Radio Networks via Joint Optimization of Sensing Threshold and Duration," *IEEE Trans Commn.*, Oct. 2012, pp. 2851-2860.

76. C. S. Boyer and S. Roy, "Coded QAM Backscatter Modulation For RFID," *IEEE Trans. Commn.*, July 2012, pp. 1925-1934.

77. L. Bai and S. Roy, "Compressive Spectrum Sensing Using a Bandpass Sampling Architecture," *IEEE J. Emerging & Sel. Topics in Circuits and Syst., Spl. Issue on Compressive Sensing*, Sep. 2012, pp. 433-442.

78. X. Li, H. Liu, S.Roy, J. Zhang, P. Zhang and C. Ghosh, "Throughput Analysis for a Multi-user, Multi-channel ALOHA Cognitive Radio System," *IEEE Trans. Wireless Commn.*, Nov. 2012, pp. 3900-3909.

79. C. Ghosh, S. Roy and M. B. Rao, "Modeling and Validation of Channel Idleness & Spectrum Availability for Cognitive Networks," *IEEE J. Sel. Areas. Commn. - Cognitive Radio Series*, Nov. 2012, pp. 2029-2039.

80. A. Al-Mutairi, S. Roy and G. U. Hwang, "Delay Analysis of OFDMA-Aloha," *IEEE Trans. Wireless Commn.*, Jan. 2013, pp. 89-99.

81. F. Hessar and S. Roy, "Energy Based Performance Evaluation of Passive EPC Gen 2 Class 1 RFID Systems," *IEEE Trans. Commn.*, Apr. 2013, pp. 1337-1348.

82. C. S. Boyer and S. Roy, "Space Time Coding for Backscatter RFID," *IEEE Trans. Wireless Communications*, May 2013, pp. 2272-2280.

83. M. H. Firooz and S. Roy, "Data Dissemination in Wireless Networks with Network Coding," *IEEE Commn. Letters*, May 2013, pp. 944-947.

84. L. Y. Bai and S. Roy, "A Two-stage Approach for Network Monitoring," *J. Network and Systems Management*, June 2013, pp. 238-263.

85. M. H. Firooz, Z. Chen, S. Roy and H. Liu, "Wireless Network Coding via Modified 802.11 MAC/PHY: Design and Implementation on SDR," *IEEE J. Sel. Areas Commn. Spl. Issue on Theories and Methods for Advanced Wireless Relays*, Aug. 2013, pp. 1618-1628.

86. M. H. Firooz and S. Roy, "Link Delay Estimation via Expander Graphs," *IEEE Trans. Comm.*, Jan. 2014, pp. 170-181.

87. C. S. Boyer and S. Roy, "Backscatter Communications and RFID: Coding, Energy and MIMO Analysis," *IEEE Trans. Comm.*, Mar. 2014, pp. 770-785 [*Invited Paper*].

88. Y. Yang and S. Roy, "Grouping Based MAC Protocols for EV Charging Data Transmission in Smart Metering Network," *JSAC Smart Grid Communications Series*, July 2014, pp. 1328-1343.

89. N. Shlayan, P. Kachroo, S. Roy and M. Zhang, "High Performance Vehicle Streams: Communication and Control Architecture," *IEEE Trans. Veh. Technology*, Feb. 2014, pp. 3560-3568.

90. A. Mahalanobis, R. Muise and S. Roy, "Efficient Target Detection using an Adaptive Compressive Imager," *IEEE Trans. Aerospace & Elect. Systems*, Oct. 2014, pp. 2528-2540.

91. A. Al-Mutairi and S. Roy, "An OFDM-aware Reservation Random Access Protocol for Interference Mitigation in OFDMA Femtocells," *IEEE Trans. Comm.*, Jan. 2015, pp. 301-310.

92. M.W. Lee, G-U. Hwang and S. Roy, "Per Node Throughput and Fairness of IEEE 802.11 Wireless Networks with Hidden Nodes," *Performance Evaluation*, May 2015, pp. 60-73.

93. F. Hessar and S. Roy, "Capacity Considerations for Secondary Networks in TV White Space," *IEEE Tran. Mobile Comput.*, Sep. 2015, pp. 1780-1793.

94. A. Al-Mutairi and S. Roy, "Impact of Traffic Load on OFDMA Femtocells Interference Mitigation," *IEEE J. Sel. Areas Commn, Spl. Issue on Recent Advances in Heterogeneous Cellular Networks*, Oct. 2015, pp. 2017-2026.

95. H-A. Safavi-Naeini, S. Roy and S. Ashrafi, "Spectrum Sharing of Radar and Wi-Fi Networks: The Sensing/Throughput Tradeoff" *IEEE Trans. Cognitive Comm. & Networking*, Dec. 2015, pp. 372-382.

96. F. Hessar and S. Roy, "Spectrum Sharing between a Surveillance Radar and Secondary Wi-Fi Networks," *IEEE Trans. Aerosp. Electronic Systems*, Jun 2016, pp. 1434-1448 (**M. Barry Carlton Best Paper Award**).

97. S. Ashrafi, C. Feng and S. Roy, "Performance Analysis of CSMA with Multipacket Reception: The Inhomogenous Case," *IEEE Trans. Commn.*, Jan. 2017, pp. 230-243.

98. X. Ying, S. Roy and R.Poovendran, "Pricing Mechanisms for Crowd Sensed Spatial Statistics-Based Radio Mapping," *IEEE Trans. Cognitive Comm. & Networking*, Jun. 2017, pp. 242-254.

99. M. Mehrnoush and S. Roy, "Coexistence of WLAN Network with Radar: Detection and Interference Mitigation," *IEEE Trans. Cognitive Comm. & Networking*, Dec. 2017, pp. 655-667.

100. A. Tang, S. Roy and X. Wang, "Coded Caching for Wireless Backhaul Networks with Unequal Link Rates," *IEEE Trans. Comm*, Jan. 2018, pp. 1-13.

101. S. Mishra and S. Roy, "Market Mechanisms for Dynamic Spectrum Access," *IEEE Trans. Wireless Comm.*, May 2018, pp. 3071-3081.

102. S. Ashrafi, C. Feng and S. Roy, "Compute-and-Forward for Random-Access: The Case of Multiple Access Points," *IEEE Trans. Comm.*, Aug. 2018, pp. 3434-3443.

103. M. Mehrnoush, V. Sathya, S. Roy and M. Ghosh, "Analytical Modeling of WiFi and LTE-LAA Coexistence: Throughput and Impact of Energy Detection Threshold," *IEEE/ACM Trans. Networking*, Aug. 2018, pp. 1990-2003.

104. X. Ying, M. Buddhikot and S. Roy, "SAS-Assisted Coexistence-Aware Dynamic Channel Assignment in CBRS Band," *IEEE Trans. Wireless Comm.*, Sep. 2018, pp. 6307-6320.

105. M. Mehrnoush, S. Roy, V. Sathya and M. Ghosh, "On the Fairness of Wi-Fi and LTE-LAA Coexistence," *IEEE Trans. Cognitive Comm. & Networking*, Dec. 2018, pp. 735-748.

106. S. Gopal, S. K. Kaul and S. Roy, "Optimizing City-wide WiFi Networks in TV White Spaces," *IEEE Trans. Cognitive Comm. & Networking*, Dec. 2018, pp. 749-763.

