# Exhibit 23



New

Oxford

American

Dictionary

Second Edition

Powered by Oxford Corpus

NOAD TO GO!
Free phone/PDA version enclosed.

ATLAS-00033334

# The New Oxford
# American Dictionary

SECOND EDITION

FIRST EDITION

Elizabeth J. Jewell
Frank Abate

SECOND EDITION

Erin McKean

# OXFORD
UNIVERSITY PRESS

2005

ATLAS-00033335

# OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford   New York
Auckland   Cape Town   Dar es Salaam   Hong Kong   Karachi
Kuala Lumpur   Madrid   Melbourne   Mexico City   Nairobi
New Delhi   Shanghai   Taipei   Toronto

With offices in
Argentina   Austria   Brazil   Chile   Czech Republic   France   Greece
Guatemala   Hungary   Italy   Japan   Poland   Portugal   Singapore
South Korea   Switzerland   Thailand   Turkey   Ukraine   Vietnam

The first edition of the *New Oxford American Dictionary* was based on *The New Oxford
Dictionary of English*, published in the United Kingdom in 1998.

Copyright © 2005 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York, 10016
*www.oup.com/us*
*www.askoxford.com*

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced, stored in a
retrieval system, or transmitted, in any form or by any means, electronic,
mechanical, photocopying, recording, or otherwise, without prior permission of
Oxford University Press

Library of Congress Cataloging-in-Publication Data
The new Oxford American dictionary.-- 2nd ed.
    p. cm.
 ISBN-13 978-0-19-517077-1

 1.  English language--United States--Dictionaries. 2.
Americanisms--Dictionaries.
 PE1628.N429 2005
 423'.1--dc22
                        2005000941

This book includes some words that are, or are asserted to be, proprietary names or
trademarks. Their inclusion does not imply that they have acquired for legal
purposes a nonproprietary or general significance, nor is any other  judgment
implied concerning their legal status.  In cases where the editor has some evidence
that a word is used as a proprietary name or trademark, this is indicated by the
designation trademark, but no judgment concerning the legal status of such words is
made or implied thereby.

10 9 8 7 6 5 4

Printed in the United States of America on acid-free paper

ATLAS-00033336

**Singapore** — 1584 — **sinistral**

easily sing along in accompaniment: *an album featuring simple, sing-along tunes.*

**Sin·ga·pore** /'siNGə,pôr/ a country in Southeast Asia that consists of the island of Singapore (linked by a causeway to the southern tip of the Malay Peninsula) and about 54 smaller islands; pop. 4,353,000; capital, Singapore City; official languages, Malay, Chinese, Tamil, and English. —**Sin·ga·po·re·an** /,siNGə'pôrēən/ *adj. & n.*

Established as a trading post under the East India Company in 1819, Singapore came under British colonial rule in 1867. Singapore rapidly grew to become the most important commercial center and naval base in Southeast Asia. After World War II, it became first a British Crown Colony in 1946 and then a self-governing state within the Commonwealth of Nations in 1959. Federated with Malaysia in 1963, it declared full independence two years later. In terms of tonnage handled, Singapore's port is the world's busiest.



**Sin·ga·pore sling** ▸*n.* a cocktail made from gin and cherry brandy.

**singe** /sinj/ ▸*v.* (**singe·ing**) [*trans.*] burn (something) superficially or lightly: *the fire had singed his eyebrows* | [as *adj.*] (**singed**) *a smell of singed feathers.* See note at BURN. ■ [*intrans.*] be burned in this way: *the heat was so intense I could feel the hairs on my hands singe.* ■ burn the bristles or down off (the carcass of a pig or fowl) to prepare it for cooking.
▸*n.* a superficial burn. ▷Old English *sencgan*; related to Dutch *zengen.*

**Sing·er**[1] /'siNGər/, Isaac Bashevis (1904–91), U.S. novelist and short-story writer, born in Poland. His work blends realistic detail and elements of fantasy, mysticism, and magic to portray the lives of Polish Jews during many periods. Notable works: *The Magician of Lublin* (1955), *The Slave* (1962), and *Collected Stories* (1982). Nobel Prize for Literature (1978).

**Sing·er**[2], Isaac Merrit (1811–75), U.S. inventor. He designed and built the first commercially successful sewing machine in 1852. Singer's company became the world's largest sewing machine manufacturer.

**sing·er** /'siNGər/ ▸*n.* a person who sings, esp. professionally: *a pop singer.*

**sing·er-song·writ·er** ▸*n.* a person who sings and writes popular songs, esp. professionally.

**Singh** /siNG/ ▸*n.* a title or surname adopted by certain warrior castes of northern India, esp. by male members of the Sikh Khalsa. ▷from Punjabi *siṅgh* 'lion,' from Sanskrit *siṃha* 'lion.'

**Sin·gha·lese** /,siNGgə'lēz; -'lēs/ ▸*n. & adj.* variant spelling of SINHALESE.

**sin·gle** /'siNGgəl/ ▸*adj.* **1** [*attrib.*] only one; not one of several: *a single red rose* | *the kingdom was ruled over by a single family.* ■ regarded separately or as distinct from each other or others in a group: *she wrote down every single word* | *it's our single most popular beach.* ■ [with *negative*] even one (used for emphasis): *they didn't receive a single reply.* ■ designed or suitable for one person: *a single bed.* ■ archaic not accompanied or supported by others; alone. **2** unmarried or not involved in a stable sexual relationship: *a single mother.* **3** [*attrib.*] consisting of one part: *the studio was a single large room.* ■ *Brit.* (of a ticket) not valid for the return trip; one-way. ■ (of a flower) having only one whorl of petals. ■ denoting an alcoholic drink that consists of one measure of liquor: *a single whiskey.* **4** *archaic* free from duplicity or deceit; ingenuous: *a pure and single heart.*
▸*n.* **1** an individual person or thing rather than part of a pair or a group. ■ a short record with one song on each side. ■ (**singles**) people who are unmarried or not involved in a stable sexual relationship: [as *adj.*] *a singles bar.* ■ *Brit.* a one-way ticket. ■ a bedroom, esp. in a hotel, that is suitable for one person. ■ a single measure of liquor. ■ *informal* a one-dollar

bill. **2** *Baseball* a hit that allows the batter to reach first base safely. **3** (**singles**) (esp. in tennis and badminton) a game or competition for individual players, not pairs or teams.
▸*v.* [*trans.*] **1** (**single someone/something out**) choose someone or something from a group for special treatment: *one newspaper was singled out for criticism.* **2** [*intrans.*] *Baseball* hit a single: *Aaron singled to center.* ■ (**single in**) [*trans.*] cause (a run) to be scored by hitting a single: *they each singled in a run.* ■ [*trans.*] advance (a runner) by hitting a single. ▷Middle English: via Old French from Latin *singulus*, related to *simplus* 'simple.' —**sin·gle·ness** *n.* —**sin·gly** /-glē/ *adv.*

**sin·gle-act·ing** ▸*adj.* (of an engine) having pressure applied only to one side of the piston.

**sin·gle-ac·tion** ▸*adj.* (of a gun) needing to be cocked by hand before it can be fired.

**sin·gle-blind** ▸*adj.* [*attrib.*] denoting a test or experiment in which information that may bias the results is concealed from either tester or subject. Compare with DOUBLE BLIND.

**sin·gle bond** ▸*n.* a chemical bond in which one pair of electrons is shared between two atoms.

**sin·gle-breast·ed** ▸*adj.* (of a jacket or coat) showing only one row of buttons at the front when fastened.

**sin·gle com·bat** ▸*n.* fighting between two people: *these two have been engaging in single combat for years.*

**sin·gle-cop·y** ▸*adj. Genetics* (of a gene or genetic sequence) present in a genome in only one copy.

**sin·gle cur·ren·cy** ▸*n.* a currency used by all the members of an economic federation. ■ (also **sin·gle Eu·ro·pe·an cur·ren·cy**) the currency (the euro) that replaced the national currencies of twelve member states of the European Union in 2002.

**sin·gle-cut** ▸*adj.* (of a file) having grooves cut in one direction only, not crossing each other.

**sin·gle-end·ed** ▸*adj.* (of an electronic device) designed for use with unbalanced signals and therefore having one input and one output terminal grounded.

**sin·gle-en·try** ▸*adj.* denoting a system of bookkeeping in which each transaction is entered in one account only.

**sin·gle file** ▸*n.* [in *sing.*] a line of people or things arranged one behind another: *we trooped along in single file* | [as *adj.*] *a single-file column.*
▸*adv.* one behind another: *we walked single file.*

**sin·gle-foot** ▸*v.* [*intrans.*] (of a horse) walk by moving both legs on each side in alternation, each foot falling separately.

**sin·gle-hand·ed** (also **sin·gle-hand·ed** /'siNGgəl-'handid/) ▸*adv. & adj.* **1** done without help from anyone else: [as *adv.*] *sailing single-handed around the world* | [as *adj.*] *a single-handed crusade.* **2** done or designed to be used with one hand: [as *adv.*] *the tool is easy to use single-handed* | [as *adj.*] *a single-handed ax.* —**sin·gle-hand·ed·ly** (or **sin·gle-hand·ed·ly**) *adv.* —**sin·gle-hand·ed·ness** (or **sin·gle-hand·ed·ness**) *n.*

**sin·gle-hand·er** ▸*n.* a boat or other craft that can be sailed single-handed. ■ a person who sails a boat or yacht single-handed.

**sin·gle-lens re·flex** ▸*adj.* denoting a reflex camera in which the lens that forms the image on the film also provides the image in the viewfinder.

