# Exhibit 24

IEEE STANDARDS ASSOCIATION

IEEE Standard for Information technology—

Telecommunications and information exchange between systems

Local and metropolitan area networks—

Specific requirements

# Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications

# Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz

IEEE Computer Society

Sponsored by the
LAN/MAN Standards Committee

IEEE
3 Park Avenue
New York, NY 10016-5997
USA

**IEEE Std 802.11ac™-2013**
(Amendment to
IEEE Std 802.11™-2012,
as amended by IEEE Std 802.11ae™-2012,
IEEE Std 802.11aa™-2012,
and IEEE Std 802.11ad™-2012)

ATLAS-00031915

ATLAS-00031916

**IEEE Std 802.11ac™-2013**
(Amendment to
IEEE Std 802.11™-2012,
as amended by IEEE Std 802.11ae™-2012,
IEEE Std 802.11aa™-2012,
and IEEE Std 802.11ad™-2012)

**IEEE Standard for Information technology—
Telecommunications and information exchange between systems
Local and metropolitan area networks—
Specific requirements**

# Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications

# Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz

Sponsor

**LAN/MAN Standards Committee
of the
IEEE Computer Society**

Approved 11 December 2013

**IEEE-SA Standards Board**

ATLAS-00031917

**Abstract**: The purpose of this amendment is to improve the IEEE 802.11™ wireless local area network (WLAN) user experience by providing significantly higher basic service set (BSS) throughput for existing WLAN application areas and to enable new market segments for operation below 6 GHz including distribution of multiple multimedia/data streams.

**Keywords:** 256-QAM, beamforming, IEEE 802.11ac™, multi-user MIMO, noncontiguous frequency segments, very high throughput, wider bandwidth

The Institute of Electrical and Electronics Engineers, Inc.
3 Park Avenue, New York, NY 10016-5997, USA

Copyright © 2013 by The Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 18 December 2013. Printed in the United States of America.

IEEE and 802 are registered trademarks in the U.S. Patent & Trademark Office, owned by The Institute of Electrical and Electronics Engineers, Incorporated.

PDF:     ISBN 978-0-7381-8860-7     STD98502
Print:   ISBN 978-0-7381-8861-4     STDPD98502

*IEEE prohibits discrimination, harassment, and bullying.*
*For more information, visit http://www.ieee.org/web/aboutus/whatis/policies/p9-26.html.*
*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

ATLAS-00031918

IEEE
Std 802.11ac-2013     LOCAL AND METROPOLITAN AREA NETWORKS—AMENDMENT 4: ENHANCEMENTS

### 8.3.1.9 BlockAck frame format

#### 8.3.1.9.1 Overview

*Change the fourth paragraph of 8.3.1.9.1 as follows:*

The TA field value is the address of the STA transmitting the BlockAck frame or a bandwidth signaling TA in the context of HT-delayed Block Ack. In a BlockAck frame transmitted in the context of HT-delayed Block Ack by a VHT STA in a non-HT or non-HT duplicate format and where the scrambling sequence carries the TXVECTOR parameter CH_BANDWIDTH_IN_NON_HT, the TA field value is a bandwidth signaling TA.

*Insert the following subclauses, 8.3.1.20 and 8.3.1.21 (including Figure 8-29j to Figure 8-29m and Table 8-18a), after 8.3.1.19:*

### 8.3.1.20 VHT NDP Announcement frame format

The frame format of the VHT NDP Announcement frame is shown in Figure 8-29j.



**Figure 8-29j—VHT NDP Announcement frame format**

The Duration field is set as defined in 8.2.5.

The VHT NDP Announcement frame contains at least one STA Info field. If the VHT NDP Announcement frame contains only one STA Info field, then the RA field value is the address of the STA identified by the AID in the STA Info field. If the VHT NDP Announcement frame contains more than one STA Info field, then the RA field value is the broadcast address.

The TA field value is the address of the STA transmitting the VHT NDP Announcement frame or a bandwidth signaling TA. In a VHT NDP Announcement frame transmitted by a VHT STA in a non-HT or non-HT duplicate format and where the scrambling sequence carries the TXVECTOR parameter CH_BANDWIDTH_IN_NON_HT, the TA field value is a bandwidth signaling TA.

The format of the Sounding Dialog Token field is shown in Figure 8-29k.



**Figure 8-29k—Sounding Dialog Token field**

The Sounding Dialog Token Number subfield in the Sounding Dialog Token field contains a value selected by the beamformer to identify the VHT NDP Announcement frame.

44     Copyright © 2013 IEEE. All rights reserved.

The format of the STA Info field is shown in Figure 8-29l.



**Figure 8-29l—STA Info field**

The subfields in the STA Info field are described in Table 8-18a.

**Table 8-18a—STA Info subfields**

| Field | Description |
|---|---|
| AID12 | Contains the 12 least significant bits of the AID of a STA expected to process the following VHT NDP and prepare the sounding feedback. Equal to 0 if the STA is an AP, mesh STA, or STA that is a member of an IBSS. |
| Feedback Type | Indicates the type of feedback requested.<br>Set to 0 for SU.<br>Set to 1 for MU. |
| Nc Index | If the Feedback Type field indicates MU, then Nc Index indicates the number of columns, $Nc$, in the Compressed Beamforming Feedback Matrix subfield minus 1:<br>Set to 0 to request $Nc = 1$<br>Set to 1 to request $Nc = 2$<br>…<br>Set to 7 to request $Nc = 8$<br>Reserved if the Feedback Type field indicates SU. |

### 8.3.1.21 Beamforming Report Poll frame format

The Beamforming Report Poll frame is shown in Figure 8-29m.



**Figure 8-29m—Beamforming Report Poll frame format**

The Duration field is set as defined in 8.2.5.

The RA field value is the address of the intended recipient.

The TA field value is the address of the STA transmitting the Beamforming Report Poll or a bandwidth signaling TA. In a Beamforming Report Poll frame transmitted by a VHT STA in a non-HT or non-HT duplicate format and where the scrambling sequence carries the TXVECTOR parameter CH_BANDWIDTH_IN_NON_HT, the TA field value is a bandwidth signaling TA.

Copyright © 2013 IEEE. All rights reserved.

ATLAS-00031989