# Exhibit 26



# America's Best-Selling Dictionary

# Merriam-Webster's Collegiate® Dictionary

## Eleventh Edition

## New Ways to Find the Words You Need Today

AN ENCYCLOPÆDIA BRITANNICA® COMPANY

ATLAS-00033135

# Merriam-
# Webster's
# Collegiate®
# Dictionary

## ELEVENTH
## EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

ATLAS-00033136



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2012 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
   p.   cm.
   Includes index.
   ISBN 978-0-87779-807-1   (Laminated unindexed : alk. paper)
   ISBN 978-0-87779-808-8   (Jacketed hardcover unindexed : alk. paper)
   ISBN 978-0-87779-809-5   (Jacketed hardcover with digital download : alk. paper)
   ISBN 978-0-87779-810-1   (Leatherlook with digital download : alk. paper)
   ISBN 978-0-87779-813-2   (Canadian)
   ISBN 978-0-87779-814-9   (International)
   1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-
   Webster, Inc.
   PE1628.M36      2003
   423—dc21                                      2003003674
                                                 CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

16th Printing Quad Graphics Versailles KY January 2012

**186**   **carbuncled • card table**

ber⟩ (13c)  **1 a** *obs* : any of several red precious stones  **b** : the garnet cut cabochon  **2** : a painful local purulent inflammation of the skin and deeper tissues with multiple openings for the discharge of pus and usu. necrosis and sloughing of dead tissue — **car·bun·cled** \-kəld\ *adj* — **car·bun·cu·lar** \kär-'bəŋ-kyə-lər\ *adj*

**car·bu·ret·ed** \'kär-bə-ˌrā-təd, -byə-, *esp by chemists* -ˌre-təd\ *adj* [back-formation fr. *carburetor*] (1972) : equipped with a carburetor

**car·bu·re·tion** \ˌkär-bə-'rā-shən, -byə-\ *n* [*carburet* to combine chemically with carbon, fr. obs. *carburet* carbide] (1896) : the process of mixing (as in a carburetor) the vapor of a flammable hydrocarbon (as gasoline) with air to form an explosive mixture esp. for use in an internal-combustion engine

**car·bu·re·tor** \'kär-bə-ˌrā-tər, -byə-\ *n* (1896) : a mechanical apparatus for premixing vaporized fuel and air in proper proportions and supplying the mixture to an internal combustion engine

**car·bu·ret·tor** *also* **car·bu·ret·ter** \ˌkär-byə-'re-tər, 'kär-byə-\ *chiefly Brit var of* CARBURETOR

**car·bu·rise** *Brit var of* CARBURIZE

**car·bu·rize** \'kär-bə-ˌrīz, -byə-\ *vt* **-rized; -riz·ing** [obs. *carburet* carbide] (1864) : to combine or impregnate (as metal) with carbon — **car·bu·ri·za·tion** \ˌkär-bə-rə-'zā-shən, -byə-\ *n*

**car·ca·net** \'kär-kə-nət\ *n* [MF *carcan*] (ca. 1530) *archaic* : an ornamental necklace, chain, collar, or headband

**car·case** \'kär-kəs\ *Brit var of* CARCASS

**car·cass** \'kär-kəs\ *n* [ME *carcays*, fr. AF *carcas, carkeis*] (14c)  **1** : a dead body : CORPSE; *esp* : the dressed body of a meat animal  **2** : the living, material, or physical body  **3** : the decaying or worthless remains of a structure ⟨the ~ of an abandoned automobile⟩  **4** : the underlying structure or frame of something (as of a piece of furniture)

**car·cer·al** \'kär-sə-rəl\ *adj* [LL, fr. L *carcer* prison] (ca. 1587) : of, relating to, or suggesting a jail or prison

**carcin-** *or* **carcino-** *comb form* [Gk *karkin-, karkino-*, fr. *karkinos* ulcerous sore, lit., crab — more at CANCER] : tumor : cancer ⟨*carcinogenic*⟩

