# Exhibit 27



IEEE 100

THE

AUTHORITATIVE
DICTIONARY
OF IEEE STANDARDS TERMS

SEVENTH EDITION

IEEE

Published by
Standards Information Network
IEEE Press

ATLAS-00033140

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition



Published by
Standards Information Network
IEEE Press

ATLAS-00033141

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2*          *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
    p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3′03—dc21
                            00-050601

ATLAS-00033142

**capacity, specific unit, purchases or sales (electric power supply)** Capacity that is purchased, or sold, in transactions with other systems and which is from a designated unit on the system of the seller.    (PE/PSE) 346-1973w

**capacity test (battery)** A discharge of a battery at a constant current or a constant power to a specified voltage.    (SB/PE/EDPG) 1188-1996, 450-1995, 1106-1995

**cap-and-pin insulator** An assembly of one or more shells with metallic cap and pin, having means for direct and rigid mounting. *See also:* insulator.    (EEC/IEPL) [89]

**capstan** A rotating shaft within a tape drive that pulls the tape across the read or write heads.    (C) 610.10-1994w

**capture effect (1) (modulation systems)** The effect occurring in a transducer (usually a demodulator) whereby the input wave having the largest magnitude controls the output.    (Std100) 270-1964w
**(2)** The tendency of a receiver to suppress the weaker of two time-coincident signals within its passband.    (AES) 686-1997

**capturing (accelerometer) (gyros)** The use of a torquer (forcer) in a servo loop to restrain a gyro gimbal, rotor, or accelerometer proof mass to a specified reference position.    (AES/GYAC) 528-1994

**car** *See:* vehicle.

**carabiner** A connector component generally comprised of a trapezoidal or oval shaped body with a normally closed gate or similar arrangement which may be opened to permit the body to receive an object, and when released, automatically closes to retain the object.    (T&D/PE) 1307-1996

**carabiner, locking** *See:* locking carabiner.

**carabiner, manual locking** *See:* manual locking carabiner.

**carabiner, non-locking** *See:* nonlocking carabiner.

**car annunciator** An electric device in the car that indicates visually the landings at which an elevator-landing signal-registering device has been actuated. *See also:* elevator.    (EEC/PE) [119]

**carbon-arc lamp (illuminating engineering)** An electric-discharge lamp employing an arc discharge between carbon electrodes. One or more of these electrodes may have cores of special chemicals that contribute importantly to the radiation.    (EEC/IE) [126]

**carbon block protector** An assembly of two or three carbon blocks and air gaps designed to a specific breakdown voltage. These devices are normally connected to telecommunication circuits to provide overvoltage protection and a current path to ground during such overvoltage.    (PE/PSC) 487-1992

**carbon brush (A) (motors and generators)** A specific type of brush composed principally of amorphous carbon. *Note:* This type of brush is usually hard and is adapted to low speeds and moderate currents. **(B) (motors and generators)** A broader classification of brush, containing carbon in appreciable amount. *See also:* brush.    (PE) [9]

**carbon-consuming cell (carbon-combustion cell)** A cell for the production of electric energy by galvanic oxidation of carbon. *See also:* electrochemistry.    (PE/EEC) [119]

**carbon-contact pickup** A phonograph pickup that depends for its operation upon the variation in resistance of carbon contacts. *See also:* phonograph pickup.    (EEC/PE) [119]

**carbon-dioxide system (rotating machinery)** A fire-protection system using carbon-dioxide gas as the extinguisher.    (PE) [9]

**carbon-graphite brush** A carbon brush to which graphite is added. This type of brush can vary from medium hardness to very hard. It can carry only moderate currents and is adapted to moderate speeds. *See also:* brush.    (EEC/EM/LB) [101]

**carbon noise (carbon microphones)** The inherent noise voltage of the carbon element. *See also:* close-talking pressure-type microphones.    (SP) 258-1965w

**carbon-pressure recording facsimile** That type of electromechanical recording in which a pressure device acts upon carbon paper to register upon the record sheet. *See also:* recording.    (COM) 168-1956w

**carbon telephone transmitter** A telephone transmitter that depends for its operation upon the variation in resistance of carbon contacts. *See also:* telephone station.    (EEC/PE) [119]

**car builder (1)** The entity assembling or manufacturing the vehicle.    (VT) 1475-1999
**(2)** The entity manufacturing the vehicle.    (VT) 1476-2000

**car, cable** *See:* cable car.

**carcinogen** An agent that tends to produce cancer.    (T&D/PE) 539-1990

**carcinotron (microwave tubes) (m-type backward-wave oscillator)** A crossed-field oscillator tube in which an electron stream interacts with a backward wave on the nonreentrant circuit. The oscillation frequency is a function of anode-to-solve voltage.    (ED) [45]

**car, conductor** *See:* conductor car.

**card (1) (STD bus)** A printed circuit board and components that make up the modules that plug in to the bus backplane.    (C/MM) 961-1987r
**(2) (A)** A generic term used as an abbreviation for a circuit board. **(B)** An input medium made of paperboard, formed in a uniform size and shape such that it may be punched or marked and sensed electronically. *See also:* magnetic card; mark-sensing card; punch card.    (C) 610.10-1994
**(3) (computers)** *See also:* magnetic card; tape to card; punched card.

