# Exhibit 29



The
AMERICAN
HERITAGE®
dicti·onary
of the
English
Language

FIFTH
EDITION

ATLAS-00033176



*The*
# AMERICAN
# HERITAGE®
# dictionary
*of the*
English
Language

FIFTH
EDITION

Houghton Mifflin Harcourt
BOSTON   NEW YORK

ATLAS-00033177

Words are included in this dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this dictionary is not, however, an expression of the publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of American Heritage Inc. Their use is pursuant to a license agreement with American Heritage Inc.

Copyright © 2011 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Harcourt unless such copying is expressly permitted by federal copyright law. Address inquiries to: Reference Permissions, Houghton Mifflin Harcourt, 222 Berkeley Street, Boston, MA 02116.

Visit our website at www.ahdictionary.com
*or* www.youareyourwords.com.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language. -- 5th ed.
    p. cm.
  Previous ed.: 2000.
  ISBN 978-0-547-04101-8
  1. English language--Dictionaries.
  PE1628.A623 2011
  423--dc22

                               2011004777

*Manufactured in the United States of America*

1 2 3 4 5 6 7 8 9 10–QGV–15 14 13 12 11

ATLAS-00033178

Case 2:21-cv-00430-JRG-RSP    Document 88-31    Filed 12/02/22    Page 5 of 6 PageID #:  3518

To exert (oneself) vigorously or to full capacity: *Few mountain climbers have extended themselves as those two have.* **b.** To cause to move at full gallop. Used of a horse. **6.** *Chiefly British* **a.** To appraise or assess; value. **b.** To seize or make a levy on for the purpose of settling a debt. —*intr.* To be or become long, large, or comprehensive: *influence that extended to other continents; table legs that extend by unscrewing.* [Middle English *extenden* < Old French *extendre* < Latin *extendere* : *ex-*, ex- + *tendere*, to stretch; see **ten-** in App. I.] —**ex·tend′a·bil′i·ty, ex·tend′i·bil′i·ty** *n.* —**ex·tend′a·ble, ex·tend′i·ble** *adj.*

**ex·tend·ed** (ĭk-stĕn′dĭd) *adj.* **1.** Stretched or pulled out: *an extended telescope.* **2.** Continued for a long period of time; protracted: *had an extended vacation in the Alps.* **3.** Enlarged or broad in meaning, scope, or influence: *an extended sense of the word* honest. —**ex·tend′ed·ly** *adv.*

**extended family** *n.* A family group that consists of parents, children, and other relatives, often living in close proximity.

**ex·tend·er** (ĭk-stĕn′dər) *n.* A substance added to another substance to modify, dilute, or add to it: *meatloaf that contained oatmeal as an extender.*

**ex·ten·si·ble** (ĭk-stĕn′sə-bəl) *adj.* **1.** Capable of being extended or protruded: *an extensible tongue; extensible tables.* **2.** *Computers* Of or relating to a programming language or a system that can be modified by changing or adding features. —**ex·ten′si·bil′i·ty** *n.*

**ex·ten·sile** (ĭk-stĕn′sĭl) *adj.* Extensible.

**ex·ten·sion** (ĭk-stĕn′shən) *n.* **1.** The act of extending or the condition of being extended: *the extension of the subway into the suburbs.* **2.** The amount, degree, or range to which something extends or can extend: *The wire has an extension of 50 feet.* **3a.** The act of straightening or extending a limb. **b.** The position assumed by an extended limb. **4.** A length of human or synthetic hair attached to the scalp or to strands of hair close to the scalp to add volume, length, or color. **5.** *Medicine* The application of traction to a fractured or dislocated limb to restore the normal position. **6a.** An addition that increases the area, influence, operation, or contents of something: *an extension for the vacuum cleaner; built a new extension onto the hospital wing.* **b.** An additional telephone connected to a main line. **7a.** An allowance of extra time, as for the repayment of a debt. **b.** The period of this extra time: *three months' extension on the loan.* **8.** The property of an object by which it occupies space. **9a.** A program in a university, college, or school offering academic instruction to nontraditional students, such as working adults, who cannot attend classes at the usual place and time. **b.** A publicly funded program offering such instruction along with information in agriculture, home economics, and business. **10.** *Computers* A set of characters that follow a filename and are separated from it by a period, used to identify the kind of file: *In most operating systems, filenames having the extension .EXE are executable files.* **11.** *Logic* The class of objects designated by a specific term or concept; denotation. **12.** *Mathematics* A set that includes a given and similar set as a subset. [Middle English *extensioun* < Old French *extension* < Latin *extēnsiō, extēnsiōn-* < *extēnsus*, past participle of *extendere*, to extend; see **EXTEND**.] —**ex·ten′sion·al** *adj.*

