# DX 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 2:21-cv-00430-JRG-RSP |
| TP-LINK TECHNOLOGIES CO., LTD.,<br>TP-LINK CORPORATION LIMITED, and<br>TP LINK INTERNATIONAL LTD., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**DECLARATION OF DR. SUMIT ROY IN SUPPORT OF DEFENDANTS' OPENING
CLAIM CONSTRUCTION BRIEF**

I, Sumit Roy, hereby declare:

1.    My name is Sumit Roy, Professor of Electrical Engineering, U. Washington, Seattle. I am over eighteen years of age and I could competently testify as to the matters set forth herein if I am called upon to do so.

2.    I am a technical expert in the subject matter areas relevant to the patents-in-suit including the area of wireless communication systems and methods. I am qualified to reach the opinions and conclusions stated in this Declaration.

3.    My opinions expressed herein are based on my review of the patents-in-suit, their prosecution histories, extrinsic evidence relating to the technology of the patents-in-suit, and other evidence cited in this declaration. My opinions are also based on my technical experience, knowledge, and expertise in the area of wireless communications systems and methods.

4.    I am being compensated for my work on this case at my standard hourly rate of $600.00 per hour. No part of my compensation is dependent upon the outcome of this case or any issue in it.

## I.    EDUCATION AND EXPERIENCE

5.    I am an expert in the field of wireless networks. I have studied, taught, practiced, and researched this field for over thirty years. I have summarized in this section my educational background, work experience, and other relevant qualifications.

6.    I earned my Bachelor of Technology degree in Electrical Engineering from Indian Institute of Technology in Kanpur in 1983. In 1985, I earned my Master of Science degree in Electrical Engineering from University of California in Santa Barbara. I earned a Doctor of Philosophy in Electrical Engineering and Master of Arts in Statistics & Applied Probability from University of California in Santa Barbara in 1988, with my dissertation being on "Estimation Strategies for a Network of Distributed Sensors."

1

7.      While a graduate student, from 1983 through 1988, I worked on various projects related to networked wireless communication and radar systems using a mix of analytical modeling and computer simulation.

8.      In July of 1988, I joined the faculty of the University of Pennsylvania as an Assistant Professor in the Department of Electrical Engineering, where I taught upper level undergraduate course called "Communication Systems" and graduate level courses, "Advanced Digital Signal Processing" and "Digital Communications."

9.      In January of 1995, I became a tenured Associate Professor in the Division of Engineering at the University of Texas at San Antonio, in San Antonio, Texas. In April of 1998, I transferred to a tenured Associate Professor in the Department of Electrical Engineering in the University of Washington ("UW") in Seattle, Washington and was promoted to Professor in September of 2002. As a faculty member at UW, I have taught courses and directed research in networking and telecommunications, including 802.11 WLAN and cellular technologies. From September 2014 to September of 2019, I received Integrated Systems Term Professorship at the UW in recognition of my leadership and national stature in this area.

10.      I took full-time leave from UW to serve as a Senior Staff Researcher at Intel Labs, Hillsboro, OR from September 2001 to December 2003, where I served as Wireless Systems Architect researching IEEE 802.15.3a Ultra-Wideband PHY layer for Wireless Personal Area Networks and nascent pre-802.11n (MIMO WiFi) technology, with responsibility for representing Intel at IEEE Standards meetings and coordination with other industry partners. My research resulted in several patents relating to the above, including design implementation of MIMO WiFi transceivers.

2

11.     As a result of my academic teaching, research, and industry experience, I have significant knowledge of wireless networking technologies. Since 1988, I have received over ten million dollars in funding from various national and international organizations to support my work on wireless networking.

12.     In addition to advising and mentoring students at UW, I have served as external dissertation reviewer for several reputed international universities, such as McGill Univ., Montreal, National University of Singapore, University of Victoria, and Australia National University. At UW and U. Penn., I have advised and supervised over 20 Ph.D. students and visitingscholars.

13.     In addition to my academic work, I have remained active in the communication industry through my academic consulting activities. I have professionally interacted with Mathworks, a leading vendor of WLAN toolbox products for design as well as Intel Corpn, on current 802.11 designs including MIMO systems. I am also a named co-inventor on 10 U.S. Patents, including Nos. 7,782,970 and 8,289,836 titled "An Apparatus and Associated Methods to Introduce Diversity in a Multi Carrier Channel," which are listed in my curriculum vitae.

14.     I have authored and co-authored over 200 journal publications, conference proceedings, technical papers, book chapters, and technical presentations in a broad array of communications-related technologies, including networking and wireless communication. I have also developed and taught over 10 courses related to communications and computer systems, including several courses on signals and systems, wireless communication, communications systems. These courses included introductory courses on communication systems, as well as more advanced courses on wireless communications. A complete list of my publications and the courses I have developed and/or taught is also contained in my curriculum vitae.

3

15.     My professional affiliations include serving in various professional organizations and as a reviewer for a number of technical publications, journals, and conferences. I have also received multiple awards and recognitions, most notably, elevation to IEEE Fellow in 2007 for "contributions to multi-user communications theory and cross-layer design of wireless networking standards." By IEEE bylaws, only 0.1% of IEEE membership is elevated to Fellow annually. *See* https://www/ieee.org/membership/fellows/steps.html. In addition, I was selected as IEEE Communications Society's Distinguished Lecturer (2014-15, 2017-18), and appointed by Shanghai JiaoTung University as High-end Foreign Expert award (1 month/year, 2014-16), which are listed in my curriculum vitae.

17.     I am not now and have never been an employee of Defendants.

## II.     <u>LEGAL STANDARDS</u>

18.     I am not a legal expert and offer no opinions on the law. However, I have been informed by counsel of the legal standards that apply with respect to claim construction, and I have applied them in arriving at my conclusions.

19.     I understand that claim terms in a patent should be interpreted from the vantage point of a person of ordinary skill in the art ("POSITA") at the time of the invention.

20.     I am familiar with patents and with the legal framework by which claim terms in patents are to be interpreted. I understand that a claim term must be given the meaning it would have had to one of skill in the art at the time of the invention after reviewing the intrinsic record.

21.     With respect to construing the patent claims, I understand that one must first consider the intrinsic evidence, which includes the claim language, the specification, and the prosecution history of the asserted patent.  I further understand that one may also consider extrinsic evidence to ensure that a claim construction is not inconsistent with clearly expressed and widely held understandings in the pertinent technical field, particularly for technical terms.  Such extrinsic

4

evidence may take the form of expert testimony, dictionaries, textbooks, technical treatises, and articles. I further understand that one may not rely on extrinsic evidence to contradict or vary the clear meaning of claims provided by the intrinsic evidence of record.

22.     I understand that a claim is indefinite if one skilled in the art would not understand what is claimed even after the claim is read in light of the specification. Specifically, a claim is indefinite if a person of ordinary skill in the art would not understand the scope of the claim with reasonable certainty.  I understand that a claim is indefinite if its full scope is not reasonably certain to a POSITA, even if a POSITA would be able to discern particular embodiments that are within the scope of the claim.

23.     I further understand that if a claim attempts to cover both an apparatus and a method of use of that apparatus, the claim is indefinite. Similarly, I understand that if a claim does not inform with reasonable certainty one skilled in the art of when, as a matter of timing, the claim would be infringed, then the claim is indefinite.

## III.    THE PATENTS-IN-SUIT

### A.    The Effective Filing Date of the Patents-in-Suit

24.     For purposes of this declaration, I have been instructed to use the following dates as the effectives filing date of each of the patents-in-suit:

| Patent | Priority Date of Asserted Claims |
|---|---|
| 9,531,520 | March 20, 2015 |
| 9,763,259 | September 15, 2014 |
| 9,825,738 | April 4, 2015 |

5

25. My opinions in this declaration were formed from the perspective of a person of ordinary skill in the art as of the dates listed above.

## IV.    CLAIM TERMS

26. I understand that the parties dispute the meaning of certain claim terms of the following U.S. Patent Nos. 9,763,259 ("259 Patent"); 9,825,738 ("738 Patent"); 9,912,513 ("513 Patent"); 9,917,679 ("679 Patent"); 10,020,919 ("919 Patent"); 10,756,851 ("851 Patent"); and 9,531,520 ("520 Patent")[1].  The disputed claim terms I have been asked to address are:

a.    "the downlink multi-user frame including a plurality of resource units (RUS)" (520 patent, claim 1)

b.    "including a respective set of MAC Protocol Data Units (MPDUs) in each RU of the plurality of RUs" (520 patent, claim 1)

c.    "wherein the first MPDU is located in a first resource unit of the downlink multi-user frame allocated to the first station, wherein the downlink multi-user frame includes a second resource unit that contains a second MPDU that includes acknowledgement information for the second multi-user acknowledgement frame" (520 patent, claim 9)

d.    "wherein the NDPA frame indicates information corresponding to the predetermined length" (259 patent, claim 6)

e.    "wherein the second information is a function of a total number of space time streams to be used to transmit the multiple uplink frames" (738 patent, claim 1)

f.    "wherein the second information is a function of a total number of space time streams to be used to perform the simultaneous transmission of the uplink frame and the one or more uplink frames from the one or more other stations" (738 patent, claim 9)

---

[1] Certain of the patents-in-suit are attached as Ex. 1 ("520 patent"), Ex. 2 ("259 patent"), and Ex. 3 ("738patent").

27.    I have been asked to address each of these claim terms from the perspective of a person of ordinary skill in the art at the time of the invention.

## V.    ANALYSIS

### A.    U.S. Patent No. 9,531,520

#### 1.    "the downlink multi-user frame including a plurality of resource units (RUS)" (claim 1)

| Sercomm's Proposed Construction | Atlas' Proposed Construction |
|---|---|
| Indefinite | Plain and ordinary meaning |

28.    The above limitation is present in claim 1 of the 520 patent. I have been asked to provide the perspective of a person of ordinary skill in the art regarding the meaning of the above limitation in the context of the 520 patent.

29.    A POSITA would have understood that this limitation is nonsensical and, therefore, indefinite. More specifically, this limitation requires resource units ("RUs") (*i.e.*, those resources that have been allocated to stations ("STAs") for uplink transmissions to be transmitted on) to be part of a frame (*i.e.*, the data that is transmitted on the resources). As I explain below, such a limitation is wholly nonsensical and requires an impossibility, rendering it indefinite because a POSITA would not be able to understand the limitation.

30.    The specification and claims support this limitation being indefinite. As an initial matter, this limitation requires resource units ("RUs") (*i.e.*, those resources that have been allocated to stations ("STAs") for uplink transmissions to be transmitted on) to be part of a frame (*i.e.*, the data that is transmitted on the resources). '520 patent, 30:52-53. Thus, RUs, in the context of the '520 patent claim and the understanding of a POSITA, were those resources that were allocated to the STAs to be used for the subsequent transmission of the uplink frames. *Id.*

7

31.     On top of requiring the RUs to be part of the frame, claim 1 also recites the "transmitting the downlink multi-user frame . . . over a wireless channel." '520 patent, 30:66-67. And the specification confirms this understanding that the frame is what is transmitted over the RUs. *Id.*, 5:49-50 ("even though DL data frames are sent in parallel in the spatial domain"), 10:57-11:2 (referring to the transmission of a HE frame). More specifically, the '520 patent's specification notes that "[t]he resource units may be particular spatial streams or sub-channels of a wireless channel upon which the DL MU frame will be transmitted." *Id.*, 14:12-14, 18:5-8, 20:48-50. Thus, RUs, in the context of the '520 patent and the understanding of a POSITA, were those resources that were allocated to the STAs for the subsequent transmission of the uplink frames. *Id.* Combining the disclosures, the specification requires the RUs to be resources on which DL MU a frame is transmitted, yet claim 1 requires the DL MU frame to "includ[e] a plurality of resource units (RUs)." *Id.*, 1:52-53. I note that, since the claims are contrary to the specification, a POSITA would have been unable to ascertain the bounds of this claim which, I understand, renders it indefinite.

> **2.      "including a respective set of MAC Protocol Data Units (MPDUs) in each RU of the plurality of RUs" (claim 1)**
>
> **3.      "wherein the first MPDU is located in a first resource unit of the downlink multi-user frame allocated to the first station, wherein the downlink multi-user frame includes a second resource unit that contains a second MPDU that includes acknowledgement information for the second multi-user acknowledgement frame" (claim 9)**

| Sercomm's Proposed Construction | Atlas' Proposed Construction |
|---|---|
| Indefinite | Plain and ordinary meaning |

32.     The above limitations are included in claims 1 and 9 of the '520 patent. I have been asked to provide the perspective of a person of ordinary skill in the art regarding the meaning of the above limitation in the context of the '520 patent.

33.     My analysis with respect to these limitations is similar to my analysis above. *Supra*, Section V.A.1. This limitation is similarly nonsensical and, for similar reasons, fails to inform, with reasonable certainty, the scope of the invention.

34.     These limitations require a set of MPDUs to be "in" (*i.e.*, claim 1) or "located in" (*i.e.*, claim 9) at least one RU. As I discuss above, a POSITA would have understood that RUs, in the context of the '520 patent, are those resources on which a frame is transmitted (*e.g.*, subcarriers, spatial streams). *Supra*, Section V.A.1; *see also* '520 patent, 14:12-14, 18:5-8, 20:48-50. Like claim 1, claim 9 contains similar language about the RUs being part of the downlink frame. *Id.*, 32:2-5 ("a first resource unit of the downlink multi-user frame allocated to the first station, wherein the downlink multi-user frame includes a second resource unit that contains a second MPDU").

35.     First, as I discussed above, RUs cannot be both *in* the downlink frame and, simultaneously, part of the streams or sub-channels *which* the downlink frame uses for transmissions as taught by the specification.  *Supra*, Section V.A.1.

36.     For similar reasons, an MPDU is not included in a resource unit. First, the claims note that the MPDUs include data in the form of acknowledgement information corresponding to the STA "to which the RU is assigned." '520 patent, 30:59-53. And the specification confirms that the MPDU "include[s] data and/or control frames intended for each respective STA." *Id.*, 14:9-10, 17:64-18:22 ("The data MPDU may include any type of data (e.g., voice, video, best effort, background, or control data) that is specifically intended for the particular STA.").  This

9

accords with a POSITA's understanding, wherein a MPDU is a data unit that is exchanged between MAC entities in a communication system.

37.    MPDUs may be transmitted as part of a frame which *uses* RUs (*e.g.*, frequency subcarriers or streams) in both DL and UL transmissions, but they may not be "included…in" or "located in" RUs as the claims require. RUs cannot both be data units to be transmitted while simultaneously being the transmission medium that frames containing those data units use for transmissions. Therefore, a POSITA would find that the claim limitation, particularly when read in light of the specification, fails to inform, with reasonable certainty, the scope of the invention.

### B.    U.S. Patent No. 9,763,259

#### 1.    "wherein the NDPA frame indicates information corresponding to the predetermined length" (claim 6)

| Sercomm's Proposed Construction | Atlas' Proposed Construction |
|---|---|
| Indefinite | Plain and ordinary meaning |

38.    The above limitation is included in claim 6 of the '259 patent. I have been asked to provide the perspective of a person of ordinary skill in the art regarding the meaning of the above limitation in the context of the '259 patent.

39.    In particular, I find that a POSITA would not have been informed, with reasonable certainty, of the scope of the phrase "indicates information corresponding to."

40.    The specification provides no guidance as to the bounds of the phrase "indicates information corresponding to" besides noting that "[t]he NDPA frame or the NDP frame may indicate information corresponding to the predetermined length. '259 patent, 2:35-37. The specification contains no disclosure on how a frame is to "indicate[] information" or how that indicated information is to "correspond[] to the predetermined length." I note that this phrase is

10

different than if patentee had chosen the phrase "contains information" or "identifies."  If patentee had chosen those phrases, a POSITA would have recognized that this limitation would require that the NDPA frame *contains* or *identifies* information corresponding to the predetermined length. Instead, patentee's choice of vague words are further complicated by the requirement that the indicated information must be "corresponding to" the predetermined length.

41.     The "predetermined length" in the context of this claim is the length against which the data is compared to determine whether pad bits are to be added to the frame. '259 patent, 2:28-31. If the data is shorter than the "predetermined length," pad bits are added to the frame. *Id*. If it is longer than the "predetermined length,"  the data is partitioned into a plurality of fragments and "any one of the fragments" is inserted into the data field of the feedback frame. *Id*. at 2:31-34.

42.     A POSITA would have been unable to ascertain the bounds of which the indicated information is to "correspond to" the predetermined length nor what that "information" entails and to what level suffices for it to be indicated.

