# DX 4

Case 2:21-cv-00430-JRG-RSP    Document 90-4    Filed 12/16/22    Page 2 of 4 PageID #: 3744

**IEEE Std 802.11™-2012**
(Revision of
IEEE Std 802.11-2007)

**IEEE Standard for Information technology—
Telecommunications and information exchange between systems
Local and metropolitan area networks—
Specific requirements**

# Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications

Sponsor

**LAN/MAN Standards Committee
of the
IEEE Computer Society**

Approved 6 February 2012

**IEEE-SA Standards Board**

ATLAS−00015957

**distributed coordination function (DCF):** A class of coordination function where the same coordination function logic is active in every station (STA) in the basic service set (BSS) whenever the network is in operation.

**distribution service:** The service that, by using association information, delivers medium access control (MAC) service data units (MSDUs) within the distribution system (DS).

**distribution system (DS):** A system used to interconnect a set of basic service sets (BSSs) and integrated local area networks (LANs) to create an extended service set (ESS).

**distribution system medium (DSM):** The medium or set of media used by a distribution system (DS) for communications between access points (APs), mesh gates, and portals of an extended service set (ESS).

**distribution system service (DSS):** The set of services provided by the distribution system (DS) that enable the medium access control (MAC) to transport MAC service data units (MSDUs) between stations (STAs) that are not in direct communication with each other over a single instance of the wireless medium (WM). These services include transport of MSDUs between the access points (APs) of basic service sets (BSSs) within an extended service set (ESS), transport of MSDUs between portals and BSSs within an ESS, transport of MSDUs between mesh gates in the same or different mesh basic service sets (MBSSs), transport of MSDUs between mesh gates and APs, transport of MSDUs between mesh gates and portals, and transport of MSDUs between STAs in the same BSS in cases where the MSDU has a group destination address or where the destination is an individual address and the STA is associated with an AP.
NOTE—DSSs are provided between pairs of MACs not on the same instance of the WM.

**downlink:** A unidirectional link from an access point (AP) to one or more non-AP stations (STAs).

**dynamic frequency selection (DFS):** Facilities mandated to satisfy requirements in some regulatory domains for radar detection and uniform channel spreading in the 5 GHz band. These facilities might also be used for other purposes, such as automatic frequency planning.

**dynamic frequency selection (DFS) owner:** A station (STA) in an independent basic service set (IBSS) or off-channel TDLS direct link that takes responsibility for selecting the next channel after radar is detected operating in a channel. Due to the nature of IBSSs, it cannot be guaranteed that there is a single DFS owner at any particular time and the protocol is robust to this situation.

**dynamic station (STA) enablement (DSE):** The process by which an enabling STA grants permission and dictates operational procedures to STAs that are subject to its control.

**effective isotropic radiated power (EIRP):** The equivalent power of a transmitted signal in terms of an isotropic (omnidirectional) radiator. The EIRP equals the product of the transmitter power and the antenna gain (reduced by any coupling losses between the transmitter and antenna).

**emergency alert system (EAS):** A U.S. national public warning system.

**enabling station (STA):** A registered STA that has the authority to control when and how a dependent STA can operate. An enabling STA communicates an enabling signal to its dependents over the air. An enabling STA chooses whether other dynamic STA enablement (DSE) messages are exchanged over the air, over the distribution system (DS), or by mechanisms that rely on transport via higher layers.

**encapsulate:** To construct a protected frame from an unprotected frame.

**encapsulation:** The process of generating a protected frame by encapsulating plaintext data.

10                                                      Copyright © 2012 IEEE. All rights reserved.

ATLAS-00016061

**unreachable destination:** A destination mesh station (STA) for which the link to the next hop of the mesh path to this destination mesh STA is no longer usable.

**unreachable star:** A star that cannot be reached. Often associated with impossible dreams.

**unscheduled service period (SP):** The period that is started when a quality-of-service (QoS) station (STA) transmits a trigger frame to the QoS access point (AP).

**uplink:** A unidirectional link from a non-access-point (non-AP) station (STA) to an access point (AP).

**user priority (UP):** A value associated with an medium access control (MAC) service data unit (MSDU) that indicates how the MSDU is to be handled. The UP is assigned to an MSDU in the layers above the MAC.

**validated AP:** An AP that has either been explicitly configured as a Neighbor or learned through a mechanism like the Beacon Report.

**wildcard BSSID:** A BSSID value (all binary 1s) used to represent all BSSIDs.

**wildcard SSID:** A SSID value (null) used to represent all SSIDs.

**wireless distribution system (WDS):** Often used as a vernacular term for a mechanism for wireless communication among nonmesh stations (STAs) using a four address frame format.
NOTE—This standard specifies such a frame format and its use only for a mesh basic service set (MBSS). Because of this, the term WDS is obsolete and subject to removal in a subsequent revision of this standard.

**wireless local area network (WLAN) system:** A system that includes the distribution system (DS), access points (APs), and portal entities. It is also the logical location of distribution and integration service functions of an extended service set (ESS). A WLAN system contains one or more APs and zero or more portals in addition to the DS.

**wireless medium (WM):** The medium used to implement the transfer of protocol data units (PDUs) between peer physical layer (PHY) entities of a wireless local area network (LAN).

## 3.2 Definitions specific to IEEE 802.11

The following terms and definitions are specific to terms or references in this standard and are not appropriate for inclusion in the *IEEE Standards Dictionary: Glossary of Terms & Definitions*.

**20 MHz basic service set (BSS):** A BSS in which the Secondary Channel Offset field is equal to SCN.

**20 MHz high-throughput (HT):** A Clause 20 transmission using FORMAT=HT_MF or HT_GF and CH_BANDWIDTH=HT_CBW20.

**20 MHz mask physical layer convergence procedure (PLCP) protocol data unit (PPDU):** A Clause 18 PPDU, a Clause 19 orthogonal frequency division multiplexing (OFDM) PPDU, or a Clause 20 20 MHz high-throughput (HT) PPDU with the TXVECTOR parameter CH_BANDWIDTH equal to HT_CBW20 and the CH_OFFSET parameter equal to CH_OFF_20. The PPDU is transmitted using a 20 MHz transmit spectral mask defined in Clause 18, Clause 19, or Clause 20, respectively.

**20 MHz physical layer convergence procedure (PLCP) protocol data unit (PPDU):** A Clause 16 PPDU, Clause 18 PPDU, Clause 17 PPDU, Clause 19 orthogonal frequency division multiplexing (OFDM) PPDU, or Clause 20 20 MHz high-throughput (HT) PPDU with the TXVECTOR parameter CH_BANDWIDTH

Copyright © 2012 IEEE. All rights reserved.

ATLAS-00016075