# DX 5

Docket No. 096809-0032

**WHAT IS CLAIMED IS:**

1.      A method for transmitting an uplink frame by a station (STA) to an access point (AP) in a wireless local area network, the method comprising:

receiving, from the AP, a downlink frame including information related to a type of the uplink frame, the type of the uplink frame including a single-user (SU) type and a multiple-user (MU) type; and

transmitting, to the AP, the uplink frame having a type determined based on the information related to the type of the uplink frame,

wherein, when the type of the uplink frame corresponds to the MU type, the uplink frame is simultaneously transmitted by a plurality of STAs including the STA and at least one other STA.

2.      The method according to claim 1,

wherein the downlink frame further includes resource allocation information for the plurality of STAs.

3.      The method according to claim 2,

wherein the resource allocation information includes information indicating distinguished resources for each of the plurality of STAs.

4.      The method according to claim 1,

wherein the downlink frame further includes Modulation and Coding Scheme (MCS) information for the uplink frame.

5.      The method according to claim 4,

wherein a same MCS based on the MCS information is applied to the uplink frame by the plurality of STAs.

6.      The method according to claim 1,

wherein, when the type of the uplink frame corresponds to the SU type, the uplink frame is transmitted only by the STA.

7.      The method according to claim 1,

ATLAS-00014833