# DX 6

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 29570499 |
| **Application Number:** | 14931753 |
| **International Application Number:** | |
| **Confirmation Number:** | 3819 |
| **Title of Invention:** | METHOD AND APPARATUS FOR TRANSMITTING RESPONSE FRAME BASED ON TYPE IN A HIGH EFFICIENCY WIRELESS LAN |
| **First Named Inventor/Applicant Name:** | Yongho SEOK |
| **Customer Number:** | 31824 |
| **Filer:** | Soyeon P. Laub/Amanda Pennington |
| **Filer Authorized By:** | Soyeon P. Laub |
| **Attorney Docket Number:** | 096809-0032 |
| **Receipt Date:** | 21-JUN-2017 |
| **Filing Date:** | 03-NOV-2015 |
| **Time Stamp:** | 20:23:44 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 096809-0032_Amendment.pdf | 255759<br>8ddb6fbc0105648121bf3a773fe3dbdea5fc0bd0 | yes | 10 |

ATLAS-00018755

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Applicant Arguments/Remarks Made in an Amendment | 6 | 10 |
| Claims | 2 | 5 |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |

| Warnings: | |
|---|---|
| Information: | |
| **Total Files Size (in bytes):** | 255759 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATLAS-00018756

Application No. **14/931,753**

## REMARKS

After entry of the foregoing amendments, claims 1, 4, 5, 9-11, 14, 15, 19 and 20 are pending examination, of which claims 1 and 11 are the independent claims. Claims 1, 4, 5, 9-11, 14, 15, 19 and 20 are amended herein. Claims 2, 3, 6-8, 12, 13 and 16-18 are canceled herein. These amendments are made without prejudice or disclaimer of subject matter, and Applicant respectfully reserves the right to pursue the original, previously presented, or canceled subject matter in continuing applications. Support for the amendment is found in the original disclosure, including, for example, paragraphs [0262] and [0267], claims 2, 3, 6-8, 12, 13 and 16-18, and figure 19 along with the corresponding description in the specification. No new matter is added herein. Reconsideration and further examination are respectfully requested.

### *Substance of Interview*

Applicant extends its gratitude to Examiner Toan D. NGUYEN for the courtesies extended during the telephonic interview conducted on June 16, 2017, with Applicant's representative, Rolando Gonzalez (Reg. No. 63,191). In the interview, the pending claims and the rejections of the outstanding Office Action were discussed. Although no agreement was reached during the interview, Applicant appreciates the Examiner's time and consideration and respectfully submit that the claims, as presented herein, are allowable over the cited references.

### *Claim Rejections – 35 U.S.C. § 103*

Claims 1-20 are rejected under 35 U.S.C. § 103 over U.S. Patent Publ. No. 2013/0188627 ("*Cheong*") in view of 2015/0085836 ("*Kang*"). These rejections are respectfully traversed, and reconsideration and withdrawal of these rejections are respectfully requested.

Independent claim 1

Without conceding the correctness of the rejection, independent claim 1, as amended, recites:

> A method for transmitting an acknowledgement frame for notifying successful data reception by a station (STA) to an access point (AP) in a wireless local area network, the method comprising:
> receiving, from the AP, a downlink frame including a quality of service (QoS) control field including acknowledgement information representing whether the STA is requested to transmit the acknowledgement frame in a single-user

6

Application No. **14/931,753**

(SU) format or in a multiple-user (MU) format a Short Inter-Frame Space (SIFS) time after the downlink frame; and

transmitting, to the AP, the acknowledgement frame based on the acknowledgement information the SIFS time after the downlink frame,

wherein transmitting the acknowledgment frame comprises:

when the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the MU format and the STA is allocated a resource, transmitting the acknowledgement frame in the MU format on the allocated resource simultaneously with transmission of at least one acknowledgement frame from at least one other STA, and

when the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the SU format, transmitting the acknowledgement frame in SU format.

The cited portions and proposed combination of the applied references are not understood to disclose or suggest all of the features of independent claim 1, particularly with respect to at least the features of "receiving, from the AP, a downlink frame including a quality of service (QoS) control field including acknowledgement information representing whether the STA is requested to transmit the acknowledgement frame in a single-user (SU) format or in a multiple-user (MU) format a Short Inter-Frame Space (SIFS) time after the downlink frame" and "when the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the MU format and the STA is allocated a resource, transmitting the acknowledgement frame in the MU format on the allocated resource simultaneously with transmission of at least one acknowledgement frame from at least one other STA."

The Office Action contends that *Cheong* teaches the previously-recited features of "receiving, from the AP, a downlink frame including information related to a type of the uplink frame, the type of the uplink frame including a single-user (SU) type and a multiple-user (MU) type." Office Action at pp. 2, 3.

*Cheong* discloses that "the STA receives the frame including the group information of the STAs capable of transmitting/receiving data using the MU-MIMO scheme from the AP." *Cheong* at para. [0069]. *Cheong* also discloses that "the frame includes the information indicating the group ID assignment when the type of the action is the first type and also includes the group ID, group number information indicating a group number of the STAs corresponding to each group ID table, positional information indicating a spatial stream position of the STAs, and the like." *Cheong* at para. [0049].

