**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 2:21-cv-00430-JRG-RSP |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP-LINK INTERNATIONAL LTD., | |
| Defendants. | |

**DECLARATION OF ERIC J. ENGER IN SUPPORT OF
PLAINTIFF'S REPLY CLAIM CONSTRUCTION BRIEF**

I, Eric J. Enger, declare as follows:

1.      I am a partner with the law firm of Heim, Payne & Chorush, which represents Atlas Global Technologies LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.      Exhibit 30 is a true and correct copy of excerpts from the IEEE 802.11ac-2013 Standard (highlighted).

3.      Exhibit 31 is a true and correct copy of excerpts from the IEEE 802.11ax-2021 Standard (highlighted).

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 23, 2022

Respectfully submitted,

*/s/ Eric J. Enger*
Eric J. Enger