# Exhibit 30

**IEEE STANDARDS ASSOCIATION**

IEEE Standard for Information technology—

Telecommunications and information exchange between systems

Local and metropolitan area networks—

Specific requirements

# Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications

# Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz

IEEE Computer Society

Sponsored by the
LAN/MAN Standards Committee

IEEE
3 Park Avenue
New York, NY 10016-5997
USA

**IEEE Std 802.11ac™-2013**

(Amendment to
IEEE Std 802.11™-2012,
as amended by IEEE Std 802.11ae™-2012,
IEEE Std 802.11aa™-2012,
and IEEE Std 802.11ad™-2012)

ATLAS-00031915

### 22.2.4.3 Support for HT formats

When a PHY-TXSTART.request(TXVECTOR) primitive with the TXVECTOR parameter FORMAT in a PHY-TXSTART.request equal to HT_MF or HT_GF, the behavior of the PHY is defined by Clause 20 with additional requirements defined in the following subclauses:

— 22.3.9.2
— 22.3.18.1 instead of 20.3.20.1
— 22.3.18.4.2 instead of 20.3.20.4

The Clause 22 TXVECTOR parameters in Table 22-1 are mapped directly to Clause 20 TXVECTOR parameters in Table 20-1 and the Clause 20 PHY-TXSTART.request(TXVECTOR) primitive is issued.

When the VHT PHY receives a Clause 22 PHYCONFIG.request(PHYCONFIG_VECTOR) primitive, the VHT PHY shall issue a Clause 20 PHYCONFIG.request(PHYCONFIG_VECTOR) primitive but with the OPERATING_CHANNEL parameter set to min(40 MHz, dot11CurrentChannelWidth) and the CHANNEL_OFFSET parameter set to CH_OFFSET_NONE if dot11CurrentChannelWidth indicates 20 MHz, to CH_OFFSET_ABOVE if $f_{P20, idx} < f_{S20, idx}$, or to CH_OFFSET_BELOW if $f_{P20, idx} > f_{S20, idx}$. In order to transmit a 40 MHz HT PPDU, the MAC shall configure dot11CurrentSecondaryChannel to $f_{S20, idx}$. The quantities $f_{P20, idx}$ and $f_{S20, idx}$ are defined in 22.3.7.3.

As defined in 22.3.21, once a PPDU is received and detected as an HT PPDU, the behavior of the VHT PHY is defined in Clause 20. The RXVECTOR parameters in Table 20-1 from the Clause 20 PHY-RXSTART.indication primitive are mapped directly to the RXVECTOR parameters in Table 22-1 and a Clause 22 PHY-RXSTART.indication primitive is issued.

## 22.3 VHT PHY layer

### 22.3.1 Introduction

This subclause provides the procedure by which PSDUs are converted to and from transmissions on the wireless medium.

During transmission, a PSDU (in the SU case) or one or more PSDUs (in the MU case) are processed (i.e., scrambled and coded) and appended to the PHY preamble to create the PPDU. At the receiver, the PHY preamble is processed to aid in the detection, demodulation, and delivery of the PSDU.

### 22.3.2 VHT PPDU format

A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 22-4 shows the VHT PPDU format.



**Figure 22-4—VHT PPDU format**

Copyright © 2013 IEEE. All rights reserved.

ATLAS-00032173

IEEE
Std 802.11ac-2013                    LOCAL AND METROPOLITAN AREA NETWORKS—AMENDMENT 4: ENHANCEMENTS

The fields of the VHT PPDU format are summarized in Table 22-4.

**Table 22-4—Fields of the VHT PPDU**

| Field | Description |
|---|---|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| VHT-SIG-A | VHT Signal A field |
| VHT-STF | VHT Short Training field |
| VHT-LTF | VHT Long Training field |
| VHT-SIG-B | VHT Signal B field |
| Data | The Data field carries the PSDU(s) |

The VHT-SIG-A, VHT-STF, VHT-LTF, and VHT-SIG-B fields exist only in VHT PPDUs. In a VHT NDP the Data field is not present. The number of symbols in the VHT-LTF field, $N_{VHTLTF}$, can be either 1, 2, 4, 6, or 8 and is determined by the total number of space-time streams across all users being transmitted in the VHT PPDU (see Table 22-13).

### 22.3.3 Transmitter block diagram

The generation of each field in a VHT PPDU uses many of the following blocks:

a)   PHY padding

b)   Scrambler

c)   BCC encoder parser

d)   FEC (BCC or LDPC) encoders

e)   Stream parser

f)   Segment parser (for contiguous 160 MHz and noncontiguous 80+80 MHz transmissions)

g)   BCC interleaver

h)   Constellation mapper

i)   Pilot insertion

j)   Replicate over multiple 20 MHz (if BW > 20 MHz)

k)   Multiply by 1st column of $P_{VHTLTF}$

l)   LDPC tone mapper

m)   Segment deparser

n)   Space time block code (STBC) encoder

o)   Cyclic shift diversity (CSD) per STS insertion

p)   Spatial mapper

q)   Inverse discrete Fourier transform (IDFT)

r)   Cyclic shift diversity (CSD) per chain insertion

s)   Guard interval (GI) insertion

t)   Windowing

                    Copyright © 2013 IEEE. All rights reserved.

ATLAS-00032174