# Exhibit 31



# IEEE SA
## STANDARDS ASSOCIATION

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only. Copyrighted and Authorized by IEEE. Restrictions Apply.

**IEEE Standard for Information Technology—
Telecommunications and Information Exchange between Systems
Local and Metropolitan Area Networks—
Specific Requirements**

# Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications

# Amendment 1:
# Enhancements for High-Efficiency WLAN

IEEE Computer Society

Developed by the
LAN/MAN Standards Committee

**IEEE Std 802.11ax™-2021**
(Amendment to IEEE Std 802.11-2020)



ATLAS-00021068

Copyrighted material licensed to Alden Harris on 2021-06-24 for licensee's use only. Copyrighted and Authorized by IEEE. Restrictions Apply.

### 27.2.6.3 Support for HT format

The behavior of an HE PHY on receipt of a PHY-TXSTART.request(TXVECTOR) primitive with the TXVECTOR parameter FORMAT equal to HT_MF or HT_GF is defined in Clause 19 with the following additional requirements:

— The requirements in 21.3.9.2
— The requirements in 27.3.19.3 instead of the requirements in 19.3.18.4

The HE PHY TXVECTOR parameters in Table 27-1 are mapped directly to Clause 19 TXVECTOR parameters in Table 19-1. The HE PHY parameters not listed in Table 19-1 are not present. The PHY shall use a value of CH_OFFSET in the Clause 19 TXVECTOR that is consistent with Table 27-3. A 20 MHz-only non-AP HE STA supports HT transmission only on 20 MHz channel width.

On receipt of a PHY-CONFIG.request(PHYCONFIG_VECTOR) primitive, the HE PHY behaves, for the purposes of HT PPDU transmission and reception, as if it were a Clause 19 PHY that had received PHY-CONFIG.request(PHYCONFIG_VECTOR) primitive but without the PHYCONFIG_VECTOR parameters CHANNEL_WIDTH, CENTER_FREQUENCY_SEGMENT_0, and CENTER_FREQUENCY_SEGMENT_1 and with the PHYCONFIG_VECTOR parameter SECONDARY_CHANNEL_OFFSET set to SECONDARY_CHANNEL_NONE if dot11CurrentChannelWidth indicates 20 MHz, to SECONDARY_CHANNEL_ABOVE if $f_{P20,idx} < f_{S20,idx}$, or to SECONDARY_CHANNEL_BELOW otherwise.

As defined in 27.3.22, once a PPDU is received and detected as an HT PPDU, the behavior of the HE PHY is defined in Clause 19. The RXVECTOR parameters in Table 19-1 are mapped directly to the RXVECTOR parameters in Table 27-1. The HE PHY parameters not listed in Table 19-1 are not present. A 20 MHz-only non-AP HE STA supports HT reception only on 20 MHz channel width.

### 27.2.6.4 Support for VHT format

The behavior of an HE PHY on receipt of a PHY-TXSTART.request(TXVECTOR) primitive with the TXVECTOR parameter FORMAT equal to VHT is defined in Clause 21, except that the requirements in 27.3.19.3 apply instead of the requirements in 21.3.17.4.2.

The HE PHY TXVECTOR parameters in Table 27-1 are mapped directly to the Clause 21 TXVECTOR parameters in Table 21-1. The HE PHY parameters not listed in Table 21-1 are not present. The 20 MHz-only non-AP HE STA supports VHT transmission only on 20 MHz channel width.

On receipt of a PHY-CONFIG.request(PHYCONFIG_VECTOR) primitive, the HE PHY behaves, for the purposes of VHT PPDU transmission and reception, as if it were a Clause 21 PHY that received the PHY-CONFIG.request(PHYCONFIG_VECTOR) primitive.

As defined in 27.3.22, once a PPDU is received and detected as an VHT PPDU, the behavior of the HE PHY is defined in Clause 21. The RXVECTOR parameters in Table 21-1 are mapped directly to the RXVECTOR parameters in Table 27-1. The HE PHY parameters not listed in Table 21-1 are not present. A 20 MHz-only non-AP HE STA supports VHT reception only on 20 MHz channel width.

## 27.3 HE PHY

### 27.3.1 Introduction

Subclause 27.3 provides the procedure by which PSDUs are converted to and from transmissions on the wireless medium.

Copyright © 2021 IEEE. All rights reserved.

ATLAS-00021564

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only.
Copyrighted and Authorized by IEEE. Restrictions Apply.

During transmission, a PSDU (in the SU case) or one or more PSDUs (in the MU case) are processed (i.e., scrambled and coded) and appended to the PHY preamble to create the PPDU. At the receiver, the PHY preamble is processed to aid in the detection, demodulation, and delivery of the PSDU.

### 27.3.1.1 MU transmission

The MU transmissions include DL MU transmissions and UL MU transmissions.

DL MU transmission allows an AP to simultaneously transmit information to more than one non-AP STA. For a DL MU transmission, the AP uses the HE MU PPDU format and employs either DL OFDMA or DL MU-MIMO, or a mixture of both. UL MU transmission allows an AP to simultaneously receive information from more than one non-AP STA. UL MU transmissions are preceded by a triggering frame from the AP. The non-AP STAs transmit using the HE TB PPDU format and employ either UL OFDMA or UL MU-MIMO, or a mixture of both.

The HE PHY supports OFDMA transmissions, in both the DL and the UL where different users can occupy different RUs in a PPDU (see 27.3.10). The transmission within an RU in a PPDU may be a single stream to one user (SISO), multiple streams spatially multiplexed to one user (SU-MIMO), or multiple streams spatially multiplexed to multiple users (MU-MIMO).

NOTE—The VHT PHY supports only full-bandwidth DL MU-MIMO as described in 21.3.11.

The HE PHY supports DL MU-MIMO and UL MU-MIMO, for both the full-bandwidth case and the partial-bandwidth case where MU-MIMO is used only on certain RUs in the PPDU. The combination of non-MU-MIMO allocations for some RUs and MU-MIMO allocations on different RUs in one PPDU is also supported.

