**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 2:21-cv-00430-JRG-RSP |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP-LINK INTERNATIONAL LTD., | |
| Defendants. | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to P.R. 4-5(d), Plaintiff Atlas Global Technologies LLC ("Plaintiff" or "Atlas")

and Defendants TP-Link Technologies Co., Ltd., TP-Link Corporation Ltd., and TP-Link

International Ltd. ("Defendants" or "TP-Link") (collectively, the "Parties") hereby submit this

Joint Claim Construction Chart.

A.    **U.S. Patent No. 9,531,520 ("the '520 Patent")**

| Claims (terms to be construed in bold) | Atlas's Construction | TP-Link's Construction | Court's Construction |
|---|---|---|---|
| 1. **A method, implemented by a network device in a wireless network, for coordinating an uplink multi-user response transmission to a downlink multi-user transmission, the method comprising:** | [AGREED] Plain and ordinary meaning. The preamble is limiting | [AGREED] Plain and ordinary meaning. The preamble is limiting | Plain and ordinary meaning. The preamble is limiting |
| generating, by the **network device**, a downlink multi-user frame addressed to a plurality of stations operating in the wireless network, | Plain and ordinary meaning. | "an access point that may communicate with STAs over a network." | |
| **the downlink multi-user frame including a plurality of resource units (RUs),** wherein generating the downlink multi-user frame comprises:<br><br>assigning each RU of the plurality of RUs to a respective station in the plurality of stations, and | Plain and ordinary meaning. Alternatively, "the downlink multi-user frame including a plurality of particular units of spatial streams and/or sub-channels of a wireless channel." | Indefinite. | |
| **including a respective set of MAC Protocol Data Units (MPDUs) in each RU of the plurality of RUs,**<br><br>wherein an MPDU in one or more of the RUs in the plurality of RUs includes acknowledgement information indicating properties of a multi-user acknowledgement transmission that the station in the plurality of stations to which the RU is assigned is requested | Plain and ordinary meaning. | Indefinite. | |

1

| | | | |
|---|---|---|---|
| to transmit to acknowledge the downlink multi-user frame;<br><br>transmitting the downlink multi-user frame to the plurality of stations over a wireless channel; and<br><br>receiving the uplink multi-user response transmission, the uplink multi-user response transmission including multi-user acknowledgement transmissions respectively and simultaneously transmitted by two or more stations in the plurality of stations,<br><br>wherein the plurality of RUs respectively correspond to a plurality of simultaneous uplink transmissions, and each of the plurality of simultaneous uplink transmissions uses a sub-channel, spatial stream, or sub-channel and spatial stream combination that is not used by any other of the plurality of simultaneous uplink transmissions. | | | |
| 6. The method of claim 1, further comprising:<br><br>generating, by the **network device**, a multi-user block acknowledgement request frame to solicit acknowledgements from two or more stations of the plurality of stations; and<br><br>transmitting the multi-user block acknowledgment request frame following transmission of the downlink multi-user frame. | Plain and ordinary meaning. | "an access point that may communicate with STAs over a network." | |

| | | | |
|---|---|---|---|
| 8. **A method, implemented by a first station in a wireless network, for transmitting an uplink acknowledgment, the method comprising:**<br><br>receiving a downlink multi-user frame addressed to a plurality of stations, including the first station, and received from an access point in the wireless network;<br><br>processing a first MAC Protocol Data Units (MPDU) in the downlink multi-user frame to determine acknowledgement information indicating properties of a first multi-user acknowledgement frame;<br><br>generating the first multi-user acknowledgment frame based on the acknowledgement information; and<br><br>transmitting the first multi-user acknowledgement frame to the access point to acknowledge the downlink multi-user frame,<br><br>8[F] wherein the first multi-user acknowledgement frame is transmitted simultaneously to a second multi-user acknowledgement frame transmitted by a second station. | **[AGREED]** Plain and ordinary meaning. The preamble is limiting. | **[AGREED]** Plain and ordinary meaning. The preamble is limiting. | Plain and ordinary meaning. The preamble is limiting |
| 9. The method of claim 8, **wherein the first MPDU is located in a first resource unit of the downlink multi-user frame allocated to the first station, wherein the downlink multi-user** | Plain and ordinary meaning. | Indefinite. | |

