# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC | § § | |
| v. | § § | Case No. 2:21-CV-0430-JRG-RSP |
| TP-LINK TECHNOLOGIES CO., LTD., ET AL. | § § § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**January 13, 2023**

**OPEN:   9:00 am**                                    **ADJOURN: 10:22 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Michael Heim |
| | Armstead Lewis |
| | Eric Enger |
| | Alden Harris |
| | Alejandra Salinas |
| | Claire Henry |
| | Elizabeth DeRieux |
| ATTORNEY FOR DEFENDANTS: | Kris Reed |
| | Kevin Bell |
| | Travis Underwood |
| TECHNICAL ADVISOR: | David Keyzer |
| LAW CLERK: | Morgan Dixon |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Michael Heim announced ready and introduced co-counsel.  Kris Reed announced ready and introduced co-counsel.

The Court heard argument on a term by term basis.  Alden Harris, Armstead Lewis and Eric Enger presented argument on behalf of Plaintiff.  Kris Reed and Kevin Bell presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.