**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK TECHNOLOGIES CO., LTD., <br> TP-LINK CORPORATION LTD, and <br> TP-LINK INTERNATIONAL LTD., <br><br> Defendants. | Civil Action No. 2:21-cv-00430-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' SUPPLEMENTAL
<u>BRIEF REGARDING MANDAMUS ORDER (DKT. 103)</u>**

The Report and Recommendation found that TP-Link was subject to personal jurisdiction in this District on alternative grounds—Rule 4(k)(1), and alternatively, Rule 4(k)(2). *See* Dkt. 92 at 2-5. As Atlas explained in its Response to TP-Link's Objections to the R&R (Dkt. 106), that decision is supported by the facts of this case and the relevant caselaw.

The *Stingray* decision (which addresses only Rule 4(k)(2)) bolsters the Magistrate Judge's R&R. Rule 4(k)(2) permits jurisdiction only if "the defendant is not subject to jurisdiction in any state's courts of general jurisdiction." FED. R. CIV. P. 4(k)(2). In its Motion to Dismiss for Lack of Personal Jurisdiction, TP-Link argued it was not subject to personal jurisdiction in EDTX because TP-Link "would submit to jurisdiction in the CDCA." Dkt. 28 at 12. *Stingray* holds that a defendant cannot defeat 4(k)(2) jurisdiction merely by consenting to jurisdiction in the transferee venue. *In re Stingray IP Sols.*, --- F. 4th ---, 2023 U.S. App. LEXIS 389, at *14 (Fed. Cir. Jan. 9, 2023). This means TP-Link's consent-based attempts to avoid 4(k)(2) jurisdiction in EDTX are

1

insufficient. The R&R made this exact finding. *See* Dkt. 92 at 4-5. And this is the only 4(k)(2) argument TP-Link raised in its Motion. *See* Dkt. 28 at 12.

TP-Link argues Atlas waived the right to rely on Rule 4(k)(2). Dkt. 103 at 1. Atlas's position was that neither Atlas nor TP-Link argued TP-Link was subject to jurisdiction in EDTX or CDCA under Rule 4(k)(2), so 4(k)(2) should not be used as a basis to find jurisdiction in CDCA. *See* Dkt. 80 at 4 n.2. However, if the Court determined there was nationwide jurisdiction over TP-Link such that jurisdiction under 4(k)(2) was appropriate in CDCA, jurisdiction would be equally proper in EDTX under the same Rule. *Id.*

Dated: January 20, 2023

Respectfully submitted,

*/s/ Blaine Larson*
Max L. Tribble, Jr.
Texas State Bar No. 20213950
Joseph S. Grinstein
Texas State Bar No. 24002188
Alejandra C. Salinas
Texas State Bar No. 24102452
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
asalinas@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
Oleg Elkhunovich
California State Bar No. 269238
**SUSMAN GODFREY, LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Eric J. Enger
Texas State Bar No. 24045833
Blaine A. Larson
Texas State Bar No. 24083360
Alden G. Harris
Texas State Bar No. 24083138
William B. Collier, Jr.
Texas State Bar No. 24097519
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com

3

eenger@hpcllp.com
blarson@hpcllp.com
aharris@hpcllp.com
wcollier@hpcllp.com

T. John Ward, Jr.
TX State Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
TX State Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
Facsimile: 903-7572323

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
**CAPSHAW DeRIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

*Attorneys for Plaintiff*
*Atlas Global Technologies*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document

was served to all counsel of record via CM/ECF.

/s/ Blaine Larson
Blaine Larson

4