# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00430-JRG-RSP |
| | § | |
| TP-LINK TECHNOLOGIES CO., LTD., | § | |
| TP-LINK CORPORATION LIMITED, | § | |
| TP-LINK INTERNATIONAL LTD., | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the Court are three motions (collectively, "Motions"):

1. Motion to Dismiss for Lack of Jurisdiction (Dkt. No. 28) filed by Defendants TP-Link Corporation Ltd, TP-Link International Ltd., TP-Link Technologies Co., Ltd. (collectively, "Defendants");
2. Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(5) for Insufficient Service of Process (Dkt. No. 29) filed by Defendants; and
3. Motion to Change Venue to the Central District of California (Dkt. No. 30) filed by Defendants.

On December 28, 2022, Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 92) recommending denial of the Motions. Defendants filed Objections (Dkt. No. 94) and a Supplemental Brief (Dkt. No. 103) to the Report and Recommendation, and Plaintiff Atlas Global Technologies LLC filed Responses (Dkt. Nos. 106, 107).

After conducting a *de novo* review in these matters, including consideration of the briefing on the Motions, the Report and Recommendation, Defendants' Objections, and Plaintiff's Responses, the Court agrees with the reasoning set forth within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was clearly erroneous.

Consequently, the Court **OVERRULES** Defendants' Objections (Dkt. No. 94) and **ADOPTS** the Report and Recommendation (Dkt. No. 92). The Court finds that each of the Motions should be and hereby are **DENIED**.

**So ORDERED and SIGNED this 2nd day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE