## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ATLAS GLOBAL TECHNOLOGIES LLC,    §
                                  §
*Plaintiff*,                      §
                                  §
v.                                §
                                  §    Case No. 2:21-cv-00430-JRG-RSP
                                  §
TP-LINK TECHNOLOGIES CO., LTD.,   §
TP-LINK CORPORATION LIMITED,      §
TP-LINK INTERNATIONAL LTD.,       §
                                  §
*Defendants*.                     §
                                  §

## ORDER

On February 8, 2023, Magistrate Judge Payne entered a Claim Construction Order. (Dkt. No. 117). Defendants TP-Link Technologies Co., Ltd., TP-Link Corporation Ltd., and TP-Link International Ltd. (collectively, "TP-Link") filed Objections (Dkt. No. 126) to the Claim Construction Order.

After reviewing the claim construction briefing, the transcript from the *Markman* Hearing held on January 13, 2023, the Claim Construction Order, and TP-Link's Objections, the Court agrees with the reasoning provided within Claim Construction Order and concludes that the Objections fail to show that any of the constructions were erroneous.

Consequently, the Court **OVERRULES** TP-Link's Objections (Dkt. No. 126) and **ADOPTS** the Claim Construction Order (Dkt. No. 117).

So ORDERED and SIGNED this 27th day of February, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE