IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> TP-LINK TECHNOLOGIES CO., LTD., § <br> TP-LINK CORPORATION LIMITED, § <br> TP-LINK INTERNATIONAL LTD., § <br> § <br> *Defendants*. § <br> § | Case No. 2:21-cv-00430-JRG-RSP |

# **ORDER**

Plaintiff Atlas Global Technologies LLC ("Atlas Global") previously filed a Motion to Compel. (Dkt. No. 110). After reviewing the briefing and hearing oral arguments at a hearing on March 1, 2023, Magistrate Judge Payne entered an Order (Dkt. No. 138), granting-in-part Atlas Global's Motion to Compel. The TP-Link Defendants[1] have now filed Objections. (Dkt. No. 152). The sole basis for the TP-Link Defendants' objections is that the Court erred in finding that "at least one of the TP-Link Defendants has sufficient control over TP-Link USA to gather and produce the requested information." (Dkt. No. 152 at 2–6; Dkt. No. 138 at 2).[2]

After reviewing the briefing on the Motion to Compel, Judge Payne's Order, Atlas Global's Objections, and the hearing transcript, the Court agrees with the reasoning provided within the Order and the hearing transcript and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

---

[1] TP-Link Technologies Co., Ltd. (now renamed TP-Link Lianzhou Co., Ltd., and referred to as "TP-Link China") and TP Link International Ltd. (now renamed TP-Link Corporation Limited, and referred to as "TP-Link Hong Kong") (collectively, "TP-Link Defendants").
[2] Citations correspond to those assigned via ECF.

Consequently, the Court **OVERRULES** Atlas Global's Objections (Dkt. No. 152) and **ADOPTS** Judge Payne's Order. (Dkt. No. 138).

**So ORDERED and SIGNED this 27th day of March, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE