**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

ATLAS GLOBAL TECHNOLOGIES LLC,

    Plaintiff,

       v.

TP-LINK TECHNOLOGIES CO., LTD.,
TP-LINK CORPORATION LTD, and
TP-LINK INTERNATIONAL LTD.,

Civil Action No. 2:21-cv-00430-JRG-RSP

JURY TRIAL DEMANDED

**DECLARATION OF BLAINE LARSON IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND A FINDING
OF NO ENTITLEMENT TO PRIORITY DATES EARLIER THAN ACTUAL FILING
DATES FOR CERTAIN PRIOR ART**

I, Blaine Larson, declare as follows:

1.      I am a partner with the law firm of Heim, Payne & Chorush, which represents Atlas Global Technologies, LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.      Exhibit A is a true and correct excerpt of Defendants' Expert Report for Chistopher J. Hansen, Ph.D, dated May 2, 2023.

3.      Exhibit B is a true and correct excerpt of Rebuttal Expert Report of Dr. Konstantinos Psounis Regaarding the Validity of U.S. Patent Nos. 9,531,520; 9,532,187; 9,763,259; 9,912,513; 9,917,679; and 10,020,919, dated May 23, 2023.

4.      Exhibit C is a true and correct copy of Atlas's P.R. 3-1 Disclosure fo Asserted Claims and Infringement Contentions and P.R. 3-2 Document Production, dated May 4, 2022.

5.      Exhibit D is a true and correct excerpt of Plaintiff's Objections and Responses to

Defendants' First Set of Interrogatories (Nos. 1-17), dated September 26, 2022.

6.      Exhibit E is a true and correct copy of United States Publication No. 2017/0033898 to Chun et al.

7.      Exhibit F is a true and correct copy of United States Patent No. 10,034,288 to Chun et al.

8.      Exhibit G is a true and correct copy of United States Patent No. 10,349,388 to Chun et al.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 8, 2023                    Respectfully submitted,


                                      */s/ Blaine Larson*
                                      Blaine Larson