107. M. Wilensky, M. F. Morales, B. Hazelton, N. Barry, R. Byrne and S. Roy, "Absolving the SSINS of Precision Interferometric Radio Data: A New Technique for Mitigating Ultra-faint Radio Frequency Interference," *Publ. Astron. Soc. Pacific*, Oct. 2019.

108. S. Roy and M. Mehrnoush, "A New Poisson Process Based Model for LOS/NLOS Discrimination in Clutter Modeling," *IEEE Trans. Antennas & Prop.*, Dec. 2019, pp. 7538-7549.

109. Y. Gao and S. Roy, "Achieving Proportional Fairness for LTE-LAA and WiFi Coexistence in Unlicensed Spectrum," *IEEE Trans. Wireless Commn.*, May 2020, pp. 3390-3404.

110. C. Brady and S. Roy, "Analysis of Mission Critical Push-to-Talk (MCPTT) Services over Public Safety Networks," *IEEE Wireless Comm. Letters*, May 2020, pp. 1462-1466.

111. X. Gao, G. Xing, S. Roy and H. Liu, "RAMP-CNN: A Novel Neural Network for Enhanced Automotive Radar Object Recognition," *IEEE Sensors Journal*, Feb. 2021, pp. 5119-5132.

112. H. Yin, L. Zhang and S. Roy, "Multiplexing URLLC Traffic within eMBB Services in 5G NR: Fair Scheduling," *IEEE Trans. Comm.*, Feb. 2021, pp. 1080-1093.

113. L. Lanante and S. Roy, "Analysis and Optimization of Channel Bonding in Dense IEEE 802.11 WLANs," *IEEE Trans. Wireless Comm.*, Mar. 2021, pp. 2150-2160.

114. L. Zhang, Y. Chen, Z. Chen and S. Roy, "Communications-Caching-Computing Resource Allocation for Bi-Directional Data in Mobile Edge Networks," *IEEE Trans. Commn.*, Mar. 2021, pp. 1496-1509.

115. S. Jin and S. Roy, "FMCW Radar Network: Multiple Access and Interference Mitigation," *IEEE J. Sp. Topics Sig. Proc.*, Jun. 2021, pp. 968-979.

116. X. Gao, S. Roy and G. Xing, "MIMO-SAR: A Hierarchical High-resolution Imaging Algorithm for FMCW mmWave Radar in Autonomous Driving," *IEEE Tran. Veh. Tech.*, Aug. 2021, pp. 7322-7334.

117. S. Gopal, S. K. Kaul, R. Chaturvedi, and S. Roy, "Coexistence of Age and Throughput Optimizing Networks: A Spectrum Sharing Game," *IEEE/ACM Trans. Networking*, Aug. 2021, pp. 1494-1508.

118. S. Jin, S. Roy and T. R. Henderson, "Efficient PHY Layer Abstraction for Fast Simulations in Complex System Environments," *IEEE Trans. Comm.*, Aug.2021, pp. 5649-5660.

119. C. Brady and S. Roy, "A Robust Algorithm for LTE D2D (Sidelink) Discovery for Public Safety Communications," *IEEE Systems J.*, July 2021, pp.1-12.

120. S. Nayak and S. Roy, "Novel Markov Chain Based URLLC Link Adaptation Method for Vehicular Networks," *IEEE Trans. Veh. Tech.*, Dec. 2021, pp. 12302-12311.

121. L. Lanante, C. Ghosh and S. Roy, "Hybrid OFDMA Random Access with Resource Unit Sensing for Next-gen 802.11ax WLANs," *IEEE Trans. Mob. Comput.*, Dec. 2021, pp. 3338-3350.

122. L. Lanante and S. Roy, "Performance Analysis of the IEEE 802.11ax OBSS PD Based Spatial Reuse," *IEEE/ACM Trans. Networking*, Apr. 2022, pp. 616-628.

123. L. Zhang, H. Yan, S. Roy and L. Cao, "Multi-access Point Coordination for Next-Gen WiFi Networks Aided by Deep Reinfocement Learning," *IEEE Systems J.*, Jun. 2022, pp. 1-12.

124. X. Gao, H. Liu, S. Roy, G. Xing, A. Alansari and Y. Luo, "Learning to Detect Open Carry and Concealed Object with 77 GHz Radar," *IEEE J. Spl. Topics in Signal Processing* Spl. Issue on Deep Learning for High Dimensional Sensing, Jun. 2022, pp. 791-803.

125. H. Yin, S. Roy and L. Cao, "Routing and Resource Allocation for IAB Multi-Hop Network in 5G Advanced," *IEEE Trans. Comm.*, Aug 2022 (accepted).

## MAGAZINE PUBLICATIONS, CONTRIBUTED ARTICLES, BOOK CHAPTERS, ONLINE PUBLICATIONS

1. S. Roy, J. Yang and P. S. Kumar, "Joint Transmitter/Receiver Optimization for Multi-user Communications," in *Cyclostationarity in Communications and Signal Processing*, ed. W. A. Gardner, IEEE Press, Dec. 1993, pp. 327-359.

2. S. Roy, D. S. Chen and S.-C. Mau, "Adaptive Multi-user Decorrelating Receivers for CDMA Systems," in *Wireless and Mobile Communications*, ed. J. M. Holtzmann and D. J. Goodman, Kluwer Acad., Norwell, MA. pp. 67-82.

3. S. Roy and P. Zhang, "Importance Sampling," in *Encyclopaedia of Environmetrics*," Wiley, 2001.

4. J. Zhu and S. Roy, "Media Access Control for Dedicated Short Range Communications in Intelligent Transportation Systems," *IEEE Communications Magazine*, Dec. 2003, pp. 60-67.

5. J. Zhu, S. Roy, X. Guo and W. S. Conner, "Maximizing Aggregate Throughput in 802.11 Mesh Networks with Physical Carrier Sensing and Two-radio Multichannel Clustering," Proc. NSF-RPI Workshop on Pervasive Computing and Networking, Apr. 2004, Kluwer Acad.

6. S. Roy and R. Iyappan, "Channel Estimation for High-rate Ultra Wideband Systems," in *UWB Communication Systems: A Comprehensive Overview*, ed. M-G. di Benedetto et al., EURASIP Book Series on Sig. Proc. & Communications, vol. 5 2006, pp. 118-142.

7. K. Fishkin, S. Roy and B. Jiang, "Some Methods for Privacy in RFID Communication," in *Security in Ad-hoc and Sensor Networks*, Lecture Notes in Computer Science, Springer Verlag, vol. 3313, 2005.

8. M. Philipose, J. R. Smith, B. Jiang, A. Mamishev, S. Roy, K. Sundara-Rajan "Battery-free Wireless Idenfication and Sensing" *IEEE Pervasive Computing Magazine*, Spl. issue on Energy Harvesting and Conservation, Jan-Mar. 2005, pp. 37-45.

9. J. R. Smith, M. Philipose, B. Jiang, K. Sundara-Rajan, S. Roy and A. Mamishev, "RFID Based Techniques for Human Activity Detection," *Communications of ACM*, Sep. 2005.

10. R. Iyappan and S. Roy, "Clear Channel Assessment in Energy-constrained Wideband Wireless Networks," *IEEE Wireless Commun. Magazine*, June 2007, pp. 70-78.

11. R. Vijaykumar, A. K. Das, S. Roy and H. Ma, "Multi-radio Multi-channel Mesh Networks," in *Wireless Mesh Networking: Architectures, Protocols and Standards*, Auerbach Publications, 2007, pp. 49-78.