**sin·gle malt** (also **sin·gle-malt whiskey**) ▸*n.* whiskey unblended with any other malt.

**sin·gle mar·ket** ▸*n.* an association of countries trading with each other without restrictions or tariffs. The European single market came into effect on January 1, 1993.

**sin·gle-mind·ed** (also **sin·gle-mind·ed** /'siNGgəl-'mīndid/) ▸*adj.* having or concentrating on only one aim or purpose: *the single-minded pursuit of profit.* —**sin·gle-mind·ed·ly** (or **sin·gle-mind·ed·ly**) *adv.* —**sin·gle-mind·ed·ness** (or **sin·gle-mind·ed·ness**) *n.*

**sin·gle nu·cle·o·tide pol·y·mor·phism** ▸*n.* (abbr. SNP.) a variation in a single base pair in a DNA sequence.

**sin·gle par·ent** ▸*n.* a person bringing up a child or children without a partner.

**sin·gles bar** ▸*n.* a bar for single people seeking company.

**sin·gle seat·er** ▸*n.* a vehicle or aircraft for one person: [as *adj.*] *a single-seater glider.*

**sin·gle-source** ▸*v.* [*trans.*] give a franchise to a single supplier for (a particular product).

**sin·gle-stick** /'siNGgəl,stik/ (also **sin·gle-stick**) ▸*n. Fencing* a wooden stick of about a sword's length. ■ fencing with such a stick.

**sin·glet** /'siNGglit/ ▸*n.* **1** *chiefly Brit.* a sleeveless

garment worn under or instead of a shirt. **2** *Physics* a single unresolvable line in a spectrum, not part of a multiplet. ■ a state or energy level with zero spin, giving a single value for a particular quantum number. ■ *Chemistry* an atomic or molecular state in which all electron spins are paired. ▷mid 18th cent. (originally denoting a man's short jacket): from SINGLE (because the garment was unlined) + -ET, on the pattern of *doublet.*

**sin·gle·ton** /'siNGgəltən/ ▸*n.* a single person or thing of the kind under consideration: *splitting the clumps of plants into singletons.* ■ [often as *adj.*] a child or animal born singly, rather than one of a multiple birth: *singleton boys.* ■ (in card games, esp. bridge) a card that is the only one of its suit in a hand. ■ *Mathematics & Logic* a set that contains exactly one element. ▷late 19th cent.: from SINGLE, on the pattern of *simpleton.*

**sin·gle-tree** /'siNGgəl,trē/ ▸*n.* a crossbar pivoted in the middle, to which the traces are attached in a horse-drawn wagon or plow.

**Sing Sing** /siNG siNG/ a New York State prison, built in 1825–28 in the town of Ossining (formerly Sing Sing) on the Hudson River, and once notorious for its severe discipline.

**sing·song** /'siNG,sôNG/ (also **sing-song**) ▸*adj.* (of a person's voice) having a repeated rising and falling rhythm: *the singsong voices of children reciting tables.*
▸*n.* **1** *chiefly Brit., informal* an informal gathering for singing. **2** [in *sing.*] a singsong way of speaking.
▸*v.* (*past* and *past part.* **sing-songed**) [*intrans.*] speak or recite something in a singsong manner.

**sing-song girl** (also **sing·song girl**) ▸*n.* (in China) a female entertainer.

**sing·spiel** /'siNG,spēl; 'ziNG,sHpēl/ ▸*n.* (*pl.* **sing·spie·le** /-,spēlə; -,sHpēlə/) a form of German light opera, typically with spoken dialogue, popular esp. in the late 18th century. ▷from German *singen* 'sing' + *Spiel* 'play.'

**sin·gu·lar** /'siNGgyələr/ ▸*adj.* **1** exceptionally good or great; remarkable: *the singular beauty of the desert.* ■ strange or eccentric in some respect: *no explanation accompanied this rather singular statement.* ■ *Mathematics* possessing unique properties. ■ *Mathematics* (of a square matrix) having a zero determinant. ■ *Mathematics* denoting a point that is a singularity. **2** *Grammar* (of a word or form) denoting or referring to just one person or thing. **3** single; unique: *she always thought of herself as singular, as his only daughter.*
▸*n.* (usu. **the singular**) *Grammar* the singular form of a word: *the first person singular.* ▷Middle English (in the sense 'solitary, single,' also 'beyond the average'): from Old French *singuler*, from Latin *singularis*, from *singulus* (see SINGLE). —**sin·gu·lar·ly** *adv.*

**sin·gu·lar·i·ty** /,siNGgyə'laritē/ ▸*n.* (*pl.* **-ties**) **1** the state, fact, quality, or condition of being singular: *he believed in the singularity of all cultures.* ■ a peculiarity or odd trait. **2** *Physics & Mathematics* a point at which a function takes an infinite value, esp. in space-time when matter is infinitely dense, as at the center of a black hole. ▷Middle English: from Old French *singularite*, from late Latin *singularitas*, from *singularis* 'unique' (see SINGULAR).

**sin·gu·lar·ize** /'siNGgyələ,rīz/ ▸*v.* [*trans.*] *rare* **1** make distinct or conspicuous. **2** give a singular form to (a word). —**sin·gu·lar·i·za·tion** /,siNGgyələrə'zāsHən; ,siNGgyələ,rī'zāsHən; ,siNGgyə,le(ə)rə'zāsHən/ *n.*

**sinh** /sīn; ,sīn'āCH; sinCH/ *Mathematics* ▸*abbr.* hyperbolic sine. ▷late 19th cent.: from *sin(e)* + *h(yperbolic)*.

**Sin·ha·lese** /,sinhə'lēz; -'lēs/ (also **Sin·gha·lese** /,siNGgə-/, **Sin·ha·la** /'sin'hälə/) ▸*n.* (*pl.* same) **1** a member of a people originally from northern India, now forming the majority of the population of Sri Lanka. **2** the Indic language of this people.
▸*adj.* of or relating to this people or language. ▷from Sanskrit *Siṃhala* 'Sri Lanka' + -ESE.

**sin·is·ter** /'sinistər/ ▸*adj.* **1** giving the impression that something harmful or evil is happening or will happen: *there was something sinister about that murmuring voice.* ■ wicked or criminal. **2** [*attrib.*] *archaic & Heraldry* of, on, or toward the left-hand side (in a coat of arms, from the bearer's point of view, i.e., the right as it is depicted). The opposite of DEXTER. ▷late Middle English (in the sense 'malicious, underhand'): from Old French *sinistre* or Latin *sinister* 'left.' —**sin·is·ter·ly** *adv.* —**sin·is·ter·ness** *n.*

**sin·is·tral** /'sinəstrəl/ ▸*adj.* of or on the left side or the left hand (the opposite of DEXTRAL), in particular ■ left-handed. ■ *Geology* relating to or denoting a strike-slip fault in which the motion of the block on the opposite side of the fault from an observer is toward the left. ■ *Zoology* (of a spiral mollusk shell) with whorls rising to the left and coiling in a

ATLAS-00033337

**1114**    **multiple**    **multiple-ch**

Hermann (1899–1965), Swiss chemist. ...ed DDT in 1939 and patented it as an ... was immediately successful, but was ...y most countries in the 1970s when its ...al persistence and toxicity in higher ... realized. Nobel Prize for Physiology ... (1948).

...r/ ▸n. a stone or other heavy weight ...ding artists' pigments or other materi- ... ▷late Middle English: perhaps from ...n French *moldre* 'to grind.'

**...im·ic·ry** /myōō'li(ə)rēən; mil'i(ə)r-/ ▸n. Zo- ...of mimicry in which two or more nox- ...s develop similar appearances as a ...ctive device, the theory being that if a ...ns to avoid one of the noxious species, ... the mimic species as well. Compare **...AN MIMICRY.** ▷late 19th cent.: named ... F. T. *Müller* (1821–97), German zoolo-

...ət/ ▸n. **1** a chiefly marine fish that is ...t for food. • Families Mullidae (see **RED** Mugilidae (see **GRAY MULLET**). **2** a hair- ...h the hair is cut short at the front and ...ft long in back. ▷late Middle English: ...ench *mulet*, diminutive of Latin *mullus* ...from Greek *mullos*. The origin of sense ...own but may be related to the fish.

*Heraldry* a star with five (or more) ...ed points or rays, as a charge or a mark ...for a third son. ▷late Middle English: ...ench *molette* 'rowel,' diminutive of *meule* ...from Latin *mola* 'grindstone.'

...nəligən/, Gerry (1927–96), U.S. jazz bari- ...tonist and songwriter; full name *Gerald* ...an. He is most often identified with cool

...məligən/ ▸n. *informal* **1** (also **mulligan** ... made from odds and ends of food. **2** (in ...lf) an extra stroke allowed after a poor ...ounted on the scorecard. ▷early 20th ...ently from the surname *Mulligan.*

**...v·ny** /,məligə'tōnē; -'tānē/ (also **mulli- ...up**) ▸n. a spicy meat or chicken soup ...nade in India. ...il *milaku-taṇṇi* ...er.'

...əlyən/ ▸n. a ver- ...between the ...lass in a win- ...are with **TRAN-** ...d 16th cent. ...d adj.

...l'mələ,wā/ ▸n. a ...ble fast-swim- ...latory fish of ...coastal waters, ...th anglers. Also **...FISH.** • *Johnius* ...family Sci-

mullion

...mid 19th cent.: from Yaralde (an Aborigi- ...ge of South Australia).

/məl'rōnē; -'rōō-/, (Martin) Brian (1939– ), ...tatesman; prime minister 1984–93.

...ōōl'tān/ a commercial city in Punjab ...n east central Pakistan; pop. 980,000.