**car·ci·no·em·bry·on·ic antigen** \ˌkär-sə-nō-ˌem-brē-'ä-nik-\ *n* (1967) : a glycoprotein present in fetal digestive-tract tissues and in peripheral blood of patients with some forms of cancer

**car·cin·o·gen** \kär-'si-nə-jən, 'kär-sə-nə-ˌjen\ *n* (1853) : a substance or agent causing cancer — **car·ci·no·gen·ic** \ˌkär-sə-nō-'je-nik\ *adj* — **car·ci·no·ge·nic·i·ty** \-jə-'ni-sə-tē\ *n*

**car·ci·no·gen·e·sis** \ˌkär-sə-nō-'je-nə-sis\ *n* (ca. 1923) : the production of cancer

**car·ci·noid** \'kär-sə-ˌnȯid\ *n* (1925) : a benign or malignant tumor arising esp. from the mucosa of the gastrointestinal tract

**car·ci·no·ma** \ˌkär-sə-'nō-mə\ *n, pl* **-mas** *also* **-ma·ta** \-mə-tə\ [L, fr. Gk *karkinōma* cancer, fr. *karkinos*] (ca. 1721) : a malignant tumor of epithelial origin — **car·ci·no·ma·tous** \-'nō-mə-təs\ *adj*

**car·ci·no·ma·to·sis** \-ˌnō-mə-'tō-səs\ *n* [NL, fr. L *carcinomat-, carcinoma*] (1903) : a condition in which multiple carcinomas develop simultaneously usu. after dissemination from a primary source

**car coat** *n* (1958) : a three-quarter-length overcoat

¹**card** \'kärd\ *vt* (14c) : to cleanse, disentangle, and collect together (as fibers) by the use of cards preparatory to spinning — **card·er** *n*

²**card** *n* [ME *carde*, fr. ML *cardus, carduus*, thistle, carding instrument, fr. L *carduus* thistle — more at CHARD] (15c)  **1** : an instrument or machine for carding fibers that consists usu. of bent wire teeth set closely in rows in a thick piece of leather fastened to a back  **2** : an implement for raising a nap on cloth

³**card** *n* [ME *carde*, fr. AF *carte*, prob. fr. OIt *carta*, lit., leaf of paper, fr. L *charta* leaf of papyrus, fr. Gk *chartēs*] (15c)  **1** : PLAYING CARD  **2** *pl but sing or pl in constr*  **a** : a game played with cards  **b** : card playing  **3 a** : something (as an advantage) compared to a valuable playing card in one's hand ⟨holding all the ~s in negotiations⟩  **b** : an issue esp. with emotional appeal that is brought into play to achieve a desired end (as winning a political campaign) ⟨played the race ~⟩  **4** : a usu. clownishly amusing person : WAG ⟨he's quite a ~⟩  **5** : COMPASS CARD  **6 a** : a flat stiff usu. small and rectangular piece of material (as paper, cardboard, or plastic) usu. bearing information: as (1) : POSTCARD  (2) : VISITING CARD  (3) : BUSINESS CARD  (4) : CREDIT CARD  (5) : one bearing a picture (as of a baseball player) on one side and usu. statistical data on the other  (6) : one on which computer information is stored (as in the form of punched holes or magnetic encoding)  (7) : one bearing electronic circuit components for insertion into a larger electronic device (as a computer)  **b** : PROGRAM; *esp* : a sports program ⟨three fights on the ~⟩  **c** (1) : a wine list  (2) : MENU  **d** : GREETING CARD ⟨a birthday ~⟩ — **in the cards** *also* **on the cards** : INEVITABLE ⟨success just wasn't *in the cards* for her⟩

⁴**card** *vt* (1884)  **1** : to place or fasten on or by means of a card  **2** : to provide with a card  **3** : to list or record on a card  **4** : SCORE ⟨a golfer ~*ing* a 75⟩  **5** : to ask for identification (as in a bar) ⟨we all got ~*ed*⟩