**card cage** A chassis in which a printed circuit board may be mounted.    (C) 610.10-1994w

**card code** The set or combination of punched holes in a punch card that represent a character.    (C) 610.10-1994w

**card column** A single vertical line of punch positions on a punch card. *Contrast:* card row.    (C) 610.10-1994w

**card deck** A group of punch cards.    (C) 610.10-1994w

**card duplicator** *See:* card reproducing punch.

**card extender** A device that provides access to components on a circuit card for testing purposes while maintaining all the electrical connections to the card.    (SWG/PE) C37.100-1992

**card feed (1) (test, measurement, and diagnostic equipment)** The mechanism that moves cards serially into a machine.    (MIL) [2]
**(2)** A mechanism that moves cards one at a time from the card hopper to the card path.    (C) 610.10-1994w

**card field (test, measurement, and diagnostic equipment)** An area (one or more columns) of a card that is regularly assigned for the same information item.    (MIL) [2]

**card hopper (1) (computers)** A device that holds cards and makes them available to a card-feed mechanism. *See also:* card stacker.    (C) [85]
**(2)** The part of a card-processing device that holds the cards to be processed and makes them available to the card feed mechanism. *Synonym:* punched card holder. *Contrast:* card stacker.    (C) 610.10-1994w

**card image (1) (computers)** A one-to-one representation of the contents of a punched card, for example, a matrix in which a 1 represents a punch and a 0 represents the absence of a punch.    (C) [85]
**(2)** A representation of the hole patterns found in a punched card, for example, a matrix in which a one represents a punch and a zero represents the absence of a punch.    (C) 610.10-1994w

**cardinality (1) (A)** The number of elements in a set. **(B)** In a relational data model, the number of tuples in a relation.    (C) 610.5-1990
**(2)** The numeric relationship between entity sets, labeled as one to one (1-1), many to one (M-1), or many to many (M-N), which indicates the number of items in one entity set that could possibly be associated with the items in another entity set.    (PE/EDPG) 1150-1991w
**(3)** A specification of how many instances of a first class may or must exist for each instance of a second (not necessarily distinct) class, and how many instances of a second class may

**cardinality constraint** | 145 | **carriage return key**

or must exist for each instance of a first class. For each direction of a relationship, the cardinality can be constrained. *See also:* cardinality constraint.   (C/SE) 1320.2-1998

**cardinality constraint (A)** A kind of constraint that limits the number of instances that can be associated with each other in a relationship. *See also:* cardinality. **(B)** A kind of constraint that limits the number of members in a collection. *See also:* collection cardinality.   (C/SE) 1320.2-1998

**cardinal plane** For an infinite planar array whose elements are arranged in a regular lattice, any plane of symmetry normal to the planar array and parallel to an edge of a lattice cell. *Notes:* 1. This term can be applied to a finite array, usually one containing a large number of elements, by the assumption that it is a subset of an infinite array with the same lattice arrangement. 2. This term is used to relate the regular geometrical arrangement of the array elements to the radiation pattern of the antenna.   (AP/ANT) 145-1993

**cardiogram** *See:* electrocardiogram.

**cardiovascular effect** Effect pertaining to the system comprised of the heart and the blood vessels.   (T&D/PE) 539-1990

**car door (elevators)** The sliding portion of the car or the hinged or sliding portion in the hoistway enclosure that closes the opening giving access to the car or to the landing. *See also:* hoistway.   (PE/EEC) [119]

**car-door contact** An electric device, the function of which is to prevent operation of the driving machine by the normal operating device unless the car door or gate is in the closed position. *See also:* elevator.   (EEC/PE) [119]

**car-door closer** A device or assembly of devices that closes a manually opened car door or gate by power other than by hand, gravity, springs, or the movement of the car. *See also:* elevator.   (EEC/PE) [119]

**card path** In a card-processing device, a path along which cards are moved and guided. *See also:* card feed.   (C) 610.10-1994w

**card-processing device** Any device that can read or write data to punch cards. *See also:* card reader; card reproducing punch; card punch.   (C) 610.10-1994w

**card-programmed (test, measurement, and diagnostic equipment)** The capability of performing a sequence of tests according to instructions contained in one or a deck of punched cards.   (MIL) [2]

**card punch** An output device that produces a record of data as hole patterns in punch cards. *Synonym:* automatic punch. *See also:* card reproducing punch; keypunch.
   (C) 610.10-1994w

**card reader (1) (test, measurement, and diagnostic equipment)** A mechanism that senses and obtains information from punched cards.   (MIL) [2]
**(2)** An input device that reads or senses hole patterns in a punch card, transforming the data from hole patterns to electrical signals. *Synonym:* punched card reader. *See also:* card stacker; card hopper; card track; paper tape reader.
   (C) 610.10-1994w
**(3)** A device used to read a coded credential at an entry point.
   (PE/NP) 692-1997