**extension cord** *n.* An insulated, flexible electric wire fitted with a plug at one end and one or more outlets on the other, allowing one to plug in devices whose cords are not long enough to reach a wall outlet.

**ex·ten·si·ty** (ĭk-stĕn′sĭ-tē) *n., pl.* **-ties 1a.** The quality of having extension or being extensive. **b.** A specific degree or range of extension. **2.** The attribute of sensation that enables one to perceive space or size.

**ex·ten·sive** (ĭk-stĕn′sĭv) *adj.* **1.** Large in extent, range, or amount. **2.** Of or relating to the cultivation of vast areas of land with a minimum of labor or expense. —**ex·ten′sive·ly** *adv.* —**ex·ten′sive·ness** *n.*

**ex·ten·som·e·ter** (ĕk′stĕn-sŏm′ĭ-tər) *n.* An instrument used to measure minute deformations in a test specimen of a material. [EXTENS(ION) + -METER.]

**ex·ten·sor** (ĭk-stĕn′sər) *n.* A muscle that extends or straightens a limb or body part. [New Latin *extēnsor* < Latin *extēnsus*, past participle of *extendere*, to stretch out; see **EXTEND**.]

**ex·tent** (ĭk-stĕnt′) *n.* **1a.** The range, magnitude, or distance over which a thing extends: *landowners unaware of the extent of their own holdings.* **b.** The degree to which a thing extends: *prosecuted to the fullest extent of the law.* **2.** An extensive space or area: *an extent of desert.* **3.** *Law* **a.** In Great Britain, a writ allowing a creditor to seize a debtor's property temporarily. **b.** The seizure in execution of such a writ. **4.** *Archaic* An assessment or valuation, as of land in Britain, especially for taxation. [Middle English *extente*, assessment on land < Anglo-Norman < feminine past participle of *extendre*, to extend < Latin *extendere*; see **EXTEND**.]

**ex·ten·u·ate** (ĭk-stĕn′yōo-āt′) *tr.v.* **-at·ed, -at·ing, -ates 1.** To lessen or appear to lessen the seriousness or extent of (an offense, for example), especially by providing partial excuses: *extenuated his crime as part of his testimony.* **2.** *Archaic* **a.** To make thin or emaciated. **b.** To mitigate or lessen. **c.** To belittle; disparage. [Latin *extenuāre, extenuāt-* : *ex-*, ex- + *tenuāre*, to make thin (< *tenuis*, thin; see **ten-** in App. I).] —**ex·ten′u·a′tive** *adj. & n.* —**ex·ten′u·a′tor** *n.* —**ex·ten′u·a·to′ry** (-ə-tôr′ē) *adj.*

**ex·ten·u·a·tion** (ĭk-stĕn′yōo-ā′shən) *n.* **1.** The act of extenuating or the condition of being extenuated; partial justification. **2.** A partial excuse.

**ex·te·ri·or** (ĭk-stîr′ē-ər) *adj.* **1.** Outer; external: *the exterior door.* **2.** Originating or acting from the outside: *exterior influences on the negotiations.* **3.** Suitable for use outside: *an exterior paint.* ❖ *n.* **1.** A part or a surface that is outside: *the exterior of the house.* **2.** An external or outward appearance: *a friendly exterior.* **3.** A representation in visual art of the outdoors: *The film includes some striking exteriors.* [Latin, comparative of *exter*, outward; see **eghs** in App. I.] —**ex·te′ri·or·ly** *adv.*

**exterior angle** *n.* **1.** The angle between any side of a polygon and

an extended adjacent side. **2.** Any of the four angles that do not include a region of the space between two lines intersected by a transversal.