### C.    U.S. Patent No. 9,825,738

**1.     "wherein the second information is a function of a total number of space time streams to be used to transmit the multiple uplink frames" (claim 1)**

**2.     "wherein the second information is a function of a total number of space time streams to be used to perform the simultaneous transmission of the uplink frame and the one or more uplink frames from the one or more other stations" (claim 9)**

| Sercomm's Proposed Construction | Atlas' Proposed Construction |
|---|---|
| Indefinite | Plain and ordinary meaning |

11

43.     The above limitations are included in claims 1 and 9 of the '738 patent.  I have been asked to provide the perspective of a person of ordinary skill in the art regarding the meaning of the above limitations in the context of the '738 patent.

44.     I opine that these claim limitations are indefinite because a POSITA would not be reasonably apprised of the claims' bounds with respect to the limits of "the second information" that is claimed.

45.     First, the claims themselves provide no help in ascertaining any objective meaning of these terms and the phrase "a function of a total number of space time streams" or "a total number of space time streams" does not appear in the specification. Rather, the Specification states "[w]hen the MIMO or the MU-MIMO is used, the transmitting signal processing unit 100 may use a plurality of interleavers 120 and a plurality of mappers corresponding to the number of $N_{SS}$ of spatial streams." '738 patent, 8:11-14. At most, a POSITA would understand the abbreviation "$N_{SS}$" to refer to a number of spatial streams, not "a total number of space time streams" which is a wholly different concept. While a POSITA may recognize that $N_{STS}$ refers to a number of space-time streams, this disclosure does not discuss anything related to a "function" of the space time streams being used to transmit the uplink frame. *Id.*, 8:18-25. What's more, "interleavers" and "mappers" are not "functions," they are devices. *Id.*, 8:4-10, Fig. 8. Thus, this disclosure is in no way teaching anything related to a "function" of space time streams. It merely discloses the actions performed by various devices such as mapping and interleaving of signals as part of the transmitting signal processing unit.

46.     "Function" is a broad term. It is defined as "[w]hen a mathematical quality u depends on a variable quantity x so that to each value of x (within the interval of definition) there correspond one or more values of u, then u is a function of x written u." Ex. 9, 468 (IEEE

dictionary – function). As required by the claims, the "second information" is an information that is "common to all of the plurality of stations to receive the uplink setup information." '738 patent, 25:3-8, 26:9-14. Thus, these claims entail a "second information" that is mathematically dependent on a total number of number of space time streams to be a "function" of it. But, as there are only two pieces of data included in the mathematical relation (and they are supposed to share a relation between each other), these claims are unbounded. A POSITA would have understood that these claim limitations have no objective boundaries because every "second information" will be a "function" of the total number of space time streams as there will always be some sort of mathematical relation between the two data.

47.    As such, a POSITA would have understood that this claim limitation is indefinite because a POSITA would not have been able to understand any objective boundaries.

Executed on the 11th day of November, 2022, in Bothell, WA.

I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

Sumit Roy

206B1F28DCD04FF...

Dr. Sumit Roy

76732809V.1

13

# Sumit Roy, Fellow IEEE
Curriculum Vitae

University of Washington  
Dept. of Electrical Engineering  
Univ. of Washington, Box 352500  
Seattle, WA 98195

Ph: (206) 221-5261  
FAX: (206) 543-3842  
email: sroy@uw.edu  
http://www.people.ece.uw.edu/sroy

## EDUCATION

| Degree | Institution | Year |
|---|---|---|
| Ph.D. Electrical Engineering | University of California, Santa Barbara | 1988 |
| M. A. Statistics & Appl. Probability | University of California, Santa Barbara | 1988 |
| M. S. Electrical Engineering | University of California, Santa Barbara | 1985 |
| B. Tech. Electrical Engineering | Indian Institute of Technology, Kanpur | 1983 |

## PERSONAL

Date & Place of Birth: Nov. 17, 1960; Kolkata, India.

Married; U. S. Citizen.

## EMPLOYMENT

| | |
|---|---|
| 9/20-8/22 | **Program Lead**, Innovate Beyond 5G, 5G-to-xG Initiative, US OUSD (R&E) |
| 9/14 -9/19 | **Integrated Systems Term Professorship**, ECE & CoE |
| 9/02 - | Prof. (with tenure), Dept. of Electrical Engineering |
| | Univ. of Washington, Seattle |
| | *Assoc. Chair for Research*, Sep. 2005-07, Sep. 08 - 11 |
| 9/98 - 9/02 | Assoc. Prof. (with tenure), Dept. of Electrical Engineering |
| | Univ. of Washington, Seattle |
| 1/95 - 8/98 | Assoc. Professor (with tenure), Division of Engineering |
| | University of Texas at San Antonio |
| 7/88 - 12/94 | Asst. Professor, Dept. of Electrical Engineering |
| | University of Pennsylvania |
| 10/83 - 5/ 88 | Research Assistant, Dept. of Electrical & Computer Engineering |
| | University of California at Santa Barbara |
| | M. S. Thesis: "Target Signature Evaluation Based on Radar Turntable Data" |
| | Ph. D. Diss.: "Estimation Strategies for a Network of Distributed Sensors" |

## OTHER SIGNIFICANT PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Dec. 2014-Feb. 2015 | Visiting Research Scientist, Microsoft Research, Bangalore, India |
| Aug-Dec. 2014 | Visiting Faculty and External Consultant; IIIT-Delhi, India |
| Sep. 2001 - Dec. 2003 | Sr. Staff Researcher, Wireless Technology, Intel Labs, Hillsboro, OR |
| Summer 1996 | Visiting Member of Technical Staff, Center for Wireless Communications |
| | National Univ. of Singapore |
| Summer 1989 | Visiting Researcher, GE Corporate R & D Center, Schenectady, NY |

## RESEARCH INTERESTS

• Analysis, Evaluation & Prototyping of Wireless Communication Systems/Networks

• Emerging Networks: Beyond 5G (mobile cellular, satellite and WiFi), Internet of Things, Autonomous and Software-Defined Networks

1

## PROFESSIONAL HONORS & RECOGNITIONS

| | |
|---|---|
| **NATO STO SET-302 Technical Panel** | US National Representative (Cognitive Radar) |
| **Fellow**, IEEE | Communications Society (2007) |
| **Science Foundation of Ireland** | E.T.S. Walton Visiting Faculty Award (Feb.-July 2008) |
| **Royal Acad. Engineering (UK)** | Distinguished Visiting Fellow (summer 2011) |
| **Best Student Paper Award** | L. Bai, S. Roy and M. Rangaswamy, "Compressive Radar Clutter Subspace Estimation using Dictionary Learning," *IEEE Radarcon*, Ottawa, CA, May 2013. |
| **Best Paper Awards** | F. Hessar and S. Roy, "Spectrum Sharing Between a Surveillance Radar and Secondary Wi-Fi Networks," *IEEE Trans. Aerosp. & Elect. Systems* **B. Carlton Best Paper Award**, 2016. R. Patidar, S. Roy, T. R. Henderson and A. Chandramohan "Link-to-System Mapping for ns-3 Wi-Fi OFDM Error Models," *ns-3 Workshop* **Best Paper Award**, Jun 2017. |
| **Integrated Systems Professor** | U Washington, 2014 - 19 |
| **Distinguished Lecturer** | IEEE Communications Society, 2014-15, 2017-18 |
| **Visiting Erskine Fellow** | Univ. of Canterbury, Christchurch, New Zealand (2015) |
| **High-end Foreign Expert** | Shanghai JiaoTung University (1 month/year, 2014 - 16) |
| **Member, Executive Comm. (elected)** | National Spectrum Consortium, 2018-19 |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| IEEE ComSoc Activities | Member of Technical Comm. on Cognitive Radios and Commn. Theory Numerous Technical Program Comm. Memberships (Globecom, ICC) |
| Proposal Reviewer | NSF, U.S. Dept. of Defense, Hong Kong Research Council IEEE Trans. Communications, Wireless Commn. J. Select. Areas in Commn., Vehicular Tech.; Trans. Networking |
| **Editorial Duties** | IEEE Trans. Communications 1996 - 99, 2009-2012 IEEE JSAC Wireless/Trans. Wireless Commn. 1999 - 2003 Wireless Communications & Mobile Computing J. (Wiley), 2003-08 IEEE Trans. Mobile Comput., 2006-07 IEEE Trans. Intelligent Transp. Syst.,2006 - 2011 IEEE Trans. Smart Grid, 2010-2012 IEEE Trans. Circuits & Syst. II, 2014-2015 Guest Editor, J. Sel. Areas Commn. Spl. Series on Smart Grid, July 2014 |

## OTHER RECOGNITIONS

- University of California Regents Fellowship (1983-84)

- University of California Dissertation Fellowship (1987-88)

- External Dissertation Reviewer (McGill Univ., Montreal; National Univ. of Singapore; U. Victoria; SIIT, Bangkok)

- Referee for Promotion Cases (CMU, U. Minnesota, North Carolina State U., U. Arizona, U. Utah, Iowa State, U. Texas Dallas)

2

## TEACHING

| | | |
|---|---|---|
| U. Pennsylvania | Commun. Systems (Theory and Lab) | 3/4th Yr. Undergrad |
| | Advanced Digital Signal Processing | 2nd Yr. Grad. |
| | Digital Communications | 2nd Yr. Grad. |
| | Radar Systems | 2nd Yr. Grad. |
| U. Texas San Antonio | Found. of Commun. Theory | 1st Yr. Grad. |
| | Random Signal Analysis | 1st Yr. Grad. |
| | Linear Systems | 3rd Yr. Undergrad |
| | Mobile Communications | 2nd Yr. Grad. |
| U. Washington | Wireless Networks | 2nd Yr. Grad. |
| | Random Processes | 1st Yr. Grad. |
| | Stochastic Process | 2nd Yr. Grad |
| | Digital Communications | 2nd Yr. Grad. |
| | Capstone Design in Communications Systems | 4th Yr. Undergrad |
| | Computer Networks | 4th Yr. Undergrad |
| | Signals & Systems | 3rd Yr. Undergrad |

## PATENTS

1. "A System to Cancel Ghosts in NTSC Television Transmission", (with J. Yang and C. B. Patel) U.S. Patent No. 5361102, Nov. 1994.

2. "Improved Deghosting for Multipath Transmission of TV Signals," (with J. Yang and C. B. Patel), U.S. Patent No. 5341177, Aug. 1994.

3. "Time Frequency Coding in a Multi-Band UWB System," (with J. R. Foerster and V.S. Somayazulu, Intel Corpn.), U.S. Patent No. 7613223, Nov. 2009.

4. "Apparatus and Associated Methods to Introduce Diversity in a MultiCarrier Channel," (with L. Shao and S. Sandhu), U.S. Patent No. 7782970, Aug. 2010; U.S. Patent 8289836, Oct. 2012.

5. "Achieving Quality of Service in a Wireless Local Area Network," (with R. Gupta), U.S. Patent No. 8144613, Mar. 2012.

6. "Adaptive Uplink Protocol" (with Y-C. Ko), U.S. Patent No. 8223664, July 2012.

7. "Method, Apparatus and Computer Program Product for Quiet Period Management in Wireless Networks for Co-existence," (with Chittabrata Ghosh and Klaus Doppler), U.S. Patent No. 0070605, Mar. 2013.

8. "Efficient Broadcasting via Random Linear Combining," (with H. Liu and M. Hamed Firooz) U.S. Patent No. 8953612, Feb. 2015.

9. "Sensing and/or Transmission Coverage Adaptation Using Interference Information," (with H. Ali Safavi-Naeni, Chittabrata Ghosh, Klaus Doppler and Sayantan Chowdhury), U.S. Patent No. 9510369, Nov. 2016.

10. "Enhanced Communication Infrastructure for Hierarchical Intelligent Power Distribution Grid," (with E. Boardman and S. S. Venkata), US Patent 9641026, May 2017.

3

## RESEARCH SUPERVISION

- **Ph.D. Dissertations Completed**

| | |
|---|---|
| J. Yang | "Signal Processing for Multi-user Communications" (UPenn, May 1993) |
| J. S. Stadler | "Contributions to the Theory and Practice of Importance Sampling" (UPenn, July |
| P. S. Kumar | "Interference Cancellation with Applications to Mobile Radio and Magnetic Recording Systems" (UPenn, Sep. 1993) |
| B. Jelicic | "Channel Coding for Non Additive White Gaussian Noise Environments" (UPenn, July 1995) |
| M. P. Wylie | "Contributions to Spatio-temporal Processing" (UPenn, Aug. 1995) |
| L. A. Baccala | "Data Unaided Identification of Linear Communication Channels by Time-domain Methods" (UPenn, Dec. 1995) |
| A. Abouzeid | "Stochastic Models of Congestion Control in Heterogeneous Next Generation Packet Networks" (UW, July 2001) |
| C. Li | "Parameter Estimation in OFDM Systems for High Rate Wireless Communication (UW, Sep. 2002) |
| H. Yan | "Parameter Estimation and Receiver Design for Overlay Communication Systems" (UW, Nov. 2002) |
| J. Zhu | "Layer 2 Performance Analysis and Improvement for Wireless Heterogeneous Networks" (UW, Sep. 2004) |
| L. Shao | "Code Design for MIMO-OFDM/OFDMA Systems" (UW, Oct. 2004) |
| R. Iyappan | "Joint PHY-MAC Optimization for Energy Constrained Wireless Networks" (UW, Nov. 2006) |
| H. Ma | "Adaptive Network Management for 802.11 Wireless LANs" (UW, Sep. 08) |
| R. Gupta | "PHY/MAC Cooperation Strategies for High Density Wireless Networks" (UW, Dec. 2009) |
| L. Luo | "Modeling and Optimization of Dynamic Spectrum Access" (UW, Dec. 2010) |
| F. Ye | "System Optimization and Protocol Design for Vehicular Networks" (UW, Mar. 2011) |
| Mohammad Hamed Firooz | "Application of Network Coding and Compressed Sensing in Networking," (UW, May 2013) |
| Linda Bai | "Compressive Detection & Estimation with Applications to Cognitive Radio/Rada (UW, June 2013) |
| C. S. Boyer | "RFID: A Communication System Perspective," (UW, Mar. 2014). |
| A. Al-mutairi | "Distributed Multiple Access for OFDMA Femto-cells," (UW, Jun. 2014) |
| Farzad Hessar | "Spectrum Sharing in White Spaces" (UW, Apr. 2015) |
| Yue Yang | "Contributions to Smart Metering: Protocol Design & Data Analytics," (UW, Jun. 2015) |
| S. Ashrafi | "Random Access Communications over Multi-packet Reception Channels" (UW, Jun 2016) |
| H.-Ali Safavi-Naeni | "Heterogeneous Coexistence of Wireless Systems" (UW, July 2016) |

4

| Xuhang Ying (co supervisor) | "Crowdsensing & Resource Allocation in Shared Spectrum" (UW, Ph.D. Jun. 2018) |
| Sian Jin | "Vehicular Radar Network: Cross-Layer Design Optimization" (UW, Ph.D. Mar. 2022) |

### • M. S. Theses Completed

| L. I. Ou | "Fault Detection Algorithms" (UPenn, Dec. 1990) |
| K. Gang | "Real-time Adaptive Nulling in Presence of Array Imperfections" (UPenn, May 1991) |
| H.-Y. Wang | "Performance Analysis of Aloha Multiple Access with Multi-user Detection" (U. Texas, Sep. 1998) |
| M. Albuquerque | "Effects of Asymmetry, Link Losses and Packet Sizing on Performance of a TCP Reno Connection" (UW, Mar. 2001) |
| P. Lu | "Performance Analysis of Bluetooth MAC with Priority Scheduling," (UW, Mar. 2002) |
| M. Duke | "Directional Antenna Media Access Protocols in a Multipath Environment," (UW, Dec. 2003) |
| D. Daoura | "Traffic Modelling and Prediction for Spatial Time Division Multiple Access Bandwidth-on-Demand Protocol," (UW, Dec. 2003) |
| R. Iyappan | "Acquisition of DS Ultrawideband Signals,"(UW, Dec. 2003) |
| A. Margolis | "Modelling Throughput and Starvation in 802.11 Wireless Networks with Multiple Flows," (UW, Aug. 2006) |
| T. Shing | "CCA and Time Fair Algorithms for Joint Adaptation in HD WLANs," (UW, Aug. 2007) |
| I. Purushothaman | "Fast Hand-off in 802.11 Networks for Voice Over WLAN" (UW, Aug. 2008) |
| T. Bosaw | "An Improved 802.11b Interference Model for Network Simulation" (UW, June 2010) |
| B. Cizdziel | "Coexistence of Radar Systems & WiFi Networks" (UW, May 2015) |
| Jarrett Gaddy | "Layer 2.5 Wireless Network Coding to Improve .11 Network Efficiency" (UW, May 2016) |
| A. Ashok | "Contributions to Radar-WiFi Spectrum Sharing" (UW, May 2017) |
| E. Ding | "Optimized Beam Training for mmWave Communications" (UW, June 2018) |
| A. Jadon | "UAV Networking: Design Considerations" (UW, July 2018). |