7

Application No. **14/931,753**

The "group information" of *Cheong*, however, does not disclose or suggest "a downlink frame including a quality of service (QoS) control field including acknowledgement information representing whether the STA is requested to transmit the acknowledgement frame in a single-user (SU) format or in a multiple-user (MU) format a Short Inter-Frame Space (SIFS) time after the downlink frame," as recited in independent claim 1.  Nowhere in the cited portions of *Cheong* is seen to disclose or suggest that the "group ID assignment" and/or "group number information" of Cheong disclose "acknowledgement information representing whether the STA is requested to transmit the acknowledgement frame in a single-user (SU) format or in a multiple-user (MU) format," as recited in independent claim 1.

Moreover, the cited portions of *Cheong* are not seen to disclose or suggest that the "transmitting unit" of *Cheong* (e.g., Fig. 7, element 730) disclose "transmitting the acknowledgement frame in the MU format on the allocated resource simultaneously with transmission of at least one acknowledgement frame from at least one other STA" when "the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the MU format and the STA is allocated a resource," as recited in independent claim 1.

As for the other applied reference, Applicant respectfully submits that the cited portions of *Kang* do not remedy the above-noted deficiencies of the cited portions of *Cheong*.

Accordingly, the cited portions and proposed combination of the applied references are not understood to disclose or suggest all of the features of independent claim 1, which is believed to be in condition for allowance.  Reconsideration and withdrawal of the rejection of independent claim 1 are respectfully requested.

Independent claim 11

For at least some of the reasons described above regarding the applied references, Applicant respectfully submits that the cited portions and proposed combination of the applied references are not understood to disclose or suggest all of the features of independent claim 11, particularly with regard to the features of "transmitting, to the STA, a downlink frame including a quality of service (QoS) control field including acknowledgement information representing whether the STA is requested to transmit the acknowledgement frame in a single-user (SU) or in

8

Application No. **14/931,753**

a multiple-user (MU) format a Short Inter-Frame Space (SIFS) time after the downlink frame." Accordingly, it is respectfully submitted that independent claim 11 is in condition for allowance.

Dependent claims

The other claims currently under consideration in the application are dependent from their respective independent claims discussed above and therefore are believed to be allowable for at least similar reasons. Because each dependent claim is deemed to define an additional aspect of the claims, the individual consideration of each on its own merits is respectfully requested. Reconsideration and withdrawal of the rejections of the dependent claims are respectfully requested.

## CONCLUSION

Applicant respectfully submits that the entire application is in condition for allowance, and such action is respectfully requested at the Examiner's earliest convenience. Should the Examiner have any questions, please call the undersigned at the phone number listed below so that any such questions may be promptly resolved.

Any remarks in support of patentability of one claim should not be imputed to any other claim, even if similar terminology is used. Any language or remarks referring to only a portion of a claim should not necessarily be understood to base patentability on solely that portion; rather, patentability rests on each claim taken as a whole.

Applicant respectfully submits that to the extent any disclaimers or statements were made previously during prosecution with respect to the scope of the claimed invention, such disclaimers and statements are hereby rescinded.

Applicant respectfully reserves the right to traverse any of the rejections, assertions and submissions made in connection with the application, even if not discussed herein, including the right to challenge later whether any of the cited references is prior art. The absence of a reply to a specific rejection, issue, or comment does not signify agreement with or concession of that rejection, issue, or comment. In addition, because any arguments made may not be exhaustive, there may be other reasons that have not been expressed for patentability of any or all claims. When amendments are made to any claims, no acquiescence or estoppel is implied thereby; such

9

ATLAS-00018760

Application No. **14/931,753**

amendments are made only to expedite prosecution of the present application and are without prejudice to the presentation or assertion, in the future, of claims directed to subject matter that is same as or similar to that previously presented. Nothing in this paper should be construed as an intent to concede, or actual concession of, any issue with regard to any claim, or to any cited art, except as specifically stated in this paper, and the amendment or cancellation of any claim does not necessarily signify concession of unpatentability of the claim prior to its amendment or cancellation.

To the extent necessary, a petition for an extension of time under 37 C.F.R. § 1.136 is hereby made. Please charge any shortage in fees due in connection with the filing of this paper, including extension of time fees, to Deposit Account 50-2624 and please credit any excess fees to such deposit account.