### 27.3.1.2 OFDMA

OFDMA is an OFDM-based multiple access scheme where different subsets of subcarriers are allocated to different users, and this scheme allows simultaneous data transmission to or from one or more users. In OFDMA, users are allocated different subsets of subcarriers that can change from one PPDU to the next. The difference between OFDM and OFDMA is illustrated in Figure 27-4. Similar to OFDM, OFDMA employs multiple subcarriers, but the subcarriers are divided into several groups where each group is referred to as an RU. With OFDMA, different transmit powers may be applied to different RUs.



**Figure 27-4—Illustration of OFDM and OFDMA concepts**

Copyright © 2021 IEEE. All rights reserved.

ATLAS-00021565

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only. Copyrighted and Authorized by IEEE. Restrictions Apply.

IEEE Standard for Information Technology—Local and Metropolitan Area Networks—Specific Requirements—
Part 11: Wireless LAN MAC and PHY Specifications—
Amendment 1: Enhancements for High Efficiency WLAN

## 27.3.2 Subcarrier and resource allocation

### 27.3.2.1 General

An OFDM symbol is constructed of subcarriers, the number of which is a function of the PPDU bandwidth. There are several subcarrier types:

a) Data subcarriers, which are used for data transmission (see 27.3.2.2).

b) Pilot subcarriers, which are used for phase information and parameter tracking (see 27.3.2.4).

c) Unused subcarriers, which are not used for either data or pilot transmission. The unused subcarriers are the DC subcarriers (see 27.3.2.2), the Guard band subcarriers at the band edges (see 27.3.2.2), and the Null subcarriers (see 27.3.2.3).

The following notations are used to describe the indices for a set of subcarriers:

— $[x1:y1]$ represents the set of subcarriers with index $k$ that satisfies $x1 \leq k \leq y1$.

— $[x1:y1, x2:y2]$ represents the set of subcarriers with index $k$ that satisfies either $x1 \leq k \leq y1$ or $x2 \leq k \leq y2$.

### 27.3.2.2 Resource unit, guard, and DC subcarriers

The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU, and 2×996-tone RU.

The 26-tone RU, 52-tone RU, 106-tone RU, and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format. The 26-tone RU is used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_Behavior (see 26.5.2.2.1 and 26.5.2.3). The 106-tone RU is used in the HE ER SU PPDU format.

The 484-tone RU is used in the 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU and HE TB PPDU formats. The 996-tone RU is used in the 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU and HE TB PPDU formats. The 2×996-tone RU is used in the 160 MHz and 80+80 MHz HE MU PPDU format and 160 MHz and 80+80 MHz HE TB PPDU format.

The 242-tone and larger RUs are used in the HE SU PPDU format. The 242-tone RU is used in the 20 MHz HE SU PPDU and HE ER SU PPDU formats. The 484-tone RU is used in the 40 MHz HE SU PPDU format. The 996-tone RU is used in the 80 MHz HE SU PPDU format. The 2×996-tone RU is used in the 160 MHz and 80+80 MHz HE SU PPDU formats.

The maximum number of RUs in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE PPDU formats is defined in Table 27-6.

An HE MU PPDU using OFDMA transmission can carry a mixture of 26-, 52-, 106-, 242-, 484-, and 996-tone RUs.

Copyright © 2021 IEEE. All rights reserved.

ATLAS-00021566

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only. Copyrighted and Authorized by IEEE. Restrictions Apply.

**Table 27-6—Maximum number of RUs for each channel width**

| RU type | CBW20 | CBW40 | CBW80 | CBW80+80 and CBW160 |
|---|---|---|---|---|
| 26-tone RU | 9 | 18 | 37 | 74 |
| 52-tone RU | 4 | 8 | 16 | 32 |
| 106-tone RU | 2 | 4 | 8 | 16 |
| 242-tone RU | 1 | 2 | 4 | 8 |
| 484-tone RU | N/A | 1 | 2 | 4 |
| 996-tone RU | N/A | N/A | 1 | 2 |
| 2×996 tone RU | N/A | N/A | N/A | 1 |

A 26-tone RU consists of 24 data subcarriers and 2 pilot subcarriers. The positions of the pilots for the 26-tone RU are defined in 27.3.2.4. The locations of the 26-tone RUs are fixed as defined in Table 27-7, Table 27-8, and Table 27-9.

**Table 27-7—Data and pilot subcarrier indices for RUs in a 20 MHz HE PPDU and in a non-OFDMA 20 MHz HE PPDU**

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−121: −96] | RU 2 [−95: −70] | RU 3 [−68: −43] | RU 4 [−42: −17] | RU 5 [−16: −4, 4: 16] |
| | RU 6 [17: 42] | RU 7 [43: 68] | RU 8 [70: 95] | RU 9 [96: 121] | |
| 52-tone RU | RU 1 [−121: −70] | RU 2 [−68: −17] | RU 3 [17: 68] | RU 4 [70: 121] | |
| 106-tone RU | RU 1 [−122: −17] | | RU 2 [17: 122] | | |
| 242-tone RU | RU 1 [−122: −2, 2:122] | | | | |

NOTE 1—The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarriers with a frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with a frequency higher than the DC tone.

NOTE 2—RU 5 is the middle 26-tone RU.

Copyright © 2021 IEEE. All rights reserved.