| | | | |
|---|---|---|---|
| **frame includes a second resource unit that contains a second MPDU that includes acknowledgement information for the second multi-user acknowledgement frame**. | | | |
| 18. **A method, implemented by a first station in a wireless network, for transmitting an uplink acknowledgment, the method comprising:**<br><br>receiving a downlink multi-user frame addressed to a plurality of stations, including the first station, wherein the downlink multi-user frame is received from an access point in the wireless network;<br><br>receiving a multi-user block acknowledgement request frame that solicits acknowledgements from the first station and a second station, wherein the multi-user block acknowledgement request frame includes acknowledgement information indicating properties of a first multi-user acknowledgement frame;<br><br>generating the first multi-user acknowledgment frame based on the acknowledgement information; and<br><br>acknowledging the receipt of the downlink multi-user frame by transmitting the first multi-user acknowledgement frame to the access point,<br><br>wherein the first multi-user | [AGREED] Plain and ordinary meaning. The preamble is limiting. | [AGREED] Plain and ordinary meaning. The preamble is limiting. | Plain and ordinary meaning. The preamble is limiting |

4

| acknowledgement frame is transmitted simultaneously with a second multi-user acknowledgement frame generated and transmitted by the second station. | | | |

**B.     U.S. Patent No. 9,763,259 ("the '259 Patent")**

| Claims (terms to be construed in bold) | Atlas's Construction | TP-Link's Construction | Court's Construction |
|---|---|---|---|
| 1. A sounding method by a first receiving device, the method comprising:<br><br>receiving a null data packet announcement (NDPA) frame from a transmitting device;<br><br>receiving a null data packet (NDP) frame from the transmitting device after receiving the NPDA frame; and<br><br>transmitting to the transmitting device a feedback frame including subchannel information measured on a first subchannel after receiving the NDP frame, the first subchannel being a subchannel that is allocated to the first receiving device among a plurality of subchannels into which a predetermined band is divided,<br><br>wherein transmitting the feedback frame includes:<br><br>transmitting the feedback frame to the transmitting device while a second feedback frame including subchannel information | | | |

5

| | | | |
|---|---|---|---|
| measured on the second subchannel is transmitted to the transmitting device by a second receiving device, the second subchannel being a subchannel that is allocated to the second receiving device among the plurality of subchannels. | | | |
| 5. The method of claim 1, wherein transmitting the feedback frame includes adding pad bits to a data field of the feedback frame when a length of data to be transmitted by the feedback frame is shorter than a predetermined length, or partitioning the data into a plurality of fragments and inserting any one of the fragments to the data field of the feedback frame when the length of the data is longer than the predetermined length. | | | |
| 6. The method of claim 5, **wherein the NDPA frame indicates information corresponding to the predetermined length.** | Plain and ordinary meaning. | Indefinite. | |

## C.     U.S. Patent No. 9,825,738 ("the '738 Patent")

| Claims (terms to be construed in bold) | Atlas's Construction | TP-Link's Construction | Court's Construction |
|---|---|---|---|
| 1. A method of operating an access point in a wireless communication network, the method comprising:<br><br>generating downlink data<br><br>generating **uplink setup information**, the **uplink setup information** including a first | Plain and ordinary meaning | "information on the transmission characteristics to be used | |

6

| | | | |
|---|---|---|---|
| information to be used for uplink multi-user transmission; | | for a subsequent uplink transmission" | |
| transmitting the downlink data and the **uplink setup information** in a single physical downlink frame to a plurality of stations; simultaneously receiving multiple uplink frames from multiple stations of the plurality of stations; and transmitting an acknowledgement frame to the multiple stations after a successful reception of the multiple uplink frames, | Plain and ordinary meaning | "information on the transmission characteristics to be used for a subsequent uplink transmission" | |
| wherein the **uplink setup information** includes a common information portion and a dedicated information portion, the common information portion includes a second information being common to all of the plurality of stations to receive the **uplink setup information**, and the dedicated information portion includes respective third information specific to each of the plurality of stations to receive the **uplink setup information**, and | Plain and ordinary meaning | "information on the transmission characteristics to be used for a subsequent uplink transmission" | |
| **wherein the second information is a function of a total number of space time streams to be used to transmit the multiple uplink frames**. | Plain and ordinary meaning. Alternatively, "wherein the second information in the common information portion is a value that depends on the total | Indefinite | |