12. C. Ghosh, D. Cavalcanti and S. Roy, "Coexistence Challenges for Heterogeneous Cognitive Wireless Networks in TV White Spaces," *IEEE Wireless Communications Magazine*, Aug. 2011, pp. 22-31.

13. S. Roy, D. Nordell and S. S. Venkata, "Lines of Communication: Architecture and Solutions for Linking Elements of the Smart Distribution Grid," *IEEE Power & Energy Magazine*, Sep-Oct. 2011, pp. 64-73.

14. Bo Gao, J-M. Park, Y. Yang, and S. Roy, "A Taxonomy of Coexistence Mechanisms for Heterogeneous Cognitive Radio Networks Operating in TV White Spaces," *IEEE Wireless Commn. Magazine*, Aug. 2012, pp. 41-48.

15. A. Al-mutairi and S. Roy, "The Case for Random Access in OFDMA Femto Cells," *IEEE Wireless Commn. Magazine*, Oct. 2013, pp. 118-124.

16. S. Roy, "TV White Space Networking: A (U.S. centric) Retrospective," in IEEE COMSOC TCCN Communications, vol. 1, no.1 Dec. 2015 http://cn.committees.comsoc.org/communications

17. R. Ramjee, S. Roy and K. Chintalapudi, "A Critique of FCC's TV White Space Regulations," *GetMobile: Mobile Computing and Communications*, ACM Sigmobile, 2016; http://www.sigmobile.org/pubs/getmobile/

20

18. M. Mehrnoush and S. Roy, "Physical Layer Coexistence: WLAN/Radar Case Study," *Handbook of Cognitive Radio*, ed. W. Zhang, Springer, 2017.

19. F. Hessar, A. Ashok and S. Roy, "Radar Wi-Fi Spectrum Sharing: Evaluation of Radar Protection Regions, *Radar & Comm. Spectrum Sharing*, ed. S. D. Blunt, E. S. Perrins; IET London, 2017.

20. X. Ying, S. Roy and F. Hessar, "Indoor-Outdoor TV White and Gray Space Availability: A U.S. Case Study," *TV White Space Communications & Networks*, ed. R. Stewart, D. Crawford and A. Stirling, Elsevier, 2017.

21. V. Sathya, M. Mehrnoush, M. Ghosh and S. Roy, "Wi-Fi/LTE-U Coexistence: Real-time Issues and Solutions," *IEEE Access*, pp. 9221-9234, Jan. 2020.

22. V. Sathya, S. M. Kala, M. I. Rochman, M. Ghosh and S. Roy, "Standardization Advances for Cellular and Wi-Fi Coexistence in Unlicensed 5 Ghz and 6 GHz," *ACM GetMobile*, Mar. 2020, pp. 5-15.

23. S. Avallone, P. Imputato, G. Redieteab, C. Ghosh and S. Roy, "Will OFDMA Improve the Performance of 802.11 WiFi Networks?," *IEEE Wireless Comm. Magazine*, Jun. 2021, pp. 100-107.

24. S. Jin, X. Gao and S. Roy, "Cognition in Automotive Radars," chapter in *Next Generation Cognitive Radar Systems*, ed. K. V. Mishra et al., IET, UK, 2021.

## REFEREED CONFERENCE PUBLICATIONS

1. S. Roy and R. A. Iltis, "Application of Block Kalman Filter to Multisensor Estimation with Uncertain Measurements," *Proc. IEEE Int. Conf. Acoust. Speech Sig. Proc.*, Tokyo, June 1986, pp. 2815-2818.

2. S. Roy and R. A. Iltis, "Hierarchical Estimation in Correlated Noise," *IEEE Int. Symp. Inf. Theory*, Ann Arbo, MI, Oct. 1986, pp. 22.

3. R. H. Hashemi, S. Roy and A. J. Laub, "Decentralized Structures for Parallel Kalman Filtering," *Proc. 10th World Congress Int. Fed. Aut. Contr.*, Munich, July 1987, vol. 9, pp. 267-272.

4. S. Roy, P. Bhimasankaran and R. A. Iltis, "Some Results in Optimal Hierarchical Estimation," *Proc. 26th IEEE Conf. Decis. and Contr.*, Los Angeles, Dec. 1987, pp. 2229-2232 (invited).

5. R. H. Hashemi, S. Roy and A. J. Laub, "Parallel Structure for Kalman Filtering," *Proc. 26th IEEE Conf. Decis. and Contr.*, Los Angeles, Dec. 1987, pp. 2229-2232 (invited).

6. J. J. Shynk and S. Roy, "The LMS Algorithm with Momentum Updating," *Proc. 1988 IEEE Int. Symp. Circuits & Syst.*, Espoo, Finland, Jun. 1988, pp. 2651-2654.

7. S. Roy and R. A. Iltis, "Tracking a Maneuvering Target using Combined Probabilistic Data and Maneuver Association," *Proc. European Sig. Proc. Conf.*, Grenoble, France, 1988, pp. 783-786.

8. J.-S. Lee and S. Roy, "Some Properties of Optimum Decentralized Detection," *Proc. Conf. on Inf. Sci. Syst.*, Johns Hopkins Univ., Baltimore, MD., Mar. 1989, pp. 163.

9. Y. Sun, S. A. Kassam, F. Haber and S. Roy, "A Pattern Diversity Method for Multiple Coherent Source Location," *Proc. IEEE Int. Conf. Acoust. Speech Sig. Proc.*, Glasgow, Scotland, May 1989, pp. 2262-2265.

10. S. Roy and P. Mookerjee, "Hierarchical Estimation with Reduced Order Local Observers," *Proc. 28th IEEE Conf. Decis. Contr.*, Tampa, FL., Dec. 1989, pp. 835-836.

11. T. Ozdemir, S. Roy and R. S. Berkowitz, "Exact Solution for the Propagation Time in Bistatic Radar Geometry for Subsurface Imaging Applications," *Proc. 8th Annual Ben Franklin Symp.*, Philadelphia, PA, Mar. 1990, pp. 44-47.

12. J. J. Shynk and S. Roy, "Analysis of a Perceptron Learning Algorithm with Momentum Updating," *Proc. IEEE Int. Conf. Acoust. Speech Sig. Proc.*, Albuquerque, NM, 1990, pp. 1377-1380.

13. N. J. Bershad and S. Roy, "Performance of the 2-2 Constant Modulus Algorithm for Rayleigh Fading Sinusoids in Gaussian Noise," *Proc. IEEE Int. Conf. Acoust. Speech Sig. Proc.*, Albuquerque, NM, 1990, pp. 1675-1678.

14. S. Roy, T. Kim, R. S. Berkowitz, W. G. Graham and D. Carlson, "Subsurface Radar for Detection of Buried Targets," *Proc. IEEE Int. Radar Conf.*, Arlington, VA May 1990, pp. 129-134.

15. J. J. Shynk and S. Roy, "Perceptron Convergence Models for Gaussian Input Signals," *Proc. Fifth European Sig. Proc. Conf.*, Barcelona, Spain, Sept. 1990, pp. 1619-1622.

16. N. H. Lewis and S. Roy, "Performance of LMS Echo Cancellers with Cyclostationary Inputs," *Proc. Conf. Inf. Sci. Syst.*, Johns Hopkins Univ., Baltimore, MD, Mar. 1991, pp. 798-803.