...lar /,məl'taNGgyələr/ ▸adj. *rare* (of a poly- ...g many angles. ▷late 17th cent.: from ...atin *multangularis.*

...b. form more than one; many, esp. varie- ...ticolor | *multicultural.* ▷from Latin *multus* ...ny.'

...ess /,məltē'ak,ses; ,məltī-/ ▸adj. (of a com- ...em) allowing the simultaneous connec- ...umber of terminals.

...n·cy /,məltē'ājənsē; ,məltī-/ ▸adj. involving ...n among several organizations, esp. in ...vention, social welfare programs, or re- ...*nultiagency team has been working to nurture* *support.*

...l'məltī,kast; məltī'kast/ ▸v. (*past* and *past* ...) [*trans.*] send (data) across a computer net- ...everal users at the same time. ...? data sent across a computer network to ...rs at the same time.

...u·lar /,məltī'selyələr; ,məltī-/ ▸adj. *Biology* ...ganism or part} having or consisting of ...s. —**mul·ti·cel·lu·lar·i·ty** /-,selyə'leratē/ *n.*

...n·nel /'məltī,CHanl; 'məltī-/ ▸adj. employing ...sing many television or communications

**mul·ti·col·ored** /,məltī'kələrd; ,məltī-/ (also **mul·ti·col·or**) ▸adj. having many colors.

**mul·ti·cul·ti** /,məltē'kəltē; ,məltī-/ *informal* ▸adj. *informal* multicultural: *the author's multiculti persona comes through, or it may just be sloppy editing.* ▸n. **1** popular music incorporating ethnically dis- parate elements. **2** one who is literate or comfort- able in more than one culture: *the multiculti* ▷*1990s:* rhyming alteration of *multicultural.*

**mul·ti·cul·tur·al** /,məltē'kəlCH(ə)rəl; ,məltī-/ ▸adj. of, re- lating to, or constituting several cultural or ethnic groups within a society: *multicultural education.* —**mul·ti·cul·tur·al·ism** *n.* —**mul·ti·cul·tur·al·ist** *n.* & *adj.* —**mul·ti·cul·tur·al·ly** *adv.*

**mul·ti·di·men·sion·al** /,məltidə'menCHənl; ,məltī-/ ▸adj. of or involving several dimensions or aspects: *multidimensional space | a novel that lends itself to multi-* *dimensional readings.* —**mul·ti·di·men·sion·al·i·ty** /-də ,menCHə'nalətē/ *n.* —**mul·ti·di·men·sion·al·ly** /-də 'menCHənl-ē/ *adv.*

**mul·ti·di·rec·tion·al** /,məltidə'rekSHənl/ ▸adj. of, in- volving, or operating in several directions: *a multidi-* *rectional antenna.*

**mul·ti·dis·ci·pli·nar·y** /,məlti'disəpli'nerē; ,məltī-/ ▸adj. combining or involving several academic disci- plines or professional specializations in an ap- proach to a topic or problem.

**mul·ti·eth·nic** /,məltē'eTHnik; ,məltī-/ ▸adj. of, relating to, or constituting several ethnic groups: *she teaches* *science in a multiethnic secondary school.*

**mul·ti·fac·et·ed** /,məlti'fasətəd; ,məltī-/ ▸adj. having many facets: *the play of light on the diamond's multifac-* *eted surface* | *figurative this is a multifaceted subject.*

**mul·ti·fac·to·ri·al** /,məlti,fak'tōrēəl; ,məltī-/ ▸adj. in- volving or dependent on a number of factors or causes.

**mul·ti·far·i·ous** /,məlt(ə)'fe(ə)rēəs/ ▸adj. many and of various types: *multifarious activities.* ■ having many varied parts or aspects: *a vast multifarious organiza-* *tion.* ▷late 16th cent.: from Latin *multifarius* + *-ous.* —**mul·ti·far·i·ous·ly** *adv.* —**mul·ti·far·i·ous·ness** *n.*

**mul·ti·fe·tal** /,məltē'fētl; ,məltī-/ ▸adj. involving two or more fetuses: *multifetal pregnancy.*

**mul·ti·fid** /'məlti,fid; 'məltə-; 'məltī-/ ▸adj. *Botany & Zo-* *ology* divided into several or many parts by deep clefts or notches. ▷mid 18th cent.: from Latin *multi-* *fidus*, from *multus* 'much, many' + *-fid* from *fidus* 'cleft, split.'

**mul·ti·fil·a·ment** /,məlti'filəmənt; ,məltī-/ ▸adj. denot- ing a cord or yarn composed of a number of strands or filaments wound together.

**mul·ti·flo·ra** /'məlti,flôrə/ (also **multiflora rose**) ▸n. an eastern Asian shrubby or climbing rose that bears clusters of small single pink or white flowers. • *Rosa multiflora,* family Rosaceae. ▷early 19th cent.: from late Latin, feminine of *multiflorus* 'multiflor- ous.'

**mul·ti·fo·cal** /,məlti'fōkəl; ,məltī-/ ▸adj. chiefly *Medicine* & *Optics* having more than one focus.

**mul·ti·fold** /'məlti,fōld/ ▸adj. manifold.

**mul·ti·form** /'məlti,fôrm/ ▸adj. existing in many forms or kinds: *a complex, multiform illness like cancer.* —**mul·** **ti·for·mi·ty** /'fôrmətē/ *n.*

**mul·ti·func·tion·al** /,məlti'fəNGkSHənl; ,məltī-/ (also **mul·ti·func·tion** /-SHən/) ▸adj. having or fulfilling sev- eral functions: *a multifunctional analog meter.*

**mul·ti·gen·er·a·tion·al** /,məlti,jenə'rāSHənl; ,məltī-/ ▸adj. of or relating to several generations: *multigen-* *erational families.*

**mul·ti·grade** /'məlti,grād; 'məltə-; 'məltī-/ ▸n. **1** an en- gine oil meeting the requirements of several stan- dard grades. **2** (**Multigrade**) *trademark* a kind of pho- tographic paper made with two emulsions of different sensitivities, from which prints with dif- ferent levels of contrast can be made using color fil- ters: [as *adj.*] *Multigrade paper.*

**mul·ti·grain** /'məlti,grān; 'məltī-/ ▸adj. (of bread) made from more than one kind of grain.

**mul·ti·grav·i·da** /,məlti'gravədə/ ▸n. (*pl.* -**grav·id·ae** /-'gravə,dē; -,dī/) *Medicine* & *Zoology* a woman (or fe- male animal) who is or has been pregnant for at least a second time. ▷late 19th cent.: from **MULTI-** 'many,' on the pattern of *primigravida.*

**mul·ti·hull** /'məlti,həl; 'məltī-/ ▸n. a boat with two or more hulls, esp. three.

**mul·ti·lat·er·al** /,məlti'latərəl/ ▸adj. agreed upon or par- ticipated in by three or more parties, esp. the gov- ernments of different countries: *multilateral negotia-* *tions* | *multilateral nuclear disarmament.* ■ having members or contributors from several groups, esp. several different countries: *multilateral aid agencies.*

—**mul·ti·lat·er·al·ism** /-,lizəm/ *n.* —**mul·ti·lat·er·al·ist** /-list/ *adj.* & *n.* —**mul·ti·lat·er·al·ly** *adv.*

**mul·ti·lay·er** /'məlti'lāər; 'məltī-/ *chiefly technical* ▸adj. relating to or consisting of several or many layers: *a* *multilayer circuit board.* ▸n. a coating or deposit consisting of several or many layers.

**mul·ti·lay·ered** /'məlti'lāərd; 'məltī-/ ▸adj. having or in- volving several or many layers.

**mul·ti·lev·el** /'məlti'levəl; 'məltī-/ ▸adj. of, relating to, or involving many levels.

**mul·ti·lin·gual** /,məltē'liNGgwəl; ,məltī-/ ▸adj. in or using several languages: *a multilingual dictionary.* —**mul·ti·lin·gual·ism** /-,lizəm/ *n.* —**mul·ti·lin·gual·ly** *adv.*

**mul·ti·me·di·a** /'məlti'mēdēə; 'məltī-/ ▸adj. (of art, edu- cation, etc.) using more than one medium of ex- pression or communication: *a multimedia art form* *that is a mélange of film, ballet, drama, mime, acrobatics,* *and stage effects.* ▸n. an extension of hypertext allowing the provision of audio and video material cross-referenced to a computer text.

**mul·tim·e·ter** /'məlti,mētər; məl'timətər/ ▸n. an instru- ment designed to measure electric current, voltage, and usually resistance, typically over several ranges of value.

**mul·ti·mil·lion** /'məlti'milyən; 'məltī-/ ▸adj. [*attrib.*] cost- ing or involving several million units of a currency: [in *combination*] *a multimillion-dollar advertising cam-* *paign.*

**mul·ti·mil·lion·aire** /,məlti,milyə'ne(ə)r; ,məltī-/ ▸n. a person with assets worth several million dollars.

**mul·ti·mod·al** /'məlti,mōd; 'məltī-/ (also **mul·ti·mode**) ▸adj. characterized by several different modes of ac- tivity or occurrence. ■ *Statistics* (of a frequency curve or distribution) having several modes or maxima. ■ *Statistics* (of a property) occurring with such a dis- tribution.

**mul·ti·na·tion·al** /,məlti'naSHənl; ,məltī-/ ▸adj. includ- ing or involving several countries or individuals of several nationalities: *1,500 troops were sent to join the* *multinational force.* ■ (of a business organization) op- erating in several countries: *multinational corpora-* *tions.* ▸n. a company operating in several countries. —**mul·** **ti·na·tion·al·ly** *adv.*

**mul·ti·no·mi·al** /,məlti'nōmēəl; ,məltī-/ ▸adj. & *n. rare* *Mathematics* another term for **POLYNOMIAL.** ▷early 17th cent.: from **MULTI-** 'many,' on the pattern of *bi-* *nomial.*

**mul·ti·pack** /'məlti,pak; 'məltī-/ ▸n. a package contain- ing a number of similar or identical products sold at a discount compared to the price when bought sep- arately.