⁵**card** *abbr* cardinal

**car·da·mom** \'kär-də-məm, -ˌmäm\ *n* [L *cardamomum*, fr. Gk *kardamōmon*, blend of *kardamon* peppergrass and *amōmon*, an Indian spice plant] (1553) : the aromatic capsular fruit of an Indian herb (*Elettaria cardamomum*) of the ginger family with seeds used as a spice or condiment and in medicine; *also* : this plant

¹**card·board** \'kärd-ˌbȯrd\ *n* (1831) : a material made from cellulose fiber (as wood pulp) like paper but usu. thicker — **card·boardy** \-ˌbȯr-dē\ *adj*

²**cardboard** *adj* (1852)  **1** : made of or as if of cardboard  **2** : UNREAL, STEREOTYPED ⟨a play with ~ characters⟩

**card–car·ry·ing** \'kärd-ˌka-rē-iŋ\ *adj* [fr. the assumption that such a person carries an identification card] (1948)  **1** : being a full-fledged member of an organization (as a Communist party)  **2 a** : strongly identified with a group (as of people with a common interest) ⟨~ members of the ecology movement —R. J. Neuhaus⟩  **b** : being such emphatically or unmistakably ⟨a ~ hippie⟩

**card catalog** *n* (1854) : a catalog (as of books) in which the entries are arranged systematically on cards

**card·hold·er** \'kärd-ˌhōl-dər\ *n* (1909) : one who possesses a card and esp. a credit card

**cardi-** *or* **cardio-** *comb form* [Gk *kardi-, kardio-*, fr. *kardia* — more at HEART] : heart : cardiac : cardiac and ⟨*cardio*gram⟩ ⟨*cardio*vascular⟩

**car·dia** \'kär-dē-ə\ *n, pl* **-di·ae** \-dē-ˌē\ *or* **-dias** [NL, fr. Gk *kardia* heart, upper orifice of the stomach] (1782) : the opening of the esopha-

gus into the stomach; *also* : the part of the stomach adjoining this opening

**-cardia** *n comb form* [NL, fr. Gk *kardia*] : heart action or location (of a specified type) ⟨tachy*cardia*⟩

¹**car·di·ac** \'kär-dē-ˌak\ *adj* [L *cardiacus*, fr. Gk *kardiakos*, fr. *kardia*] (1601)  **1 a** : of, relating to, situated near, or acting on the heart  **b** : of or relating to the cardia of the stomach  **2** : of, relating to, or affected with heart disease ⟨~ patients⟩

²**cardiac** *n* (ca. 1929) : a person with heart disease

**cardiac arrest** *n* (1950) : temporary or permanent cessation of the heartbeat

**cardiac muscle** *n* (ca. 1881) : the principal involuntary-muscle tissue of the vertebrate heart made up of striated fibers joined at usu. branched ends and functioning in synchronized rhythmic contraction

**car·di·gan** \'kär-di-gən\ *n* [James Thomas Brudenell, 7th Earl of Cardigan †1868 Eng. soldier] (1862) : a usu. collarless sweater or jacket that opens the full length of the center front

**Cardigan Welsh corgi** *n* [*Cardigan*, former county in Wales] (1935) : any of a breed of Welsh corgis with rounded ears, slightly bowed forelegs, and a long tail — called also *Cardigan*

¹**car·di·nal** \'kär-də-nəl, 'kär-də-\ *n* [ME, fr. AF, fr. ML *cardinalis*, fr. LL *cardinalis*, adj.] (12c)  **1** : a high ecclesiastical official of the Roman Catholic Church who ranks next below the pope and is appointed by him to assist him as a member of the college of cardinals  **2** : CARDINAL NUMBER — usu. used in pl.  **3** [fr. its color, resembling that of the cardinal's robes] : a crested finch (*Cardinalis cardinalis* of the family Cardinalidae) of the eastern U.S. and adjacent Canada, the southwestern U.S., and Mexico to Belize which has a black face and heavy red bill in both sexes and is nearly completely red in the male — **car·di·nal·ship** \-ˌship\ *n*