**card, relay** *See:* relay armature card.

**card reproducer** *See:* card reproducing punch.

**card reproducing punch** A card-processing device that prepares one punch card, copying all or part of the data from another punch card. *Synonyms:* card reproducer; card duplicator.   (C) 610.10-1994w

**card row** A single horizontal line of punch positions on a punch card. *Contrast:* card column.   (C) 610.10-1994w

**card set function generator (analog computer)** A diode function generator whose values are stored and set by means of a punched card and a mechanical card-reading device.
   (C) 165-1977w

**card sorter** A sorting device that deposits punch cards in pockets selected according to the hole patterns in the cards.
   (C) 610.10-1994w

**card stacker (1) (computers)** An output device that accumulates punched cards in a deck. *See also:* card hopper.
   (MIL/C) [2], [20], [85]
**(2)** The part of a card-processing device that receives the cards after they have been processed. *Contrast:* card hopper.
   (C) 610.10-1994w

**card tester (test, measurement, and diagnostic equipment)** An instrument for testing and diagnosing printed circuit cards.
   (MIL) [2]

**card-to-disk converter** An input device that converts data from punch cards to disk storage. *See also:* card-to-tape converter; key-to-disk converter.   (C) 610.10-1994w

**card-to-tape converter** An input device that converts data from punch cards to magnetic or paper tape. *See also:* card-to-disk converter; key-to-tape converter.   (C) 610.10-1994w

**card track** That part of a card-processing device that moves and guides the card along the card path.
   (C) 610.10-1994w

**car enclosure (elevators)** Consists of the top and the walls resting on and attached to the car platform. *See also:* elevator.
   (EEC/PE) [119]

**car-frame sling** The supporting frame to which the car platform, upper and lower sets of guide shoes, car safety and hoisting ropes or hoisting-rope sheaves, or the plunger of a direct-plunger elevator are attached. *See also:* elevator.
   (EEC/PE) [119]

**cargo vessel** A vessel that carries bulk, containerized, or roll-on/roll-off dry cargo, and no more than 12 passengers. Research vessels, search and rescue vessels, and tugs are also considered to be cargo vessels.   (IA/MT) 45-1998

**car platform (elevators)** The structure that forms the floor of the car and that directly supports the load. *See also:* hoistway.
   (EEC/PE) [119]

**car retarder** A braking device, usually power operated, built into a railway track and used to reduce the speed of cars by means of brake shoes that when set in braking position press against the sides of the lower portions of the wheels. *See also:* master controller; control machine; switch machine; trimmer signal.   (EEC/PE) [119]

**carriage** The mechanism in a typewriter or other printing device that holds the paper and moves it past the printing position. *See also:* automatic carriage.   (C) 610.10-1994w

**carriage control tape (A)** A tape that is used to control vertical tabulation of printing or display positions. **(B)** A tape that contains line feed and form feed control data for a printing device.   (C) 610.10-1994

**carriage restore key** *See:* carriage return key.

⟨**carriage-return**⟩ A character that in the output stream shall indicate that printing should start at the beginning of the same physical line in which the ⟨carriage-return⟩ occurred. The ⟨carriage-return⟩ shall be the character designated by '\r' in the C-language binding. It is unspecified whether this character is the exact sequence transmitted to an output device by the system to accomplish the movement to the beginning of the line.   (C/PA) 9945-2-1993

**carriage return (CR) (1) (typewriter)** The operation that causes the next character to be printed at the left margin.
   (C) [85]
**(2)** A command or signal sent to a printer to instruct it to move to the beginning of the writing line. *Note:* Often used in conjunction with a line feed to move to the beginning of the next writing line.   (C) 610.10-1994w

**carriage return character (CR)** A format effector that causes the print or display position to move to the first position on the same line. *Synonym:* new-line character.
   (C) 610.5-1990w

**carriage return key** A control key on a keyboard that initiates a carriage return. *Note:* Often used to terminate a command or to request its execution. *Synonyms:* carriage restore key; enter key.   (C) 610.10-1994w

ATLAS-00033144

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

### Seventh Edition

## Your Dependable Source for IEEE Standardized Terminology

*The Authoritative Dictionary of IEEE Standards Terms* is today's trustworthy resource for terminology in IEEE standards. In this newly updated edition, professional experts and students alike gain an in-depth understanding of the breadth of coverage of IEEE standards terms and definitions—not found in any other single source.

Rich in information, the seventh edition contains:
• Nearly 35,000 terms and definitions from over 800 IEEE standards
• An extensive, convenient acronym and abbreviation section
• A complete set of abstracts describing IEEE standards
• Equations and formulas in easy-to-read type

What's more, ALL definitions are augmented by a combination of indispensable information, including:

• Preferred and popular usage of each term
• Variations in meanings among different technical specialties
• Cross-indexing to related works
• Key explanatory notes that clarify terms when needed
• Field of application for each entry, along with the source of each term

SP1122
0-7381-2601-2



ISBN 0-7381-2601-2

9 780738 126012

ATLAS-00033145