**ex·te·ri·or·i·ty** (ĭk-stîr′ē-ôr′ĭ-tē, -ŏr′-) *n.* Outwardness; externality.

**ex·te·ri·or·ize** (ĭk-stîr′ē-ə-rīz′) *tr.v.* **-ized, -iz·ing, -iz·es 1.** To turn outward; externalize: *They exteriorized their feelings of sympathy by erecting monuments to the deceased.* **2.** *Medicine* To expose (an internal organ or body part), as in surgery.

**ex·ter·mi·nate** (ĭk-stûr′mə-nāt′) *tr.v.* **-nat·ed, -nat·ing, -nates** To get rid of by destroying completely: *exterminated the termites that were weakening the wall.* See Synonyms at **annihilate**. [Latin *extermināre, extermināt-*, to drive out : *ex-*, ex- + *termināre*, to mark boundaries (< *terminus*, boundary marker).] —**ex·ter′mi·na′tion** *n.* —**ex·ter′mi·na′tive, ex·ter′mi·na·to′ry** (-nə-tôr′ē) *adj.*

**ex·ter·mi·na·tor** (ĭk-stûr′mə-nā′tər) *n.* One that exterminates, especially one whose occupation is the extermination of vermin.

**ex·tern** or **ex·terne** (ĕk′stûrn′) *n.* A person associated with but not officially residing in an institution, especially a nonresident physician on a hospital staff. [Latin *externus*, external; see **EXTERNAL**.] —**ex′tern·ship′** *n.*

**ex·ter·nal** (ĭk-stûr′nəl) *adj.* **1.** Relating to, existing on, or connected with the outside or an outer part; exterior. **2.** Suitable for application to the outside: *external paints.* **3.** Existing independently of the mind. **4.** Acting or coming from the outside: *external pressures.* **5.** Of or relating chiefly to outward appearance; superficial: *"An internal sense of righteousness dwindles into an external concern for reputation"* (A.R. Gurney, Jr.). **6.** Of or relating to foreign affairs or foreign countries: *the country's minister of external affairs.* ❖ *n.* **1.** An exterior part or surface. **2.** **externals a.** Outer circumstances. **b.** Outward appearances: *was charming as far as the externals went.* [Middle English < Latin *externus*, outward < *exter*; see **eghs** in App. I.] —**ex·ter′nal·ly** *adv.*

**external auditory canal** *n.* See **ear canal**.

**external capsule** *n.* A thin layer of white substance in the brain that separates the claustrum from the lentiform nucleus.

**ex·ter·nal-com·bus·tion engine** (ĭk-stûr′nəl-kəm-bŭs′chən) *n.* An engine, such as a steam engine, in which the fuel is burned outside the engine cylinder.

**external ear** *n.* The outer portion of the ear including the auricle and the passage leading to the eardrum. Also called *outer ear*.

**ex·ter·nal·ism** (ĭk-stûr′nə-lĭz′əm) *n.* Excessive concern with outer circumstances or appearances. —**ex·ter′nal·ist** *n.*

**ex·ter·nal·i·ty** (ĕk′stər-năl′ĭ-tē) *n., pl.* **-ties 1a.** The condition or quality of being external or externalized. **b.** Something that is external. **2.** A cost or benefit that affects people other than those involved in the economic activity that produced it and that is not reflected in prices: *pollution and other negative externalities.*

**ex·ter·nal·ize** (ĭk-stûr′nə-līz′) *tr.v.* **-ized, -iz·ing, -iz·es 1a.** To make external. **b.** To manifest externally: *"Marriage is a nice way to externalize the private commitments made between you"* (Patti Davis). **2.** To attribute to outside causes. **3.** To project or attribute (inner conflicts or feelings) to external circumstances or causes. —**ex·ter′nal·i·za′tion** (-lĭ-zā′shən) *n.*

**external phase** *n.* See **dispersion medium**.

**external respiration** *n.* The exchange of oxygen and carbon dioxide between the environment and respiratory organs such as gills or lungs.