5

## OTHER RESEARCH PERSONNEL

| | |
|---|---|
| D.-S. Chen | Visiting Research Scholar (U. Pennsylvania, 1993-94) |
| Dr. Y. Song | Post-doctoral Fellow (U. Texas, 1997-98) |
| Dr. S. Zhang | Visiting Scholar (UW, 2001-02) |
| Dr. C.H. Cho | Visiting Scholar (UW, 2001-02) |
| Dr. S.S. Lee | Visiting Scholar (UW, 2002-03) |
| Dr. R. Vijaykumar | Post-doctoral Fellow (UW, 2004-06) |
| H. Eui-Seok | Visiting Scientist (UW 2004-05) |
| J. Choi | Visiting Scientist (UW 2004-05) |
| Dr. Y-C Ko | Visiting Scholar (UW 2006-08) |
| Dr. S-Y. Shin | Visiting Scholar (UW 2006-07) |
| Dr. C. Ghosh | Post-doctoral Fellow (2009-11) |
| Dr. S. Kim | Visiting Scholar (2011-12) |
| J. Feng | Visiting Ph.D student (2014-2015) |
| Y. Yin | Visiting Ph.D student (2014 - 2015) |
| A. Tang | Visiting Ph.D Student (2015-16) |
| Dr. Morteza Mehrnoush | Post-Doctoral Scholar (2016-2018) |
| F. Hao | Visiting Ph.D. student (2016-17) |
| Dr. Y. Gao | Visiting Asst. Prof. (2017-18) |
| Dr. L. Lanante | Visiting Asst. Prof. (2018-19) |
| W. Jiang | Visiting Ph.D. Student (2018-20) |
| Y. Sun | Visiting Ph.D. Student (2018-19) |
| P. Jimenez-Mateo | Visiting Ph.D. Student (2019) |
| S. Gopal | Visiting Ph.D. Student (2019-20) |
| D. Magrin | Visiting Ph.D. Student (2020) |

## PRESENT RESEARCH SUPERVISION

| | |
|---|---|
| Collin Brady | "Contributions to LTE Public Safetey Communications Design" (Ph.D. 2023, anticipated) |
| X. Gao | "Radar-Camera Sensor Fusion for Automated Driving" (Ph.D. 2023, anticipated) |
| L. Zhang | "Optimization of 5G Edge Networks" (Ph.D. 2023, anticipated) |
| S. Nayak | "Performance Evaluation of Small-Cell 5G Networks" (Ph.D. 2024, anticipated) |
| H. Yin | "Low Latency and Ultra Reliable Services in 5G" (Ph.D. 2023, anticipated) |
| L. Cao | " Resource Allocation for 5G Vehicular Networking" (Ph.D. 2024, anticipated) |

## FUNDED RESEARCH

**ARO** DAAL03-87-K-10119
Dates: 12/88-12/90

"Applications of Subsurface Radar for Mine Detection"
Amount: $251,000 [Co-P.I.]

**AT&T**

"Signal Processing Approaches for High-speed
Communication over Digital Subscriber Lines"

Dates: 9/1/90-8/30/91

Amount: $50,000 [Co-P.I.]

**NSF NCR** 89-14431

"Blind Algorithms and Other Advanced Techniques
For Channel Equalization"

Dates: 9/15/90-2/28/94

Amount: $211,000 [P.I.]

**SAMSUNG ELEC., PRINCETON, N. J.**

"Advanced TV: Analysis, Simulation & Design"

Dates: 9/1/91- 12/31/92

Amount: $ 87,800 [P.I.]

**NSF CDA 90-22530**
Dates: 1/1/91-12/31/94
**NSF REU**

"CISE Research Instrumentation"
Amount: $118,000 [Co-P.I.]
"Simulation of Advanced Equalization Techniques
for High-speed Data Transmission"

Dates: 7/1/91-6/30/92

Amount: $5,000 [P.I.]

**NSF REU**

"Simulation of Trellis Coded Modulation Systems
for Advanced TV Transmission"

Dates: 7/1/92-6/30/93
**NSF REU**
Dates: 7/1/93-6/30/94

Amount: $5,000 [P.I.]
"Simulation of Multi-user Receivers for Mobile Radio"
Amount: $5,000 [P.I.]

**ESEERCO, New York**
Dates: 5/1/93-3/1/94

"Improved Dielectric Fluid Leak Detection"
Amount: $68,000 [co-P.I.]

**SHARP ELECT., MAHWAH, N. J.**
Dates: 01/01/94 - 12/01/94

"Advanced TV Channel Codec System Design"
Amount: $ 63,000 [P.I.]

**ARO** DAAH04-96-1-0088

"Design Issues for Advanced Digital Wireless Networks"

Dates: 06/01/96 - 05/30/99

Amount: $ 170,667 [P.I.]

**NSF** CDA 9613727
Dates: 09/01/97 - 12/31/99

"Broadband Wireless Networks: Joint U.S.-Mexico Research"
Amount: $ 15,000 [P.I.]

7

## FUNDED RESEARCH (contd.)

**ARO AASERT** DAAG 55-97-1-0339      "Simulation, Computation & Software for Advanced Digital Wireless Networks"

Dates: 07/01/97 - 06/30/99      Amount: $38,100 [P.I.]

**TEXAS HIGHER EDN. BOARD**      "Design and Evaluation of Wireless Networking Protocols"
Dates: 01/01/98 - 12/30/99      Amount: $160,677 [co-P.I.]

**DoD URISP/AFOSR** F49620-96-1-0472      "Telecommunication Networks for Mobile & Distributed Communications and Computing"

Dates: 09/15/96 - 09/14/2001      Amount: $ 2,000,000 [P.I.]
(awarded at UTexas, UW subcontract approx. $237, 673)

**NSF/ITR** CCR 00-86032      "Heterogeneous System Integration in System-on-Chip Designs"
Dates: 9/01/00 -8/31/05      Amount: $4,000,000 [co-P.I, share $283,440]

**NSF SERG** CCR 00-90012      "Application of Communication-Theoretic Principles to Nano Interconnect Research"

Dates: 09/15/00-09/15/02      Amount: $100,00 [co-P.I.]

**ARMY/CECOM**      "Wideband On-the-Move Satellite Communications"
Dates: 06/01/01-06/31/04      Amount: $312,273 [P.I.]

**Boeing Co.**      "Directional Antenna Multiple Access Protocols"
Dates: 03/30/03 - 12/31/03      Amount: $50,000 [P.I.]

**NSF ITR** ANI 0325014      "RESCUENET: Embedded In-Building Sensor Network to Assist Disaster Rescue"

Dates: 09/15/03-08/31/07      Amount: $ 404,687 [co-P.I., U.W. subcontract]

**INTEL Corpn.**      "Next Generation Wireless MESH Networks: PHY/MAC Based Optimization"

Dates: 01/15/04-12/31/07      Amount: $ 303,000 [P.I.]

**BOEING Co.**      "PHY/MAC Optimization for Connectionless Networking,"
Dates: 05/15/2004-09/30/2004      Amount: $ 20,000 [P.I.]

**FORD Co.**      "New Wireless Interface Standards for Vehicle Infotronics,"
Dates: 1/1/2005 - 12/31/2005      Amount: $34,000 [P.I.]

**LOCKHEED MARTIN Corpn.**      "Network Centric Automatic Target Recognition,"
Dates: 5/1/05-5/30/2007      Amount: $80,000

**T-MOBILE Co.**      "Mesh-Sim: Developing a Simulation Tool for Multi-radio Broadband MESH Networks,"[P.I.]

Dates: 1/1/06- 7/30/07      Amount: $ 79,547

**NSF CCLI**      "A Computing Lab for Integrated Teaching Systems Education,"
Dates: 9/1/05-8/31/07      Amount $10K [Co-P.I. portion; total= $160K]

**NSF CRI**      "Developing Next-Generation Open Source Network Simulator,"
Dates: 6/15/06-6/13/10      Amount $97, 431 [Co-P.I. portion; total UW=$503 K]

8

## FUNDED RESEARCH (contd.)

| | |
|---|---|
| **Boeing Phantom Works** | "Adaptive MIMO Transceivers: PHY/MAC Design Considerationsr for Cognitive, Tactical Radio Networks" |
| Dates: 1/1/07-12/31/07 | Amount $110,000 [P.I.] |
| **NASA** | "A Smart Sensor Web for Ocean Observation: System Design, Modeling and Optimization," |
| Dates: 9/1/06-8/31/09 | Amount $329,640 [Co-P.I. portion; total = $1,481,200] |
| **Ford Corpn.** | "Broadband Wireless Network Assisted Collaborative Vehicle Infotainment" |
| Dates: 3/1/07-2/28/10 | Amount $120,000 [P.I.] |
| **OASD-NI** | "Hybrid C2 Structures: Between Hierarchies and Edge Organizations |
| Dates: 01/01/08-12/31/08 | Amount $114,800 [co-P.I.] |
| **NSF ECS** 0801997 | "Design and Prototyping for Network Convergence" |
| Dates: 6/15/08-6/15/11 | Amount $150,200 [co-P.I, total=$395K] |
| **MIT Lincoln Labs** | "Wireless Networking Research" |
| Dates: 04/01/08 - 06/01/10 | Amount $81, 980 [P.I.] |
| **NSF ECS** 0824265 | "Realizing the Internet of Things via RFID Sensor Nets" |
| Dates: 9/15/08-9/15/12 | Amount $ 500,000 [P.I.] |
| **DHS Center of Excellence** | "Collaborative E-M Imaging and Network Integration for Detection in Complex Environments " |
| Dates: 10/1/08- 07/30/12 | Amount $ 238,046 [P.I.] |
| **AFOSR** | "Cross Layer Networking for Airborne Platforms:Integrating Sensing Communications and Access Protocols " |
| Dates: 04/15/2009 - 03/31/2012 | Amount $ 290,532 [P.I.] |
| **DoE ISD** 3481P1034 | "Distributed Energy Resource Management System" |
| Dates: 9/15/2011 - 03/15/2013 | Amount $ 240,000 [P.I.] |
| **NSF CRI** CNS 1205725 | "Ocean-TUNE: A Community Ocean Testbed for Underwater Wireless Networks," |
| Dates: 05/01/2012- 04/30/2015 | Amount $690,000 [P.I.] |
| **UW Commercialization Gap Fund** | "Broadband Access in TV White Space: System Prototyping for Proof-of-Concept |
| Dates: 9/30/2012-9/30-2013 | $ 22,000 |
| **Nokia Research Center** | "Research in Wireless Networking" |
| Dates: Multiple Gifts (2012 -18) | Amount $ 180,000 [P.I.] |
| **DARPA DSO** | "Knowledge Enhanced Compressive Measurement" |
| Dates: 04/1/2012 - 04/30/2014 | Amount $ 150,000 [P.I.] |
| **NSF EAGER** CNS 1244643 | "Achieving Realism in ns-3 Wireless Network Simulation" |
| Dates: 08/15/2012-08/14/2015 | Amount $ 200,000 [P.I.] |

9

## FUNDED RESEARCH (contd.)

**NSF AST (EARS)** 1443923
Dates: 09/01/2014- 08/31/2018

"Measurement-augmented Spectrum Databases for White Spaces"
Amount $ 345,000 [P.I.]

**AFRL CERFER FA8650-14-D-1722**
Dates:10/15/2014-05/14/2019

"Networked Cognitive Radar: Architectures & Optimizn."
Amount $ 282,000 [P.I.]

**NSF SAVI** 1546950
Dates:09/01/2015-08/31/2018

"iCON: Institute for Cognitive Networking"
Amount $ 133,480 [P.I.]

**NSF EAGR** 1634194
Dates: 05/01/2016-04/30/2018

"A Wide Area, Persistent Spectrum Monitoring System"
Amount $ 149,495 [P.I.]

**Microsoft Azure for Research Awards**
Dates: 05/23/2017- 05/23/2018

"CityScape: State-of-Art Metro Area Radio Spectrum Observatory"
Amount $20,000

**WA JCATI**
Dates: 07/01/2016-07/31/2017

"Advancing State-of-the-Art UAS Networking and Communication"
Amount $ 97, 324 [P.I.]

**NSF CNS NeTS** 1617153
Dates: 10/1/2016-09/30/2021

"Can LTE & WiFi Live HappilyEver After?"
Amount $147,000 [co-P.I. portion]

**NSF EARS** 1643011
Dates: 09/15/2016-09/14/2021

"Mitigating Ultra Faint RFI to Enable Radio Cosmology"
Amount $ 376,534 [co-P.I. portion]

**Nat. Spectrum Consort.**
Dates: 09/01/2016-08/31/2018

"Development & Validation of Accurate Clutter Models for AWS"
Amount $ 589,309 [co-P.I.]

**Nat. Inst. Standards Tech. PSIAP**
Dates:06/01/2017-09/15/2020

"Modeling, Simulation and Performance Evaluation for Future Pu"
Amount $ 1,000,000 [P. I.]

**MIT Lincoln Labs**
Dates: 04/01/2018 - 09/30/2021

"Wireless Networking Research"
Amount $110,694 [P.I.]

**NSF ICE-T** 1836725
Dates: 09/16/2018 - 09/15/2021

"Performance Evaluation of Advanced Wireless Networks Edge In"
Amount $346,364 [P.I.]

**Cisco Gift**
Dates: 03/01/2018 - 2020

" Performance Evaluation of 802.11ax"
Amount $50,000 [P.I.]

**Airbus**
Dates 02/01/2019-09/15/2019

"Comm Link Availability Modeling for UAS Risk Assessment"
Amount $ 64,770 [P.I.]

**Intel Univ. Research Gift**
Dates: 04/15/2019 - 04/15/2022

"mmWave Networking: Design Considerations for 5G "
Amount $90,000 [P.I.]

**NSF CCRI ENS**
Dates 10/01/2020-09/30/2023

"ns-3 Network Simulation for Next-G Wireless"
Amount $ 962,657 [P.I.]

**Mathworks Gift**
Dates: 09/01/2020 -

"WLAN System Simulation"
Amount $35,000 [P.I.]

10

## FUNDED RESEARCH (contd.)

**Facebook Conn. Gift**          "LTE modeling in ns-3 "
Dates: 09/01/2020 -          Amount $55,000 [P.I.]

**Nat. Inst. Standards Tech.**    "Cross-Layer Modeling & Performance Evaluation
                                 of 5G Public Safety based on NR C-V2X Sidelink"
Dates: 10/01/2020 -09/31/2022    Amount $500,000 [P.I.]

## ARCHIVAL JOURNAL PUBLICATIONS

1. H. R. Hashemipour, S. Roy and A. J. Laub, "Decentralized Structures for Parallel Kalman Filtering," *IEEE Trans. Aut. Contr.*, vol. AC-32, Jan. 1988, pp. 88-94.

2. J. J. Shynk and S. Roy, "Convergence Properties and Stationary Points of a Perceptron Learning Algorithm," *Proc. IEEE* (Spl. Issue on Neural Networks II), Oct. 1990, pp. 1599-1604. [reprinted in *Neural Networks: Theoretical Foundations and Analysis*, IEEE Press, ed. C. L. Lau, 1991].

3. S. Roy and J. J. Shynk, "Analysis of the Momentum LMS Algorithm," *IEEE Trans. Acoust. Speech Sig. Proc.*, vol. ASSP-32, Dec. 1990, pp. 2088-2098.

4. S. Roy, R. H. Hashemi and A. J. Laub, "Square-root Parallel Kalman Filtering using Reduced Order Local Filters," *IEEE Trans. Aerosp. Elect. Syst.*, vol. 27, Mar. 1991, pp. 276-290.

5. S. Roy and R. A. Iltis, "Decentralized Linear Estimation in Correlated Measurement Noise," *IEEE Trans. Aerosp. Elect. Syst.*, vol. 27, Nov. 1991, pp. 939-941.