Respectfully submitted,

MCDERMOTT WILL & EMERY  LLP

/Soyeon Pak (Karen) Laub/
Soyeon Pak (Karen) Laub
Registration No. 39,266

4 Park Plaza, Suite 1700                    **Please recognize our Customer No. 31824 as**
Irvine, CA  92614-2559                      **our correspondence address.**
Phone:  (949) 851-0633  RG:adp
Facsimile:  (949) 851-9348
**Date:  June 21, 2017**
DM_US 82661430-1.096809.0032

10

ATLAS-00018761

Application No. **14/931,753**

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

LISTING OF CLAIMS:

1.      (Currently Amended) A method for transmitting an ~~uplink~~ acknowledgement frame for notifying successful data reception by a station (STA) to an access point (AP) in a wireless local area network, the method comprising:

receiving, from the AP, a downlink frame including a quality of service (QoS) control field including acknowledgement information representing whether the STA is requested to transmit the acknowledgement frame ~~related to a type of the uplink frame, the type of the uplink frame including~~ in a single-user (SU) ~~type~~ format or [[and]] in a multiple-user (MU) [[type]] format at a Short Inter-Frame Space (SIFS) time after the downlink frame; and

transmitting, to the AP, the acknowledgement ~~uplink~~ frame ~~having a type determined~~ based on the acknowledgement information at the SIFS time after the downlink frame ~~related to the type of the uplink frame~~,

wherein transmitting the acknowledgment frame comprises:[[,]]

when ~~the type of the uplink frame corresponds to the MU type~~ the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the MU format and the STA is allocated a resource, transmitting the ~~uplink~~ acknowledgement frame in the MU format [[is]]on the allocated resource simultaneously with transmission of at least one acknowledgement frame from ~~transmitted by a plurality of STAs including the STA and~~ at least one other STA, and

when the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the SU format, transmitting the acknowledgement frame in SU format.

2.      (Canceled)

3.      (Canceled)

2

ATLAS-00018762

Application No. **14/931,753**

4.    (Currently Amended) The method according to claim 1, wherein the downlink frame further includes Modulation and Coding Scheme (MCS) information for the acknowledgement ~~uplink~~ frame.

5.    (Currently Amended) The method according to claim 4, wherein a same MCS based on the MCS information is applied to the acknowledgement ~~uplink~~ frame by the ~~plurality of STAs~~ STA and the at least one other STA.

6.    (Canceled)

7.    (Canceled)

8.    (Canceled)

9.    (Currently Amended) The method according to claim 1, wherein the downlink frame includes downlink data [[the]] a plurality of STAs including the STA and the at least one other STA.

10.    (Currently Amended) The method according to claim 1, wherein the downlink frame includes block acknowledgement (ACK) requests for [[the]] a plurality of STAs including the STA and the at least one other STA.

11.    (Currently Amended) A method for receiving an acknowledgement ~~uplink~~ frame for notifying successful data reception by an access point (AP) from ~~at least one~~ a station (STA) in a wireless local area network, the method comprising:

transmitting, to the ~~at least one~~ STA, a downlink frame including a quality of service (QoS) control field including acknowledgement information ~~related to a type of the uplink frame,~~ ~~the type of the uplink frame including~~ representing whether the STA is requested to transmit the acknowledgement frame in a single-user (SU) ~~type and~~ format or in a multiple-user (MU) [[type]] format at a Short Inter-Frame Space (SIFS) time after the downlink frame; and

3

ATLAS-00018763

Application No. **14/931,753**

receiving, from the ~~at least one~~ STA, the <u>acknowledgement</u> ~~uplink~~ frame ~~having a type determined~~ based on the <u>acknowledgement</u> information ~~related to the type of the uplink frame~~ <u>at the SIFS time after the downlink frame</u>,

wherein <u>receiving the acknowledgment frame comprises:</u>

when <u>the acknowledgment information represents that the STA is requested to transmit</u> ~~the type of~~ the <u>acknowledgement</u> ~~uplink~~ frame ~~corresponds to~~ <u>in</u> the MU [[type]] <u>format, receiving</u> the <u>acknowledgement</u> ~~uplink~~ frame <u>in the MU format on an allocated resource</u> [[is]] simultaneously <u>with transmission of at least one acknowledgement frame from</u> ~~transmitted by a plurality of STAs including the~~ at least one <u>other</u> STA<u>, and</u>

<u>when the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the SU format, receiving the acknowledgement frame in SU format</u>.

12.    (Canceled)

13.    (Canceled)

14.    (Currently Amended) The method according to claim 11, wherein the downlink frame further includes Modulation and Coding Scheme (MCS) information for the <u>acknowledgement</u> ~~uplink~~ frame.

15.    (Currently Amended) The method according to claim 14, wherein a same MCS based on the MCS information is applied to the <u>acknowledgement</u> ~~uplink~~ frame by the ~~plurality of STAs~~ <u>STA and the at least one other STA</u>.

16.    (Canceled)

17.    (Canceled)

18.    (Canceled)

4

ATLAS-00018764

Application No. **14/931,753**

19.     (Currently Amended) The method according to claim 11,

wherein the downlink frame includes downlink data for [[the]] a plurality of STAs including the STA and the at least one other STA.


20.     (Currently Amended) The method according to claim 11,

wherein the downlink frame includes block acknowledgement (ACK) requests for [[the]] a plurality of STAs including the STA and the at least one other STA.

5

ATLAS-00018765