ATLAS−00021567

**Table 27-8—Data and pilot subcarrier indices for RUs in a 40 MHz HE PPDU and in a non-OFDMA 40 MHz HE PPDU**

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−243: −218] | RU 2 [−217: −192] | RU 3 [−189: −164] | RU 4 [−163: −138] | RU 5 [−136: −111] |
| | RU 6 [−109: −84] | RU 7 [−83: −58] | RU 8 [−55: −30] | RU 9 [−29: −4] | |
| | RU 10 [4: 29] | RU 11 [30: 55] | RU 12 [58: 83] | RU 13 [84: 109] | RU 14 [111: 136] |
| | RU 15 [138: 163] | RU 16 [164: 189] | RU 17 [192: 217] | RU 18 [218: 243] | |
| 52-tone RU | RU 1 [−243: −192] | RU 2 [−189: −138] | RU 3 [−109: −58] | RU 4 [−55: −4] | |
| | RU 5 [4: 55] | RU 6 [58: 109] | RU 7 [138: 189] | RU 8 [192: 243] | |
| 106-tone RU | RU 1 [−243: −138] | RU 2 [−109: −4] | RU 3 [4: 109] | RU 4 [138: 243] | |
| 242-tone RU | RU 1 [−244: −3] | | RU 2 [3: 244] | | |
| 484-tone RU | RU 1 [−244: −3, 3: 244] | | | | |
| NOTE—The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarriers with a frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with a frequency higher than the DC tone. | | | | | |

**Table 27-9—Data and pilot subcarrier indices for RUs in an 80 MHz HE PPDU and in a non-OFDMA 80 MHz HE PPDU**

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−499: −474] | RU 2 [−473: −448] | RU 3 [−445: −420] | RU 4 [−419: −394] | RU 5 [−392: −367] |
| | RU 6 [−365: −340] | RU 7 [−339: −314] | RU 8 [−311: −286] | RU 9 [−285: −260] | |
| | RU 10 [−257: −232] | RU 11 [−231: −206] | RU 12 [−203: −178] | RU 13 [−177: −152] | RU 14 [−150: −125] |
| | RU 15 [−123: −98] | RU 16 [−97: −72] | RU 17 [−69: −44] | RU 18 [−43: −18] | RU 19 [−16: −4, 4: 16] |
| | RU 20 [18: 43] | RU 21 [44: 69] | RU 22 [72: 97] | RU 23 [98: 123] | RU 24 [125: 150] |
| | RU 25 [152: 177] | RU 26 [178: 203] | RU 27 [206: 231] | RU28 [232: 257] | |
| | RU 29 [260: 285] | RU 30 [286: 311] | RU 31 [314: 339] | RU 32 [340: 365] | RU 33 [367: 392] |
| | RU 34 [394: 419] | RU 35 [420: 445] | RU 36 [448: 473] | RU37 [474: 499] | |

Copyright © 2021 IEEE. All rights reserved.

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only. Copyrighted and Authorized by IEEE. Restrictions Apply.

ATLAS−00021568

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only.
Copyrighted and Authorized by IEEE. Restrictions Apply.

**Table 27-9—Data and pilot subcarrier indices for RUs in an 80 MHz HE PPDU and in a non-OFDMA 80 MHz HE PPDU** *(continued)*

| RU type | RU index and subcarrier range | | | |
|---|---|---|---|---|
| 52-tone RU | RU 1 [−499: −448] | RU 2 [−445: −394] | RU 3 [−365: −314] | RU 4 [−311: −260] |
| | RU 5 [−257: −206] | RU 6 [−203: −152] | RU 7 [−123: −72] | RU 8 [−69: −18] |
| | RU 9 [18: 69] | RU 10 [72: 123] | RU 11 [152: 203] | RU 12 [206: 257] |
| | RU 13 [260: 311] | RU 14 [314: 365] | RU 15 [394: 445] | RU 16 [448: 499] |
| 106-tone RU | RU 1 [−499: −394] | RU 2 [−365: −260] | RU 3 [−257: −152] | RU 4 [−123: −18] |
| | RU 5 [18: 123] | RU 6 [152: 257] | RU 7 [260: 365] | RU 8 [394: 499] |
| 242-tone RU | RU 1 [−500: −259] | RU 2 [−258: −17] | RU 3 [17: 258] | RU 4 [259: 500] |
| 484-tone RU | RU 1 [−500: −17] | | RU 2 [17: 500] | |
| 996-tone RU | RU 1 [−500: −3, 3: 500] | | | |

NOTE 1—The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarriers with a frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with a frequency higher than the DC tone.

NOTE 2—RU 19 is the center 26-tone RU.

The data and pilot subcarrier indices for a non-OFDMA 80 MHz HE PPDU are the same as those for a 996-tone RU.

The locations of the 26-tone RUs are shown in Figure 27-5, Figure 27-6, and Figure 27-7 for the 20 MHz, 40 MHz, and 80 MHz HE MU PPDU formats or HE TB PPDU formats using OFDMA transmission, respectively. The same structure as used for the 80 MHz HE MU PPDU formats or HE TB PPDU formats using OFDMA transmission is used for both the primary 80 MHz and secondary 80 MHz channels in the 160 MHz and 80+80 MHz HE MU PPDU or HE TB PPDU formats using OFDMA transmission.

A 52-tone RU consists of 48 data subcarriers and 4 pilot subcarriers. The positions of the pilots for the 52-tone RU are defined in 27.3.2.4. The locations of the 52-tone RUs are fixed as defined in Table 27-7, Table 27-8, and Table 27-9 and illustrated in Figure 27-5, Figure 27-6, and Figure 27-7 for the 20 MHz, 40 MHz, and 80 MHz HE MU PPDU formats or HE TB PPDU formats using OFDMA transmission, respectively. The same structure as used in the 80 MHz HE MU PPDU format or HE TB PPDU formats using OFDMA transmission is used for both the Primary 80 MHz and Secondary 80 MHz channels in the 160 MHz and 80+80 MHz HE MU PPDU formats or HE TB PPDU formats using OFDMA transmission.

Copyright © 2021 IEEE. All rights reserved.

ATLAS−00021569

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only.
Copyrighted and Authorized by IEEE. Restrictions Apply.



**Figure 27-5—RU locations in a 20 MHz HE PPDU**



**Figure 27-6—RU locations in a 40 MHz HE PPDU**

Copyright © 2021 IEEE. All rights reserved.

ATLAS-00021570

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only.
Copyrighted and Authorized by IEEE. Restrictions Apply.