7

| | | | |
|---|---|---|---|
| | number of space time streams to be used to transmit the multiple uplink frames. | | |
| 6. The method of claim 1, **wherein the acknowledgement frame includes acknowledgement information for one or more of the plurality of stations.** | Plain and ordinary meaning. | "wherein the acknowledgement frame includes an information per TID subfield, a block ACK starting sequence control field, and a block ACK bitmap subfield for one or more of the plurality of stations" | |
| 9. A method of operating a station in a wireless communication network, the method comprising:<br><br>receiving, from an access point, a physical downlink frame transmitted to a plurality of stations, the physical downlink frame comprising:<br><br>**uplink setup information** including a first information to be used for uplink multi-user transmission by the station, and downlink data; | Plain and ordinary meaning | "information on the transmission characteristics to be used for a subsequent uplink transmission" | |
| transmitting an uplink frame to the access point, the uplink frame being simultaneously transmitted with one or more uplink frames from one or more other stations of the plurality of stations, the uplink frame being generated based on the **uplink setup information**; and | Plain and ordinary meaning | "information on the transmission | |

| | | |
|---|---|---|
| receiving an acknowledgement frame from the access point after the uplink frame is successfully received in the access point, | | characteristics to be used for a subsequent uplink transmission" |
| wherein the **uplink setup information** includes a common information portion and a dedicated information portion, the common information portion includes a second information being common to all of the plurality of stations to receive the uplink setup frame, the dedicated information portion includes respective third information specific to each of the plurality stations to receive the **uplink setup information**, and | Plain and ordinary meaning | "information on the transmission characteristics to be used for a subsequent uplink transmission" |
| **wherein the second information is a function of a total number of space time streams to be used to perform the simultaneous transmission of the uplink frame and the one or more uplink frames from the one or more other stations.** | Plain and ordinary meaning. Alternatively, "wherein the second information in the common information portion is a value that depends on the total number of space time streams to be used to simultaneously transmit the multiple uplink frames" | Indefinite |
| 14. The method of claim 9, **wherein the acknowledgement frame includes acknowledgement information for the station and one or more other stations of the plurality of stations.** | Plain and ordinary meaning. | "wherein the acknowledgement frame includes an information per TID subfield, a block ACK starting sequence control field, and a block |

9

| | | | |
|---|---|---|---|
| | | ACK bitmap subfield for one or more of the plurality of stations" | |

**D.    U.S. Patent No. 9,912,513 ("the '513 Patent")**

| Claims (terms to be construed in bold) | Atlas's Construction | TP-Link's Construction | Court's Construction |
|---|---|---|---|
| 1. An apparatus for facilitating wireless communication, the apparatus comprising:<br><br>one or more memories; and one or more processors coupled to the one or more memories, the one or more processors configured to cause:<br><br>receiving, in a trigger frame transmitted by an access point, an indication of a first guard interval length, wherein the trigger frame allocates one or more resources for an uplink (UL) multi-user (MU) transmission and solicits the UL MU transmission, wherein a value of the first guard interval length is to be used by each of a plurality of stations, including the apparatus, associated with the UL MU transmission,<br><br>generating an uplink frame for the UL MU transmission solicited by the trigger frame, wherein the uplink frame comprises a payload and a physical layer (PHY) header, and<br><br>transmitting the uplink frame using a resource allocated by the trigger frame to the apparatus, | | | |

| | | | |
|---|---|---|---|
| **wherein at least a portion of the payload of the uplink frame is associated with the first guard interval length.** | Plain and ordinary meaning. Alternatively, "wherein some or all of the payload of the uplink frame uses the first guard interval length" | Indefinite | |
| 9. A method for facilitating wireless communications between a wireless device and an access point, the method comprising:<br><br>receiving, by the wireless device in a downlink frame from the access point, an indication of a first cyclic prefix (CP) length, wherein the downlink frame is for allocating resources for an uplink (UL) multi-user (MU) transmission and for soliciting the UL MU transmission, wherein the first CP length is the same length to be used for all of a plurality of stations addressed by the downlink frame in the UL MU transmission;<br><br>generating, by the wireless device, an uplink frame for the UL MU transmission solicited by the downlink frame, wherein the uplink frame comprises a payload; and<br><br>transmitting the uplink frame using a resource allocated by the downlink frame, | | | |
| **wherein at least a portion of the payload of the uplink frame is associated with the first CP length.** | Plain and ordinary meaning. Alternatively, "wherein some or all of the payload of the uplink | Indefinite | |