17. J. Yang, S. Roy and H. V. Sorensen, "An Efficient Data-drive Echo Canceller for Multi-carrier Modulation Systems," *Proc. Conf. Inf. Sci. Syst.*, Johns Hopkins Univ., Baltimore, MD., Mar. 1991, pp. 780-785.

18. P. S. Kumar and S. Roy, "MMSE Linear and Decision Feedback Equalization for Digital Multi-track Magnetic Recording Systems," *Proc. Conf. Inf. Sci. Syst.*, Princeton Univ., NJ., Mar. 1992, pp. 717-723.

19. J. S. Stadler and S. Roy, "Importance Sampling for Detection Systems with a Memoryless Non-linearity," *Proc. IEEE Int. Conf. Comm.*, Chicago, IL., June 1992, pp. 1307-1311.

20. J. Yang and S. Roy, "Optimal MMSE Transmission using Block Encoder-Decoder and DFE," *Proc. IEEE Global Telecom. Conf.*, Orlando, FL., Dec. 1992, pp. 54-58.

21. B. Jelicic and S. Roy, "TCM Construction for Joint Flat Fading and AWGN Channel," *Proc. Conf. Inf. Sci. and Syst.*, Johns Hopkins Univ., Baltimore, MD., Mar. 1993, pp. 863-868.

22. M. P.Wylie, S. Roy and R. F. Schmitt, "Self-calibration of Linear Equi-spaced (LES) Arrays," *Proc. IEEE Int. Conf. Acoust. Speech Sig. Proc.*, Minneapolis, MN., Apr. 1993, vol. 1, pp. 281-284.

23. J. S. Stadler and S. Roy, "On the Use of Improved Importance Sampling in the Simulation of Digital Communications Systems," *Proc. IEEE Global Telecom. Conf.*, Houston, TX., Dec. 1993, vol. 4, pp. 143-148.

24. S. V. Schell, D. Smith and S. Roy, "Blind Channel Identification using Subchannel Response Matching," *Proc. 1994 Conf. Inf. Sci. Syst.*, Princeton Univ., NJ., Mar. 1994, pp. 858-862.

25. L. A. Baccala and S. Roy, "Time Domain Algorithms for Blind Channel Identification," *Proc. 1994 Conf. Inf. Sci. Syst.*, Princeton Univ., NJ., Mar. 1994, pp. 863-867.

26. B. Jelicic and S. Roy, "Coordinate Interleaving TCM for Flat Fading and AWGN Channels," *Proc. 1994 Global Telecom Conf.*, San Fransisco, CA., Dec. 1994, pp. 368-373.

27. M. Wylie and S. Roy, "Improved Spatial Resolution of Wideband Cyclostationary Signals by Virtual Array Processing," *Proc. 1995 Conf. Inf. Sci. Syst.*, Johns Hopkins Univ., Mar. 1995, pp. 774-779.

28. M. L. Honig and S. Roy, "Multi-user Communication with Multiple Symbol Rates," *IEEE Int. Symp. Inf. Theory*, Whistler, B.C., Canada, Sep. 1995, pp. 381.

29. M. P. Wylie and S. Roy, "Resolution Enhancement of Cyclostationary Wideband Signals for 2-Dimensional Arrays," Proc. 1995 Asilomar Conf., Pacific Grove, CA, Oct. 1995, pp. 506-510.

30. C. Schlegel, Z-.J. Xiang and S. Roy, "Projection Receiver: A New Efficient Multi-user Detector," *Proc. 1995 IEEE Global Telecom. Conf. (Communication Theory Mini-Conf.)*, Singapore, Nov. 1995, pp. 142-146.

31. B. Jelicic and S. Roy, "8-AM-TCM Schemes for the Impulse Noise Channel," *Proc. 1995 IEEE Global Telecom. Conf. (Communication Theory Mini-Conf.)*, Singapore, Nov. 1995, pp. 77-81.

32. J. Sills and S. Roy, "Matched Filter Receiver Structures for Time-Varying Multipath Channels," *Proc. 1996 Conf. Inf. Sci. & Syst.*, Johns Hopkins Univ., Baltimore, MD, Mar. 1996, pp. 622-627.

33. C. Schlegel, S. Roy and P. Alexander, "An Adaptive Projection Receiver for Asynchronous Coded CDMA," Proc. Int. Symposium Inf. Theory, Ulm, Germany, July 1997.

34. L. A. Baccala and S. Roy, "Blind Identification of Multi-User Multi-Rate FIR Systems," Proc. 1997 IEEE Int. Symp. Circuits and Systems, Hong Kong, vol. 4, pp. 2521-2524.

35. Y. Song and S. Roy, "Blind Adaptive Multuser Detection over ISI Channels with Channel Estimation," Proc. 32nd Asil. Conf. on Signals, Systems & Computers, Pacific Grove, CA, 1998, vol. 1, pp. 533-537.

36. Y. Song and S. Roy, "Subspace Blind Detection of Asynchronous CDMA Signals in Multipath Channels," *Proc. 2nd IEEE Workshop on Signal Processing Advances in Wireless Commn.* (SPAWC), Annapolis, MD, May 1999, pp. 21-24.

37. E. Aldama, C. Vargas-Rosales and S. Roy, "Outage Effects on TCP-Wireless Integration for Data/Voice Services in CDMA Systems," *IEEE Veh. Tech. Conference*, Houston, TX, May 1999, vol. 2, pp. 1717-1721.

38. Y. Song and S. Roy, "A Blind Reduced Rank RLS CDMA Detector for Multipath Channels," *Communication Theory Mini-Conf, ICC99*, Vancouver, Canada, June 99, pp. 62-66.

39. W-H. (Jonas) Chen, J-N. Hwang and S. Roy, "Ordered Statistics Decoding of Linear Block Codes on WSSUS Multipath Channel," *IEEE Pacific Rim Conf. on Commn., Computers and Sig. Proc.*, Victoria, B.C. 1999, pp. 412-415.

40. S. Roy and H-Y. Wang, "Performance of CDMA Slotted Aloha Multiple Access with Multiuser Detection," *IEEE Wireless Communications and Networking Conference*, New Orleans, Sep. 1999, vol. 2, pp. 839-843.

41. A. Abouzeid, S. Roy and M. Azizoglu, "Stochastic Modeling of TCP over Lossy Links," *Proc. INFOCOM2000*, Tel Aviv, ISRAEL, March 2000, vol. 3, pp. 1724-1733.

42. Y. Song, S. Roy and L. A. Akers, "Joint Blind Estimation of Channel and Data Symbols in OFDM," *Proc. VTC2000-Spring*, Tokyo, Japan, May 2000, vol. 1, pp. 46-50.

43. A. Abouzeid, M. Azizoglu and S. Roy, "Stochastic Modeling of a Single TCP/IP Session over a Channel with Random Packet Loss," *Proc. DIMACS Workshop on Mobile Networks & Computing* ed. P. Pardalos et al, American Math. Society vol. 52, pp. 1-18, 2000.

44. H. Yan and S. Roy, "Blind Channel Identification for Multirate CDMA Systems," *IEEE 2000 Int. Conf. on Acoust. Speech Sig. Proc.*, Istanbul, Turkey, June 2000, vol. 5, pp. 2509-2512.