**mul·tip·a·ra** /məl'tipərə/ ▸n. (*pl.* -**rae** /-,rē; -,rī/) *Medicine* & *Zoology* a woman (or female animal) who has had more than one pregnancy resulting in viable off- spring. ▷mid 19th cent.: modern Latin, feminine of *multiparus* 'multiparous.'

**mul·tip·a·rous** /,məl'tipərəs/ ▸adj. *Medicine* (of a woman) having borne more than one child. ■ *chiefly Zoology* producing more than one young at a birth.

**mul·ti·par·tite** /,məlti'pär,tīt/ ▸adj. having several or many parts or divisions. ■ *Biology* (of a virus) exist- ing as two or more separate but incomplete parti- cles. ■ another term for **MULTIPARTY.**

**mul·ti·par·ty** /'məlti'pärtē; 'məltī-/ ▸adj. of or involving several political parties: *multiparty elections.*

**mul·ti·phase** /'məltē,fāz/ ▸adj. in, of, or relating to more than one phase. ■ (of an electrical device or circuit) polyphase.

**mul·ti·play** /'məlti,plā; 'məltī-/ ▸adj. denoting a com- pact disc player that can be stacked with a number of discs before needing to be reloaded.

**mul·ti·play·er** /'məlti,plāər; 'məltī-/ ▸n. a multimedia computer and home entertainment system that in- tegrates a number of conventional and interactive audio and video functions with those of a personal computer. ▸adj. denoting a computer game designed for or in- volving several players.

**mul·ti·ple** /'məltəpəl/ ▸adj. having or involving several parts, elements, or members: *multiple occupancy | a* *multiple birth.* ■ numerous and often varied: *words* *with multiple meanings.* ■ (of a disease, injury, or dis- ability) complex in its nature or effects; or affecting several parts of the body: *a multiple fracture of the* *femur.* ■ of or designating electrical circuits arranged in parallel. ■ of or designating an electrical circuit

that has several p... occur. ▸n. **1** a number that ...ber without a rema... *of five.* **2** an arrang... connection with an... several points. ▷mi... late Latin *multiplus*, ... **MULTIPLEX**).

**mul·ti·ple-choice** ▸a... companied by sever... the candidate must...

**mul·ti·ple fruit** ▸n. *Bo...* derived from sever...

**mul·ti·ple per·son·al...** a rare dissociative ... personalities with d... patterns apparently ... *personality disorder.*

**mul·ti·ple scle·ro·si...** gressive disease invo... nerve cells in the ... symptoms may incl... speech and of mus... sion, and severe fati...

**mul·ti·ple star** ▸n. a g... er as seen from the e... are in fact close tog... mon center.

**mul·ti·plet** /'məltəplət... associated things, es... or atomic energy lev... fering only in a sil... strangeness). ▷1920:... of words such as *dou...*

**mul·ti·plex** /'məlti,plek... ments in a comple:... *work and friendship.* ■... mission of several m... of communication. ... several separate scre... ▸n. **1** a system or s... transmission of sev... channel of communi... **SIMPLEX. 2** a movie ... screens. ▸v. [*trans.*] incorporate ... tem. ▷late Middle ... sense 'multiple': fro... *mul·ti·plex·or) n.*

**mul·ti·pli·a·ble** /'məltī... /,məltə'plikəbəl/ ▸adj...

**mul·ti·pli·cand** /,məltə... to be multiplied by a... 16th cent.: from med... multiplied,' gerundiv... TIPLY1).

**mul·ti·pli·ca·tion** /,məl... skill of multiplying: ... *and division to find the* *of abnormal white blood* *of combining matrice...* *under specific rules* ... Middle English: from ... *tiplicatio(n-), from multi...*

**mul·ti·pli·ca·tion sign** ... cate that one quantit... er, as in 2×3=6.

**mul·ti·pli·ca·tion ta·bl...** two factors, esp. the i...

**mul·ti·pli·ca·tive** /,məl... subject to or of the i... *nary risk factors are mul...*

**mul·ti·plic·i·ty** /,məltə... number; *his climbing r...* ■ a large variety: *the n* *species that they harbor* late Latin *multiplicitas,* TIPLEX).

**mul·ti·pli·er** /'məltə,plīə... multiplies. ■ a quanti... (the multiplicand) is t... factor by which an inc... resulting increment i... device for increasing ... an electric current, fo...

**mul·ti·ply** /'məltə,plī/ ▸... from (a number) and... number a specified n... *multiply fourteen by nin...* *to multiply by ten.* ■ i...

ATLAS-00033377

**multiple-choice**                    1115                    **mumblety-peg**

that has several points at which connection can occur.

▶*n.* **1** a number that can be divided by another number without a remainder: *15, 20, or any other* **multiple** *of five.* **2** an arrangement of terminals that allows connection with an electrical circuit at any one of several points. ▷mid 17th cent.: from French, from late Latin *multiplus*, alteration of Latin *multiplex* (see MULTIPLEX).

**mul·ti·ple-choice** ▶*adj.* (of a question on a test) accompanied by several possible answers from which the candidate must try to choose the correct one.

**mul·ti·ple fruit** ▶*n. Botany* a fruit formed from carpels derived from several flowers, such as a pineapple.

**mul·ti·ple per·son·al·i·ty** ▶*n.* [often as *adj.*] *Psychology* a rare dissociative disorder in which two or more personalities with distinct memories and behavior patterns apparently exist in one individual: *multiple-personality disorder.*

**mul·ti·ple scle·ro·sis** ▶*n.* a chronic, typically progressive disease involving damage to the sheaths of nerve cells in the brain and spinal cord, whose symptoms may include numbness, impairment of speech and of muscular coordination, blurred vision, and severe fatigue.

**mul·ti·ple star** ▶*n.* a group of stars very close together as seen from the earth, esp. one whose members are in fact close together and rotate around a common center.

**mul·ti·plet** /ˈməltəplət/ ▶*n. Physics* a group of closely associated things, esp. closely spaced spectral lines or atomic energy levels, or subatomic particles differing only in a single property (e.g., charge or strangeness). ▷1920s: from MULTIPLE, on the pattern of words such as *doublet* and *triplet.*

**mul·ti·plex** /ˈməlti‚pleks/ ▶*adj.* consisting of many elements in a complex relationship: *multiplex ties of work and friendship.* ■ involving simultaneous transmission of several messages along a single channel of communication. ■ (of a movie theater) having several separate screens within one building.

▶*n.* **1** a system or signal involving simultaneous transmission of several messages along a single channel of communication. Compare with DUPLEX, SIMPLEX. **2** a movie theater with several separate screens.

▶*v.* [*trans.*] incorporate into a multiplex signal or system. ▷late Middle English in the mathematical sense 'multiple': from Latin. —**mul·ti·plex·er** (also **mul·ti·plex·or**) *n.*

**mul·ti·pli·a·ble** /ˈməltəˌplīəbəl/ (also **mul·ti·plic·a·ble** /‚məltəˈplikəbəl/) ▶*adj.* able to be multiplied.

**mul·ti·pli·cand** /‚məltəpliˈkand/ ▶*n.* a quantity that is to be multiplied by another (the multiplier). ▷late 16th cent.: from medieval Latin *multiplicandus* 'to be multiplied,' gerundive of Latin *multiplicare* (see MULTIPLY1).

**mul·ti·pli·ca·tion** /‚məltəpliˈkāSHən/ ▶*n.* the process or skill of multiplying: *we need to use both multiplication and division to find the answers* | *the rapid multiplication of abnormal white blood cells.* ■ *Mathematics* the process of combining matrices, vectors, or other quantities under specific rules to obtain their product. ▷late Middle English: from Old French, or from Latin *multiplicatio(n-),* from *multiplicare* (see MULTIPLY1).

**mul·ti·pli·ca·tion sign** ▶*n.* a sign, esp. ×, used to indicate that one quantity is to be multiplied by another, as in 2×3=6.

**mul·ti·pli·ca·tion ta·ble** ▶*n.* a table of the products of two factors, esp. the integers 1 to 12.

**mul·ti·pli·ca·tive** /‚məltəˈplikətiv; ˈməltəpləˌkātiv/ ▶*n.* subject to or of the nature of multiplication: *coronary risk factors are multiplicative.*

**mul·ti·plic·i·ty** /‚məltəˈplisətē/ ▶*n.* (pl. **-ties**) a large number: *his climbing record has a multiplicity of ascents.* ■ a large variety: *the rain forests and the multiplicity of species that they harbor.* ▷late Middle English: from late Latin *multiplicitas,* from Latin *multiplex* (see MULTIPLEX).

**mul·ti·pli·er** /ˈməltəˌplīər/ ▶*n.* a person or thing that multiplies. ■ a quantity by which a given number (the multiplicand) is to be multiplied. ■ *Economics* a factor by which an increment of income exceeds the resulting increment of savings or investment. ■ a device for increasing by repetition the intensity of an electric current, force, etc., to a measurable level.