²**cardinal** *adj* [ME, fr. LL *cardinalis*, fr. L, serving as a hinge, fr. *cardin-, cardo* hinge] (14c)  **1** : of basic importance ⟨a ~ principle⟩  **2** : very serious or grave ⟨a ~ sin⟩  *syn* see ESSENTIAL — **car·di·nal·ly** *adv*

**car·di·nal·ate** \'kärd-nə-lət, 'kär-də-, -ˌlāt\ *n* (1645) : the office, rank, or dignity of a cardinal

**cardinal flower** *n* (1698) : a No. American lobelia (*Lobelia cardinalis*) that bears a spike of brilliant red flowers

**car·di·nal·i·ty** \ˌkär-də-'na-lə-tē\ *n, pl* **-ties** [*cardinal* + *-ity*] (1935) : the number of elements in a given mathematical set

**cardinal number** *n* (1591)  **1** : a number (as 1, 5, 15) that is used in simple counting and that indicates how many elements there are in an assemblage — see NUMBER table  **2** : the property that a mathematical set has in common with all sets that can be put in one-to-one correspondence with it

**cardinal point** *n* (1658) : one of the four principal compass points north, south, east, and west

**cardinal virtue** *n* (14c)  **1** : one of the four classically defined natural virtues prudence, justice, temperance, or fortitude  **2** : a quality designated as a major virtue

¹**car·dio** \'kär-dē-ˌ)ō\ *adj* (1984) : CARDIOVASCULAR

²**cardio** *n* (1991) : cardiovascular exercise

**car·dio·gram** \'kär-dē-ə-ˌgram\ *n* [ISV] (1876) : the curve or tracing made by a cardiograph

**car·dio·graph** \-ˌgraf\ *n* [ISV] (1870) : an instrument that graphically registers movements of the heart — **car·dio·graph·ic** \ˌkär-dē-ə-'gra-fik\ *adj* — **car·di·og·ra·phy** \ˌkär-dē-'ä-grə-fē\ *n*

**car·di·oid** \'kär-dē-ˌȯid\ *n* (1753) : a heart-shaped curve that is traced by a point on the circumference of a circle rolling completely around an equal fixed circle and has an equation in one of the forms $\rho = a(1 \pm \cos \theta)$ or $\rho = a(1 \pm \sin \theta)$ in polar coordinates

**car·di·ol·o·gy** \ˌkär-dē-'ä-lə-jē\ *n* [ISV] (1847) : the study of the heart and its action and diseases — **car·di·o·log·i·cal** \-dē-ə-'lä-ji-kəl\ *adj* — **car·di·ol·o·gist** \-dē-'ä-lə-jist\ *n*

**car·dio·my·op·a·thy** \'kär-dē-ō-(ˌ)mī-'ä-pə-thē\ *n, pl* **-thies** (1957) : any of several structural or functional diseases of heart muscle marked esp. by hypertrophy or structural damage to the heart

**car·di·op·a·thy** \ˌkär-dē-'ä-pə-thē\ *n, pl* **-thies** (1885) : any disease of the heart

**car·dio·pro·tec·tive** \ˌkär-dē-ō-prə-'tek-tiv\ *adj* (1984) : serving to protect the heart ⟨a drug's ~ effect⟩

**car·dio·pul·mo·nary** \ˌkär-dē-ō-'pul-mə-ˌner-ē, -'pəl-\ *adj* (ca. 1881) : of or relating to the heart and lungs

**cardiopulmonary resuscitation** *n* (1972) : a procedure designed to restore normal breathing after cardiac arrest that includes the clearance of air passages to the lungs, mouth-to-mouth method of artificial respiration, and heart massage by the exertion of pressure on the chest

**car·dio·re·spi·ra·to·ry** \ˌkär-dē-ō-'res-p(ə-)rə-ˌtȯr-ē, -ri-'spī-rə-\ *adj* (1892) : of or relating to the heart and the respiratory system