**ex·ter·o·cep·tor** (ĕk′stə-rō-sĕp′tər) *n.* A sense organ, such as the ear, that receives and responds to stimuli originating from outside the body. [Latin *exter*, outside; see **EXTERIOR** + (RE)CEPTOR.] —**ex′ter·o·cep′tive** *adj.*

**ex·ter·ri·to·ri·al** (ĕks′tĕr-ĭ-tôr′ē-əl) *adj.* Extraterritorial. —**ex′ter·ri·to′ri·al′i·ty** (-ăl′ĭ-tē) *n.* —**ex′ter·ri·to′ri·al·ly** *adv.*

**ex·tinct** (ĭk-stĭngkt′) *adj.* **1.** No longer existing or living: *an extinct species.* See Synonyms at **dead**. **2.** No longer burning or active: *an extinct volcano.* **3.** No longer in use: *an extinct custom.* [Middle English < Latin *exstīnctus*, past participle of *exstinguere*, to extinguish; see **EXTINGUISH**.]

**ex·tinc·tion** (ĭk-stĭngk′shən) *n.* **1a.** The act of extinguishing. **b.** The condition of being extinguished. **2.** The fact of being extinct or the process of becoming extinct: *"The most effective agent in the extinction of species is the pressure of other species"* (Alfred R. Wallace). **3.** *Psychology* A reduction or a loss in the strength or rate of a conditioned response when the unconditioned stimulus or reinforcement is withheld. **4.** *Physiology* A gradual decrease in the excitability of a nerve to a previously adequate stimulus, usually resulting in total loss of excitability. **5.** *Astronomy* The dimming of celestial objects, usually measured in magnitudes, due to scattering and absorption of their light as it passes through interstellar dust clouds and the earth's atmosphere.

**ex·tinc·tive** (ĭk-stĭngk′tĭv) *adj.* Tending to extinguish or make extinct.

**ex·tin·guish** (ĭk-stĭng′gwĭsh) *tr.v.* **-guished, -guish·ing, -guish·es 1.** To cause (a fire or light) to stop burning or shining; put out. **2.** To put an end to or make extinct; destroy: *"Her death extinguished the dream of family that was closest to his heart"* (Karen Lystra). See Synonyms at **annihilate**. **3.** *Psychology* To bring about the extinction of (a conditioned response). [Middle English *extinguere* < *ex-*, intensive pref.; see EX– + *stinguere*, to quench; see **steig-** in App. I.] —**ex·tin′guish·a·ble** *adj.* —**ex·tin′guish·ment** *n.*

**ex·tin·guish·er** (ĭk-stĭng′gwĭ-shər) *n.* One that extinguishes, especially: **a.** Any of various portable mechanical devices for spraying and extinguishing a fire with chemicals. **b.** A small metal cone or cup on a long handle, used for snuffing out candles; a snuffer.

**ex·tir·pate** (ĕk′stər-pāt′) *tr.v.* **-pat·ed, -pat·ing, -pates 1a.** To destroy totally; kill off: *an effort to reintroduce wildlife that had been ex-*



**exterior angle**
Angles 1, 2, 7, and 8 are exterior angles.

| ă | pat | oi | boy |
|---|-----|-----|-----|
| ā | pay | ou | out |
| âr | care | ŏŏ | took |
| ä | father | ŏŏr | lure |
| ĕ | pet | ōō | boot |
| ē | be | ŭ | cut |
| ĭ | pit | ûr | urge |
| ī | bite | th | thin |
| îr | pier | *th* | this |
| ŏ | pot | zh | vision |
| ō | toe | ə | about, |
| ô | paw | | item |
| ôr | core | | |

Stress marks: ′ (primary); ′ (secondary), as in **dictionary** (dĭk′shə-nĕr′ē)

ATLAS-00033179



ATLAS-00033180