6. T. Ozdemir, S. Roy and R. S. Berkowitz, "Imaging of Shallow Subsurface Objects: An Experimental Investigation," *IEEE Trans. Geosci. Rem. Sen.*, May 1992, pp. 472-481.

7. S. A. Raghavan and S. Roy,"Simple Sequence Detector for Coded (1-D) Partial Response Channel," Elect. Lett., vol. 28, no. 10, May 1992, pp. 962-963.

8. K. C. Abraham and S. Roy, "A Novel High Speed PLC Communication Modem," *IEEE Trans. Power Delivery*, vol. 7, no. 4, Oct. 1992, pp. 1760-1768.

9. S. Roy, J. Yang and C. B. Patel, "Ghost Cancellation for Advanced Compatible TV System using Complementary Sequences," *IEEE Trans. Cons. Elect.*, vol. 38, Nov. 1992, pp. 767-777.

10. Y. Sun, S. Roy, S. A. Kassam and F. Haber, "A Pattern Diversity Method for Multiple Coherent Source Location," *J. Acoust. Soc. Am.*, vol. 92, Dec. 1992, pp. 3213-3220.

11. S. Roy, "Design of Linear Phase FIR Filters using the LMS Algorithm," *IEEE Trans. Sig. Proc.*, vol. 41, Apr. 1993, pp. 1685-1689.

12. J. S. Stadler and S. Roy, "Adaptive Importance Sampling," *IEEE J. Sel. Areas Comm.* (Spl. Issue on Comp. Aided Modelling, Analysis and Design of Communication Links), vol. 11, no. 3, Apr. 1993, pp. 309-316.

13. S. Roy and S. A. Raghavan, "Timing Sensitivity of (MMSE) Linear and DF Equalization for Digital Magnetic Recording Channels," *Proc. IEE*, Pt. I, vol. 140, no. 3, June 1993, pp. 169-175.

14. T. Liu, C. B. Patel, D. Downey, S. Jaffe, J. Yang and S. Roy, "Simulation and Implementation of US QAM-based HDTV Channel Decoder," *IEEE Trans. Cons. Elect.*, vol. 39, Aug. 1993, pp. 676-683.

15. P. S. Kumar and S. Roy, "Two-Dimensional Equalization for High Density Magnetic Recording," *IEEE Trans. Comm.*, vol. 42, no. 2-4, Feb-Apr. 1994, pp. 386-395.

16. J. Yang, S. Roy and N. H. Lewis, "Data Driven Echo Canceller for a Multi-tone Modulating System," *IEEE Trans. Comm.* vol. 42, no. 5, May 1994, pp. 2134-2144.

17. D. S. Chen and S. Roy, "An Adaptive Multi-user Receiver for CDMA Systems," *IEEE J. Sel. Areas Comm.* (Spl. Issue on CDMA Networks II), vol. 12, no. 5, June 1994, pp. 808-816.

18. L. A. Baccala and S. Roy, "A New Time-domain Blind Identification Method Based on Cyclostationarity," *IEEE Sig. Proc. Letters*, vol. 1, no. 6, June 1994, pp. 89-91.

19. J. Yang and S. Roy, "Joint Transmitter/Receiver Optimization for Multi-input, Multi-output (MIMO) Systems with Decision Feedback," *IEEE Trans. Inf. Theory*, vol. 40, no. 5, Sep. 1994, pp. 1334-1347.

20. J. Yang and S. Roy, "On Joint Transmitter and Receiver Optimization for Multiple Input, Multiple Output (MIMO) Transmission Systems," *IEEE Trans. Comm.*, vol. 42, no. 12, Dec. 1994, pp. 3221-3231.

21. M. P. Wylie, S. Roy and H. Messer, "Self-Calibration of Linear Equi-spaced Arrays," *IEEE Trans. Sig. Proc.*, vol. 42, Dec. 1994, pp. 3449-3459.

22. B. Jeličić and S. Roy, "Design of Trellis Coded QAM for Flat Fading and AWGN Channels," *IEEE Trans. Veh. Tech.*, vol. 44, no. 1, Feb. 1995, pp. 192-201.

23. J. S. Stadler and S. Roy, "Importance Sampling for the Detection of Random Signals," *IEEE Trans. Comm.*, vol. 43, Dec. 1995, pp. 2862-2865.

24. P. S. Kumar and S. Roy, "Optimization for Cross-talk Suppression with Non-coordinating Users," *IEEE Trans. Comm.*, vol. 44, July 1996, pp. 894-905.

25. C. B. Schlegel, S. Roy, P. Alexander and Z.-J. Xiang, "Multi-user Projection Receivers," *J. Sel. Areas Commun. Spl. Issue on CDMA Networks III*, vol. 14, Oct. 1996, pp. 1610-1618.

26. B. Jeličić and S. Roy, "Design of AM-TCM Schemes for the Impulse Noise Environment," *IEEE Trans. Comm.*, vol. 44, Oct. 1996, pp.1217-1221.

27. B. Jeličić and S. Roy, "Cutoff Rates for Coordinate Interleaved QAM over Rayleigh Fading Channels," *IEEE Trans. on Comm.*, vol. 44, Oct. 1996, pp. 1231-1233.

28. T.-J. Lim and S. Roy, "Adaptive Detectors for Multiuser CDMA", *Wireless Networks*, vol. 4. no. 4, pp. 307-318, 1998.

29. C. Schlegel, P. Alexander and S. Roy "Coded Asynchronous CDMA and Its Efficient Detection," *IEEE Trans. Info. Theory*, vol. 44, no. 6 Nov. 1998, pp. 2837-2847.

30. Y. Song and S. Roy, "Blind Adaptive Reduced-Rank Detection for DS-CDMA Signals in Multipath Channels," *J. Sel. Areas. Comm. Wireless Series*, vol. 17, no. 11, Nov. 1999, pp. 1960-1970.

31. S. Roy, "Subspace Blind Adaptive Detection for Multi-User CDMA", *IEEE Trans. Comm.*, vol. 48, no. 1, Jan. 2000, pp. 169-175.

32. C-Y. Li and S. Roy, "Performance of Frequency-Time MMSE Equalizer for MC-CDMA over Multipath Fading Channel," *Wireless Personal Communications*, vol. 18, no. 2, 2001, pp. 179-192.

33. S. Roy and H. Yan, "Blind Channel Estimation in Multi-Rate CDMA Systems", *IEEE Trans. Commun.*, vol. 50, June 2002, pp. 995-1004.

34. S. Aramvith, C-W. Lin, S. Roy and M-T. Sun, "Wireless Video Transport Using Conditional Retransmission and Low-Delay Interleaving," *IEEE Trans. Circuits Syst. Video Tech.*, vol. 12, Jun. 2002, pp. 558-565.

35. C.-Y. Li and S. Roy, "Subspace Based Blind Channel Estimation Method for OFDM Systems without Cyclic Prefix," *IEEE Trans. Wireless Commn.*, vol. 1, no. 4, Oct. 2002, pp. 572-579.

36. A.Abouzeid and S. Roy, "Modelling Random Early Detection in a Heterogeneous Differentiated Services Network," *Computer Networks*, vol. 40, Nov. 2002, pp. 537-556.

37. C.-Y. Li and S. Roy, "Subspace Based Blind Channel Estimation for OFDM by Exploiting Virtual Carriers," *IEEE Trans. Wireless Commn.*, Jan. 2003, pp. 141-150.

38. A. Abouzeid, S. Roy and M. Azizoglu, "Comprehensive Performance Analysis for a TCP Session over a Wireless Fading Link with Queueing," *IEEE Trans. Wireless Commun.*, vol. 2, Mar. 2003, pp. 344-356.

39. A. Abouzeid and S. Roy, "Stochastic Modeling of TCP in Networks with Abrupt Delay Variations," *Wireless Networks*, vol. 9, Sep. 2003, pp. 509-524.

40. R. C. Shah, S. Roy, S. Jain and W. Brunette, "Data Mules: Modelling a Three-tier Architecture for Sparse Sensor Networks,", *Elsevier AdHoc Networks J.*, Spl. Issue on Sensor Networks Applicns. & Protocols, vol. 1, Sept. 2003, pp. 215-233.

41. P. Smith, S. Roy and M. Shafi, "Capacity of MIMO Systems with Semicorrelated Flat Fading," *IEEE Trans. Inf. Theory*, vol. 49, Oct. 2003, pp. 2781-2788.

42. S. Roy, J. R. Foerster, V. S. Somayazulu and D. G. Leeper, "Ultra Wideband Radio Design: The Promise of High-speed, Short-range Wireless Connectivity,", *Proc. IEEE Spl. Issue on Gigabit Wireless*, Feb. 2004, pp. 295-311.

13

43. J. Zhu and S. Roy, "Improving Link Layer Performance on Satellite Channels with Shadowing with Delay Two-Copy ARQ," *IEEE J. Sel. Areas Commn.*, Spl. Issue on "Broadband IP Networks via Satellites," vol. 22, Apr. 2004, pp. 472-481.

44. H. Mir and S. Roy, "Optimum Transmitter/Receiver Design for Narrowband Overlay in Non-coordinated Subscriber Lines," *IEEE Trans. Communications*, vol. 52, June 2004, pp. 992-998.

45. J. Zhu and S. Roy, "An 802.11 Based Slotted Dual-Channel Reservation MAC Protocol for Multimedia Multi-Hop Networks," *ACM/Kluwer Mobile Networking & Appl. (MONET)*, Spl. Issue WLAN Optimization at MAC and Network Levels, 2004.

46. J. Zhu, X. Guo, L. Yang, W. Steven Conner, S. Roy and M. Hazra, "Adapting Physical Carrier Sensing to Maximize Spatial Reuse in 802.11 MESH Networks," *Wiley J. Wireless Communications and Mobile Computing,*, Spl. Issue on Emerging WLAN Applications and Technologies, vol. 4, no. 8, pp. 933-946, 2004.

47. H. Yan and S. Roy, "Parallel Interference Cancellation for Uplink Multirate Overlay CDMA Channels," *IEEE Trans. Communications*, vol. 53, Jan. 2005, pp. 152-161.

48. L. Shao and S. Roy, "Rate-1 Space-Frequency Block Codes with Maximum Diversity for MIMO-OFDM," *IEEE Trans. Wireless Communications*, vol. 4. July 2005, pp. 1674-1687.

49. B. Jiang, K. Fishkin, S. Roy and M. Philipose "Unobtrusive Long Range Detection of Passive RFID Tag Motion," *IEEE Trans. Instrumentation & Measurement*, Feb. 2006, pp. 187-196.

50. S. Jain, R. C. Shah, G. Borriello, W. Brunette and S. Roy, "Exploiting Mobility for Energy Efficient Data Collection in Sensor Networks," *ACM/Kluwer Mobile Networks and Applications*, June 2006, pp. 327-339. [prelim. version in IEEE/ACM Modelling, Optimization in Mobile, Ad-Hoc Wireless Networks (WiOpt) 2004].

51. R. Iyappan and S. Roy, "On Acquisition of Ultra-Wideband Direct Sequence Spread-Spectrum Signals,"*IEEE Trans. Wireless Commn.*, June 2006, pp. 1537-1546.

52. J. Zhu, S. Roy and J. Kim, "Performance Modelling of TCP Enhancements in Terrestrial-Satellite Hybrid Networks," *IEEE Trans. Networking*, vol. 14, Aug. 2006, pp. 753-766.

53. B. Jiang, J. R. Smith, M. Philipose, S. Roy, K. Sundara-Rajan and A. V. Mamishev, "Energy Scavenging for Inductively Coupled Passive RFID Systems," *IEEE Trans. Instrumentation & Measurement*, Feb. 2007, pp. 118-125.

54. R. Iyappan, A. Das and S. Roy, "Analysis of Contention Access Part of IEEE 802.15.4 MAC," *ACM Trans. Sensor Networks*, vol. 3, Mar. 2007.

55. H. Ma, S. Roy and J. Zhu, "On Loss Differentiation for CSMA-based Dense Wireless Network," *IEEE Communications Lett.*, Nov. 2007, pp. 877-879.

14

56. H. Ma, J. Zhu, S. Roy and S-Y. Shin, "Joint Transmit Power and Physical Carrier Sensing Adaptation based on Loss Differentiation for High Density IEEE 802.11 WLAN," *Computer Networks*, vol. 52, June 2008, pp. 1703-1720.

57. Y-C Ko, S. Roy, J. R. Smith, H-W Lee and C-H Cho, "RFID MAC Performance Evaluation Based on ISO/IEC 18000-6 Type C," *IEEE Commn. Letters*, June 2008, pp. 426-428.

58. H. Alazemi, A. K. Das, R. Vijayakumar and S. Roy, "Fixed Channel Assignment Algorithms for Multi-radio Multi-channel Mesh Networks," *Wiley J. Wireless Commun. and Mobile Comput.*, vol. 8, no. 6, Aug. 2008.

59. B. Liu, H. Li, H. Liu and S. Roy, "DPC-based Hierarchical Broadcasting: Design and Implementation," *IEEE Trans. Veh. Tech.*, Nov. 2008, pp. 3895-3900.

60. N. Parrish, L. Tracy, S. Roy, P. Arabshahi and W. L. J. Fox, "System Design Considerations for Undersea Networks: Link and Multiple Access Protocols," *IEEE J. Sel. Areas Communications, Spl. Issue Underwater Wireless Communications and Networks*, vol. 26, Dec. 2008, pp. 1720-1730.

61. L. Luo, N. Neihart, S. Roy and D. J. Allstot, "A Two Stage Sensing Technique for Dynamic Spectrum Access," *IEEE Trans. Wireless Commn.*, vol. 8, Jun 2009, pp. 3028-3037.

62. Y-C. Ko, S. Roy, C-H.Cho, H-W. Lee and H. K. Garg, "Multiple Feedback Algorithm for RFID MAC Protocols," *IEEE Comm. Letters*, Sep. 2009, pp. 1640-1642.

63. H. Ma, R. Vijaykumar, S. Roy and J. Zhu, "Optimizing 802.11 Wireless Mesh Networks Based on Physical Carrier Sensing," *IEEE/ACM Trans. Networking*, vol. 17, Oct. 2009, pp. 1550-1563.

64. I. Purushothaman and S. Roy, "FastScan - A Handoff Scheme for Voice over 802.11 WLANs," *Wireless Networks*, no. 7, 2010, pp. 2049-2063.

65. Y. Lin, K. DeSouza and S. Roy, "Measuring Agility of Networked Organizational Structures via Network Entropy and Mutual Information," *Applied Math. & Computation*, July 2010, pp. 2824-2836.

66. F. Ye, S. Roy and Z. Niu, "Flow Oriented Channel Assignment for Multi-radio Wireless Mesh Networks," *EURASIP J. Wireless Commn. and Networking*, vol. 10, 2010.

67. S. Roy, V. Jandhyala, J. R. Smith, D. J. Wetherall, B. Otis, R. Chakraborty, M. Buettner, D. J. Yaeger, Y. C. Ko and A. Sample, "RFID: From Supply Chains to Sensor Nets," *Proc. IEEE Spl. Issue RFID*, Sep. 2010, pp. 1583-1591.

68. B. Howe, Y. Chao, P. Arabshahi, S. Roy, T. McGinnis and A. Gray, "A Smart Sensor Web for Ocean Observation: Fixed and Mobile Platforms, Integrated Acoustics, Satellites and Predictive Modeling," *IEEE J. of Selected Topics in Earth Observations and Remote Sensing, Spl. Issue on on Earth Observation Sensor Web*, Dec. 2010, pp. 507-521.

69. F. Ye, R. Yim, S. Roy and J. Zhang, "Efficiency and Reliability of One-Hop Broadcasting in Vehicular Ad-Hoc Networks," *IEEE JSAC Spl. Issue on Vehicular Communications and Networks*, Jan. 2011, pp. 151-160.

70. R. Chakraborty, S. Roy and V. Jandhyala, "Revisiting RFID Link Budgets for Technology Scaling: Range Maximization of RFID Tags," *IEEE Trans. Microwave Theory & Tech.*, Feb. 2011, pp. 496-503.

71. L. Luo and S. Roy, "Modeling and Analysis of Detection Time Trade-offs for Channel Searching in Cognitive Radio Networks," *IET Communications*, 2012, pp. 819-827.

72. G. Hwang and S. Roy, "Design and Analysis of Optimal Random Access Policies in Cognitive Radio Networks," *IEEE Trans. Commn.*, Jan. 2012, pp. 121-131.