IEEE Std 802.11ax-2021
IEEE Standard for Information Technology—Local and Metropolitan Area Networks—Specific Requirements—
Part 11: Wireless LAN MAC and PHY Specifications—
Amendment 1: Enhancements for High Efficiency WLAN



**Figure 27-7—RU locations in an 80 MHz HE PPDU**

A 106-tone RU consists of 102 data subcarriers and 4 pilot subcarriers. The positions of the pilots for the 106-tone RU are defined in 27.3.2.4. The locations of the 106-tone RUs are fixed as defined in Table 27-7, Table 27-8, and Table 27-9 and illustrated in Figure 27-5, Figure 27-6, and Figure 27-7 for the 20 MHz, 40 MHz, and 80 MHz HE MU PPDU formats or HE TB PPDU formats using OFDMA transmission, respectively. The same structure as used in the 80 MHz HE MU PPDU formats or HE TB PPDU formats using OFDMA transmission is used for both the Primary 80 MHz and Secondary 80 MHz channels in the 160 MHz and 80+80 MHz HE MU PPDU formats or HE TB PPDU formats using OFDMA transmission.

A 242-tone RU consists of 234 data subcarriers and 8 pilot subcarriers. The positions of pilots for the 242-tone RU are defined in 27.3.2.4. The locations of the 242-tone RUs are fixed as defined in Table 27-7, Table 27-8, and Table 27-9 and illustrated in Figure 27-5, Figure 27-6, and Figure 27-7 for the 20 MHz, 40 MHz, and 80 MHz HE PPDU formats, respectively. The same structure as used in the 80 MHz HE PPDU formats is used for both the Primary 80 MHz and Secondary 80 MHz channels in the 160 MHz and 80+80 MHz HE PPDU formats.

A 484-tone RU consists of 468 data subcarriers and 16 pilot subcarriers. The positions of the pilots for the 484-tone RU are defined in 27.3.2.4. The locations of the 484-tone RUs are fixed as defined in Table 27-8 and Table 27-9 and illustrated in Figure 27-6 and Figure 27-7 for the 40 MHz and 80 MHz HE PPDU formats. The same structure as used for the 80 MHz HE PPDU formats is used for both the Primary 80 MHz and Secondary 80 MHz channels in the 160 MHz and 80+80 MHz HE PPDU formats.

Copyright © 2021 IEEE. All rights reserved.

ATLAS-00021571

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only. Copyrighted and Authorized by IEEE. Restrictions Apply.

A 996-tone RU consists of 980 data subcarriers and 16 pilot subcarriers. The positions of the pilots for the 996-tone RU are defined in 27.3.2.4. The locations of the 996-tone RUs are fixed and located on subcarriers [−1012: −515, −509: −12] and [12: 509, 515: 1012] for each half of the bandwidth, respectively, for the 160 MHz and 80+80 MHz HE PPDU formats.

A 2×996-tone RU consists of two 996-tone RUs, one RU in each of the 80 MHz channels for the 160 MHz and 80+80 MHz HE PPDU formats.

The 20 MHz HE MU PPDU and HE TB PPDU with one or more RUs with less than 242 tones have 7 DC subcarriers located at [−3: 3]. The 20 MHz HE SU PPDU, HE MU PPDU, and HE TB PPDU with a 242-tone RU have 3 DC subcarriers located at [−1: 1]. The 40 MHz HE PPDU has 5 DC subcarriers located at [−2: 2]. The 80 MHz HE MU PPDU and HE TB PPDU with one or more RUs with less than 996 tones have 7 DC subcarriers located at [−3: 3]. The 80 MHz HE SU PPDU, HE MU PPDU, and HE TB PPDU with a 996-tone RU have 5 DC subcarriers located at [−2: 2]. The structure used in the 80 MHz HE PPDU is used for both the Primary 80 MHz and Secondary 80 MHz channels in the 160 MHz and 80+80 MHz HE PPDU. The DC subcarriers are located on subcarriers [−11: 11].

The 20 MHz HE PPDU has 11 guard subcarriers: the 6 lowest frequency subcarriers [−128: −123] and the 5 highest frequency subcarriers [123: 127] as shown in Figure 27-5. The 40 MHz HE PPDU has 23 guard subcarriers: the 12 lowest frequency subcarriers [−256: −245] and the 11 highest frequency subcarriers [245: 255] as shown in Figure 27-6. The 80 MHz HE PPDU has 23 guard subcarriers: the 12 lowest frequency subcarriers [−512: −501] and the 11 highest frequency subcarriers [501: 511] as shown in Figure 27-7. For the 160 MHz and 80+80 MHz HE PPDU, the same number of lowest frequency and highest frequency guard subcarriers as 80 MHz are defined at each edge of the 160 MHz and 80+80 MHz.

### 27.3.2.3 Null subcarriers

There are null subcarriers between the 26-, 52-, and 106-tone RU locations as illustrated in Figure 27-5, Figure 27-6, and Figure 27-7. The null subcarriers are located near the DC or edge tones to provide protection from transmit center frequency leakage, receiver DC offset, and interference from neighboring RUs. The null subcarriers have zero energy. The indices of the null subcarrier are enumerated in Table 27-10.

**Table 27-10— Null subcarrier indices**

| Channel width | RU size | Null subcarrier indices |
|---|---|---|
| 20 MHz | 26, 52 | ± 69, ± 122 |
| | 106 | none |
| | 242 | none |
| 40 MHz | 26, 52 | ± 3, ± 56, ± 57, ± 110, ± 137, ± 190, ± 191, ± 244 |
| | 106 | ± 3, ± 110, ± 137, ± 244 |
| | 242, 484 | none |

Copyright © 2021 IEEE. All rights reserved.

ATLAS-00021572

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only.
Copyrighted and Authorized by IEEE. Restrictions Apply.

**Table 27-10— Null subcarrier indices** *(continued)*

| Channel width | RU size | Null subcarrier indices |
|---|---|---|
| 80 MHz | 26, 52 | $\pm 17, \pm 70, \pm 71, \pm 124, \pm 151, \pm 204, \pm 205, \pm 258, \pm 259, \pm 312, \pm 313, \pm 366, \pm 393, \pm 446, \pm 447, \pm 500$ |
| | 106 | $\pm 17, \pm 124, \pm 151, \pm 258, \pm 259, \pm 366, \pm 393, \pm 500$ |
| | 242, 484 | none |
| | 996 | none |
| 160 MHz | 26, 52, 106 | {null subcarrier indices in 80 MHz − 512, null subcarrier indices in 80 MHz + 512} |
| | 242, 484, 996, 2×996 | none |

The null subcarriers locations for each 80 MHz frequency segment of an 80+80 MHz HE PPDU shall follow the locations of an 80 MHz HE PPDU.