11

|  |  |  |  |
|---|---|---|---|
|  | frame uses the first CP length" |  |  |
| 10. The method of claim 9, wherein the uplink frame further comprises a legacy header, and **wherein at least a portion of the legacy header is associated with a second CP length.** | Plain and ordinary meaning. Alternatively, "wherein some or all of the legacy header uses a second CP length" | Indefinite |  |
| 15. A computer-implemented method of facilitating wireless communication, the method comprising: determining, by an access point, a first guard interval to be used by a set of stations participating in a multi-user (MU) uplink (UL) transmission; creating, by the access point, a trigger frame, wherein the trigger frame includes information indicating the first guard interval for the UL MU transmission, wherein the trigger frame allocates resources for the UL MU transmission and solicits the UL MU transmission; transmitting, by the access point, the trigger frame to the set of stations; and processing an uplink frame comprising a plurality of frames from the set of stations **based on the resources for the UL MU transmission,** wherein each of the plurality of frames comprises a respective payload, and wherein at | Plain and ordinary meaning. | Indefinite |  |

| | | | |
|---|---|---|---|
| least a portion of the respective payload is associated with the first guard interval. | | | |
| 16. The computer-implemented method of claim 15, wherein each of the plurality of frames comprises a respective non-legacy header, and **wherein at least a portion of the respective non-legacy header is associated with the first guard interval.** | Plain and ordinary meaning. Alternatively, "wherein some or all of the respective non-legacy header uses the first guard interval" | Indefinite | |

**E.      U.S. Patent No. 9,917,679 ("the '679 Patent")**

| Claims (terms to be construed in bold) | Atlas's Construction | TP-Link's Construction | Court's Construction |
|---|---|---|---|
| 1. A method for transmitting an acknowledgement frame for notifying successful data reception by a station (STA) to an access point (AP) in a wireless local area network, the method comprising:<br><br>receiving, from the AP, a downlink frame including a quality of service (QoS) control field including acknowledgement information representing whether the STA is requested to transmit the acknowledgement frame in a **single-user (SU) format** or in a **multiple-user (MU) format** at a Short Inter-Frame Space (SIFS) time after the downlink frame; and<br><br>transmitting, to the AP, the acknowledgement frame based on the | Plain and ordinary meaning. | Indefinite | |

| | | |
|---|---|---|
| acknowledgement information at the SIFS time after the downlink frame,<br><br>wherein transmitting the acknowledgment frame comprises:<br><br>when the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the **MU format** and the STA is allocated a resource, transmitting the acknowledgement frame in the **MU format** on the allocated resource simultaneously with transmission of at least one acknowledgement frame from at least one other STA, and | Plain and ordinary meaning. | Indefinite |
| when the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the **SU format**, transmitting the acknowledgement frame in **SU format**. | Plain and ordinary meaning. | Indefinite |
| 6. A method for receiving an acknowledgement frame for notifying successful data reception by an access point (AP) from a station (STA) in a wireless local area network, the method comprising:<br><br>transmitting, to the STA, a downlink frame including a quality of service (QoS) control field including acknowledgement information representing whether the STA is requested to transmit the acknowledgement frame in a **single-user (SU) format** or in a **multiple-user (MU)** | Plain and ordinary meaning. | Indefinite |

14

| | | |
|---|---|---|
| **format** at a Short Inter-Frame Space (SIFS) time after the downlink frame; and<br><br>receiving, from the STA, the acknowledgement frame based on the acknowledgement information at the SIFS time after the downlink frame, wherein receiving the acknowledgment frame comprises:<br><br>when the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the **MU format**, receiving the acknowledgement frame in the **MU format** on an allocated resource simultaneously with transmission of at least one acknowledgement frame from at least one other STA, and | Plain and ordinary meaning. | Indefinite |
| when the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the **SU format**, receiving the acknowledgement frame in **SU format**. | Plain and ordinary meaning. | Indefinite |

**F.    U.S. Patent No. 10,020,919 ("the '919 Patent")**

| Claims (terms to be construed in bold) | Atlas's Construction | TP-Link's Construction | Court's Construction |
|---|---|---|---|
| 1. A method performed by a wireless device, the method comprising:<br><br>receiving a Null Data Packet Announcement (NDPA), the NDPA including one or more station information fields; | | | |

| | | | |
|---|---|---|---|
| determining exactly a number of the one or more station information fields in the NDPA;<br><br>receiving a Null Data Packet (NDP); and<br><br>**in response to determining that the number of the one or more station information fields in the NDPA is one**, transmitting first Channel State Information (CSI) feedback in response to receiving the NDP, | Plain and ordinary meaning | Plain meaning: "in response to determining that there is one station information in the NDPA" | |
| **wherein the number of the one or more station information fields in the NDPA is the cardinality of the one or more station information fields in the NDPA.** | Plain and ordinary meaning. Alternatively, "wherein the number of the one or more station information fields in the NDPA is the number of elements in the set of station information fields."<br><br>cardinality: "the number of elements in a set" | Plain meaning: wherein the number of the one or more station information fields in the NDPA is the number of the one or more station information fields in the NDPA. This renders the claim indefinite.<br><br>cardinality: Needs no construction; plain and ordinary meaning | |
| 2. The method of claim 1, further comprising:<br><br>**when the number of the one or more station information fields in the NDPA is greater than one**: | Plain and ordinary meaning | Indefinite | |