45. C.-Y. Li and S. Roy, "Subspace Based Blind Detector for MultiCarrier CDMA over Dispersive Channels," *34th Asilomar Conf. on Signals, Systems and Comp.*, Asilomar, CA, Oct. 2000, vol. 1, pp. 813-817.

46. A. Abouzeid and S. Roy, "Analytical Model for RED Gateways with Multiple Competing TCP Flows," Globecom2000 Global Internet Mini-Symposium, San Fransisco, CA, Nov. 2000, vol. 1, pp. 555-560.

47. C-Y. Li and S. Roy, "Performance of Frequency-Time MMSE Equalizer for MC-CDMA over Multipath Fading Channel," *IEEE Singapore International Conf. on Communication Systems*, Singapore, Nov. 2000.

48. C.-Y. Li and S. Roy, "Subspace Based Detection in MC-CDMA over Dispersive Channel," *2000 IEEE Int. Conf. Personal Wireless Commn.*, Hyderabad, India, Dec. 2000, pp. 98-103.

49. S. Aramvith, C-W. Lin, S. Roy and M-T. Sun, "Wireless Video Transport Using Conditional Retransmission and Low-Delay Interleaving," IEEE Int. Symp. on Circ. & Syst., May 2001, vol. 5, pp. 101-104.

50. H. Yan and S. Roy, "A Frequency Domain Method for Channel Estimation in Multirate Communication Systems," *2001 IEEE Int. Conf. Acoust. Speech Signal Proc.*, Salt Lake City, UT, May 2001, vol. 4, pp. 2057-2060.

51. H. Yan and S. Roy, "FIR Channel Identification in Multirate Communication Systems with a Subspace Method," *2001 IEEE Int. Conf. Acoust. Speech Signal Proc.*, Salt Lake City, UT, May 2001, vol. 4, pp. 2097-2100.

52. A. Abouzeid and S. Roy, "TCP in Networks with Abrupt Delay Variations and Random Loss," *IEEE Mil. Commn. Conference*, Oct. 2001, pp. 726-730.

53. M. Albuquerque, J. H. Kim and S. Roy, "Effect of Packet Size on TCP-Reno Performance over Lossy, Congested Links," *IEEE Mil. Commn. Conference*, Oct. 2001, pp. 705-710.

54. C.-Y. Li and S. Roy, "Subspace Blind Channel Estimation Method for OFDM Systems without Cyclic Prefix," *IEEE Fall Veh. Tech. Conf.* , Atlantic City, NJ, Oct. 2001, pp. 2148-2152.

55. C.-Y. Li and S. Roy, "Subspace Based Blind Channel Estimation for OFDM by Exploiting Virtual Carriers," *IEEE Globecom 2001*, San Antonio, TX, Nov. 2001.

56. M. Ho, V. S. Somayazulu, J. Foerster and S. Roy, "A Differential Detector for Ultra-Wideband Communications System," *IEEE Spring VTC.*, Montogomery, AL, 2002, pp. 1896-1900.

57. J. Zhu and S. Roy, "An Adaptive Two-Copy Delayed SR-ARQ for Satellite Channels with Shadowing," *IEEE Fall VTC Conf.*, Vancouver, BC, Sep. 2002, pp. 849-853.

58. V. S. Somayazulu, J. Foerster and S. Roy, "Design Challenges for High Data Rate UWB Systems," *2002 Asilomar Conf.*, Nov. 2002.

59. L. Shao and S. Roy, "A Rate-1 Non-Orthogonal Space-Time Coded OFDM System with Estimation for Frequency Selective Channels," *2002 IEEE Globecomm*, Taipei, Taiwan, Nov. 2002, pp. 676-680.

60. C.-Y. Li, M. Pun and S. Roy, "Low Complexity Blind Frequency-Offset Estimator for OFDM Systems over ISI Channels," *2002 IEEE Globecom*, Taipei, Taiwan, Nov. 2002, pp. 249-253.

61. J. Zhu and S. Roy, "Performance of Land Mobile Satellite Communications Channel with Hybrid FEC/ARQ," *2002 IEEE Globecom*, Taipei, Taiwan, Nov. 2002, pp. 2851-2854.

62. J. Zhu and S. Roy, "Satellite Link Layer Performance using Two-Copy ARQ and It's Impact on TCP Traffic," *2003 Int. Conf. Information Networks*, Jeju, Korea, Feb. 2003.

63. J. Zhu and S. Roy, "Improving TCP Performance in TDMA-based Satellite Access Networks," *ICC2003*, Anchorage, AL.

64. J. Zhu and S. Roy, "Modeling TCP Over Selective Repeat ARQ in Wireless Networks with Non Negligible Propagation Delay," *ICC2003*, Anchorage, AL.

25

65. R. C. Shah, S. Roy, S. Jain and W. Brunette, "Data MULEs: Modeling a Three-Tier Architecture for Sparse Sensor Networks," *ICC2003*, Anchorage, AL.

66. X. Guo, S. Roy and W. Steven Conner, "Spatial Reuse in Wireless Ad-Hoc Networks," *2003 IEEE Fall VTC*, Orlando, FL (invited).

67. J. R. Foerster, V. S. Somayazulu and S. Roy, "A Multi-banded System Architecture for Ultra-wideband Communications," *IEEE Milcom 2003*, Boston, MA.

68. K. Fishkin, S. Roy and B. Jiang, "Some Methods for Privacy in RFID Communication," 1st European Workshop on Security in Ad-Hoc and Sensor Networks, Heidelberg, Germany, Aug. 2004 (invited)[ Prelim version "Enhancing RFID Privacy via Energy Analysis," MIT Privacy Workshop, Boston, Nov. 2003].

69. J. Zhu and S. Roy, "Enhancing TCP Splitting in Satellite-Terrestrial Networks via ACK Reservation," *IEEE Globecom*, San Fransisco, CA, 2003.

70. L. Shao, S. Roy and S. Sandhu, "Rate-One Space Frequency Block Codes with Maximum Diversity Gain for MIMO-OFDM," *IEEE Globecom*, San Fransisco, CA 2003.

71. L. Shao, S. Sandhu, S. Roy and M. Ho, "High Rate Space Frequency Block Code Designs for MIMO-OFDM," *IEEE ICC*, Paris, France, 2004.

72. K. Fishkin, B. Jiang, S. Roy, "I Sense a Disturbance in the Force: Unobtrusive Detection of Interactions with RFID-tagged Objects," *Ubicomp*, Nottingham, England, Sep. 2004.

73. L. Shao and S. Roy, "Downlink Multi-cell MIMO-OFDM: An Architecture for Next Generation Wireless Networks," *WCNC2005*, New Orleans, Mar. 2005.

74. I. Ramachandran and S. Roy, "Acquisition of Direct Sequence Ultra-Wideband Signals," *WCNC2005*, New Orleans, Mar. 2005.

75. J. Zhu and S. Roy, "802.11 Mesh Networks with Two Radio Access Points," *ICC 2005*, May 2005, Seoul, Korea.

76. B. Jiang, S. Roy et al "Energy Scavenging For Inductively Coupled Passive RFID System," *IEEE Instrumentation and Measurement Technology Conf.*, Ottawa, CA, May 2005, pp. 984-989.

77. J. R. Smith, B. Jiang, S. Roy et al, "ID Modulation: Embedding Sensor Data in an RFID Timeseries," Information Hiding Workshop, Barcelona, Spain 2005.