**mul·ti·ply1** /ˈməltəˌplī/ ▶*v.* (**-plies, -plied**) [*trans.*] obtain from (a number) another that contains the first number a specified number of times: *I asked you to multiply fourteen by nineteen* | [*intrans.*] *we all know how*

greatly in number or quantity: [*intrans.*] *ever since I became a landlord my troubles have multiplied tenfold* | [*trans.*] *cigarette smoking combines with other factors to multiply the risks of atherosclerosis.* ■ [*intrans.*] (of an animal or other organism) increase in number by reproducing. ■ propagate (plants). ▷Middle English: from Old French *multiplier,* from Latin *multiplicare.*

**mul·ti·ply2** /ˈməltəplē/ ▶*adv.* [often as *submodifier*] in several different ways or respects: *multiply injured patients.*

**mul·ti·po·lar** /‚məltiˈpōlər; ‚məltī-/ ▶*adj.* **1** having many poles or extremities. **2** polarized in several ways or directions. —**mul·ti·po·lar·i·ty** /-pōˈlaritē; -pə-/ *n.* —**mul·ti·pole** /ˈməlti‚pōl; ˈməltī-/ *n.*

**mul·ti·proc·ess·ing** /‚məltiˈprāsesiNG; ‚məltī-; -ˈprāsesiNG/ (also **mul·ti·pro·gram·ming**) ▶*n. Computing* the running of two or more programs or sequences of instructions simultaneously by a computer with more than one central processor.

**mul·ti·proc·es·sor** /‚məltiˈprāsesər; ‚məltī-; ˈprāsesər/ ▶*n.* a computer with more than one central processor.

**mul·ti·pur·pose** /‚məltēˈpərpəs; ‚məltī-/ ▶*adj.* having several purposes or functions: *a seven-acre multipurpose civic center.*

**mul·ti·ra·cial** /‚məltiˈrāSHəl; ‚məltī-/ ▶*adj.* made up of or relating to people of several or many races: *multiracial education.* —**mul·ti·ra·cial·ism** /-‚lizəm/ *n.* —**mul·ti·ra·cial·ist** /-list/ *adj.* & *n.* —**mul·ti·ra·cial·ly** *adv.*

**mul·ti·role** /ˈməlti‚rōl; ˈməltī-/ ▶*adj.* [*attrib.*] (chiefly of an aircraft) capable of performing several roles.

**mul·ti·ses·sion** /ˈməlti‚seSHən; ˈməltī-/ ▶*adj. Computing* denoting a format for recording digital information onto a CD-ROM disc over two or more separate sessions.

**mul·ti·slack·ing** /‚məltēˈslakiNG; ‚məltī-/ ▶*n. informal* the practice of using a computer at work for tasks or activities that are not related to one's job: *most employers tolerate a certain amount of multislacking.* ▷*multi-* + *slacking* 'working slowly or lazily,' on the pattern of *multitasking.* —**mul·ti·slack·er** *n.*

**mul·ti·spec·tral** /‚məltiˈspektrəl; ‚məltī-/ ▶*adj.* operating in or involving several regions of the electromagnetic spectrum: *multispectral images from satellites.*

**mul·ti·stage** /ˈməlti‚stāj; ˈməltī-/ ▶*adj.* [*attrib.*] consisting of or relating to several stages or processes: *a multistage decision-making process.* ■ (of a rocket) having at least two sections, each of which contains its own motor and is jettisoned as its fuel runs out. ■ (of a pump, turbine, or similar device) having more than one rotor.

**mul·ti·sto·ry** /ˈməlti‚stōrē; ˈməltī-/ (also **mul·ti·sto·ried**) ▶*adj.* [*attrib.*] (of a building) having several stories.

**mul·ti·task·ing** /‚məltiˈtaskiNG; ‚məltī-/ ▶*n. Computing* the simultaneous execution of more than one program or task by a single computer processor. ■ the handling of more than one task at the same time by a single person. —**mul·ti·task** /ˈməlti‚task; ˈməltī-/ *v.*

**mul·ti·thread·ing** /ˈməltiˈTHrediNG; ˈməltī-/ ▶*n. Computing* a technique by which a single set of code can be used by several processors at different stages of execution. —**mul·ti·thread·ed** /-ˈTHredəd/ *adj.*

**mul·ti·track** /ˈməlti‚trak; ˈməltī-/ ▶*adj.* relating to or made by the mixing of several separately recorded tracks of sound: *a digital multitrack recorder.*

▶*n.* a recording made from the mixing of several separately recorded tracks.

▶*v.* [*trans.*] record using multitrack recording: [as *adj.*] (**multitracked**) *multitracked vocals.*

**mul·ti·tu·ber·cu·late** /‚məltit(y)əˈbərkyələt/ ▶*n.* a small primitive extinct mammal of a mainly Cretaceous and Paleocene order, distinguished by having molar teeth with several cusps arranged in two or three rows. ● Order Multituberculata, subclass Allotheria. ▷late 19th cent.: from modern Latin *Multituberculata,* from MULTI- 'many' + Latin *tuberculum* 'tubercle.'

**mul·ti·tude** /ˈməltə‚t(y)ōōd/ ▶*n.* a large number: *a multitude of medical conditions are due to being overweight.* ■ (**the multitudes**) large numbers of people: *the multitudes using the roads.* ■ (**the multitude**) a large gathering of people: *Father Peter addressed the multitude.* ■ (**the multitude**) the mass of ordinary people without power or influence: *placing ultimate political power in the hands of the multitude.* ■ *archaic* the state of being numerous: *they would swarm over the river in their multitude.* ▷Middle English: via Old French from Latin *multitudo,* from *multus* 'many.'

▶PHRASE □ **cover a multitude of sins** see COVER.

**mul·ti·tu·di·nous** /‚məltəˈt(y)ōōdn-əs/ ▶*adj.* very numerous: *the tinkling of multitudinous bells from the herd.*

elements: *the multitudinous array of chemical substances that exist in the natural world.* ■ *poetic/literary* (of a body of water) vast. ▷early 17th cent.: from Latin *multitudo* (see MULTITUDE) + -OUS. —**mul·ti·tu·di·nous·ly** *adv.* —**mul·ti·tu·di·nous·ness** *n.*

**mul·ti·us·er** /ˈməltēˈyōōzər; ˈməltī-/ ▶*adj.* [*attrib.*] (of a computer system) able to be used by a number of people simultaneously. ■ denoting a computer game in which several players interact simultaneously using the Internet or other communications.

**mul·ti·va·lent** /‚məltiˈvālənt; ‚məltī-/ ▶*adj.* **1** having or susceptible to many applications, interpretations, meanings, or values: *visually complex and multivalent work.* **2** *Medicine* (of an antigen or antibody) having several sites at which attachment to an antibody or antigen can occur: *a multivalent antiserum.* Compare with POLYVALENT. **3** *Chemistry* another term for POLYVALENT. —**mul·ti·va·lence** *n.* —**mul·ti·va·len·cy** *n. Brit.*

**mul·ti·valve** /‚məltiˈvalv; ‚məltī-/ ▶*adj.* [*attrib.*] **1** *Zoology* (of a shell, etc.) having several valves. **2** (of an internal combustion engine) having more than two valves per cylinder, typically four (two inlet and two exhaust).

▶*n.* a multivalve shell, or an animal having such a shell, as a chiton.

**mul·ti·var·i·ate** /‚məltiˈve(ə)rēət; ‚məltī-/ ▶*adj. Statistics* involving two or more variable quantities.

**mul·ti·ven·dor** /‚məltiˈvendər/ ▶*adj.* [*attrib.*] denoting or relating to computer hardware or software products or network services from more than one supplier.

**mul·ti·verse** /ˈməlti‚vərs/ ▶*n.* an infinite realm of being or potential being of which the universe is regarded as a part or instance.

**mul·ti·ver·si·ty** /‚məltiˈvərsətē/ ▶*n.* (pl. **-ties**) a large university with many different departments. ▷mid 20th cent.: from MULTI- + a shortened form of UNIVERSITY.

**mul·ti·vi·bra·tor** /‚məltiˈvī‚brātər/ ▶*n. Electronics* a device consisting of two amplifying transistors or valves, each with its output connected to the input of the other, producing an oscillatory signal.

**mul·ti·vi·ta·min** /‚məltiˈvītəmən/ ▶*adj.* [*attrib.*] containing a combination of vitamins: *a daily multivitamin supplement.*

▶*n.* a pill containing a combination of vitamins.

**mul·ti·way** /ˈməlti‚wā; ˈməltī-/ ▶*adj.* having several paths, routes, or channels: *a multiway switch.*

**mul·tum in par·vo** /ˈmōōltəm in ˈpärvō; -ˈpärwō/ ▶*n.* a great deal in a small space. ▷Latin, literally 'much in little.'

**mul·ture** /ˈməlcHər/ ▶*n. historical* a toll of grain or flour due to a miller in return for grinding grain. ■ the right to collect this. ▷Middle English: from Old French *moulture,* from medieval Latin *molitura,* from *molit-* 'ground,' from the verb *molere.*

**mum1** /məm/ ▶*adj.* silent. ▷late Middle English: imitative of a sound made with closed lips.

▶PHRASES □ **keep mum** *informal* remain silent, esp. so as not to reveal a secret: *he was keeping mum about a possible move to Canada.* □ **mum's the word** *informal* (as a request or warning) say nothing; don't reveal a secret.

**mum2** ▶*v.* (**mummed, mum·ming**) [*intrans.*] act in a traditional masked mime or a mummers' play. ▷late Middle English: compare with MUM1 and Middle Low German *mummen.*

**mum3** ▶*n. informal* a cultivated chrysanthemum. ▷abbreviation of CHRYSANTHEMUM.

**mum4** ▶*n.* British term for MOM. ▷mid 17th cent.: abbreviation of MUMMY2.

**Mum·bai** /ˈməm‚bī/ official name (from 1995) for BOMBAY. —**Mum·bai·kar** /‚məmbīˈkär/ *n.* & *adj.*

**mum·ble** /ˈməmbəl/ ▶*v.* **1** [*reporting verb*] say something indistinctly and quietly, making it difficult for others to hear: [*trans.*] *he mumbled something she didn't catch* | [with *direct speech*] *"Sorry," she mumbled.* **2** [*trans.*] bite or chew with toothless gums or eat without making much use of the teeth.