**car·dio·tho·rac·ic** \-thə-'ra-sik\ *adj* (1962) : relating to, involving, or specializing in the heart and chest ⟨~ surgery⟩

**car·di·o·ton·ic** \-'tä-nik\ *adj* (1927) : tending to increase the tonus of heart muscle — **cardiotonic** *n*

**car·dio·vas·cu·lar** \-'vas-kyə-lər\ *adj* [ISV] (1879)  **1** : of, relating to, or involving the heart and blood vessels  **2** : used, designed, or performed to cause a temporary increase in heart rate ⟨a ~ workout⟩

**car·dio·ver·sion** \-'vər-zhən\ *n* [*cardi-* + *version* (turning of an organ)] (1963) : application of an electric shock in order to restore normal heartbeat

**-cardium** *n comb form, pl* **-cardia** [NL, fr. Gk *kardia*] : heart ⟨epi*cardium*⟩

**car·doon** \kär-'dün\ *n* [F *cardon*, fr. LL *cardon-, cardo* thistle, fr. *cardus*, fr. L *carduus* thistle, cardoon] (1611) : a large perennial Mediterranean plant (*Cynara cardunculus*) related to the artichoke and cultivated for its edible root and petioles; *also* : the root and petioles

**card·play·er** \'kärd-ˌplā-ər\ *n* (1589) : one who plays cards

**card·sharp** \-ˌshärp\ *or* **card·sharp·er** \-ˌshär-pər\ *n* (1858) : a person who habitually cheats at cards

**card table** *n* (1711) : a table designed for playing cards; *esp* : a square table with folding legs

ATLAS-00033138

# America's Leading Reference Brand



## Merriam-Webster's Collegiate® Dictionary
### Eleventh Edition

### THE WORDS YOU NEED TODAY—ANYTIME, ANYWHERE

The groundbreaking Eleventh Edition merges print, digital, and online formats into one convenient package, providing unmatched accessibility and flexibility.

### THE MOST UP-TO-DATE DICTIONARY AVAILABLE

- 10,000 new words and senses from all fields of knowledge
- 165,000 entries and 225,000 definitions
- Detailed symbols show the most common pronunciations and acceptable variants

### THE FEATURES DICTIONARY BUYERS ASK FOR

- More than 42,000 usage examples—the most in any desk dictionary
- Coverage of 7,500 phrases and idioms clarifies meanings and illustrates common use
- More than 700 illustrations and diagrams and dozens of informative tables

### EXPERT WORD GUIDANCE

- Synonym paragraphs explain different shades of meaning between words
- Usage paragraphs provide guidelines for words with confused or disputed usage
- A Handbook of Style offers essential information to improve writing skills

### Merriam-Webster Inc.
AN ENCYCLOPÆDIA BRITANNICA® COMPANY



Springfield, MA  01102
Merriam-Webster.com
Merriam-WebsterUnabridged.com
LearnersDictionary.com

**USA $27.95**

CC-809-A06-1111

**DIGITAL DOWNLOAD** installs on your hard drive for easy access to *Merriam-Webster's Collegiate Dictionary, Eleventh Edition.*

**Requirements:** Operating system: **Windows 7, Vista, XP, or 2000;** **Macintosh** OS X 10.4 or higher, Intel core processor.

**REGISTRATION INFORMATION INCLUDED ON INSIDE COVER.**

**FREE WEB SITE** Free one-year online subscription includes *Webster's Third New International Dictionary, Unabridged; Merriam-Webster's Collegiate Dictionary, Eleventh Edition; Collegiate Thesaurus; Collegiate Encyclopedia; Medical Dictionary; Spanish-English Dictionary,* and *French-English Dictionary.* Features audio pronunciations.

To download or sign up for your free subscription, visit
**WWW.MERRIAM-WEBSTERCOLLEGIATE.COM/FREE**

ISBN 978-0-87779-809-5

52795

9 780877 798095

ATLAS-00033139