73. F. Ye, S. Roy and H. Wang, "Efficient Data Dissemination in Vehicular Ad Hoc Networks," *IEEE J. Sel. Areas Commn. Spl. Issue Broadband Wireless Commns. for High Speed Vehicles*, May 2012, pp. 769-779.

74. H. Qiang and S. Roy, "An Informational Theoretical Analysis of Kinase Activated Phosphorylation-Dephosphorylation Cycle," *IEEE Trans. Nano-Bio Science*, Sep. 2012, pp. 289-295.

75. L. Luo and S. Roy, "Efficient Spectrum Sensing for Cognitive Radio Networks via Joint Optimization of Sensing Threshold and Duration," *IEEE Trans Commn.*, Oct. 2012, pp. 2851-2860.

76. C. S. Boyer and S. Roy, "Coded QAM Backscatter Modulation For RFID," *IEEE Trans. Commn.*, July 2012, pp. 1925-1934.

77. L. Bai and S. Roy, "Compressive Spectrum Sensing Using a Bandpass Sampling Architecture," *IEEE J. Emerging & Sel. Topics in Circuits and Syst., Spl. Issue on Compressive Sensing*, Sep. 2012, pp. 433-442.

78. X. Li, H. Liu, S.Roy, J. Zhang, P. Zhang and C. Ghosh, "Throughput Analysis for a Multi-user, Multi-channel ALOHA Cognitive Radio System," *IEEE Trans. Wireless Commn.*, Nov. 2012, pp. 3900-3909.

79. C. Ghosh, S. Roy and M. B. Rao, "Modeling and Validation of Channel Idleness & Spectrum Availability for Cognitive Networks," *IEEE J. Sel. Areas. Commn. - Cognitive Radio Series*, Nov. 2012, pp. 2029-2039.

80. A. Al-Mutairi, S. Roy and G. U. Hwang, "Delay Analysis of OFDMA-Aloha," *IEEE Trans. Wireless Commn.*, Jan. 2013, pp. 89-99.

81. F. Hessar and S. Roy, "Energy Based Performance Evaluation of Passive EPC Gen 2 Class 1 RFID Systems," *IEEE Trans. Commn.*, Apr. 2013, pp. 1337-1348.

82. C. S. Boyer and S. Roy, "Space Time Coding for Backscatter RFID," *IEEE Trans. Wireless Communications*, May 2013, pp. 2272-2280.

83. M. H. Firooz and S. Roy, "Data Dissemination in Wireless Networks with Network Coding," *IEEE Commn. Letters*, May 2013, pp. 944-947.

84. L. Y. Bai and S. Roy, "A Two-stage Approach for Network Monitoring," *J. Network and Systems Management*, June 2013, pp. 238-263.

16

85. M. H. Firooz, Z. Chen, S. Roy and H. Liu, "Wireless Network Coding via Modified 802.11 MAC/PHY: Design and Implementation on SDR," *IEEE J. Sel. Areas Commn. Spl. Issue on Theories and Methods for Advanced Wireless Relays*, Aug. 2013, pp. 1618-1628.

86. M. H. Firooz and S. Roy, "Link Delay Estimation via Expander Graphs," *IEEE Trans. Comm.*, Jan. 2014, pp. 170-181.

87. C. S. Boyer and S. Roy, "Backscatter Communications and RFID: Coding, Energy and MIMO Analysis," *IEEE Trans. Comm.*, Mar. 2014, pp. 770-785 [*Invited Paper*].

88. Y. Yang and S. Roy, "Grouping Based MAC Protocols for EV Charging Data Transmission in Smart Metering Network," *JSAC Smart Grid Communications Series*, July 2014, pp. 1328-1343.

89. N. Shlayan, P. Kachroo, S. Roy and M. Zhang, "High Performance Vehicle Streams: Communication and Control Architecture," *IEEE Trans. Veh. Technology*, Feb. 2014, pp. 3560-3568.

90. A. Mahalanobis, R. Muise and S. Roy, "Efficient Target Detection using an Adaptive Compressive Imager," *IEEE Trans. Aerospace & Elect. Systems*, Oct. 2014, pp. 2528-2540.

91. A. Al-Mutairi and S. Roy, "An OFDM-aware Reservation Random Access Protocol for Interference Mitigation in OFDMA Femtocells," *IEEE Trans. Comm.*, Jan. 2015, pp. 301-310.

92. M.W. Lee, G-U. Hwang and S. Roy, "Per Node Throughput and Fairness of IEEE 802.11 Wireless Networks with Hidden Nodes," *Performance Evaluation*, May 2015, pp. 60-73.

93. F. Hessar and S. Roy, "Capacity Considerations for Secondary Networks in TV White Space," *IEEE Tran. Mobile Comput.*, Sep. 2015, pp. 1780-1793.

94. A. Al-Mutairi and S. Roy, "Impact of Traffic Load on OFDMA Femtocells Interference Mitigation," *IEEE J. Sel. Areas Commn, Spl. Issue on Recent Advances in Heterogeneous Cellular Networks*, Oct. 2015, pp. 2017-2026.

95. H-A. Safavi-Naeini, S. Roy and S. Ashrafi, "Spectrum Sharing of Radar and Wi-Fi Networks: The Sensing/Throughput Tradeoff" *IEEE Trans. Cognitive Comm. & Networking*, Dec. 2015, pp. 372-382.

96. F. Hessar and S. Roy, "Spectrum Sharing between a Surveillance Radar and Secondary Wi-Fi Networks," *IEEE Trans. Aerosp. Electronic Systems*, Jun 2016, pp. 1434-1448 (**M. Barry Carlton Best Paper Award**).

97. S. Ashrafi, C. Feng and S. Roy, "Performance Analysis of CSMA with Multipacket Reception: The Inhomogenous Case," *IEEE Trans. Commn.*, Jan. 2017, pp. 230-243.

98. X. Ying, S. Roy and R.Poovendran, "Pricing Mechanisms for Crowd Sensed Spatial Statistics-Based Radio Mapping," *IEEE Trans. Cognitive Comm. & Networking*, Jun. 2017, pp. 242-254.

99. M. Mehrnoush and S. Roy, "Coexistence of WLAN Network with Radar: Detection and Interference Mitigation," *IEEE Trans. Cognitive Comm. & Networking*, Dec. 2017, pp. 655-667.

17

100. A. Tang, S. Roy and X. Wang, "Coded Caching for Wireless Backhaul Networks with Unequal Link Rates," *IEEE Trans. Comm*, Jan. 2018, pp. 1-13.

101. S. Mishra and S. Roy, "Market Mechanisms for Dynamic Spectrum Access," *IEEE Trans. Wireless Comm.*, May 2018, pp. 3071-3081.

102. S. Ashrafi, C. Feng and S. Roy, "Compute-and-Forward for Random-Access: The Case of Multiple Access Points," *IEEE Trans. Comm.*, Aug. 2018, pp. 3434-3443.

103. M. Mehrnoush, V. Sathya, S. Roy and M. Ghosh, "Analytical Modeling of WiFi and LTE-LAA Coexistence: Throughput and Impact of Energy Detection Threshold," *IEEE/ACM Trans. Networking*, Aug. 2018, pp. 1990-2003.

104. X. Ying, M. Buddhikot and S. Roy, "SAS-Assisted Coexistence-Aware Dynamic Channel Assignment in CBRS Band," *IEEE Trans. Wireless Comm.*, Sep. 2018, pp. 6307-6320.

105. M. Mehrnoush, S. Roy, V. Sathya and M. Ghosh, "On the Fairness of Wi-Fi and LTE-LAA Coexistence," *IEEE Trans. Cognitive Comm. & Networking*, Dec. 2018, pp. 735-748.

106. S. Gopal, S. K. Kaul and S. Roy, "Optimizing City-wide WiFi Networks in TV White Spaces," *IEEE Trans. Cognitive Comm. & Networking*, Dec. 2018, pp. 749-763.

107. M. Wilensky, M. F. Morales, B. Hazelton, N. Barry, R. Byrne and S. Roy, "Absolving the SSINS of Precision Interferometric Radio Data: A New Technique for Mitigating Ultra-faint Radio Frequency Interference," *Publ. Astron. Soc. Pacific*, Oct. 2019.

108. S. Roy and M. Mehrnoush, "A New Poisson Process Based Model for LOS/NLOS Discrimination in Clutter Modeling," *IEEE Trans. Antennas & Prop.*, Dec. 2019, pp. 7538-7549.

109. Y. Gao and S. Roy, "Achieving Proportional Fairness for LTE-LAA and WiFi Coexistence in Unlicensed Spectrum," *IEEE Trans. Wireless Commn.*, May 2020, pp. 3390-3404.

110. C. Brady and S. Roy, "Analysis of Mission Critical Push-to-Talk (MCPTT) Services over Public Safety Networks," *IEEE Wireless Comm. Letters*, May 2020, pp. 1462-1466.

111. X. Gao, G. Xing, S. Roy and H. Liu, "RAMP-CNN: A Novel Neural Network for Enhanced Automotive Radar Object Recognition," *IEEE Sensors Journal*, Feb. 2021, pp. 5119-5132.

112. H. Yin, L. Zhang and S. Roy, "Multiplexing URLLC Traffic within eMBB Services in 5G NR: Fair Scheduling," *IEEE Trans. Comm.*, Feb. 2021, pp. 1080-1093.

113. L. Lanante and S. Roy, "Analysis and Optimization of Channel Bonding in Dense IEEE 802.11 WLANs," *IEEE Trans. Wireless Comm.*, Mar. 2021, pp. 2150-2160.

114. L. Zhang, Y. Chen, Z. Chen and S. Roy, "Communications-Caching-Computing Resource Allocation for Bi-Directional Data in Mobile Edge Networks," *IEEE Trans. Commn.*, Mar. 2021, pp. 1496-1509.

18

115. S. Jin and S. Roy, "FMCW Radar Network: Multiple Access and Interference Mitigation," *IEEE J. Sp. Topics Sig. Proc.*, Jun. 2021, pp. 968-979.

116. X. Gao, S. Roy and G. Xing, "MIMO-SAR: A Hierarchical High-resolution Imaging Algorithm for FMCW mmWave Radar in Autonomous Driving," *IEEE Tran. Veh. Tech.*, Aug. 2021, pp. 7322-7334.

117. S. Gopal, S. K. Kaul, R. Chaturvedi, and S. Roy, "Coexistence of Age and Throughput Optimizing Networks: A Spectrum Sharing Game," *IEEE/ACM Trans. Networking*, Aug. 2021, pp. 1494-1508.

118. S. Jin, S. Roy and T. R. Henderson, "Efficient PHY Layer Abstraction for Fast Simulations in Complex System Environments," *IEEE Trans. Comm.*, Aug.2021, pp. 5649-5660.

119. C. Brady and S. Roy, "A Robust Algorithm for LTE D2D (Sidelink) Discovery for Public Safety Communications," *IEEE Systems J.*, July 2021, pp.1-12.

120. S. Nayak and S. Roy, "Novel Markov Chain Based URLLC Link Adaptation Method for Vehicular Networks," *IEEE Trans. Veh. Tech.*, Dec. 2021, pp. 12302-12311.

121. L. Lanante, C. Ghosh and S. Roy, "Hybrid OFDMA Random Access with Resource Unit Sensing for Next-gen 802.11ax WLANs," *IEEE Trans. Mob. Comput.*, Dec. 2021, pp. 3338-3350.

122. L. Lanante and S. Roy, "Performance Analysis of the IEEE 802.11ax OBSS PD Based Spatial Reuse," *IEEE/ACM Trans. Networking*, Apr. 2022, pp. 616-628.

123. L. Zhang, H. Yan, S. Roy and L. Cao, "Multi-access Point Coordination for Next-Gen WiFi Networks Aided by Deep Reinfocement Learning," *IEEE Systems J.*, Jun. 2022, pp. 1-12.

124. X. Gao, H. Liu, S. Roy, G. Xing, A. Alansari and Y. Luo, "Learning to Detect Open Carry and Concealed Object with 77 GHz Radar,"*IEEE J. Spl. Topics in Signal Processing* Spl. Issue on Deep Learning for High Dimensional Sensing, Jun. 2022, pp. 791-803.

125. H. Yin, S. Roy and L. Cao, "Routing and Resource Allocation for IAB Multi-Hop Network in 5G Advanced," *IEEE Trans. Comm.*, Aug 2022 (accepted).

## MAGAZINE PUBLICATIONS, CONTRIBUTED ARTICLES, BOOK CHAPTERS, ONLINE PUBLICATIONS

1. S. Roy, J. Yang and P. S. Kumar, "Joint Transmitter/Receiver Optimization for Multi-user Communications," in *Cyclostationarity in Communications and Signal Processing*, ed. W. A. Gardner, IEEE Press, Dec. 1993, pp. 327-359.

2. S. Roy, D. S. Chen and S.-C. Mau, "Adaptive Multi-user Decorrelating Receivers for CDMA Systems," in *Wireless and Mobile Communications*, ed. J. M. Holtzmann and D. J. Goodman, Kluwer Acad., Norwell, MA. pp. 67-82.

3. S. Roy and P. Zhang, "Importance Sampling," in *Encyclopaedia of Environmetrics*," Wiley, 2001.

19

4. J. Zhu and S. Roy, "Media Access Control for Dedicated Short Range Communications in Intelligent Transportation Systems," *IEEE Communications Magazine*, Dec. 2003, pp. 60-67.

5. J. Zhu, S. Roy, X. Guo and W. S. Conner, "Maximizing Aggregate Throughput in 802.11 Mesh Networks with Physical Carrier Sensing and Two-radio Multichannel Clustering," Proc. NSF-RPI Workshop on Pervasive Computing and Networking, Apr. 2004, Kluwer Acad.

6. S. Roy and R. Iyappan, "Channel Estimation for High-rate Ultra Wideband Systems," in *UWB Communication Systems: A Comprehensive Overview*, ed. M-G. di Benedetto et al., EURASIP Book Series on Sig. Proc. & Communications, vol. 5 2006, pp. 118-142.

7. K. Fishkin, S. Roy and B. Jiang, "Some Methods for Privacy in RFID Communication," in *Security in Ad-hoc and Sensor Networks*, Lecture Notes in Computer Science, Springer Verlag, vol. 3313, 2005.

8. M. Philipose, J. R. Smith, B. Jiang, A. Mamishev, S. Roy, K. Sundara-Rajan "Battery-free Wireless Idenfication and Sensing" *IEEE Pervasive Computing Magazine*, Spl. issue on Energy Harvesting and Conservation, Jan-Mar. 2005, pp. 37-45.

9. J. R. Smith, M. Philipose, B. Jiang, K. Sundara-Rajan, S. Roy and A. Mamishev, "RFID Based Techniques for Human Activity Detection," *Communications of ACM*, Sep. 2005.

10. R. Iyappan and S. Roy, "Clear Channel Assessment in Energy-constrained Wideband Wireless Networks," *IEEE Wireless Commun. Magazine*, June 2007, pp. 70-78.

11. R. Vijaykumar, A. K. Das, S. Roy and H. Ma, "Multi-radio Multi-channel Mesh Networks," in *Wireless Mesh Networking: Architectures, Protocols and Standards*, Auerbach Publications, 2007, pp. 49-78.

12. C. Ghosh, D. Cavalcanti and S. Roy, "Coexistence Challenges for Heterogeneous Cognitive Wireless Networks in TV White Spaces," *IEEE Wireless Communications Magazine*, Aug. 2011, pp. 22-31.

13. S. Roy, D. Nordell and S. S. Venkata, "Lines of Communication: Architecture and Solutions for Linking Elements of the Smart Distribution Grid," *IEEE Power & Energy Magazine*, Sep-Oct. 2011, pp. 64-73.

14. Bo Gao, J-M. Park, Y. Yang, and S. Roy, "A Taxonomy of Coexistence Mechanisms for Heterogeneous Cognitive Radio Networks Operating in TV White Spaces," *IEEE Wireless Commn. Magazine*, Aug. 2012, pp. 41-48.

15. A. Al-mutairi and S. Roy, "The Case for Random Access in OFDMA Femto Cells," *IEEE Wireless Commn. Magazine*, Oct. 2013, pp. 118-124.

16. S. Roy, "TV White Space Networking: A (U.S. centric) Retrospective," in IEEE COMSOC TCCN Communications, vol. 1, no.1 Dec. 2015 http://cn.committees.comsoc.org/communications

17. R. Ramjee, S. Roy and K. Chintalapudi, "A Critique of FCC's TV White Space Regulations," *GetMobile: Mobile Computing and Communications*, ACM Sigmobile, 2016; http://www.sigmobile.org/pubs/getmobile/

18. M. Mehrnoush and S. Roy, "Physical Layer Coexistence: WLAN/Radar Case Study," *Handbook of Cognitive Radio*, ed. W. Zhang, Springer, 2017.