### 27.3.2.4 Pilot subcarriers

Within the HE modulated fields (see 27.3.10) of an HE PPDU, pilot subcarriers are present in the Data field and may be present in the HE-LTF field (see 27.3.11.10). The pilot subcarrier indices for the Data field OFDM symbols are defined in 27.3.12.13.

One of three HE-LTF types is used in the HE-LTF field of an HE PPDU: 1x HE-LTF, 2x HE-LTF, or 4x HE-LTF (see 27.3.11.10). If pilot subcarriers are present in the HE-LTF field of an HE PPDU, then, for a 4x HE-LTF and 2x HE-LTF, the pilot subcarrier locations in the HE-LTF field are the same as the pilot subcarrier locations in the Data field. For a 1x HE-LTF, the pilot subcarrier locations in the HE-LTF field are the pilot subcarriers locations in the Data field that are multiples of 4.

### 27.3.2.5 Resource indication and User identification in an HE MU PPDU

An AP that transmits an HE MU PPDU shall set the UL/DL field in the HE-SIG-A field to 0.

The HE-SIG-B field consists of one or two HE-SIG-B content channels, with each HE-SIG-B content channel conveying user allocation for one or more 20 MHz subchannels. A 20 MHz HE MU PPDU has one HE-SIG-B content channel, while an HE MU PPDU with greater than 20 MHz PPDU bandwidth has two HE-SIG-B content channels.

A full-bandwidth MU-MIMO transmission using the HE MU PPDU format shall have a value of 1 for the HE-SIG-B Compression field in the HE-SIG-A field, where the Common field in the HE-SIG-B field is not present, the HE modulated fields of the PPDU consist of one RU that spans the entire PPDU bandwidth, and the preamble is not punctured. The number of users in the MU-MIMO group is indicated in the Number Of HE-SIG-B Symbols Or MU-MIMO Users field in the HE-SIG-A field. The allocated spatial streams for each user and the total number of spatial streams are indicated in the Spatial Configuration field of the User field in the HE-SIG-B field containing the STA-ID of the designated MU-MIMO STA as defined in Table 27-30.

If the value of the HE-SIG-B Compression field in the HE-SIG-A field is 0, then the RU Allocation subfield in the Common field in each HE-SIG-B content channel indicates the combination of RUs in the current PPDU and the number of User fields included in the corresponding HE-SIG-B content channel for each RU. See 27.3.11.8.2 for a description of the HE-SIG-B content channels.

Copyright © 2021 IEEE. All rights reserved.

ATLAS−00021573

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only. Copyrighted and Authorized by IEEE. Restrictions Apply.

If there is only one User field (see Table 27-28) for an RU in the HE-SIG-B content channel, then the number of spatial streams for the user in the RU is indicated by the NSTS field in the User field.

If there is more than one User field (see Table 27-29) for an RU in the HE-SIG-B content channel, then the number of allocated spatial streams for each user in the RU is indicated by the Spatial Configuration field of the User field in the HE-SIG-B field. Note that, if the value of the HE-SIG-B Compression field in the HE-SIG-A field is 0, for an RU with 484 or more subcarriers and having two or more intended users, the User fields corresponding to the RU may be split between two HE-SIG-B content channels. In this case, the total number of users and the total number of spatial streams in the RU are the sum of the number of users and number of spatial streams per user, respectively, indicated in both HE-SIG-B content channels. For PPDU bandwidths greater than 20 MHz, the split is an equitable split for full-bandwidth DL MU-MIMO (see 27.3.11.8.4) or a dynamic split when the HE-SIG-B Compression field in the HE-SIG-A field is equal to 0 (see 27.3.11.8.3).

In each HE-SIG-B content channel, the User fields are ordered so that, together with the HE-SIG-B Compression field in the HE-SIG-A field and the Common field in the HE-SIG-B field (if present), the RU location and spatial streams allocated to each user can be identified (see 27.3.11.8.4). If the UL/DL field in the HE-SIG-A field is set to 0, the STA-ID field in each User field indicates the intended recipient user of the corresponding spatial streams and the RU. Otherwise, the STA-ID field indicates the STA that transmits the PPDU in the corresponding spatial streams and the RU.

HE-LTF symbols in the DL HE MU PPDU are used to measure the channel for the space-time streams intended for the STA and can also be used to measure the channel for the interfering space-time streams. To successfully demodulate the space-time streams intended for the STA, it is recommended that the STA use the channel knowledge for all space-time streams to reduce the effect of space-time streams allocated to other users.

If a STA is included as a member of the MU-MIMO group in RU $r$, its corresponding $N_{STS,r,u}$ contained in the User field in the HE-SIG-B field for user $u$ shall not be zero. If a STA determines that it is not a member of the MU-MIMO group in RU $r$, then the STA may elect not to process RU $r$ in the remainder of the PPDU.

### 27.3.2.6 Resource allocation for an HE TB PPDU

UL MU transmissions are preceded by a triggering frame from the AP. The triggering frame indicates the parameters, such as the duration of the HE TB PPDU, RU allocation, target RSSI, and HE-MCS (see 9.3.1.22, 9.2.4.6a.1, and 26.5.2.3), required to transmit an HE TB PPDU.

The Trigger frame indicates whether the UL MU transmission following it uses HE single stream pilot HE-LTF mode or HE masked HE-LTF sequence mode if the HE-LTF type of the HE TB PPDU is 2x HE-LTF or 4x HE-LTF. HE no pilot HE-LTF mode is used if the HE-LTF type of the HE TB PPDU is 1x HE-LTF. If HE single stream pilot HE-LTF mode is used, no masking is applied to the HE-LTF. HE single stream pilot HE-LTF mode is used for any UL OFDMA transmission, including UL OFDMA with MU-MIMO transmissions.