| | | | |
|---|---|---|---|
| receiving a first trigger frame; and transmitting the first CSI feedback in response to receiving the first trigger frame. | | | |
| 8. The method of claim 2, further comprising:<br><br>**when the number of one or more station information fields in the NDPA is greater than one**:<br><br>receiving a second trigger frame; and<br><br>transmitting second CSI feedback in response to receiving the second trigger frame. | Plain and ordinary meaning | Indefinite | |
| 9. The method of claim 3, wherein transmitting the first CSI feedback in response to receiving the first trigger frame comprises:<br><br>transmitting the first CSI feedback a second predetermined IFS after receiving the first trigger frame. | | | |
| 11. A method performed by a wireless device, the method comprising:<br><br>transmitting a Null Data Packet Announcement (NDPA), the NDPA including one or more station information fields;<br><br>transmitting a Null Data Packet (NDP); and<br><br>**when a number of the one or more station information fields in the NDPA is one**, receiving first Channel State Information (CSI) | Plain and ordinary meaning | Plain meaning: "when there is one station | |

17

| | | | |
|---|---|---|---|
| feedback transmitted in response to the NDP having only one station information field,<br><br>**wherein the number of the one or more station information fields in the NDPA is exactly the cardinality of the one or more station information fields in the NDPA.** | Plain and ordinary meaning. Alternatively, "wherein the number of the one or more station information fields in the NDPA is the number of elements in the set of station information fields."<br><br>cardinality: "the number of elements in a set" | information in the NDPA"<br><br>Plain meaning: wherein the number of the one or more station information fields in the NDPA is the number of the one or more station information fields in the NDPA. This renders the claim indefinite.<br><br>cardinality: Needs no construction; plain and ordinary meaning | |
| 12. The method of claim 11, further comprising:<br><br>**when the number of the one or more station information fields in the NDPA is greater than one**:<br><br>transmitting a first trigger frame; and<br><br>receiving the first CSI feedback in response to transmitting the first trigger frame | Plain and ordinary meaning | Indefinite | |
| 19. The method of claim 12, further comprising:<br><br>**when the number of one or more station information fields in the NDPA is greater than one**: | Plain and ordinary meaning | Indefinite | |

| | | | |
|---|---|---|---|
| transmitting a second trigger frame; and receiving second CSI feedback in response to transmitting the second trigger frame | | | |

**G.    U.S. Patent No. 10,756,851 ("the '851 Patent")**

| Claims (terms to be construed in bold) | Atlas's Construction | TP-Link's Construction | Court's Construction |
|---|---|---|---|
| 1. A station for facilitating multi-user communication in a wireless network, the station comprising:<br><br>one or more memories; and one or more processors coupled to the one or more memories, the one or more processors configured to cause:<br><br>receiving a first frame of a downlink transmission for a plurality of stations;<br><br>obtaining a control extension indication from a control field included in the first frame;<br><br>determining whether the control extension indication included in the first frame indicates whether the control field includes a **scheduling extension**;<br><br>obtaining scheduling information from the control field when the control extension indication indicates that the control field includes the **scheduling extension**; | Plain and ordinary meaning: "an extension to the control field that includes scheduling information." | "A subfield included in the HT control field that includes scheduling information for the uplink multi-user response" | |

| | | | |
|---|---|---|---|
| generating a second frame for a multi-user uplink transmission with the plurality of stations based on the scheduling information included in the **scheduling extension**; and<br><br>transmitting the second frame as part of the multi-user uplink transmission with the plurality of stations. | Plain and ordinary meaning: "an extension to the control field that includes scheduling information." | "A subfield included in the HT control field that includes scheduling information for the uplink multi-user response" | |
| 2. The station of claim 1, wherein the **scheduling extension** corresponds to a control extension subfield that contains the scheduling information. | Plain and ordinary meaning: "an extension to the control field that includes scheduling information." | "A subfield included in the HT control field that includes scheduling information for the uplink multi-user response" | |
| 7. The station of claim 2, wherein the one or more processors are configured to cause:<br><br>determining whether the **scheduling extension** exists based on a setting of the control extension indication. | Plain and ordinary meaning: "an extension to the control field that includes scheduling information." | "A subfield included in the HT control field that includes scheduling information for the uplink multi-user response" | |
| 8. The station of claim 7, wherein the one or more processors are configured to cause:<br><br>determining that the **scheduling extension** exists when the control extension indication is set to a first value; and determining that the **scheduling extension** does not exist when the control extension indication is set to a second value different from the first value. | Plain and ordinary meaning: "an extension to the control field that includes scheduling information." | "A subfield included in the HT control field that includes scheduling information for the uplink multi-user response" | |