78. S. Roy & C-L. Huang, "Performance Analysis of IEEE802.11 MAC Based Collision Avoidance in Vehicular Platoon," *Vehicle to Vehicle Communication Workshop*, San Diego, July 2005.

79. A. Das, H. K. Alazemi, R. Vijaykumar and S. Roy, "Optimization Models for Fixed Channel Assignment in Wireless Mesh Networks with Multiple Radios," *IEEE SECON*, Santa Clara, CA, Sep. 2005.

26

80. S. Roy, A. Das, R. Vijaykumar, H. Alazemi, E. Alotaibi and H. Ma, "Capacity Scaling with Multi-radio MESH," *IEEE Wireless MESH Network Workshop*, Santa Clara, CA, Sep. 2005.

81. H. Ma, H. Alazemi and S. Roy, "A Stochastic Model for Optimizing Physical Carrier Sensing and Spatial Reuse in Wireless Ad Hoc Networks," *Mobile Ad-Hoc & Sensor Systems (MASS) 2005*, Washington D.C., Nov. 2005.

82. R. Iyappan and S. Roy, "Analysis of Throughput and Energy Efficiency of p-persistent CSMA with Imperfect Carrier Sensing," *IEEE Globcom Conf.*, St. Louis, MO, Nov. 2005.

83. B. Liu, H. Liu and S. Roy, "Structured Dirty Paper Coding with Known Interference Structure at Receiver," *Asilomar Conf. on Signals, Systems & Computers*, Asilomar, CA, Nov. 2005.

84. E-S Hwang, Y-C Ko, C-H Cho, H-W Lee and S. Roy, "Open and Association MCTA Access and Allocation Scheme by Staggering Algorithm in IEEE 802.15.3," *2006 Int. Conf. on Information Networking,* Sendai, Japan, Jan. 2006.

85. H. Ma, E. Alotaibi and S. Roy, "Analysis and Simulation Model of Physical Carrier Sensing in IEEE 802.11 Mesh Networks," *OPNETWORK 2006*, Washington D.C, Aug. 2006.

86. J. R. Smith, A. P. Sample, P. S. Powledge, S. Roy and A. Mamishev, "A Wirelessly Powered Platform for Sensing and Computation," *8th Int. Conference on Ubiquitous Computing*, Orange Co., CA, Sep. 2006.

87. S. Roy, P. Arabshahi, D. Rouseff and W. L. Fox, "Wide Area Ocean Networks: Architecture and System Design Considerations," *1st ACM Wkshp. Underwater Networks*, Los Angeles, CA, Sep. 2006.

88. T. Henderson, S. Roy, S. Floyd and G. Riley, "ns-3 Project Goals," *Wkshp. on ns-2: the IP Simulator*," Pisa, Italy, Oct. 2006.

89. H. Ma and S. Roy, "Simple and Effective Carrier Sensing Adaptation for Multi Rate Ad-Hoc MESH Networks," *1st Intl. Wkshp. Wireless Mesh Networks and Applicn.*, Vancouver, CA, Oct. 2006.

90. R. Iyappan and S. Roy, "On the Impact of Clear Channel Assessment on MAC Performance," *Proc. IEEE Globecom*, San Francisco, Nov. 2006.

91. A. K. Das, S. Roy and R. Vijaykumar, "Static Channel Assignment in Multi-radio Multi-channel 802.11 Wireless Mesh Networks: Issues, Metrics and Algorithms," *Proc. IEEE Globecom*, San Francisco, Nov. 2006.

92. N. Neihart, S. Roy and D. A. Allstot, "A Parallel, Multi-resolution Sensing Technique for Multiple Antenna Cognitive Radios," *Proc. IEEE ISCAS*, New Orleans, May 2007.

93. H. Ma, S-Y. Shin and S. Roy, "Optimizing Throughput with Carrier Sensing Adaptation for IEEE 802.11 Mesh Networks Based on Loss Differentiation," *Proc. IEEE ICC*, Glasgow, Scotland, June 2007.

94. L. Luo and S. Roy, "Analysis of Search Schemes in Cognitive Radio," *2nd IEEE Workshop on Networking Technologies for Software Defined Radio Networks*, San Diego, June 2007.

27

95. S.-Y. Shin, R. Iyappan, S. Roy and W. H. Kwon, "Cascaded Clear Channel Assessment: Enhanced Carrier Sensing for Cognitive Radios," *IEEE Cognet 2007 Workshop*, Glasgow, Scotland, June 2007.

96. N. Parrish, S. Roy, P. Arabshahi and W. Fox, "Rate-range for an FH-FSK Modem," *2nd ACM Workshop on Underwater Networking*, Montreal, CA, Sep. 2007.

97. W. Fox, P. Arabshahi, S. Roy and N. Parrish, "Underwater Acoustic Communications Performance Modelling in Support of Ad Hoc Network Design," *IEEE Oceans Conf.*, Vancouver, B.C., Sep. 2007.

98. Y-C. Ko, S. Roy, J. R. Smith, H-W. Lee and C-H. Cho, "An Enhanced RFID Multiple Access Protocol for Fast Inventory," *Proc. IEEE Globcomm*, Washington D.C., Nov. 2007.

99. A. K. Das, S. Roy and A. Mahalanobis "Analysis of the Contention Access Phase of Reservation MAC Protocol for Wide Area Data Intensive Sensor Networks," *Proc. IEEE Globcomm*, Washington D. C., Nov. 2007.

100. R. Gupta, T. Shing, S. Roy and J. Zhu, "Closed Loop RF Management Algorithm for Enterprise High Density WLANs," *Proc. IEEE Globcomm*, Washington D.C., Nov. 2007.

101. A. Margolis, R. Vijaykumar and S. Roy, "Modelling Throughput and Starvation in 802.11 Wireless Networks with Multiple Flows," *Proc. IEEE Globcomm*, Washington D.C., Nov. 2007.

102. J. Zhu, X. Guo, S. Roy and K. Papagiannaki, "CSMA Self-Adaptation Based on Interference Differentiation," *Proc. IEEE Globcomm*, Washington D.C. Nov. 2007.

103. E. Alotaibi and S. Roy, "A Location Aware Routing Metric for Multi-hop, Multi-channel Wireless Mesh Networks," *Proc. IEEE WCNC*, 2008.

104. H. Ma and S. Roy, "Contention Window and Transmission Opportunity Adaptation for Dense IEEE 802.11 WLAN Based on Loss Differentiation," *Proc. IEEE ICC*, Beijing, May 2008.

105. L. Luo and S. Roy, "A Two-stage Sensing Technique for Dynamic Spectrum Access," *Proc. IEEE ICC*, Beijing, May 2008.

106. F. Ye, M. Adams and S. Roy, "V2V Wireless Communication Protocol for Rear-end Collision Avoidance on Highways," *Vehi-Mobi Workshop, IEEE ICC*, Beijing, May 2008.

107. K. C. Desouza, S. Roy, and Y. Lin, "Performance Measures for Edge Organizations: A Preliminary Report," *Proc. of the 13th International Command and Control Research and Technology Symposium (ICCRTS)*, Bellevue, WA June 2008.

108. L. Tracy and S. Roy, "A Reservation MAC Protocol for Ad-Hoc Underwater Acoustic Sensor Networks," *Workshop on Underwater Networks (WUWNet) 2008*, San Francisco, CA, Sep 15, 2008.