▶*n.* [usu. in *sing.*] a quiet and indistinct utterance: *Rosie had replied in a mumble.* ▷Middle English: frequentative of MUM1. —**mum·bler** /ˈməmb(ə)lər/ *n.* —**mum·bling·ly** /ˈməmb(ə)liNGlē/ *adv.*

**mum·ble·ty·peg** /ˈməmbəltē ‚peg/ (also **mum·ble·ty·peg**) ▶*n.* a game in which each player in turn throws a knife or pointed stick from a series of positions, continuing until it fails to stick in the ground.

ATLAS-00033378

**Uruk**                                    1853                                    **Ustashe**

**U·ruk** /'ŏŏrŏŏk/ an ancient city in southern Mesopotamia, northwest of Ur, one of the greatest cities of Sumer. Built in the 5th millennium BC, it is associated with the hero Gilgamesh. Arabic name WARKA; biblical name ERECH.

**U·rum·qi** /,ŏŏ'rŏŏm'CHē/ (also **U·rum·chi**) the capital of Xinjiang autonomous region in northwestern China; pop. 1,110,000. Former name (until 1954) TIHWA.

**u·rus** /'yŏŏrəs/ ▸n. another term for AUROCHS. ▷early 17th cent.: from Latin, from Greek *ouros*.

**u·ru·shi·ol** /(y)ŏŏ'rŏŏshē,ôl; -,ōl; -,äl/ ▸n. Biochemistry an oily liquid that is the main constituent of Japanese lacquer and is responsible for the irritant properties of poison ivy and other plants. It consists of a mixture of catechol derivatives. ▷early 20th cent.: from Japanese *urushi* 'Japanese lacquer' + -OL.

**US** ▸abbr. ▪ United States. ▪ Brit. undersecretary. ▪ Brit., informal unserviceable; useless.

**us** /əs/ ▸pron. [first person plural] **1** used by a speaker to refer to himself or herself and one or more other people as the object of a verb or preposition: *let us know* | *we asked him to come with us* | *both of us.* Compare with WE. ▪ used after the verb "to be" and after "than" or "as": *it's us or them* | *they are richer than us.* ▪ informal to or for ourselves: *we got us some good hunting.* **2** informal me: *give us a kiss.* ▷Old English *ūs*, accusative and dative of WE, of Germanic origin; related to Dutch *ons* and German *uns*.

▸PHRASES □ **one of us** a person recognized as an accepted member of a particular group, typically one that is exclusive in some way. □ **us and them** (or **them and us**) expressing a sense of division within a group of people: *negotiations were hampered by an "us and them" attitude between management and unions.*

USAGE Is it correct to say *they are richer than us*, or is it better to say *they are richer than we (are)?* See usage at PERSONAL PRONOUN and THAN.

**U.S.** ▸abbr. United States.

**USA** ▸abbr. ▪ United States of America. ▪ United States Army.

**U.S.A.** ▸abbr. ▪ United States of America. ▪ United States Army.

**us·a·ble** /'yŏŏzəbəl/ (also **use·a·ble**) ▸adj. able or fit to be used: *usable information.* —**us·a·bil·i·ty** /,yŏŏzə'bilətē/ n.

**U.S.A.F.** (also **USAF**) ▸abbr. United States Air Force.

**us·age** /'yŏŏsij; -zij/ ▸n. the action of using something or the fact of being used: *a survey of water usage* | *the usage of equipment.* ▪ the way in which a word or phrase is normally and correctly used. ▪ habitual or customary practice, esp. as creating a right, obligation, or standard. ▷Middle English (in the sense 'customary practice'): from Old French, from *us* 'a use' (see USE).

USAGE *Usage* means 'manner of use, practice,' while *use* means 'the act of employing.' In discussions of writing, *usage* is the term for normal or prescribed practice: *standard usage calls for a plural.* In describing particular examples, however, employ *use: the use of the plural with this noun is incorrect.*

**us·ance** /'yŏŏzəns/ ▸n. archaic **1** another term for USAGE. **2** the time allowed for the payment of foreign bills of exchange, according to law or commercial practice. ▷late Middle English: from Old French, from the base of the verb *user* 'to use.'

**USB** ▸abbr. Computing universal serial bus, a connection technology for attaching peripheral devices to a computer, providing fast data exchange.

**USB flash drive** ▸n. Computing an external flash drive, small enough to carry on a key ring, that can be used with any computer with a USB port.

**USC** ▸abbr. Law United States Code.

**U.S.C.G.** (also **USCG**) ▸abbr. United States Coast Guard.

**USD** ▸abbr. United States dollar.

**USDA** (also **U.S.D.A.**) ▸abbr. United States Department of Agriculture.

**use** ▸v. **1** /yŏŏz/ [trans.] take, hold, or deploy (something) as a means of accomplishing a purpose or achieving a result; employ: *she used her key to open the front door* | *the poem uses simple language.* ▪ take or consume (an amount) from a limited supply of something: *we have used all the available funds.* ▪ exploit (a person or situation) for one's own advantage: *I couldn't help feeling that she was using me.* ▪ [trans.] treat (someone) in a particular way: *use your troops well and they will not let you down.* ▪ apply (a name or title) to oneself: *she still used her maiden name professionally.*

▪ **(one could use)** informal one would like or benefit from: *I could use another cup of coffee.* ▪ informal take (an illegal drug): *they were using heroin daily* | [intrans.] *had she been using again?* **2** /yŏŏst/ [in past] **(used to)** describing an action or state of affairs that was done repeatedly or existed for a period in the past: *this road used to be a dirt track* | *I used to give him lifts home.* **3** /yŏŏst/ **(be/get used to)** be or become familiar with someone or something through experience: *she was used to getting what she wanted* | *he's weird, but you just have to get used to him.*

▸phrasal v. □ **use something up** consume or expend the whole of something: *the money was soon used up.* ▪ find a purpose for something that is left over: *I might use up all my odd scraps of wool to make a scarf.* ▪ **(be used up)** informal (of a person) be worn out, esp. with overwork: *she was tired and used up.*

▸n. /yŏŏs/ the action of using something or the state of being used for some purpose: *a member of staff is present when the pool is in use* | *theater owners were charging too much for the use of their venues.* ▪ the ability or power to exercise or manipulate something, esp. one's mind or body: *the horse lost the use of his hind legs.* ▪ a purpose for or way in which something can be used: *the herb has various culinary uses.* ▪ the value or advantage of something: *it was no use trying to persuade her* | *what's the use of crying?* ▪ historical Law the benefit or profit of lands, esp. lands that are in the possession of another who holds them solely for the beneficiary. ▪ the characteristic ritual and liturgy of a church or diocese. ▪ the action of taking or habitual consumption of a drug. ▷Middle English: the noun from Old French *us*, from Latin *usus*, from *uti* 'to use'; the verb from Old French *user*, based on Latin *uti*.

▸PHRASES □ **have its (or one's) uses** informal be useful on certain occasions or in certain respects. □ **have no use for** be unable to find a purpose for; have no need for: *he had no use for a single glove.* ▪ informal dislike or be impatient with. □ **make use of** use for a purpose. ▪ benefit from: *they were educated enough to make use of further training.* □ **use and wont** formal established custom. □ **use someone's name** quote someone as an authority or reference.

USAGE **1** The construction *used to* is standard, but difficulties arise with the formation of negatives and questions. Traditionally, *used* to behaves as a modal verb, so that questions and negatives are formed without the auxiliary verb *do*, as in *it used not to be like that* and *used she to come here?* In modern English, this question form is now regarded as very formal or old-fashioned and the use with *do* is broadly accepted as standard, as in *did she use to come here?* Negative constructions with *do*, on the other hand (as in *it didn't use to be like that*), although common, are informal and are not generally accepted.
**2** There is sometimes confusion over whether to use the form *used to* or *use to*, which has arisen largely because the pronunciation is the same in both cases. Except in negatives and questions, the correct form is *used to: we used to go to the movies all the time* (not *we use to go to the movies*). However, in negatives and questions using the auxiliary verb *do*, the correct form is *use to*, because the form of the verb required is the infinitive: *I didn't use to like mushrooms* (not *I didn't used to like mushrooms*). See also usage at USAGE and UTILIZE.

**use·a·ble** ▸adj. variant spelling of USABLE.

**used** /yŏŏzd/ ▸adj. **1** having already been used: *scrawling on the back of a used envelope.* **2** secondhand: *a used car.*

**use·ful** /'yŏŏsfəl/ ▸adj. able to be used for a practical purpose or in several ways: *aspirin is useful for headaches.* —**use·ful·ly** adv. —**use·ful·ness** n.
▸PHRASE □ **make oneself useful** do something that is of some value or benefit to someone: *make yourself useful—get Jenny a drink.*

**use·ful load** ▸n. the load able to be carried by an aircraft in addition to its own weight.

**use·less** /'yŏŏsləs/ ▸adj. not fulfilling or not expected to achieve the intended purpose or desired outcome: *a piece of useless knowledge* | *we tried to pacify him, but it was useless.* ▪ informal having no ability or skill in a specified activity or area: *he was useless at football.* —**use·less·ly** adv. —**use·less·ness** n.

**Use·net** /'yŏŏz,net/ (also **USENET**) Computing an Internet service consisting of thousands of newsgroups.

**us·er** /'yŏŏzər/ ▸n. **1** a person who uses or operates something, esp. a computer or other machine. ▪ a

person who takes illegal drugs; a drug user: *the drug causes long-term brain damage in users* | *a heroin user.* ▪ a person who manipulates others for their own gain: *he was a gifted user of other people.* **2** Law the continued use or enjoyment of a right.