19. F. Hessar, A. Ashok and S. Roy, "Radar Wi-Fi Spectrum Sharing: Evaluation of Radar Protection Regions, *Radar & Comm. Spectrum Sharing*, ed. S. D. Blunt, E. S. Perrins; IET London, 2017.

20. X. Ying, S. Roy and F. Hessar, "Indoor-Outdoor TV White and Gray Space Availability: A U.S. Case Study," *TV White Space Communications & Networks*, ed. R. Stewart, D. Crawford and A. Stirling, Elsevier, 2017.

21. V. Sathya, M. Mehrnoush, M. Ghosh and S. Roy, "Wi-Fi/LTE-U Coexistence: Real-time Issues and Solutions," *IEEE Access*, pp. 9221-9234, Jan. 2020.

22. V. Sathya, S. M. Kala, M. I. Rochman, M. Ghosh and S. Roy, "Standardization Advances for Cellular and Wi-Fi Coexistence in Unlicensed 5 Ghz and 6 GHz," *ACM GetMobile*, Mar. 2020, pp. 5-15.

23. S. Avallone, P. Imputato, G. Redieteab, C. Ghosh and S. Roy, "Will OFDMA Improve the Performance of 802.11 WiFi Networks?," *IEEE Wireless Comm. Magazine*, Jun. 2021, pp. 100-107.

24. S. Jin, X. Gao and S. Roy, "Cognition in Automotive Radars," chapter in *Next Generation Cognitive Radar Systems*, ed. K. V. Mishra et al., IET, UK, 2021.

## REFEREED CONFERENCE PUBLICATIONS

1. S. Roy and R. A. Iltis, "Application of Block Kalman Filter to Multisensor Estimation with Uncertain Measurements," *Proc. IEEE Int. Conf. Acoust. Speech Sig. Proc.*, Tokyo, June 1986, pp. 2815-2818.

2. S. Roy and R. A. Iltis, "Hierarchical Estimation in Correlated Noise," *IEEE Int. Symp. Inf. Theory*, Ann Arbo, MI, Oct. 1986, pp. 22.

3. R. H. Hashemi, S. Roy and A. J. Laub, "Decentralized Structures for Parallel Kalman Filtering," *Proc. 10th World Congress Int. Fed. Aut. Contr.*, Munich, July 1987, vol. 9, pp. 267-272.

4. S. Roy, P. Bhimasankaran and R. A. Iltis, "Some Results in Optimal Hierarchical Estimation," *Proc. 26th IEEE Conf. Decis. and Contr.*, Los Angeles, Dec. 1987, pp. 2229-2232 (invited).

5. R. H. Hashemi, S. Roy and A. J. Laub, "Parallel Structure for Kalman Filtering," *Proc. 26th IEEE Conf. Decis. and Contr.*, Los Angeles, Dec. 1987, pp. 2229-2232 (invited).

6. J. J. Shynk and S. Roy, "The LMS Algorithm with Momentum Updating," *Proc. 1988 IEEE Int. Symp. Circuits & Syst.*, Espoo, Finland, Jun. 1988, pp. 2651-2654.

7. S. Roy and R. A. Iltis, "Tracking a Maneuvering Target using Combined Probabilistic Data and Maneuver Association," *Proc. European Sig. Proc. Conf.*, Grenoble, France, 1988, pp. 783-786.

8. J.-S. Lee and S. Roy, "Some Properties of Optimum Decentralized Detection," *Proc. Conf. on Inf. Sci. Syst.*, Johns Hopkins Univ., Baltimore, MD., Mar. 1989, pp. 163.

9. Y. Sun, S. A. Kassam, F. Haber and S. Roy, "A Pattern Diversity Method for Multiple Coherent Source Location," *Proc. IEEE Int. Conf. Acoust. Speech Sig. Proc.*, Glasgow, Scotland, May 1989, pp. 2262-2265.

10. S. Roy and P. Mookerjee, "Hierarchical Estimation with Reduced Order Local Observers," *Proc. 28th IEEE Conf. Decis. Contr.*, Tampa, FL., Dec. 1989, pp. 835-836.

11. T. Ozdemir, S. Roy and R. S. Berkowitz, "Exact Solution for the Propagation Time in Bistatic Radar Geometry for Subsurface Imaging Applications," *Proc. 8th Annual Ben Franklin Symp.*, Philadelphia, PA, Mar. 1990, pp. 44-47.

12. J. J. Shynk and S. Roy, "Analysis of a Perceptron Learning Algorithm with Momentum Updating," *Proc. IEEE Int. Conf. Acoust. Speech Sig. Proc.*, Albuquerque, NM, 1990, pp. 1377-1380.

13. N. J. Bershad and S. Roy, "Performance of the 2-2 Constant Modulus Algorithm for Rayleigh Fading Sinusoids in Gaussian Noise," *Proc. IEEE Int. Conf. Acoust. Speech Sig. Proc.*, Albuquerque, NM, 1990, pp. 1675-1678.

14. S. Roy, T. Kim, R. S. Berkowitz, W. G. Graham and D. Carlson, "Subsurface Radar for Detection of Buried Targets," *Proc. IEEE Int. Radar Conf.*, Arlington, VA May 1990, pp. 129-134.

15. J. J. Shynk and S. Roy, "Perceptron Convergence Models for Gaussian Input Signals," *Proc. Fifth European Sig. Proc. Conf.*, Barcelona, Spain, Sept. 1990, pp. 1619-1622.

16. N. H. Lewis and S. Roy, "Performance of LMS Echo Cancellers with Cyclostationary Inputs," *Proc. Conf. Inf. Sci. Syst.*, Johns Hopkins Univ., Baltimore, MD, Mar. 1991, pp. 798-803.

17. J. Yang, S. Roy and H. V. Sorensen, "An Efficient Data-drive Echo Canceller for Multi-carrier Modulation Systems," *Proc. Conf. Inf. Sci. Syst.*, Johns Hopkins Univ., Baltimore, MD., Mar. 1991, pp. 780-785.

18. P. S. Kumar and S. Roy, "MMSE Linear and Decision Feedback Equalization for Digital Multi-track Magnetic Recording Systems," *Proc. Conf. Inf. Sci. Syst.*, Princeton Univ., NJ., Mar. 1992, pp. 717-723.

19. J. S. Stadler and S. Roy, "Importance Sampling for Detection Systems with a Memoryless Non-linearity," *Proc. IEEE Int. Conf. Comm.*, Chicago, IL., June 1992, pp. 1307-1311.

20. J. Yang and S. Roy, "Optimal MMSE Transmission using Block Encoder-Decoder and DFE," *Proc. IEEE Global Telecom. Conf.*, Orlando, FL., Dec. 1992, pp. 54-58.

21. B. Jelicic and S. Roy, "TCM Construction for Joint Flat Fading and AWGN Channel," *Proc. Conf. Inf. Sci. and Syst.*, Johns Hopkins Univ., Baltimore, MD., Mar. 1993, pp. 863-868.

22. M. P.Wylie, S. Roy and R. F. Schmitt, "Self-calibration of Linear Equi-spaced (LES) Arrays," *Proc. IEEE Int. Conf. Acoust. Speech Sig. Proc.*, Minneapolis, MN., Apr. 1993, vol. 1, pp. 281-284.

22

23. J. S. Stadler and S. Roy, "On the Use of Improved Importance Sampling in the Simulation of Digital Communications Systems," *Proc. IEEE Global Telecom. Conf.*, Houston, TX., Dec. 1993, vol. 4, pp. 143-148.

24. S. V. Schell, D. Smith and S. Roy, "Blind Channel Identification using Subchannel Response Matching," *Proc. 1994 Conf. Inf. Sci. Syst.*, Princeton Univ., NJ., Mar. 1994, pp. 858-862.

25. L. A. Baccala and S. Roy, "Time Domain Algorithms for Blind Channel Identification," *Proc. 1994 Conf. Inf. Sci. Syst.*, Princeton Univ., NJ., Mar. 1994, pp. 863-867.

26. B. Jelicic and S. Roy, "Coordinate Interleaving TCM for Flat Fading and AWGN Channels," *Proc. 1994 Global Telecom Conf.*, San Fransisco, CA., Dec. 1994, pp. 368-373.

27. M. Wylie and S. Roy, "Improved Spatial Resolution of Wideband Cyclostationary Signals by Virtual Array Processing," *Proc. 1995 Conf. Inf. Sci. Syst.*, Johns Hopkins Univ., Mar. 1995, pp. 774-779.

28. M. L. Honig and S. Roy, "Multi-user Communication with Multiple Symbol Rates," *IEEE Int. Symp. Inf. Theory*, Whistler, B.C., Canada, Sep. 1995, pp. 381.

29. M. P. Wylie and S. Roy, "Resolution Enhancement of Cyclostationary Wideband Signals for 2-Dimensional Arrays," Proc. 1995 Asilomar Conf., Pacific Grove, CA, Oct. 1995, pp. 506-510.

30. C. Schlegel, Z-.J. Xiang and S. Roy, "Projection Receiver: A New Efficient Multi-user Detector," *Proc. 1995 IEEE Global Telecom. Conf. (Communication Theory Mini-Conf.)*, Singapore, Nov. 1995, pp. 142-146.

31. B. Jelicic and S. Roy, "8-AM-TCM Schemes for the Impulse Noise Channel," *Proc. 1995 IEEE Global Telecom. Conf. (Communication Theory Mini-Conf.)*, Singapore, Nov. 1995, pp. 77-81.

32. J. Sills and S. Roy, "Matched Filter Receiver Structures for Time-Varying Multipath Channels," *Proc. 1996 Conf. Inf. Sci. & Syst.*, Johns Hopkins Univ., Baltimore, MD, Mar. 1996, pp. 622-627.

33. C. Schlegel, S. Roy and P. Alexander, "An Adaptive Projection Receiver for Asynchronous Coded CDMA," Proc. Int. Symposium Inf. Theory, Ulm, Germany, July 1997.

34. L. A. Baccala and S. Roy, "Blind Identification of Multi-User Multi-Rate FIR Systems," Proc. 1997 IEEE Int. Symp. Circuits and Systems, Hong Kong, vol. 4, pp. 2521-2524.

35. Y. Song and S. Roy, "Blind Adaptive Multiuser Detection over ISI Channels with Channel Estimation," Proc. 32nd Asil. Conf. on Signals, Systems & Computers, Pacific Grove, CA, 1998, vol. 1, pp. 533-537.

36. Y. Song and S. Roy, "Subspace Blind Detection of Asynchronous CDMA Signals in Multipath Channels," *Proc. 2nd IEEE Workshop on Signal Processing Advances in Wireless Commn.* (SPAWC), Annapolis, MD, May 1999, pp. 21-24.

23

37. E. Aldama, C. Vargas-Rosales and S. Roy, "Outage Effects on TCP-Wireless Integration for Data/Voice Services in CDMA Systems," *IEEE Veh. Tech. Conference*, Houston, TX, May 1999, vol. 2, pp. 1717-1721.

38. Y. Song and S. Roy, "A Blind Reduced Rank RLS CDMA Detector for Multipath Channels," *Communication Theory Mini-Conf, ICC99*, Vancouver, Canada, June 99, pp. 62-66.

39. W-H. (Jonas) Chen, J-N. Hwang and S. Roy, "Ordered Statistics Decoding of Linear Block Codes on WSSUS Multipath Channel," *IEEE Pacific Rim Conf. on Commn., Computers and Sig. Proc.*, Victoria, B.C. 1999, pp. 412-415.

40. S. Roy and H-Y. Wang, "Performance of CDMA Slotted Aloha Multiple Access with Multiuser Detection," *IEEE Wireless Communications and Networking Conference*, New Orleans, Sep. 1999, vol. 2, pp. 839-843.

41. A. Abouzeid, S. Roy and M. Azizoglu, "Stochastic Modeling of TCP over Lossy Links," *Proc. INFOCOM2000*, Tel Aviv, ISRAEL, March 2000, vol. 3, pp. 1724-1733.

42. Y. Song, S. Roy and L. A. Akers, "Joint Blind Estimation of Channel and Data Symbols in OFDM," *Proc. VTC2000-Spring*, Tokyo, Japan, May 2000, vol. 1, pp. 46-50.

43. A. Abouzeid, M. Azizoglu and S. Roy, "Stochastic Modeling of a Single TCP/IP Session over a Channel with Random Packet Loss," *Proc. DIMACS Workshop on Mobile Networks & Computing* ed. P. Pardalos et al, American Math. Society vol. 52, pp. 1-18, 2000.

44. H. Yan and S. Roy, "Blind Channel Identification for Multirate CDMA Systems," *IEEE 2000 Int. Conf. on Acoust. Speech Sig. Proc.*, Istanbul, Turkey, June 2000, vol. 5, pp. 2509-2512.

45. C.-Y. Li and S. Roy, "Subspace Based Blind Detector for MultiCarrier CDMA over Dispersive Channels," *34th Asilomar Conf. on Signals, Systems and Comp.*, Asilomar, CA, Oct. 2000, vol. 1, pp. 813-817.

46. A. Abouzeid and S. Roy, "Analytical Model for RED Gateways with Multiple Competing TCP Flows," Globecom2000 Global Internet Mini-Symposium, San Fransisco, CA, Nov. 2000, vol. 1, pp. 555-560.

47. C-Y. Li and S. Roy, "Performance of Frequency-Time MMSE Equalizer for MC-CDMA over Multipath Fading Channel," *IEEE Singapore International Conf. on Communication Systems*, Singapore, Nov. 2000.

48. C.-Y. Li and S. Roy, "Subspace Based Detection in MC-CDMA over Dispersive Channel," *2000 IEEE Int. Conf. Personal Wireless Commn.*, Hyderabad, India, Dec. 2000, pp. 98-103.

49. S. Aramvith, C-W. Lin, S. Roy and M-T. Sun, "Wireless Video Transport Using Conditional Retransmission and Low-Delay Interleaving," IEEE Int. Symp. on Circ. & Syst., May 2001, vol. 5, pp. 101-104.

24

50. H. Yan and S. Roy, "A Frequency Domain Method for Channel Estimation in Multirate Communication Systems," *2001 IEEE Int. Conf. Acoust. Speech Signal Proc.*, Salt Lake City, UT, May 2001, vol. 4, pp. 2057-2060.

51. H. Yan and S. Roy, "FIR Channel Identification in Multirate Communication Systems with a Subspace Method," *2001 IEEE Int. Conf. Acoust. Speech Signal Proc.*, Salt Lake City, UT, May 2001, vol. 4, pp. 2097-2100.

52. A. Abouzeid and S. Roy, "TCP in Networks with Abrupt Delay Variations and Random Loss," *IEEE Mil. Commn. Conference*, Oct. 2001, pp. 726-730.

53. M. Albuquerque, J. H. Kim and S. Roy, "Effect of Packet Size on TCP-Reno Performance over Lossy, Congested Links," *IEEE Mil. Commn. Conference*, Oct. 2001, pp. 705-710.

54. C.-Y. Li and S. Roy, "Subspace Blind Channel Estimation Method for OFDM Systems without Cyclic Prefix," *IEEE Fall Veh. Tech. Conf.* , Atlantic City, NJ, Oct. 2001, pp. 2148-2152.

55. C.-Y. Li and S. Roy, "Subspace Based Blind Channel Estimation for OFDM by Exploiting Virtual Carriers," *IEEE Globecom 2001*, San Antonio, TX, Nov. 2001.

56. M. Ho, V. S. Somayazulu, J. Foerster and S. Roy, "A Differential Detector for Ultra-Wideband Communications System," *IEEE Spring VTC.*, Montogomery, AL, 2002, pp. 1896-1900.

57. J. Zhu and S. Roy, "An Adaptive Two-Copy Delayed SR-ARQ for Satellite Channels with Shadowing," *IEEE Fall VTC Conf.*, Vancouver, BC, Sep. 2002, pp. 849-853.

58. V. S. Somayazulu, J. Foerster and S. Roy, "Design Challenges for High Data Rate UWB Systems," *2002 Asilomar Conf.*, Nov. 2002.

59. L. Shao and S. Roy, "A Rate-1 Non-Orthogonal Space-Time Coded OFDM System with Estimation for Frequency Selective Channels," *2002 IEEE Globecomm*, Taipei, Taiwan, Nov. 2002, pp. 676-680.