### 27.3.2.7 20 MHz operating non-AP HE STAs

A 20 MHz-only non-AP HE STA is a non-AP HE STA that indicates support for only 20 MHz channel width for the frequency band in which it is operating using the Supported Channel Width Set subfield in the HE PHY Capabilities Information field in the HE Capabilities element that it transmits (see 9.4.2.248.3). A 20 MHz operating non-AP HE STA is a non-AP HE STA that is operating in 20 MHz channel width mode, such as a 20 MHz-only non-AP HE STA or an HE STA that reduced its operating channel width to 20 MHz using operating mode indication (OMI).

Copyright © 2021 IEEE. All rights reserved.

ATLAS-00021574

IEEE Std 802.11ax-2021
IEEE Standard for Information Technology—Local and Metropolitan Area Networks—Specific Requirements—
Part 11: Wireless LAN MAC and PHY Specifications—
Amendment 1: Enhancements for High Efficiency WLAN

A 20 MHz operating non-AP HE STA shall operate in the primary 20 MHz channel, except when the 20 MHz operating non-AP HE STA sets dot11HESubchannelSelectiveTransmissionImplemented equal to true. In this case, the 20 MHz operating non-AP HE STA may operate in any 20 MHz channel within the BSS bandwidth by following the procedure in 26.8.7.

An HE AP operating in the 5 GHz or 6 GHz band shall be able to interoperate with non-AP HE STAs, regardless of the indicated value of B1 in the Supported Channel Width Set subfield in the HE PHY Capabilities Information field in the HE Capabilities element (see 9.4.2.248.3).

A 20 MHz operating non-AP HE STA shall support tone mapping of 26-tone RU, 52-tone RU, 106-tone RU, and 242-tone RU for a 20 MHz HE PPDU (see Table 27-7) in the 2.4 GHz, 5 GHz, and 6 GHz frequency bands.

A 20 MHz operating non-AP HE STA indicates support for tone mapping of 26-tone RU, 52-tone RU, and 106-tone RU for a 40 MHz HE PPDU (see Table 27-8) in the 2.4 GHz band using the 20 MHz In 40 MHz HE PPDU In 2.4 GHz Band subfield in the HE PHY Capabilities Information field in the HE Capabilities element (see 9.4.2.248.3), with the exception of RUs that are restricted from operation as specified in 27.3.2.8.

A 20 MHz operating non-AP HE STA shall support tone mapping of 26-tone RU, 52-tone RU, and 106-tone RU for a 40 MHz HE PPDU (see Table 27-8) in the 5 GHz frequency band and for an 80 MHz HE PPDU (see Table 27-9) in the 5 GHz and 6 GHz bands, with the exception of RUs that are restricted from operation as specified in 27.3.2.8.

A 20 MHz operating non-AP HE STA indicates support for tone mapping of 26-tone RU, 52-tone RU, and 106-tone RU for 80+80 MHz PPDU and 160 MHz HE PPDUs using the 20 MHz In 160/80+80 MHz HE PPDU subfield in the HE PHY Capabilities Information field in the HE Capabilities element (see 9.4.2.248.3), with the exception of RUs that are restricted from operation as specified in 27.3.2.8.

A 20 MHz operating non-AP HE STA may support tone mapping of 242-tone RU for the reception of a 40 MHz HE MU PPDU (see Table 27-8) in the 2.4 GHz, 5 GHz, and 6 GHz bands and 80 MHz, 80+80 MHz, and 160 MHz HE MU PPDUs (see Table 27-9) in the 5 GHz and 6 GHz bands. This support is indicated in the Supported Channel Width Set subfield in the HE PHY Capabilities Information field in the HE Capabilities element (see 9.4.2.248.3).

### 27.3.2.8 RU restrictions for 20 MHz operation

If a 20 MHz operating non-AP HE STA is the receiver of a 40 MHz, 80 MHz, 80+80 MHz, or 160 MHz HE MU PPDU or the transmitter of a 40 MHz, 80 MHz, 80+80 MHz, or 160 MHz HE TB PPDU, then the RU tone mapping in 20 MHz is not aligned with the 40 MHz, 80 MHz, 80+80 MHz, or 160 MHz RU tone mapping (see 27.3.2.2).

An AP shall not assign the following RUs to a 20 MHz operating non-AP HE STA where the RU index is defined in Table 27-8:
— 26-tone RU 5 and 14 of a 40 MHz HE MU PPDU and HE TB PPDU

An AP shall not assign the following RUs to a 20 MHz operating non-AP HE STA where the RU index is defined in Table 27-9:
— 26-tone RU 5, 10, 14, 19, 24, 28, and 33 of an 80 MHz HE MU PPDU and HE TB PPDU
— 26-tone RU 5, 10, 14, 19, 24, 28, and 33 of the lower 80 MHz of an 80+80 MHz and 160 MHz HE MU PPDU and HE TB PPDU
— 26-tone RU 5, 10, 14, 19, 24, 28, and 33 of the upper 80 MHz of an 80+80 MHz HE MU PPDU and HE TB PPDU

Copyright © 2021 IEEE. All rights reserved.

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only. Copyrighted and Authorized by IEEE. Restrictions Apply.

ATLAS-00021575

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only. Copyrighted and Authorized by IEEE. Restrictions Apply.

— 52-tone RU 5 and 12 of an 80 MHz HE MU PPDU and HE TB PPDU

— 52-tone RU 5 and 12 of the lower 80 MHz of an 80+80 MHz and 160 MHz HE MU PPDU and HE TB PPDU

— 52-tone RU 5 and 12 of the upper 80 MHz of an 80+80 MHz HE MU PPDU and HE TB PPDU

— 106-tone RU 3 and 6 of an 80 MHz HE MU PPDU and HE TB PPDU

— 106-tone RU 3 and 6 of the lower 80 MHz of an 80+80 MHz and 160 MHz HE MU PPDU and HE TB PPDU

— 106-tone RU 3 and 6 of the upper 80 MHz of an 80+80 MHz HE MU PPDU and HE TB PPDU

## 27.3.2.9 80 MHz operating non-AP HE STAs

An HE AP shall not allocate an RU in a 160 MHz or 80+80 MHz HE MU or HE TB PPDU to an 80 MHz operating non-AP HE STA if the non-AP STA has set the 80 MHz In 160/80+80 MHz HE PPDU subfield in the HE PHY Capabilities Information field in the HE Capabilities element to 0.