Dated: December 30, 2022                    Respectfully submitted,

| | |
|---|---|
| */s/ Eric J Enger* | */s/ Kevin Bell* |
| Max L. Tribble, Jr. | Melissa R. Smith |
| Texas State Bar No. 20213950 | (Eastern District of Texas Member) |
| Joseph S. Grinstein | **GILLIAM & SMITH LLP** |
| Texas State Bar No. 24002188 | 303 South Washington Avenue |
| Alejandra C. Salinas | Marshall, TX 75670 |
| Texas State Bar No. 24102452 | Telephone: (903) 934-8450 |
| **SUSMAN GODFREY, LLP** | Facsimile: (903) 934-9257 |
| 1000 Louisiana Street, Suite 5100 | melissa@gillamsmithlaw.com |
| Houston, Texas 77002 | |
| Telephone: (713) 651-9366 | Steven D. Moore |
| Facsimile: (713) 654-6666 | (Eastern District of Texas Member) |
| mtribble@susmangodfrey.com | **KILPATRICK, TOWNSEND &** |
| jgrinstein@susmangodfrey.com | **STOCKTON LLP** |
| asalinas@susmangodfrey.com | Two Embarcadero Center, Suite 1900 |
| | San Francisco, CA 94111 |
| Kalpana Srinivasan | Telephone: (415) 576-0200 |
| California State Bar No. 237460 | Facsimile: (415) 576-0300 |
| Oleg Elkhunovich | smoore@kilpatricktownsend.com |
| California State Bar No. 269238 | |
| **SUSMAN GODFREY, LLP** | Kristopher L. Reed |
| 1900 Avenue of the Stars, 14th Floor | (Eastern District of Texas Member) |
| Los Angeles, CA 90067 | **KILPATRICK, TOWNSEND &** |
| Telephone: (310) 789-3100 | **STOCKTON LLP** |
| Facsimile: (310) 789-3150 | 2001 Ross Avenue, Suite 4400 |
| ksrinivasan@susmangodfrey.com | Dallas, TX 75201 |
| oelkhunovich@susmangodfrey.com | Telephone: (214) 922-7143 |
| | Facsimile: (214) 922-7101 |
| Michael F. Heim | kreed@kilpatricktownsend.com |
| Texas State Bar No. 09380923 | |
| Eric J. Enger | Kevin M. Bell |
| Texas State Bar No. 24045833 | (Eastern District of Texas Member) |
| Blaine A. Larson | Edward J. Mayle |
| Texas State Bar No. 24083360 | (Eastern District of Texas Member) |
| Alden G. Harris | **KILPATRICK, TOWNSEND &** |
| Texas State Bar No. 24083138 | **STOCKTON LLP** |
| William B. Collier, Jr. | 1400 Wewatta Street Suite 600 |
| Texas State Bar No. 24097519 | Denver, CO 80202 |
| **HEIM, PAYNE & CHORUSH, LLP** | Telephone: (303) 571-4000 |
| 1111 Bagby, Suite 2100 | Facsimile: (303) 571-4321 |
| Houston, Texas 77002 | kbell@kilpatricktownsend.com |
| Telephone: (713) 221-2000 | tmayle@kilpatricktownsend.com |
| Facsimile: (713) 221-2021 | |
| mheim@hpcllp.com | Andrew N. Saul |
| eenger@hpcllp.com | (Eastern District of Texas Member) |

21

blarson@hpcllp.com
aharris@hpcllp.com
wcollier@hpcllp.com

T. John Ward, Jr.
TX State Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
TX State Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
Facsimile: 903-7572323

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
**CAPSHAW DeRIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

***Attorneys for Plaintiff***
***Atlas Global Technologies***

**KILPATRICK, TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
asaul@kilpatricktownsend.com

***Attorneys for Defendants***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on December 30, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                        */s/Eric Enger*
                                         Eric Enger