109. N. Parrish, S. Roy and P. Arabshahi, "Impact of Bottom Type on Orthogonal Frequency Division Multiplexing in Underwater Communications," Meeting of the Acoustical Society of America, Portland, OR, May 18-22, 2009.

110. Y-C Ko, S. Roy, C-H Cho and H-W. Lee, "An Enhanced Multiple Feedback Algorithm for RFID MAC Protocols," *Proc. IEEE ICC*, Dresden, Germany, Jun. 2009.

111. L. Luo and S. Roy, "Analysis of Dynamic Spectrum Access with Heterogeneous Networks: Benefits of Channel Packing Scheme," *Proc. of IEEE Globecom*, Hawaii, Nov. 2009.

112. W. Shi and S. Roy, "Achieving Full Diversity by Selection in Arbitrary Multi-hop Amplify-and-Forward Relay Networks,"*Proc. of IEEE Globecom*, Hawaii, 2009.

113. N. Parrish, S. Roy and P. Arabshahi, "Symbol by Symbol Doppler Rate Estimation for Highly Mobile Underwater OFDM," *4th ACM International Workshop on UnderWater Networks*, Berkeley, CA, Nov. 2009.

114. F. Ye, R. Yim, J. Guo, J. Zhang and S. Roy, "Prioritized Broadcast Contention Control in VANETs," *Proc. IEEE ICC*, Capetown, S. Africa, May 2010.

115. F. Ye, R. Yim, J. Zhang and S. Roy, "Congestion Control to Achieve Optimal Broadcast Efficiency in VANETs," *Proc. IEEE ICC*, Capetown, S. Africa, May 2010.

116. S. Jaruwatanadilok, S. Roy and Y. Kuga, "Improved Detection of a Target on a Random Rough Surface Using Angular Correlation Function," *Proc. IEEE Geoscience & Rem. Sensing Symp.*, Honolulu, HI, July 2010.

117. C. Ghosh, S. Roy, M. Rao and D. P. Agarwal, "Spectrum Occupancy Modeling and Validation and Real-Time Measurements," *2nd ACM Sigmobile Workshop on Cognitive Wireless Networking*, Sep. 2010, Chicago, IL.

118. R. Yim, F. Ye, S. Roy and P. Orlik, "Effect of Transmission Parameters on Efficiency and Reliability of V2V Networks," *ITS World Congress*, Busan, Korea, Oct. 2010.

119. M. H. Firooz, S. Roy, L. Bai and C. Lydick, "Link Failure Monitoring via Network Coding," *Fifth IEEE LCN Wkshp. on Network Measurements (WNM)*, Denver, CO, Oct. 2010.

120. M. H. Firooz and S. Roy, "Network Tomography via Compressed Sensing," *Proc. IEEE Globecom 2010*, Miami, FL, Dec. 2010.

121. L. Luo, C. Ghosh and S. Roy, "Joint Optimization of Spectrum Sensing for Cognitive Radio Networks," *Proc. IEEE Globecom 2010*, Miami, FL, Dec. 2010.

122. F. Ye, S. Roy and H. Wang,"Efficient Inter-Vehicle Data Dissemination," *IEEE Intl. Symposium on Wireless Vehicular Communications*, San Francisco, CA, Sep. 2011.

123. M. H. Firooz and S. Roy, "Collaborative Downloading in VANET using Network Coding," *Proc. 2012 IEEE Int. Conf. Communications*, Jun. 2012, Ottawa, CA.

124. C. Ghosh, H. Safavi-Naeini, S. Roy, K. Doppler and J. Stahl, "QP-CSMA-CA: A Modified CSMA-CA-based Cognitive Channel Access Mechanism with Testbed Implementation," *Proc. IEEE DySPAN*, Seattle, WA, Oct. 2012.

29

125. Y.Yang and S. Roy, "PMU Deployment for Optimal State Estimation Performance," *IEEE GlobComm Workshop on Smart Grid Communications*, Anaheim, CA, 2012.

126. L. Wan, S. Hurst, Z.-H. Wang, S. Zhou, Z. Shi, and S. Roy, "Joint linear precoding and nonbinary LDPC coding for underwater acoustic OFDM," Proc. of IEEE/MTS OCEANS Conference, Hampton Roads, VA, Oct. 2012.

127. A. Almutairi and S. Roy, "Exponential Backoff in Frequency Domain for Random Access in OFDMA FemtoCells," *Proc. IEEE WCNC*, Shanghai, Apr. 2013.

128. L. Bai, S. Roy and M. Rangaswamy, "Compressive Radar Clutter Subspace Estimation using Dictionary Learning," *Proc. IEEE Radar Conf.*, Ottawa, CA, May 2013.

129. F. Hessar and S. Roy, "Minimum Energy Source Coding for Asymmetric Modulation with Application to RFID," *IEEE RFID 2013*, Orlando, FL, May 2013.

130. C. S. Boyer and S. Roy, "Hybrid ARQ Improvements for RFID Systems," *IEEE RFID 2013*, Orlando, FL, May 2013.

131. Y. Yang and S. Roy, "PMU Placement for Optimal Three Phase State Estimation Performance," *IEEE 2013 SmartGridComm*, Vancouver, BC, Canada, Oct. 2013.

132. M. W. Lee, G-Uk Hwang and S. Roy, "Performance Modeling and Analysis of IEEE 802.11 Wireless Networks with Hidden Nodes," *ACM Conf. Modeling, Analysis and Simulation of Wireless & Mobile Systems*, Nov. 2013, Barcelona, Spain.

133. F. Hessar and S. Roy, "Resource Allocation Techniques for Cellular Networks in TV White Space Spectrum," *Proc. IEEE DySPAN*, Washington DC, Apr. 2014.

134. S. Hurst, X. Xie, S. Ashrafi, S. Roy and P. Arabshahi, Puget Sound Underwater Networking Test-bed, *Proc. IEEE/MTS OCEANS Conf.*, St. Johns, Canada, Sep. 2014.

135. X. Ying, C-W Kim and S. Roy, "Revisiting TV Coverage Estimation with Measurement-based Statistical Interpolation," *IEEE COMSNeTs*, Bangalore, India, Jan. 2015.

136. J. Feng, Z. Feng, Z. Wei, W. Li and S. Roy, "Optimal Base Station Density in Ultra-dense Heterogeneous Networks," *IEEE WCNC*, New Orleans, Mar. 2015.

137. D. Jaisinghani, V. Naik, S. K. Kaul and S. Roy, "Realtime Detection of Degradation in WiFi Network's Goodput Due to Probe Traffic," *Proc. Intl. Workshop on Wireless Networks: Measurements & Experimentation (WinMEE)*, IIT Bombay, India, May 2015.

138. H. Safavi-Naeini, C. Ghosh, E. Visotsky, R. Ratasuk and S. Roy, "Impact and Mitigation of Narrow-band Radar Interference in Down-link LTE," *IEEE ICC*, London, Jun. 2015.

139. S. Ashrafi, C. Feng, S. Roy and F. Kschischang, "Slotted Aloha with Compute & Forward," *Proc. ISIT*, Hong Kong, Jun. 2015.

140. X. Ying, S. Roy and R. Poovendran, "Incentivizing Crowdsourcing for Radio Environment Mapping with Statistical Interpolation," *IEEE DySPAN*, Stockholm, Sep. 2015.