**us·er-de·fin·a·ble** ▸adj. Computing having a function or meaning that can be specified and varied by a user.

**us·er-friend·ly** ▸adj. (of a machine or system) easy to use or understand: *the search software is user-friendly.* —**us·er-friend·li·ness** n.

**us·er-hos·tile** ▸adj. (of a machine or system) difficult to use or understand.

**us·er in·ter·face** ▸n. Computing the means by which the user and a computer system interact, in particular the use of input devices and software.

**us·er·name** /'yŏŏzər,nām/ ▸n. Computing an identification used by a person with access to a computer network.

**us·er-o·ri·ent·ed** ▸adj. (of a machine or system) designed primarily for the user's convenience.

**ush·er** /'əSHər/ ▸n. **1** a person who shows people to their seats, esp. in a theater or at a wedding. ▪ an official in a court whose duties include swearing in jurors and witnesses and keeping order. ▪ Brit. a person employed to walk before a person of high rank on special occasions. **2** Brit., archaic an assistant teacher.
▸v. [trans.] show or guide (someone) somewhere: *a waiter ushered me to a table.* ▪ figurative cause or mark the start of (something new): *the railroads ushered in an era of cheap mass travel.* ▷late Middle English (denoting a doorkeeper): from Anglo-Norman French *usser*, from medieval Latin *ustiarius*, from Latin *ostiarius*, from *ostium* 'door.'

**ush·er·ette** /,əSHə'ret/ ▸n. a woman who shows people to their seats in a theater.

**Us·hua·ia** /ŏŏ'swīə/ a port in Argentina, in Tierra del Fuego; pop. 11,000. It is the southernmost town in the world.

**USIA** (also **U.S.I.A.**) ▸abbr. United States Information Agency.

**Üs·kü·dar** /,ŏŏskə'där/ a city in northwestern Turkey, across from Istanbul on the Bosporus where it joins the Sea of Marmara; pop. 396,000. Former name SCUTARI.

**U.S.M.C.** (also **USMC**) ▸abbr. ▪ United States Marine Corps.

**U.S.N.** (also **USN**) ▸abbr. United States Navy.

**us·nic ac·id** /'əsnik/ ▸n. Biochemistry a yellow crystalline compound that is present in many lichens and is used as an antibiotic. ● A tricyclic phenol; chem. formula: $C_{18}H_{16}O_7$. ▷mid 19th cent.: *usnic* from medieval Latin *usnea* (from Arabic *ushnah* 'moss') + -IC.

**USO** ▸abbr. ▪ ultra stable oscillator. ▪ United Service Organizations.

**U·so·ni·an** /yŏŏ'sōnēən/ ▸adj. of or relating to the United States: *the Usonian city.* ▪ relating to or denoting the style of buildings designed in the 1930s by Frank Lloyd Wright, characterized by inexpensive construction and flat roofs.
▸n. a native or inhabitant of the United States. ▪ a house built in the 1930s by Frank Lloyd Wright. ▷early 20th cent.: an acronym from *United States* + -*onian* after *Amazonian*, *Devonian*, etc.

**Us·pa·lla·ta Pass** /,ŏŏspä'yätə/ a pass over the Andes near Santiago in Chile, in southern South America. It links Argentina with Chile.

**USPS** (also **U.S.P.S.**) ▸abbr. ▪ United States Postal Service.

**us·que·baugh** /'əskwə,bô; -,bä/ ▸n. chiefly Irish Scottish whiskey. ▷late 16th cent.: from Irish and Scottish Gaelic *uisge beatha* 'water of life'; compare with WHISKEY.

**U.S.S.** (also **USS**) ▸abbr. United States Ship, used in the names of ships in the U.S. Navy: *the U.S.S. Maine was launched in 1895.*

**USSR** (also **U.S.S.R.**) historical ▸abbr. Union of Soviet Socialist Republics.

**Ust-A·ba·kan·sko·e** /'ŏŏst ,äbə'känskəyə/ former name (until 1931) of ABAKAN.

**U·sta·she** /ŏŏ'stäshē/ (also **U·sta·shas** or **U·sta·shi**) ▸plural n. [treated as sing. or pl.] the members of a Croatian extreme nationalist movement that engaged in terrorist activity before World War II and

Pronunciation Key ə *ago*; ər *over*; ' ə or ,ə *up*; 'ər or ,ər *fur*; a *hat*; ā *rate*; ä *car*; CH *chew*; e *let*; ē *see*; e(ə)r *air*; i *fit*; ī *by*; i(ə)r *ear*; NG *sing*; ō *go*; ô *for*; oi *boy*; ŏŏ *good*; ŏŏ *goo*; ou *out*; SH *she*; TH *thin*; ŦH *then*; (h)w *why*; ZH *vision*

ATLAS-00033352

released from between the widely spread index finger and middle finger.

**Fork·beard** /ˈfôrkˌbi(ə)rd/, Sweyn, see SWEYN I.

**forked** /fôrkt/ ▸*adj.* having a divided or pronged end or branches; bifurcated: *a deeply forked tail.*

▸PHRASE □ **with forked tongue** *humorous* untruthfully; deceitfully.

**forked light·ning** ▸*n.* lightning that is visible in the form of a branching line across the sky.

**fork·lift** /ˈfôrkˌlift/ ▸*n.* (also **fork·lift truck**) a vehicle with a pronged device in front for lifting and carrying heavy loads.

▸*v.* [*trans.*] lift and carry (a heavy load) with such a vehicle: *blocks of compacted garbage being forklifted on to a trailer.*



forklift

**for·lorn** /fərˈlôrn/; fôr-/ ▸*adj.* **1** pitifully sad and abandoned or lonely: *forlorn figures at bus stops.* **2** (of an aim or endeavor) unlikely to succeed or be fulfilled; hopeless: *a forlorn attempt to escape.* ▷Old English *forloren* 'depraved, morally abandoned,' past participle of *forlēosan* 'lose,' of Germanic origin; related to Dutch *verliezen* and German *verlieren*, and ultimately to FOR- and LOSE. Sense 1 dates from the 16th cent. —**for·lorn·ly** *adv.* —**for·lorn·ness** /fərˈlôrn,nəs/ *n.*

▸PHRASE □ **forlorn hope** a persistent or desperate hope that is unlikely to be fulfilled. [mid 16th cent.: from Dutch *verloren hoop* 'lost troop,' from *verloren* (past participle of *verliezen* 'lose') and *hoop* 'company' (related to HEAP). The phrase originally denoted a band of soldiers picked to begin an attack, many of whom would not survive; the current sense (mid 17th cent.) derives from a misunderstanding of the etymology.]

**form** /fôrm/ ▸*n.* **1** the visible shape or configuration of something: *the form, color, and texture of the tree.* ■ arrangement of parts; shape: *the entities underlying physical form.* ■ the body or shape of a person or thing: *his eyes scanned her slender form.* ■ arrangement and style in literary or musical composition: *these videos are a triumph of form over content.* ■ *Philosophy* the essential nature of a species or thing, esp. (in Plato's thought) regarded as an abstract ideal that real things imitate or participate in. **2** a mold, frame, or block in or on which something is shaped. ■ a temporary structure for holding fresh concrete in shape while it sets. **3** a particular way in which a thing exists or appears; a manifestation: *her obsession has taken the form of compulsive exercise.* ■ any of the ways in which a word may be spelled, pronounced, or inflected: *an adjectival form rather than adverbial form.* ■ the structure of a word, phrase, sentence, or discourse: *every distinction in meaning is associated with a distinction in form.* **4** a type or variety of something: *sponsorship is a form of advertising.* ■ an artistic or literary genre. ■ *Botany* a taxonomic category that ranks below variety, which contains organisms differing from the typical kind in some trivial, frequently impermanent, character, e.g., a color variant. Compare with SUBSPECIES and VARIETY. **5** the customary or correct method or procedure; what is usually done: *an excessive concern for legal form and precedent.* ■ a set order of words; a formula. ■ a formality or item of mere ceremony: *the outward forms of religion.* **6** a printed document with blank spaces for information to be inserted: *an application form.* **7** *chiefly Brit.* a class or year in a school, usually given a specifying number: *the fifth form.* **8** the state of an athlete or sports team with regard to their current standard of performance: *illness has affected his form | they've been in good form this season.* ■ details of previous performances by a racehorse or greyhound: *an interested bystander studying the form.* **9** *Brit.* a long bench without a back. **10** variant spelling of FORME. **11** *chiefly Brit.* a hare's lair.

▸*v.* [*trans.*] **1** bring together parts or combine to create (something): *the company was formed in 1982.* ■ (**form** **people/things into**) organize people or things into (a group or body): *peasants and miners were formed into a militia.* ■ go to make up or constitute:

the precepts that form the basis of the book. ■ [*intrans.*] gradually appear or develop: *a thick mist was forming all around.* ■ conceive (an idea or plan) in one's mind. ■ enter into or contract (a relationship): *the women would form supportive friendships.* ■ articulate (a word, speech sound, or other linguistic unit). ■ construct (a new word) by derivation or inflection. **2** make or fashion into a certain shape or form: *form the dough into balls.* ■ [*intrans.*] (**form into**) be made or fashioned into a certain shape or form: *his strong features formed into a smile of pleasure.* ■ (**be formed**) have a specified shape: *her body was slight and flawlessly formed.* ■ shape or develop by training or discipline. ■ influence or shape (something abstract): *the role of the news media in forming public opinion.* ▷Middle English: from Old French *forme* (noun), *fo(u)rmer* (verb, from Latin *formare* 'to form'), both based on Latin *forma* 'a mold or form.' —**form·a·bil·i·ty** /ˌfôrməˈbilətē/ —**form·a·ble** *adj.*

▸PHRASES □ **in form** (of an athlete or sports team) playing or performing well. □ **off form** (of an athlete or sports team) not playing or performing well.