60. C.-Y. Li, M. Pun and S. Roy, "Low Complexity Blind Frequency-Offset Estimator for OFDM Systems over ISI Channels," *2002 IEEE Globecom*, Taipei, Taiwan, Nov. 2002, pp. 249-253.

61. J. Zhu and S. Roy, "Performance of Land Mobile Satellite Communications Channel with Hybrid FEC/ARQ," *2002 IEEE Globecom*, Taipei, Taiwan, Nov. 2002, pp. 2851-2854.

62. J. Zhu and S. Roy, "Satellite Link Layer Performance using Two-Copy ARQ and It's Impact on TCP Traffic," *2003 Int. Conf. Information Networks*, Jeju, Korea, Feb. 2003.

63. J. Zhu and S. Roy, "Improving TCP Performance in TDMA-based Satellite Access Networks," *ICC2003*, Anchorage, AL.

64. J. Zhu and S. Roy, "Modeling TCP Over Selective Repeat ARQ in Wireless Networks with Non Negligible Propagation Delay," *ICC2003*, Anchorage, AL.

25

65. R. C. Shah, S. Roy, S. Jain and W. Brunette, "Data MULEs: Modeling a Three-Tier Architecture for Sparse Sensor Networks," *ICC2003*, Anchorage, AL.

66. X. Guo, S. Roy and W. Steven Conner, "Spatial Reuse in Wireless Ad-Hoc Networks," *2003 IEEE Fall VTC*, Orlando, FL (invited).

67. J. R. Foerster, V. S. Somayazulu and S. Roy, "A Multi-banded System Architecture for Ultra-wideband Communications," *IEEE Milcom 2003*, Boston, MA.

68. K. Fishkin, S. Roy and B. Jiang, "Some Methods for Privacy in RFID Communication," 1st European Workshop on Security in Ad-Hoc and Sensor Networks, Heidelberg, Germany, Aug. 2004 (invited)[ Prelim version "Enhancing RFID Privacy via Energy Analysis," MIT Privacy Workshop, Boston, Nov. 2003].

69. J. Zhu and S. Roy, "Enhancing TCP Splitting in Satellite-Terrestrial Networks via ACK Reservation," *IEEE Globecom*, San Fransisco, CA, 2003.

70. L. Shao, S. Roy and S. Sandhu, "Rate-One Space Frequency Block Codes with Maximum Diversity Gain for MIMO-OFDM," *IEEE Globecom*, San Fransisco, CA 2003.

71. L. Shao, S. Sandhu, S. Roy and M. Ho, "High Rate Space Frequency Block Code Designs for MIMO-OFDM," *IEEE ICC*, Paris, France, 2004.

72. K. Fishkin, B. Jiang, S. Roy, "I Sense a Disturbance in the Force: Unobtrusive Detection of Interactions with RFID-tagged Objects," *Ubicomp*, Nottingham, England, Sep. 2004.

73. L. Shao and S. Roy, "Downlink Multi-cell MIMO-OFDM: An Architecture for Next Generation Wireless Networks," *WCNC2005*, New Orleans, Mar. 2005.

74. I. Ramachandran and S. Roy, "Acquisition of Direct Sequence Ultra-Wideband Signals," *WCNC2005*, New Orleans, Mar. 2005.

75. J. Zhu and S. Roy, "802.11 Mesh Networks with Two Radio Access Points," *ICC 2005*, May 2005, Seoul, Korea.

76. B. Jiang, S. Roy et al "Energy Scavenging For Inductively Coupled Passive RFID System," *IEEE Instrumentation and Measurement Technology Conf.*, Ottawa, CA, May 2005, pp. 984-989.

77. J. R. Smith, B. Jiang, S. Roy et al, "ID Modulation: Embedding Sensor Data in an RFID Timeseries," Information Hiding Workshop, Barcelona, Spain 2005.

78. S. Roy & C-L. Huang, "Performance Analysis of IEEE802.11 MAC Based Collision Avoidance in Vehicular Platoon," *Vehicle to Vehicle Communication Workshop*, San Diego, July 2005.

79. A. Das, H. K. Alazemi, R. Vijaykumar and S. Roy, "Optimization Models for Fixed Channel Assignment in Wireless Mesh Networks with Multiple Radios," *IEEE SECON*, Santa Clara, CA, Sep. 2005.

26

80. S. Roy, A. Das, R. Vijaykumar, H. Alazemi, E. Alotaibi and H. Ma, "Capacity Scaling with Multi-radio MESH," *IEEE Wireless MESH Network Workshop*, Santa Clara, CA, Sep. 2005.

81. H. Ma, H. Alazemi and S. Roy, "A Stochastic Model for Optimizing Physical Carrier Sensing and Spatial Reuse in Wireless Ad Hoc Networks," *Mobile Ad-Hoc & Sensor Systems (MASS) 2005*, Washington D.C., Nov. 2005.

82. R. Iyappan and S. Roy, "Analysis of Throughput and Energy Efficiency of p-persistent CSMA with Imperfect Carrier Sensing," *IEEE Globcom Conf.*, St. Louis, MO, Nov. 2005.

83. B. Liu, H. Liu and S. Roy, "Structured Dirty Paper Coding with Known Interference Structure at Receiver," *Asilomar Conf. on Signals, Systems & Computers*, Asilomar, CA, Nov. 2005.

84. E-S Hwang, Y-C Ko, C-H Cho, H-W Lee and S. Roy, "Open and Association MCTA Access and Allocation Scheme by Staggering Algorithm in IEEE 802.15.3," *2006 Int. Conf. on Information Networking,* Sendai, Japan, Jan. 2006.

85. H. Ma, E. Alotaibi and S. Roy, "Analysis and Simulation Model of Physical Carrier Sensing in IEEE 802.11 Mesh Networks," *OPNETWORK 2006*, Washington D.C, Aug. 2006.

86. J. R. Smith, A. P. Sample, P. S. Powledge, S. Roy and A. Mamishev, "A Wirelessly Powered Platform for Sensing and Computation," *8th Int. Conference on Ubiquitous Computing*, Orange Co., CA, Sep. 2006.

87. S. Roy, P. Arabshahi, D. Rouseff and W. L. Fox, "Wide Area Ocean Networks: Architecture and System Design Considerations," *1st ACM Wkshp. Underwater Networks*, Los Angeles, CA, Sep. 2006.

88. T. Henderson, S. Roy, S. Floyd and G. Riley, "ns-3 Project Goals,"*Wkshp. on ns-2: the IP Simulator*," Pisa, Italy, Oct. 2006.

89. H. Ma and S. Roy, "Simple and Effective Carrier Sensing Adaptation for Multi Rate Ad-Hoc MESH Networks," *1st Intl. Wkshp. Wireless Mesh Networks and Applicn.*, Vancouver, CA, Oct. 2006.

90. R. Iyappan and S. Roy, "On the Impact of Clear Channel Assessment on MAC Performance," *Proc. IEEE Globecom*, San Francisco, Nov. 2006.

91. A. K. Das, S. Roy and R. Vijaykumar, "Static Channel Assignment in Multi-radio Multi-channel 802.11 Wireless Mesh Networks: Issues, Metrics and Algorithms," *Proc. IEEE Globecom*, San Francisco, Nov. 2006.

92. N. Neihart, S. Roy and D. A. Allstot, "A Parallel, Multi-resolution Sensing Technique for Multiple Antenna Cognitive Radios," *Proc. IEEE ISCAS*, New Orleans, May 2007.

93. H. Ma, S-Y. Shin and S. Roy, "Optimizing Throughput with Carrier Sensing Adaptation for IEEE 802.11 Mesh Networks Based on Loss Differentiation," *Proc. IEEE ICC*, Glasgow, Scotland, June 2007.

94. L. Luo and S. Roy, "Analysis of Search Schemes in Cognitive Radio," *2nd IEEE Workshop on Networking Technologies for Software Defined Radio Networks*, San Diego, June 2007.

27

95. S.-Y. Shin, R. Iyappan, S. Roy and W. H. Kwon, "Cascaded Clear Channel Assessment: Enhanced Carrier Sensing for Cognitive Radios," *IEEE Cognet 2007 Workshop*, Glasgow, Scotland, June 2007.

96. N. Parrish, S. Roy, P. Arabshahi and W. Fox, "Rate-range for an FH-FSK Modem," *2nd ACM Workshop on Underwater Networking*, Montreal, CA, Sep. 2007.

97. W. Fox, P. Arabshahi, S. Roy and N. Parrish, "Underwater Acoustic Communications Performance Modelling in Support of Ad Hoc Network Design," *IEEE Oceans Conf.*, Vancouver, B.C., Sep. 2007.

98. Y-C. Ko, S. Roy, J. R. Smith, H-W. Lee and C-H. Cho, "An Enhanced RFID Multiple Access Protocol for Fast Inventory," *Proc. IEEE Globcomm*, Washington D.C., Nov. 2007.

99. A. K. Das, S. Roy and A. Mahalanobis "Analysis of the Contention Access Phase of Reservation MAC Protocol for Wide Area Data Intensive Sensor Networks," *Proc. IEEE Globcomm*, Washington D. C., Nov. 2007.

100. R. Gupta, T. Shing, S. Roy and J. Zhu, "Closed Loop RF Management Algorithm for Enterprise High Density WLANs," *Proc. IEEE Globcomm*, Washington D.C., Nov. 2007.

101. A. Margolis, R. Vijaykumar and S. Roy, "Modelling Throughput and Starvation in 802.11 Wireless Networks with Multiple Flows," *Proc. IEEE Globcomm*, Washington D.C., Nov. 2007.

102. J. Zhu, X. Guo, S. Roy and K. Papagiannaki, "CSMA Self-Adaptation Based on Interference Differentiation," *Proc. IEEE Globcomm*, Washington D.C. Nov. 2007.

103. E. Alotaibi and S. Roy, "A Location Aware Routing Metric for Multi-hop, Multi-channel Wireless Mesh Networks," *Proc. IEEE WCNC*, 2008.

104. H. Ma and S. Roy, "Contention Window and Transmission Opportunity Adaptation for Dense IEEE 802.11 WLAN Based on Loss Differentiation," *Proc. IEEE ICC*, Beijing, May 2008.

105. L. Luo and S. Roy, "A Two-stage Sensing Technique for Dynamic Spectrum Access," *Proc. IEEE ICC*, Beijing, May 2008.

106. F. Ye, M. Adams and S. Roy, "V2V Wireless Communication Protocol for Rear-end Collision Avoidance on Highways," *Vehi-Mobi Workshop, IEEE ICC*, Beijing, May 2008.

107. K. C. Desouza, S. Roy, and Y. Lin, "Performance Measures for Edge Organizations: A Preliminary Report," *Proc. of the 13th International Command and Control Research and Technology Symposium (ICCRTS)*, Bellevue, WA June 2008.

108. L. Tracy and S. Roy, "A Reservation MAC Protocol for Ad-Hoc Underwater Acoustic Sensor Networks," *Workshop on Underwater Networks (WUWNet) 2008*, San Francisco, CA, Sep 15, 2008.

109. N. Parrish, S. Roy and P. Arabshahi, "Impact of Bottom Type on Orthogonal Frequency Division Multiplexing in Underwater Communications," Meeting of the Acoustical Society of America, Portland, OR, May 18-22, 2009.

28

110. Y-C Ko, S. Roy, C-H Cho and H-W. Lee, "An Enhanced Multiple Feedback Algorithm for RFID MAC Protocols," *Proc. IEEE ICC*, Dresden, Germany, Jun. 2009.

111. L. Luo and S. Roy, "Analysis of Dynamic Spectrum Access with Heterogeneous Networks: Benefits of Channel Packing Scheme," *Proc. of IEEE Globecom*, Hawaii, Nov. 2009.

112. W. Shi and S. Roy, "Achieving Full Diversity by Selection in Arbitrary Multi-hop Amplify-and-Forward Relay Networks," *Proc. of IEEE Globecom*, Hawaii, 2009.

113. N. Parrish, S. Roy and P. Arabshahi, "Symbol by Symbol Doppler Rate Estimation for Highly Mobile Underwater OFDM," *4th ACM International Workshop on UnderWater Networks*, Berkeley, CA, Nov. 2009.

114. F. Ye, R. Yim, J. Guo, J. Zhang and S. Roy, "Prioritized Broadcast Contention Control in VANETs," *Proc. IEEE ICC*, Capetown, S. Africa, May 2010.

115. F. Ye, R. Yim, J. Zhang and S. Roy, "Congestion Control to Achieve Optimal Broadcast Efficiency in VANETs," *Proc. IEEE ICC*, Capetown, S. Africa, May 2010.

116. S. Jaruwatanadilok, S. Roy and Y. Kuga, "Improved Detection of a Target on a Random Rough Surface Using Angular Correlation Function," *Proc. IEEE Geoscience & Rem. Sensing Symp.*, Honolulu, HI, July 2010.

117. C. Ghosh, S. Roy, M. Rao and D. P. Agarwal, "Spectrum Occupancy Modeling and Validation and Real-Time Measurements," *2nd ACM Sigmobile Workshop on Cognitive Wireless Networking*, Sep. 2010, Chicago, IL.

118. R. Yim, F. Ye, S. Roy and P. Orlik, "Effect of Transmission Parameters on Efficiency and Reliability of V2V Networks," *ITS World Congress*, Busan, Korea, Oct. 2010.

119. M. H. Firooz, S. Roy, L. Bai and C. Lydick, "Link Failure Monitoring via Network Coding," *Fifth IEEE LCN Wkshp. on Network Measurements (WNM)*, Denver, CO, Oct. 2010.

120. M. H. Firooz and S. Roy, "Network Tomography via Compressed Sensing," *Proc. IEEE Globecom 2010*, Miami, FL, Dec. 2010.

121. L. Luo, C. Ghosh and S. Roy, "Joint Optimization of Spectrum Sensing for Cognitive Radio Networks," *Proc. IEEE Globecom 2010*, Miami, FL, Dec. 2010.

122. F. Ye, S. Roy and H. Wang, "Efficient Inter-Vehicle Data Dissemination," *IEEE Intl. Symposium on Wireless Vehicular Communications*, San Francisco, CA, Sep. 2011.

123. M. H. Firooz and S. Roy, "Collaborative Downloading in VANET using Network Coding," *Proc. 2012 IEEE Int. Conf. Communications*, Jun. 2012, Ottawa, CA.

124. C. Ghosh, H. Safavi-Naeini, S. Roy, K. Doppler and J. Stahl, "QP-CSMA-CA: A Modified CSMA-CA-based Cognitive Channel Access Mechanism with Testbed Implementation," *Proc. IEEE DySPAN*, Seattle, WA, Oct. 2012.

125. Y.Yang and S. Roy, "PMU Deployment for Optimal State Estimation Performance," *IEEE GlobComm Workshop on Smart Grid Communications*, Anaheim, CA, 2012.

126. L. Wan, S. Hurst, Z.-H. Wang, S. Zhou, Z. Shi, and S. Roy, "Joint linear precoding and nonbinary LDPC coding for underwater acoustic OFDM," Proc. of IEEE/MTS OCEANS Conference, Hampton Roads, VA, Oct. 2012.

127. A. Almutairi and S. Roy, "Exponential Backoff in Frequency Domain for Random Access in OFDMA FemtoCells," *Proc. IEEE WCNC*, Shanghai, Apr. 2013.

128. L. Bai, S. Roy and M. Rangaswamy, "Compressive Radar Clutter Subspace Estimation using Dictionary Learning," *Proc. IEEE Radar Conf.*, Ottawa, CA, May 2013.

129. F. Hessar and S. Roy, "Minimum Energy Source Coding for Asymmetric Modulation with Application to RFID," *IEEE RFID 2013*, Orlando, FL, May 2013.

130. C. S. Boyer and S. Roy, "Hybrid ARQ Improvements for RFID Systems," *IEEE RFID 2013*, Orlando, FL, May 2013.

131. Y. Yang and S. Roy, "PMU Placement for Optimal Three Phase State Estimation Performance," *IEEE 2013 SmartGridComm*, Vancouver, BC, Canada, Oct. 2013.

132. M. W. Lee, G-Uk Hwang and S. Roy, "Performance Modeling and Analysis of IEEE 802.11 Wireless Networks with Hidden Nodes," *ACM Conf. Modeling, Analysis and Simulation of Wireless & Mobile Systems*, Nov. 2013, Barcelona, Spain.