An HE AP shall not allocate an RU outside of the primary 80 MHz in a 160 MHz or 80+80 MHz HE MU or HE TB PPDU to an 80 MHz operating non-AP HE STA if the non-AP STA has set the HE Subchannel Selective Transmission Support subfield in the HE MAC Capabilities Information field in the HE Capabilities element to 0.

An HE AP shall not allocate an RU outside of the primary 80 MHz in a 160 MHz or 80+80 MHz HE MU or HE TB PPDU to an 80 MHz operating non-AP HE STA if the non-AP STA has set the HE Subchannel Selective Transmission Support subfield in the HE MAC Capabilities Information field in the HE Capabilities element to 1 but has not set up SST operation on the secondary 80 MHz channel with the HE AP.

## 27.3.3 MU-MIMO

### 27.3.3.1 DL MU-MIMO

#### 27.3.3.1.1 Supported RU sizes in DL MU-MIMO

A STA that sets the Partial Bandwidth DL MU-MIMO subfield of the HE PHY Capabilities Information field in the HE Capabilities element that it transmits to 1 shall support receiving an RU in an HE MU PPDU where MU-MIMO is employed in the RU, the RU size is greater than or equal to 106 tones, and the RU does not span the entire PPDU bandwidth.

#### 27.3.3.1.2 Maximum number of spatial streams in an HE MU PPDU

An HE STA shall support the reception of DL MU-MIMO transmissions on full bandwidth with a maximum number of space-time streams (per user) that is the minimum of 4 and the maximum number of space-time streams supported for reception of HE SU PPDUs. The maximum number of space-time streams supported for reception of HE SU PPDUs is indicated for various bandwidths in the Supported HE-MCS and NSS Set field in the HE Capabilities element.

For transmissions using bandwidth less than or equal to 80 MHz, an HE STA shall support reception of DL MU-MIMO transmissions on full bandwidth with the total number of space-time streams (across all users) up to the value indicated by the Beamformee STS ≤ 80 MHz subfield in the HE PHY Capabilities Information field in the HE Capabilities element. For transmissions using bandwidth greater than 80 MHz, an HE STA shall support reception of DL MU-MIMO transmissions on full bandwidth with the total number of space-time streams (across all users) up to the value indicated by the Beamformee STS > 80 MHz subfield in the HE PHY Capabilities Information field in the HE Capabilities element.

Copyright © 2021 IEEE. All rights reserved.

ATLAS–00021576

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only.
Copyrighted and Authorized by IEEE. Restrictions Apply.

An HE AP that is capable of transmitting 4 or more space-time streams shall support DL MU-MIMO transmissions on full bandwidth.

All of the aforementioned requirements in this subclause on the per user and total number of space-time-streams are also applicable to an MU-MIMO transmission on an RU in an HE MU PPDU where the RU does not span the entire PPDU bandwidth.

### 27.3.3.2 UL MU-MIMO

### 27.3.3.2.1 Introduction

UL MU-MIMO is a technique to allow multiple STAs to transmit simultaneously over the same frequency resource to the receiver. The concept is very similar to SU-MIMO where multiple space-time streams are transmitted simultaneously over the same frequency resource utilizing spatial multiplexing through multiple antennas at the transmitter and receiver. The key difference from SU-MIMO is that in UL MU-MIMO, the transmitted streams originate from multiple STAs.

### 27.3.3.2.2 Supported RU sizes in UL MU-MIMO

An AP that sets the Partial Bandwidth UL MU-MIMO subfield of the HE PHY Capabilities Information field in the HE Capabilities element that it transmits to 1 shall support receiving an RU in an HE TB PPDU where MU-MIMO is employed in the RU, the RU size is greater than or equal to 106 tones, and the RU does not span the entire PPDU bandwidth.

A non-AP STA that sets the Partial Bandwidth UL MU-MIMO subfield of the HE PHY Capabilities Information field in the HE Capabilities element that it transmits to 1 shall support transmitting an RU in an HE TB PPDU where UL MU-MIMO is employed in the RU, the RU size is greater than or equal to 106 tones, and the RU does not span the entire PPDU bandwidth.

A STA that sets the Partial Bandwidth UL MU-MIMO subfield to 1 shall set the Full Bandwidth UL MU-MIMO subfield in the HE PHY Capabilities Information field to 1.

### 27.3.3.2.3 MU-MIMO HE-LTF mode

A non-AP STA that sets the Full Bandwidth UL MU-MIMO subfield of the HE PHY Capabilities Information field in the HE Capabilities element it transmits to 1 shall support both the HE single stream pilot HE-LTF mode and the HE masked HE-LTF sequence mode as defined in Equation (27-59) for the transmission of an HE TB PPDU with one RU spanning the entire PPDU bandwidth and the RU using MU-MIMO.

An AP that sets the Partial Bandwidth UL MU-MIMO subfield of the HE PHY Capabilities Information field in the HE Capabilities element it transmits to 1 shall support receiving HE TB PPDUs using the HE single stream pilot HE-LTF mode if the HE TB PPDUs use MU-MIMO in an RU that does not span the entire PPDU bandwidth.

A non-AP STA that sets the Partial Bandwidth UL MU-MIMO subfield of the HE PHY Capabilities Information field in the HE Capabilities element it transmits to 1 shall support transmitting an HE TB PPDU using the HE single stream pilot HE-LTF mode if the HE TB PPDU uses MU-MIMO in an RU that does not span the entire PPDU bandwidth.

Copyright © 2021 IEEE. All rights reserved.

ATLAS-00021577

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only.
Copyrighted and Authorized by IEEE. Restrictions Apply.