141. Y. Yan, S. Roy and P. Arabshahi, "A Modified CSMA/CA Protocol for OFDM Underwater Networks: Cross Layer Design," *Proc. 2015 WUWNet*, Washington D.C., Oct. 2015.

142. Y. Yang and S. Roy, "PCF Scheme for Periodic Data Transmission in Smart Metering Network with Cognitive Radio," *IEEE Globecom*, San Diego, CA, Nov. 2015.

143. V. Mittal, S. K. Kaul and S. Roy, "On Optimal Hotspot Selection and Offloading," *Proc. IEEE ICC*, Kuala Lumpur, Malaysia, May 2016.

144. S. Gopal, S. K. Kaul and S. Roy, "Optimizing Outdoor Wi-Fi Networks in TV White Spaces," *Proc. IEEE ICC*, Kuala Lumpur, Malaysia, May. 2016.

145. H. Safavi-Naeini, F. Nadeem and S. Roy, "Investigation and Improvements to OFDM Wi-Fi Physical Layer Abstraction in ns-3," *Proc. Workshop on ns-3*, Seattle, Jun. 2016.

146. X. Ying, S. Roy and R. Poovendran, "Pricing Mechanism for Quality-based Radio Mapping via Crowdsourcing," *Proc. IEEE Globecom*, Washington D.C., Dec. 2016.

147. Y. Yang and S. Roy, "Secure MAC Protocol for Periodic Smart Metering Data Communication with Compressive Sensing," *Proc. IEEE Globecom.* Washington D. C., Dec. 2016.

148. M. Mehrnoush and S. Roy, "Interference Mitigation in Coexistence of WLAN Network with Radar," *IEEE Radar Conf.*, Seattle, May 2017.

149. R. Patidar, S. Roy, T. Henderson and A. Chandramohan, "Link-to-System Mapping for ns-3 Wi-Fi OFDM Error Models," *Workshop on ns-3*, Porto, Portugal, Jun. 2017 (*Best Paper Award*).

150. S. Roy, K. Shin, A. Ashok, D. Aragon, M. McHenry, G. Vigil and S. Kannam, "CityScape: A Metro-Area Spectrum Observatory," *26th Int. Conference on Computer Comm. & Networks (ICCCN)*, Vancouver, B.C., Aug. 2017 (Invited).

151. A. Tang, X. Wang and S. Roy, "Centralized Coded Caching for Wireless Networks with Heterogeneous Channel Conditions," *IEEE Globcom*, Singapore, Dec. 2017.

152. X. Ying, R. Poovendran and S. Roy, "Detecting LTE-U Duty Cycling Misbehavior for Fair Sharing with Wi-Fi in Shared Bands," *IEEE Int. Symp. PIMRC*, Montreal, CA, Oct. 2017.

153. A. Jadon, Z. Williams, C. Kafka, H. Rotta, S. Roy, and C. Lum, "Characterization of Wireless Communication Links for Unmanned Aerial Systems, *AIAA SciTech Conference*, Kissimmee, FL, Jan. 2018.

154. V. Sathya, M. Mehrnoush, M. Ghosh and S. Roy, "Association Fairness in Wi-Fi & LTE-U Coexistence," *Proc. IEEE Wireless Comm. & Networking Conf. (WCNC)*, Barcelona, Spain, Apr. 2018.

155. V. Sathya, M. Merhnoush, M. Ghosh and S. Roy, "Analysis of CSAT performance in Wi-Fi and LTE-U Coexistence," *Proc. IEEE ICC 2018*, Kansas City, Mo., May 2018.

156. V. Sathya, M. Merhnoush, M. Ghosh and S. Roy, "Energy detection based sensing of multiple Wi-Fi BSSs for LTE-U CSAT," *Proc. IEEE Globcom 2018*, Abu Dhabi, UAE, Dec. 2018.

157. L. Lanante, S. Roy, S.E. Carpenter and S. Deronne, "Improved Abstraction for Clear Channel Assessment in ns-3 802.11 WLAN Model," *Proc. Workshop on ns-3*, Florence, Italy, Jun. 2019.

158. W. Jiang, S. Roy and C. McGuire, "Efficient Link-to-System Mappings for MU-MIMO Channel D Scenarios in 802.11ac WLANs," *Prof. Workshop in next-Generation Wireless with ns-3*, Florence, italy, Jun. 2019.

159. V. Sathya, M. Mehrnoush, M. Ghosh and S. Roy, "Auto-correlation based Sensing of Multiple Wi-FI BSSs for LTE-U CSAT," *Proc. IEEE VTC Fall Conf.*, Honolulu, HI, Sep. 2019.

160. X. Gao, G. Xing, S. Roy and H. Liu, "Overview of Automotive Radar Test-bed at U.Washington," *Proc. Asilomar Conf.*, Pacific Grove, CA, Nov. 2019.

161. M. D. Zulfiqar, S. Roy and S. Mishra, "Dynamic Spectrum Access Network Scaling with Multiple Users: A Market-based Analysis," *Proc. IEEE DySPAN*, Newark, NJ, Nov. 2019.

162. C. Brady and S. Roy, "Effects of Resource Pool Size on Performance of Mode-2 LTE Device-to-Device Discovery," *Proc. IEEE Globcom*, Hawaii, Dec. 2019.

163. L. Nasroui and S. Roy, "Optimal UAV Positioning for Terrestrial Users," *IEEE VTC Spring Conf.*, Antwerp, May 2020.

164. S. Jin, S. Roy, W. Jiang and T. Henderson, "Efficient Abstractions for Implementing TGn Channel and OFDM-MIMO Links in ns-3," *Proc. Workshop on ns-3*, Jun. 2020 (online).

165. S. Gopal, S. K. Kaul, R. Chaturvedi and S. Roy, "A Non-Cooperative Multiple Access Game for Timely Updates," *Proc. 3rd IEEE INFOCOM Wkshop on Age of Information*, Toronto, CA, July 2020.

166. S. Jin and S. Roy, " Cross-Layer Interference Modeling and Performance Analysis in FMCW Radar Multiple Access Network," *IEEE Veh. Tech. Conf. Fall Conf.*, Victoria, B.C., Oct. 2020.

167. L. Zhang, H. Yan, Z. Zhou, S. Roy and Y. Sun, "Enhancing WiFi Multiple Access Performance with Federated Deep Reinforcement Learning," *IEEE Veh. Tech. Conf. Fall*, Victoria B.C., Oct. 2020.

168. X. Gao, G. Xing, S. Roy and S. Jin, "Perception Through 2-D MIMO FMCW Automotive Radar Under Adverse Weather," *IEEE Int. Conf. Autonomous Syst.*, Montreal, CA, Aug. 2021.

169. S. Jin, J-H. Park and S. Roy, "Slow-time Waveform Randomization Performance under Incoherent FMCW Radar Interference," *IEEE Veh. Tech. Conf. - Fall*, Sep. 2021.

170. S. Jin, P. Wang, P. Boufounos, P. Orlik, and S. Roy. Automotive Radar Interference Mitigation with Fast-Time-Frequency Mode Retrieval," *IEEE RadarConf*, Mar. 2022

171. P. Liu, C. Shen, C. Lei, F. Cintron, L. Zhang, L. Cao, R. Rouil and S. Roy, "5G New Radio Sidelink Link-level Simulator and Performance Analysis," *25th Int. Conf. on Modeling, Analysis & Simulation of Wireless Systems,* Montreal, CA, Oct. 2022.