**-form** (usu. as **-iform**) ▸*comb. form* **1** having the form of: *cruciform.* **2** having a particular number of: *multiform.* ▷From French *-forme*, from Latin *-formis*, from *forma* 'form.'

**for·mal** /ˈfôrməl/ ▸*adj.* **1** done in accordance with rules of convention or etiquette; suitable for or constituting an official or important situation or occasion: *a formal dinner party.* ■ (of a person or their manner) prim or stiff. ■ of or denoting a style of writing or public speaking characterized by more elaborate grammatical structures and more conservative and technical vocabulary. ■ (esp. of a house or garden) arranged in a regular, classical, and symmetrical manner. **2** officially sanctioned or recognized: *a formal complaint.* ■ having a conventionally recognized form, structure, or set of rules: *he had little formal education.* **3** of or concerned with outward form or appearance, esp. as distinct from content or matter: *I don't know enough about art to appreciate the purely formal qualities.* ■ having the form or appearance without the spirit: *his sacrifice will be more formal than real.* ■ of or relating to linguistic or logical form as opposed to function or meaning.

▸*n.* an evening gown. ■ an occasion on which evening dress is worn. ▷late Middle English: from Latin *formalis*, from *forma* 'shape, mold' (see FORM).

*THE RIGHT WORD* ceremonial, ceremonious, formal, pompous, proper, punctilious

Formal suggests a suit-and-tie approach to certain situations—reserved, conventional, obeying all the rules (*an engraved invitation to a formal dinner requiring black tie or evening gown*).

Proper, in this regard, implies scrupulously correct behavior that observes rules of etiquette (*the proper way to serve a guest; the proper spoon for dessert*).

Punctilious behavior observes all the proper formalities (*a "punctilio" is a detail or fine point*), but may verge on the annoying (*her punctilious attention to the correct placement of silverware made setting the table an ordeal*).

Someone (usually a man) who likes to show off just how *formal* and *proper* he can be runs the risk of becoming the most dreaded dinner guest of all: the pompous ass.

Pompous people may derive more than the normal amount of pleasure from participating in ceremonial acts or events, which are those performed according to set rules, but ceremonious suggests a less negative and more ritualized approach to formality (*the Japanese woman could not have been more ceremonious than when she was carrying out the ceremonial serving of tea*).

**for·mal cause** ▸*n.* *Philosophy* (in Aristotelian thought) the pattern that determines the form taken by something.

**form·al·de·hyde** /fôrˈmaldəˌhīd/; fər-/ ▸*n.* *Chemistry* a colorless pungent gas in solution made by oxidizing methanol. • Alternative name: **methanal**; chem. formula: $CH_2O$. ▷late 19th cent.: blend of FORMIC ACID and ALDEHYDE.

**for·ma·lin** /ˈfôrməlin/ ▸*n.* a colorless solution of formaldehyde in water, used chiefly as a preservative for biological specimens. ▷late 19th cent.: from FORMALDEHYDE + -IN¹.

**for·mal·ism** /ˈfôrməˌlizəm/ ▸*n.* **1** excessive adherence to prescribed forms: *academic dryness and formalism.* ■ the use of forms of worship without regard to inner significance. ■ the basing of ethics on the form of the moral law without regard to intention or

consequences. ■ concern or excessive concern with form and technique rather than content in artistic creation. ■ (in the theater) a symbolic and stylized manner of production. ■ the treatment of mathematics as a manipulation of meaningless symbols. **2** a description of something in formal mathematical or logical terms. —**for·mal·ist** *n.* —**for·mal·is·tic** /ˌfôrməˈlistik/ *adj.*

**for·mal·i·ty** /fôrˈmalətē/ ▸*n.* (*pl.* **-ties**) the rigid observance of rules of convention or etiquette: *he retained the formality of his social background.* ■ stiffness of behavior or style: *with disconcerting formality, the brothers shook hands.* ■ (usu. **formalities**) a thing that is done simply to comply with requirements of etiquette, regulations, or custom: *legal formalities.* ■ (a **formality**) something that is done as a matter of course and without question; an inevitability: *her saying no was just a formality, and both of them knew it.* ▷mid 16th cent. (in the sense 'accordance with legal rules or conventions'): from French *formalité* or medieval Latin *formalitas*, from *formalis* (see FORMAL).

**for·mal·ize** /ˈfôrməˌlīz/ ▸*v.* [*trans.*] give (something) legal or formal status. ■ give (something) a definite structure or shape: *we became able to formalize our thoughts.* —**for·mal·i·za·tion** /ˌfôrməliˈzāSHən/ *n.*

**for·mal log·ic** ▸*n.* logic based on argument involving deductively necessary relationships and including the use of syllogisms and mathematical symbols.

**for·mal·ly** /ˈfôrməlē/ ▸*adv.* **1** in accordance with the rules of convention or etiquette: *he was formally attired.* **2** officially: *the mayor will formally open the new railroad station.* **3** [*sentence adverb*] in outward form or appearance; in theory: *all Javanese are formally Muslims.* ■ in terms of form or structure: *formally complex types of text.*

**for·mal·wear** /ˌfôrməlˌwe(ə)r/ ▸*n.* clothing, such as tuxedos and evening gowns, for formal social occasions.

**For·man** /ˈfôrmən/, Milos (1932– ), U.S. movie director; born in Czechoslovakia. He made *One Flew Over the Cuckoo's Nest* (1975), which won five Academy Awards, and *Amadeus* (1983), which won eight Academy Awards, including that for best director.

**for·mant** /ˈfôrmənt/ ▸*n.* *Phonetics* any of several prominent bands of frequency that determine the phonetic quality of a vowel. ▷early 20th cent.: coined in German from Latin *formant-* 'forming,' from the verb *formare*.

**for·mat** /ˈfôrˌmat/ ▸*n.* the way in which something is arranged or set out: *the format of the funeral service.* ■ the shape, size, and presentation of a book or periodical. ■ the medium in which a sound recording is made available: *the album is available as a CD as well as on LP and cassette formats.* ■ *Computing* a defined structure for the processing, storage, or display of data: *a data file in binary format.*

▸*v.* (**-mat·ted, -mat·ting**) [*trans.*] (esp. in computing) arrange or put into a format. ■ prepare (a storage medium) to receive data. ▷mid 19th cent.: via French and German from Latin *formatus (liber)* 'shaped (book),' past participle of *formare* 'to form.'

**for·mate** /ˈfôrˌmāt/ ▸*n.* a salt or ester of formic acid.

**for·ma·tion** /fôrˈmāSHən/ ▸*n.* **1** the action of forming or process of being formed: *the formation of the Great Rift Valley.* **2** a structure or arrangement of something: *a cloud formation.* ■ a formal arrangement of aircraft in flight or troops: *a battle formation | the helicopters hovered overhead in formation.* ■ *Geology* an assemblage of rocks or series of strata having some common characteristic. ▷late Middle English: from Latin *formation-*, from *formare* 'to form' (see FORM). —**for·ma·tion·al** /-SHənl/ *adj.*

**for·ma·tive** /ˈfôrmətiv/ ▸*adj.* serving to form something, esp. having a profound and lasting influence on a person's development: *his formative years.* ■ of or relating to a person's development: *a formative assessment.* ■ *Linguistics* denoting or relating to any of the smallest meaningful units that are used to form words in a language, typically combining forms and inflections.

▸*n.* *Linguistics* a formative element. ▷late 15th cent.: from Old French *formatif, -ive* or medieval Latin *formativus*, from Latin *formare* 'to form' (see FORM). —**for·ma·tive·ly** *adv.*

**form class** ▸*n.* *Linguistics* a class of linguistic forms with grammatical or syntactic features in common; a part of speech or subset of a part of speech.

Pronunciation Key ə *ago*; ər *over*; ˈə or ˌə *up*; ˈər or ˌər *fur*; a *hat*; ā *rate*; ä *car*; CH *chew*; e *let*; ē *see*; e(ə)r *air*; i *fit*; ī *by*; i(ə)r *ear*; NG *sing*; ō *go*; ô *for*; oi *boy*; o͞o *good*; oō *goo*; ou *out*; SH *she*; TH *thin*; ⊺H *then*; (h)w *why*; ZH *vision*

ATLAS-00033367

# New Oxford American Dictionary
## Second Edition

◆ Authoritative and comprehensive coverage, including English from around the world, the newest words, and technical and scientific terms

◆ Find just the right meaning with the unique arrangement of core senses and subsenses, based on the latest evidence from the Oxford English Corpus

◆ Explore the richness of the English language with fascinating histories given for thousands of words

◆ Get the fullest picture of every word with thousands of real examples and hundreds of usage notes

More than 250,000 definitions and entries
More than 2,000 new entries in this edition

Our dictionary entries are powered by the Oxford English Corpus, part of the largest language research project in the world. Containing more than a billion words, collected daily from sources ranging from novels and newspapers to chat rooms and blogs, the Oxford English Corpus means that Oxford dictionaries empower you with the most authoritative and up-to-date information on the English language.

Find more at: www.askoxford.com/oec

Powered by Oxford Corpus



Includes CD-ROM of complete DICTIONARY for OS, Windows Mobile, BlackBerry.



## OXFORD
### UNIVERSITY PRESS

www.oup.com

ISBN 978-0-19-517077-1

9 780195 170771

90000

U.S. **$60.00**

ATLAS-00033368