133. F. Hessar and S. Roy, "Resource Allocation Techniques for Cellular Networks in TV White Space Spectrum," *Proc. IEEE DySPAN*, Washington DC, Apr. 2014.

134. S. Hurst, X. Xie, S. Ashrafi, S. Roy and P. Arabshahi, Puget Sound Underwater Networking Test-bed, *Proc. IEEE/MTS OCEANS Conf.*, St. Johns, Canada, Sep. 2014.

135. X. Ying, C-W Kim and S. Roy, "Revisiting TV Coverage Estimation with Measurement-based Statistical Interpolation," *IEEE COMSNeTs*, Bangalore, India, Jan. 2015.

136. J. Feng, Z. Feng, Z. Wei, W. Li and S. Roy, "Optimal Base Station Density in Ultra-dense Heterogeneous Networks," *IEEE WCNC*, New Orleans, Mar. 2015.

137. D. Jaisinghani, V. Naik, S. K. Kaul and S. Roy, "Realtime Detection of Degradation in WiFi Network's Goodput Due to Probe Traffic," *Proc. Intl. Workshop on Wireless Networks: Measurements & Experimentation (WinMEE)*, IIT Bombay, India, May 2015.

138. H. Safavi-Naeini, C. Ghosh, E. Visotsky, R. Ratasuk and S. Roy, "Impact and Mitigation of Narrow-band Radar Interference in Down-link LTE," *IEEE ICC*, London, Jun. 2015.

139. S. Ashrafi, C. Feng, S. Roy and F. Kschischang, "Slotted Aloha with Compute & Forward," *Proc. ISIT*, Hong Kong, Jun. 2015.

30

140. X. Ying, S. Roy and R. Poovendran, "Incentivizing Crowdsourcing for Radio Environment Mapping with Statistical Interpolation," *IEEE DySPAN*, Stockholm, Sep. 2015.

141. Y. Yan, S. Roy and P. Arabshahi, "A Modified CSMA/CA Protocol for OFDM Underwater Networks: Cross Layer Design," *Proc. 2015 WUWNet*, Washington D.C., Oct. 2015.

142. Y. Yang and S. Roy, "PCF Scheme for Periodic Data Transmission in Smart Metering Network with Cognitive Radio," *IEEE Globecom*, San Diego, CA, Nov. 2015.

143. V. Mittal, S. K. Kaul and S. Roy, "On Optimal Hotspot Selection and Offloading," *Proc. IEEE ICC*, Kuala Lumpur, Malaysia, May 2016.

144. S. Gopal, S. K. Kaul and S. Roy, "Optimizing Outdoor Wi-Fi Networks in TV White Spaces," *Proc. IEEE ICC*, Kuala Lumpur, Malaysia, May. 2016.

145. H. Safavi-Naeini, F. Nadeem and S. Roy, "Investigation and Improvements to OFDM Wi-Fi Physical Layer Abstraction in ns-3," *Proc. Workshop on ns-3*, Seattle, Jun. 2016.

146. X. Ying, S. Roy and R. Poovendran, "Pricing Mechanism for Quality-based Radio Mapping via Crowdsourcing," *Proc. IEEE Globecom*, Washington D.C., Dec. 2016.

147. Y. Yang and S. Roy, "Secure MAC Protocol for Periodic Smart Metering Data Communication with Compressive Sensing," *Proc. IEEE Globecom.* Washington D. C., Dec. 2016.

148. M. Mehrnoush and S. Roy, "Interference Mitigation in Coexistence of WLAN Network with Radar," *IEEE Radar Conf.*, Seattle, May 2017.

149. R. Patidar, S. Roy, T. Henderson and A. Chandramohan, "Link-to-System Mapping for ns-3 Wi-Fi OFDM Error Models," *Workshop on ns-3*, Porto, Portugal, Jun. 2017 (*Best Paper Award*).

150. S. Roy, K. Shin, A. Ashok, D. Aragon, M. McHenry, G. Vigil and S. Kannam, "CityScape: A Metro-Area Spectrum Observatory," *26th Int. Conference on Computer Comm. & Networks (ICCCN)*, Vancouver, B.C., Aug. 2017 (Invited).

151. A. Tang, X. Wang and S. Roy, "Centralized Coded Caching for Wireless Networks with Heterogeneous Channel Conditions," *IEEE Globcom*, Singapore, Dec. 2017.

152. X. Ying, R. Poovendran and S. Roy, "Detecting LTE-U Duty Cycling Misbehavior for Fair Sharing with Wi-Fi in Shared Bands," *IEEE Int. Symp. PIMRC*, Montreal, CA, Oct. 2017.

153. A. Jadon, Z. Williams, C. Kafka, H. Rotta, S. Roy, and C. Lum, "Characterization of Wireless Communication Links for Unmanned Aerial Systems, *AIAA SciTech Conference*, Kissimmee, FL, Jan. 2018.

154. V. Sathya, M. Mehrnoush, M. Ghosh and S. Roy, "Association Fairness in Wi-Fi & LTE-U Coexistence,"*Proc. IEEE Wireless Comm. & Networking Conf. (WCNC)*, Barcelona, Spain, Apr. 2018.

31

155. V. Sathya, M. Merhnoush, M. Ghosh and S. Roy, "Analysis of CSAT performance in Wi-Fi and LTE-U Coexistence," *Proc. IEEE ICC 2018*, Kansas City, Mo., May 2018.

156. V. Sathya, M. Merhnoush, M. Ghosh and S. Roy, "Energy detection based sensing of multiple Wi-Fi BSSs for LTE-U CSAT," *Proc. IEEE Globcom 2018*, Abu Dhabi, UAE, Dec. 2018.

157. L. Lanante, S. Roy, S.E. Carpenter and S. Deronne, "Improved Abstraction for Clear Channel Assessment in ns-3 802.11 WLAN Model," *Proc. Workshop on ns-3*, Florence, Italy, Jun. 2019.

158. W. Jiang, S. Roy and C. McGuire, "Efficient Link-to-System Mappings for MU-MIMO Channel D Scenarios in 802.11ac WLANs," *Prof. Workshop in next-Generation Wireless with ns-3*, Florence, italy, Jun. 2019.

159. V. Sathya, M. Mehrnoush, M. Ghosh and S. Roy, "Auto-correlation based Sensing of Multiple Wi-FI BSSs for LTE-U CSAT," *Proc. IEEE VTC Fall Conf.*, Honolulu, HI, Sep. 2019.

160. X. Gao, G. Xing, S. Roy and H. Liu, "Overview of Automotive Radar Test-bed at U.Washington," *Proc. Asilomar Conf.*, Pacific Grove, CA, Nov. 2019.

161. M. D. Zulfiqar, S. Roy and S. Mishra, "Dynamic Spectrum Access Network Scaling with Multiple Users: A Market-based Analysis," *Proc. IEEE DySPAN*, Newark, NJ, Nov. 2019.

162. C. Brady and S. Roy, "Effects of Resource Pool Size on Performance of Mode-2 LTE Device-to-Device Discovery," *Proc. IEEE Globcom*, Hawaii, Dec. 2019.

163. L. Nasroui and S. Roy, "Optimal UAV Positioning for Terrestrial Users," *IEEE VTC Spring Conf.*, Antwerp, May 2020.

164. S. Jin, S. Roy, W. Jiang and T. Henderson, "Efficient Abstractions for Implementing TGn Channel and OFDM-MIMO Links in ns-3," *Proc. Workshop on ns-3*, Jun. 2020 (online).

165. S. Gopal, S. K. Kaul, R. Chaturvedi and S. Roy, "A Non-Cooperative Multiple Access Game for Timely Updates," *Proc. 3rd IEEE INFOCOM Wkshop on Age of Information*, Toronto, CA, July 2020.

166. S. Jin and S. Roy, " Cross-Layer Interference Modeling and Performance Analysis in FMCW Radar Multiple Access Network," *IEEE Veh. Tech. Conf. Fall Conf.*, Victoria, B.C., Oct. 2020.

167. L. Zhang, H. Yan, Z. Zhou, S. Roy and Y. Sun, "Enhancing WiFi Multiple Access Performance with Federated Deep Reinforcement Learning," *IEEE Veh. Tech. Conf. Fall*, Victoria B.C., Oct. 2020.

168. X. Gao, G. Xing, S. Roy and S. Jin, "Perception Through 2-D MIMO FMCW Automotive Radar Under Adverse Weather," *IEEE Int. Conf. Autonomous Syst.*, Montreal, CA, Aug. 2021.

169. S. Jin, J-H. Park and S. Roy, "Slow-time Waveform Randomization Performance under Incoherent FMCW Radar Interference," *IEEE Veh. Tech. Conf. - Fall*, Sep. 2021.

170. S. Jin, P. Wang, P. Boufounos, P. Orlik, and S. Roy. Automotive Radar Interference Mitigation with Fast-Time-Frequency Mode Retrieval," *IEEE RadarConf*, Mar. 2022

32

171. P. Liu, C. Shen, C. Lei, F. Cintron, L. Zhang, L. Cao, R. Rouil and S. Roy, "5G New Radio Sidelink Link-level Simulator and Performance Analysis," *25th Int. Conf. on Modeling, Analysis & Simulation of Wireless Systems,* Montreal, CA, Oct. 2022.

# Exhibit 9

Case 2:2Case0423cyJR029RSPADADoDomen6055-1CFileC09/05/22 Page50 of 52 PageID #: 3690

# IEEE 100

# THE

# AUTHORITATIVE

# DICTIONARY

## OF IEEE STANDARDS TERMS

## SEVENTH EDITION



Published by
Standards Information Network
IEEE Press

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2*                    *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
        p. cm.
    ISBN 0-7381-2601-2 (paperback : alk. paper)
        1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3′03—dc21                                                     00-050601

**Con**

**Intro**

**How**

**Cate**

**Trad**

**The**

**Abst**

**Non-**

*The Au*

Case 2:21-cv-00918-PAD Document 55-1 Filed 09/27/22 Page 54 of 42 PageID #: 3692

**(5)** The full width of a distribution measured at half the maximum ordinate. For a normal distribution, FWHM = $2 \cdot (2 \ln 2)1/2 = 2.355$ times the standard deviation, s.
(NPS) 325-1996

**full width at one-tenth maximum (FW.1M)** The full width of a distribution measured at one tenth of the maximum ordinate measured above the background. (NPS) 300-1988r

**full width at tenth maximum (FWTM) (x-ray energy spectrometers)** Same as full width at half maximum (FWHM), except measurement is made at one tenth of the maximum ordinate rather than one half. (NPS/NID) 759-1984r

**full width (duration) half maximum (fiber optics)** A measure of the extent of a function. Given by the difference between the two extreme values of the independent variable at which the dependent variable is equal to half of its maximum value. The term "duration" is preferred when the independent variable is time. *Note:* Commonly applied to the duration of pulse waveforms, the spectral extent of emission or absorption lines, and the angular or spatial extent of radiation patterns.
(Std100) 812-1984w

**fullword** *See:* computer word; word.

**fully concatenated key** *See:* concatenated key.

**fully connected network** A network in which each node is directly connected with every other node.
(LM/COM) 168-1956w

**fully decoded EAROM organization** An EAROM organization in which rows and columns of memory cells are addressable through on-chip decoding circuitry. (ED) 641-1987w

**fully inverted file** An file that has been inverted on all secondary keys in the file. *Contrast:* partially inverted file.
(C) 610.5-1990w

**fully qualified software_spec** A `software_spec` that always identifies a software object unambiguously.
(C/PA) 1387.2-1995

**fully relational** Pertaining to a database management system that supports a relational database and a language that provides the functionality of the relational algebra.
(C) 610.5-1990w

**fume-resistant** So constructed that it will not be injured readily by exposure to the specified fume.
(SWG/PE/IA/ICTL/IAC) C37.100-1981s, [56], [60]

**function (1) (general)** When a mathematical quantity $u$ depends on a variable quantity $x$ so that to each value of $x$ (within the interval of definition) there correspond one or more values of $u$, then $u$ is a function of $x$ written $u = f(x)$. The variable $x$ is known as the independent variable or the argument of the function. When a quantity $u$ depends on two or more variables $x_1, x_2, \ldots x_n$ so that for every set of values of $x_1, x_2, \ldots x_n$ (within given intervals for each of the variables) there correspond one or more values of $u$, then $u$ is a function of $x_1, x_2, \ldots x_n$ and is written $u = f(x_1, x_2, \ldots x_n)$. The variables $x_1, x_2, \ldots x_n$ are the independent variables or arguments of the function. (Std100) 270-1966w
**(2) (vector)** When a scalar or vector quantity u depends upon a variable vector V so that if for each value of V (within the region of definition) there correspond one or more values of u, then u is a function of the vector V.
(Std100) 270-1966w
**(3) (test, measurement, and diagnostic equipment)** The action or purpose which a specific item is intended to perform or serve. (MIL) [2]
**(4) (A) (software)** A defined objective or characteristic action of a system or component. For example, a system may have inventory control as its primary function. **(B) (software)** A software module that performs a specific action, is invoked by the appearance of its name in an expression, may receive input values, and returns a single value. *See also:* subroutine.
(C) 610.12-1990
**(5) (mathematics of computing)** A mathematical entity whose value is uniquely determined by the value of one or more independent variables. (C) 610.2-1987

**(6)** Normal or characteristic action of a component or the system of which it is a part. (PE/EDPG) 803.1-1992
**(7)** A task, action, or activity expressed as a verb-noun combination (e.g., Brake Function: stop vehicle) to achieve a defined outcome. (C/SE) 1220-1994s
**(8) (software user documentation)** A specific purpose of an entity or its characteristic action.
(SE/C) 1063-1987r, 1074-1995s
**(9)** A programming language construct, modeled after the mathematical concept. A function encapsulates some behavior. It is given zero or more arguments as input, performs some processing, and returns some results. Functions are also known as procedures, subprograms, or subroutines.
(C/PA) 1327.2-1993w, 1224.2-1993w, 1326.2-1993w, 1328.2-1993w
**(10)** A logical component of a unit that operates mostly independently. A function is independent of bus interface and node topology: a unit has registers that are externally accessible in the bus address space, a function may or may not. For example, a multi-function node may contain SCSI controller, LAN interface, and terminal interface Functions that are accessed via a shared DMA multiplex Unit. A function may also be a software entity (e.g., a Function driver), especially when messages are used for Processor-to-Processor communication. (C/MM) 1212.1-1993
**(11)** A primitive operation on system-controlled resources. This standard defines a collection of functions together with suitable input and output parameters. (C/MM) 855-1990
**(12)** A task, action, or activity that must be accomplished to achieve a desired outcome. (C/SE) 1233-1998
**(13)** A single-valued mapping. The mapping M from D to R is a *function* if for any X in D and Y in R, there is at most one pair [ X, Y ] in M. *Synonym:* single-valued. *Contrast:* multi-valued. (C/SE) 1320.2-1998
**(14)** A transformation of inputs to outputs, by means of some mechanisms, and subject to certain controls, that is identified by a function name and modeled by a box. *Synonyms:* activity; task; process; operation. (C/SE) 1320.1-1998
**(15) (scheme programming language)** *See also:* procedure.
(C/MM) 1178-1990r

**functional** A link interface becomes functional when the start-up procedure has successfully completed and the link interface is ready to transmit data. (C/BA) 1355-1995

**functional address (FA) (1)** The portion of a full data transport address that specifies the read or write function that is to be performed. (IM/ST) 1451.2-1997
**(2) (local area networks)** A bit-significant address used in the ISO/IEC 8802-5 MAC format to identify well-known functional groups. (C) 8802-12-1998

**functional address instruction** An instruction whose format contains no operation field because the operation is implicitly specified by its address fields. (C) 610.10-1994w

**functional adjectives (A) (pulse terminology)** Linear. Pertaining to a feature whose magnitude varies as a function of time in accordance with the following relation or its equivalent:

$$m = a + bt$$

**(B) (pulse terminology)** Exponential. Pertaining to a feature whose magnitude varies as a function of time in accordance with either of the following relations or their equivalents:

$$m = ae^{-bt}$$
$$m = a(1 - e^{-bt})$$

**(C) (pulse terminology)** Gaussian. Pertaining to a waveform or feature whose magnitude varies as a function of time in accordance with the following relation or its equivalent:

$$m = ae^{-b(t-c)^2}, b > 0$$

**(D) (pulse terminology)** Trigonometric. Pertaining to a waveform or feature whose magnitude varies as a function of time in accordance with a specified trigonometric function or by a specified relationship based on trigonometric functions (for example, cosine squared). (IM/WM&A) 194-1977