#### 27.3.3.2.4 Maximum number of spatial streams in UL MU-MIMO

A non-AP STA that supports UL MU-MIMO shall support transmitting an HE TB PPDU using MU-MIMO where

— The number of spatial streams allocated to the non-AP STA ranges from 1 to $N$, where $N$ is the smaller of 4 and the maximum number of spatial streams supported by the non-AP STA for transmitting HE SU PPDUs.

— The number of total spatial streams (summed over all users) is less than or equal to 8.

The maximum number of spatial streams supported by a STA for the transmission of an HE SU PPDU is indicated in the Supported HE-MCS And NSS Set field in the HE Capabilities element.

All the requirements in this subclause on the per user and total number of spatial streams are applicable to both full-bandwidth and partial-bandwidth MU-MIMO.

### 27.3.4 HE PPDU formats

Four HE PPDU formats are defined: HE SU PPDU, HE MU PPDU, HE ER SU PPDU, and HE TB PPDU. The HE sounding NDP is a variant of the HE SU PPDU and defined in 27.3.17. The HE TB feedback NDP is a variant of the HE TB PPDU and defined in 27.3.18.

NOTE—The HE ER SU PPDU is not a variant of the HE SU PPDU. Requirements related to HE SU PPDUs and HE ER SU PPDUs are specified separately.

The format of the HE SU PPDU is defined as in Figure 27-8. This PPDU format is used for SU transmission, and in this format, the HE-SIG-A field is not repeated.



**Figure 27-8—HE SU PPDU format**

The format of the HE MU PPDU is defined as in Figure 27-9. This format is used for transmission to one or more users if the PPDU is not a response of a Trigger frame. In the HE MU PPDU, the HE-SIG-A field is not repeated. The HE-SIG-B field is present in this format.



**Figure 27-9—HE MU PPDU format**

Copyright © 2021 IEEE. All rights reserved.

ATLAS–00021578

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only.
Copyrighted and Authorized by IEEE. Restrictions Apply.

The format of the HE ER SU PPDU is defined as in Figure 27-10. This format is used for SU transmission, and in this format, the HE-SIG-A field is twice as long as the HE-SIG-A field in other HE PPDU formats.

**Figure 27-10—HE ER SU PPDU format**

The format of the HE TB PPDU is defined as in Figure 27-11. This format is used for a transmission that is a response to a triggering frame from an AP.

The format of the HE TB PPDU is the same as the HE SU PPDU, except that the duration of the HE-STF field in the HE TB PPDU is twice the duration of the HE-STF field in the HE SU PPDU.



**Figure 27-11—HE TB PPDU format**

The fields of the HE PPDU formats are summarized in Table 27-11.

**Table 27-11—HE PPDU fields**

| Field | Description |
|-------|-------------|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| RL-SIG | Repeated Non-HT SIGNAL field |
| HE-SIG-A | HE SIGNAL A field |
| HE-SIG-B | HE SIGNAL B field |
| HE-STF | HE Short Training field |
| HE-LTF | HE Long Training field |
| Data | The Data field carrying the PSDU(s) |
| PE | Packet extension field |

The RL-SIG, HE-SIG-A, HE-STF, HE-LTF, and PE fields are present in all HE PPDU formats. The HE-SIG-B field is present only in the HE MU PPDU. The PE field is defined in 27.3.13.

The L-STF, L-LTF, L-SIG, RL-SIG, HE-SIG-A, and HE-SIG-B fields are referred to as *pre-HE modulated fields*, while the HE-STF, HE-LTF, Data, and PE fields are referred to as *HE modulated fields*.

Copyright © 2021 IEEE. All rights reserved.

ATLAS-00021579

IEEE Std 802.11ax-2021
IEEE Standard for Information Technology—Local and Metropolitan Area Networks—Specific Requirements—
Part 11: Wireless LAN MAC and PHY Specifications—
Amendment 1: Enhancements for High Efficiency WLAN

Copyrighted material licensed to Alden Harris on 2021-06-23 for licensee's use only.
Copyrighted and Authorized by IEEE. Restrictions Apply.

In the HE TB PPDU, the pre-HE modulated fields are sent only on the 20 MHz channels where the STA's HE modulated fields are located. If the HE modulated fields are located in more than one 20 MHz channel, the pre-HE modulated fields are duplicated over the multiple 20 MHz channels. Figure 27-12 shows how many 20 MHz channels need to be modulated for the pre-HE modulated fields for each RU size and location in an HE TB PPDU.



**Figure 27-12—Number of 20 MHz channels that need to be modulated for the pre-HE modulated fields for each RU size and location in an HE TB PPDU**

A PPDU transmitted with the TXVECTOR parameter NO_SIG_EXTN set to false is followed by a period of duration aSignalExtension without transmission. See 10.3.8.

A signal extension shall be present in a transmitted PPDU if the TXVECTOR parameter NO_SIG_EXTN is false and one of the following conditions apply:

— The TXVECVTOR parameter FORMAT is HE, HT_MF or HT_GF
— The TXVECTOR parameter FORMAT is NON_HT and the TXVECTOR parameter NON_HT_MODULATION is ERP-OFDM or NON_HT_DUP_OFDM

A signal extension shall be assumed to be present (for the purpose of timing PHY-RXEND.indication and PHY-CCA.indication primitives, as described below in this subclause and in 27.3.22) in a received PPDU if one of the following conditions apply:

— The RXVECTOR parameter FORMAT is HE, HT_MF or HT_GF
— The RXVECTOR parameter FORMAT is NON_HT and the RXVECTOR parameter NON_HT_MODULATION is ERP-OFDM or NON_HT_DUP_OFDM

A PPDU containing a signal extension is called a signal extended PPDU. When transmitting a signal extended PPDU, the PHY-TXEND.indication primitive shall be emitted a period of aSignalExtension after the end of the actual ending time of the PPDU. When receiving a signal extended PPDU, the PHY-RXEND.indication primitive shall be emitted a period of aSignalExtension after the end of the actual ending time of the PPDU.

Copyright © 2021 IEEE. All rights reserved.

ATLAS-00021580