# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGIES CO., LTD.,<br>TP-LINK CORPORATION LTD, and<br>TP LINK INTERNATIONAL LTD.,<br><br>Defendants. | Civil Action No. 2:21-cv-430-JRG<br><br>**JURY TRIAL DEMANDED** |

## EXPERT INVALIDITY REPORT OF CHRISTOPHER J. HANSEN, Ph.D.

I declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge, information, and belief.

Executed: May 2, 2023

By: _____

Christopher J. Hansen, Ph.D.

# TABLE OF CONTENTS

**Page**

I.      INTRODUCTION ...................................................................................................................1

II.     BASIS FOR OPINION ..........................................................................................................1

        A.      Qualifications...........................................................................................................2

        B.      Materials Considered ...............................................................................................3

        C.      Level of Ordinary Skill in the Art...........................................................................4

III.    CLAIM CONSTRUCTION....................................................................................................5

IV.     LEGAL STANDARDS ..........................................................................................................10

        A.      Prior Art ...................................................................................................................10

        B.      Anticipation..............................................................................................................12

        C.      Obviousness .............................................................................................................12

        D.      Written Description and Enablement........................................................................17

V.      STATE OF THE ART ............................................................................................................18

        A.      Allegations Regarding Priority Dates ......................................................................18

                1.      The '520 Patent...............................................................................................18

                2.      The '187 Patent...............................................................................................18

                3.      The '259 Patent...............................................................................................19

                4.      The '738 Patent...............................................................................................19

                5.      The '513 Patent...............................................................................................19

                6.      The '679 Patent...............................................................................................20

                7.      The '919 Patent...............................................................................................21

                8.      The '851 Patent...............................................................................................21

        B.      IEEE 802.11 .............................................................................................................22

        C.      U.S. Patent Publication 2015/0124690 ("Merlin '690")..........................................29

i

D.    U.S. Patent Publication 2010/0260114 ("Vermani")..........................................30

E.    U.S. Patent Publication 2017/0338910 ("Chun") .................................................31

F.    U.S. Patent Publication No. 2017/0367077 ("Shu")............................................33

G.    U.S. Patent No. 10,257,806 ("Chu").....................................................................35

H.    U.S. Patent Publication No. 2017/0272295 ("Lee").............................................37

I.    Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz ("802.11ac-2013") ......................................................................................................................38

J.    U.S. Patent Publication No. 2015/0117363 ("Rong") .........................................38

K.    U.S. Patent Publication No. 2015/0063258 ("Merlin 258") ................................39

L.    Other Documents Showing the State of the Art.....................................................40

VI.    THE ASSERTED PATENTS..................................................................................................41

A.    Patent No. 9,531,520 ("the '520 Patent") ............................................................41

1.    Asserted Claims ........................................................................................41

2.    Prosecution History...................................................................................41

B.    Patent No. 9,532,187 ("the '187 Patent"). ..........................................................42

1.    Asserted Claims ........................................................................................42

2.    Prosecution History...................................................................................43

C.    Patent No. 9,763,259 ("the '259 Patent") ............................................................43

1.    Asserted Claims ........................................................................................43

2.    Prosecution History...................................................................................44

D.    Patent No. 9,825,738 ("the '738 Patent") ............................................................44

1.    Asserted Claims ........................................................................................44

2.    Prosecution History...................................................................................45

E.    Patent No. 9,912,513 ("the '513 Patent") ............................................................46

ii

       1.     Asserted Claims ...................................................................46

       2.     Prosecution History..............................................................46

F.     Patent No. 9,917,679 ("the '679 Patent") .............................................47

       1.     Asserted Claims ...................................................................47

       2.     Prosecution History..............................................................48

G.     Patent No. 10,020,919 ("the '919 Patent") ...........................................48

       1.     Asserted Claims ...................................................................48

       2.     Prosecution History..............................................................49

H.     Patent No. 10,756,851 ("the '851 Patent") ...........................................50

       1.     Asserted Claims ...................................................................50

       2.     Prosecution History..............................................................50

VII.    INVALIDITY ANALYSIS UNDER SECTION 112......................................................51

A.     Claim 1 of the '919 Patent and its Dependent Claims Lack Written Description......................................................................................51

B.     Claim 11 of the '919 Patent and its Dependent Claims Lack Written Description......................................................................................53

VIII.   SUMMARY OF OPINIONS REGARDING ANTICIPATION AND OBVIOUSNESS ......................................................................................55

IX.     INVALIDITY ANALYSIS IN LIGHT OF THE PRIOR ART.....................................55

A.     The Asserted Claims of the '520 Patent Are Invalid ...........................55

       1.     Independent Claim 1 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Independent Claim 1 Obvious ..............................................................56

       2.     Claim 2 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 2 Obvious..........134

       3.     Claim 3 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 3 Obvious.........140

iii

4.      Claim 4 of the '520 Patent Is Anticipated By Each of Merlin
        '690, Vermani, Chun, Shu, and Chu; Alternatively Each
        Reference, Alone or in Combination, Renders Claim 4 Obvious..........143

5.      Claim 5 of the '520 Patent Is Anticipated By Each of Merlin
        '690, Vermani, Chun, Shu, and Chu; Alternatively Each
        Reference, Alone or in Combination, Renders Claim 5 Obvious..........152

6.      Claim 6 of the '520 Patent Is Anticipated By Each of Merlin
        '690, Vermani, Chun, Shu, and Chu; Alternatively Each
        Reference, Alone or in Combination, Renders Claim 6 Obvious..........158

7.      Independent Claim  8 of the '520 Patent Is Anticipated By Each
        of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively
        Each Reference, Alone or in Combination, Renders Independent
        Claim 8 Obvious ..............................................................................168

8.      Claim  9 of the '520 Patent Is Anticipated By Each of Merlin
        '690, Vermani, Chun, Shu, and Chu; Alternatively Each
        Reference, Alone or in Combination, Renders Claim 9 Obvious..........193

9.      Claim  10 of the '520 Patent Is Anticipated By Each of Merlin
        '690, Vermani, Chun, Shu, and Chu; Alternatively Each
        Reference, Alone or in Combination, Renders Claim 10
        Obvious ...........................................................................................198

10.     Claim  11 of the '520 Patent Is Anticipated By Each of Merlin
        '690, Vermani, Chun, Shu, and Chu; Alternatively Each
        Reference, Alone or in Combination, Renders  Claim 11
        Obvious ...........................................................................................202

11.     Claim  12 of the '520 Patent Is Anticipated By Each of Merlin
        '690, Vermani, Chun, Shu, and Chu; Alternatively Each
        Reference, Alone or in Combination, Renders Claim 12
        Obvious ...........................................................................................205

12.     Claim  13 of the '520 Patent Is Anticipated By Each of Merlin
        '690, Vermani, Chun, Shu, and Chu; Alternatively Each
        Reference, Alone or in Combination, Renders Claim 13
        Obvious ...........................................................................................208

13.     Claim  14 of the '520 Patent Is Anticipated By Each of Merlin
        '690, Vermani, Chun, Shu, and Chu; Alternatively Each
        Reference, Alone or in Combination, Renders  Claim 14
        Obvious ...........................................................................................214

14.     Claim  15 of the '520 Patent Is Anticipated By Each of Merlin
        '690, Vermani, Chun, Shu, and Chu; Alternatively Each

iv

Reference, Alone or in Combination, Renders  Claim 15
Obvious ..................................................................................218

15.    Claim  16 of the '520 Patent Is Anticipated By Each of Merlin
'690, Vermani, Chun, Shu, and Chu; Alternatively Each
Reference, Alone or in Combination, Renders Claim 16
Obvious ..................................................................................223

16.    Independent Claim 18 of the '520 Patent Is Anticipated By
Each of Merlin '690, Vermani, Chun, Shu, and Chu;
Alternatively Each Reference, Alone or in Combination,
Renders Independent Claim 18 Obvious ...............................230

17.    Claim 19 of the '520 Patent Is Anticipated By Each of Merlin
'690, Vermani, Chun, Shu, and Chu; Alternatively Each
Reference, Alone or in Combination, Renders Claim 19
Obvious ..................................................................................240

18.    Claim 20 of the '520 Patent Is Anticipated By Each of Merlin
'690, Vermani, Chun, Shu, and Chu; Alternatively Each
Reference, Alone or in Combination, Renders Claim 20
Obvious ..................................................................................243

19.    Motivation to Combine ..........................................................247

B.    The Asserted Claims of the '187 Patent Are Invalid .......................................257

1.    Independent Claim 1 of the '187 Patent Is Anticipated By Each
of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively,
Each Reference, Alone or in Combination, Renders Independent
Claim 1 Obvious ....................................................................258

2.    Claim 2 of the '187 Patent Is Anticipated By Each of Lee, Choi,
Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference,
Alone or in Combination, Renders Claim 2 Obvious ............302

3.    Claim 3 of the '187 Patent Is Anticipated By Each of Lee, Choi,
Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference,
Alone or in Combination, Renders Claim 3 Obvious ............310

4.    Claim 4 of the '187 Patent Is Anticipated By Each of Lee, Choi,
Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference,
Alone or in Combination, Renders Claim 4 Obvious ............317

5.    Claim 5 of the '187 Patent Is Anticipated By Each of Lee, Choi,
Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference,
Alone or in Combination, Renders Claim 5 Obvious ............330

6.     Claim 6 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 6 Obvious ............................336

7.     Claim 7 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 7 Obvious ............................343

8.     Claim 8 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 8 Obvious ............................349

9.     Claim 9 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 9 Obvious ............................358

10.    Independent Claim 10 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 10 Obvious ...............................................363

11.    Claim 11 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 11 Obvious ...........................................................................410

12.    Claim 12 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 12 Obvious ...........................................................................416

13.    Claim 13 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 13 Obvious ...........................................................................429

14.    Independent Claim 14 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 14 Obvious ...............................................435

15.    Motivation to Combine ...................................................482

C.    The Asserted Claims of the '259 Patent Are Invalid ........................................491

1.     Independent Claim 1 of the '259 Patent Is Anticipated By Each of Chun, Park, Sohn, Abraham, and Lou; Alternatively, Each

Reference, Alone or in Combination, Renders Independent
Claim 1 Obvious ...................................................................492

2. Claim 2 of the '259 Patent Is Anticipated By Each of Chun,
Park, Sohn, Abraham, and Lou; Alternatively, Each Reference,
Alone or in Combination, Renders Claim 2 Obvious ...........................533

3. Claim 3 of the '259 Patent Is Anticipated By Each of Chun,
Park, Sohn, Abraham, and Lou; Alternatively, Each Reference,
Alone or in Combination, Renders Claim 3 Obvious ...........................540

4. Claim 4 of the '259 Patent Is Anticipated By Each of Chun,
Park, Sohn, Abraham, and Lou; Alternatively, Each Reference,
Alone or in Combination, Renders Claim 4 Obvious ...........................545

5. Claim 5 of the '259 Patent Is Anticipated By Each of Chun,
Park, Sohn, Abraham, and Lou; Alternatively, Each Reference,
Alone or in Combination, Renders Claim 5 Obvious ...........................552

6. Claim 6 of the '259 Patent Is Anticipated By Each of Chun,
Park, Sohn, Abraham, and Lou; Alternatively, Each Reference,
Alone or in Combination, Renders Claim 6 Obvious ...........................560

7. Claim 7 of the '259 Patent Is Anticipated By Each of Chun,
Park, Sohn, Abraham, and Lou; Alternatively, Each Reference,
Alone or in Combination, Renders Claim 7 Obvious ...........................569

8. Independent Claim 18 of the '259 Patent Is Anticipated By
Each of Chun, Park, Sohn, Abraham, and Lou; Alternatively,
Each Reference, Alone or in Combination, Renders Independent
Claim 18 Obvious ...............................................................575

9. Motivation to Combine ........................................................616

D. The Asserted Claims of the '738 Patent Are Invalid .........................628

1. Claim 1 is Obvious Over Merlin 258 and/or Yuan and/or Zhang
and/or Merlin 690 and/or Vermani and/or Chu and/or Kang
and/or Gong ...................................................................629

2. Claim 2 is Obvious Over Merlin 258 and/or Yuan and/or Zhang
and/or Merlin 690 and/or Vermani and/or Chu and/or Kang
and/or Gong ...................................................................743

3. Claim 3 is Obvious Over Merlin 258 and/or Yuan and/or Zhang
and/or Merlin 690 and/or Vermani and/or Chu and/or Kang
and/or Gong ...................................................................756

4.      Claim 4 is Obvious Over Merlin 258 and/or Yuan and/or Zhang
        and/or Merlin 690 and/or Vermani and/or Chu and/or Kang
        and/or Gong ....................................................................................763

5.      Claim 5 is Obvious Over Merlin 258 and/or Yuan and/or Zhang
        and/or Merlin 690 and/or Vermani and/or Chu and/or Kang
        and/or Gong ....................................................................................770

6.      Claim 6 is Obvious Over Merlin 258 and/or Yuan and/or Zhang
        and/or Merlin 690 and/or Vermani and/or Chu and/or Kang
        and/or Gong ....................................................................................780

7.      Claim 7 is Obvious Over Merlin 258 and/or Yuan and/or Zhang
        and/or Merlin 690 and/or Vermani and/or Chu and/or Kang
        and/or Gong ....................................................................................787

8.      Claim 8 is Obvious Over Merlin 258 and/or Yuan and/or Zhang
        and/or Merlin 690 and/or Vermani and/or Chu and/or Kang
        and/or Gong ....................................................................................796

9.      Claim 9 is Obvious Over Merlin 258 and/or Yuan and/or Zhang
        and/or Merlin 690 and/or Vermani and/or Chu and/or Kang
        and/or Gong ....................................................................................802

10.     Claim 10 is Obvious Over Merlin 258 and/or Yuan and/or
        Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or
        Kang and/or Gong ...........................................................................805

11.     Claim 11 is Obvious Over Merlin 258 and/or Yuan and/or
        Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or
        Kang and/or Gong ...........................................................................807

12.     Claim 12 is Obvious Over Merlin 258 and/or Yuan and/or
        Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or
        Kang and/or Gong ...........................................................................808

13.     Claim 13 is Obvious Over Merlin 258 and/or Yuan and/or
        Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or
        Kang and/or Gong ...........................................................................809

14.     Claim 14 is Obvious Over Merlin 258 and/or Yuan and/or
        Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or
        Kang and/or Gong ...........................................................................810

15.     Claim 15 is Obvious Over Merlin 258 and/or Yuan and/or
        Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or
        Kang and/or Gong ...........................................................................812

16.    Claim 16 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong .................................................................813

17.    Motivation to Combine ..........................................................814

E.    The Asserted Claims of the '513 Patent Are Invalid .........................................834

1.    Claim 1 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................836

2.    Claim 2 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................900

3.    Claim 3 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................914

4.    Claim 4 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................925

5.    Claim 6 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................950

6.    Claim 7 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................962

7.    Claim 8 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................971

8.    Claim 9 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................984

9.    Claim 10 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................992

10.    Claim 11 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................996

11.    Claim 12 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................999

12.    Claim 13 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................999

13.    Claim 14 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................1002

14.    Claim 15 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................1008

15. Claim 16 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................1016

16. Claim 17 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................1019

17. Claim 18 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................1022

18. Claim 19 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun..................................................1024

19. Motivation to Combine ..................................................1026

F. The Asserted Claims of the '679 Patent Are Invalid ......................................1037

1. Independent Claim 1 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 1 Obvious ..................................................1039

2. Claim 2 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 2 Obvious ..................................................1187

3. Claim 3 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 3 Obvious ..................................................1220

4. Claim 4 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 4 Obvious ..................................................1248

5. Claim 5 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 5 Obvious ..................................................1287

6. Independent Claim 6 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 6 Obvious............1328

x

7.    Claim 7 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 7 Obvious ....................................1337

8.    Claim 8 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 8 Obvious ....................................1338

9.    Claim 9 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 9 Obvious ....................................1340

10.   Claim 10 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 10 Obvious ..................................1341

11.   Motivation to Combine .................................................................1343

G.    The Asserted Claims of the '919 Patent Are Invalid .......................................1356

1.    Claim 1 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1357

2.    Claim 2 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1542

3.    Claim 3 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1561

4.    Claim 4 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1568

5.    Claim 5 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1581

6.    Claim 6 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1596

7.    Claim 7 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1612

8.    Claim 8 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1627

xi

9.      Claim 9 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1637

10.     Claim 11 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1648

11.     Claim 12 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1657

12.     Claim 13 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1659

13.     Claim 14 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1662

14.     Claim 15 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1664

15.     Claim 16 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1667

16.     Claim 17 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1669

17.     Claim 18 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1672

18.     Claim 19 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang ...........................1674

19.     Motivation to Combine ...............................................................1677

H.      The Asserted Claims of the '851 Patent Are Invalid .....................................1696

1.      Independent Claim 1 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 1 Obvious ..............................................1697

2.      Claim 2 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 2 Obvious........1781

3.      Claim 3 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 3 Obvious ...................................1794

xii

4.    Claim 4 of the '851 Patent Is Anticipated By Each of
      Merlin '690, Chun, Merlin '258, and Merlin '804;
      Alternatively, Each Reference, Alone or in
      Combination, Renders Claim 4 Obvious ...................................1807

5.    Claim 5 of the '851 Patent Is Anticipated By Each of
      Merlin '690, Chun, Merlin '258, and Merlin '804;
      Alternatively, Each Reference, Alone or in
      Combination, Renders Claim 5 Obvious ...................................1812

6.    Claim 7 of the '851 Patent Is Anticipated By Each of
      Merlin '690, Chun, Merlin '258, and Merlin '804;
      Alternatively, Each Reference, Alone or in
      Combination, Renders Claim 7 Obvious ...................................1821

7.    Claim 8 of the '851 Patent Is Anticipated By Each of
      Merlin '690, Chun, Merlin '258, and Merlin '804;
      Alternatively, Each Reference, Alone or in
      Combination, Renders Claim 8 Obvious ...................................1827

8.    Claim 9 of the '851 Patent Is Anticipated By Each of
      Merlin '690, Chun, Merlin '258, and Merlin '804;
      Alternatively, Each Reference, Alone or in
      Combination, Renders Claim 9 Obvious ...................................1835

9.    Claim 14 of the '851 Patent Is Anticipated By Each of
      Merlin '690, Chun, Merlin '258, and Merlin '804;
      Alternatively, Each Reference, Alone or in
      Combination, Renders Claim 14 Obvious ................................1840

10.   Claim 15 of the '851 Patent Is Anticipated By Each of
      Merlin '690, Chun, Merlin '258, and Merlin '804;
      Alternatively, Each Reference, Alone or in
      Combination, Renders Claim 15 Obvious ................................1850

11.   Independent Claim 16 of the '851 Patent Is Anticipated
      By Each of Merlin '690, Chun, Merlin '258, and Merlin
      '804; Alternatively, Each Reference, Alone or in
      Combination, Renders Independent Claim 16 Obvious..........1857

12.   Claim 17 of the '851 Patent Is Anticipated By Each of
      Merlin '690, Chun, Merlin '258, and Merlin '804;
      Alternatively, Each Reference, Alone or in
      Combination, Renders Claim 17 Obvious ................................1892

xiii

13.    Claim 18 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 18 Obvious ..................................1898

14.    Claim 19 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 19 Obvious ..................................1904

15.    Independent Claim 20 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 20 Obvious..........1910

16.    Motivation to Combine ..................................................1958

X.    SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS............................1972

    A.    No Nexus between the Purported Invention and the Alleged Secondary Considerations...................................................................1973

    B.    No Commercial Success of the Purported Invention.......................................1974

    C.    No Long-Felt Need of the Purported Invention................................................1976

    D.    No Failed Attempts of Others to Create the Purported Invention ...................1978

    E.    No Initial Skepticism of the Purported Invention ............................................1979

    F.    No Industry Recognition of the Purported Invention ......................................1981

    G.    No Copying of the Purported Invention............................................................1982

XI.    OTHER COMMENTS...................................................................1983

xiv

**SELECTED EXHIBITS**

| 1 - PATENT NO. 9,531,520 ("the '520 Patent") | |
|---|---|
| **Ex. 520-1** (ATLAS-00000001 - ATLAS-00000033) | The '520 Patent |
| **Ex. 520-2** (TPL0002623 - TPL0002655) | U.S. Patent Publication No. 2015/0124690 ("Merlin '690") |
| **Ex. 520-3** (TPL0002883 - TPL0002908) | U.S. Patent Publication No. 2010/0260114 ("Vermani") |
| **Ex. 520-4** (ATLAS-TPL-00029864 - ATLAS-TPL-00029914) | U.S. Patent Publication No. 2017/0338910 ("Chun") |
| **Ex. 520-5** (ATLAS-TPL-00029915 - ATLAS-TPL-00029929) | U.S. Patent Publication No. 2017/00367077 ("Shu") |
| **Ex. 520-6** (TPL0020571 - TPL0020627) | U.S. Patent No. 10,257,806 ("Chu") |
| 2 - PATENT NO. 9,532,187 ("the '187 Patent") | |
| **Ex. 187-1** (ATLAS-00004262 - | The '187 Patent |

| | |
|---|---|
| ATLAS-00004296) | |
| **Ex. 187-2** (TPL0002373 - TPL0002411) | U.S. Patent Pub. No. 2017/0272295 ("Lee") |
| **Ex. 187-3** (TPL0002100 - TPL0002140) | U.S. Patent Pub. No. 2017/0339701 ("Choi") |
| **Ex. 187-4** (TPL0002689 - TPL0002709) | U.S. Patent Pub. No. 2012/0051447 ("Qi") |
| **Ex. 187-5** (TPL0001602 - TPL0002026) | Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz" ("802.11ac-2013") |
| **Ex. 187-6** (TPL0002499 - TPL0002533) | Interleaver and Tone Mapper for OFDMA ("Marvell") |
| **3 - PATENT NO. 9,763,259 ("the '259 Patent")** | |
| **Ex. 259-1** (ATLAS-00004620 - ATLAS-00004658) | The '259 Patent |
| **Ex. 259-2** (TPL0002227 - TPL0002255) | U.S. Patent Pub. No. 2017/0033898 ("Chun") |
| **Ex. 259-3** (TPL0020662 - TPL0020684) | U.S. Patent Pub. No. 2014/0204891 ("Park") |
| **Ex. 259-4** | U.S. Patent Pub. No. 2013/0223427 ("Sohn") |

| | |
|---|---|
| (TPL0002767 - TPL0002785) | |
| **Ex. 259-5**<br><br>(TPL0002027 - TPL0002077) | U.S. Patent Pub. No. 2012/0250543 ("Abraham") |
| **Ex. 259-6**<br><br>(TPL0002432 - TPL0002498) | U.S. Patent Pub. No. 2013/0286959 ("Lou") |
| **4 - PATENT NO. 9,825,738 ("the '738 Patent")** | |
| **Ex. 738-1**<br><br>(ATLAS-00008981 - ATLAS-00009022) | The '738 Patent |
| **Ex. 738-2**<br><br>(TPL0002568 - TPL0002588) | U.S. Patent Publication 2015/0063258 ("Merlin 258") |
| **Ex. 738-3**<br><br>(TPL0003103 - TPL0003107) | U.S. Patent Publication  2015/0029996 ("Yuan") |
| **Ex. 738-4**<br><br>(TPL0003108 - TPL0003138) | U.S. Patent No. 8,571,010 ("Zhang") |
| **Ex. 738-5**<br><br>(TPL0002623 - TPL0002655) | U.S. Patent Publication 2015/0124690 ("Merlin 690") |
| **Ex. 738-6**<br><br>(TPL0002837 - TPL0002882) | U.S. Patent Publication 2015/0023335A1 ("Vermani") |
| **Ex. 738-7**<br><br>(ATLAS-TPL-00028302 - | U.S. Patent 9,825,678 ("Chu") |

xvii

| | |
|---|---|
| ATLAS-TPL-00028331) | |
| **Ex. 738-8** (ATLAS-TPL-00028246 - ATLAS-TPL-00028272) | U.S. Patent to 9,794,032 ("Kang") |
| **Ex. 738-9** (TPL0020628 - TPL0020633) | U.S. Patent Publication  2012/0026928 ("Gong") |
| **5 - PATENT NO. 9,912,513 ("the '513 Patent")** | |
| **Ex. 513-1** (ATLAS-00014189 - ATLAS-00014213) | The '513 Patent |
| **Ex. 513-2** (TPL0002710 - TPL0002726) | U.S. Patent Publication 2015/0117363 ("Rong") |
| **Ex. 513-3** (TPL0002256 - TPL0002279) | U.S. Patent Publication 2016/0072654A1 ("Choi") |
| **Ex. 513-4** (TPL0002832 - TPL0002836) | Variable Guard Interval for OFDM Based WLANs, by Suvra S Das et al., 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile Radio Communications, pages 2381-2385 ("Das") |
| **Ex. 513-5** (TPL0002568 - TPL0002588) | U.S. Patent Publication No. 2015/0063258 ("Merlin") |
| **Ex. 513-6** (ATLAS-TPL-00060932 - | U.S. Patent 10,034,288 ("Chun") |

| | |
|---|---|
| ATLAS-TPL-00060959) | |
| **6 - PATENT NO. 9,917,679 ("the '679 Patent")** | |
| **Ex. 679-1**<br><br>(ATLAS-00014730 - ATLAS-00014776) | The '679 Patent |
| **Ex. 679-2**<br><br>(TPL0002623 - TPL0002655) | U.S. Patent Pub. No. 2015/0124690 ("Merlin '690") |
| **Ex. 679-3**<br><br>(TPL0001602 - TPL0002026) | Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz ("802.11ac-2013") |
| **Ex. 679-4**<br><br>(TPL0002909 - TPL0002942) | U.S. Patent Pub. No. 2013/301569 ("Wang") |
| **Ex. 679-5**<br><br>(TPL0003139 - TPL0003159) | Chinese Patent Pub. No. 102769899 ("Zhu") |
| **Ex. 679-6**<br><br>(TPL0020644 - TPL0020656) | English translation of Zhu (Google Patents) |
| **Ex. 679-7**<br><br>(TPL0002078 - TPL0002099) | U.S. Patent No. 8,472,383 ("Banerjea") |
| **7 - PATENT NO. 10,020,919 ("the '919 Patent")** | |
| **Ex. 919-1**<br><br>(ATLAS-00018964 - | The '919 Patent |

| | |
|---|---|
| ATLAS-00018995) | |
| **Ex. 919-2** (TPL0002534 - TPL0002567) | U.S. Patent Publication 2016/0262051 ("Merlin 051") |
| **Ex. 919-3** (TPL0001602 - TPL0002026) | Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications; Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz ("802.11ac-2013") |
| **Ex. 919-4** (TPL0003160 - TPL0003175) | Reducing Channel Sounding Protocol Overhead for 11ax ("802.11-15/1097r1") |
| **Ex. 919-5** (ATLAS-TPL-00028936 - ATLAS-TPL-00029020) | U.S. Patent No. 10,349,388 ("Chun") |
| **Ex. 919-6** (ATLAS-TPL-00030439 - ATLAS-TPL-00030451) | U.S. Patent Publication No. 2013/0235947 ("Yao") |
| **Ex. 919-7** (ATLAS-TPL-00028202 - ATLAS-TPL-00028220) | U.S. Patent No. 9,788,317 ("Ghosh") |
| **Ex. 919-8** (TPL0020634 - TPL0020642) | Chinese Patent App. No. 102843177A ("Yang") |
| **Ex. 919-9** (TPL0020657 - TPL0020661) | English translation of Yang (Google Patents) |

xx

| 8 - PATENT NO. 10,756,851 ("the '851 Patent") | |
|---|---|
| **Ex. 851-1**<br><br>(ATLAS-00020345 - ATLAS-00020388) | The '851 Patent |
| **Ex. 851-2**<br><br>(TPL0002623 - TPL0002655) | U.S. Patent Pub. No. 2015/0124690 ("Merlin '690") |
| **Ex. 851-3**<br><br>(TPL0002157 - TPL0002226) | U.S. Patent Pub. No. 2017/0272138 ("Chun") |
| **Ex. 851-4**<br><br>(TPL0002568 - TPL0002588) | U.S. Patent Pub. No. 2015/0063258 ("Merlin '258") |
| **Ex. 851-5**<br><br>(TPL0002656 - TPL0002688) | U.S. Patent Pub. No. 2016/0014804 ("Merlin '804") |

## I.    INTRODUCTION

1.    I have been retained by counsel for TP-Link Technologies Co., Ltd. and TP-Link Corporation Ltd. f/k/a TP-Link International Ltd. (collectively, "TP-Link") as an expert in this litigation.  I have been asked to offer an expert opinion as to whether the asserted claims of U.S. Patent Nos. 9,531,520 ("the '520 patent"); 9,532,187 ("the '187 patent"); 9,763,259 ("the '259 patent"); 9,825,738 ("the '738 patent"); 9,912,513 ("the '513 patent"); 9,917,679 ("the '679 patent"); 10,020,919 ("the '919 patent"); and 10,756,851 ("the '851 patent"); (collectively, "the Asserted Patents") asserted by Plaintiff Atlas Global Technologies LLC ("Atlas" or "Plaintiff") are valid.

2.    This Report presents opinions that I have formed concerning the validity of the Asserted Patents and related issues.  I expect to testify at trial regarding the matters set forth in this Report, if asked about those matters by the Court or the parties' attorneys.

3.    I am being compensated at my usual hourly rate of $500 and I am being separately reimbursed for certain out-of-pocket expenses.  My compensation does not depend in any way on the outcome of this case, my particular testimony, or the opinions that I express.

4.    I reserve the right to amend or supplement my opinions in light of further documents, depositions, or discovery disclosures.

## II.   BASIS FOR OPINION

5.      I have briefly summarized in this section my educational background, career history, and other relevant qualifications.  My full curriculum vitae is attached as Appendix 1 to this Report.

## A.      Qualifications

6.      I received a Ph.D. in electrical engineering from UCLA in 1997.  As part of my Ph.D., I researched wireless communication systems and completed coursework in communication, signal processing, and integrated circuits.  I received an M.S. in electrical engineering from the University of Massachusetts, Amherst, in 1989.  I received a B.S. in electrical engineering from Rensselaer Polytechnic Institute in 1987.

7.      I am a senior electrical engineer and engineering consultant with more than 25 years of industry experience.  I am a named inventor on more than 125 issued patents, including many standard essential patents for IEEE 802.11 ("Wi-Fi") and Bluetooth.  My technical skills include wireless network physical layer ("PHY") design, systems engineering, communication theory, integrated circuit ("IC") design, signal processing, RF/microwave systems, intellectual property, and standardization.

8.      I have experience with multiple successful product developments (including Wi-Fi chipsets and cellular base-station systems), research in new technologies (such as IEEE 802.11n MIMO and 60 GHz), and leading standard setting organizations (including IEEE 802.11, Bluetooth SIG, and Wireless Gigabit

Alliance).  I have been a voting member of the IEEE 802.11 working group for more

than twenty years and have won awards for my participation.  Most recently, I

received an award for outstanding contributions to the development of IEEE

Standard 802.11-2020.  As a member of the IEEE 802.11 Working Group, my name

is listed on page 6 of the IEEE 802.11ax amendment (ATLAS-00021074).

9.     Presently, and since 2013, I am the President of Covariant Corporation

based in Los Altos, California.  I provide consulting services in wireless

communications systems, signal processing, standards, and intellectual property.

10.     I previously worked in industry for companies such as Apple and

Broadcom.

11.      I attach as Appendix 1 my curriculum vitae, which includes additional

details regarding my qualifications, including additional details regarding my

education, professional experience, litigation experience, honors and affiliations,

skills, publications, and patents.

12.     In view of the foregoing, I am qualified to testify as one skilled in the

art with respect to the technology at issue in this matter.

**B.     Materials Considered**

13.     In forming the opinions that I express in this Report, I considered the

materials referenced in this Report, including the Asserted Patents, their

prosecution histories, prior art references, and my own relevant knowledge and

experience.  Some of these materials are identified in the table of selected exhibits

appearing after the Table of Contents to this report above.  I have also considered

the Petition for IPR in *Zyxel Communications Corporation v. Atlas Global

Technologies LLC*, IPR2023-00877 (regarding the '679 patent); the Petition for IPR

in *Zyxel Communications Corporation v. Atlas Global Technologies LLC*, IPR2023-

00863 (regarding the '520 patent); the Decision Denying Institution in *Sercomm

Corporation v. Atlas Global Technologies LLC*, IPR2022-01520 (regarding the '919

patent); and the Decision Denying Institution in *Sercomm Corporation v. Atlas

Global Technologies LLC*, IPR2022-01519 (regarding the '513 patent).

### C.      Level of Ordinary Skill in the Art

14.      A person of ordinary skill in the art ("POSITA") at the times of the

alleged inventions of the Asserted Patents would have head at least a B.S. degree in

electrical engineering or a related field such as computer engineering, would have

had knowledge of the IEEE 802.11 standards including MAC and PHY protocols,

and would have had at least two years of experience in the development of wireless

local area networks ("WLANs").   A higher level of education or skill may make up

for less experience, and vice-versa.  My knowledge and skill is at least equivalent to

these criteria, both as of the earliest claimed priority dates of the Asserted Patents

and as of today.

15.      I understand that a POSITA is a hypothetical person who looks to

prior art without the benefit of hindsight.

16.    I understand the POSITA is presumed to have knowledge of all references that are sufficiently related to one another and to the pertinent art, and to have knowledge of all arts reasonably pertinent to the particular problem that the claimed invention addresses.

17.    I meet these criteria and consider myself a person with at least ordinary skill in the art pertaining to the Asserted Patents.  I also would have been such a person at the time of the alleged invention of each of the Asserted Patents.

18.    If Atlas disagrees with this level of ordinary skill in the art, I reserve the right to explain why I meet that level as well and/or to explain why I disagree with Atlas's contentions as to the level of ordinary skill.

## III.    CLAIM CONSTRUCTION

19.    For the purposes of this Report, I have been asked to apply the constructions listed below, which I understand were provided by the Court, in my performing my analysis:

| U.S. Patent No. 9,531,520 (the "'520 Patent) ||
|---|---|
| **Claim Term** | **Court's Construction** |
| "the downlink multi-user frame including a plurality of resource units (RUs)" <br><br> ('520 Patent, Claim 1) | Plain meaning |
| "including a respective set of MAC Protocol Data Units (MPDUs) in each RU of the plurality of RUs" <br><br> ('520 Patent, Claim 1) | Plain meaning |

| | |
|---|---|
| "wherein the first MPDU is located in a first resource unit of the downlink multi-user frame allocated to the first station, wherein the downlink multiuser frame includes a second resource unit that contains a second MPDU that includes acknowledgement information for the second multi-user acknowledgement frame"<br><br>('520 Patent, Claim 9) | Plain meaning |
| "network device"<br><br>('520 Patent, Claims 1, 6) | Plain meaning |

| U.S. Patent No. 9,763,259 (the "'259 Patent) | |
|---|---|
| **Claim Term** | **Court's Construction** |
| "wherein the NDPA frame indicates information corresponding to the predetermined length"<br><br>('259 Patent, Claim 6) | Plain meaning |

| U.S. Patent No. 9,825,738 (the "'738 Patent) | |
|---|---|
| **Claim Term** | **Court's Construction** |
| "wherein the second information is a function of a total number of space time streams to be used to transmit the multiple uplink frames"<br><br>('738 Patent, Claim 1) | Plain meaning |
| "wherein the second information is a function of a total number of space time streams to be used to perform the simultaneous transmission of the uplink frame and the one or more uplink frames from the one or more other stations"<br><br>('738 Patent, Claim 9) | Plain meaning |
| "uplink setup information"<br><br>('738 Patent, Claims 1, 9) | Plain meaning |

| | |
|---|---|
| "wherein the acknowledgement frame includes acknowledgement information for one or more of the plurality of stations"<br><br>('738 Patent, Claim 6) | Plain meaning |
| "wherein the acknowledgement frame includes acknowledgement information for the station and one or more other stations of the plurality of stations"<br><br>('738 Patent, Claim 14) | Plain meaning |
| **U.S. Patent No. 9,912,513 (the "'513 Patent)** | |
| **Claim Term** | **Court's Construction** |
| "wherein at least a portion of the payload of the uplink frame is associated with the first guard interval length"<br><br>('513 Patent, Claim 1) | "wherein some or all of the payload of the uplink frame uses the first guard interval length" |
| "wherein at least a portion of the payload of the uplink frame is associated with the first CP length"<br><br>('513 Patent, Claim 9) | "wherein some or all of the payload of the uplink frame uses the first CP length" |
| "wherein at least a portion of the legacy header is associated with a second CP length"<br><br>('513 Patent, Claim 10) | "wherein some or all of the legacy header uses a second CP length" |
| "wherein at least a portion of the respective non-legacy header is associated with the first guard interval"<br><br>('513 Patent, Claim 16) | "wherein some or all of the respective nonlegacy header uses the first guard interval" |
| "based on the resources for the UL MU transmission"<br><br>('513 Patent, Claim 15) | "based on the resources for the UL MU transmission" modifies the "plurality |

| | of frames from the set of stations." |
|---|---|
| **U.S. Patent No. 9,917,679 (the "'679 Patent)** | |
| **Claim Term** | **Court's Construction** |
| "single-user (SU) format" ('679 Patent, Claims 1, 6) | Plain meaning |
| "SU format" ('679 Patent, Claims 1, 6) | Plain meaning |
| "multiple-user (MU) format" ('679 Patent, Claims 1, 6) | Plain meaning |
| "MU format" ('679 Patent, Claims 1, 6) | Plain meaning |
| **U.S. Patent No. 10,020,919 (the "'919 Patent)** | |
| **Claim Term** | **Court's Construction** |
| "in response to determining that the number of the one or more station information fields in the NDPA is one" ('919 Patent, Claim 1) | Plain meaning |
| "when a number of the one or more station information fields in the NDPA is one" ('919 Patent, Claim 11) | Plain meaning |
| "when the number of the one or more station information fields in the NDPA is greater than one" ('919 Patent, Claims 2, 8, 12, 19) | Plain meaning |
| "cardinality" ('919 Patent, Claims 1, 11) | Plain meaning |

| | |
|---|---|
| "wherein the number of the one or more station information fields in the NDPA is the cardinality of the one or more station information fields in the NDPA"<br><br>('919 Patent, Claim 1) | Plain meaning |
| "wherein the number of the one or more station information fields in the NDPA is exactly the cardinality of the one or more station information fields in the NDPA"<br><br>('919 Patent, Claim 11) | Plain meaning |

| U.S. Patent No. 10,756,851 (the "'851 Patent) | |
|---|---|
| **Claim Term** | **Court's Construction** |
| "scheduling extension"<br><br>('851 Patent, Claims 1, 2, 7, 8) | "an extension to the control field that includes scheduling information." |

20.    I have also applied the constructions of other terms, the constructions of which were agreed to by the parties:

| U.S. Patent No. 9,531,520 (the "'520 Patent) | |
|---|---|
| **Claim Term** | **Parties Agreement** |
| "A method, implemented by a network device in a wireless network, for coordinating an uplink multi-user response transmission to a downlink multi-user transmission, the method comprising:"<br><br>('520 Patent, Claim 1) | Plain and ordinary meaning. The preamble is limiting. |
| "A method, implemented by a first station in a wireless network, for transmitting an uplink acknowledgment, the method comprising:"<br><br>('520 Patent, Claim 8) | Plain and ordinary meaning. The preamble is limiting. |

████████████████████████████████████

| | |
|---|---|
| "A method, implemented by a first station in a wireless network, for transmitting an uplink acknowledgment, the method comprising:"<br><br>('520 Patent, Claim 18) | Plain and ordinary meaning. The preamble is limiting. |

21.     For all remaining claim terms, I have applied their plain and ordinary meaning as would have been understood by one of ordinary skill in the art at the time of the claimed invention.

## IV.     LEGAL STANDARDS

22.     In this section, I describe my understanding of certain legal standards. I have been informed of these legal standards by TP-Link's attorneys.  I am not an attorney and I am relying only on instructions from counsel as to these legal standards.

### A.     Prior Art

23.     I understand that a reference (*e.g.*, an article, patent, patent application, or other publication) or an instance of public use, an instance of something being on sale, or something that was otherwise previously available to the public, must qualify as "prior art" to a patent before it can be used to invalidate a patent claim.

24.     I understand that a person shall be entitled to a patent unless (1) the claimed invention was patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention; or (2) the claimed invention was described in an issued patent, or

██████████████████████████████████████

a published patent application, in which the patent or application, as the case may be, names another inventor and was effectively filed before the effective filing date of the claimed invention.  I understand that the term "effective filing date" for a claimed invention in a patent or application for patent means—if such application does not claim priority to an earlier application, the actual filing date of the patent or the application for the patent containing a claim to the invention—or otherwise, the filing date of the earliest application for which the patent or application is entitled, as to such invention, to a right of priority.

25.    I understand that there are certain "exceptions" to disclosures that would not make them prior art.  For example, a disclosure made 1 year or less before the effective filing date of a claimed invention shall not be prior art to a claimed invention if (A) the disclosure was made by the inventor or joint inventor or by another who obtained the subject matter disclosed directly or indirectly from the inventor or a joint inventor; or (B) the subject matter disclosed had, before such disclosure, been publicly disclosed by the inventor or a joint inventor or another who obtained the subject matter disclosed directly or indirectly from the inventor or a joint inventor.

26.    I understand that, to qualify as prior art, a reference must contain an enabling disclosure that allows one of ordinary skill to practice the claims without undue experimentation.

27.    I understand that documents and materials that qualify as prior art can be used to invalidate a patent claim as anticipated or as obvious.

28.    I understand that invalidity must be shown by clear and convincing evidence and that a patent claim is presumed to be valid.

**B.    Anticipation**

29.    I understand that, once the claims of a patent have been properly construed, the second step in determining anticipation of a patent claim requires a comparison of the properly construed claim language to the prior art on a limitation-by-limitation basis. I further understand that claim terms must be construed the same way for both invalidity and infringement.

30.    I understand that a prior art reference "anticipates" an asserted claim, and thus renders the claim invalid, if all elements of the claim are disclosed in that prior art reference, either explicitly or inherently (*i.e.*, necessarily present or implied).

31.    I have written this Report with the understanding that anticipation must be shown by clear and convincing evidence and that patent claims are presumed valid.

**C.    Obviousness**

32.    I have been instructed by counsel on the law regarding obviousness, and I understand that even if a patent is not anticipated, it is still invalid if the differences between the claimed subject matter and the prior art are such that the

subject matter as a whole would have been obvious at the time the invention was made to a person of ordinary skill in the pertinent art.

33.    I understand that a person of ordinary skill in the art provides a reference point from which the prior art and claimed invention should be viewed. This reference point prevents one from using his or her own insight or hindsight in deciding whether a claim is obvious.

34.    I also understand that an obviousness determination includes the consideration of various factors such as (1) the scope and content of the prior art, (2) the differences between the prior art and the asserted claims, (3) the level of ordinary skill in the pertinent art, and (4) the existence of secondary considerations of non-obviousness.

35.    I am informed that secondary indicia of non-obviousness may include (1) a long felt but unmet need in the prior art that was satisfied by the invention of the patent, which is closely related to failure of others; (2) commercial success or lack of commercial success of processes covered by the patent; (3) unexpected results achieved by the invention; (4) praise of the invention by others skilled in the art; (5) taking of licenses under the patent by others; and (6) deliberate copying of the invention. I also understand that there must be a relationship or nexus between any such secondary indicia and the invention. I further understand that near simultaneous and independent invention by others is a secondary consideration supporting an obviousness determination.

████████████████████████████████████████

36.    I understand that an obviousness evaluation can be based on a combination of multiple prior art references. I understand that the prior art references themselves may provide a suggestion, motivation, or reason to combine, but other times the nexus linking two or more prior art references is simple common sense.  I further understand that obviousness analysis recognizes that market demand, rather than scientific literature, often drives innovation, and that a motivation to combine references may be supplied by the direction of the marketplace.

37.    I understand that, if a technique has been used to improve one device, and a person of ordinary skill in the art would recognize that it would improve similar devices in the same way, using the technique is obvious unless its actual application is beyond his or her skill.

38.    I also understand that practical and common sense considerations should guide a proper obviousness analysis, because familiar items may have obvious uses beyond their primary purposes. I further understand that a person of ordinary skill in the art looking to overcome a problem will often be able to fit the teachings of multiple publications together like pieces of a puzzle, although the prior art need not be like two puzzle pieces that must fit perfectly together.  I understand that obviousness analysis therefore takes into account the inferences and creative steps that a person of ordinary skill in the art would employ under the circumstances.

39.     I understand that a particular combination may be proven obvious merely by showing that it was obvious to try the combination. For example, when there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, a person of ordinary skill has good reason to pursue the known options within his or her technical grasp because the result is likely the product not of innovation but of ordinary skill and common sense.

40.     I understand that the combination of familiar elements according to known methods is likely to be obvious when it does no more than yield predictable results.  When a work is available in one field of endeavor, design incentives and other market forces can prompt variations of it, either in the same field or a different one. If a person of ordinary skill can implement a predictable variation, obviousness likely bars its patentability.

41.     It is further my understanding that a proper obviousness analysis focuses on what was known or obvious to a person of ordinary skill in the art, not just the patentee.  Accordingly, I understand that any need or problem known in the field of endeavor at the time of invention and addressed by the patent can provide a reason for combining the elements in the manner claimed.

42.     I understand that a claim can be obvious in light of a single reference, without the need to combine references, if the elements of the claim that are not

found explicitly or inherently in the reference can be supplied by the common sense of one of ordinary skill in the art.

43.    I understand that a person of ordinary skill could have combined two pieces of prior art or substituted one prior art element for another if the substitution can be made with predictable results, even if the swapped-in element is different from the swapped-out element.  In other words, the prior art need not be like two puzzle pieces that must fit together perfectly.  The relevant question is whether prior art techniques are interoperable with respect to one another, such that that a person of skill would view them as a design choice, or whether a person of skill could apply prior art techniques into a new combined system.

44.    In sum, my understanding is that prior art teachings are properly combined where a person of ordinary skill in the art having the understanding and knowledge reflected in the prior art and motivated by the general problem facing the inventor, would have been led to make the combination of elements recited in the claims.  Under this analysis, the prior art references themselves, or any need or problem known in the field of endeavor at the time of the invention, can provide a reason for combining the elements of multiple prior art references in the claimed manner.

45.    I have been informed and understand that the obviousness analysis requires a comparison of the properly construed claim language to the prior art on a limitation-by-limitation basis.

46.    I have written this Report with the understanding that obviousness must be shown by clear and convincing evidence and that patent claims are presumed valid.

**D.    Written Description and Enablement**

47.    It is my understanding that a patent must contain a written description of the claimed invention.  The written description must clearly convey to those skilled in the art that, as of the filing date sought, the applicant was in possession of the invention claimed.  I understand that, if the specification is proven to fail to meet the written description requirement for a claim by clear and convincing evidence, the claim is invalid.  I also understand that if the patentee claims the benefit of priority to any earlier-filed patent applications, those earlier-filed patent applications must also satisfy this written description requirement in order for the claims to receive the benefit of priority.

48.    I further understand that a claimed invention must be enabled.  A claimed invention is not enabled and, therefore, unpatentable if the specification does not teach those of ordinary skill in the art how to make and use the invention as it is claimed, without undue experimentation.  Undue experimentation is based on the level of skill in the art as of the effective filing date of the patent.  I also understand that if the patentee claims the benefit of priority to any earlier-filed patent applications, those earlier-filed patent applications must also satisfy this enablement requirement in order for the claims to receive the benefit of priority.

49.     I understand that invalidity for lack of adequate written description or enablement must be shown by clear and convincing evidence and that patent claims are presumed valid.

## V.     STATE OF THE ART

### A.     Allegations Regarding Priority Dates

#### 1.     The '520 Patent

50.     Counsel informs me that Atlas contends that Young Hoon Kwon and Ahmad Reza Hedayat conceived of the inventions of each asserted claim while working at Newracom no later than March 20, 2015, and that they diligently worked to constructively reduce those inventions to practice by filing U.S. Provisional Application No. 62/137,138 on March 23, 2015, U.S. Provisional Application No. 62/140,349 on March 30, 2015, and U.S. Non- Provisional Application No. 15/078,920 on March 23, 2016.

#### 2.     The '187 Patent

51.     Counsel informs me that Atlas contends that Yongho Seok conceived of the inventions of each asserted claim while working at Newracom no later than August 11, 2014, and that he diligently worked to constructively reduce those inventions to practice by filing Korean Patent Application No. 10-2014-0103275 on August 11, 2014, U.S. Provisional Application No. 62/135,094 on March 18, 2015, and U.S. Non-Provisional Application No. 14/823,524 on August 11, 2015.

52.     The '187 Patent is not entitled to the benefit of the August 11, 2014 filing date of the priority Korean Patent Application.  I cannot read Korean but I am

- 18 -

informed that the phrase "resource unit" or "RU" does not appear in Korean Patent Application No. 10-2014-0103275.  The Korean applications also does not include at least Figure 14 or Table 12 from the '187 Patent.

### 3.    The '259 Patent

53.    Counsel informs me that Atlas contends that Yongjin Kwon, Hyungu Park, Jongee Oh, and Inkyeong Choi conceived of the inventions of each asserted claim while working at  Newracom  no  later  than  September  15,  2014, and that they  diligently  worked  to  constructively reduce those inventions to practice by filing U.S. Provisional Application No. 62/054,270 on September 23, 2014, Korean Patent Application No. 10-2015-0116576 on August 19, 2015, and U.S. Non-Provisional Application No. 14/862,078 on September 22, 2015.

### 4.    The '738 Patent

54.    Counsel informs me that Atlas contends that Yongjin Kwon, Jong-ee Oh, Hyungu Park, Je-Hun Lee, Hong Soog Kim, Heejung Yu, Minho Cheong, and Hyoung Jin Kwon conceived of the inventions of each asserted claim while working at Newracom no later than April 4, 2014, and that they diligently worked to constructively reduce those inventions to practice by filing U.S. Provisional Application No. 61/975,622 on April 4, 2014, U.S. Provisional Application No. 61/981,427 on April 18, 2014, and U.S. Non-Provisional Application 14/678,724 on April 3, 2015.

### 5.    The '513 Patent

55.     Counsel informs me that Atlas contends that Younghoon Kwon conceived of the inventions of each asserted claim while working at Newracom no later than late September 2014, and that he diligently worked to constructively reduce those inventions to practice by filing U.S. Provisional Application No. 62/061,503 on October 8, 2014, U.S. Non-Provisional Application No. 14/868,303 on September 28, 2015, and U.S. Non-Provisional Application No. 15/203,717 on July 6, 2016.

### 6.     The '679 Patent

56.     Counsel informs me that Atlas contends that Yongho Seok conceived of the inventions of each asserted claim while working at Newracom no later than November 3, 2014, and that he diligently worked to constructively reduce those inventions to practice by filing U.S. Provisional Application No. 62/074,514 on November 3, 2014, U.S. Provisional Application No. 62/080,026 on November 14, 2014, and U.S. Non-Provisional Application No. 14/931,753 on November 3, 2015.

57.     I have reviewed Section XII (pages 126-131) of Exhibit 1003 (the Declaration of Dr. Paul Min) from *Zyxel Communications Corporation v. Atlas Global Technologies LLC*, IPR2023-00877.  Therein, Dr. Min opines that claims 1 and 6 of the '679 patent should not be entitled to the benefit of the November 3, 2014 filing date of U.S. Provisional Application No. 62/074,514 because certain features of those claims were not described in U.S. Provisional Application No.

- 20 -

62/074,514.  I agree with Dr. Min's analysis and conclusion in that regard, and I adopt them as my own for purposes of this report.

### 7.      The '919 Patent

58.    Counsel informs me that Atlas contends that Dae Won Lee, Young Hoon Kwon, Yujin Noh, Sungho Moon, and Ahmad Reza Hedayat conceived of the inventions of each asserted claim while working at Newracom no later than October 9, 2015, and that they diligently worked to constructively reduce those inventions to practice by filing U.S. Provisional Application No. 62/240,419 on October 12, 2015, U.S. Provisional Application No. 62/331,380 on May 3, 2016, U.S. Provisional Application No. 62/333,077 on May 6, 2016, U.S. Provisional Application No. 62/333,192 on May 7, 2016, U.S. Non-Provisional Application No. 15/291,947 on October 12, 2016, and U.S. Non-Provisional Application No. 15/497,094 on April 25, 2017.

### 8.      The '851 Patent

59.    Counsel informs me that Atlas contends that Ahmad Reza Hedayat conceived of the inventions of each asserted claim while working at Newracom no later than May 10, 2015, and that he diligently worked to constructively reduce those inventions to practice by filing U.S. Provisional Application No. 62/159,346, filed on May 10, 2015, U.S. Provisional Application No. 62/160,527 on May 12, 2015, U.S. Provisional Application No. 62/191,623 on July 13, 2015, U.S. Provisional Application No. 62/193,305 on July 16, 2015, U.S. Non- Provisional Application No.

15/151,433 on May 10, 2016, and U.S. Non-Provisional Application No. 16/203,501 on November 28, 2018.

### B.    IEEE 802.11

60.    As part of the IEEE Standards Association, the IEEE 802.11 Working Group develops standards for the media access control (MAC) and physical layer of wireless local area networks (WLAN).  These layers sit at the bottom of the protocol stacks used by devices such as notebook computers, cell phones, and tablets to share data with other devices and to access the internet.  IEEE 802.11 defines a wireless station (STA) as any device that communicates on the wireless network and an access point (AP) as a special station that includes a connection to the outside world.  Client devices, such as cell phones, incorporate a STA and wireless routers incorporate an AP.

61.    The IEEE 802.11 Working Group conducts regular meetings, typically six times per year.  At these meetings, engineers who specialize in fields such as wireless communications and computer networking present technical contributions and vote on new features to be adopted into 802.11 standards.   The first IEEE 802.11 standard was released in 1997 and enabled data communication at 2 Mbps. The most recent addition of the full standard was in 2020 and was amended with 802.11ax in 2021.  IEEE 802.11ax (Wi-Fi 6) amendment enables communication in excess of 2.4 Gbps, more than a one thousand fold increase.  802.11ax also permits simultaneous communication in both downlink and uplink directions and numerous

██████████████████████

features to enable operation in crowded environments while reducing the power consumption of portable devices.

62.     The project to write the IEEE 802.11ax amendment began with the High Efficiency Study Group in early 2013. This subgroup of 802.11 reviewed technical contributions and narrowed down requirements as part of the process to write a project authorization request (PAR) for the new amendment.  The PAR was adopted by 802.11 on March 27, 2014.

63.     After the start of IEEE 802.11ax, the first major milestone was the agreement on how the amendment would be developed.  The group agreed to follow the process promoted by Rolf de Vegt of Qualcomm (11-14-0419-02-0hew-802-11ax-spec-development-process-proposal) which was familiar, since it was very similar to the process used for 802.11ac (Wi-Fi 5) and many engineers who work on 802.11ac stayed with the IEEE to work on 802.11ax.

64.     Regarding the '520 Patent, IEEE 802.11ac introduced the technique of simultaneous (multiuser) communication on the downlink, that is from an AP to multiple STAs.  This technique is helpful for reducing latency, or the time a STA must wait to receive data.  In a wireless network, the typical mode of operation only allows the AP to transmit to one STA at a time.  Before 802.11ac, if the AP had data ready for multiple STAs, the AP would send packets to each STA in round robin fashion and some STAs could be stuck waiting a relatively long time for their data. With 802.11ac, the wait time was reduced or eliminated.

65.    The engineers working on 802.11ax knew, however, that 802.11ac only solved part of the problem.  For successful communication, data transmissions following 802.11 protocols need to be acknowledged.  That is, when the AP sends a data packet to a STA it only knows the data has been received when it receives an acknowledgement packet back from the STA.  Thus, a method was needed to allow simultaneous communication in the uplink direction as well.  In particular, the simultaneous uplink would be useful for the common case when the AP sends simultaneously downlink data (such as internet content) to multiple STAs and quickly afterwards receives simultaneous acknowledgements from the STAs.

66.    Such multi-user uplink technology was invented by others before the alleged priority date of the '520 Patent, as shown below in Section IX.A.

67.    Regarding the '187 Patent, interleaving is an old and common technique used in wireless communications to help mitigate the effects of channel fading.  Channel fading occurs because there are multiple paths that radio signals traveling from a transmitter to a receiver in a wireless network. Typically, there will be a direct line-of-sight path and additional reflected paths off walls, ceilings, and nearby objects.  The radio signals on the different paths will cause some signal frequencies to be enhanced and others to have deep fades where little or no signal is received. Error correcting codes are used to smooth out the effect of the deep fades, but these codes can only correct errors of a limited length.

68.     Interleaving of transmitted bits and subsequent de-interleaving at the receiver allows the error correcting codes to correct the errors even over deep fades. Consequently, interleaving had been incorporated into earlier 802.11 physical layers since 802.11a in 1999. 802.11n and 802.11ac introduced new interleaver parameters to accommodate wider bandwidths. Naturally, the engineers developing 802.11ax recognized they would need to agree on interleaver parameters for the sub-channels or resource units for simultaneous OFDMA transmission.

69.     Such interleaver technology was invented by others before the alleged priority date of the '187 Patent, as shown below in Section IX.B.

70.     Regarding the '259 Patent, channel sounding is a technique that is used to allow a station to determine the precise radio transmission characteristics, often called channel state information, between a transmitter and a receiver.  The channel state information can be used to compute beamforming vectors, which are used by the transmitter to improve the signal seen at the receiver. Channel sounding in the form of a null data packet (NDP) was introduced in 802.11 standards with the 802.11n amendment.

71.     Later amendments, including 802.11ac and 802.11ax enhanced the NDP sounding technique to allow additional feedback information to be shared from the receiving device to the transmitting device. This allowed beamforming to be used for simultaneous transmission using multiuser multiple input multiple output (MU-MIMO) and orthogonal frequency division multiple access (OFDMA).

- 25 -

███████████████████████████████

72.     Such channel sounding technology was invented by others before the alleged priority date of the '259 Patent, as shown below in Section IX.C.

73.     Regarding the '738 Patent, acknowledgement of received packets has been a fundamental part of IEEE 802.11 since the first standard in 1997. Since the wireless medium can be unreliable, the only way a transmitting station knows that its transmissions have been received correctly is when the station successfully receives an acknowledgement packet.  Acknowledgement procedures were made significantly more efficient with 802.11e-2005 when the block acknowledgement, a single acknowledgement packet for multiple received packets, was introduced.

74.     Later amendments, including 802.11n and 802.11ax, enhanced the block acknowledgement to carry more information and to allow a single acknowledgement for multiple traffic identifiers and multiple stations. These helped to further reduce the overhead of acknowledging packets in 802.11 systems.

75.     Such packet acknowledgement technology was invented by others before the alleged priority date of the '738 Patent, as shown below in Section IX.D.

76.     Regarding the '513 Patent, simultaneous uplink from multiple stations, such as uplink orthogonal frequency division multiple access (UL OFDMA) used in IEEE 802.11ax, can be facilitated by  synchronization of the transmissions from different clients.  When receiving a packet from a single station, the AP is capable of determining the packet structure from the packet preamble information. However,  when receiving from multiple stations, it can be difficult to decipher

multiple packet types. Thus,the AP may select a particular packet format and sends a trigger frame to the stations that includes that information.

77.     Since UL OFDMA was new for IEEE 802.11 with the 802.11ax amendment, engineers developing 802.11ax recognized that formatting rules for simultaneous uplink packets would be necessary.  Thus, they agreed upon UL OFDMA following the AP sending a trigger frame. The trigger frame would include specific details of the type of UL PHY protocol data unit (PPDU) that would be used by the client STAs.

78.     Such synchronization technology for UL OFDMA was invented by others before the alleged priority date of the '513 Patent, as shown below in Section IX.E.

79.     Regarding the '679 Patent, as I described earlier for the '520 and '738 patents, packet transmission following 802.11 protocols normally require an acknowledgement to be sent from the receiving station to the transmitting station. The 802.11ax amendment added the capability for a client stations to transmit simultaneously with other client stations to an AP using UL OFDMA. Depending on the particular situation, a client STA might need to transmit a single user acknowledgement in which it was the only STA transmitting, or it might need to send an acknowledgement in a PPDU that is formatted to be transmitted simultaneously with transmissions from other client STAs.

████████████████████████████████████████████████████

80.    The engineers developing 802.11ax chose a specific format for the instruction from an AP to client STAs for the type of acknowledgement to use. Thus, there would be no ambiguity and the protocol would operate smoothly.

81.    Such packet acknowledgement technology was invented by others before the alleged priority date of the '679 Patent, as shown below in Section IX.F.

82.    Regarding the '919 Patent, like I mentioned above for the 259 Patent, channel sounding is used in 802.11 systems allow a receiving station to determine channel state information and is not new in 802.11ax. Channel sounding was first introduced with 802.11n.

83.    Channel state information can be sent back to the transmitting station to allow the transmitting station to determine the best way to allocate resources. An AP can efficiently determine channel state information from multiple client STAs by using trigger frames. Client STAs can then respond simultaneously using UL OFDMA.

84.    Such channel technology was invented by others before the alleged priority date of the '919 Patent, as shown below in Section IX.G.

85.    Regarding the '851 Patent, as I described earlier for the '513 Patent, simultaneous uplink from multiple stations, such as uplink orthogonal frequency division multiple access (UL OFDMA)  used in IEEE 802.11ax, can be facilitated by synchronization of the transmissions from different clients.  When receiving a packet from a single station, the AP is capable of determining the packet structure

and timing from the packet preamble information.  However, when receiving from multiple stations, it can be difficult to decipher multiple packet types. Thus, the AP may select a particular packet format and inform the stations of that format in a downlink frame.

86.    Since UL OFDMA was new for IEEE 802.11 with the 802.11ax amendment, engineers developing 802.11ax recognized that formatting rules for simultaneous uplink packets would be necessary.  A downlink frame could include specific details of the type of UL PHY protocol data unit (PPDU) and resource allocations that would be used by the client STAs.

87.    Such uplink scheduling technology was invented by others before the alleged priority date of the '851 Patent, as shown below in Section IX.H.

C.    **U.S. Patent Publication 2015/0124690 ("Merlin '690")**

88.    Merlin '690 is a publication of an application that was filed by Qualcomm on October 30, 2014 and claims priority to Provisional Application No. 61/899,121, filed by Qualcomm on November 1, 2013.

89.    Merlin '690 refers to "high efficiency wireless (HEW)" IEEE 802.11 Access Points ("AP") and Stations ("STAs").  *See* Merlin '690 ¶ [0126] ("According to certain aspects, an AP may transmit an MU PPDU soliciting immediate response from multiple high efficiency wireless (HEW) STAs (e.g., very high throughput (VHT) STAs) that support UL MU-MIMO, UL FDMA, or both. Therefore, multiple responses (e.g., ACKs/BAs) to the MU PDDU, from multiple STAs, are possible at

████████████████████

the same time. For example, if all of the addressed STAs in the DL MU-MIMO

PPDU support UL MU-MIMO, UL FDMA, or both, then none, some, or all of the

STAs may be solicited for immediate response. According to certain aspects, the

multiple responses may be in different streams and/or different frequencies.").

90.    As discussed above, when the IEEE 802.11ax amendment was

developed, the IEEE initiated the process with a new study group called "high

efficiency WLAN" which was abbreviated as "HEW."  The inventors of Merlin '690

were important contributors to the HEW Study Group and the resulting 802.11ax

Task Group working on 802.11ax ("TGax").  In fact, Simone Merlin of Qualcomm—

the first inventor of Merlin '690—was a Vice Chair of the 802.11ax Task Group.

91.    Simone Merlin made at least 16 technical submissions to the HEW

Study Group and 802.11ax Task Group.  *See*

https://www.ieee802.org/11/Reports/tgax_update.htm.

92.    The second named inventor of Merlin '690, Gwen Barriac of

Qualcomm, made at least 8 technical submissions to the 802.11ax Task Group.  *See*

*id.*

93.    The third named inventor, Hemanth Sampath, made a technical

submission to 802.11ax Task Group.  *See id.*

**D.    U.S. Patent Publication 2010/0260114 ("Vermani")**

94.    Vermani is a publication of an application that was filed by Qualcomm

on April 10, 2009.

- 30 -

████████████████████████████

95.     Vermani discloses "methods and apparatuses for communication by
which a physical layer packet is generated for transmission to a plurality of nodes,
or by which a physical layer packet is received by a plurality of nodes, wherein a
resource allocation for each of the plurality of nodes to send an acknowledgement to
an apparatus or a transmitting node is included in the physical layer packet."
Abstract.  Vermani discloses that the invention "may be advantageous to systems
employing wireless local area networks (WLANs) in accordance with the IEEE
802.11 standard."  ¶ [0006].

96.     The first named inventor, Sameer Vermani, authored several technical
submissions to the HEW Study Group and Task Group that developed IEEE
802.11ax.  *See* https://www.ieee802.org/11/Reports/tgax_update.htm (listing 11
technical submissions authored by Sameer Vermani).

   **E.     U.S. Patent Publication 2017/0338910 ("Chun")**

97.     U.S. Patent Pub. No. 2017/0338910 to Chun et al. ("Chun"), claimed
priority to a provisional application filed on October 27, 2014 and a PCT application
filed on October 27, 2015, filed on April 27, 2017, and published on November 23,
2017.  Chun indicates that the application was assigned to LG Electronics Inc.

98.     Chun discloses "A method for performing an uplink (UL) multi-user
(MU) transmitting performed by a station (STA) apparatus in a Wireless LAN
(WLAN) system according to an embodiment of the present invention may include
receiving a downlink (DL) MU frame; generating a UL MU Acknowledge (ACK)

████████████████████████████████

frame; and UL MU transmitting the UL MU ACK frame, wherein the UL MU ACK

frame includes a legacy preamble, a high efficiency (HE) preamble and an

Acknowledge (ACK) field, and is UL MU transmitted by being constructed as a null

data packet (NDP) frame format that does not include a data field."  Abstract.

99.     Chun discloses that the invention applies to IEEE 802.11ax.  "The

scope of IEEE 802.11ax chiefly discussed in the next-generation WLAN task group

called a so-called IEEE 802.11ax or high efficiency (HEW) WLAN includes 1) the

improvement of an 802.11 physical (PHY) layer and medium access control (MAC)

layer in bands of 2.4 GHz, 5 GHz, etc., 2) the improvement of spectrum efficiency

and area throughput, 3) the improvement of performance in actual indoor and

outdoor environments, such as an environment in which an interference source is

present, a dense heterogeneous network environment, and an environment in which

a high user load is present and so on."  ¶ [0007].

100.    The first named inventor, Jinyoung Chun, authored four technical

submissions to the HEW Study Group and Task Group that developed IEEE

802.11ax.  *See* https://www.ieee802.org/11/Reports/tgax_update.htm.

101.    The second named inventor, Kiseon Ryu, authored about twenty

technical submissions to the HEW Study Group and Task Group that developed

IEEE 802.11ax.  *See* https://www.ieee802.org/11/Reports/tgax_update.htm.

- 32 -

████████████████

102.    The third named inventor, HanGuy Cho, authored two technical submissions to the HEW Study Group and Task Group that developed IEEE 802.11ax.  *See* https://www.ieee802.org/11/Reports/tgax_update.htm.

**F.      U.S. Patent Publication No. 2017/0367077 ("Shu")**

103.    U.S. Patent Publication No. 2017/0367077 ("Shu") claims priority to Chinese application 201410422580.3, filed August 25, 2014, was filed on March 18, 2015 as PCT/CN2015/074486, and published on Dec. 21, 2017.  Shu on its face is assigned to Huawei Technologies Co., Ltd.

104.    Shu discloses "Embodiments of the present invention disclose a method and an apparatus for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network. The method includes: sending, by an access point, a corresponding downlink data frame to each station of the multiple stations; and receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations. According to the method and the apparatus provided in the embodiments of the present invention, time required by the multiple stations to feed back the acknowledgment messages can be reduced."  Abstract.

105.    Shu discloses that the invention applies to IEEE 802.11 systems and methods.  Shu at ¶ [0003] ("An access point (Access Point, AP for short) can send a downlink data frame to multiple stations (Station, STA for short) at the same time

by using the multi-user multiple-input multiple-output (Multi-User Multiple-Input Multiple-Output, MU MIMO for short) or orthogonal frequency division multiple access (Orthogonal Frequency Division Multiple Access, OFDMA for short) technology. Before sending the downlink data frame, the access point may first measure a downlink channel of the station. The access point may measure the downlink channel by using a channel measurement mechanism defined in an Institute of Electrical and Electronics Engineers (Institute of Electrical and Electronics Engineers, IEEE for short) 802.11 standard. As shown in FIG. 1, the access point first sends a null data packet announcement (Null Data Packet Announce, NDPA for short) message to the multiple stations to instruct the stations to perform channel measurement subsequently. Then, the access point sends a null data packet (Null Data Packet, NDP for short) message to the foregoing stations, and the stations measure the downlink channels by using a training sequence in the NDP message and sequentially feed back a channel measurement result, that is, channel state information (Channel State Information, CSI for short), to the access point. The access point can send, according to the CSI fed back by the stations, the downlink data frame to the multiple stations by using the MU MIMO or OFDMA technology."); Shu at ¶ [0004] ("After sending the downlink data frame to the multiple stations, the access point sequentially sends an acknowledgment request message to the multiple stations at a short interframe space (Short Interframe Space, SIFS for short), so as to request the stations to feed back whether the

- 34 -

downlink data frames are received successfully. The acknowledgment request message may be a BlockAckReq (Block Acknowledgement Request, block acknowledgment request; in an IEEE 802.11 standard, BlockAckReq may also be BAR for short). After receiving the acknowledgment request messages, the multiple stations sequentially return acknowledgment messages to the AP in a time division manner. The acknowledgment message may be BlockAck (Block Acknowledgement, block acknowledgment; in an IEEE 802.11 standard, BlockAck may also be BA for short), as shown in FIG. 2. After receiving the acknowledgment requests, the multiple STAs take relatively long feedback time to return the acknowledgment messages to the AP.").

### G.    U.S. Patent No. 10,257,806 ("Chu")

106.    Chu claims priority to U.S. Provisional Appl. No. 61/947,922, filed on March 4, 2014, and U.S. Provisional Appl. No. 61/902,413, filed November 11, 2013. Its non-provisional application was filed on November 11, 2014, and the patent issued on April 9, 2019.  Chu on its face is assigned to Marvell World Trade Ltd.

107.    Chu discloses "A first communication device allocates respective sub-channels of an orthogonal frequency division multiplexing (OFDM) channel to two or more second communication devices for uplink orthogonal frequency division multiple access (OFDMA) transmission from the two or more second communication devices. A first sub-channel is allocated to a first one of the second communication devices and a second sub-channel is allocated to a second one of the second

████████████

communication devices. The first communication device provides, to the second communication devices, indications of the respective sub-channels allocated to the second communication devices. The first communication device receives an uplink OFDMA data unit that includes a first OFDM data unit transmitted from the first one of the second communication devices via the first sub-channel, and a second OFDM data unit transmitted from the second one of the second communication devices via the second sub-channel."  Abstract.

108.    Chu teaches that the invention is useful in IEEE 802.11 systems and methods, including IEEE 802.11ax.  *See* Chu at 5:31-47 ("The AP is configured to operate with client stations according to at least a first communication protocol. The first communication protocol is sometimes referred to herein as "high efficiency WiFi," "high efficiency WLAN," "HEW" communication protocol, or 802.11 ax communication protocol. The first communication protocol supports OFDMA communication between the AP and the client stations. In some embodiments, different client stations in the vicinity of the AP are configured to operate according to one or more other communication protocols that define operation in the same frequency band as the HEW communication protocol but with generally lower data throughputs. The lower data throughput communication protocols (e.g., IEEE 802.11a, IEEE 802.11n, and/or IEEE 802.11ac) are collectively referred herein as "legacy" communication protocols. The legacy communication protocols do not support OFDMA communication, in an embodiment.").

109.    The first named inventor of Chu, Liwen Chu of Marvell, authored at least about 100 submissions to the HEW Study Group and 802.11ax Task Group. *See* https://www.ieee802.org/11/Reports/tgax_update.htm.

110.    The second named inventor of Chu, Hongyuan Zhang of Marvell, authored dozens of technical submissions to the HEW Study Group and 802.11ax Task Group, and was an ad hoc co-chair of the PHY (physical layer) group of the Task Group.  *See* https://www.ieee802.org/11/Reports/tgax_update.htm.

111.    The second named inventor of Chu, Yakun Sun of Marvell, authored at least about 20 technical submissions to the HEW Study Group and 802.11ax Task Group.  *See* https://www.ieee802.org/11/Reports/tgax_update.htm.

### H.    U.S. Patent Publication No. 2017/0272295 ("Lee")

112.    Lee was published on September 21, 2017 and claims priority to a PCT application filed on July 2, 2015.  It also claims priority to a U.S. provisional application filed on July 28, 2014 and two other U.S. provisional applications filed August 7, 2014.

113.    Lee discloses "a method for a station (STA) device transmitting data in a Wireless Local Area Network (WLAN) system. The method for transmitting data, according to one embodiment of the present invention, comprises the steps of: FEC encoding transmission data; interleaving the transmission data; constellation mapping the transmission data; performing IDFT on the transmission data; and upconverting the transmission data and transmitting a transmission signal,

- 37 -

wherein IDFT is performed using different FFT sizes for a first part of the transmission signal and a second part of the transmission signal, and the second part of the transmission signal is allocated to at least one STA in units of at least one resource unit.".  Abstract

114.    Lee discloses that the invention is useful in IEEE 802.11 WLANs, including IEEE 802.11ax.  Lee at ¶¶ [00202] – [0011].

115.    The first named inventor Wookbong Lee authored several technical submissions to the HEW Study Group and 802.11ax Task Group, as did co-inventors Jinsoo Choi, Eunsung Park, Kiseon Ryu, Dongguk Lim, and HanGyu Cho.  *See* https://www.ieee802.org/11/Reports/tgax_update.htm.

I.    **Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz ("802.11ac-2013")**

116.    802.11ac-2013 is commonly known as "Wi-Fi 5."  The amendment was approved on December 11, 2013 and was well-known prior to that date by many in the field, including, presumably, the inventors of the Asserted Patents.  IEEE 802.11ax is backward compatible with 802.11ac and has many common features.  Many of the people that helped to develop 802.11ax also had helped to develop 802.11ac.  As explained further below, 802.11ac-2013 discloses and/or renders obvious (alone or in conjunction with other prior art) many elements of many of the Asserted Claims.

J.    **U.S. Patent Publication No. 2015/0117363 ("Rong")**

- 38 -

███████████████████████████

117.    Rong published on April 30, 2015 from an application filed October 22, 2014.  The application claims priority to a provisional application filed on October 24, 2013.

118.    Rong discloses "A method for communicating in a wireless communications system includes receiving scheduling information including information for an uplink transmission scheduled for the station, and determining a first length of a first cyclic prefix for a transmission in accordance with the scheduling information. The method also includes transmitting the transmission with the first cyclic prefix".  Abstract.

119.    Rong discloses that the invention is useful in WLANs, including IEEE 802.11ax.  Rong at ¶ [0004] ("A newly formed IEEE 802.11 Study Group named "High Efficiency WLAN (HEW)" has been formed to study, among other things, improving system performance in a high density environment.").

120.    The named inventors (Zhigang Rong and Young Hoon Kwon) made technical submissions to the to the HEW Study Group and 802.11ax Task Group. *See* https://www.ieee802.org/11/Reports/tgax_update.htm.

121.    It appears that one co-inventor of Rong, Young Hoon Kwon, later worked at Newracom.

   **K.    U.S. Patent Publication No. 2015/0063258 ("Merlin 258")**

- 39 -

122.    Merlin 258 published March 5, 2015 and is assigned on its face to Qualcomm.  The application was filed on August 26, 2014 and claims priority to a provisional application filed on August 28, 2013.

123.    Merlin 258 discloses "A method for wireless communication is provided. The method comprises transmitting a first wireless message comprising a request for a first user terminal to transmit uplink data and an indication of at least one requested operational parameter. The method also comprises receiving a second wireless message from an access point in response to the first wireless message, the second wireless message indicating whether a plurality of user terminals including the first user terminal is selected to transmit uplink data, the second wireless message indicating at least one operational parameter for transmission of uplink data based on the at least one requested operational parameter.".

124.    Merlin 258 that the invention is useful in connection with IEEE 802.11 WLANs.  See ¶¶ [0028] – [0029].

125.    The named inventors made many technical submissions to the to the HEW Study Group and 802.11ax Task Group.  *See*

https://www.ieee802.org/11/Reports/tgax_update.htm.

**L.    Other Documents Showing the State of the Art**

126.    Additional documents showing the state of the art are discussed below in connection with my opinions on anticipation and obviousness.

## VI.    THE ASSERTED PATENTS

### A.    Patent No. 9,531,520 ("the '520 Patent")

#### 1.    Asserted Claims

127.    Atlas asserts claims 1-6, 8-16, and 18-20 of the '520 Patent.  Claims 1, 8, and 18 are independent claims.  Independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  As shown below, methods for coordinating and sending the claimed multi-user transmissions were previously known in the art.

#### 2.    Prosecution History

128.    The application leading to the '520 Patent was filed on March 23, 2016. On June 9, 2016, the USPTO issued an Office Action rejecting the original claims under 35 U.S.C. § 103(a) as being unpatentable over U.S. 2013/0301569 (Wang). *See* Non-Final Rejection.  In response to the claim rejections, the inventors amended all claims to further require additional elements such as uplink multi-user acknowledgements. *See* Jul. 22, 2016, Amendment After Non-Final Rejection. The inventors also argued, among other things, that "Wang does not disclose UL MU transmissions…." Jul. 22, 2016, Applicant Remarks Made in Amendment. The USPTO issued a Notice of Allowance on August 15, 2016. In its remarks in the

notice of allowance, the Examiner explained the novelty of the '520 application by citing generally to all the limitations of the amended independent claims. *Id* at 2-5.

**B.      Patent No. 9,532,187 ("the '187 Patent").**

**1.      Asserted Claims**

129.    Atlas asserts claims 1-14 of the '187 Patent. Claims 1, 10, and 14 are independent claims. Independent claim 1 recites a method "for transmitting data to a plurality of Stations (STAs) through a transmission channel by an Access Point (AP) in a Wireless Local Area Network (WLAN) system, wherein the transmission channel is divided into a plurality of resource units which are allocated to the plurality of STAs respectively."  The AP allegedly could be an IEEE 802.11 AP, and the STAs could allegedly be IEEE 802.11 STAs. The claimed method includes interleaving data units into interleaved data units, and transmitting the interleaved data units using a Physical layer Protocol Data Unit (PPDU) frame.

130.    Independent claims 10 and 14 recite very similar methods to that of independent claim 1, except from the perspective of "receiving data from an Access Point (AP) through a transmission channel by a first Station (STA) among a plurality of STAs in a Wireless Local Area Network (WLAN) system…."  Claims 10 and 14 are nearly identical, except that claim 10 generally recites "resource units," while claim 14 specifically recites "OFDMA resource units."  Both claimed methods include receiving interleaved data units using a PPDU frame, and deinterleaving the interleaved data units.

131.    As shown below, methods for transmitting and receiving by the claimed interleaving/deinterleaving and the claimed PPDU frames were previously known in the art.

### 2.    Prosecution History

132.    The application leading to the '187 Patent was filed on August 11, 2015. On April 8, 2016, the application was rejected as obvious over U.S. 2013/0177090 (Yang) in view of U.S. 2012/0230448 (Kang). In response, the inventors amended their claims to include limitations directed to the use of multiple sizes of resource units allocated to stations using a first a second interleaving parameter values. *See* June 21, 2016, Amendment After Non-Final Rejection. The '187 Patent was allowed on August 25, 2016. The examiner did not provide any specific basis for allowance of the '187 Patent.

### C.    Patent No. 9,763,259 ("the '259 Patent")

### 1.    Asserted Claims

133.    Atlas asserts claims 1-7 and 18 of the '259 Patent. Claims 1 and 18 are independent claims. Independent claim 1 recites a "sounding method by a first receiving device."  The first receiving device could allegedly be an IEEE 802.11 station (STA), which could allegedly be receiving from an IEEE 802.11 Access Point (AP) in a Wireless Local Area Network (WLAN) system.  The claimed method includes receiving a null data packet announcement (NDPA) frame followed by a null data packet (NDP) frame, and subsequently transmitting a feedback frame including measured subchannel information.  Independent claims 18 recites a

- 43 -

███████████████

similar method to that of independent claim 1, except as performed from the perspective of a transmitting device (e.g., allegedly an AP).  Thus, the method of claim 18 includes transmitting the NDPA frame followed by the NDP frame to the receiving device, and subsequently receiving the feedback frame from the receiving device.  As shown below, methods for sounding by NDPA, NDP, and feedback frames were previously known in the art.

### 2.    Prosecution History

134.    The application leading to the '259 Patent was filed on September 22, 2015. On January 26, 2017, the '259 application was rejected as obvious over U.S. 2014/0348097 (Park) in view of U.S. 2013/0107916 (Liu). In response, the applicant amended claim 1 to add a second feedback frame measured on a second subchannel and transmitted by a second receiving device. *See* Apr. 25, 2017, Amendment Made After Non-Final Rejection, at 1. The '259 Application was allowed on May 26, 2017. The examiner did not provide any specific basis for allowance of the '259 Patent.

### D.    Patent No. 9,825,738 ("the '738 Patent")

### 1.    Asserted Claims

135.    Atlas asserts claims 1-16 of U.S. Patent No. 9,825,738 ("the '738 Patent").  Claims 1 and 9 are independent claims.  Claim 1 is written from the perspective of an "access point in a wireless communication network" (which allegedly could be an IEEE 802.11ax AP), while independent claim 9 is written from the perspective of an "a station in a wireless communication network" (which allegedly could be an IEEE 802.11ax STA) but is otherwise substantially similar to

████████████████████████████████████████████

claim 1.  As shown below, the claimed methods of the '738 Patent were previously

known in the art.

### 2.      Prosecution History

136.    The application leading to the '738 Patent was filed on April 3, 2015.

On February 17, 2016, the inventor filed a preliminary amendment cancelling the

originally filed claims and replacing them with claims directed to a method of

"operating an access point in a wireless communication method," which enabled

multiple-user transmissions by a plurality of stations. *See* Preliminary Amendment.

On September 23, 2016, the '738 Application was rejected under 35 U.S.C. § 112 as

indefinite. Non-Final Rejection. Claims 21, 25-27, 29-30, 34-36, and 38 were also

rejected as anticipated by U.S. 2015/0063258 (Merlin). In response, the inventor

amended independent claim one to include the additional limitation of

"transmitting the downlink data and the unplink setup information in a single

physical downlink frame to a plurality of stations." *See* Dec. 22, 2016, Amendment

After Non-Final Rejection. The '738 Application was finally rejected on March 24,

2017. Following the inventor's amendment after final rejection, the application was

allowed on July 21, 2017. In his remarks on allowance, the examiner explained the

reason for allowance of the '738 Application was: "none of the references, either

alone or in combination with another reference, disclose, teach, or suggest

transmitting the downlink data and the uplink setup information in a single

physical downlink frame to a plurality of stations, wherein the uplink setup

███████████████

information includes a common information portion and a dedicated information portion, the common information portion includes a second information being common to all of the plurality of stations to receive the uplink setup information, and the dedicated information portion includes respective third information specific to each of the plurality of stations to receive the uplink setup information and wherein the second information is a function of a total number of space time streams to be used to transmit the multiple uplink frames."

### E.    Patent No. 9,912,513 ("the '513 Patent")

#### 1.    Asserted Claims

137.    Atlas asserts claims 1-19 of the '513 Patent.  Claims 1, 9, and 15 are independent claims.  Independent claim 1 recites a method for "generating an uplink frame for the UL MU transmission."  The device that performs the method (which allegedly could be an IEEE 802.11ax STA) receives "an indication of a first guard interval length" in "a trigger frame transmitted by an access point." Independent claim 9 is substantially similar to independent claim 1, but instead of reciting a "guard interval length" in a "trigger frame," a device of claim 9 receives "in a downlink frame from the access point, an indication of a first cyclic prefix (CP) length."  As shown below, the claimed inventions were previously known in the art.

#### 2.    Prosecution History

138.    The application leading to the '513 Patent was filed on July 6, 2016. On July 28, 2017, the '513 Patent was rejected by the examiner for double patenting, which the Applicant accommodated through the filing of a terminal

- 46 -

disclaimer on October 30, 2017. The Examiner issued a notice of allowance on

November 22, 2017. In the comments on allowance, the Examiner specifically

credited the following limitations of Claims 1 and 11 as novel in view of the prior

art: "wherein the trigger frame allocates one or more resources for an uplink (UL)

multi-user (MU) transmission and solicits the UL MU transmission, wherein a

value of the first guard interval length is to be used by each of a plurality of

stations, including the apparatus, associated with the UL MU transmission,

generating an uplink frame for the UL MU transmission solicited by the trigger

frame, wherein the uplink frame comprises a payload and a physical layer (PHY)

header, and transmitting the uplink frame using a resource allocated by the trigger

frame to the apparatus, wherein at least a portion of the payload of the uplink

frame is associated with the first guard interval length." Nov. 22, 2017, Notice of

Allowance, at 2.

### F.    Patent No. 9,917,679 ("the '679 Patent")

#### 1.    Asserted Claims

139.    Atlas asserts claims 1-10 of the '679 Patent. Claims 1 and 6 are

independent claims. Independent claim 1 recites a method "for transmitting an

acknowledgement frame for notifying successful data reception by a station (STA) to

an access point (AP) in a wireless local area network." Independent claim 6 recites a

substantially identical method, but from the perspective of the AP, "for receiving an

acknowledgement frame for notifying successful data reception by an access point

- 47 -

(AP) from a station (STA) in a wireless local area network." In both methods, the AP allegedly could be an IEEE 802.11 AP, the STA could allegedly be an IEEE 802.11 STA, and the wireless local area network (WLAN) could allegedly be an IEEE 802.11 High Efficiency WLAN (HEW).  As shown below, methods for transmitting and receiving acknowledgement frames in the claimed manner were previously known in the art.

### 2.    Prosecution History

140.    The application leading to the '679 Patent was filed on November 3, 2015. On March 21, 2017, the '679 Application was rejected as obvious in view of U.S. 2013/0188627 (Cheong) in view of U.S. 2015/0085836 (Kang). Following amendment, the rejection was withdrawn and the '679 Application was allowed on October 31, 2017. The examiner did not provide any specific basis for allowance of the '679 Patent.

### G.    Patent No. 10,020,919 ("the '919 Patent")

### 1.    Asserted Claims

141.    Atlas asserts claims 1-9 and 11-19 of U.S. Patent No. 10,020,919 ("the '919 Patent").  Claims 1 and 11 are independent claims.  Claim 1 recites a method performed by a wireless device (which allegedly could be a beamformee, such as an IEEE 802.11 STA) comprising, among other things "receiving a Null Data Packet Announcement (NDPA)."  Claim 11 recites a method performed by a wireless device (which allegedly could be a beamformer, such as an IEEE 802.11 AP) comprising, among other things "transmitting a Null Data Packet Announcement (NDPA)."  The

- 48 -

independent claims are otherwise substantially similar.  As shown below, the

claimed methods of the '919 Patent were previously known in the art.

### 2.    Prosecution History

142.    The application leading to the '919 Patent was filed on April 25, 2017.

On July 31, 2017, the '919 application was rejected as being obvious over U.S.

2014/0044112 (Stephens) in view of U.S. Patent Application Publication No.

2012/0250543 (Abraham). *See* Non-Final Rejection. In response to the rejection,

Applicant amended both independent claims to add an element relating to the

"cardinality" of the station information fields. Oct. 11, 2017, Amendment After Non-

Final Rejection at 2, 4. Again, Examiner denied the '919 Application as being

obvious over U.S. 2015/0372795 Wu) in view of U.S. 2016/0262051 (Merlin). Dec. 7,

2017, Final Rejection, at 4. To traverse the rejection for the first claim, Applicant

amended the independent claims to note that the first Channel State Information

(CSI) feedback is sent "in response to determining that the number of the one or

more station information fields in the NDPA is one." Jan 25, 2018, Amendment

After Final Rejection, at 2. Applicant made similar arguments for independent

claim 11, but noted that the CSI feedback is transmitted in response to the NDP

"having only one station information field." *Id.* at 4. The application was

subsequently allowed on March 14, 2018. In the remarks on allowance, the

examiner pointed generally to certain limitations included in independent claim 1.

Mar. 14, 2018 Notice of Allowance.

### H.    Patent No. 10,756,851 ("the '851 Patent")

#### 1.    Asserted Claims

143.    Atlas asserts claims 1-5, 7-9, and 14-20 of the '851 Patent. Claims 1, 16, and 20 are independent claims. Independent claims 1 and 20 recite "a station for facilitating multi-user communication in a wireless network," each with one or more memories and processors; and independent claim 16 recites a "non-transitory computer-readable storage medium storing computer-executable instructions." All three independent claims recite similar elements, except that claim 1 is directed primarily to generation and transmission of an uplink frame in response to receipt of a downlink frame, while claims 16 and 20 are directed primarily to generation and transmission of a downlink frame.  As such, the "station" recited by claims 16 and 20 allegedly could be an IEEE 802.11 access point (AP), the "station" recited by claim 1 allegedly could be an IEEE 802.11 STA (i.e., a non-AP STA), and the wireless local area network (WLAN) could allegedly be an IEEE 802.11 High Efficiency WLAN (HEW).  As shown below, methods for generating and transmitting uplink and downlink frames in the claimed manner were previously known in the art.

#### 2.    Prosecution History

144.    The application leading to the '851 Patent was filed on November 28, 2018. On July 26, 2019, the '851 Application was rejected for non-statutory obviousness-type double patenting. Following the Applicant's submission of a terminal disclaimer, the '851 Application was allowed on April 9, 2020. Mar. 25,

2020, Terminal Disclaimer; Apr. 9, 2020 Notice of Allowance. In the comments

regarding allowance, the Examiner specifically referenced the novelty of the

following limitation in independent Claim 1: "one or more memories; and one or

more processors coupled to the one or more memories, the one or more processors

configured to cause: receiving a first frame of a downlink transmission for a

plurality of stations; obtaining control extension indication from a control field

included in the first frame; determining whether the control extension indication

included in the first frame indicates whether the control field includes a scheduling

extension; obtaining scheduling information from the control field when the control

extension indication ~~field~~ indicates that the control field includes the scheduling

extension; generating a second frame for a multi-user uplink transmission with the

plurality of stations based on the scheduling information included in the scheduling

extension; and transmitting the second frame as part of the multi-user uplink

transmission with the plurality of stations." Apr. 9, 2020, Notice of Allowance, at 3.

## VII.    INVALIDITY ANALYSIS UNDER SECTION 112

### A.    Claim 1 of the '919 Patent and its Dependent Claims Lack Written Description

145.    On December 7, 2017, Claims 1 and 11 of the '919 Application were

rejected as being obvious over U.S. 2015/0372795 (Wu) in view of 2016/0262051

(Merlin). Specifically, the Examiner found that while Wu did not disclose

"determining a number of the one or more station information fields in the NDPA,"

this element was expressly described in Merlin. *See* Dec. 12, 2017 Final Rejection,

███████████████████████████████

at 6. In a subsequent interview with the Examiner, the Applicant explained "The

Merlin reference also discloses a feedback type in fig. 13, par.[0129], wherein the

feedback type discloses if the station should single user or multi-user feedback.

However, Merlin does not disclose that the station should determine the exact

number of station information fields in the DOPA." Jan. 12, 2018 Applicant

Initiated Interview Summary, at 2. The Applicant subsequently amended Claim 1

to recite a method that includes "determining exactly a number of the one or more

station information fields in the NDPA;" Jan. 25, 2018 Amendment, at 1.

146.    Neither the claims themselves nor the specification provide written

support for this amendment sufficient to demonstrate that the inventor had

possession of the invention being claimed at the time the patent application was

filed. Specifically, neither the specification nor the claims describe determining

*exactly* how many station information fields are present. The specification describes

two sounding procedures. In the first sounding procedure, a first station, STA1

"determines that it indicates only a single station (itself), and based on the NPDA

804A indicating only a single station (that is, based on the NDPA 804A not

indicating a plurality of stations) determines that the first sounding procedure for

obtaining CSI feedback is being used." '919 Patent, Col. 18, ll 58-19:1. " In the

second process 800B, the AP transmits an NPDA 804B designating first, second,

and third stations STA1, STA2, and STA3, respectively." *Id*., Col. 19, ll 12-16. "Each

of the first, second, and third stations STA1, STA2, and STA3 receives the NPDA

804B, determines that it indicates a plurality of stations including itself, and based on the NPDA 804B indicating a plurality of stations, determines that the second sounding procedure for obtaining CSI feedback is being used." *Id.*, Col. 19, ll 16-22. The specification of the '919 Patent describes a method for determining if a single station information field is used, and another method for determining if a plurality of station information fields are used. This is simply the method of the prior art reference Merlin described by the examiner in his Final Rejection. The specification provides no explanation for how the exact number of station information fields are used. In this way, a person of ordinary skill in the art would not be able to conclude that the patentee sufficiently described the claimed technology in way that demonstrated the patentee had possession of the invention being claimed at the time of filing.

**B.    Claim 11 of the '919 Patent and its Dependent Claims Lack Written Description**

147.    On December 7, 2017, Claims 1 and 11 of the '919 Application were rejected as being obvious over U.S. 2015/0372795 (Wu) in view of 2016/0262051 (Merlin). Specifically, the Examiner found that while Wu did not disclose "determining a number of the one or more station information fields in the NDPA," this element was expressly described in Merlin. *See* Dec. 12, 2017, Final Rejection, at 6. The Applicant subsequently amended Claim 11 to recite a method that includes "receiving first Channel State Information (CSI) feedback transmitted in

response to the NDP <u>having only one station information field</u>;" Jan. 25, 2018,

Amendment, at 3.

148.    Neither the claims themselves nor the specification provide written

support for this amendment sufficient to demonstrate that the inventor had

possession of the invention being claimed at the time the patent application was

filed. Specifically, neither the specification nor the claims describe the Null Data

Packet (NDP) as containing station filed information separate from the Null Data

Packet Announcement (NDPA). As described in the specification of the '919 Patent:

149.    "In an embodiment, a method performed by a wireless device

comprises receiving a Null Data Packet Announcement (NDPA). **The NDPA**

**includes one or more station information fields**. The method further

comprises determining a number of the one or more station information fields in the

NDPA, receiving a Null Data Packet (NDP), and when the number of one or more

station information fields in the NDPA is one, transmitting first Channel State

Information (CSI) feedback **in response to receiving the NDP**." '919 Patent, Col.

3, ll. 61 – Col. 4, ll. 2.

150.    The '919 specification clearly explains that transmission of the NDPA

and NDP are two separate steps, and that that "[t]he NDPA includes one or more

station information fields. Indeed, the specification makes clear that the Channel

State Information is transmitted from the wireless device in response to receiving

the NDP, not simply the NDPA. However, the specification does not explain that

████████████████████████████

the NDP itself contains station information fields. Indeed, the contents of the NDP

transmission are not described anywhere in the '919 patent. In this way, a person of

ordinary skill in the art would not be able to conclude that the patentee sufficiently

described the claimed technology in way that demonstrated the patentee had

possession of the invention being claimed at the time of filing.

## VIII.   SUMMARY OF OPINIONS REGARDING ANTICIPATION AND OBVIOUSNESS

151.   It is my opinion that certain prior art references and systems

anticipate and/or render obvious all Asserted Claims of the Asserted Patents. In the

following Sections, I provide a narrative of my opinions.

## IX.   INVALIDITY ANALYSIS IN LIGHT OF THE PRIOR ART

152.   Based on my analysis of the Asserted Patents, their prosecution

histories, the prior art references summarized above, the general state of the art,

my own expertise, the Court's claim constructions, Atlas's infringement allegations,

including that the Asserted Patents are allegedly essential to IEEE 802.11ax, it is

my opinion that the below prior art references (and combinations thereof) invalidate

the Asserted Claims.

### A.   The Asserted Claims of the '520 Patent Are Invalid

153.   As mentioned previously, Atlas asserts claims 1-6, 8-16, and 18-20 of

the '520 Patent.  Claims 1, 8, and 18 are independent claims.  Independent claim 1

recites a method implemented by a network device (which allegedly could be an

IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a

downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  As shown below, methods for coordinating and sending the claimed multi-user transmissions were previously known in the art.

154.    Specifically, each asserted claim of the '520 Patent is anticipated by each of U.S. Patent Publication No. 2015/0124690 ("Merlin '690"), U.S. Patent Publication No. 2010/0260114 ("Vermani"), U.S. Patent Publication No. 2017/0338910 ("Chun"), U.S. Patent Publication No. 2017/00367077 ("Shu"), and U.S. Patent No. 10,257,806 ("Chu").  Further, each asserted claim of the '520 Patent is obvious in view of each of these references standing alone, and each of these claims is obvious in view of any combination of Merlin '690 and/or Vermani and/or Chun and/or Shu and/or Chu.

> **1.    Independent Claim 1 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Independent Claim 1 Obvious**
>
> **a.    Element 1 [pre]: A method, implemented by a network device in a wireless network, for coordinating an uplink multi-user response transmission to a downlink multi-user transmission, the method comprising:**

155.    **<u>Merlin '690</u>** discloses this element.  For example, Merlin '690 discloses that methods and devices were being implemented to allow multiple user devices (*e.g.*, multiple IEEE 802.11 STAs) to communicate with a single access point (*e.g.*,

IEEE 802.11 AP) by "sharing channel resources while achieving high data throughputs."  Merlin '690 at ¶ [0006].  Merlin '690 discloses a need in the art "to address the issue of increasing bandwidth requirements that are demanded for wireless communications systems."  *Id*.  Merlin '690 discloses a method for coordinating an uplink multi-user response transmission.  *See* Merlin '690 at ¶¶ [0008] - [0009] ("Certain aspects of the present disclosure generally relate to frame structures and protocols for uplink multiple user (MU) frame exchanges.  Certain aspects of the present disclosure provide an apparatus for wireless communications. The apparatus generally includes a processing system configured to determine that a plurality of devices have a first capability and generate a MU packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an acknowledgment (ACK) or block ACK (BA), and an interface configured to output the MU packet for transmission.").

156.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

157.    **Vermani** discloses this element.  Vermani discloses "Aspects disclosed herein may be advantageous to systems employing wireless local area networks (WLANs) in accordance with the IEEE 802.11 standard. However, the disclosure is not intended to be limited to such systems, as other applications may benefit from similar advantages."  Vermani at ¶ [0006].

158.    Vermani at ¶ [0050]: ("Alternatively, the transmitting node (labeled as AP 100 in the examples described below with respect to FIGS. 3-8) may specify a BA transmission allocation schedule for all receiving nodes. In the examples shown in FIGS. 3-8, an aggregate PHY layer packet (or APPDU) 240 may be configured to carry, in a first PHY packet (or PPDU) 226 a thereof, a Block ACK Transmission Allocation (BATA) frame, which enables scheduling and resource allocation of BAs. The BA transmission allocation schedule is provided via the BATA frame to each receiving node (labeled as ATs 101-110 in FIGS. 3-8), and includes a channel designation for each receiving node to send its respective BA to the transmitting node. The channel designation may include a transmission time, a tone (or frequency) allocation, a spatial allocation, a transmission period (epoch or duration), and/or some other suitable or desirable channel designation, or, in some cases, various combinations thereof. Thus, each receiving node may know, a priori, how and/or when to send a BA.").

159.    *See* Vermani at Fig. 5:



FIG. 5

160.    Vermani at ¶ [0054]: ("As shown, by way of example, in FIGS. 5 and 6, in one configuration of a wireless network utilizing OFDMA, the BATA includes a schedule of tone set allocations and epoch(s) for each of the receiving nodes (ATs 101-110) to send its respective BA to the transmitting node (AP 100). This schedule may be referred to as a Block ACK Tone Assignment. In FIGS. 5 and 6, and with reference to FIG. 2, the aggregate PHY layer packet (or APPDU) 240 includes a BATA frame 2 (BATA2) in a first PHY packet (or PPDU) 226 a thereof, following the single preamble 228 of the APPDU 240. As shown in FIG. 6, the BATA frame 2 includes a frame control field (FC), a transmission address field (TA) including the address of the AP 100, a BATA-table, and a frame check sequence (FCS), which may

████████████████████████

be a cyclic redundancy check for verifying transmission of the frame. The BATA-table includes a number of users (receiving nodes), a node identification (NodeID) field identifying each receiving node with a unique NodeID, a BA Tone Set field including a tone set or frequency allocation for each of the receiving nodes identified in the NodeID field (i.e., NodeID-1-NodeID-N) to send its respective BA to the AP 100, and an Epoch field including an epoch, i.e., a time period or duration, during which each receiving node is scheduled to send its BA. The tone set for each receiving node may be derived, for example, by using a hash function of each NodeID. For simplicity, it is assumed that in FIG. 6, N=10, and each of the receiving nodes (NodeID-1-NodeID-10) corresponds, respectively, to one of ATs 101-110 of FIG. 5.").

161.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

162.    **Chun** discloses this element.

163.    Chun at Abstract.  ("A method for performing an uplink (UL) multi-user (MU) transmitting performed by a station (STA) apparatus in a Wireless LAN (WLAN) system according to an embodiment of the present invention may include receiving a downlink (DL) MU frame; generating a UL MU Acknowledge (ACK) frame; and UL MU transmitting the UL MU ACK frame, wherein the UL MU ACK frame includes a legacy preamble, a high efficiency (HE) preamble and an

- 60 -

Acknowledge (ACK) field, and is UL MU transmitted by being constructed as a null data packet (NDP) frame format that does not include a data field.").

164.    Chun at ¶ [0011] ("An object of the present invention is to propose a method for transmitting and receiving an uplink multi-user ACK frame in a wireless communication system.").

165.    Chun at ¶ [0015] ("A method for performing an uplink (UL) multi-user (MU) transmitting performed by a station (STA) apparatus in a Wireless LAN (WLAN) system according to an embodiment of the present invention may include receiving a downlink (DL) MU frame; generating a UL MU Acknowledge (ACK) frame; and UL MU transmitting the UL MU ACK frame, wherein the UL MU ACK frame includes a legacy preamble, a high efficiency (HE) preamble and an Acknowledge (ACK) field, and is UL MU transmitted by being constructed as a null data packet (NDP) frame format that does not include a data field.").

166.    Chun at ¶ [0017] ("In addition, a UL MU resource used for the ACK field to be UL MU transmitted may be indicated by UL MU resource allocation information signaled in the received DL MU frame, or is determined as a preconfigured size in an order of STA to which a DL MU resource of the data field included in the received DL MU frame is allocated.").

167.    Chun at ¶ [0032] ("FIG. 3 illustrates a non-HT format PPDU and an HT format PPDU in a wireless communication system to which the present invention may be applied;").

168.    Chun at Figure 3:



169.    Chun at ¶ [0035] ("FIG. 6 illustrates a MAC frame format in an IEEE 802.11 system to which the present invention may be applied;").

170.    Chun at Figure 6:



171.    Chun at Figure 31:



172.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

173.    **Shu** also discloses this element.

174.    Shu, Abstract ("Embodiments of the present invention disclose a method and an apparatus for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network. The method includes: sending, by an access point, a corresponding downlink data frame to each station of the multiple stations; and receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations. According to the method and the apparatus

provided in the embodiments of the present invention, time required by the multiple

stations to feed back the acknowledgment messages can be reduced.

175.    Shu, [0048] ("An access point (Access Point, AP for short) in the

embodiments may be a router, a mobile phone, a laptop computer, a set top box, or

any other appropriate device configured to perform communication by using a

wireless medium or a wired medium; a station (Station, STA for short) may be a

router, a mobile phone, a laptop computer, a set top box, or any other appropriate

device configured to perform communication by using a wireless medium or a wired

medium.").

176.    Shu, FIG. 3.



FIG 3

177.    Shu, [0049] ("Referring to FIG. 3, an embodiment of the present

invention provides a method 300 for acknowledging transmission of downlink: data

frames by multiple stations in a wireless local area network. A device used to

perform the method 300 may be an access point.").

- 64 -

178.     Shu, [0051] ("The access point may concurrently send the downlink
data frame to each station of the multiple stations by using the multi-user multiple-
input multiple-output (Multi-User Multiple-Input Multiple-Output, MU MIMO for
short) or orthogonal frequency division multiple access (Orthogonal Frequency
Division Multiple Access, OFDMA for short) technology. Alternatively, the access
point may sequentially send the corresponding downlink: data frame to each station
of the multiple stations.").

179.     Shu, [0006] ("A first aspect of an embodiment of the present invention
discloses a method for acknowledging transmission of downlink: data frames by
multiple stations in a wireless local area network, where the method includes:
sending, by an access point, a corresponding downlink: data frame to each station of
the multiple stations; and receiving, by the access point after the access point sends
the corresponding downlink: data frame to each station, acknowledgment messages
concurrently sent by the multiple stations on channel resources allocated by the
access point to the multiple stations.").

180.     Shu, [0007] ("With reference to the first aspect, in a first
implementation manner of the first aspect, before the receiving, by the access point
after the access point sends the corresponding downlink: data frame to each station,
acknowledgment messages concurrently sent by the multiple stations, the method
further includes: sending, by the access point after preset time, an acknowledgment
request message to the multiple stations, where the acknowledgment request

message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations.").

181.    Shu, [0009] ("With reference to the first implementation manner of the first aspect or the second implementation manner of the first aspect, in a third implementation manner of the first aspect, the acknowledgment request message is a block acknowledgment request message BlockAckReq.").

182.    Shu, [0056]-[0057] ("FIG. 4 shows a schematic diagram of acknowledging transmission of downlink data frames by multiple stations in a wireless local area network according to an embodiment of the present invention. Before the access point receives, after the access point sends a downlink data frame to the multiple stations, acknowledgment messages concurrently sent by the multiple stations, the method further includes:  sending, by the access point, an acknowledgment request message to the multiple stations after preset time, where the acknowledgment request message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations.").

183.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

184.    **Chu** also discloses this element.

185.  Chu, Abstract ("A first communication device allocates respective sub-channels of an orthogonal frequency division multiplexing (OFDM) channel to two or more second communication devices for uplink orthogonal frequency division multiple access (OFDMA) transmission from the two or more second communication devices. A first sub-channel is allocated to a first one of the second communication devices and a second sub-channel is allocated to a second one of the second communication devices. The first communication device provides, to the second communication devices, indications of the respective sub-channels allocated to the second communication devices. The first communication device receives an uplink OFDMA data unit that includes a first OFDM data unit transmitted from the first one of the second communication devices via the first sub-channel, and a second OFDM data unit transmitted from the second one of the second communication devices via the second sub-channel.").

186.  Chu, FIG. 1.



███████████████████████████████

187.    Chu, 5:18-36 ("In embodiments described below, a wireless network device such as an access point (AP) of a wireless local area network (WLAN) simultaneously transmits independent data streams to multiple client stations and/or receives independent data streams simultaneously transmitted by multiple client stations. In particular, the AP transmits data for the multiple clients in different orthogonal frequency division multiplexing (OFDM) sub-channels of an orthogonal frequency division multiple access (OFDMA) transmission, in an embodiment. Similarly, multiple client stations transmit data to the AP simultaneously, in particular, each client station transmits data in a different OFDM sub-channel of an OFDMA transmission, in an embodiment.  The AP is configured to operate with client stations according to at least a first communication protocol. The first communication protocol is sometimes referred to herein as "high efficiency WiFi," "high efficiency WLAN," "HEW" communication protocol, or 802.11 ax communication protocol.").

188.    Chu, 5:55-6:8 ("FIG. 1 is a block diagram of an example wireless local area network (WLAN) 10, according to an embodiment. An AP 14 includes a host processor 15 coupled to a network interface 16. The network interface 16 includes a medium access control (MAC) processing unit 18 and a physical layer (PHY) processing unit 20. The PHY processing unit 20 includes a plurality of transceivers 21, and the transceivers 21 are coupled to a plurality of antennas 24. Although three transceivers 21 and three antennas 24 are illustrated in FIG. 1, the AP 14

- 68 -

███████████████████████

includes different numbers (e.g., 1, 2, 4, 5, etc.) of transceivers 21 and antennas 24

in other embodiments.  The WLAN 10 includes a plurality of client stations 25.

Although four client stations 25 are illustrated in FIG. 1, the WLAN 10 includes

different numbers (e.g., 1, 2, 3, 5, 6, etc.) of client stations 25 in various scenarios

and embodiments. Two or more of the client stations 25 are configured to receive

corresponding data streams that are transmitted simultaneously by the AP 14.

Additionally, two or more of the client stations 25 are configured to transmit

corresponding data streams to the AP 14 such that the AP 14 receives the data

streams simultaneously.")

189.    Alternatively, Chu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

190.    To the extent it is argued or determined that any of Merlin, Vermani,

Chu, Shu, or Chu do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Merlin and/or

Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

      **b.**      **Element 1 [a]: generating, by the network device, a downlink multi-user frame addressed to a plurality of stations operating in the wireless network, the downlink multi-user frame including a plurality of resource units (RUs), wherein generating the downlink multi-user frame comprises:**

191.    **Merlin '690** discloses this element.  *See* Merlin '690 at ¶ [0009]

("Certain aspects of the present disclosure provide an apparatus for wireless

communications. The apparatus generally includes a processing system configured

- 69 -

to determine that a plurality of devices have a first capability and generate a MU

packet that solicits an immediate response from a plurality of the devices, wherein

the immediate response comprises an acknowledgment (ACK) or block ACK (BA),

and an interface configured to output the MU packet for transmission.").

192.    *See also* Merlin '690 at ¶ [0094] ("The techniques described herein may

be used for various broadband wireless communication systems, including

communication systems that are based on an orthogonal multiplexing scheme.

Examples of such communication systems include Spatial Division Multiple Access

(SDMA), Time Division Multiple Access (TDMA), Orthogonal Frequency Division

Multiple Access (OFDMA) systems, Single-Carrier Frequency Division Multiple

Access (SC-FDMA) systems, and so forth. An SDMA system may utilize sufficiently

different directions to simultaneously transmit data belonging to multiple user

terminals. A TDMA system may allow multiple user terminals to share the same

frequency channel by dividing the transmission signal into different time slots, each

time slot being assigned to different user terminal An OFDMA system utilizes

orthogonal frequency division multiplexing (OFDM), which is a modulation

technique that partitions the overall system bandwidth into multiple orthogonal

sub-carriers. These sub-carriers may also be called tones, bins, etc. With OFDM,

each sub-carrier may be independently modulated with data. An SC-FDMA system

may utilize interleaved FDMA (IFDMA) to transmit on sub-carriers that are

distributed across the system bandwidth, localized FDMA (LFDMA) to transmit on

a block of adjacent sub-carriers, or enhanced FDMA (EFDMA) to transmit on multiple blocks of adjacent sub-carriers. In general, modulation symbols are sent in the frequency domain with OFDM and in the time domain with SC-FDMA.").

193.    *See also* Merlin '690 at ¶ [0119] ("According to certain aspects, a FDMA transmission may consist of, for example, multiple SU or MU PPDUs on each channel (e.g. 20 MHz). Each MU PPDU may be either a MU-MIMO PPDU or a FDMA PPDU. The FDMA PPDU may allocate sub-20 MHz channels. According to certain aspects, PPDUs of the FDMA transmission may be a combination of FDMA, MU-MIMO, OFDMA, and time aggregation within the same PPDU. In this case, the notation "DL MIMO/FDMA" may refer to either a DL FDMA PPDU, a DL MU-MIMO PPDU, a DL OFDMA PPDU, or to a PPDU that does any combination of DL FDMA, DL MU-MIMO and time aggregation to serve multiple STAs. A MU time aggregated PPDU may comprise a single PPDU including an A-MPDU or an A-MSDU where the MPDUs or MSDUs have receiver or destination addresses corresponding to different STAs. A MU time aggregated PPDU may comprise a sequence of SU PPDUs or PSDUs sent with no or very small time separation.").

194.    A POSITA would have understood that the OFDMA technology disclosed in Merlin '690, specifically the "sub-20 MHz channels" above, describes sub-carriers in a channel bandwidth that are grouped into smaller portions than the original 802.11 20 MHz channel format and are often called resources units ("RU").

- 71 -

███████████████████████████████████████████

A POSITA would also understand that the allocation of sub-carriers in an OFDMA system corresponds to the allocation of RUs.

195.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

196.    **Vermani** discloses this element.

197.    Vermani at ¶ [0011] ("According to yet another aspect of the disclosure, an access point is disclosed. The access point includes a wireless network adapter; and a processing system configured to generate a physical layer packet for transmission to a plurality of nodes, the physical layer packet including a resource allocation for each of the plurality of nodes to send an acknowledgement to the apparatus; and transmit the physical layer packet using the wireless network adapter.").

198.    Vermani at ¶ [0053] ("In some aspects, the wireless network 100 of FIG. 1 utilizes Orthogonal Frequency Division Multiple Access (OFDMA). OFDMA utilizes orthogonal frequency division multiplexing (OFDM). OFDM is a spread-spectrum technique that distributes data from each user (or node) over a number of tones, or subcarriers, equally spaced apart at precise frequencies such that each tone is orthogonal to each other tone in the spectrum. An OFDM system takes a high rate data stream and splits it into N parallel, lower-rate streams, each at a rate 1/N of the original rate. Each stream is then mapped to a tone, or subcarrier, at

a unique frequency and combined together using an Inverse Fast Fourier Transform (IFFT) to yield a time-domain waveform to be transmitted. In an OFDMA system, each user is provided with a subset of the available tones (hereinafter, a tone set) for transmission of information.").

199.    Vermani at ¶ [0054] ("As shown, by way of example, in FIGS. 5 and 6, in one configuration of a wireless network utilizing OFDMA, the BATA includes a schedule of tone set allocations and epoch(s) for each of the receiving nodes (ATs 101-110) to send its respective BA to the transmitting node (AP 100). This schedule may be referred to as a Block ACK Tone Assignment. In FIGS. 5 and 6, and with reference to FIG. 2, the aggregate PHY layer packet (or APPDU) 240 includes a BATA frame 2 (BATA2) in a first PHY packet (or PPDU) 226 a thereof, following the single preamble 228 of the APPDU 240. As shown in FIG. 6, the BATA frame 2 includes a frame control field (FC), a transmission address field (TA) including the address of the AP 100, a BATA-table, and a frame check sequence (FCS), which may be a cyclic redundancy check for verifying transmission of the frame. The BATA-table includes a number of users (receiving nodes), a node identification (NodeID) field identifying each receiving node with a unique NodeID, a BA Tone Set field including a tone set or frequency allocation for each of the receiving nodes identified in the NodeID field (i.e., NodeID-1-NodeID-N) to send its respective BA to the AP 100, and an Epoch field including an epoch, i.e., a time period or duration, during which each receiving node is scheduled to send its BA. The tone set for each

- 73 -

receiving node may be derived, for example, by using a hash function of each

NodeID. For simplicity, it is assumed that in FIG. 6, N=10, and each of the

receiving nodes (NodeID-1-NodeID-10) corresponds, respectively, to one of ATs 101-

110 of FIG. 5.").

200.    Vermani at ¶ [0075] ("FIG. 11 is a flow chart illustrating an example of

the functionality of the transmission module 1100. In step 1102, the transmission

module 1100 may be used to generate a physical layer packet such as an aggregate

PLCP PDU (APPDU) physical layer packet (see FIG. 2). In step 1104, the

transmission module 1100 may be used to generate a Block ACK Transmission

Allocation (BATA) schedule based on a modulation scheme used in the uplink from

each of a plurality of receiving nodes. In step 1106, the transmission module 1100

may be used to generate a BATA frame including the BATA schedule generated in

step 1104. In some aspects, in step 1108, the transmission module 1100 may be

used to determine a lowest MCS level for each of a plurality of receiving nodes to

determine a transmit rate for the BATA frame. For example, the transmission

module 1100 may transmit the BATA frame at the lowest transmit rate by which it

is possible to ensure correct decoding of the BATA by each one of the plurality of

receiving nodes. In step 11 10, the transmission module 1100 may append a header

to the BATA frame and add the BATA frame including header (see, e.g., FIGS. 3, 5,

and 7) as the first PPDU in the APPDU. The header may include transmission rate

information for the BATA, such as determined in step 1108. In step 1112, the

- 74 -

████████████████████████

transmission module transmits the APPDU including the BATA frame to the

plurality of receiving nodes.").

201.    Alternatively, Vermaini, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

202.    **Chun** discloses this element.

203.    Chun at Abstract. ("A method for performing an uplink (UL) multi-

user (MU) transmitting performed by a station (STA) apparatus in a Wireless LAN

(WLAN) system according to an embodiment of the present invention may include

receiving a downlink (DL) MU frame; generating a UL MU Acknowledge (ACK)

frame; and UL MU transmitting the UL MU ACK frame, wherein the UL MU ACK

frame includes a legacy preamble, a high efficiency (HE) preamble and an

Acknowledge (ACK) field, and is UL MU transmitted by being constructed as a null

data packet (NDP) frame format that does not include a data field.").

204.    Chun at ¶ [0015] ("A method for performing an uplink (UL) multi-user

(MU) transmitting performed by a station (STA) apparatus in a Wireless LAN

(WLAN) system according to an embodiment of the present invention may include

receiving a downlink (DL) MU frame; generating a UL MU Acknowledge (ACK)

frame; and UL MU transmitting the UL MU ACK frame, wherein the UL MU ACK

frame includes a legacy preamble, a high efficiency (HE) preamble and an

Acknowledge (ACK) field, and is UL MU transmitted by being constructed as a null

data packet (NDP) frame format that does not include a data field.").

205. Chun at ¶ [0125] ("Downlink multi-user transmission (DL MU

transmission) means a technology in which an AP transmits a PPDU to a plurality

of non-AP STAs through the same time resources using one or more antennas.").

206. Chun at ¶¶ [0314] – [0315]  ("FIG. 15 is a diagram illustrating a

downlink MU-MIMO transmission process in a wireless communication system to

which the present invention may be applied.  MI-MIMO in 802.11ac works only in

the downlink direction from the AP to clients. A multi-user frame can be

transmitted to multiple receivers at the same time, but the acknowledgements must

be transmitted individually in the uplink direction.").

207. Chun at Figure 15:



208. Chun at ¶¶ [0432] – [0434]  ("A method of transmitting, by an AP

operating in a WLAN system, data to a plurality of STAs on the same time resource

may be called downlink multi-user (DL MU) transmission. In contrast, a method of transmitting, by a plurality of STAs operating in a WLAN system, data to an AP on the same time resource may be called uplink multi-user (UL MU) transmission. Such DL MU transmission or UL MU transmission may be multiplexed on a frequency domain or a space domain.  If DL MU transmission or UL MU transmission is multiplexed on the frequency domain, different frequency resources (e.g., subcarriers or tones) may be allocated to each of a plurality of STAs as DL or UL resources based on orthogonal frequency division multiplexing (OFDMA). A transmission method through different frequency resources in such the same time resources may be called "DL/UL MU OFDMA transmission."").

209.   Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

210.   **Shu** also discloses this element.

211.   Shu, Abstract ("Embodiments of the present invention disclose a method and an apparatus for acknowledging transmission of downlink: data frames by multiple stations in a wireless local area network. The method includes: sending, by an access point, a corresponding downlink data frame to each station of the multiple stations; and receiving, by the access point after the access point sends the corresponding downlink: data frame to each station, acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the

- 77 -

access point to the multiple stations. According to the method and the apparatus provided in the embodiments of the present invention, time required by the multiple stations to feed back the acknowledgment messages can be reduced.").

212.   Shu, [0049] ("Referring to FIG. 3, an embodiment of the present invention provides a method 300 for acknowledging transmission of downlink: data frames by multiple stations in a wireless local area network. A device used to perform the method 300 may be an access point.").

213.   Shu, FIG. 3.



FIG 3

214.   Shu, [0006] ("A first aspect of an embodiment of the present invention discloses a method for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network, where the method includes: sending, by an access point, a corresponding downlink data frame to each station of the multiple stations; and receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages

concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations.").

215.    Shu, [0007] ("With reference to the first aspect, in a first implementation manner of the first aspect, before the receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations, the method further includes: sending, by the access point after preset time, an acknowledgment request message to the multiple stations, where the acknowledgment request message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations.").

216.    Shu, [0020] ("A third aspect of an embodiment of the present invention discloses an access point, including: a transceiver, a processor, and a bus, where the transceiver and the processor implement communication by using the bus; the transceiver sends, under control of the processor, a corresponding downlink data frame to each station of multiple stations; and the transceiver is configured to receive, after sending the downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations.").

217.    Shu, [0054] ("That the access point allocates a channel resource to each station of the multiple stations may be implemented in different manners. The

access point may add channel resource information to an acknowledgment request message sent to the multiple stations, where the channel resource information is used to indicate the channel resource allocated by the access point to each station of the multiple stations; or the access point may add channel resource information to the corresponding downlink data frame sent to each station of the multiple stations, where the channel resource information is used to indicate a channel resource allocated by the access point to a station receiving the corresponding downlink data frame. The multiple stations may use the OFDMA technology to concurrently send the acknowledgment messages to the access point by using the channel resources allocated by the access point and indicated by the channel resource information, so as to notify the access point of whether the downlink data frames are received successfully.").

218.    Shu, [0056]-[0057] ("FIG. 4 shows a schematic diagram of acknowledging transmission of downlink data frames by multiple stations in a wireless local area network according to an embodiment of the present invention. Before the access point receives, after the access point sends a downlink data frame to the multiple stations, acknowledgment messages concurrently sent by the multiple stations, the method further includes: sending, by the access point, an acknowledgment request message to the multiple stations after preset time, where the acknowledgment request message includes channel resource information, and

the channel resource information is used to indicate the channel resources allocated

by the access point to the multiple stations.").

219.   Shu, [0078] ("That the access point allocates the channel resource to

the station may be implemented in different manners. The access point may add

channel resource information to an acknowledgment request message sent to the

station, where the channel resource information is used to indicate the channel

resource allocated by the access point to the station; or the access point may add

channel resource information to the downlink data frame sent to the station, where

the channel resource information is used to indicate the channel resource allocated

by the access point to the station. The station sends the acknowledgment message

to the access point by using the channel resource allocated by the access point and

indicated by the channel resource information, so as to notify the access point of

whether the downlink data frame is received successfully.").

220.   Alternatively, Shu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

221.   **Chu** also discloses this element.

222.   Chu, 11:56-63 ("FIG. 6 is diagram illustrating a frame exchange 600

between an AP (e.g., the AP 14) and multiple client stations (e.g., multiple client

stations 25), according to an embodiment. During a time tl, the AP 14 transmits an

OFDMA data unit 602 directed to a plurality of client stations. The OFDMA data

unit 600 occupies an 80 MHz channel, in the illustrated embodiment. In an

embodiment, the data unit 600 is the same as or similar to the data unit 300 of FIG. 3.")

223.   Chu, 12:9-35 ("In an embodiment, the OFDMA data unit 602 includes a plurality of OFDM data units 604 directed to respective client stations 25, each OFDM data unit 604 transmitted in a respective sub-channel of the WLAN 10 to a particular client station 25. In particular, a first OFDM data unit 602-1 is directed to a first client station STAI (e.g., the client station 25-1), a second OFDM data unit 602-2 is directed to a second client station STA2 (e.g., the client station 25-2), and a third OFDM data unit 602-3 is directed to a third client station STA3 (e.g., the client station 25-3), in the illustrated embodiment. In an embodiment, the first OFDM data unit 602-1 occupies the highest 20 MHz sub-channel of the 80 MHz channel, the second OFDM data unit 602-3 occupies the second highest 20 MHz sub-channel of the 80 MHz channel, and the third OFDM data unit 602-3 is transmitted in a 40 MHZ sub-channel that includes the lowest two 20 MHZ sub-channels of the 80 MHz channel.").

224.   Chu, FIG. 6.



**FIG. 6**

225.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

226.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

         **c.**      **Element 1 [b]: assigning each RU of the plurality of RUs to a respective station in the plurality of stations, and**

227.    **Merlin '690** discloses this element.  For example, Merlin '690 at ¶ [0126] discloses "an AP may transmit an MU PPDU soliciting immediate response from multiple high efficiency wireless (HEW) STAs (e.g., very high throughput (VHT) STAs) that support UL MU-MIMO, UL FDMA, or both. Therefore, multiple responses (e.g., ACKs/BAs) to the MU PDDU, from multiple STAs, are possible at

████████████████████████████████

the same time. For example, if all of the addressed STAs in the DL MU-MIMO PPDU support UL MU-MIMO, UL FDMA, or both, then none, some, or all of the STAs may be solicited for immediate response. According to certain aspects, the multiple responses may be in different streams and/or different frequencies."

228.    Further, Merlin '690 at ¶ [0132] discloses in "a DL MIMO/FDMA or MU time aggregated PPDUs, except for the PHY header, the data portion may be received only by the intended (e.g., addressed) STAs. Since the ACK policy may be included in the data portion, each STA may not know the ACK policy, or any other setting included in the data portion, set for other STAs. Thus, each STA may be individually and robustly informed of the type of response."

229.    Moreover, Merlin '690 at ¶ [0148] discloses "an AP may solicit immediate responses from multiple HEW STAs (e.g., VHT STAs) that all support UL MU-MIMO, UL FDMA, or both. For example, a DL MU-MIMO/FDMA PPDU may have more than one PSDU addressed to HEW STAs having MPDUs with 'Immediate BA or ACK response' policies that solicit an immediate BA or ACK response from the recipient HEW STAs. Also as discussed above, it may be desirable for the solicited STAs to know which transmission mode (e.g., SU, UL MU-MIMO, or UL FDMA) to use for the replies and what parameters to use for the replies if UL MU-MIMO or UL FDMA is to be used as the transmission mode for the replies.").

230.    Additionally, Merlin '690 at ¶ [0162] discloses "indicating the resource allocation for the STAs to send in UL MU-MIMO or UL FDMA may be accomplished by including the spatial stream/channel allocation and power control for each STA."

231.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

232.    **Vermani** discloses this element.

233.    Vermani at ¶ [0011] ("According to yet another aspect of the disclosure, an access point is disclosed. The access point includes a wireless network adapter; and a processing system configured to generate a physical layer packet for transmission to a plurality of nodes, the physical layer packet including a resource allocation for each of the plurality of nodes to send an acknowledgement to the apparatus; and transmit the physical layer packet using the wireless network adapter.").

234.    Vermani at ¶ [0054] ("As shown, by way of example, in FIGS. 5 and 6, in one configuration of a wireless network utilizing OFDMA, the BATA includes a schedule of tone set allocations and epoch(s) for each of the receiving nodes (ATs 101-110) to send its respective BA to the transmitting node (AP 100). This schedule may be referred to as a Block ACK Tone Assignment. In FIGS. 5 and 6, and with reference to FIG. 2, the aggregate PHY layer packet (or APPDU) 240 includes a

███████████████████████████████████████

BATA frame 2 (BATA2) in a first PHY packet (or PPDU) 226 a thereof, following

the single preamble 228 of the APPDU 240. As shown in FIG. 6, the BATA frame 2

includes a frame control field (FC), a transmission address field (TA) including the

address of the AP 100, a BATA-table, and a frame check sequence (FCS), which may

be a cyclic redundancy check for verifying transmission of the frame. The BATA-

table includes a number of users (receiving nodes), a node identification (NodeID)

field identifying each receiving node with a unique NodeID, a BA Tone Set field

including a tone set or frequency allocation for each of the receiving nodes identified

in the NodeID field (i.e., NodeID-1-NodeID-N) to send its respective BA to the AP

100, and an Epoch field including an epoch, i.e., a time period or duration, during

which each receiving node is scheduled to send its BA. The tone set for each

receiving node may be derived, for example, by using a hash function of each

NodeID. For simplicity, it is assumed that in FIG. 6, N=10, and each of the

receiving nodes (NodeID-1-NodeID-10) corresponds, respectively, to one of ATs 101-

110 of FIG. 5.").

235.   Alternatively, Vermaini, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

236.   **Chun** discloses this element.

237.    Chun at ¶ [0444] ("Here, the UL MU Trigger frame 2510 may contain control information such as STA ID (identifier)/address information, information on the allocation of resources to be used by each STA, and duration information.").

238.    Chun at ¶ [0446] ("The resource allocation information refers to information on uplink transmission resources allocated to each STA (e.g., information on frequency/subcarriers allocated to each STA in the case of UL MU OFDMA transmission and a stream index allocated to each STA in the case of UL MU MIMO transmission).").

239.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

240.    **Shu** also discloses this element.  See Elements 1 [pre] and 1 [a] above.

241.    Shu, [0054] ("That the access point allocates a channel resource to each station of the multiple stations may be implemented in different manners. The access point may add channel resource information to an acknowledgment request message sent to the multiple stations, where the channel resource information is used to indicate the channel resource allocated by the access point to each station of the multiple stations; or the access point may add channel resource information to the corresponding downlink data frame sent to each station of the multiple stations, where the channel resource information is used to indicate a channel resource allocated by the access point to a station receiving the corresponding downlink data

frame. The multiple stations may use the OFDMA technology to concurrently send the acknowledgment messages to the access point by using the channel resources allocated by the access point and indicated by the channel resource information, so as to notify the access point of whether the downlink data frames are received successfully.").

242.    Shu, [0078] ("That the access point allocates the channel resource to the station may be implemented in different manners. The access point may add channel resource information to an acknowledgment request message sent to the station, where the channel resource information is used to indicate the channel resource allocated by the access point to the station; or the access point may add channel resource information to the downlink data frame sent to the station, where the channel resource information is used to indicate the channel resource allocated by the access point to the station. The station sends the acknowledgment message to the access point by using the channel resource allocated by the access point and indicated by the channel resource information, so as to notify the access point of whether the downlink data frame is received successfully.").

243.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

244.    **Chu** also discloses this element. *Also see* Element 1 [pre] and 1 [a] above.

245.    Chu, 7:58-64 ("FIG. 3 is a diagram of an example OFDMA data unit 300, according to an embodiment. The OFDMA data unit 300 includes a plurality of OFDM data unit 302-1, 302-2 and 302-3. In an embodiment, the AP 14 transmits the OFDM data units 302-1, 302-2, 302- 3 to different client stations 25 via respective OFDM sub-channels within the OFDMA data unit 300.")

246.    Chu, 8:4-13 ("Each of the OFDM data units 302-1, 302-2, 302-3 conforms to a communication protocol that defines OFDMA communication, such as the HEW communication protocol, in an embodiment. In an embodiment in which the OFDMA data unit 300 corresponds to a downlink OFDMA data unit, the OFDMA data unit 300 is generated by the AP 14 such that each OFDM data unit 302 is transmitted to a respective client station 25 via a respective sub-channel of the WLAN 10 allocated for downlink transmission of the OFDMA data unit 300 to the client station.")

247.    Chu, FIG. 3.



FIG. 3

248.    Chu, 10:58-63 ("In some embodiments, sub-channel allocating with granularity of less than 20 MHz is utilized. For example, the AP 14 is configured to allocate sub-channels having bandwidths less than 20 MHz, such as 10 MHz sub-channels, 5 MHz sub-channels, 1 MHz sub-channels, or other suitable bandwidth sub-channels to at least some of the client stations 25.")

249.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

250.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

> **d.    Element 1 [c]: including a respective set of MAC Protocol Data Units (MPDUs) in each RU of the plurality of RUs,**

251.    **Merlin '690** discloses this element.  For example, Merlin '690 at ¶ [0127] discloses "In an example implementation, the AP may solicit multiple immediate responses by transmitting an MU PPDU including multiple aggregate medium access control (MAC) protocol data units (A-MPDUs) having MPDUs that solicit an immediate response (e.g., MPDUs indicate "Immediate BA or normal ACK"). In another example implementation, the AP may solicit multiple immediate responses by transmitting one or more MPDUs in the A-MPDU that indicate a reverse direction grant (RDG) or a speed frame exchange grant. According to certain

aspects, the RDG grant or speed frame exchange grant may transfer a transmit
opportunity (TXOP) to the recipient STA during which the recipient STA may
transmit ACKs/BAs or Data."

252.    Further, Merlin '690 at ¶ [0181] discloses "At 2504, the AP may
generate a MU packet that solicits an immediate response from a plurality of the
devices, wherein the immediate response comprises an ACK or BA. According to
certain aspects, the MU packet may provide a response type indication to each of
the plurality of devices, to use SU MIMO, MU MIMO, or FDMA to send the
immediate response. In an example implementation, the MU packet may include a
plurality of MPDUs, each MPDU being addressed to a different one of the plurality
of devices and the response type indication may be provided in a QoS control field of
each MPDU, a FC field of each MPDU, an A-MPDU delimiter preceding the MPDU,
or an extended MAC header. Alternatively, the MU packet may include one or more
PSDUs, each PSDU being address to a different one of the plurality of devices and
the response type indication may be provided in a SERVICE field of the PSDU. In
yet another alternative, the response type indication may be provided in a PHY
header of the MU packet. In yet another alternative, the response type may be
indicated by the presence of a special frame in the A-MPDU. In yet another
alternative, the MU packet may include one or more group IDs, each of the one or
more group IDs associated with whether to use SU MIMO, MU MIMO, or MU
FDMA to send the immediate response, such that the response type indication is

provided implicitly by the one or more group IDs. In yet another alternative, the AP

may generate a special frame and output the special frame for transmission after

the MU packet and the response type indication may be provided in the special

frame. According to certain aspects, an indication of one or more parameters (e.g.,

spatial streams to use, channels, a duration, transmission power) to use for sending

the immediate using MU MIMO or MU FDMA may be provided according to any of

the alternatives described above for explicitly or implicitly providing the response

type indication (e.g., group ID, special frame, MPDU field, PHY header)."

253.    Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

254.    **Vermani** discloses this element.

255.    Vermani at ¶ [0041] ("Multiple MAC packets 210 having a same

destination address may be combined into one aggregate MAC packet 216. An

aggregate MAC packet 216 is sometimes referred to as an aggregate MAC protocol

data unit (AMPDU). Each MAC packet 210 in the aggregate MAC packet 216 is

appended with a subframe header 218. A MAC packet appended with a subframe

header as shown in FIG. 2 is referred to herein simply as a subframe 220. The

aggregate MAC packet 216 may be made up of several such subframes 220. Each

subframe header 218 may include a length field 219, error detection 222, and a

delimiter signature 224. The beginning and end of each subframe 220 may be

████████████████████████████████████

determined by the length field 219 and delimiter signature 224. The error detection

may comprise a cyclic redundancy check, a checksum, or any other suitable error

detection code that enables verification of respective subframes 220 independently.

MAC-level frame aggregation as described above allows for the removal of spaces

between MAC packets (inter-frame spaces) as well as the removal of redundancies

in the MAC headers (header compression). For example, if each MAC packet 210 in

an aggregate MAC packet 216 is to be transmitted to the same receiving node, the

destination address may be eliminated from the MAC headers 214 of the subframes

220 following the first subframe in the aggregate MAC packet 216.").

256.    Vermani at ¶ [0043] ("When the MAC layer 204 decides to transmit, it

provides a block of MAC packets, e.g., the aggregate MAC packet 216, to the PHY

layer 206. The PHY layer 206 assembles a PHY packet 226 by appending a

preamble (sometimes referred to as a Physical Layer Convergence Protocol (PLCP))

228 and a header 230 to a payload 232 carrying, for example, the aggregate MAC

packet. The PHY packet 226 is sometimes referred to as a PLCP Protocol Data Unit

(PPDU), but may also be referred to as a frame, packet, timeslot, segment, or any

other suitable nomenclature. The preamble may include at least one Short Training

Field (STF) 234 and at least one Long Training Field (LTF) 236. The STF and LTF

may be used by a receiving node for detecting the start of the PHY packet 226,

synchronizing to the transmitter's node data clock, performing channel estimation,

calculating the AGC gain, and in some cases, estimating spatial streams in

███████████████████████████████████████████

networks supporting MIMO technology. The header 230 may include a Signal Field

(SIG) 238. The SIG field 238 may include information regarding the data rate and

length of the payload 232.").

257.    Vermani at ¶ [0044] ("The PHY layer may assemble multiple PHY

packets (or PPDUs) 226 into an aggregate PHY layer packet 240, also referred to as

an Aggregate PPDU (APPDU). As shown in FIG. 2, the aggregate PHY layer packet

(or APPDU) 240 includes a single PHY layer preamble 228 including an STF 234

and an LTF 236. Following the preamble 228 are three (although fewer or more

than three are possible) PHY packets (or PPDUs) 226, each including a PHY layer

payload 232 preceded by a corresponding PHY header 230 including a SIG field 238.

The preambles of each of the PHY packets (or PPDUs) 226 are aggregated into the

single preamble 228 of the aggregate PHY layer packet (or APPDU) 240. Thus, only

one PHY layer preamble 228 is required for the entire aggregate PHY layer packet

240 containing multiple PHY packets (or PPDUs) 226. Each of the PHY layer

payloads 232 in the aggregate PHY layer packet 240 may be transmitted to the

same or different receiving nodes, and further, may be transmitted at a same or

different data rate by the SIG field 238 provided before each PHY layer payload

232. All receiving nodes can estimate the channel, synchronize and calculate the

AGC gain using one preamble. Combining PHY layer payloads in an aggregate PHY

packet also allows for removal of inter frame spacing between aggregate MAC

packets as well as aggregation of the preambles (training fields) for multiple

aggregate MAC packets, one or more of which may be contained in a PHY packet 226 of an aggregate PHY packet 240.").

258.    Vermani at ¶ [0054] ("As shown, by way of example, in FIGS. 5 and 6, in one configuration of a wireless network utilizing OFDMA, the BATA includes a schedule of tone set allocations and epoch(s) for each of the receiving nodes (ATs 101-110) to send its respective BA to the transmitting node (AP 100). This schedule may be referred to as a Block ACK Tone Assignment. In FIGS. 5 and 6, and with reference to FIG. 2, the aggregate PHY layer packet (or APPDU) 240 includes a BATA frame 2 (BATA2) in a first PHY packet (or PPDU) 226 a thereof, following the single preamble 228 of the APPDU 240. As shown in FIG. 6, the BATA frame 2 includes a frame control field (FC), a transmission address field (TA) including the address of the AP 100, a BATA-table, and a frame check sequence (FCS), which may be a cyclic redundancy check for verifying transmission of the frame. The BATA-table includes a number of users (receiving nodes), a node identification (NodeID) field identifying each receiving node with a unique NodeID, a BA Tone Set field including a tone set or frequency allocation for each of the receiving nodes identified in the NodeID field (i.e., NodeID-1-NodeID-N) to send its respective BA to the AP 100, and an Epoch field including an epoch, i.e., a time period or duration, during which each receiving node is scheduled to send its BA. The tone set for each receiving node may be derived, for example, by using a hash function of each NodeID. For simplicity, it is assumed that in FIG. 6, N=10, and each of the

- 95 -

████████████████████████████████████████████████

receiving nodes (NodeID-1-NodeID-10) corresponds, respectively, to one of ATs 101-110 of FIG. 5.").

259.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

260.    **Chun** discloses this element.

261.    Chun at ¶ [0095] ("If an aggregated MPDU (A-MPDU) scheme is used, a plurality of MPDUs (in this case, each MPDU may carry an A-MSDU) may be aggregated in a single A-MPDU. The MPDU aggregation operation may be performed in an MAC lower layer. The A-MPDU may include an aggregation of various types of MPDUs (e.g., QoS data, acknowledge (ACK), and a block ACK (BlockAck)). The PHY sublayer receives an A-MPDU, that is, a single PSDU, from the MAC sublayer. That is, the PSDU includes a plurality of MPDUs. Accordingly, the A-MPDU is transmitted through a wireless medium within a single PPDU.").

262.    Chun at ¶¶ [0173] – [0175] ("FIG. 6 illustrates a MAC frame format in an IEEE 802.11 system to which the present invention may be applied.  Referring to FIG. 6, the MAC frame (i.e., an MPDU) includes an MAC header, a frame body, and a frame check sequence (FCS).  The MAC Header is defined as an area, including a frame control field, a duration/ID field, an address 1 field, an address 2 field, an address 3 field, a sequence control field, an address 4 field, a QoS control field, and an HT control field.").

263.    Chun at Figure 6:



264.    Chun at ¶ [0092] Chun at ¶¶ [0308] – [0309] ("All of MPDUs transmitted within the VHT MU PPDU based on 802.11ac are included in the A-MPDU. In the data field of FIG. 14, each VHT A-MPDU may be transmitted in a different stream.  In FIG. 14, the A-MPDUs may have different bit sizes because the size of data transmitted to each STA may be different.").

265.    Chun at Figure 14:



266.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

267.    **Shu** also discloses this element.  *Also see* Elements 1 [pre] and 1 [a] above.

268.    Shu, [0006] ("A first aspect of an embodiment of the present invention discloses a method for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network, where the method includes: sending, by an access point, a corresponding downlink data frame to each station of the multiple stations; and receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations.").

269.    Shu, [0051] ("The access point may concurrently send the downlink data frame to each station of the multiple stations by using the multi-user multiple-input multiple-output (Multi-User Multiple-Input Multiple-Output, MU MIMO for short) or orthogonal frequency division multiple access (Orthogonal Frequency Division Multiple Access, OFDMA for short) technology. Alternatively, the access point may sequentially send the corresponding downlink data frame to each station of the multiple stations.").

270.    Shu, FIG. 7A.

- 98 -



FIG 7A

271.    Shu, [0032] ("With reference to the fourth implementation manner of the fourth aspect, in a fifth implementation manner of the fourth aspect, the information is located in a physical frame convergence procedure header PLCP Header of the downlink data frame.").

272.    Shu, [0069] ("It may be understood that FIG. 7a and FIG. 7b are schematic diagrams of physical- layer frame formats of downlink data frames, the HEW SIG field may be at a location following the L-SIG field, or the HEW SIG field may be at a location followed by the L-SIG field. This embodiment of the present invention does not impose a limitation thereto. It should be noted that information used to identify a channel resource that is used to send an acknowledgment message and that is allocated by an access point to a station corresponding to a downlink data frame may be carried in a header of a physical-layer frame format of the downlink data frame, or may be carried in a header of a Media Access Control (Media Access Control, MAC for short)-layer frame format of the downlink data frame, and in this case, a specific manner of carrying the information is similar to a manner of placing the information in the header of the physical-layer frame format of the downlink data frame.").

███████████████

273.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

274.    **Chu** also discloses this element. *Also see* Element 1 [b] above.

275.    Chu, 8:62-9:4 ("In an embodiment, each of one or more of the OFDM data units 302 is an aggregate MAC service data units (A-MPDU) (e.g., a very high throughput (VHT) A-MPDU, an HEW MPDU, or another suitable aggregated data unit), which is in tum included in a PHY protocol data unit (PPDU). In another embodiment, each of one or more of the OFDM data units 302 is a single MPDU (e.g., a VHT MPDU, an HEW MPDU, or another suitable non-aggregated data unit) which is in tum included in a PPDU.").

276.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

277.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu. *See* "Motivation to Combine," *infra*.

    e.    **Element 1 [d]: wherein an MPDU in one or more of the RUs in the plurality of RUs includes acknowledgement information indicating properties of a multi-user acknowledgement transmission that the station in the plurality of stations to which the RU is assigned is requested to transmit to acknowledge the downlink multi-user frame;**

███████████████████████████████████████████

278.   **Merlin '690** discloses this element.  For example, Merlin '690 at ¶ [0127] discloses "In an example implementation, the AP may solicit multiple immediate responses by transmitting an MU PPDU including multiple aggregate medium access control (MAC) protocol data units (A-MPDUs) having MPDUs that solicit an immediate response (e.g., MPDUs indicate "Immediate BA or normal ACK"). In another example implementation, the AP may solicit multiple immediate responses by transmitting one or more MPDUs in the A-MPDU that indicate a reverse direction grant (RDG) or a speed frame exchange grant. According to certain aspects, the RDG grant or speed frame exchange grant may transfer a transmit opportunity (TXOP) to the recipient STA during which the recipient STA may transmit ACKs/BAs or Data."

279.   Merlin '690 at ¶ [0128] further discloses "According to certain aspects, the DL MU-MIMO/FDMA PPDU may be addressed to a mix of legacy (e.g., non-HEW) STAs and HEW STAs (i.e., some of the addressed STAs support UL MU-MIMO, UL FDMA, or both, and some of the addressed STAs do not). A DL FDMA PPDU addressed to a mix of legacy and HEW STAs may be a legacy PPDU sent on the primary channel and one or more PPDUs sent on other channels. According to certain aspects, if the AP transmits an MU PPDU soliciting an immediate response from a non-HEW STA, then no other STA receiving the MU PPDU may be solicited for immediate response. For example, if a physical layer convergence protocol (PLCP) service data unit (PSDU) (e.g., A-MPDU) in the MU PPDU addressed to a

██████████████████████████████████████

non-HEW STA solicits an immediate response, then no other PSDUs in the same

MU PPDU can solicit an immediate response. In this case, the MPDU soliciting the

immediate response may be set to "immediate response" and the MPDUs to the

other STAs may be set to a "No ACK" policy, a "delayed BA" policy, or a "BAR"

policy. According to certain aspects, under the assumption that uplink

transmissions from a legacy STA and one or more HEW STAs can be performed by

using appropriate UL FDMA or MU-MIMO protocols, the PSDU addressed to a non-

HEW STA and the PSDU/MPDU addressed to one or more HEW STAS that all

support UL MU-MIMO or UL FDMA may solicit an immediate response from the

HEW STAs. For example, all MPDUs for the HEW STAs may be set to "immediate

response". Alternatively, none of the STAs may be solicited for immediate response.

For example, all MPDUs may be set to a "No ACK" policy or "delayed BA" policy.

Accordingly, a single or multiple STAs may be solicited for immediate response, so

long as none of the addressed non-legacy STAs is solicited for immediate response."

280.    Merlin '690 at ¶ [0133] further discloses "Option 1: According to certain

aspects, a response type indication for each STA may be added in each MPDU or

PSDU. For example, 1 or 2 bits may indicate which mode of response is to be used

(e.g., UL SU-MIMO, UL MU-MIMO, or UL FDMA). For a response type indication

in each MPDU, the indication may be included in the Quality of Service (QoS)

control field, the HT or VHT Control field, the frame control (FC) field, the A-MPDU

delimiter preceding the MPDU, an extended MAC header, or a A-MPDU delimiter

███████████████████████████

with additional fields. For a response type indication in the PSDU, the indication may be included in the SERVICE field, for example. Alternatively, the indication may be included in PHY header."

281.    Merlin '690 at ¶ [0134] further discloses "According to certain aspects, a second option for indicating the response type may be to aggregate an additional "special" frame into the A-MPDU from which the STA can know the response type and parameters. For example, if the special subframe is received, the STA may reply according to an allocation defined by the special subframe. According to certain aspects, the special subframe may have a token number associated with a schedule for the response and the STA may reply according to the schedule. Alternatively, if the special subframe is not received, the STA may know to reply with a SU-MIMO transmission or the STA may know not to reply."

282.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

283.    **Vermani** discloses this element.

284.    Vermani at ¶ [0054] ("As shown, by way of example, in FIGS. 5 and 6, in one configuration of a wireless network utilizing OFDMA, the BATA includes a schedule of tone set allocations and epoch(s) for each of the receiving nodes (ATs 101-110) to send its respective BA to the transmitting node (AP 100). This schedule may be referred to as a Block ACK Tone Assignment. In FIGS. 5 and 6, and with

████████████████████████████

reference to FIG. 2, the aggregate PHY layer packet (or APPDU) 240 includes a

BATA frame 2 (BATA2) in a first PHY packet (or PPDU) 226 a thereof, following

the single preamble 228 of the APPDU 240. As shown in FIG. 6, the BATA frame 2

includes a frame control field (FC), a transmission address field (TA) including the

address of the AP 100, a BATA-table, and a frame check sequence (FCS), which may

be a cyclic redundancy check for verifying transmission of the frame. The BATA-

table includes a number of users (receiving nodes), a node identification (NodeID)

field identifying each receiving node with a unique NodeID, a BA Tone Set field

including a tone set or frequency allocation for each of the receiving nodes identified

in the NodeID field (i.e., NodeID-1-NodeID-N) to send its respective BA to the AP

100, and an Epoch field including an epoch, i.e., a time period or duration, during

which each receiving node is scheduled to send its BA. The tone set for each

receiving node may be derived, for example, by using a hash function of each

NodeID. For simplicity, it is assumed that in FIG. 6, N=10, and each of the

receiving nodes (NodeID-1-NodeID-10) corresponds, respectively, to one of ATs 101-

110 of FIG. 5.").

285.   Vermani at Fig. 2:



FIG. 2

286.    Vermani at Fig. 5:



FIG. 5

287.    Vermani explicitly discloses that the BATA frame 2 is included in

PPDU 226 as shown in Figure 5. ThePPDU 226a includes BATA frame 2 after

Physical Layer Header 230 and the BATA Frame 2 comprises multiple sub-frames,

████████████████████████████████████████

each containing a MAC Header 214 and MAC Payload. A POSITA would recognize

the BATA frame 2 to be a MAC frame or MPDU (*see* IEEE 802.11-2020 p.154), since

it contains a MAC Header 214 and MAC Payload 212 and is a "unit of data

exchanged between two peer MAC entities using the services of the physical layer

(PHY)."

288.    Alternatively, Vermaini, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

289.    **Chun** discloses this element.

290.    Chun at ¶ [0333] ("The BAR Control field includes a BAR Ack Policy

subfield, a Multi-TID subfield, a Compressed Bitmap subfield, a Reserved subfield,

and a TID_Info subfield.").

291.    Chun at ¶ [0349] ("The BA Control field includes a BA Ack Policy

subfield, a Multi-TID subfield, a Compressed Bitmap subfield, a Reserved subfield,

and a TID_Info subfield.").

292.    Chun at ¶ [0322] ("In general, an ACK frame is used as a response to

an MPDU, and a block ACK frame is used as a response to an A-MPDU.").

293.    Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

294.   **Shu** also discloses this element.  *Also see* Elements 1 [pre] and 1 [b] above.

295.   Shu, [0056]-[0057] ("FIG. 4 shows a schematic diagram of acknowledging transmission of downlink data frames by multiple stations in a wireless local area network according to an embodiment of the present invention. Before the access point receives, after the access point sends a downlink data frame to the multiple stations, acknowledgment messages concurrently sent by the multiple stations, the method further includes: sending, by the access point, an acknowledgment request message to the multiple stations after preset time, where the acknowledgment request message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations.").

296.   Shu, FIG 5.



| 2 | 2 | 6 | 6 | 2 | Variable | N | 4 |
|---|---|---|---|---|---|---|---|
| Frame Control | Duration/ID | RA | TA | BAR Control | BAR Information | Sub-Channel-Index | FCS |

FIG 5

297.   Shu, [0061] ("As shown in FIG. 5, FIG. 5 is a schematic diagram of a frame format of BlockAckReq according to an embodiment of the present invention. The frame format of BlockAckReq includes a 2-byte frame control Frame Control field (Field; in a communications standard, Field may be translated as a field or may be translated as a domain; the frame control Frame Control field may also be

- 107 -

referred to as frame control Frame Control information), a 2-byte frame duration Duration/ID field, a 6-byte receiver address RA field, a 6-byte transmitter address TA field, a 2-byte BAR Control field, a variable-byte BAR Information field, an N-byte Sub-Channel-Index (sub- channel index) field (the Sub-Channel-Index field may also be referred to as Sub- Channel-Index information), and a 4-byte FCS (Frame Check Sequence, frame check sequence) field, where N is a positive integer.").

298.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

299.    **Chu** also discloses this element.  *Also see* Element 1 [pre] and 1 [a] above.

300.    Chu, 12:62-13:10 ("Each of the client stations 25 receives the channel allocation field in the primary channel of the WLAN 10 (e.g., in the lowest 20 MHz channel) and determines, based on the channel allocation field, which channel of the WLAN 10 includes data directed to the client station 25, respectively, in an embodiment. The client stations 25 tune to the appropriate sub-channels indicated in the channel allocation field and receive data directed to the client stations 25 via the respective sub-channels allocated to the client station 25. During a time t2, in an embodiment, client stations 25 that successfully receive data in the respective sub-channels allocated to the client stations 25 transmit respective acknowledgement (ACK or BlkAck) frames 606 to the AP 14. In an embodiment,

each client station 25 transmits its acknowledgement (ACK or BlkAck) frame 606 in the respective sub-channel allocated to the client station 25.").

301.    Chu, 13:28-37 ("In another embodiment, the ACK frames 606 are not simultaneously transmitted by the client stations 25. For example, transmission of the ACK frames 506 is staggered among the client stations 25, in an embodiment. For example, the AP provides to the client stations 25 indications of different specific times at which to transmit their respective ACK frames 606, or a specific order in which to transmit their respective ACK frames 606, and the client stations 25 transmit the ACK frames 606 at the specific times or in the specific order indicated by the AP, in an embodiment.").

302.    Chu, 30:21-37 ("During a time t2, the AP 14 transmits OFDM data units 1406 as part of an OFDMA transmission 1404. In an embodiment, a preamble or a header of the OFDM data unit 1406-2, transmitted in the first portion of the second 20 MHz sub-channel includes an indication that an immediate acknowledgement is not required for the OFDM data unit 1406-2. For example, an ACK policy field in the PHY preamble or the MAC header of the OFDM data unit 1406-2 indicates that an immediate acknowledgement is not required. On the other hand, a PHY preamble or a MAC header of the OFDM data unit 1406-3, transmitted in the second portion of the second 20 MHz sub-channel includes an indication that an immediate acknowledgement is required for the OFDM data unit 1406-3. For example, an ACK policy field in the PHY preamble or the MAC header

- 109 -

████████████████████████████████

of the OFDM data unit 1406-3 indicates that an immediate acknowledgement is
required.").

303.   Chu, FIG. 14A.



304.   Alternatively, Chu, in view of the background knowledge and ordinary
creativity of a POSITA at the time of the invention, renders this element obvious.

305.   To the extent it is argued or determined that any of Merlin, Vermani,
Chu, Shu, or Chu do not disclose this element, then this element would have been
obvious at the time of the invention in view of any combination of Merlin and/or
Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

f.      **Element 1 [e]: transmitting the downlink multi-user
        frame to the plurality of stations over a wireless
        channel; and**

306.   **Merlin '690** discloses this element, for example, at ¶ [0009]: "Certain
aspects of the present disclosure provide an apparatus for wireless communications.
The apparatus generally includes a processing system configured to determine that
a plurality of devices have a first capability and generate a MU packet that solicits
an immediate response from a plurality of the devices, wherein the immediate

response comprises an acknowledgment (ACK) or block ACK (BA), and an interface configured to output the MU packet for transmission."

307.   Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

308.   **Vermani** discloses this element.

309.   Vermani at ¶ [0011] ("According to yet another aspect of the disclosure, an access point is disclosed. The access point includes a wireless network adapter; and a processing system configured to generate a physical layer packet for transmission to a plurality of nodes, the physical layer packet including a resource allocation for each of the plurality of nodes to send an acknowledgement to the apparatus; and transmit the physical layer packet using the wireless network adapter.").

310.   Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

311.   **Chun** discloses this element.

312.   Chun at Abstract ("A method for performing an uplink (UL) multi-user (MU) transmitting performed by a station (STA) apparatus in a Wireless LAN (WLAN) system according to an embodiment of the present invention may include receiving a downlink (DL) MU frame; generating a UL MU Acknowledge (ACK)

████████████████████████████

frame; and UL MU transmitting the UL MU ACK frame, wherein the UL MU ACK

frame includes a legacy preamble, a high efficiency (HE) preamble and an

Acknowledge (ACK) field, and is UL MU transmitted by being constructed as a null

data packet (NDP) frame format that does not include a data field.").

313.    Chun at ¶ [0015] ("A method for performing an uplink (UL) multi-user

(MU) transmitting performed by a station (STA) apparatus in a Wireless LAN

(WLAN) system according to an embodiment of the present invention may include

receiving a downlink (DL) MU frame; generating a UL MU Acknowledge (ACK)

frame; and UL MU transmitting the UL MU ACK frame, wherein the UL MU ACK

frame includes a legacy preamble, a high efficiency (HE) preamble and an

Acknowledge (ACK) field, and is UL MU transmitted by being constructed as a null

data packet (NDP) frame format that does not include a data field.").

314.    Chun at ¶ [0125] ("Downlink multi-user transmission (DL MU

transmission) means a technology in which an AP transmits a PPDU to a plurality

of non-AP STAs through the same time resources using one or more antennas.").

315.    Chun at ¶¶ [0432] – [0434] ("A method of transmitting, by an AP

operating in a WLAN system, data to a plurality of STAs on the same time resource

may be called downlink multi-user (DL MU) transmission. In contrast, a method of

transmitting, by a plurality of STAs operating in a WLAN system, data to an AP on

the same time resource may be called uplink multi-user (UL MU) transmission.

Such DL MU transmission or UL MU transmission may be multiplexed on a

frequency domain or a space domain.  If DL MU transmission or UL MU

transmission is multiplexed on the frequency domain, different frequency resources

(e.g., subcarriers or tones) may be allocated to each of a plurality of STAs as DL or

UL resources based on orthogonal frequency division multiplexing (OFDMA). A

transmission method through different frequency resources in such the same time

resources may be called "DL/UL MU OFDMA transmission."").

316.    Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

317.    **Shu** also discloses this element.  *Also see* Element 1 [a] above.

318.    Shu, [0006] ("A first aspect of an embodiment of the present invention

discloses a method for acknowledging transmission of downlink data frames by

multiple stations in a wireless local area network, where the method includes:

sending, by an access point, a corresponding downlink data frame to each station of

the multiple stations; and receiving, by the access point after the access point sends

the corresponding downlink data frame to each station, acknowledgment messages

concurrently sent by the multiple stations on channel resources allocated by the

access point to the multiple stations.").

319.    Shu, [0007] ("With reference to the first aspect, in a first

implementation manner of the first aspect, before the receiving, by the access point

after the access point sends the corresponding downlink data frame to each station,

██████████████████████████████████████

acknowledgment messages concurrently sent by the multiple stations, the method

further includes: sending, by the access point after preset time, an acknowledgment

request message to the multiple stations, where the acknowledgment request

message includes channel resource information, and the channel resource

information is used to indicate the channel resources allocated by the access point to

the multiple stations.").

320.    Shu, [0020] ("A third aspect of an embodiment of the present invention

discloses an access point, including: a transceiver, a processor, and a bus, where the

transceiver and the processor implement communication by using the bus; the

transceiver sends, under control of the processor, a corresponding downlink data

frame to each station of multiple stations; and the transceiver is configured to

receive, after sending the downlink data frame to each station, acknowledgment

messages concurrently sent by the multiple stations on channel resources allocated

by the access point to the multiple stations.").

321.    Shu, [0051] ("The access point may concurrently send the downlink

data frame to each station of the multiple stations by using the multi-user multiple-

input multiple-output (Multi-User Multiple-Input Multiple-Output, MU MIMO for

short) or orthogonal frequency division multiple access (Orthogonal Frequency

Division Multiple Access, OFDMA for short) technology. Alternatively, the access

point may sequentially send the corresponding downlink data frame to each station

of the multiple stations.").

322.   Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

323.   **Chu** also discloses this element.  *See* Element 1 [a] and 1 [d] above.

324.   Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

325.   Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

326.   To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

> **g.** **Element 1 [f]: receiving the uplink multi-user response transmission, the uplink multi-user response transmission including multi-user acknowledgement transmissions respectively and simultaneously transmitted by two or more stations in the plurality of stations,**

327.   **Merlin '690** discloses this element.  *See*, for example, Merlin '690 at ¶ [0126] ("According to certain aspects, an AP may transmit an MU PPDU soliciting immediate response from multiple high efficiency wireless (HEW) STAs (e.g., very high throughput (VHT) STAs) that support UL MU-MIMO, UL FDMA, or both. Therefore, multiple responses (e.g., ACKs/BAs) to the MU PDDU, from multiple STAs, are possible at the same time. For example, if all of the addressed STAs in the DL MU-MIMO PPDU support UL MU-MIMO, UL FDMA, or both, then none,

some, or all of the STAs may be solicited for immediate response. According to

certain aspects, the multiple responses may be in different streams and/or different

frequencies.”).

328.    Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

329.    **Vermani** discloses this element.

330.    Vermani at ¶ [0012] (“According to yet another aspect of the disclosure,

an apparatus for communication including a processing system is disclosed. The

processing system is configured to receive a physical layer packet transmitted by a

node to a plurality of other nodes, the physical layer packet including a resource

allocation for each of the plurality of other nodes to acknowledge receipt of the

physical layer packet to the node; generate an acknowledgement packet in response

to the receipt of the physical layer packet; and transmit the acknowledgement

packet to the node based on the resource allocation.”).

331.    Vermani at ¶ [0055] (“In the example shown in FIGS. 5 and 6, if there

are enough tone sets for each of the receiving nodes, then the Epochs (Epoch-1-

Epoch-10) in FIG. 6 are all the same. If all of the Epochs (Epoch-1-Epoch-10) are the

same, then, as shown in FIG. 5, each receiving node sends its respective BA

simultaneously over the tone set or frequency allocated to that node. If, however,

there are only enough tone sets for 6 of 10 of the receiving nodes, for example, then

████████████

NodeID-1-NodeID-6 may be allocated Tone Sets 1-6 and Epoch-1, while NodeID-7-NodeID-10 may be allocated Tones Sets 1-4 and Epoch-2. In such a case, each of receiving nodes 1-6 (ATs 101-106 in FIG. 6) sends its respective BA simultaneously during epoch 1, and each of receiving nodes 7-10 (ATs 107-110 in FIG. 6) sends its respective BA simultaneously during epoch 2. In such a case, the longest time to receive a BA is SIFS+Epoch 1+SIFS+Epoch 2.").

332.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

333.    **Chun** discloses this element.

334.    Chun at ¶ [0515] ("More particularly, referring to FIG. 29(a), the STAs may transmit the ACK sequence to UL MU at the same time by using the frequency resource which is allocated to each (the FDM method). For example, in the case that each 5 MHz bandwidth is allocated to STA 1 to STA 4 as UL MU frequency resource, each of the STAs 1 to 4 may transmit the legacy preamble and the physical preamble by using 20 MHz bandwidth and, the ACK sequence may transmit using the 5 MHz bandwidth that is allocated to each STA.").

335.    Chun at ¶ [0517] ("Otherwise, referring to FIG. 29(b), each STA may transmit the ACK sequence at the same time by using the same frequency resource in common (a CDM method). In this case, the orthogonality is satisfied between the ACK sequences which are UL MU transmitted by each STA.").

- 117 -

336. Chun at ¶ [0518] ("For example, each of STA 1 to STA 4 may transmit the ACK sequence at the same time using the same 20 MHz bandwidth. However, in this case, the orthogonality is satisfied between the ACK sequences of each STA.").

337. Chun at ¶ [0442] ("Referring to FIG. 25, an AP may instruct STAs participating in UL MU transmission to prepare for UL MU transmission, receive an UL MU data frame from these STAs, and send an ACK frame (BA (Block Ack) frame) in response to the UL MU data frame.").

338. Chun at Figure 25:



339.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

340.    **Shu** also discloses this element.  *Also see* Element 1 [pre] and 1 [a] above.

341.    Shu, [0034] ("In the foregoing technical solutions, according to the method and the apparatus for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network provided in the embodiments of the present invention, an access point sends a corresponding downlink data frame to each station of the multiple stations; and after the access point sends the corresponding downlink data frame to each station, the access point receives acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations, which can reduce time required by the multiple stations to feed back the acknowledgment messages.").

342.    Shu, [0060] ("Specifically, the acknowledgment request message may be a block acknowledgment request message BlockAckReq. When the access point sends the acknowledgment request message to the multiple stations by means of multicast, the block acknowledgment request message BlockAckReq includes channel resource information that indicates the channel resources allocated by the access point to the multiple stations. When the access point sequentially sends the

acknowledgment request message to a corresponding station of the multiple stations by means of unicast, the acknowledgment request message includes channel resource information that indicates a channel resource allocated by the access point to the corresponding station. After the access point sends the downlink data frame to each station of the multiple stations, the access point receives the acknowledgment messages concurrently sent by the multiple stations to the access point by using the channel resources indicated by the channel resource information included in the block acknowledgment request message BlockAckReq.").

343.    Shu, [0097] ("Specifically, the acknowledgment request message may be a block acknowledgment request message BlockAckReq, and the block acknowledgment request message BlockAckReq includes the channel resource information that indicates the channel resources allocated by the access point to the multiple stations. After the access point sends the downlink data frame to each station of the multiple stations, the access point receives the acknowledgment messages concurrently sent by the multiple stations, where the multiple stations concurrently send the acknowledgment messages to the access point by using the channel resources indicated by the channel resource information included in the block acknowledgment request message BlockAckReq.").

344.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

345.  **Chu** also discloses this element.  *Also see* Element 1 [a] and 1 [d]
above.

346.  Chu, 40:11-20 ("The method further includes receiving, at the first
communication device, respective acknowledgement frames from the two or more
second communication devices, wherein the acknowledgement frames are
transmitted simultaneously by the two or more second communication devices as
part of an OFDMA transmission from the one or more second communication
devices, wherein the respective acknowledgement frames are transmitted in the
respective sub-channels allocated for downlink OFDMA transmission to the two or
more second communication devices.").

347.  Chu, 42:40-49 ("The network interface is further configured to receive
respective acknowledgement frames from the one or more second communication
devices, wherein the acknowledgement frames are transmitted simultaneously by
the two or more second communication devices as part of an OFDMA transmission
from the two or more second communication devices, wherein the respective
acknowledgement frames are transmitted in the respective sub-channels allocated
for downlink OFDMA transmission to the two or more second communication
devices.").

348.  Alternatively, Chu, in view of the background knowledge and ordinary
creativity of a POSITA at the time of the invention, renders this element obvious.

- 121 -

█████████████████████████████████████

349.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

> **h.    Element 1 [g]: wherein the plurality of RUs respectively correspond to a plurality of simultaneous uplink transmissions, and each of the plurality of simultaneous uplink transmissions uses a sub-channel, spatial stream, or sub-channel and spatial stream combination that is not used by any other of the plurality of simultaneous uplink transmissions.**

350.    **<u>Merlin '690</u>** discloses this element: "According to certain aspects, an AP may transmit an MU PPDU soliciting immediate response from multiple high efficiency wireless (HEW) STAs (e.g., very high throughput (VHT) STAs) that support UL MU-MIMO, UL FDMA, or both. Therefore, multiple responses (e.g., ACKs/BAs) to the MU PDDU, from multiple STAs, are possible at the same time. For example, if all of the addressed STAs in the DL MU-MIMO PPDU support UL MU-MIMO, UL FDMA, or both, then none, some, or all of the STAs may be solicited for immediate response. According to certain aspects, the multiple responses may be in different streams and/or different frequencies."  Merlin '690 at ¶ [0126].

351.    *See also* Merlin '690 at ¶ [0139] ("According to certain aspects, if a STA determines (e.g., receives an indication, derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be used for an immediate response, the STA may also know which parameters to use for the response. Response parameters may

██████████████████████████████████████

include, for example, which spatial streams/channels to use, what duration to use, and what power to use for the immediate response. According to certain aspects, one or more of these parameters may be indicated with any one of the following options or a combination thereof (e.g., some parameters may be conveyed according one option and other parameters according another option).").

352.   *See also* Merlin '690 at ¶ [0142] ("According to certain aspects, STAs may send the response frame using the same spatial streams of the soliciting frame (e.g., number and position of spatial streams), as shown in FIG. 6. As shown in the frame exchange 600 illustrated in FIG. 6, the soliciting frame for STA2 may use a first spatial stream 602 and the STA2 may reply using the same spatial stream 604. Similarly, the soliciting frame for STA1 may use a second spatial stream 606 and the STA1 may reply using the same spatial stream 608. According to certain aspects, the recipient STA and the soliciting AP may not support transmission of the same spatial streams or the same number of spatial streams. In this case, the STA may use a pre-defined subset of N spatial streams. The AP may be aware of STAs supported streams and may, for example, only transmit on the pre-defined subset of spatial streams. As an example assume AP serves STAs 1 through 4 with the following stream allocation {1 and 2,3 and 4, 5 and 6, 7 and 8}. STAs 1 and 2 may respond on steams 1 and 2, 3 and 4 respectively, while STA 3 and 4 may respond on stream 5 and 7 respectively, not being able to use 2 streams. According to certain aspects, the subset of N spatial streams may be defined in the wireless

- 123 -

████████████████████████████████████████████

standards. As an example, the AP or the standard may indicate that all responses must be sent with 1 spatial stream only. The assignment of the spatial stream to the responding STAs may follow the same STAs ordering defined in the DL MU PPDU, as indicated by the group ID or by the list of STAs identifiers in the DL MU PPDU. According to certain aspects, the duration for the response may be fixed by the AP or may be indicated to the STA by the AP.").

353.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

354.    **Vermani** discloses this element.

355.    Vermani at ¶ [0055] ("In the example shown in FIGS. 5 and 6, if there are enough tone sets for each of the receiving nodes, then the Epochs (Epoch-1-Epoch-10) in FIG. 6 are all the same. If all of the Epochs (Epoch-1-Epoch-10) are the same, then, as shown in FIG. 5, each receiving node sends its respective BA simultaneously over the tone set or frequency allocated to that node. If, however, there are only enough tone sets for 6 of 10 of the receiving nodes, for example, then NodeID-1-NodeID-6 may be allocated Tone Sets 1-6 and Epoch-1, while NodeID-7-NodeID-10 may be allocated Tones Sets 1-4 and Epoch-2. In such a case, each of receiving nodes 1-6 (ATs 101-106 in FIG. 6) sends its respective BA simultaneously during epoch 1, and each of receiving nodes 7-10 (ATs 107-110 in FIG. 6) sends its

respective BA simultaneously during epoch 2. In such a case, the longest time to receive a BA is SIFS+Epoch 1+SIFS+Epoch 2.").

356.    Vermani at ¶ [0056] ("The above example, in which the BAs are sent simultaneously via available tone sets or frequencies for each receiving node in a single epoch may be applied to any downlink modulation scheme, such as TDMA, SDMA and/or OFDMA.").

357.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

358.    **Chun** discloses this element.

359.    Chun at ¶ [0515] ("More particularly, referring to FIG. 29(a), the STAs may transmit the ACK sequence to UL MU at the same time by using the frequency resource which is allocated to each (the FDM method). For example, in the case that each 5 MHz bandwidth is allocated to STA 1 to STA 4 as UL MU frequency resource, each of the STAs 1 to 4 may transmit the legacy preamble and the physical preamble by using 20 MHz bandwidth and, the ACK sequence may transmit using the 5 MHz bandwidth that is allocated to each STA.").

360.    Chun at ¶ [0517] ("Otherwise, referring to FIG. 29(b), each STA may transmit the ACK sequence at the same time by using the same frequency resource in common (a CDM method). In this case, the orthogonality is satisfied between the ACK sequences which are UL MU transmitted by each STA.").

- 125 -

█████████████████████████████████████████

361.    Chun at ¶ [0518] ("For example, each of STA 1 to STA 4 may transmit the ACK sequence at the same time using the same 20 MHz bandwidth. However, in this case, the orthogonality is satisfied between the ACK sequences of each STA.").

362.    Chun at ¶ [0400] ("FIG. 22 illustrates a PPDU format when 80 MHz is allocated to one STA (or OFDMA resource units are allocated to multiple STAs within 80 MHz) or when different streams of 80 MHz are allocated to multiple STAs, respectively.").

363.    Chun at ¶ [0432] ("A method of transmitting, by an AP operating in a WLAN system, data to a plurality of STAs on the same time resource may be called downlink multi-user (DL MU) transmission. In contrast, a method of transmitting, by a plurality of STAs operating in a WLAN system, data to an AP on the same time resource may be called uplink multi-user (UL MU) transmission.").

364.    Chun at ¶ [0433] ("Such DL MU transmission or UL MU transmission may be multiplexed on a frequency domain or a space domain.").

365.    Chun at ¶ [0434] ("If DL MU transmission or UL MU transmission is multiplexed on the frequency domain, different frequency resources (e.g., subcarriers or tones) may be allocated to each of a plurality of STAs as DL or UL resources based on orthogonal frequency division multiplexing (OFDMA). A transmission method through different frequency resources in such the same time resources may be called 'DL/UL MU OFDMA transmission.'").

███████████████████████████████████████████████████

366.    Chun at ¶ [0435] ("If DL MU transmission or UL MU transmission is multiplexed on the space domain, different spatial streams may be allocated to each of a plurality of STAs as DL or UL resources. A transmission method through different spatial streams on such the same time resources may be called 'DL/UL MU MIMO transmission.'").

367.    Chun at ¶ [0446] ("The resource allocation information refers to information on uplink transmission resources allocated to each STA (e.g., information on frequency/subcarriers allocated to each STA in the case of UL MU OFDMA transmission and a stream index allocated to each STA in the case of UL MU MIMO transmission).").

368.    Chun at ¶ [0463] ("Each STA may determine particular frequency resources for UL MU OFDMA transmission or spatial streams for UL MU MIMO transmission, based on the resource allocation information in the UL MU Trigger frame 2510.").

369.    Chun at ¶ [0553] ("Next, the STA may transmit the UL MU ACK frame (S3130). More particularly, the STA may perform UL MU transmission for the UL MU ACK frame generated to the AP. The information related to the UL MU resource that is used for transmitting the ACK field of the UL MU ACK frame may be decided by signaling in the received DL MU frame, or based on the DL MU resource of the data field that is received by each STA.").

████████████████████████

370.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

371.    **Shu** also discloses this element.  *Also see* Elements 1 [pre], 1 [a], 1 [b], and 1 [f] above.

372.    Shu, [0034] ("In the foregoing technical solutions, according to the method and the apparatus for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network provided in the embodiments of the present invention, an access point sends a corresponding downlink data frame to each station of the multiple stations; and after the access point sends the corresponding downlink data frame to each station, the access point receives acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations, which can reduce time required by the multiple stations to feed back the acknowledgment messages.").

373.    Shu, [0060] ("Specifically, the acknowledgment request message may be a block acknowledgment request message BlockAckReq. When the access point sends the acknowledgment request message to the multiple stations by means of multicast, the block acknowledgment request message BlockAckReq includes channel resource information that indicates the channel resources allocated by the access point to the multiple stations. When the access point sequentially sends the

- 128 -

acknowledgment request message to a corresponding station of the multiple stations by means of unicast, the acknowledgment request message includes channel resource information that indicates a channel resource allocated by the access point to the corresponding station. After the access point sends the downlink data frame to each station of the multiple stations, the access point receives the acknowledgment messages concurrently sent by the multiple stations to the access point by using the channel resources indicated by the channel resource information included in the block acknowledgment request message BlockAckReq.").

374.    Shu, [0097] ("Specifically, the acknowledgment request message may be a block acknowledgment request message BlockAckReq, and the block acknowledgment request message BlockAckReq includes the channel resource information that indicates the channel resources allocated by the access point to the multiple stations. After the access point sends the downlink data frame to each station of the multiple stations, the access point receives the acknowledgment messages concurrently sent by the multiple stations, where the multiple stations concurrently send the acknowledgment messages to the access point by using the channel resources indicated by the channel resource information included in the block acknowledgment request message BlockAckReq.").

375.    Shu, FIG. 6.



FIG 6

376.    Shu, [0112] ("FIG. 6 is still another schematic diagram of acknowledging transmission of downlink data frames by multiple stations in a wireless local area network according to an embodiment of the present invention. An access point sends a corresponding downlink data frame to each station of the multiple stations; and information used to identify a channel resource allocated to a station corresponding to the downlink data frame is added to the corresponding downlink data frame. After receiving the corresponding downlink data frame, the station parses out the channel resource indicated by the channel resource information included in the corresponding downlink data frame. In this manner, the access point can allocate a channel resource to each station of the multiple stations, and the multiple stations can concurrently send acknowledgment messages to the access point by using the channel resources allocated by the access point to the multiple stations, so as to notify the access point of whether downlink data frames are received successfully, where the acknowledgment messages may be BlcokAck. Specifically, the information used to identify a channel resource allocated to a

███████████████████████████████████████

station corresponding to a downlink data frame is a sub-channel index (Sub-

Channel- Index) field.").

377.    Shu, [0062] ("The N-byte sub-channel index field is a field added to the

frame format of BlockAckReq in this embodiment of the present invention. N may

be set to a quantity of bytes according to an actual need. For example, N may be set

to a quantity of bytes according to a quantity of stations. The sub-channel index

field is used to indicate a channel resource allocated by an access point to a station.

Specifically, the sub-channel index field may carry channel resource information

used to indicate a channel resource allocated by an access point to a station. For

example, the access point may send BlockAckReq to a corresponding station by

means of unicast, where N may be 2 bytes, a total of 16 binary bits. The 2-byte sub-

channel index field divides channel resources of 0 MHz to 40 MHz into 16 sub-

channels, where each sub-channel has a width of 2.5 MHz. The 16 sub-channels are

numbered 1 to 16 sequentially from a low frequency to a high frequency. If the

access point allocates the tenth sub-channel to a corresponding station, the tenth bit

of the 16 binary bits may be set to 1, and remaining binary bits are set to 0, which

indicates that the tenth sub-channel is allocated to the corresponding station, and

the station feeds back an acknowledgment message by using the tenth sub- channel.

By analog, the access point may allocate channel resources to all stations receiving

downlink data frames, so that the multiple stations concurrently return

acknowledgment messages to the access point by using the allocated channel

resources, where the acknowledgment messages may be BlockAck. Similarly, the access point may send BlockAckReq to multiple stations by means of multicast. If the access point allocates a channel resource to m stations at the same time, N needs to include at least 2 m bytes, so as to indicate the channel resource allocated by the access point to the m stations, where m is a positive integer greater than 1.").

378.    Shu, [0066] ("FIG. 6 is still another schematic diagram of acknowledging transmission of downlink data frames by multiple stations in a wireless local area network according to an embodiment of the present invention. An access point sends a corresponding downlink data frame to each station of the multiple stations; and information used to identify a channel resource allocated to a station corresponding to the downlink data frame is added to the corresponding downlink data frame. After receiving the corresponding downlink data frame, the station parses out the channel resource indicated by the channel resource information included in the corresponding downlink data frame. In this manner, the access point can allocate a channel resource to each station of the multiple stations, and the multiple stations can concurrently send acknowledgment messages to the access point by using the channel resources allocated by the access point to the multiple stations, so as to notify the access point of whether downlink data frames are received successfully, where the acknowledgment messages may be BlcokAck. Specifically, the information used to identify a channel resource allocated to a

station corresponding to a downlink data frame is a sub-channel index (Sub-Channel- Index) field (Field).").

379.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

380.    **Chu** also discloses this element.  *Also see* Element 1 [pre], 1 [a], 1 [b], and 1 [f] above.

381.    Chu, 13:3-10 ("During a time t2, in an embodiment, client stations 25 that successfully receive data in the respective sub-channels allocated to the client stations 25 transmit respective acknowledgement (ACK or BlkAck) frames 606 to the AP 14. Tn an embodiment, each client station 25 transmits its acknowledgement (ACK or BlkAck) frame 606 in the respective sub-channel allocated to the client station 25.").

382.    Chu, 30:38-44 ("During a time t3, client stations STAI, STA3 and STA4 transmit respective acknowledgement (ACK) frame 1408 to the AP 14 as part of an OFDMA transmission to the AP 14, in an embodiment. In an embodiment, ACK frames 1408 are transmitted in the respective sub-channels allocated to the client stations STAI, STA3 and STA4 indicated in the scheduling frame 1402.").

383.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

384.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Merlin and/or

Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

> **2.    Claim 2 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 2 Obvious**
>
>> **a.    The method of claim 1, wherein generating the downlink multi-user frame further comprises: including the acknowledgement information, for indicating properties of the multi-user acknowledgement transmission transmitted by each respective station in the plurality of stations to acknowledge the downlink multi-user frame, in a header of the one or more MPDUs.**

385.    *See* claim 1, *supra*.

386.    **<u>Merlin '690</u>** discloses this element.  Merlin '690 at ¶ [176] discloses

"special frames may be aggregated into A-MPDUs of downlink data, which indicate

to the STAs receiving the data that they are to then transmit on the uplink

immediately after the downlink data. The transmission may be MU-MIMO or

FDMA. In certain aspects, if the downlink transmission is MU-MIMO, then the

ensuing UL transmission will be MU-MIMO, and if the downlink transmission is

FDMA, then the ensuing UL transmission will be FDMA. Special subframe

information may be included in the PSDU for each user. A special frame may be

aggregated in the A-MPDU and addressed to a single station. The information in

the special subframe may also be sent in the delimiters, if a new format for the

delimiters is made to allow this. Special subframe information may also be included

in the service field. FIG. 21 illustrates an example frame exchange 2100 with

special frames included in each DL MU-MIMO/FDMA A-MPDU to trigger uplink

data, in accordance with certain aspects of the present disclosure. As shown in FIG.

21, the AP may send a DL MU-MIMO/FDMA having A-MPDUs 2102 and 2104

addressed to STA2 and STA1, respectively, and each A-MPDU aggregated with a

special frame (CTX2 and CTX1). The special frames may schedule the recipient

STAs. Accordingly, STA2 and STA1 may each respond with UL MU-MIMO/FDMA

PPDUs 2106 and 2108, respectively. According to certain aspects, BAs/ACKs may

be aggregated with the UL PPDUs or, alternatively, a separate PSDU 2110 may be

sent with ACK/BA."

387.    Merlin '690 at ¶ [181] discloses "At 2504, the AP may generate a MU

packet that solicits an immediate response from a plurality of the devices, wherein

the immediate response comprises an ACK or BA. According to certain aspects, the

MU packet may provide a response type indication to each of the plurality of

devices, to use SU MIMO, MU MIMO, or FDMA to send the immediate response. In

an example implementation, the MU packet may include a plurality of MPDUs,

each MPDU being addressed to a different one of the plurality of devices and the

response type indication may be provided in a QoS control field of each MPDU, a FC

field of each MPDU, an A-MPDU delimiter preceding the MPDU, or an extended

MAC header. Alternatively, the MU packet may include one or more PSDUs, each

PSDU being address to a different one of the plurality of devices and the response

type indication may be provided in a SERVICE field of the PSDU. In yet another

alternative, the response type indication may be provided in a PHY header of the

MU packet. In yet another alternative, the response type may be indicated by the

presence of a special frame in the A-MPDU. In yet another alternative, the MU

packet may include one or more group IDs, each of the one or more group IDs

associated with whether to use SU MIMO, MU MIMO, or MU FDMA to send the

immediate response, such that the response type indication is provided implicitly by

the one or more group IDs. In yet another alternative, the AP may generate a

special frame and output the special frame for transmission after the MU packet

and the response type indication may be provided in the special frame. According to

certain aspects, an indication of one or more parameters (e.g., spatial streams to

use, channels, a duration, transmission power) to use for sending the immediate

using MU MIMO or MU FDMA may be provided according to any of the

alternatives described above for explicitly or implicitly providing the response type

indication (e.g., group ID, special frame, MPDU field, PHY header)."

388.    Merlin '690 in Figures 9 and 14 discloses Frame Control (FC) fields in

the MAC header:



FIG. 9



FIG. 14

389.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

390.    **Vermani** discloses this element.  *See* claim 1 above.

391.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.  For example, ACK information in a MAC header (in the QoS Control field) has been a part of IEEE 802.11 since 802.11e-2005 and would have been well known to a POSITA.

392.    **Chun** discloses this element.

393.    Chun at ¶¶ [0173] – [0175] ("FIG. 6 illustrates a MAC frame format in an IEEE 802.11 system to which the present invention may be applied.  Referring to FIG. 6, the MAC frame (i.e., an MPDU) includes an MAC header, a frame body, and a frame check sequence (FCS).  The MAC Header is defined as an area, including a frame control field, a duration/ID field, an address 1 field, an address 2 field, an

- 137 -

███████████████████████████████████████████

address 3 field, a sequence control field, an address 4 field, a QoS control field, and an HT control field.").

394.  Chun at ¶ [0193] ("For example, the Control frames may include an RTS (request-to-send) frame, a CTS (clear-to-send) frame, an ACK (Acknowledgement) frame, a PS-Poll frame, a CF (contention free)-End frame, a CF-End+CF-ACK frame, a BAR (Block Acknowledgement request) frame, a BA (Block Acknowledgement) frame, a Control Wrapper (Control+HTcontrol) frame, a VHT NDPA (Null Data Packet Announcement) frame, and a Beamforming Report Poll frame.").

395.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

396.  **Shu** also discloses this element.  *See* Claim 1 above.

397.  Shu, [0032] ("With reference to the fourth implementation manner of the fourth aspect, in a fifth implementation manner of the fourth aspect, the information is located in a physical frame convergence procedure header PLCP Header of the downlink data frame.").

398.  Shu, [0069] ("It may be understood that FIG. 7a and FIG. 7b are schematic diagrams of physical- layer frame formats of downlink data frames, the HEW SIG field may be at a location following the L-SIG field, or the HEW SIG field may be at a location followed by the L-SIG field. This embodiment of the present

- 138 -

██████████████████████████████████████

invention does not impose a limitation thereto. It should be noted that information used to identify a channel resource that is used to send an acknowledgment message and that is allocated by an access point to a station corresponding to a downlink data frame may be carried in a header of a physical-layer frame format of the downlink data frame, or may be carried in a header of a Media Access Control (Media Access Control, MAC for short)-layer frame format of the downlink data frame, and in this case, a specific manner of carrying the information is similar to a manner of placing the information in the header of the physical-layer frame format of the downlink data frame.").

399.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

400.    **Chu** also discloses this element.  *See* Claim 1, Element 1 [d] above.

401.    Chu, 29:37-46 ("For example, a PHY preamble or a MAC header of the OFDM data unit directed to the first client station includes an ACK policy field set to indicate that an immediate acknowledgement of the data unit is not required, in an embodiment. On the other hand, the OFDM data unit directed to the second client station indicates that an immediate acknowledgement is required, in an embodiment. Accordingly, the second client station transmits an acknowledgement frame after successfully receiving the OFDM data unit directed to the second client station, in an embodiment.").

███████████████████████████████████

402.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

403.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

404.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

**3.    Claim 3 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 3 Obvious**

**a.    The method of claim 2, wherein the header is a MAC header of the one or more MPDUs.**

405.    *See* claims 1 and 2, *supra*.

406.    **Merlin '690** discloses this element.  Merlin '690 at ¶ [181] discloses "At 2504, the AP may generate a MU packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an ACK or BA. According to certain aspects, the MU packet may provide a response type indication to each of the plurality of devices, to use SU MIMO, MU MIMO, or FDMA to send the immediate response. In an example implementation, the MU packet may include a plurality of MPDUs, each MPDU being addressed to a different one of the plurality of devices and the response type indication may be

- 140 -

provided in a QoS control field of each MPDU, a FC field of each MPDU, an A-MPDU delimiter preceding the MPDU, or an extended MAC header. . . ."

407.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

408.    **Vermani** discloses this element.

409.    Vermani at ¶ [0040] ("When the wireless node is in a transmit mode, the application layer 202 processes data, segments the data into packets 208, and provides the data packets 208 to the MAC layer 204. The MAC layer 204 assembles MAC packets 210 with each data packet 208 from the application layer 202 being carried by the payload 212 of a MAC packet 210. Each MAC packet 210 includes a MAC header 214 appended to the payload 212. The MAC packet 210 is sometimes referred to as a MAC Protocol Data Unit (MPDU), but may also be referred to as a frame, packet, timeslot, segment, or any other suitable nomenclature. Although FIG. 2 shows one application layer data packet 208 per MAC packet 210, it is also possible to incorporate multiple application layer data packets into the payload of one MAC packet. Alternatively, multiple application layer data packets may be fragmented and distributed over more than one MAC packet.").

410.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

- 141 -

411.   **Chun** discloses this element.

412.   *See* Chun at ¶¶ [0173] – [0175]; Chun at Figure 6; Chun at ¶ [0193].

413.   Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

414.   **Shu** also discloses this element.  *See* Claim 2 above.

415.   Shu, [0032] ("With reference to the fourth implementation manner of the fourth aspect, in a fifth implementation manner of the fourth aspect, the information is located in a physical frame convergence procedure header PLCP Header of the downlink data frame.").

416.   Shu, [0069] ("It may be understood that FIG. 7a and FIG. 7b are schematic diagrams of physical- layer frame formats of downlink data frames, the HEW SIG field may be at a location following the L-SIG field, or the HEW SIG field may be at a location followed by the L-SIG field. This embodiment of the present invention does not impose a limitation thereto. It should be noted that information used to identify a channel resource that is used to send an acknowledgment message and that is allocated by an access point to a station corresponding to a downlink data frame may be carried in a header of a physical-layer frame format of the downlink data frame, or may be carried in a header of a Media Access Control (Media Access Control, MAC for short)-layer frame format of the downlink data frame, and in this case, a specific manner of carrying the information is similar to a

- 142 -

manner of placing the information in the header of the physical-layer frame format
of the downlink data frame.").

417.    Alternatively, Shu, in view of the background knowledge and ordinary
creativity of a POSITA at the time of the invention, renders this element obvious.

418.    **Chu** also discloses this element.  *See* Element 1 [c], Claim 2 above.

419.    Alternatively, Chu, in view of the background knowledge and ordinary
creativity of a POSITA at the time of the invention, renders this element obvious.

420.    Alternatively, Chu, in view of the background knowledge and ordinary
creativity of a POSITA at the time of the invention, renders  this element obvious.

421.    To the extent it is argued or determined that any of Merlin, Vermani,
Chu, Shu, or Chu do not disclose this element, then this element would have been
obvious at the time of the invention in view of any combination of Merlin and/or
Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

> **4.    Claim 4 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 4 Obvious**
>
> > **a.    The method of claim 1, wherein one of the one or more MPDUs in each of the RUs of the plurality of RUs is a unicast trigger frame that contains the acknowledgement information for the respective station in the plurality of stations.**

422.    *See* claim 1, *supra.*

423.    Merlin discloses this element.  *See* Merlin '690 at ¶ [132] ("In a DL
MIMO/FDMA or MU time aggregated PPDUs, except for the PHY header, the data

███████████████████

portion may be received only by the intended (e.g., addressed) STAs. Since the ACK

policy may be included in the data portion, each STA may not know the ACK policy,

or any other setting included in the data portion, set for other STAs. Thus, each

STA may be individually and robustly informed of the type of response.").

424.    *See* Merlin '690 at ¶ [173] ("FIG. 18 illustrates an example frame

exchange 1800 with a special frame transmitted at the beginning of the

transmission opportunity to trigger responses from multiple sets of STAs, in

accordance with certain aspects of the present disclosure. As shown in FIG. 18, the

AP may send special frame 1802 defining a first set of STAs including STA2 and

STA1 and a second set of STAs including STA3 and STA4. The first set of STAs

(STA2 and STA1) may immediately respond after receiving the special frame. For

example, STA2 and STA1 may send UL MU-MIMO/FDMA PPDUs 1804 and 1806,

respectively. The AP may then respond with a BA 1808. According to certain

aspects, the BA 1808 may have a counter indicating the group that can go next.

According to certain aspects, the BA 1808 may have a bit (e.g., an RDG bit) granting

the TXOP to the next set. As shown in FIG. 18, the second set of STAs (STA3 and

STA4) may respond after the BA. For example, STA3 and STA4 may send UL MU-

MIMO PPDUs 1810 and 1812, respectively. According to certain aspects, this frame

exchange may continue or repeat a desired number of times. For example, as shown

in FIG. 18, the AP may then send a second BA 1814 after which a third set of STAs

may respond, and so on.").

- 144 -

████████████████████████████████████

425.    *See* Merlin '690 at ¶ [176] ("According to certain aspects, special frames may be aggregated into A-MPDUs of downlink data, which indicate to the STAs receiving the data that they are to then transmit on the uplink immediately after the downlink data. The transmission may be MU-MIMO or FDMA. In certain aspects, if the downlink transmission is MU-MIMO, then the ensuing UL transmission will be MU-MIMO, and if the downlink transmission is FDMA, then the ensuing UL transmission will be FDMA. Special subframe information may be included in the PSDU for each user. A special frame may be aggregated in the A-MPDU and addressed to a single station. The information in the special subframe may also be sent in the delimiters, if a new format for the delimiters is made to allow this. Special subframe information may also be included in the service field. FIG. 21 illustrates an example frame exchange 2100 with special frames included in each DL MU-MIMO/FDMA A-MPDU to trigger uplink data, in accordance with certain aspects of the present disclosure. As shown in FIG. 21, the AP may send a DL MU-MIMO/FDMA having A-MPDUs 2102 and 2104 addressed to STA2 and STA1, respectively, and each A-MPDU aggregated with a special frame (CTX2 and CTX1). The special frames may schedule the recipient STAs. Accordingly, STA2 and STA1 may each respond with UL MU-MIMO/FDMA PPDUs 2106 and 2108, respectively. According to certain aspects, BAs/ACKs may be aggregated with the UL PPDUs or, alternatively, a separate PSDU 2110 may be sent with ACK/BA.").

426.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

427.    **<u>Vermani</u>** discloses this element.

428.    Vermani at ¶ [0054] ("As shown, by way of example, in FIGS. 5 and 6, in one configuration of a wireless network utilizing OFDMA, the BATA includes a schedule of tone set allocations and epoch(s) for each of the receiving nodes (ATs 101-110) to send its respective BA to the transmitting node (AP 100). This schedule may be referred to as a Block ACK Tone Assignment. In FIGS. 5 and 6, and with reference to FIG. 2, the aggregate PHY layer packet (or APPDU) 240 includes a BATA frame 2 (BATA2) in a first PHY packet (or PPDU) 226 a thereof, following the single preamble 228 of the APPDU 240. As shown in FIG. 6, the BATA frame 2 includes a frame control field (FC), a transmission address field (TA) including the address of the AP 100, a BATA-table, and a frame check sequence (FCS), which may be a cyclic redundancy check for verifying transmission of the frame. The BATA-table includes a number of users (receiving nodes), a node identification (NodeID) field identifying each receiving node with a unique NodeID, a BA Tone Set field including a tone set or frequency allocation for each of the receiving nodes identified in the NodeID field (i.e., NodeID-1-NodeID-N) to send its respective BA to the AP 100, and an Epoch field including an epoch, i.e., a time period or duration, during which each receiving node is scheduled to send its BA. The tone set for each

- 146 -

███████████████████████████

receiving node may be derived, for example, by using a hash function of each

NodeID. For simplicity, it is assumed that in FIG. 6, N=10, and each of the

receiving nodes (NodeID-1-NodeID-10) corresponds, respectively, to one of ATs 101-

110 of FIG. 5.").

429.    Alternatively, Vermaini, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

430.    **Chun** discloses this element.

431.    Chun at ¶ [0193] ("For example, the Control frames may include an

RTS (request-to-send) frame, a CTS (clear-to-send) frame, an ACK

(Acknowledgement) frame, a PS-Poll frame, a CF (contention free)-End frame, a CF-

End+CF-ACK frame, a BAR (Block Acknowledgement request) frame, a BA (Block

Acknowledgement) frame, a Control Wrapper (Control+HTcontrol) frame, a VHT

NDPA (Null Data Packet Announcement) frame, and a Beamforming Report Poll

frame.").

432.    Chun at ¶ [0275] ("If the VHT NDPA frame includes only one STA Info

field, then the RA field is set to the address of the STA identified by the AID in the

STA Info field. For example, when transmitting the VHT NDPA frame to one target

STA for SU-MIMO channel sounding, an AP unicasts the VHT NDPA frame to the

target STA.").

███████████████

433.    Chun at ¶ [0316] ("Every MPDU transmitted in a VHT MU PPDU based on 802.11ac is included in an A-MPDU, so responses to A-MPDUs within the VHT MU PPDU that are not immediate responses to the VHT MU PPDU are transmitted in response to BAR (Block Ack Request) frames by the AP.").

434.    Chun at ¶ [0319] ("Having received the BA from STA 1, the AP transmits a BAR (block acknowledgement request) frame to STA 2 after an SIFS, and STA 2 transmits a BA frame to the AP after an SIFS. Having received the BA frame from STA 2, the AP transmits a BAR frame to STA 3 after an SIFS, and STA 3 transmits a BA frame to the AP after an SIFS.").

435.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

436.    **Shu** also discloses this element.  *See* Claim 1 above.

437.    Shu, [0059] ("The access point may send the acknowledgment request message to the multiple stations by means of multicast (multicast), or may send the acknowledgment request message to a corresponding station by means of unicast (unicast). When the access point sends the acknowledgment request message to the multiple stations by means of multicast, the channel resource information included in the acknowledgment request message indicates the channel resources allocated by the access point to the multiple stations. When the access point sequentially sends the acknowledgment request message to a corresponding station of the

- 148 -

multiple stations by means of unicast, the channel resource information included in

the acknowledgment request message indicates a channel resource allocated by the

access point to the corresponding station.").

438.    Shu, [0061]-[0062] ("As shown in FIG. 5, FIG. 5 is a schematic diagram

of a frame format of BlockAckReq according to an embodiment of the present

invention. The frame format of BlockAckReq includes a 2-byte frame control Frame

Control field (Field; in a communications standard, Field may be translated as a

field or may be translated as a domain; the frame control Frame Control field may

also be referred to as frame control Frame Control information), a 2-byte frame

duration Duration/ID field, a 6-byte receiver address RA field, a 6-byte transmitter

address TA field, a 2-byte BAR Control field, a variable-byte BAR Information field,

an N-byte Sub-Channel-Index (sub- channel index) field (the Sub-Channel-Index

field may also be referred to as Sub- Channel-Index infonnation), and a 4-byte FCS

(Frame Check Sequence, frame check sequence) field, where N is a positive integer.

The N-byte sub-channel index field is a field added to the frame format of

BlockAckReq in this embodiment of the present invention. N may be set to a

quantity of bytes according to an actual need. For example, N may be set to a

quantity of bytes according to a quantity of stations. The sub-channel index field is

used to indicate a channel resource allocated by an access point to a station.

Specifically, the sub- channel index field may carry channel resource information

used to indicate a channel resource allocated by an access point to a station. For

- 149 -

example, the access point may send BlockAckReq to a corresponding station by means of unicast, where N may be 2 bytes, a total of 16 binary bits. The 2-byte sub-channel index field divides channel resources of O MHz to 40 MHz into 16 sub-channels, where each sub-channel has a width of 2.5 MHz. The 16 sub-channels are numbered 1 to 16 sequentially from a low frequency to a high frequency. If the access point allocates the tenth sub-channel to a corresponding station, the tenth bit of the 16 binary bits may be set to 1, and remaining binary bits are set to 0, which indicates that the tenth sub-channel is allocated to the corresponding station, and the station feeds back an acknowledgment message by using the tenth sub-channel. By analog, the access point may allocate channel resources to all stations receiving downlink data frames, so that the multiple stations concurrently return acknowledgment messages to the access point by using the allocated channel resources, where the acknowledgment messages may be BlockAck. Similarly, the access point may send BlockAckReq to multiple stations by means of multicast. If the access point allocates a channel resource to m stations at the same time, N needs to include at least 2 m bytes, so as to indicate the channel resource allocated by the access point to the m stations, where m is a positive integer greater than 1.").

439.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

440.    **Chu** also discloses this element.  *See* Claim 1 above.

- 150 -

441.    Chu, 23:57-24:22 ("FIG. 11B is a diagram of a frame exchange 1130 between the AP 14 and a plurality of client stations 25, according to an embodiment. The frame exchange 1130 is similar to the frame exchange 1100 of FIG. l lA except that in the frame exchange 1130 scheduling for the uplink OFDMA transmission 1110 is provided to the client stations 25 as part of the downlink OFDMA transmission 1134 to the client stations 25. For example, respective scheduling frames 1138 are appended to the OFDM data units 1106 of the OFDMA transmission 1134, in the illustrated embodiment. As another example, respective scheduling frames 1138 are prepended to the OFDM data units 1106 of the OFDMA transmission 1134, in another embodiment. In some embodiments, each scheduling frames 1134 includes scheduling information for each of STAI, STA2 and STA3. For example, each scheduling frame 1134 includes an OFDMA uplink scheduling element, such as the OFDMA uplink scheduling element 750 of FIG. 7B, which includes a plurality of user fields 754 corresponding to the plurality of client stations 25. In another embodiment, each scheduling frame 1134 includes scheduling information of only the client stations 25 to which the corresponding OFDM data unit 1106 is directed. For example, each scheduling frame 1134 includes an OFDMA uplink scheduling element, such as the OFDMA uplink scheduling element 750 of FIG. 7B, which includes a single user field 754 corresponding to the one client station 25 to which the corresponding OFDM data unit 1106 is directed. Thus, for example, the scheduling frame 1138-1 includes a

- 151 -

single user field 754 corresponding to STA 1, the scheduling frame 1138-2 includes

a single user field 754 corresponding to STA 2, and the scheduling frame 1138-3

includes a single user field 754 corresponding to STA 3, in an embodiment.").

442.    Chu, FIG. 11B.



**FIG. 11B**

443.    Alternatively, Chu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

444.    Alternatively, Chu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

445.    To the extent it is argued or determined that any of Merlin, Vermani,

Chu, Shu, or Chu do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Merlin and/or

Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

> **5.    Claim 5 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 5 Obvious**

> a.    **The method of claim 4, wherein the trigger frame instigates each respective station in the plurality of stations to transmit the multi-user acknowledgement transmission after an interframe spacing period following receipt of the downlink multi-user frame.**

446.    *See* claim 1 and 4, *supra*.

447.    **Merlin '690** discloses this element.  *See* Merlin '690 at ¶ [115] ("transmit a Clear to Send (CTS) message 404 to the AP. The RTS message 402 and the CTS message 404 may be separated by a short inter-frame space (SIFS), a small interval between a data frame or other message and its acknowledgment (ACK).In response to receiving the CTS message 404, the AP may send DL-MU-MIMO data 406 to STAs selected by the scheduler (typically part of the processing system of the AP, such as scheduler 234 in FIG. 2). The STAs receiving the MU-MIMO data 406 may transmit BAs 408 in the uplink (UL) in series, starting with the BA for STA1 and ending with the BA for STA3 as shown in FIG. 4. The STABA transmissions may be separated by SIFS.") A POSITA would recognize the short inter-frame space is the normal minimum interframe spacing period that is used between 802.11 transmissions.

448.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

449.    **Vermani** discloses this element.  *See* Figure 5:



**FIG. 5**

450.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

451.    **Chun** discloses this element.

452.    *See* Chun at ¶ [0319] ("Having received the BA from STA 1, the AP transmits a BAR (block acknowledgement request) frame to STA 2 after an SIFS, and STA 2 transmits a BA frame to the AP after an SIFS. Having received the BA frame from STA 2, the AP transmits a BAR frame to STA 3 after an SIFS, and STA 3 transmits a BA frame to the AP after an SIFS.").

████████████████████████

453.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

454.    **Shu** also discloses this element.  *See* Claim 4 above.

455.    Shu, [0016] ("With reference to the first implementation manner of the second aspect or the second implementation manner of the second aspect, in a third implementation manner of the second aspect, the acknowledgment request message is a block acknowledgment request message BlockAckReq.").

456.    Shu, [0056]-[0058] ("FIG. 4 shows a schematic diagram of acknowledging transmission of downlink data frames by multiple stations in a wireless local area network according to an embodiment of the present invention. Before the access point receives, after the access point sends a downlink data frame to the multiple stations, acknowledgment messages concurrently sent by the multiple stations, the method further includes: sending, by the access point, an acknowledgment request message to the multiple stations after preset time, where the acknowledgment request message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations. The preset time may be a short interframe space (Short Interframe Space, SIFS for short). Values of the SIFS may be different in different IEEE 802.11 standards. For example, in the IEEE 802.11a

standard, the value of the SIFS is 16 μs, and in the IEEE 802.11g standard, the value of the SIFS is 10 μs.").

457.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

458.    **Chu** also discloses this element.  *See* Claim 4 above.

459.    Chu, 23:41-50 ("During a time t3, the client stations 25 transmit respective uplink OFDM data units 1108 as parts of an uplink OFDMA transmission 1110 to the AP 14. In an embodiment, the respective uplink data units 1108 from the client stations 25 are transmitted in respective uplink channels allocated for uplink transmission by the client stations 25 as indicated by the scheduling frame 1102. In an embodiment, each uplink data unit 1108 includes an acknowledgement indicating successful receipt of the corresponding OFDM downlink data unit 1106.").

460.    Chu, 17:39-51 ("During a time t3, each client station 25 that successful receives the OFDM data unit 806 directed to the client station 25 transmits an acknowledgement (ACK) frame 808 to the AP 14 as part of an OFDMA transmission to the AP 14, in the illustrated embodiment. Time t3 at each client station 25 begins upon expiration of a predetermined time interval, such as for example a time interval corresponding to a short inter-frame space (SIFS), after completion ofreception, at the client station 25, of the data unit 806 directed to the client station 25. In an embodiment, each client station 25 transmits its ACK frame 808 in

- 156 -

the respective channel allocated to the client station 25 indicated in the scheduling

frame 802.").

461.  Chu, FIG. 8A.



FIG. 8A

462.  Chu, 30:38-49 ("During a time t3, client stations STAI, STA3 and STA4

transmit respective acknowledgement (ACK) frame 1408 to the AP 14 as part of an

OFDMA transmission to the AP 14, in an embodiment. In an embodiment, ACK

frames 1408 are transmitted in the respective sub-channels allocated to the client

stations STAI, STA3 and STA4 indicated in the scheduling frame 1402. Client

station STA2 does not transmit an ACK frame immediately (e.g., after SIFS) after

reception of the OFDM data unit 1406-2, according to the ACK policy indicated in

the data OFDM data unit 1406-2, so as not to interfere with transmission of the

OFDM data unit 1406-3, in an embodiment.").

463.  Alternatively, Chu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

464.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

**6.      Claim 6 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 6 Obvious**

**a.      The method of claim 1, further comprising: generating, by the network device, a multi-user block acknowledgement request frame to solicit acknowledgements from two or more stations of the plurality of stations; and transmitting the multi-user block acknowledgment request frame following transmission of the downlink multi-user frame.**

465.    *See* claim 1, *supra.*

466.    **<u>Merlin '690</u>** discloses this element.  For example, *see* Merlin '690 at claim 1: "An apparatus for wireless communications, comprising: a processing system configured to: determine that a plurality of devices have a first capability; generate a first multi-user (MU) packet that solicits a first immediate response from each of a first set of the plurality of devices; and generate a second MU packet that solicits a second immediate response from each of a second set of the plurality of devices, wherein the second MU packet is different than the first MU packet; and an interface configured to output the first MU packet and the second MU packet for transmission."

467.    Further, Merlin '690 at claim 8 recites "The apparatus of claim 1, wherein: the second MU packet comprises a block acknowledgment (BA), and the BA indicates whether the immediate response from each of the first set of devices was successfully received."

468.    *See also* Merlin '690 at ¶ [0171] ("FIG. 17 illustrates an example frame exchange 1700 with a special subframe transmitted at the beginning of the transmission opportunity, in accordance with certain aspects of the present disclosure. As illustrated in FIG. 17, the AP may transmit a special frame 1702 at the beginning of the TXOP to trigger (e.g., solicit) immediate response from the recipient STAs. The special subframe may also define the response parameters for UL MU-MIMO/FDMA transmissions for the entire TXOP time. According to certain aspects, the STAs may send a first set of packets in response to the special subframe. For example, the recipient STAs may transmit UL MU-MIMO/FDMA PPDUs 1704 and 1706. As shown in FIG. 17, the AP may then respond with block acknowledgments (BAs) 1708—granting another TXOP—which serves as a trigger for another UL MU-MIMO/FDMA transmission from the same set of recipient STAs. According to certain aspects, the AP may groupcast the BA. Alternatively, the AP may send the BA using DL MU-MIMO/FDMA. According to certain aspects, a bit (e.g., a RDG bit) in the BA may be used as a grant or trigger. According to certain aspects, the BA may have a token number matching the token number in the special frame. As shown in FIG. 17, the recipient STAs may respond

- 159 -

immediately after the BA 1708 with UL MU-MIMO/FDMA PPDUs 1710 and 1712, for example, using the same parameters defined by the first special frame. According to certain aspects, the process of triggering an UL MU-MIMO/FDMA transmission with an ACK/BA frame may be repeated a desired number of times consecutively."

469.  Merlin '690 Figure 17 is copied below:



FIG. 17

470.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

471.  **Vermani** discloses this element.  *See* claim 1 analysis above.  Vermani at ¶ [0045] "In order to determine whether MAC packets 210 in an aggregate MAC packet 216 were received and decoded successfully, the transmitting node may send an acknowledgment (ACK) request to the receiving node. The ACK request may take the form of a Block ACK Request (BAR) which requests the receiving node to acknowledge every MAC packet 210 transmitted in the aggregate MAC packet 216."

A POSITA would recognize that a Block ACK Request is normally transmitted *after* the data to be acknowledged and thus this frame would follow Data 230.

472.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

473.    **Chun** discloses this element.

474.    Chun at ¶ [0017] ("In addition, a UL MU resource used for the ACK field to be UL MU transmitted may be indicated by UL MU resource allocation information signaled in the received DL MU frame, or is determined as a preconfigured size in an order of STA to which a DL MU resource of the data field included in the received DL MU frame is allocated.").

475.    Chun at ¶ [0193] ("For example, the Control frames may include an RTS (request-to-send) frame, a CTS (clear-to-send) frame, an ACK (Acknowledgement) frame, a PS-Poll frame, a CF (contention free)-End frame, a CF-End+CF-ACK frame, a BAR (Block Acknowledgement request) frame, a BA (Block Acknowledgement) frame, a Control Wrapper (Control+HTcontrol) frame, a VHT NDPA (Null Data Packet Announcement) frame, and a Beamforming Report Poll frame.").

476.    Chun at ¶ [0316] ("Every MPDU transmitted in a VHT MU PPDU based on 802.11ac is included in an A-MPDU, so responses to A-MPDUs within the

████████████████████████████

VHT MU PPDU that are not immediate responses to the VHT MU PPDU are transmitted in response to BAR (Block Ack Request) frames by the AP.").

477.    Chun at ¶ [0319] ("Having received the BA from STA 1, the AP transmits a BAR (block acknowledgement request) frame to STA 2 after an SIFS, and STA 2 transmits a BA frame to the AP after an SIFS. Having received the BA frame from STA 2, the AP transmits a BAR frame to STA 3 after an SIFS, and STA 3 transmits a BA frame to the AP after an SIFS.").

478.    Chun at ¶ [0553] ("Next, the STA may transmit the UL MU ACK frame (S3130). More particularly, the STA may perform UL MU transmission for the UL MU ACK frame generated to the AP. The information related to the UL MU resource that is used for transmitting the ACK field of the UL MU ACK frame may be decided by signaling in the received DL MU frame, or based on the DL MU resource of the data field that is received by each STA.").

479.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

480.    **Shu** also discloses this element.  *See* Claim 1 above.

481.    Shu, [0059] ("The access point may send the acknowledgment request message to the multiple stations by means of multicast (multicast), or may send the acknowledgment request message to a corresponding station by means of unicast (unicast). When the access point sends the acknowledgment request message to the

- 162 -

multiple stations by means of multicast, the channel resource information included

in the acknowledgment request message indicates the channel resources allocated

by the access point to the multiple stations. When the access point sequentially

sends the acknowledgment request message to a corresponding station of the

multiple stations by means of unicast, the channel resource information included in

the acknowledgment request message indicates a channel resource allocated by the

access point to the corresponding station.").

482.    Shu, [0061]-[0062] ("As shown in FIG. 5, FIG. 5 is a schematic diagram

of a frame format of BlockAckReq according to an embodiment of the present

invention. The frame format of BlockAckReq includes a 2-byte frame control Frame

Control field (Field; in a communications standard, Field may be translated as a

field or may be translated as a domain; the frame control Frame Control field may

also be referred to as frame control Frame Control information), a 2-byte frame

duration Duration/ID field, a 6-byte receiver address RA field, a 6-byte transmitter

address TA field, a 2-byte BAR Control field, a variable-byte BAR Information field,

an N-byte Sub-Channel-Index (sub- channel index) field (the Sub-Channel-Index

field may also be referred to as Sub- Channel-Index information), and a 4-byte FCS

(Frame Check Sequence, frame check sequence) field, where N is a positive integer.

The N-byte sub-channel index field is a field added to the frame format of

BlockAckReq in this embodiment of the present invention. N may be set to a

quantity of bytes according to an actual need. For example, N may be set to a

- 163 -

████████████████████████████████████

quantity of bytes according to a quantity of stations. The sub-channel index field is used to indicate a channel resource allocated by an access point to a station. Specifically, the sub-channel index field may carry channel resource information used to indicate a channel resource allocated by an access point to a station. For example, the access point may send BlockAckReq to a corresponding station by means of unicast, where N may be 2 bytes, a total of 16 binary bits. The 2-byte sub-channel index field divides channel resources of O MHz to 40 MHz into 16 sub-channels, where each sub-channel has a width of 2.5 MHz. The 16 sub-channels are numbered 1 to 16 sequentially from a low frequency to a high frequency. If the access point allocates the tenth sub-channel to a corresponding station, the tenth bit of the 16 binary bits may be set to 1, and remaining binary bits are set to 0, which indicates that the tenth sub-channel is allocated to the corresponding station, and the station feeds back an acknowledgment message by using the tenth sub-channel. By analog, the access point may allocate channel resources to all stations receiving downlink data frames, so that the multiple stations concurrently return acknowledgment messages to the access point by using the allocated channel resources, where the acknowledgment messages may be BlockAck. Similarly, the access point may send BlockAckReq to multiple stations by means of multicast. If the access point allocates a channel resource to m stations at the same time, N needs to include at least 2 m bytes, so as to indicate the channel resource allocated by the access point to the m stations, where m is a positive integer greater than 1.").

- 164 -

███████████████████████████████

483.    Shu, [0056]-[0057] ("FIG. 4 shows a schematic diagram of acknowledging transmission of downlink data frames by multiple stations in a wireless local area network according to an embodiment of the present invention. Before the access point receives, after the access point sends a downlink data frame to the multiple stations, acknowledgment messages concurrently sent by the multiple stations, the method further includes: sending, by the access point, an acknowledgment request message to the multiple stations after preset time, where the acknowledgment request message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations.").

484.    Shu, FIG. 4.



FIG 4

485.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

486.   **Chu** also discloses this element.  *Also see* Claim 1 above.

487.   Chu, 13:38-49 ("In an embodiment, the ACK frames 606 are block acknowledgement (Blk Ack) frames that indicate successful or unsuccessful reception of a plurality of data units, such as of a plurality of data units aggregated in the corresponding A-MPDU 602. Generally speaking, as used herein, the terms "acknowledgement frame" and "ACK frame" are used interchangeably and encompass both an acknowledgement frame that acknowledges successful or unsuccessful receipt of a single data unit, and a block acknowledgement frame that acknowledges successful or unsuccessful receipt of multiple data units (e.g., multiple data units transmitted as parts of an aggregated data unit).").

488.   Chu, 17:66-18:13 ("In another embodiment, the ACK frames 808 are not simultaneously transmitted by the client stations 25. For example, transmission of the ACK frames 808 is staggered among the client stations 25, in an embodiment. For example, the AP provides to the client stations 25 indications of different specific times at which to transmit their respective ACK frames 808, or a specific order in which to transmit their respective ACK frames 708, and the client stations 25 transmit the ACK frames 808 at the specific times or in the specific order indicated by the AP, in an embodiment. In an embodiment, the ACK frames 808 are block acknowledgement (Blk Ack) frames that indicate successful or unsuccessful reception of a plurality of data units, such as of a plurality of data units aggregated in the corresponding A-MPDU 702.").

- 166 -

489.    Chu, 25-35 ("The frame exchange 1150 is similar to the frame exchange 1130 of FIG. 11B, except that in the frame exchange 1150, uplink scheduling information is provided to the client stations 25 by respective separate scheduling frames 1152 transmitted as control frames separate from the OFDM data units 1104. The scheduling frames 1152 are generally the same as or similar to the scheduling frames 1138 of FIG. 11C except that the scheduling frames 1152 are transmitted to the client stations 25 as separate control frames that follow transmission of the respective OFDM data units 1106 to the client stations 25. In an embodiment, respective scheduling frames 1152 are transmitted to the client stations 25 via the downlink sub-channels allocated to the client stations 25.").

490.    Chu, Figure. 11C:



FIG. 11C

491.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

█████████████████████████

492. To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

      **7.**    **Independent Claim  8 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Independent Claim 8 Obvious**

        **a.**    **Element 8 [pre]: A method, implemented by a first station in a wireless network, for transmitting an uplink acknowledgment, the method comprising:**

493. *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may discuss only some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

\* \* \*

494. **<u>Merlin '690</u>** discloses this element.  *See* element 1[pre].

■■■■■■■■■■■■■■■■■■■■

495.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

496.    **Vermani** discloses this element.  *See* element 1[pre].

497.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

498.    **Chun** discloses this element.  *See* element 1[pre].  *See also* Chun at Abstract, ¶ [0011], ¶ [0015], ¶ [0017], ¶ [0032], Figure 3, ¶ [0035], Figure 6, Figure 31.

499.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

500.    **Shu** discloses this element.  *See* element 1[pre].

501.    Shu, Abstract ("Embodiments of the present invention disclose a method and an apparatus for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network. The method includes: sending, by an access point, a corresponding downlink data frame to each station of the multiple stations; and receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the

access point to the multiple stations. According to the method and the apparatus

provided in the embodiments of the present invention, time required by the multiple

stations to feed back the acknowledgment messages can be reduced.").

502.    Shu, [0048] ("An access point (Access Point, AP for short) in the

embodiments may be a router, a mobile phone, a laptop computer, a set top box, or

any other appropriate device configured to perform communication by using a

wireless medium or a wired medium; a station (Station, STA for short) may be a

router, a mobile phone, a laptop computer, a set top box, or any other appropriate

device configured to perform communication by using a wireless medium or a wired

medium.").

503.    Shu, FIG. 8.



FIG 8

504.    Shu, [0075]-[0077] ("FIG. 8 shows a schematic diagram of a method for

acknowledging transmission of a downlink data frame by a station in a wireless

local area network according to an embodiment of the present invention. The

method 800 may be performed by a station. The method 800 includes the following

steps: S802: The station receives a downlink: data frame sent by an access point.

S804: After the station receives the downlink data frame sent by the access point, the station sends an acknowledgment message to the access point on a channel resource allocated by the access point to the station.").

505. Shu, FIG. 3.



FIG 3

506. Shu, [0049] ("Referring to FIG. 3, an embodiment of the present invention provides a method 300 for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network. A device used to perform the method 300 may be an access point.").

507. Shu, [0051] ("The access point may concurrently send the downlink data frame to each station of the multiple stations by using the multi-user multiple-input multiple-output (Multi-User Multiple-Input Multiple-Output, MU MIMO for short) or orthogonal frequency division multiple access (Orthogonal Frequency Division Multiple Access, OFDMA for short) technology. Alternatively, the access point may sequentially send the corresponding downlink data frame to each station of the multiple stations.").

█████████████████████████████████

508.    Shu, [0006] ("A first aspect of an embodiment of the present invention discloses a method for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network, where the method includes: sending, by an access point, a corresponding downlink data frame to each station of the multiple stations; and receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations.").

509.    Shu, [0007] ("With reference to the first aspect, in a first implementation manner of the first aspect, before the receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations, the method further includes: sending, by the access point after preset time, an acknowledgment request message to the multiple stations, where the acknowledgment request message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations.").

510.    Shu, [0009] ("With reference to the first implementation manner of the first aspect or the second implementation manner of the first aspect, in a third implementation manner of the first aspect, the acknowledgment request message is a block acknowledgment request message BlockAckReq.").

511.    Shu, [0056]-[0057] ("FIG. 4 shows a schematic diagram of acknowledging transmission of downlink data frames by multiple stations in a wireless local area network according to an embodiment of the present invention. Before the access point receives, after the access point sends a downlink data frame to the multiple stations, acknowledgment messages concurrently sent by the multiple stations, the method further includes: sending, by the access point, an acknowledgment request message to the multiple stations after preset time, where the acknowledgment request message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations.").

512.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

513.    **Chu** discloses this element.  *See* element 1[pre].

514.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

515.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

      **b.**      **Element 8 [a]: receiving a downlink multi-user frame addressed to a plurality of stations, including the first station, and received from an access point in the wireless network;**

- 173 -

516.    *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

517.    **Merlin '690** discloses this element.  *See* element 1[a].

518.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

519.    **Vermani** discloses this element.  *See* element 1[a].

520.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

521.    **Chun** discloses this element.  *See* element 1[a].

- 174 -

522.    *See also* Chun at Abstract, ¶ [0011], ¶ [0015], ¶ [0125], ¶ [0314], ¶ [0315], Figure 15, ¶¶ [0432] – [0434], Figure 31.

523.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

524.    **Shu** discloses this element.  *See* element 1[a].

525.    Shu, Abstract ("Embodiments of the present invention disclose a method and an apparatus for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network. The method includes: sending, by an access point, a corresponding downlink data frame to each station of the multiple stations; and receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations. According to the method and the apparatus provided in the embodiments of the present invention, time required by the multiple stations to feed back the acknowledgment messages can be reduced.").

526.    Shu, [0048] ("An access point (Access Point, AP for short) in the embodiments may be a router, a mobile phone, a laptop computer, a set top box, or any other appropriate device configured to perform communication by using a wireless medium or a wired medium; a station (Station, STA for short) may be a router, a mobile phone, a laptop computer, a set top box, or any other appropriate

- 175 -

device configured to perform communication by using a wireless medium or a wired medium.").

527.    Shu, FIG. 8.



FIG 8

528.    Shu, [0075]-[0077] ("FIG. 8 shows a schematic diagram of a method for acknowledging transmission of a downlink data frame by a station in a wireless local area network according to an embodiment of the present invention. The method 800 may be performed by a station. The method 800 includes the following steps:  S802: The station receives a downlink data frame sent by an access point. S804: After the station receives the downlink data frame sent by the access point, the station sends an acknowledgment message to the access point on a channel resource allocated by the access point to the station.").

529.    Shu, FIG. 3.



FIG 3

530.    Shu, [0049] ("Referring to FIG. 3, an embodiment of the present

invention provides a method 300 for acknowledging transmission of downlink data

frames by multiple stations in a wireless local area network. A device used to

perform the method 300 may be an access point.").

531.    Shu, [0051] ("The access point may concurrently send the downlink

data frame to each station of the multiple stations by using the multi-user multiple-

input multiple-output (Multi-User Multiple-Input Multiple-Output, MU MIMO for

short) or orthogonal frequency division multiple access (Orthogonal Frequency

Division Multiple Access, OFDMA for short) technology. Alternatively, the access

point may sequentially send the corresponding downlink data frame to each station

of the multiple stations.").

532.    Shu, [0006] ("A first aspect of an embodiment of the present invention

discloses a method for acknowledging transmission of downlink data frames by

multiple stations in a wireless local area network, where the method includes:

sending, by an access point, a corresponding downlink data frame to each station of

the multiple stations; and receiving, by the access point after the access point sends

- 177 -

████████████████████████████████████████████████

the corresponding downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations.").

533.    Shu, [0007] ("With reference to the first aspect, in a first implementation manner of the first aspect, before the receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations, the method further includes: sending, by the access point after preset time, an acknowledgment request message to the multiple stations, where the acknowledgment request message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations.").

534.    Shu, [0020] ("A third aspect of an embodiment of the present invention discloses an access point, including: a transceiver, a processor, and a bus, where the transceiver and the processor implement communication by using the bus; the transceiver sends, under control of the processor, a corresponding downlink data frame to each station of multiple stations; and the transceiver is configured to receive, after sending the downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations.").

- 178 -

████████████████████████

535.    Shu, [0054] ("That the access point allocates a channel resource to each station of the multiple stations may be implemented in different manners. The access point may add channel resource information to an acknowledgment request message sent to the multiple stations, where the channel resource infom1ation is used to indicate the channel resource allocated by the access point to each station of the multiple stations; or the access point may add channel resource information to the corresponding downlink data frame sent to each station of the multiple stations, where the channel resource information is used to indicate a channel resource allocated by the access point to a station receiving the corresponding downlink data frame. The multiple stations may use the OFDMA technology to concurrently send the acknowledgment messages to the access point by using the channel resources allocated by the access point and indicated by the channel resource information, so as to notify the access point of whether the downlink data frames are received successfully.").

536.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

537.    **Chu** discloses this element.  *See* element 1[a].

538.    Chu, 11:56-60 ("FIG. 6 is diagram illustrating a frame exchange 600 between an AP (e.g., the AP 14) and multiple client stations (e.g., multiple client stations 25), according to an embodiment. During a time tl, the AP 14 transmits an OFDMA data unit 602 directed to a plurality of client stations.").

539.    Chu, 12:9-19 ("In an embodiment, the OFDMA data unit 602 includes a plurality of OFDM data units 604 directed to respective client stations 25, each OFDM data unit 604 transmitted in a respective sub-channel of the WLAN 10 to a particular client station 25. In particular, a first OFDM data unit 602-1 is directed to a first client station STA1 (e.g., the client station 25-1), a second OFDM data unit 602-2 is directed to a second client station STA2 (e.g., the client station 25-2), and a third OFDM data unit 602-3 is directed to a third client station STA3 (e.g., the client station 25-3), in the illustrated embodiment.").

540.    Chu, FIG. 6.



FIG. 6

541.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

542.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Merlin and/or

Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

> c.    **8[b].   processing a first MAC Protocol Data Units (MPDU) in the downlink multi-user frame to determine acknowledgement information indicating properties of a first multi-user acknowledgement frame;**

543.    *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites

a method implemented by a network device (which allegedly could be an IEEE

802.11 AP) "for coordinating an uplink multi-user response transmission to a

downlink multi-user transmission."  Independent claims 8 and 18 are very similar

to independent claim 1, but claims 8 and 18 recite methods implemented by a "first

station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink

acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to

independent claims 8 and 18 and their dependent claims, which analysis is

incorporated by reference as if set forth fully herein.  Thus, in this section I may

only discuss some of the pertinent disclosures of the prior art references analyzed

above, instead of repeating my analysis as to these similar claims.

* * *

544.    **Merlin '690** discloses this element.  *See* element 1[d].

545.    Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

546.   **Vermani** discloses this element.  *See* element 1[d].

547.   Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

548.   **Chun** discloses this element.  *See* element 1[d].

549.   *See also* Chun at ¶ [0015], ¶ [0017], ¶ [0316], ¶ [0333], [¶ 0553], ¶ [0095], ¶ [0308], ¶ [0309], Figure 14.

550.   Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

551.   **Shu** discloses this element.  *See* element 1[d].

552.   Shu, [0056]-[0057] ("FIG. 4 shows a schematic diagram of acknowledging transmission of downlink data frames by multiple stations in a wireless local area network according to an embodiment of the present invention. Before the access point receives, after the access point sends a downlink data frame to the multiple stations, acknowledgment messages concurrently sent by the multiple stations, the method further includes: sending, by the access point, an acknowledgment request message to the multiple stations after preset time, where the acknowledgment request message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations.").

553.    Shu, [0061] ("As shown in FIG. 5, FIG. 5 is a schematic diagram of a frame format of BlockAckReq according to an embodiment of the present invention. The frame format of BlockAckReq includes a 2-byte frame control Frame Control field (Field; in a communications standard, Field may be translated as a field or may be translated as a domain; the frame control Frame Control field may also be referred to as frame control Frame Control information), a 2-byte frame duration Duration/ID field, a 6-byte receiver address RA field, a 6-byte transmitter address TA field, a 2-byte BAR Control field, a variable-byte BAR Information field, an N-byte Sub-Channel-Index (sub- channel index) field (the Sub-Channel-Index field may also be referred to as Sub- Channel-Index information), and a 4-byte FCS (Frame Check Sequence, frame check sequence) field, where N is a positive integer.").

554.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

555.    **Chu** discloses this element.  *See* element 1[d].

556.    Chu, 29:37-46 ("For example, a PHY preamble or a MAC header of the OFDM data unit directed to the first client station includes an ACK policy field set to indicate that an immediate acknowledgement of the data unit is not required, in an embodiment. On the other hand, the OFDM data unit directed to the second client station indicates that an immediate acknowledgement is required, in an embodiment. Accordingly, the second client station transmits an acknowledgement

- 183 -

frame after successfully receiving the OFDM data unit directed to the second client station, in an embodiment.").

557.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

558.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

      **d.**        **Element 8 [c]: generating the first multi-user acknowledgment frame based on the acknowledgement information; and**

559.    *See* claims 1-6, *supra*.  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

███████████████████████████████████████

* * *

560.   **Merlin '690** discloses this element.  *See* element 1[d], 1[f].

561.   Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

562.   **Vermani** discloses this element.  *See* element 1[d], 1[f].

563.   Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

564.   **Chun** discloses this element.  *See* element 1[d], 1[f].

565.   *See also* Chun at ¶ [0318], ¶ [0319], ¶ [0515].

566.   Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

567.   **Shu** discloses this element.  *See* element 1[d], 1[f].

568.   Shu, [0075]-[0077] (" FIG. 8 shows a schematic diagram of a method for acknowledging transmission of a downlink data frame by a station in a wireless local area network according to an embodiment of the present invention. The method 800 may be performed by a station. The method 800 includes the following steps: S802: The station receives a downlink data frame sent by an access point. S804: After the station receives the downlink data frame sent by the access point,

- 185 -

the station sends an acknowledgment message to the access point on a channel

resource allocated by the access point to the station.").

569.    Alternatively, Shu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

570.    **Chu** discloses this element. *See* element 1[d], 1[f].

571.    Chu 806, 13:4-10 ("During a time t2, in an embodiment, client stations

25 that successfully receive data in the respective sub-channels allocated to the

client stations 25 transmit respective acknowledgement (ACK or BlkAck) frames

606 to the AP 14. In an embodiment, each client station 25 transmits its

acknowledgement (ACK or BlkAck) frame 606 in the respective sub-channel

allocated to the client station 25.").

572.    Chu, 30:38-49 ("During a time t3, client stations STAI, STA3 and STA4

transmit respective acknowledgement (ACK) frame 1408 to the AP 14 as part of an

OFDMA transmission to the AP 14, in an embodiment. In an embodiment, ACK

frames 1408 are transmitted in the respective sub-channels allocated to the client

stations STAI, STA3 and STA4 indicated in the scheduling frame 1402. Client

station STA2 does not transmit an ACK frame immediately (e.g., after SIPS) after

reception of the OFDM data unit 1406-2, according to the ACK policy indicated in

the data OFDM data unit 1406-2, so as not to interfere with transmission of the

OFDM data unit 1406-3, in an embodiment.").

573.   Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

574.   To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

   **e.      Element 8 [d]: transmitting the first multi-user acknowledgement frame to the access point to acknowledge the downlink multi-user frame,**

575.   *See* claims 1-6, *supra*.  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

- 187 -

■■■■■■■■■■■■■■■■■■■■■■■■■■■■

576.    **Merlin '690** discloses this element.  *See* element 1[e].  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

577.    **Vermani** discloses this element.  *See* element 1[e].  Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

578.    **Chun** discloses this element.  *See* element 1[e].  *See also* Chun at ¶ [0318], ¶ [0319], ¶ [0515].

579.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

580.    **Shu** discloses this element.  *See* element 1[e].

581.    Shu, [0075]-[0077] (" FIG. 8 shows a schematic diagram of a method for acknowledging transmission of a downlink data frame by a station in a wireless local area network according to an embodiment of the present invention. The method 800 may be performed by a station. The method 800 includes the following steps: S802: The station receives a downlink data frame sent by an access point. S804: After the station receives the downlink data frame sent by the access point, the station sends an acknowledgment message to the access point on a channel resource allocated by the access point to the station.").

582.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

583.    **Chu** discloses this element.  *See* element 1[e].

584.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

585.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

> **f.      Element 8 [e]: wherein the first multi-user acknowledgement frame is transmitted simultaneously to a second multi-user acknowledgement frame transmitted by a second station.**

586.    *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may

only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

587.    **Merlin '690** discloses this element.  *See* element 1[f], 1[g].

588.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

589.    **Vermani** discloses this element.  *See* element 1[f], 1[g].

590.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

591.    **Chun** discloses this element.  *See* element 1[f], 1[g].

592.    *See also* Chun at ¶ [0515], ¶ [0517], ¶ [0518], ¶ [0442], Figure 25.

593.    Alternatively, Chun, *in* view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

594.    **Shu** discloses this element.  *See* element 1[f], 1[g].

595.    Shu, [0034] ("In the foregoing technical solutions, according to the method and the apparatus for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network provided in the embodiments of the present invention, an access point sends a corresponding downlink data

- 190 -

███████████████████████████████

frame to each station of the multiple stations; and after the access point sends the

corresponding downlink data frame to each station, the access point receives

acknowledgment messages concurrently sent by the multiple stations on channel

resources allocated by the access point to the multiple stations, which can reduce

time required by the multiple stations to feed back the acknowledgment

messages.").

596.    Shu, [0060] ("Specifically, the acknowledgment request message may

be a block acknowledgment request message BlockAckReq. When the access point

sends the acknowledgment request message to the multiple stations by means of

multicast, the block acknowledgment request message BlockAckReq includes

channel resource information that indicates the channel resources allocated by the

access point to the multiple stations. When the access point sequentially sends the

acknowledgment request message to a corresponding station of the multiple

stations by means of unicast, the acknowledgment request message includes

channel resource information that indicates a channel resource allocated by the

access point to the corresponding station. After the access point sends the downlink

data frame to each station of the multiple stations, the access point receives the

acknowledgment messages concurrently sent by the multiple stations to the access

point by using the channel resources indicated by the channel resource information

included in the block acknowledgment request message BlockAckReq.").

597.    Shu, [0097] ("Specifically, the acknowledgment request message may be a block acknowledgment request message BlockAckReq, and the block acknowledgment request message BlockAckReq includes the channel resource information that indicates the channel resources allocated by the access point to the multiple stations. After the access point sends the downlink data frame to each station of the multiple stations, the access point receives the acknowledgment messages concurrently sent by the multiple stations, where the multiple stations concurrently send the acknowledgment messages to the access point by using the channel resources indicated by the channel resource information included in the block acknowledgment request message BlockAckReq.").

598.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

599.    **Chu** discloses this element.  *See* element 1[f], 1[g].

600.    Chu, 40:11-20 ("The method further includes receiving, at the first communication device, respective acknowledgement frames from the two or more second communication devices, wherein the acknowledgement frames are transmitted simultaneously by the two or more second communication devices as part of an OFDMA transmission from the two or more second communication devices, wherein the respective acknowledgement frames are transmitted in the respective sub-channels allocated for downlink OFDMA transmission to the two or more second communication devices.").

- 192 -

601.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

602.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

8.    **Claim  9 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 9 Obvious**

a.    **Element 9 [a]: The method of claim 8, wherein the first MPDU is located in a first resource unit of the downlink multi-user frame allocated to the first station,**

603.    *See* claims 1-6, *supra*.  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

- 193 -

* * *

604.    **Merlin '690** discloses this element.  *See* element 1[c].

605.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

606.    **Vermani** discloses this element.  *See* element 1[c].

607.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

608.    **Chun** discloses this element.  *See* element 1[c].  *See also* Chun at ¶¶ [0432] – [0434], ¶ [0317], ¶ [0330].

609.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

610.    **Shu** discloses this element.  *See* element 1[c].

611.    Shu, [0006] ("A first aspect of an embodiment of the present invention discloses a method for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network, where the method includes: sending, by an access point, a corresponding downlink data frame to each station of the multiple stations; and receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages

- 194 -

concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations.").

612.   Shu, [0007] ("With reference to the first aspect, in a first implementation manner of the first aspect, before the receiving, by the access point after the access point sends the corresponding downlink data frame to each station, acknowledgment messages concurrently sent by the multiple stations, the method further includes: sending, by the access point after preset time, an acknowledgment request message to the multiple stations, where the acknowledgment request message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations.").

613.   Shu, FIG. 5.



FIG 5

614.   Shu, [0061] ("As shown in FIG. 5, FIG. 5 is a schematic diagram of a frame format of BlockAckReq according to an embodiment of the present invention. The frame format of BlockAckReq includes a 2-byte frame control Frame Control field (Field; in a communications standard, Field may be translated as a field or may be translated as a domain; the frame control Frame Control field may also be referred to as frame control Frame Control information), a 2-byte frame duration

- 195 -

Duration/ID field, a 6-byte receiver address RA field, a 6-byte transmitter address TA field, a 2-byte BAR Control field, a variable-byte BAR Information field, an N-byte Sub-Channel-Index (sub- channel index) field (the Sub-Channel-Index field may also be referred to as Sub- Channel-Index information), and a 4-byte FCS (Frame Check Sequence, frame check sequence) field, where N is a positive integer.").

615.   Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

616.   **Chu** discloses this element.  *See* element 1[c].

617.   Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

618.   To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

> **b.     Element 9 [b]: wherein the downlink multi-user frame includes a second resource unit that contains a second MPDU that includes acknowledgement information for the second multi-user acknowledgement frame.**

619.   *See* claims 1-6, *supra*.  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a

- 196 -

downlink multi-user transmission."  Independent claims 8 and 18 are very similar

to independent claim 1, but claims 8 and 18 recite methods implemented by a "first

station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink

acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to

independent claims 8 and 18 and their dependent claims, which analysis is

incorporated by reference as if set forth fully herein.  Thus, in this section I may

only discuss some of the pertinent disclosures of the prior art references analyzed

above, instead of repeating my analysis as to these similar claims.

* * *

620.    **Merlin '690** discloses this element.  *See* element 1[d].

621.    Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

622.    **Vermani** discloses this element.  *See* element 1[d].

623.    Alternatively, Vermaini, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

624.    **Chun** discloses this element.  *See* element 1[d].

625.    *See also* Chun at ¶¶ [0432] – [0434], ¶ [0317], ¶ [0330].

626.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a *POSITA* at the time of the invention, renders  this element obvious.

627.    **Shu** discloses *this* element.  *See* element 1[d].

628.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

629.    **Chu** discloses this element.  *See* element 1[d].

630.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

631.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

**9.    Claim  10 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 10 Obvious**

**a.    The method of claim 9, wherein the first multi-user acknowledgement frame and the second multi-user acknowledgement frame together form a multi-user acknowledgement frame for acknowledging the downlink multi-user frame.**

632.    *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a

downlink multi-user transmission." Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement." Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein. Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

633. **Merlin '690** discloses this element. *See* element 1[f].

634. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

635. **Vermani** discloses this element. *See* element 1[f].

636. Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

637. **Chun** discloses this element. *See* element 1[f].

638. *See also* Chun at ¶ [0515], ¶¶ [0517] – [0518], ¶¶ [0432] – [0434], Figure 31.

639.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

640.    **Shu** discloses this element.  *See* element 1[f].

641.    Shu, [0034] ("In the foregoing technical solutions, according to the method and the apparatus for acknowledging transmission of downlink data frames by multiple stations in a wireless local area network provided in the embodiments of the present invention, an access point sends a corresponding downlink data frame to each station of the multiple stations; and after the access point sends the corresponding downlink data frame to each station, the access point receives acknowledgment messages concurrently sent by the multiple stations on channel resources allocated by the access point to the multiple stations, which can reduce time required by the multiple stations to feed back the acknowledgment messages.").

642.    Shu, [0060] ("Specifically, the acknowledgment request message may be a block acknowledgment request message BlockAckReq. When the access point sends the acknowledgment request message to the multiple stations by means of multicast, the block acknowledgment request message BlockAckReq includes channel resource information that indicates the channel resources allocated by the access point to the multiple stations. When the access point sequentially sends the acknowledgment request message to a corresponding station of the multiple

████████████████████

stations by means of unicast, the acknowledgment request message includes

channel resource information that indicates a channel resource allocated by the

access point to the corresponding station. After the access point sends the downlink

data frame to each station of the multiple stations, the access point receives the

acknowledgment messages concurrently sent by the multiple stations to the access

point by using the channel resources indicated by the channel resource information

included in the block acknowledgment request message BlockAckReq.").

643.   Shu, [0097] ("Specifically, the acknowledgment request message may

be a block acknowledgment request message BlockAckReq, and the block

acknowledgment request message BlockAckReq includes the channel resource

information that indicates the channel resources allocated by the access point to the

multiple stations. After the access point sends the downlink data frame to each

station of the multiple stations, the access point receives the acknowledgment

messages concurrently sent by the multiple stations, where the multiple stations

concurrently send the acknowledgment messages to the access point by using the

channel resources indicated by the channel resource information included in the

block acknowledgment request message BlockAckReq.").

644.   Alternatively, Shu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

645.   **Chu** discloses this element.  *See* element 1[f].

646.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

647.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

> **10.    Claim  11 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders  Claim 11 Obvious**
>
> **a.    The method of claim 8, wherein processing the first MPDU comprises: extracting the acknowledgement information indicating the properties of the first multi-user acknowledgement frame from a header of the first MPDU.**

648.    *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may

only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

\* \* \*

649.    **Merlin '690** discloses this element.  *See* claims 1-3 and 8.

650.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

651.    **Vermani** discloses this element.  *See* claims 1-3 and 8.

652.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

653.    **Chun** discloses this element.  *See* claims 1-3 and 8.  *See also* Chun at ¶¶ [0173] – [0175], ¶ [0193], ¶ [0553], ¶ [0095], ¶¶ [0308] – [0309], Figure 14.

654.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

**Shu** discloses this element. *See* claims 1-3 and 8.

655.    Shu, FIG. 7A



FIG 7A

656.    Shu, [0032] ("With reference to the fourth implementation manner of the fourth aspect, in a fifth implementation manner of the fourth aspect, the information is located in a physical frame convergence procedure header PLCP Header of the downlink data frame.").

657.    Shu, [0069] ("It may be understood that FIG. 7a and FIG. 7b are schematic diagrams of physical- layer frame formats of downlink data frames, the HEW SIG field may be at a location following the L-SIG field, or the HEW SIG field may be at a location followed by the L-SIG field. This embodiment of the present invention does not impose a limitation thereto. It should be noted that information used to identify a channel resource that is used to send an acknowledgment message and that is allocated by an access point to a station corresponding to a downlink data frame may be carried in a header of a physical-layer frame format of the downlink data frame, or may be carried in a header of a Media Access Control (Media Access Control, MAC for short)-layer frame format of the downlink data frame, and in this case, a specific manner of carrying the information is similar to a manner of placing the information in the header of the physical-layer frame format of the downlink data frame.").

658.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

659.    **Chu** discloses this element.  *See* claims 1-3 and 8.

660.    Chu, 29:37-46 ("For example, a PHY preamble or a MAC header of the OFDM data unit directed to the first client station includes an ACK policy field set to indicate that an immediate acknowledgement of the data unit is not required, in an embodiment. On the other hand, the OFDM data unit directed to the second client station indicates that an immediate acknowledgement is required, in an embodiment. Accordingly, the second client station transmits an acknowledgement frame after successfully receiving the OFDM data unit directed to the second client station, in an embodiment.").

661.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

662.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

> **11.    Claim  12 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 12 Obvious**
>
> > **a.    The method of claim 11, wherein the header is a MAC header of the first MPDU.**

███████████████████

663.    *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

664.    **Merlin '690** discloses this element.  *See* claims 1-3.

665.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

666.    **Vermani** discloses this element.  *See* claims 1-3.

667.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

668.    **Chun** discloses this element.  *See* claims 1-3.

- 206 -

669.    *See also* Chun at ¶¶ [0173] – [0175, ¶ [0193].

670.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

671.    **Shu** discloses this element.  *See* claims 1-3.

672.    Shu, [0032] ("With reference to the fourth implementation manner of the fourth aspect, in a fifth implementation manner of the fourth aspect, the information is located in a physical frame convergence procedure header PLCP Header of the downlink data frame.").

673.    Shu, [0069] ("It may be understood that FIG. 7a and FIG. 7b are schematic diagrams of physical- layer frame formats of downlink data frames, the HEW SIG field may be at a location following the L-SIG field, or the HEW SIG field may be at a location followed by the L-SIG field. This embodiment of the present invention does not impose a limitation thereto. It should be noted that information used to identify a channel resource that is used to send an acknowledgment message and that is allocated by an access point to a station corresponding to a downlink data frame may be carried in a header of a physical-layer frame format of the downlink data frame, or may be carried in a header of a Media Access Control (Media Access Control, MAC for short)-layer frame format of the downlink data frame, and in this case, a specific manner of carrying the information is similar to a

████████████████████████████████████

manner of placing the information in the header of the physical-layer frame format

of the downlink data frame.").

674.   Alternatively, Shu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

675.   **Chu** discloses this element.  *See* claims 1-3.

676.   Alternatively, Chu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

677.   To the extent it is argued or determined that any of Merlin, Vermani,

Chu, Shu, or Chu do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Merlin and/or

Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

12.   **Claim  13 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 13 Obvious**

a.   **The method of claim 8, wherein processing the MPDU comprises: extracting the acknowledgement information indicating the properties of the first multi-user acknowledgement frame transmission from a payload of the first MPDU, wherein the first MPDU is a unicast trigger frame.**

678.   *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites

a method implemented by a network device (which allegedly could be an IEEE

802.11 AP) "for coordinating an uplink multi-user response transmission to a

downlink multi-user transmission."  Independent claims 8 and 18 are very similar

to independent claim 1, but claims 8 and 18 recite methods implemented by a "first

Case 2:21-cv-00430-JRG-RSP    Document 194-2    Filed 06/08/23    Page 232 of 1995
PageID #:  5318

station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

\* \* \*

679.    **Merlin '690** discloses this element.  *See* claims 1, 4, and 8.

680.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

681.    **Vermani** discloses this element.  *See* claims 1, 4, and 8.

682.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

683.    **Chun** discloses this element.  *See* claims 1, 4, and 8.

684.    *See also* Chun at ¶ [0275], ¶ [0333], ¶ [0349], ¶ [0322], ¶ [0443], ¶ [0462].

685.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

686.  **Shu** discloses this element.  *See* claims 1, 4, and 8.

687.  Shu, [0059] ("The access point may send the acknowledgment request message to the multiple stations by means of multicast (multicast), or may send the acknowledgment request message to a corresponding station by means of unicast (unicast). When the access point sends the acknowledgment request message to the multiple stations by means of multicast, the channel resource information included in the acknowledgment request message indicates the channel resources allocated by the access point to the multiple stations. When the access point sequentially sends the acknowledgment request message to a corresponding station of the multiple stations by means of unicast, the channel resource information included in the acknowledgment request message indicates a channel resource allocated by the access point to the corresponding station.").

688.  Shu, [0061]-[0062] ("As shown in FIG. 5, FIG. 5 is a schematic diagram of a frame format of BlockAckReq according to an embodiment of the present invention. The frame format of BlockAckReq includes a 2-byte frame control Frame Control field (Field; in a communications standard, Field may be translated as a field or may be translated as a domain; the frame control Frame Control field may also be referred to as frame control Frame Control information), a 2-byte frame duration Duration/ID field, a 6-byte receiver address RA field, a 6-byte transmitter address TA field, a 2-byte BAR Control field, a variable-byte BAR Information field, an N-byte Sub-Channel-Index (sub- channel index) field (the Sub-Channel-Index

field may also be referred to as Sub- Channel-Index information), and a 4-byte FCS

(Frame Check Sequence, frame check sequence) field, where N is a positive integer.

The N-byte sub-channel index field is a field added to the frame format of

BlockAckReq in this embodiment of the present invention. N may be set to a

quantity of bytes according to an actual need. For example, N may be set to a

quantity of bytes according to a quantity of stations. The sub-channel index field is

used to indicate a channel resource allocated by an access point to a station.

Specifically, the sub-channel index field may carry channel resource information

used to indicate a channel resource allocated by an access point to a station. For

example, the access point may send BlockAckReq to a corresponding station by

means of unicast, where N may be 2 bytes, a total of 16 binary bits. The 2-byte sub-

channel index field divides channel resources of O MHz to 40 MHz into 16 sub-

channels, where each sub-channel has a width of 2.5 MHz. The 16 sub-channels are

numbered 1 to 16 sequentially from a low frequency to a high frequency. If the

access point allocates the tenth sub-channel to a corresponding station, the tenth bit

of the 16 binary bits may be set to 1, and remaining binary bits are set to 0, which

indicates that the tenth sub-channel is allocated to the corresponding station, and

the station feeds back an acknowledgment message by using the tenth sub-channel.

By analog, the access point may allocate channel resources to all stations receiving

downlink data frames, so that the multiple stations concurrently return

acknowledgment messages to the access point by using the allocated channel

resources, where the acknowledgment messages may be BlockAck. Similarly, the

access point may send BlockAckReq to multiple stations by means of multicast. If

the access point allocates a channel resource to m stations at the same time, N

needs to include at least 2 m bytes, so as to indicate the channel resource allocated

by the access point to the m stations, where m is a positive integer greater than 1.").

689.    Alternatively, Shu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

690.    **Chu** discloses this element.  *See* claims 1, 4, and 8.

691.    Chu, 21:62-22:13 ("FIG. 10B is a diagram of a frame exchange 1030

between the AP 14 and a plurality of client stations 25, according to an

embodiment. The frame exchange 1030 is similar to the frame exchange 1000 of

FIG. l0A except that in the frame exchange 1030 scheduling for the second OFDMA

transmission 1012 can be different from the scheduling of the first OFDMA

transmission 1006. In an embodiment, in response to receiving the OFDMA

transmission 1006, the AP 14 transmits a control frame 1038 as an OFDMA

transmission to the of client stations 25, wherein a respective control frame 1038

transmitted to a particular client station 25 combines an ACK frame to

acknowledge receipt of the OFDM data unit 1004 received from the particular client

station 25 and a scheduling frame that includes scheduling information for the

second OFDMA transmission 1012 (e.g., scheduling information of the particular

client station 25 or scheduling information the all of the client stations 25 (STAI,
STA2 and STA3).").

692.   Chu, FIG. 10B.



FIG. 10B

693.   Chu, 22:27-33 ("FIG. 10C is a diagram of an example aggregated
control frame 1050 that combines an ACK frame and a scheduling frame, according
to an embodiment. In an embodiment, the control frame 1038 of FIG. 10B
corresponds to the aggregated control frame 1050. In other embodiments, the
control frame 1038 of FIG. 10B is generated according to other suitable formats.").

694.   Chu, FIG. 10C.



**FIG. 10C**

695.   Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

696.   To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

> **13.    Claim  14 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders  Claim 14 Obvious**
>
> **a.    The method of claim 13, further comprising: processing a second MPDU in a same resource unit as the first MPDU, wherein the second MPDU includes data intended for the first station.**

697.   *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a

downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

<div align="center">* * *</div>

698.    **Merlin '690** discloses this element.  *See* claims 1, 8, and 9.

699.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

700.    **Vermani** discloses this element.  *See* claims 1, 8, and 9.

701.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

702.    **Chun** discloses this element.  *See* claims 1, 8, and 9.

703.    *See also* Chun at ¶ [0095], ¶¶ [0273] – [0274], Figure 11, ¶¶ [0308] – [0309], Figure 14.

<div align="center">- 215 -</div>

███████████████████████

704.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

705.    **Shu** discloses this element.  *See* claims 1, 8, and 9.

706.    Shu, [0059] ("The access point may send the acknowledgment request message to the multiple stations by means of multicast (multicast), or may send the acknowledgment request message to a corresponding station by means of unicast (unicast). When the access point sends the acknowledgment request message to the multiple stations by means of multicast, the channel resource information included in the acknowledgment request message indicates the channel resources allocated by the access point to the multiple stations. When the access point sequentially sends the acknowledgment request message to a corresponding station of the multiple stations by means of unicast, the channel resource information included in the acknowledgment request message indicates a channel resource allocated by the access point to the corresponding station.").

707.    Shu, [0061]-[0062] ("As shown in FIG. 5, FIG. 5 is a schematic diagram of a frame format of BlockAckReq according to an embodiment of the present invention. The frame format of BlockAckReq includes a 2-byte frame control Frame Control field (Field; in a communications standard, Field may be translated as a field or may be translated as a domain; the frame control Frame Control field may also be referred to as frame control Frame Control information), a 2-byte frame

- 216 -

duration Duration/ID field, a 6-byte receiver address RA field, a 6-byte transmitter address TA field, a 2-byte BAR Control field, a variable-byte BAR Information field, an N-byte Sub-Channel-Index (sub-channel index) field (the Sub-Channel-Index field may also be referred to as Sub- Channel-Index information), and a 4-byte FCS (Frame Check Sequence, frame check sequence) field, where N is a positive integer. The N-byte sub-channel index field is a field added to the frame format of BlockAckReq in this embodiment of the present invention. N may be set to a quantity of bytes according to an actual need. For example, N may be set to a quantity of bytes according to a quantity of stations. The sub-channel index field is used to indicate a channel resource allocated by an access point to a station. Specifically, the sub- channel index field may carry channel resource information used to indicate a channel resource allocated by an access point to a station. For example, the access point may send BlockAckReq to a corresponding station by means of unicast, where N may be 2 bytes, a total of 16 binary bits. The 2-byte sub-channel index field divides channel resources of O MHz to 40 MHz into 16 sub-channels, where each sub-channel has a width of 2.5 MHz. The 16 sub-channels are numbered 1 to 16 sequentially from a low frequency to a high frequency. If the access point allocates the tenth sub-channel to a corresponding station, the tenth bit of the 16 binary bits may be set to 1, and remaining binary bits are set to 0, which indicates that the tenth sub-channel is allocated to the corresponding station, and the station feeds back an acknowledgment message by using the tenth sub-channel.

- 217 -

By analog, the access point may allocate channel resources to all stations receiving downlink data frames, so that the multiple stations concurrently return acknowledgment messages to the access point by using the allocated channel resources, where the acknowledgment messages may be BlockAck. Similarly, the access point may send BlockAckReq to multiple stations by means of multicast. If the access point allocates a channel resource to m stations at the same time, N needs to include at least 2 m bytes, so as to indicate the channel resource allocated by the access point to the m stations, where m is a positive integer greater than 1.").

708.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

709.    **Chu** discloses this element.  *See* claims 1, 8, and 9.

710.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

711.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

**14.    Claim  15 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders  Claim 15 Obvious**

**a.    The method of claim 13, wherein the trigger frame instigates the first station to transmit the first multi-user acknowledgement after an interframe**

**spacing period following receipt of the downlink multi-user frame.**

712.    *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

713.    **Merlin '690** discloses this element.  *See* claims 1, 4, 5, and 13.

714.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

715.    **Vermani** discloses this element.  *See* claims 1, 4, 5, and 13.

716.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

717.    **Chun** discloses this element.  *See* claims 1, 4, 5, and 13.  *See also* Chun at ¶ [0442], Figure 25.

718.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

719.    **Shu** discloses this element.  *See* claims 1, 4, 5, and 13.

720.    Shu, [0061]-[0062] ("As shown in FIG. 5, FIG. 5 is a schematic diagram of a frame format of BlockAckReq according to an embodiment of the present invention. The frame format of BlockAckReq includes a 2-byte frame control Frame Control field (Field; in a communications standard, Field may be translated as a field or may be translated as a domain; the frame control Frame Control field may also be referred to as frame control Frame Control information), a 2-byte frame duration Duration/ID field, a 6-byte receiver address RA field, a 6-byte transmitter address TA field, a 2-byte BAR Control field, a variable-byte BAR Information field, an N-byte Sub-Channel-Index (sub-channel index) field (the Sub-Channel-Index field may also be referred to as Sub- Channel-Index information), and a 4-byte FCS (Frame Check Sequence, frame check sequence) field, where N is a positive integer. The N-byte sub-channel index field is a field added to the frame format of BlockAckReq in this embodiment of the present invention. N may be set to a quantity of bytes according to an actual need. For example, N may be set to a quantity of bytes according to a quantity of stations. The sub-channel index field is

- 220 -

used to indicate a channel resource allocated by an access point to a station. Specifically, the sub- channel index field may carry channel resource infonnation used to indicate a channel resource allocated by an access point to a station. For example, the access point may send BlockAckReq to a corresponding station by means of unicast, where N may be 2 bytes, a total of 16 binary bits. The 2-byte sub-channel index field divides channel resources of O MHz to 40 MHz into 16 sub-channels, where each sub-channel has a width of 2.5 MHz. The 16 sub-channels are numbered 1 to 16 sequentially from a low frequency to a high frequency. If the access point allocates the tenth sub-channel to a corresponding station, the tenth bit of the 16 binary bits may be set to 1, and remaining binary bits are set to 0, which indicates that the tenth sub-channel is allocated to the corresponding station, and the station feeds back an acknowledgment message by using the tenth sub-channel. By analog, the access point may allocate channel resources to all stations receiving downlink data frames, so that the multiple stations concurrently return acknowledgment messages to the access point by using the allocated channel resources, where the acknowledgment messages may be BlockAck. Similarly, the access point may send BlockAckReq to multiple stations by means of multicast. If the access point allocates a channel resource to m stations at the same time, N needs to include at least 2 m bytes, so as to indicate the channel resource allocated by the access point to the m stations, where m is a positive integer greater than 1.").

███████████████████████████████████████

721.    Shu, [0056]-[0058] ("FIG. 4 shows a schematic diagram of acknowledging transmission of downlink data frames by multiple stations in a wireless local area network according to an embodiment of the present invention. Before the access point receives, after the access point sends a downlink data frame to the multiple stations, acknowledgment messages concurrently sent by the multiple stations, the method further includes: sending, by the access point, an acknowledgment request message to the multiple stations after preset time, where the acknowledgment request message includes channel resource information, and the channel resource information is used to indicate the channel resources allocated by the access point to the multiple stations.  The preset time may be a short interframe space (Short Interframe Space, SIFS for short). Values of the SIFS may be different in different IEEE 802.11 standards. For example, in the IEEE 802.11a standard, the value of the SIFS is 16 µs, and in the IEEE 802.11g standard, the value of the SIFS is 10 µs.").

722.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

723.    **Chu** discloses this element.  *See* claims 1, 4, 5, and 13.

724.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

725.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Merlin and/or

Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

15. **Claim  16 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 16 Obvious**

a. **Element 16 [a]: The method of claim 8, further comprising: receiving a multi-user block acknowledgement request frame that solicits acknowledgements from the first and second station,**

726.    *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites

a method implemented by a network device (which allegedly could be an IEEE

802.11 AP) "for coordinating an uplink multi-user response transmission to a

downlink multi-user transmission."  Independent claims 8 and 18 are very similar

to independent claim 1, but claims 8 and 18 recite methods implemented by a "first

station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink

acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to

independent claims 8 and 18 and their dependent claims, which analysis is

incorporated by reference as if set forth fully herein.  Thus, in this section I may

only discuss some of the pertinent disclosures of the prior art references analyzed

above, instead of repeating my analysis as to these similar claims.

* * *

727.    **Merlin '690** discloses this element.  *See* claims 1 and 6.

728.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

729.    **Vermani** discloses this element.  *See* claims 1 and 6.

730.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

731.    **Chun** discloses this element.  *See* claims 1 and 6.  *See also* Chun at [0442], Figure 25.

732.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

733.    **Shu** discloses this element.  *See* claims 1 and 6.

734.    Shu, [0056]-[0059] ("FIG. 4 shows a schematic diagram of acknowledging transmission of downlink data frames by multiple stations in a wireless local area network according to an embodiment of the present invention. Before the access point receives, after the access point sends a downlink data frame to the multiple stations, acknowledgment messages concurrently sent by the multiple stations, the method further includes:  sending, by the access point, an acknowledgment request message to the multiple stations after preset time, where the acknowledgment request message includes channel resource information, and

████████████████████████████████████████

the channel resource information is used to indicate the channel resources allocated

by the access point to the multiple stations The preset time may be a short

interframe space (Short Interframe Space, SIFS for short). Values of the SIFS may

be different in different IEEE 802.11 standards. For example, in the IEEE 802.11a

standard, the value of the SIFS is 16 µs, and in the IEEE 802.11g standard, the

value of the SIFS is 10 µs.   The access point may send the acknowledgment request

message to the multiple stations by means of multicast (multicast), or may send the

acknowledgment request message to a corresponding station by means of unicast

(unicast). When the access point sends the acknowledgment request message to the

multiple stations by means of multicast, the channel resource information included

in the acknowledgment request message indicates the channel resources allocated

by the access point to the multiple stations. When the access point sequentially

sends the acknowledgment request message to a corresponding station of the

multiple stations by means of unicast, the channel resource information included in

the acknowledgment request message indicates a channel resource allocated by the

access point to the corresponding station.").

735.    Shu, [0083] ("Specifically, the acknowledgment request message may

be a block acknowledgment request message Block:AckReq, and the block

acknowledgment request message Block:AckReq includes the channel resource

information that indicates the channel resources allocated by the access point to the

multiple stations. After the access point sends the downlink data frame to each

- 225 -

████████████████████████████████████████████████

station of the multiple stations, the access point receives the acknowledgment

messages concurrently sent by the multiple stations, where the multiple stations

concurrently send the acknowledgment messages to the access point by using the

channel resources indicated by the channel resource information included in the

block acknowledgment request message Block:AckReq.").

736.    Alternatively, Shu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

737.    **Chu** discloses this element.  *See* claims 1 and 6.

738.    Chu 13:38-49 ("In an embodiment, the ACK frames 606 are block

acknowledgement (Blk Ack) frames that indicate successful or unsuccessful

reception of a plurality of data units, such as of a plurality of data units aggregated

in the corresponding A-MPDU 602. Generally speaking, as used herein, the terms

"acknowledgement frame" and "ACK frame" are used interchangeably and

encompass both an acknowledgement frame that acknowledges successful or

unsuccessful receipt of a single data unit, and a block acknowledgement frame that

acknowledges successful or unsuccessful receipt of multiple data units (e.g.,

multiple data units transmitted as parts of an aggregated data unit).").

739.    Chu, FIG. 6.



**FIG. 6**

740.    Chu, 18:8-13 ("In an embodiment, the ACK frames 808 are block acknowledgement (Blk Ack) frames that indicate successful or unsuccessful reception of a plurality of data units, such as of a plurality of data units aggregated in the corresponding A-MPDU 702.").

741.    Chu, FIG. 8A.



**FIG. 8A**

742.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

743.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

> **b.**     **Element 16 [b]: wherein the first multi-user acknowledgement frame is transmitted after receipt of and in response to the multi-user block acknowledgement request frame.**

744.    *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

*  *  *

745.    **Merlin '690** discloses this element.  *See* claim 6.

- 228 -

746.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

747.    **Vermani** discloses this element.  *See* claim 6.

748.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

749.    **Chun** discloses this element.  *See* claim 6.  *See also* Chun at [0442], Figure 25.

750.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

751.    **Shu** discloses this element.  *See* claim 6.

752.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

753.    **Chu** discloses this element.  *See* claim 6.

754.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

755.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been

████████████████████████████████████

obvious at the time of the invention in view of any combination of Merlin and/or

Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

> **16.  Independent Claim 18 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Independent Claim 18 Obvious**

>> **a.  Element 18 [pre]: A method, implemented by a first station in a wireless network, for transmitting an uplink acknowledgment, the method comprising:**

756.    *See* claims 1-6, *supra*.  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

<div align="center">* * *</div>

757.    **<u>Merlin '690</u>** discloses this element.  *See* element 1[pre].

<div align="center">- 230 -</div>

██████████████████

758.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

759.    **Vermani** discloses this element.  *See* element 1[pre].

760.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

761.    **Chun** discloses this element.  *See* element 1[pre].

762.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

763.    **Shu** discloses this element.  *See* element 1[pre].

764.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

765.    **Chu** discloses this element.  *See* element 1[pre].

766.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

767.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

████████████████████████████

> **b.    Element 18 [a]: receiving a downlink multi-user frame addressed to a plurality of stations, including the first station, wherein the downlink multi-user frame is received from an access point in the wireless network;**

768.    *See* claims 1-6, *supra*.  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

<div align="center">* * *</div>

769.    **Merlin '690** discloses this element.  *See* element 1[a].

770.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

771.    **Vermani** discloses this element.  *See* element 1[a].

772.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

773.    **Chun** discloses this element.  *See* element 1[a].

774.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

775.    **Shu** discloses this element.  *See* element 1[a].

776.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

777.    **Chu** discloses this element.  *See* element 1[a].

778.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

779.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

    c.    **Element 18 [b]: receiving a multi-user block acknowledgement request frame that solicits acknowledgements from the first station and a second station, wherein the multi-user block acknowledgement request frame includes acknowledgement information indicating properties of a first multi-user acknowledgement frame;**

780.   *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

\* \* \*

781.   **Merlin '690** discloses this element.  *See* element 1[d].

782.   Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

783.   **Vermani** discloses this element.  *See* element 1[d].

784.   Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

785.   **Chun** discloses this element.  *See* element 1[d].

- 234 -

786.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

787.    **Shu** discloses this element.  *See* element 1[d].

788.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

789.    **Chu** discloses this element.  *See* element 1[d].

790.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

791.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

> **d.      Element 18 [c]: generating the first multi-user
> acknowledgment frame based on the
> acknowledgement information; and**

792.    *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink

acknowledgement." Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein. Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

793. **Merlin '690** discloses this element. *See* element 1[f].

794. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

795. **Vermani** discloses this element. *See* element 1[f].

796. Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

797. **Chun** discloses this element. *See* element 1[f].

798. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

799. **Shu** discloses this element. *See* element 1[f].

800. Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

███████████████████████████████

801.   **Chu** discloses this element.  *See* element 1[f].

802.   Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

803.   To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra.*

      e.      **Element 18 [d]: acknowledging the receipt of the downlink multi-user frame by transmitting the first multi-user acknowledgement frame to the access point,**

804.   *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

- 237 -

805.   **Merlin '690** discloses this element.  *See* element 1[f].

806.   Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

807.   **Vermani** discloses this element.  *See* element 1[f].

808.   Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

809.   **Chun** discloses this element.  *See* element 1[f].

810.   Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

811.   **Shu** discloses this element.  *See* element 1[f].

812.   Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

813.   **Chu** discloses this element.  *See* element 1[f].

814.   Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

815.   To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Merlin and/or

Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

> **f.    Element 18 [e]: wherein the first multi-user acknowledgement frame is transmitted simultaneously with a second multi-user acknowledgement frame generated and transmitted by the second station.**

816.    *See* claims 1-6, *supra*.  As discussed above, independent claim 1 recites

a method implemented by a network device (which allegedly could be an IEEE

802.11 AP) "for coordinating an uplink multi-user response transmission to a

downlink multi-user transmission."  Independent claims 8 and 18 are very similar

to independent claim 1, but claims 8 and 18 recite methods implemented by a "first

station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink

acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to

independent claims 8 and 18 and their dependent claims, which analysis is

incorporated by reference as if set forth fully herein.  Thus, in this section I may

only discuss some of the pertinent disclosures of the prior art references analyzed

above, instead of repeating my analysis as to these similar claims.

* * *

817.    **Merlin '690** discloses this element.  *See* element 1[g].

818.    Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

- 239 -

819.    **Vermani** discloses this element.  *See* element 1[g].

820.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

821.    **Chun** discloses this element.  *See* element 1[g].

822.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

823.    **Shu** discloses this element.  *See* element 1[g].

824.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

825.    **Chu** discloses this element.  *See* element 1[g].

826.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

827.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

17.    **Claim 19 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 19 Obvious**

a.    **The method of claim 18, wherein the acknowledgement information includes one or**

████████████████████████

**more of: (1) an indication of whether the first multi-user acknowledgement frame is part of a multi-user or single user transmission and (2) resource scheduling information for the first multi-user acknowledgement transmission.**

828.    *See* claims 1-6, *supra.*  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

829.    **Merlin '690** discloses this element.  *See* element 1[pre] and 1[d].

830.    *See also* Merlin '690 at ¶ [0134] ("Option 2: According to certain aspects, a second option for indicating the response type may be to aggregate an additional "special" frame into the A-MPDU from which the STA can know the response type and parameters. For example, if the special subframe is received, the STA may reply according to an allocation defined by the special subframe.

According to certain aspects, the special subframe may have a token number associated with a schedule for the response and the STA may reply according to the schedule. Alternatively, if the special subframe is not received, the STA may know to reply with a SU-MIMO transmission or the STA may know not to reply.").

831.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

832.    **Vermani** discloses this element.  *See* element 1[pre] and 1[d].

833.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

834.    **Chun** discloses this element.  *See* element 1[pre] and 1[d].

835.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

836.    **Shu** discloses this element.  *See* element 1[pre] and 1[d].

837.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

838.    **Chu** discloses this element. *See* element 1[pre] and 1[d].

839.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

840.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

> **18.     Claim 20 of the '520 Patent Is Anticipated By Each of Merlin '690, Vermani, Chun, Shu, and Chu; Alternatively Each Reference, Alone or in Combination, Renders Claim 20 Obvious**
>
> > **a.     Element 20 [a]: The method of claim 18, wherein the acknowledgment scheduling information includes properties of the second multi-user acknowledgement frame generated and transmitted by the second station,**

841.    *See* claims 1-6, *supra*.  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

- 243 -

842.    **Merlin '690** discloses this element.  *See* element 1[d], claims 9, 10, 18.

843.    *See also* Merlin '690 at ¶ [0134] ("Option 2: According to certain aspects, a second option for indicating the response type may be to aggregate an additional "special" frame into the A-MPDU from which the STA can know the response type and parameters. For example, if the special subframe is received, the STA may reply according to an allocation defined by the special subframe. According to certain aspects, the special subframe may have a token number associated with a schedule for the response and the STA may reply according to the schedule. Alternatively, if the special subframe is not received, the STA may know to reply with a SU-MIMO transmission or the STA may know not to reply.").

844.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

845.    **Vermani** discloses this element.  *See* element 1[d], claims 9, 10, 18.

846.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

847.    **Chun** discloses this element. *See* element 1[d], claims 9, 10, 18.

848.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

849.    **Shu** discloses this element.  *See* element 1[d], claims 9, 10, 18.

850.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

851.    **Chu** discloses this element.  *See* element 1[d], claims 9, 10, 18.

852.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

853.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

        **b.**        **Element 20 [b]: wherein the first multi-user acknowledgement frame and the second multi-user acknowledgement together form a multi-user transmission.**

854.    *See* claims 1-6, *supra*.  As discussed above, independent claim 1 recites a method implemented by a network device (which allegedly could be an IEEE 802.11 AP) "for coordinating an uplink multi-user response transmission to a downlink multi-user transmission."  Independent claims 8 and 18 are very similar to independent claim 1, but claims 8 and 18 recite methods implemented by a "first station" (which allegedly could be an IEEE 802.11 STA) "for transmitting an uplink acknowledgement."  Accordingly, my above analysis of claims 1-6 applies to independent claims 8 and 18 and their dependent claims, which analysis is incorporated by reference as if set forth fully herein.  Thus, in this section I may

only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

855.    **<u>Merlin '690</u>** discloses this element.  *See* element 1[f], claims 9, 10, 18.

856.    Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

857.    **<u>Vermani</u>** discloses this element.  *See* element 1[f], claims 9, 10, 18.

858.    Alternatively, Vermaini, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

859.    **<u>Chun</u>** discloses this element.  *See* element 1[f], claims 9, 10, 18.

860.    Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

861.    **<u>Shu</u>** discloses this element.  *See* element 1[f], claims 9, 10, 18.

862.    Alternatively, Shu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

863.    **<u>Chu</u>** discloses this element.  *See* element 1[f], claims 9, 10, 18.

864.    Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

865.    To the extent it is argued or determined that any of Merlin, Vermani, Chu, Shu, or Chu do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin and/or Vermani and/or Chu and/or Shu and/or Chu.  *See* "Motivation to Combine," *infra*.

### 19.    Motivation to Combine

866.    The systems and methods disclosed in the prior art references discussed (*i.e.*, Merlin '690, Vermani, Chun, Shu, and Chu) above are analogous to the inventions claimed in the '520 Patent.  At the time of the invention, one or more of these references could have been combined with each other (and/or in view of applicant admitted prior art and/or the knowledge of a person of ordinary skill in the art) by a person of ordinary skill in the art in an obvious way, and a person of ordinary skill would have had a reasonable expectation of success in combining these references as described above.

867.    Each of these references is analogous art to the claimed invention because the references are from the same field of endeavor as the claimed invention (even if it is argued or determined that they address a different problem).  Each of these references are analogous art to the claimed invention also because each reference is reasonably pertinent to the problem faced by the inventor (even if it is argued or determined that they are not in the same field of endeavor as the claimed invention).  As shown in detail above and as summarized and expounded upon

below, each of these references would have logically commended themselves to the inventors' attention in considering the problem they were attempting to address.

868.    For example, Merlin '690 discloses "frame structures and protocols for uplink multiple user (MU) frame exchanges." *Id.* at ¶ [0008].  Merlin '690 further discloses "a processing system configured to determine that a plurality of devices have a first capability and generate a MU packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an acknowledgment (ACK) or block ACK (BA), and an interface configured to output the MU packet for transmission." *Id.* at ¶ [0009].  And as discussed above in more detail, Merlin '690 discloses or renders obvious all elements of the Asserted Claims of the '520 Patent.  *See supra.*  Merlin '690 discloses teachings, suggestions, and motivations to use the disclosed system.  *Id.* at ¶ [0005] ("Wireless communication networks are widely deployed to provide various communication services such as voice, video, packet data, messaging, broadcast, etc. These wireless networks may be multiple-access networks capable of supporting multiple users by sharing the available network resources. Examples of such multiple-access networks include Code Division Multiple Access (CDMA) networks, Time Division Multiple Access (TDMA) networks, Frequency Division Multiple Access (FDMA) networks, Orthogonal FDMA (OFDMA) networks, and Single-Carrier FDMA (SC-FDMA) networks."); *see also id.* at ¶ [0006] ("In order to address the issue of increasing bandwidth requirements that are demanded for wireless communications systems,

███████████████████████████████████████████████

different schemes are being developed to allow multiple user terminals to

communicate with a single access point by sharing the channel resources while

achieving high data throughputs. Multiple Input Multiple Output (MIMO)

technology represents one such approach that has emerged as a popular technique

for communication systems. MIMO technology has been adopted in several wireless

communications standards such as the Institute of Electrical and Electronics

Engineers (IEEE) 802.11 standard. The IEEE 802.11 denotes a set of Wireless Local

Area Network (WLAN) air interface standards developed by the IEEE 802.11

committee for short-range communications (e.g., tens of meters to a few hundred

meters)."); *see also id.* at ¶ [0094] ("The techniques described herein may be used for

various broadband wireless communication systems, including communication

systems that are based on an orthogonal multiplexing scheme. Examples of such

communication systems include Spatial Division Multiple Access (SDMA), Time

Division Multiple Access (TDMA), Orthogonal Frequency Division Multiple Access

(OFDMA) systems, Single-Carrier Frequency Division Multiple Access (SC-FDMA)

systems, and so forth. An SDMA system may utilize sufficiently different directions

to simultaneously transmit data belonging to multiple user terminals. A TDMA

system may allow multiple user terminals to share the same frequency channel by

dividing the transmission signal into different time slots, each time slot being

assigned to different user terminal An OFDMA system utilizes orthogonal

frequency division multiplexing (OFDM), which is a modulation technique that

- 249 -

partitions the overall system bandwidth into multiple orthogonal sub-carriers. These sub-carriers may also be called tones, bins, etc. With OFDM, each sub-carrier may be independently modulated with data.").

869. At the time of the invention, it would have been obvious for a POSITA to combine the teachings of any combination of the above references, using known methods as disclosed in the references, to yield predictable results. This would have involved nothing more than making a simple substitution for one or more known elements to yield a predictable result; and/or using a known technique disclosed in the references to improve a similar device or method in the same way; and/or applying a known technique to a known device or method ready for improvement to yield a predictable result; and/or choosing from a finite, number of identified, predictable solutions with a reasonable expectation of success; and/or using known work prompting variations of it for use based on given design incentives or other market forces in which the variations were predictable to one of ordinary skill in the art. *See*, *e.g.*, the discussion of the development of IEEE 802.11 as well summaries of certain prior references in the "State of the Art" Section above. (Section V).

870. As one exemplary combination, it would have been obvious at the time of the invention to combine the teachings of Merlin '690 with the teachings of Vermani. As discussed above in detail, both references independently disclose (or at least render obvious) all asserted claims of the '520 patent. And both references are directed to similar improvements in IEEE 802.11 WLAN technology that were

known to a POSITA at the time of the invention of the '520 Patent.  *See* Merlin '690

at ¶ [0148] ("As discussed above, according to certain aspects of the present

disclosure, an AP may solicit immediate responses from multiple HEW STAs (e.g.,

VHT STAs) that all support UL MU-MIMO, UL FDMA, or both.") and at ¶ [0006]

("In order to address the issue of increasing bandwidth requirements that are

demanded for wireless communications systems, different schemes are being

developed to allow multiple user terminals to communicate with a single access

point by sharing the channel resources while achieving high data throughputs.

Multiple Input Multiple Output (MIMO) technology represents one such approach

that has emerged as a popular technique for communication systems. MIMO

technology has been adopted in several wireless communications standards such as

the Institute of Electrical and Electronics Engineers (IEEE) 802.11 standard.").  *See*

Vermani at ¶ [0004] ("In order to address the issue of increasing bandwidth

requirements that are demanded for wireless communications systems, different

schemes are being developed to allow multiple user terminals to communicate with

a single access point by sharing the channel resources while achieving high data

throughputs. Multiple Input or Multiple Output (MIMO) technology represents one

such approach that has recently emerged as a popular technique for the next

generation communication systems. MIMO technology has been adopted in several

emerging wireless communications standards such as the Institute of Electrical

Engineers (IEEE) 802.11 standard.") and Vermani at ¶ [0006] ("Aspects disclosed

- 251 -

herein may be advantageous to systems employing wireless local area networks

(WLANs) in accordance with the IEEE 802.11 standard.").  See also Vermani at

Figure 5:



FIG. 5

871.    Both Merlin '690 and Vermani discloses the use of multiple STAs to

transmit MU acknowledgement transmissions simultaneously in the uplink.

Therefore, a POSITA would have found it obvious to combine Merlin '690 and

Vermani such that MU acknowledgement transmissions are made after an

interframe spacing period following receipt of the downlink multi-user frame.

Additionally, both references were assigned to Qualcomm—a company that would

have been known to POSITA to be doing work related to IEEE 802.11 technology at

the time.

███████████████████████████████

872.  As another exemplary combination of prior art, as of the filing date of the '520 Patent, it would also have been obvious to combine Merlin '690 and/or Vermani with Chun.  Chun, like Merlin '690 and Vermani discussed above, is directed to improvements in IEEE 802.11 WLAN technology that were known to a POSITA at the time of the invention of the '520 Patent.  *See* Chun at ¶ [0006] ("Recently, a need for a new WLAN system for supporting a higher throughput than a data rate supported by IEEE 802.11ac comes to the fore.").  Indeed, Chun is expressly directed to IEEE 802.11ax—the same standard that the Asserted Patents are allegedly essential to, and Chun provides ample suggestions to use its inventions in that context.  *See* Chun at ¶ [0007] ("The scope of IEEE 802.11ax chiefly discussed in the next-generation WLAN task group called a so-called IEEE 802.11ax or high efficiency (HEW) WLAN includes 1) the improvement of an 802.11 physical (PHY) layer and medium access control (MAC) layer in bands of 2.4 GHz, 5 GHz, etc., 2) the improvement of spectrum efficiency and area throughput, 3) the improvement of performance in actual indoor and outdoor environments, such as an environment in which an interference source is present, a dense heterogeneous network environment, and an environment in which a high user load is present and so on."); Chun at ¶ [0008] ("A scenario chiefly taken into consideration in IEEE 802.11ax is a dense environment in which many access points (APs) and many stations (STAs) are present. In IEEE 802.11ax, the improvement of spectrum efficiency and area throughput is discussed in such a situation. More specifically,

- 253 -

████████████████████████████████

there is an interest in the improvement of substantial performance in outdoor

environments not greatly taken into consideration in existing WLANs in addition to

indoor environments."); Chun at ¶ [0009] ("In IEEE 802.11ax, there is a great

interest in scenarios, such as wireless offices, smart homes, stadiums, hotspots, and

buildings/apartments. The improvement of system performance in a dense

environment in which many APs and many STAs are present is discussed based on

the corresponding scenarios.").

873.    As another exemplary combination of prior art, as of the filing date of

the '520 Patent, it would also have been obvious to combine Merlin '690 and/or

Vermani and/or Chun with Shu.  Shu, like Merlin '690, Vermani , and Chun

discussed above, is specifically directed to improvements in IEEE 802.11 WLAN

technology that were known to a POSITA at the time of the invention of the '520

Patent.  Shu at ¶ [0003] ("An access point (Access Point, AP for short) can send a

downlink data frame to multiple stations (Station, STA for short) at the same time

by using the multi-user multiple-input multiple-output (Multi-User Multiple-Input

Multiple-Output, MU MIMO for short) or orthogonal frequency division multiple

access (Orthogonal Frequency Division Multiple Access, OFDMA for short)

technology. Before sending the downlink data frame, the access point may first

measure a downlink channel of the station. The access point may measure the

downlink channel by using a channel measurement mechanism defined in an

Institute of Electrical and Electronics Engineers (Institute of Electrical and

███████████████████████████████████████████

Electronics Engineers, IEEE for short) 802.11 standard. As shown in FIG. 1, the

access point first sends a null data packet announcement (Null Data Packet

Announce, NDPA for short) message to the multiple stations to instruct the stations

to perform channel measurement subsequently. Then, the access point sends a null

data packet (Null Data Packet, NDP for short) message to the foregoing stations,

and the stations measure the downlink channels by using a training sequence in the

NDP message and sequentially feed back a channel measurement result, that is,

channel state information (Channel State Information, CSI for short), to the access

point. The access point can send, according to the CSI fed back by the stations, the

downlink data frame to the multiple stations by using the MU MIMO or OFDMA

technology."); Shu at ¶ [0004] ("After sending the downlink data frame to the

multiple stations, the access point sequentially sends an acknowledgment request

message to the multiple stations at a short interframe space (Short Interframe

Space, SIFS for short), so as to request the stations to feed back whether the

downlink data frames are received successfully. The acknowledgment request

message may be a BlockAckReq (Block Acknowledgement Request, block

acknowledgment request; in an IEEE 802.11 standard, BlockAckReq may also be

BAR for short). After receiving the acknowledgment request messages, the multiple

stations sequentially return acknowledgment messages to the AP in a time division

manner. The acknowledgment message may be BlockAck (Block Acknowledgement,

block acknowledgment; in an IEEE 802.11 standard, BlockAck may also be BA for

- 255 -

███████████████████████████████

short), as shown in FIG. 2. After receiving the acknowledgment requests, the

multiple STAs take relatively long feedback time to return the acknowledgment

messages to the AP.").

874.    As another exemplary combination of prior art, as of the filing date of

the '520 Patent, it would also have been obvious to combine Merlin '690 and/or

Vermani and/or Chun and/or Shu with Chu.  Chu, like Merlin '690, Vermani , Chun,

and Shu discussed above, is directed to improvements in IEEE 802.11 WLAN

technology that were known to a POSITA at the time of the invention of the '520

Patent.  And Chu specifically discloses that the invention applies to IEEE 802.11 ax

systems and methods.  *See* Chu at 5:31-47 ("The AP is configured to operate with

client stations according to at least a first communication protocol. The first

communication protocol is sometimes referred to herein as "high efficiency WiFi,"

"high efficiency WLAN," "HEW" communication protocol, or 802.11 ax

communication protocol. The first communication protocol supports OFDMA

communication between the AP and the client stations. In some embodiments,

different client stations in the vicinity of the AP are configured to operate according

to one or more other communication protocols that define operation in the same

frequency band as the HEW communication protocol but with generally lower data

throughputs. The lower data throughput communication protocols (e.g., IEEE

802.11a, IEEE 802.11n, and/or IEEE 802.11ac) are collectively referred herein as

"legacy" communication protocols. The legacy communication protocols do not support OFDMA communication, in an embodiment.").

875.    Further, as discussed previously, one or more inventors of each of Merlin '690, Vermani, Chun, and Chu submitted technical papers to the HEW Study Group and IEEE 802.11ax Task Group.  Moreover, inventors of some of these prior art references held technical leadership roles in the TGAX.

**B.    The Asserted Claims of the '187 Patent Are Invalid**

876.    As mentioned  previously, Atlas asserts claims 1-14 of the '187 Patent. Claims 1, 10, and 14 are independent claims. Independent claim 1 recites a method "for transmitting data to a plurality of Stations (STAs) through a transmission channel by an Access Point (AP) in a Wireless Local Area Network (WLAN) system, wherein the transmission channel is divided into a plurality of resource units which are allocated to the plurality of STAs respectively."  The AP allegedly could be an IEEE 802.11 AP, and the STAs could allegedly be IEEE 802.11 STAs. The claimed method includes interleaving data units into interleaved data units, and transmitting the interleaved data units using a Physical layer Protocol Data Unit (PPDU) frame.

877.    Independent claims 10 and 14 recite very similar methods to that of independent claim 1, except from the perspective of "receiving data from an Access Point (AP) through a transmission channel by a first Station (STA) among a plurality of STAs in a Wireless Local Area Network (WLAN) system…."  Claims 10

████████████████████████████████████████

and 14 are nearly identical, except that claim 10 generally recites "resource units,"
while claim 14 specifically recites "OFDMA resource units."  Both claimed methods
include receiving interleaved data units using a PPDU frame, and deinterleaving
the interleaved data units.

878.   As shown below, methods for transmitting and receiving by the
claimed interleaving/deinterleaving and the claimed PPDU frames were previously
known in the art.

879.   Specifically, each asserted claim of the '187 Patent is anticipated by
each of U.S. Patent Pub. No. 2017/0272295 ("Lee"), U.S. Patent Pub. No.
2017/0339701 ("Choi"), U.S. Patent Pub. No. 2012/0051447 ("Qi"), "Part 11: Wireless
LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications
Amendment 4: Enhancements for Very High Throughput for Operation in Bands
below 6 GHz" ("802.11ac-2013"), and "Interleaver and Tone Mapper for OFDMA"
("Marvell"). Further, each asserted claim of the '187 Patent is obvious in view of
each of these references standing alone, and each of these claims is obvious  in view
of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or
Marvell.

    **1.**    **Independent Claim 1 of the '187 Patent Is Anticipated By Each of
Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each
Reference, Alone or in Combination, Renders Independent Claim 1
Obvious**

        **a.**    **Element 1 [pre]:  A method for transmitting data to
a plurality of Stations (STAs) through a
transmission channel by an Access Point (AP) in a**

- 258 -

████████████████████████████████████

**Wireless Local Area Network (WLAN) system, wherein the transmission channel is divided into a plurality of resource units which are allocated to the plurality of STAs respectively, the method comprising:**

880.   **Lee** discloses this element. Lee employs abbreviations in a consistent manner with 802.11 series standards, including Wireless Local Area network (WLAN) (*see* Lee at ¶ [0003]), and Access Point (AP) and Station (STA) (*see* Lee at ¶ [0008]). For example, Lee discloses: "An AP means an entity which enables access to a DS through a WM with respect to associated STAs and has the STA functionality. The movement of data between a BSS and the DS can be performed through an AP. For example, each of the STA 2 and the STA 3 of FIG. 1 has the functionality of an STA and provides a function which enables associated STAs (e.g., the STA 1 and the STA 4) to access the DS."  Lee at ¶ [0055]. Lee also discloses: "In a WLAN system, an STA is an apparatus operating in accordance with the medium access control (MAC)/PHY regulations of IEEE 802.11. An STA may include an AP STA and a non-AP STA unless the functionality of the STA is not individually different from that of an AP. In this case, assuming that communication is performed between an STA and an AP, the STA may be interpreted as being a non-AP STA."  Lee at ¶ [0068].

881.   Lee further discloses transmitting data from an AP to multiple STAs in a WLAN at ¶ [0109] ("An IEEE 802.11ac WLAN system supports the transmission of a DL multi-user multiple input multiple output (MU-MIMO)

- 259 -

████████████████

method in which a plurality of STAs accesses a channel at the same time in order to efficiently use a radio channel. In accordance with the MU-MIMO transmission method, an AP may simultaneously transmit a packet to one or more STAs that have been subjected to MIMO pairing."). Communications between the AP and the non-AP STAs can include uplink (UL) and downlink (DL) communications. For example, "Downlink multi-user transmission (DL MU transmission) means a technology in which an AP transmits a PPDU to a plurality of non-AP STAs through the same time resources using one or more antennas." Lee at ¶ [0110]. Further, Lee discloses that "… downlink (DL) means communication from an AP to a non-AP STA. Uplink (UL) means communication from a non-AP STA to an AP. In DL, a transmitter may be part of an AP, and a receiver may be part of a non-AP STA. In UL, a transmitter may be part of a non-AP STA, and a receiver may be part of an AP." Lee at ¶ [0071].

882.    Lee further discloses that the transmission channel is divided into a plurality of resource units which are allocated to the plurality of STAs respectively. For example, Lee discloses: "In one embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a case, the 20 MHz band may be divided into four subblocks, and at least one subblock may be allocated to an STA. An HE STA may use a numerology, that is, an interleaver, of VHT 20 MHz ($N\_SD=52$) if the number of contiguous subblocks is 1, a numerology, that is, an interleaver, of VHT 40 MHz ($N\_SD=108$) if the number of contiguous subblocks is 2, and a numerology, that is,

- 260 -

███████████████████████████████

an interleaver, of VHT 80 MHz (N_SD=234) if the number of contiguous subblocks

is 4 depending on the number of contiguous subblocks allocated to an STA."  Lee at

¶ [0292]; see also Lee at Table 1.

883.    Lee also discloses: "If OFDMA is used, an STA may segment

subcarriers within a unit bandwidth into a plurality of subgroups and may allocate

the segmented subcarriers to a plurality of users, that is, STAs. Such a subgroup

may include a subblock unit as described above. Furthermore, a method for

configuring a subblock is described below. A unit for resource allocation through

OFDMA in a frequency axis may be hereinafter called a subblock or resource unit."

Lee at ¶ [0307]. Further, "An HE STA may configure subblocks in minimum

granularity including specific tones and may allocate the subblocks in a positive

integer number times the subblock. Pilots may be included or may not be included

in a resource unit depending on whether they are used in common or for a dedicated

purpose. If such a method is used, there is an advantage in that excellent minimum

granularity can be flexibly applied to most of data units. Furthermore, a resource

unit can be easily allocated and scheduled with respect to various traffic amounts

and various bandwidths without tones left with respect to a given bandwidth."  Lee

at ¶ [0312].

884.    Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

885.   **Choi** discloses this element. For example, Choi discloses: "In order to achieve the above-described technical object of the present invention, according to an aspect of the present invention, a method for allocating resource units in a wireless LAN may include the steps of generating, by an access point (AP), a PHY layer protocol data unit (PPDU) that is to be transmitted to a plurality of stations (STAs), and transmitting, by the AP, the PPDU to the plurality of STAs through at least one container that is allocated within an entire frequency bandwidth, wherein the PPDU may include multiple user (MU)/single user (SU) transmission indication information and per container resource allocation information, wherein the MU/SU transmission indication information may include information on whether SU based transmission is performed or MU based transmission is performed within the entire bandwidth, wherein the per container resource allocation information may include information on a number of STAs being allocated to each of the at least one container, wherein each of the at least one container may include one first resource unit or a plurality of second resource units, and wherein a number of tones corresponding to the first resource unit may be greater than a number of tones corresponding to the second resource unit." Choi at ¶ [0008].

886.   Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

887.   **Qi** discloses this element. For example, Qi discloses: "FIG. 1 is a block diagram of an example embodiment of a wireless local area network (WLAN) 10

███████████████████████████████████████

that utilizes information bit interleaving techniques described herein, according to
an embodiment. An AP 14 includes a host processor 15 coupled to a network
interface 16. The network interface 16 includes a medium access control (MAC)
processing unit 18 and a physical layer (PHY) processing unit 20. The PHY
processing unit 20 includes a plurality of transceivers 21, and the transceivers 21
are coupled to a plurality of antennas 24. Although three transceivers 21 and three
antennas 24 are illustrated in FIG. 1, the AP 14 can include different numbers (e.g.,
1, 2, 4, 5, etc.) of transceivers 21 and antennas 24 in other embodiments. In one
embodiment, the MAC processing unit 18 and the PHY processing unit 20 are
configured to operate according to a first communication protocol (e.g., the IEEE
802.11ac Standard, now in the process of being standardized). The first
communication protocol is also referred to herein as a very high throughput (VHT)
protocol. In another embodiment, the MAC processing unit 18 and the PHY
processing unit 20 are also configured to operate according to at least a second
communication protocol (e.g., the IEEE 802.11n Standard, the IEEE 802.11a
Standard, etc.)." Qi at ¶ [0015].

888.    Qi further discloses: "The WLAN 10 includes a plurality of client
stations 25. Although four client stations 25 are illustrated in FIG. 1, the WLAN 10
can include different numbers (e.g., 1, 2, 3, 5, 6, etc.) of client stations 25 in various
scenarios and embodiments. At least one of the client stations 25 (e.g., client station
25-1) is configured to operate at least according to the first communication

████████████████████████████████████████

protocol." Qi at ¶ [0016].  Additionally, Qi discloses that "[i]n various embodiments, the PHY processing unit 20 of the AP 14 is configured to generate data units conforming to the first communication protocol. The transceiver(s) 21 is/are configured to transmit the generated data units via the antenna(s) 24. Similarly, the transceiver(s) 24 is/are configured to receive the data units via the antenna(s) 24. The PHY processing unit 20 of the AP 14 is configured to process received data units conforming to the first communication protocol, according to an embodiment." Qi at ¶ [0019].

889.    Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

890.    **802.11ac-2013** discloses this element. For example, 802.11ac-2013 discloses: "A technique by which an access point (AP) with more than one antenna transmits a physical layer (PHY) protocol data unit (PPDU) to multiple receiving non-AP stations (STAs) over the same radio frequencies, wherein each non-AP STA simultaneously receives one or more distinct space-time streams." 802.11ac-2013 at pg. 2.  802.11ac-2013 further discloses: "A non-access-point (non-AP) station (STA) that receives a physical layer (PHY) protocol data unit (PPDU) that was transmitted using a multi-user beamforming steering matrix and that supports the very high throughput (VHT) transmit beamforming feedback mechanism with a VHT null data packet (NDP) Announcement frame that includes more than one STA Info field as described in 9.31.5." 802.11ac-2013 at pg. 6.

███████████████████████

891.  802.11ac-2013 also discloses: "Wireless LANs (WLANs) implemented in accordance with this standard are subject to equipment certification and operating requirements established by regional and national regulatory administrations. The PHY specification establishes minimum technical requirements for interoperability, based upon established regulations at the time this standard was issued. These regulations are subject to revision or may be superseded. Requirements that are subject to local geographic regulations are annotated within the PHY specification. Regulatory requirements that do not affect interoperability are not addressed in this standard. Implementers are referred to the regulatory sources in Annex D for further information. Operation in countries within defined regulatory domains might be subject to additional or alternative national regulations." 802.11ac-2013 at pg. 296.

892.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

893.  **<u>Marvell</u>** discloses this element. For example, at slide 9, Marvell discloses:

- 265 -

# (1) 52-tone RU, Nrot

- **Simulation Assumptions**
  - A STA is assigned with a 52-tone block randomly.
  - Ncol=16(11a)
  - BCC, 8000 bits
  - 4Tx, Nss=2, 4; 8Tx, Nss=8. No TxBF.
  - Nrot is simulated from 1 to 23.
  - D-NLOS (CP=0.8us), UMi-NLOS (CP=1.6us)
  - Actual channel estimation, no other impairments

- **Compared SNR(Nrot) – SNR(Nrot_ref) at PER = 10%**
  - Nrot_ref =11 for Nss<=4
  - Negative value → Nrot performs better than Nrot_ref.

Further, Marvell discloses at slide 16:

# Simulations

- **Simulation assumptions**
  - A STA is assigned with a 26/52/106-tone blocks randomly.
  - 8000 bit per packet.
  - D-NLOS (CP=0.8us),
    - 1x1, Nss=1; 2x2, Nss = 2; 4x4, Nss=4; 8x8, Nss=8. No TxBF.
  - UMi-NLOS (CP=1.6us)
    - 1x1
  - Actual channel estimation, no other impairments.

- **Compared $SNR(D_{TM})$ – $SNR(D_{TM}=1)$ at PER = 10%**
  - DTM = 1 → no tone mapping.
  - If negative value → tone mapping performs better than no tone mapping.

Further, Marvell discloses at slide 24:

- 266 -

## (4) 484-tone RU, $D_{TM}$

- Segment parser is used for 11ac 160MHz, which can be reused here.

- Alternative we can remove segment parser and define a new $D_{TM}$ for LDPC.
  - Potential $D_{TM}$ = 2, 3, 4, 6, 9, 12, 13, 18, 26, 36, 39, 52, 78, 117, 156, 234.

- Simulation assumptions
  - A STA is assigned with a 484-tone RU.
  - 8000 bit per packet.
  - D-NLOS (CP=0.8us), UMi-NLOS (CP=1.6us)
  - Actual channel estimation, no other impairments.
  - Simulated $D_{TM}$ = 13, 18, 26, 36, 39, 52, 78, 117 (without segment parser), and segment parser with $D_{TM}$ = 9 (11ac 160MHz).
  - MCS 0, 2, 4, 7 and 9.

Further, Marvell discloses at slide 27:

## (5) 996-tone RU, $D_{TM}$

- **Potential $D_{TM}$ = 2, 4, 5, 7, 10, 14, 20, 28, 35, 49, 70, 98, 140, 196, 245, 490**

- **Simulation assumptions**
  - A STA is assigned with a 996-tone RU.
  - 8000 bit per packet.
  - D-NLOS (CP=0.8us), UMi-NLOS (CP=1.6us)
  - Actual channel estimation, no other impairments.
  - Simulated $D_{TM}$ = 10, 14, 20, 28, 35, 49, 70, 98 for MCS0, 2, 4, 7 and 9.

894.    Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 267 -

███████████████████████

895.    To the extent it is argued or determined that any of Lee, Choi, Qi,

802.11ac-2013, or Marvell do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Lee

and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to

Combine," *infra*.

> **b.    Element 1 [a]: interleaving a plurality of data units
> for the plurality of STAs based on sizes of the
> plurality of resource units allocated to the plurality
> of STAs to generate a plurality of interleaved data
> units; and**

896.    **Lee** discloses this element. For example, Lee discloses: "In one

embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a

case, the 20 MHz band may be divided into four subblocks, and at least one

subblock may be allocated to an STA. An HE STA may use a numerology, that is, an

interleaver, of VHT 20 MHz ($N\_SD=52$) if the number of contiguous subblocks is 1,

a numerology, that is, an interleaver, of VHT 40 MHz ($N\_SD=108$) if the number of

contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz

($N\_SD=234$) if the number of contiguous subblocks is 4 depending on the number of

contiguous subblocks allocated to an STA."  Lee at ¶ [0292]. Further, "[a]n STA may

segment a 20 MHz band into a plurality of subblocks and allocate the segmented

subblocks to at least one STA. The STA may deploy a pilot signal in the segmented

subblocks. In one embodiment, the STA may deploy pilots as in the common part of

DL OFDMA. In another embodiment, the STA may deploy the pilots as in the

- 268 -

████████████████████████████████████████

aforementioned option of a VHT system depending on a bandwidth option of each

subblock (or subband). In this case, the numerology (N_SD, N_SP or N_ST) of each

subblock may be set identically with the bandwidth option of a VHT system. For

example, an HE STA may use a 20 MHz numerology of VHT in the case of a single

subblock, may use a 40 MHz numerology of VHT in the case of two subblocks, and

may use an 80 MHz numerology of VHT in the case of four subblocks."  Lee at ¶

[0297].

897.   Lee further discloses: "A system may be designed so that a subblock

size corresponds to the resource unit size of an existing Wi-Fi system, such as VHT.

For example, a subblock may be configured in a 26 tone, 56 tone, 114 tone, 242 tone,

484 tone or 14 (or 13) tone unit including a pilot. If a subblock is configured in such

a tone unit, an added system element can be minimized because the structure of an

existing Wi-Fi system, that is, an encoding/interleaving structure, can be used."

Lee at ¶ [0309]. Also, Lee discloses: "An HE STA may configure subblocks in

minimum granularity including specific tones and may allocate the subblocks in a

positive integer number times the subblock. Pilots may be included or may not be

included in a resource unit depending on whether they are used in common or for a

dedicated purpose. If such a method is used, there is an advantage in that excellent

minimum granularity can be flexibly applied to most of data units. Furthermore, a

resource unit can be easily allocated and scheduled with respect to various traffic

amounts and various bandwidths without tones left with respect to a given bandwidth." Lee at ¶ [0312].

898.   Lee further discloses "[a] method for interleaving allocated resource is described below in addition to the method for allocating resources through OFDMA using the aforementioned predetermined resource unit size." Lee at ¶ [0318]. In an example embodiment, Lee discloses that "subcarriers may be allocated in a 13/14, 26, 56, 114, 242 or 484 tone unit. In such a case, a bandwidth may be represented as X*N (N=1, 2, 3, 4, . . . , ) (X is the number of tones of a minimum resource unit)." Lee at ¶ [0319]. In another example embodiment, Lee discloses: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. Lee further discloses: "In the aforementioned embodiments, the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a

- 270 -

resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

899. Lee also discloses: "The interleaver 17030 may interleave encoded data. The interleaver 17030 operates only if the FEC encoder 17010 has performed BCC encoding and may bypass data if the FEC encoder 17010 has performed LDPC encoding. The interleaver 17030 may include a plurality of interleaving blocks. The interleaving parameters of the plurality of interleaving blocks have been illustrated in Table 1. Each of the plurality of interleaving blocks may also be called a sub-interleaver or an interleaver." Lee at ¶ [0351]. Further, Lee discloses: "In an embodiment of the present invention, the unit of data to be allocated through OFDMA is set in a plurality of resource units. For example, an STA may set a resource unit in a 26 tone, 52 tone, 114 tone, 242 tone or 484 tone unit and may allocate subcarriers to a user/STA in the unit of such a resource unit. In such a case, as described above, the interleaver of Table 1 may be used in each tone unit." Lee at ¶ [0360].

900. Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

901. **Choi** discloses this element. For example, Choi discloses: "In case of the OFDMA based resource allocation method according to the exemplary embodiment of the present invention, resource allocation units each defined to have

███████████████████████████████████

a different size may be used. More specifically, a basic resource unit for the OFDMA

based resource allocation may be defined as a resource unit of 26 tones and a

resource unit of 242 tones. For example, a resource unit of 26 tones may include a

data tone of 24 tones and a pilot tone of 2 tones. A resource tone of 242 tones may

include a data tone of 234 tones and a pilot tone of 8 tones. By applying an

interleaver having a size of 234 to the resource unit of 242 tones, and by applying

an interleaver having a size of 24 to the resource unit of 26 tones, interleaving may

be performed on the data tone. A tone may be interpreted to have the same meaning

as a subcarrier." Choi at ¶ [0057].

902.    Alternatively, Choi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

903.    **Qi** discloses this element. For example, Qi discloses: "A stream parser

216 parses the one or more encoded streams into one or more spatial streams for

separate interleaving and mapping into constellation points. Corresponding to each

spatial stream, an interleaver 220 interleaves bits of the spatial stream (i.e.,

changes the order of the bits) to prevent long sequences of adjacent noisy bits from

entering a decoder at the receiver. Also corresponding to each spatial stream, a

constellation mapper 224 maps an interleaved sequence of bits to constellation

points corresponding to different subcarriers of an orthogonal frequency division

multiplexing (OFDM) symbol. More specifically, for each spatial stream, the

constellation mapper 224 translates every bit sequence of length log2(M) into one of

- 272 -

M constellation points. The constellation mapper 224 handles different numbers of constellation points depending on the modulation and coding scheme (MCS) being utilized. In an embodiment, the constellation mapper 224 is a quadrature amplitude modulation (QAM) mapper that handles M=2, 4, 16, 64, 256, and 1024. In other embodiments, the constellation mapper 224 handles different modulation schemes corresponding to M equaling different subsets of at least two values from the set {2, 4, 16, 64, 256, 1024}." Qi at ¶ [0025].

904.    Qi further discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

905.    Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

906. **802.11ac-2013** discloses this element. For example, 802.11ac-2013

discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for

one or more stations (STAs) using the downlink multi-user multiple input, multiple

output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

907. Figure 22-12 from 802.11ax-2013, p.236 shows the interleaver for each

user:



**Figure 22-12—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT MU PPDU**

- 274 -

908.    Inteleaver parameters for each user are described in 802.11ac starting

with p.279.  Details for different resource unit sizes are provided in Table 22-17:

> That is, the operation of the interleaver is the same as if the transmission were an SU one, consisting of bits from only that user.
>
> This subclause describes the interleaver used in the case of BCC encoding.  The interleaver described in this subclause shall be bypassed in the case of LDPC encoding.
>
> For a 20 MHz, 40 MHz, or 80 MHz VHT PPDU transmission, the bits at the output of the stream parser are processed in groups of $N_{CBPS}$ bits. Each of these groups is divided into $N_{SS}$ blocks of $N_{CBPSS}$ bits, and each block shall be interleaved by an interleaver based on the Clause 18 interleaver. For a contiguous 160 MHz or a noncontiguous 80+80 MHz VHT PPDU transmission, each frequency subblock of $N_{CBPSS}/2$ output bits from the segment parser is interleaved by the interleaver for 80 MHz defined in this subclause. This interleaver, which is based on entering the data in rows, and reading it out in columns, has a different number of columns $N_{COL}$ and rows $N_{ROW}$ for different bandwidths. The values of $N_{COL}$ and $N_{ROW}$ are given in Table 22-17.

**Table 22-17—Number of rows and columns in the interleaver**

| Parameter | 20 MHz | 40 MHz | 80 MHz |
|---|---|---|---|
| $N_{COL}$ | 13 | 18 | 26 |
| $N_{ROW}$ | $4 \times N_{BPSCS}$ | $6 \times N_{BPSCS}$ | $9 \times N_{BPSCS}$ |
| $N_{ROT}$ ($N_{SS} \leq 4$) | 11 | 29 | 58 |
| $N_{ROT}$ ($N_{SS} > 4$) | 6 | 13 | 28 |

909.    Further, 802.11ac-2013 discloses several examples of "maximum data

unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further,

802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160

MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20

MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data

units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary

- 275 -

███████████████████████

channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

910.    Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

911.    **Marvell** discloses this element. For example, Marvell discloses relevant examples for the claimed features at least in Slides 9, 16, 24, and 27, which are reproduced with reference to Element 1 [pre], *supra*.

912.    Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

913.    To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

        **c.**      **Element 1 [b]:  transmitting, through the transmission channel, a Physical layer Protocol**

- 276 -

**Data Unit (PPDU) frame including the plurality of interleaved data units respectively on the plurality of resource units to the plurality of STAs,**

914.   **Lee** discloses this element. For example, Lee discloses: "The PHY sublayer generates a physical protocol data unit (PPDU) by attaching an additional field, including information for a PHY transceiver, to a physical service data unit (PSDU) received from the MAC sublayer. The PPDU is transmitted through a wireless medium."  Lee at ¶ [0081]. Further, Lee discloses that "[a] PPDU means a data block generated in the physical layer. A PPDU format is described below based on an IEEE 802.11a WLAN system to which an embodiment of the present invention may be applied."  Lee at ¶ [0085].

915.   Lee provides examples and further relevant disclosure with reference to its FIG. 3, which illustrates "a non-HT format PPDU and an HT format PPDU in a wireless communication system to which an embodiment of the present invention may be applied."  Lee at ¶ [0086]. As disclosed in Lee, "FIG. 3(a) shows a non-HT format PPDU for supporting IEEE 802.11a/g systems. The non-HT PPDU may also be called a legacy PPDU."  Lee at ¶ [0087]. For example: "Referring to FIG. 3(a), the non-HT format PPDU is configured to include a legacy format preamble, including a legacy (or non-HT) short training field (L-STF), a legacy (or non-HT) long training field (L-LTF), and a legacy (or non-HT) signal (L-SIG) field, and a data field."  Lee at ¶ [0088].

- 277 -

916.    Further, Lee discloses that "[d]ownlink multi-user transmission (DL MU transmission) means a technology in which an AP transmits a PPDU to a plurality of non-AP STAs through the same time resources using one or more antennas." Lee at ¶ [0110]. Lee also discloses that "an MU PPDU means a PPDU which delivers one or more PSDUs for one or more STAs using the MU-MIMO technology or the OFDMA technology." Lee at ¶ [0111].

917.    Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

918.    **Choi** discloses this element. For example, Choi discloses: "The AP may determine a downlink transmission resource and/or an uplink transmission resource for at least one STA based on resource units each having a different size, as described above. The AP may transmit at least one PPDU to at least one STA through the scheduled downlink transmission resource. Additionally, the AP may receive at least one PPDU that is transmitted by at least one STA through the scheduled uplink transmission resource." Choi at ¶ [0061]. For example, "[t]wo 242-tone resource units may be allocated to one STA within the 40 MHz bandwidth. More specifically, two 242-tone resource units may be allocated to one STA within the 40 MHz bandwidth for a SU based transmission. In case two 242-tone resource units are allocated to one STA within the 40 MHz bandwidth, separate resource allocation information may not be included in a header of a PPDU. Also, in case a MU OFDMA transmission is not performed, and in case resources for a plurality of

███████████████████████████████████████

STAs are multiplexed and allocated to two 242-tone resource units for MU-MIMO transmission, separate resource allocation information may not be included in a header of a PPDU. In this case, information on the number of STAs being allocated for MU-MIMO may be included in the header of a PPDU. An STA may know that both of the two 242-tone resource unit have been allocated within the 40 MHz bandwidth based only on information on the size of the entire bandwidth (e.g., 40 MHz) and information on an STA being allocated within the entire bandwidth (information indicating that only the STA has been allocated within the entire bandwidth)." Choi at ¶ [0102].

919.    Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

920.    **Qi** discloses this element. For example, Qi discloses: "In one embodiment, a method for interleaving information bits in a physical layer (PHY) data unit includes determining a channel bandwidth to be used for transmitting the PHY data unit and selecting a frequency rotation parameter NROT corresponding to the channel bandwidth. The method also includes, for each spatial stream, (i) selecting a spatial stream constant from the set [0, 5, 2, 7, 3, 6, 1, 4] or a subset thereof depending on a number of spatial streams to be utilized, wherein each constant in the set corresponds to a respective spatial stream, and (ii) interleaving information bits according to the selected frequency rotation parameter NROT and the selected spatial stream constant." Qi at ¶ [0005].

████████████████████████████████████

921.    Qi further discloses: "In various embodiments, the PHY processing unit 20 of the AP 14 is configured to generate data units conforming to the first communication protocol. The transceiver(s) 21 is/are configured to transmit the generated data units via the antenna(s) 24. Similarly, the transceiver(s) 24 is/are configured to receive the data units via the antenna(s) 24. The PHY processing unit 20 of the AP 14 is configured to process received data units conforming to the first communication protocol, according to an embodiment." Qi at ¶ [0019].

922.    Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

923.    **802.11ac-2013** discloses this element. For example, 802.11ac-2013 discloses: "multi-user (MU) physical layer (PHY) protocol data unit (PPDU): A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.  802.11ac-2013 further discloses: For "dynamic bandwidth operation: A feature of a very high throughput (VHT) station (STA) in which the request-to-send/clear-to-send (RTS/CTS) exchange, using non-high-throughput (non-HT) duplicate physical layer (PHY) protocol data units (PPDUs), negotiates a potentially reduced channel width (compared to the channel width indicated by the RTS) for subsequent transmissions within the current transmission opportunity (TXOP)." 802.11ac-2013 at pg. 6.

- 280 -

924.    Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

925.    **Marvell** discloses this element. For example, Marvell discloses relevant examples for the claimed features at least in Slides 9, 16, 24, and 27, which are reproduced with reference to Element 1 [pre], *supra*.  Further, Marvell discloses at slide 8:

## Overview

- **11ax OFDMA resource unit (RU) sizes have been agreed to be [1]**
  - 26, 52, 106, 242, 484, 996x1/2 tones
- **The interleaver (BCC) and tone mapper (LDPC) design for each size of RU is still open.**
  - Some RU's tone plan design implies a reuse of existing design.
  - The rest RU does not have existing designs to reuse.
  - BCC usage has been proposed to be limited to no larger than 20MHz and Nss≤4 [2].

Existing design
Open

| RU (tones) | BCC | | LDPC | Reuse |
|---|---|---|---|---|
| | $N_{col}$ | $N_{rot}$ | $D_{TM}$ | |
| 26 | 8 | 2 (Nss≤4) | No? | 11ah 1MHz |
| 52 | 16 | ? | ? | 11a 20MHz |
| 106 | ? | ? | ? | 11ac 40MHz? |
| 242 | 26 | 58 (Nss≤4) | 9 | 11ac 80MHz |
| 484 | | | ? | 11ac 160MHz? |
| 996 | | | ? | N/A |

926.    Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

927.    To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

          **d.**       **Element 1 [c]:  wherein a set of sizes available to a resource unit allocated to a first STA among the plurality of STAs includes a first size and a second size,**

928.    **Lee** discloses this element. For example, Lee discloses: "In one embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a case, the 20 MHz band may be divided into four subblocks, and at least one subblock may be allocated to an STA. An HE STA may use a numerology, that is, an interleaver, of VHT 20 MHz (N_SD=52) if the number of contiguous subblocks is 1, a numerology, that is, an interleaver, of VHT 40 MHz (N_SD=108) if the number of contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz (N_SD=234) if the number of contiguous subblocks is 4 depending on the number of contiguous subblocks allocated to an STA."  Lee at ¶ [0292].

929.    Lee discloses various example embodiments: "In order to reinforce performance of the interleaver, an HE STA may perform additional processing. In one embodiment, an STA may distribute encoded bits of a plurality of resource units using a segment parser and may interleave the distributed bits within a resource unit. In another embodiment, another interleaver may be designed depending on

- 282 -

████████████████████████████████

the number of resource units and used. In yet another embodiment, interleavers

corresponding to a specific positive integer number times the resource units may be

configured, and a resource unit exceeding the positive integer number times may be

segmented and interleaved. For example, interleavers for respective resource units

corresponding to a 1, 2, . . . , K multiple of a subblock may be configured, and a

resource unit, that is, N times (N=M*K) of the subblock, may be segmented into M

resource blocks. A K times (Kx) interleaver may be used in M K times resource

units or bits distributed by a segment parser as described above may be interleaved

by a K times interleaver." Lee at ¶ [0317]. As another example embodiment, Lee

discloses: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone

allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone

allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a

114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if

N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may

be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of

802.11ac) may be used." Lee at ¶¶ [0327]-[0332].

930.    Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

931.    **Choi** discloses this element. For example, Choi discloses that "the 2-bit

242-tone resource unit individual allocation information 820 having the value of '01'

may indicate the allocation of 2 242-tone resource units to the STA. In case the

- 283 -

number of 26-tone resource units being allocated within the 80 MHz bandwidth is equal to 38, the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may also indicate the allocation of 2 242-tone resource units and 1 26-tone resource unit. In this case, as described above, an interleaver for the 242-tone resource units and an interleaver for the 26-tone resource units may be individually applied to each of the 242-tone resource units and the 26-tone resource units." Choi at ¶ [0145].

932.    Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

933.    **Qi** discloses this element. For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the

- 284 -

number of spatial streams being utilized in the particular communication channel."
Qi at ¶ [0029].

934.    Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

935.    **802.11ac-2013** discloses this element. For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

936.    Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

937.    Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

938.    **Marvell** discloses this element. For example, Marvell discloses relevant examples for the claimed features at least in Slides 9, 16, 24, and 27, which are reproduced with reference to Element 1 [pre], *supra*.

939.    Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

940.    To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> e.    **Element 1 [d]:  wherein the interleaving of the plurality of data units for the plurality of STAs comprises: when the size of the resource unit allocated to the first STA is the first size, interleaving a data unit for the first STA using a first set of interleaving parameter values; and**

941.    **Lee** discloses this element. For example, Lee discloses: "In one embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a case, the 20 MHz band may be divided into four subblocks, and at least one subblock may be allocated to an STA. An HE STA may use a numerology, that is, an

- 286 -

███████████████████████████████

interleaver, of VHT 20 MHz (N_SD=52) if the number of contiguous subblocks is 1,

a numerology, that is, an interleaver, of VHT 40 MHz (N_SD=108) if the number of

contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz

(N_SD=234) if the number of contiguous subblocks is 4 depending on the number of

contiguous subblocks allocated to an STA."  Lee at ¶ [0292]. As a further example,

Lee discloses: "An STA may segment a 20 MHz band into a plurality of subblocks

and allocate the segmented subblocks to at least one STA. The STA may deploy a

pilot signal in the segmented subblocks. In one embodiment, the STA may deploy

pilots as in the common part of DL OFDMA. In another embodiment, the STA may

deploy the pilots as in the aforementioned option of a VHT system depending on a

bandwidth option of each subblock (or subband). In this case, the numerology

(N_SD, N_SP or N_ST) of each subblock may be set identically with the bandwidth

option of a VHT system. For example, an HE STA may use a 20 MHz numerology of

VHT in the case of a single subblock, may use a 40 MHz numerology of VHT in the

case of two subblocks, and may use an 80 MHz numerology of VHT in the case of

four subblocks."  Lee at ¶ [0297].

942.    Further, Lee discloses: "A system may be designed so that a subblock

size corresponds to the resource unit size of an existing Wi-Fi system, such as VHT.

For example, a subblock may be configured in a 26 tone, 56 tone, 114 tone, 242 tone,

484 tone or 14 (or 13) tone unit including a pilot. If a subblock is configured in such

a tone unit, an added system element can be minimized because the structure of an

████████████

existing Wi-Fi system, that is, an encoding/interleaving structure, can be used."

Lee at ¶ [0309]. For example: "An HE STA may configure subblocks in minimum

granularity including specific tones and may allocate the subblocks in a positive

integer number times the subblock. Pilots may be included or may not be included

in a resource unit depending on whether they are used in common or for a dedicated

purpose. If such a method is used, there is an advantage in that excellent minimum

granularity can be flexibly applied to most of data units. Furthermore, a resource

unit can be easily allocated and scheduled with respect to various traffic amounts

and various bandwidths without tones left with respect to a given bandwidth."  Lee

at ¶ [0312].

943.    Lee also discloses "[a] method for interleaving allocated resource is

described below in addition to the method for allocating resources through OFDMA

using the aforementioned predetermined resource unit size."  Lee at ¶ [0318]. For

example: "As described above, subcarriers may be allocated in a 13/14, 26, 56, 114,

242 or 484 tone unit. In such a case, a bandwidth may be represented as X*N (N=1,

2, 3, 4, . . . , ) (X is the number of tones of a minimum resource unit)."  Lee at ¶

[0319]. As one illustrative embodiment, Lee discloses: "in the case where a

minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a

pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20

MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern

(e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation

- 288 -

███████████████████████████████████████████

pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484

tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee

at ¶¶ [0327]-[0332]. For example, Lee discloses: "the pattern of 802.11ah and the

numerology of each frequency band of 801.11ac may represent the interleaving

parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones,

the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20

MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz

interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz

interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing

may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

944.    Lee also discloses: "The interleaver 17030 may interleave encoded

data. The interleaver 17030 operates only if the FEC encoder 17010 has performed

BCC encoding and may bypass data if the FEC encoder 17010 has performed LDPC

encoding. The interleaver 17030 may include a plurality of interleaving blocks. The

interleaving parameters of the plurality of interleaving blocks have been illustrated

in Table 1. Each of the plurality of interleaving blocks may also be called a sub-

interleaver or an interleaver." Lee at ¶ [0351]; see also Lee at Table 1. Further, Lee

discloses: "In an embodiment of the present invention, the unit of data to be

allocated through OFDMA is set in a plurality of resource units. For example, an

STA may set a resource unit in a 26 tone, 52 tone, 114 tone, 242 tone or 484 tone

unit and may allocate subcarriers to a user/STA in the unit of such a resource unit.

In such a case, as described above, the interleaver of Table 1 may be used in each

tone unit."  Lee at ¶ [0360].

945.    Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

946.    **Choi** discloses this element. For example, Choi discloses: "The AP may

determine a downlink transmission resource and/or an uplink transmission

resource for at least one STA based on resource units each having a different size,

as described above. The AP may transmit at least one PPDU to at least one STA

through the scheduled downlink transmission resource. Additionally, the AP may

receive at least one PPDU that is transmitted by at least one STA through the

scheduled uplink transmission resource."  Choi at ¶ [0061].

947.    Choi further discloses: "Two 242-tone resource units may be allocated

to one STA within the 40 MHz bandwidth. More specifically, two 242-tone resource

units may be allocated to one STA within the 40 MHz bandwidth for a SU based

transmission. In case two 242-tone resource units are allocated to one STA within

the 40 MHz bandwidth, separate resource allocation information may not be

included in a header of a PPDU. Also, in case a MU OFDMA transmission is not

performed, and in case resources for a plurality of STAs are multiplexed and

allocated to two 242-tone resource units for MU-MIMO transmission, separate

resource allocation information may not be included in a header of a PPDU. In this

case, information on the number of STAs being allocated for MU-MIMO may be

- 290 -

███████████████████████████████████████

included in the header of a PPDU. An STA may know that both of the two 242-tone

resource unit have been allocated within the 40 MHz bandwidth based only on

information on the size of the entire bandwidth (e.g., 40 MHz) and information on

an STA being allocated within the entire bandwidth (information indicating that

only the STA has been allocated within the entire bandwidth)." Choi at ¶ [0102].

For example, "the 2-bit 242-tone resource unit individual allocation information 820

having the value of '01' may indicate the allocation of 2 242-tone resource units to

the STA. In case the number of 26-tone resource units being allocated within the 80

MHz bandwidth is equal to 38, the 2-bit 242-tone resource unit individual allocation

information 820 having the value of '01' may also indicate the allocation of 2 242-

tone resource units and 1 26-tone resource unit. In this case, as described above, an

interleaver for the 242-tone resource units and an interleaver for the 26-tone

resource units may be individually applied to each of the 242-tone resource units

and the 26-tone resource units." Choi at ¶ [0145].

948.    Alternatively, Choi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

949.    **Qi** discloses this element. For example, Qi discloses: "In one

embodiment, a method for interleaving information bits in a physical layer (PHY)

data unit includes determining a channel bandwidth to be used for transmitting the

PHY data unit and selecting a frequency rotation parameter NROT corresponding

to the channel bandwidth. The method also includes, for each spatial stream, (i)

- 291 -

selecting a spatial stream constant from the set [0, 5, 2, 7, 3, 6, 1, 4] or a subset

thereof depending on a number of spatial streams to be utilized, wherein each

constant in the set corresponds to a respective spatial stream, and (ii) interleaving

information bits according to the selected frequency rotation parameter NROT and

the selected spatial stream constant." Qi at ¶ [0005].

950.    Qi further discloses: "In various embodiments, the PHY processing

unit 20 of the AP 14 is configured to generate data units conforming to the first

communication protocol. The transceiver(s) 21 is/are configured to transmit the

generated data units via the antenna(s) 24. Similarly, the transceiver(s) 24 is/are

configured to receive the data units via the antenna(s) 24. The PHY processing unit

20 of the AP 14 is configured to process received data units conforming to the first

communication protocol, according to an embodiment." Qi at ¶ [0019].

951.    Additionally, Qi discloses: "According to an embodiment, each

interleaver 220 changes the order of coded bits in order to avoid situations in which

consecutive coded bits are affected by the same channel conditions. More

specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations

in the frequency domain or in the time domain. In some embodiments, interleaving

is performed via a plurality of consecutive bit permutations, and in these

embodiments, interleaver design involves selection of several interleaver

parameters, which generally depend on the particular system configurations for

which the interleaver design is being utilized. In a MIMO OFDM system, such as

████████████████████████

the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

952.   Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

953.   **802.11ac-2013** discloses this element. See element 1[a].  Also, for example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

954.   Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

955. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

956. **Marvell** discloses this element. For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference to Element 1 [B], *supra*.

957. Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

958. To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> f. **Element 1 [e]:  when the size of the resource unit allocated to the first STA is the second size, interleaving the data unit for the first STA using a second set of interleaving parameter values, and**

959. **Lee** discloses this element. For example, Lee discloses: "In another embodiment, in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if

████████████████████████████████████

N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used."  Lee at ¶¶ [0327]-[0332]; *see also* Lee at Table 1. Lee further discloses: "In the aforementioned embodiments, the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used."  Lee at ¶ [0333].

960.    Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

961.    **Choi** discloses this element. For example, Choi discloses that "the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may indicate the allocation of 2 242-tone resource units to the STA. In case the number of 26-tone resource units being allocated within the 80 MHz bandwidth is equal to 38, the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may also indicate the allocation of 2 242-tone resource units and 1 26-tone resource unit. In this case, as described above, an interleaver for the 242-tone resource units and an interleaver for the 26-tone resource units may be

individually applied to each of the 242-tone resource units and the 26-tone resource units." Choi at ¶ [0145].

962.    Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

963.    **Qi** discloses this element. For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

964.    Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

965.    **802.11ac-2013** discloses this element. See Element 1[a].  Also, for example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service

- 296 -

data units (PSDUs) for one or more stations (STAs) using the downlink multi-user

multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

966.    Further, 802.11ac-2013 discloses several examples of "maximum data

unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further,

802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160

MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20

MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data

units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary

channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz

very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is

used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for

a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput

(VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz

physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

967.    Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

968.    **Marvell** discloses this element. For example, Marvell discloses

relevant examples for the claimed features at least in Slides 8, 9, 16, 24, and 27,

which are reproduced with reference to Element 1 [B], *supra*.

██████████████████████████████████████████

969.    Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

970.    To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> **g.    Element 1 [f]:  wherein the first size is smaller than a size of the transmission channel, the second size is smaller than the first size, and the second set of interleaving parameter values is different from the first set of interleaving parameter value.**

971.    **Lee** discloses this element. For example, Lee discloses: "The L-STF, the L-LTF, the L-SIG field, and the VHT-SIG-A field may be repeated in a 20 MHz channel unit and transmitted. For example, when a PPDU is transmitted through four 20 MHz channels (i.e., an 80 MHz bandwidth), the L-STF, the L-LTF, the L-SIG field, and the VHT-SIG-A field may be repeated every 20 MHz channel and transmitted."  Lee at ¶ [0120].

972.    Lee discloses illustrative embodiments, including: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern

███████████████████████████

(e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. Lee further discloses: "In the aforementioned embodiments, the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

973. Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

974. **Choi** discloses this element. For example, Choi discloses that "the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may indicate the allocation of 2 242-tone resource units to the STA. In case the number of 26-tone resource units being allocated within the 80 MHz bandwidth is equal to 38, the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may also indicate the allocation of 2 242-tone resource units and 1 26-tone resource unit. In this case, as described above, an interleaver for the

- 299 -

242-tone resource units and an interleaver for the 26-tone resource units may be
individually applied to each of the 242-tone resource units and the 26-tone resource
units." Choi at ¶ [0145].

975.    Alternatively, Choi, in view of the background knowledge and ordinary
creativity of a POSITA at the time of the invention, renders this element obvious.

976.    **Qi** discloses this element. For example, Qi discloses: "According to an
embodiment, each interleaver 220 changes the order of coded bits in order to avoid
situations in which consecutive coded bits are affected by the same channel
conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-
adjacent locations in the frequency domain or in the time domain. In some
embodiments, interleaving is performed via a plurality of consecutive bit
permutations, and in these embodiments, interleaver design involves selection of
several interleaver parameters, which generally depend on the particular system
configurations for which the interleaver design is being utilized. In a MIMO OFDM
system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends,
for example, on the number of data subcarriers in an OFDM symbol and the
number of spatial streams being utilized in the particular communication channel."
Qi at ¶ [0029].

977.    Alternatively, Qi, in view of the background knowledge and ordinary
creativity of a POSITA at the time of the invention, renders this element obvious.

978.   **802.11ac-2013** discloses this element. See Element 1[a].  Also, for example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

979.   Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

980.   Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

981.   **Marvell** discloses this element. For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference to Element 1 [B], *supra*.

982.   Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

983.   To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

       **2.**    **Claim 2 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 2 Obvious**

       **a.**    **The method according to claim 1, wherein a size of each of the plurality of resource units corresponds to a number of tones allocated to said each of the plurality of resource units.**

984.   **Lee** discloses this element. For example, Lee discloses: "An HE STA may configure subblocks in minimum granularity including specific tones and may allocate the subblocks in a positive integer number times the subblock. Pilots may be included or may not be included in a resource unit depending on whether they are used in common or for a dedicated purpose. If such a method is used, there is an advantage in that excellent minimum granularity can be flexibly applied to most of

- 302 -

███████████████████████████

data units. Furthermore, a resource unit can be easily allocated and scheduled with respect to various traffic amounts and various bandwidths without tones left with respect to a given bandwidth." Lee at ¶ [0312].

985.    Lee discloses illustrative embodiments, including: "In another embodiment, in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. Lee further discloses: "In the aforementioned embodiments, the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

986.    Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

███████████████████████████

987.   **Choi** discloses this element. For example, Choi discloses: "In the wireless LAN system according to the embodiment, an orthogonal frequency division multiple access (OFDMA) based transmission method is supported for the uplink transmission and/or downlink transmission. In detail, in the wireless LAN system according to the embodiment, the AP may perform the DL MU transmission based on the OFDMA and the transmission may be expressed as a term called DL MU OFDMA transmission. When the DL MU OFDMA transmission is performed, the AP may transmit the downlink data (alternatively, the downlink frame and the downlink PPDU) to the plurality of respective STAs through the plurality of respective frequency resources on an overlapped time resource. The plurality of frequency resources may be a plurality of subbands (alternatively, sub channels) or a plurality of resource units (RUs) (alternatively, basic tone units or small tone units). The DL MU OFDMA transmission may be used together with the DL MU MIMO transmission. For example, the DL MU MIMO transmission based on a plurality of space-time streams (alternatively, spatial streams) may be performed on a specific subband (alternatively, sub channel) allocated for the DL MU OFDMA transmission." Choi at ¶ [0045].

988.   Choi further discloses: "The access point (AP) may allocate each of the plurality of the resource units to each of the plurality of stations (STAs) within the entire bandwidth and may transmit individual data fields (or frames), which correspond to each of the plurality of STAs, to each of the plurality of STAs through

- 304 -

████████████████████████████████████████

each of the plurality of resource units. As described above, the information on the

allocation of each of the plurality of resource units to each of the plurality of STAs

may be included in the HE-SIG A 1750 or the HE-SIG B 1760." Choi at ¶ [0300].

989.    Choi additionally discloses several examples: "For example, in case the

tone unit size corresponds to a 242-tone resource unit, the maximum number of MU

MIMO transmission STAs may be configured to be equal to the maximum number

of STAs that can be allocated per container. For example, in case the tone unit size

corresponds to a 242-tone resource unit, the maximum number of MU MIMO

transmission STAs may be equal to 4 in the 20 MHz bandwidth/40 MHz bandwidth

and may be equal to 2 in the 80 MHz bandwidth. In case the tone unit size

corresponds to a 26-tone resource unit, the maximum number of MU MIMO

transmission STAs may be equal to a maximum of 4 (20 MHz bandwidth/40 MHz

bandwidth) or may be equal to 2 (80 MHz bandwidth). In case the tone unit size

corresponds to 2 26-tone resource units, the maximum number of MU MIMO

transmission STAs may be equal to a maximum of 4 (20 MHz bandwidth/40 MHz

bandwidth) or may be equal to 2 (80 MHz bandwidth). In case the tone unit size

corresponds to 3 26-tone resource units, the maximum number of MU MIMO

transmission STAs may be equal to 4. In case the tone unit size corresponds to 4 26-

tone resource units, the maximum number of MU MIMO transmission STAs may be

equal to 4." Choi at ¶¶ [0222]-[0226].

████████████████████████████

990.    Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

991.    **Qi** discloses this element. For example, Qi discloses: "Generally, there is a large number of possible values for the frequency rotation parameter NROT as well as a large number of possible spatial stream constant sets that can be used in a particular communication system, and optimal values for these interleaver parameters vary for different system configurations (i.e., depending on the particular MCS being utilized, the channel bandwidth, the number of data tones in an OFDM symbol, the number of spatial streams, etc.). In some embodiments, however, one or a few values for NROT as well as one or a few spatial stream constant sets are defined for a plurality of different system configurations. In these embodiments, NROT and niss values are selected such that channel performance at the plurality of system configurations meet a certain criteria. For example, in one such embodiment, packet error rate (PER) is used as the selection criteria. That is, in this embodiment, NROT and niss are selected such that a suitably low PER is achieved in a plurality of system configurations. In some embodiments, NROT and niss parameter sets are selected using a systematic interleaver design approach in which the selection is based on the largest average distance between adjacent spatial streams in frequency domain or in time domain. This systematic approach to interleaver design, described in more detail below, results in an interleaver parameter selection process that is lower in computational complexity and is

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

generally more effective than an extensive search among the large number of

possible interleaver parameters." Qi at ¶ [0032].

992.   Qi further discloses: "In some embodiments, average distance D is

determined according to Equation 8 (or Equation 9) for a plurality of suitable

rotation factors NROT and a plurality of suitable spatial stream constant sets, and

a maximum average distance corresponding to a particular NROT and a particular

spatial stream constant set is determined. FIG. 3, for example, is a plot 300 of

maximum average distance values for a plurality of frequency rotation parameters

NROT and a plurality of possible spatial stream constant permutations for an

interleaver designed for eight spatial streams for an 80 MHz channel. The

maximum point on the plot 300 corresponds to the case in which the mapping of two

consecutive information bits at the input to the interleaving operation results in the

information bits separated from each other, on average, by the maximum subcarrier

distance on adjacent spatial streams at the output of the interleaving operation. In

an embodiment, this maximum average distance is then used as a reference

corresponding to the best or close to best packet error rate (PER) performance in the

corresponding system configuration. Such references are determined for a plurality

of suitable system configurations (e.g., corresponding to various modulation coding

schemes (MCSs), various numbers of data tones, various channel bandwidths, etc.)

to determine spatial stream constant sets and frequency rotation NROT parameters

- 307 -

that provide suitable PER performance in a plurality of system configurations." Qi

at ¶ [0040].

993.   Alternatively, Qi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

994.   **802.11ac-2013** discloses this element. *See* element 1 [a] above. Also,

for example, 802.11ac-2013 discloses subcarrier indices for pilot tones at several

transmission frequencies at pg. 266:

$K_{Pilot}$      is the set of subcarrier indices for the pilot tones.

For a 20 MHz transmission, $K_{Pilot} = \{\pm7, \pm21\}$.

For a 40 MHz transmission, $K_{Pilot} = \{\pm11, \pm25, \pm53\}$.

For an 80 MHz transmission, $K_{Pilot} = \{\pm11, \pm39, \pm75, \pm103\}$.

For a 160 MHz transmission, $K_{Pilot} = \{\pm25, \pm53, \pm89, \pm117, \pm139, \pm167, \pm203, \pm231\}$.

For a noncontiguous 80+80 MHz transmission, $K_{Pilot}$ for each 80 MHz frequency segment is

identical to $K_{Pilot}$ for an 80 MHz transmission.

995.   802.11ac-2013 discloses further examples at pg. 290:

For a 40 MHz transmission, six pilot tones shall be inserted in subcarriers $-53, -25, -11, 11, 25$, and $53$. The pilot mapping $P_n^k$ for subcarrier $k$ for symbol $n$ shall be as specified in Equation (22-92).

$$P_n\{-53,-25,-11,11,25,53\} = \{\Psi_{1,n\bmod 6}^{(1)}, \Psi_{1,(n+1)\bmod 6}^{(1)}, \cdots, \Psi_{1,(n+5)\bmod 6}^{(1)}\}$$
$$P_n^k \notin \{-53,-25,-11,11,25,53\} = 0 \tag{22-92}$$

where

$\Psi_{1,m}^{(1)}$ is given by the $N_{STS} = 1$ row of Table 20-20

For an 80 MHz transmission, eight pilot tones shall be inserted in subcarriers $-103, -75, -39, -11, 11, 39, 75$, and $103$. The pilot mapping $P_n^k$ for subcarrier $k$ for symbol $n$ shall be as specified in Equation (22-93).

$$P_n\{-103,-75,-39,-11,11,39,75,103\} = \{\Psi_{n\bmod 8}, \Psi_{(n+1)\bmod 8}, \cdots, \Psi_{(n+7)\bmod 8}\}$$
$$P_n^k \notin \{-103,-75,-39,-11,11,39,75,103\} = 0 \tag{22-93}$$

where

$\Psi_m$ is defined in Table 22-21

996.    Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

997.    **Marvell** discloses this element. For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference to Element 1 [B], *supra*.  Additionally, Marvell discloses at slide 30:

| RU (tones) | BCC | | LDPC |
|---|---|---|---|
| | $N_{col}$ | $N_{rot}$ | $D_{TM}$ |
| 26 | 8 | 2 (Nss≤4) | 1 |
| 52 | 16 | 11 (Nss≤4) | 3 |
| 106 | 17 | 29 (Nss≤4) | 6 |
| 242 | 26 | 58 (Nss≤4) | 9 |
| 484 | | | 12 |
| 996 | | | 20 |

████████████████████████████████████████████

998.    Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

999.    To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

### 3.    Claim 3 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 3 Obvious

#### a.    The method according to claim 2, wherein the number of tones allocated to said each of the plurality of resource units includes a number of tones used for complex data and a number of tones used for pilot in said each of the plurality of resource units.

1000.  **Lee** discloses this element. For example, Lee discloses: "If the 4×FFT scheme is used as described above, the numerology of a system is changed. The numerology may indicate a number, that is, a data processing unit in the system. For example, the following numbers may be used as system numerologies. N_SD: the number of complex data numbers per frequency segment[.] N_SP: the number of pilot values per frequency segment[.] N_ST: a total number of subcarriers per frequency segment[.] N_SR: the highest data subcarrier index per frequency segment." Lee at ¶¶ [0267]-[0271].

1001.  Lee further discloses: "An STA may segment a 20 MHz band into a plurality of subblocks and allocate the segmented subblocks to at least one STA. The STA may deploy a pilot signal in the segmented subblocks. In one embodiment, the STA may deploy pilots as in the common part of DL OFDMA. In another embodiment, the STA may deploy the pilots as in the aforementioned option of a VHT system depending on a bandwidth option of each subblock (or subband). In this case, the numerology ($N\_SD$, $N\_SP$ or $N\_ST$) of each subblock may be set identically with the bandwidth option of a VHT system. For example, an HE STA may use a 20 MHz numerology of VHT in the case of a single subblock, may use a 40 MHz numerology of VHT in the case of two subblocks, and may use an 80 MHz numerology of VHT in the case of four subblocks. Embodiments are described in more detail below with reference to drawings." Lee at ¶ [0297]; see also Lee at ¶¶ [0300]-[0312].

1002.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1003.  **Choi** discloses this element. For example, Choi discloses: "In the wireless LAN system according to the embodiment, an orthogonal frequency division multiple access (OFDMA) based transmission method is supported for the uplink transmission and/or downlink transmission. In detail, in the wireless LAN system according to the embodiment, the AP may perform the DL MU transmission based on the OFDMA and the transmission may be expressed as a term called DL

- 311 -

███████████████████████████████████████████

MU OFDMA transmission. When the DL MU OFDMA transmission is performed, the AP may transmit the downlink data (alternatively, the downlink frame and the downlink PPDU) to the plurality of respective STAs through the plurality of respective frequency resources on an overlapped time resource. The plurality of frequency resources may be a plurality of subbands (alternatively, sub channels) or a plurality of resource units (RUs) (alternatively, basic tone units or small tone units). The DL MU OFDMA transmission may be used together with the DL MU MIMO transmission. For example, the DL MU MIMO transmission based on a plurality of space-time streams (alternatively, spatial streams) may be performed on a specific subband (alternatively, sub channel) allocated for the DL MU OFDMA transmission." Choi at ¶ [0045].

1004.  Choi further discloses: "The access point (AP) may allocate each of the plurality of the resource units to each of the plurality of stations (STAs) within the entire bandwidth and may transmit individual data fields (or frames), which correspond to each of the plurality of STAs, to each of the plurality of STAs through each of the plurality of resource units. As described above, the information on the allocation of each of the plurality of resource units to each of the plurality of STAs may be included in the HE-SIG A 1750 or the HE-SIG B 1760." Choi at ¶ [0300].

1005.  Choi additionally discloses several examples: "For example, in case the tone unit size corresponds to a 242-tone resource unit, the maximum number of MU MIMO transmission STAs may be configured to be equal to the maximum number

- 312 -

of STAs that can be allocated per container. For example, in case the tone unit size corresponds to a 242-tone resource unit, the maximum number of MU MIMO transmission STAs may be equal to 4 in the 20 MHz bandwidth/40 MHz bandwidth and may be equal to 2 in the 80 MHz bandwidth. In case the tone unit size corresponds to a 26-tone resource unit, the maximum number of MU MIMO transmission STAs may be equal to a maximum of 4 (20 MHz bandwidth/40 MHz bandwidth) or may be equal to 2 (80 MHz bandwidth). In case the tone unit size corresponds to 2 26-tone resource units, the maximum number of MU MIMO transmission STAs may be equal to a maximum of 4 (20 MHz bandwidth/40 MHz bandwidth) or may be equal to 2 (80 MHz bandwidth). In case the tone unit size corresponds to 3 26-tone resource units, the maximum number of MU MIMO transmission STAs may be equal to 4. In case the tone unit size corresponds to 4 26-tone resource units, the maximum number of MU MIMO transmission STAs may be equal to 4." Choi at ¶¶ [0222]-[0226].

1006.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1007.  **Qi** discloses this element. For example, Qi discloses: "Generally, there is a large number of possible values for the frequency rotation parameter NROT as well as a large number of possible spatial stream constant sets that can be used in a particular communication system, and optimal values for these interleaver parameters vary for different system configurations (i.e., depending on the

- 313 -

particular MCS being utilized, the channel bandwidth, the number of data tones in an OFDM symbol, the number of spatial streams, etc.). In some embodiments, however, one or a few values for NROT as well as one or a few spatial stream constant sets are defined for a plurality of different system configurations. In these embodiments, NROT and niss values are selected such that channel performance at the plurality of system configurations meet a certain criteria. For example, in one such embodiment, packet error rate (PER) is used as the selection criteria. That is, in this embodiment, NROT and niss are selected such that a suitably low PER is achieved in a plurality of system configurations. In some embodiments, NROT and niss parameter sets are selected using a systematic interleaver design approach in which the selection is based on the largest average distance between adjacent spatial streams in frequency domain or in time domain. This systematic approach to interleaver design, described in more detail below, results in an interleaver parameter selection process that is lower in computational complexity and is generally more effective than an extensive search among the large number of possible interleaver parameters." Qi at ¶ [0032].

1008.  Qi further discloses: "In some embodiments, average distance D is determined according to Equation 8 (or Equation 9) for a plurality of suitable rotation factors NROT and a plurality of suitable spatial stream constant sets, and a maximum average distance corresponding to a particular NROT and a particular spatial stream constant set is determined. FIG. 3, for example, is a plot 300 of

- 314 -

██████████████████████████████████████████

maximum average distance values for a plurality of frequency rotation parameters NROT and a plurality of possible spatial stream constant permutations for an interleaver designed for eight spatial streams for an 80 MHz channel. The maximum point on the plot 300 corresponds to the case in which the mapping of two consecutive information bits at the input to the interleaving operation results in the information bits separated from each other, on average, by the maximum subcarrier distance on adjacent spatial streams at the output of the interleaving operation. In an embodiment, this maximum average distance is then used as a reference corresponding to the best or close to best packet error rate (PER) performance in the corresponding system configuration. Such references are determined for a plurality of suitable system configurations (e.g., corresponding to various modulation coding schemes (MCSs), various numbers of data tones, various channel bandwidths, etc.) to determine spatial stream constant sets and frequency rotation NROT parameters that provide suitable PER performance in a plurality of system configurations." Qi at ¶ [0040].

1009.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1010.  **802.11ac-2013** discloses this element.

1011.  For example, 802.11ac-2013 discloses subcarrier indices for pilot tones at several transmission frequencies at pg. 266:

$K_{Pilot}$    is the set of subcarrier indices for the pilot tones.

For a 20 MHz transmission, $K_{Pilot} = \{\pm7, \pm21\}$.

For a 40 MHz transmission, $K_{Pilot} = \{\pm11, \pm25, \pm53\}$.

For an 80 MHz transmission, $K_{Pilot} = \{\pm11, \pm39, \pm75, \pm103\}$.

For a 160 MHz transmission, $K_{Pilot} = \{\pm25, \pm53, \pm89, \pm117, \pm139, \pm167, \pm203, \pm231\}$.

For a noncontiguous 80+80 MHz transmission, $K_{Pilot}$ for each 80 MHz frequency segment is identical to $K_{Pilot}$ for an 80 MHz transmission.

1012.  802.11ac-2013 discloses further examples at pg. 290:

For a 40 MHz transmission, six pilot tones shall be inserted in subcarriers −53, −25, −11, 11, 25, and 53. The pilot mapping $P_n^k$ for subcarrier $k$ for symbol $n$ shall be as specified in Equation (22-92).

$$P_n^{\{-53,-25,-11,11,25,53\}} = \{\Psi^{(1)}_{1,n \bmod 6}, \Psi^{(1)}_{1,(n+1)\bmod 6}, \cdots, \Psi^{(1)}_{1,(n+5)\bmod 6}\}$$
$$P_n^{k \notin \{-53,-25,-11,11,25,53\}} = 0$$

(22-92)

where

$\Psi^{(1)}_{1,m}$ is given by the $N_{STS} = 1$ row of Table 20-20

For an 80 MHz transmission, eight pilot tones shall be inserted in subcarriers −103, −75, −39, −11, 11, 39, 75, and 103. The pilot mapping $P_n^k$ for subcarrier $k$ for symbol $n$ shall be as specified in Equation (22-93).

$$P_n^{\{-103,-75,-39,-11,11,39,75,103\}} = \{\Psi_{n \bmod 8}, \Psi_{(n+1)\bmod 8}, \cdots, \Psi_{(n+7)\bmod 8}\}$$
$$P_n^{k \notin \{-103,-75,-39,-11,11,39,75,103\}} = 0$$

(22-93)

where

$\Psi_m$ is defined in Table 22-21

1013.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 316 -

1014.  **Marvell** discloses this element. For example, Marvell discloses

relevant examples for the claimed features at least in Slides 8, 9, 16, 24, 27, and 30,

which are reproduced with reference to the analysis of the '187 patent, claim 2,

*supra*.

1015.  Alternatively, Marvell, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1016.  To the extent it is argued or determined that any of Lee, Choi, Qi,

802.11ac-2013, or Marvell do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Lee

and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to

Combine," *infra*.

> **4.    Claim 4 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 4 Obvious**
>
> **a.    Element 4 [a]:  The method according to claim 1, wherein the set of sizes available to the resource unit allocated to the first STA among the plurality of STAs further includes a third size,**

1017.  **Lee** discloses this element. For example, Lee discloses: "In one

embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a

case, the 20 MHz band may be divided into four subblocks, and at least one

subblock may be allocated to an STA. An HE STA may use a numerology, that is, an

interleaver, of VHT 20 MHz (N_SD=52) if the number of contiguous subblocks is 1,

- 317 -

a numerology, that is, an interleaver, of VHT 40 MHz (N_SD=108) if the number of

contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz

(N_SD=234) if the number of contiguous subblocks is 4 depending on the number of

contiguous subblocks allocated to an STA." Lee at ¶ [0292].

1018.  Lee further discloses: "In order to reinforce performance of the

interleaver, an HE STA may perform additional processing. In one embodiment, an

STA may distribute encoded bits of a plurality of resource units using a segment

parser and may interleave the distributed bits within a resource unit. In another

embodiment, another interleaver may be designed depending on the number of

resource units and used. In yet another embodiment, interleavers corresponding to

a specific positive integer number times the resource units may be configured, and a

resource unit exceeding the positive integer number times may be segmented and

interleaved. For example, interleavers for respective resource units corresponding to

a 1, 2, . . . , K multiple of a subblock may be configured, and a resource unit, that is,

N times (N=M*K) of the subblock, may be segmented into M resource blocks. A K

times (Kx) interleaver may be used in M K times resource units or bits distributed

by a segment parser as described above may be interleaved by a K times

interleaver." Lee at ¶ [0317].

1019.  Lee discloses illustrative embodiments, including: "in the case where a

minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a

pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20

████████████████████████████████████████

MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern

(e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation

pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484

tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee

at ¶¶ [0327]-[0332].

1020.  Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1021.  **Choi** discloses this element. For example, Choi discloses: "Each of the

4 bits corresponding to the 242-tone resource unit total allocation information 800

may respectively indicate each of the 4 242-tone resource units that can be allocated

within the 80 MHz bandwidth. For example, starting from the left-side leftover tone

to the right-side leftover tone, the 4 242-tone resource units may be sequentially

expressed as a first 242-tone resource unit, a second 242-tone resource unit, a third

242-tone resource unit, and a fourth 242-tone resource unit. More specifically, each

of the 4 bits corresponding to the 242-tone resource unit total allocation information

may respectively indicate each of the first 242-tone resource unit, the second 242-

tone resource unit, the third 242-tone resource unit, and the fourth 242-tone

resource unit." Choi at ¶ [0140].

1022.  Alternatively, Choi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

- 319 -

1023.  **Qi** discloses this element. For example, Qi discloses: "Further, in some embodiments, a third permutation is performed on the output of the second permutation, wherein the third permutation introduces a different frequency rotation for each spatial stream. According to an embodiment, the offset frequency rotation is characterized by NROT×NBPSCS×ni ss , where NROT is a frequency rotation parameter, NBPSCS is the number of bits per subcarrier, and niss a spatial stream constant, which is generally specified for each spatial stream iss. For example, with reference to FIG. 2, in an embodiment or scenario in which the parser 216 parses the information bits into eight spatial streams, the constant niss is selected from a set [n0, n1, . . . , n7], where n0-n7 are integers corresponding to the spatial streams iss=0 through iss=7, respectively." Qi at ¶ [0031].

1024.  Qi further discloses: "At block 1212, a spatial stream constant for the particular spatial stream is selected form the set [0, 5, 2, 7, 3, 6, 1, 4] in the case of 8 spatial streams or a corresponding subset thereof for cases of less than 8 spatial streams. For example, in the case of 7 spatial streams, the particular spatial stream constant is selected from the set [0, 5, 2, 7, 3, 6, 1]. That is, in this embodiment, the spatial stream constant niss is equal to zero (0) for the first spatial stream, five (5) for the second spatial stream, two (2) for the third spatial stream, seven (7) for the fourth spatial stream, etc." Qi at ¶ [0045].

1025.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

███████████████████████████████

1026. **802.11ac-2013** discloses this element. For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1027. Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c. Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1028. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1029. **Marvell** discloses this element.

████████████████████████

1030.  For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, 27, and 30, which are reproduced with reference to the analysis of the '187 patent, claim 2, *supra*.

1031.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

        **b.**        **Element 4 [b]:  wherein the interleaving of the plurality of data units for the plurality of STAs further comprises: when the size of the resource unit allocated to the first STA is the third size, interleaving the data unit for the first STA using a third set of interleaving parameter values, and**

1032.  **Lee** discloses this element.

1033.  For example, Lee discloses: "In one embodiment, in the case where the number of tones of a minimum resource unit is 14 (or 13), if N=1, a 14 (13) tone allocation pattern may be used, if N=2, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=4, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. Lee further discloses that "the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones,

- 322 -

███████████████████████████████

the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333]; *see also* Lee at Table 1.

1034.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1035.  **Choi** discloses this element. For example, Choi discloses: "Each of the 4 bits corresponding to the 242-tone resource unit total allocation information 800 may respectively indicate each of the 4 242-tone resource units that can be allocated within the 80 MHz bandwidth. For example, starting from the left-side leftover tone to the right-side leftover tone, the 4 242-tone resource units may be sequentially expressed as a first 242-tone resource unit, a second 242-tone resource unit, a third 242-tone resource unit, and a fourth 242-tone resource unit. More specifically, each of the 4 bits corresponding to the 242-tone resource unit total allocation information may respectively indicate each of the first 242-tone resource unit, the second 242-tone resource unit, the third 242-tone resource unit, and the fourth 242-tone resource unit." Choi at ¶ [0140].

1036.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 323 -

1037.  **Qi** discloses this element. For example, Qi discloses: "Further, in some embodiments, a third permutation is performed on the output of the second permutation, wherein the third permutation introduces a different frequency rotation for each spatial stream. According to an embodiment, the offset frequency rotation is characterized by NROT×NBPSCS×ni ss , where NROT is a frequency rotation parameter, NBPSCS is the number of bits per subcarrier, and niss a spatial stream constant, which is generally specified for each spatial stream iss. For example, with reference to FIG. 2, in an embodiment or scenario in which the parser 216 parses the information bits into eight spatial streams, the constant niss is selected from a set [n0, n1, . . . , n7], where n0-n7 are integers corresponding to the spatial streams iss=0 through iss=7, respectively." Qi at ¶ [0031].

1038.  Qi further discloses: "At block 1212, a spatial stream constant for the particular spatial stream is selected form the set [0, 5, 2, 7, 3, 6, 1, 4] in the case of 8 spatial streams or a corresponding subset thereof for cases of less than 8 spatial streams. For example, in the case of 7 spatial streams, the particular spatial stream constant is selected from the set [0, 5, 2, 7, 3, 6, 1]. That is, in this embodiment, the spatial stream constant niss is equal to zero (0) for the first spatial stream, five (5) for the second spatial stream, two (2) for the third spatial stream, seven (7) for the fourth spatial stream, etc." Qi at ¶ [0045].

1039.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

████████████████████████████

1040.  **802.11ac-2013** discloses this element. See Element 1 [a].  Also, for example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1041.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1042.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1043.  **Marvell** discloses this element. For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, 27, and 30,

which are reproduced with reference to the analysis of the '187 patent, claim 2,

*supra.*

1044.  Alternatively, Marvell, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1045.  To the extent it is argued or determined that any of Lee, Choi, Qi,

802.11ac-2013, or Marvell do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Lee

and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to

Combine," *infra.*

> c.      **Element 4 [c]:  wherein the third size is smaller than the second size, and the third set of interleaving parameter values is different from the second set of interleaving parameter values.**

1046.  **Lee** discloses this element. For example, Lee discloses: "In the

aforementioned embodiments, the pattern of 802.11ah and the numerology of each

frequency band of 801.11ac may represent the interleaving parameter and pattern

shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver

of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of

Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of

Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of

Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used

and two 80 MHz interleavers may be used." Lee at ¶ [0333]; *see also* Lee at Table 1.

- 326 -

1047. Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1048. **Choi** discloses this element. For example, Choi discloses: "Each of the 4 bits corresponding to the 242-tone resource unit total allocation information 800 may respectively indicate each of the 4 242-tone resource units that can be allocated within the 80 MHz bandwidth. For example, starting from the left-side leftover tone to the right-side leftover tone, the 4 242-tone resource units may be sequentially expressed as a first 242-tone resource unit, a second 242-tone resource unit, a third 242-tone resource unit, and a fourth 242-tone resource unit. More specifically, each of the 4 bits corresponding to the 242-tone resource unit total allocation information may respectively indicate each of the first 242-tone resource unit, the second 242-tone resource unit, the third 242-tone resource unit, and the fourth 242-tone resource unit." Choi at ¶ [0140].

1049. Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1050. **Qi** discloses this element. For example, Qi discloses: "Further, in some embodiments, a third permutation is performed on the output of the second permutation, wherein the third permutation introduces a different frequency rotation for each spatial stream. According to an embodiment, the offset frequency rotation is characterized by NROT×NBPSCS×ni ss , where NROT is a frequency rotation parameter, NBPSCS is the number of bits per subcarrier, and niss a spatial

- 327 -

stream constant, which is generally specified for each spatial stream iss. For example, with reference to FIG. 2, in an embodiment or scenario in which the parser 216 parses the information bits into eight spatial streams, the constant niss is selected from a set [n0, n1, . . . , n7], where n0-n7 are integers corresponding to the spatial streams iss=0 through iss=7, respectively." Qi at ¶ [0031].

1051.  Qi further discloses: "At block 1212, a spatial stream constant for the particular spatial stream is selected form the set [0, 5, 2, 7, 3, 6, 1, 4] in the case of 8 spatial streams or a corresponding subset thereof for cases of less than 8 spatial streams. For example, in the case of 7 spatial streams, the particular spatial stream constant is selected from the set [0, 5, 2, 7, 3, 6, 1]. That is, in this embodiment, the spatial stream constant niss is equal to zero (0) for the first spatial stream, five (5) for the second spatial stream, two (2) for the third spatial stream, seven (7) for the fourth spatial stream, etc." Qi at ¶ [0045].

1052.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1053.  **802.11ac-2013** discloses this element. See Element 1aa].  Also, for example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1054.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further,

████████████████████████████████████████

802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1055.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1056.  **Marvell** discloses this element. For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, 27, and 30, which are reproduced with reference to the analysis of the '187 patent, claim 2, *supra*.

1057.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 329 -

1058. To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell. *See* "Motivation to Combine," *infra*.

**5. Claim 5 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 5 Obvious**

**a. The method according to claim 1, wherein an interleaver depth for the first set of interleaving parameter values is different from an interleaver depth for the second set of interleaving parameter values.**

1059. **Lee** discloses this element. Lee discloses several illustrative embodiments in its Table 1. As one example, Lee discloses: "in the case where the number of tones of a minimum resource unit is 14 (or 13), if N=1, a 14 (13) tone allocation pattern may be used, if N=2, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=4, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. Lee further discloses: "In the aforementioned embodiments, the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may

██████████████████████████

represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

1060.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1061.  **Choi** discloses this element. For example, Choi discloses: "In case of the OFDMA based resource allocation method according to the exemplary embodiment of the present invention, resource allocation units each defined to have a different size may be used. More specifically, a basic resource unit for the OFDMA based resource allocation may be defined as a resource unit of 26 tones and a resource unit of 242 tones. For example, a resource unit of 26 tones may include a data tone of 24 tones and a pilot tone of 2 tones. A resource tone of 242 tones may include a data tone of 234 tones and a pilot tone of 8 tones. By applying an interleaver having a size of 234 to the resource unit of 242 tones, and by applying an interleaver having a size of 24 to the resource unit of 26 tones, interleaving may be performed on the data tone. A tone may be interpreted to have the same meaning as a subcarrier." Choi at ¶ [0057].

- 331 -

1062.  Choi further discloses: "The 242-tone resource unit may correspond to a virtual allocation resource unit. The virtual allocation resource unit may be generated based on a combination of resource units that are smaller than the virtual allocation resource unit. For example, the 242-tone resource unit may correspond to a combination of a plurality of 26-tone resource units and additional leftover tones or a combination of 121-tone resource units. The virtual allocation resource unit may correspond to a resource unit for re-using an interleaver size and OFDM numerology (or tone numerology) of the conventional wireless LAN system." Choi at ¶ [0059].  For example, "In case the STA is allocated with 2 242-tone resource units, interleaving on 234 data tones being included in the 242 tones may be performed by using an interleaver for 242-tone resource units (234-size interleaver). In case the STA is allocated with 2 242-tone resource units and 1 26-tone resource units, interleaving based on an interleaver for 242-tone resource units (234-size interleaver) and an interleaver for 26-tone resource units (24-size interleaver) may be performed." Choi at ¶ [0120].

1063.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1064.  **Qi** discloses this element.

1065.  For example, Qi discloses: "Generally, there is a large number of possible values for the frequency rotation parameter NROT as well as a large number of possible spatial stream constant sets that can be used in a particular

████████████████████████████████

communication system, and optimal values for these interleaver parameters vary

for different system configurations (i.e., depending on the particular MCS being

utilized, the channel bandwidth, the number of data tones in an OFDM symbol, the

number of spatial streams, etc.). In some embodiments, however, one or a few

values for NROT as well as one or a few spatial stream constant sets are defined for

a plurality of different system configurations. In these embodiments, NROT and

niss values are selected such that channel performance at the plurality of system

configurations meet a certain criteria. For example, in one such embodiment, packet

error rate (PER) is used as the selection criteria. That is, in this embodiment,

NROT and niss are selected such that a suitably low PER is achieved in a plurality

of system configurations. In some embodiments, NROT and niss parameter sets are

selected using a systematic interleaver design approach in which the selection is

based on the largest average distance between adjacent spatial streams in

frequency domain or in time domain. This systematic approach to interleaver

design, described in more detail below, results in an interleaver parameter selection

process that is lower in computational complexity and is generally more effective

than an extensive search among the large number of possible interleaver

parameters." Qi at ¶ [0032].

1066.  Qi further discloses: "In some embodiments, a separate spatial stream

constant set and rotation parameters are defined for cases of more than four spatial

streams. For example, in one such embodiment, the spatial stream set and the

- 333 -

corresponding subsets for cases of less than eight spatial streams are used as discussed for the case of five spatial stream, six spatial streams, seven spatial streams, or eight spatial streams. In this embodiment, the third interleaver permutation (e.g., the third permutation performed by each interleaver 220, FIG. 2) is represented by:

$$r = \{j - J(i_{ss})N_{ROT}N_{BP\ldots}\}$$
$$j = 0, 1, \ldots, N_{CBPSS} - \ldots$$

where iss is the spatial stream index, NBPSCS is a number of bits per subcarrier, NCBPSS is a number of coded bits for the spatial stream, and J(iss) is a corresponding constant in the spatial stream constant set (e.g., the spatial stream constant set [0, 5, 2, 7, 3, 6, 1, 4] discussed above)." Qi at ¶ [0034]. *See also* Qi at ¶¶ [0035]-[0039].

1067. Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1068. **802.11ac-2013** discloses this element.

1069. For example, 802.11ac-2013 discloses: "For a 20 MHz, 40 MHz, or 80 MHz VHT PPDU transmission, the bits at the output of the stream parser are processed in groups of NCBPS bits. Each of these groups is divided into NSS blocks of NCBPSS bits, and each block shall be interleaved by an interleaver based on the Clause 18 interleaver. For a contiguous 160 MHz or a noncontiguous 80+80 MHz VHT PPDU transmission, each frequency subblock of NCBPSS/2 output bits from

- 334 -

the segment parser is interleaved by the interleaver for 80 MHz defined in this

subclause. This interleaver, which is based on entering the data in rows, and

reading it out in columns, has a different number of columns and rows for different

bandwidths. The values of and are given in Table 22-17." 802.11ac-2013 at pg. 280.

1070.  802.11ac-2013 further discloses Inteleaver parameters for each user

are described in 802.11ac starting with p.279.  Details for different resource unit

sizes are provided in Table 22-17:

> That is, the operation of the interleaver is the same as if the transmission were an SU one, consisting of bits from only that user.
>
> This subclause describes the interleaver used in the case of BCC encoding.  The interleaver described in this subclause shall be bypassed in the case of LDPC encoding.
>
> For a 20 MHz, 40 MHz, or 80 MHz VHT PPDU transmission, the bits at the output of the stream parser are processed in groups of $N_{CBPS}$ bits. Each of these groups is divided into $N_{SS}$ blocks of $N_{CBPSS}$ bits, and each block shall be interleaved by an interleaver based on the Clause 18 interleaver. For a contiguous 160 MHz or a noncontiguous 80+80 MHz VHT PPDU transmission, each frequency subblock of $N_{CBPSS}/2$ output bits from the segment parser is interleaved by the interleaver for 80 MHz defined in this subclause. This interleaver, which is based on entering the data in rows, and reading it out in columns, has a different number of columns $N_{COL}$ and rows $N_{ROW}$ for different bandwidths. The values of $N_{COL}$ and $N_{ROW}$ are given in Table 22-17.

**Table 22-17—Number of rows and columns in the interleaver**

| Parameter | 20 MHz | 40 MHz | 80 MHz |
|---|---|---|---|
| $N_{COL}$ | 13 | 18 | 26 |
| $N_{ROW}$ | $4 \times N_{BPSCS}$ | $6 \times N_{BPSCS}$ | $9 \times N_{BPSCS}$ |
| $N_{ROT}$ ($N_{SS} \le 4$) | 11 | 29 | 58 |
| $N_{ROT}$ ($N_{SS} > 4$) | 6 | 13 | 28 |

1071.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1072.  **Marvell** discloses this element.

1073.  For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, 27, and 30, which are reproduced with reference to the analysis of the '187 patent, claim 2, supra.

1074.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1075.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra.*

      **6.**      **Claim 6 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 6 Obvious**

            **a.**      **The method according to claim 1, wherein each of the first set of interleaving parameter values and the second set of interleaving parameter values includes the number $N_{COL}$ of columns in a block interleaver, the number $N_{ROW}$ of rows in the block interleaver, and a frequency rotation parameter $N_{ROT}$.**

███████████████████████████

1076.  **Lee** discloses this element.

1077.  Lee discloses several illustrative embodiments in its Table 1. As one example, Lee discloses: "in the case where the number of tones of a minimum resource unit is 14 (or 13), if N=1, a 14 (13) tone allocation pattern may be used, if N=2, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=4, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. Lee further discloses: "In the aforementioned embodiments, the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

1078.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1079.  **Choi** discloses this element.

1080.  For example, Choi discloses: "In case the 4-bit 242-tone resource unit total allocation information 800 is equal to '1111 ', this may indicate that the SU-based transmission may be performed within the 80 MHz bandwidth, and, in case the 4-bit 242-tone resource unit total allocation information 800 is equal to the remaining values, this may indicate MU-based transmission within the 80 MHz bandwidth." Choi at ¶ [0142]. Choi further discloses: "The length of an OFDM symbol may correspond to the IDFT/DFT length having a length of a guard interval (GI) added thereto. The length of the GI may have diverse values, such as 0.4 µs, 0.8 µs, 1.6 µs, 2.4 µs, and 3.2 µs." Choi at ¶ [0056].

1081.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1082.  **Qi** discloses this element. For example, Qi discloses: "Generally, there is a large number of possible values for the frequency rotation parameter NROT as well as a large number of possible spatial stream constant sets that can be used in a particular communication system, and optimal values for these interleaver parameters vary for different system configurations (i.e., depending on the particular MCS being utilized, the channel bandwidth, the number of data tones in an OFDM symbol, the number of spatial streams, etc.). In some embodiments, however, one or a few values for NROT as well as one or a few spatial stream constant sets are defined for a plurality of different system configurations. In these embodiments, NROT and niss values are selected such that channel performance at

- 338 -

███████████████████████████

the plurality of system configurations meet a certain criteria. For example, in one

such embodiment, packet error rate (PER) is used as the selection criteria. That is,

in this embodiment, NROT and niss are selected such that a suitably low PER is

achieved in a plurality of system configurations. In some embodiments, NROT and

niss parameter sets are selected using a systematic interleaver design approach in

which the selection is based on the largest average distance between adjacent

spatial streams in frequency domain or in time domain. This systematic approach to

interleaver design, described in more detail below, results in an interleaver

parameter selection process that is lower in computational complexity and is

generally more effective than an extensive search among the large number of

possible interleaver parameters." Qi at ¶ [0032].

1083.  Alternatively, Qi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1084.  **802.11ac-2013** discloses this element. For example, 802.11ac-2013

discloses example numbers of rows and columns and frequency rotation parameters

of an interleaver in  Table 22-17:

**Table 22-17—Number of rows and columns in the interleaver**

| Parameter | 20 MHz | 40 MHz | 80 MHz |
|---|---|---|---|
| $N_{COL}$ | 13 | 18 | 26 |
| $N_{ROW}$ | $4 \times N_{BPSCS}$ | $6 \times N_{BPSCS}$ | $9 \times N_{BPSCS}$ |
| $N_{ROT}$ $(N_{SS} \leq 4)$ | 11 | 29 | 58 |
| $N_{ROT}$ $(N_{SS} > 4)$ | 6 | 13 | 28 |

1085. 802.11ac-2013 provides further disclosure of this element at pg. 247:

For a description of the conventions used for the mathematical description of the signals, see 18.3.2.5. In addition, the following notational conventions are used in Clause 22:

$[Q]_{m,n}$ indicates the element in row $m$ and column $n$ of matrix $Q$, where $1 \leq m \leq N_{row}$ and $1 \leq n \leq N_{col}$

$N_{row}$ and $N_{col}$ are the number of rows and columns, respectively, of the matrix $Q$

$[Q]_{M:N}$ indicates a matrix consisting of columns $M$ to $N$ of matrix $Q$

1086. 802.11ac-2013 further discloses: "For a 20 MHz, 40 MHz, or 80 MHz VHT PPDU transmission, the bits at the output of the stream parser are processed in groups of NCBPS bits. Each of these groups is divided into NSS blocks of NCBPSS bits, and each block shall be interleaved by an interleaver based on the Clause 18 interleaver. For a contiguous 160 MHz or a noncontiguous 80+80 MHz VHT PPDU transmission, each frequency subblock of NCBPSS/2 output bits from the segment parser is interleaved by the interleaver for 80 MHz defined in this subclause. This interleaver, which is based on entering the data in rows, and reading it out in columns, has a different number of columns NCOL and rows

- 340 -

NROW for different bandwidths. The values of NCOL and NROW are given in

Table 22-17." 802.11ac-2013 at pg. 230.

1087.  802.11ac-2013 further discloses at pg. 280:

The interleaving is defined using three permutations. The first permutation is given by the rule shown in Equation (22-76).

$$i = N_{ROW}(k \bmod N_{COL}) + \left\lfloor \frac{k}{N_{COL}} \right\rfloor, \quad k = 0, 1, \ldots, N_{CBPSSI} - 1 \qquad (22\text{-}76)$$

where

$\lfloor x \rfloor$ is the largest integer less than or equal to $x$

The second permutation is defined by the rule shown in Equation (22-77).

$$j = s \left\lfloor \frac{i}{s} \right\rfloor + \left( i + N_{CBPSSI} - \left\lfloor \frac{N_{COL} \cdot i}{N_{CBPSSI}} \right\rfloor \right) \bmod s, \quad i = 0, 1, \ldots, N_{CBPSSI} - 1 \qquad (22\text{-}77)$$

where

1088.  802.11ac-2013 further discloses at pg. 282:

The second operation defined by Equation (22-82) reverses the second permutation in the interleaver.

$$i = s \left\lfloor \frac{j}{s} \right\rfloor + \left( j + \left\lfloor \frac{N_{COL} \cdot j}{N_{CBPSSI}} \right\rfloor \right) \bmod s, \quad j = 0, 1, \ldots, N_{CBPSSI} - 1 \qquad (22\text{-}82)$$

where

$s$        is defined in Equation (22-68)

The third operation defined in Equation (22-83) reversed the first permutation of the interleaver.

$$k = N_{COL} \cdot i - (N_{CBPSSI} - 1) \left\lfloor \frac{i}{N_{ROW}} \right\rfloor, \quad i = 0, 1, \ldots, N_{CBPSSI} - 1 \qquad (22\text{-}83)$$

1089.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

- 341 -

1090.  **Marvell** discloses this element.

1091.  For example, Marvell discloses at slide 9:

## (1) 52-tone RU, Nrot

- **Simulation Assumptions**
    - A STA is assigned with a 52-tone block randomly.
    - Ncol=16(11a)
    - BCC, 8000 bits
    - 4Tx, Nss=2, 4; 8Tx, Nss=8. No TxBF.
    - Nrot is simulated from 1 to 23.
    - D-NLOS (CP=0.8us), UMi-NLOS (CP=1.6us)
    - Actual channel estimation, no other impairments

- **Compared SNR(Nrot) – SNR(Nrot_ref) at PER = 10%**
    - Nrot_ref =11 for Nss<=4
    - Negative value → Nrot performs better than Nrot_ref.

Further, Marvell discloses at slide 13:

## (2) 106-tone RU Interleaver

- **11ax 106-tone RU has 102 data tones, with a small set of potential Ncol's:**
    - 2, 3, 6, 17, 34, 51

- **11ac 40MHz has 108 data ones, and the BCC interleaver uses Ncol=18.**
    - Cannot be directly reused for 106-tone RU.

- **Use Ncol = 17 for 106-tone RU**
    - Very small difference in the number of data tones between 11ac and 106-tone RU → Ncol=17 should work as well as Ncol=18 for 11ac 40MHz.
    - Other potential Ncol's are either too large or too small.

- **Reuse Nrot = 29 as in 11n/ac for 106-tone RU for the same reason.**

- 342 -

1092. Further, Marvell discloses at slide 34:

## LDPC Tone Mapping as a Special Case of BCC Channel Interleaver

- **Excellent compromise**
  - Each implementation can choose to either
    - Make use of existing BCC channel interleaver, or
    - Use tone mapping in front of IFFT
  - Nrow/Nbpscs = 4/6/9/9 for 20/40/80/160 MHz
    - Large enough to satisfy $D \geq \lceil N_{CBPS}/L_{CW} \rceil$ in all cases
      - 20 MHz, Nss=8, 256-QAM 5/6:  3328 / 1944 = 1.7
      - 40 MHz, Nss=8, 256-QAM 5/6:  6912 / 1944 = 3.6
      - 80 MHz, Nss=8, 256-QAM 5/6: 14976 / 1944 = 7.7

1093. Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1094. To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> 7. **Claim 7 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 7 Obvious**
>
> > a. **The method according to claim 1, wherein the interleaving of the plurality of data units for the plurality of STAs comprises: when the size of the resource unit allocated to the first STA is 24 data**

- 343 -

**tones, interleaving the data unit for the first STA
using a block interleaver having 8 columns.**

1095.  **Lee** discloses this element.

1096.  Lee discloses several illustrative embodiments in its Table 1. Lee further discloses that "the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333]. Lee further discloses: "Table 1 shows the interleaving parameters of interleavers in which data is entered in row and data is read out in column, that is, an interleaver for a 1 MHz band, an interleaver for a 20 MHz band, an interleaver for a 40 MHz band, and an interleaver for an 80 MHz band. In Table 1, N_COL indicates the number of columns of the interleaver, N_ROW indicates the number of rows of the interleaver, N_BPSCS indicates the number of coded bits per subcarrier in each special stream, N_ROT indicates a frequency rotation parameter, and N_SS indicates the number of special streams." Lee at ¶ [0276].

1097.  Further, Lee discloses: "If a resource unit is segmented into sub-resource units as described above, the BCC interleaver of 802.11 may be used. For

- 344 -

example, a resource unit (N=8) including a total of 8 subblocks may be segmented into three sub-resource units ((N=2)+(N=4)+(N=2)). In this case, an STA may first segment the resource unit (n=8) by half (i.e., 2*(half of N=2)+2*(half of N=4)+2*(half of N=2), and may perform first permutation and second permutation on each of the segmented six sub-resource units as in Equation 1 and Equation 2 below.

$$i = N_{ROW}(k \bmod N_{CO} \ldots$$

In Equation 1, k=0, 1, . . . , N_CBSSI-1, and N indicates the number of sub-resource units.

$$j = s\left\lfloor \frac{i}{s} \right\rfloor + \left(i + N_{CBPS} \ldots\right.$$

In Equation 2, s may be equal to 1 (i.e., s=1), and N_CBPSSI indicates the number of coded bits per symbol in each special stream." Lee at ¶¶ [0336]-[0338].

1098. Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1099. **Choi** discloses this element.

1100. For example, Choi discloses: "In case of the OFDMA based resource allocation method according to the exemplary embodiment of the present invention, resource allocation units each defined to have a different size may be used. More specifically, a basic resource unit for the OFDMA based resource allocation may be

- 345 -

██████████████████████████

defined as a resource unit of 26 tones and a resource unit of 242 tones. For example,

a resource unit of 26 tones may include a data tone of 24 tones and a pilot tone of 2

tones. A resource tone of 242 tones may include a data tone of 234 tones and a pilot

tone of 8 tones. By applying an interleaver having a size of 234 to the resource unit

of 242 tones, and by applying an interleaver having a size of 24 to the resource unit

of 26 tones, interleaving may be performed on the data tone. A tone may be

interpreted to have the same meaning as a subcarrier." Choi at ¶ [0057].

1101.  Alternatively, Choi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1102.  **Qi** discloses this element.

1103.  For example, Qi discloses: "Generally, there is a large number of

possible values for the frequency rotation parameter NROT as well as a large

number of possible spatial stream constant sets that can be used in a particular

communication system, and optimal values for these interleaver parameters vary

for different system configurations (i.e., depending on the particular MCS being

utilized, the channel bandwidth, the number of data tones in an OFDM symbol, the

number of spatial streams, etc.). In some embodiments, however, one or a few

values for NROT as well as one or a few spatial stream constant sets are defined for

a plurality of different system configurations. In these embodiments, NROT and

niss values are selected such that channel performance at the plurality of system

configurations meet a certain criteria. For example, in one such embodiment, packet

- 346 -

error rate (PER) is used as the selection criteria. That is, in this embodiment, NROT and niss are selected such that a suitably low PER is achieved in a plurality of system configurations. In some embodiments, NROT and niss parameter sets are selected using a systematic interleaver design approach in which the selection is based on the largest average distance between adjacent spatial streams in frequency domain or in time domain. This systematic approach to interleaver design, described in more detail below, results in an interleaver parameter selection process that is lower in computational complexity and is generally more effective than an extensive search among the large number of possible interleaver parameters." Qi at ¶ [0032].

1104.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1105.  **802.11ac-2013** discloses this element.

1106.  For example, 802.11ac-2013 discloses: "The VHT-SIG-A field is composed of two parts, VHT-SIG-A1 and VHT-SIG-A2, each containing 24 data bits, as shown in Table 22-12. VHT-SIG-A1 is transmitted before VHT-SIG-A2. The VHT-SIG-A symbols shall be BCC encoded at rate, R = 1/2, be interleaved, be mapped to a BPSK constellation, and have pilots inserted following the steps described in 18.3.5.6, 18.3.5.7, 18.3.5.8, and 18.3.5.9, respectively. The first and second half of the stream of 96 complex numbers generated by these steps (before pilot insertion) is divided into two groups of 48 complex numbers , where ,

- 347 -

███████████████████████████████████

respectively. The first 48 complex numbers form the first symbol of VHT-SIG-A and

the second 48 complex numbers form the second symbol of VHT-SIG-A after

rotating by 90° counter-clockwise relative to the first symbol. The first symbol of

VHT-SIG-A, which does not have the 90° rotation, is used to differentiate VHT

PPDUs from HT PPDUs, while the second symbol of VHT-SIG-A, which has the 90°

rotation, is used to differentiate VHT PPDUs from non-HT PPDUs. The time

domain waveform for the VHT-SIG-A field in a VHT PPDU shall be as specified in

Equation (22-28)." 802.11ac-2013 at pg. 259.

1107.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1108.  **Marvell** discloses this element.

1109.  For example, Marvell discloses at slide 14:

# (3) 26/52/106-tone RU, $D_{TM}$

- **26-tone RU (24 data tones)**
  - Potential $D_{TM}$ = 1 (no tone mapping), 2, 3, 4, 6, 8, 12

- **52-tone RU (48 data tones)**
  - Potential $D_{TM}$ = 1 (no tone mapping), 2, 3, 4, 6, 8, 12, 16, 24

- **106-tone RU (102 data tones)**
  - Potential $D_{TM}$ = 1 (no tone mapping), 2, 3, 6, 17, 34, 51

- **Note in 11ac $D_{TM}$ is equivalent to $N_{SD}/N_{col}$ as in BCC interleaver for implementation benefit (see Appendix).**

1110.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1111.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra.*

8.  **Claim 8 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 8 Obvious**

   a.  **The method according to claim 1, wherein: when an index of a bit input for interleaving is k, an index i and an index j are calculated by the following equations, $i = N_{ROW} (k \bmod N_{COL}) + \lfloor k/N_{COL}\rfloor$, k = 0, 1,**

- 349 -

███████████████████████████████

> **..., $N_{CBPSSI}$ - 1 $j = s \lfloor i/s \rfloor + (I + N_{CBPSSI} - \lfloor N_{COL} \cdot i / N_{CBPSSI} \rfloor )$mods, $i = 0 , 1 , ... , N_{CBPSSI} – 1$ $s = \max\{1, N_{BPSCS} / 2\}$ i is an index obtained by applying a first permutation to the index k, j is an index obtained by applying a second permutation to the index i, when a number of spatial streams $N_{SS}$=is 1, an index r obtained by frequency rotation is calculated by r=j, and when $2 \leqq N_{SS} \leqq 4$, the index r is calculated by $r = \{ j - [ ( 2 ( iss - 1 ) ) \bmod 3 + 3 \lfloor (iss – 1)/3 \rfloor ] \cdot N_{ROT} \cdot N_{BPSCS} \} \bmod N_{CBPSSI}$ , $j = 0 , 1 , ... , N_{CBPSSI}$ - 1 iss = 1 , 2 , ... , $N_{SS}$ where: mod represents a modulo operation, $\lfloor \rfloor$ is a floor operation, $N_{COL}$ is a number of columns in a block interleaver, $N_{ROW}$ is a number of rows in the block interleaver, $N_{ROT}$ is a frequency rotation parameter, and $N_{CBPSSI}$ is the number of coded bits per symbol per spatial stream per interleaver block.**

1112.  **Lee** discloses this element.

1113.  For example, Lee discloses: "Table 1 shows the interleaving parameters of interleavers in which data is entered in row and data is read out in column, that is, an interleaver for a 1 MHz band, an interleaver for a 20 MHz band, an interleaver for a 40 MHz band, and an interleaver for an 80 MHz band. In Table 1, N_COL indicates the number of columns of the interleaver, N_ROW indicates the number of rows of the interleaver, N_BPSCS indicates the number of coded bits per subcarrier in each special stream, N_ROT indicates a frequency rotation parameter, and N_SS indicates the number of special streams." Lee at ¶ [0276]; *see also* Lee at Table 1.

1114.  Further, Lee discloses: "If a resource unit is segmented into sub-resource units as described above, the BCC interleaver of 802.11 may be used. For

██████████████████████████████████████████████████████

example, a resource unit (N=8) including a total of 8 subblocks may be segmented into three sub-resource units ((N=2)+(N=4)+(N=2)). In this case, an STA may first segment the resource unit (n=8) by half (i.e., 2*(half of N=2)+2*(half of N=4)+2*(half of N=2), and may perform first permutation and second permutation on each of the segmented six sub-resource units as in Equation 1 and Equation 2 below.

$$i = N_{ROW}(k \bmod N_{CO}\ \blacksquare\blacksquare\blacksquare\blacksquare\blacksquare\blacksquare$$

In Equation 1, k=0, 1, . . . , N_CBSSI-1, and N indicates the number of sub-resource units.

$$j = s\left\lfloor\frac{i}{s}\right\rfloor + \left(i + N_{CBPS}\ \blacksquare\blacksquare\blacksquare\blacksquare\right.$$

In Equation 2, s may be equal to 1 (i.e., s=1), and N_CBPSSI indicates the number of coded bits per symbol in each special stream." Lee at ¶¶ [0336]-[0338].

1115.   Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1116.   **Choi** discloses this element.

1117.   The 2-bit 26-tone resource unit individual allocation information 350 having the value of '11' may indicate the allocation of four 26-tone resource units to the STA. In case eight leftover tones are allocated along with the four 26-tone resource units, the STA may be allocated with a total of 112(26*4+8) tones. In this

████████████████████████████████████████

case, in order to re-use the processing procedure (e.g., 108-size interleaver) that was applied to the 114-tone resource unit (108-tone data tone and 6-tone pilot tone), which is defined in the conventional IEEE802.llac spec, only four pilot tones may be allocated with the 112-tone resource unit and the remaining 108 tones may be allocated as the data tone. Choi at [0086].  A POSITA would understand Choi's reference to the interleaver from 802.11ac as disclosing the claim.

1118.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1119.  **Qi** discloses this element. For example, Qi discloses: "According to an embodiment utilizing OFDM modulation, a first permutation ensures that adjacent coded bits are mapped onto non-adjacent sub-carriers. This operation, in an embodiment, is represented by:

$$w_k^{iss} = x_i^{iss}$$

$$i = 9 \cdot N_{BPSCS} \cdot (k \bmod 26) + \mathrm{floor}(k/26), \, k = 0, 1, \ldots, N_{CBPSS}(i_{SS}) - 1 \qquad \text{Equation 1}$$

where k and i represent output and input bit indices, respectively, iss is a spatial stream index, and NCBPSS(iss) is a number of coded bits per symbol for the i-th spatial stream. A second permutation, performed on the output of the first permutation, according to an embodiment, ensures that adjacent bits are mapped alternatively onto less significant and more significant bits of a constellation

thereby avoiding long sequences of consecutively coded low reliability bits. In an

embodiment, the second permutation is represented by:

$$y_j^{iss} = w_k^{iss}$$

$$j = s \cdot \text{floor}(k/s) + \left(k + N\right.$$

$$s = \max\left\{1, \frac{N_{CBPS}}{2}\right.$$

where k is a subcarrier index at an output of the first permutation for the spatial

stream iss, j is a subcarrier index at an output of the second permutation for the

spatial stream iss, and NCBPSS is a number of coded bits for the spatial stream for

which the permutation is being performed." Qi at ¶ [0030].

1120.  Qi further discloses: "In some embodiments, a separate spatial stream

constant set and rotation parameters are defined for cases of more than four spatial

streams. For example, in one such embodiment, the spatial stream set and the

corresponding subsets for cases of less than eight spatial streams are used as

discussed for the case of five spatial stream, six spatial streams, seven spatial

streams, or eight spatial streams. In this embodiment, the third interleaver

permutation (e.g., the third permutation performed by each interleaver 220, FIG. 2)

is represented by:

$$r = \{j - J(i_{ss})N_{ROT}N_{BP}$$

$$j = 0, 1, \ldots, N_{CBPSS}-$$

where iss is the spatial stream index, NBPSCS is a number of bits per subcarrier, NCBPSS is a number of coded bits for the spatial stream, and J(iss) is a corresponding constant in the spatial stream constant set (e.g., the spatial stream constant set [0, 5, 2, 7, 3, 6, 1, 4] discussed above)." Qi at ¶ [0034]. *See also* Qi at ¶¶ [0035]-[0039].

1121.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1122.  **802.11ac-2013** discloses this element.

1123.  For example, 802.11ac-2013 discloses example numbers of rows and columns and frequency rotation parameters of an interleaver in  Table 22-17:

**Table 22-17—Number of rows and columns in the interleaver**

| Parameter | 20 MHz | 40 MHz | 80 MHz |
|---|---|---|---|
| $N_{COL}$ | 13 | 18 | 26 |
| $N_{ROW}$ | $4 \times N_{BPSCS}$ | $6 \times N_{BPSCS}$ | $9 \times N_{BPSCS}$ |
| $N_{ROT}$ ($N_{SS} \leq 4$) | 11 | 29 | 58 |
| $N_{ROT}$ ($N_{SS} > 4$) | 6 | 13 | 28 |

802.11ac-2013 provides further disclosure of this element at pg. 247:

- 354 -

For a description of the conventions used for the mathematical description of the signals, see 18.3.2.5. In addition, the following notational conventions are used in Clause 22:

$[Q]_{m,n}$  indicates the element in row $m$ and column $n$ of matrix $Q$, where $1 \le m \le N_{row}$ and $1 \le n \le N_{col}$

$N_{row}$ and $N_{col}$ are the number of rows and columns, respectively, of the matrix $Q$

$[Q]_{M:N}$  indicates a matrix consisting of columns $M$ to $N$ of matrix $Q$

1124.  802.11ac-2013 further discloses: "For a 20 MHz, 40 MHz, or 80 MHz VHT PPDU transmission, the bits at the output of the stream parser are processed in groups of NCBPS bits. Each of these groups is divided into NSS blocks of NCBPSS bits, and each block shall be interleaved by an interleaver based on the Clause 18 interleaver. For a contiguous 160 MHz or a noncontiguous 80+80 MHz VHT PPDU transmission, each frequency subblock of NCBPSS/2 output bits from the segment parser is interleaved by the interleaver for 80 MHz defined in this subclause. This interleaver, which is based on entering the data in rows, and reading it out in columns, has a different number of columns NCOL and rows NROW for different bandwidths. The values of NCOL and NROW are given in Table 22-17." 802.11ac-2013 at pg. 230.

1125.  802.11ac-2013 further discloses at pg. 280:

The interleaving is defined using three permutations. The first permutation is given by the rule shown in Equation (22-76).

$$i = N_{ROW}(k \bmod N_{COL}) + \left\lfloor \frac{k}{N_{COL}} \right\rfloor, k = 0, 1, \ldots, N_{CBPSSI} - 1 \tag{22-76}$$

where

$\lfloor x \rfloor$ is the largest integer less than or equal to $x$

The second permutation is defined by the rule shown in Equation (22-77).

$$j = s \left\lfloor \frac{i}{s} \right\rfloor + \left( i + N_{CBPSSI} - \left\lfloor \frac{N_{COL} \cdot i}{N_{CBPSSI}} \right\rfloor \right) \bmod s, \quad i = 0, 1, \ldots, N_{CBPSSI} - 1 \tag{22-77}$$

where

1126.  802.11ac-2013 further discloses at pg. 281:

If $2 \le N_{SS} \le 4$, a frequency rotation is applied to the output of the second permutation as shown in Equation (22-78).

$$r = \left\{ j - \left[ (2(i_{SS} - 1)) \bmod 3 + 3 \left\lfloor \frac{i_{SS} - 1}{3} \right\rfloor \right] \cdot N_{ROT} \cdot N_{BPSCS} \right\} \bmod N_{CBPSSI}, \tag{22-78}$$

$$j = 0, 1, \ldots, N_{CBPSSI} - 1$$

where

$i_{SS} = 1, 2, \ldots, N_{SS}$ is the spatial steam index on which this interleaver is operating

802.11ac-2013 further discloses at pg. 282:

- 356 -

The second operation defined by Equation (22-82) reverses the second permutation in the interleaver.

$$i = s\left\lfloor\frac{j}{s}\right\rfloor + \left(j + \left\lfloor\frac{N_{COL}\cdot j}{N_{CBPSSI}}\right\rfloor\right) \bmod s, \quad j = 0, 1, ..., N_{CBPSSI} - 1 \tag{22-82}$$

where

$s$          is defined in Equation (22-68)

The third operation defined in Equation (22-83) reversed the first permutation of the interleaver.

$$k = N_{COL}\cdot i - (N_{CBPSSI} - 1)\left\lfloor\frac{i}{N_{ROW}}\right\rfloor, \quad i = 0, 1, ..., N_{CBPSSI} - 1 \tag{22-83}$$

1127. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1128. **Marvell** discloses this element. For example, Marvell discloses relevant examples for the claimed features at least in Slides 9, 13, and 34, which are reproduced with reference to the analysis of the '187 patent, claim 6, *supra*.

1129. Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1130. To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell. *See* "Motivation to Combine," *infra*.

9.      Claim 9 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi,
        802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or
        in Combination, Renders Claim 9 Obvious

        a.      **The method according to claim 8, wherein $N_{SS}$ is set
                to separate values for the plurality of resource
                units.**

1131.  **Lee** discloses this element.

1132.  For example, Lee discloses: "Table 1 shows the interleaving parameters of interleavers in which data is entered in row and data is read out in column, that is, an interleaver for a 1 MHz band, an interleaver for a 20 MHz band, an interleaver for a 40 MHz band, and an interleaver for an 80 MHz band. In Table 1, N_COL indicates the number of columns of the interleaver, N_ROW indicates the number of rows of the interleaver, N_BPSCS indicates the number of coded bits per subcarrier in each special stream, N_ROT indicates a frequency rotation parameter, and N_SS indicates the number of special streams." Lee at ¶ [0276]; *see also* Lee at Table 1.

1133.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1134.  **Choi** discloses this element.

1135.  For example, Choi discloses: "In the wireless LAN system according to the embodiment, an orthogonal frequency division multiple access (OFDMA) based transmission method is supported for the uplink transmission and/or downlink transmission. In detail, in the wireless LAN system according to the embodiment,

███████████████████████████████

the AP may perform the DL MU transmission based on the OFDMA and the transmission may be expressed as a term called DL MU OFDMA transmission. When the DL MU OFDMA transmission is performed, the AP may transmit the downlink data ( alternatively, the downlink frame and the downlink PPDU) to the plurality of respective STAs through the plurality of respective frequency resources on an overlapped time resource. The plurality of frequency resources may be a plurality of subbands (alternatively, sub channels) or a plurality of resource units (RUs) (alternatively, basic tone units or small tone units). The DL MU OFDMA transmission may be used together with the DL MU MIMO transmission. For example, the DL MU MIMO transmission based on a plurality of space-time streams (alternatively, spatial streams) may be performed on a specific subband (alternatively, sub channel)." Choi at ¶ [0045].

1136.  Choi further discloses: "When the uplink transmission by the plurality of respective STAs is performed on the spatial domain, different time-space streams (alternatively, spatial streams) may be allocated to the plurality of respective STAs and the plurality ofrespective STAs may transmit the uplink data to the AP through the different time-space streams. The transmission method through the different spatial streams may be expressed as a term called a UL MU MIMO transmission method." Choi at ¶ [0048]. For example, "[t]he UL MU OFDMA transmission and the UL MU MIMO transmission may be used together with each other. For example, the UL MU MIMO transmission based on the plurality of space-

time streams (alternatively, spatial streams) may be performed on a specific

subband (alternatively, sub channel) allocated for the UL MU OFDMA

transmission." Choi at ¶ [0049].

1137.  Alternatively, Choi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1138.  **Qi** discloses this element.

1139.  For example, Qi discloses: "In some embodiments, a separate spatial

stream constant set and rotation parameters are defined for cases of more than four

spatial streams. For example, in one such embodiment, the spatial stream set and

the corresponding subsets for cases of less than eight spatial streams are used as

discussed for the case of five spatial stream, six spatial streams, seven spatial

streams, or eight spatial streams. In this embodiment, the third interleaver

permutation (e.g., the third permutation performed by each interleaver 220, FIG. 2)

is represented by:

$$r = \{j - J(i_{ss}) N_{ROT} N_{BP}$$

$$j = 0, 1, \ldots, N_{CBPSS} -$$

where iss is the spatial stream index, NBPSCS is a number of bits per

subcarrier, NCBPSS is a number of coded bits for the spatial stream, and J(iss) is a

corresponding constant in the spatial stream constant set (e.g., the spatial stream

constant set [0, 5, 2, 7, 3, 6, 1, 4] discussed above)." Qi at ¶ [0034].  *See also* Qi at ¶¶

[0035]-[0039].

- 360 -

1140.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1141.  **802.11ac-2013** discloses this element.

1142.  For example, 802.11ac-2013 discloses several examples configurations of resource units for different values of Nss (i.e., different numbers of spatial streams) at Tables 22-30 – 22-37.  As one illustrative example, Table 22-21 of 802.11ac-2013 shows configurations for Nss = 2, as follows:

Table 22-31—VHT-MCSs for optional 20 MHz, $N_{SS}$ = 2

| VHT-MCS Index | Modulation | R | $N_{BPSCS}$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | $N_{ES}$ | Data rate (Mb/s) 800 ns GI | Data rate (Mb/s) 400 ns GI |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | BPSK | 1/2 | 1 | 52 | 4 | 104 | 52 | 1 | 13.0 | 14.4 |
| 1 | QPSK | 1/2 | 2 | 52 | 4 | 208 | 104 | 1 | 26.0 | 28.9 |
| 2 | QPSK | 3/4 | 2 | 52 | 4 | 208 | 156 | 1 | 39.0 | 43.3 |
| 3 | 16-QAM | 1/2 | 4 | 52 | 4 | 416 | 208 | 1 | 52.0 | 57.8 |
| 4 | 16-QAM | 3/4 | 4 | 52 | 4 | 416 | 312 | 1 | 78.0 | 86.7 |
| 5 | 64-QAM | 2/3 | 6 | 52 | 4 | 624 | 416 | 1 | 104.0 | 115.6 |
| 6 | 64-QAM | 3/4 | 6 | 52 | 4 | 624 | 468 | 1 | 117.0 | 130.0 |
| 7 | 64-QAM | 5/6 | 6 | 52 | 4 | 624 | 520 | 1 | 130.0 | 144.4 |
| 8 | 256-QAM | 3/4 | 8 | 52 | 4 | 832 | 624 | 1 | 156.0 | 173.3 |
| 9 | Not valid | | | | | | | | | |

1143.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1144.  Also, from 802.11ac, *see* p.279 – 280: "For ease of explanation, the operation of the interleaver is described for the SU case. For user u of an MU

- 361 -

transmission, the interleaver operates in the same way on the output bits for the user from the stream parser by replacing NSS, NCBPSS, NCBPSSI, and NBPSCS with NSS,u, NCBPSS,u, NCBPSSI,u, and NBPSCS,u, respectively, That is, the operation of the interleaver is the same as if the transmission were an SU one, consisting of bits from only that user."

1145.  **Marvell** discloses this element.

1146.  For example, Marvell discloses at slide 16:

## Simulations

- **Simulation assumptions**
  - A STA is assigned with a 26/52/106-tone blocks randomly.
  - 8000 bit per packet.
  - D-NLOS (CP=0.8us),
    - 1x1, Nss=1; 2x2, Nss = 2; 4x4, Nss=4; 8x8, Nss=8. No TxBF.
  - UMi-NLOS (CP=1.6us)
    - 1x1
  - Actual channel estimation, no other impairments.

- **Compared $SNR(D_{TM}) - SNR(D_{TM}=1)$ at PER = 10%**
  - DTM = 1 → no tone mapping.
  - If negative value → tone mapping performs better than no tone mapping.

1147.  Further, Marvell discloses resource unit configurations for different values of Nss (i.e., for different numbers of spatial streams) at slides 17 – 22.  For example, slide 17 provides examples comparing cases of four and eight spatial streams as follows:

- 362 -



## 26-Tone, Nss = 4, 8

- **Performance of tone mapping for Nss=4 provides less than 0.5dB gain, and less than 1dB for Nss=8.**
- **Tone mapping is not critical.**

1148.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1149.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra.*

> **10.  Independent Claim 10 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 10 Obvious**
>
> > **a.  Element 10 [pre]:  A method for receiving data from an Access Point (AP) through a transmission channel by a first Station (STA) among a plurality**

███████████████████████████████████████

**of STAs in a Wireless Local Area Network (WLAN) system, wherein the transmission channel is divided into a plurality of resource units which are allocated to the plurality of STAs respectively, the method comprising:**

1150.  As noted above, independent claim 10 is similar to independent claim 1, except that claim 1 is recited from the perspective of an AP transmitting interleaved data to multiple STAs, and claim 10 is recited from the perspective of one of the multiple STAs receiving the interleaved data from the AP. A POSITA would recognize that the elements, including the preambles, are otherwise substantially the same, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 1 [pre], *supra*.

1151.  **Lee** discloses this element.

1152.  *See* element 1[pre].  Lee employs abbreviations in a consistent manner with 802.11 series standards, including Wireless Local Area network (WLAN) (*see* Lee at ¶ [0003]), and Access Point (AP) and Station (STA) (*see* Lee at ¶ [0008]). For example, Lee discloses: "An AP means an entity which enables access to a DS through a WM with respect to associated STAs and has the STA functionality. The movement of data between a BSS and the DS can be performed through an AP. For example, each of the STA 2 and the STA 3 of FIG. 1 has the functionality of an STA and provides a function which enables associated STAs (e.g., the STA 1 and the STA 4) to access the DS."  Lee at ¶ [0055]. Lee also discloses: "In a WLAN system, an STA is an apparatus operating in accordance with the medium access control

- 364 -

(MAC)/PHY regulations of IEEE 802.11. An STA may include an AP STA and a non-AP STA unless the functionality of the STA is not individually different from that of an AP. In this case, assuming that communication is performed between an STA and an AP, the STA may be interpreted as being a non-AP STA."  Lee at ¶ [0068].

1153.  Lee further discloses transmitting data from an AP to multiple STAs in a WLAN at ¶ [0109] ("An IEEE 802.11ac WLAN system supports the transmission of a DL multi-user multiple input multiple output (MU-MIMO) method in which a plurality of STAs accesses a channel at the same time in order to efficiently use a radio channel. In accordance with the MU-MIMO transmission method, an AP may simultaneously transmit a packet to one or more STAs that have been subjected to MIMO pairing."). Communications between the AP and the non-AP STAs can include uplink (UL) and downlink (DL) communications. For example, "Downlink multi-user transmission (DL MU transmission) means a technology in which an AP transmits a PPDU to a plurality of non-AP STAs through the same time resources using one or more antennas."  Lee at ¶ [0110]. Further, Lee discloses that "… downlink (DL) means communication from an AP to a non-AP STA. Uplink (UL) means communication from a non-AP STA to an AP. In DL, a transmitter may be part of an AP, and a receiver may be part of a non-AP STA. In UL, a transmitter may be part of a non-AP STA, and a receiver may be part of an AP."  Lee at ¶ [0071].

███████████████████████████████████████

1154.  Lee further discloses that the transmission channel is divided into a plurality of resource units which are allocated to the plurality of STAs respectively. For example, Lee discloses: "In one embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a case, the 20 MHz band may be divided into four subblocks, and at least one subblock may be allocated to an STA. An HE STA may use a numerology, that is, an interleaver, of VHT 20 MHz (N_SD=52) if the number of contiguous subblocks is 1, a numerology, that is, an interleaver, of VHT 40 MHz (N_SD=108) if the number of contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz (N_SD=234) if the number of contiguous subblocks is 4 depending on the number of contiguous subblocks allocated to an STA."  Lee at ¶ [0292]; *see also* Lee at Table 1.

1155.  Lee also discloses: "An STA may segment a 20 MHz band into a plurality of subblocks and allocate the segmented subblocks to at least one STA. The STA may deploy a pilot signal in the segmented subblocks. In one embodiment, the STA may deploy pilots as in the common part of DL OFDMA. In another embodiment, the STA may deploy the pilots as in the aforementioned option of a VHT system depending on a bandwidth option of each subblock (or subband). In this case, the numerology (N_SD, N_SP or N_ST) of each subblock may be set identically with the bandwidth option of a VHT system. For example, an HE STA may use a 20 MHz numerology of VHT in the case of a single subblock, may use a 40 MHz

██████████████████████

numerology of VHT in the case of two subblocks, and may use an 80 MHz numerology of VHT in the case of four subblocks." Lee at ¶ [0297].

1156.  For example, Lee discloses: "A system may be designed so that a subblock size corresponds to the resource unit size of an existing Wi-Fi system, such as VHT. For example, a subblock may be configured in a 26 tone, 56 tone, 114 tone, 242 tone, 484 tone or 14 (or 13) tone unit including a pilot. If a subblock is configured in such a tone unit, an added system element can be minimized because the structure of an existing Wi-Fi system, that is, an encoding/interleaving structure, can be used." Lee at ¶ [0309].  Lee further discloses that "[a]n HE STA may configure subblocks in minimum granularity including specific tones and may allocate the subblocks in a positive integer number times the subblock. Pilots may be included or may not be included in a resource unit depending on whether they are used in common or for a dedicated purpose. If such a method is used, there is an advantage in that excellent minimum granularity can be flexibly applied to most of data units. Furthermore, a resource unit can be easily allocated and scheduled with respect to various traffic amounts and various bandwidths without tones left with respect to a given bandwidth." Lee at ¶ [0312].

1157.  Lee further discloses "[a] method for interleaving allocated resource is described below in addition to the method for allocating resources through OFDMA using the aforementioned predetermined resource unit size." Lee at ¶ [0318]. For example: "subcarriers may be allocated in a 13/14, 26, 56, 114, 242 or 484 tone unit.

- 367 -

In such a case, a bandwidth may be represented as X*N (N=1, 2, 3, 4, . . . , ) (X is the number of tones of a minimum resource unit)." Lee at ¶ [0319]. Lee discloses illustrative embodiments, including: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. For example: "the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

1158.  Lee further discloses: "The interleaver 17030 may interleave encoded data. The interleaver 17030 operates only if the FEC encoder 17010 has performed BCC encoding and may bypass data if the FEC encoder 17010 has performed LDPC encoding. The interleaver 17030 may include a plurality of interleaving blocks. The

- 368 -

███████████████████

interleaving parameters of the plurality of interleaving blocks have been illustrated

in Table 1. Each of the plurality of interleaving blocks may also be called a sub-

interleaver or an interleaver." Lee at ¶ [0351]. For example: "In an embodiment of

the present invention, the unit of data to be allocated through OFDMA is set in a

plurality of resource units. For example, an STA may set a resource unit in a 26

tone, 52 tone, 114 tone, 242 tone or 484 tone unit and may allocate subcarriers to a

user/STA in the unit of such a resource unit. In such a case, as described above, the

interleaver of Table 1 may be used in each tone unit." Lee at ¶ [0360].  See also Lee

at Table 1.

1159.  Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1160.  **Choi** discloses this element.

1161.  *See* element 1[pre].  For example, Choi discloses: "Further, in the

wireless LAN system according to the embodiment, uplink multi-user (UL MU)

transmission in which the plurality of STAs transmits data to the AP on the same

time resource may be supported. Uplink transmission on the overlapped time

resource by the plurality of respective STAs may be performed on a frequency

domain or a spatial domain." Choi at ¶ [0046]. Choi further discloses: "The access

point (AP) may allocate each of the plurality of the resource units to each of the

plurality of stations (STAs) within the entire bandwidth and may transmit

individual data fields (or frames), which correspond to each of the plurality of STAs,

- 369 -

to each of the plurality of STAs through each of the plurality of resource units. As described above, the information on the allocation of each of the plurality of resource units to each of the plurality of STAs may be included in the HE-SIG A 1750 or the HE-SIG B 1760." Choi at ¶ [0300].  *See also* Choi at Table 1.

1162.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1163.  **Qi** discloses this element.

1164.  *See* element 1[pre].  For example, Qi discloses: "FIG. 1 is a block diagram of an example embodiment of a wireless local area network (WLAN) 10 that utilizes information bit interleaving techniques described herein, according to an embodiment. An AP 14 includes a host processor 15 coupled to a network interface 16. The network interface 16 includes a medium access control (MAC) processing unit 18 and a physical layer (PHY) processing unit 20. The PHY processing unit 20 includes a plurality of transceivers 21, and the transceivers 21 are coupled to a plurality of antennas 24. Although three transceivers 21 and three antennas 24 are illustrated in FIG. 1, the AP 14 can include different numbers (e.g., 1, 2, 4, 5, etc.) of transceivers 21 and antennas 24 in other embodiments. In one embodiment, the MAC processing unit 18 and the PHY processing unit 20 are configured to operate according to a first communication protocol (e.g., the IEEE 802.11ac Standard, now in the process of being standardized). The first communication protocol is also referred to herein as a very high throughput (VHT)

protocol. In another embodiment, the MAC processing unit 18 and the PHY

processing unit 20 are also configured to operate according to at least a second

communication protocol (e.g., the IEEE 802.11n Standard, the IEEE 802.11a

Standard, etc.)." Qi at ¶ [0015].

1165.  Qi further discloses: "The WLAN 10 includes a plurality of client

stations 25. Although four client stations 25 are illustrated in FIG. 1, the WLAN 10

can include different numbers (e.g., 1, 2, 3, 5, 6, etc.) of client stations 25 in various

scenarios and embodiments. At least one of the client stations 25 (e.g., client station

25-1) is configured to operate at least according to the first communication

protocol." Qi at ¶ [0016].  Additionally, Qi discloses that "[i]n various embodiments,

the PHY processing unit 20 of the AP 14 is configured to generate data units

conforming to the first communication protocol. The transceiver(s) 21 is/are

configured to transmit the generated data units via the antenna(s) 24. Similarly,

the transceiver(s) 24 is/are configured to receive the data units via the antenna(s)

24. The PHY processing unit 20 of the AP 14 is configured to process received data

units conforming to the first communication protocol, according to an embodiment."

Qi at ¶ [0019].

1166.  Alternatively, Qi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1167.  **802.11ac-2013** discloses this element.

- 371 -

1168.  *See* element 1[pre].  For example, 802.11ac-2013 discloses: "A technique by which an access point (AP) with more than one antenna transmits a physical layer (PHY) protocol data unit (PPDU) to multiple receiving non-AP stations (STAs) over the same radio frequencies, wherein each non-AP STA simultaneously receives one or more distinct space-time streams." 802.11ac-2013 at pg. 2.  802.11ac-2013 further discloses: "A non-access-point (non-AP) station (STA) that receives a physical layer (PHY) protocol data unit (PPDU) that was transmitted using a multi-user beamforming steering matrix and that supports the very high throughput (VHT) transmit beamforming feedback mechanism with a VHT null data packet (NDP) Announcement frame that includes more than one STA Info field as described in 9.31.5." 802.11ac-2013 at pg. 6.

1169.  Additionally, 802.11ac-2013 discloses: "Wireless LANs (WLANs) implemented in accordance with this standard are subject to equipment certification and operating requirements established by regional and national regulatory administrations. The PHY specification establishes minimum technical requirements for interoperability, based upon established regulations at the time this standard was issued. These regulations are subject to revision or may be superseded. Requirements that are subject to local geographic regulations are annotated within the PHY specification. Regulatory requirements that do not affect interoperability are not addressed in this standard. Implementers are referred to the regulatory sources in Annex D for further information. Operation in countries

within defined regulatory domains might be subject to additional or alternative national regulations." 802.11ac-2013 at pg. 296.

1170.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1171.  **Marvell** discloses this element. *See* element 1[pre].  For example, Marvell discloses relevant examples for the claimed features at least in Slides 9, 16, 24, and 27, which are reproduced with reference to Element 1 [pre], *supra*.

1172.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1173.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> **b.    Element 10 [a]:  receiving, through the transmission channel, a Physical layer Protocol Data Unit (PPDU) frame including a plurality of data units for the plurality of STAs respectively on the plurality of resource units to acquire a data unit for the first STA from a resource units allocated to the first STA; and**

1174.  A POSITA would recognize that this element is similar to Element 1
[b] of independent claim 1, *supra*, except that Element 1 [b] recites transmitting the
PPDU from the AP to multiple STAs, and this element recites receiving the PPDU
from the AP by one of the multiple STAs. A POSITA would recognize that the
elements are otherwise substantially the same, such that each reference discloses
this element based on at least the corresponding rationale provided with reference
to Element 1 [b], *supra*.

1175.  **Lee** discloses this element.

1176.  For example, Lee discloses: "The PHY sublayer generates a physical
protocol data unit (PPDU) by attaching an additional field, including information
for a PHY transceiver, to a physical service data unit (PSDU) received from the
MAC sublayer. The PPDU is transmitted through a wireless medium." Lee at ¶
[0081]. Lee further discloses that "[a] PPDU means a data block generated in the
physical layer. A PPDU format is described below based on an IEEE 802.11a WLAN
system to which an embodiment of the present invention may be applied." Lee at ¶
[0085].

1177.  Lee at FIG. 3 illustrates "a non-HT format PPDU and an HT format
PPDU in a wireless communication system to which an embodiment of the present
invention may be applied." Lee at ¶ [0086]. For example: "FIG. 3(a) shows a non-HT
format PPDU for supporting IEEE 802.11a/g systems. The non-HT PPDU may also
be called a legacy PPDU." Lee at ¶ [0087]. Further, "[r]eferring to FIG. 3(a), the

███████████████████████████████████

non-HT format PPDU is configured to include a legacy format preamble, including a

legacy (or non-HT) short training field (L-STF), a legacy (or non-HT) long training

field (L-LTF), and a legacy (or non-HT) signal (L-SIG) field, and a data field." Lee at

¶ [0088].

1178. Lee further discloses: "Downlink multi-user transmission (DL MU

transmission) means a technology in which an AP transmits a PPDU to a plurality

of non-AP STAs through the same time resources using one or more antennas." Lee

at ¶ [0110]. For example: "an MU PPDU means a PPDU which delivers one or more

PSDUs for one or more STAs using the MU-MIMO technology or the OFDMA

technology." Lee at ¶ [0111].

1179. Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1180. **Choi** discloses this element.

1181. For example, Choi discloses: "In addition, a PHY protocol data unit

(PPDU), a frame, and data transmitted through the downlink transmission may be

expressed as terms such as a downlink PPDU, a downlink frame, and downlink

data, respectively. The PPDU may be a data unit including a PPDU header and a

physical layer service data unit (PSDU) (alternatively, a MAC protocol data unit

(MPDU)). The PPDU header may include a PHY header and a PHY preamble and

the PSDU (alternatively, MPDU) may include the frame or indicate the frame

(alternatively, an information unit of the MAC layer) or be a data unit indicating

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

the frame. The PHY header may be expressed as a physical layer convergence protocol (PLCP) header as another term and the PHY preamble may be expressed as a PLCP preamble as another term." Choi at ¶ [0042].

1182.  Choi further discloses: "In the wireless LAN system according to the embodiment, an orthogonal frequency division multiple access (OFDMA) based transmission method is supported for the uplink transmission and/or downlink transmission. In detail, in the wireless LAN system according to the embodiment, the AP may perform the DL MU transmission based on the OFDMA and the transmission may be expressed as a term called DL MU OFDMA transmission. When the DL MU OFDMA transmission is performed, the AP may transmit the downlink data ( alternatively, the downlink frame and the downlink PPDU) to the plurality of respective STAs through the plurality of respective frequency resources on an overlapped time resource. The plurality of frequency resources may be a plurality of subbands (alternatively, sub channels) or a plurality of resource units (RUs) (alternatively, basic tone units or small tone units). The DL MU OFDMA transmission may be used together with the DL MU MIMO transmission. For example, the DL MU MIMO transmission based on a plurality of space-time streams (alternatively, spatial streams) may be performed on a specific subband (alternatively, sub channel) allocated for the DL MU OFDMA transmission." Choi at ¶ [0045].

1183. Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1184. **Qi** discloses this element.

1185. For example, Qi discloses: "In one embodiment, a method for interleaving information bits in a physical layer (PHY) data unit includes determining a channel bandwidth to be used for transmitting the PHY data unit and selecting a frequency rotation parameter NROT corresponding to the channel bandwidth. The method also includes, for each spatial stream, (i) selecting a spatial stream constant from the set [0, 5, 2, 7, 3, 6, 1, 4] or a subset thereof depending on a number of spatial streams to be utilized, wherein each constant in the set corresponds to a respective spatial stream, and (ii) interleaving information bits according to the selected frequency rotation parameter NROT and the selected spatial stream constant." Qi at ¶ [0005].

1186. Qi further discloses: "In various embodiments, the PHY processing unit 20 of the AP 14 is configured to generate data units conforming to the first communication protocol. The transceiver(s) 21 is/are configured to transmit the generated data units via the antenna(s) 24. Similarly, the transceiver(s) 24 is/are configured to receive the data units via the antenna(s) 24. The PHY processing unit 20 of the AP 14 is configured to process received data units conforming to the first communication protocol, according to an embodiment." Qi at ¶ [0019].

████████████████████████████

1187.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1188.  **802.11ac-2013** discloses this element.

1189.  For example, 802.11ac-2013 discloses a "multi-user (MU) physical layer (PHY) protocol data unit (PPDU): A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.  802.11ac-2013 further discloses: For "dynamic bandwidth operation: A feature of a very high throughput (VHT) station (STA) in which the request-to-send/clear-to-send (RTS/CTS) exchange, using non-high-throughput (non-HT) duplicate physical layer (PHY) protocol data units (PPDUs), negotiates a potentially reduced channel width (compared to the channel width indicated by the RTS) for subsequent transmissions within the current transmission opportunity (TXOP)." 802.11ac-2013 at pg. 6.

1190.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1191.  **Marvell** discloses this element.

1192.  For example, Marvell discloses relevant examples for the claimed features at least in Slides 9, 16, 24, and 27, which are reproduced with reference to Element 1 [pre], *supra*.

- 378 -

1193.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1194.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

        c.        **Element 10 [b]:  deinterleaving the data unit for the first STA based on a size corresponding to the resource unit allocated to the first STA,**

1195.  A POSITA would recognize that this element is similar to Element 1 [a] of independent claim 1, *supra*, except that Element 1 [a] recites interleaving data units, and this element recites deinterleaving of the data units. A POSITA would recognize that the elements are otherwise substantially the same, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 1 [a], *supra*.

1196.  **<u>Lee</u>** discloses this element.

1197.  For example, Lee discloses: "In one embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a case, the 20 MHz band may be divided into four subblocks, and at least one subblock may be allocated to an STA. An HE STA may use a numerology, that is, an interleaver, of VHT 20 MHz

- 379 -

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

(N_SD=52) if the number of contiguous subblocks is 1, a numerology, that is, an interleaver, of VHT 40 MHz (N_SD=108) if the number of contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz (N_SD=234) if the number of contiguous subblocks is 4 depending on the number of contiguous subblocks allocated to an STA." Lee at ¶ [0292].

1198.  Lee further discloses: "In order to reinforce performance of the interleaver, an HE STA may perform additional processing. In one embodiment, an STA may distribute encoded bits of a plurality of resource units using a segment parser and may interleave the distributed bits within a resource unit. In another embodiment, another interleaver may be designed depending on the number of resource units and used. In yet another embodiment, interleavers corresponding to a specific positive integer number times the resource units may be configured, and a resource unit exceeding the positive integer number times may be segmented and interleaved. For example, interleavers for respective resource units corresponding to a 1, 2, . . . , K multiple of a subblock may be configured, and a resource unit, that is, N times (N=M*K) of the subblock, may be segmented into M resource blocks. A K times (Kx) interleaver may be used in M K times resource units or bits distributed by a segment parser as described above may be interleaved by a K times interleaver." Lee at ¶ [0317].

1199.  Lee discloses illustrative embodiments, including: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a

- 380 -

█████████████████████████████████

pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332].

1200. Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1201. **Choi** discloses this element.

1202. For example, Choi discloses: "In case of the OFDMA based resource allocation method according to the exemplary embodiment of the present invention, resource allocation units each defined to have a different size may be used. More specifically, a basic resource unit for the OFDMA based resource allocation may be defined as a resource unit of 26 tones and a resource unit of 242 tones. For example, a resource unit of 26 tones may include a data tone of 24 tones and a pilot tone of 2 tones. A resource tone of 242 tones may include a data tone of 234 tones and a pilot tone of 8 tones. By applying an interleaver having a size of 234 to the resource unit of 242 tones, and by applying an interleaver having a size of 24 to the resource unit of 26 tones, interleaving may be performed on the data tone. A tone may be interpreted to have the same meaning as a subcarrier." Choi at ¶ [0057].

██████████████████████████████████████████

1203.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1204.  **Qi** discloses this element.

1205.  For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1206.  Qi further discloses: "Of course, a corresponding deinterleaving operation is performed for the received information bits at the receiving end. The deinterleaving operation is performed by the PHY processing unit 29 at the client station 25-1 (FIG. 1), for example, in one embodiment. In an embodiment, the deinterleaving operation for the cases of more than four spatial streams is represented by:

$$j = \{r + J(i_{ss})N_{ROT}N_{BPSCS}\} \bmod N_{CBPSS}$$

$$r = 0, 1, \ldots, N_{CBPSS} - 1 \qquad\qquad \text{Equation 5}$$

where j and r represent the output and input bit indices, respectively, iss is the spatial stream index, NBPSCS is the number of bits per subcarrier, NCBPSS is the number of coded bits for the spatial stream, and J(iss) is a corresponding constant in the spatial stream constant set (e.g., the spatial stream constant set [0, 5, 2, 7, 3, 6, 1, 4] discussed above)." Qi at ¶ [0036].

1207.  Qi further discloses: "Similarly, in an embodiment, the deinterleaving operation for the case of two spatial streams, three spatial streams, or four spatial streams is represented by:

$$j = \left\{ r + \left[ (2(i_{ss} - 1)) \bmod 3 + 3 \left\lfloor \frac{i_{ss} - 1}{3} \right\rfloor \right] N_{ROT} N_{BPSCS} \right\} \qquad \text{Equation 7}$$

$$\bmod N_{CBPSS}$$

$$r = 0, 1, \ldots, N_{CBPSS} - 1$$

where j and r represent the output and input bit indices, respectively, iss is the spatial stream index, NBPSCS is the number of bits per subcarrier, and NCBPSS is the number of coded bits for the spatial stream." Qi at ¶ [0037].

1208.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1209.  **802.11ac-2013** discloses this element.

- 383 -

██████████████████████████████

1210.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1211.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1212.  802.11ac-2013 further discloses: "The deinterleaver uses the following three operations to perform the inverse permutations. Let r denote the index of the bit in the received block (per spatial stream). The first operation reverses the third (frequency rotation) permutation of the interleaver. When Nss=1, this reversal is

████████████████████████████████████

performed by (r=0,1,…NCBPSSI-1). When $2 \leq NSS \leq 4$, this reversal is performed by as shown in Equation (22-80)." 802.11ac-2013 at pg. 281.

1213.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1214.  **Marvell** discloses this element.

1215.  For example, Marvell discloses relevant examples for the claimed features at least in Slides 9, 16, 24, and 27, which are reproduced with reference to Element 1 [pre], *supra*.

1216.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1217.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> d.      **Element 10 [c]:  wherein a set of sizes available to the resource unit allocated to the first STA includes a first size and a second size,**

1218.  A POSITA would recognize that this element is nearly identical to Element 1 [c] of independent claim 1, *supra*, except that Element 1 [c] specifies the

"first STA" as "a first STA among the plurality of STAs." A POSITA would recognize that the elements are otherwise substantially the same, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 1 [c], *supra*.

1219.  **Lee** discloses this element.

1220.  For example, Lee discloses: "In one embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a case, the 20 MHz band may be divided into four subblocks, and at least one subblock may be allocated to an STA. An HE STA may use a numerology, that is, an interleaver, of VHT 20 MHz (N_SD=52) if the number of contiguous subblocks is 1, a numerology, that is, an interleaver, of VHT 40 MHz (N_SD=108) if the number of contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz (N_SD=234) if the number of contiguous subblocks is 4 depending on the number of contiguous subblocks allocated to an STA." Lee at ¶ [0292].

1221.  Lee further discloses: "In order to reinforce performance of the interleaver, an HE STA may perform additional processing. In one embodiment, an STA may distribute encoded bits of a plurality of resource units using a segment parser and may interleave the distributed bits within a resource unit. In another embodiment, another interleaver may be designed depending on the number of resource units and used. In yet another embodiment, interleavers corresponding to a specific positive integer number times the resource units may be configured, and a

- 386 -

███████████████████████████████████████

resource unit exceeding the positive integer number times may be segmented and

interleaved. For example, interleavers for respective resource units corresponding to

a 1, 2, . . . , K multiple of a subblock may be configured, and a resource unit, that is,

N times (N=M*K) of the subblock, may be segmented into M resource blocks. A K

times (Kx) interleaver may be used in M K times resource units or bits distributed

by a segment parser as described above may be interleaved by a K times

interleaver." Lee at ¶ [0317].

1222.  Lee discloses illustrative embodiments, including: "in the case where a

minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a

pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20

MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern

(e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation

pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484

tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee

at ¶¶ [0327]-[0332].

1223.  Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1224.  **Choi** discloses this element.

1225.  For example, Choi discloses that "in case the tone unit size corresponds

to a 242-tone resource unit, the maximum number of MU MIMO transmission STAs

may be configured to be equal to the maximum number of STAs that can be

allocated per container. For example, in case the tone unit size corresponds to a

242-tone resource unit, the maximum number of MU MIMO transmission STAs

may be equal to 4 in the 20 MHz bandwidth/40 MHz bandwidth and may be equal

to 2 in the 80 MHz bandwidth. In case the tone unit size corresponds to a 26-tone

resource unit, the maximum number of MU MIMO transmission STAs may be equal

to a maximum of 4 (20 MHz bandwidth/40 MHz bandwidth) or may be equal to 2 (80

MHz bandwidth). In case the tone unit size corresponds to 2 26-tone resource units,

the maximum number of MU MIMO transmission STAs may be equal to a

maximum of 4 (20 MHz bandwidth/40 MHz bandwidth) or may be equal to 2 (80

MHz bandwidth). In case the tone unit size corresponds to 3 26-tone resource units,

the maximum number of MU MIMO transmission STAs may be equal to 4. In case

the tone unit size corresponds to 4 26-tone resource units, the maximum number of

MU MIMO transmission STAs may be equal to 4." Choi at ¶¶ [0222]-[0226].

1226.  Alternatively, Choi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1227.  **Qi** discloses this element. For example, Qi discloses: "According to an

embodiment, each interleaver 220 changes the order of coded bits in order to avoid

situations in which consecutive coded bits are affected by the same channel

conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-

adjacent locations in the frequency domain or in the time domain. In some

embodiments, interleaving is performed via a plurality of consecutive bit

permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1228.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1229.  **802.11ac-2013** discloses this element. For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1230.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is

- 389 -

used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1231.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1232.  **Marvell** discloses this element. For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference to Element 1 [B], *supra*.

1233.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1234.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> e.    **Element 10 [d]:  wherein the deinterleaving of the data unit for the STA comprises: when the size of resource unit allocated to the first STA is the first size, deinterleaving the data unit for the first STA using a first set of interleaving parameter values; and**

1235.  A POSITA would recognize that this element is substantially identical to Element 1 [d] of independent claim 1, *supra*, except that Element 1 [d] is recited in context of interleaving, while this element is recited in context of deinterleaving. A POSITA would recognize that the elements are otherwise substantially the same, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 1 [d], *supra*.

1236.  **Lee** discloses this element.

1237.  For example, Lee discloses: "In one embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a case, the 20 MHz band may be divided into four subblocks, and at least one subblock may be allocated to an STA. An HE STA may use a numerology, that is, an interleaver, of VHT 20 MHz (N_SD=52) if the number of contiguous subblocks is 1, a numerology, that is, an interleaver, of VHT 40 MHz (N_SD=108) if the number of contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz (N_SD=234) if the number of contiguous subblocks is 4 depending on the number of contiguous subblocks allocated to an STA." Lee at ¶ [0292].  For example, "[a]n STA may segment a 20 MHz band into a plurality of subblocks and allocate the segmented subblocks to at least one STA. The STA may deploy a pilot signal in the segmented subblocks. In one embodiment, the STA may deploy pilots as in the common part of DL OFDMA. In another embodiment, the STA may deploy the pilots as in the aforementioned option of a VHT system depending on a bandwidth option of each

- 391 -

████████████████████████

subblock (or subband). In this case, the numerology (N_SD, N_SP or N_ST) of each

subblock may be set identically with the bandwidth option of a VHT system. For

example, an HE STA may use a 20 MHz numerology of VHT in the case of a single

subblock, may use a 40 MHz numerology of VHT in the case of two subblocks, and

may use an 80 MHz numerology of VHT in the case of four subblocks." Lee at ¶

[0297].

1238.  Lee further discloses: "A system may be designed so that a subblock

size corresponds to the resource unit size of an existing Wi-Fi system, such as VHT.

For example, a subblock may be configured in a 26 tone, 56 tone, 114 tone, 242 tone,

484 tone or 14 (or 13) tone unit including a pilot. If a subblock is configured in such

a tone unit, an added system element can be minimized because the structure of an

existing Wi-Fi system, that is, an encoding/interleaving structure, can be used." Lee

at ¶ [0309]. For example, "[a]n HE STA may configure subblocks in minimum

granularity including specific tones and may allocate the subblocks in a positive

integer number times the subblock. Pilots may be included or may not be included

in a resource unit depending on whether they are used in common or for a dedicated

purpose. If such a method is used, there is an advantage in that excellent minimum

granularity can be flexibly applied to most of data units. Furthermore, a resource

unit can be easily allocated and scheduled with respect to various traffic amounts

and various bandwidths without tones left with respect to a given bandwidth." Lee

at ¶ [0312].

██████████████████████████████

1239.  Lee further discloses "[a] method for interleaving allocated resource is described below in addition to the method for allocating resources through OFDMA using the aforementioned predetermined resource unit size." Lee at ¶ [0318]. As one example, "subcarriers may be allocated in a 13/14, 26, 56, 114, 242 or 484 tone unit. In such a case, a bandwidth may be represented as X*N (N=1, 2, 3, 4, . . . , ) (X is the number of tones of a minimum resource unit)." Lee at ¶ [0319].  As another example, "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. In such examples, "the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

- 393 -

1240.  Lee further discloses: "The interleaver 17030 may interleave encoded data. The interleaver 17030 operates only if the FEC encoder 17010 has performed BCC encoding and may bypass data if the FEC encoder 17010 has performed LDPC encoding. The interleaver 17030 may include a plurality of interleaving blocks. The interleaving parameters of the plurality of interleaving blocks have been illustrated in Table 1. Each of the plurality of interleaving blocks may also be called a sub-interleaver or an interleaver." Lee at ¶ [0351].  For example, "the unit of data to be allocated through OFDMA is set in a plurality of resource units. For example, an STA may set a resource unit in a 26 tone, 52 tone, 114 tone, 242 tone or 484 tone unit and may allocate subcarriers to a user/STA in the unit of such a resource unit. In such a case, as described above, the interleaver of Table 1 may be used in each tone unit." Lee at ¶ [0360].  See also Lee at Table 1.

1241.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1242.  **Choi** discloses this element.

1243.  For example, Choi discloses that "in case the tone unit size corresponds to a 242-tone resource unit, the maximum number of MU MIMO transmission STAs may be configured to be equal to the maximum number of STAs that can be allocated per container. For example, in case the tone unit size corresponds to a 242-tone resource unit, the maximum number of MU MIMO transmission STAs may be equal to 4 in the 20 MHz bandwidth/40 MHz bandwidth and may be equal

- 394 -

to 2 in the 80 MHz bandwidth. In case the tone unit size corresponds to a 26-tone resource unit, the maximum number of MU MIMO transmission STAs may be equal to a maximum of 4 (20 MHz bandwidth/40 MHz bandwidth) or may be equal to 2 (80 MHz bandwidth). In case the tone unit size corresponds to 2 26-tone resource units, the maximum number of MU MIMO transmission STAs may be equal to a maximum of 4 (20 MHz bandwidth/40 MHz bandwidth) or may be equal to 2 (80 MHz bandwidth). In case the tone unit size corresponds to 3 26-tone resource units, the maximum number of MU MIMO transmission STAs may be equal to 4. In case the tone unit size corresponds to 4 26-tone resource units, the maximum number of MU MIMO transmission STAs may be equal to 4." Choi at ¶¶ [0222]-[0226].

1244.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1245.  **Qi** discloses this element.

1246.  For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for

- 395 -

███████████████████████████████████

which the interleaver design is being utilized. In a MIMO OFDM system, such as

the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on

the number of data subcarriers in an OFDM symbol and the number of spatial

streams being utilized in the particular communication channel." Qi at ¶ [0029].

1247.  Qi further discloses: "Of course, a corresponding deinterleaving

operation is performed for the received information bits at the receiving end. The

deinterleaving operation is performed by the PHY processing unit 29 at the client

station 25-1 (FIG. 1), for example, in one embodiment. In an embodiment, the

deinterleaving operation for the cases of more than four spatial streams is

represented by:

$$j = \{r + J(i_{ss})N_{ROT}N_{BPSC}$$

$$r = 0, 1, \ldots, N_{CBPSS} - 1$$

where j and r represent the output and input bit indices, respectively, iss is the

spatial stream index, NBPSCS is the number of bits per subcarrier, NCBPSS is the

number of coded bits for the spatial stream, and J(iss) is a corresponding constant

in the spatial stream constant set (e.g., the spatial stream constant set [0, 5, 2, 7, 3,

6, 1, 4] discussed above)." Qi at ¶ [0036].

1248.  Qi further discloses: "Similarly, in an embodiment, the deinterleaving

operation for the case of two spatial streams, three spatial streams, or four spatial

streams is represented by:

$$j = \left\{ r + \left[ (2(i_{ss} - 1)) \bmod 3 \right] \right.$$

$$r = 0, 1, \ldots, N_{CB}$$

where j and r represent the output and input bit indices, respectively, iss is the spatial stream index, NBPSCS is the number of bits per subcarrier, and NCBPSS is the number of coded bits for the spatial stream." Qi at ¶ [0037].

1249.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1250.  **802.11ac-2013** discloses this element.

1251.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1252.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is

- 397 -

used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1253.  802.11ac-2013 further discloses: "The deinterleaver uses the following three operations to perform the inverse permutations. Let r denote the index of the bit in the received block (per spatial stream). The first operation reverses the third (frequency rotation) permutation of the interleaver. When Nss=1, this reversal is performed by (r=0,1,…NCBPSSI-1). When $2 \leq NSS \leq 4$, this reversal is performed by as shown in Equation (22-80)." 802.11ac-2013 at pg. 281.

1254.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1255.  **Marvell** discloses this element.

1256.  For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference to Element 1 [B], *supra*.

1257.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

██████████████████████████████████████

1258.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> **f.     Element 10 [e]:  when the size of resource unit allocated to the first STA is the second size, deinterleaving the data unit for the first STA using a second set of interleaving parameter values; and values, and**

1259.  A POSITA would recognize that this element is substantially identical to Element 1 [e] of independent claim 1, *supra*, except that Element 1 [e] is recited in context of interleaving, while this element is recited in context of deinterleaving. A POSITA would recognize that the elements are otherwise substantially the same, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 1 [e], *supra*.

1260.  **Lee** discloses this element.

1261.  For example, Lee discloses several illustrative embodiments in its Table 1, such as: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of

- 399 -

███████████████████████████████████████

802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz

numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. With respect to

these embodiment, Lee discloses that "the pattern of 802.11ah and the numerology

of each frequency band of 801.11ac may represent the interleaving parameter and

pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz

interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz

interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz

interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz

interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing

may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

1262.  Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1263.  **Choi** discloses this element.

1264.  For example, Choi discloses that "the 2-bit 242-tone resource unit

individual allocation information 820 having the value of '01' may indicate the

allocation of 2 242-tone resource units to the STA. In case the number of 26-tone

resource units being allocated within the 80 MHz bandwidth is equal to 38, the 2-bit

242-tone resource unit individual allocation information 820 having the value of '01'

may also indicate the allocation of 2 242-tone resource units and 1 26-tone resource

unit. In this case, as described above, an interleaver for the 242-tone resource units

and an interleaver for the 26-tone resource units may be individually applied to

each of the 242-tone resource units and the 26-tone resource units." Choi at ¶ [0145].

1265.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1266.  **Qi** discloses this element.

1267.  For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1268.  Qi further discloses: "Of course, a corresponding deinterleaving operation is performed for the received information bits at the receiving end. The deinterleaving operation is performed by the PHY processing unit 29 at the client station 25-1 (FIG. 1), for example, in one embodiment. In an embodiment, the

- 401 -

deinterleaving operation for the cases of more than four spatial streams is

represented by:

$$j = \{r + J(i_{ss})N_{ROT}N_{BPSC}$$

$$r = 0, 1, \ldots, N_{CBPSS} - 1$$

where j and r represent the output and input bit indices, respectively, iss is the

spatial stream index, NBPSCS is the number of bits per subcarrier, NCBPSS is the

number of coded bits for the spatial stream, and J(iss) is a corresponding constant

in the spatial stream constant set (e.g., the spatial stream constant set [0, 5, 2, 7, 3,

6, 1, 4] discussed above)." Qi at ¶ [0036].

1269.  Qi further discloses: "Similarly, in an embodiment, the deinterleaving

operation for the case of two spatial streams, three spatial streams, or four spatial

streams is represented by:

$$j = \left\{ r + \left[ (2(i_{ss} - 1)) \bmod 3 \right. \right.$$

$$r = 0, 1, \ldots, N_{CB}$$

where j and r represent the output and input bit indices, respectively, iss is the

spatial stream index, NBPSCS is the number of bits per subcarrier, and NCBPSS is

the number of coded bits for the spatial stream." Qi at ¶ [0037].

1270.  Alternatively, Qi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1271.  **802.11ac-2013** discloses this element.

1272.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1273.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1274.  802.11ac-2013 further discloses: "The deinterleaver uses the following three operations to perform the inverse permutations. Let r denote the index of the bit in the received block (per spatial stream). The first operation reverses the third (frequency rotation) permutation of the interleaver. When Nss=1, this reversal is

- 403 -

███████████████████████████████████████████

performed by (r=0,1,...NCBPSSI-1). When $2 \leq NSS \leq 4$, this reversal is performed

by as shown in Equation (22-80)." 802.11ac-2013 at pg. 281.

1275.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1276.  **Marvell** discloses this element.

1277.  For example, Marvell discloses relevant examples for the claimed

features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference

to Element 1 [B], *supra*.

1278.  Alternatively, Marvell, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1279.  To the extent it is argued or determined that any of Lee, Choi, Qi,

802.11ac-2013, or Marvell do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Lee

and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to

Combine," *infra*.

> g.    **Element 10 [f]:  wherein the first size is smaller than a size of the transmission channel, the second size is smaller than the first size, and the second set of interleaving parameter values is different from the first set of interleaving parameter values.**

████████████████████████████████████████████

1280.  A POSITA would recognize that this element is identical to Element 1 [f] of independent claim 1, *supra*, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 1 [e] and 1[f], *supra*.

1281.  **Lee** discloses this element.

1282.  For example, Lee discloses: "The L-STF, the L-LTF, the L-SIG field, and the VHT-SIG-A field may be repeated in a 20 MHz channel unit and transmitted. For example, when a PPDU is transmitted through four 20 MHz channels (i.e., an 80 MHz bandwidth), the L-STF, the L-LTF, the L-SIG field, and the VHT-SIG-A field may be repeated every 20 MHz channel and transmitted." Lee at ¶ [0120]. Lee discloses illustrative embodiments, including: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. For example, "the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz

- 405 -

███████████████████████████████

interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz

interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz

interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing

may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

1283.  Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1284.  **Choi** discloses this element.

1285.  For example, Choi discloses that "the 2-bit 242-tone resource unit

individual allocation information 820 having the value of '01' may indicate the

allocation of 2 242-tone resource units to the STA. In case the number of 26-tone

resource units being allocated within the 80 MHz bandwidth is equal to 38, the 2-bit

242-tone resource unit individual allocation information 820 having the value of '01'

may also indicate the allocation of 2 242-tone resource units and 1 26-tone resource

unit. In this case, as described above, an interleaver for the 242-tone resource units

and an interleaver for the 26-tone resource units may be individually applied to

each of the 242-tone resource units and the 26-tone resource units." Choi at ¶

[0145].

1286.  Alternatively, Choi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1287.  **Qi** discloses this element.

1288.  For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1289.  Qi further discloses: "Of course, a corresponding deinterleaving operation is performed for the received information bits at the receiving end. The deinterleaving operation is performed by the PHY processing unit 29 at the client station 25-1 (FIG. 1), for example, in one embodiment. In an embodiment, the deinterleaving operation for the cases of more than four spatial streams is represented by:

$$j = \{r + J(i_{ss})N_{ROT}N_{BPSC}$$

$$r = 0, 1, \ldots, N_{CBPSS} - 1$$

where j and r represent the output and input bit indices, respectively, iss is the spatial stream index, NBPSCS is the number of bits per subcarrier, NCBPSS is the number of coded bits for the spatial stream, and J(iss) is a corresponding constant in the spatial stream constant set (e.g., the spatial stream constant set [0, 5, 2, 7, 3, 6, 1, 4] discussed above)." Qi at ¶ [0036].

1290.  Qi further discloses: "Similarly, in an embodiment, the deinterleaving operation for the case of two spatial streams, three spatial streams, or four spatial streams is represented by:

$$j = \left\{ r + \left[ (2(i_{ss} - 1)) \bmod 3 \right. \right.$$

$$r = 0, 1, \ldots , N_{CB}$$

where j and r represent the output and input bit indices, respectively, iss is the spatial stream index, NBPSCS is the number of bits per subcarrier, and NCBPSS is the number of coded bits for the spatial stream." Qi at ¶ [0037].

1291.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1292.  **802.11ac-2013** discloses this element.

1293.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

- 408 -

1294.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1295.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1296.  **Marvell** discloses this element.

1297.  For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference to Element 1 [B], *supra*.

███████████████████████████████████████████████

1298.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1299.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> **11.    Claim 11 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 11 Obvious**
>
> **a.    The method according to claim 10, wherein the size of the resource unit corresponds to a number of tones allocated to the resource unit allocated to the first STA.**

1300.  A POSITA would recognize that claim 11 is substantially the same as claim 2, such that each reference discloses this element based on at least the corresponding rationale provided with reference to the analysis of the '187 patent, claim 2, *supra*.

1301.  **Lee** discloses this element.

1302.  For example, Lee discloses: "An HE STA may configure subblocks in minimum granularity including specific tones and may allocate the subblocks in a positive integer number times the subblock. Pilots may be included or may not be included in a resource unit depending on whether they are used in common or for a

████████████████████

dedicated purpose. If such a method is used, there is an advantage in that excellent

minimum granularity can be flexibly applied to most of data units. Furthermore, a

resource unit can be easily allocated and scheduled with respect to various traffic

amounts and various bandwidths without tones left with respect to a given

bandwidth." Lee at ¶ [0312].

1303.  Lee discloses illustrative embodiments, including: "In another

embodiment, in the case where a minimum resource unit is 26 tones, if N=1, a 26

tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone

allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a

114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if

N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may

be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of

802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. Lee further discloses: "In the

aforementioned embodiments, the pattern of 802.11ah and the numerology of each

frequency band of 801.11ac may represent the interleaving parameter and pattern

shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver

of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of

Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of

Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of

Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used

and two 80 MHz interleavers may be used." Lee at ¶ [0333].

- 411 -

1304.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1305.  **Choi** discloses this element.

1306.  For example, Choi discloses: "In the wireless LAN system according to the embodiment, an orthogonal frequency division multiple access (OFDMA) based transmission method is supported for the uplink transmission and/or downlink transmission. In detail, in the wireless LAN system according to the embodiment, the AP may perform the DL MU transmission based on the OFDMA and the transmission may be expressed as a term called DL MU OFDMA transmission. When the DL MU OFDMA transmission is performed, the AP may transmit the downlink data (alternatively, the downlink frame and the downlink PPDU) to the plurality of respective STAs through the plurality of respective frequency resources on an overlapped time resource. The plurality of frequency resources may be a plurality of subbands (alternatively, sub channels) or a plurality of resource units (RUs) (alternatively, basic tone units or small tone units). The DL MU OFDMA transmission may be used together with the DL MU MIMO transmission. For example, the DL MU MIMO transmission based on a plurality of space-time streams (alternatively, spatial streams) may be performed on a specific subband (alternatively, sub channel) allocated for the DL MU OFDMA transmission." Choi at ¶ [0045].

- 412 -

███████████████████████████████████████████

1307.  Choi further discloses: "The access point (AP) may allocate each of the plurality of the resource units to each of the plurality of stations (STAs) within the entire bandwidth and may transmit individual data fields (or frames), which correspond to each of the plurality of STAs, to each of the plurality of STAs through each of the plurality of resource units. As described above, the information on the allocation of each of the plurality of resource units to each of the plurality of STAs may be included in the HE-SIG A 1750 or the HE-SIG B 1760." Choi at ¶ 0300.

1308.  For example, Choi discloses that "in case the tone unit size corresponds to a 242-tone resource unit, the maximum number of MU MIMO transmission STAs may be configured to be equal to the maximum number of STAs that can be allocated per container. For example, in case the tone unit size corresponds to a 242-tone resource unit, the maximum number of MU MIMO transmission STAs may be equal to 4 in the 20 MHz bandwidth/40 MHz bandwidth and may be equal to 2 in the 80 MHz bandwidth. In case the tone unit size corresponds to a 26-tone resource unit, the maximum number of MU MIMO transmission STAs may be equal to a maximum of 4 (20 MHz bandwidth/40 MHz bandwidth) or may be equal to 2 (80 MHz bandwidth). In case the tone unit size corresponds to 2 26-tone resource units, the maximum number of MU MIMO transmission STAs may be equal to a maximum of 4 (20 MHz bandwidth/40 MHz bandwidth) or may be equal to 2 (80 MHz bandwidth). In case the tone unit size corresponds to 3 26-tone resource units, the maximum number of MU MIMO transmission STAs may be equal to 4. In case

- 413 -

████████████████████

the tone unit size corresponds to 4 26-tone resource units, the maximum number of MU MIMO transmission STAs may be equal to 4." Choi at ¶¶ [0222]-[0226].

1309. Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1310. **Qi** discloses this element.

1311. For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1312. Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1313. **802.11ac-2013** discloses this element.

1314. For example, 802.11ac-2013 discloses subcarrier indices for pilot tones at several transmission frequencies at pg. 266:

$K_{Pilot}$     is the set of subcarrier indices for the pilot tones.

For a 20 MHz transmission, $K_{Pilot} = \{\pm 7, \pm 21\}$.

For a 40 MHz transmission, $K_{Pilot} = \{\pm 11, \pm 25, \pm 53\}$.

For an 80 MHz transmission, $K_{Pilot} = \{\pm 11, \pm 39, \pm 75, \pm 103\}$.

For a 160 MHz transmission, $K_{Pilot} = \{\pm 25, \pm 53, \pm 89, \pm 117, \pm 139, \pm 167, \pm 203, \pm 231\}$.

For a noncontiguous 80+80 MHz transmission, $K_{Pilot}$ for each 80 MHz frequency segment is identical to $K_{Pilot}$ for an 80 MHz transmission.

1315. 802.11ac-2013 discloses further examples at pg. 290:

For a 40 MHz transmission, six pilot tones shall be inserted in subcarriers $-53, -25, -11, 11, 25,$ and $53$. The pilot mapping $P_n^k$ for subcarrier $k$ for symbol $n$ shall be as specified in Equation (22-92).

$$P_n\{-53,-25,-11,11,25,53\} = \{\Psi_{1,n \bmod 6}^{(1)}, \Psi_{1,(n+1) \bmod 6}^{(1)}, \cdots, \Psi_{1,(n+5) \bmod 6}^{(1)}\}$$
$$P_n^{k \notin \{-53,-25,-11,11,25,53\}} = 0 \qquad (22\text{-}92)$$

where

$\Psi_{1,m}^{(1)}$ is given by the $N_{STS} = 1$ row of Table 20-20

For an 80 MHz transmission, eight pilot tones shall be inserted in subcarriers $-103, -75, -39, -11, 11, 39,$ $75,$ and $103$. The pilot mapping $P_n^k$ for subcarrier $k$ for symbol $n$ shall be as specified in Equation (22-93).

$$P_n\{-103,-75,-39,-11,11,39,75,103\} = \{\Psi_{n \bmod 8}, \Psi_{(n+1) \bmod 8}, \cdots, \Psi_{(n+7) \bmod 8}\}$$
$$P_n^{k \notin \{-103,-75,-39,-11,11,39,75,103\}} = 0 \qquad (22\text{-}93)$$

where

$\Psi_m$ is defined in Table 22-21

1316. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1317. **Marvell** discloses this element.

1318.  For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, 27, and 30, which are reproduced with reference to the analysis of the '187 patent, claim 2, *supra*.

1319.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1320.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> **12.    Claim 12 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 12 Obvious**
>
> **a.    Element 12 [a]:  The method according to claim 10, wherein the set of sizes available to the resource unit allocated to the first STA further includes a third size,**

1321.  A POSITA would recognize that this element is substantially identical to Element 4 [a] of claim 4, *supra*, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 4 [a], *supra*.

1322.  **<u>Lee</u>** discloses this element.

███████████████████████████████████████████

1323. For example, Lee discloses: "In one embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a case, the 20 MHz band may be divided into four subblocks, and at least one subblock may be allocated to an STA. An HE STA may use a numerology, that is, an interleaver, of VHT 20 MHz (N_SD=52) if the number of contiguous subblocks is 1, a numerology, that is, an interleaver, of VHT 40 MHz (N_SD=108) if the number of contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz (N_SD=234) if the number of contiguous subblocks is 4 depending on the number of contiguous subblocks allocated to an STA." Lee at ¶ [0292].

1324. Lee further discloses: "In order to reinforce performance of the interleaver, an HE STA may perform additional processing. In one embodiment, an STA may distribute encoded bits of a plurality of resource units using a segment parser and may interleave the distributed bits within a resource unit. In another embodiment, another interleaver may be designed depending on the number of resource units and used. In yet another embodiment, interleavers corresponding to a specific positive integer number times the resource units may be configured, and a resource unit exceeding the positive integer number times may be segmented and interleaved. For example, interleavers for respective resource units corresponding to a 1, 2, . . . , K multiple of a subblock may be configured, and a resource unit, that is, N times (N=M*K) of the subblock, may be segmented into M resource blocks. A K times (Kx) interleaver may be used in M K times resource units or bits distributed

- 417 -

by a segment parser as described above may be interleaved by a K times interleaver." Lee at ¶ [0317].

1325.  Lee discloses illustrative embodiments, including: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332].

1326.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1327.  **Choi** discloses this element.

1328.  For example, Choi discloses: "Each of the 4 bits corresponding to the 242-tone resource unit total allocation information 800 may respectively indicate each of the 4 242-tone resource units that can be allocated within the 80 MHz bandwidth. For example, starting from the left-side leftover tone to the right-side leftover tone, the 4 242-tone resource units may be sequentially expressed as a first 242-tone resource unit, a second 242-tone resource unit, a third 242-tone resource unit, and a fourth 242-tone resource unit. More specifically, each of the 4 bits corresponding to the 242-tone resource unit total allocation information may

- 418 -

respectively indicate each of the first 242-tone resource unit, the second 242-tone resource unit, the third 242-tone resource unit, and the fourth 242-tone resource unit." Choi at ¶ [0140].

1329.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1330.  **Qi** discloses this element.

1331.  For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1332.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1333.  **802.11ac-2013** discloses this element.

1334.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1335.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1336.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1337.  **Marvell** discloses this element.

1338.  For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, 27, and 30, which are reproduced with reference to the analysis of the '187 patent, claim 2, supra.

1339.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1340.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> **b.  Element 12[ b]:  wherein the deinterleaving of the data unit for the first STA further comprises, when the size of the resource unit allocated to the first STA is the third size, deinterleaving the data unit for the first STA using a third set of interleaving parameter values, and**

1341.  A POSITA would recognize that this element is substantially identical to Element 4 [b] of claim 4, *supra*, except that Element 4 [b] is recited in context of interleaving, while this element is recited in context of deinterleaving. A POSITA would recognize that the elements are otherwise substantially the same, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 4 [b], *supra*.

1342.  **Lee** discloses this element.

- 421 -

████████████████████████████

1343.  For example, Lee discloses: "In one embodiment, in the case where the number of tones of a minimum resource unit is 14 (or 13), if N=1, a 14 (13) tone allocation pattern may be used, if N=2, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=4, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. Lee further discloses that "the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333]; *see also* Lee at Table 1.

1344.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1345.  **Choi** discloses this element.

████████████████████████

1346.  For example, Choi discloses: "Each of the 4 bits corresponding to the

242-tone resource unit total allocation information 800 may respectively indicate

each of the 4 242-tone resource units that can be allocated within the 80 MHz

bandwidth. For example, starting from the left-side leftover tone to the right-side

leftover tone, the 4 242-tone resource units may be sequentially expressed as a first

242-tone resource unit, a second 242-tone resource unit, a third 242-tone resource

unit, and a fourth 242-tone resource unit. More specifically, each of the 4 bits

corresponding to the 242-tone resource unit total allocation information may

respectively indicate each of the first 242-tone resource unit, the second 242-tone

resource unit, the third 242-tone resource unit, and the fourth 242-tone resource

unit." Choi at ¶ [0140].

1347.  Alternatively, Choi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1348.  **Qi** discloses this element.

1349.  For example, Qi discloses: "According to an embodiment, each

interleaver 220 changes the order of coded bits in order to avoid situations in which

consecutive coded bits are affected by the same channel conditions. More

specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations

in the frequency domain or in the time domain. In some embodiments, interleaving

is performed via a plurality of consecutive bit permutations, and in these

embodiments, interleaver design involves selection of several interleaver

- 423 -

parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1350.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1351.  **802.11ac-2013** discloses this element.

1352.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1353.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for

- 424 -

█████████████████████████████████

a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput

(VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz

physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1354.  802.11ac-2013 further discloses: "The deinterleaver uses the following

three operations to perform the inverse permutations. Let r denote the index of the

bit in the received block (per spatial stream). The first operation reverses the third

(frequency rotation) permutation of the interleaver. When Nss=1, this reversal is

performed by (r=0,1,…NCBPSSI-1). When $2 \leq NSS \leq 4$, this reversal is performed

by as shown in Equation (22-80)." 802.11ac-2013 at pg. 281.

1355.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1356.  **Marvell** discloses this element.

1357.  For example, Marvell discloses relevant examples for the claimed

features at least in Slides 8, 9, 16, 24, 27, and 30, which are reproduced with

reference to the analysis of the '187 patent, claim 2, *supra*.

1358.  Alternatively, Marvell, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1359.  To the extent it is argued or determined that any of Lee, Choi, Qi,

802.11ac-2013, or Marvell do not disclose this element, then this element would

██████████████████████████████████████████████████

have been obvious at the time of the invention in view of any combination of Lee

and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to

Combine," *infra*.

> c.    **Element 12 [c]:  wherein the third size is smaller than the second size, and the third set of interleaving parameter values is different from the second set of interleaving parameter values.**

1360.  A POSITA would recognize that this element is identical to Element 4

[c] of claim 4, *supra*, such that each reference discloses this element based on at

least the corresponding rationale provided with reference to Element 4 [c], *supra*.

1361.  **Lee** discloses this element.

1362.  For example, Lee discloses: "In the aforementioned embodiments, the

pattern of 802.11ah and the numerology of each frequency band of 801.11ac may

represent the interleaving parameter and pattern shown in Table 1. For example, if

a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a

resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a

resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a

resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a

resource unit is 484 tones, segment parsing may be used and two 80 MHz

interleavers may be used." Lee at ¶ [0333]; *see also* Lee at Table 1.

1363.  Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1364.  **Choi** discloses this element.

1365.  For example, Choi discloses: "Each of the 4 bits corresponding to the 242-tone resource unit total allocation information 800 may respectively indicate each of the 4 242-tone resource units that can be allocated within the 80 MHz bandwidth. For example, starting from the left-side leftover tone to the right-side leftover tone, the 4 242-tone resource units may be sequentially expressed as a first 242-tone resource unit, a second 242-tone resource unit, a third 242-tone resource unit, and a fourth 242-tone resource unit. More specifically, each of the 4 bits corresponding to the 242-tone resource unit total allocation information may respectively indicate each of the first 242-tone resource unit, the second 242-tone resource unit, the third 242-tone resource unit, and the fourth 242-tone resource unit." Choi at ¶ [0140].

1366.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1367.  **Qi** discloses this element.

1368.  For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver

- 427 -

parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1369.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1370.  **802.11ac-2013** discloses this element.

1371.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1372.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for

- 428 -

a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput

(VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz

physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1373.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1374.  **Marvell** discloses this element.

1375.  For example, Marvell discloses relevant examples for the claimed

features at least in Slides 8, 9, 16, 24, 27, and 30, which are reproduced with

reference to the analysis of the '187 patent, claim 2, *supra*.

1376.  Alternatively, Marvell, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1377.  To the extent it is argued or determined that any of Lee, Choi, Qi,

802.11ac-2013, or Marvell do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Lee

and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to

Combine," *infra*.

13.    **Claim 13 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Claim 13 Obvious**

a.    **The method according to claim 10, wherein the size of the transmission channel is 20 MHz**

- 429 -

████████████████████████████████████████

1378.  **Lee** discloses this element.

1379.  A POSITA would recognize that Lee discloses several illustrative embodiments of transmission channel sizes in its Table 1, including 20MHz.  For example, Lee discloses: "In the aforementioned embodiments, the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

1380.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1381.  **Choi** discloses this element.

1382.  For example, Choi discloses: "In the legacy wireless LAN system which does not support the MU OFDMA transmission, a multi-channel allocation method is used for allocating a wider bandwidth (e.g., a 20 MHz excess bandwidth) to one terminal. When a channel unit is 20 MHz, multiple channels may include a plurality of 20 MHz-channels. In the multi-channel allocation method, a primary channel rule is used to allocate the wider bandwidth to the terminal. When the

████████████████████████████████

primary channel rule is used, there is a limit for allocating the wider bandwidth to the terminal. In detail, according to the primary channel rule, when a secondary channel adjacent to a primary channel is used in an overlapped BSS (OBSS) and is thus busy, the STA may use remaining channels other than the primary channel. Therefore, since the STA may transmit the frame only to the primary channel, the STA receives a limit for transmission of the frame through the multiple channels. That is, in the legacy wireless LAN system, the primary channel rule used for allocating the multiple channels may be a large limit in obtaining a high throughput by operating the wider bandwidth in a current wireless LAN environment in which the OBSS is not small." Choi at ¶ [0050].

1383.  Choi further discloses: "In the 20 MHz bandwidth, the left guard tone may be defined as 6 tones, the direct current (DC) tone may be defined as 3 tones, and the right guard tone may be defined as 5 tones. In the 20 MHz bandwidth, resource allocation within the bandwidth may be performed based on a 26-tone resource unit and/or a 242-tone resource unit." Choi at ¶ [0066].

1384.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1385.  **Qi** discloses this element.

1386.  For example, Qi discloses: "Each output of the spatial mapping unit 236 corresponds to a transmit chain, and each output of the spatial mapping unit 236 is operated on by an IDFT unit 240 that converts a block of constellation points

- 431 -

████████████████████████████████████████

to a time-domain signal. Outputs of the IDFT units 240 are provided to GI insertion
and windowing units 244 that prepend, to each OFDM symbol, a guard interval (GI)
portion, which is a circular extension of the OFDM symbol in an embodiment, and
smooth the edges of each symbol to increase spectral decay. Outputs of the GI
insertion and windowing units 244 are provided to analog and RF units 248 that
convert the signals to analog signals and upconvert the signals to RF frequencies for
transmission. The signals are transmitted in a 20 MHz, a 40 MHz, an 80 MHz, a
120 MHz, or a 160 MHz bandwidth channel, in various embodiments and/or
scenarios." Qi at ¶ [0028].

1387.  Qi further discloses: "In one such embodiment, the spatial stream
constant set corresponding to eight spatial streams is the set [0, 5, 2, 7, 3, 6, 1, 4], or
a subset thereof, regardless of the particular system configuration being utilized. In
some embodiments, when less than eight spatial streams are used (as determined
by the particular MCS being utilized), the spatial stream constant set corresponds
to a subset of the set defined for eight spatial streams. For example, in an
embodiment utilizing the spatial stream constant set described above (i.e., the set
[0, 5, 2, 7, 3, 6, 1, 4]), the spatial stream constant set is the set [0 5 2 7 3 6 1] for the
case of seven spatial streams, the set [0 5 2 7 3 6] for the case of six spatial streams,
etc. Further, in some embodiments, the particular value of the frequency rotation
parameter NROT only depends on the channel bandwidth. For example, in one

embodiment, NROT equals 6, 13, or 28 for the 20 MHz channel, the 40 MHz channel, or the 80 MHz channel, respectively." Qi at ¶ [0033].

1388.  With reference to method embodiments, Qi discloses: "At block 1204, a channel bandwidth that the data unit being generated occupies is determined. For example, in an embodiment, the data unit occupies one of 20 MHz bandwidth, a 40 MHz bandwidth, an 80 MHz bandwidth, or a 160 MHz depending on the particular system configuration for which the data unit is being generated. In other embodiments, the data unit being generated occupies another suitable bandwidth." Qi at ¶ [0043]. Qi further discloses: "At block 1208, a frequency rotation parameter is selected from a plurality of frequency rotation parameters. For example, in an embodiment, the frequency rotation parameter NROT is selected as discussed above. In an embodiment, a different NROT is selected depending on the bandwidth determined at block 1204. For example, in an embodiment, NROT equals 6, 13, or 28 for a 20 MHz channel, a 40 MHz channel, or an 80 MHz channel, respectively." Qi at ¶ [0044].

1389.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1390.  **802.11ac-2013** discloses this element.

1391.  See Element 1 [a].  Also, for example, 802.11ac-2013 discloses several examples configurations of resource units for different values of Nss (i.e., different

numbers of spatial streams) at Tables 22-30 – 22-37.  As one illustrative example,

Table 22-21 of 802.11ac-2013 shows configurations for Nss = 2, as follows:

Table 22-31—VHT-MCSs for optional 20 MHz, $N_{SS}$ = 2

| VHT-MCS Index | Modulation | $R$ | $N_{BPSCS}$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | $N_{ES}$ | Data rate (Mb/s) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 800 ns GI | 400 ns GI |
| 0 | BPSK | 1/2 | 1 | 52 | 4 | 104 | 52 | 1 | 13.0 | 14.4 |
| 1 | QPSK | 1/2 | 2 | 52 | 4 | 208 | 104 | 1 | 26.0 | 28.9 |
| 2 | QPSK | 3/4 | 2 | 52 | 4 | 208 | 156 | 1 | 39.0 | 43.3 |
| 3 | 16-QAM | 1/2 | 4 | 52 | 4 | 416 | 208 | 1 | 52.0 | 57.8 |
| 4 | 16-QAM | 3/4 | 4 | 52 | 4 | 416 | 312 | 1 | 78.0 | 86.7 |
| 5 | 64-QAM | 2/3 | 6 | 52 | 4 | 624 | 416 | 1 | 104.0 | 115.6 |
| 6 | 64-QAM | 3/4 | 6 | 52 | 4 | 624 | 468 | 1 | 117.0 | 130.0 |
| 7 | 64-QAM | 5/6 | 6 | 52 | 4 | 624 | 520 | 1 | 130.0 | 144.4 |
| 8 | 256-QAM | 3/4 | 8 | 52 | 4 | 832 | 624 | 1 | 156.0 | 173.3 |
| 9 | Not valid | | | | | | | | | |

1392.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1393.  **Marvell** discloses this element.

1394.  For example, Marvell discloses relevant examples for the claimed

features at least in Slide 34, which is reproduced with reference to the analysis of

the '187 patent, claim 6, *supra*.

1395.  Alternatively, Marvell, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1396.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> **14.    Independent Claim 14 of the '187 Patent Is Anticipated By Each of Lee, Choi, Qi, 802.11ac-2013, and Marvell; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 14 Obvious**
>
> > **a.    Element 14 [pre]:  A method for receiving data from an Access Point (AP) through a transmission channel by a first Station (STA) among a plurality of STAs in a Wireless Local Area Network (WLAN) system, wherein the transmission channel is divided into a plurality of OFDMA resource units which are allocated to the plurality of STAs respectively, the method comprising:**

1397.  As noted above, independent claim 14 is substantially identical to independent claim 10, except that claim 10 generally refers to "resource units," while claim 14 refers more specifically to "OFDMA resource units." A POSITA would recognize that the elements, including the preambles, are otherwise substantially the same, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 1 [pre], *supra*.

1398.  **Lee** discloses this element.

1399.  Lee employs abbreviations in a consistent manner with 802.11 series standards, including Wireless Local Area network (WLAN) (*see* Lee at ¶ [0003]),

- 435 -

████████████████████████████████████

and Access Point (AP) and Station (STA) (*see* Lee at ¶ [0008]). For example, Lee

discloses: "An AP means an entity which enables access to a DS through a WM with

respect to associated STAs and has the STA functionality. The movement of data

between a BSS and the DS can be performed through an AP. For example, each of

the STA 2 and the STA 3 of FIG. 1 has the functionality of an STA and provides a

function which enables associated STAs (e.g., the STA 1 and the STA 4) to access

the DS."  Lee at ¶ [0055]. Lee also discloses: "In a WLAN system, an STA is an

apparatus operating in accordance with the medium access control (MAC)/PHY

regulations of IEEE 802.11. An STA may include an AP STA and a non-AP STA

unless the functionality of the STA is not individually different from that of an AP.

In this case, assuming that communication is performed between an STA and an

AP, the STA may be interpreted as being a non-AP STA."  Lee at ¶ [0068].

1400.  Lee further discloses transmitting data from an AP to multiple STAs

in a WLAN at ¶ [0109] ("An IEEE 802.11ac WLAN system supports the

transmission of a DL multi-user multiple input multiple output (MU-MIMO)

method in which a plurality of STAs accesses a channel at the same time in order to

efficiently use a radio channel. In accordance with the MU-MIMO transmission

method, an AP may simultaneously transmit a packet to one or more STAs that

have been subjected to MIMO pairing."). Communications between the AP and the

non-AP STAs can include uplink (UL) and downlink (DL) communications. For

example, "Downlink multi-user transmission (DL MU transmission) means a

- 436 -

technology in which an AP transmits a PPDU to a plurality of non-AP STAs through the same time resources using one or more antennas."  Lee at ¶ [0110]. Further, Lee discloses that "… downlink (DL) means communication from an AP to a non-AP STA. Uplink (UL) means communication from a non-AP STA to an AP. In DL, a transmitter may be part of an AP, and a receiver may be part of a non-AP STA. In UL, a transmitter may be part of a non-AP STA, and a receiver may be part of an AP."  Lee at ¶ [0071].

1401.  Lee further discloses that the transmission channel is divided into a plurality of resource units which are allocated to the plurality of STAs respectively. For example, Lee discloses: "In one embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a case, the 20 MHz band may be divided into four subblocks, and at least one subblock may be allocated to an STA. An HE STA may use a numerology, that is, an interleaver, of VHT 20 MHz (N_SD=52) if the number of contiguous subblocks is 1, a numerology, that is, an interleaver, of VHT 40 MHz (N_SD=108) if the number of contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz (N_SD=234) if the number of contiguous subblocks is 4 depending on the number of contiguous subblocks allocated to an STA."  Lee at ¶ [0292]; *see also* Lee at Table 1.

1402.  Lee also discloses: "If OFDMA is used, an STA may segment subcarriers within a unit bandwidth into a plurality of subgroups and may allocate the segmented subcarriers to a plurality of users, that is, STAs. Such a subgroup

- 437 -

may include a subblock unit as described above. Furthermore, a method for configuring a subblock is described below. A unit for resource allocation through OFDMA in a frequency axis may be hereinafter called a subblock or resource unit." Lee at ¶ [0307]. For example, Lee discloses that "[a]n HE STA may configure subblocks in minimum granularity including specific tones and may allocate the subblocks in a positive integer number times the subblock. Pilots may be included or may not be included in a resource unit depending on whether they are used in common or for a dedicated purpose. If such a method is used, there is an advantage in that excellent minimum granularity can be flexibly applied to most of data units. Furthermore, a resource unit can be easily allocated and scheduled with respect to various traffic amounts and various bandwidths without tones left with respect to a given bandwidth." Lee at ¶ [0312].

1403. Lee further discloses "[a] method for interleaving allocated resource is described below in addition to the method for allocating resources through OFDMA using the aforementioned predetermined resource unit size." Lee at ¶ [0318]. For example: "subcarriers may be allocated in a 13/14, 26, 56, 114, 242 or 484 tone unit. In such a case, a bandwidth may be represented as X*N (N=1, 2, 3, 4, . . . , ) (X is the number of tones of a minimum resource unit)." Lee at ¶ [0319]. Lee discloses illustrative embodiments, including: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac)

██████████████████████████

may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. For example: "the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

1404. Lee further discloses: "The interleaver 17030 may interleave encoded data. The interleaver 17030 operates only if the FEC encoder 17010 has performed BCC encoding and may bypass data if the FEC encoder 17010 has performed LDPC encoding. The interleaver 17030 may include a plurality of interleaving blocks. The interleaving parameters of the plurality of interleaving blocks have been illustrated in Table 1. Each of the plurality of interleaving blocks may also be called a sub-interleaver or an interleaver." Lee at ¶ [0351]. For example: "In an embodiment of the present invention, the unit of data to be allocated through OFDMA is set in a plurality of resource units. For example, an STA may set a resource unit in a 26

████████████████████████████████████

tone, 52 tone, 114 tone, 242 tone or 484 tone unit and may allocate subcarriers to a

user/STA in the unit of such a resource unit. In such a case, as described above, the

interleaver of Table 1 may be used in each tone unit." Lee at ¶ [0360].  See also Lee

at Table 1.

1405.  Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1406.  **Choi** discloses this element.

1407.  For example, Choi discloses that: "in the wireless LAN system

according to the embodiment, uplink multi-user (UL MU) transmission in which the

plurality of STAs transmits data to the AP on the same time resource may be

supported. Uplink transmission on the overlapped time resource by the plurality of

respective STAs may be performed on a frequency domain or a spatial domain."

Choi at ¶ [0046]. Choi further discloses: "The access point (AP) may allocate each of

the plurality of the resource units to each of the plurality of stations (STAs) within

the entire bandwidth and may transmit individual data fields (or frames), which

correspond to each of the plurality of STAs, to each of the plurality of STAs through

each of the plurality of resource units. As described above, the information on the

allocation of each of the plurality of resource units to each of the plurality of STAs

may be included in the HE-SIG A 1750 or the HE-SIG B 1760." Choi at ¶ [0300]. *See*

*also* Choi at Table 1.

- 440 -

████████████████████████████████████████████

1408.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1409.  **Qi** discloses this element.

1410.  For example, Qi discloses: "FIG. 1 is a block diagram of an example embodiment of a wireless local area network (WLAN) 10 that utilizes information bit interleaving techniques described herein, according to an embodiment. An AP 14 includes a host processor 15 coupled to a network interface 16. The network interface 16 includes a medium access control (MAC) processing unit 18 and a physical layer (PHY) processing unit 20. The PHY processing unit 20 includes a plurality of transceivers 21, and the transceivers 21 are coupled to a plurality of antennas 24. Although three transceivers 21 and three antennas 24 are illustrated in FIG. 1, the AP 14 can include different numbers (e.g., 1, 2, 4, 5, etc.) of transceivers 21 and antennas 24 in other embodiments. In one embodiment, the MAC processing unit 18 and the PHY processing unit 20 are configured to operate according to a first communication protocol (e.g., the IEEE 802.11ac Standard, now in the process of being standardized). The first communication protocol is also referred to herein as a very high throughput (VHT) protocol. In another embodiment, the MAC processing unit 18 and the PHY processing unit 20 are also configured to operate according to at least a second communication protocol (e.g., the IEEE 802.11n Standard, the IEEE 802.11a Standard, etc.)." Qi at ¶ [0015].

████████████████████████████████████████

1411.  Qi further discloses: "The WLAN 10 includes a plurality of client stations 25. Although four client stations 25 are illustrated in FIG. 1, the WLAN 10 can include different numbers (e.g., 1, 2, 3, 5, 6, etc.) of client stations 25 in various scenarios and embodiments. At least one of the client stations 25 (e.g., client station 25-1) is configured to operate at least according to the first communication protocol." Qi at ¶ [0016].  Additionally, Qi discloses that "[i]n various embodiments, the PHY processing unit 20 of the AP 14 is configured to generate data units conforming to the first communication protocol. The transceiver(s) 21 is/are configured to transmit the generated data units via the antenna(s) 24. Similarly, the transceiver(s) 24 is/are configured to receive the data units via the antenna(s) 24. The PHY processing unit 20 of the AP 14 is configured to process received data units conforming to the first communication protocol, according to an embodiment." Qi at ¶ [0019].

1412.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1413.  **802.11ac-2013** discloses this element.

1414.  For example, 802.11ac-2013 discloses: "A technique by which an access point (AP) with more than one antenna transmits a physical layer (PHY) protocol data unit (PPDU) to multiple receiving non-AP stations (STAs) over the same radio frequencies, wherein each non-AP STA simultaneously receives one or more distinct space-time streams." 802.11ac-2013 at pg. 2.  802.11ac-2013 further discloses: "A

- 442 -

non-access-point (non-AP) station (STA) that receives a physical layer (PHY)

protocol data unit (PPDU) that was transmitted using a multi-user beamforming

steering matrix and that supports the very high throughput (VHT) transmit

beamforming feedback mechanism with a VHT null data packet (NDP)

Announcement frame that includes more than one STA Info field as described in

9.31.5." 802.11ac-2013 at pg. 6.

1415.  Additionally, 802.11ac-2013 discloses: "Wireless LANs (WLANs)

implemented in accordance with this standard are subject to equipment

certification and operating requirements established by regional and national

regulatory administrations. The PHY specification establishes minimum technical

requirements for interoperability, based upon established regulations at the time

this standard was issued. These regulations are subject to revision or may be

superseded. Requirements that are subject to local geographic regulations are

annotated within the PHY specification. Regulatory requirements that do not affect

interoperability are not addressed in this standard. Implementers are referred to

the regulatory sources in Annex D for further information. Operation in countries

within defined regulatory domains might be subject to additional or alternative

national regulations." 802.11ac-2013 at pg. 296.

1416.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

- 443 -

████████████████████████████████████████████████

1417.  **Marvell** discloses this element.

1418.  For example, Marvell discloses relevant examples for the claimed features at least in Slides 9, 16, 24, and 27, which are reproduced with reference to Element 1 [pre], *supra*.

1419.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1420.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> b.  **Element 14 [a]: receiving, through the transmission channel, a Physical layer Protocol Data Unit (PPDU) frame including a plurality of data units for the plurality of STAs respectively on the plurality of OFDMA resource units to acquire a data unit for the first STA from an OFDMA resource unit allocated to the first STA; and**

1421.  A POSITA would recognize that this element is substantially identical to Element 10 [a] of independent claim 10, *supra*, except for specific references to OFDMA resource units.  A POSITA would recognize that the elements are otherwise substantially the same, such that each reference discloses this element

- 444 -

based on at least the corresponding rationale provided with reference to Element 10 [a], *supra.*

1422.  **Lee** discloses this element.

1423.  For example, Lee discloses: "The PHY sublayer generates a physical protocol data unit (PPDU) by attaching an additional field, including information for a PHY transceiver, to a physical service data unit (PSDU) received from the MAC sublayer. The PPDU is transmitted through a wireless medium." Lee at ¶ [0081]. Lee further discloses that "[a] PPDU means a data block generated in the physical layer. A PPDU format is described below based on an IEEE 802.11a WLAN system to which an embodiment of the present invention may be applied." Lee at ¶ [0085].

1424.  Lee at FIG. 3 illustrates "a non-HT format PPDU and an HT format PPDU in a wireless communication system to which an embodiment of the present invention may be applied." Lee at ¶ [0086]. For example: "FIG. 3(a) shows a non-HT format PPDU for supporting IEEE 802.11a/g systems. The non-HT PPDU may also be called a legacy PPDU." Lee at ¶ [0087]. Further, "[r]eferring to FIG. 3(a), the non-HT format PPDU is configured to include a legacy format preamble, including a legacy (or non-HT) short training field (L-STF), a legacy (or non-HT) long training field (L-LTF), and a legacy (or non-HT) signal (L-SIG) field, and a data field." Lee at ¶ [0088].

████████████████████

1425.  Lee further discloses: "Downlink multi-user transmission (DL MU transmission) means a technology in which an AP transmits a PPDU to a plurality of non-AP STAs through the same time resources using one or more antennas." Lee at ¶ [0110]. For example: "an MU PPDU means a PPDU which delivers one or more PSDUs for one or more STAs using the MU-MIMO technology or the OFDMA technology." Lee at ¶ [0111].

1426.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1427.  **Choi** discloses this element.

1428.  **F**or example, Choi discloses: "In addition, a PHY protocol data unit (PPDU), a frame, and data transmitted through the downlink transmission may be expressed as terms such as a downlink PPDU, a downlink frame, and downlink data, respectively. The PPDU may be a data unit including a PPDU header and a physical layer service data unit (PSDU) (alternatively, a MAC protocol data unit (MPDU)). The PPDU header may include a PHY header and a PHY preamble and the PSDU (alternatively, MPDU) may include the frame or indicate the frame (alternatively, an information unit of the MAC layer) or be a data unit indicating the frame. The PHY header may be expressed as a physical layer convergence protocol (PLCP) header as another term and the PHY preamble may be expressed as a PLCP preamble as another term." Choi at ¶ [0042].

1429.  Choi further discloses: "In the wireless LAN system according to the embodiment, an orthogonal frequency division multiple access (OFDMA) based transmission method is supported for the uplink transmission and/or downlink transmission. In detail, in the wireless LAN system according to the embodiment, the AP may perform the DL MU transmission based on the OFDMA and the transmission may be expressed as a term called DL MU OFDMA transmission. When the DL MU OFDMA transmission is performed, the AP may transmit the downlink data ( alternatively, the downlink frame and the downlink PPDU) to the plurality of respective STAs through the plurality of respective frequency resources on an overlapped time resource. The plurality of frequency resources may be a plurality of subbands (alternatively, sub channels) or a plurality of resource units (RUs) (alternatively, basic tone units or small tone units). The DL MU OFDMA transmission may be used together with the DL MU MIMO transmission. For example, the DL MU MIMO transmission based on a plurality of space-time streams (alternatively, spatial streams) may be performed on a specific subband (alternatively, sub channel) allocated for the DL MU OFDMA transmission." Choi at ¶ [0045].

1430.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1431.  **Qi** discloses this element.

███████████████████████████████████

1432. For example, Qi discloses: "In one embodiment, a method for interleaving information bits in a physical layer (PHY) data unit includes determining a channel bandwidth to be used for transmitting the PHY data unit and selecting a frequency rotation parameter NROT corresponding to the channel bandwidth. The method also includes, for each spatial stream, (i) selecting a spatial stream constant from the set [0, 5, 2, 7, 3, 6, 1, 4] or a subset thereof depending on a number of spatial streams to be utilized, wherein each constant in the set corresponds to a respective spatial stream, and (ii) interleaving information bits according to the selected frequency rotation parameter NROT and the selected spatial stream constant." Qi at ¶ [0005].

1433. Qi further discloses: "In various embodiments, the PHY processing unit 20 of the AP 14 is configured to generate data units conforming to the first communication protocol. The transceiver(s) 21 is/are configured to transmit the generated data units via the antenna(s) 24. Similarly, the transceiver(s) 24 is/are configured to receive the data units via the antenna(s) 24. The PHY processing unit 20 of the AP 14 is configured to process received data units conforming to the first communication protocol, according to an embodiment." Qi at ¶ [0019].

1434. Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1435. **802.11ac-2013** discloses this element.

- 448 -

1436.  For example, 802.11ac-2013 discloses a "multi-user (MU) physical layer (PHY) protocol data unit (PPDU): A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.  802.11ac-2013 further discloses: For "dynamic bandwidth operation: A feature of a very high throughput (VHT) station (STA) in which the request-to-send/clear-to-send (RTS/CTS) exchange, using non-high-throughput (non-HT) duplicate physical layer (PHY) protocol data units (PPDUs), negotiates a potentially reduced channel width (compared to the channel width indicated by the RTS) for subsequent transmissions within the current transmission opportunity (TXOP)." 802.11ac-2013 at pg. 6.

1437.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1438.  **Marvell** discloses this element.

1439.  For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference to Element 1 [B], *supra*.

1440. Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 449 -

1441.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

c.      **Element 14 [b]: deinterleaving the data unit for the first STA based on a size of the OFDMA resource unit allocated to the first STA,**

1442.  A POSITA would recognize that this element is similar to Element 10 [b] of independent claim 10, *supra*, except for specific references to OFDMA resource units.  A POSITA would recognize that the elements are otherwise substantially the same, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 10 [b], *supra*.

1443.  **Lee** discloses this element.

1444.  For example, Lee discloses: "An STA may segment a 20 MHz band into a plurality of subblocks and allocate the segmented subblocks to at least one STA. The STA may deploy a pilot signal in the segmented subblocks. In one embodiment, the STA may deploy pilots as in the common part of DL OFDMA. In another embodiment, the STA may deploy the pilots as in the aforementioned option of a VHT system depending on a bandwidth option of each subblock (or subband). In this case, the numerology (N_SD, N_SP or N_ST) of each subblock may be set identically with the bandwidth option of a VHT system. For example, an HE STA may use a 20

███████████████████████████████████████████

MHz numerology of VHT in the case of a single subblock, may use a 40 MHz

numerology of VHT in the case of two subblocks, and may use an 80 MHz

numerology of VHT in the case of four subblocks." Lee at ¶ [0297].

1445.  Lee further discloses "[a] method for interleaving allocated resource is

described below in addition to the method for allocating resources through OFDMA

using the aforementioned predetermined resource unit size." Lee at ¶ [0318].  For

example, "the unit of data to be allocated through OFDMA is set in a plurality of

resource units. For example, an STA may set a resource unit in a 26 tone, 52 tone,

114 tone, 242 tone or 484 tone unit and may allocate subcarriers to a user/STA in

the unit of such a resource unit. In such a case, as described above, the interleaver

of Table 1 may be used in each tone unit." Lee at ¶ [0360]; *see also* Lee at Table 1.

1446.  Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1447.  **Choi** discloses this element.

1448.  For example, Choi discloses: "In the wireless LAN system according to

the embodiment, an orthogonal frequency division multiple access (OFDMA) based

transmission method is supported for the uplink transmission and/or downlink

transmission. In detail, in the wireless LAN system according to the embodiment,

the AP may perform the DL MU transmission based on the OFDMA and the

transmission may be expressed as a term called DL MU OFDMA transmission.

When the DL MU OFDMA transmission is performed, the AP may transmit the

- 451 -

downlink data ( alternatively, the downlink frame and the downlink PPDU) to the plurality of respective STAs through the plurality of respective frequency resources on an overlapped time resource. The plurality of frequency resources may be a plurality of subbands (alternatively, sub channels) or a plurality of resource units (RUs) (alternatively, basic tone units or small tone units). The DL MU OFDMA transmission may be used together with the DL MU MIMO transmission. For example, the DL MU MIMO transmission based on a plurality of space-time streams (alternatively, spatial streams) may be performed on a specific subband (alternatively, sub channel) allocated for the DL MU OFDMA transmission." Choi at ¶ [0045].

1449.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1450.  **Qi** discloses this element.

1451.  For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for

- 452 -

███████████████████

which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1452.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1453.  **802.11ac-2013** discloses this element.

1454.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1455.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput

- 453 -

██████████████████████

(VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz

physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1456.  802.11ac-2013 further discloses: "The deinterleaver uses the following

three operations to perform the inverse permutations. Let r denote the index of the

bit in the received block (per spatial stream). The first operation reverses the third

(frequency rotation) permutation of the interleaver. When Nss=1, this reversal is

performed by (r=0,1,…NCBPSSI-1). When $2 \leq NSS \leq 4$, this reversal is performed

by as shown in Equation (22-80)." 802.11ac-2013 at pg. 281.

1457.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1458.  **Marvell** discloses this element.

1459.  For example, Marvell discloses relevant examples for the claimed

features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference

to Element 1 [B], *supra*.

1460.  Alternatively, Marvell, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1461.  To the extent it is argued or determined that any of Lee, Choi, Qi,

802.11ac-2013, or Marvell do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Lee

- 454 -

and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra.*

> d.    **Element 14 [c]:  wherein a set of sizes available to the OFDMA resource unit allocated to the first STA includes a first size and a second size,**

1462.  A POSITA would recognize that this element is substantially identical to Element 10 [c] of independent claim 10, *supra*, except for specific references to OFDMA resource units.  A POSITA would recognize that the elements are otherwise substantially the same, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 10 [c], *supra.*

1463.  **Lee** discloses this element.

1464.  For example, Lee discloses: "In one embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a case, the 20 MHz band may be divided into four subblocks, and at least one subblock may be allocated to an STA. An HE STA may use a numerology, that is, an interleaver, of VHT 20 MHz ($N\_SD=52$) if the number of contiguous subblocks is 1, a numerology, that is, an interleaver, of VHT 40 MHz ($N\_SD=108$) if the number of contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz ($N\_SD=234$) if the number of contiguous subblocks is 4 depending on the number of contiguous subblocks allocated to an STA." Lee at ¶ [0292].

██████████████████████████████████████████████

1465.  Lee further discloses: "In order to reinforce performance of the interleaver, an HE STA may perform additional processing. In one embodiment, an STA may distribute encoded bits of a plurality of resource units using a segment parser and may interleave the distributed bits within a resource unit. In another embodiment, another interleaver may be designed depending on the number of resource units and used. In yet another embodiment, interleavers corresponding to a specific positive integer number times the resource units may be configured, and a resource unit exceeding the positive integer number times may be segmented and interleaved. For example, interleavers for respective resource units corresponding to a 1, 2, . . . , K multiple of a subblock may be configured, and a resource unit, that is, N times (N=M*K) of the subblock, may be segmented into M resource blocks. A K times (Kx) interleaver may be used in M K times resource units or bits distributed by a segment parser as described above may be interleaved by a K times interleaver." Lee at ¶ [0317].

1466.  Lee discloses illustrative embodiments, including: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484

- 456 -

████████████████████████████████████

tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee

at ¶¶ [0327]-[0332].

1467.  Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1468.  **Choi** discloses this element.

1469.  For example, Choi discloses: "In the wireless LAN system according to

the embodiment, an orthogonal frequency division multiple access (OFDMA) based

transmission method is supported for the uplink transmission and/or downlink

transmission. In detail, in the wireless LAN system according to the embodiment,

the AP may perform the DL MU transmission based on the OFDMA and the

transmission may be expressed as a term called DL MU OFDMA transmission.

When the DL MU OFDMA transmission is performed, the AP may transmit the

downlink data ( alternatively, the downlink frame and the downlink PPDU) to the

plurality of respective STAs through the plurality of respective frequency resources

on an overlapped time resource. The plurality of frequency resources may be a

plurality of subbands (alternatively, sub channels) or a plurality of resource units

(RUs) (alternatively, basic tone units or small tone units). The DL MU OFDMA

transmission may be used together with the DL MU MIMO transmission. For

example, the DL MU MIMO transmission based on a plurality of space-time

streams (alternatively, spatial streams) may be performed on a specific subband

- 457 -

████████████████████████████

(alternatively, sub channel) allocated for the DL MU OFDMA transmission." Choi at ¶ [0045].

1470.  Choi further discloses that "the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may indicate the allocation of 2 242-tone resource units to the STA. In case the number of 26-tone resource units being allocated within the 80 MHz bandwidth is equal to 38, the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may also indicate the allocation of 2 242-tone resource units and 1 26-tone resource unit. In this case, as described above, an interleaver for the 242-tone resource units and an interleaver for the 26-tone resource units may be individually applied to each of the 242-tone resource units and the 26-tone resource units." Choi at ¶ [0145].

1471.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1472.  **Qi** discloses this element.

1473.  For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver

- 458 -

parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1474.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1475.  **802.11ac-2013** discloses this element.

1476.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1477.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for

a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1478.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1479.  **Marvell** discloses this element.

1480.  For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference to Element 1 [B], *supra*.

1481.  Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1482.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> e.     **Element 14 [d]:  wherein deinterleaving of the data for the first STA comprises: when the size of the OFDMA resource unit allocated to the first STA is the first size, deinterleaving the data unit for the first STA using a first set of interleaving parameter values; and**

1483.  A POSITA would recognize that this element is substantially identical to Element 10 [d] of independent claim 10, *supra*, except for specific references to OFDMA resource units.  A POSITA would recognize that the elements are otherwise substantially the same, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 10 [d], *supra*.

1484.  **Lee** discloses this element.

1485.  For example, Lee discloses: "In one embodiment, a 20 MHz band may be allocated to a maximum of 4 STAs. In such a case, the 20 MHz band may be divided into four subblocks, and at least one subblock may be allocated to an STA. An HE STA may use a numerology, that is, an interleaver, of VHT 20 MHz (N_SD=52) if the number of contiguous subblocks is 1, a numerology, that is, an interleaver, of VHT 40 MHz (N_SD=108) if the number of contiguous subblocks is 2, and a numerology, that is, an interleaver, of VHT 80 MHz (N_SD=234) if the number of contiguous subblocks is 4 depending on the number of contiguous subblocks allocated to an STA." Lee at ¶ [0292].  For example, "[a]n STA may segment a 20 MHz band into a plurality of subblocks and allocate the segmented subblocks to at least one STA. The STA may deploy a pilot signal in the segmented subblocks. In one embodiment, the STA may deploy pilots as in the common part of DL OFDMA. In another embodiment, the STA may deploy the pilots as in the aforementioned option of a VHT system depending on a bandwidth option of each

███████████████████████████

subblock (or subband). In this case, the numerology (N_SD, N_SP or N_ST) of each subblock may be set identically with the bandwidth option of a VHT system. For example, an HE STA may use a 20 MHz numerology of VHT in the case of a single subblock, may use a 40 MHz numerology of VHT in the case of two subblocks, and may use an 80 MHz numerology of VHT in the case of four subblocks." Lee at ¶ [0297].

1486. Lee further discloses: "A system may be designed so that a subblock size corresponds to the resource unit size of an existing Wi-Fi system, such as VHT. For example, a subblock may be configured in a 26 tone, 56 tone, 114 tone, 242 tone, 484 tone or 14 (or 13) tone unit including a pilot. If a subblock is configured in such a tone unit, an added system element can be minimized because the structure of an existing Wi-Fi system, that is, an encoding/interleaving structure, can be used." Lee at ¶ [0309]. For example, "[a]n HE STA may configure subblocks in minimum granularity including specific tones and may allocate the subblocks in a positive integer number times the subblock. Pilots may be included or may not be included in a resource unit depending on whether they are used in common or for a dedicated purpose. If such a method is used, there is an advantage in that excellent minimum granularity can be flexibly applied to most of data units. Furthermore, a resource unit can be easily allocated and scheduled with respect to various traffic amounts and various bandwidths without tones left with respect to a given bandwidth." Lee at ¶ [0312].

█████████████████████████████████████

1487.  Lee further discloses "[a] method for interleaving allocated resource is described below in addition to the method for allocating resources through OFDMA using the aforementioned predetermined resource unit size." Lee at ¶ [0318]. As one example, "subcarriers may be allocated in a 13/14, 26, 56, 114, 242 or 484 tone unit. In such a case, a bandwidth may be represented as X*N (N=1, 2, 3, 4, . . . , ) (X is the number of tones of a minimum resource unit)." Lee at ¶ [0319].  As another example, "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. In such examples, "the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

- 463 -

1488.  Lee further discloses: "The interleaver 17030 may interleave encoded data. The interleaver 17030 operates only if the FEC encoder 17010 has performed BCC encoding and may bypass data if the FEC encoder 17010 has performed LDPC encoding. The interleaver 17030 may include a plurality of interleaving blocks. The interleaving parameters of the plurality of interleaving blocks have been illustrated in Table 1. Each of the plurality of interleaving blocks may also be called a sub-interleaver or an interleaver." Lee at ¶ [0351].  For example, "the unit of data to be allocated through OFDMA is set in a plurality of resource units. For example, an STA may set a resource unit in a 26 tone, 52 tone, 114 tone, 242 tone or 484 tone unit and may allocate subcarriers to a user/STA in the unit of such a resource unit. In such a case, as described above, the interleaver of Table 1 may be used in each tone unit." Lee at ¶ [0360].  *See also* Lee at Table 1.

1489.  Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1490.  **Choi** discloses this element.

1491.  For example, Choi discloses: "In the wireless LAN system according to the embodiment, an orthogonal frequency division multiple access (OFDMA) based transmission method is supported for the uplink transmission and/or downlink transmission. In detail, in the wireless LAN system according to the embodiment, the AP may perform the DL MU transmission based on the OFDMA and the transmission may be expressed as a term called DL MU OFDMA transmission.

When the DL MU OFDMA transmission is performed, the AP may transmit the downlink data ( alternatively, the downlink frame and the downlink PPDU) to the plurality of respective STAs through the plurality of respective frequency resources on an overlapped time resource. The plurality of frequency resources may be a plurality of subbands (alternatively, sub channels) or a plurality of resource units (RUs) (alternatively, basic tone units or small tone units). The DL MU OFDMA transmission may be used together with the DL MU MIMO transmission. For example, the DL MU MIMO transmission based on a plurality of space-time streams (alternatively, spatial streams) may be performed on a specific subband (alternatively, sub channel) allocated for the DL MU OFDMA transmission." Choi at ¶ [0045].

1492.  Choi further discloses that "the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may indicate the allocation of 2 242-tone resource units to the STA. In case the number of 26-tone resource units being allocated within the 80 MHz bandwidth is equal to 38, the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may also indicate the allocation of 2 242-tone resource units and 1 26-tone resource unit. In this case, as described above, an interleaver for the 242-tone resource units and an interleaver for the 26-tone resource units may be individually applied to each of the 242-tone resource units and the 26-tone resource units." Choi at ¶ [0145].

████████████████████████████████

1493.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1494.  **Qi** discloses this element.

1495.  For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1496.  Qi further discloses: "Of course, a corresponding deinterleaving operation is performed for the received information bits at the receiving end. The deinterleaving operation is performed by the PHY processing unit 29 at the client station 25-1 (FIG. 1), for example, in one embodiment. In an embodiment, the deinterleaving operation for the cases of more than four spatial streams is represented by:

- 466 -

$$j = \{r + J(i_{ss})N_{ROT}N_{BPSC}$$

$$r = 0, 1, \ldots, N_{CBPSS} - 1$$

where j and r represent the output and input bit indices, respectively, iss is the

spatial stream index, NBPSCS is the number of bits per subcarrier, NCBPSS is the

number of coded bits for the spatial stream, and J(iss) is a corresponding constant

in the spatial stream constant set (e.g., the spatial stream constant set [0, 5, 2, 7, 3,

6, 1, 4] discussed above)." Qi at ¶ [0036].

1497. Qi further discloses: "Similarly, in an embodiment, the deinterleaving

operation for the case of two spatial streams, three spatial streams, or four spatial

streams is represented by:

$$j = \left\{ r + \left[ (2(i_{ss} - 1)) \bmod 3 \right. \right.$$

$$r = 0, 1, \ldots, N_{CB}$$

where j and r represent the output and input bit indices, respectively, iss is the

spatial stream index, NBPSCS is the number of bits per subcarrier, and NCBPSS is

the number of coded bits for the spatial stream." Qi at ¶ [0037].

1498. Alternatively, Qi, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1499. **802.11ac-2013** discloses this element.

████████████████████

1500.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1501.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1502.  802.11ac-2013 further discloses: "The deinterleaver uses the following three operations to perform the inverse permutations. Let r denote the index of the bit in the received block (per spatial stream). The first operation reverses the third (frequency rotation) permutation of the interleaver. When Nss=1, this reversal is

- 468 -

performed by (r=0,1,…NCBPSSI-1). When $2 \leq NSS \leq 4$, this reversal is performed by as shown in Equation (22-80)." 802.11ac-2013 at pg. 281.

1503. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1504. **Marvell** discloses this element.

1505. For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference to Element 1 [B], supra.

1506. Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1507. To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell. *See* "Motivation to Combine," *infra*.

      **f.**      **Element 14 [e]: when the size of the OFDMA resource unit allocated to the first STA is the second size, deinterleaving the data unit for the first STA using a second set of interleaving parameter values, and**

████████████████████████████████████

1508.  A POSITA would recognize that this element is substantially identical to Element 10 [e] of independent claim 10, *supra*, except for specific references to OFDMA resource units.  A POSITA would recognize that the elements are otherwise substantially the same, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 10 [e], *supra*.

1509.  **Lee** discloses this element.

1510.  For example, Lee discloses several illustrative embodiments in its Table 1, such as: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. With respect to these embodiment, Lee discloses that "the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz

interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing

may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

1511. Alternatively, Lee, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1512. **Choi** discloses this element.

1513. For example, Choi discloses: "In the wireless LAN system according to

the embodiment, an orthogonal frequency division multiple access (OFDMA) based

transmission method is supported for the uplink transmission and/or downlink

transmission. In detail, in the wireless LAN system according to the embodiment,

the AP may perform the DL MU transmission based on the OFDMA and the

transmission may be expressed as a term called DL MU OFDMA transmission.

When the DL MU OFDMA transmission is performed, the AP may transmit the

downlink data ( alternatively, the downlink frame and the downlink PPDU) to the

plurality of respective STAs through the plurality of respective frequency resources

on an overlapped time resource. The plurality of frequency resources may be a

plurality of subbands (alternatively, sub channels) or a plurality of resource units

(RUs) (alternatively, basic tone units or small tone units). The DL MU OFDMA

transmission may be used together with the DL MU MIMO transmission. For

example, the DL MU MIMO transmission based on a plurality of space-time

streams (alternatively, spatial streams) may be performed on a specific subband

(alternatively, sub channel) allocated for the DL MU OFDMA transmission." Choi at ¶ [0045].

1514.  Choi further discloses that "the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may indicate the allocation of 2 242-tone resource units to the STA. In case the number of 26-tone resource units being allocated within the 80 MHz bandwidth is equal to 38, the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may also indicate the allocation of 2 242-tone resource units and 1 26-tone resource unit. In this case, as described above, an interleaver for the 242-tone resource units and an interleaver for the 26-tone resource units may be individually applied to each of the 242-tone resource units and the 26-tone resource units." Choi at ¶ [0145].

1515.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1516.  **Qi** discloses this element.

1517.  For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver

- 472 -

parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1518.  Qi further discloses: "Of course, a corresponding deinterleaving operation is performed for the received information bits at the receiving end. The deinterleaving operation is performed by the PHY processing unit 29 at the client station 25-1 (FIG. 1), for example, in one embodiment. In an embodiment, the deinterleaving operation for the cases of more than four spatial streams is represented by:

$$j = \{r + J(i_{ss}) N_{ROT} N_{BPSC}$$

$$r = 0, 1, \ldots, N_{CBPSS} - 1$$

where j and r represent the output and input bit indices, respectively, iss is the spatial stream index, NBPSCS is the number of bits per subcarrier, NCBPSS is the number of coded bits for the spatial stream, and J(iss) is a corresponding constant in the spatial stream constant set (e.g., the spatial stream constant set [0, 5, 2, 7, 3, 6, 1, 4] discussed above)." Qi at ¶ [0036].

1519.  Qi further discloses: "Similarly, in an embodiment, the deinterleaving operation for the case of two spatial streams, three spatial streams, or four spatial streams is represented by:

$$j = \left\{ r + \left[ (2(i_{ss} - 1)) \bmod 3 \right.\right.$$

$$r = 0, 1, \ldots , N_{CB}$$

where j and r represent the output and input bit indices, respectively, iss is the spatial stream index, NBPSCS is the number of bits per subcarrier, and NCBPSS is the number of coded bits for the spatial stream." Qi at ¶ [0037].

1520.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1521.  **802.11ac-2013** discloses this element.

1522.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1523.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data

███████████████████████████████████

units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary

channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz

very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is

used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for

a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput

(VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz

physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1524.  802.11ac-2013 further discloses: "The deinterleaver uses the following

three operations to perform the inverse permutations. Let r denote the index of the

bit in the received block (per spatial stream). The first operation reverses the third

(frequency rotation) permutation of the interleaver. When Nss=1, this reversal is

performed by (r=0,1,…NCBPSSI-1). When $2 \leq NSS \leq 4$, this reversal is performed

by as shown in Equation (22-80)." 802.11ac-2013 at pg. 281.

1525.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1526.  **Marvell** discloses this element.

1527.  For example, Marvell discloses relevant examples for the claimed

features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference

to Element 1 [B], *supra*.

- 475 -

1528. Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1529. To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra*.

> g.    **Element 14 [f]:  wherein the first size is smaller than a size of the transmission channel, the second size is smaller than the first size, and the second set of interleaving parameter values is different from the first set of interleaving parameter values.**

1530. A POSITA would recognize that this element is identical to Element 10 [f] of independent claim 10, *supra*, such that each reference discloses this element based on at least the corresponding rationale provided with reference to Element 10 [f], *supra*.

1531. **Lee** discloses this element.

1532. For example, Lee discloses: "The L-STF, the L-LTF, the L-SIG field, and the VHT-SIG-A field may be repeated in a 20 MHz channel unit and transmitted. For example, when a PPDU is transmitted through four 20 MHz channels (i.e., an 80 MHz bandwidth), the L-STF, the L-LTF, the L-SIG field, and the VHT-SIG-A field may be repeated every 20 MHz channel and transmitted." Lee

- 476 -

at ¶ [0120]. Lee discloses illustrative embodiments, including: "in the case where a minimum resource unit is 26 tones, if N=1, a 26 tone allocation pattern (e.g., a pattern of 802.11ah) may be used, if N=2, a 56 tone allocation pattern (e.g., a 20 MHz numerology of 802.11ac) may be used, if N=8, a 114 tone allocation pattern (e.g., a 40 MHz numerology of 802.11ac) may be used, if N=16, a 242 tone allocation pattern (e.g., an 80 MHz numerology of 802.11ac) may be used, and if N=32, a 484 tone allocation pattern (e.g., a 160 MHz numerology of 802.11ac) may be used." Lee at ¶¶ [0327]-[0332]. For example, "the pattern of 802.11ah and the numerology of each frequency band of 801.11ac may represent the interleaving parameter and pattern shown in Table 1. For example, if a resource unit is 26 tones, the 1 MHz interleaver of Table 1 may be used. If a resource unit is 56 tones, the 20 MHz interleaver of Table 1 may be used. If a resource unit is 114 tones, the 40 MHz interleaver of Table 1 may be used. If a resource unit is 242 tones, the 80 MHz interleaver of Table 1 may be used. If a resource unit is 484 tones, segment parsing may be used and two 80 MHz interleavers may be used." Lee at ¶ [0333].

1533. Alternatively, Lee, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1534. **Choi** discloses this element.

1535. For example, Choi discloses that "the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may indicate the allocation of 2 242-tone resource units to the STA. In case the number of 26-tone

resource units being allocated within the 80 MHz bandwidth is equal to 38, the 2-bit 242-tone resource unit individual allocation information 820 having the value of '01' may also indicate the allocation of 2 242-tone resource units and 1 26-tone resource unit. In this case, as described above, an interleaver for the 242-tone resource units and an interleaver for the 26-tone resource units may be individually applied to each of the 242-tone resource units and the 26-tone resource units." Choi at ¶ [0145].

1536.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1537.  **Qi** discloses this element.

1538.  For example, Qi discloses: "According to an embodiment, each interleaver 220 changes the order of coded bits in order to avoid situations in which consecutive coded bits are affected by the same channel conditions. More specifically, an interleaver 220 maps adjacent coded bits onto non-adjacent locations in the frequency domain or in the time domain. In some embodiments, interleaving is performed via a plurality of consecutive bit permutations, and in these embodiments, interleaver design involves selection of several interleaver parameters, which generally depend on the particular system configurations for which the interleaver design is being utilized. In a MIMO OFDM system, such as the WLAN 10 of FIG. 1, interleaver parameter selection depends, for example, on

the number of data subcarriers in an OFDM symbol and the number of spatial streams being utilized in the particular communication channel." Qi at ¶ [0029].

1539.  Qi further discloses: "Of course, a corresponding deinterleaving operation is performed for the received information bits at the receiving end. The deinterleaving operation is performed by the PHY processing unit 29 at the client station 25-1 (FIG. 1), for example, in one embodiment. In an embodiment, the deinterleaving operation for the cases of more than four spatial streams is represented by:

$$j = \{r + J(i_{ss})N_{ROT}N_{BPSC}$$
$$r = 0, 1, \ldots, N_{CBPSS} - 1$$

where j and r represent the output and input bit indices, respectively, iss is the spatial stream index, NBPSCS is the number of bits per subcarrier, NCBPSS is the number of coded bits for the spatial stream, and J(iss) is a corresponding constant in the spatial stream constant set (e.g., the spatial stream constant set [0, 5, 2, 7, 3, 6, 1, 4] discussed above)." Qi at ¶ [0036].

1540.  Qi further discloses: "Similarly, in an embodiment, the deinterleaving operation for the case of two spatial streams, three spatial streams, or four spatial streams is represented by:

$$j = \left\{ r + \left[ (2(i_{ss} - 1)) \bmod 3 \right. \right.$$

$$r = 0, 1, \ldots , N_{CB}$$

where j and r represent the output and input bit indices, respectively, iss is the spatial stream index, NBPSCS is the number of bits per subcarrier, and NCBPSS is the number of coded bits for the spatial stream." Qi at ¶ [0037].

1541.  Alternatively, Qi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1542.  **802.11ac-2013** discloses this element.

1543.  For example, 802.11ac-2013 discloses: "A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at pg. 2.

1544.  Further, 802.11ac-2013 discloses several examples of "maximum data unit sizes (in octets) and durations (in microseconds)" at Table 8.13c.  Further, 802.11ac-2013 discloses: For a "primary 20 MHz channel: In a 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 20 MHz channel that is used to transmit 20 MHz physical layer (PHY) protocol data units (PPDUs). In a VHT BSS, the primary 20 MHz channel is also the primary channel"; for a "primary 40 MHz channel: In an 80 MHz, 160 MHz, or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 40 MHz channel that is

- 480 -

used to transmit 40 MHz physical layer (PHY) protocol data units (PPDUs)"; and for a "primary 80 MHz channel: In a 160 MHz or 80+80 MHz very high throughput (VHT) basic service set (BSS), the 80 MHz channel that is used to transmit 80 MHz physical layer (PHY) protocol data units (PPDUs)." 802.11ac-2013 at pg. 6.

1545. 802.11ac-2013 further discloses: "The deinterleaver uses the following three operations to perform the inverse permutations. Let r denote the index of the bit in the received block (per spatial stream). The first operation reverses the third (frequency rotation) permutation of the interleaver. When Nss=1, this reversal is performed by (r=0,1,…NCBPSSI-1). When $2 \leq NSS \leq 4$, this reversal is performed by as shown in Equation (22-80)." 802.11ac-2013 at pg. 281.

1546. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1547. **Marvell** discloses this element.

1548. For example, Marvell discloses relevant examples for the claimed features at least in Slides 8, 9, 16, 24, and 27, which are reproduced with reference to Element 1 [B], *supra*.

1549. Alternatively, Marvell, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1550.  To the extent it is argued or determined that any of Lee, Choi, Qi, 802.11ac-2013, or Marvell do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Lee and/or Choi and/or Qi and/or 802.11ac-2013 and/or Marvell.  *See* "Motivation to Combine," *infra.*

### 15.    Motivation to Combine

1551.  The systems and methods disclosed in the references discussed (*i.e.*, Lee, Choi, Qi, 802.11ac-2013, and Marvell) above are analogous to the inventions claimed in the '187 Patent.  At the time of the invention, one or more of these references could have been combined with each other (and/or in view of applicant admitted prior art and/or the knowledge of a person of ordinary skill in the art) by a person of ordinary skill in the art in an obvious way, and a person of ordinary skill would have had a reasonable expectation of success in combining these references as described above.

1552.  Each of these references is analogous art to the claimed invention because the references are from the same field of endeavor as the claimed invention (even if it is argued or determined that they address a different problem).  For example, each of these references specifically relates to WLAN operation at least according to IEEE 802.11 standards. In particular, 802.11ac-2013 is an amendment to  the IEEE 802.11 standards; Lee discusses IEEE 802.11 standards throughout, including providing specific disclosure relating to 802.11ax standard and high

████████████████████████████████

efficiency ("HE") WLANs (*e.g.,* at ¶¶ [0005] – [0010]; [253] – [360]); Choi mentions

several IEEE 802.11 standards (*e.g.,* at FIG. 1 and ¶¶ [0039], [0058], [0060], [0084],

and [0086]), including providing specific disclosure relating to high efficiency ("HE")

WLANs (*e.g.,* at ¶ [0053]); Qi discusses multiple IEEE 802.11 standards (*e.g.,* at ¶¶

[0004], [0015]; and Marvell is a submission to 802.11 Task Group ax (TGax) which

developed the 802.11ax amendment to the IEEE 802.11 standard.

1553.  Each of these references are analogous art to the claimed invention

also because each reference is reasonably pertinent to the problem faced by the

inventor (even if it is argued or determined that they are not in the same field of

endeavor as the claimed invention).  As shown in detail above and as summarized

and expounded upon below, each of these references would have logically

commended themselves to the inventors' attention in considering the problem they

were attempting to address.

1554.  For example, Lee discloses "a method for transmitting, by a station

(STA) device, data in a wireless local area network (WLAN) system includes FEC-

encoding transmission data, interleaving the transmission data, mapping the

transmission data to a constellation, performing IDFT on the transmission data,

and up-converting the transmission data and sending a transmission signal."  Lee

at ¶ [0008]. Further, Lee discloses "A station (STA) device of a wireless local area

network (WLAN) system includes an FEC encoder FEC-encoding transmission data,

an interleaver interleaving the transmission data, a mapper mapping the

- 483 -

transmission data to a constellation, an IDFT unit performing IDFT on the
transmission data, and an analog/RF unit up-converting the transmission data and
sending the transmission signal." Id. at [0018].  And as discussed above in more
detail, Lee discloses or renders obvious all elements of the Asserted Claims of the
'187 Patent.  See supra.

1555.  Lee discloses teachings, suggestions, and motivations to use the
disclosed system. Id. at ¶¶ [0006] – [0011] ("Recently, a need for a new WLAN
system for supporting a higher throughput than a data rate supported by IEEE
802.11ac comes to the fore. The scope of IEEE 802.11ax chiefly discussed in the
next-generation WLAN task group called a so-called IEEE 802.11ax or high
efficiency (HEW) WLAN includes 1) the improvement of an 802.11 physical (PHY)
layer and medium access control (MAC) layer in bands of 2.4 GHz, 5 GHz, etc., 2)
the improvement of spectrum efficiency and area throughput, 3) the improvement of
performance in actual indoor and outdoor environments, such as an environment in
which an interference source is present, a dense heterogeneous network
environment, and an environment in which a high user load is present and so on. A
scenario chiefly taken into consideration in IEEE 802.11ax is a dense environment
in which many access points (APs) and many stations (STAs) are present. In IEEE
802.11ax, the improvement of spectrum efficiency and area throughput is discussed
in such a situation. More specifically, there is an interest in the improvement of
substantial performance in outdoor environments not greatly taken into

████████████████████████████████

consideration in existing WLANs in addition to indoor environments. In IEEE

802.11ax, there is a great interest in scenarios, such as wireless offices, smart

homes, stadiums, hotspots, and buildings/apartments. The improvement of system

performance in a dense environment in which many APs and many STAs are

present is discussed based on the corresponding scenarios. In the future, it is

expected in IEEE 802.11ax that the improvement of system performance in an

overlapping basic service set (OBSS) environment, the improvement of an outdoor

environment, cellular offloading, and so on rather than single link performance

improvement in a single basic service set (BSS) will be actively discussed. The

directivity of such IEEE 802.11ax means that the next-generation WLAN will have

a technical scope gradually similar to that of mobile communication. Recently, when

considering a situation in which mobile communication and a WLAN technology are

discussed together in small cells and direct-to-direct (D2D) communication

coverage, it is expected that the technological and business convergence of the next-

generation WLAN based on IEEE 802.11ax and mobile communication will be

further activated. In a next-generation WLAN system, the adoption of a fast Fourier

transform (FFT) size greater than that of a legacy WLAN system in a given system

bandwidth is taken into consideration in order to improve system throughput or to

improve robustness for interference between symbols in an outdoor environment. If

the FFT size is increased, various system parameters need to be added depending

on the number of increased subcarriers.").

1556.  For example, Choi discloses "Disclosed are a method and a device for allocating a resource unit on the basis of a container in a wireless LAN. The method for allocating a resource unit in a wireless LAN comprises the steps of: generating, by an AP, a PPDU to be transmitted to a plurality of STAs; and transmitting, by the AP, the PPDU to the plurality of STAs through at least one container allocated on the entire frequency band, wherein the PPDU includes MU/SU transmission indication information and resource allocation information for each container, the MU/SU transmission indication information includes information on whether an SU-based transmission or an MU-based transmission is carried out on the entire bandwidth, and the resource allocation information for each container can include information on the number of STAs allocated to each of the at least one container." Abstract.  Similar to Lee discussed above, Choi discloses teachings, suggestions, and motivations to use its inventions in the context of IEEE 802.11 (including IEEE 802.11ax) systems and methods.  See Choi at ¶ [0002] ("Discussion for a next-generation wireless local area network (WLAN) is in progress. In the next-generation WLAN, an object is to 1) improve an institute of electronic and electronics engineers (IEEE) 802.11 physical (PHY) layer and a medium access control (MAC) layer in bands of 2.4 GHz and 5 GHz, 2) increase spectrum efficiency and area throughput, 3) improve performance in actual indoor and outdoor environments such as an environment in which an interference source exists, a dense heterogeneous network environment, and an environment in which a high

- 486 -

██████████████████████████████████

user load exists, and the like."). See Choi at ¶ [0003] ("An environment which is

primarily considered in the next-generation WLAN is a dense environment in which

access points (APs) and stations (STAs) are a lot and under the dense environment,

improvement of the spectrum efficiency and the area throughput is discussed.

Further, in the next-generation WLAN, in addition to the indoor environment, in

the outdoor environment which is not considerably considered in the existing

WLAN, substantial performance improvement is concerned."); See Choi at ¶ [0004]

("In detail, scenarios such as wireless office, smart home, stadium, Hotspot, and

building/apartment are largely concerned in the next-generation WLAN and

discussion about improvement of system performance in a dense environment in

which the APs and the STAs are a lot is performed based on the corresponding

scenarios."); See Choi at ¶ [0005] ("In the next-generation WLAN, improvement of

system performance in an overlapping basic service set (OBSS) environment and

improvement of outdoor environment performance, and cellular offloading are

anticipated to be actively discussed rather than improvement of single link

performance in one basic service set (BSS). Directionality of the next-generation

means that the next-generation WLAN gradually has a technical scope similar to

mobile communication. When a situation is considered, in which the mobile

communication and the WLAN technology have been discussed in a small cell and a

direct-to-direct (D2D) communication area in recent years, technical and business

convergence of the next-generation WLAN and the mobile communication is

predicted to be further active.").

1557.  For example, Qi discloses "In a method for interleaving information

bits in a physical layer (PHY) data unit, a channel bandwidth to be used for

transmitting the PHY data unit is determined and a frequency rotation parameter

NROT corresponding to the channel bandwidth is selected. A spatial stream

constant is selected for each spatial stream from the set [0, 5, 2, 7, 3, 6, 1, 4] or a

subset thereof depending on a number of spatial streams to be utilized, wherein

each constant in the set corresponds to a respective spatial stream. Information bits

are interleaved according to the selected frequency rotation parameter NROT and

the selected spatial stream constant."  Abstract. A POSITA would recognize that

Choi's use of different interleavers for different size RUs is analogous to Qi's use of

different interleaver parameters for different bandwidths, since RU size

corresponds to bandwidth.  And, similar to Lee and Choi discussed above, Qi

discloses teachings, suggestions, and motivations to use its inventions in the context

of IEEE 802.11 (including IEEE 802.11ax) systems and methods.  See Qi at ¶ [0004]

("Development of wireless local area network (WLAN) standards such as the

Institute for Electrical and Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g,

and 802.11n Standards, has improved single-user peak data throughput. For

example, the IEEE 802.11b Standard specifies a single-user peak throughput of 11

megabits per second (Mbps), the IEEE 802.11a and 802.11g Standards specify a

single-user peak throughput of 54 Mbps, and the IEEE 802.11n Standard specifies a single-user peak throughput of 600 Mbps. Work has begun on a new standard, IEEE 802.11ac, that promises to provide even greater throughput.").

1558.  For example, Marvell discloses an interleaver and tone mapper for OFDMA, which invention was made specifically for use in the context of IEEE 802.11ax.  See Marvell at slide 35 (referring to "ax-spec-framework" and "ax-coding-discussion" documents).  Marvel slide 14 discloses a resource unit of  24 data tones as recited in claim 7 of the '187 patent:

**July, 2015**                                        **doc.: IEEE 802.11-15/0816r0**

# (3) 26/52/106-tone RU, $D_{TM}$

- **26-tone RU (24 data tones)**
  - Potential $D_{TM}$ = 1 (no tone mapping), 2, 3, 4, 6, 8, 12

- **52-tone RU (48 data tones)**
  - Potential $D_{TM}$ = 1 (no tone mapping), 2, 3, 4, 6, 8, 12, 16, 24

- **106-tone RU (102 data tones)**
  - Potential $D_{TM}$ = 1 (no tone mapping), 2, 3, 6, 17, 34, 51

- **Note in 11ac $D_{TM}$ is equivalent to $N_{SD}/N_{col}$ as in BCC interleaver for implementation  benefit (see Appendix).**

Submission                          Slide 14                          Yakun Sun, et. al. (Marvell)

█████████████████████████████████████

1559.  The systems and methods disclosed in Lee, Choi, Qi, and Marvell are backward compatible with, and build on, 802.11ac-2013 ("Wi-Fi 5").  Accordingly, a POSITA would have been motivated to combine the teachings of any of Lee, Choi, Qi, and/or Marvell with 802.11ac-2013.  At the time of the invention, a POSITA would have had a reasonable expectation of success in doing so.

1560.  At the time of the invention, it would have been obvious for a POSITA to combine the teachings of any combination of the above references, using known methods as disclosed in the references, to yield predictable results.  This would have involved nothing more than making a simple substitution for one or more known elements to yield a predictable result; and/or using a known technique disclosed in the references to improve a similar device or method in the same way; and/or applying a known technique to a known device or method ready for improvement to yield a predictable result; and/or choosing from a finite, number of identified, predictable solutions with a reasonable expectation of success; and/or using known work prompting variations of it for use based on given design incentives or other market forces in which the variations were predictable to one of ordinary skill in the art.  See, e.g., the discussion of the development of IEEE 802.11 in the "State of the Art" Section above.

1561.  As one exemplary combination, it would have been obvious at the time of the invention to combine the teachings of Lee with the teachings of 802.11ac-2013 and/or Marvell.  As discussed above in detail, each reference independently

- 490 -

████████████████████████████

discloses (or at least render obvious) all asserted claims of the '187 patent. And, as also discussed above, all of these references are directed to IEEE 802.11 WLAN technology that were known to a POSITA at the time of the invention of the '187 Patent. As discussed above, Lee and Marvell are directed to "high efficiency" improvements to 802.11ac-2013.

1562. As a second exemplary combination, it would have been obvious at the time of the invention to combine the teachings of Choi with the teachings of Qi, and/or Lee, and/or 802.11-ac-2013, and/or Marvell. As discussed above in detail, each reference independently discloses (or at least render obvious) all asserted claims of the '187 patent. And, as also discussed above, all of these references are directed to IEEE 802.11 WLAN technology that were known to a POSITA at the time of the invention of the '187 Patent. As discussed above, Choi, Qi, Lee, and Marvell are directed to "high efficiency" improvements to 802.11ac-2013.

## C. The Asserted Claims of the '259 Patent Are Invalid

1563. As mentioned previously, Atlas asserts claims 1-7 and 18 of the '259 Patent. Claims 1 and 18 are independent claims. Independent claim 1 recites a "sounding method by a first receiving device." The first receiving device could allegedly be an IEEE 802.11 station (STA), which could allegedly be receiving from an IEEE 802.11 Access Point (AP) in a Wireless Local Area Network (WLAN) system. The claimed method includes receiving a null data packet announcement (NDPA) frame followed by a null data packet (NDP) frame, and subsequently

- 491 -

transmitting a feedback frame including measured subchannel information.
Independent claims 18 recites a similar method to that of independent claim 1,
except as performed from the perspective of a transmitting device (e.g., allegedly an
AP).  Thus, the method of claim 18 includes transmitting the NDPA frame followed
by the NDP frame to the receiving device, and subsequently receiving the feedback
frame from the receiving device.

1564.  As shown below, methods for sounding by NDPA, NDP, and feedback
frames were previously known in the art. Specifically, each asserted claim of the
'259 Patent is anticipated by each of U.S. Patent Pub. No. 2017/0033898 ("Chun"),
U.S. Patent Pub. No. 2014/0204891 ("Park"), U.S. Patent Pub. No. 2013/0223427
("Sohn"), U.S. Patent Pub. No. 2012/0250543 ("Abraham"), and U.S. Patent Pub. No.
2013/0286959 ("Lou"). Further, each asserted claim of the '259 Patent is obvious in
view of each of these references standing alone, and each of these claims is obvious
in view of any combination of Chun and/or Park and/or Sohn and/or Abraham
and/or Lou.

    **1.**    **Independent Claim 1 of the '259 Patent Is Anticipated By Each of
Chun, Park, Sohn, Abraham, and Lou; Alternatively, Each
Reference, Alone or in Combination, Renders Independent Claim 1
Obvious**

        **a.**    **Element 1 [pre]:  A sounding method by a first
receiving device, the method comprising:**

1565.  **<u>Chun</u>** discloses this element. For example, Chun discloses: "A method
and apparatus for transmitting a frame on the basis of a sounding procedure is

████████████████████████

disclosed. The method for transmitting the frame on the basis of a sounding procedure in a wireless LAN may comprise the steps of: transmitting an NDPA frame to each of multiple STAs by an AP wherein the NDPA frame notifies of the transmission of NDP; transmitting the NDP to each of the multiple STAs by the AP; receiving, by the AP, multiple feedback frames transmitted through multiple transmission sources allocated to the multiple STAs in time sources overlapped by the multiple STAs, respectively; and transmitting, by the AP, multiple downlink frames to the multiple STAs respectively." Chun at abstract. Chun further discloses that the "present invention relates to wireless communications, and more particularly, to a method and apparatus for transmitting a frame on the basis of a sounding procedure." Chun at ¶ [0002].

1566.  Further, Chun discloses: "In order to achieve the above object of the present invention, according to one aspect of the present invention, a method of transmitting a frame on the basis of a sounding procedure in a wireless local area network (WLAN) may include: transmitting by an access point (AP) a null data packet announcement (NDPA) frame to each of a plurality of stations (STAs), wherein the NDPA frame reports transmission of a null data packet (NDP); transmitting by the AP the NDP to each of the plurality of STAs; receiving by the AP a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on an overlapping time resource respectively by the plurality of STAs." Chun at ¶ [0008].

- 493 -

███████████████████████████████████

Chun also discloses: "In order to achieve the above object of the present invention, according to another aspect of the present invention, an AP for transmitting a frame on the basis of a sounding procedure in a WLAN may include: a radio frequency (RF) unit implemented to transmit or receive a radio signal; and a processor operatively coupled to the RF unit. The processor may be configured for: transmitting an NDPA frame to each of a plurality of STAs, wherein the NDPA frame reports transmission of an NDP; transmitting the NDP to each of the plurality of STAs; receiving a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on an overlapping time resource respectively by the plurality of STAs." Chun at ¶ [0009].

1567.  Further, Chun discloses: "The AP may transmit a null data packet announcement (NDPA) frame 400 to the STA for the sounding procedure, and may transmit an NDP 410 after a specific time (e.g., a short interframe space (SIFS))." Chun at ¶ [0070]. Additionally, "[a]n AP may transmit an NDPA frame 800 to the STA for the sounding procedure, and may transmit an NDP 810 after a specific time (e.g., SIFS)." Chun at ¶ [0131]. Similarly, "[a]n AP may transmit an NDPA frame 900 to the STA for the sounding procedure, and may transmit an NDP 910 after a specific time (e.g., SIFS)" (Chun at ¶ [0141]), or "[a]n AP may transmit an NDPA frame 1000 to the STA for the sounding procedure, and may transmit an NDP 1010 after a specific time (e.g., SIFS)" (Chun at ¶ [0151]).

1568.  Further, a POSITA would recognize that Chun at FIGS. 4, 8, 9, and 10 disclose sounding including communicating of an NDPA frame followed by a NDP frame, and subsequently communicating a feedback frame.

1569.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1570.  **Park** discloses this element. For example, Park discloses: "The step of acquiring the first channel state information may include transmitting a null data packet (NDP) announcement (NDPA) frame indicating transmission of an NDP for channel sounding, transmitting the NDP, and receiving a first feedback frame including the first state channel information acquired on the basis of the NDP from the first receiver." Park at ¶ [0012]. For example, "[r]eferring to FIG. 5, the AP transmits an NDPA frame to STA1, STA2, and STA3 (S501). The NDPA frame informs that channel sounding will be initiated and an NDP will be transmitted. The NDPA frame may also be called a sounding announcement frame." Park at ¶ [0109]; *see also* Park at FIG. 5.

1571.  Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1572.  **Sohn** discloses this element. For example, Sohn discloses: "It is an object of the present invention to provide a channel sounding method performed by STAs in the next generation WLAN system supporting Multi-User (MU)Multiple

- 495 -

Input Multiple Output (MIMO)." Sohn at ¶ [0009]. For example, "[i]n an aspect, a method for a channel sounding in a wireless local area network is provided. The method includes transmitting a null data packet announcement (NDPA) frame, to a plurality of receivers, the NDPA frame requesting a channel statement information feedback and announcing that a null data packet (NDP) frame is to be transmitted; transmitting the NDP frame being a basis of channel estimation for the plurality of receivers; receiving a first feedback frame from a first receiver among the plurality of receivers, transmitting a feedback poll frame to a second receiver; and, receiving a second feedback frame from the second receiver, the second feedback frame including second channel state information estimated by the second receiver. If the first receiver fails to perform the channel estimation, the first feedback frame is a null feedback frame. The null feedback frame is a feedback frame not including channel state information." Sohn at ¶ [0010].

1573.  Sohn further discloses: "Channel sounding for MU-MIMO may be initiated by a transmitter that tries to transmit a PPDU by forming a beam. The transmitter may be called a beamformer, and a receiver may be called a beamformee. In a WLAN system supporting Downlink (DL) MU-MIMO, an AP has a position of a transmitter (i.e., a beamformer) and initiates channel sounding. An STA has a position of a receiver (i.e., a beamformee), estimates a channel according to channel sounding initiated by an AP, and reports channel information. In describing a detailed channel sounding method hereinafter, channel sounding in DL

- 496 -

MU-MIMO transmission is assumed. The following channel sounding method may be applied to a wireless communication system supporting common MU-MIMO transmission." Sohn at ¶ [0076]. *See also* Sohn at FIGS. 4, 5, and 8.

1574.  Alternatively, Sohn, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1575.  **Abraham** discloses this element. For example, Abraham discloses: "The STA information 612 may communicate to an STA parameters that the STA may use to report CSL In some aspects, the CSI returned by the STA is referred to as sounding feedback (SF). In these aspects, the STA information 612 may include information or data for the STA to determine and/or calculate SF based on a sounding frame included in the NDP frame 404 illustrated in FIG. 4, for example. In some aspects, the STA information 612 may be used to determine no to send SF, or to send a form of SF that requires less data." Abraham at ¶ [0084].

1576.  For example, Abraham discloses: "bits B10-B11 may be used to a reason that feedback is missing. The reason may relate to the reception of sounding information, a transmission limitation, or calculated CSI, among other reasons. In some aspects, B10-B11 are set to a value of '00' if sounding information is missing, for example if an NDPA or NDP frame was not received or was received incorrectly. In some aspects, B10-B11 are set to a value of '01' if feedback cannot be sent due to a TXOP limitation. In some aspects, B10-B11 are set to a value of '10' if feedback cannot be sent due to a PPDU limitation. In some aspects, B10-B11 are set to a

value of '11' if previously transmitted channel state information is substantially similar to current channel state information. In some aspects, the value of '11' is reserved for B10-B11." Abraham at ¶ [0168].

1577.  Alternatively, Abraham, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1578.  **Lou** discloses this element. For example, Lou discloses: "A COBRA capable AP may cooperate and arrange a COBRA transmission that may convey different types of frames on different sub-channels. Example logical sub-channels that may be used for COBRA transmission may include, but are not limited to, a UL random access channel, a sounding channel, a feedback channel, an ACK channel, a broadcast channel, and a data channel. Sub-channelization may be predefined by a standard or determined by the WLAN system. In general, localized sub-channelization and distributed sub-channelization may be utilized." Lou at ¶ [0112].

1579.  Lou further discloses: "In a sounding channel example, the AP may assign one or more sub-channels for sounding. Sounding may be utilized for beamforming/precoding training, signal-to-noise ratio (SNR) measurement, and the like. Sounding on one or more sub-channels may be more efficient when the STA is known to perform transmission on the one or more subchannels. The structure of the sounding channel may follow the normal sounding frame defined for WLANs." Lou at ¶ [0114].  Additionally, "[t]he STA may perform sounding measurements to

- 498 -

determine which sub-channels are better suited for sub-channelized transmission or reception. These measurements may be performed during DL transmissions, regardless of the intended recipient of the transmission, and may be used by the STA in an explicit or implicit sub-channel request." Lou at ¶ [0204].

1580.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1581.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Chun and/or Park and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra*.

> **b.    Element 1 [a]: receiving a null data packet announcement (NDPA) frame from a transmitting device;**

1582.  **<u>Chun</u>** discloses this element. For example, Chun discloses: "A method and apparatus for transmitting a frame on the basis of a sounding procedure is disclosed. The method for transmitting the frame on the basis of a sounding procedure in a wireless LAN may comprise the steps of: transmitting an NDPA frame to each of multiple STAs by an AP wherein the NDPA frame notifies of the transmission of NDP; transmitting the NDP to each of the multiple STAs by the AP; receiving, by the AP, multiple feedback frames transmitted through multiple transmission sources allocated to the multiple STAs in time sources overlapped by the multiple STAs, respectively; and transmitting, by the AP, multiple downlink frames to the multiple STAs respectively." Chun at abstract.

████████████████████████

1583.  Further, Chun discloses: "In order to achieve the above object of the present invention, according to one aspect of the present invention, a method of transmitting a frame on the basis of a sounding procedure in a wireless local area network (WLAN) may include: transmitting by an access point (AP) a null data packet announcement (NDPA) frame to each of a plurality of stations (STAs), wherein the NDPA frame reports transmission of a null data packet (NDP); transmitting by the AP the NDP to each of the plurality of STAs; receiving by the AP a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on an overlapping time resource respectively by the plurality of STAs." Chun at ¶ [0008]. Chun also discloses: "In order to achieve the above object of the present invention, according to another aspect of the present invention, an AP for transmitting a frame on the basis of a sounding procedure in a WLAN may include: a radio frequency (RF) unit implemented to transmit or receive a radio signal; and a processor operatively coupled to the RF unit. The processor may be configured for: transmitting an NDPA frame to each of a plurality of STAs, wherein the NDPA frame reports transmission of an NDP; transmitting the NDP to each of the plurality of STAs; receiving a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on an overlapping time resource respectively by the plurality of STAs." Chun at ¶ [0009].

- 500 -

1584.  Further, Chun discloses: "The AP may transmit a null data packet announcement (NDPA) frame 400 to the STA for the sounding procedure, and may transmit an NDP 410 after a specific time (e.g., a short interframe space (SIFS))." Chun at ¶ [0070]. Additionally, "[a]n AP may transmit an NDPA frame 800 to the STA for the sounding procedure, and may transmit an NDP 810 after a specific time (e.g., SIFS)." Chun at ¶ [0131]. Similarly, "[a]n AP may transmit an NDPA frame 900 to the STA for the sounding procedure, and may transmit an NDP 910 after a specific time (e.g., SIFS)" (Chun at ¶ [0141]), or "[a]n AP may transmit an NDPA frame 1000 to the STA for the sounding procedure, and may transmit an NDP 1010 after a specific time (e.g., SIFS)" (Chun at ¶ [0151]).

1585.  Further, Chun discloses: "For example, the processor 1510 may be implemented to transmit an NDPA frame (or each of a plurality of NDPA frames) to each of a plurality of STAs and to transmit an NDP (or each of a plurality of NDPs) to each of the plurality of STAs. The NDPA frame (or each of the plurality of NDPA frames) may report transmission of the NDP (or each of the plurality of NDPs)." Chun at ¶ [0193].

1586.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1587.  **Park** discloses this element. For example, Park discloses: "The step of acquiring the first channel state information may include transmitting a null data

- 501 -

████████████████████████

packet (NDP) announcement (NDPA) frame indicating transmission of an NDP for channel sounding, transmitting the NDP, and receiving a first feedback frame including the first state channel information acquired on the basis of the NDP from the first receiver." Park at ¶ [0012]. For example, "[r]eferring to FIG. 5, the AP transmits an NDPA frame to STA1, STA2, and STA3 (S501). The NDPA frame informs that channel sounding will be initiated and an NDP will be transmitted. The NDPA frame may also be called a sounding announcement frame." Park at ¶ [0109]; *see also* Park at FIG. 5.

1588.  Further, Park discloses: "Following the NDPA frame transmission, the AP transmits an NDP to target STAs (S520). The NDP may have a format such that a data field is omitted in the PPDU format as shown in FIG. 4. The NDP frame is precoded on the basis of a specific precoding matrix by the AP, and transmitted to the sounding target STAs. Thus, the sounding target STAs may estimate a channel on the basis of VHT-LTF of the NDP and acquires channel state information." Park at ¶ [0115]. Also, "[t]he AP transmits an NDPA frame indicating an NDP transmission (S910). The NDPA frame is transmitted in a four duplicated PPDU format by 2 MHz sub-channel unit. Like the NDP-based channel sounding method as described above with reference to FIG. 5, the NDPA frame includes information for identifying an STA which is to estimate a channel and transmit a feedback frame including channel state information to the AP. Namely, information indicating STAs which are to respond with respect to the NDP is included. The

- 502 -

████████████████████████████████████████

information indicating STAs may include an indicator indicating a group of STAs or

an indicator indicating an individual STA. The indicator indicating an individual

STA may be a portion of the entirety of an AID of the corresponding STA." Park at ¶

[0161].

1589.  Alternatively, Park, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1590.  **Sohn** discloses this element. For example, Sohn discloses: "In an

aspect, a method for a channel sounding in a wireless local area network is

provided. The method includes transmitting a null data packet announcement

(NDPA) frame, to a plurality of receivers, the NDPA frame requesting a channel

statement information feedback and announcing that a null data packet (NDP)

frame is to be transmitted; transmitting the NDP frame being a basis of channel

estimation for the plurality of receivers; receiving a first feedback frame from a first

receiver among the plurality of receivers, transmitting a feedback poll frame to a

second receiver; and, receiving a second feedback frame from the second receiver,

the second feedback frame including second channel state information estimated by

the second receiver. If the first receiver fails to perform the channel estimation, the

first feedback frame is a null feedback frame. The null feedback frame is a feedback

frame not including channel state information." Sohn at ¶ [0010].

1591.  Sohn further discloses: "In another aspect, a wireless apparatus is

provided. The apparatus includes a transceiver transmitting and receiving frames;

- 503 -

and a processor operationally coupled to the transceiver. The processor is configured

for: transmitting a null data packet announcement (NDPA) frame, to a plurality of

receivers, the NDPA frame requesting a channel statement information feedback

and announcing that a null data packet (NDP) frame is to be transmitted;

transmitting the NDP frame being a basis of channel estimation for the plurality of

receivers; receiving a first feedback frame from a first receiver among the plurality

of receivers; transmitting a feedback poll frame to a second receiver; and, receiving

a second feedback frame from the second receiver, the second feedback frame

including second channel state information estimated by the second receiver. If the

first receiver fails to perform the channel estimation, the first feedback frame is a

null feedback frame. The null feedback frame is a feedback frame not including

channel state information." Sohn at ¶ [0020].

1592. Additionally, Sohn discloses: "According to an embodiment of the

present invention, in a channel sounding procedure, if a receiving STA having the

highest priority to transmit a feedback normally receives a Null Data Packet

Announcement (NDPA) frame transmitted in a duplicate type regarding a specific

bandwidth although it has failed in channel estimation, the receiving STA

transmits a null feedback frame to a transmitting STA, such as an AP. When the

null feedback frame is received, the AP can perform the remaining channel

sounding procedure For other receiving STAs. Accordingly, channel sounding

efficiency can be improved as compared with the existing method because although

- 504 -

████████████████████████

the receiving STA having the highest priority to transmit a feedback fails in

channel estimation, the remaining receiving STAs can feed estimated channel state

information back." Sohn at ¶ [0021].  For example, "[r]eferring to FIG. 4, the AP 410

transmits an NDP Announcement (NDPA) frame to the STAI 421, the STA2 422,

and the STA3 423 at step S410. The NDPA frame informs that channel sounding

will be initiated and an NDP will be transmitted. The NDPA frame may be called a

sounding announcement frame." Sohn at ¶ [0079]; *see also* Sohn at FIG. 4.

1593.  Alternatively, Sohn, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1594.  **Abraham** discloses this element. For example, Abraham discloses:

"Certain aspects of the present disclosure support a low-overhead method for

communicating Channel State Information (CSI) or feedback therefore. For

example, such information may be communicated between the user terminals 120

and the access point 110 in the wireless system 100. Certain aspects of the present

disclosure for the support packet formats for a Null Data Packet Announcement

(NDPA), CSI poll, and CSI feedback. Some aspects support a communication

indicating whether CSI has be received and/or stored, for example by or at an AP.

This information may be used by an STA, for example, to determine whether to

send for the CSI and/or whether to adjust parameters for transmitting the CSL

Some aspects support a communication indicating whether CSI is being

transmitted, for example by an STA. This information may be used by an AP, for

example, to determine how to transmit requests for requests for the CSI and/or

whether to adjust parameters for transmitting the CSI requests. In some cases, the

CSI feedback may be too large to be carried in a single Media Access Control (MAC)

protocol data unit (MPDU) or a Physical Layer (PHY) protocol data unit (PPDU).

Certain aspects of the present disclosure further support a protocol for CSI feedback

segmentation. In the following description, reference is made to a user station

(STA). As described above, a STA may comprise a user terminal, for example the

user terminal 120 or the wireless device 302." Abraham at ¶ [0070].

1595.  Further, Abraham discloses: "FIG. 4 illustrates an aspect of a Channel

State Information (CSI) feedback protocol 400. An access point (AP) may transmit

to one or more user stations (STAs) a Null Data Packet Announcement (NDPA)

frame 402 followed by a Null Data Packet (NDP) frame 404 after a Short Inter-

Frame Symbol (SIPS) period 406. The NDPA frame 402 may comprise Association

Identifiers (AIDs) of the STAs that should transmit computed CSI feedback

messages to the AP, as will be described in additional detail below." Abraham at ¶

[0071]; *see also* Abraham at FIG. 4.

1596.  Abraham also discloses: "At step 1802, a first request for channel state

information is received, for example using the receiving module 1702. The first

request may comprise a null data packet announcement or a polling message, for

example." Abraham at ¶ [0210].

1597.  Alternatively, Abraham, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1598.  **Lou** discloses this element. For example, Lou discloses: "FIG. 50 is a diagram of an example explicit channel quality indicator (CQI) feedback mechanism 5000 using modulation and coding scheme (MCS) feedback (MFB). One way to implement a sub-channel based CQI feedback mechanism may be to reuse MFB mechanisms, but modify it to allow COBRA support. In a typical IEEE 802.11 example, an MFB requester may transmit a frame containing a HT control field with an MCS request (MRQ) subfield equal to 1. The frame with an MRQ requirement may be transmitted within a sounding PPDU, or with an NDP announcement subfield in the +HTC frame, for example, a frame with an HT control field, set to 1 and following the +HTC frame by an NDP transmission." Lou at ¶ [0346]; *see also* Lou at FIGS. 50 and 51.

1599.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1600.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Chun and/or Park and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra.*

█████████████████████████████████

c.    **Element 1 [b]:  receiving a null data packet (NDP) frame from the transmitting device after receiving the NPDA frame; and**

1601.  **Chun** discloses this element. For example, Chun discloses: "A method and apparatus for transmitting a frame on the basis of a sounding procedure is disclosed. The method for transmitting the frame on the basis of a sounding procedure in a wireless LAN may comprise the steps of: transmitting an NDPA frame to each of multiple STAs by an AP wherein the NDPA frame notifies of the transmission of NDP; transmitting the NDP to each of the multiple STAs by the AP; receiving, by the AP, multiple feedback frames transmitted through multiple transmission sources allocated to the multiple STAs in time sources overlapped by the multiple STAs, respectively; and transmitting, by the AP, multiple downlink frames to the multiple STAs respectively." Chun at abstract.

1602.  Further, Chun discloses: "In order to achieve the above object of the present invention, according to one aspect of the present invention, a method of transmitting a frame on the basis of a sounding procedure in a wireless local area network (WLAN) may include: transmitting by an access point (AP) a null data packet announcement (NDPA) frame to each of a plurality of stations (STAs), wherein the NDPA frame reports transmission of a null data packet (NDP); transmitting by the AP the NDP to each of the plurality of STAs; receiving by the AP a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on an

- 508 -

███████████████████████████████████████

overlapping time resource respectively by the plurality of STAs." Chun at ¶ [0008].

Chun also discloses: "In order to achieve the above object of the present invention,

according to another aspect of the present invention, an AP for transmitting a frame

on the basis of a sounding procedure in a WLAN may include: a radio frequency

(RF) unit implemented to transmit or receive a radio signal; and a processor

operatively coupled to the RF unit. The processor may be configured for:

transmitting an NDPA frame to each of a plurality of STAs, wherein the NDPA

frame reports transmission of an NDP; transmitting the NDP to each of the

plurality of STAs; receiving a plurality of feedback frames to be transmitted

respectively through a plurality of transmission resources allocated respectively to

the plurality of STAs on an overlapping time resource respectively by the plurality

of STAs." Chun at ¶ [0009].

1603. Further, Chun discloses: "The AP may transmit a null data packet

announcement (NDPA) frame 400 to the STA for the sounding procedure, and may

transmit an NDP 410 after a specific time (e.g., a short interframe space (SIFS))."

Chun at ¶ [0070]. Additionally, "[a]n AP may transmit an NDPA frame 800 to the

STA for the sounding procedure, and may transmit an NDP 810 after a specific time

(e.g., SIFS)." Chun at ¶ [0131]. Similarly, "[a]n AP may transmit an NDPA frame

900 to the STA for the sounding procedure, and may transmit an NDP 910 after a

specific time (e.g., SIFS)" (Chun at ¶ [0141]), or "[a]n AP may transmit an NDPA

███████████████████████████████████████████

frame 1000 to the STA for the sounding procedure, and may transmit an NDP 1010 after a specific time (e.g., SIFS)" (Chun at ¶ [0151]).

1604.  Further, Chun discloses: "For example, the processor 1510 may be implemented to transmit an NDPA frame (or each of a plurality of NDPA frames) to each of a plurality of STAs and to transmit an NDP (or each of a plurality of NDPs) to each of the plurality of STAs. The NDPA frame (or each of the plurality of NDPA frames) may report transmission of the NDP (or each of the plurality of NDPs)." Chun at ¶ [0193].

1605.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1606.  **Park** discloses this element. For example, Park discloses: "The step of acquiring the first channel state information may include transmitting a null data packet (NDP) announcement (NDPA) frame indicating transmission of an NDP for channel sounding, transmitting the NDP, and receiving a first feedback frame including the first state channel information acquired on the basis of the NDP from the first receiver." Park at ¶ [0012]. For example, "[r]eferring to FIG. 5, the AP transmits an NDPA frame to STA1, STA2, and STA3 (S501). The NDPA frame informs that channel sounding will be initiated and an NDP will be transmitted. The NDPA frame may also be called a sounding announcement frame." Park at ¶ [0109]; *see also* Park at FIG. 5.

- 510 -

███████████████

1607.  Further, Park discloses: "Following the NDPA frame transmission, the AP transmits an NDP to target STAs (S520). The NDP may have a format such that a data field is omitted in the PPDU format as shown in FIG. 4. The NDP frame is precoded on the basis of a specific precoding matrix by the AP, and transmitted to the sounding target STAs. Thus, the sounding target STAs may estimate a channel on the basis of VHT-LTF of the NDP and acquires channel state information." Park at ¶ [0115]. Also, "[t]he AP transmits an NDPA frame indicating an NDP transmission (S910). The NDPA frame is transmitted in a four duplicated PPDU format by 2 MHz sub-channel unit. Like the NDP-based channel sounding method as described above with reference to FIG. 5, the NDPA frame includes information for identifying an STA which is to estimate a channel and transmit a feedback frame including channel state information to the AP. Namely, information indicating STAs which are to respond with respect to the NDP is included. The information indicating STAs may include an indicator indicating a group of STAs or an indicator indicating an individual STA. The indicator indicating an individual STA may be a portion of the entirety of an AID of the corresponding STA." Park at ¶ [0161]. Further, "[t]he AP transmits an NDP frame after the NDPA frame (S920). Like the NDPA, the NDP is transmitted in a four duplicated PPDU format by 2 MHz sub-channel unit. Each STA may estimate channel state information on the basis of the NDP to acquire channel state information." Park at ¶ [0162].

1608.  Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1609.  **Sohn** discloses this element. For example, Sohn discloses: "In an aspect, a method for a channel sounding in a wireless local area network is provided. The method includes transmitting a null data packet announcement (NDPA) frame, to a plurality of receivers, the NDPA frame requesting a channel statement information feedback and announcing that a null data packet (NDP) frame is to be transmitted; transmitting the NDP frame being a basis of channel estimation for the plurality of receivers; receiving a first feedback frame from a first receiver among the plurality of receivers, transmitting a feedback poll frame to a second receiver; and, receiving a second feedback frame from the second receiver, the second feedback frame including second channel state information estimated by the second receiver. If the first receiver fails to perform the channel estimation, the first feedback frame is a null feedback frame. The null feedback frame is a feedback frame not including channel state information." Sohn at ¶ [0010]. For example, "[t]he first feedback frame may include a first channel state information. If the first receiver receives the NDPA frame and the NDP frame through a bandwidth narrower than a reference bandwidth through which the NDPA is transmitted, the first channel state information may be channel information estimated for the bandwidth." Sohn at ¶ [0014].

███████████████████████████████

1610.  Sohn further discloses: "In another aspect, a wireless apparatus is provided. The apparatus includes a transceiver transmitting and receiving frames; and a processor operationally coupled to the transceiver. The processor is configured for: transmitting a null data packet announcement (NDPA) frame, to a plurality of receivers, the NDPA frame requesting a channel statement information feedback and announcing that a null data packet (NDP) frame is to be transmitted; transmitting the NDP frame being a basis of channel estimation for the plurality of receivers; receiving a first feedback frame from a first receiver among the plurality of receivers; transmitting a feedback poll frame to a second receiver; and, receiving a second feedback frame from the second receiver, the second feedback frame including second channel state information estimated by the second receiver. If the first receiver fails to perform the channel estimation, the first feedback frame is a null feedback frame. The null feedback frame is a feedback frame not including channel state information." Sohn at ¶ [0020]. For example, "[r]eferring to FIG. 4, the AP 410 transmits an NDP Announcement (NDPA) frame to the STAI 421, the STA2 422, and the STA3 423 at step S410. The NDPA frame informs that channel sounding will be initiated and an NDP will be transmitted. The NDPA frame may be called a sounding announcement frame." Sohn at ¶ [0079]; *see also* Sohn at FIG. 4.

1611.  Sohn further discloses: "After transmitting the NDPA frame, the AP 410 transmits an NDP frame to the target STAs at step S420. The NDP frame may

- 513 -

have a format having a data field omitted from a PPDU format, such as that shown

in FIG. 3. The AP 410 precodes the NDP frame on the basis of a specific precoding

matrix and transmits the NDP frame to the target sounding STAs. Accordingly, the

target sounding STAs 421, 422, and 423 estimate channels on the basis of the VHT-

LTF of the NDP and obtain channel state information." Sohn at ¶ [0086]; *see also*

Sohn at FIG. 3.

1612.  Alternatively, Sohn, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1613.  **Abraham** discloses this element. For example, Abraham discloses:

"FIG. 4 illustrates an aspect of a Channel State Information (CSI) feedback protocol

400. An access point (AP) may transmit to one or more user stations (STAs) a Null

Data Packet Announcement (NDPA) frame 402 followed by a Null Data Packet

(NDP) frame 404 after a Short Inter-Frame Symbol (SIPS) period 406. The NDPA

frame 402 may comprise Association Identifiers (AIDs) of the STAs that should

transmit computed CSI feedback messages to the AP, as will be described in

additional detail below." Abraham at ¶ [0071]; *see also* Abraham at FIG. 4.

1614.  Abraham further discloses: "The STA information 612 may

communicate to an STA parameters that the STA may use to report CSL In some

aspects, the CSI returned by the STA is referred to as sounding feedback (SF). In

these aspects, the STA information 612 may include information or data for the

STA to determine and/or calculate SF based on a sounding frame included in the

████████████████████████████████████

NDP frame 404 illustrated in FIG. 4, for example. In some aspects, the STA

information 612 may be used to determine no to send SF, or to send a form of SF

that requires less data." Abraham at ¶ [0084].

1615.  For example, Abraham discloses: "In one aspect, the CSI feedback 408

may be generated by one of the STAs identified in the NDPA frame 402 and

autonomously transmitted a SIPS period after the NDP frame 404. For example,

the first STA identified in an STA information field may generate the CSI feedback

408 and autonomously transmit the CSI feedback 408 to the AP a SIPS period after

receiving the NDP frame 404. Other STAs identified in the STA information field

may await a polling message before transmitting respective CSI feedback, as

discussed above." Abraham at ¶ [0123].

1616.  Alternatively, Abraham, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1617.  **Lou** discloses this element. For example, Lou discloses: "For transmit

beamforming (TxBF) in downlink 802. 11 systems, knowledge of channel state

information (CSI) may be needed. For example, the channel may be sounded

between two devices participating in TxBF. The basic concept of sounding may be

similar to 802.1 ln, where the channel may be measured at the receiver using the

LTF during a null data packet (NDP) and transmitted back to the transmitter.

However, in 802.1 ln, this may be configured for a single STA occupying the entire

- 515 -

███████████████████████████████████

frequency band. The system may be modified to accommodate multiple STAs in different frequency bands." Lou at ¶ [0278].

1618.  Lou further discloses: "The AP may simultaneously transmit a null data packet (NDP) for all the STAs that maybe part of the COBRA group. The NDP may have a similar preamble as a data bearing packet with no data. A packet that does not include data may be indicated by a length field=0. In this example, however, the Nsts and MCS may be selected according to the channel dimensionality to be sounded. Typically the Nsts and MCS may correspond to a maximum number of antenna at the AP, however, the number may be smaller to reduce the preamble overhead, if less data rate is required or if a dominant mode transmission is required. The AP may transmit an NDP to a single STA or it may transmit a sub-channelized NDP to multiple STAs. The AP may transmit a different number of sub-channel NDPs to different channels. After receiving a sounding packet, the STA may transmit CSI feedback or a Beamforming report. The CSI feedback and the Beamforming report may be compressed or non-compressed." Lou at ¶ [0282].

1619.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1620.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been

- 516 -

████████████████████████████

obvious at the time of the invention in view of any combination of Chun and/or Park

and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra.*

> **d.      Element 1 [c]:  transmitting to the transmitting device a feedback frame including subchannel information measured on a first subchannel after receiving the NDP frame, the first subchannel being a subchannel that is allocated to the first receiving device among a plurality of subchannels into which a predetermined band is divided,**

1621.  **<u>Chun</u>** discloses this element. For example, Chun discloses: "If the NDP

410 is transmitted based on beamforming, the feedback frame 420 may include an

HT control field, a channel information control field, and a channel information

field. The HT control field may include information regarding Nsts, MCS, BW, and

SNR. The channel control field may include information regarding Nc, Nr, Ng, etc.,

and/or control information for OFDMA-based transmission. The channel

information control field may include SNR information per stream, information of a

beamforming feedback matrix for each subcarrier, SNR information for each

frequency resource (e.g., subband) in OFDMA-based transmission, etc." Chun at ¶

[0079].

1622.  Chun further discloses: "According to another embodiment of the

present invention, in the grouping field Ng, a reserved 3(0×11) may be used for a

subband-unit feedback. If the grouping field Ng is 3, it may indicate the subband-

unit feedback. If Ng=3, an SNR or a beamforming feedback matrix (or a matrix

vector) may be fed back in a subband unit. For example, a subband unit for a

feedback may be fixed in unit of 26 tones or may be set to an additional unit (e.g., a

███████████████████████████████████████████

tone corresponding to a multiple unit of 26 tones) on the basis of an additional

subband related field." Chun at ¶ [0126].  Further disclosure is found in Chun at

Table 4 (continued):

TABLE 4-continued

| Subfield | Description |
|---|---|
| SNR(signal to noise ratio) of subband 1 | Average SNR on subcarrier included in subband 1 in recipient |
| . . . | . . . |
| SNR of subband Nk | Average SNR on subcarrier included in subband Nk in recipient |

1623.  Chun further discloses: "The NDPA frame 1000 and NDP 1010 of the

non-duplicate PPDU format or the duplicate PPDU format may be transmitted to at

least one STA through at least one stream. If the AP receives a feedback from the

plurality of STAs as shown in FIG. 10, the AP may transmit the NDPA frame 1000

and the NDP 1010 to the plurality of STAs through a plurality of space-time

streams. The NDPA frame 1000 may indicate the plurality of STAs for transmitting

the feedback frame. The NDP 1010 may be used to transmit an LTF through the

plurality of space-time streams, and each of the plurality of STAs may transmit to

the AP the feedback frame including channel state information measured on the

basis of an LTF of an indicated space-time stream and an indicated frequency

domain. The NDP 1010 may instruct transmission of a feedback frame 1015 of a

single STA among a plurality of STAs indicated based on the NDPA frame 1000.

For example, an STA corresponding to a first AID among AIDs included in the STA

information field of the NDPA frame 1000 may receive the NDP 1010, and after a specific time ( e.g., SIPS), may transmit the feedback frame to the AP." Chun at ¶ [0152].

1624. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1625. **Park** discloses this element. For example, Park discloses: "In order for the transmission and reception method on the basis of the frequency selective channel access to be applied to a WLAN system, a procedure for selecting a sub-channel having the highest SNR among a plurality of sub-channels is required. In detail, a process in which each STA reports channel quality of each sub-channel to an AP and the AP selectively allocates the best channel to each STA is required." Park at ¶ [0154].

1626. Further, Park discloses: "When NDP transmission is finished, after the lapse of a particular interval such as a short interframe space (SIFS), the STA1, which has been determined to respond first with respect to the NDP, transmits a feedback frame including channel state information to the AP (S932). The channel state information delivered to the AP through the feedback frame may be implemented as shown in Table 3 and Table 4. The delivered channel state information includes information regarding a beamforming feedback matrix V by each subcarrier index and information regarding an average SNR by each spatial

- 519 -

stream. Also, the channel state information may include channel related information by 2 MHz sub-channels. Namely, the channel state information may include information related to an average SNR value of each 2 MHz sub-channel." Park at ¶ [0163]; *see also* Park at Tables 3 and 4.

1627.  Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1628.  **Sohn** discloses this element. For example, Sohn discloses: "Referring to FIG. 8, an AP 810 transmits an NDPA frame to the STA1 821 and an STA2 822 at step S 810. Next, the AP 810 transmits a NDP frame to the STA1 821 and the STA2 822 at step S 820. The NDPA frame is transmitted according to a duplicate frame structure while spanning a 160 MHz bandwidth. The NDP frame is also transmitted while spanning a 160 MHz bandwidth." Sohn at ¶ [0122]; *see also* Sohn at FIG. 8.

1629.  Sohn further discloses: "The NDPA frame includes information that the NDPA frame spans the 160 MHz bandwidth. It is assumed that when receiving the NDPA frame, the STA1 821 has not normally received the NDPA frame for the entire 160 MHz bandwidth, but has normally received the NDPA frame for an 80 MHz bandwidth, including a primary subchannel, because interference has occurred in a specific band including a non-primary subchannel." Sohn at ¶ [0123]. For example, "[t]he STA1 810 performs channel estimation based on the NDP frame for the 80 MHz bandwidth and feeds channel state information about the 80 MHz

- 520 -

bandwidth back to the AP 810 at step S 830. At this time, the feedback frame including the channel state information may be transmitted through the 80 MHz bandwidth." Sohn at ¶ [0124]. Further, "[i]n order to receive channel state information from the STA2 822, the AP 810 transmits a feedback poll frame to the STA2 822 at step S 840 . In order to limit a bandwidth through which the feedback frame of the STA2 822 is transmitted, the AP 810 may include information about channel estimation for the 80 MHz bandwidth in the feedback poll frame." Sohn at ¶ [0125]. Similarly, "[t]he STA2 822 performs channel estimation on the 80 MHz bandwidth indicated by the information included in the feedback poll frame and transmits the feedback frame, including channel state information, to the AP 810 at step S 850...." Sohn at ¶ [0126]; *see also* Sohn at FIG. 8.

1630.  Sohn further discloses: "If STAs feed back channel state information about a bandwidth smaller than a bandwidth through which an NDPA frame or an NDP frame or both are transmitted, each STA may include information indicative of a reason in a feedback frame and transmit the feedback frame. The information indicative of the reason is a reason code and may be implemented by informing the reason code using previously agreed information." Sohn at ¶ [0127]. Sohn also discloses examples of such a "reason code" at Table 5.

1631.  Alternatively, Sohn, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

███████████████████████████████████████

1632.  **Abraham** discloses this element. For example, Abraham discloses "[a]t each user terminal 120, a channel estimator 278 estimates the downlink channel response and provides downlink channel estimates, which may include channel gain estimates, SNR estimates, noise variance and so on. Similarly, a channel estimator 228 estimates the uplink channel response and provides uplink channel estimates. Controller 280 for each user terminal typically derives the spatial filter matrix for the user terminal based on the downlink channel response matrix $H_{dn,m}$ for that user terminal. Controller 230 derives the spatial filter matrix for the access point based on the effective uplink channel response matrix $H_{up,eff}$ The controller 280 for each user terminal may send feedback information (e.g., the downlink and/or uplink eigenvectors, eigenvalues, SNR estimates, and so on) to the access point 110. The controllers 230 and 280 may also control the operation of various processing units at the access point 110 and user terminal 120, respectively." Abraham at ¶ [0061].

1633.  Abraham further discloses: "Certain aspects of the present disclosure support a low-overhead method for communicating Channel State Information (CSI) or feedback therefore. For example, such information may be communicated between the user terminals 120 and the access point 110 in the wireless system 100. Certain aspects of the present disclosure for the support packet formats for a Null Data Packet Announcement (NDPA), CSI poll, and CSI feedback. Some aspects support a communication indicating whether CSI has be received and/or stored, for example by or at an AP. This information may be used by an STA, for example, to

- 522 -

determine whether to send for the CSI and/or whether to adjust parameters for transmitting the CSL Some aspects support a communication indicating whether CSI is being transmitted, for example by an STA. This information may be used by an AP, for example, to determine how to transmit requests for requests for the CSI and/or whether to adjust parameters for transmitting the CSI requests. In some cases, the CSI feedback may be too large to be carried in a single Media Access Control (MAC) protocol data unit (MPDU) or a Physical Layer (PHY) protocol data unit (PPDU). Certain aspects of the present disclosure further support a protocol for CSI feedback segmentation. In the following description, reference is made to a user station (STA). As described above, a STA may comprise a user terminal, for example the user terminal 120 or the wireless device 302." Abraham at ¶ [0070].

1634.  Abraham further discloses: "FIG. 4 illustrates an aspect of a Channel State Information (CSI) feedback protocol 400. An access point (AP) may transmit to one or more user stations (STAs) a Null Data Packet Announcement (NDPA) frame 402 followed by a Null Data Packet (NDP) frame 404 after a Short Inter-Frame Symbol (SIPS) period 406. The NDPA frame 402 may comprise Association Identifiers (AIDs) of the STAs that should transmit computed CSI feedback messages to the AP, as will be described in additional detail below." Abraham at ¶ [0071]. *See also* Abraham at ¶ [0022] and FIG. 4.

1635.  Additionally, Abraham discloses: "In some aspects, a CSI Poll may be sent by the AP to another STA listed in the NDPA frame to request the other STA

████████████████████████████

to send CSI feedback. For example, if the first listed STA in the NDPA frame 402

divides its complete CSI feedback into the two portions of CSI Feedback 408, 414,

then the AP may request another STA listed in the NDPA frame 402 to begin

transmission of CSI feedback with CSI Poll 416. In response, the other STA may

transmit CSI Feedback 418, which may be complete CSI feedback or a portion of the

complete CSI feedback for the other STA. Any number of STAs may be identified in

the NDPA frame 402, as will be discussed in additional detail below, and the AP

may transmit any number of CSI polls and/or receive any number of CSI feedbacks

or portions thereof." Abraham at ¶ [0073].

1636. Alternatively, Abraham, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1637. **Lou** discloses this element. For example, Lou discloses: "COBRA may

implement OFDMA sub-channelization, SC-FD MA sub-channelization and filter-

bank multicarrier (FBMC) sub-channelization, and may improve the spectral

efficiency of OFDM methods used in wireless fidelity (WiFi) systems which have

been previously described by 802.11n, 802.11ac, 802.11af, and 802.11ah. These

examples and associated embodiments may combine the features of CSMA and

orthogonal block based resource allocation methods." Lou at ¶ [0104]. Further, "In a

sounding channel example, the AP may assign one or more sub-channels for

sounding. Sounding may be utilized for beamforming/precoding training, signal-to-

- 524 -

███████████████████████████████

noise ratio (SNR) measurement, and the like. Sounding on one or more sub-channels may be more efficient when the STA is known to perform transmission on the one or more sub-channels. The structure of the sounding channel may follow the normal sounding frame defined for WLANs." Lou at ¶ [0114].

1638.  Lou further discloses: "Downlink link adaptation may require the knowledge of downlink radio channel quality. There may be two methods to estimate the downlink channel quality. One method may be to require explicit CQI feedback from STAs. Another method may be to estimate the downlink channel through uplink transmission given that the transmit power of STAs may be known." Lou at ¶ [0343].

1639.  Additionally, Lou discloses: "There may be two different channel quality indicator feedback mechanisms. In a first example, in band CQI feedback may be used. In this example, the AP may transmit a CQI requirement on one or more sub-channels that it may intend to utilize to the STA. The STA may measure the channel quality on the one or more sub-channels and provide feedback to the AP. This feedback may be utilized by the AP to assign MCS on the specified sub-channels. In a second example, out of band CQI feedback may be used. In this example, the AP may transmit a general CQI requirement to a STA. The STA may measure CQI on all the sub-channels and provide feedback to the AP. This feedback may assist the AP to schedule one or more sub-channels to STAs." Lou at ¶ [0344].

1640.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1641.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Chun and/or Park and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra*.

> e.    **Element 1 [d]:  transmitting the feedback frame to the transmitting device while a second feedback frame including subchannel information measured on the second subchannel is transmitted to the transmitting device by a second receiving device, the second subchannel being a subchannel that is allocated to the second receiving device among the plurality of subchannels.**

1642.  **Chun** discloses this element. For example, Chun discloses: "… receiving by the AP a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on an overlapping time resource respectively by the plurality of STAs" (Chun at ¶ [0008]); and "… [the] processor may be configured for: transmitting an NDPA frame to each of a plurality of STAs, wherein the NDPA frame reports transmission of an NDP; transmitting the NDP to each of the plurality of STAs; receiving a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on an overlapping time resource respectively by the plurality of STAs… (Chun at ¶ [0009]).

1643.  Chun further discloses: "The NDP 810 may indicate UL MU transmission of the feedback frame by the plurality of STAs. Each of the plurality of STAs may transmit the feedback frame to the AP after a specific time (e.g., SIFS) from the reception of the NDP 810. Each of the plurality of STAs may receive the NDPA frame 800 and the NDP 810, and may transmit a feedback frame 820 to the AP on the basis of the UL MU transmission method. For example, each of the plurality of STAs may transmit the feedback frame on an overlapping time resource through an allocated space-time stream or a frequency resource." Chun at ¶ [0134]. For example, "[the] AP may receive the feedback frame 820 transmitted based on UL MU transmission from each of the plurality of STAs. That is, the AP may receive each of a plurality of feedback frames transmitted respectively through a plurality of transmission resources respectively allocated to the plurality of STAs on the overlapping time resource respectively by the plurality of STAs." Chun at ¶ [0135].

1644.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1645.  **Park** discloses this element. For example, Park discloses: "When NDP transmission is finished, after the lapse of a particular interval such as a short interframe space (SIFS), the STA1, which has been determined to respond first with respect to the NDP, transmits a feedback frame including channel state information

- 527 -

████████████████████

to the AP (S932). The channel state information delivered to the AP through the

feedback frame may be implemented as shown in Table 3 and Table 4. The

delivered channel state information includes information regarding a beamforming

feedback matrix V by each subcarrier index and information regarding an average

SNR by each spatial stream. Also, the channel state information may include

channel related information by 2 MHz sub-channels. Namely, the channel state

information may include information related to an average SNR value of each 2

MHz sub-channel." Park at ¶ [0163]; *see also* Park at Tables 3 and 4.

1646.  Park also discloses: "When the AP receives the feedback frame, the AP

may determine a channel to be used for transmission of a data frame to the STA1

on the basis of the channel state information included in the feedback frame

received from the STA1. The AP may determine that a sub-channel having the

highest SNR value estimated by the STA1 will be allocated to the STA1.

Alternatively, the AP may determine that a sub-channel having an SNR value

estimated by the STA1 equal to or greater than a particular threshold value will be

allocated to the STA1. Hereinafter, the foregoing method may also be applied to

receiving feedback frames from STA2 to STA4 and determining a sub-channel to be

allocated to the corresponding STAs." Park at ¶ [0164].

1647. Alternatively, Park, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

████████████████████████████████████

1648.  **Sohn** discloses this element. For example, Sohn discloses: "In order to receive channel state information from the STA2 822, the AP 810 transmits a feedback poll frame to the STA2 822 at step S 840 . In order to limit a bandwidth through which the feedback frame of the STA2 822 is transmitted, the AP 810 may include information about channel estimation for the 80 MHz bandwidth in the feedback poll frame." Sohn at ¶ [0125]. For example, "[t]he STA2 822 performs channel estimation on the 80 MHz bandwidth indicated by the information included in the feedback poll frame and transmits the feedback frame, including channel state information, to the AP 810 at step S 850...." Sohn at ¶ [0126]; *see also* Sohn at FIG. 8.

1649.  Alternatively, Sohn, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1650.  **Abraham** discloses this element. For example, Abraham discloses "[a]t each user terminal 120, a channel estimator 278 estimates the downlink channel response and provides downlink channel estimates, which may include channel gain estimates, SNR estimates, noise variance and so on. Similarly, a channel estimator 228 estimates the uplink channel response and provides uplink channel estimates. Controller 280 for each user terminal typically derives the spatial filter matrix for the user terminal based on the downlink channel response matrix $H_{dn,m}$ for that user terminal. Controller 230 derives the spatial filter matrix for the access point based on the effective uplink channel response matrix $H_{up,eff}$ The controller 280 for

██████████████████████████████████████████

each user terminal may send feedback information (e.g., the downlink and/or uplink

eigenvectors, eigenvalues, SNR estimates, and so on) to the access point 110. The

controllers 230 and 280 may also control the operation of various processing units at

the access point 110 and user terminal 120, respectively." Abraham at ¶ [0061].

1651.  Abraham further discloses: "Certain aspects of the present disclosure

support a low-overhead method for communicating Channel State Information (CSI)

or feedback therefore. For example, such information may be communicated

between the user terminals 120 and the access point 110 in the wireless system 100.

Certain aspects of the present disclosure for the support packet formats for a Null

Data Packet Announcement (NDPA), CSI poll, and CSI feedback. Some aspects

support a communication indicating whether CSI has be received and/or stored, for

example by or at an AP. This information may be used by an STA, for example, to

determine whether to send for the CSI and/or whether to adjust parameters for

transmitting the CSL Some aspects support a communication indicating whether

CSI is being transmitted, for example by an STA. This information may be used by

an AP, for example, to determine how to transmit requests for requests for the CSI

and/or whether to adjust parameters for transmitting the CSI requests. In some

cases, the CSI feedback may be too large to be carried in a single Media Access

Control (MAC) protocol data unit (MPDU) or a Physical Layer (PHY) protocol data

unit (PPDU). Certain aspects of the present disclosure further support a protocol for

CSI feedback segmentation. In the following description, reference is made to a user

███████████████████████████

station (STA). As described above, a STA may comprise a user terminal, for example

the user terminal 120 or the wireless device 302." Abraham at ¶ [0070].

1652.  Abraham further discloses: "FIG. 4 illustrates an aspect of a Channel

State Information (CSI) feedback protocol 400. An access point (AP) may transmit

to one or more user stations (STAs) a Null Data Packet Announcement (NDPA)

frame 402 followed by a Null Data Packet (NDP) frame 404 after a Short Inter-

Frame Symbol (SIPS) period 406. The NDPA frame 402 may comprise Association

Identifiers (AIDs) of the STAs that should transmit computed CSI feedback

messages to the AP, as will be described in additional detail below." Abraham at ¶

[0071]. *See also* Abraham at ¶ [0022] and FIG. 4.

1653.  Additionally, Abraham discloses: "In some aspects, a CSI Poll may be

sent by the AP to another STA listed in the NDPA frame to request the other STA

to send CSI feedback. For example, if the first listed STA in the NDPA frame 402

divides its complete CSI feedback into the two portions of CSI Feedback 408, 414,

then the AP may request another STA listed in the NDPA frame 402 to begin

transmission of CSI feedback with CSI Poll 416. In response, the other STA may

transmit CSI Feedback 418, which may be complete CSI feedback or a portion of the

complete CSI feedback for the other STA. Any number of STAs may be identified in

the NDPA frame 402, as will be discussed in additional detail below, and the AP

may transmit any number of CSI polls and/or receive any number of CSI feedbacks

or portions thereof." Abraham at ¶ [0073].

1654.  Alternatively, Abraham, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1655.  **Lou** discloses this element. For example, Lou discloses: "COBRA may implement OFDMA sub-channelization, SC-FD MA sub-channelization and filter-bank multicarrier (FBMC) sub-channelization, and may improve the spectral efficiency of OFDM methods used in wireless fidelity (WiFi) systems which have been previously described by 802.11n, 802.11ac, 802.11af, and 802.11ah. These examples and associated embodiments may combine the features of CSMA and orthogonal block based resource allocation methods." Lou at ¶ [0104]. Further, "In a sounding channel example, the AP may assign one or more sub-channels for sounding. Sounding may be utilized for beamforming/precoding training, signal-to-noise ratio (SNR) measurement, and the like. Sounding on one or more sub-channels may be more efficient when the STA is known to perform transmission on the one or more sub-channels. The structure of the sounding channel may follow the normal sounding frame defined for WLANs." Lou at ¶ [0114].

1656.  Lou further discloses: "Downlink link adaptation may require the knowledge of downlink radio channel quality. There may be two methods to estimate the downlink channel quality. One method may be to require explicit CQI feedback from STAs. Another method may be to estimate the downlink channel

through uplink transmission given that the transmit power of STAs may be known."
Lou at ¶ [0343].

1657.  Additionally, Lou discloses: "There may be two different channel quality indicator feedback mechanisms. In a first example, in band CQI feedback may be used. In this example, the AP may transmit a CQI requirement on one or more sub-channels that it may intend to utilize to the STA. The STA may measure the channel quality on the one or more sub-channels and provide feedback to the AP. This feedback may be utilized by the AP to assign MCS on the specified sub-channels. In a second example, out of band CQI feedback may be used. In this example, the AP may transmit a general CQI requirement to a STA. The STA may measure CQI on all the sub-channels and provide feedback to the AP. This feedback may assist the AP to schedule one or more sub-channels to STAs." Lou at ¶ [0344].

1658.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1659.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Chun and/or Park and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra*.

     **2.**     **Claim 2 of the '259 Patent Is Anticipated By Each of Chun, Park, Sohn, Abraham, and Lou; Alternatively, Each Reference, Alone or in Combination, Renders Claim 2 Obvious**

████████████████

a.     **The method of claim 1, wherein the subchannel information includes an average signal-to-noise ratio (SNR) of the first subchannel.**

1660.  **Chun** discloses this element. For example, Chun discloses: "If the NDP 410 is transmitted based on beamforming, the feedback frame 420 may include an HT control field, a channel information control field, and a channel information field. The HT control field may include information regarding Nsts, MCS, BW, and SNR. The channel control field may include information regarding Nc, Nr, Ng, etc., and/or control information for OFDMA-based transmission. The channel information control field may include SNR information per stream, information of a beamforming feedback matrix for each subcarrier, SNR information for each frequency resource (e.g., subband) in OFDMA-based transmission, etc." Chun at ¶ [0079].

1661.  Further disclosure is found in Chun at Table 4 (continued), which is reproduced *supra*, in reference to the analysis of Element 1 [c] of the '259 patent.

1662.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1663.  **Park** discloses this element. For example, Park discloses: "When NDP transmission is finished, after the lapse of a particular interval such as a short interframe space (SIFS), the STA1, which has been determined to respond first with respect to the NDP, transmits a feedback frame including channel state information

- 534 -

████████████████████

to the AP (S932). The channel state information delivered to the AP through the feedback frame may be implemented as shown in Table 3 and Table 4. The delivered channel state information includes information regarding a beamforming feedback matrix V by each subcarrier index and information regarding an average SNR by each spatial stream. Also, the channel state information may include channel related information by 2 MHz sub-channels. Namely, the channel state information may include information related to an average SNR value of each 2 MHz sub-channel." Park at ¶ [0163]; *see also* Park at Tables 3 and 4.

1664. Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1665. **Sohn** discloses this element. For example, Sohn discloses: "In the present invention, channel state information according to channel estimation performed by an STA is included in a feedback frame transmitted from the STA to an AP and then transmitted. The channel state information of the feedback frame may be implemented using a channel information field and a channel information control field. Table 3 and Table 4 below show the formats of the channel information control field and the channel information field." Sohn at ¶ [0091]; *see also* Sohn at Tables 3 and 4.

1666. Sohn further discloses: "Referring to FIG. 6, an NDPA frame includes a primary subchannel, and the NDPA frame is transmitted through four subchannels each having a 20 MHz bandwidth. The NDPA frame is transmitted according to a

- 535 -

███████████████████████████████████████

duplicate frame structure. Accordingly, although an AP transmits the NDPA frame by spanning a large bandwidth, an STA can normally decode and understand the NDPA frame only if the STA normally receives only some bands." Sohn at ¶ [0112]; *see also* Sohn at FIG. 6.

1667.  Sohn further discloses: "In addition, the present invention proposes a method in which an STA includes channel estimation information in a feedback frame and transmits the feedback frame if a primary subchannel is included in a bandwidth through which the STA normally receives an NDPA frame or an NDP frame or both in transmitting the feedback frame. Furthermore, when transmitting the feedback frame, the STA may use a bandwidth through which the NDPA frame or the NDP frame or both have been normally received." Sohn at ¶ [0118]. For example, "[t]he NDPA frame includes information that the NDPA frame spans the 160 MHz bandwidth. It is assumed that when receiving the NDPA frame, the STA1821 has not normally received the NDPA frame for the entire 160 MHz bandwidth, but has normally received the NDPA frame for an 80 MHz bandwidth, including a primary subchannel, because interference has occurred in a specific band including a nonprimary subchannel." Sohn at ¶ [0123].

1668.  Alternatively, Sohn, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1669.  **Abraham** discloses this element. For example, Abraham discloses: "At each user terminal 120, a channel estimator 278 estimates the downlink channel

- 536 -

████████████████████████████████████████

response and provides downlink channel estimates, which may include channel gain

estimates, SNR estimates, noise variance and so on. Similarly, a channel estimator

228 estimates the uplink channel response and provides uplink channel estimates.

Controller 280 for each user terminal typically derives the spatial filter matrix for

the user terminal based on the downlink channel response matrix $H_{dn,m}$ for that

user terminal. Controller 230 derives the spatial filter matrix for the access point

based on the effective uplink channel response matrix $H_{up,eff}$ The controller 280 for

each user terminal may send feedback information (e.g., the downlink and/or uplink

eigenvectors, eigenvalues, SNR estimates, and so on) to the access point 110. The

controllers 230 and 280 may also control the operation of various processing units at

the access point 110 and user terminal 120, respectively." Abraham at ¶ [0061].

1670.  Abraham further discloses: "In some aspects where the last SF stored

field 724 indicates that the previous SF was stored, the STA may transmit

information representing a difference between the stored SF and current SF. In

some aspects, complete CSI feedback may comprise a matrix or data indicative

thereof. In some aspects, the matrix comprises a plurality of Eigen modes, singular

vectors, or singular values. As described above, the STA may determine a spatial

filter matrix based on a downlink channel response matrix $H_{dn,m}$ for that STA.

Feedback information ( e.g., the downlink eigenvectors, eigenvalues, SNR

estimates, and so on) may be thereby be transmitted, for example to the AP. Thus,

channel state information and/or SF may be represented as a matrix. In some

- 537 -

aspects, a difference between a previous SF and a current SF may also be represented by a matrix. The difference matrix, however, may require fewer bytes to represent. Thus, sending a difference CSI instead of a complete CSI may also conserve network resources." Abraham at ¶ [0103].

1671. Alternatively, Abraham, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1672. **Lou** discloses this element. For example, Lou discloses: "COBRA may implement OFDMA sub-channelization, SC-FD MA sub-channelization and filter-bank multicarrier (FBMC) sub-channelization, and may improve the spectral efficiency of OFDM methods used in wireless fidelity (WiFi) systems which have been previously described by 802.11n, 802.11ac, 802.11af, and 802.11ah. These examples and associated embodiments may combine the features of CSMA and orthogonal block based resource allocation methods." Lou at ¶ [0104]. Further, "In a sounding channel example, the AP may assign one or more sub-channels for sounding. Sounding may be utilized for beamforming/precoding training, signal-to-noise ratio (SNR) measurement, and the like. Sounding on one or more sub-channels may be more efficient when the STA is known to perform transmission on the one or more sub-channels. The structure of the sounding channel may follow the normal sounding frame defined for WLANs." Lou at ¶ [0114].

████████████████████████

1673.  Lou further discloses: "A response (Resp) frame 2945a, 2945b, 2945c, and 2945d may be transmitted with a regular sounding PPDU format from each STA 2910, 2915, 2920, and 2925 to the AP 2905 sequentially. Alternatively, the Resp frames 2945a, 2945b, 2945c, and 2945d may be transmitted after the respective STA receives a Req frame 2935 addressed to itself. The AP 2905 may utilize these Resp frames 2945a, 2945b, 2945c, and 2945d for channel sounding, and prepare to receive one or more space division multiple access (SDMA) weights accordingly. The Resp frames 2945a, 2945b, 2945c, and 2945d may include the following information: uplink traffic indication, transmit power, sounding information, and/or calibration information. Since transmit power may be indicated in Resp frames 2945a, 2945b, 2945c, and 2945d, the AP 2905 may evaluate the link, for example, estimate the SNR, and select an MCS for the STAs 2910, 2915, 2920, and 2925. The Resp frames 2945a, 2945b, 2945c, and 2945d may be transmitted on one or more wide band channels, over all of the sub-channels, or they may be transmitted on a sub-channel, and repeated with or without phase rotation on all of the other sub-channels. The Resp frames 2945a, 2945b, 2945c, and 2945d may also be transmitted over one or multiple subchannels." Lou at ¶ [0217].

1674.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1675.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been

████████████████████████

obvious at the time of the invention in view of any combination of Chun and/or Park

and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra*.

> 3.  **Claim 3 of the '259 Patent Is Anticipated By Each of Chun, Park, Sohn, Abraham, and Lou; Alternatively, Each Reference, Alone or in Combination, Renders Claim 3 Obvious**

>> a.  **The method of claim 1, wherein the subchannel information includes average signal-to-noise ratios (SNRs) of the first subchannel for a plurality of space-time streams.**

1676.  **Chun** discloses this element. For example, Chun discloses: "If the NDP

410 is transmitted based on beamforming, the feedback frame 420 may include an

HT control field, a channel information control field, and a channel information

field. The HT control field may include information regarding Nsts, MCS, BW, and

SNR. The channel control field may include information regarding Nc, Nr, Ng, etc.,

and/or control information for OFDMA-based transmission. The channel

information control field may include SNR information per stream, information of a

beamforming feedback matrix for each subcarrier, SNR information for each

frequency resource (e.g., subband) in OFDMA-based transmission, etc." Chun at ¶

[0079].

1677.  Further disclosure is found in Chun at Table 4 (continued), which is

reproduced *supra*, in reference to the analysis of Element 1 [c] of the '259 patent.

1678.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

████████████████████

1679.  **Park** discloses this element. For example, Park discloses: "When NDP transmission is finished, after the lapse of a particular interval such as a short interframe space (SIFS), the STA1, which has been determined to respond first with respect to the NDP, transmits a feedback frame including channel state information to the AP (S932). The channel state information delivered to the AP through the feedback frame may be implemented as shown in Table 3 and Table 4. The delivered channel state information includes information regarding a beamforming feedback matrix V by each subcarrier index and information regarding an average SNR by each spatial stream. Also, the channel state information may include channel related information by 2 MHz sub-channels. Namely, the channel state information may include information related to an average SNR value of each 2 MHz sub-channel." Park at ¶ [0163]; *see also* Park at Tables 3 and 4.

1680.  Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1681.  **Sohn** discloses this element. For example, Sohn discloses: "The VHT-SIG A field 340 includes control information (or signal information) necessary for STAs, receiving the PPDU 300, to interpret the PPDU 300. The VHT-SIG A field 340 is transmitted through two OFDM symbols. Accordingly, the VHT-SIG A field 340 may be divided into a VHT-SIG Al field and a VHT-SIG A2 field. The VHT-SIG Al field includes channel bandwidth information used for PPDU transmission, information indicating whether Space Time Block Coding (STBC) is used,

- 541 -

information indicating a scheme for transmitting a PPDU, from among SU and MU-MIMO schemes, information indicating a target transmission STA group including a plurality of STAs that are MU-MIMO-paired with an AP if the transmission scheme is the MU-MIMO scheme, and information about spatial streams allocated to each STA of the target transmission STA group. The VHT-SIG A2 field includes short Guard Interval (GI)-related information." Sohn at ¶ [0065].

1682.  Sohn further discloses: "In the present invention, channel state information according to channel estimation performed by an STA is included in a feedback frame transmitted from the STA to an AP and then transmitted. The channel state information of the feedback frame may be implemented using a channel information field and a channel information control field. Table 3 and Table 4 below show the formats of the channel information control field and the channel information field." Sohn at ¶ [0091]; *see also* Sohn at Tables 3 and 4.

1683.  Alternatively, Sohn, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1684.  **Abraham** discloses this element. For example, Abraham discloses: "At each user terminal 120, a channel estimator 278 estimates the downlink channel response and provides downlink channel estimates, which may include channel gain estimates, SNR estimates, noise variance and so on. Similarly, a channel estimator 228 estimates the uplink channel response and provides uplink channel estimates. Controller 280 for each user terminal typically derives the spatial filter matrix for

- 542 -

the user terminal based on the downlink channel response matrix $H_{dn,m}$ for that user terminal. Controller 230 derives the spatial filter matrix for the access point based on the effective uplink channel response matrix $H_{up,eff}$ The controller 280 for each user terminal may send feedback information (e.g., the downlink and/or uplink eigenvectors, eigenvalues, SNR estimates, and so on) to the access point 110. The controllers 230 and 280 may also control the operation of various processing units at the access point 110 and user terminal 120, respectively." Abraham at ¶ [0061].

1685.  Abraham further discloses: "In some aspects where the last SF stored field 724 indicates that the previous SF was stored, the STA may transmit information representing a difference between the stored SF and current SF. In some aspects, complete CSI feedback may comprise a matrix or data indicative thereof. In some aspects, the matrix comprises a plurality of Eigen modes, singular vectors, or singular values. As described above, the STA may determine a spatial filter matrix based on a downlink channel response matrix $H_{dn,m}$ for that STA. Feedback information ( e.g., the downlink eigenvectors, eigenvalues, SNR estimates, and so on) may be thereby be transmitted, for example to the AP. Thus, channel state information and/or SF may be represented as a matrix. In some aspects, a difference between a previous SF and a current SF may also be represented by a matrix. The difference matrix, however, may require fewer bytes to represent. Thus, sending a difference CSI instead of a complete CSI may also conserve network resources." Abraham at ¶ [0103].

████████████████████████████████

1686.  Alternatively, Abraham, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1687.  **Lou** discloses this element. For example, Lou discloses: "FIG. 46 is a diagram of an uplink omni SIG (UL-OSIG) field 4600. The UL-O-SIG field 4600 may include a length subfield 4610, an MCS subfield 4620, a bandwidth (BW) subfield 4630, and an Nsts subfield 4640. The length subfield 4610 may indicate a length corresponding to a UL COBRA STA that may require a maximum number of OFDM symbols. The MCS subfield 4620 may indicate an MCS corresponding to a UL COBRA STA that may require a maximum number of OFDM symbols. The BW field 4630 may indicate a total bandwidth for a UL COBRA transmission. The Nsts field 4640 may indicate the highest number of uplink space-time streams among all the UL COBRA STAs." Lou at ¶ [0271]; *see also* Lou at FIG. 46.

1688.  Lou further discloses: "Even though the transmission of a UL COBRA session may be within a contention free period or within an acquired TXOP, the unintended STAs may expect to detect a SIG field and set NAV accordingly. In this case, a shortened SIG field may be transmitted. The shortened SIG field may follow an LTF field with a length of two OFDM symbols. Additional LTFs for multiple space-time streams may be transmitted following the shortened SIG field. All the information normally carried in the SIG field, such as BW, STBC, group ID, NSTS,

- 544 -

GI, Length, MCSs, may be assigned by the AP, and broadcast in a UL COBRA

management frame." Lou at ¶ [0276].

1689.  Alternatively, Lou, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1690.  To the extent it is argued or determined that any of Chun, Park, Sohn,

Abraham, or Lou do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Chun and/or Park

and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra*.

       **4.**      **Claim 4 of the '259 Patent Is Anticipated By Each of Chun, Park, Sohn, Abraham, and Lou; Alternatively, Each Reference, Alone or in Combination, Renders Claim 4 Obvious**

           **a.**      **The method of claim 1, wherein the feedback frame further includes subchannel information measured on other subchannels excluding the first subchannel.**

1691.  **Chun** discloses this element. For example, Chun discloses: "If the NDP

410 is transmitted based on beamforming, the feedback frame 420 may include an

HT control field, a channel information control field, and a channel information

field. The HT control field may include information regarding Nsts, MCS, BW, and

SNR. The channel control field may include information regarding Nc, Nr, Ng, etc.,

and/or control information for OFDMA-based transmission. The channel

information control field may include SNR information per stream, information of a

beamforming feedback matrix for each subcarrier, SNR information for each

frequency resource (e.g., subband) in OFDMA-based transmission, etc." Chun at ¶ [0079].

1692.  Further disclosure is found in Chun at Table 4 (continued), which is reproduced *supra*, in reference to the analysis of Element 1 [c] of the '259 patent.

1693.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1694.  **Park** discloses this element. For example, Park discloses: "When NDP transmission is finished, after the lapse of a particular interval such as a short interframe space (SIFS), the STA1, which has been determined to respond first with respect to the NDP, transmits a feedback frame including channel state information to the AP (S932). The channel state information delivered to the AP through the feedback frame may be implemented as shown in Table 3 and Table 4. The delivered channel state information includes information regarding a beamforming feedback matrix V by each subcarrier index and information regarding an average SNR by each spatial stream. Also, the channel state information may include channel related information by 2 MHz sub-channels. Namely, the channel state information may include information related to an average SNR value of each 2 MHz sub-channel." Park at ¶ [0163]; *see also* Park at Tables 3 and 4.

1695.  Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1696.  **Sohn** discloses this element. For example, Sohn discloses: "The feedback poll frame may include a channel estimation bandwidth indication field indicating a recommended bandwidth for which the second channel sate information is estimated" (Sohn at ¶ [0016]), and "[t]he feedback poll frame may further include a feedback frame bandwidth indication field indicating a maximum bandwidth through which the second feedback frame is transmitted" (Sohn at ¶ [0017]).

1697.  Sohn further discloses: "The NDPA frame includes information for identifying an STA which will estimate a channel and transmit a feedback frame, including channel state information, to an AP. In other words, the STA determines whether it is an STA participating in channel sounding by receiving the NDPA frame. Accordingly, the AP 410 includes an STA information field, including information about a target sounding STA, in the NDPA frame and then transmits the NDPA frame. The STA information field may be included for every target sounding STA." Sohn at ¶ [0080]. For example, "[t]he STAI 421 transmits a feedback frame to the AP 410 at step S431. A channel bandwidth used to transmit the feedback frame may be set to be narrower than or equal to the channel bandwidth used to transmit the NDPA frame." Sohn at ¶ [0088].

1698.  Further, Sohn discloses: "After receiving the feedback frame from the STAI 421, the AP 410 transmits a feedback poll frame to the STA2 422 at step S441. The feedback poll frame is a frame for requesting a receiving STA to transmit

█████████████████████████████████

a feedback frame. The feedback poll frame is transmitted to an STA that will be requested to transmit a feedback frame in a unicast manner. The STA2 422 that has received the feedback poll frame transmits a feedback frame to the AP 410 at step S432. Next, the AP 410 transmits a feedback poll frame to the STA3 423 at step S442. The STA3 423 transmits a feedback frame to the AP 410 in response to the feedback poll frame at step S433." Sohn at ¶ [0089]. For example, "[i]n order to receive channel state information from the STA2822, the AP 810 transmits a feedback poll frame to the STA2822 at step S840. In order to limit a bandwidth through which the feedback frame of the STA2822 is transmitted, the AP 810 may include information about channel estimation for the 80 MHz bandwidth in the feedback poll frame." Sohn at ¶ [0125].

1699. Alternatively, Sohn, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1700. **Abraham** discloses this element. For example, Abraham discloses: "FIG. 4 illustrates an aspect of a Channel State Information (CSI) feedback protocol 400. An access point (AP) may transmit to one or more user stations (STAs) a Null Data Packet Announcement (NDPA) frame 402 followed by a Null Data Packet (NDP) frame 404 after a Short Inter-Frame Symbol (SIPS) period 406. The NDPA frame 402 may comprise Association Identifiers (AIDs) of the STAs that should transmit computed CSI feedback messages to the AP, as will be described in

- 548 -

additional detail below." Abraham at ¶ [0071]. *See also* Abraham at ¶ [0022] and

FIG. 4.

1701. Additionally, Abraham discloses: "In some aspects, a CSI Poll may be

sent by the AP to another STA listed in the NDPA frame to request the other STA

to send CSI feedback. For example, if the first listed STA in the NDPA frame 402

divides its complete CSI feedback into the two portions of CSI Feedback 408, 414,

then the AP may request another STA listed in the NDPA frame 402 to begin

transmission of CSI feedback with CSI Poll 416. In response, the other STA may

transmit CSI Feedback 418, which may be complete CSI feedback or a portion of the

complete CSI feedback for the other STA. Any number of STAs may be identified in

the NDPA frame 402, as will be discussed in additional detail below, and the AP

may transmit any number of CSI polls and/or receive any number of CSI feedbacks

or portions thereof." Abraham at ¶ [0073]. Also, "[a]fter the NDPA frame 402 is

transmitted, the AP may transmit a second NDPA frame 422 to again request CSI

feedback. The STAs from which CSI feedback is requested by the NDPA frame 422

may be different or the same as the STAs from which CSI feedback is requested by

the NDPA frame 402. The number of STAs from which CSI feedback is requested in

the NDPA frames 402, 422 may be the same or may vary." Abraham at ¶ [0074].

1702. Additionally, Abraham discloses: "In the illustrated aspect, the last SF

received field 722 comprises at least 1 bit. The last SF received field may indicate

whether the AP has received SF from the STA identified by the AID field 702

- 549 -

████████████████████████████████████

subsequent to sending a previous NDPA frame. For example, in the aspect

discussed with respect to FIG. 4, the NDPA frame 402 was transmitted to several

STAs to request channel state information. A second STA identified in the NDPA

frame 422 transmitted the CSI feedback 418. In the NDPA frame 422, if the AID

field 702 in the STA information 612α identifies the second STA, then last SF

received field 722 may indicate whether the AP received the CSI feedback 418. For

example, the last SF received field may be set to a value of O if the CSI feedback

418 was not received, and may be set to a value of 1 if the CSI feedback 418 was

received. In other aspects, these values may be reversed. In some aspects, the last

SF received field 722 is used as an acknowledgement of receipt of the last sounding

feedback that the AP polled for." Abraham at ¶ [0091]; *see also* Abraham at FIG. 4.

Further, "[t]he NDPA module 1202 may be configured to determine one or more

STAs from which CSI feedback information is being requested. Information

identifying these STAs may be included in an STA information field, as described

above with respect to FIGS. 6A-6C." Abraham at ¶ [0176]; *see also* Abraham at

FIGS. 6A – 6C.

1703.  Alternatively, Abraham, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1704.  **Lou** discloses this element. For example, Lou discloses: "FIG. 34 is a

diagram of another example of a peruser- based UCAF 3400. The per-user-based

UCAF 3400 may include a frame control field 3405, a duration field 3410, an RA field 3415, a TA field 3420, one or more sub-channel information fields 3425a to 3425n, and an FCS field 3430. The TA field 3420 may indicate the address of the AP transmitting the per-user-based UCAF 3400. The RA field 3415 may indicate the address of one of the intended STAs, a multicast group address, or a broadcast address. The subchannel information fields 3432a to 3425n may be configured to include scheduling information about each sub-channel. Each of the sub-channel information fields 3425a to 3425n may include a sub-channel ID subfield 3435, an AID subfield 3440, a BW subfield 3445, a short GI subfield 3450, an MCS subfield 3455, an Nsts subfield 3460, a length subfield 3465, a padding subfield 3470, a power adjustment subfield 3475, a frequency adjustment subfield 3480, an STBC subfield 3485, and a coding subfield 3490. The sub-channel ID subfield 3435 may be used to refer to a sub-channel on which the UL COBRA transmission may be conveyed. The AID subfield 3440 may be configured to include a full AID or a partial AID of a STA that may perform a UL COBRA transmission on the sub-channel. If a sub-channel is assigned for a random access channel, a value of the AID subfield 3440 may be used to indicate the sub-channel. The rest of the subfield defined in the sub-channel information field 3425a may be the same as a user-based UCAF." Lou at ¶ [0230]; *see also* Lou at FIG. 34.

1705. Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1706.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Chun and/or Park and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra.*

> **5.**    **Claim 5 of the '259 Patent Is Anticipated By Each of Chun, Park, Sohn, Abraham, and Lou; Alternatively, Each Reference, Alone or in Combination, Renders Claim 5 Obvious**
>
> **a.**    **The method of claim 1, wherein transmitting the feedback frame includes adding pad bits to a data field of the feedback frame when a length of data to be transmitted by the feedback frame is shorter than a predetermined length, or partitioning the data into a plurality of fragments and inserting any one of the fragments to the data field of the feedback frame when the length of the data is longer than the predetermined length.**

1707.  **Chun** discloses this element. For example, Chun discloses: "… receiving by the AP a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on an overlapping time resource respectively by the plurality of STAs" (Chun at ¶ [0008]); and "… [the] processor may be configured for: transmitting an NDPA frame to each of a plurality of STAs, wherein the NDPA frame reports transmission of an NDP; transmitting the NDP to each of the plurality of STAs; receiving a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on

an overlapping time resource respectively by the plurality of STAs… (Chun at ¶ [0009]).

1708.  Chun further discloses: "The NDP 810 may indicate UL MU transmission of the feedback frame by the plurality of STAs. Each of the plurality of STAs may transmit the feedback frame to the AP after a specific time (e.g., SIFS) from the reception of the NDP 810. Each of the plurality of STAs may receive the NDPA frame 800 and the NDP 810, and may transmit a feedback frame 820 to the AP on the basis of the UL MU transmission method. For example, each of the plurality of STAs may transmit the feedback frame on an overlapping time resource through an allocated space-time stream or a frequency resource." Chun at ¶ [0134]. For example, "[the] AP may receive the feedback frame 820 transmitted based on UL MU transmission from each of the plurality of STAs. That is, the AP may receive each of a plurality of feedback frames transmitted respectively through a plurality of transmission resources respectively allocated to the plurality of STAs on the overlapping time resource respectively by the plurality of STAs." Chun at ¶ [0135].

1709.  Additional disclosure is found in Chun at FIG. 8:



FIG. 8

1710.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1711.  **Park** discloses this element. For example, Park discloses: "The PLCP preamble plays a role to let the receiver prepare for a synchronization function and antenna diversity before the PSDU is transmitted. The data field may include a coded sequence where the PSDU, padding bits attached to the PSDU, a service field including a bit sequence for initializing a scrambler, and the tail bits are encoded. At the time, as an encoding scheme, depending on the encoding scheme supported by the STA receiving the PPDU, Binary Convolution Coding (BCC) encoding or Low

- 554 -

███████████████████████████

Density Parity Check (LDPC) encoding may be selected. The PLCP header includes

a field including information on the PPDU to be transmitted, and this will be

described in further detail below with reference to FIGS. 3 and 4." Park at ¶ [0065];

*see also* FIGS. 3 and 4.

1712.  Further, Park discloses: "The data field 480 includes data which

intends to be sent to the STA. The data field 480 includes a service field for

initializing a scrambler and PSDU where an MPDU is delivered in the MAC layer,

a tail field including a bit sequence necessary to turn the convolution encoder back

into zero state, and padding bits for normalizing the length of the data field. In the

case of MU transmission, the data field 480 transmitted to each STA may include a

data unit whose transmission is intended, and the data unit may be an A-MPDU."

Park at ¶ [0104].

1713.  Additionally, Park discloses: "After determining the best sub-channels

for the respective STAs, the AP acquires authority to access the entire band of 8

MHz through contention, and transmits a PPDU to the STAI to STA4 in a DL-

FDMA transmission manner (S970). Transmitting a PPDU in the DL-FDMA

transmission manner refers to transmitting different data frames to the respective

STAs by channels allocated to the respective STAs. In a case in which transmission

lengths of data frames intended to be transmitted to the STAs are not equal, a

length of the PPDU is adjusted on the basis of a length of the longest data frame.

Namely, in a case in which a length of a data frame intended to be transmitted to a

particular STA through a particular channel is shorter than a length of a reference

data frame, null padding may be performed as much as the insufficient length."

Park at ¶ [0171].

1714. Alternatively, Park, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1715. **Sohn** discloses this element. For example, Sohn discloses: "The PLCP

preamble functions to enable a receiver to be prepared for a synchronization

function and an antenna diversity before the PSDU is transmitted. A data field may

include padding bits, a service field including a bit sequence for resetting a

scrambler, and a coded sequence in which the bit sequence having tail bits added

thereto has been encoded in the PSDU. Here, an encoding scheme may be either a

Binary Convolutional Coding (BCC) encoding scheme or a Low Density Parity

Check (LDPC) encoding scheme according to an encoding scheme supported by an

STA that receives a PPDU. The PLCP header includes a field including information

about a PLCP Protocol Data Unit (PPDU) to be transmitted." Sohn at ¶ [0047]. An

example of such a PLCP header is disclosed in Sohn at FIG. 3.

1716. Sohn further discloses: "The data field 380 includes data intended to be

transmitted to an STA. The data field 380 includes a service field for resetting a

PLCP Service Data Unit (PSDU) to which an MAC Protocol Data Unit (MPDU) in

the MAC layer has been transferred and a scrambler, a tail field including a bit

- 556 -

sequence necessary to restore a convolution encoder to a zero state, and padding bits for normalizing the length of a data field." Sohn at ¶ [0073].

1717.  Alternatively, Sohn, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1718.  **Abraham** discloses this element. For example, Abraham discloses: "In the aspect illustrated in FIG. 7A, STA information 612α may comprise one or more of an AID field 702, an Ng field 704, an Ng field 706, a coefficient field 712, and a codebook field 714, a last SF received field 722, and a last SF stored field 724. In some aspects, the STA information 612α further comprises a reserved field 732 that includes bits in addition to those assigned to the fields 702-724 that may be used for any of a variety of purposes. In some aspects, the fields 702-732 are arranged in an order that differs from the order illustrated in FIG. 7A." Abraham at ¶ [0085]; *see also* Abraham at FIG. 7A.

1719.  Abraham further discloses: "In an aspect illustrated in FIG. 12A, CSI feedback control field 1110α may comprise one or more of an Ne sub-field 1202, an Nr sub-field 1204, a bandwidth sub-field 1206, an Ng sub-field 1212, a codebook sub-field 1214, a coefficient sub-field 1216, a remaining segments sub-field 1222, a sequence sub-field 1224, an MU/SU sub-field 1232, a CSI null sub-field 1234, an NDPA/NDP not received subfield 1236, and a difference CSI sub-field 1238. In some aspects, the CSI feedback control field 1110α further comprises a reserved sub-field 1242 that includes bits in addition to those assigned to the sub-fields 1202-1238

- 557 -

that may be used for any of a variety of purposes. In some aspects, the sub-fields 1202-1242 are arranged in an order that differs from the order illustrated in FIG. 12." Abraham at ¶ [0129]; *see also* Abraham at FIG. 12A.

1720.  Additionally, Abraham discloses: "Moving to step 2406, a plurality of bits in the communication is set if to signify a condition that caused the channel state information not to be included if the first field and the second field indicate that the communication does not include channel state information. The plurality of bits may signify that a previous request for channel state information was not received, that current channel state information is substantially similar to previously transmitted channel state information, or that a transmission limitation would be exceeded by transmitting the channel state information, for example. The setting of the plurality of bits may be performed by the CSI feedback module 1704, for example. The plurality of bits may be included in a control field of the CSI feedback." Abraham at ¶ [0235].

1721.  Alternatively, Abraham, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1722.  **Lou** discloses this element. For example, Lou discloses: "The AP 2905 may refine the UL COBRA group and redefine the group ID according to the feedback from Resp frames 2945 a , 2945 b , 2945 c , and 2945 d and/or a grouping strategy. The AP 2905 may assign each intended UL COBRA STAs 2910 , 2915 ,

2920 , and 2925 an uplink MCS, necessary pad bits, LTF/STF transmission, and so on. The AP 2905 may also assign one or more sub-channels as a random access channel. STAs with uplink traffic may utilize the random access channel to transmit control messages such as RTS. Multiple STAs 2910 , 2915 , 2920 , and 2925 may transmit simultaneously using the same one or more dedicated random access channels. The UL COBRA transmission 2955 from each of the STAs 2910 , 2915 , 2920 , and 2925 may include a preamble, data, and one or more padding bits, if needed. A reserved UL COBRA group ID may be utilized for random access channel. Information about timing, frequency, power adjustments and calibration may be transmitted as well. In response to receiving the simultaneous UL COBRA transmission from the STAs 2910 , 2915 , 2920 , and 2925 , the AP 2905 may transmit an ACK 2960. The ACK 2960 may be transmitted sequentially or by using a DL COBRA transmission or frame. In one example, all the STAs may share the single preamble. For example, if STA1 is assigned sub-channel 1 for uplink transmission, it may transmit a preamble and data on sub-channel 1 only. In another example, all the STAs may transmit a preamble on the entire band even though each STA may only be assigned a portion of the band. In this example, the AP may receive a composition of all the preambles from all the STAs. The preamble in this example may include an STF and an LTF only, and a SIG field may not be necessary since the AP may already have the information to be included in the SIG field. In this example, the AP may assign this information to the STAs in a UCAF.

- 559 -

██████████████████████

Table 3 shows an example of information that may be included in a UCAF 2950."
Lou at ¶ [0219]; *see also* Lou at FIG. 29 and Table 3.

1723.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1724.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Chun and/or Park and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra*.

6.    **Claim 6 of the '259 Patent Is Anticipated By Each of Chun, Park, Sohn, Abraham, and Lou; Alternatively, Each Reference, Alone or in Combination, Renders Claim 6 Obvious**

a.    **The method of claim 5, wherein the NDPA frame indicates information corresponding to the predetermined length.**

1725.  **<u>Chun</u>** discloses this element. For example, Chun discloses: " A third case may be a case where there is a feedback for an SINR but feedback information is determined on TXOP of a current frame (or a frame transmitted in a range within a specific threshold time with respect to the current frame) (feedback (current)). For example, the STA may generate feedback information on the basis of an NDPA frame and NDP received from an AP within a threshold time (e.g., SIPS time) with respect to the current frame. For another example, the feedback information may be generated through a frame acquired on TXOP configured based on a procedure of transmitting and receiving an RTS frame and a CTS frame. The STA may transmit

- 560 -

███████████████████████████████████████

the generated feedback information ( e.g., SINR information) to the AP. The AP

may determine channel variation information on the basis of the feedback

information, and may generate a downlink frame on the basis of the determined

channel variation information and transmit it to the STA. The AP may determine

the channel variation information (e.g., MCS) by subtracting or adding an SINR

margin (e.g., 0.5 dB, 2 dB) from or to the current SINR according to the received

feedback information and/or whether the feedback frame is received. The

determined MCS may be used by the AP to transmit a next downlink frame." Chun

at ¶ [0059].

1726.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1727.  **Park** discloses this element. For example, Park discloses: "The

information indicating the MIMO transmission scheme and the information

indicating the transmission target STA group may be implemented as one piece of

MIMO indication information, and as an example, may be embodied as a group ID.

The group ID may be set as a value having a specific range, and in the range, a

predetermined value indicates the SU-MIMO transmission scheme, and the other

values may be used as an identifier for the transmission target STA group in case

the PPDU 400 is transmitted in the MU-MIMO transmission scheme." Park at ¶

[0097].

███████████████████████████████

1728.  Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1729.  **<u>Sohn</u>** discloses this element. For example, Sohn discloses: "The NDP frame may include a length field indicating a time duration where the NDP frame is transmitted." Sohn at ¶ [0012]. For example, "[t]he length subfield is set to a value indicating the octet length of a Physical Service Data Unit (PSDU) that the MAC layer requests a physical layer to send the PSDU. Here, an L_LENGTH parameter related to information about the octet length of the PSDU is determined on the basis of a TXTIME parameter related to transmission time. TXTIME indicates a transmission time determined by the physical layer in order to transmit a PPDU including the PSDU, in response to a transmission time that the MAC layer has requested the physical layer to send the PSDU. Since the L_LENGTH parameter is a parameter related to time, the length subfield included in the L-SIG field 330 includes information related to the transmission time." Sohn at ¶ [0064].

1730.  Sohn further discloses: "The VHT-SIG B field 370 includes information about an MCS and information about rate matching for each STA. The VHT-SIG B field 370 further includes information indicating the length of a PSDU which is included in a data field for each STA. The information indicating the length of the PSDU is information indicating the length of the bit sequence of the PSDU and may be indicated by an octet unit. The size of the VHT-SIG B field 370 may vary an

MIMO transmission type (MU-MIMO or SU-MIMO) and a channel bandwidth used for PPDU transmission." Sohn at ¶ [0072].

1731.  Additionally, Sohn discloses: "As pieces of control information included in the NDP frame when the NDP frame is transmitted, length information, indicating the length of a PSDU included in a data field or the length of an Aggregate-MAC Protocol Data Unit (A-MPDU) included in the PSDU, is set to 0, and information indicating the number of target transmission STA to which the NDP frame will be transmitted is set to 1. Furthermore, a group ID, indicating whether a transmission scheme used to transmit the NDP frame is MU-MIMO or SU-MIMO and a target transmission, is set as a value indicating SU-MIMO transmission. Information indicating the number of spatial streams allocated to a target transmission STA is set to indicate the number of spatial streams transmitted to the target transmission STA through MU-MIMO or SU-MIMO. Information about a channel bandwidth used to transmit the NDP frame may be set as a bandwidth value used to transmit the NDPA frame." Sohn at ¶ [0087].

1732.  Alternatively, Sohn, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1733.  **Abraham** discloses this element. For example, Abraham discloses: "FIG. 5 illustrates an aspect of an NDPA frame, for example the NDPA frame 422. In some aspects, the NDPA frame 422 may be referred to as a CSI request message, which may be of type control frame. The NDPA frame 422 may comprise one or

- 563 -

more of a frame control field 502, a duration field 504, an RA broadcast field 506, a

TA field 508 , a CSI sequence field 512, an STA information field 514, and a CRC

field 516 . The NDPA frame 422 may be transmitted or broadcast by the AP, as

described above. The NDPA frame 402 may be formatted or configured similar to

the NDPA frame 422." Abraham at ¶ [0076]; *see also* Abraham at FIG. 5.

1734.  Abraham further discloses that the "STA information 612 may

communicate to an STA parameters that the STA may use to report CSI…."

Abraham at ¶ [0084]. Additionally, Abraham discloses: "In the aspect illustrated in

FIG. 7A, STA information 612α may comprise one or more of an AID field 702 , an

Ng field 704 , an Ng field 706 , a coefficient field 712 , and a codebook field 714 , a

last SF received field 722 , and a last SF stored field 724 . In some aspects, the STA

information 612 a further comprises a reserved field 732 that includes bits in

addition to those assigned to the fields 702 - 724 that may be used for any of a

variety of purposes. In some aspects, the fields 702 - 732 are arranged in an order

that differs from the order illustrated in FIG. 7A." Abraham at ¶ [0085]; *see also*

Abraham at FIG. 7A. For example, "[i]n the illustrated aspect, the Ng field 706

comprises at least 3 bits. In some aspect, the Ng field 706 comprises at least 2 bits.

The Ng field 706 may indicate a grouping of tones on which the STA identified by

the AID field 702 is to generate CSI feedback. For example, the tones may

correspond to sub-carriers in an OFDM system." Abraham at ¶ [0088].

████████████████████████████████████████

1735.  Alternatively, Abraham, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1736.  **Lou** discloses this element. For example, Lou discloses: "The AP 2905 may refine the UL COBRA group and redefine the group ID according to the feedback from Resp frames 2945 a , 2945 b , 2945 c , and 2945 d and/or a grouping strategy. The AP 2905 may assign each intended UL COBRA STAs 2910 , 2915 , 2920 , and 2925 an uplink MCS, necessary pad bits, LTF/STF transmission, and so on. The AP 2905 may also assign one or more sub-channels as a random access channel. STAs with uplink traffic may utilize the random access channel to transmit control messages such as RTS. Multiple STAs 2910 , 2915 , 2920 , and 2925 may transmit simultaneously using the same one or more dedicated random access channels. The UL COBRA transmission 2955 from each of the STAs 2910 , 2915 , 2920 , and 2925 may include a preamble, data, and one or more padding bits, if needed. A reserved UL COBRA group ID may be utilized for random access channel. Information about timing, frequency, power adjustments and calibration may be transmitted as well. In response to receiving the simultaneous UL COBRA transmission from the STAs 2910 , 2915 , 2920 , and 2925 , the AP 2905 may transmit an ACK 2960. The ACK 2960 may be transmitted sequentially or by using a DL COBRA transmission or frame. In one example, all the STAs may share the single preamble. For example, if STA1 is assigned sub-channel 1 for uplink

- 565 -

████████████████████████████████

transmission, it may transmit a preamble and data on sub-channel 1 only. In another example, all the STAs may transmit a preamble on the entire band even though each STA may only be assigned a portion of the band. In this example, the AP may receive a composition of all the preambles from all the STAs. The preamble in this example may include an STF and an LTF only, and a SIG field may not be necessary since the AP may already have the information to be included in the SIG field. In this example, the AP may assign this information to the STAs in a UCAF. Table 3 shows an example of information that may be included in a UCAF 2950." Lou at ¶ [0219]; *see also* Lou at FIG. 29 and Table 3.

1737. Lou further discloses: "The AP may simultaneously transmit a null data packet (NDP) for all the STAs that maybe part of the COBRA group. The NDP may have a similar preamble as a data bearing packet with no data. A packet that does not include data may be indicated by a length field=0. In this example, however, the Nsts and MCS may be selected according to the channel dimensionality to be sounded. Typically the Nsts and MCS may correspond to a maximum number of antenna at the AP, however, the number may be smaller to reduce the preamble overhead, if less data rate is required or if a dominant mode transmission is required. The AP may transmit an NDP to a single STA or it may transmit a sub-channelized NDP to multiple STAs. The AP may transmit a different number of sub-channel NDPs to different channels. After receiving a sounding packet, the STA may transmit CSI feedback or a Beamforming report. The

- 566 -

████████████████████████████████████

CSI feedback and the Beamforming report may be compressed or non-compressed."
Lou at ¶ [0282].

1738.  Additionally, Lou discloses: "A UCAF may be configured as a control frame. FIG. 33 is a diagram of an example per-user-based UCAF 3300. The per-user-based UCAF 3300 may include a frame control field 3305, a duration field 3310, an RA field 3315, a TA field 3320, one or more STA information fields 3325a to 3325n, and an FCS field 3330. The TA field 3320 may indicate the address of the AP transmitting the per-user-based UCAF 3300. The RA field 3315 may indicate the address of one of the intended STAs, a multicast group address, or a broadcast address. The STA information fields 3325a to 3325n may be configured to include scheduling information for a UL COBRA transmission. Each of the STA information fields 3325a to 3325n may include an association ID (AID) subfield 3335, a bandwidth (BW) subfield 3340, a short guard interval (GI) subfield 3345, a modulation and coding scheme (MCS) subfield 3350, a number of supported transmission streams (Nsts) subfield 3355, a length subfield 3360, a padding subfield 3365, a power control adjustment subfield 3370, a frequency adjustment subfield 3375, a space-time block code (STBC) subfield 3380, and a coding subfield 3385. The AID subfield 3335 may be a partial AID subfield, and may indicate the intended STA expected to perform a UL COBRA transmission. A value of the AID subfield 3335 or partial AID subfield may be defined to indicate a random access channel. The BW subfield 3340 may indicate an operating bandwidth of the AP. The

- 567 -

████████████████████████████████

short GI subfield 3345 may indicate whether a short guard interval is applied. The

MCS subfield 3350 may indicate a modulation and coding scheme. The Nsts

subfield 3355 may indicate a number of spatial time streams transmitted. The

length subfield 3360 may indicate the length of the MAC packet passed to the PHY

layer. The padding subfield 3365 may indicate a number of bytes needed to fill the

subchannel(s) assigned. Power control adjustment subfield 3370 may indicates the

uplink power adjustment that the AP may request the STAs to follow. The

frequency adjustment subfield 3375 may indicate the frequency offset adjustment

for an uplink transmission that the AP may request the STAs to follow. The STBC

subfield 3380 may indicate whether spacetime block coding is utilized. The coding

subfield 3385 may indicate the rate and type of FEC coding used, for example

convolutional or LDPC. A COBRA group ID may be transmitted in a SIG field of the

PHY header. Sub-channel allocation may be implicitly defined in COBRA group ID

by user positions. Alternatively, a sub-channel ID may be inserted into the STA

information field to explicitly define the corresponding sub-channels assigned to the

STA." Lou at ¶ [0229].

1739.  Alternatively, Lou, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1740.  To the extent it is argued or determined that any of Chun, Park, Sohn,

Abraham, or Lou do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Chun and/or Park

and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra.*

> **7.    Claim 7 of the '259 Patent Is Anticipated By Each of Chun, Park, Sohn, Abraham, and Lou; Alternatively, Each Reference, Alone or in Combination, Renders Claim 7 Obvious**
>
> > **a.    The method of claim 1, wherein the NDPA frame includes allocation information of the first subchannel.**

1741.  Chun discloses this element. For example, Chun discloses: "The NDPA

frame 1000 and NDP 1010 of the non-duplicate PPDU format or the duplicate

PPDU format may be transmitted to at least one STA through at least one stream.

If the AP receives a feedback from the plurality of STAs as shown in FIG. 10, the

AP may transmit the NDPA frame 1000 and the NDP 1010 to the plurality of STAs

through a plurality of space-time streams. The NDPA frame 1000 may indicate the

plurality of STAs for transmitting the feedback frame. The NDP 1010 may be used

to transmit an LTF through the plurality of space-time streams, and each of the

plurality of STAs may transmit to the AP the feedback frame including channel

state information measured on the basis of an LTF of an indicated space-time

stream and an indicated frequency domain. The NDP 1010 may instruct

transmission of a feedback frame 1015 of a single STA among a plurality of STAs

indicated based on the NDPA frame 1000. For example, an STA corresponding to a

first AID among AIDs included in the STA information field of the NDPA frame

████████████████████████████████████████

1000 may receive the NDP 1010, and after a specific time ( e.g., SIPS), may transmit the feedback frame to the AP." Chun at ¶ [0152].

1742.  Chun further discloses: "An HE-SIG A 1100 of the NDPA PPDU may include information indicating a plurality of STAs for receiving the NDPA PPDU and/or information regarding transmission resources allocated respectively to the plurality STAs to receive respective NDPA PPDUs of the plurality of STAs. That is, the HE-SIG A 1100 may include information regarding the transmission resources allocated respectively to the plurality of STAs. Each of the plurality of STAs may receive the NDPA PPDU through a transmission resource indicated based on the HE-SIG A 1100." Chun at ¶ [0161].

1743.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1744.  **Park** discloses this element. For example, Park discloses: "The step of allocating the one or more first allocation sub-channels to the first receiver may include allocating one or more sub-channels having SNR estimated between the transmitter and the first receiver higher than a particular threshold value as the first allocation sub-channel." Park at ¶ [0011].

1745.  Further, Park discloses: "In another aspect, a wireless device operated in a wireless local area network (WLAN) system is provided. The wireless device includes a transceiver configured to transmit and receive a wireless signal through

- 570 -

███████████████████████████

a channel including a plurality of sub-channels, and a processor operably coupled to the transceiver. The processor is configured to acquire first channel state information regarding each of the plurality of sub-channels from a first receiver, allocate one or more first allocation sub-channels, among the plurality of sub-channels, to the first receiver on the basis of the first channel state information, acquire second channel state information regarding each of the plurality of sub-channels from a second receiver, when the one or more first allocation sub-channels correspond to a portion of the plurality of channels, allocate one or more second allocation sub-channels to the second receiver on the basis of the second channel state information, and transmit a data unit to the first and second receivers. The data unit comprises first and second data frames. The first data frame is transmitted through the one or more first allocation sub-channels. The second data frame is transmitted through the one or more second allocation sub-channels." Park at ¶ [0021].

1746.  Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1747.  **Sohn** discloses this element. For example, Sohn discloses: "As pieces of control information included in the NDP frame when the NDP frame is transmitted, length information, indicating the length of a PSDU included in a data field or the length of an Aggregate-MAC Protocol Data Unit (A-MPDU) included in the PSDU, is set to 0, and information indicating the number of target transmission STA to

███████████████████████████████

which the NDP frame will be transmitted is set to 1. Furthermore, a group ID,

indicating whether a transmission scheme used to transmit the NDP frame is MU-

MIMO or SU-MIMO and a target transmission, is set as a value indicating SU-

MIMO transmission. Information indicating the number of spatial streams

allocated to a target transmission STA is set to indicate the number of spatial

streams transmitted to the target transmission STA through MU-MIMO or SU-

MIMO. Information about a channel bandwidth used to transmit the NDP frame

may be set as a bandwidth value used to transmit the NDPA frame." Sohn at ¶

[0087].

1748.  Sohn further discloses: "Referring to FIG. 6, an NDPA frame includes a

primary subchannel, and the NDPA frame is transmitted through four subchannels

each having a 20 MHz bandwidth. The NDPA frame is transmitted according to a

duplicate frame structure. Accordingly, although an AP transmits the NDPA frame

by spanning a large bandwidth, an STA can normally decode and understand the

NDPA frame only if the STA normally receives only some bands." Sohn at ¶ [0112];

*see also* Sohn at FIG. 6.

1749.  Additionally, Sohn discloses: "In order to receive channel state

information from the STA2 822, the AP 810 transmits a feedback poll frame to the

STA2 822 at step S 840. In order to limit a bandwidth through which the feedback

frame of the STA2 822 is transmitted, the AP 810 may include information about

channel estimation for the 80 MHz bandwidth in the feedback poll frame." Sohn at

¶ [0125]. Further, "[t]he STA2 822 performs channel estimation on the 80 MHz bandwidth indicated by the information included in the feedback poll frame and transmits the feedback frame, including channel state information, to the AP 810 at step S 850." Sohn at ¶ [0126]. *See also* Sohn at FIG. 8.

1750. Alternatively, Sohn, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1751. **Abraham** discloses this element. For example, Abraham discloses: "FIG. 5 illustrates an aspect of an NDPA frame, for example the NDPA frame 422. In some aspects, the NDPA frame 422 may be referred to as a CSI request message, which may be of type control frame. The NDPA frame 422 may comprise one or more of a frame control field 502, a duration field 504, an RA broadcast field 506, a TA field 508 , a CSI sequence field 512, an STA information field 514, and a CRC field 516 . The NDPA frame 422 may be transmitted or broadcast by the AP, as described above. The NDPA frame 402 may be formatted or configured similar to the NDPA frame 422." Abraham at ¶ [0076]; *see also* Abraham at FIG. 5.

1752. Abraham further discloses that the "STA information 612 may communicate to an STA parameters that the STA may use to report CSI…." Abraham at ¶ [0084]. Additionally, Abraham discloses: "In the aspect illustrated in FIG. 7A, STA information 612α may comprise one or more of an AID field 702 , an Ng field 704 , an Ng field 706 , a coefficient field 712 , and a codebook field 714 , a last SF received field 722 , and a last SF stored field 724 . In some aspects, the STA

- 573 -

information 612 a further comprises a reserved field 732 that includes bits in addition to those assigned to the fields 702 - 724 that may be used for any of a variety of purposes. In some aspects, the fields 702 - 732 are arranged in an order that differs from the order illustrated in FIG. 7A." Abraham at ¶ [0085]; *see also* Abraham at FIG. 7A. For example, "[i]n the illustrated aspect, the Ng field 706 comprises at least 3 bits. In some aspect, the Ng field 706 comprises at least 2 bits. The Ng field 706 may indicate a grouping of tones on which the STA identified by the AID field 702 is to generate CSI feedback. For example, the tones may correspond to sub-carriers in an OFDM system." Abraham at ¶ [0088].

1753.  Alternatively, Abraham, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1754.  **Lou** discloses this element. For example, Lou discloses: "COBRA may implement OFDMA sub-channelization, SC-FD MA sub-channelization and filter-bank multicarrier (FBMC) sub-channelization, and may improve the spectral efficiency of OFDM methods used in wireless fidelity (WiFi) systems which have been previously described by 802.11n, 802.11ac, 802.11af, and 802.11ah. These examples and associated embodiments may combine the features of CSMA and orthogonal block based resource allocation methods." Lou at ¶ [0104]. Further, "In a sounding channel example, the AP may assign one or more sub-channels for sounding. Sounding may be utilized for beamforming/precoding training, signal-to-

███████████████████

noise ratio (SNR) measurement, and the like. Sounding on one or more sub-channels may be more efficient when the STA is known to perform transmission on the one or more sub-channels. The structure of the sounding channel may follow the normal sounding frame defined for WLANs." Lou at ¶ [0114].

1755.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1756.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Chun and/or Park and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra.*

**8.    Independent Claim 18 of the '259 Patent Is Anticipated By Each of Chun, Park, Sohn, Abraham, and Lou; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 18 Obvious**

**a.    Element 18 [pre]:  A sounding method by a transmitting device, the method comprising:**

1757.  **Chun** discloses this element. For example, Chun discloses: "A method and apparatus for transmitting a frame on the basis of a sounding procedure is disclosed. The method for transmitting the frame on the basis of a sounding procedure in a wireless LAN may comprise the steps of: transmitting an NDPA frame to each of multiple STAs by an AP wherein the NDPA frame notifies of the transmission of NDP; transmitting the NDP to each of the multiple STAs by the AP; receiving, by the AP, multiple feedback frames transmitted through multiple

████████████████████████████████████████████

transmission sources allocated to the multiple STAs in time sources overlapped by

the multiple STAs, respectively; and transmitting, by the AP, multiple downlink

frames to the multiple STAs respectively." Chun at abstract. Chun further discloses

that the "present invention relates to wireless communications, and more

particularly, to a method and apparatus for transmitting a frame on the basis of a

sounding procedure." Chun at ¶ [0002].

1758. Further, Chun discloses: "In order to achieve the above object of the

present invention, according to one aspect of the present invention, a method of

transmitting a frame on the basis of a sounding procedure in a wireless local area

network (WLAN) may include: transmitting by an access point (AP) a null data

packet announcement (NDPA) frame to each of a plurality of stations (STAs),

wherein the NDPA frame reports transmission of a null data packet (NDP);

transmitting by the AP the NDP to each of the plurality of STAs; receiving by the

AP a plurality of feedback frames to be transmitted respectively through a plurality

of transmission resources allocated respectively to the plurality of STAs on an

overlapping time resource respectively by the plurality of STAs." Chun at ¶ [0008].

Chun also discloses: "In order to achieve the above object of the present invention,

according to another aspect of the present invention, an AP for transmitting a frame

on the basis of a sounding procedure in a WLAN may include: a radio frequency

(RF) unit implemented to transmit or receive a radio signal; and a processor

operatively coupled to the RF unit. The processor may be configured for:

████████████████████████████████████████████

transmitting an NDPA frame to each of a plurality of STAs, wherein the NDPA

frame reports transmission of an NDP; transmitting the NDP to each of the

plurality of STAs; receiving a plurality of feedback frames to be transmitted

respectively through a plurality of transmission resources allocated respectively to

the plurality of STAs on an overlapping time resource respectively by the plurality

of STAs." Chun at ¶ [0009].

1759.  Further, Chun discloses: "The AP may transmit a null data packet

announcement (NDPA) frame 400 to the STA for the sounding procedure, and may

transmit an NDP 410 after a specific time (e.g., a short interframe space (SIFS))."

Chun at ¶ [0070]. Additionally, "[a]n AP may transmit an NDPA frame 800 to the

STA for the sounding procedure, and may transmit an NDP 810 after a specific time

(e.g., SIFS)." Chun at ¶ [0131]. Similarly, "[a]n AP may transmit an NDPA frame

900 to the STA for the sounding procedure, and may transmit an NDP 910 after a

specific time (e.g., SIFS)" (Chun at ¶ [0141]), or "[a]n AP may transmit an NDPA

frame 1000 to the STA for the sounding procedure, and may transmit an NDP 1010

after a specific time (e.g., SIFS)" (Chun at ¶ [0151]).

1760.  Further, a POSITA would recognize that Chun at FIGS. 4, 8, 9, and 10

disclose sounding including communicating of an NDPA frame followed by a NDP

frame, and subsequently communicating a feedback frame.

1761.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1762.  **Park** discloses this element. For example, Park discloses: "The step of acquiring the first channel state information may include transmitting a null data packet (NDP) announcement (NDPA) frame indicating transmission of an NDP for channel sounding, transmitting the NDP, and receiving a first feedback frame including the first state channel information acquired on the basis of the NDP from the first receiver." Park at ¶ [0012]. For example, "[r]eferring to FIG. 5, the AP transmits an NDPA frame to STA1, STA2, and STA3 (S501). The NDPA frame informs that channel sounding will be initiated and an NDP will be transmitted. The NDPA frame may also be called a sounding announcement frame." Park at ¶ [0109]; *see also* Park at FIG. 5.

1763.  Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1764.  **Sohn** discloses this element. For example, Sohn discloses: "It is an object of the present invention to provide a channel sounding method performed by STAs in the next generation WLAN system supporting Multi-User (MU)Multiple Input Multiple Output (MIMO)." Sohn at ¶ [0009]. For example, "[i]n an aspect, a method for a channel sounding in a wireless local area network is provided. The method includes transmitting a null data packet announcement (NDPA) frame, to a

plurality of receivers, the NDPA frame requesting a channel statement information

feedback and announcing that a null data packet (NDP) frame is to be transmitted;

transmitting the NDP frame being a basis of channel estimation for the plurality of

receivers; receiving a first feedback frame from a first receiver among the plurality

of receivers, transmitting a feedback poll frame to a second receiver; and, receiving

a second feedback frame from the second receiver, the second feedback frame

including second channel state information estimated by the second receiver. If the

first receiver fails to perform the channel estimation, the first feedback frame is a

null feedback frame. The null feedback frame is a feedback frame not including

channel state information." Sohn at ¶ [0010].

1765.  Sohn further discloses: "Channel sounding for MU-MIMO may be

initiated by a transmitter that tries to transmit a PPDU by forming a beam. The

transmitter may be called a beamformer, and a receiver may be called a

beamformee. In a WLAN system supporting Downlink (DL) MU-MIMO, an AP has

a position of a transmitter (i.e., a beamformer) and initiates channel sounding. An

STA has a position of a receiver (i.e., a beamformee), estimates a channel according

to channel sounding initiated by an AP, and reports channel information. In

describing a detailed channel sounding method hereinafter, channel sounding in DL

MU-MIMO transmission is assumed. The following channel sounding method may

be applied to a wireless communication system supporting common MU-MIMO

transmission." Sohn at ¶ [0076]. *See also* Sohn at FIGS. 4, 5, and 8.

- 579 -

█████████████████████████████████

1766.  Alternatively, Sohn, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1767.  **Abraham** discloses this element. For example, Abraham discloses: "The STA information 612 may communicate to an STA parameters that the STA may use to report CSL In some aspects, the CSI returned by the STA is referred to as sounding feedback (SF). In these aspects, the STA information 612 may include information or data for the STA to determine and/or calculate SF based on a sounding frame included in the NDP frame 404 illustrated in FIG. 4, for example. In some aspects, the STA information 612 may be used to determine no to send SF, or to send a form of SF that requires less data." Abraham at ¶ [0084].

1768.  For example, Abraham discloses: "bits B10-B11 may be used to a reason that feedback is missing. The reason may relate to the reception of sounding information, a transmission limitation, or calculated CSI, among other reasons. In some aspects, B10-B11 are set to a value of '00' if sounding information is missing, for example if an NDPA or NDP frame was not received or was received incorrectly. In some aspects, B10-B11 are set to a value of '01' if feedback cannot be sent due to a TXOP limitation. In some aspects, B10-B11 are set to a value of '10' if feedback cannot be sent due to a PPDU limitation. In some aspects, B10-B11 are set to a value of '11' if previously transmitted channel state information is substantially similar to current channel state information. In some aspects, the value of '11' is reserved for B10-B11." Abraham at ¶ [0168].

1769.  Alternatively, Abraham, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1770.  **Lou** discloses this element. For example, Lou discloses: "A COBRA capable AP may cooperate and arrange a COBRA transmission that may convey different types of frames on different sub-channels. Example logical sub-channels that may be used for COBRA transmission may include, but are not limited to, a UL random access channel, a sounding channel, a feedback channel, an ACK channel, a broadcast channel, and a data channel. Sub-channelization may be predefined by a standard or determined by the WLAN system. In general, localized sub-channelization and distributed sub-channelization may be utilized." Lou at ¶ [0112].

1771.  Lou further discloses: "In a sounding channel example, the AP may assign one or more sub-channels for sounding. Sounding may be utilized for beamforming/precoding training, signal-to-noise ratio (SNR) measurement, and the like. Sounding on one or more sub-channels may be more efficient when the STA is known to perform transmission on the one or more subchannels. The structure of the sounding channel may follow the normal sounding frame defined for WLANs." Lou at ¶ [0114].  Additionally, "[t]he STA may perform sounding measurements to determine which sub-channels are better suited for sub-channelized transmission or reception. These measurements may be performed during DL transmissions,

regardless of the intended recipient of the transmission, and may be used by the STA in an explicit or implicit sub-channel request." Lou at ¶ [0204].

1772.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1773.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Chun and/or Park and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra*.

> **b.      Element 18 [a]:  transmitting a null data packet announcement (NDPA) frame to a plurality of receiving devices;**

1774.  **Chun** discloses this element. For example, Chun discloses: "A method and apparatus for transmitting a frame on the basis of a sounding procedure is disclosed. The method for transmitting the frame on the basis of a sounding procedure in a wireless LAN may comprise the steps of: transmitting an NDPA frame to each of multiple STAs by an AP wherein the NDPA frame notifies of the transmission of NDP; transmitting the NDP to each of the multiple STAs by the AP; receiving, by the AP, multiple feedback frames transmitted through multiple transmission sources allocated to the multiple STAs in time sources overlapped by the multiple STAs, respectively; and transmitting, by the AP, multiple downlink frames to the multiple STAs respectively." Chun at abstract.

■■■■■■■■■■■■■■■■■■■■■■■■■■

1775. Further, Chun discloses: "In order to achieve the above object of the present invention, according to one aspect of the present invention, a method of transmitting a frame on the basis of a sounding procedure in a wireless local area network (WLAN) may include: transmitting by an access point (AP) a null data packet announcement (NDPA) frame to each of a plurality of stations (STAs), wherein the NDPA frame reports transmission of a null data packet (NDP); transmitting by the AP the NDP to each of the plurality of STAs; receiving by the AP a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on an overlapping time resource respectively by the plurality of STAs." Chun at ¶ [0008]. Chun also discloses: "In order to achieve the above object of the present invention, according to another aspect of the present invention, an AP for transmitting a frame on the basis of a sounding procedure in a WLAN may include: a radio frequency (RF) unit implemented to transmit or receive a radio signal; and a processor operatively coupled to the RF unit. The processor may be configured for: transmitting an NDPA frame to each of a plurality of STAs, wherein the NDPA frame reports transmission of an NDP; transmitting the NDP to each of the plurality of STAs; receiving a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on an overlapping time resource respectively by the plurality of STAs." Chun at ¶ [0009].

1776.  Further, Chun discloses: "The AP may transmit a null data packet announcement (NDPA) frame 400 to the STA for the sounding procedure, and may transmit an NDP 410 after a specific time (e.g., a short interframe space (SIFS))." Chun at ¶ [0070]. Additionally, "[a]n AP may transmit an NDPA frame 800 to the STA for the sounding procedure, and may transmit an NDP 810 after a specific time (e.g., SIFS)." Chun at ¶ [0131]. Similarly, "[a]n AP may transmit an NDPA frame 900 to the STA for the sounding procedure, and may transmit an NDP 910 after a specific time (e.g., SIFS)" (Chun at ¶ [0141]), or "[a]n AP may transmit an NDPA frame 1000 to the STA for the sounding procedure, and may transmit an NDP 1010 after a specific time (e.g., SIFS)" (Chun at ¶ [0151]).

1777.  Further, Chun discloses: "For example, the processor 1510 may be implemented to transmit an NDPA frame (or each of a plurality of NDPA frames) to each of a plurality of STAs and to transmit an NDP (or each of a plurality of NDPs) to each of the plurality of STAs. The NDPA frame (or each of the plurality of NDPA frames) may report transmission of the NDP (or each of the plurality of NDPs)." Chun at ¶ [0193].

1778.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1779.  **Park** discloses this element. For example, Park discloses: "The step of acquiring the first channel state information may include transmitting a null data

packet (NDP) announcement (NDPA) frame indicating transmission of an NDP for

channel sounding, transmitting the NDP, and receiving a first feedback frame

including the first state channel information acquired on the basis of the NDP from

the first receiver." Park at ¶ [0012]. For example, "[r]eferring to FIG. 5, the AP

transmits an NDPA frame to STA1, STA2, and STA3 (S501). The NDPA frame

informs that channel sounding will be initiated and an NDP will be transmitted.

The NDPA frame may also be called a sounding announcement frame." Park at ¶

[0109]; *see also* Park at FIG. 5.

1780.  Further, Park discloses: "Following the NDPA frame transmission, the

AP transmits an NDP to target STAs (S520). The NDP may have a format such that

a data field is omitted in the PPDU format as shown in FIG. 4. The NDP frame is

precoded on the basis of a specific precoding matrix by the AP, and transmitted to

the sounding target STAs. Thus, the sounding target STAs may estimate a channel

on the basis of VHT-LTF of the NDP and acquires channel state information." Park

at ¶ [0115]. Also, "[t]he AP transmits an NDPA frame indicating an NDP

transmission (S910). The NDPA frame is transmitted in a four duplicated PPDU

format by 2 MHz sub-channel unit. Like the NDP-based channel sounding method

as described above with reference to FIG. 5, the NDPA frame includes information

for identifying an STA which is to estimate a channel and transmit a feedback

frame including channel state information to the AP. Namely, information

indicating STAs which are to respond with respect to the NDP is included. The

- 585 -

information indicating STAs may include an indicator indicating a group of STAs or an indicator indicating an individual STA. The indicator indicating an individual STA may be a portion of the entirety of an AID of the corresponding STA." Park at ¶ [0161].

1781.  Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1782.  **Sohn** discloses this element. For example, Sohn discloses: "In an aspect, a method for a channel sounding in a wireless local area network is provided. The method includes transmitting a null data packet announcement (NDPA) frame, to a plurality of receivers, the NDPA frame requesting a channel statement information feedback and announcing that a null data packet (NDP) frame is to be transmitted; transmitting the NDP frame being a basis of channel estimation for the plurality of receivers; receiving a first feedback frame from a first receiver among the plurality of receivers, transmitting a feedback poll frame to a second receiver; and, receiving a second feedback frame from the second receiver, the second feedback frame including second channel state information estimated by the second receiver. If the first receiver fails to perform the channel estimation, the first feedback frame is a null feedback frame. The null feedback frame is a feedback frame not including channel state information." Sohn at ¶ [0010].

1783.  Sohn further discloses: "In another aspect, a wireless apparatus is provided. The apparatus includes a transceiver transmitting and receiving frames;

- 586 -

and a processor operationally coupled to the transceiver. The processor is configured

for: transmitting a null data packet announcement (NDPA) frame, to a plurality of

receivers, the NDPA frame requesting a channel statement information feedback

and announcing that a null data packet (NDP) frame is to be transmitted;

transmitting the NDP frame being a basis of channel estimation for the plurality of

receivers; receiving a first feedback frame from a first receiver among the plurality

of receivers; transmitting a feedback poll frame to a second receiver; and, receiving

a second feedback frame from the second receiver, the second feedback frame

including second channel state information estimated by the second receiver. If the

first receiver fails to perform the channel estimation, the first feedback frame is a

null feedback frame. The null feedback frame is a feedback frame not including

channel state information." Sohn at ¶ [0020].

1784.  Additionally, Sohn discloses: "According to an embodiment of the

present invention, in a channel sounding procedure, if a receiving STA having the

highest priority to transmit a feedback normally receives a Null Data Packet

Announcement (NDPA) frame transmitted in a duplicate type regarding a specific

bandwidth although it has failed in channel estimation, the receiving STA

transmits a null feedback frame to a transmitting STA, such as an AP. When the

null feedback frame is received, the AP can perform the remaining channel

sounding procedure For other receiving STAs. Accordingly, channel sounding

efficiency can be improved as compared with the existing method because although

CASE 2:21-CV-00430-JRG-RSP

the receiving STA having the highest priority to transmit a feedback fails in

channel estimation, the remaining receiving STAs can feed estimated channel state

information back." Sohn at ¶ [0021].  For example, "[r]eferring to FIG. 4, the AP 410

transmits an NDP Announcement (NDPA) frame to the STAI 421, the STA2 422,

and the STA3 423 at step S410. The NDPA frame informs that channel sounding

will be initiated and an NDP will be transmitted. The NDPA frame may be called a

sounding announcement frame." Sohn at ¶ [0079]; *see also* Sohn at FIG. 4.

1785.  Alternatively, Sohn, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1786.  **Abraham** discloses this element. For example, Abraham discloses:

"Certain aspects of the present disclosure support a low-overhead method for

communicating Channel State Information (CSI) or feedback therefore. For

example, such information may be communicated between the user terminals 120

and the access point 110 in the wireless system 100. Certain aspects of the present

disclosure for the support packet formats for a Null Data Packet Announcement

(NDPA), CSI poll, and CSI feedback. Some aspects support a communication

indicating whether CSI has be received and/or stored, for example by or at an AP.

This information may be used by an STA, for example, to determine whether to

send for the CSI and/or whether to adjust parameters for transmitting the CSL

Some aspects support a communication indicating whether CSI is being

transmitted, for example by an STA. This information may be used by an AP, for

example, to determine how to transmit requests for requests for the CSI and/or whether to adjust parameters for transmitting the CSI requests. In some cases, the CSI feedback may be too large to be carried in a single Media Access Control (MAC) protocol data unit (MPDU) or a Physical Layer (PHY) protocol data unit (PPDU). Certain aspects of the present disclosure further support a protocol for CSI feedback segmentation. In the following description, reference is made to a user station (STA). As described above, a STA may comprise a user terminal, for example the user terminal 120 or the wireless device 302." Abraham at ¶ [0070].

1787.  Further, Abraham discloses: "FIG. 4 illustrates an aspect of a Channel State Information (CSI) feedback protocol 400. An access point (AP) may transmit to one or more user stations (STAs) a Null Data Packet Announcement (NDPA) frame 402 followed by a Null Data Packet (NDP) frame 404 after a Short Inter-Frame Symbol (SIPS) period 406. The NDPA frame 402 may comprise Association Identifiers (AIDs) of the STAs that should transmit computed CSI feedback messages to the AP, as will be described in additional detail below." Abraham at ¶ [0071]; *see also* Abraham at FIG. 4.

1788.  Abraham also discloses: "At step 1802, a first request for channel state information is received, for example using the receiving module 1702. The first request may comprise a null data packet announcement or a polling message, for example." Abraham at ¶ [0210].

1789.  Alternatively, Abraham, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1790.  **Lou** discloses this element. For example, Lou discloses: "FIG. 50 is a diagram of an example explicit channel quality indicator (CQI) feedback mechanism 5000 using modulation and coding scheme (MCS) feedback (MFB). One way to implement a sub-channel based CQI feedback mechanism may be to reuse MFB mechanisms, but modify it to allow COBRA support. In a typical IEEE 802.11 example, an MFB requester may transmit a frame containing a HT control field with an MCS request (MRQ) subfield equal to 1. The frame with an MRQ requirement may be transmitted within a sounding PPDU, or with an NDP announcement subfield in the +HTC frame, for example, a frame with an HT control field, set to 1 and following the +HTC frame by an NDP transmission." Lou at ¶ [0346]; *see also* Lou at FIGS. 50 and 51.

1791.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1792.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Chun and/or Park and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra.*

 

      c.      **Element 18 [b]:  transmitting a null data packet (NDP) frame to the plurality of receiving devices after transmitting the NPDA frame; and**

1793.  **Chun** discloses this element. For example, Chun discloses: "A method and apparatus for transmitting a frame on the basis of a sounding procedure is disclosed. The method for transmitting the frame on the basis of a sounding procedure in a wireless LAN may comprise the steps of: transmitting an NDPA frame to each of multiple STAs by an AP wherein the NDPA frame notifies of the transmission of NDP; transmitting the NDP to each of the multiple STAs by the AP; receiving, by the AP, multiple feedback frames transmitted through multiple transmission sources allocated to the multiple STAs in time sources overlapped by the multiple STAs, respectively; and transmitting, by the AP, multiple downlink frames to the multiple STAs respectively." Chun at abstract.

1794.  Further, Chun discloses: "In order to achieve the above object of the present invention, according to one aspect of the present invention, a method of transmitting a frame on the basis of a sounding procedure in a wireless local area network (WLAN) may include: transmitting by an access point (AP) a null data packet announcement (NDPA) frame to each of a plurality of stations (STAs), wherein the NDPA frame reports transmission of a null data packet (NDP); transmitting by the AP the NDP to each of the plurality of STAs; receiving by the AP a plurality of feedback frames to be transmitted respectively through a plurality of transmission resources allocated respectively to the plurality of STAs on an

- 591 -

█████████████████████████████████████

overlapping time resource respectively by the plurality of STAs." Chun at ¶ [0008].

Chun also discloses: "In order to achieve the above object of the present invention,

according to another aspect of the present invention, an AP for transmitting a frame

on the basis of a sounding procedure in a WLAN may include: a radio frequency

(RF) unit implemented to transmit or receive a radio signal; and a processor

operatively coupled to the RF unit. The processor may be configured for:

transmitting an NDPA frame to each of a plurality of STAs, wherein the NDPA

frame reports transmission of an NDP; transmitting the NDP to each of the

plurality of STAs; receiving a plurality of feedback frames to be transmitted

respectively through a plurality of transmission resources allocated respectively to

the plurality of STAs on an overlapping time resource respectively by the plurality

of STAs." Chun at ¶ [0009].

1795. Further, Chun discloses: "The AP may transmit a null data packet

announcement (NDPA) frame 400 to the STA for the sounding procedure, and may

transmit an NDP 410 after a specific time (e.g., a short interframe space (SIFS))."

Chun at ¶ [0070]. Additionally, "[a]n AP may transmit an NDPA frame 800 to the

STA for the sounding procedure, and may transmit an NDP 810 after a specific time

(e.g., SIFS)." Chun at ¶ [0131]. Similarly, "[a]n AP may transmit an NDPA frame

900 to the STA for the sounding procedure, and may transmit an NDP 910 after a

specific time (e.g., SIFS)" (Chun at ¶ [0141]), or "[a]n AP may transmit an NDPA

███████████████████████████████████████

frame 1000 to the STA for the sounding procedure, and may transmit an NDP 1010

after a specific time (e.g., SIFS)" (Chun at ¶ [0151]).

1796.  Further, Chun discloses: "For example, the processor 1510 may be

implemented to transmit an NDPA frame (or each of a plurality of NDPA frames) to

each of a plurality of STAs and to transmit an NDP (or each of a plurality of NDPs)

to each of the plurality of STAs. The NDPA frame (or each of the plurality of NDPA

frames) may report transmission of the NDP (or each of the plurality of NDPs)."

Chun at ¶ [0193].

1797.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1798.  **Park** discloses this element. For example, Park discloses: "The step of

acquiring the first channel state information may include transmitting a null data

packet (NDP) announcement (NDPA) frame indicating transmission of an NDP for

channel sounding, transmitting the NDP, and receiving a first feedback frame

including the first state channel information acquired on the basis of the NDP from

the first receiver." Park at ¶ [0012]. For example, "[r]eferring to FIG. 5, the AP

transmits an NDPA frame to STA1, STA2, and STA3 (S501). The NDPA frame

informs that channel sounding will be initiated and an NDP will be transmitted.

The NDPA frame may also be called a sounding announcement frame." Park at ¶

[0109]; *see also* Park at FIG. 5.

- 593 -

███████████████████████████████████████████

1799. Further, Park discloses: "Following the NDPA frame transmission, the AP transmits an NDP to target STAs (S520). The NDP may have a format such that a data field is omitted in the PPDU format as shown in FIG. 4. The NDP frame is precoded on the basis of a specific precoding matrix by the AP, and transmitted to the sounding target STAs. Thus, the sounding target STAs may estimate a channel on the basis of VHT-LTF of the NDP and acquires channel state information." Park at ¶ [0115]. Also, "[t]he AP transmits an NDPA frame indicating an NDP transmission (S910). The NDPA frame is transmitted in a four duplicated PPDU format by 2 MHz sub-channel unit. Like the NDP-based channel sounding method as described above with reference to FIG. 5, the NDPA frame includes information for identifying an STA which is to estimate a channel and transmit a feedback frame including channel state information to the AP. Namely, information indicating STAs which are to respond with respect to the NDP is included. The information indicating STAs may include an indicator indicating a group of STAs or an indicator indicating an individual STA. The indicator indicating an individual STA may be a portion of the entirety of an AID of the corresponding STA." Park at ¶ [0161]. Further, "[t]he AP transmits an NDP frame after the NDPA frame (S920). Like the NDPA, the NDP is transmitted in a four duplicated PPDU format by 2 MHz sub-channel unit. Each STA may estimate channel state information on the basis of the NDP to acquire channel state information." Park at ¶ [0162].

███████████████████████████████████████████

1800.  Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1801.  **Sohn** discloses this element. For example, Sohn discloses: "In an aspect, a method for a channel sounding in a wireless local area network is provided. The method includes transmitting a null data packet announcement (NDPA) frame, to a plurality of receivers, the NDPA frame requesting a channel statement information feedback and announcing that a null data packet (NDP) frame is to be transmitted; transmitting the NDP frame being a basis of channel estimation for the plurality of receivers; receiving a first feedback frame from a first receiver among the plurality of receivers, transmitting a feedback poll frame to a second receiver; and, receiving a second feedback frame from the second receiver, the second feedback frame including second channel state information estimated by the second receiver. If the first receiver fails to perform the channel estimation, the first feedback frame is a null feedback frame. The null feedback frame is a feedback frame not including channel state information." Sohn at ¶ [0010]. For example, "[t]he first feedback frame may include a first channel state information. If the first receiver receives the NDPA frame and the NDP frame through a bandwidth narrower than a reference bandwidth through which the NDPA is transmitted, the first channel state information may be channel information estimated for the bandwidth." Sohn at ¶ [0014].

████████████████████████████████████████

1802.  Sohn further discloses: "In another aspect, a wireless apparatus is provided. The apparatus includes a transceiver transmitting and receiving frames; and a processor operationally coupled to the transceiver. The processor is configured for: transmitting a null data packet announcement (NDPA) frame, to a plurality of receivers, the NDPA frame requesting a channel statement information feedback and announcing that a null data packet (NDP) frame is to be transmitted; transmitting the NDP frame being a basis of channel estimation for the plurality of receivers; receiving a first feedback frame from a first receiver among the plurality of receivers; transmitting a feedback poll frame to a second receiver; and, receiving a second feedback frame from the second receiver, the second feedback frame including second channel state information estimated by the second receiver. If the first receiver fails to perform the channel estimation, the first feedback frame is a null feedback frame. The null feedback frame is a feedback frame not including channel state information." Sohn at ¶ [0020]. For example, "[r]eferring to FIG. 4, the AP 410 transmits an NDP Announcement (NDPA) frame to the STAI 421, the STA2 422, and the STA3 423 at step S410. The NDPA frame informs that channel sounding will be initiated and an NDP will be transmitted. The NDPA frame may be called a sounding announcement frame." Sohn at ¶ [0079]; *see also* Sohn at FIG. 4.

1803.  Sohn further discloses: "After transmitting the NDPA frame, the AP 410 transmits an NDP frame to the target STAs at step S420. The NDP frame may

██████████████████████████████████████

have a format having a data field omitted from a PPDU format, such as that shown

in FIG. 3. The AP 410 precodes the NDP frame on the basis of a specific precoding

matrix and transmits the NDP frame to the target sounding STAs. Accordingly, the

target sounding STAs 421, 422, and 423 estimate channels on the basis of the VHT-

LTF of the NDP and obtain channel state information." Sohn at ¶ [0086]; *see also*

Sohn at FIG. 3.

1804.  Alternatively, Sohn, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1805.  **Abraham** discloses this element. For example, Abraham discloses:

"FIG. 4 illustrates an aspect of a Channel State Information (CSI) feedback protocol

400. An access point (AP) may transmit to one or more user stations (STAs) a Null

Data Packet Announcement (NDPA) frame 402 followed by a Null Data Packet

(NDP) frame 404 after a Short Inter-Frame Symbol (SIPS) period 406. The NDPA

frame 402 may comprise Association Identifiers (AIDs) of the STAs that should

transmit computed CSI feedback messages to the AP, as will be described in

additional detail below." Abraham at ¶ [0071]; *see also* Abraham at FIG. 4.

1806.  Abraham further discloses: "The STA information 612 may

communicate to an STA parameters that the STA may use to report CSL In some

aspects, the CSI returned by the STA is referred to as sounding feedback (SF). In

these aspects, the STA information 612 may include information or data for the

STA to determine and/or calculate SF based on a sounding frame included in the

- 597 -

███████████████████████████████████

NDP frame 404 illustrated in FIG. 4, for example. In some aspects, the STA

information 612 may be used to determine no to send SF, or to send a form of SF

that requires less data." Abraham at ¶ [0084].

1807.  For example, Abraham discloses: "In one aspect, the CSI feedback 408

may be generated by one of the STAs identified in the NDPA frame 402 and

autonomously transmitted a SIPS period after the NDP frame 404. For example,

the first STA identified in an STA information field may generate the CSI feedback

408 and autonomously transmit the CSI feedback 408 to the AP a SIPS period after

receiving the NDP frame 404. Other STAs identified in the STA information field

may await a polling message before transmitting respective CSI feedback, as

discussed above." Abraham at ¶ [0123].

1808.  Alternatively, Abraham, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1809.  **Lou** discloses this element. For example, Lou discloses: "For transmit

beamforming (TxBF) in downlink 802. 11 systems, knowledge of channel state

information (CSI) may be needed. For example, the channel may be sounded

between two devices participating in TxBF. The basic concept of sounding may be

similar to 802.1 ln, where the channel may be measured at the receiver using the

LTF during a null data packet (NDP) and transmitted back to the transmitter.

However, in 802.1 ln, this may be configured for a single STA occupying the entire

- 598 -

frequency band. The system may be modified to accommodate multiple STAs in different frequency bands." Lou at ¶ [0278].

1810.  Lou further discloses: "The AP may simultaneously transmit a null data packet (NDP) for all the STAs that maybe part of the COBRA group. The NDP may have a similar preamble as a data bearing packet with no data. A packet that does not include data may be indicated by a length field=0. In this example, however, the Nsts and MCS may be selected according to the channel dimensionality to be sounded. Typically the Nsts and MCS may correspond to a maximum number of antenna at the AP, however, the number may be smaller to reduce the preamble overhead, if less data rate is required or if a dominant mode transmission is required. The AP may transmit an NDP to a single STA or it may transmit a sub-channelized NDP to multiple STAs. The AP may transmit a different number of sub-channel NDPs to different channels. After receiving a sounding packet, the STA may transmit CSI feedback or a Beamforming report. The CSI feedback and the Beamforming report may be compressed or non-compressed." Lou at ¶ [0282].

1811.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1812.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been

████████████████████████████

obvious at the time of the invention in view of any combination of Chun and/or Park

and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra.*

> d.   **Element 18 [c]:  receiving from each receiving device a feedback frame including subchannel information measured on a subchannel that is allocated to each receiving device among a plurality of subchannels into which a band is divided, after transmitting the NDP frame,**

1813.  **Chun** discloses this element. For example, Chun discloses: "If the NDP

410 is transmitted based on beamforming, the feedback frame 420 may include an

HT control field, a channel information control field, and a channel information

field. The HT control field may include information regarding Nsts, MCS, BW, and

SNR. The channel control field may include information regarding Nc, Nr, Ng, etc.,

and/or control information for OFDMA-based transmission. The channel

information control field may include SNR information per stream, information of a

beamforming feedback matrix for each subcarrier, SNR information for each

frequency resource (e.g., subband) in OFDMA-based transmission, etc." Chun at ¶

[0079].

1814.  Chun further discloses: "According to another embodiment of the

present invention, in the grouping field Ng, a reserved 3(0×11) may be used for a

subband-unit feedback. If the grouping field Ng is 3, it may indicate the subband-

unit feedback. If Ng=3, an SNR or a beamforming feedback matrix (or a matrix

vector) may be fed back in a subband unit. For example, a subband unit for a

feedback may be fixed in unit of 26 tones or may be set to an additional unit (e.g., a

████████████████████████████████

tone corresponding to a multiple unit of 26 tones) on the basis of an additional

subband related field." Chun at ¶ [0126].  Further disclosure is found in Chun at

Table 4 (continued), which is reproduced *supra*, in reference to the analysis of

Element 1 [c] of the '259 patent.

1815.  Chun further discloses: "The NDPA frame 1000 and NDP 1010 of the

non-duplicate PPDU format or the duplicate PPDU format may be transmitted to at

least one STA through at least one stream. If the AP receives a feedback from the

plurality of STAs as shown in FIG. 10, the AP may transmit the NDPA frame 1000

and the NDP 1010 to the plurality of STAs through a plurality of space-time

streams. The NDPA frame 1000 may indicate the plurality of STAs for transmitting

the feedback frame. The NDP 1010 may be used to transmit an LTF through the

plurality of space-time streams, and each of the plurality of STAs may transmit to

the AP the feedback frame including channel state information measured on the

basis of an LTF of an indicated space-time stream and an indicated frequency

domain. The NDP 1010 may instruct transmission of a feedback frame 1015 of a

single STA among a plurality of STAs indicated based on the NDPA frame 1000.

For example, an STA corresponding to a first AID among AIDs included in the STA

information field of the NDPA frame 1000 may receive the NDP 1010, and after a

specific time ( e.g., SIPS), may transmit the feedback frame to the AP." Chun at ¶

[0152].

1816.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1817.  **Park** discloses this element. For example, Park discloses: "When NDP transmission is finished, after the lapse of a particular interval such as a short interframe space (SIFS), the STA1, which has been determined to respond first with respect to the NDP, transmits a feedback frame including channel state information to the AP (S932). The channel state information delivered to the AP through the feedback frame may be implemented as shown in Table 3 and Table 4. The delivered channel state information includes information regarding a beamforming feedback matrix V by each subcarrier index and information regarding an average SNR by each spatial stream. Also, the channel state information may include channel related information by 2 MHz sub-channels. Namely, the channel state information may include information related to an average SNR value of each 2 MHz sub-channel." Park at ¶ [0163]; *see also* Park at Tables 3 and 4.

1818.  Park also discloses: "When the AP receives the feedback frame, the AP may determine a channel to be used for transmission of a data frame to the STA1 on the basis of the channel state information included in the feedback frame received from the STA1. The AP may determine that a sub-channel having the highest SNR value estimated by the STA1 will be allocated to the STA1. Alternatively, the AP may determine that a sub-channel having an SNR value

estimated by the STA1 equal to or greater than a particular threshold value will be allocated to the STA1. Hereinafter, the foregoing method may also be applied to receiving feedback frames from STA2 to STA4 and determining a sub-channel to be allocated to the corresponding STAs." Park at ¶ [0164].

1819.  Alternatively, Park, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1820.  **Sohn** discloses this element. For example, Sohn discloses: "Referring to FIG. 8, an AP 810 transmits an NDPA frame to the STA1 821 and an STA2 822 at step S 810. Next, the AP 810 transmits a NDP frame to the STA1 821 and the STA2 822 at step S 820. The NDPA frame is transmitted according to a duplicate frame structure while spanning a 160 MHz bandwidth. The NDP frame is also transmitted while spanning a 160 MHz bandwidth." Sohn at ¶ [0122]; *see also* Sohn at FIG. 8.

1821.  Sohn further discloses: "The NDPA frame includes information that the NDPA frame spans the 160 MHz bandwidth. It is assumed that when receiving the NDPA frame, the STA1 821 has not normally received the NDPA frame for the entire 160 MHz bandwidth, but has normally received the NDPA frame for an 80 MHz bandwidth, including a primary subchannel, because interference has occurred in a specific band including a non-primary subchannel." Sohn at ¶ [0123]. For example, "[t]he STA1 810 performs channel estimation based on the NDP frame for the 80 MHz bandwidth and feeds channel state information about the 80 MHz

- 603 -

███████████████████████████████████████████

bandwidth back to the AP 810 at step S 830. At this time, the feedback frame

including the channel state information may be transmitted through the 80 MHz

bandwidth." Sohn at ¶ [0124]. Further, "[i]n order to receive channel state

information from the STA2 822, the AP 810 transmits a feedback poll frame to the

STA2 822 at step S 840 . In order to limit a bandwidth through which the feedback

frame of the STA2 822 is transmitted, the AP 810 may include information about

channel estimation for the 80 MHz bandwidth in the feedback poll frame." Sohn at

¶ [0125]. Similarly, "[t]he STA2 822 performs channel estimation on the 80 MHz

bandwidth indicated by the information included in the feedback poll frame and

transmits the feedback frame, including channel state information, to the AP 810 at

step S 850...." Sohn at ¶ [0126]; *see also* Sohn at FIG. 8.

1822.  Sohn further discloses: "If STAs feed back channel state information

about a bandwidth smaller than a bandwidth through which an NDPA frame or an

NDP frame or both are transmitted, each STA may include information indicative of

a reason in a feedback frame and transmit the feedback frame. The information

indicative of the reason is a reason code and may be implemented by informing the

reason code using previously agreed information." Sohn at ¶ [0127]. Sohn also

discloses examples of such a "reason code" at Table 5.

1823.  Alternatively, Sohn, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

████████████████████████████████████████

1824.  **Abraham** discloses this element. For example, Abraham discloses "[a]t each user terminal 120, a channel estimator 278 estimates the downlink channel response and provides downlink channel estimates, which may include channel gain estimates, SNR estimates, noise variance and so on. Similarly, a channel estimator 228 estimates the uplink channel response and provides uplink channel estimates. Controller 280 for each user terminal typically derives the spatial filter matrix for the user terminal based on the downlink channel response matrix $H_{dn,m}$ for that user terminal. Controller 230 derives the spatial filter matrix for the access point based on the effective uplink channel response matrix $H_{up,eff}$ The controller 280 for each user terminal may send feedback information (e.g., the downlink and/or uplink eigenvectors, eigenvalues, SNR estimates, and so on) to the access point 110. The controllers 230 and 280 may also control the operation of various processing units at the access point 110 and user terminal 120, respectively." Abraham at ¶ [0061].

1825.  Abraham further discloses: "Certain aspects of the present disclosure support a low-overhead method for communicating Channel State Information (CSI) or feedback therefore. For example, such information may be communicated between the user terminals 120 and the access point 110 in the wireless system 100. Certain aspects of the present disclosure for the support packet formats for a Null Data Packet Announcement (NDPA), CSI poll, and CSI feedback. Some aspects support a communication indicating whether CSI has be received and/or stored, for example by or at an AP. This information may be used by an STA, for example, to

- 605 -

████████████████████████████████████

determine whether to send for the CSI and/or whether to adjust parameters for

transmitting the CSL Some aspects support a communication indicating whether

CSI is being transmitted, for example by an STA. This information may be used by

an AP, for example, to determine how to transmit requests for requests for the CSI

and/or whether to adjust parameters for transmitting the CSI requests. In some

cases, the CSI feedback may be too large to be carried in a single Media Access

Control (MAC) protocol data unit (MPDU) or a Physical Layer (PHY) protocol data

unit (PPDU). Certain aspects of the present disclosure further support a protocol for

CSI feedback segmentation. In the following description, reference is made to a user

station (STA). As described above, a STA may comprise a user terminal, for example

the user terminal 120 or the wireless device 302." Abraham at ¶ [0070].

1826. Abraham further discloses: "FIG. 4 illustrates an aspect of a Channel

State Information (CSI) feedback protocol 400. An access point (AP) may transmit

to one or more user stations (STAs) a Null Data Packet Announcement (NDPA)

frame 402 followed by a Null Data Packet (NDP) frame 404 after a Short Inter-

Frame Symbol (SIPS) period 406. The NDPA frame 402 may comprise Association

Identifiers (AIDs) of the STAs that should transmit computed CSI feedback

messages to the AP, as will be described in additional detail below." Abraham at ¶

[0071]. *See also* Abraham at ¶ [0022] and FIG. 4.

1827. Additionally, Abraham discloses: "In some aspects, a CSI Poll may be

sent by the AP to another STA listed in the NDPA frame to request the other STA

to send CSI feedback. For example, if the first listed STA in the NDPA frame 402

divides its complete CSI feedback into the two portions of CSI Feedback 408, 414,

then the AP may request another STA listed in the NDPA frame 402 to begin

transmission of CSI feedback with CSI Poll 416. In response, the other STA may

transmit CSI Feedback 418, which may be complete CSI feedback or a portion of the

complete CSI feedback for the other STA. Any number of STAs may be identified in

the NDPA frame 402, as will be discussed in additional detail below, and the AP

may transmit any number of CSI polls and/or receive any number of CSI feedbacks

or portions thereof." Abraham at ¶ [0073].

1828.  Alternatively, Abraham, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

1829.  **Lou** discloses this element. For example, Lou discloses: "COBRA may

implement OFDMA sub-channelization, SC-FD MA sub-channelization and filter-

bank multicarrier (FBMC) sub-channelization, and may improve the spectral

efficiency of OFDM methods used in wireless fidelity (WiFi) systems which have

been previously described by 802.11n, 802.11ac, 802.11af, and 802.11ah. These

examples and associated embodiments may combine the features of CSMA and

orthogonal block based resource allocation methods." Lou at ¶ [0104]. Further, "In a

sounding channel example, the AP may assign one or more sub-channels for

sounding. Sounding may be utilized for beamforming/precoding training, signal-to-

██████████████████████████████████

noise ratio (SNR) measurement, and the like. Sounding on one or more sub-channels may be more efficient when the STA is known to perform transmission on the one or more sub-channels. The structure of the sounding channel may follow the normal sounding frame defined for WLANs." Lou at ¶ [0114].

1830. Lou further discloses: "Downlink link adaptation may require the knowledge of downlink radio channel quality. There may be two methods to estimate the downlink channel quality. One method may be to require explicit CQI feedback from STAs. Another method may be to estimate the downlink channel through uplink transmission given that the transmit power of STAs may be known." Lou at ¶ [0343].

1831. Additionally, Lou discloses: "There may be two different channel quality indicator feedback mechanisms. In a first example, in band CQI feedback may be used. In this example, the AP may transmit a CQI requirement on one or more sub-channels that it may intend to utilize to the STA. The STA may measure the channel quality on the one or more sub-channels and provide feedback to the AP. This feedback may be utilized by the AP to assign MCS on the specified sub-channels. In a second example, out of band CQI feedback may be used. In this example, the AP may transmit a general CQI requirement to a STA. The STA may measure CQI on all the sub-channels and provide feedback to the AP. This feedback may assist the AP to schedule one or more sub-channels to STAs." Lou at ¶ [0344].

1832.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1833.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Chun and/or Park and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra.*

> e. **Element 18 [d]:  wherein the plurality of feedback frames from the plurality of receiving devices are received at a same time, and the NDPA frame includes allocation information of the plurality of subchannels.**

1834.  **Chun** discloses this element. For example, Chun discloses: "If the NDP 410 is transmitted based on beamforming, the feedback frame 420 may include an HT control field, a channel information control field, and a channel information field. The HT control field may include information regarding Nsts, MCS, BW, and SNR. The channel control field may include information regarding Nc, Nr, Ng, etc., and/or control information for OFDMA-based transmission. The channel information control field may include SNR information per stream, information of a beamforming feedback matrix for each subcarrier, SNR information for each frequency resource (e.g., subband) in OFDMA-based transmission, etc." Chun at ¶ [0079].

1835.  Chun further discloses: "According to another embodiment of the present invention, in the grouping field Ng, a reserved 3(0×11) may be used for a

subband-unit feedback. If the grouping field Ng is 3, it may indicate the subband-unit feedback. If Ng=3, an SNR or a beamforming feedback matrix (or a matrix vector) may be fed back in a subband unit. For example, a subband unit for a feedback may be fixed in unit of 26 tones or may be set to an additional unit (e.g., a tone corresponding to a multiple unit of 26 tones) on the basis of an additional subband related field." Chun at ¶ [0126].  Further disclosure is found in Chun at Table 4 (continued), which is reproduced *supra*, in reference to the analysis of Element 1 [c] of the '259 patent.

1836.  Chun further discloses: "The NDPA frame 1000 and NDP 1010 of the non-duplicate PPDU format or the duplicate PPDU format may be transmitted to at least one STA through at least one stream. If the AP receives a feedback from the plurality of STAs as shown in FIG. 10, the AP may transmit the NDPA frame 1000 and the NDP 1010 to the plurality of STAs through a plurality of space-time streams. The NDPA frame 1000 may indicate the plurality of STAs for transmitting the feedback frame. The NDP 1010 may be used to transmit an LTF through the plurality of space-time streams, and each of the plurality of STAs may transmit to the AP the feedback frame including channel state information measured on the basis of an LTF of an indicated space-time stream and an indicated frequency domain. The NDP 1010 may instruct transmission of a feedback frame 1015 of a single STA among a plurality of STAs indicated based on the NDPA frame 1000. For example, an STA corresponding to a first AID among AIDs included in the STA

information field of the NDPA frame 1000 may receive the NDP 1010, and after a specific time ( e.g., SIPS), may transmit the feedback frame to the AP." Chun at ¶ [0152].

1837.  Additionally, Chun discloses: "An HE-SIG A 1100 of the NDPA PPDU may include information indicating a plurality of STAs for receiving the NDPA PPDU and/or information regarding transmission resources allocated respectively to the plurality STAs to receive respective NDPA PPDUs of the plurality of STAs. That is, the HE-SIG A 1100 may include information regarding the transmission resources allocated respectively to the plurality of STAs. Each of the plurality of STAs may receive the NDPA PPDU through a transmission resource indicated based on the HE-SIG A 1100." Chun at ¶ [0161].

1838.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1839.  **Park** discloses this element. For example, Park discloses: "The step of allocating the one or more first allocation sub-channels to the first receiver may include allocating one or more sub-channels having SNR estimated between the transmitter and the first receiver higher than a particular threshold value as the first allocation sub-channel." Park at ¶ [0011].

1840.  Further, Park discloses: "In another aspect, a wireless device operated in a wireless local area network (WLAN) system is provided. The wireless device

███████████████████████████████████

includes a transceiver configured to transmit and receive a wireless signal through

a channel including a plurality of sub-channels, and a processor operably coupled to

the transceiver. The processor is configured to acquire first channel state

information regarding each of the plurality of sub-channels from a first receiver,

allocate one or more first allocation sub-channels, among the plurality of sub-

channels, to the first receiver on the basis of the first channel state information,

acquire second channel state information regarding each of the plurality of sub-

channels from a second receiver, when the one or more first allocation sub-channels

correspond to a portion of the plurality of channels, allocate one or more second

allocation sub-channels to the second receiver on the basis of the second channel

state information, and transmit a data unit to the first and second receivers. The

data unit comprises first and second data frames. The first data frame is

transmitted through the one or more first allocation sub-channels. The second data

frame is transmitted through the one or more second allocation sub-channels." Park

at ¶ [0021].

1841.  Alternatively, Park, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1842.  **Sohn** discloses this element. For example, Sohn discloses: "As pieces of

control information included in the NDP frame when the NDP frame is transmitted,

length information, indicating the length of a PSDU included in a data field or the

length of an Aggregate-MAC Protocol Data Unit (A-MPDU) included in the PSDU,

███████████████████████████

is set to 0, and information indicating the number of target transmission STA to

which the NDP frame will be transmitted is set to 1. Furthermore, a group ID,

indicating whether a transmission scheme used to transmit the NDP frame is MU-

MIMO or SU-MIMO and a target transmission, is set as a value indicating SU-

MIMO transmission. Information indicating the number of spatial streams

allocated to a target transmission STA is set to indicate the number of spatial

streams transmitted to the target transmission STA through MU-MIMO or SU-

MIMO. Information about a channel bandwidth used to transmit the NDP frame

may be set as a bandwidth value used to transmit the NDPA frame." Sohn at ¶

[0087].

1843.  Sohn further discloses: "Referring to FIG. 6, an NDPA frame includes a

primary subchannel, and the NDPA frame is transmitted through four subchannels

each having a 20 MHz bandwidth. The NDPA frame is transmitted according to a

duplicate frame structure. Accordingly, although an AP transmits the NDPA frame

by spanning a large bandwidth, an STA can normally decode and understand the

NDPA frame only if the STA normally receives only some bands." Sohn at ¶ [0112];

*see also* Sohn at FIG. 6.

1844.  Alternatively, Sohn, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

1845.  **Abraham** discloses this element. For example, Abraham discloses:

"FIG. 5 illustrates an aspect of an NDPA frame, for example the NDPA frame 422.

█████████████████████████████████████████████████

In some aspects, the NDPA frame 422 may be referred to as a CSI request message, which may be of type control frame. The NDPA frame 422 may comprise one or more of a frame control field 502, a duration field 504, an RA broadcast field 506, a TA field 508 , a CSI sequence field 512, an STA information field 514, and a CRC field 516 . The NDPA frame 422 may be transmitted or broadcast by the AP, as described above. The NDPA frame 402 may be formatted or configured similar to the NDPA frame 422." Abraham at ¶ [0076]; *see also* Abraham at FIG. 5.

1846.  Abraham further discloses that the "STA information 612 may communicate to an STA parameters that the STA may use to report CSI…." Abraham at ¶ [0084]. Additionally, Abraham discloses: "In the aspect illustrated in FIG. 7A, STA information 612α may comprise one or more of an AID field 702 , an Ng field 704 , an Ng field 706 , a coefficient field 712 , and a codebook field 714 , a last SF received field 722 , and a last SF stored field 724 . In some aspects, the STA information 612 a further comprises a reserved field 732 that includes bits in addition to those assigned to the fields 702 - 724 that may be used for any of a variety of purposes. In some aspects, the fields 702 - 732 are arranged in an order that differs from the order illustrated in FIG. 7A." Abraham at ¶ [0085]; *see also* Abraham at FIG. 7A. For example, "[i]n the illustrated aspect, the Ng field 706 comprises at least 3 bits. In some aspect, the Ng field 706 comprises at least 2 bits. The Ng field 706 may indicate a grouping of tones on which the STA identified by

the AID field 702 is to generate CSI feedback. For example, the tones may correspond to sub-carriers in an OFDM system." Abraham at ¶ [0088].

1847.  Alternatively, Abraham, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1848.  **Lou** discloses this element. For example, Lou discloses: "COBRA may implement OFDMA sub-channelization, SC-FD MA sub-channelization and filter-bank multicarrier (FBMC) sub-channelization, and may improve the spectral efficiency of OFDM methods used in wireless fidelity (WiFi) systems which have been previously described by 802.11n, 802.11ac, 802.11af, and 802.11ah. These examples and associated embodiments may combine the features of CSMA and orthogonal block based resource allocation methods." Lou at ¶ [0104]. Further, "In a sounding channel example, the AP may assign one or more sub-channels for sounding. Sounding may be utilized for beamforming/precoding training, signal-to-noise ratio (SNR) measurement, and the like. Sounding on one or more sub-channels may be more efficient when the STA is known to perform transmission on the one or more sub-channels. The structure of the sounding channel may follow the normal sounding frame defined for WLANs." Lou at ¶ [0114].

1849.  Lou further discloses: "Downlink link adaptation may require the knowledge of downlink radio channel quality. There may be two methods to estimate the downlink channel quality. One method may be to require explicit CQI

- 615 -

feedback from STAs. Another method may be to estimate the downlink channel through uplink transmission given that the transmit power of STAs may be known." Lou at ¶ [0343].

1850.  Additionally, Lou discloses: "There may be two different channel quality indicator feedback mechanisms. In a first example, in band CQI feedback may be used. In this example, the AP may transmit a CQI requirement on one or more sub-channels that it may intend to utilize to the STA. The STA may measure the channel quality on the one or more sub-channels and provide feedback to the AP. This feedback may be utilized by the AP to assign MCS on the specified sub-channels. In a second example, out of band CQI feedback may be used. In this example, the AP may transmit a general CQI requirement to a STA. The STA may measure CQI on all the sub-channels and provide feedback to the AP. This feedback may assist the AP to schedule one or more sub-channels to STAs." Lou at ¶ [0344].

1851.  Alternatively, Lou, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

1852.  To the extent it is argued or determined that any of Chun, Park, Sohn, Abraham, or Lou do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Chun and/or Park and/or Sohn and/or Abraham and/or Lou.  *See* "Motivation to Combine," *infra.*

### 9.    Motivation to Combine

1853. The systems and methods disclosed in the references discussed (*i.e.*, Chun, Park, Sohn, Abraham, or Lou) above are analogous to the inventions claimed in the '259 Patent. At the time of the invention, one or more of these references could have been combined with each other (and/or in view of applicant admitted prior art and/or the knowledge of a person of ordinary skill in the art) by a person of ordinary skill in the art in an obvious way, and a person of ordinary skill would have had a reasonable expectation of success in combining these references as described above.

1854. Each of these references is analogous art to the claimed invention because the references are from the same field of endeavor as the claimed invention (even if it is argued or determined that they address a different problem). For example, each of these references specifically relates to WLAN operation at least according to IEEE 802.11 standards. In particular, Chun discusses IEEE 802.11 standards (*e.g.*, at FIG. 1 and ¶ [0043]), including providing specific disclosure relating to ("HE") WLANs (*e.g.*, at ¶¶ [0078], [0085] – [0116]; and FIGS. 5 and 6). Each of the other references discusses IEEE 802.11 standards with particular focus on high-throughput WLANs, such as in IEEE 802.11n, 802.11ac, and other 802.11-based networks (*e.g.*, Park at FIG. 2 and ¶¶ [0003], [0036], [0040], [0042], [0048], [0049], [0067], [0068], [0077], [0180]; Sohn at FIG. 2 and ¶¶ [0003], [0004], [0036], [0040], [0042], [0180]; Abraham at ¶¶ [0005], [0047], [0069]; and Lou at ¶¶ [0002], [0003], [0074], [0082], [0096]-[0104], [0124], [0125], [0131], [0132], [0135], [0189],

[0207], [0208], [0233], [0240], [0256], [0257], [0268], [0269], [0272], [0273], [0278],

[0299], *et al.*).

1855.  Each of these references are analogous art to the claimed invention

also because each reference is reasonably pertinent to the problem faced by the

inventor (even if it is argued or determined that they are not in the same field of

endeavor as the claimed invention).  As shown in detail above and as summarized

and expounded upon below, each of these references would have logically

commended themselves to the inventors' attention in considering the problem they

were attempting to address.

1856.  For example, **Chun** discloses a method and apparatus (e.g., AP) for

"transmitting a frame on the basis of a sounding procedure in a wireless local area

network (WLAN) [including]: transmitting by an access point (AP) a null data

packet announcement (NDPA) frame to each of a plurality of stations (STAs),

wherein the NDPA frame reports transmission of a null data packet (NDP);

transmitting by the AP the NDP to each of the plurality of STAs; receiving by the

AP a plurality of feedback frames … [that] respectively include a plurality of pieces

of channel state information determined on the basis of the NDP." Chun at ¶ [0008].

And as discussed above in more detail, Chun discloses or renders obvious all

elements of the Asserted Claims of the '259 Patent. *See supra.* Chun further

discloses teachings, suggestions, and motivations to use the disclosed system. *Id.* at

¶ [0010] ("Since a frame is transmitted based on channel state information acquired

- 618 -

on the basis of a sounding procedure, data transmission efficiency can be

increased."); *see also* ¶¶ [0063] – [0067]. A POSITA would appreciate that Chun

discloses these teachings, suggestions, and motivations in context of networks based

on IEEE 802.11 standards, including applicability to IEEE 802.11ax standards.

1857.  For example, **<u>Park</u>** discloses "a method and apparatus for transmitting

and receiving frames on the basis of frequency selection transmission in a wireless

local area network (WLAN) system." Park at ¶ [0006]. For example, Park discloses:

"acquiring first channel state information regarding each of the plurality of sub-

channels from a first receiver" (*id.* at ¶ [0007]), such as by "transmitting a null data

packet (NDP) announcement (NDPA) frame indicating transmission of an NDP for

channel sounding, transmitting the NDP, and receiving a first feedback frame

including the first state channel information acquired on the basis of the NDP from

the first receiver" (*id.* at ¶ [0012]). And as discussed above in more detail, Park

discloses or renders obvious all elements of the Asserted Claims of the '259 Patent.

*See supra.* Similar to Chun discussed above, Park discloses teachings, suggestions,

and motivations to use its inventions in the context of IEEE 802.11 systems and

methods. *Id.* at ¶¶ [0003] – [0005] ("IEEE 802.11n is a technology standard that has

been recently established in order to overcome the limit to communication speed

that has been recognized as a weakness of WLAN. IEEE 802.11n aims to increase

network speed and reliability and expand coverage of a wireless network. More

specifically, the IEEE 802.11n system adopts MIMO (Multiple Inputs and Multiple

████████████████████████████

Outputs) technology that uses multiple antennas at both a transmission unit and a reception unit thereof so as to optimize data speed and to minimize transmission errors while supporting a high throughput (HT) of data processing speed up to 540 Mbps. Meanwhile, as prevalence of wireless local area network (WLAN) has been activated, an environment in which a single AP provides a large number of non-AP stations appears. Characteristics of WLAN supporting such an environment may be represented by a low data rate, low power, and wide coverage. To this end, devices operating in the corresponding WLAN environment may transmit and receive radio signals by using a lower frequency band. As a lower frequency band is used, a channel bandwidth used for transmission and reception of a radio signal may be narrowed, relative to the case of using an existing high frequency band. Thus, discussions of data transmission and reception related to a channel access method, an interference avoidance method, and the like, in case of using a narrowband channel may be required."). A POSITA would appreciate that Park discloses these teachings, suggestions, and motivations in context of networks based on IEEE 802.11 standards, including applicability to IEEE 802.11ax standards.

1858.  For example, **Sohn** discloses "a method for a channel sounding in a wireless local area network [including] transmitting a null data packet announcement (NDPA) frame, to a plurality of receivers, the NDPA frame requesting a channel statement information feedback and announcing that a null data packet (NDP) frame is to be transmitted; transmitting the NDP frame being a

basis of channel estimation for the plurality of receivers; [and] receiving a first feedback frame from a first receiver among the plurality of receivers…." Sohn at ¶ [0010]. Sohn also discloses an apparatus for performing such channel sounding. *See, e.g., id.* at ¶ [0020]. And as discussed above in more detail, Sohn discloses or renders obvious all elements of the Asserted Claims of the '259 Patent. *See supra.* Similar to Park discussed above, Sohn discloses teachings, suggestions, and motivations to use its inventions in the context of IEEE 802.11 systems and methods. *Id.* at ¶ [0008] ("An AP or an STA or both may do not normally receive necessary control information and data while performing a procedure for channel sounding. In this case, an STA or STAs or both that are intended to estimate channels may do not estimate the channels or do not transmit a feedback frame because they do not know whether channel sounding has been started. In this case, an AP or an STA or both that have started channel sounding starts channel sounding again from the beginning because they have not received the feedback frame. Accordingly, there are problems in that an STA or STAs or both that have already estimated channels consume power due to unnecessary operations and the channels are unnecessarily occupied. For this reason, there is a need to introduce a channel sounding method capable of solving the problems."). A POSITA would appreciate that Sohn discloses these teachings, suggestions, and motivations in context of networks based on IEEE 802.11 standards, including applicability to IEEE 802.11ax standards.

████████████████████████████

1859.  For example, **Abraham** discloses methods and apparatuses for "receiving a request for channel state information," "determining parameters of the channel state information based on information included in the request," "determining the channel state information based at least in part on the determined parameters," and "transmitting a frame comprising at least a portion of the determined channel state information." Abraham at ¶ [0008]; *see also id.* at ¶¶ [0009] – [0017]. And as discussed above in more detail, Abraham discloses or renders obvious all elements of the Asserted Claims of the '259 Patent. *See supra.* Similar to references discussed above, Abraham discloses teachings, suggestions, and motivations to use its inventions in the context of IEEE 802.11 systems and methods. *Id.* at ¶¶ [0005] – [0007] ("In order to address the issue of increasing bandwidth requirements demanded for wireless communications systems, different schemes are being developed to allow multiple user terminals to communicate with a single access point by sharing the channel resources while achieving high data throughputs. Multiple Input Multiple Output (MIMO) technology represents one such approach that has recently emerged as a popular technique for next generation communication systems. MIMO technology has been adopted in several emerging wireless communications standards such as the Institute of Electrical and Electronics Engineers (IEEE) 802.11 standard. The IEEE 802.11 denotes a set of Wireless Local Area Network (WLAN) air interface standards developed by the IEEE 802.11 committee for short-range communications (e.g., tens of meters to a

██████████████████████████████████████████

few hundred meters). A MIMO system employs multiple (NT) transmit antennas

and multiple (NR) receive antennas for data transmission. A MIMO channel formed

by the NT transmit and NR receive antennas may be decomposed into Ns

independent channels, which are also referred to as spatial channels, where Ns min

{NT, NR}. Each of the Ns independent channels corresponds to a dimension. The

MIMO system can provide improved performance (e.g., higher throughput and/or

greater reliability) if the additional dimensionalities created by the multiple

transmit and receive antennas are utilized. In wireless networks with a single

Access Point (AP) and multiple user stations (STAs), concurrent transmissions may

occur on multiple channels toward different stations, both in the uplink and

downlink direction. Many challenges are present in such systems."). A POSITA

would appreciate that Abraham's disclosure of these teachings, suggestions, and

motivations in context of networks based on IEEE 802.11 standards are applicable

to IEEE 802.11ax standards.

1860.  For example, **Lou** discloses methods and apparatuses to "support

coordinated orthogonal block-based resource allocation (COBRA) operations. …

User grouping management, group maintenance, channel access, beamforming,

sounding and frequency and synchronization procedures may be modified to support

COBRA operations." Lou at ¶ [0004]. In particular, "In a sounding channel example,

the AP may assign one or more sub-channels for sounding. Sounding may be

utilized for beamforming/precoding training, signal-to-noise ratio (SNR)

- 623 -

measurement, and the like. Sounding on one or more sub-channels may be more efficient when the STA is known to perform transmission on the one or more sub-channels. The structure of the sounding channel may follow the normal sounding frame defined for WLANs." *Id.* at ¶ [0114]. And as discussed above in more detail, Lou discloses or renders obvious all elements of the Asserted Claims of the '259 Patent. *See supra.* Similar to references discussed above, Lou discloses teachings, suggestions, and motivations to use its inventions in the context of IEEE 802.11 systems and methods. *Id.* at ¶¶ [0002] – [0003] ("A wireless local area network (WLAN) in an infrastructure basic service set (BSS) mode may include an access point (AP) for the BSS and one or more stations (STAs), (i.e., wireless transmit/receive units (WTRUs), associated with the AP. The AP may have access to or interface with a distribution system (DS) or another type of wired/wireless network that may carry traffic in and out of the BSS. Traffic to STAs that originates from outside the BSS may arrive through the AP and may be delivered to the STAs. Traffic originating from STAs to destinations outside the BSS may be transmitted to the AP to be delivered to the respective destinations. Traffic between STAs within the BSS may also be transmitted through the AP, where the source STA may transmit traffic to the AP, and the AP may deliver the traffic to the destination STA. Such traffic between STAs within a BSS may be referred to as peer-to-peer traffic. Such peer-to-peer traffic may also be transmitted directly between the source and destination STAs with a direct link setup (DLS) using an IEEE 802.11e

███████████████████████

DLS or an IEEE 802.11z tunneled DLS (TDLS). A WLAN in an independent BSS

(IBSS) mode may not include an AP, and thus the STAs may communicate directly

with each other. This mode of communication may be referred to as an 'ad-hoc' mode

of communication. In IEEE 802.11 infrastructure mode of operation, the AP may

transmit a beacon on a fixed channel referred to as the primary channel. The

primary channel may be 20 MHz wide and may be the operating channel of the

BSS. The primary channel may also be used by the STAs to establish a connection

with the AP. The channel access mechanism in an IEEE 802.11 system may be

carrier sense multiple access with collision avoidance (CSMA/CA). In this mode of

operation, every STA, including the AP, may sense the primary channel. If the

channel is detected to be busy, the STA may back off. Hence, only one STA may

transmit at any given time in a given BSS."). A POSITA would appreciate that

Lou's disclosure of these teachings, suggestions, and motivations in context of

networks based on IEEE 802.11 standards are applicable to IEEE 802.11ax

standards.

1861.  At the time of the invention, it would have been obvious for a POSITA

to combine the teachings of any combination of the above references, using known

methods as disclosed in the references, to yield predictable results.  This would have

involved nothing more than making a simple substitution for one or more known

elements to yield a predictable result; and/or using a known technique disclosed in

the references to improve a similar device or method in the same way; and/or

applying a known technique to a known device or method ready for improvement to
yield a predictable result; and/or choosing from a finite, number of identified,
predictable solutions with a reasonable expectation of success; and/or using known
work prompting variations of it for use based on given design incentives or other
market forces in which the variations were predictable to one of ordinary skill in the
art.  *See*, *e.g.*, the discussion of the development of IEEE 802.11 in the "State of the
Art" Section above.

1862.  One exemplary combination of prior art that renders the asserted
claims obvious is Chun in view of Sohn and/or Lou.  As discussed above, Chun,
Sohn, and Lou are each directed to WLAN technology, including IEEE 802.11.  *See*
Chun at ¶¶ [0004] – [0010]; Sohn at [0001] – [0022]; Lou at ¶¶  [0002], [0003],
[0074].

1863.  Additionally, Lou at ¶ [0114] discloses a sounding channel example
wherein "the AP may assign one or more sub-channels for sounding. Sounding may
be utilized for beamforming/precoding training, signal-to-noise ratio (SNR)
measurement, and the like. Sounding on one or more sub-channels may be more
efficient when the STA is known to perform transmission on the one or more sub-
channels."  Chun also relates to a sounding procedure.  See Chun for example at
Abstract, Chun at ¶¶ [0068] – [0083].  A POSITA would be motivated to modify
Chun to make the channel information in the control field include SNR information

███████████████████████████

for the "one or more sub-channels" assigned by the AP, as taught by Lou, to enable a "more efficient" sounding procedure.  Lou at ¶ [0114].

1864.  Another exemplary combination of prior art that renders the asserted claims obvious is Park in view of Chun and/or Sohn and/or Lou.  As discussed above, Park, Chun, Sohn, and Lou are each directed to WLAN technology, including IEEE 802.11.  *See* Chun at ¶¶ [0004] – [0010]; Sohn at [0001] – [0022]; Lou at ¶¶  [0002], [0003], [0074].  Park is similar.  *See* Park at ¶¶  [0002] – [0022].  Moreover, as shown above, these references expressly disclose channel "sounding" methods.  *See*, *e.g.*, Park at [0012], [0109], Figure 5; Chun at Abstract, ¶ [0008].  And as discussed above, Lou at ¶ [0114] discloses a sounding channel example wherein "the AP may assign one or more sub-channels for sounding. Sounding may be utilized for beamforming/precoding training, signal-to-noise ratio (SNR) measurement, and the like. Sounding on one or more sub-channels may be more efficient when the STA is known to perform transmission on the one or more sub-channels."

1865.  Moreover, it would have been obvious to combine any combination of the above references with Abraham.   Like the other references discussed above, Abraham is directed to WLAN technology including IEEE 802.11.  Abraham at ¶ [0005] – [0017], [0047].  Abraham specifically discloses an NDPA frame indicating information corresponding to a predetermined length and an NDA frame including allocation information of a subchannel.  See my discussion of claims 6, 7, 18 above.  It would have been well within the ordinary skill in the art at the time of the

invention to modify any of the references discussed above with the teachings of
Abraham.

**D.      The Asserted Claims of the '738 Patent Are Invalid**

1866.  As mentioned previously, Atlas asserts claims 1-16 of U.S. Patent No.
9,825,738 ("the '738 Patent").  Claims 1 and 9 are independent claims.  Claim 1 is
written from the perspective of an "access point in a wireless communication
network" (which allegedly could be an IEEE 802.11ax AP), while independent claim
9 is written from the perspective of an "a station in a wireless communication
network" (which allegedly could be an IEEE 802.11ax STA) but is otherwise
substantially similar to claim 1.  In particular element 9 [pre] corresponds to
element 1 [pre]; element 9[a] corresponds to elements 1[a]-1[c]; element 9[b]
corresponds to element 1[d]; element 9[c] corresponds to element 1[e]; element 9[d]
corresponds to element 1[f]; and element 9[e] corresponds to element 1[g].
Accordingly, my analysis as to independent claim 1 applies as to independent claim
9, and for brevity I may not repeat my analysis as it applies to claim 9.  Similarly,
dependent claim 10 corresponds to claim 2; dependent claim 11 corresponds to claim
3; dependent claim 12 corresponds to claim 4; dependent claim 13 corresponds to
claim 5; dependent claim 14 corresponds to claim 6; dependent claim 15 corresponds
to claim 7; dependent claim 16 corresponds to claim 8.  Accordingly, my analysis as
to dependent claims 2-8 (which depend from claim 1) applies as to dependent claims

- 628 -

███████████████████████████████████████████

10-16 (which depend from claim 9) and for brevity I may not repeat my analysis as it applies to dependent claims 10-16.

1867.  As shown below, the claimed methods of the '738 Patent were previously known in the art.  Specifically, each asserted claim of the '738 Patent is obvious in view of U.S. Patent Publication 2015/0063258 ("Merlin 258") and/or U.S. Patent Publication  2015/0029996 ("Yuan") and/or U.S. Patent No. 8,571,010B ("Zhang") and/or U.S. Patent Publication 2015/0124690 ("Merlin 690") and/or U.S. Patent Publication 2015/0023335A1 ("Vermani") and/or U.S. Patent 9,825,678 ("Chu") and/or U.S. Patent to 9,794,032 ("Kang") and/or U.S. Patent Publication 2012/0026928 ("Gong").

        **1.**    **Claim 1 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

        **a.**    **Element 1 [pre]:  A method of operating an access point in a wireless communication network, the method comprising:**

1868.  **Merlin 258** discloses this element.

1869.  Merlin 258 at ¶ [0002]: "Certain aspects of the present disclosure generally relate to wireless communications, and more particularly, to methods and apparatus for multiple user uplink communication in a wireless network."

1870.  Merlin 258 at ¶ [0028]: "In some implementations, a WLAN includes various devices which are the components that access the wireless network. For example, there may be two types of devices: access points ("APs") and clients (also

referred to as stations, or "STAs"). In general, an AP serves as a hub or base station

for the WLAN and an STA serves as a user of the WLAN. For example, a STA may

be a laptop computer, a personal digital assistant (PDA), a mobile phone, etc. In an

example, an STA connects to an AP via a Wi-Fi (e.g., IEEE 802.11 protocol such as

802.11ah) compliant wireless link to obtain general connectivity to the Internet or

to other wide area networks. In some implementations an STA may also be used as

an AP."

    1871.  Merlin 258 at Figure 1:



FIG. 1

    1872.  Merlin 258 at Figure 2:



FIG. 2

1873. *See also* Merlin 258 at Figures 1-12; claims 1-30.

1874. Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1875. **Merlin 690** discloses this element.

1876. Merlin '690 at ¶ [0007] "The systems, methods, and devices of the disclosure each have several aspects, no single one of which is solely responsible for its desirable attributes. Without limiting the scope of this disclosure as expressed by the claims which follow, some features will now be discussed briefly. After

- 631 -

considering this discussion, and particularly after reading the section entitled "Detailed Description" one will understand how the features of this disclosure provide advantages that include improved communications between access points and stations in a wireless network."

1877.  Merlin '690 at ¶ [0012] "Certain aspects of the present disclosure provide an access point for wireless communications with a plurality of stations. The access point generally includes at least one antenna, a processing system configured to determine that a plurality of devices have a first capability and generate MU packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an ACK or BA, and a transmitter configured to transmit, via the at least one antenna the MU packet."

1878.  Merlin '690 at ¶ [0018] "Certain aspects of the present disclosure provide an access point for wireless communications with a plurality of stations. The access point generally includes at least one antenna, a processing system configured to determine that a plurality of devices have a first capability, generate a first MU packet that solicits a first immediate response from each of a first set of the plurality of devices, and generate a second MU packet that solicits a second immediate response from each of a second set of the plurality of devices, wherein the second MU packet is different than the first MU packet; and a transmitter configured to transmit, via the at least one antenna, the first MU packet and the second MU packet."

- 632 -

1879. Merlin 690 at Figures 1 and 2:



FIG. 1



FIG. 2

████████████████████████████████

1880.  *See also* Merlin '690 at Figures 1-26 and claims 1-30.

1881.  Alternatively, Merlin 690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1882.  **Zhang** discloses this element.

1883.  Zhang at [Col 10, lines 19-47]. "FIG. 4A is a timing diagram of an SUT period, according to an embodiment. An AP allocates a protected SUT period 200 of duration Tu. In the illustrated embodiment, the AP controls synchronization and timing of the SUT period 200 at least partly by generating a synchronization frame 202 and broadcasting (or multicasting) the synchronization frame 202 to SUT-capable stations. In another embodiment, the AP transmits a synchronization frame to each SUT-capable station individually. The SUT period 200 begins following the transmission of the synchronization frame 202 after a synchronization period of duration Td. The synchronization frame 202 specifies timing of the SUT period 200 (e.g., the start time, the duration Tu), according to an embodiment. Further, depending on the particular embodiment, the synchronization frame 202 includes one or more of the following: an indication of which of the SUT-capable stations are expected to transmit uplink data during the SUT period 200, a respective index assigned to each SUT-capable station expected to communicate during the SUT period 200, the total number of space-time streams available for uplink transmission, a listing of space-time streams allocated to each individual SUT-

- 634 -

███████████████████████████████████████

capable station for the SUT period 200, bandwidth of SUT frames (e.g., 20 MHz, 40 MHz, 80 MHz), a respective modulation and coding scheme for each SUT-capable station expected to transmit during the SUT period 200, a respective power control parameter for each SUT-capable station expected to transmit during the SUT period 200, the maximum duration of an SUT frame that can be transmitted during the SUT period 200, etc."

1884.  Zhang at [Col 10, lines 48-60]. "In some embodiments, the AP controls the selection of SUT-capable stations that transmit uplink data during the SUT period 200. As one example, the AP determines, based on previous communications, that four SUT-capable stations wish to transmit communication frames to the AP in the next available SUT period, but that only three of the four SUT-capable stations can be accommodated during the SUT period 200. In an embodiment, the AP selects three SUT-capable stations based on the quality of service or another suitable criterion (or several criteria). The synchronization frame 202 subsequently includes a listing of SUT-capable stations selected to communicate during the SUT period 200, according to an embodiment."

1885.  Zhang at [Col 10, line 61 – Col 11, line 10]. "In the embodiment of FIG. 4A, N SUT-capable stations transmit communication frames or packets 210-1, 210-2, . . . 210-N, respectively. The frames 210-1, 210-2, . . . 210-N need not be of the same duration. However, as discussed in more detail below, the communication frames 210-1, 210-2, . . . 210-N, in an embodiment, transmit identical sequences in a

- 635 -

synchronized manner during at least a portion of the PHY preamble. Further, the frames 210-1, 210-2, . . . 210-N need not arrive at the AP at precisely the same time. However, the start of each of the frames 210-1, 210-2, . . . 210-N must be received within the duration Tcp of a cyclic prefix (CP) of an OFDM symbol to ensure proper processing, according to an embodiment. Thus, even though the SUT frame 210-2 in FIG. 4 arrives later than the frames 210-1 and 210-N, the AP can properly process the SUT frame 210-2 because the start of the SUT frame 210-2 is received within the time interval of duration Tcp."

1886.  Zhang at [Col 11, lines 11 - 24]. "In an embodiment, each SUT-capable station includes a corresponding SUT index (SUT_IDX) assigned to the station in the synchronization frame 202. In another embodiment, the AP relies on the MAC address or another parameter to differentiate between the frames 210-1, 210-2, . . . 210-N. To acknowledge a successful receipt of N SUT frames, the AP transmits N acknowledgement frames 210-1, 210-2, . . . 210-N separated by a predefined Short Inter Frame Space (SIFS), according to an embodiment. The technique for transmitting acknowledgements illustrated in FIG. 4 may be referred to as "staggered acknowledgement." Each acknowledgment is a positive acknowledgement (ACK) or a negative acknowledgement (NACK), depending on whether the SUT frame has been received properly and/or timely."

1887.  Zhang at [Col 11, lines 25 - 33]. "In an embodiment, the AP schedules Tu so as to allocate both SUT packets and staggered acknowledgements. Further,

- 636 -

according to an embodiment, the transmissions of acknowledgements are pre-scheduled. For example, the AP may schedule to transmit an ACK or a NACK for an SUT frame to be received from a station with SUT_IDX=1 at a time Ta irrespective of the actual duration of the SUT frame. The acknowledgements are transmitted in the ascending order of the SUT_IDX, in an embodiment."

1888.  Zhang at [Col 11, lines 34 - 45]. "Referring to FIG. 4B, an SUT period 230 is generally similar to the SUT period 200 discussed with reference to FIG. 4A, except that upon receiving SUT frames 232-1, 232-2, . . . 232-N, an AP transmits a block acknowledgement frame 234 to SUT-capable stations that communicate during the SUT period 230. In an embodiment, the block acknowledgement frame 234 specifies the identity (e.g., SUT_IDX or the MAC address) of each SUT-capable station from which a SUT frame has been successfully received. In one such embodiment, the block acknowledgement frame 234 is transmitted after a predefined interval (e.g., SIFS) following the receipt of the longest SUT frame."

1889.  Zhang at [Col 11, lines 46 - 52]. "In some embodiments, an AP specifies a fixed duration of SUT frames in a synchronization frame, for example. In one such embodiment, SUT-capable stations pad the corresponding SUT frames at the PHY layer or the MAC layer. FIG. 4C illustrates one such padding technique. During an SUT period 240, SUT frames 242-1, 242-2, and 242-N are padded to conform to the same length requirement."

- 637 -

████████████████████████████████████████

1890. Zhang at [Col 11, lines 53 – 67]. "However, in accordance with another embodiment, the AP checks the duration of each SUT frame using a station-specific field such as HT-SIG or VHT-SIG in the PHY preamble, for example, and delays clear channel assessment (CCA) until the longest SUT frame is fully received. Shared as well as station-specific fields of a PHY preamble are discussed more fully below. In another embodiment, an AP determines certain PHY parameters, such as MCS and the length of an SUT packet, for each SUT-capable station and provides PHY parameters to the stations in a synchronization frame. In this case, stations need not specify the already-determined PHY parameters in a HT-SIG or VHT-SIG field of the preamble. In an embodiment, stations omit a VHT-SIG from the PHY preamble when PHY parameters are determined by the AP prior to stations transmitting SUT frames."

1891. Zhang at Figures 4A-4C:



FIG. 4A



FIG. 4B



FIG. 4C

1892.  See also Zhang at Figures 1-11.

1893.  See also Zhang at claims 1-21.

1894.  Alternatively, Zhang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1895.  **Chu** also discloses this element.

1896.  Chu, Abstract ("A method for selecting members of a client uplink group is described. An uplink traffic characteristic information signal is received from each of a plurality of communication devices. Multiple communication devices of the plurality of communication devices are selected as members of a client uplink group based at least on traffic information indicated by the respective uplink traffic

characteristic information signals. An uplink group definition frame is transmitted to each member of the client uplink group. The uplink group definition frame indicates an uplink multi-user multiple input multiple output (MU-MIMO) transmission schedule for the client uplink group for members of the client uplink group to simultaneously transmit to an access point. The members of the client uplink group are triggered to transmit uplink data frames simultaneously.").

1897.  Chu, 1:48-57 ("The method includes transmitting an uplink group definition frame to each member of the client uplink group, the uplink group definition frame indicating an uplink multi- user multiple input multiple output (MU-MIMO) transmission schedule for the client uplink group for members of the client uplink group to simultaneously transmit to an access point. The method further includes triggering the members of the client uplink group to transmit uplink data frames simultaneously.").

1898.  Chu, FIG. 11.





**FIG. 11**

1899.  Chu, 6:14-46 ("After finishing the member selection of the uplink group, the AP transmits an uplink group definition frame, through EDCA procedures or other medium access mechanisms, to the members of the uplink group. In an embodiment, the uplink group definition frame includes at least one of i) the member stations in the uplink group, ii) a start time of the uplink MU-MIMO transmission schedule, iii) a duration of the uplink MU-MIMO transmission schedule, or iv) an interval between transmissions of the uplink MU-MIMO transmission schedule. In an embodiment, the start time is indicated as a time offset from a transmission time of the uplink group definition frame until a transmission time of a communication frame to trigger uplink simultaneous transmission, described below, or another suitable time indication. In an embodiment, the duration is indicated as a time duration (e.g., a TXOP for uplink simultaneous transmission), a number of data frames to be transmitted during the

- 642 -

███████████████████████████████████

schedule. In an embodiment, the interval indicates a time duration (e.g., a number of microseconds) between two adjacent uplink simultaneous transmission TXOPs, an integer number of predetermined intervals (e.g., an integer multiple of a short interframe spacing), or other suitable interval indication. In an embodiment, the AP sets the interval to the proposed service interval received from a client station. In an embodiment, the uplink group definition frame indicates a value for an access category, traffic category, traffic stream, TID, data rate, MCS value, or other suitable parameters to be used for transmissions during the uplink MU-MIMO schedule. In an embodiment, the uplink group definition frame is an action frame having one or more information elements that contain the member station identifiers of the uplink group, MU-MIMO transmission schedule and/or other suitable data.").

1900.  Chu, 10:47-54 ("In an embodiment, the AP generates and transmits the uplink group definition frame 408 to each member of the client uplink group. In an embodiment, the uplink group definition frame 408 also indicates an uplink multi-user multiple input multiple output (MU-MIMO) transmission schedule for the client uplink group for members of the client uplink group to simultaneously transmit to an access point.").

1901.  Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1902.  **Kang** also discloses this element.

- 643 -

1903.  Kang, Abstract ("Provided is a method of receiving a physical layer convergence procedure (PLCP) protocol data unit (PPDU) by an access point (AP) in a wireless local area (LAN) system. The method includes: allocating a first transmission channel bandwidth to a first station (STA) which is multiple input multiple output (MIMO)-paired with the AP; allocating a second transmission channel bandwidth to a second STA which is MIMO- paired with the AP; transmitting to the first STA and the second STA a sync trigger for determining a time point at which the first STA transmits a first PPDU and a time point at which the second STA transmits a second PPDU; and receiving simultaneously the first PPDU and the second PPDU from the first STA and the second STA.")

1904.  Kang, 1:17-21 ("The present invention relates to wireless communications, and more particularly, to a method of receiving a physical layer convergence procedure (PLCP) protocol data unit (PPDU) in a wireless local area network (WLAN) system and an apparatus supporting the method.").

1905. Kang, 2:17-27 ("The VHT WLAN system allows a plurality ofVHT STAB to simultaneously access a channel in order to effective use a radio channel. For this, multi-user multiple input multiple output (MU-MIMO)-based transmission using multiple antennas is supported. A VHT access point (AP) can perform spatial division multiple access (SDMA) transmission for transmitting spatial-multiplexed data to the plurality of VHT STAs. When data is simultaneously transmitted by distributing a plurality of spatial streams to the plurality of STAs by the use of a

- 644 -

███████████████████

plurality of antennas, an overall throughput of the WLAN system can be

increased.").

1906.  Kang, 2:33-42 ("The multi-user channel environment needs to

guarantee that a channel matrix is in a good state so that all MU-MIMO schemes

can fully use spatial flexibility. Thus, it is required that the multiple users can

simultaneously perform transmission with respective desired data transfer rates

without being restricted by interference. Since the AP transmits a radio signal

simultaneously to several STAs in a downlink channel, each STA receives a signal

of another user in addition to a desired signal, which may act as interference.").

1907.  Kang, 5:1-6 ("A wireless local area network (WLAN) system according

to an embodiment of the present invention includes at least one basic service set

(BSS). The BSS is a set of stations (STAs) successfully synchronized to communicate

with one another. The BSS can be classified into an independent BSS (IBSS) and an

infrastructure BSS. The BSS includes at least one STA and an access point (AP).

The AP is a functional medium for providing a connection to STAs in the BSS

through respective wireless media. The AP can also be referred to as other

terminologies such as a centralized controller, a base station (BS), a scheduler,

etc.").

1908.  Kang, 5:13-25 ("The STA is any functional medium including a

medium access control (MAC) and wireless-medium physical layer (PHY) interface

satisfying the institute of electrical and electronics engineers (IEEE) 802.11

- 645 -

██████████████████████████████████████

standard. The STA may be an AP or a non-AP STA. Hereinafter, the STA refers to

the non-AP STA unless specified otherwise. The STA can be classified into a very

high throughput (VHT)-STA, a high throughput (HT)-STA, and a legacy (L)-STA.

The HT-STA is an STA supporting IEEE 802.1 ln. The L-STA is an STA supporting

a previous version of IEEE 802.11n, for example, IEEE 802.1 la/b/g. The L-STA is

also referred to as a non-HT STA.").

1909.  Kang, 12:40-44 ("Referring to FIG. 12, the AP performs signaling on a

transmission channel bandwidth to be used for each of a plurality of MIMO-paired

STAs. The AP performs signaling on each of the STAI and the STA2 to use a

transmission channel of a 40 MHz bandwidth (step S1210).").

1910.  Kang, 12:51-62. ("Since the 40 MHz bandwidth is signaled to the STAI,

a transmission channel including CHI and CH2 can be allocated to the STAI.

However, since the supported bandwidth is 20 MHz, the STAI determines the

transmission channel bandwidth to 20 MHz, and transmits a frame to the AP by

using the CHI (step S1221). Since the 40 MHz bandwidth is signaled to the STA2, a

transmission channel including CH3 and CH4 can be allocated to the STA2. Since

the STA2 can support the 40 MHz bandwidth, the STA2 determines the

transmission channel bandwidth to 40 MHz, and transmits a frame to the AP by

using the CH3 and the CH4 (step S1222).").

1911.  Kang, 12:63-65 ("Upon receiving a frame through a specific channel from the STAI and the STA2, the AP transmits an ACK frame to the STAI and the STA2 in response thereto (step S1230).").

1912.  Kang, FIG. 4, FIG. 12.

1913.  Kang, 13:23-41 ("Signaling of the transmission channel bandwidth may be a method of transmitting bandwidth information by inserting the bandwidth information into a PPDU. A VHT- SIGA field and a VHT-SIGB field exist as a field including control information for an STA which receives the PPDU. The VHT-SIGA field is a field including common control information that can be commonly used for a plurality of MIMO-paired STAs. On the other hand, the VHT-SIGB field is a field including dedicated control information used for each of the plurality of MIMO-paired STAs. Therefore, transmission channel bandwidth information to be signaled to each of the plurality of MIMO-paired STAs may be included in the VHT-SIGB field. When the STA receives the PPDU, the STA can acquire the transmission channel bandwidth information by decoding the VHT-SIGB field. An embodiment of signaling the transmission channel bandwidth information through the VHT-SIGB field will be described below in detail with reference to the accompanying drawings.").

1914.  Kang, 8:3-36 ("Referring to FIG. 3, a training symbol is defined on a spatial stream basis, and is transmitted for channel estimation of each spatial stream. When the number of spatial streams is 1, 2, and 4, the number of HT-LTFs

- 647 -

to be transmitted is 1, 2, and 4, respectively. When the number of spatial streams is 3, one extra long training symbol is used so that 4 HT-LTFs can be used. Unlike the IEEE 802.1 ln standard supporting the HT, a next generation WLAN system requires a higher throughput. This is called a very high throughput (VHT) to distinguish it from the HT, and 80 MHz bandwidth transmission and/or higher bandwidth transmission (e.g., 160 MHz) are supported in the next generation WLAN system. In addition, multi user-multiple input multiple output (MU-MIMO) transmission is supported. An amount of control information transmitted to STAs for MU-MIMO transmission may be relatively greater than an amount of IEEE 802.11n control information. Examples of control information additionally required for the VHT WLAN system may be information indicating the number of spatial streams to be received by each STA, information regarding modulation and coding of data transmitted to each STA, etc. Therefore, when MU-MIMO transmission is performed in order to provide data services simultaneously to a plurality of STAs, the amount of control information to be transmitted may be increased according to the number of receiving STAs. In order to effectively transmit the increased amount of control information to be transmitted, among a plurality of pieces of control information required for MU-MIMO transmission, common control information commonly required to all STAs and dedicated control information individually required to the STAs may be transmitted by distinguishing the two types of information.").

- 648 -

1915.  Kang, 8:37-9:4 ("A PPDU format used in the WLAN system supporting

MU-MIMO will be described with reference to FIG. 4. Referring to FIG. 4, a PPDU

400 includes an L-STF field 410, an L-LTF field 420, an L-SIG field 430, a VHT-

SIGA field 440, a VHT-STF field 450, a VHT-LTF field 460, a VHT-SIGB field 470,

and a data field 480. A PLCP sub-layer converts a PSDU delivered from a MAC

layer into the data field 480 by appending necessary information to the PSDU,

generates the PPDU 400 by appending several fields such as the L-STF field 410,

the L-LTF field 420, the L-SIG field 430, the VHT-SIGA field 440, the VHT-STF

field 450, the VHT-LTF field 460, the VHT-SIGB field 470, or the like, and delivers

the PPDU 400 to one or more STAs through a PMD layer. The L-STF field 410 is

used for frame timing acquisition, automatic gain control (AGC) convergence, coarse

frequency acquisition, etc. The L-LTF field 420 is used for channel estimation for

demodulation of the L-SIG field 430 and the VHT-SIGA field 440. The L-SIG field

430 is used when an L-STA receives the PPDU to acquire data. The VHT-SIGA field

440 includes control information for interpreting the received PPDU 400 as common

control information required for VHT-STAs which are MIMO- paired with an AP.

The VHT-SIGA field 440 includes information on a spatial stream for each of the

plurality of MIMO-paired STAs, bandwidth information, identification information

related to whether space time block coding (STBC) is used, a group identifier for an

STA group, information on an STA to which each group identifier is allocated, and

information related to a short guard interval (GI). Herein, the group identifier for

- 649 -

the STA group may include whether a currently used MIMO transmission method

is MU-MIMO or SU-MIMO.").

1916.  Kang, FIG. 4.

1917.  Kang, 11:16-46 ("FIG. 8 shows a MIMO-based PPDU reception method

according to an embodiment of the present invention. Although not shown in FIG. 8,

it is assumed that an AP has performed in advance an operation of allocating a

transmission channel bandwidth to a plurality of MIMO-paired STAs. Accordingly,

it is regarded that a transmission channel bandwidth to be used by each of the

plurality of MIMO-paired STAs is determined. Referring to FIG. 8, the AP

transmits a sync trigger to the plurality of MIMO-paired STAs (step S810). Upon

receiving the sync trigger, the plurality of STAs wait for IFS. After waiting for the

IFS, the plurality of MIMO-paired STAs simultaneously transmit a frame to the AP

(step S820). A specific STA to which a transmission channel consisting of only a

secondary channel except for a channel bandwidth is allocated among the plurality

of MIMO-paired STAs transmits a frame only when the sync trigger is received

from the AP. Upon transmitting the sync trigger for uplink MU-MIMO

transmission, in response to frame reception, the AP can transmit an ACK frame by

directly using a channel bandwidth at which data is transmitted. Alternatively, by

using a primary channel as shown in steps S740 and S750 of FIG. 7, the ACK frame

can be transmitted at different times to the MIMO-paired STAs. Synchronization

triggering can be achieved by exchanging a request to send (RTS)/clear to send

- 650 -

(CTS) defined in IEEE 802.11, transmitting a CTS-to-self frame, and transmitting an uplink OFDM primitive as a separate frame. Examples thereof will be described below in greater detail with reference to the accompanying drawings.").

1918.  Kang, FIG. 8.

1919.  Kang, 12:9-15 ("Referring to FIG. 11, an AP transmits an uplink OFDMA primitive to an STAI, an STA2, and an STA3 which are MIMO-paired (step S1110). Upon receiving the OFDMA primitive from the AP, the STAI, the STA2, and the STA3 can simultaneously transmit data to be transmitted to the AP by using OFDMA-based MU- MIMO transmission after waiting for IFS (step Sl 120).").

1920.  Kang, FIG. 11.

1921.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1922.  **Gong** also discloses this element.

1923.  Gong, [0011] ("Embodiments of the present invention provide using medium access control (MAC) signaling to notify different stations (STAs) operating in a wireless network regarding multicast address, total number of streams, individual MCS and the rows of the P matrix. In an embodiment of the present invention, an AP may determine the total number of streams, max duration and the max modulation coding scheme (MCSs) for individual STAs; may define a UL MU

MIMO Group frame; and may provide a MAC signaling procedure before UL MU

MIMO transmissions.").

1924.  Gong [0013] ("The AP learns the buffered traffic at each STA via the

quality of service (QoS) control field in received frames. Before each UL MU MIMO

transmission, the AP transmits an action frame to multiple STAs that have

buffered traffic.")

1925.  Gong [0019] ("Turning now to FIG. 3, at 300, is illustrated another

embodiment of the present invention which provides system, comprising a

transceiver associated with a mobile device (325 or 330) operable to communicate in

a wireless network 340 that may be located in a specific area or building 335. The

mobile devices may be in communication with access point 315 with an associated

transceiver, which may be connected to the Internet 305 via, for example, a T-1 line

310. The AP and STAs may be operating as part of the same basic service set (BSS)

320. The transceivers associated with the AP and STA may operate according to the

techniques outlined above.").

1926.  Alternatively, Gong, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

1927.  To the extent it is argued or determined that any of the above

references do not disclose this element, then this element would have been obvious

at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

### b.  Element 1 [a]:  generating downlink data;

1928.  **Merlin 258** discloses this element.

1929.  Merlin 258 at ¶ [0035] "The system 100 employs multiple transmit and multiple receive antennas for data transmission on the downlink and uplink. The access point 110 is equipped with Nap antennas and represents the multiple-input (MI) for downlink transmissions and the multiple-output (MO) for uplink transmissions. A set of K selected user terminals 120 collectively represents the multiple-output for downlink transmissions and the multiple-input for uplink transmissions."

1930.  Merlin 258 at ¶ [0037] "FIG. 2 illustrates a block diagram of the access point 110 and two user terminals 120m and 120x in MIMO system 100. The access point 110 is equipped with Nt antennas 224a through 224ap. The user terminal 120m is equipped with Nut,m antennas 252ma through 252mu, and the user terminal 120x is equipped with Nut,x antennas 252xa through 252xu. The access point 110 is a transmitting entity for the downlink and a receiving entity for the uplink. The user terminal 120 is a transmitting entity for the uplink and a receiving entity for the downlink. As used herein, a "transmitting entity" is an independently operated apparatus or device capable of transmitting data via a wireless channel, and a "receiving entity" is an independently operated apparatus or device capable of

- 653 -

receiving data via a wireless channel. In the following description, the subscript "dn" denotes the downlink, the subscript "up" denotes the uplink, Nup user terminals are selected for simultaneous transmission on the uplink, and Ndn user terminals are selected for simultaneous transmission on the downlink. Nup may or may not be equal to Ndn, and Nup and Ndn may be static values or may change for each scheduling interval. Beam-steering or some other spatial processing technique may be used at the access point 110 and/or the user terminal 120."

1931.  Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1932.  **Merlin 690** discloses this element.

1933.  Merlin '690 at ¶ [0050] "Certain aspects of the present disclosure generally relate to wireless communications and, more particularly, to frame structures and protocols for uplink (UL) multiple user (MU) frame exchanges. Certain aspects provide protocol rules and efficient frame exchange sequences to enable sending multiple block acknowledgments (BAs) in UL and/or downlink (DL) MU multiple-input multiple-output (MIMO) and frequency division multiple access (FDMA) systems. According to certain aspects, a multi-STA BA request (BAR) frame may simultaneously solicit multiple immediate BAs. According to certain aspects, frame exchange sequences involve special subframes and/or reverse direction grants (RDGs)."

1934.  Merlin '690 at ¶ [0172] "According to certain aspects, the AP may transmit a special frame including information for multiple UL MU-MIMO packets within the transmission opportunity. According to certain aspects, the special frame may define STA groups (e.g., UL MU PPDU groups) that may transmit PPDUs, for example, at different times. According to certain aspects, the special frame may specify an ordering according to which the groups may transmit PPDUs. The special frame may also specify transmission mode and parameters (e.g., duration, power, spatial streams, etc.) to be used by STAs in the groups. Alternatively, the STA groups, ordering, and other parameters may be pre-defined."

1935.  Merlin '690 at ¶ [0176] "According to certain aspects, special frames may be aggregated into A-MPDUs of downlink data, which indicate to the STAs receiving the data that they are to then transmit on the uplink immediately after the downlink data. The transmission may be MU-MIMO or FDMA. In certain aspects, if the downlink transmission is MU-MIMO, then the ensuing UL transmission will be MU-MIMO, and if the downlink transmission is FDMA, then the ensuing UL transmission will be FDMA. Special subframe information may be included in the PSDU for each user. A special frame may be aggregated in the A-MPDU and addressed to a single station. The information in the special subframe may also be sent in the delimiters, if a new format for the delimiters is made to allow this. Special subframe information may also be included in the service field. FIG. 21 illustrates an example frame exchange 2100 with special frames included in

- 655 -

each DL MU-MIMO/FDMA A-MPDU to trigger uplink data, in accordance with

certain aspects of the present disclosure. As shown in FIG. 21, the AP may send a

DL MU-MIMO/FDMA having A-MPDUs 2102 and 2104 addressed to STA 2 and

STA 1, respectively, and each A-MPDU aggregated with a special frame (CTX 2 and

CTX 1). The special frames may schedule the recipient STAs. Accordingly, STA 2

and STA 1 may each respond with UL MU-MIMO/FDMA PPDUs 2106 and 2108,

respectively. According to certain aspects, BAs/ACKs may be aggregated with the

UL PPDUs or, alternatively, a separate PSDU 2110 may be sent with ACK/BA."

1936.  Merlin 690 at Figure 21:



FIG. 21

1937.  Merlin '690 at ¶ [0187] "At 2604, the AP may generate a first MU

packet that solicits a first immediate response from each of a first set of the

plurality devices. According to certain aspects, the first MU packet is a special

frame. The special frame may indicate a response type (e.g., MU-MIMO or MU

FDMA) and response parameters (e.g., spatial streams, channels, duration, and/or

transmission power) to use for the solicited immediate responses or for all responses

in the transmission opportunity. The special frame may indicate groups of solicited

- 656 -

█████████████████████████

devices and may also indicate an order for the groups of stations to respond. The special frame may indicate which groups of devices will be scheduled to transmit, such that devices that will not be scheduled may sleep. The special frame may aggregated with DL data (e.g., in a DL MU-MIMO PPDU or a DL MU FDMA PPDU). According to certain aspects, the immediate responses may include aggregated ACK indicating whether the DL data was successfully received."

1938.  Alternatively, Merlin 690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1939.  **Yuan** discloses this element.  Although the invention in Yuan is directed towards a cellular radio that follows the 3GPP family of standards, a POSITA would recognize that, like IEEE 802.11 wireless networks, cellular systems are wireless communication systems that are used to carry data.  Furthermore, 3GPP cellular systems and IEEE 802.11 wireless networks employ many of the same fundamental communication techniques, including Orthogonal Frequency Division Multiple Access (OFDMA) on downlink and uplink channels. Also, many engineers who work to develop 3GPP standards and related systems also work on the development of IEEE 802.11 standards and systems.  Thus, a POSITA would be motivated to combine Yuan with the other IEEE 802.11 references.

1940.  Yuan at ¶ [0014] "The invention is illustrated in an example shown in FIG. 1. There are five users, User 1 to 5, scheduled in this subframe. Each subframe

- 657 -

contains two slots. We focus on the resource region not belonging to the legacy

PDCCH (dark gray area). The light gray area is used for enhanced physical

downlink control channel (ePDCCH) transmission. User 1 has only DL grant. User

2 has both DL grant and UL grant. User 3, User 4 and User 5 have only UL grants.

DL grant of User 1 is transmitted in the first slot of a resource block where the

second slot is used for User 1's downlink data transmission. User 1 also uses the

adjacent resource block (in both the first and the second slots) for its downlink data

transmission. DL grant and UL grant of User 2 are mixed and transmitted in the

first slot of two resource blocks. User 2's downlink data is transmitted in the second

slot of those two resource blocks. DL/UL grants of User 1 and User 2 can enjoy

beamforming/precoding gain and frequency selectivity gain, the same way as their

downlink data channels. UL grants of User 3, User 4 and User 5 are cross-

interleaved, and mapped to both the first and the second slots of the two resource

blocks. Those two resource blocks are frequency distributed to provide frequency

diversity for decoding robustness."

1941.  See Yuan at Figure 1:

- 658 -

Figure 1

1942.  Alternatively, Yuan, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1943.  **Zhang** discloses this element.

1944.  Zhang at [Col 10, lines 19-25]. "FIG. 4A is a timing diagram of an SUT period, according to an embodiment. An AP allocates a protected SUT period 200 of duration Tu. In the illustrated embodiment, the AP controls synchronization and

timing of the SUT period 200 at least partly by generating a synchronization frame 202 and broadcasting (or multicasting) the synchronization frame 202 to SUT-capable stations."

1945.  Zhang at [Col 9, lines 59-61]. "In the first CSMA period 154, the AP transmits a legacy downlink signal (e.g., a communication frame, a data packet, another type of a data unit) to one of the LCs."

1946.  Alternatively, Zhang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1947.  **Chu** also discloses this element. *See* Element 1 [pre] above.

1948.  Chu, Abstract ("A method for selecting members of a client uplink group is described. An uplink traffic characteristic information signal is received from each of a plurality of communication devices. Multiple communication devices of the plurality of communication devices are selected as members of a client uplink group based at least on traffic information indicated by the respective uplink traffic characteristic information signals. An uplink group definition frame is transmitted to each member of the client uplink group. The uplink group definition frame indicates an uplink multi-user multiple input multiple output (MU-MIMO) transmission schedule for the client uplink group for members of the client uplink group to simultaneously transmit to an access point. The members of the client uplink group are triggered to transmit uplink data frames simultaneously.").

1949.  Chu, 1:48-57 ("The method includes transmitting an uplink group definition frame to each member of the client uplink group, the uplink group definition frame indicating an uplink multi- user multiple input multiple output (MU-MIMO) transmission schedule for the client uplink group for members of the client uplink group to simultaneously transmit to an access point. The method further includes triggering the members of the client uplink group to transmit uplink data frames simultaneously.").

1950.  Chu, 5:66-6:46 ("Before triggering the uplink simultaneously transmission from a group stations, the AP defines the uplink group and notifies the stations in the uplink group about the uplink group allocation, in some embodiments. In an embodiment, the STA sends a communication frame or a management frame that indicates one or more traffic characteristics (e.g., a proposed service interval to be used for an uplink MU-MIMO transmission schedule, a proposed access category data rate to be used for the uplink MU-MIMO transmission schedule, or traffic burst information to be used for the uplink MU-MIMO transmission schedule) to the AP through an enhanced distributed channel access (EDCA) procedure. The AP performs selection of the members of the client uplink group based on the uplink traffic characteristic of the stations or other information, for example, the interference among stations. After finishing the member selection of the uplink group, the AP transmits an uplink group definition frame, through EDCA procedures or other medium access mechanisms, to the

- 661 -

████████████████████████████████████████████

members of the uplink group. In an embodiment, the uplink group definition frame

includes at least one of i) the member stations in the uplink group, ii) a start time of

the uplink MU-MIMO transmission schedule, iii) a duration of the uplink MU-

MIMO transmission schedule, or iv) an interval between transmissions of the

uplink MU-MIMO transmission schedule. In an embodiment, the start time is

indicated as a time offset from a transmission time of the uplink group definition

frame until a transmission time of a communication frame to trigger uplink

simultaneous transmission, described below, or another suitable time indication. In

an embodiment, the duration is indicated as a time duration (e.g., a TXOP for

uplink simultaneous transmission), a number of data frames to be transmitted

during the schedule. In an embodiment, the interval indicates a time duration (e.g.,

a number of microseconds) between two adjacent uplink simultaneous transmission

TXOPs, an integer number of predetermined intervals (e.g., an integer multiple of a

short interframe spacing), or other suitable interval indication. In an embodiment,

the AP sets the interval to the proposed service interval received from a client

station. In an embodiment, the uplink group definition frame indicates a value for

an access category, traffic category, traffic stream, TID, data rate, MCS value, or

other suitable parameters to be used for transmissions during the uplink MU-

MIMO schedule. In an embodiment, the uplink group definition frame is an action

frame having one or more information elements that contain the member station

- 662 -

identifiers of the uplink group, MU-MIMO transmission schedule and/or other suitable data.").

1951. Chu, 10:47-54 ("In an embodiment, the AP generates and transmits the uplink group definition frame 408 to each member of the client uplink group. In an embodiment, the uplink group definition frame 408 also indicates an uplink multi-user multiple input multiple output (MU-MIMO) transmission schedule for the client uplink group for members of the client uplink group to simultaneously transmit to an access point.").

1952. Chu, 13:47-14:13 ("FIG. 6 is a diagram of an example transmission sequence 600 in a WLAN, such as the WLAN 10 of FIG. 1, according to an embodiment, in which the transmission sequence 600 is initiated by an access point. In the embodiment of FIG. 6, the AP transmits a communication frame 610 that indicates a length of a TXOP 602 of the access point, for example, to protect subsequent transmissions in the TXOP 602 (e.g., to reserve time for a transmission to client station STAI and client station STA2 of the client uplink group). In an embodiment, the communication frame 610 is a clear to send to self (CTS-to-Self) frame 610. The AP simultaneously transmits respective downlink MU-MIMO data units 612 to the STAI and the STA2. In the embodiment shown in FIG. 6, each downlink MU-MIMO data unit 612 includes i) a respective aggregate media access control protocol data unit (A-MPDU) 613, and ii) a communication signal 614 to prompt transmission of an independent uplink MU-MIMO data unit by the

corresponding client station. For example, in an embodiment, the downlink MU-MIMO data unit 612-1 for the STAI includes the A-MPDU 613-1 and a sync frame 614-1, where the sync frame 614-1 prompts the client station STAI to transmit an independent uplink MU-MIMO data unit to the AP during the TXOP 602 of the AP (e.g., similarly to the DL sync frame 412). In an embodiment, the sync frame 614 includes an indication of a data unit size 615 for an uplink MU-MIMO data unit to be transmitted by the corresponding client station.").

1953.  Chu, FIG. 2, FIG. 4, FIG. 6, and FIG. 7.

1954.  Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1955.  **Kang** also discloses this element.  *See* Element 1 [pre] above.

1956.  Kang, 8:3-36 ("Referring to FIG. 3, a training symbol is defined on a spatial stream basis, and is transmitted for channel estimation of each spatial stream. When the number of spatial streams is 1, 2, and 4, the number of HT-LTFs to be transmitted is 1, 2, and 4, respectively. When the number of spatial streams is 3, one extra long training symbol is used so that 4 HT-LTFs can be used. Unlike the IEEE 802.1 ln standard supporting the HT, a next generation WLAN system requires a higher throughput. This is called a very high throughput (VHT) to distinguish it from the HT, and 80 MHz bandwidth transmission and/or higher bandwidth transmission (e.g., 160 MHz) are supported in the next generation WLAN system. In addition, multi user-multiple input multiple output (MU-MIMO)

transmission is supported An amount of control information transmitted to STAs

for MU-MIMO transmission may be relatively greater than an amount of IEEE

802.11n control information. Examples of control information additionally required

for the VHT WLAN system may be information indicating the number of spatial

streams to be received by each STA, information regarding modulation and coding

of data transmitted to each STA, etc. Therefore, when MU-MIMO transmission is

performed in order to provide data services simultaneously to a plurality of STAs,

the amount of control information to be transmitted may be increased according to

the number of receiving STAs. In order to effectively transmit the increased amount

of control information to be transmitted, among a plurality of pieces of control

information required for MU-MIMO transmission, common control information

commonly required to all STAs and dedicated control information individually

required to the STAs may be transmitted by distinguishing the two types of

information.").

1957. Kang, 8:37-9:4 ("A PPDU format used in the WLAN system supporting

MU-MIMO will be described with reference to FIG. 4. Referring to FIG. 4, a PPDU

400 includes an L-STF field 410, an L-LTF field 420, an L-SIG field 430, a VHT-

SIGA field 440, a VHT-STF field 450, a VHT-LTF field 460, a VHT-SIGB field 470,

and a data field 480. A PLCP sub-layer converts a PSDU delivered from a MAC

layer into the data field 480 by appending necessary information to the PSDU,

generates the PPDU 400 by appending several fields such as the L-STF field 410,

- 665 -

the L-LTF field 420, the L-SIG field 430, the VHT-SIGA field 440, the VHT-STF

field 450, the VHT-LTF field 460, the VHT-SIGB field 470, or the like, and delivers

the PPDU 400 to one or more STAs through a PMD layer. The L-STF field 410 is

used for frame timing acquisition, automatic gain control (AGC) convergence, coarse

frequency acquisition, etc. The L-LTF field 420 is used for channel estimation for

demodulation of the L-SIG field 430 and the VHT-SIGA field 440. The L-SIG field

430 is used when an L-STA receives the PPDU to acquire data. The VHT-SIGA field

440 includes control information for interpreting the received PPDU 400 as common

control information required for VHT-STAs which are MIMO- paired with an AP.

The VHT-SIGA field 440 includes information on a spatial stream for each of the

plurality of MIMO-paired STAs, bandwidth information, identification information

related to whether space time block coding (STBC) is used, a group identifier for an

STA group, information on an STA to which each group identifier is allocated, and

information related to a short guard interval (GI). Herein, the group identifier for

the STA group may include whether a currently used MIMO transmission method

is MU-MIMO or SU-MIMO.").

    1958.  Kang, FIG. 4.

    1959.  Kang, 11:16-46 ("FIG. 8 shows a MIMO-based PPDU reception method

according to an embodiment of the present invention. Although not shown in FIG. 8,

it is assumed that an AP has performed in advance an operation of allocating a

transmission channel bandwidth to a plurality of MIMO-paired STAs. Accordingly,

- 666 -

it is regarded that a transmission channel bandwidth to be used by each of the plurality of MIMO-paired STAs is determined. Referring to FIG. 8, the AP transmits a sync trigger to the plurality of MIMO-paired STAs (step S810). Upon receiving the sync trigger, the plurality of STAs wait for IFS. After waiting for the IFS, the plurality of MIMO-paired STAs simultaneously transmit a frame to the AP (step S820). A specific STA to which a transmission channel consisting of only a secondary channel except for a channel bandwidth is allocated among the plurality of MIMO-paired STAs transmits a frame only when the sync trigger is received from the AP. Upon transmitting the sync trigger for uplink MU-MIMO transmission, in response to frame reception, the AP can transmit an ACK frame by directly using a channel bandwidth at which data is transmitted. Alternatively, by using a primary channel as shown in steps S740 and S750 of FIG. 7, the ACK frame can be transmitted at different times to the MIMO-paired STAs. Synchronization triggering can be achieved by exchanging a request to send (RTS)/clear to send (CTS) defined in IEEE 802.11, transmitting a CTS-to-self frame, and transmitting an uplink OFDM primitive as a separate frame. Examples thereof will be described below in greater detail with reference to the accompanying drawings.”).

1960.  Kang, 12:9-15 (“Referring to FIG. 11, an AP transmits an uplink OFDMA primitive to an STAI, an STA2, and an STA3 which are MIMO-paired (step S1110). Upon receiving the OFDMA primitive from the AP, the STAI, the STA2,

████████████████████████████████████████████

and the STA3 can simultaneously transmit data to be transmitted to the AP by using OFDMA-based MU- MIMO transmission after waiting for IFS (step Sl 120).").

1961.  Kang, 12:26-32 ("In addition to the specific examples of the synchronization triggering shown in FIG. 9 to FIG. 11, synchronization triggering can be implemented by using specific frame transmission including sync triggering information. The sync triggering information may include information indicating whether synchronization is achieved. The sync triggering information may include information including a time point at which a PPDU is transmitted by each of a plurality of MU-MIMO paired STAs.").

1962.  Kang, FIG. 12, FIG. 8, FIG. 11.

1963.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1964.  **Gong** also discloses this element.

1965.  Gong, [0011] ("Embodiments of the present invention provide using medium access control (MAC) signaling to notify different stations (STAs) operating in a wireless network regarding multicast address, total number of streams, individual MCS and the rows of the P matrix. In an embodiment of the present invention, an AP may determine the total number of streams, max duration and the max modulation coding scheme (MCSs) for individual STAs; may define a UL MU

MIMO Group frame; and may provide a MAC signaling procedure before UL MU

MIMO transmissions.").

1966.  Gong [0013] ("The AP learns the buffered traffic at each STA via the

quality of service (QoS) control field in received frames. Before each UL MU MIMO

transmission, the AP transmits an action frame to multiple STAs that have

buffered traffic.")

1967.  Alternatively, Gong, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

1968.  To the extent it is argued or determined that any of the above

references do not disclose this element, then this element would have been obvious

at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang,

Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

> **c.    Element 1 [b]:  generating uplink setup information, the uplink setup information including a first information to be used for uplink multi-user transmission;**

1969.  **Merlin 258** discloses this element.

1970.  Merlin 258 at ¶ [0053] "FIG. 4 is a time sequence diagram 400 showing

an example of an UL-MU-MIMO protocol 400 that may be used for UL

communications. As shown in FIG. 4, in conjunction with FIG. 1, the AP 110 may

transmit a clear to transmit (CTX) message 402 to the user terminals 120 indicating

which user terminals 120 may participate in the UL-MU-MIMO scheme, such that

a particular UT 120 knows to start an UL-MU-MIMO transmission. In some

embodiments, the CTX message may be transmitted in a payload portion of a

physical layer convergence protocol (PLCP) protocol data units (PPDUs). An

example of a CTX frame structure is described more fully below with reference to

FIG. 10."

1971.  Merlin 258 at ¶ [0073] "FIG. 9 shows a diagram of an example of a

CTX frame 900 format. The CTX frame 900 may be configured as a trigger frame. In

this embodiment, the CTX frame 900 is a control frame that includes a frame

control (FC) field 905, a duration field 910, a receiver address field 914, a

transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration

field 925, a UT info field 930, and a frame check sequence (FCS) field 980."

1972.  *See also* Merlin 258 at Figures 1,4,9,10.

1973.  Alternatively, Merlin 258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

1974.  **Zhang** discloses this element.

1975.  Zhang at [Col 10, lines 19-47]. "FIG. 4A is a timing diagram of an SUT

period, according to an embodiment. An AP allocates a protected SUT period 200 of

duration Tu. In the illustrated embodiment, the AP controls synchronization and

timing of the SUT period 200 at least partly by generating a synchronization frame

202 and broadcasting (or multicasting) the synchronization frame 202 to SUT-

- 670 -

████████████████████████████████

capable stations. In another embodiment, the AP transmits a synchronization frame

to each SUT-capable station individually. The SUT period 200 begins following the

transmission of the synchronization frame 202 after a synchronization period of

duration Ta. The synchronization frame 202 specifies timing of the SUT period 200

(e.g., the start time, the duration Tu), according to an embodiment. Further,

depending on the particular embodiment, the synchronization frame 202 includes

one or more of the following: an indication of which of the SUT-capable stations are

expected to transmit uplink data during the SUT period 200, a respective index

assigned to each SUT-capable station expected to communicate during the SUT

period 200, the total number of space time streams available for uplink

transmission, a listing of space-time streams allocated to each individual SUT-

capable station for the SUT period 200, bandwidth of SUT frames (e.g., 20 MHz, 40

MHz, 80 MHz), a respective modulation and coding scheme for each SUT-capable

station expected to transmit during the SUT period 200, a respective power control

parameter for each SUT-capable station expected to transmit during the SUT

period 200, the maximum duration of an SUT frame that can be transmitted during

the SUT period 200, etc."

1976.  Alternatively, Zhang, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious

1977.  **Chu** also discloses this element.  *See* Element 1 [a] above.

1978.  Chu, 1:48-57 ("The method includes transmitting an uplink group definition frame to each member of the client uplink group, the uplink group definition frame indicating an uplink multi- user multiple input multiple output (MU-MIMO) transmission schedule for the client uplink group for members of the client uplink group to simultaneously transmit to an access point. The method further includes triggering the members of the client uplink group to transmit uplink data frames simultaneously.").

1979.  Chu, 4:30-52 ("In embodiments described below, a first communication device, such as an access point (AP) of a wireless local area network (WLAN), simultaneously receives multiple independent data streams from multiple second communication devices, such as client stations. The first communication device determines that the second communication devices have data to transmit to the first communication device. Then, the first communication device prompts the second communication devices to simultaneously transmit the data streams during a transmit opportunity period (TXOP) of the first communication device. In an embodiment, a TXOP is a bounded time interval reserved for a communication device in a network during which the communication device can send as many frames as possible (as long as the duration of the transmissions does not extend beyond the PPDU length defined by the first communication device and beyond the TXOP). In an embodiment, other communication devices are generally not permitted to transmit in the TXOP unless the communication device to which the

- 672 -

████████████████████████████

TXOP is assigned specifically permits the other communication device to transmit

or unless the other communication device is acknowledging a transmission of the

communication device to which the TXOP is assigned.").

1980.  Chu, 5:66-6:46 ("Before triggering the uplink simultaneously

transmission from a group stations, the AP defines the uplink group and notifies

the stations in the uplink group about the uplink group allocation, in some

embodiments. In an embodiment, the STA sends a communication frame or a

management frame that indicates one or more traffic characteristics (e.g., a

proposed service interval to be used for an uplink MU-MIMO transmission

schedule, a proposed access category data rate to be used for the uplink MU-MIMO

transmission schedule, or traffic burst information to be used for the uplink MU-

MIMO transmission schedule) to the AP through an enhanced distributed channel

access (EDCA) procedure. The AP performs selection of the members of the client

uplink group based on the uplink traffic characteristic of the stations or other

information, for example, the interference among stations. After finishing the

member selection of the uplink group, the AP transmits an uplink group definition

frame, through EDCA procedures or other medium access mechanisms, to the

members of the uplink group. In an embodiment, the uplink group definition frame

includes at least one of i) the member stations in the uplink group, ii) a start time of

the uplink MU-MIMO transmission schedule, iii) a duration of the uplink MU-

MIMO transmission schedule, or iv) an interval between transmissions of the

- 673 -

uplink MU-MIMO transmission schedule. In an embodiment, the start time is indicated as a time offset from a transmission time of the uplink group definition frame until a transmission time of a communication frame to trigger uplink simultaneous transmission, described below, or another suitable time indication. In an embodiment, the duration is indicated as a time duration (e.g., a TXOP for uplink simultaneous transmission), a number of data frames to be transmitted during the schedule. In an embodiment, the interval indicates a time duration (e.g., a number of microseconds) between two adjacent uplink simultaneous transmission TXOPs, an integer number of predetermined intervals (e.g., an integer multiple of a short interframe spacing), or other suitable interval indication. In an embodiment, the AP sets the interval to the proposed service interval received from a client station. In an embodiment, the uplink group definition frame indicates a value for an access category, traffic category, traffic stream, TID, data rate, MCS value, or other suitable parameters to be used for transmissions during the uplink MU-MIMO schedule. In an embodiment, the uplink group definition frame is an action frame having one or more information elements that contain the member station identifiers of the uplink group, MU-MIMO transmission schedule and/or other suitable data.").

1981.  Chu, 6:47-67 ("FIG. 2 is a diagram of an example transmission sequence 200 in a WLAN, such as the WLAN 10 of FIG. 1, according to an embodiment, in which an AP prompts a first client station (STAl), a second client

- 674 -

█████████████████████████

station (STA2), and a third client station (STA3) to transmit independent data simultaneously to the AP during a transmission opportunity (TXOP) 202 of the AP. The AP generates and transmits a communication frame 204 that prompts STAI, STA2, and STA3 to transmit independent data simultaneously to the AP during the TXOP 202 of the AP. In one embodiment, the AP generates and transmits a communication frame 204 that prompts STAI, STA2, and STA3 to transmit independent data simultaneously to the AP via different spatial streams, for example, spatial streams SS-1, SS-2, and SS-3, respectively. In one embodiment, the AP generates and transmits a DL Sync frame 204 to prompt STAI, STA2, and STA3 to transmit independent data simultaneously to the AP via different spatial streams. In another embodiment, a DL Sync frame triggers a group of stations to transmit independent data simultaneously to the AP via different OFDM subchannels.").

1982.  Chu, 7:1-25 ("In one embodiment, the communication frame 204 includes a duration field (e.g., an UL physical layer protocol data unit (PPDU) duration field) that indicates a maximum duration of UL communication frames (e.g., PPDUs) responsive to the communication frame 204. In one embodiment, the communication frame 204 comprises a PHY preamble and omits a MAC portion. In this embodiment, the PHY preamble includes a group ID corresponding to a client uplink group and a duration field that indicates a maximum duration of UL communication frames (e.g., PPDUs) responsive to the communication frame 204.

In an embodiment, the communication frame 204 includes station identifiers that indicate which client stations should transmit during the TXOP 202. In an embodiment, the communication frame 204 includes a number of spatial streams (Nss) and an index for the corresponding spatial streams to be used by the corresponding client stations. In an embodiment, the communication frame 204 includes a channel bandwidth to be used by the corresponding client stations. In an embodiment, the communication frame includes a modulation and coding scheme (MCS) value that corresponds to a modulation and coding scheme to be used by the corresponding client station. In an embodiment, the communication frame includes a transmission power value to be used by the corresponding client station.").

1983.  Chu, 8:42-56 ("FIG. 4 is a diagram of an example transmission sequence 400 in a WLAN, such as the WLAN 10 of FIG. 1, according to an embodiment, in which the transmission sequence 400 is initiated by an access point. In a TXOP 402 of the AP, the AP generates and transmits a trigger signal, such as a polling communication frame 404, to a plurality of client stations, such as client stations STAI, STA2, and STA3. In an embodiment, the polling communication frame 404 is a downlink sync frame (DL Sync). In another embodiment, the polling communication frame 404 is an action frame designated as a polling frame. In an embodiment, the AP sets a value of a duration field of the communication frame 404 to a value corresponding to a remaining duration of the TXOP 402 of the AP, for example, to protect subsequent transmissions in the TXOP 402.").

- 676 -

██████████████████████████████████

1984.  Chu, 10:47-54 ("In an embodiment, the AP generates and transmits the uplink group definition frame 408 to each member of the client uplink group. In an embodiment, the uplink group definition frame 408 also indicates an uplink multi-user multiple input multiple output (MU-MIMO) transmission schedule for the client uplink group for members of the client uplink group to simultaneously transmit to an access point.").

1985.  Chu, 11:24-49 ("The AP generates and transmits a communication frame 412 that prompts the selected multiple client stations to transmit independent data simultaneously to the AP during the TXOP 402 of the AP. In some embodiments, the communication frame 412 is generally the same as the communication frame 204. In one embodiment, the AP generates and transmits the communication frame 412 to prompt the multiple client stations to transmit independent data simultaneously to the AP via different spatial streams, for example, independent uplink MU-MIMO data units. In one embodiment, the AP generates and transmits a DL Sync frame 412 to prompt the multiple client stations to transmit independent data simultaneously to the AP via different spatial streams. In an embodiment, the DL Sync frame 412 includes an indication of a data unit size 415 to be used for the independent uplink MU-MIMO data units, for example, an indication of a time duration or bit count. In an embodiment, the AP transmits the communication frame 412 according to the UL MU-MIMO transmission schedule. In some embodiments, the communication frame 412 is

- 677 -

provided as a legacy PPDU, such as an IEEE 802.11a/big (duplicate) PPDU. In an embodiment, the AP sets a value of a duration field of the communication frame 412 to a value corresponding to a remaining duration of the TXOP 402 of the AP, for example, to protect subsequent transmissions in the TXOP 402.").

1986.  Chu, 13:47-14:13 ("FIG. 6 is a diagram of an example transmission sequence 600 in a WLAN, such as the WLAN 10 of FIG. 1, according to an embodiment, in which the transmission sequence 600 is initiated by an access point. In the embodiment of FIG. 6, the AP transmits a communication frame 610 that indicates a length of a TXOP 602 of the access point, for example, to protect subsequent transmissions in the TXOP 602 (e.g., to reserve time for a transmission to client station STAI and client station STA2 of the client uplink group). In an embodiment, the communication frame 610 is a clear to send to self (CTS-to-Self) frame 610. The AP simultaneously transmits respective downlink: MU-MIMO data units 612 to the STAI and the STA2. In the embodiment shown in FIG. 6, each downlink MU-MIMO data unit 612 includes i) a respective aggregate media access control protocol data unit (A-MPDU) 613, and ii) a communication signal 614 to prompt transmission of an independent uplink MU-MIMO data unit by the corresponding client station. For example, in an embodiment, the downlink MU-MIMO data unit 612-1 for the STAI includes the A-MPDU 613-1 and a sync frame 614-1, where the sync frame 614-1 prompts the client station STAI to transmit an independent uplink MU-MIMO data unit to the AP during the TXOP 602 of the AP

███████████████████████

(e.g., similarly to the DL sync frame 412). In an embodiment, the sync frame 614 includes an indication of a data unit size 615 for an uplink MU-MIMO data unit to be transmitted by the corresponding client station.").

1987.  Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1988.  **Kang** also discloses this element.  *See* Element 1 [a] above.

1989.  Kang, 8:37-9:4 ("A PPDU format used in the WLAN system supporting MU-MIMO will be described with reference to FIG. 4. Referring to FIG. 4, a PPDU 400 includes an L-STF field 410, an L-LTF field 420, an L-SIG field 430, a VHT-SIGA field 440, a VHT-STF field 450, a VHT-LTF field 460, a VHT-SIGB field 470, and a data field 480. A PLCP sub-layer conve1ts a PSDU delivered from a MAC layer into the data field 480 by appending necessary information to the PSDU, generates the PPDU 400 by appending several fields such as the L-STF field 410, the L-LTF field 420, the L-SIG field 430, the VHT-SIGA field 440, the VHT-STF field 450, the VHT-LTF field 460, the VHT-SIGB field 470, or the like, and delivers the PPDU 400 to one or more STAs through a PMD layer. The L-STF field 410 is used for frame timing acquisition, automatic gain control (AGC) convergence, coarse frequency acquisition, etc. The L-LTF field 420 is used for channel estimation for demodulation of the L-SIG field 430 and the VHT-SIGA field 440. The L-SIG field 430 is used when an L-STA receives the PPDU to acquire data. The VHT-SIGA field 440 includes control information for interpreting the received PPDU 400 as common

██████████████████████████████████

control information required for VHT-STAs which are MIMO- paired with an AP.

The VHT-SIGA field 440 includes information on a spatial stream for each of the

plurality of MIMO-paired STAs, bandwidth information, identification information

related to whether space time block coding (STBC) is used, a group identifier for an

STA group, information on an STA to which each group identifier is allocated, and

information related to a short guard interval (GI). Herein, the group identifier for

the STA group may include whether a currently used MIMO transmission method

is MU-MIMO or SU-MIMO.").

1990.  Kang, FIG. 4

1991.  Kang, 11:24-46 ("Referring to FIG. 8, the AP transmits a sync trigger

to the plurality of MIMO-paired STAs (step S810). Upon receiving the sync trigger,

the plurality of STAs wait for IFS. After waiting for the IFS, the plurality of MIMO-

paired STAs simultaneously transmit a frame to the AP (step S820). A specific STA

to which a transmission channel consisting of only a secondary channel except for a

channel bandwidth is allocated among the plurality of MIMO-paired STAs

transmits a frame only when the sync trigger is received from the AP.

Synchronization triggering can be achieved by exchanging a request to send

(RTS)/clear to send (CTS) defined in IEEE 802.11, transmitting a CTS-to-self frame,

and transmitting an uplink OFDM primitive as a separate frame. Examples thereof

will be described below in greater detail with reference to the accompanying

drawings.").

- 680 -

1992.  Kang, 12:9-15 ("Referring to FIG. 11, an AP transmits an uplink OFDMA primitive to an STAI, an STA2, and an STA3 which are MIMO-paired (step Sl 110). Upon receiving the OFDMA primitive from the AP, the STAI, the STA2, and the STA3 can simultaneously transmit data to be transmitted to the AP by using OFDMA-based MU- MIMO transmission after waiting for IFS (step Sl 120).").

1993.  Kang, 12:26-32 ("In addition to the specific examples of the synchronization triggering shown in FIG. 9 to FIG. 11, synchronization triggering can be implemented by using specific frame transmission including sync triggering information. The sync triggering information may include information indicating whether synchronization is achieved. The sync triggering information may include information including a time point at which a PPDU is transmitted by each of a plurality of MU-MIMO paired STAs.").

1994.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

1995.  **Gong** also discloses this element.

1996.  Gong [0013] ("The AP learns the buffered traffic at each STA via the quality of service (QoS) control field in received frames. Before each UL MU MIMO transmission, the AP transmits an action frame to multiple STAs that have buffered traffic.")

███████████████████████████████

1997.  Gong [0014] ("Turning now to FIG. 1, shown generally as 100, illustrates an example frame format of an UL MU MIMO group action frame according to embodiments of the present invention and may contain the multicast MAC address 105 assigned to the UL MU MIMO group, the total number of streams 110 within an UL MU MIMO transmission, the max duration 115 of the A-MPDUs contained in the UL MU MIMO transmission, association IDs (AIDs) 120, 140 ofSTAs in the group, the MCS 125, 140 for each STA in the group, and optionally a stream bitmap field 130, 150. Note that all STAs in the UL MU MIMO group need to know the max duration of the UL MU MIMO transmission such that: 1) they can put the max duration in the L-SIG field; and 2) optionally they can provide padding bits to pad shorter packets up to the longest duration.").

1998.  Gong [0017] ("In one illustrative example, and not by way of limitation, three STAs are transmitting simultaneously in one UL MU MIMO transmission. The AP determines the MCS that each STA can use; for instance, the first two STAs transmit one spatial stream and the third STA transmits two spatial streams. In this case, the first row of the P matrix is assigned to STAI, the second row is assigned to STA2, and the last two rows are assigned to STA3. Upon receiving the UL MU MIMO Group frame, a STA would know which P matrix to use based on the total number of streams and which row(s) of the P matrix to use based on its assigned MCS and the MCSs assigned to the STAs in front of it.").

███████████████████████████████████████████████

1999.  Gong [0018] ("The order of ATDs corresponds to the sequential order of assigned rows in the P matrix. The optional Stream Bitmap field can be used to directly notify a STA regarding which rows in the P matrix are applicable to that STA. The length of the stream bitmap field is the length of the maximum dimension of the P matrix. Upon receiving the Stream Bitmap field, a STA does not need to calculate the rows that it needs to use based on MCSs assigned to STAs in front of it. Instead, the rows assigned to the STA are directly indicated. In one embodiment, the UL MU MIMO Group action frame is transmitted in a unicast fashion to each STA in the UL MU MIMO group. In this case, before the UL MU MIMO transmission, the AP transmits a CF-Poll frame to the multi-cast address. Upon receiving the CF-Poll frame, all STAs belonging to the UL MU MIMO group will start transmitting. The AP will process the preambles from all STAs based on the information included in the UL MU MIMO group action frame. In another embodiment, the UL MU MIMO Group frame is a broadcast frame. All STAs that receive the frame and see their AIDs indicated in the frame will send back their data frames.").

2000.  Gong, FIG. 1.

2001.  Alternatively, Gong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2002.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra.*

> **d.     Element 1 [c]:  transmitting the downlink data and the uplink setup information in a single physical downlink frame to a plurality of stations;**

2003.  **<u>Merlin 258</u>** discloses this element.

2004.  Merlin 258 at ¶ [0053] "FIG. 4 is a time sequence diagram 400 showing an example of an UL-MU-MIMO protocol 400 that may be used for UL communications. As shown in FIG. 4, in conjunction with FIG. 1, the AP 110 may transmit a clear to transmit (CTX) message 402 to the user terminals 120 indicating which user terminals 120 may participate in the UL-MU-MIMO scheme, such that a particular UT 120 knows to start an UL-MU-MIMO transmission. In some embodiments, the CTX message may be transmitted in a payload portion of a physical layer convergence protocol (PLCP) protocol data units (PPDUs). An example of a CTX frame structure is described more fully below with reference to FIG. 10."

2005.  *See also* Merlin 258 at Figures 1,4,10.

2006.  Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

█████████████████████████████████

2007. **Merlin 690** discloses this element.

2008. Merlin '690 at ¶ [0114] "FIG. 4 illustrates an example downlink multiuser multiple-input multiple-output (DL-MU-MIMO) between an access point and a plurality of stations, in accordance with certain aspects of the present disclosure. To begin, the AP may transmit a Request to Send (RTS) message 402 to one of the STAs (e.g., STA1) selected to receive the DL-MU-MIMO transmission. All data in the MU-MIMO aggregate may be of the same priority class. The RTS message 402 may be sent using contention parameters of a data class in the MU-MIMO aggregate."

2009. Merlin at Figure 4:



FIG. 4

2010. Merlin '690 at ¶ [0115 – 0116 ] "In response to receiving the CTS message 404, the AP may send DL-MU-MIMO data 406 to STAs selected by the scheduler (typically part of the processing system of the AP, such as scheduler 234 in FIG. 2). The STAs receiving the MU-MIMO data 406 may transmit BAs 408 in the uplink (UL) in series, starting with the BA for STA1 and ending with the BA for

███████████████████████████████

STA3 as shown in FIG. 4. The STABA transmissions may be separated by SIFS. The order and timing for the STABA transmissions may be sent in the DL-MU-MIMO data 406.In DL-MU-MIMO transmissions, multiple packets are sent at the same time toward different STAs."

2011.  A POSITA would recognize the "DL-MU-MIMO data 406 to STAs" to be a "single physical downlink frame" since it involves simultaneous downlink transmission to the STAs via multi-user multiple-input multiple output (MU-MIMO) from a single AP. This is the technique used in IEEE 802.11ac-2013, where it is known as a Very High Throughput Multiuser PHY protocol data unit "VHT MU PPDU". A POSITA reading Merlin '690 at the time it was written would have been familiar with 802.11ac.

2012.  Merlin '690 at ¶ [0172] "According to certain aspects, the AP may transmit a special frame including information for multiple UL MU-MIMO packets within the transmission opportunity. According to certain aspects, the special frame may define STA groups (e.g., UL MU PPDU groups) that may transmit PPDUs, for example, at different times. According to certain aspects, the special frame may specify an ordering according to which the groups may transmit PPDUs. The special frame may also specify transmission mode and parameters (e.g., duration, power, spatial streams, etc.) to be used by STAs in the groups. Alternatively, the STA groups, ordering, and other parameters may be pre-defined."

2013.  Merlin '690 at ¶ [0176] "According to certain aspects, special frames may be aggregated into A-MPDUs of downlink data, which indicate to the STAs receiving the data that they are to then transmit on the uplink immediately after the downlink data. The transmission may be MU-MIMO or FDMA. In certain aspects, if the downlink transmission is MU-MIMO, then the ensuing UL transmission will be MU-MIMO, and if the downlink transmission is FDMA, then the ensuing UL transmission will be FDMA. Special subframe information may be included in the PSDU for each user. A special frame may be aggregated in the A-MPDU and addressed to a single station. The information in the special subframe may also be sent in the delimiters, if a new format for the delimiters is made to allow this. Special subframe information may also be included in the service field. FIG. 21 illustrates an example frame exchange 2100 with special frames included in each DL MU-MIMO/FDMA A-MPDU to trigger uplink data, in accordance with certain aspects of the present disclosure. As shown in FIG. 21, the AP may send a DL MU-MIMO/FDMA having A-MPDUs 2102 and 2104 addressed to STA 2 and STA 1, respectively, and each A-MPDU aggregated with a special frame (CTX 2 and CTX 1 ). The special frames may schedule the recipient STAs. Accordingly, STA 2 and STA 1 may each respond with UL MU-MIMO/FDMA PPDUs 2106 and 2108, respectively. According to certain aspects, BAs/ACKs may be aggregated with the UL PPDUs or, alternatively, a separate PSDU 2110 may be sent with ACK/BA."

2014.  Merlin at Figure 21:



FIG. 21

DL MU-MIMO or DL
FDMA to STA1 and
STA2

2015.  Merlin '690 at ¶ [0187] "At 2604, the AP may generate a first MU packet that solicits a first immediate response from each of a first set of the plurality devices. According to certain aspects, the first MU packet is a special frame. The special frame may indicate a response type (e.g., MU-MIMO or MU FDMA) and response parameters (e.g., spatial streams, channels, duration, and/or transmission power) to use for the solicited immediate responses or for all responses in the transmission opportunity. The special frame may indicate groups of solicited devices and may also indicate an order for the groups of stations to respond. The special frame may indicate which groups of devices will be scheduled to transmit, such that devices that will not be scheduled may sleep. The special frame may aggregated with DL data (e.g., in a DL MU-MIMO PPDU or a DL MU FDMA PPDU). According to certain aspects, the immediate responses may include aggregated ACK indicating whether the DL data was successfully received."

2016.  Alternatively, Merlin 690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

- 688 -

■

2017.  **Yuan** discloses this element.

2018.  Yuan at ¶ [0014] "The invention is illustrated in an example shown in FIG. 1. There are five users, User 1 to 5, scheduled in this subframe. Each subframe contains two slots. We focus on the resource region not belonging to the legacy PDCCH (dark gray area). The light gray area is used for enhanced physical downlink control channel (ePDCCH) transmission. User 1 has only DL grant. User 2 has both DL grant and UL grant. User 3, User 4 and User 5 have only UL grants. DL grant of User 1 is transmitted in the first slot of a resource block where the second slot is used for User 1's downlink data transmission. User 1 also uses the adjacent resource block (in both the first and the second slots) for its downlink data transmission. DL grant and UL grant of User 2 are mixed and transmitted in the first slot of two resource blocks. User 2's downlink data is transmitted in the second slot of those two resource blocks. DL/UL grants of User 1 and User 2 can enjoy beamforming/precoding gain and frequency selectivity gain, the same way as their downlink data channels. UL grants of User 3, User 4 and User 5 are cross-interleaved, and mapped to both the first and the second slots of the two resource blocks. Those two resource blocks are frequency distributed to provide frequency diversity for decoding robustness."

2019.  See Yuan at Figure 1:



Figure 1

2020.  Alternatively, Yuan, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2021.  **Zhang** discloses this element.

2022.  Zhang at [Col 10, lines 19-25]. "FIG. 4A is a timing diagram of an SUT period, according to an embodiment. An AP allocates a protected SUT period 200 of duration Tu. In the illustrated embodiment, the AP controls synchronization and

████████████████████████████████████

timing of the SUT period 200 at least partly by generating a synchronization frame 202 and broadcasting (or multicasting) the synchronization frame 202 to SUT-capable stations."

2023.  Alternatively, Zhang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious

2024.  **Chu** also discloses this element.  *See* Element 1 [b] above.

2025.  Chu, 6:14-46 ("After finishing the member selection of the uplink group, the AP transmits an uplink group definition frame, through EDCA procedures or other medium access mechanisms, to the members of the uplink group. In an embodiment, the uplink group definition frame includes at least one of i) the member stations in the uplink group, ii) a start time of the uplink MU-MIMO transmission schedule, iii) a duration of the uplink MU-MIMO transmission schedule, or iv) an interval between transmissions of the uplink MU-MIMO transmission schedule. In an embodiment, the start time is indicated as a time offset from a transmission time of the uplink group definition frame until a transmission time of a communication frame to trigger uplink simultaneous transmission, described below, or another suitable time indication. In an embodiment, the duration is indicated as a time duration (e.g., a TXOP for uplink simultaneous transmission), a number of data frames to be transmitted during the schedule. In an embodiment, the interval indicates a time duration (e.g., a number

of microseconds) between two adjacent uplink simultaneous transmission TXOPs, an integer number of predetermined intervals (e.g., an integer multiple of a short interframe spacing), or other suitable interval indication. In an embodiment, the AP sets the interval to the proposed service interval received from a client station. In an embodiment, the uplink group definition frame indicates a value for an access category, traffic category, traffic stream, TID, data rate, MCS value, or other suitable parameters to be used for transmissions during the uplink MU-MIMO schedule. In an embodiment, the uplink group definition frame is an action frame having one or more information elements that contain the member station identifiers of the uplink group, MU-MIMO transmission schedule and/or other suitable data.").

2026.  Chu, 6:47-67 ("FIG. 2 is a diagram of an example transmission sequence 200 in a WLAN, such as the WLAN 10 of FIG. 1, according to an embodiment, in which an AP prompts a first client station (STAI), a second client station (STA2), and a third client station (STA3) to transmit independent data simultaneously to the AP during a transmission opportunity (TXOP) 202 of the AP. The AP generates and transmits a communication frame 204 that prompts STAI, STA2, and STA3 to transmit independent data simultaneously to the AP during the TXOP 202 of the AP. In one embodiment, the AP generates and transmits a communication frame 204 that prompts STAI, STA2, and STA3 to transmit independent data simultaneously to the AP via different spatial streams, for

- 692 -

example, spatial streams SS-1, SS-2, and SS-3, respectively. In one embodiment, the AP generates and transmits a DL Sync frame 204 to prompt STAI, STA2, and STA3 to transmit independent data simultaneously to the AP via different spatial streams. In another embodiment, a DL Sync frame triggers a group of stations to transmit independent data simultaneously to the AP via different OFDM subchannels.").

2027.  Chu, 8:42-56 ("FIG. 4 is a diagram of an example transmission sequence 400 in a WLAN, such as the WLAN 10 of FIG. 1, according to an embodiment, in which the transmission sequence 400 is initiated by an access point. In a TXOP 402 of the AP, the AP generates and transmits a trigger signal, such as a polling communication frame 404, to a plurality of client stations, such as client stations STA1, STA2, and STA3. In an embodiment, the polling communication frame 404 is a downlink sync frame (DL Sync). In another embodiment, the polling communication frame 404 is an action frame designated as a polling frame. In an embodiment, the AP sets a value of a duration field of the communication frame 404 to a value corresponding to a remaining duration of the TXOP 402 of the AP, for example, to protect subsequent transmissions in the TXOP 402.").

2028.  Chu, 13:47-14:13 ("FIG. 6 is a diagram of an example transmission sequence 600 in a WLAN, such as the WLAN 10 of FIG. 1, according to an embodiment, in which the transmission sequence 600 is initiated by an access point. In the embodiment of FIG. 6, the AP transmits a communication frame 610 that

███████████████████████████████████████████

indicates a length of a TXOP 602 of the access point, for example, to protect

subsequent transmissions in the TXOP 602 (e.g., to reserve time for a transmission

to client station STAI and client station STA2 of the client uplink group). In an

embodiment, the communication frame 610 is a clear to send to self (CTS-to-Self)

frame 610. The AP simultaneously transmits respective downlink MU-MIMO data

units 612 to the STAI and the STA2. In the embodiment shown in FIG. 6, each

downlink MU-MIMO data unit 612 includes i) a respective aggregate media access

control protocol data unit (A-MPDU) 613, and ii) a communication signal 614 to

prompt transmission of an independent uplink MU-MIMO data unit by the

corresponding client station. For example, in an embodiment, the downlink MU-

MIMO data unit 612-1 for the STAI includes the A-MPDU 613-1 and a sync frame

614-1, where the sync frame 614-1 prompts the client station STAI to transmit an

independent uplink MU-MIMO data unit to the AP during the TXOP 602 of the AP

(e.g., similarly to the DL sync frame 412). In an embodiment, the sync frame 614

includes an indication of a data unit size 615 for an uplink MU-MIMO data unit to

be transmitted by the corresponding client station.").

2029. Alternatively, Chu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

2030. **Kang** also discloses this element.  *See* Element 1 [b] above.

2031. Kang, 12:40-44 ("Referring to FIG. 12, the AP performs signaling on a

transmission channel bandwidth to be used for each of a plurality of MIMO-paired

- 694 -

STAs. The AP performs signaling on each of the STAI and the STA2 to use a transmission channel of a 40 MHz bandwidth (step S1210).").

2032.  Kang, 13:23-41 ("Signaling of the transmission channel bandwidth may be a method of transmitting bandwidth information by inserting the bandwidth information into a PPDU. A VHT- SIGA field and a VHT-SIGB field exist as a field including control information for an STA which receives the PPDU. The VHT-SIGA field is a field including common control information that can be commonly used for a plurality of MIMO-paired STAs. On the other hand, the VHT-SIGB field is a field including dedicated control information used for each of the plurality of MIMO-paired STAs. Therefore, transmission channel bandwidth information to be signaled to each of the plurality of MIMO-paired STAs may be included in the VHT-SIGB field. When the STA receives the PPDU, the STA can acquire the transmission channel bandwidth information by decoding the VHT-SIGB field. An embodiment of signaling the transmission channel bandwidth information through the VHT-SIGB field will be described below in detail with reference to the accompanying drawings.").

2033.  Kang, FIG. 4, FIG. 12, FIG. 8, FIG. 11.

2034.  Kang, 11:24-46 ("Referring to FIG. 8, the AP transmits a sync trigger to the plurality of MIMO-paired STAs (step S810). Upon receiving the sync trigger, the plurality of STAs wait for IFS. After waiting for the IFS, the plurality of MIMO-paired STAs simultaneously transmit a frame to the AP (step S820). A specific STA

█████████████████

to which a transmission channel consisting of only a secondary channel except for a channel bandwidth is allocated among the plurality of MIMO-paired STAs transmits a frame only when the sync trigger is received from the AP. Synchronization triggering can be achieved by exchanging a request to send (RTS)/clear to send (CTS) defined in IEEE 802.11, transmitting a CTS-to-self frame, and transmitting an uplink OFDM primitive as a separate frame. Examples thereof will be described below in greater detail with reference to the accompanying drawings.").

2035.  Kang, 12:9-15 ("Referring to FIG. 11, an AP transmits an uplink OFDMA primitive to an STAI, an STA2, and an STA3 which are MIMO-paired (step S1110). Upon receiving the OFDMA primitive from the AP, the STAI, the STA2, and the STA3 can simultaneously transmit data to be transmitted to the AP by using OFDMA-based MU- MIMO transmission after waiting for IFS (step Sl 120).").

2036.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2037.  **Gong** also discloses this element.

2038.  Gong [0014] ("Turning now to FIG. 1, shown generally as 100, illustrates an example frame format of an UL MU MIMO group action frame according to embodiments of the present invention and may contain the multicast MAC address 105 assigned to the UL MU MIMO group, the total number of streams

███████████████████████████████████████

110 within an UL MU MIMO transmission, the max duration 115 of the A-MPDUs

contained in the UL MU MIMO transmission, association IDs (AIDs) 120, 140

ofSTAs in the group, the MCS 125, 140 for each STA in the group, and optionally a

stream bitmap field 130, 150. Note that all STAs in the UL MU MIMO group need

to know the max duration of the UL MU MIMO transmission such that: 1) they can

put the max duration in the L-SIG field; and 2) optionally they can provide padding

bits to pad shorter packets up to the longest duration.").

2039.  Gong [0017) ("In one illustrative example, and not by way of limitation,

three STAs are transmitting simultaneously in one UL MU MIMO transmission.

The AP determines the MCS that each STA can use; for instance, the first two STAs

transmit one spatial stream and the third STA transmits two spatial streams. In

this case, the first row of the P matrix is assigned to STAI, the second row is

assigned to STA2, and the last two rows are assigned to STA3. Upon receiving the

UL MU MIMO Group frame, a STA would know which P matrix to use based on the

total number of streams and which row(s) of the P matrix to use based on its

assigned MCS and the MCSs assigned to the STAs in front of it.").

2040.  Gong [0018] ("The order of ATDs corresponds to the sequential order of

assigned rows in the P matrix. The optional Stream Bitmap field can be used to

directly notify a STA regarding which rows in the P matrix are applicable to that

STA. The length of the stream bitmap field is the length of the maximum dimension

of the P matrix. Upon receiving the Stream Bitmap field, a STA does not need to

- 697 -

████████████████████████

calculate the rows that it needs to use based on MCSs assigned to STAs in front of

it. Instead, the rows assigned to the STA are directly indicated. In one embodiment,

the UL MU MIMO Group action frame is transmitted in a unicast fashion to each

STA in the UL MU MIMO group. In this case, before the UL MU MIMO

transmission, the AP transmits a CF-Poll frame to the multi-cast address. Upon

receiving the CF-Poll frame, all STAs belonging to the UL MU MIMO group will

start transmitting. The AP will process the preambles from all STAs based on the

information included in the UL MU MIMO group action frame. In another

embodiment, the UL MU MIMO Group frame is a broadcast frame. All STAs that

receive the frame and see their AIDs indicated in the frame will send back their

data frames.").

2041.  Alternatively, Gong, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

2042.  To the extent it is argued or determined that any of the above

references do not disclose this element, then this element would have been obvious

at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang,

Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra.*

> e.  **Element 1 [d]:  simultaneously receiving multiple uplink frames from multiple stations of the plurality of stations; and**

2043.  **Merlin 258** discloses this element.

2044.  Merlin 258 at ¶ [0051].  "Certain aspects of the present disclosure support transmitting an uplink (UL) signal from multiple UTs to an AP. In some embodiments, the UL signal may be transmitted in a multi-user MIMO (MU-MIMO) system. Alternatively, the UL signal may be transmitted in a multi-user FDMA (MU-FDMA) or similar FDMA system. Specifically, FIGS. 4-8 illustrate uplink MU-MIMO (UL-MU-MIMO) transmissions 410A and 410B that would apply equally to UL-FDMA transmissions. In these embodiments, UL-MU-MIMO or UL-FDMA transmissions can be sent simultaneously from multiple STAs to an AP and may create efficiencies in wireless communication."

2045.  Merlin 258 at ¶ [0054] "Once a user terminal 120 receives a CTX message 402 from the AP 110 where the user terminal is listed, the user terminal 120 may transmit the UL-MU-MIMO transmission 410. In FIG. 4A, STA 120 A and STA 120 B transmit UL-MU-MIMO transmissions 410A and 410B, respectively, containing physical layer convergence protocol (PLCP) protocol data units (PPDUs). Upon receiving the UL-MU-MIMO transmissions 410A and 410B, the AP 110 may transmit block acknowledgments (BAs) 470 to the user terminals 120A and 120B."

2046.  Merlin 258 at Figure 4:



FIG. 4

2047.  Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2048.  **Zhang** discloses this element.

2049.  Zhang at [Col 10, lines 3-18].

2050.  Zhang at [Col 10, lines 3-18]. "Embodiments of an SUT access protocol for SUT signals will now be described. In the following embodiments, the AP is equipped with an antenna array (i.e., a plurality of antennas) and a MIMO receiver. The AP and/or client stations reserve a protected SUT time period for simultaneous uplink transmissions for use by SUT-capable stations only, and accordingly exclude legacy stations from using the SUT period for uplink transmissions."

2051.  Alternatively, Zhang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2052.  **Chu** also discloses this element.

███████████████████████████████

2053.  Chu, 4:30-52 ("In embodiments described below, a first communication device, such as an access point (AP) of a wireless local area network (WLAN), simultaneously receives multiple independent data streams from multiple second communication devices, such as client stations. The first communication device determines that the second communication devices have data to transmit to the first communication device. Then, the first communication device prompts the second communication devices to simultaneously transmit the data streams during a transmit opportunity period (TXOP) of the first communication device. In an embodiment, a TXOP is a bounded time interval reserved for a communication device in a network during which the communication device can send as many frames as possible (as long as the duration of the transmissions does not extend beyond the PPDU length defined by the first communication device and beyond the TXOP). In an embodiment, other communication devices are generally not permitted to transmit in the TXOP unless the communication device to which the TXOP is assigned specifically permits the other communication device to transmit or unless the other communication device is acknowledging a transmission of the communication device to which the TXOP is assigned.").

2054.  Chu, 5:45-65 ("In some embodiments, two or more of the client stations 25 are configured to receive respective data streams that are transmitted simultaneously by the AP 14. In an embodiment, the client stations 25 are members of the client uplink group. In other embodiments, two or more of the client stations

- 701 -

████████████████████████████████████████████

25 additionally or alternatively are configured to transmit corresponding data streams to the AP 14 such that the AP 14 receives the data streams simultaneously. For example, in one embodiment, the network interface 27 is configured to receive a data stream among a plurality of independent data streams transmitted simultaneously by the AP 14 to multiple client stations 25 via multiple spatial streams using techniques described in U.S. patent application Ser. No. 12/175,526. As another example, in another embodiment, the network interface 27, additionally or alternatively, is configured to transmit a data stream to the AP 14 among a plurality of independent data streams transmitted simultaneously by multiple client stations 25 via different spatial streams using techniques described in U.S. patent application Ser. No. 12/175,501.").

2055.  Chu, 7:26-32 ("Responsive to the communication frame 204, STAI, STA2, and STA3 transmit independent data simultaneously to the AP during the TXOP 202 of the AP. For example, in an embodiment, STAI transmits a communication frame 206, STA2 simultaneously transmits a communication frame 208, and STA3 simultaneously transmits a communication frame 210.").

2056.  Chu, FIG. 2.

2057.  Chu, 10:5-12 ("In response to the polling communication frame 404, each client station simultaneously transmits a respective communication frame 406 (i.e., communication frames 406-1, 406-2, and 406-6) to the AP during the TXOP 402 of the AP, where the communication frame 406 (referred to herein as an uplink

feedback frame or FB frame) includes information indicating whether the client station has data to be transmitted to the AP.").

2058.  Chu, 10:47-54 ("In an embodiment, the AP generates and transmits the uplink group definition frame 408 to each member of the client uplink group. In an embodiment, the uplink group definition frame 408 also indicates an uplink multi-user multiple input multiple output (MU-MIMO) transmission schedule for the client uplink group for members of the client uplink group to simultaneously transmit to an access point.").

2059.  Chu, FIG. 4,

2060.  Chu, 11:50-67 ("In response to the communication frame 412, the multiple client stations transmit independent data units 414 simultaneously to the AP during the TXOP 402 of the AP in one or more transmissions. For example, in an embodiment, the multiple client stations generate and transmit one or more UL MU-MIMO data units 414 via different spatial streams. In the embodiment shown in FIG. 4, the STAI transmits an UL MU-MIMO data unit 414-1 to the AP simultaneously with a transmission by the STA2 of an UL MU-MIMO data unit 414-2 to the AP. In an embodiment, the UL MU-MIMO data units 414 correspond to a particular traffic category, traffic stream, or TID indicated by the communication frame 412. In an embodiment, the UL MU-MIMO data units 414 at least include the traffic category, traffic stream, or TID associated with the TXOP or indicated by the communication frame 412. In an embodiment, one or more of the UL MU-MIMO

- 703 -

████████████████████████████████

data units 414 includes suitable padding to have a suitable data unit size (e.g., the data unit size 415).").

2061. Chu, 14:14-23 ("In response to the respective downlink MU-MIMO data units 612, the STAI and STA2 simultaneously transmit, and the AP simultaneously receives, respective uplink MU- MIMO data units 616. Each uplink MU-MIMO data unit 616 includes i) a respective second A-MPDU 617, and ii) an acknowledgment 618 of the corresponding first A- MPDU 613. In response to receipt of the UL MU-MIMO data units 616, the AP transmits a broadcast acknowledgment (B-ACK) 620 to acknowledge the uplink MU- MIMO data units 616, as described above with respect to B-ACK 420.").

2062. Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2063. **Kang** also discloses this element.

2064. Kang, 12:51-62 ("Since the 40 MHz bandwidth is signaled to the STAI, a transmission channel including CHI and CH2 can be allocated to the STAI. However, since the supported bandwidth is 20 MHz, the STAI determines the transmission channel bandwidth to 20 MHz, and transmits a frame to the AP by using the CHI (step S1221). Since the 40 MHz bandwidth is signaled to the STA2, a transmission channel including CH3 and CH4 can be allocated to the STA2. Since the STA2 can support the 40 MHz bandwidth, the STA2 determines the

████████████████████████████████

transmission channel bandwidth to 40 MHz, and transmits a frame to the AP by

using the CH3 and the CH4 (step S1222).").

2065.  Kang, 11:27-33 ("After waiting for the IFS, the plurality of MIMO-

paired STAs simultaneously transmit a frame to the AP (step S820). A specific STA

to which a transmission channel consisting of only a secondary channel except for a

channel bandwidth is allocated among the plurality of MIMO-paired STAs

transmits a frame only when the sync trigger is received from the AP.").

2066.  Kang, 12:9-15 ("Referring to FIG. 11, an AP transmits an uplink

OFDMA primitive to an STAI, an STA2, and an STA3 which are MIMO-paired (step

Sl 110). Upon receiving the OFDMA primitive from the AP, the STAI, the STA2,

and the STA3 can simultaneously transmit data to be transmitted to the AP by

using OFDMA-based MU- MIMO transmission after waiting for IFS (step Sl 120).").

2067.  Kang, FIG. 12, FIG. 8, FIG. 11.

2068.  Alternatively, Kang, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

2069.  **Gong** also discloses this element.

2070.  Gong [0014] ("Turning now to FIG. 1, shown generally as 100,

illustrates an example frame format of an UL MU MIMO group action frame

according to embodiments of the present invention and may contain the multicast

MAC address 105 assigned to the UL MU MIMO group, the total number of streams

110 within an UL MU MIMO transmission, the max duration 115 of the A-MPDUs

contained in the UL MU MIMO transmission, association IDs (AIDs) 120, 140 of

STAs in the group, the MCS 125, 140 for each STA in the group, and optionally a

stream bitmap field 130, 150. Note that all STAs in the UL MU MIMO group need

to know the max duration of the UL MU MIMO transmission such that: 1) they can

put the max duration in the L-SIG field; and 2) optionally they can provide padding

bits to pad shorter packets up to the longest duration.").

2071.  Gong [0017) ("In one illustrative example, and not by way of limitation,

three STAs are transmitting simultaneously in one UL MU MIMO transmission.

The AP determines the MCS that each STA can use; for instance, the first two STAs

transmit one spatial stream and the third STA transmits two spatial streams. In

this case, the first row of the P matrix is assigned to STAI, the second row is

assigned to STA2, and the last two rows are assigned to STA3. Upon receiving the

UL MU MIMO Group frame, a STA would know which P matrix to use based on the

total number of streams and which row(s) of the P matrix to use based on its

assigned MCS and the MCSs assigned to the STAs in front of it.").

2072.  Gong [0018] ("The order of ATDs corresponds to the sequential order of

assigned rows in the P matrix. The optional Stream Bitmap field can be used to

directly notify a STA regarding which rows in the P matrix are applicable to that

STA. The length of the stream bitmap field is the length of the maximum dimension

of the P matrix. Upon receiving the Stream Bitmap field, a STA does not need to

calculate the rows that it needs to use based on MCSs assigned to STAs in front of it. Instead, the rows assigned to the STA are directly indicated. In one embodiment, the UL MU MIMO Group action frame is transmitted in a unicast fashion to each STA in the UL MU MIMO group. In this case, before the UL MU MIMO transmission, the AP transmits a CF-Poll frame to the multi-cast address. Upon receiving the CF-Poll frame, all STAs belonging to the UL MU MIMO group will start transmitting. The AP will process the preambles from all STAs based on the information included in the UL MU MIMO group action frame. In another embodiment, the UL MU MIMO Group frame is a broadcast frame. All STAs that receive the frame and see their AIDs indicated in the frame will send back their data frames.").

2073. Alternatively, Gong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2074. To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong. *See* "Motivation to Combine," *infra.*

      **f.**    **Element 1 [e]: transmitting an acknowledgement frame to the multiple stations after a successful reception of the multiple uplink frames,**

2075. **Merlin 258** discloses this element.

2076.  Merlin 258 at ¶ [0054] "Once a user terminal 120 receives a CTX message 402 from the AP 110 where the user terminal is listed, the user terminal 120 may transmit the UL-MU-MIMO transmission 410. In FIG. 4A, STA 120 A and STA 120 B transmit UL-MU-MIMO transmissions 410A and 410B, respectively, containing physical layer convergence protocol (PLCP) protocol data units (PPDUs). Upon receiving the UL-MU-MIMO transmissions 410A and 410B, the AP 110 may transmit block acknowledgments (BAs) 470 to the user terminals 120A and 120B."

2077.  Merlin 258 at Figure 4:



FIG. 4

2078.  Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2079.  **Zhang** discloses this element.

2080.  Zhang at [Col 11, lines 15-24]. "To acknowledge a successful receipt of N SUT frames, the AP transmits N acknowledgement frames 210 - 1, 210 - 2,... 210 -N separated by a predefined Short Inter Frame Space (SIFS), according to an embodiment."

- 708 -

2081.  Alternatively, Zhang in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2082.  **Chu** also discloses this element.

2083.  Chu, 7:53-63 ("The AP generates and transmits acknowledgments (ACKs or BlockAcks) 216,218, and 220 to STAI, STA2, and STA3, respectively, to acknowledge the communication frames 206,208, and 210. In the embodiment shown in FIG. 2, the AP transmits each of ACK 216, ACK 218, and ACK 220 at different times (i.e., staggered times) and in different spatial streams. In an embodiment, the spatial stream in which the ACK is transmitted is the same spatial stream in which the corresponding communication frame is transmitted (i.e., communication frame 206 and ACK 216 are transmitted using spatial stream SS-1).").

2084.  Chu, 12:1-4 ("In response to receipt of the UL MU-MIMO data units 414, the AP transmits a broadcast acknowledgment (B-ACK) 416 to acknowledge the uplink MU-MIMO data units 414, as described above with respect to B-ACK 316.").

2085.  Chu, 14:14-23 ("In response to the respective downlink MU-MIMO data units 612, the STAI and STA2 simultaneously transmit, and the AP simultaneously receives, respective uplink MU- MIMO data units 616. Each uplink MU-MIMO data unit 616 includes i) a respective second A-MPDU 617, and ii) an

- 709 -

████████████████████████████████

acknowledgment 618 of the corresponding first A- MPDU 613. In response to receipt of the UL MU-MIMO data units 616, the AP transmits a broadcast acknowledgment (B-ACK) 620 to acknowledge the uplink MU- MIMO data units 616, as described above with respect to B-ACK 420.").

2086. Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2087. **Kang** also discloses this element.

2088. Kang, 12:63-65 ("Upon receiving a frame through a specific channel from the STAI and the STA2, the AP transmits an ACK frame to the STAI and the STA2 in response thereto (step S1230).").

2089. Kang, FIG. 12.

2090. Kang, 11:34-40 ("Upon transmitting the sync trigger for uplink MU-MIMO transmission, in response to frame reception, the AP can transmit an ACK frame by directly using a channel bandwidth at which data is transmitted. Alternatively, by using a primary channel as shown in steps S740 and S750 of FIG. 7, the ACK frame can be transmitted at different times to the MIMO-paired STAs.").

2091. Kang, FIG. 8.

2092. Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

███████████████████████████████████

2093.  **Gong** also discloses this element.

2094.  Gong [0018] ("The order of ATDs corresponds to the sequential order of assigned rows in the P matrix. The optional Stream Bitmap field can be used to directly notify a STA regarding which rows in the P matrix are applicable to that STA. The length of the stream bitmap field is the length of the maximum dimension of the P matrix. Upon receiving the Stream Bitmap field, a STA does not need to calculate the rows that it needs to use based on MCSs assigned to STAs in front of it. Instead, the rows assigned to the STA are directly indicated. In one embodiment, the UL MU MIMO Group action frame is transmitted in a unicast fashion to each STA in the UL MU MIMO group. In this case, before the UL MU MIMO transmission, the AP transmits a CF-Poll frame to the multi-cast address. Upon receiving the CF-Poll frame, all STAs belonging to the UL MU MIMO group will start transmitting. The AP will process the preambles from all STAs based on the information included in the UL MU MIMO group action frame. In another embodiment, the UL MU MIMO Group frame is a broadcast frame. All STAs that receive the frame and see their AIDs indicated in the frame will send back their data frames.").

2095.  Gong, Claim 21 ("The computer readable medium encoded with computer executable instructions of claim 19, wherein an UL MU MIMO Group action frame is transmitted in a unicast fashion to each STA in a UL MU MIMO group and wherein prior to an UL MU MIMO transmission, said AP transmits a

- 711 -

████████████████████████████████████

CF-Poll frame to a multi-cast address and upon receiving said CF-Poll frame, all

STAs belonging to said UL MU MIMO group will start transmitting and wherein

said AP will process preambles from all STAs based on information included in said

UL MU MIMO group action frame.")

2096.  Alternatively, Gong, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

2097.  To the extent it is argued or determined that any of the above

references do not disclose this element, then this element would have been obvious

at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang,

Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

> **g.** **Element 1 [f]:  wherein the uplink setup information includes a common information portion and a dedicated information portion, the common information portion includes a second information being common to all of the plurality of stations to receive the uplink setup information, and the dedicated information portion includes respective third information specific to each of the plurality of stations to receive the uplink setup information, and**

2098.  **<u>Merlin 258</u>** discloses this element.

2099.  Merlin 258 at ¶ [0073] "FIG. 9 shows a diagram of an example of a

CTX frame 900 format. The CTX frame 900 may be configured as a trigger frame. In

this embodiment, the CTX frame 900 is a control frame that includes a frame

control (FC) field 905, a duration field 910, a receiver address field 914, a

- 712 -

████████████████████████████████████

transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration

field 925, a UT info field 930, and a frame check sequence (FCS) field 980. The FC

field 905 indicates a control subtype or an extension subtype. The duration field 910

indicates to any receiver of the CTX frame 900 to set the network allocation vector

(NAV)… The PPDU duration 925 field indicates an uplink duration for the

following uplink transmission (e.g., UL-MU-MIMO PPDU). The AP 110 may

determine the duration of the following Mu-MIMO PPDU that the user terminals

120Are allowed to send based on estimated TX time fields received in at least one

message requesting to transmit uplink data from the user terminals 120. The UT

Info 930 field contains information regarding a particular UT and may include a

per-user terminal 120 set of information (see the UT Info 1 field 930 through the UT

Info N field 975 ). The UT Info 930 field may include an AID or MAC address field

932 which identifies a user terminal, a number of spatial streams field (Nss) 935

field which indicates the number of spatial streams a user terminal may use (e.g., in

a UL-MU-MIMO system), a Time Adjustment 936 field which indicates a time that

a UT should adjust its transmission compared to the reception of a trigger frame

(the CTX in this case), a Power Adjustment 938 field which indicates a power

backoff value a UT should take from a declared transmit power, a Tone Allocation

940 field which indicates the tones or frequencies a UT may use (in a UL-FDMA

system), an Allowed TID 942 field which indicates the allowable TID, an Allowed

TX Mode 944 field which indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the UT should use...”

2100.  Merlin 258 at Figure 9:



FIG. 9

2101.  A POSITA would recognize the PPDU duration 925 of Figure 9 in Merlin to be "common to all of a plurality of stations" because this information is only indicated once and used by each station in its response.  Also, a POSITA would recognize each field UT Info 1 930 through UT Info N 975  to be "dedicated information portion[s] [that] includes respective third information specific to each of the plurality of stations" since these sub-fields are addressed to each station (through AID or MAC address 932) and provide individual information that is only used by the addressed station.

████████████████████████████████████████████

2102.  Merlin 258 at ¶ [0069] "After receiving each of request messages 802

A-C, the AP 110 may respond with a message indicating that the AP 110 has

received each of the request messages 802 A-C from the user terminals 120A-C. As

shown in FIG. 8, the AP 110 may transmit ACK messages 803 A-C in response to

each of the request messages 802 A-C. In some embodiments, the AP 110 may

transmit a trigger frame (TF) message (e.g., a CTX message) indicating that each of

the request messages 802 A-C has been received but that the AP 110 has not

granted a transmission opportunity for the user terminals 120A-C to uplink data. In

FIG. 8, after sending the last ACK message 803 C, the AP 110 may transmit a TF

message 804. In some aspects, the TF message 804 is transmitted to at least the

user terminals 120A-C. In some aspects, the TF message 804 is a broadcast

message. The TF message 804 may indicate which user terminals are granted

permission to transmit data to the AP 110 during a transmission opportunity. The

TF message 804 may also indicate a starting time of the transmission opportunity

and a duration of the transmission opportunity. For example, the TF message 804

may indicate that the user terminals 120A-C should set their network allocation

vectors to be consistent with NAV 812."

2103.  Merlin 258 at Figure 8:



FIG. 8

2104.  Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2105.  **Zhang** discloses this element.

2106.  Zhang at [Col 10, lines 29-47]. "The synchronization frame 202 specifies timing of the SUT period 200 (e.g., the start time, the duration Tu), according to an embodiment. Further, depending on the particular embodiment, the synchronization frame 202 includes one or more of the following: an indication of which of the SUT-capable stations are expected to transmit uplink data during the SUT period 200, a respective index assigned to each SUT-capable station expected to communicate during the SUT period 200, the total number of space-time streams available for uplink transmission, a listing of space-time streams allocated to each individual SUT-capable station for the SUT period 200, bandwidth of SUT frames

- 716 -

(e.g., 20 MHz, 40 MHz, 80 MHz), a respective modulation and coding scheme for

each SUT-capable station expected to transmit during the SUT period 200, a

respective power control parameter for each SUT-capable station expected to

transmit during the SUT period 200, the maximum duration of an SUT frame that

can be transmitted during the SUT period 200, etc."

2107.  Alternatively, Zhang, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

2108.  **Chu** also discloses this element.  *See* Element 1 [b] above.

2109.  Chu, 5:66-6:46 ("Before triggering the uplink simultaneously

transmission from a group stations, the AP defines the uplink group and notifies

the stations in the uplink group about the uplink group allocation, in some

embodiments. In an embodiment, the STA sends a communication frame or a

management frame that indicates one or more traffic characteristics (e.g., a

proposed service interval to be used for an uplink MU-MIMO transmission

schedule, a proposed access category data rate to be used for the uplink MU-MIMO

transmission schedule, or traffic burst information to be used for the uplink MU-

MIMO transmission schedule) to the AP through an enhanced distributed channel

access (EDCA) procedure. The AP performs selection of the members of the client

uplink group based on the uplink traffic characteristic of the stations or other

information, for example, the interference among stations. After finishing the

- 717 -

███████████████████████████

member selection of the uplink group, the AP transmits an uplink group definition

frame, through EDCA procedures or other medium access mechanisms, to the

members of the uplink group. In an embodiment, the uplink group definition frame

includes at least one of i) the member stations in the uplink group, ii) a start time of

the uplink MU-MIMO transmission schedule, iii) a duration of the uplink MU-

MIMO transmission schedule, or iv) an interval between transmissions of the

uplink MU-MIMO transmission schedule. In an embodiment, the start time is

indicated as a time offset from a transmission time of the uplink group definition

frame until a transmission time of a communication frame to trigger uplink

simultaneous transmission, described below, or another suitable time indication. In

an embodiment, the duration is indicated as a time duration (e.g., a TXOP for

uplink simultaneous transmission), a number of data frames to be transmitted

during the schedule. In an embodiment, the interval indicates a time duration (e.g.,

a number of microseconds) between two adjacent uplink simultaneous transmission

TXOPs, an integer number of predetermined intervals (e.g., an integer multiple of a

short interframe spacing), or other suitable interval indication. In an embodiment,

the AP sets the interval to the proposed service interval received from a client

station. In an embodiment, the uplink group definition frame indicates a value for

an access category, traffic category, traffic stream, TID, data rate, MCS value, or

other suitable parameters to be used for transmissions during the uplink MU-

MIMO schedule. In an embodiment, the uplink group definition frame is an action

- 718 -

frame having one or more information elements that contain the member station

identifiers of the uplink group, MU-MIMO transmission schedule and/or other

suitable data.").

2110.  Chu, 6:47-67 ("FIG. 2 is a diagram of an example transmission

sequence 200 in a WLAN, such as the WLAN 10 of FIG. 1, according to an

embodiment, in which an AP prompts a first client station (STAI), a second client

station (STA2), and a third client station (STA3) to transmit independent data

simultaneously to the AP during a transmission opportunity (TXOP) 202 of the AP.

The AP generates and transmits a communication frame 204 that prompts STAI,

STA2, and STA3 to transmit independent data simultaneously to the AP during the

TXOP 202 of the AP. In one embodiment, the AP generates and transmits a

communication frame 204 that prompts STAI, STA2, and STA3 to transmit

independent data simultaneously to the AP via different spatial streams, for

example, spatial streams SS-1, SS-2, and SS-3, respectively. In one embodiment,

the AP generates and transmits a DL Sync frame 204 to prompt STAI, STA2, and

STA3 to transmit independent data simultaneously to the AP via different spatial

streams. In another embodiment, a DL Sync frame triggers a group of stations to

transmit independent data simultaneously to the AP via different OFDM

subchannels.").

2111.  Chu, 7:1-25 ("In one embodiment, the communication frame 204

includes a duration field (e.g., an UL physical layer protocol data unit (PPDU)

- 719 -

duration field) that indicates a maximum duration of UL communication frames

(e.g., PPDUs) responsive to the communication frame 204. In one embodiment, the

communication frame 204 comprises a PHY preamble and omits a MAC portion. In

this embodiment, the PHY preamble includes a group ID corresponding to a client

uplink group and a duration field that indicates a maximum duration of UL

communication frames (e.g., PPDUs) responsive to the communication frame 204.

In an embodiment, the communication frame 204 includes station identifiers that

indicate which client stations should transmit during the TXOP 202. In an

embodiment, the communication frame 204 includes a number of spatial streams

(Nss) and an index for the corresponding spatial streams to be used by the

corresponding client stations. In an embodiment, the communication frame 204

includes a channel bandwidth to be used by the corresponding client stations. In an

embodiment, the communication frame includes a modulation and coding scheme

(MCS) value that corresponds to a modulation and coding scheme to be used by the

corresponding client station. In an embodiment, the communication frame includes

a transmission power value to be used by the corresponding client station.").

2112.  Chu, 10:47-54 ("In an embodiment, the AP generates and transmits

the uplink group definition frame 408 to each member of the client uplink group. In

an embodiment, the uplink group definition frame 408 also indicates an uplink

multi-user multiple input multiple output (MU-MIMO) transmission schedule for

██████████████████████████████████████

the client uplink group for members of the client uplink group to simultaneously transmit to an access point.").

2113.  Chu, 11:24-4 ("The AP generates and transmits a communication frame 412 that prompts the selected multiple client stations to transmit independent data simultaneously to the AP during the TXOP 402 of the AP. In some embodiments, the communication frame 412 is generally the same as the communication frame 204. In one embodiment, the AP generates and transmits the communication frame 412 to prompt the multiple client stations to transmit independent data simultaneously to the AP via different spatial streams, for example, independent uplink MU-MIMO data units. In one embodiment, the AP generates and transmits a DL Sync frame 412 to prompt the multiple client stations to transmit independent data simultaneously to the AP via different spatial streams. In an embodiment, the DL Sync frame 412 includes an indication of a data unit size 415 to be used for the independent uplink MU-MIMO data units, for example, an indication of a time duration or bit count. In an embodiment, the AP transmits the communication frame 412 according to the UL MU-MIMO transmission schedule. In some embodiments, the communication frame 412 is provided as a legacy PPDU, such as an IEEE 802.11a/b/g (duplicate) PPDU. In an embodiment, the AP sets a value of a duration field of the communication frame 412 to a value corresponding to a remaining duration of the TXOP 402 of the AP, for example, to protect subsequent transmissions in the TXOP 402.").

███████████████████████████████████████████

2114.  Chu, 13:47-14:13 ("FIG. 6 is a diagram of an example transmission sequence 600 in a WLAN, such as the WLAN 10 of FIG. 1, according to an embodiment, in which the transmission sequence 600 is initiated by an access point. In the embodiment of FIG. 6, the AP transmits a communication frame 610 that indicates a length of a TXOP 602 of the access point, for example, to protect subsequent transmissions in the TXOP 602 (e.g., to reserve time for a transmission to client station STAI and client station STA2 of the client uplink group). In an embodiment, the communication frame 610 is a clear to send to self (CTS-to-Self) frame 610. The AP simultaneously transmits respective downlink MU-MIMO data units 612 to the STAI and the STA2. In the embodiment shown in FIG. 6, each downlink MU-MIMO data unit 612 includes i) a respective aggregate media access control protocol data unit (A-MPDU) 613, and ii) a communication signal 614 to prompt transmission of an independent uplink MU-MIMO data unit by the corresponding client station. For example, in an embodiment, the downlink MU-MIMO data unit 612-1 for the STAI includes the A-MPDU 613-1 and a sync frame 614-1, where the sync frame 614-1 prompts the client station STAI to transmit an independent uplink MU-MIMO data unit to the AP during the TXOP 602 of the AP (e.g., similarly to the DL sync frame 412). In an embodiment, the sync frame 614 includes an indication of a data unit size 615 for an uplink MU-MIMO data unit to be transmitted by the corresponding client station.").

- 722 -

████████████████████████████████████████

2115.  Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2116.  **Kang** also discloses this element.  *See* Element 1 [b] above.

2117.  Kang, 8:3-36 ("Referring to FIG. 3, a training symbol is defined on a spatial stream basis, and is transmitted for channel estimation of each spatial stream. When the number of spatial streams is 1, 2, and 4, the number of HT-LTFs to be transmitted is 1, 2, and 4, respectively. When the number of spatial streams is 3, one extra long training symbol is used so that 4 HT-LTFs can be used. Unlike the IEEE 802.1 ln standard supporting the HT, a next generation WLAN system requires a higher throughput. This is called a very high throughput (VHT) to distinguish it from the HT, and 80 MHz bandwidth transmission and/or higher bandwidth transmission (e.g., 160 MHz) are supported in the next generation WLAN system. In addition, multi user-multiple input multiple output (MU-MIMO) transmission is supported. An amount of control information transmitted to STAs for MU-MIMO transmission may be relatively greater than an amount of IEEE 802.11n control information. Examples of control information additionally required for the VHT WLAN system may be information indicating the number of spatial streams to be received by each STA, information regarding modulation and coding of data transmitted to each STA, etc. Therefore, when MU-MIMO transmission is performed in order to provide data services simultaneously to a plurality of STAs, the amount of control information to be transmitted may be increased according to

the number of receiving STAs. In order to effectively transmit the increased amount

of control information to be transmitted, among a plurality of pieces of control

information required for MU-MIMO transmission, common control information

commonly required to all STAs and dedicated control information individually

required to the STAs may be transmitted by distinguishing the two types of

information.").

2118. Kang, 8:37-9:4 ("A PPDU format used in the WLAN system supporting

MU-MIMO will be described with reference to FIG. 4. Referring to FIG. 4, a PPDU

400 includes an L-STF field 410, an L-LTF field 420, an L-SIG field 430, a VHT-

SIGA field 440, a VHT-STF field 450, a VHT-LTF field 460, a VHT-SIGB field 470,

and a data field 480. A PLCP sub-layer converts a PSDU delivered from a MAC

layer into the data field 480 by appending necessary information to the PSDU,

generates the PPDU 400 by appending several fields such as the L-STF field 410,

the L-LTF field 420, the L-SIG field 430, the VHT-SIGA field 440, the VHT-STF

field 450, the VHT-LTF field 460, the VHT-SIGB field 470, or the like, and delivers

the PPDU 400 to one or more STAs through a PMD layer. The L-STF field 410 is

used for frame timing acquisition, automatic gain control (AGC) convergence, coarse

frequency acquisition, etc. The L-LTF field 420 is used for channel estimation for

demodulation of the L-SIG field 430 and the VHT-SIGA field 440. The L-SIG field

430 is used when an L-STA receives the PPDU to acquire data. The VHT-SIGA field

440 includes control information for interpreting the received PPDU 400 as common

- 724 -

control information required for VHT-STAs which are MIMO- paired with an AP. The VHT-SIGA field 440 includes information on a spatial stream for each of the plurality of MIMO-paired STAs, bandwidth information, identification information related to whether space time block coding (STBC) is used, a group identifier for an STA group, information on an STA to which each group identifier is allocated, and information related to a short guard interval (GI). Herein, the group identifier for the STA group may include whether a currently used MIMO transmission method is MU-MIMO or SU-MIMO.").

2119.  Kang, 9:14-30 ("The VHT-SIGB field 470 includes dedicated control information required when the plurality of MIMO-paired STAs receive the PPDU 400 to acquire data. Therefore, the STA may be designed such that the VHT-SIGB field 470 is decoded only when the common control information included in the VHT-SIGB field 470 indicates that the currently received PPDU 400 is transmitted using MU-MIMO transmission. On the contrary, the STA may be designed such that the VHT-SIGB field 470 is not decoded when the common control information indicates that the currently received PPDU 400 is for a single STA (including SU-MIMO). The VHT-SIGB field 470 includes information on each STA's modulation, encoding, and rate-matching. A size of the VHT-SIGB field 470 may differ according to the MIMO transmission method (MU-MIMO or SU-MIMO) and a channel bandwidth used for PPDU transmission.").

2120.  Kang, FIG. 4.

2121.  Kang, 6:4-5 ("FIG. 2 is a diagram showing an example of a PPDU format used in a WLAN system based on the IEEE 802.1 ln standard.").

2122.  Kang, 7:45-48 ("Each of the data fields 214,227, and 235 respectively shown in FIGS. 2(a), (b), and (c) may include a service field, a scrambled PSDU field, a tail bits field, and a padding bits field.").

2123.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2124.  **Gong** also discloses this element.

2125.  Gong [0014] ("Turning now to FIG. 1, shown generally as 100, illustrates an example frame format of an UL MU MIMO group action frame according to embodiments of the present invention and may contain the multicast MAC address 105 assigned to the UL MU MIMO group, the total number of streams 110 within an UL MU MIMO transmission, the max duration 115 of the A-MPDUs contained in the UL MU MIMO transmission, association IDs (AIDs) 120, 140 ofSTAs in the group, the MCS 125, 140 for each STA in the group, and optionally a stream bitmap field 130, 150. Note that all STAs in the UL MU MIMO group need to know the max duration of the UL MU MIMO transmission such that: 1) they can put the max duration in the L-SIG field; and 2) optionally they can provide padding bits to pad shorter packets up to the longest duration.").

2126.  Gong [0017] ("In one illustrative example, and not by way of limitation, three STAs are transmitting simultaneously in one UL MU MIMO transmission. The AP determines the MCS that each STA can use; for instance, the first two STAs transmit one spatial stream and the third STA transmits two spatial streams. In this case, the first row of the P matrix is assigned to STAI, the second row is assigned to STA2, and the last two rows are assigned to STA3. Upon receiving the UL MU MIMO Group frame, a STA would know which P matrix to use based on the total number of streams and which row(s) of the P matrix to use based on its assigned MCS and the MCSs assigned to the STAs in front of it.").

2127.  Gong, FIG. 1.

2128.  Alternatively, Gong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2129.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

      a.    **Element 1 [g]:  wherein the second information is a function of a total number of space time streams to be used to transmit the multiple uplink frames.**

2130.  **Merlin 258** discloses this element.

2131.  Merlin 258 at ¶ [0001] "This application claims priority to U.S. Provisional Application No. 61/871,269 filed Aug. 28, 2013, and entitled 'METHODS AND APPARATUS FOR MULTIPLE USER UPLINK.' The content of this prior application is considered part of this application, and is hereby incorporated by reference in its entirety."

2132.  Merlin 258 at ¶ [0035] "The system 100 employs multiple transmit and multiple receive antennas for data transmission on the downlink and uplink. The access point 110 is equipped with Nap antennas and represents the multiple-input (MI) for downlink transmissions and the multiple-output (MO) for uplink transmissions. A set of K selected user terminals 120 collectively represents the multiple-output for downlink transmissions and the multiple-input for uplink transmissions. For pure SDMA, it is desired to have Nap≤K≤1 if the data symbol streams for the K user terminals are not multiplexed in code, frequency or time by some means. K may be greater than Nap if the data symbol streams can be multiplexed using TDMA technique, different code channels with CDMA, disjoint sets of sub-bands with OFDM, and so on. Each selected user terminal may transmit user-specific data to and/or receive user-specific data from the access point. In general, each selected user terminal may be equipped with one or multiple antennas (i.e., Nut≥l). The K selected user terminals can have the same number of antennas, or one or more user terminals may have a different number of antennas."

████████████████████████████████████

2133. Merlin 258 at ¶ [0052] "An increasing number of wireless and mobile devices put increasing stress on bandwidth requirements that are demanded for wireless communications systems. With limited communication resources, it is desirable to reduce the amount of traffic passing between the AP and the multiple STAs. For example, when multiple terminals send uplink communications to the access point, it is desirable to minimize the amount of traffic to complete the uplink of all transmissions. Thus, embodiments described herein support utilizing communication exchanges, scheduling and certain frames for increasing throughput of uplink transmissions to the AP."

2134. Merlin 258 at ¶ [0068] "FIG. 8 is a message timing diagram 800 showing multi-user uplink communication. The message exchange shows communication of wireless messages between an AP 110 and three user terminals 120A-C. The message exchange may indicate that each of the user terminals 120A-C may transmit a request message (REQ) 802A-C to the AP 110 requesting a UL-MU-MIMO TXOP. As described above, each of the request messages 802A-C may indicate that the transmitting user terminal 120A-C has data available to be transmitted to the AP 110."

2135. See also Merlin 258 at Figure 8.

2136. Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 729 -

2137. **<u>Zhang</u>** discloses this element.

2138. Zhang at [Col 10, lines 31-47]. "Further, depending on the particular embodiment, the synchronization frame 202 includes one or more of the following: an indication of which of the SUT-capable stations are expected to transmit uplink data during the SUT period 200, a respective index assigned to each SUT-capable station expected to communicate during the SUT period 200, the total number of space-time streams available for uplink transmission, a listing of space-time streams allocated to each individual SUT-capable station for the SUT period 200, bandwidth of SUT frames (e.g., 20 MHz, 40 MHz, 80 MHz), a respective modulation and coding scheme for each SUT-capable station expected to transmit during the SUT period 200, a respective power control parameter for each SUT-capable station expected to transmit during the SUT period 200, the maximum duration of an SUT frame that can be transmitted during the SUT period 200, etc."

2139. A POSITA would recognize that the "total number of space-time streams available for upstream transmission" in Zhang must be common information that is common for all stations because this total number will be limited by the capabilities of the AP (i.e. the number of receiver antennas in the AP). Each individual space time stream contribution must be a part of this total number and therefore the total is naturally shared with all STAs. Also, the "listing of space-time streams allocated to each individual SUT-capable station" is information specific to each of the plurality of stations because each station must

- 730 -

████████████████

know how many streams it is schedule to use as part of the total.  This number is limited by the capabilities of the STA.

2140.  Alternatively, Zhang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2141.  **Vermani** discloses this element.

2142.  Vermani at ¶ [0112] "Certain aspects of the present disclosure provide preamble formats and other physical layer (PHY) aspects that may be used in advanced systems, such as HEW (High Efficiency WiFi or High Efficiency WLAN). These PHY aspects may build on ideas presented above and may be used for uplink (UL) multiuser multiple-input, multiple-output (MU-MIMO) transmissions."

2143.  Vermani at ¶ [0113] "UL MU-MIMO provides degrees of freedom gain and enables high UL network throughputs for clients (e.g., STAs) close to the AP 110, even when these clients have a limited number of antennas. However, UL MU-MIMO transmission from the clients may entail prior setup by an AP 110. This setup may involve stream allocation, a frequency correction reference (e.g., if performed at a STA for UL), a precise time to transmit in UL, and potential power control information."

2144.  Vermani at ¶ [0114] "UL MU-MIMO for HEW may involve similar specifications as DL MU-MIMO. For example, UL MU-MIMO may allow up to 8 spatial streams total with a maximum of 4 streams per station (STA). In addition, a

███████████████████████████████████

maximum of 4 users may be permitted per UL MU-MIMO transmission.  Option 1a:
Mixed Mode Preamble Format"

2145.  Vermani at ¶ [0115] "FIG. 3A illustrates an example mixed mode
preamble format 300 for UL MU-MIMO in High Efficiency WLAN (HEW), in
accordance with certain aspects of the present disclosure. While a data portion 302
of the frame format is shown in FIG. 3A, the data portion is not part of the
preamble portion of the frame format. The data portion 302 includes UL data for
each spatial stream transmitted by each user."

2146.  Vermani at ¶ [0116] "The preamble portion includes a legacy portion,
which includes three fields: a legacy short training field (L-STF) 304, a legacy long
training field (L-LTF) 306, and a legacy signal (L-SIG) field 308. The legacy portion
is followed by the HEW portion of the preamble format 300. The HEW portion
includes a number (n) of high efficiency long training fields (HE-LTFs) 310 1 to 310
n (collectively "HE-LTFs 310"), followed by a high efficiency signal (HE-SIG) field
312. The number of HE-LTFs 310 is determined by the total number of uplink
streams, which may be the same as that for downlink (DL) MU-MIMO."

2147.  Vermani at ¶ [0117] "Prior to the uplink transmit opportunity (TXOP),
the AP 110 may inform the client which streams to use and the maximum TXOP
duration. The client can still decide the modulation and coding scheme (MCS) and
the packet length (<max TXOP duration). The number of streams is an upper
constraint. A lower number of streams in data may be transmitted by the client, but

the number of LTFs should stay the same as the total number of streams decided by

the AP 110 and provided in the AP's message transmitted to the client. For certain

aspects, the client may transmit zeros on the unused stream(s). The maximum

TXOP duration may be used as a spoof length by uplink clients in the L-SIG field.

Each client may transmit an identical L-SIG field 308, but with different cyclic

shifts. Cyclic shift delays (CSDs) here may most likely be much larger than legacy

CSDs for accurate gain setting, which might cause issues for legacy devices which

use cross-correlation."

2148.  Vermani at Figure 3A:



FIG. 3A

2149.  A POSITA would understand that "the total number of streams

decided by the AP 110 and provided in the AP's message transmitted to the client"

is setup information which is the same for all stations (i.e. it corresponds with the

number of HE-HTLF fields each station transmits) and must be communicated to

all client stations.  Therefore, this setup information is would be a part of the

"common information portion" which is the "second information" of the claim

element.

2150.  Alternatively, Vermani, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2151.  **Chu** also discloses this element. *See* Element 1 [f] above.

2152.  Chu, 5:66-6:46 ("Before triggering the uplink simultaneously transmission from a group stations, the AP defines the uplink group and notifies the stations in the uplink group about the uplink group allocation, in some embodiments. In an embodiment, the STA sends a communication frame or a management frame that indicates one or more traffic characteristics (e.g., a proposed service interval to be used for an uplink MU-MIMO transmission schedule, a proposed access category data rate to be used for the uplink MU-MIMO transmission schedule, or traffic burst information to be used for the uplink MU-MIMO transmission schedule) to the AP through an enhanced distributed channel access (EDCA) procedure. The AP performs selection of the members of the client uplink group based on the uplink traffic characteristic of the stations or other information, for example, the interference among stations. After finishing the member selection of the uplink group, the AP transmits an uplink group definition frame, through EDCA procedures or other medium access mechanisms, to the members of the uplink group. In an embodiment, the uplink group definition frame includes at least one of i) the member stations in the uplink group, ii) a start time of the uplink MU-MIMO transmission schedule, iii) a duration of the uplink MU-

- 734 -

MIMO transmission schedule, or iv) an interval between transmissions of the uplink MU-MIMO transmission schedule. In an embodiment, the start time is indicated as a time offset from a transmission time of the uplink group definition frame until a transmission time of a communication frame to trigger uplink simultaneous transmission, described below, or another suitable time indication. In an embodiment, the duration is indicated as a time duration (e.g., a TXOP for uplink simultaneous transmission), a number of data frames to be transmitted during the schedule. In an embodiment, the interval indicates a time duration (e.g., a number of microseconds) between two adjacent uplink simultaneous transmission TXOPs, an integer number of predetermined intervals (e.g., an integer multiple of a short interframe spacing), or other suitable interval indication. In an embodiment, the AP sets the interval to the proposed service interval received from a client station. In an embodiment, the uplink group definition frame indicates a value for an access category, traffic category, traffic stream, TID, data rate, MCS value, or other suitable parameters to be used for transmissions during the uplink MU-MIMO schedule. In an embodiment, the uplink group definition frame is an action frame having one or more information elements that contain the member station identifiers of the uplink group, MU-MIMO transmission schedule and/or other suitable data.").

2153.  Chu, 6:47-67 ("FIG. 2 is a diagram of an example transmission sequence 200 in a WLAN, such as the WLAN 10 of FIG. 1, according to an

- 735 -

████████████████████████████████

embodiment, in which an AP prompts a first client station (STAI), a second client

station (STA2), and a third client station (STA3) to transmit independent data

simultaneously to the AP during a transmission opportunity (TXOP) 202 of the AP.

The AP generates and transmits a communication frame 204 that prompts STAI,

STA2, and STA3 to transmit independent data simultaneously to the AP during the

TXOP 202 of the AP. In one embodiment, the AP generates and transmits a

communication frame 204 that prompts STAI, STA2, and STA3 to transmit

independent data simultaneously to the AP via different spatial streams, for

example, spatial streams SS-1, SS-2, and SS-3, respectively. In one embodiment,

the AP generates and transmits a DL Sync frame 204 to prompt STAI, STA2, and

STA3 to transmit independent data simultaneously to the AP via different spatial

streams. In another embodiment, a DL Sync frame triggers a group of stations to

transmit independent data simultaneously to the AP via different OFDM

subchannels.").

2154.  Chu, 7:1-25 ("In one embodiment, the communication frame 204

includes a duration field (e.g., an UL physical layer protocol data unit (PPDU)

duration field) that indicates a maximum duration of UL communication frames

(e.g., PPDUs) responsive to the communication frame 204. In one embodiment, the

communication frame 204 comprises a PHY preamble and omits a MAC portion. In

this embodiment, the PHY preamble includes a group ID corresponding to a client

uplink group and a duration field that indicates a maximum duration of UL

- 736 -

communication frames (e.g., PPDUs) responsive to the communication frame 204.
In an embodiment, the communication frame 204 includes station identifiers that
indicate which client stations should transmit during the TXOP 202. In an
embodiment, the communication frame 204 includes a number of spatial streams
(Nss) and an index for the corresponding spatial streams to be used by the
corresponding client stations. In an embodiment, the communication frame 204
includes a channel bandwidth to be used by the corresponding client stations. In an
embodiment, the communication frame includes a modulation and coding scheme
(MCS) value that corresponds to a modulation and coding scheme to be used by the
corresponding client station. In an embodiment, the communication frame includes
a transmission power value to be used by the corresponding client station.").

2155.   Chu, 8:42-56 ("FIG. 4 is a diagram of an example transmission
sequence 400 in a WLAN, such as the WLAN 10 of FIG. 1, according to an
embodiment, in which the transmission sequence 400 is initiated by an access point.
In a TXOP 402 of the AP, the AP generates and transmits a trigger signal, such as a
polling communication frame 404, to a plurality of client stations, such as client
stations STAI, STA2, and STA3. In an embodiment, the polling communication
frame 404 is a downlink sync frame (DL Sync). In another embodiment, the polling
communication frame 404 is an action frame designated as a polling frame. In an
embodiment, the AP sets a value of a duration field of the communication frame 404

████████████████████████████████████████

to a value corresponding to a remaining duration of the TXOP 402 of the AP, for example, to protect subsequent transmissions in the TXOP 402.").

2156.  Chu, 10:47-54 ("In an embodiment, the AP generates and transmits the uplink group definition frame 408 to each member of the client uplink group. In an embodiment, the uplink group definition frame 408 also indicates an uplink multi-user multiple input multiple output (MU-MIMO) transmission schedule for the client uplink group for members of the client uplink group to simultaneously transmit to an access point.").

2157.  Chu, 11:24-49 ("The AP generates and transmits a communication frame 412 that prompts the selected multiple client stations to transmit independent data simultaneously to the AP during the TXOP 402 of the AP. In some embodiments, the communication frame 412 is generally the same as the communication frame 204. In one embodiment, the AP generates and transmits the communication frame 412 to prompt the multiple client stations to transmit independent data simultaneously to the AP via different spatial streams, for example, independent uplink MU-MIMO data units. In one embodiment, the AP generates and transmits a DL Sync frame 412 to prompt the multiple client stations to transmit independent data simultaneously to the AP via different spatial streams. In an embodiment, the DL Sync frame 412 includes an indication of a data unit size 415 to be used for the independent uplink MU-MIMO data units, for example, an indication of a time duration or bit count. In an embodiment, the AP

- 738 -

transmits the communication frame 412 according to the UL MU-MIMO

transmission schedule. In some embodiments, the communication frame 412 is

provided as a legacy PPDU, such as an IEEE 802.11a/b/g (duplicate) PPDU. In an

embodiment, the AP sets a value of a duration field of the communication frame 412

to a value corresponding to a remaining duration of the TXOP 402 of the AP, for

example, to protect subsequent transmissions in the TXOP 402.").

2158.  Chu, 13:47-14:13 ("FIG. 6 is a diagram of an example transmission

sequence 600 in a WLAN, such as the WLAN 10 of FIG. 1, according to an

embodiment, in which the transmission sequence 600 is initiated by an access point.

In the embodiment of FIG. 6, the AP transmits a communication frame 610 that

indicates a length of a TXOP 602 of the access point, for example, to protect

subsequent transmissions in the TXOP 602 (e.g., to reserve time for a transmission

to client station STAl and client station STA2 of the client uplink group). In an

embodiment, the communication frame 610 is a clear to send to self (CTS-to-Self)

frame 610. The AP simultaneously transmits respective downlink MU-MIMO data

units 612 to the STAI and the STA2. In the embodiment shown in FIG. 6, each

downlink MU-MIMO data unit 612 includes i) a respective aggregate media access

control protocol data unit (A-MPDU) 613, and ii) a communication signal 614 to

prompt transmission of an independent uplink MU-MIMO data unit by the

corresponding client station. For example, in an embodiment, the downlink MU-

MIMO data unit 612-1 for the STAI includes the A-MPDU 613-1 and a sync frame

- 739 -

██████████████

614-1, where the sync frame 614-1 prompts the client station STAI to transmit an independent uplink MU-MIMO data unit to the AP during the TXOP 602 of the AP (e.g., similarly to the DL sync frame 412). In an embodiment, the sync frame 614 includes an indication of a data unit size 615 for an uplink MU-MIMO data unit to be transmitted by the corresponding client station.").

2159.  Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2160.  **Kang** also discloses this element.  *See* Element 1 [f].

2161.  Kang, 8:3-36. ("Referring to FIG. 3, a training symbol is defined on a spatial stream basis, and is transmitted for channel estimation of each spatial stream. When the number of spatial streams is 1, 2, and 4, the number of HT-LTFs to be transmitted is 1, 2, and 4, respectively. When the number of spatial streams is 3, one extra long training symbol is used so that 4 HT-LTFs can be used. Unlike the IEEE 802.1 ln standard supporting the HT, a next generation WLAN system requires a higher throughput. This is called a very high throughput (VHT) to distinguish it from the HT, and 80 MHz bandwidth transmission and/or higher bandwidth transmission (e.g., 160 MHz) are supported in the next generation WLAN system. In addition, multi user-multiple input multiple output (MU-MIMO) transmission is supported. An amount of control information transmitted to STAs for MU-MIMO transmission may be relatively greater than an amount of IEEE 802.11n control information. Examples of control information additionally required

for the VHT WLAN system may be information indicating the number of spatial streams to be received by each STA, information regarding modulation and coding of data transmitted to each STA, etc. Therefore, when MU-MIMO transmission is performed in order to provide data services simultaneously to a plurality of STAs, the amount of control information to be transmitted may be increased according to the number of receiving STAs. In order to effectively transmit the increased amount of control information to be transmitted, among a plurality of pieces of control information required for MU-MIMO transmission, common control information commonly required to all STAs and dedicated control information individually required to the STAs may be transmitted by distinguishing the two types of information.").

2162.  Kang, 9:7-13 ("The VHT-LTF field 460 is used when the STA estimates a MIMO channel. Since the VHT WLAN system supports MU-MIMO, the VHT-LTF field 460 can be configured by the number of spatial streams in which the PPDU 400 is transmitted. In addition, when full channel sounding is supported and performed, the number ofVHT-LTFs may increase.").

2163.  Kang, FIG. 4.

2164.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2165.  **Gong** also discloses this element.

2166.  Gong [0014] ("Turning now to FIG. 1, shown generally as 100, illustrates an example frame format of an UL MU MIMO group action frame according to embodiments of the present invention and may contain the multicast MAC address 105 assigned to the UL MU MIMO group, the total number of streams 110 within an UL MU MIMO transmission, the max duration 115 of the A-MPDUs contained in the UL MU MIMO transmission, association IDs (AIDs) 120, 140 ofSTAs in the group, the MCS 125, 140 for each STA in the group, and optionally a stream bitmap field 130, 150. Note that all STAs in the UL MU MIMO group need to know the max duration of the UL MU MIMO transmission such that: 1) they can put the max duration in the L-SIG field; and 2) optionally they can provide padding bits to pad shorter packets up to the longest duration.").

2167.  Gong [0017) ("In one illustrative example, and not by way of limitation, three STAs are transmitting simultaneously in one UL MU MIMO transmission. The AP determines the MCS that each STA can use; for instance, the first two STAs transmit one spatial stream and the third STA transmits two spatial streams. In this case, the first row of the P matrix is assigned to STAI, the second row is assigned to STA2, and the last two rows are assigned to STA3. Upon receiving the UL MU MIMO Group frame, a STA would know which P matrix to use based on the total number of streams and which row(s) of the P matrix to use based on its assigned MCS and the MCSs assigned to the STAs in front of it.").

2168.  Gong, FIG. 1.

2169.  Alternatively, Gong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2170.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

> **2.    Claim 2 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**
>
> **a.    The method of claim 1, wherein the common information portion includes a length information associated with a length of the multiple uplink frames.**

2171.  **Merlin 258** discloses this element.

2172.  Merlin 258 at ¶ [0073] "FIG. 9 shows a diagram of an example of a CTX frame 900 format. The CTX frame 900 may be configured as a trigger frame. In this embodiment, the CTX frame 900 is a control frame that includes a frame control (FC) field 905, a duration field 910, a receiver address field 914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980. The FC field 905 indicates a control subtype or an extension subtype. The duration field 910 indicates to any receiver of the CTX frame 900 to set the network allocation vector

- 743 -

██████████████████████████████████

(NAV)… The PPDU duration 925 field indicates an uplink duration for the following uplink transmission (e.g., UL-MU-MIMO PPDU)"

2173.  Merlin 258 at ¶ [0061] "In some circumstances, a user terminal 120 may have uplink data to upload to the AP 110 but the user terminal 120 may not have received a CTX message 402 or another message indicating that the user terminal 120 may start an UL-MU-MIMO transmission. In certain UL-MU-MIMO operation modes, the user terminals 120 may not transmit data outside of an UL-MU-MIMO transmission opportunity (TXOP) (e.g., after receiving a CTX message). In certain operation modes, the user terminals 120 may transmit a request message to the AP 110 to initialize a UL-MU-MIMO transmission and may then transmit the uplink data to the AP 110 during the subsequent UL-MU-MIMO TXOP, if for example, they are instructed to do so in a CTX message. The request message In some operation modes, the request message may be the only message type that a user terminal 120 may use to initiate a UL-MU-MIMO TXOP. In some embodiments, the user terminal 120 may not transmit outside of an UL-MU-MIMO TXOP other than by sending a request message."

2174.  Merlin 258 at ¶ [0062] "FIG. 7 is a time sequence diagram 700 showing, in conjunction with FIG. 1, a UL-MU-MIMO communications including a user terminal 120A sending a request message 701 to the AP 110 to request and initialize an UL-MU-MIMO transmission. The request message 701 sent to the AP 110 by the user terminal 120A may include information regarding UL-MU-MIMO

- 744 -

transmissions. In other embodiments, the user terminal 120B may send the request

message 701. As shown in FIG. 7, the AP 110 may respond to the request message

701 with a trigger frame message 702 (e.g., CTX 402 ) granting transmission of

uplink data to the user terminal 120A immediately following the trigger frame 702.

The trigger frame 402 may also grant a UL-MU-MIMO TXOP 730 to user terminal

120A and user terminal 120B for concurrently sending a UL-MU-MIMO

transmission 410B with a UL-MU-MIMO transmission 410A, both transmissions

410A and 410B immediately following the trigger frame 702."

2175.  Merlin 258 at Figure 7:



FIG. 7

2176.  Merlin 258 at ¶ [0070] "At a time indicated by the TF message 804, the

three user terminals 120A-C transmit data 806 A-C to the AP 110. The data 806 a -c

are transmitted at least partially concurrently during the transmission opportunity.

The transmissions of data 806 A-C may utilize uplink multi-user multiple input,

multiple output transmissions (UL-MU-MIMO) or uplink frequency division

multiple access (UL-FDMA)."

2177.  Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2178.  **Zhang** discloses this element.

2179.  Zhang at [Col 3, lines 29-56]. "In embodiments described below, several network devices simultaneously transmit independent data to another network device during a certain time period. In an embodiment, the receiving device is an access point (AP) of a wireless communication network that receives simultaneous uplink transmission (SUT) signals such as communication frames (or simply "frames") from several client stations (or simply "stations") via an antenna array. To this end, in accordance with an embodiment, the AP schedules a "protected" time period for use by SUT-capable stations only, provides synchronization data to SUT-capable clients, receives in parallel several communication frames of the same or different duration, and acknowledges the receipt of the communication frames in a single acknowledgement frame or several station-specific acknowledgement frames. As discussed below, the AP in some embodiments also controls one or more of (i) the power at which stations transmit SUT frames during the protected time period, (ii) the maximum duration of an SUT frame, (iii) the amount of bandwidth allocated to each station, etc., and/or one or more of (iv) assigns unique indexes to stations, (v) generates modulation and coding scheme (MCS) parameters for each station, (vi) allocates spatial (or "space-time") streams to stations, etc. As also discussed below,

- 746 -

stations format the physical layer (PHY) preambles of SUT frames so as to enable the AP and/or the stations to properly estimate the MIMO channel between the receive (Rx) antenna array of the AP and a virtual transmit (Tx) antenna array formed by the antennas of the stations, in accordance to an embodiment."

2180.  Zhang at [Col 11, lines 46-53]. "In some embodiments, an AP specifies a fixed duration of SUT frames in a synchronization frame, for example. In one such embodiment, SUT-capable stations pad the corresponding SUT frames at the PHY layer or the MAC layer. FIG. 4C illustrates one such padding technique. During an SUT period 240, SUT frames 242 - 1, 242 - 2, and 242 -N are padded to conform to the same length requirement."

2181.  Zhang at [Col 11, lines 53-62]. "However, in accordance with another embodiment, the AP checks the duration of each SUT frame using a station-specific field such as HT-SIG or VHT-SIG in the PHY preamble, 55 for example, and delays clear channel assessment (CCA) until the longest SUT frame is fully received. Shared as well as station-specific fields of a PHY preamble are discussed more folly below. In another embodiment, an AP determines certain PHY parameters, such as MCS and the length of an 60 SUT packet, for each SUT -capable station and provides PHY parameters to the stations in a synchronization frame."

2182.  Zhang at [Col 20, lines 50-59]. "4. The method of claim 1, wherein the synchronization data unit specifies at least one of: a duration of a time period during which the plurality of second devices can simultaneously transmit the

plurality of data units; a maximum length of a data unit to be transmitted

simultaneously with others of the plurality of data units; and a time interval

between the transmission of the synchronization data unit and the transmission of

the plurality of data units."

2183. Alternatively, Zhang, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

2184. **Chu** also discloses this element.  *See* Claim 1 above.

2185. Chu, 6:14-46 ("After finishing the member selection of the uplink

group, the AP transmits an uplink group definition frame, through EDCA

procedures or other medium access mechanisms, to the members of the uplink

group. In an embodiment, the uplink group definition frame includes at least one of

i) the member stations in the uplink group, ii) a start time of the uplink MU-MIMO

transmission schedule, iii) a duration of the uplink MU-MIMO transmission

schedule, or iv) an interval between transmissions of the uplink MU-MIMO

transmission schedule. In an embodiment, the start time is indicated as a time

offset from a transmission time of the uplink group definition frame until a

transmission time of a communication frame to trigger uplink simultaneous

transmission, described below, or another suitable time indication. In an

embodiment, the duration is indicated as a time duration (e.g., a TXOP for uplink

simultaneous transmission), a number of data frames to be transmitted during the

- 748 -

schedule. In an embodiment, the interval indicates a time duration (e.g., a number

of microseconds) between two adjacent uplink simultaneous transmission TXOPs,

an integer number of predetermined intervals (e.g., an integer multiple of a short

interframe spacing), or other suitable interval indication. In an embodiment, the AP

sets the interval to the proposed service interval received from a client station. In

an embodiment, the uplink group definition frame indicates a value for an access

category, traffic category, traffic stream, TID, data rate, MCS value, or other

suitable parameters to be used for transmissions during the uplink MU-MIMO

schedule. In an embodiment, the uplink group definition frame is an action frame

having one or more information elements that contain the member station

identifiers of the uplink group, MU-MIMO transmission schedule and/or other

suitable data.").

        2186.  Chu, 7:1-25 ("In one embodiment, the communication frame 204

includes a duration field (e.g., an UL physical layer protocol data unit (PPDU)

duration field) that indicates a maximum duration of UL communication frames

(e.g., PPDUs) responsive to the communication frame 204. In one embodiment, the

communication frame 204 comprises a PHY preamble and omits a MAC portion. In

this embodiment, the PHY preamble includes a group ID corresponding to a client

uplink group and a duration field that indicates a maximum duration of UL

communication frames (e.g., PPDUs) responsive to the communication frame 204.

In an embodiment, the communication frame 204 includes station identifiers that

indicate which client stations should transmit during the TXOP 202. In an

embodiment, the communication frame 204 includes a number of spatial streams

(Nss) and an index for the corresponding spatial streams to be used by the

corresponding client stations. In an embodiment, the communication frame 204

includes a channel bandwidth to be used by the corresponding client stations. In an

embodiment, the communication frame includes a modulation and coding scheme

(MCS) value that corresponds to a modulation and coding scheme to be used by the

corresponding client station. In an embodiment, the communication frame includes

a transmission power value to be used by the corresponding client station.").

2187.  Chu, 10:47-54 ("In an embodiment, the AP generates and transmits

the uplink group definition frame 408 to each member of the client uplink group. In

an embodiment, the uplink group definition frame 408 also indicates an uplink

multi-user multiple input multiple output (MU-MIMO) transmission schedule for

the client uplink group for members of the client uplink group to simultaneously

transmit to an access point. In an embodiment, the uplink group definition frame

408 includes at least one of i) the member stations in the uplink group, ii) a start

time of the uplink MU-MIMO transmission schedule, iii) a duration of the uplink

MU-MIMO transmission schedule, or iv) an interval between transmissions of the

uplink MU-MIMO transmission schedule. In an embodiment, the start time is

indicated as a time offset from a transmission time of the uplink group definition

frame 408 until a transmission time of a communication frame 412, described

below, or another suitable time indication. In an embodiment, the duration is

indicated as a time duration (e.g., a remainder of the TXOP 402), a number of data

frames to be transmitted during the schedule, or other suitable indicators. In an

embodiment, the interval between transmissions indicates a time duration (e.g., a

number of microseconds), an integer number of predetermined intervals (e.g., an

integer multiple of a short interframe spacing), or other suitable interval indication.

In an embodiment, the AP sets the interval to the proposed service interval received

from a client station (e.g., from communication frame 406). In an embodiment, the

uplink group definition frame 408 indicates a value for an access category, traffic

category, traffic stream, TID, data rate, MCS value, or other suitable parameters to

be used for transmissions during the uplink MU-MIMO schedule. In an

embodiment, the uplink group definition frame is an action frame having one or

more information elements that contain the MU-MIMO transmission schedule

and/or other suitable data.").

2188.  Alternatively, Chu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

2189.  **Kang** also discloses this element.  *See* Claim 1 above.

2190.  Kang, 8:3-36 ("Referring to FIG. 3, a training symbol is defined on a

spatial stream basis, and is transmitted for channel estimation of each spatial

stream. When the number of spatial streams is 1, 2, and 4, the number of HT-LTFs

to be transmitted is 1, 2, and 4, respectively. When the number of spatial streams is

- 751 -

3, one extra long training symbol is used so that 4 HT-LTFs can be used. Unlike the IEEE 802.1 ln standard supporting the HT, a next generation WLAN system requires a higher throughput. This is called a very high throughput (VHT) to distinguish it from the HT, and 80 MHz bandwidth transmission and/or higher bandwidth transmission (e.g., 160 MHz) are supported in the next generation WLAN system. In addition, multi user-multiple input multiple output (MU-MIMO) transmission is supported. An amount of control information transmitted to STAs for MU-MIMO transmission may be relatively greater than an amount of IEEE 802.11n control information. Examples of control information additionally required for the VHT WLAN system may be information indicating the number of spatial streams to be received by each STA, information regarding modulation and coding of data transmitted to each STA, etc. Therefore, when MU-MIMO transmission is performed in order to provide data services simultaneously to a plurality of STAs, the amount of control information to be transmitted may be increased according to the number of receiving STAs. In order to effectively transmit the increased amount of control information to be transmitted, among a plurality of pieces of control information required for MU-MIMO transmission, common control information commonly required to all STAs and dedicated control information individually required to the STAs may be transmitted by distinguishing the two types of information.").

2191.  Kang, 8:37-9:4 ("A PPDU format used in the WLAN system supporting MU-MIMO will be described with reference to FIG. 4. Referring to FIG. 4, a PPDU 400 includes an L-STF field 410, an L-LTF field 420, an L-SIG field 430, a VHT-SIGA field 440, a VHT-STF field 450, a VHT-LTF field 460, a VHT-SIGB field 470, and a data field 480. A PLCP sub-layer converts a PSDU delivered from a MAC layer into the data field 480 by appending necessary information to the PSDU, generates the PPDU 400 by appending several fields such as the L-STF field 410, the L-LTF field 420, the L-SIG field 430, the VHT-SIGA field 440, the VHT-STF field 450, the VHT-LTF field 460, the VHT-SIGB field 470, or the like, and delivers the PPDU 400 to one or more STAs through a PMD layer. The L-STF field 410 is used for frame timing acquisition, automatic gain control (AGC) convergence, coarse frequency acquisition, etc. The L-LTF field 420 is used for channel estimation for demodulation of the L-SIG field 430 and the VHT-SIGA field 440. The L-SIG field 430 is used when an L-STA receives the PPDU to acquire data. The VHT-SIGA field 440 includes control information for interpreting the received PPDU 400 as common control information required for VHT-STAs which are MIMO- paired with an AP. The VHT-SIGA field 440 includes information on a spatial stream for each of the plurality of MIMO-paired STAs, bandwidth information, identification information related to whether space time block coding (STBC) is used, a group identifier for an STA group, information on an STA to which each group identifier is allocated, and information related to a short guard interval (GI). Herein, the group identifier for

- 753 -

the STA group may include whether a currently used MIMO transmission method

is MU-MIMO or SU-MIMO.").

2192.  Kang, FIG. 4.

2193.  Kang, 13:44-58 ("Referring to FIG. 13, a bandwidth indication sub-field

1311 is included in a VHT-SIGB field 1310 ofa PPDU 1300 to be transmitted to

STAs (i.e., STAI, STA2, and STA3) which are MIMO-paired with an AP. The

bandwidth indication sub-field 1311 includes transmission channel bandwidth

information of a bitmap format. Therefore, the bandwidth indication sub-field 1311

may have a specific bit size and may indicate a different bandwidth value

depending on a bit-stream. Since there are four types of value in the bandwidth in

FIG. 9, the bandwidth indication sub-field 1311 may have a 2-bit size and may

include a bit-stream having a 2-bit size as a value thereof. Table 1 below shows the

bandwidth value depending on the bit-stream included in the bandwidth indication

sub-field 1311.").

2194.  Kang, 6:4-5 ("FIG. 2 is a diagram showing an example of a PPDU

format used in a WLAN system based on the IEEE 802.11n standard.")

2195.  Kang, 7:45-48 ("Each of the data fields 214,227, and 235 respectively

shown in FIGS. 2(a), (b), and (c) may include a service field, a scrambled PSDU

field, a tail bits field, and a padding bits field.").

2196.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2197.  **Gong** also discloses this element.  *See* Claim 1 above.

2198.  Gong [0014] ("Turning now to FIG. 1, shown generally as 100, illustrates an example frame format of an UL MU MIMO group action frame according to embodiments of the present invention and may contain the multicast MAC address 105 assigned to the UL MU MIMO group, the total number of streams 110 within an UL MU MIMO transmission, the max duration 115 of the A-MPDUs contained in the UL MU MIMO transmission, association IDs (AIDs) 120, 140 of STAs in the group, the MCS 125, 140 for each STA in the group, and optionally a stream bitmap field 130, 150. Note that all STAs in the UL MU MIMO group need to know the max duration of the UL MU MIMO transmission such that: 1) they can put the max duration in the L-SIG field; and 2) optionally they can provide padding bits to pad shorter packets up to the longest duration.").

2199.  Alternatively, Gong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2200.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious

████████████████████████████

at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang,
Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra.*

> **3.    Claim 3 is Obvious Over Merlin 258 and/or Yuan and/or Zhang
> and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or
> Gong**
>
> **a.    The method of claim 2, wherein respective lengths
> of the multiple uplink frames are identical to a
> transmission length.**

2201.  **Merlin 258** discloses this element.

2202.  Merlin 258 at ¶ [0073] "FIG. 9 shows a diagram of an example of a
CTX frame 900 format. The CTX frame 900 may be configured as a trigger frame. In
this embodiment, the CTX frame 900 is a control frame that includes a frame
control (FC) field 905, a duration field 910, a receiver address field 914, a
transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration
field 925, a UT info field 930, and a frame check sequence (FCS) field 980. The FC
field 905 indicates a control subtype or an extension subtype. The duration field 910
indicates to any receiver of the CTX frame 900 to set the network allocation vector
(NAV)… The PPDU duration 925 field indicates an uplink duration for the
following uplink transmission (e.g., UL-MU-MIMO PPDU)"

2203.  Merlin 258 at ¶ [0061] "In some circumstances, a user terminal 120
may have uplink data to upload to the AP 110 but the user terminal 120 may not
have received a CTX message 402 or another message indicating that the user
terminal 120 may start an UL-MU-MIMO transmission. In certain UL-MU-MIMO

- 756 -

█████████████████████████████████

operation modes, the user terminals 120 may not transmit data outside of an UL-

MU-MIMO transmission opportunity (TXOP) (e.g., after receiving a CTX message).

In certain operation modes, the user terminals 120 may transmit a request message

to the AP 110 to initialize a UL-MU-MIMO transmission and may then transmit

the uplink data to the AP 110 during the subsequent UL-MU-MIMO TXOP, if for

example, they are instructed to do so in a CTX message. The request message In

some operation modes, the request message may be the only message type that a

user terminal 120 may use to initiate a UL-MU-MIMO TXOP. In some

embodiments, the user terminal 120 may not transmit outside of an UL-MU-MIMO

TXOP other than by sending a request message."

2204.  Merlin 258 at ¶ [0062] "FIG. 7 is a time sequence diagram 700

showing, in conjunction with FIG. 1, a UL-MU-MIMO communications including a

user terminal 120A sending a request message 701 to the AP 110 to request and

initialize an UL-MU-MIMO transmission. The request message 701 sent to the AP

110 by the user terminal 120A may include information regarding UL-MU-MIMO

transmissions. In other embodiments, the user terminal 120B may send the request

message 701. As shown in FIG. 7, the AP 110 may respond to the request message

701 with a trigger frame message 702 (e.g., CTX 402 ) granting transmission of

uplink data to the user terminal 120A immediately following the trigger frame 702.

The trigger frame 402 may also grant a UL-MU-MIMO TXOP 730 to user terminal

120A and user terminal 120B for concurrently sending a UL-MU-MIMO

- 757 -

███████████████████████████████████

transmission 410B with a UL-MU-MIMO transmission 410A, both transmissions 410A and 410B immediately following the trigger frame 702."

2205.  Merlin 258 at Figure 7:



FIG. 7

2206.  Merlin 258 at ¶ [0070] "At a time indicated by the TF message 804, the three user terminals 120A-C transmit data 806 A-C to the AP 110. The data 806 a -c are transmitted at least partially concurrently during the transmission opportunity. The transmissions of data 806 A-C may utilize uplink multi-user multiple input, multiple output transmissions (UL-MU-MIMO) or uplink frequency division multiple access (UL-FDMA)."

2207.  Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2208.  **Zhang** discloses this element.

2209.  Zhang at [Col 11, lines 46-53]. "In some embodiments, an AP specifies a fixed duration of SUT frames in a synchronization frame, for example. In one such embodiment, SUT-capable stations pad the corresponding SUT frames at the PHY

- 758 -

████████████████

layer or the MAC layer. FIG. 4C illustrates one such padding technique. During an

SUT period 240, SUT frames 242 - 1, 242 - 2, and 242 -N are padded to conform to

the same length requirement."

2210.  Zhang at [Col 10, lines 61-67]. "In the embodiment of FIG. 4A, N SUT -

capable stations transmit communication frames or packets 210-1, 210-2, ... 210-N,

respectively. The frames 210-1, 210-2, ... 210-N need not be of the same duration.

However, as discussed in more detail below, the communication frames 210-1, 210-

2, ... 210-N, in an embodiment, transmit identical sequences in a synchronized

manner..."

2211.  Alternatively, Zhang, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

2212.  **Chu** also discloses this element.  *See* Claim 2 above.

2213.  Chu, 4:30-52 ("In embodiments described below, a first communication

device, such as an access point (AP) of a wireless local area network (WLAN),

simultaneously receives multiple independent data streams from multiple second

communication devices, such as client stations. The first communication device

determines that the second communication devices have data to transmit to the

first communication device. Then, the first communication device prompts the

second communication devices to simultaneously transmit the data streams during

a transmit opportunity period (TXOP) of the first communication device. In an

████████████████████

embodiment, a TXOP is a bounded time interval reserved for a communication

device in a network during which the communication device can send as many

frames as possible (as long as the duration of the transmissions does not extend

beyond the PPDU length defined by the first communication device and beyond the

TXOP). In an embodiment, other communication devices are generally not

permitted to transmit in the TXOP unless the communication device to which the

TXOP is assigned specifically permits the other communication device to transmit

or unless the other communication device is acknowledging a transmission of the

communication device to which the TXOP is assigned.").

2214.  Chu, 6:14-46 ("After finishing the member selection of the uplink

group, the AP transmits an uplink group definition frame, through EDCA

procedures or other medium access mechanisms, to the members of the uplink

group. In an embodiment, the uplink group definition frame includes at least one of

i) the member stations in the uplink group, ii) a start time of the uplink MU-MIMO

transmission schedule, iii) a duration of the uplink MU-MIMO transmission

schedule, or iv) an interval between transmissions of the uplink MU-MIMO

transmission schedule. In an embodiment, the start time is indicated as a time

offset from a transmission time of the uplink group definition frame until a

transmission time of a communication frame to trigger uplink simultaneous

transmission, described below, or another suitable time indication. In an

embodiment, the duration is indicated as a time duration (e.g., a TXOP for uplink

████████████████████████████████████████████

simultaneous transmission), a number of data frames to be transmitted during the

schedule. In an embodiment, the interval indicates a time duration (e.g., a number

of microseconds) between two adjacent uplink simultaneous transmission TXOPs,

an integer number of predetermined intervals (e.g., an integer multiple of a short

interframe spacing), or other suitable interval indication. In an embodiment, the AP

sets the interval to the proposed service interval received from a client station. In

an embodiment, the uplink group definition frame indicates a value for an access

category, traffic category, traffic stream, TID, data rate, MCS value, or other

suitable parameters to be used for transmissions during the uplink MU-MIMO

schedule. In an embodiment, the uplink group definition frame is an action frame

having one or more information elements that contain the member station

identifiers of the uplink group, MU-MIMO transmission schedule and/or other

suitable data.").

2215.  Chu, 7:1-25 ("In one embodiment, the communication frame 204

includes a duration field (e.g., an UL physical layer protocol data unit (PPDU)

duration field) that indicates a maximum duration of UL communication frames

(e.g., PPDUs) responsive to the communication frame 204. In one embodiment, the

communication frame 204 comprises a PHY preamble and omits a MAC portion. In

this embodiment, the PHY preamble includes a group ID corresponding to a client

uplink group and a duration field that indicates a maximum duration of UL

communication frames (e.g., PPDUs) responsive to the communication frame 204.

- 761 -

In an embodiment, the communication frame 204 includes station identifiers that indicate which client stations should transmit during the TXOP 202. In an embodiment, the communication frame 204 includes a number of spatial streams (Nss) and an index for the corresponding spatial streams to be used by the corresponding client stations. In an embodiment, the communication frame 204 includes a channel bandwidth to be used by the corresponding client stations. In an embodiment, the communication frame includes a modulation and coding scheme (MCS) value that corresponds to a modulation and coding scheme to be used by the corresponding client station. In an embodiment, the communication frame includes a transmission power value to be used by the corresponding client station.").

2216.  Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2217.  **Kang** also discloses this element.  *See* Claim 2 above.

2218.  Kang, 6:4-5 ("FIG. 2 is a diagram showing an example of a PPDU format used in a WLAN system based on the IEEE 802.1 ln standard.").

2219.  Kang, 7:45-48. ("Each of the data fields 214,227, and 235 respectively shown in FIGS. 2(a), (b), and (c) may include a service field, a scrambled PSDU field, a tail bits field, and a padding bits field.").

2220.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2221.  **Gong** also discloses this element.  *See* Claim 2 above.

2222.  Gong [0014] ("Turning now to FIG. 1, shown generally as 100, illustrates an example frame format of an UL MU MIMO group action frame according to embodiments of the present invention and may contain the multicast MAC address 105 assigned to the UL MU MIMO group, the total number of streams 110 within an UL MU MIMO transmission, the max duration 115 of the A-MPDUs contained in the UL MU MIMO transmission, association IDs (AIDs) 120, 140 ofSTAs in the group, the MCS 125, 140 for each STA in the group, and optionally a stream bitmap field 130, 150. Note that all STAs in the UL MU MIMO group need to know the max duration of the UL MU MIMO transmission such that: 1) they can put the max duration in the L-SIG field; and 2) optionally they can provide padding bits to pad shorter packets up to the longest duration.").

2223.  Alternatively, Gong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious

2224.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

      **4.**    **Claim 4 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

a.    **The method of claim 3, wherein one or more of the multiple uplink frames include padding bits when the transmission length is longer than a length of a frame to be actually transmitted.**

2225.  **Merlin 258** discloses this element.

2226.  Merlin 258 at ¶ [0071] "In some aspects, user terminals 120A-C may transmit padded data such that the transmissions of each user terminal transmitting during a transmission opportunity are of equal duration or approximately equal duration. In the message exchange of FIG. 8, the user terminal 120A may transmit pad data 808 A, the user terminal 120 C may not transmit pad data, and the user terminal 120 C may transmit pad data 808 c. The transmission of pad data ensures that the transmissions from each of the UTs 120A-C complete at approximately the same time. This may provide for a more equalized transmission power over the entire duration of the transmission, thereby optimizing AP 110 receiver efficiencies."

2227.  Merlin 258 at Figure 8:



FIG. 8

2228.  Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2229.  **Zhang** discloses this element.

2230.  Zhang at [Col 11, lines 46-53]. "In some embodiments, an AP specifies a fixed duration of SUT frames in a synchronization frame, for example. In one such embodiment, SUT-capable stations pad the corresponding SUT frames at the PHY layer or the MAC layer. FIG. 4C illustrates one such padding technique. During an SUT period 240, SUT frames 242 - 1, 242 - 2, and 242 -N are padded to conform to the same length requirement."

2231.  Zhang at [Col 2, lines 50-53]. "FIG. 4C is a timing diagram illustrating simultaneous uplink transmission of communication frames having nonequal length and an appropriate padding field, according to an embodiment;"

2232.  Zhang Figure 4C:



2233.  Zhang at [Col 11, lines 46-52]. "In some embodiments, an AP specifies a fixed duration of SUT frames in a synchronization frame, for example. In one such embodiment, SUT-capable stations pad the corresponding SUT frames at the PHY layer or the MAC layer. FIG. 4C illustrates one such padding technique. During an SUT period 240, SUT frames 242-1, 242-2, and 242-N are padded to conform to the same length requirement."

2234.  Alternatively, Zhang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2235.  **<u>Chu</u>** also discloses this element.  *See* Claim 3 above.

2236.  Chu, 7:26-52 ("Responsive to the communication frame 204, STAI, STA2, and STA3 transmit independent data simultaneously to the AP during the TXOP 202 of the AP. For example, in an embodiment, STAI transmits a communication frame 206, STA2 simultaneously transmits a communication frame 208, and STA3 simultaneously transmits a communication frame 210. In one embodiment, the communication frame 206, the communication frame 208, and the communication frame 210 are transmitted using different spatial streams, for example, spatial streams SS-1, SS-2, and SS-3, respectively. In an embodiment, a duration of the communication frame 206, a duration of the communication frame 208, and/or a duration of the communication frame 210 are less than or equal to the maximum duration indicated in the communication frame 204. Thus, in an embodiment, STAI, STA2, and STA3 generate the communication frame 206, the communication frame 208, and the communication frame 210 to have a duration less than or equal to the maximum duration indicated in the communication frame 204. In one embodiment, if the communication frame 208 is less than the maximum duration indicated in the communication frame 204, STA2 includes padding 212 to increase the total duration to the maximum duration. In another embodiment, the

- 767 -

padding 212 is omitted. In one embodiment, each of communication frames 206, 208, and 210 are padded to the maximum duration if they are shorter than the maximum duration.").

2237.  Chu, 11:50-67 ("In response to the communication frame 412, the multiple client stations transmit independent data units 414 simultaneously to the AP during the TXOP 402 of the AP in one or more transmissions. For example, in an embodiment, the multiple client stations generate and transmit one or more UL MU-MIMO data units 414 via different spatial streams. In the embodiment shown in FIG. 4, the STAI transmits an UL MU- MIMO data unit 414-1 to the AP simultaneously with a transmission by the STA2 of an UL MU-MIMO data unit 414-2 to the AP. In an embodiment, the UL MU-MIMO data units 414 correspond to a particular traffic category, traffic stream, or TID indicated by the communication frame 412. In an embodiment, the UL MU-MIMO data units 414 at least include the traffic category, traffic stream, or TID associated with the TXOP or indicated by the communication frame 412. In an embodiment, one or more of the UL MU-MIMO data units 414 includes suitable padding to have a suitable data unit size (e.g., the data unit size 415).").

2238.  Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2239.  **Kang** also discloses this element.  *See* Claim 3 above.

████████████████████████████████████████

2240.  Kang, 6:4-5 ("FIG. 2 is a diagram showing an example of a PPDU format used in a WLAN system based on the IEEE 802.1 ln standard.").

2241.  Kang, 7:45-48. ("Each of the data fields 214,227, and 235 respectively shown in FIGS. 2(a), (b), and (c) may include a service field, a scrambled PSDU field, a tail bits field, and a padding bits field.").

2242.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2243.  **Gong** also discloses this element.  *See* Claim 3 above.

2244.  Gong [0014] ("Turning now to FIG. 1, shown generally as 100, illustrates an example frame format of an UL MU MIMO group action frame according to embodiments of the present invention and may contain the multicast MAC address 105 assigned to the UL MU MIMO group, the total number of streams 110 within an UL MU MIMO transmission, the max duration 115 of the A-MPDUs contained in the UL MU MIMO transmission, association IDs (AIDs) 120, 140 ofSTAs in the group, the MCS 125, 140 for each STA in the group, and optionally a stream bitmap field 130, 150. Note that all STAs in the UL MU MIMO group need to know the max duration of the UL MU MIMO transmission such that: 1) they can put the max duration in the L-SIG field; and 2) optionally they can provide padding bits to pad shorter packets up to the longest duration.").

2245.  Gong, Claim 4 ("The wireless station of claim 3, wherein said UL MU

MIMO Group frame is a broadcast frame and all STAs that receive a frame and see

their AIDs indicated in said frame will send back their data frames.").

2246.  Alternatively, Gong, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

2247.  To the extent it is argued or determined that any of the above

references do not disclose this element, then this element would have been obvious

at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang,

Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra.*

     **5.**     **Claim 5 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

          **a.**     **The method of claim 1, wherein the dedicated information portion includes a station identification information, an information associated with a number of data streams, and MCS (Modulation and Coding Scheme).**

2248.  **<u>Merlin 258</u>** discloses this element.

2249.  Merlin 258 at ¶ [0073] "FIG. 9 shows a diagram of an example of a

CTX frame 900 format. The CTX frame 900 may be configured as a trigger frame. In

this embodiment, the CTX frame 900 is a control frame that includes a frame

control (FC) field 905, a duration field 910, a receiver address field 914, a

transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration

field 925, a UT info field 930, and a frame check sequence (FCS) field 980… The UT

Info 930 field contains information regarding a particular UT and may include a

per-user terminal 120 set of information (see the UT Info 1 field 930 through the UT

Info N field 975 ). The UT Info 930 field may include an AID or MAC address field

932 which identifies a user terminal, a number of spatial streams field (Nss) 935

field which indicates the number of spatial streams a user terminal may use (e.g., in

a UL-MU-MIMO system), a Time Adjustment 936 field which indicates a time that

a UT should adjust its transmission compared to the reception of a trigger frame

(the CTX in this case), a Power Adjustment 938 field which indicates a power

backoff value a UT should take from a declared transmit power, a Tone Allocation

940 field which indicates the tones or frequencies a UT may use (in a UL-FDMA

system), an Allowed TID 942 field which indicates the allowable TID, an Allowed

TX Mode 944 field which indicates the allowed TX modes, and a MCS 946 field

which indicates the MCS the UT should use...”

2250.  Merlin 258 at Figure 9:

FIG. 9

2251.  Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2252.  **Zhang** discloses this element.

2253.  Zhang at [Col 10, lines 29-47]. "The synchronization frame 202 specifies timing of the SUT period 200 (e.g., the start time, the duration Tu), according to an embodiment. Further, depending on the particular embodiment, the synchronization frame 202 includes one or more of the following: an indication of which of the SUT-capable stations are expected to transmit uplink data during the SUT period 200, a respective index assigned to each SUT-capable station expected to communicate during the SUT period 200, the total number of space-time streams available for uplink transmission, a listing of space-time streams allocated to each

- 772 -

████████████████████████████████████

individual SUT-capable station for the SUT period 200, bandwidth of SUT frames

(e.g., 20 MHz, 40 MHz, 80 MHz), a respective modulation and coding scheme for

each SUT-capable station expected to transmit during the SUT period 200, a

respective power control parameter for each SUT-capable station expected to

transmit during the SUT period 200, the maximum duration of an SUT frame that

can be transmitted during the SUT period 200, etc."

2254.  Zhang at [Col 12, lines 27-38]. "In an embodiment, an AP monitors

signal strength, interference levels, and other physical parameters of SUT-capable

stations to control transmission power at each station. In other words, because the

ability of a client station to transmit SUT data to an AP is dependent both on the

properties of the channel and the power at which other stations transmit SUT data

within the same time period, an AP in some embodiments determines proper MCSs

and power parameters for the participating SUT-capable stations upon conducting

interference cancellation. In an embodiment, the AP suggests, rather than

mandates, station-specific MCS values in the synchronization frame."

2255.  Zhang at [Col 13, lines 3-9].  "By contrast, the VHT portion 312 of the

PHY preambles 302-1, 302-2, ... 302-N includes station-specific information, and

thus need not be the same. The legacy portion 310 is transmitted in accordance with

such data rate and MCS that all receivers operating in a WLAN, i.e., legacy

receivers and non-legacy receivers, are capable of properly demodulating the

information included in this portion."

2256.  Zhang at [Col 20, lines 60-62].  "5. The method of claim 1, wherein the synchronization data unit specifies a respective modulation and coding scheme (MCS) for each of the plurality of second devices."

2257.  Alternatively, Zhang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2258.  **Chu** also discloses this element.  *See* Claim 1 above.

2259.  Chu, 5:66-6:46 ("Before triggering the uplink simultaneously transmission from a group stations, the AP defines the uplink group and notifies the stations in the uplink group about the uplink group allocation, in some embodiments. In an embodiment, the STA sends a communication frame or a management frame that indicates one or more traffic characteristics (e.g., a proposed service interval to be used for an uplink MU-MIMO transmission schedule, a proposed access category data rate to be used for the uplink MU-MIMO transmission schedule, or traffic burst information to be used for the uplink MU-MIMO transmission schedule) to the AP through an enhanced distributed channel access (EDCA) procedure. The AP performs selection of the members of the client uplink group based on the uplink traffic characteristic of the stations or other information, for example, the interference among stations. After finishing the member selection of the uplink group, the AP transmits an uplink group definition frame, through EDCA procedures or other medium access mechanisms, to the

- 774 -

███████████████████████████████████

members of the uplink group. In an embodiment, the uplink group definition frame

includes at least one of i) the member stations in the uplink group, ii) a start time of

the uplink MU-MIMO transmission schedule, iii) a duration of the uplink MU-

MIMO transmission schedule, or iv) an interval between transmissions of the

uplink MU- MIMO transmission schedule. In an embodiment, the start time is

indicated as a time offset from a transmission time of the uplink group definition

frame until a transmission time of a communication frame to trigger uplink

simultaneous transmission, described below, or another suitable time indication. In

an embodiment, the duration is indicated as a time duration (e.g., a TXOP for

uplink simultaneous transmission), a number of data frames to be transmitted

during the schedule. In an embodiment, the interval indicates a time duration (e.g.,

a number of microseconds) between two adjacent uplink simultaneous transmission

TXOPs, an integer number of predetermined intervals (e.g., an integer multiple of a

short inter-frame spacing), or other suitable interval indication. In an embodiment,

the AP sets the interval to the proposed service interval received from a client

station. In an embodiment, the uplink group definition frame indicates a value for

an access category, traffic category, traffic stream, TID, data rate, MCS value, or

other suitable parameters to be used for transmissions during the uplink MU-

MIMO schedule. In an embodiment, the uplink group definition frame is an action

frame having one or more information elements that contain the member station

- 775 -

███████████████████████████████

identifiers of the uplink group, MU-MIMO transmission schedule and/or other

suitable data.").

2260.  Chu, 7:1-25 ("In one embodiment, the communication frame 204

includes a duration field (e.g., an UL physical layer protocol data unit (PPDU)

duration field) that indicates a maximum duration of UL communication frames

(e.g., PPDUs) responsive to the communication frame 204. In one embodiment, the

communication frame 204 comprises a PHY preamble and omits a MAC portion. In

this embodiment, the PHY preamble includes a group ID corresponding to a client

uplink group and a duration field that indicates a maximum duration of UL

communication frames (e.g., PPDUs) responsive to the communication frame 204.

In an embodiment, the communication frame 204 includes station identifiers that

indicate which client stations should transmit during the TXOP 202. In an

embodiment, the communication frame 204 includes a number of spatial streams

(Nss) and an index for the corresponding spatial streams to be used by the

corresponding client stations. In an embodiment, the communication frame 204

includes a channel bandwidth to be used by the corresponding client stations. In an

embodiment, the communication frame includes a modulation and coding scheme

(MCS) value that corresponds to a modulation and coding scheme to be used by the

corresponding client station. In an embodiment, the communication frame includes

a transmission power value to be used by the corresponding client station.").

- 776 -

2261.  Chu, 10:47-54 ("In an embodiment, the AP generates and transmits the uplink group definition frame 408 to each member of the client uplink group. In an embodiment, the uplink group definition frame 408 also indicates an uplink multi-user multiple input multiple output (MU-MIMO) transmission schedule for the client uplink group for members of the client uplink group to simultaneously transmit to an access point. In an embodiment, the uplink group definition frame 408 includes at least one of i) the member stations in the uplink group, ii) a start time of the uplink MU-MIMO transmission schedule, iii) a duration of the uplink MU-MIMO transmission schedule, or iv) an interval between transmissions of the uplink MU-MIMO transmission schedule. In an embodiment, the start time is indicated as a time offset from a transmission time of the uplink group definition frame 408 until a transmission time of a communication frame 412, described below, or another suitable time indication. In an embodiment, the duration is indicated as a time duration (e.g., a remainder of the TXOP 402), a number of data frames to be transmitted during the schedule, or other suitable indicators. In an embodiment, the interval between transmissions indicates a time duration (e.g., a number of microseconds), an integer number of predetermined intervals (e.g., an integer multiple of a short interframe spacing), or other suitable interval indication. In an embodiment, the AP sets the interval to the proposed service interval received from a client station (e.g., from communication frame 406). In an embodiment, the uplink group definition frame 408 indicates a value for an access category, traffic

- 777 -

category, traffic stream, TID, data rate, MCS value, or other suitable parameters to be used for transmissions during the uplink MU-MIMO schedule. In an embodiment, the uplink group definition frame is an action frame having one or more information elements that contain the MU-MIMO transmission schedule and/or other suitable data.").

2262.  Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2263.  **Kang** also discloses this element.  *See* Claim 1 above.

2264.  Kang, 8:20-25 ("Examples of control information additionally required for the VHT WLAN system may be information indicating the number of spatial streams to be received by each STA, information regarding modulation and coding of data transmitted to each STA, etc.").

2265.  Kang, 9:14-30 ("The VHT-SIGB field 470 includes dedicated control information required when the plurality of MIMO-paired STAs receive the PPDU 400 to acquire data. Therefore, the STA may be designed such that the VHT-SIGB field 470 is decoded only when the common control information included in the VHT-SIGB field 470 indicates that the currently received PPDU 400 is transmitted using MU-MIMO transmission. On the contrary, the STA may be designed such that the VHT-SIGB field 470 is not decoded when the common control information indicates that the currently received PPDU 400 is for a single STA (including SU-MIMO). The VHT-SIGB field 470 includes information on each STA's modulation,

- 778 -

encoding, and rate-matching. A size of the VHT-SIGB field 470 may differ according to the MIMO transmission method (MU-MIMO or SU-MIMO) and a channel bandwidth used for PPDU transmission.").

2266.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2267.  **Gong** also discloses this element.  *See* Claim 1 above.

2268.  Gong, Claim 2 ("The wireless station of claim 1, wherein said transceiver is further adapted for communication with an access point (AP) in a basic service set (BSS) in said wireless network and wherein said AP is capable of using MAC signaling to notify different STAs in said BSS regarding multicast address, total number of streams, individual Modulation Coding Scheme (MCS) and rows of a P matrix.").

2269.  Gong, FIG. 1.

2270.  Alternatively, Gong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2271.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra.*

<div style="background:black"> </div>

6.    **Claim 6 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

a.    **The method of claim 1, wherein the acknowledgement frame includes acknowledgement information for one or more of the plurality of stations.**

2272.  **Merlin 258** discloses this element.

2273.  Merlin 258 at ¶ [0059] "FIG. 5 is a time sequence diagram 500 that, in conjunction with FIG. 1, shows an example of an operation mode of UL-MU-MIMO transmissions between an AP 110 and user terminals 120A and 120B. As shown in FIG. 5, UT 120A may transmit a CTS message 408 A and UT 120B may transmit a CTS message 408 B in response to receiving the CTX message 402 from the AP 110. The modulation and coding scheme (MCS) of the CTS message 408A and the CTS message 408 B may be based on the MCS of the received CTX message 402. In this embodiment, the CTS message 408 A and the CTS message 408 B contain the same amount of bits and the same scrambling sequence so that they may be transmitted to the AP 110 at the same time. A duration field of the CTS messages 408A and 408 B may be based on a duration field in the CTX by removing the time for the CTX PPDU. The user terminal 120A may send an UL-MU-MIMO transmission 410A to the AP 110 according to the CTX message 402 and the user terminal 120B may also send an UL-MU-MIMO transmission 410B to the AP 110 according to the CTX message 402. The AP 110 may then send an acknowledgment (ACK) message 475 to the user terminals 120A and 120B. In some aspects, the ACK message 475 may

███████████████████████████████████████████

include serial ACK messages sent to each user terminal 120 or the ACK message 475 may include BAs. In some aspects the ACKs 475 may be polled. This embodiment of FIG. 5 may improve transmission efficiency by providing concurrent transmission of CTS messages 408 from multiple user terminals 120 to an AP 110, compared to sequential transmission, thereby saving time and reducing the possibility of interference."

2274. Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2275. **Zhang** discloses this element.

2276. Zhang at [Col 3, lines 29-56]. "In embodiments described below, several network devices simultaneously transmit independent data to another network device during a certain time period. In an embodiment, the receiving device is an access point (AP) of a wireless communication network that receives simultaneous uplink transmission (SUT) signals such as communication frames (or simply "frames") from several client stations (or simply "stations") via an antenna array. To this end, in accordance with an embodiment, the AP schedules a "protected" time period for use by SUT-capable stations only, provides synchronization data to SUT-capable clients, receives in parallel several communication frames of the same or different duration, and acknowledges the receipt of the communication frames in a

- 781 -

single acknowledgement frame or several station-specific acknowledgement frames."

2277.  Zhang at [Col 11, lines 11-24]. "In an embodiment, each SUT-capable station includes a corresponding SUT index (SUT_IDX) assigned to the station in the synchronization frame 202. In another embodiment, the AP relies on the MAC address or another parameter to differentiate between the frames 210-1, 210-2, ... 210-N. To acknowledge a successful receipt of N SUT frames, the AP transmits N acknowledgement frames 210-1, 210-2, ... 210-N separated by a predefined Short Inter Frame Space (SIFS), according to an embodiment. The technique for transmitting acknowledgements illustrated in FIG. 4 may be referred to as "staggered acknowledgement." Each acknowledgment is a positive acknowledgement (ACK) or a negative acknowledgement (NACK), depending on whether the SUT frame has been received properly and/or timely."

2278.  Zhang at [Col 11, lines 34-42]. "Referring to FIG. 4B, an SUT period 230 is generally similar to the SUT period 200 discussed with reference to FIG. 4A, except that upon receiving SUT frames 232-1, 232- 2, ... 232-N, an AP transmits a block acknowledgement frame 234 to SUT-capable stations that communicate during the SUT period 230. In an embodiment, the block acknowledgement frame 234 specifies the identity ( e.g., SUT_IDX or 40 the MAC address) of each SUT - capable station from which a SUT frame has been successfully received."

2279.  Zhang at [Col 19, lines 35-44]. "At block 606, the AP generates one or several acknowledgement frames. In an embodiment, the one or several acknowledgement frames are transmitted at the end of the SUT period. In one embodiment, the AP generates and broadcasts a single "block" acknowledgement frame that identifies each station from which a SUT communication frame has been successfully received. In another embodiment, the AP generates and transmits a plurality of individual acknowledgement frames to each station from which a SUT communication frame has been successfully received."

2280.  Zhang at [Col 20, lines 42-44]. "2. The method of claim 1, further comprising generating a respective acknowledgement data unit for each of the plurality of second devices from which a data unit has been successfully received."

2281.  Alternatively, Zhang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2282.  **Chu** also discloses this element.  *See* Claim 1 above.

2283.  Chu, FIG. 4, FIG. 5, FIG. 6, AND FIG. 7.

2284.  Chu, 7:53-63 ("The AP generates and transmits acknowledgments (ACKs or BlockAcks) 216, 218, and 220 to STAI, STA2, and STA3, respectively, to acknowledge the communication frames 206,208, and 210. In the embodiment shown in FIG. 2, the AP transmits each of ACK 216, ACK 218, and ACK 220 at different times (i.e., staggered times) and in different spatial streams. In an

embodiment, the spatial stream in which the ACK is transmitted is the same

spatial stream in which the corresponding communication frame is transmitted (i.e.,

communication frame 206 and ACK 216 are transmitted using spatial stream SS-

1).").

2285.  Chu, 12:1-4 ("In response to receipt of the UL MU-MIMO data units

414, the AP transmits a broadcast acknowledgment (B-ACK) 416 to acknowledge

the uplink MU-MIMO data units 414, as described above with respect to B-ACK

316.").

2286.  Chu, 14:14-23 ("In response to the respective downlink MU-MIMO

data units 612, the STAI and STA2 simultaneously transmit, and the AP

simultaneously receives, respective uplink MU-MIMO data units 616. Each

uplinkMU-MIMO data unit 616 includes i) a respective second A-MPDU 617, and ii)

an acknowledgment 618 of the corresponding first A-MPDU 613. In response to

receipt of the UL MU-MIMO data units 616, the AP transmits a broadcast

acknowledgment (B-ACK) 620 to acknowledge the uplink MU-MIMO data units

616, as described above with respect to B-ACK 420.").

2287.  Alternatively, Chu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

2288.  **Kang** also discloses this element.  *See* Claim 1 above.

2289.  Kang, 12:63-65 ("Upon receiving a frame through a specific channel from the STA1 and the STA2, the AP transmits an ACK frame to the STAI and the STA2 in response thereto (step S1230).")

2290.  Kang, FIG. 12.

2291.  Kang, 11:34-40 ("Upon transmitting the sync trigger for uplink MU-MIMO transmission, in response to frame reception, the AP can transmit an ACK frame by directly using a channel bandwidth at which data is transmitted. Alternatively, by using a primary channel as shown in steps S740 and S750 of FIG. 7, the ACK frame can be transmitted at different times to the MIMO-paired STAs.").

2292.  Kang, FIG. 8.

2293.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2294.  **Gong** also discloses this element.  *See* Claim 1 above.

2295.  Gong [0018] ("The order of ATDs corresponds to the sequential order of assigned rows in the P matrix. The optional Stream Bitmap field can be used to directly notify a STA regarding which rows in the P matrix are applicable to that STA. The length of the stream bitmap field is the length of the maximum dimension of the P matrix. Upon receiving the Stream Bitmap field, a STA does not need to calculate the rows that it needs to use based on MCSs assigned to STAs in front of

it. Instead, the rows assigned to the STA are directly indicated. In one embodiment, the UL MU MIMO Group action frame is transmitted in a unicast fashion to each STA in the UL MU MIMO group. In this case, before the UL MU MIMO transmission, the AP transmits a CF-Poll frame to the multi-cast address. Upon receiving the CF-Poll frame, all STAs belonging to the UL MU MIMO group will start transmitting. The AP will process the preambles from all STAs based on the information included in the UL MU MIMO group action frame. In another embodiment, the UL MU MIMO Group frame is a broadcast frame. All STAs that receive the frame and see their AIDs indicated in the frame will send back their data frames.").

2296.  Gong, Claim 21 ("The computer readable medium encoded with computer executable instructions of claim 19, wherein an UL MU MIMO Group action frame is transmitted in a unicast fashion to each STA in a UL MU MIMO group and wherein prior to an UL MU MIMO transmission, said AP transmits a CF-Poll frame to a multi-cast address and upon receiving said CF-Poll frame, all STAs belonging to said UL MU MIMO group will start transmitting and wherein said AP will process preambles from all STAs based on information included in said UL MU MIMO group action frame.")

2297.  Alternatively, Gong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

- 786 -

2298.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra.*

**7.      Claim 7 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

**a.      The method of claim 1, wherein an interframe space between the uplink setup frame and the multiple uplink frames is SIFS (short interframe space), and an interframe space between the multiple uplink frames and the acknowledgement frame is SIFS.**

2299.  **Merlin 258** discloses this element.

2300.  Merlin 258 at ¶ [0060] "FIG. 6 is a time sequence diagram 600 that, in conjunction with FIG. 1, shows an example of an operation mode of UL-MU-MIMO transmissions. In this embodiment, user terminals 120A and 120B may receive a CTX message 402 from an AP 110. The CTX message 402 may indicate a time (T) 406 after the end of the PPDU carrying the CTX message 402 for the user terminals 120A and 120B to transmit UL-MU-MIMO transmissions. The T 406 may be a short interframe space (SIFS), a point interframe space (PIFS), or another time. The T may include time offsets as indicated by the AP 110 in the CTX message 402 or via a management frame. The SIFS and PIFS time may be fixed in a standard or may be indicated by the AP 110 in the CTX message 402 or in a management frame. The T 406 may improve synchronization between the AP 110 and the user terminals

- 787 -

120A and 120B and it may allow the user terminals 120A and 120B sufficient time

to process the CTX message 402, or other messages, before sending their UL-MU-

MIMO transmissions."

2301.  Alternatively, Merlin 258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

2302.  **Zhang** discloses this element.

2303.  Zhang at [Col 11, lines 15-24]. "To acknowledge a successful receipt of

N SUT frames, the AP transmits N acknowledgement frames 210 - 1, 210 - 2,... 210

-N separated by a predefined Short Inter Frame Space (SIFS), according to an

embodiment."

2304.  Zhang at [Col 11, lines 42-45]. "Referring to FIG. 4B, an SUT period

230 is generally similar to the SUT period 200 discussed with reference to FIG. 4A,

except that upon receiving SUT frames 232 - 1, 232 - 2,... 232 -N, an AP transmits a

block acknowledgement frame 234 to SUT-capable stations that communicate

during the SUT period 230. In an embodiment, the block acknowledgement frame

234 specifies the identity (e.g., SUT_IDX or the MAC address) of each SUT-capable

station from which a SUT frame has been successfully received. In one such

embodiment, the block acknowledgement frame 234 is transmitted after a

predefined interval (e.g., SIFS) following the receipt of the longest SUT frame."

2305.  Zhang Figure 4B:



**FIG. 4B**

2306.  Zhang at [Col 11, lines 11-19]. "In an embodiment, each SUT-capable station includes a corresponding SUT index (SUT_IDX) assigned to the station in the synchronization frame 202. In another embodiment, the AP relies on the MAC address or another parameter to differentiate between the frames 210-1, 210-2, ... 210-N. To acknowledge a successful receipt of N SUT frames, the AP transmits N acknowledgement frames 210-1, 210-2, ... 210-N separated by a predefined Short Inter Frame Space (SIFS), according to an embodiment."

2307.  Zhang at [Col 11, lines 39-45]. "In an embodiment, the block acknowledgement frame 234 specifies the identity ( e.g., SUT_IDX or 40 the MAC address) of each SUT -capable station from which a SUT frame has been successfully received. In one such embodiment, the block acknowledgement frame 234 is transmitted after a predefined interval (e.g., SIFS) following the receipt of the longest SUT frame."

2308.  Alternatively, Zhang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2309.  **Chu** also discloses this element.  *See* Claim 1 above.

2310.  Chu, FIG. 2, FIG. 4, FIG. 5, FIG. 6, and FIG. 7.

2311.  Chu, 6:14-46 ("After finishing the member selection of the uplink group, the AP transmits an uplink group definition frame, through EDCA procedures or other medium access mechanisms, to the members of the uplink group. In an embodiment, the uplink group definition frame includes at least one of i) the member stations in the uplink group, ii) a start time of the uplink MU-MIMO transmission schedule, iii) a duration of the uplink MU-MIMO transmission schedule, or iv) an interval between transmissions of the uplink MU-MIMO transmission schedule. In an embodiment, the start time is indicated as a time offset from a transmission time of the uplink group definition frame until a transmission time of a communication frame to trigger uplink simultaneous transmission, described below, or another suitable time indication. In an embodiment, the duration is indicated as a time duration (e.g., a TXOP for uplink simultaneous transmission), a number of data frames to be transmitted during the schedule. In an embodiment, the interval indicates a time duration (e.g., a number of microseconds) between two adjacent uplink simultaneous transmission TXOPs, an integer number of predetermined intervals (e.g., an integer multiple of a short

- 790 -

███████████████████████████████████████

interframe spacing), or other suitable interval indication. In an embodiment, the AP

sets the interval to the proposed service interval received from a client station. In

an embodiment, the uplink group definition frame indicates a value for an access

category, traffic category, traffic stream, TID, data rate, MCS value, or other

suitable parameters to be used for transmissions during the uplink MU-MIMO

schedule. In an embodiment, the uplink group definition frame is an action frame

having one or more information elements that contain the member station

identifiers of the uplink group, MU-MIMO transmission schedule and/or other

suitable data.").

2312. Chu, 12:22-36 ("In an embodiment, when a transmission time of

downlink PPDU(s) between adjacent UL MU PPDUs (i.e., between UL MU-MIMO

data units 414 and 418) is smaller than an extended interframe space, at least some

neighbor devices of the AP (e.g., other access points or client stations) use a value of

a duration subfield in the communication frame 404 or the communication frame

412 to set a network allocation vector (NAV). In one such embodiment, neighbor

devices of the client stations use the extended interframe space to protect the TXOP

402. In another embodiment, when the transmission time of downlink PPDU(s)

between adjacent UL MU PPDUs is longer than the extended interframe space,

additional request to send and/or clear to send messages are used for protection of

the TXOP 402, as described below with respect to FIG. 5 and FIG. 7").

2313.  Chu, 13:15-40 ("In response to the E-RTS message 510, the AP transmits the communication frame 412, as described above with respect to FIG. 4. In some embodiments, the AP transmits the communication frame 412 after a short interframe space after the E-RTS message 510. In an embodiment, the communication frame 412 includes the indication of the data unit size 515 from the E-RTS message 510. In one such embodiment, the UL MU-MIMO data units 414 have a size corresponding to the data unit size 515. In response to receipt of the UL MU-MIMO data units 414, the AP transmits the broadcast acknowledgment (B-ACK) 416 to acknowledge the uplink MU-MIMO data units 414, as described above. In some embodiments, the client stations transmit one or more additional UL MU-MIMO data units 418 during a remainder of the TXOP 502 in response to the B-ACK 416, for example, according to the uplink MU- MIMO transmission schedule indicated by the previous communication frame 412. In an embodiment, the client station STA2 transmits an additional E-RTS message 511 to indicate that the STA2 has remaining time in the TXOP 502 and additional data to be transmitted to the AP. In an embodiment, the E-RTS message 511 includes an additional data unit size 525 for the additional uplink MU-MIMO data unit to be transmitted by the STA2. In some embodiments, the client station uses the frame exchange E-RTS and SYNC for dynamic bandwidth negotiations with the AP.").

2314.  Chu, 15:35-51 ("In some embodiments, the AP transmits a communication frame to the client uplink group to prompt simultaneous

█████████████████████████████████████

transmission of independent uplink MU-MIMO data units by members of the client uplink group according to the uplink MU-MIMO transmission schedule. In an embodiment, the communication frame is the DL sync frame 412, as described above with respect to FIG. 4. In an embodiment, the communication frame includes an indication of a data unit size to be used for the independent uplink MU-MIMO data units, for example, the data unit size 415. In an embodiment, the communication frame includes an indication of a maximum duration for a transmission period in which both the independent uplink MU-MIMO data units and corresponding downlink acknowledgments are to be transmitted if a maximum duration for a transmission period in which the downlink acknowledgments are to be transmitted is less than an extended interframe space.").

2315.  Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2316.  **Kang** also discloses this element.  *See* Claim 1 above.

2317.  Kang, FIG. 12, FIG. 8, and FIG. 11.

2318.  Kang, 11:24-26 ("Referring to FIG. 8, the AP transmits a sync trigger to the plurality of MIMO-paired STAs (step S810). Upon receiving the sync trigger, the plurality of STAs wait for IFS. After waiting for the IFS, the plurality of MIMO-paired STAs simultaneously transmit a frame to the AP (step S820). A specific STA to which a transmission channel consisting of only a secondary channel except for a

████████████████████████████

channel bandwidth is allocated among the plurality of MIMO-paired STAs

transmits a frame only when the sync trigger is received from the AP.").

2319.  Kang, 12:9-15 ("Referring to FIG. 11, an AP transmits an uplink

OFDMA primitive to an STAI, an STA2, and an STA3 which are MIMO-paired (step

S1 110). Upon receiving the OFDMA primitive from the AP, the STAI, the STA2,

and the STA3 can simultaneously transmit data to be transmitted to the AP by

using OFDMA-based MU-MIMO transmission after waiting for IFS (step S1120).").

2320.  Alternatively, Kang, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

2321.  **Gong** also discloses this element.  *See* Claim 1 above.

2322.  Gong [0018] ("The order of ATDs corresponds to the sequential order of

assigned rows in the P matrix. The optional Stream Bitmap field can be used to

directly notify a STA regarding which rows in the P matrix are applicable to that

STA. The length of the stream bitmap field is the length of the maximum dimension

of the P matrix. Upon receiving the Stream Bitmap field, a STA does not need to

calculate the rows that it needs to use based on MCSs assigned to STAs in front of

it. Instead, the rows assigned to the STA are directly indicated. In one embodiment,

the UL MU MIMO Group action frame is transmitted in a unicast fashion to each

STA in the UL MU MIMO group. In this case, before the UL MU MIMO

transmission, the AP transmits a CF-Poll frame to the multi-cast address. Upon

- 794 -

receiving the CF-Poll frame, all STAs belonging to the UL MU MIMO group will start transmitting. The AP will process the preambles from all STAs based on the information included in the UL MU MIMO group action frame. In another embodiment, the UL MU MIMO Group frame is a broadcast frame. All STAs that receive the frame and see their AIDs indicated in the frame will send back their data frames.").

2323.  Gong, Claim 21 ("The computer readable medium encoded with computer executable instructions of claim 19, wherein an UL MU MIMO Group action frame is transmitted in a unicast fashion to each STA in a UL MU MIMO group and wherein prior to an UL MU MIMO transmission, said AP transmits a CF-Poll frame to a multi-cast address and upon receiving said CF-Poll frame, all STAs belonging to said UL MU MIMO group will start transmitting and wherein said AP will process preambles from all STAs based on information included in said UL MU MIMO group action frame.")

2324.  Alternatively, Gong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2325.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra.*

████████████████████████

8.    **Claim 8 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

a.    **The method of claim 1, wherein the multiple uplink frames are transmitted by the multiple stations using MU-MIMO (multi-user multiple-input multiple-output).**

2326.  **Merlin 258** discloses this element.

2327.  Merlin 258 at ¶ [0051] "Certain aspects of the present disclosure support transmitting an uplink (UL) signal from multiple UTs to an AP. In some embodiments, the UL signal may be transmitted in a multi-user MIMO (MU-MIMO) system. Alternatively, the UL signal may be transmitted in a multi-user FDMA (MU-FDMA) or similar FDMA system. Specifically, FIGS. 4-8 illustrate uplink MU-MIMO (UL-MU-MIMO) transmissions 410 A and 410 B that would apply equally to UL-FDMA transmissions. In these embodiments, UL-MU-MIMO or UL-FDMA transmissions can be sent simultaneously from multiple STAs to an AP and may create efficiencies in wireless communication."

2328.  Alternatively, Merlin 258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2329.  **Chu** also discloses this element.  *See* Claim 1 above.

2330.  Chu, 5:66-6:46 ("Before triggering the uplink simultaneously transmission from a group stations, the AP defines the uplink group and notifies the stations in the uplink group about the uplink group allocation, in some

- 796 -

embodiments. In an embodiment, the STA sends a communication frame or a management frame that indicates one or more traffic characteristics (e.g., a proposed service interval to be used for an uplink MU-MIMO transmission schedule, a proposed access category data rate to be used for the uplink MU-MIMO transmission schedule, or traffic burst information to be used for the uplink MU-MIMO transmission schedule) to the AP through an enhanced distributed channel access (EDCA) procedure. The AP performs selection of the members of the client uplink group based on the uplink traffic characteristic of the stations or other information, for example, the interference among stations. After finishing the member selection of the uplink group, the AP transmits an uplink group definition frame, through EDCA procedures or other medium access mechanisms, to the members of the uplink group. In an embodiment, the uplink group definition frame includes at least one of i) the member stations in the uplink group, ii) a start time of the uplink MU-MIMO transmission schedule, iii) a duration of the uplink MU-MIMO transmission schedule, or iv) an interval between transmissions of the uplink MU- MIMO transmission schedule. In an embodiment, the start time is indicated as a time offset from a transmission time of the uplink group definition frame until a transmission time of a communication frame to trigger uplink simultaneous transmission, described below, or another suitable time indication. In an embodiment, the duration is indicated as a time duration (e.g., a TXOP for uplink simultaneous transmission), a number of data frames to be transmitted

████████████████████████████████████████████

during the schedule. In an embodiment, the interval indicates a time duration (e.g.,

a number of microseconds) between two adjacent uplink simultaneous transmission

TXOPs, an integer number of predetermined intervals (e.g., an integer multiple of a

short inter-frame spacing), or other suitable interval indication. In an embodiment,

the AP sets the interval to the proposed service interval received from a client

station. In an embodiment, the uplink group definition frame indicates a value for

an access category, traffic category, traffic stream, TID, data rate, MCS value, or

other suitable parameters to be used for transmissions during the uplink MU-

MIMO schedule. In an embodiment, the uplink group definition frame is an action

frame having one or more information elements that contain the member station

identifiers of the uplink group, MU-MIMO transmission schedule and/or other

suitable data.").

2331. Chu, 10:47-54 ("In an embodiment, the AP generates and transmits

the uplink group definition frame 408 to each member of the client uplink group. In

an embodiment, the uplink group definition frame 408 also indicates an uplink

multi-user multiple input multiple output (MU-MIMO) transmission schedule for

the client uplink group for members of the client uplink group to simultaneously

transmit to an access point.").

2332. Chu, FIG. 4.

2333. Chu, 11:50-67 ("In response to the communication frame 412, the

multiple client stations transmit independent data units 414 simultaneously to the

- 798 -

AP during the TXOP 402 of the AP in one or more transmissions. For example, in an embodiment, the multiple client stations generate and transmit one or more UL MU-MIMO data units 414 via different spatial streams. In the embodiment shown in FIG. 4, the STAl transmits an UL MU- MIMO data unit 414-1 to the AP simultaneously with a transmission by the STA2 of an UL MU-MIMO data unit 414-2 to the AP. In an embodiment, the UL MU-MIMO data units 414 correspond to a particular traffic category, traffic stream, or TID indicated by the communication frame 412. In an embodiment, the UL MU-MIMO data units 414 at least include the traffic category, traffic stream, or TID associated with the TXOP or indicated by the communication frame 412. In an embodiment, one or more of the UL MU-MIMO data units 414 includes suitable padding to have a suitable data unit size (e.g., the data unit size 415).").

2334.  Alternatively, Chu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2335.  **Kang** also discloses this element.  *See* Claim 1 above.

2336.  Kang, FIG. 12, FIG. 8, FIG. 11.

2337.  Kang, 2:17-27. ("The VHT WLAN system allows a plurality ofVHT STAB to simultaneously access a channel in order to effective use a radio channel. For this, multi-user multiple input multiple output (MU-MIMO)-based transmission using multiple antennas is supported. A VHT access point (AP) can perform spatial division multiple access (SDMA) transmission for transmitting spatial-multiplexed

- 799 -

data to the plurality of VHT STAs. When data is simultaneously transmitted by distributing a plurality of spatial streams to the plurality of STAs by the use of a plurality of antennas, an overall throughput of the WLAN system can be increased.").

2338.  Kang, 11:24-26 ("Referring to FIG. 8, the AP transmits a sync trigger to the plurality of MIMO-paired STAs (step S810). Upon receiving the sync trigger, the plurality of STAs wait for IFS. After waiting for the IFS, the plurality of MIMO-paired STAs simultaneously transmit a frame to the AP (step S820). A specific STA to which a transmission channel consisting of only a secondary channel except for a channel bandwidth is allocated among the plurality of MIMO-paired STAs transmits a frame only when the sync trigger is received from the AP.").

2339.  Kang, 12:9-15 ("Referring to FIG. 11, an AP transmits an uplink OFDMA primitive to an STAI, an STA2, and an STA3 which are MIMO-paired (step S 110). Upon receiving the OFDMA primitive from the AP, the STAI, the STA2, and the STA3 can simultaneously transmit data to be transmitted to the AP by using OFDMA-based MU-MIMO transmission after waiting for IFS (step S1 120).")

2340.  Alternatively, Kang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2341.  **Gong** also discloses this element.  *See* Claim 1 above.

2342.  Gong [0017) ("In one illustrative example, and not by way of limitation, three STAs are transmitting simultaneously in one UL MU MIMO transmission. The AP determines the MCS that each STA can use; for instance, the first two STAs transmit one spatial stream and the third STA transmits two spatial streams. In this case, the first row of the P matrix is assigned to STAI, the second row is assigned to STA2, and the last two rows are assigned to STA3. Upon receiving the UL MU MIMO Group frame, a STA would know which P matrix to use based on the total number of streams and which row(s) of the P matrix to use based on its assigned MCS and the MCSs assigned to the STAs in front of it.").

2343.  Gong [0018] ("The order of ATDs corresponds to the sequential order of assigned rows in the P matrix. The optional Stream Bitmap field can be used to directly notify a STA regarding which rows in the P matrix are applicable to that STA. The length of the stream bitmap field is the length of the maximum dimension of the P matrix. Upon receiving the Stream Bitmap field, a STA does not need to calculate the rows that it needs to use based on MCSs assigned to STAs in front of it. Instead, the rows assigned to the STA are directly indicated. In one embodiment, the UL MU MIMO Group action frame is transmitted in a unicast fashion to each STA in the UL MU MIMO group. In this case, before the UL MU MIMO transmission, the AP transmits a CF-Poll frame to the multi-cast address. Upon receiving the CF-Poll frame, all STAs belonging to the UL MU MIMO group will start transmitting. The AP will process the preambles from all STAs based on the

████████████████

information included in the UL MU MIMO group action frame. In another embodiment, the UL MU MIMO Group frame is a broadcast frame. All STAs that receive the frame and see their AIDs indicated in the frame will send back their data frames.").

2344.  Alternatively, Gong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

2345.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

> **9.    Claim 9 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

2346.  As I mentioned previously, claim 1 is written from the perspective of an "access point in a wireless communication network" (which allegedly could be an IEEE 802.11ax AP), while independent claim 9 is written from the perspective of an "a station in a wireless communication network" (which allegedly could be an IEEE 802.11ax STA) but is otherwise substantially similar to claim 1.  In particular element 9 [pre] corresponds to element 1 [pre]; element 9[a] corresponds to elements 1[a]-1[c]; element 9[b] corresponds to element 1[d]; element 9[c] corresponds to element 1[e]; element 9[d] corresponds to element 1[f]; and element 9[e] corresponds

████████████████████

to element 1[g].  Accordingly, my analysis as to independent claim 1 applies as to

independent claim 9, and for brevity I may not repeat my analysis as it applies to

claim 9.  Similarly, dependent claim 10 corresponds to claim 2; dependent claim 11

corresponds to claim 3; dependent claim 12 corresponds to claim 4; dependent claim

13 corresponds to claim 5; dependent claim 14 corresponds to claim 6; dependent

claim 15 corresponds to claim 7; dependent claim 16 corresponds to claim 8.

Accordingly, my analysis as to dependent claims 2-8 (which depend from claim 1)

applies as to dependent claims 10-16 (which depend from claim 9) and for brevity I

may not repeat my analysis as it applies to dependent claims 10-16.

        a.        **Element 9 [pre]:  A method of operating a station in a wireless communication network, the method comprising:**

2347.  *See* element 1[pre] above.

2348.  To the extent it is argued or determined that any of the above

references do not disclose this element, then this element would have been obvious

at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang,

Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

        b.        **Element 9 [a]: receiving, from an access point, a physical downlink frame transmitted to a plurality of stations, the physical downlink frame comprising: uplink setup information including a first information to be used for uplink multi-user transmission by the station, and downlink data;**

2349.  *See* elements 1[a] – 1[c] above.

2350.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

> c.   **Element 9 [b]:  transmitting an uplink frame to the access point, the uplink frame being simultaneously transmitted with one or more uplink frames from one or more other stations of the plurality of stations, the uplink frame being generated based on the uplink setup information; and**

2351.  *See* element 1[d] above.

2352.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

> d.   **Element 9 [c]:  receiving an acknowledgement frame from the access point after the uplink frame is successfully received in the access point,**

2353.  *See* element 1[e] above.

2354.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

> e.   **Element 9 [d]:  wherein the uplink setup information includes a common information**

> portion and a dedicated information portion, the
> common information portion includes a second
> information being common to all of the plurality of
> stations to receive the uplink setup frame, the
> dedicated information portion includes respective
> third information specific to each of the plurality
> stations to receive the uplink setup information,
> and

2355.  *See* element 1[f] above.

2356.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

    **f.**     **Element 9 [e]:  wherein the second information is a function of a total number of space time streams to be used to perform the simultaneous transmission of the uplink frame and the one or more uplink frames from the one or more other stations.**

2357.  *See* element 1[g] above.

2358.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

    **10.**     **Claim 10 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

2359.  As I mentioned previously, claim 1 is written from the perspective of an "access point in a wireless communication network" (which allegedly could be an

- 805 -

IEEE 802.11ax AP), while independent claim 9 is written from the perspective of an

"a station in a wireless communication network" (which allegedly could be an IEEE

802.11ax STA) but is otherwise substantially similar to claim 1.  In particular

element 9 [pre] corresponds to element 1 [pre]; element 9[a] corresponds to elements

1[a]-1[c]; element 9[b] corresponds to element 1[d]; element 9[c] corresponds to

element 1[e]; element 9[d] corresponds to element 1[f]; and element 9[e] corresponds

to element 1[g].  Accordingly, my analysis as to independent claim 1 applies as to

independent claim 9, and for brevity I may not repeat my analysis as it applies to

claim 9.  Similarly, dependent claim 10 corresponds to claim 2; dependent claim 11

corresponds to claim 3; dependent claim 12 corresponds to claim 4; dependent claim

13 corresponds to claim 5; dependent claim 14 corresponds to claim 6; dependent

claim 15 corresponds to claim 7; dependent claim 16 corresponds to claim 8.

Accordingly, my analysis as to dependent claims 2-8 (which depend from claim 1)

applies as to dependent claims 10-16 (which depend from claim 9) and for brevity I

may not repeat my analysis as it applies to dependent claims 10-16.

> **a.      The method of claim 9, wherein the common information portion includes a length information associated with a length of the uplink frame.**

2360.  *See* claim 2 above.

2361.  To the extent it is argued or determined that any of the above

references do not disclose this element, then this element would have been obvious

at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

### 11. Claim 11 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong

2362.  As I mentioned previously, claim 1 is written from the perspective of an "access point in a wireless communication network" (which allegedly could be an IEEE 802.11ax AP), while independent claim 9 is written from the perspective of an "a station in a wireless communication network" (which allegedly could be an IEEE 802.11ax STA) but is otherwise substantially similar to claim 1.  In particular element 9 [pre] corresponds to element 1 [pre]; element 9[a] corresponds to elements 1[a]-1[c]; element 9[b] corresponds to element 1[d]; element 9[c] corresponds to element 1[e]; element 9[d] corresponds to element 1[f]; and element 9[e] corresponds to element 1[g].  Accordingly, my analysis as to independent claim 1 applies as to independent claim 9, and for brevity I may not repeat my analysis as it applies to claim 9.  Similarly, dependent claim 10 corresponds to claim 2; dependent claim 11 corresponds to claim 3; dependent claim 12 corresponds to claim 4; dependent claim 13 corresponds to claim 5; dependent claim 14 corresponds to claim 6; dependent claim 15 corresponds to claim 7; dependent claim 16 corresponds to claim 8.  Accordingly, my analysis as to dependent claims 2-8 (which depend from claim 1) applies as to dependent claims 10-16 (which depend from claim 9) and for brevity I may not repeat my analysis as it applies to dependent claims 10-16.

a.      **The method of claim 10, wherein the length of the uplink frame is identical to the length of each of the one or more uplink frames transmitted from the one or more other stations.**

2363.  *See* claim 3 above.

2364.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

**12.     Claim 12 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

2365.  As I mentioned previously, claim 1 is written from the perspective of an "access point in a wireless communication network" (which allegedly could be an IEEE 802.11ax AP), while independent claim 9 is written from the perspective of an "a station in a wireless communication network" (which allegedly could be an IEEE 802.11ax STA) but is otherwise substantially similar to claim 1.  In particular element 9 [pre] corresponds to element 1 [pre]; element 9[a] corresponds to elements 1[a]-1[c]; element 9[b] corresponds to element 1[d]; element 9[c] corresponds to element 1[e]; element 9[d] corresponds to element 1[f]; and element 9[e] corresponds to element 1[g].  Accordingly, my analysis as to independent claim 1 applies as to independent claim 9, and for brevity I may not repeat my analysis as it applies to claim 9.  Similarly, dependent claim 10 corresponds to claim 2; dependent claim 11 corresponds to claim 3; dependent claim 12 corresponds to claim 4; dependent claim

13 corresponds to claim 5; dependent claim 14 corresponds to claim 6; dependent

claim 15 corresponds to claim 7; dependent claim 16 corresponds to claim 8.

Accordingly, my analysis as to dependent claims 2-8 (which depend from claim 1)

applies as to dependent claims 10-16 (which depend from claim 9) and for brevity I

may not repeat my analysis as it applies to dependent claims 10-16.

> a. **The method of claim 11, wherein further the uplink frame includes padding bits when the length of the uplink frame is longer than a length of a frame to be actually transmitted to the access point.**

2366.  *See* claim 4 above.

2367.  To the extent it is argued or determined that any of the above

references do not disclose this element, then this element would have been obvious

at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang,

Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

> 13. **Claim 13 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

2368.  As I mentioned previously, claim 1 is written from the perspective of

an "access point in a wireless communication network" (which allegedly could be an

IEEE 802.11ax AP), while independent claim 9 is written from the perspective of an

"a station in a wireless communication network" (which allegedly could be an IEEE

802.11ax STA) but is otherwise substantially similar to claim 1.  In particular

element 9 [pre] corresponds to element 1 [pre]; element 9[a] corresponds to elements

1[a]-1[c]; element 9[b] corresponds to element 1[d]; element 9[c] corresponds to

element 1[e]; element 9[d] corresponds to element 1[f]; and element 9[e] corresponds to element 1[g].  Accordingly, my analysis as to independent claim 1 applies as to independent claim 9, and for brevity I may not repeat my analysis as it applies to claim 9.  Similarly, dependent claim 10 corresponds to claim 2; dependent claim 11 corresponds to claim 3; dependent claim 12 corresponds to claim 4; dependent claim 13 corresponds to claim 5; dependent claim 14 corresponds to claim 6; dependent claim 15 corresponds to claim 7; dependent claim 16 corresponds to claim 8.  Accordingly, my analysis as to dependent claims 2-8 (which depend from claim 1) applies as to dependent claims 10-16 (which depend from claim 9) and for brevity I may not repeat my analysis as it applies to dependent claims 10-16.

> **a.** **The method of claim 9, wherein the dedicated information portion includes a station identification information, an information associated with a number of data streams, and MCS (Modulation and Coding Scheme).**

2369.  *See* claim 5 above.

2370.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

> **14.** **Claim 14 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

2371. As I mentioned previously, claim 1 is written from the perspective of an "access point in a wireless communication network" (which allegedly could be an IEEE 802.11ax AP), while independent claim 9 is written from the perspective of an "a station in a wireless communication network" (which allegedly could be an IEEE 802.11ax STA) but is otherwise substantially similar to claim 1. In particular element 9 [pre] corresponds to element 1 [pre]; element 9[a] corresponds to elements 1[a]-1[c]; element 9[b] corresponds to element 1[d]; element 9[c] corresponds to element 1[e]; element 9[d] corresponds to element 1[f]; and element 9[e] corresponds to element 1[g]. Accordingly, my analysis as to independent claim 1 applies as to independent claim 9, and for brevity I may not repeat my analysis as it applies to claim 9. Similarly, dependent claim 10 corresponds to claim 2; dependent claim 11 corresponds to claim 3; dependent claim 12 corresponds to claim 4; dependent claim 13 corresponds to claim 5; dependent claim 14 corresponds to claim 6; dependent claim 15 corresponds to claim 7; dependent claim 16 corresponds to claim 8. Accordingly, my analysis as to dependent claims 2-8 (which depend from claim 1) applies as to dependent claims 10-16 (which depend from claim 9) and for brevity I may not repeat my analysis as it applies to dependent claims 10-16.

> **a.** **The method of claim 9, wherein the acknowledgement frame includes acknowledgement information for the station and one or more other stations of the plurality of stations.**

2372. *See* claim 6 above.

███████████

2373.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

**15.    Claim 15 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

2374.  As I mentioned previously, claim 1 is written from the perspective of an "access point in a wireless communication network" (which allegedly could be an IEEE 802.11ax AP), while independent claim 9 is written from the perspective of an "a station in a wireless communication network" (which allegedly could be an IEEE 802.11ax STA) but is otherwise substantially similar to claim 1.  In particular element 9 [pre] corresponds to element 1 [pre]; element 9[a] corresponds to elements 1[a]-1[c]; element 9[b] corresponds to element 1[d]; element 9[c] corresponds to element 1[e]; element 9[d] corresponds to element 1[f]; and element 9[e] corresponds to element 1[g].  Accordingly, my analysis as to independent claim 1 applies as to independent claim 9, and for brevity I may not repeat my analysis as it applies to claim 9.  Similarly, dependent claim 10 corresponds to claim 2; dependent claim 11 corresponds to claim 3; dependent claim 12 corresponds to claim 4; dependent claim 13 corresponds to claim 5; dependent claim 14 corresponds to claim 6; dependent claim 15 corresponds to claim 7; dependent claim 16 corresponds to claim 8.  Accordingly, my analysis as to dependent claims 2-8 (which depend from claim 1)

applies as to dependent claims 10-16 (which depend from claim 9) and for brevity I may not repeat my analysis as it applies to dependent claims 10-16.

> **a.      The method of claim 9, wherein an interframe space between the uplink setup frame and the uplink frame is SIFS (short interframe space), and an interframe space between the multiple frames and the acknowledgement frame is SIFS.**

2375.  *See* claim 7 above.

2376.  To the extent it is argued or determined that any of the above references do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

> **16.      Claim 16 is Obvious Over Merlin 258 and/or Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Chu and/or Kang and/or Gong**

2377. As I mentioned previously, claim 1 is written from the perspective of an "access point in a wireless communication network" (which allegedly could be an IEEE 802.11ax AP), while independent claim 9 is written from the perspective of an "a station in a wireless communication network" (which allegedly could be an IEEE 802.11ax STA) but is otherwise substantially similar to claim 1.  In particular element 9 [pre] corresponds to element 1 [pre]; element 9[a] corresponds to elements 1[a]-1[c]; element 9[b] corresponds to element 1[d]; element 9[c] corresponds to element 1[e]; element 9[d] corresponds to element 1[f]; and element 9[e] corresponds to element 1[g].  Accordingly, my analysis as to independent claim 1 applies as to

███████████████████████████████████████

independent claim 9, and for brevity I may not repeat my analysis as it applies to

claim 9.  Similarly, dependent claim 10 corresponds to claim 2; dependent claim 11

corresponds to claim 3; dependent claim 12 corresponds to claim 4; dependent claim

13 corresponds to claim 5; dependent claim 14 corresponds to claim 6; dependent

claim 15 corresponds to claim 7; dependent claim 16 corresponds to claim 8.

Accordingly, my analysis as to dependent claims 2-8 (which depend from claim 1)

applies as to dependent claims 10-16 (which depend from claim 9) and for brevity I

may not repeat my analysis as it applies to dependent claims 10-16.

> **a.    The method of claim 9, wherein the uplink frame of the station and the one or more uplink frames of the one or more other stations are simultaneously transmitted using MU-MIMO (multi-user multiple-input multiple-output).**

2378.  *See* claim 8 above.

2379.  To the extent it is argued or determined that any of the above

references do not disclose this element, then this element would have been obvious

at the time of the invention in view of any combination of Merlin 258, Yuan, Zhang,

Merlin 690, Vermani, Chu, Kang, and/or Gong.  *See* "Motivation to Combine," *infra*.

### 17.    Motivation to Combine

2380.  The systems and methods disclosed in the references discussed (*i.e.*,

Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang, and Gong) above are

analogous to the inventions claimed in the '738 Patent.  At the time of the

invention, one or more of these references could have been combined with each

other (and/or in view of applicant admitted prior art and/or the knowledge of a

person of ordinary skill in the art) by a person of ordinary skill in the art in an

obvious way, and a person of ordinary skill would have had a reasonable

expectation of success in combining these references as described above.

2381. Each of these references is analogous art to the claimed invention

because the references are from the same field of endeavor as the claimed invention

(even if it is argued or determined that they address a different problem). For

example, each of Merlin 258, Zhang, Merlin 690, Vermani, Chu, Kang, and Gong

specifically relates to WLAN operation at least according to IEEE 802.11 standards.

See, for example, Merlin 258 at ¶ [0027] ("In some aspects, wireless signals may be

transmitted according to a high-efficiency 802.11 protocol using orthogonal

frequency-division multiplexing (OFDM), direct-sequence spread spectrum (DSSS)

communications, a combination of OFDM and DSSS communications, or other

schemes. Implementations of the high-efficiency 802.11 protocol may be used for

Internet access, sensors, metering, smart grid networks, or other wireless

applications. Advantageously, aspects of certain devices implementing this

particular wireless protocol may consume less power than devices implementing

other wireless protocols, may be used to transmit wireless signals across short

distances, and/or may be able to transmit signals less likely to be blocked by objects,

such as humans."); Zhang at 5:27-45 ("According to an embodiment, each OFDM

sub-channel block substantially conforms to the PHY specification of the IEEE

- 815 -

802.11a Standard. According to another embodiment, each OFDM sub-channel

block substantially conforms to the PHY specification of the IEEE 802.11n

Standard. According to another embodiment, each OFDM sub-channel block

substantially conforms to a PHY specification of a communication protocol other

than the IEEE 802.11a and the IEEE 802.11n Standards."); Merlin 690 at ¶ [0006]

("In order to address the issue of increasing bandwidth requirements that are

demanded for wireless communications systems, different schemes are being

developed to allow multiple user terminals to communicate with a single access

point by sharing the channel resources while achieving high data throughputs.

Multiple Input Multiple Output (MIMO) technology represents one such approach

that has emerged as a popular technique for communication systems. MIMO

technology has been adopted in several wireless communications standards such as

the Institute of Electrical and Electronics Engineers (IEEE) 802.11 standard. The

IEEE 802.11 denotes a set of Wireless Local Area Network (WLAN) air interface

standards developed by the IEEE 802.11 committee for short-range communications

(e.g., tens of meters to a few hundred meters)."); Vermani at ¶ [0011] ("For example,

the packet processing unit 243 may process a HEW packet 150 based on the IEEE

802.11 HEW standard, but may interpret a legacy packet (e.g., a packet complying

with IEEE 802.11a/b/g) in a different manner, according to the standards

amendment associated therewith."); Chu at 1:23-39 ("When operating in an

infrastructure mode, wireless local area networks (WLANs) typically include an

- 816 -

████████████████████████████

access point (AP) and one or more client stations. WLANs have evolved rapidly over the past decade. Development of WLAN standards such as the Institute for Electrical and Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g, and 802.11n Standards has improved single-user peak data throughput. For example, the IEEE 802.11b Standard specifies a single-user peak throughput of 11 megabits per second (Mbps), the IEEE 802.11a and 802.11g Standards specify a single-user peak throughput of 54 Mbps, the IEEE 802.11n Standard specifies a single-user peak throughput of 600 Mbps, and the IEEE 802.11ac Standard specifies a single-user peak throughput in the gigabits per second (Gbps) range. Future standards promise to provide even greater throughputs, such as throughputs in the tens of Gbps range."); Kang at 8:10-17 ("Unlike the IEEE 802.11n standard supporting the HT, a next generation WLAN system requires a higher throughput. This is called a very high throughput (VHT) to distinguish it from the HT, and 80 MHz bandwidth transmission and/or higher bandwidth transmission (e.g., 160 MHz) are supported in the next generation WLAN system. In addition, multi user-multiple input multiple output (MU-MIMO) transmission is supported."); Gong at claim 1 ("A wireless station (STA), comprising: a transceiver operable for communicating in a wireless network, wherein said transceiver is adapted for Uplink Multi-User Multiple Input Multiple Output (UL MU MIMO) Medium Access Control (MAC) support."), Gong at claim 5 ("The wireless station of claim 1, wherein said wireless

███████████████████████████

network conforms to the Institute for Electronic and Electrical Engineers (IEEE)

802.11 standard.").

2382. Yuan does not specifically refer to 802.11 standards; rather, Yuan

discusses wireless cellular technology. See Yuan at ¶¶ [0002] – [0003]. A POSITA

would understand that the teachings of Yuan are applicable to other wireless

technologies, including devices compliant with IEEE 802.11 standards. Similar to

IEEE 802.11ax, the cellular technology discussed in Yuan relies "on intricate

scheduling schemes to efficiently utilize the limited radio resources and maximize

the system throughput." *Id.* at ¶ [0002]. And 4G cellular standards are like IEEE

802.11ax in that they feature "orthogonal frequency division multiple access

(OFDMA) where resource scheduling is needed for both downlink and uplink

transmission." *Id.* Additionally, the scheduling in 4G systems is similar to IEEE

802.11 in that it "is done at the base station in a centralized fashion, and the

scheduling grants can be for downlink transmission or uplink transmission." *Id.*

3GPP LTE is also similar to IEEE 802.11 in that compliant systems transmit

information using "OFDM symbols." *Id.* at ¶ [0003].

2383. Each of Merlin 258, Yuan, Zhang, Merlin 690, Vermani, Chu, Kang,

and Gong are analogous art to the claimed invention also because each reference is

reasonably pertinent to the problem faced by the inventor (even if it is argued or

determined that they are not in the same field of endeavor as the claimed

invention). As shown in detail above and as summarized and expounded upon

below, each of these references would have logically commended themselves to the inventors' attention in considering the problem they were attempting to address.

2384.  For example, **Merlin 258** discloses "A method for wireless communication is provided. The method comprises transmitting a first wireless message comprising a request for a first user terminal to transmit uplink data and an indication of at least one requested operational parameter. The method also comprises receiving a second wireless message from an access point in response to the first wireless message, the second wireless message indicating whether a plurality of user terminals including the first user terminal is selected to transmit uplink data, the second wireless message indicating at least one operational parameter for transmission of uplink data based on the at least one requested operational parameter." *Id.* at Abstract. And as discussed above in more detail, Merlin 258 discloses or renders obvious many elements of the Asserted Claims of the '738 Patent. *See supra.*  Merlin 258 discloses numerous teachings, suggestions, and motivations to use the disclosed system.  "In order to address the issue of increasing bandwidth requirements that are demanded for wireless communications systems, different schemes are being developed to allow multiple user terminals to communicate with a single access point by sharing the channel resources while achieving high data throughputs. With limited communication resources, it is desirable to reduce the amount of traffic passing between the access point and the multiple terminals. For example, when multiple terminals send

- 819 -

uplink communications to the access point, it is desirable to minimize the amount of

traffic to complete the uplink of all transmissions. Thus, there is a need for an

improved protocol for uplink transmissions from multiple terminals." *Id*. at ¶

[0005]; id. at ¶ [0055] ("Not all APs 110 or user terminals 120 may support UL-MU-

MIMO or UL-FDMA operation. A capability indication from a user terminal 120

may be indicated in a high efficiency wireless (HEW) capability element that is

included in an association request or probe request and may include a bit indicating

capability, the maximum number of spatial streams a user terminal 120 can use in

a UL-MU-MIMO transmission, the frequencies a user terminal 120 can use in a UL-

FDMA transmission, the minimum and maximum power and granularity in the

power backoff, and the minimum and maximum time adjustment a user terminal

120 can perform.").

2385.  For example, **<u>Yuan</u>** discloses "Enhanced physical downlink control

channel are multiplexed with physical downlink data channel in frequency division

multiplexing (FDM), or in frequency division multiplexing (FDM)+time division

multiplexing (TDM). FDM mode applies to users that have only UL grants in that

subframe. UL grants of different users are cross-interleaved and transmitted over

the entire physical resource blocks (both slots) in FDM. Frequency resources for

cross-interleaved UL grants are distributed. TDM+FDM applies to users that have

both DL and UL grants, or have only DL grant in that subframe. DL/UL grant

(maybe mixed) is transmitted only in the first slot of physical resource blocks in

TDM+FDM, where the second slots in those resource blocks can be used for those users' downlink data transmission." *Id.* at Abstract. And as discussed above in more detail, Yuan discloses or renders obvious many elements of the Asserted Claims of the '738 Patent. *See supra.*  Yuan discloses numerous teachings, suggestions, and motivations to use the disclosed system.  "Modern wireless communications standards and systems rely on intricate scheduling schemes to efficiently utilize the limited radio resources and maximize the system throughput. 4G cellular standards feature orthogonal frequency division multiple access (OFDMA) where resource scheduling is needed for both downlink and uplink transmission. The scheduling is done at the base station in a centralized fashion, and the scheduling grants can be for downlink transmission or uplink transmission."  Yuan at ¶ [0002].

2386.  For example, **<u>Zhang</u>** discloses "The present disclosure relates generally to communication networks and, more particularly, to multiple-input, multiple-output (MIMO) wireless local area networks." *Id.* at 1:26-28. And as discussed above in more detail, Zhang discloses or renders obvious many elements of the Asserted Claims of the '738 Patent. *See supra.*  Zhang discloses numerous teachings, suggestions, and motivations to use the disclosed system.  "Embodiments of an SUT [simultaneous uplink transmission] access protocol for SUT signals will now be described. In the following embodiments, the AP is equipped with an antenna array (i.e., a plurality of antennas) and a MIMO receiver. The AP and/or client stations reserve a protected SUT time period for simultaneous uplink

transmissions for use by SUT-capable stations only, and accordingly exclude legacy stations from using the SUT period for uplink transmissions. To this end, an AP and/or stations can use any suitable MAC-layer scheduling/messaging mechanisms, including scheduling/messaging mechanisms similar to those defined in the existing IEEE 802.11a/n Standards. During an SUT period, signals from several SCs are synchronized using explicit or implicit scheduling. In some embodiments, an AP generates synchronization information and transmits the synchronization information to the SCs prior to receiving SUT signals." Zhang at 10:3-18.

2387.  For example, **Merlin 690** discloses "Certain aspects of the present disclosure provide methods and apparatus for multi user bar protocols and frames. According to certain aspects, an apparatus is provided for wireless communications. The apparatus generally includes a processing system configured to determine that a plurality of devices have a first capability and generate a multi-user (MU) packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an acknowledgment (ACK) or block ACK (BA) and an interface configured to output the MU packet for transmission.." *Id*. at Abstract. And as discussed above in more detail, Merlin 690 discloses or renders obvious many elements of the Asserted Claims of the '738 Patent. *See supra*.  Merlin 690 discloses numerous teachings, suggestions, and motivations to use the disclosed system.  "In order to address the issue of increasing bandwidth requirements that are demanded for wireless communications systems, different schemes are being

developed to allow multiple user terminals to communicate with a single access

point by sharing the channel resources while achieving high data throughputs.

Multiple Input Multiple Output (MIMO) technology represents one such approach

that has emerged as a popular technique for communication systems. MIMO

technology has been adopted in several wireless communications standards such as

the Institute of Electrical and Electronics Engineers (IEEE) 802.11 standard. The

IEEE 802.11 denotes a set of Wireless Local Area Network (WLAN) air interface

standards developed by the IEEE 802.11 committee for short-range communications

(e.g., tens of meters to a few hundred meters)."  Merlin 690 at ¶ [0006].

2388.  For example, **Vermani** discloses "Certain aspects of the present

disclosure provide methods and apparatus for uplink (UL) multiuser multiple-input,

multiple-output (MU-MIMO) transmissions in a High Efficiency WLAN (HEW)

system." *Id.* at _Abstract. And as discussed above in more detail, Vermani discloses

or renders obvious many elements of the Asserted Claims of the '738 Patent. *See*

*supra.*  Vermani discloses numerous teachings, suggestions, and motivations to use

the disclosed system."  Vermani at ¶ [0005].  "In order to address the issue of

increasing bandwidth requirements demanded for wireless communications

systems, different schemes are being developed to allow multiple user terminals to

communicate with a single access point by sharing the channel resources while

achieving high data throughputs. Multiple-input multiple-output (MIMO)

technology represents one such approach that has recently emerged as a popular

███████████████████

technique for next generation communication systems. MIMO technology has been

adopted in several emerging wireless communications standards, such as the

Institute of Electrical and Electronics Engineers (IEEE) 802.11 standard. The IEEE

802.11 standard denotes a set of Wireless Local Area Network (WLAN) air interface

standards developed by the IEEE 802.11 committee for short-range communications

(e.g., tens of meters to a few hundred meters)." Vermani at ¶ [0006]. "A MIMO

system employs multiple (NT) transmit antennas and multiple (NR) receive

antennas for data transmission. A MIMO channel formed by the NT transmit and

NR receive antennas may be decomposed into NS independent channels, which are

also referred to as spatial channels, where NS≦min{NT, NR}. Each of the NS

independent channels corresponds to a dimension. The MIMO system can provide

improved performance (e.g., higher throughput and/or greater reliability) if the

additional dimensionalities created by the multiple transmit and receive antennas

are utilized." Vermani at ¶ [0006]. "In wireless networks with a single Access Point

(AP) and multiple user stations (STAs), concurrent transmissions may occur on

multiple channels toward different stations, both in the uplink and downlink

direction. Many challenges are present in such systems." Vermani at ¶ [0007].

2389. For example, **Chu** discloses "A method for selecting members of a

client uplink group is described. An uplink traffic characteristic information signal

is received from each of a plurality of communication devices. Multiple

communication devices of the plurality of communication devices are selected as

████████████████████████████████████

members of a client uplink group based at least on traffic information indicated by

the respective uplink traffic characteristic information signals. An uplink group

definition frame is transmitted to each member of the client uplink group. The

uplink group definition frame indicates an uplink multi-user multiple input

multiple output (MU-MIMO) transmission schedule for the client uplink group for

members of the client uplink group to simultaneously transmit to an access point.

The members of the client uplink group are triggered to transmit uplink data

frames simultaneously.." *Id*. at Abstract. And as discussed above in more detail,

Chu discloses or renders obvious many elements of the Asserted Claims of the '738

Patent. *See supra*.  Chu discloses numerous teachings, suggestions, and motivations

to use the disclosed system.  "When operating in an infrastructure mode, wireless

local area networks (WLANs) typically include an access point (AP) and one or more

client stations. WLANs have evolved rapidly over the past decade. Development of

WLAN standards such as the Institute for Electrical and Electronics Engineers

(IEEE) 802.11a, 802.11b, 802.11g, and 802.11n Standards has improved single-user

peak data throughput. For example, the IEEE 802.11b Standard specifies a single-

user peak throughput of 11 megabits per second (Mbps), the IEEE 802.11a and

802.11g Standards specify a single-user peak throughput of 54 Mbps, the IEEE

802.11n Standard specifies a single-user peak throughput of 600 Mbps, and the

IEEE 802.11ac Standard specifies a single-user peak throughput in the gigabits per

second (Gbps) range. Future standards promise to provide even greater

throughputs, such as throughputs in the tens of Gbps range."  Chu at 1:23-37.

2390.  For example, **Kang** discloses "Provided is a method of receiving a

physical layer convergence procedure (PLCP) protocol data unit (PPDU) by an

access point (AP) in a wireless local area (LAN) system. The method includes:

allocating a first transmission channel bandwidth to a first station (STA) which is

multiple input multiple output (MIMO)-paired with the AP; allocating a second

transmission channel bandwidth to a second STA which is MIMO-paired with the

AP; transmitting to the first STA and the second STA a sync trigger for determining

a time point at which the first STA transmits a first PPDU and a time point at

which the second STA transmits a second PPDU; and receiving simultaneously the

first PPDU and the second PPDU from the first STA and the second STA.." *Id*. at

Abstract. And as discussed above in more detail, Kang discloses or renders obvious

many elements of the Asserted Claims of the '738 Patent. *See supra*.  Kang discloses

numerous teachings, suggestions, and motivations to use the disclosed system.

"With the widespread use of the WLAN and the diversification of applications using

the WLAN, there is a recent demand for a new WLAN system to support a higher

throughput in comparison with a data processing rate supported by the IEEE

802.11n. A very high throughput (VHT) WLAN system is a next version of the IEEE

802.11n WLAN system, and is one of IEEE 802.11 WLAN systems which have

recently been proposed to support a data processing rate of above 1 Gbps in a
medium access control (MAC) service access point (SAP)." Kang at 2:8-17.

2391.  For example, **Gong** discloses "An embodiment of the present invention
provides a wireless station (STA), comprising a transceiver operable for
communicating in a wireless network, wherein the transceiver is adapted for Uplink
Multi-User Multiple Input Multiple Output (UL MU MIMO) Medium Access
Control (MAC) support.." *Id.* at Abstract. And as discussed above in more detail,
Gong discloses or renders obvious many elements of the Asserted Claims of the '738
Patent. *See supra.*  Gong discloses numerous teachings, suggestions, and
motivations to use the disclosed system.  "It is possible to increase the network
capacity of a basic service set (BSS) using Uplink (UL) Multi-user Multiple Input,
Multiple Output (MU MIMO). With UL MU MIMO, multiple STAs are permitted to
simultaneously (in time and frequency) transmit to a multiple-antenna access point
(AP) and the resulting signals are separated by the AP's MIMO equalizer. Long
training fields (LTFs) are used within preambles for channel estimation. With UL
MU MIMO, long training fields (LTFs) sent from different STAs should form an
orthogonal matrix such that the AP can differentiate them. STAs need to know how
to form their preambles such that the combination of LTFs from different STAs at
the AP can be differentiated. It is possible to increase the network capacity of a
basic service set (BSS) using Uplink (UL) Multi-user, Multiple Input, Multiple
Output (MU MIMO)."  Gong at ¶ [0001].  "With UL MU MIMO, multiple STAs are

permitted to simultaneously (in time and frequency) transmit to a multiple-antenna AP and the resulting signals are separated by the AP's MIMO equalizer. Long training fields (LTFs) are used within preambles for channel estimation. With UL MU MIMO, long training fields (LTFs) sent from different STAs should form an orthogonal matrix such that the AP can differentiate them. STAs need to know how to form their preambles such that the combination of LTFs from different STAs at the AP can be differentiated."  Gong at ¶ [0002].  "Thus, a strong need exists for systems, apparatus and methods to improve UL MU MIMO techniques."  Gong at ¶ [0003].

2392.  At the time of the invention, it would have been obvious for a POSITA to combine the teachings of any combination of the above references, using known methods as disclosed in the references, to yield predictable results. This would have involved nothing more than making a simple substitution for one or more known elements to yield a predictable result; and/or using a known technique disclosed in the references to improve a similar device or method in the same way; and/or applying a known technique to a known device or method ready for improvement to yield a predictable result; and/or choosing from a finite, number of identified, predictable solutions with a reasonable expectation of success; and/or using known work prompting variations of it for use based on given design incentives or other market forces in which the variations were predictable to one of ordinary skill in the

████████████████████████

art. *See*, *e.g.*, the discussion of the development of IEEE 802.11 in the "State of the

Art" Section above.

2393.  As one exemplary combination, it would have been obvious for a

POSITA at the time of the alleged priority date of the '738 patent to combine the

teachings of Merlin 258 with either or both of Yuan or Merlin 690.  As discussed

previously Yuan and Merlin each disclose and render obvious, among others, the

limitations of claim elements 1[a] and 1[c].

2394.  Further, Yuan at ¶ [0014] discloses in Figure 1 that there "re five

users, User 1 to 5, scheduled" in the "subframe."  This shows downlink data

transmission and UL grants for multiple users in a single subframe, which teaches

reduction of the signaling overhead by multiplexing downlink data and UL grants.

It was well known at the time that an UL grant was used to indicate uplink setup

information to be used for an UL transmission.  The teachings of Yuan provide a

motivation for a POSITA to modify Merlin 258 to generate downlink data and

transmit the downlink data and the uplink setup information in s single physical

downlink frame.  Moreover, Merlin 690 discloses in ¶ [0176] "special frames may be

aggregated into A-MPDUs of downlink data."  Similarly, Merlin 690 discloses in ¶

[0187] the "special frame may aggregated with DL data (e.g., in a DL MU-MIMO

PPDU or a DL MU FDMA PPDU)."  It was well known at the time that a PPDU is a

physical frame.  The teaches of Merlin 690 therefore provide an additional

motivation for a POSITA to modify Merlin 258 to generate downlink data and

- 829 -

███████████████████████████████

transmit the downlink data and the uplink setup information in s single physical

downlink frame.

2395.  As another exemplary combination, it would have been obvious for a

POSITA at the time of the alleged priority date of the '738 patent to combine the

teachings of Merlin 258 with either or both of Chu or Kang.  As discussed previously

Chu and Kang each disclose and render obvious, among others, the limitations of

claim elements 1[a] and 1[c].  For example, Chu teaches generation of downlink

data and transmission of the downlink data and uplink setup information in a

singly physical downlink frame.  See Chu for example at 13:47-14:13 ("FIG. 6 is a

diagram of an example transmission sequence 600 in a WLAN, such as the WLAN

10 of FIG. 1, according to an embodiment, in which the transmission sequence 600

is initiated by an access point. In the embodiment of FIG. 6, the AP transmits a

communication frame 610 that indicates a length of a TXOP 602 of the access point,

for example, to protect subsequent transmissions in the TXOP 602 (e.g., to reserve

time for a transmission to client station STA1 and client station STA2 of the client

uplink group). In an embodiment, the communication frame 610 is a clear to send to

self (CTS-to-Self) frame 610. The AP simultaneously transmits respective downlink

MU-MIMO data units 612 to the STA1 and the STA2. In the embodiment shown in

FIG. 6, each downlink MU-MIMO data unit 612 includes i) a respective aggregate

media access control protocol data unit (A-MPDU) 613, and ii) a communication

signal 614 to prompt transmission of an independent uplink MU-MIMO data unit

- 830 -

by the corresponding client station. For example, in an embodiment, the downlink

MU- MIMO data unit 612-1 for the STA1 includes the A-MPDU 613-1 and a sync

frame 614-1, where the sync frame 614-1 prompts the client station STAI to

transmit an independent uplink MU-MIMO data unit to the AP during the TXOP

602 of the AP (e.g., similarly to the DL sync frame 412). In an embodiment, the sync

frame 614 includes an indication of a data unit size 615 for an uplink MU-MIMO

data unit to be transmitted by the corresponding client station.").  Kang similarly

teaches generation of downlink data and transmission of the downlink data and

uplink setup information in a singly physical downlink frame.  See Kang, 13:23-41

("Signaling of the transmission channel bandwidth may be a method of transmitting

bandwidth information by inserting the bandwidth information into a PPDU. A

VHT- SIGA field and a VHT-SIGB field exist as a field including control information

for an STA which receives the PPDU. The VHT-SIGA field is a field including

common control information that can be commonly used for a plurality of MIMO-

paired STAs. On the other hand, the VHT-SIGB field is a field including dedicated

control information used for each of the plurality of MIMO-paired STAs. Therefore,

transmission channel bandwidth information to be signaled to each of the plurality

of MIMO-paired STAs may be included in the VHT-SIGB field. When the STA

receives the PPDU, the STA can acquire the transmission channel bandwidth

information by decoding the VHT-SIGB field. An embodiment of signaling the

████████████████████████████████████████████████████████████

transmission channel bandwidth information through the VHT-SIGB field will be described below in detail with reference to the accompanying drawings.").

2396.  As another exemplary combination, it would have been obvious for a POSITA at the time of the alleged priority date of the '738 patent to combine the teachings of Merlin 258 with either or both of Zhang or Vermani.  As discussed previously Zhang and Vermani each disclose and render obvious, among others, the limitations of claim element 1[g].   For example, Zhang discloses (see Col. 10, lines 19-47) "depending on the particular embodiment, the synchronization frame 202 includes one or more of the following: an indication of which of the SUT-capable stations are expected to transmit uplink data during the SUT period 200, a respective index assigned to each SUT-capable station expected to communicate during the SUT period 200, the total number of space-time streams available for uplink transmission, a listing of space-time streams allocated to each individual SUT-capable station for the SUT period 200."  This means that the total number of space-time streams available for uplink transmission is notified to all the users in a synchronization frame used for UL scheduling.  Thus, based on the teachings of Zhang, a POSITA would be motivated to modify Merlin 258 by including the second information as a function of a total number of space time streams to be used to transmit the multiple uplink frames in the uplink setup information.

2397.  Similarly, Vermani discloses in ¶ [0114]  "For example, UL MU-MIMO may allow up to 8 spatial streams total with a maximum of 4 streams per station

- 832 -

████████████████████████████████████

(STA)." See also Vermani at ¶ [0116] ("The number of HE-LTFs 310 is determined by the total number of uplink streams, which may be the same as that for downlink (DL) MU-MIMO.") and Vermani discloses in ¶ [0117] ("A lower number of streams in data may be transmitted by the client, but the number of LTFs should stay the same as the total number of streams decided by the AP 110 and provided in the AP's message transmitted to the client."). Thus, based on the teachings of Vermani, a POSITA would be motivated to modify Merlin 258 by including the second information as a function of a total number of space time streams to be used to transmit the multiple uplink frames in the uplink setup information.

2398. As another exemplary combination, it would have been obvious for a POSITA at the time of the alleged priority date of the '738 patent to combine the teachings of Merlin 258 with either or both of Chu or Gong. As discussed previously Chu and Gong each disclose and render obvious, among others, the limitations of claim element 1[g] (see my analysis above). Thus Chu and/or Gong would have motivated a POSITA to modify Merlin 258 by including the second information as a function of a total number of space time streams to be used to transmit the multiple uplink frames in the uplink setup information.

2399. As another exemplary combination, and for the reasons discussed above, it would have been obvious for a POSITA at the time of the alleged priority date of the '738 patent to combine the teachings of Merlin 258 with any combination of Yuan and/or Merlin 690 and/or Zhang and/or Vermani.

████████████████████████████

2400. As another exemplary combination, it would have been obvious for a POSITA at the time of the alleged priority date of the '738 patent to combine the teachings of Chu with Kang and/or Gong. As discussed previously, Kang discloses and renders obvious, among others, the limitations of claim elements 1[a] and 1[c], Gong discloses and renders obvious, among others, the limitations of claim elements 1[g].   See my analysis above as to these claim elements.  It would have been obvious for a POSITA to modify Chu to generate downlink data and transmit the downlink data and the uplink setup information in s single physical downlink frame, as taught by Kang.  And it would have been obvious for a POSITA to modify Chu by including the second information as a function of a total number of space time streams to be used to transmit the multiple uplink frames in the uplink setup information, as taught by Gong.

2401. As another exemplary combination, and for the reasons discussed above, it would have been obvious for a POSITA at the time of the alleged priority date of the '738 patent to combine the teachings of Merlin 258 and/or Chu with any combination of Yuan and/or Zhang and/or Merlin 690 and/or Vermani and/or Kang and/or Gong.

### E.    The Asserted Claims of the '513 Patent Are Invalid

2402. As mentioned previously, Atlas asserts claims 1-19 of the '513 Patent. Claims 1, 9, and 15 are independent claims.  Independent claim 1 recites a method for "generating an uplink frame for the UL MU transmission."  The device that

performs the method (which allegedly could be an IEEE 802.11ax STA) receives "an indication of a first guard interval length" in "a trigger frame transmitted by an access point."  Independent claim 9 is substantially similar to independent claim 1, but instead of reciting a "guard interval length" in a "trigger frame," a device of claim 9 receives "in a downlink frame from the access point, an indication of a first cyclic prefix (CP) length."  The prior art discloses and renders obvious an indication of a guard interval length and an indication of a CP length, and my analysis as to independent claim 1 applies also to independent claim 9.  Indeed, in the context of IEEE 802.11 WLANs, the terms cyclic prefix and guard interval length are used essentially interchangeably.  *See*, *e.g.*, U.S. Patent Publication 2015/0117363 ("Rong") at ¶ [0042] ("With the guard interval (i.e., CP length) of 0.8 us in current 802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel delay spread and station timing inaccuracy, which most likely will be inadequate."); U.S. Patent Publication 2016/0072654A1 ("Choi") at ¶ [0097] ("According to still another embodiment of the present invention, the HEW-STF sequence may include not only channel bandwidth information but information on a guard interval (GI) or cyclic prefix (CP) of an OFDM symbol used for transmitting the HEW part. Hereinafter, in the embodiment of the present invention, the GI and the CP may be interpreted as having the same meaning and the term 'GI' is used for convenience of description."); "Variable Guard Interval for OFDM Based WLANs," by Suvra S Das *et al.*, 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile

- 835 -

Radio Communications, pages 2381-2385 ("Das") at page 2381 left column
(disclosing that a guard interval (GI) between consecutive OFDM symbols "is
implemented as cyclic prefix (CP) or as zero padding (ZP).") (citing an article
published in 2002).  If it is argued or determined that these terms have different
meanings, it would have been obvious at the time of the invention of the '513 patent
to use either a CP or a GI (*e.g.*, zero padding).  Rong at ¶ [0042]; Choi at ¶ [0097];
Das at 2381.

2403.  As also discussed below, dependent claims 10-13 correspond to claims
that depend from claim 1.  Independent claim 15 is similar to claims 1 and 9, but
claim 15 is written from the perspective of the access point (AP).  As such, my
analysis of claim 1 applies also to claim 15.  As also discussed below, dependent
claims 16-19 correspond to claims that depend from independent claim 1.

2404.  As shown below, each asserted claim of the '513 Patent is obvious in
view of any combination of U.S. Patent Publication 2015/0117363 ("Rong") and/or
U.S. Patent Publication 2016/0072654A1 ("Choi") and/or "Variable Guard Interval
for OFDM Based WLANs," by Suvra S Das *et al.*, 2005 IEEE 16th International
Symposium on Personal, Indoor and Mobile Radio Communications, pages 2381-
2385 ("Das") and/or U.S. Patent Publication No. 2015/0063258 ("Merlin") and/or
U.S. Patent 10,034,288 ("Chun").

> **1.      Claim 1 is Obvious Over Rong in View of Choi and/or Das and/or
> Merlin and/or Chun**

██████████████████████████████████████████

a.    **Element 1 [pre]:  An apparatus for facilitating wireless communication, the apparatus comprising: one or more memories; and one or more processors coupled to the one or more memories, the one or more processors configured to cause:**

2405.  **Rong** discloses this element.

2406.  Rong at ¶ [0006] ("In accordance with an example embodiment of the present disclosure, a method for communicating in a wireless communications system is provided. The method includes receiving, by a station, scheduling information including information for an uplink transmission scheduled for the station, and determining, by the station, a first length of a first cyclic prefix for a transmission in accordance with the scheduling information. The method also includes transmitting, by the station, the transmission with the first cyclic prefix.").

2407.  Rong at ¶ [0057] ("FIG. 8 is a block diagram of a processing system that may be used for implementing the devices and methods disclosed herein. Specific devices may utilize all of the components shown, or only a subset of the components, and levels of integration may vary from device to device. Furthermore, a device may contain multiple instances of a component, such as multiple processing units, processors, memories, transmitters, receivers, etc. The processing system may comprise a processing unit equipped with one or more input/output devices, such as a speaker, microphone, mouse, touchscreen, keypad, keyboard, printer, display, and the like. The processing unit may include a central processing

- 837 -

unit (CPU), memory, a mass storage device, a video adapter, and an I/O interface
connected to a bus.").

2408.  Rong Figure 8:



*Fig. 8*

2409.  Alternatively, Rong, in view of the background knowledge and
ordinary creativity of a POSITA at the time of the invention, renders this element
obvious.

2410.  **Das** also discloses this element.  Das at 2381 ("The focus of this paper
is on WLAN type environment similar to IEEE 802.11a/g.").

2411.  Alternatively, Das, in view of the background knowledge and ordinary
creativity of a POSITA at the time of the invention, renders this element obvious.

2412.  **Chun** also discloses this element.

2413.  Chun, Abstract.  ("A method and an apparatus for transmitting a
frame in a wireless LAN are disclosed. The method for transmitting a frame in a

███████████████████████

wireless LAN comprises: by an STA, receiving an uplink transmission instruction

frame from an AP; and by the STA, transmitting, to the AP, a first uplink frame as

a response to the uplink transmission instruction frame, wherein the uplink

transmission instruction frame instructs transmission of the first uplink frame and

a second uplink frame on overlapping time resources, the first uplink frame is

transmitted at a transmission timing determined on the basis of UIFS, and the

UIFS may be a fixed value.").

2414.  Chun, 1:19-21 ("The present invention relates to wireless

communication and, most particularly, to a method and apparatus for transmitting

a frame in a wireless LAN.").

2415.  Chun, 1:23-27 ("In a wireless local area network (WLAN) system,

distributed coordination function (DCF) may be employed as a method enabling a

plurality of stations (STAs) to share a wireless medium. DCF is based on a carrier

sensing multiple access with collision avoidance (CSMA/CA).").

2416.  Chun, 1:55-59 ("An object of the present invention is to provide a

method for transmitting a frame in a wireless LAN. Another object of the present

invention is to provide an apparatus performing a method for transmitting a frame

in a wireless LAN.").

2417.  Chun, 1:63-2:13 ("In order to achieve the above-described technical

object of the present invention, according to an aspect of the present invention, a

method for transmitting a frame in a wireless LAN may include the steps of

- 839 -

████████████████████████████████████████████

receiving by a STA (station) an uplink transmission indication frame from an AP (access point), and transmitting a first uplink frame by the STA to the AP as a response to the uplink transmission indication frame, wherein the uplink transmission indication frame may indicate a transmission of the first uplink frame and a second uplink frame within an overlapping time resource, wherein the first uplink frame may be transmitted at a transmitting timing being decided based on an UIFS (uplink interface space), and wherein the UIFS may correspond to a fixed value being included within a range that is greater than or equal to a maximum value of a SIPS (short interframe space) and that is smaller than a maximum value of a PIFS (PCF (point coordination function) interframe space).").

2418.  Chun, 2:14-33 ("In order to achieve the above-described technical object of the present invention, according to another aspect of the present invention, a STA transmitting a frame in a wireless LAN may include a RF (radio frequency) unit being configured to transmit or receive radio signals, and a processor being operatively connected to the RF unit, wherein the processor may be configured to receive an uplink transmission indication frame from an AP (access point), and to transmit a first uplink frame to the AP as a response to the uplink transmission indication frame, and, herein, the uplink transmission indication frame may indicate a transmission of the first uplink frame and a second uplink frame within an overlapping time resource, the first uplink frame may be transmitted at a transmitting timing being decided based on an UIFS (uplink interface space), and

- 840 -

████████████████████████

the UIFS may correspond to a fixed value being included within a range that is greater than or equal to a maximum value of a SIFS (short interframe space) and that is smaller than a maximum value of a PIFS (PCF (point coordination function) interframe space).").

2419.  Chun, 3:12-14 ("FIG. 15 illustrates a block diagram showing a wireless communication system in which the disclosure of this specification is implemented.").

2420.  Chun, 4:33-39 ("An AP (access point) that operates in a wireless local network area (WLAN) system may transmit data to each of the multiple STAs through the same time resource. When the transmission from the AP to the STA is referred to as a downlink transmission, such transmission to the AP may also be expressed by using the term DL MU transmission (downlink multi-user transmission).").

2421.  Chun, 4:64-67 ("The current wireless LAN system does not support such UL MU transmission. Due to the following limitations, the current wireless LAN system cannot support the UL MU transmission.").

2422.  Chun, 5:1-12 ("In the current wireless LAN system, synchronization respective to the transmitting timing of uplink frames being transmitted from multiple STAs is not supported. For example, in the current wireless LAN system, it may be assumed that multiple STAs transmit uplink data through the same time resource. In the current wireless LAN system, each ofthc multiple STAs cannot

- 841 -

know the transmitting timing of the uplink frames of other STAs. Therefore, it is difficult for the AP to receive multiple sets of uplink data within a decodable receiving timing difference range from each of the multiple STAs.").

2423.  Chun, 5:13-25 ("Additionally, in the current wireless LAN system, due to the multiple STAs, overlapping may occur between frequency resources that are being used for transmitting uplink data. For example, if each of the multiple STAs has a different oscillator, the frequency offset may be indicated differently. The frequency offset may correspond to a difference between a reference frequency band and a frequency band that is used by a STA. If each of the multiple STAs each having a different frequency offset simultaneously performs uplink transmission through different frequency resources, among the frequency domain that is being used by each of the multiple STAs, part of the frequency domain may be overlapped.").

2424.  Chun, 10:66-11:7 (The legacy part may correspond to part for supporting a legacy wireless LAN system (e.g., IEEE 802.11a/b/g/n/ac, and so on). In detail, the legacy part or L-part may follow the configuration of the L-STF, L-LTF, L-SIG, which maintains the exact format used in the legacy WiFi system. The non-legacy part may correspond to a part for supporting the next generation wireless LAN system (or non-legacy wireless LAN system) according to the exemplary embodiment of the present invention.").

2425.  Chun, 19:13-14 ("The AP 1500 includes a processor 1510, a memory

1520, and a RF unit (radio frequency unit) 1530.").

2426.  Chun, 19:32-33 ("The STA 1550 includes a processor 1560, a memory

1570, and a RF unit (radio frequency unit) 1580.").

2427.  Chun, 19:55-64 ("The processor 1510 and 1560 may include an ASIC

(application-specific integrated circuit), another chip set, a logical circuit, a data

processing device, and/or a converter converting a baseband signal and a radio

signal to and from one another. The memory 1520 and 1570 may include a ROM

(read-only memory), a RAM (random access memory), a flash memory, a memory

card, a storage medium, and/or another storage device. The RF unit 1530 and 1580

may include one or more antennas transmitting and/or receiving radio signals.").

2428.  Chun, 20:1-6 ("The module may be stored in the memory 1520 and

1570 and may be executed by the processor 1510 and 1560. The memory 1520 and

1570 may be located inside or outside of the processor 1510 and 1560 and may be

connected to the processor 1510 and 1560 through a diversity of well-known

means.").

2429.  Chun, FIG. 15.

FIG. 15



2430.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2431.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

> b. **Element 1 [a]: receiving, in a trigger frame transmitted by an access point, an indication of a first guard interval length, wherein the trigger frame allocates one or more resources for an uplink (UL) multi-user (MU) transmission and solicits the UL MU transmission, wherein a value of the first guard interval length is to be used by each of a**

**plurality of stations, including the apparatus, associated with the UL MU transmission,**

2432. **<u>Rong</u>** discloses this element.

2433. Rong at ¶¶ [0036]- [0039]:

2434. "According to an example embodiment, an indicator of the use of OFDMA and/or UL MU-MIMO in the uplink is used to inform stations that OFDMA and/or UL MU-MIMO is being used for uplink transmissions and to adjust their cyclic prefix (CP). As an illustrative example, a station receives uplink scheduling information from its AP. The uplink scheduling information may include an indicator of the use of OFDMA and/or UL MU-MIMO. The indicator may be set to a first value (e.g., TRUE or ON) to indicate that OFDMA and/or UL MU-MIMO is being used for this uplink transmission, and the indicator may be set to a second value (e.g., FALSE or OFF) to indicate that OFDMA and/or UL MU-MIMO is not being used for this uplink transmission. In other words, if the indicator is set to the first value, then multiple stations may be transmitting simultaneously on the uplink. The scheduling information may be transmitted from the AP to the station with a CP length of CPDL (CP length value for the downlink). The indicator may be an explicit indicator, meaning that it is present in the uplink scheduling information and the station receiving the uplink scheduling information may readily determine the value of the indicator included in the uplink scheduling information. The indicator may be an implicit indicator, meaning that the station receiving the scheduling information may infer the value of the indicator by

- 845 -

████████████████████████

examining the uplink scheduling information intended for the station and/or uplink scheduling information intended for other stations.

2435.  At the station, as the station receives the uplink scheduling information, the station may decide on the CP length value for the uplink (CPUL) that it will use in its uplink transmission as informed by the uplink scheduling information. If the uplink scheduling information includes the indicator set to the second value (i.e., OFDMA and/or UL MU-MIMO is not being used) the station may set its CPUL, to a first CP length value (CP1), while if the indicator is set to the first value (i.e., OFDMA and/or UL MU-MIMO is being used) the station may set its CPUL to a second CP length value (CP2).

2436.  In general, CP1 may be the same value as CPDL and CP2 is larger than CPDL (and hence CP1) to help accommodate the different propagation delay between different stations and the AP when OFDMA and/or UL MU-MIMO is being used. It is noted that CP2 may be a default value specified by a technical standard, an operator of the communications system, and the like, and may not need to be signaled to the station. It is noted that other values for CP1 and CP2 are possible and that the described relationship of CP1<CP2 may not hold in all situations.

2437.  FIG. 3 a illustrates a flow diagram of example operations 300 occurring in an AP as the AP transmits uplink scheduling information to stations. The AP may perform a check to determine if it is using OFDMA and/or UL MU-MIMO for the uplink being scheduled (block 305). If it is, the AP may transmit the uplink

- 846 -

██████████████████████████

scheduling information along with the indicator set to indicate that OFDMA and/or

UL MU-MIMO is to be used for the scheduled uplink (block 310). If it is not, the AP

may transmit the uplink scheduling information along with the indicator set to

indicate that OFDMA and/or UL MU-MIMO is not to be used for the scheduled

uplink (block 315)."

2438.  Rong at ¶¶ [0040]- [0044]:

2439.  "FIG. 3 b illustrates a flow diagram of example operations 350

occurring in a station as the station transmits to its AP. The station may receive

uplink scheduling information from its AP (block 355). The station may perform a

check to determine if OFDMA and/or UL MU-MIMO is going to be used in the

uplink (block 360). If OFDMA and/or UL MU-MIMO is going to be used in the

uplink, i.e., the indicator is set to the first value (TRUE or ON), the station adjusts

its cyclic prefix to the timing value CP2 (block 365) and transmits to the AP (block

370). If OFDMA and/or UL MU-MIMO is not going to be used in the uplink, i.e., the

indicator is set to the second value (FALSE or OFF), the station does not adjust its

cyclic prefix but keeps it at CP1 or CPDL and transmits to the AP (block 370).

2440.  In the SIFS after the end of the received uplink scheduling

information, the station may start its uplink transmission with cyclic prefix length

of CPUL, on a resource as indicated in the uplink scheduling information. With the

use of this example embodiment, a CP length value used in the uplink that is

greater than the CP length value used in the downlink is employed when OFDMA

- 847 -

████████████████████████████████████████

and/or UL MU-MIMO is being used, which will help accommodate the different propagation delays between different stations and the AP. Therefore, the orthogonality between signals from the different stations is maintained at the receiver (e.g., the AP).

2441.  As an illustrative example, assuming the AP coverage is 100 meters, then the maximum round-trip propagation delay is about 0.67 us. With the guard interval (i.e., CP length) of 0.8 us in current 802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel delay spread and station timing inaccuracy, which most likely will be inadequate. However, with a longer CP length value, for example, 1.6 us, for the UL when UL OFDMA and/or UL MU-MIMO is used, after deducting the maximum round-trip delay of 0.67 us, there still is about 0.93 us left for mitigating channel delay spread and STA timing inaccuracy, which most likely will be sufficient for most of the scenarios.

2442.  According to an example embodiment, low overhead associated with the use of shorter CPs is maintained when longer CPs are not needed. As an example, when OFDMA and/or UL MU-MIMO is not used, the longer CP is not necessary and a shorter CP may be employed, thus reducing the overhead arising from the CP. But when OFDMA and/or UL MU-MIMO is used, although a longer CP is employed, the additional overhead from longer CP will be compensated for due to the use of OFDMA and/or UL MU-MIMO. In fact, additional gain may be

achieved due to the use of OFDMA and/or UL MU-MIMO (e.g., supporting

transmissions from multiple stations).

2443.  FIG. 4 illustrates an example interaction 400 between an AP and two

stations (STA1 and STA2). It is noted that for simplicity reasons, on both the uplink

and the downlink, only one OFDM symbol is shown. In reality, actual downlink and

uplink transmissions may occur over a plurality of OFDM symbols. The AP

transmits uplink scheduling information 405 to STA1 and STA2 on the downlink,

with a CP length of CPDL 407. The uplink scheduling information includes the

indicator that OFDMA is to be used on the scheduled uplink transmissions. Due to

propagation delay, after TDelay1, STA1 receives the uplink scheduling information

(shown as uplink scheduling information 409). Similarly, after TDelay2, STA2

receives the uplink scheduling information (shown as uplink scheduling information

411). In this example, the distance between STA2 and AP is larger than the

distance between STA1 and AP, therefore, TDelay2>TDelay1. STA1 and STA2

check their uplink scheduling information, find their resource allocation

information, and also find that OFDMA and/or UL MU-MIMO is to be used in the

scheduled uplink transmission, so the stations set the CP length of UL transmission

CPUL to CP2, which is larger than CPDL. The use of OFDMA and/or UL MU-

MIMO may be determined from an implicit indicator or an explicit indicator."

2444.  Rong at ¶¶ [0045]- [0049]:

2445.  "At a time SIFS after the end of their received uplink scheduling information, STA1 and STA2 transmit their uplink traffic on their allocated resource, respectively (uplink traffic 413 for STA1 and uplink traffic 415 for STA2), with a CP length of CPj. =CP2, which is larger than CPDL. Similarly, due to propagation delay, STA1 and STA2's uplink transmissions arrive at the AP after a delay of TDelay1 and TDelay2, respectively. Considering the round trip delay (e.g., from AP to station, and from station to AP), the difference of the arrival time of STA1 and STA2's uplink signal at AP receiver is 2*(TDelay2−TDelay1). Since the CP length on the uplink is set to CPUL=CP2, which is larger than 2*(TDelay2−TDelay1) with sufficient margin, the arrival time difference between STA1 and STA2 can be well accommodated by CPUL, and the orthogonality between the uplink signals of STA1 and STA2 at the AP is maintained. The AP receives the uplink transmissions from STA1 and STA2 and performs additional operations accordingly.

2446.  FIG. 5 illustrates a message exchange diagram 500 highlighting messages exchanged between a station and its AP, where an indicator of the use of OFDMA and/or UL MU-MIMO is included in uplink scheduling information.

2447.  The AP may determine resource allocations for stations, as well as determine if OFDMA and/or UL MU-MIMO is to be used by the stations in transmissions in the resource allocations (block 505). The AP may send UL scheduling information (shown as event 510). The UL scheduling information is

sent with a CP length of CPUL. The station receives the UL scheduling information. From the UL scheduling information, the station may be able to determine resource allocation information, as well as an indicator if OFDMA and/or UL MU-MIMO is being used in the UL transmission (block 515). If OFDMA and/or UL MU-MIMO is being used, the station may set CPUL=CP2, while if OFDMA and/or UL MU-MIMO is not being used, the station may set CPUL=CPDL. The station may send an UL transmission in a resource(s) allocated for it (shown as event 520). The UL transmission is sent with a CP length of CPUL.

2448.  According to an example embodiment, to afford greater flexibility on setting the CP length for OFDMA and/or UL MU-MIMO transmission, the uplink scheduling information includes an indicator of the uplink CP length, instead of an indicator of whether OFDMA and/or UL MU-MIMO is to be used on the scheduled uplink transmission. The indicator of the uplink CP length can be in the form of a number of bits operating as an index pointing to a CP length value in a set of possible options. As an example, with two bit long indicator, a total of 4 possible CP lengths can be used for uplink transmissions.

2449.  Upon receiving the uplink scheduling information, the station determines the CP length CPUL to be used for its uplink transmission by checking the indicator of uplink CP length in the uplink scheduling information. More choices for uplink CP length will enable using different CP lengths in different scenarios, to better match differences in distance (or propagation delay) between

███████████████████████████████████████

different stations and the AP. As an example, in an outdoor environment with larger coverage areas, a larger CP length can be used, and in indoor environment with small coverage areas, a smaller CP length can be used, enabling reducing the overhead arising from the use of CPs."

2450.  Rong at ¶¶ [0050]- [0054]:

2451.  "FIG. 6 a illustrates a flow diagram of example operations 600 occurring in an AP as the AP transmits UL scheduling information. Operations 600 may begin with the AP determining resource allocations for stations. The AP may transmit UL scheduling information, which includes an indicator of CP length (block 605).

2452.  FIG. 6 b illustrates a flow diagram of example operations 650 occurring in a station as the station transmits on an uplink. Operations 650 may begin with the station receiving UL scheduling information (block 655). The UL scheduling information may include information about a resource(s) scheduled for the station, as well as an indicator of CP length the station is to use for UL transmissions. As an illustrative example, the indicator may be an index to a plurality of different CP lengths and the station will use a CP length as indicated in its UL transmission. The station may set CP in accordance with the indicator of CP length (block 660). The station may make the UL transmission with CP value as indicated.

2453.  According to an example embodiment, it may be possible to eliminate the use of an indicator to indicate OFDMA and/or UL MU-MIMO usage or an

- 852 -

indicator to indicate CP length altogether. Eliminating the indicator further reduces

communications overhead. A station, upon receiving the uplink scheduling

information, may check to determine if the uplink scheduling information is for

more than one station. If the uplink scheduling information is for more than one

station, the station may determine that OFDMA and/or UL MU-MIMO is being

used for the uplink and set its uplink CP length (CPUL) to CP2. If the uplink

scheduling information is not for more than one station, the station may determine

that OFDMA and/or UL MU-MIMO is not being used for the uplink and set its

uplink CP length to CP1, where CP2>CP1.

2454.  It is noted that the station may need to check the uplink scheduling

information for other stations in addition to its own in the received uplink

scheduling information received from the AP.

2455.  FIG. 7 a illustrates a flow diagram of example operations 700 occurring

in an AP as the AP transmits UL scheduling information without the presence of an

indicator of OFDMA and/or UL MU-MIMO or an indicator of CP length. Operations

700 may begin with the AP determining resource allocations for stations. The AP

may transmit UL scheduling information, which does not includes an indicator of

OFDMA and/or UL MU-MIMO usage or CP length (block 705)."

2456.  Rong at ¶¶ [0055]- [0056]:

2457.  "FIG. 7 b illustrates a flow diagram of example operations occurring in

a station as the station transmits on an uplink based on UL scheduling information

- 853 -

███████████████████████████████████████████

that does not include an indicator of OFDMA and/or UL MU-MIMO or an indicator of CP length. Operations 750 may begin with the station receiving UL scheduling information (block 755). Since the UL scheduling information does not include an indicator of OFDMA and/or UL MU-MIMO usage or CP length, the station may perform a check to determine if the UL scheduling information contains scheduling information for more than 1 station (block 760). If the UL scheduling information contains scheduling information for more than 1 station, the station may adjust the CPUL for its UL transmission (block 765). If the UL scheduling information does not contain scheduling information for more than 1 station, the station may not adjust the CPUL for its UL transmission (given that it is set to a default value, CP1, for example). The station may transmit its UL transmission with the CPj. (block 770). Alternatively, the station may adjust CPUL based on the UL scheduling information. As an illustrative example, if the UL scheduling information contains scheduling information for more than 1 station, the station may set CPUL to a first value and if the UL scheduling information does not contain scheduling information for more than 1 station, the station may set CPUL to a second value.

2458. The example embodiments presented herein enable the use of OFDMA and/or UL MU-MIMO, making resource usage more efficient. A cyclic prefix for the uplink (CPUL) is longer than the cyclic prefix for the downlink (CPDL), which may help to accommodate different propagation delays between different stations and the AP, thereby maintaining the orthogonality among signals from the different

- 854 -

████████████████████████████████████

stations at the AP. Adaptive cyclic prefix length also helps to maintain low

overhead. When OFDMA and/or UL MU-MIMO are not used, longer cyclic prefixes

are not necessary and a shorter cyclic prefix may be used, therefore reducing

overhead. When OFDMA and/or UL MU-MIMO is used, longer cyclic prefixes are

used, but the increased overhead may be compensated for by the additional gain

achieved through the use of OFDMA and/or UL MU-MIMO."

2459.  Rong at ¶¶ [0062]- [0065]"

2460.  "FIG. 9 illustrates an example first communications device 900.

Communications device 900 may be an implementation of a station.

Communications device 900 may be used to implement various ones of the

embodiments discussed herein. As shown in FIG. 9, a transmitter 905 is configured

to transmit packets, and the like. Communications device 900 also includes a

receiver 910 that is configured to receive packets, UL scheduling information, and

the like.

2461.  An information processing unit 920 is configured to process UL

scheduling information. Information processing unit 920 is configured to process an

indicator of OFDMA and/or UL MU-MIMO usage. Information processing unit 920

is configured to process an indicator of CP length. CP length setting unit 922 is

configured to set a CP length for a transmission. CP length setting unit 922 is

configured to set the CP length in accordance with an indicator of OFDMA and/or

UL MU-MIMO usage. CP length setting unit 922 is configured to set the CP value

- 855 -

in accordance with an indicator of CP length. CP length setting unit 922 is configured to set the CP value in accordance with a number of stations receiving scheduling information in the UL scheduling information. Station determining unit 924 is configured to determine a number of stations receiving scheduling information in the UL scheduling information. A memory 930 is configured to store packets, UL scheduling information, resource allocations, indicators, CPs, CP lengths, and the like.

2462.   The elements of communications device 900 may be implemented as specific hardware logic blocks. In an alternative, the elements of communications device 900 may be implemented as software executing in a processor, controller, application specific integrated circuit, or so on. In yet another alternative, the elements of communications device 900 may be implemented as a combination of software and/or hardware.

2463.   As an example, receiver 910 and transmitter 905 may be implemented as a specific hardware block, while information processing unit 920, CP length setting unit 922, and station determining unit 924 may be software modules executing in a microprocessor (such as processor 915) or a custom circuit or a custom compiled logic array of a field programmable logic array. Information processing unit 920, CP length setting unit 922, and station determining unit 924 may be modules stored in memory 930."

2464.   Rong at Figure 4:



*Fig. 4*

2465.  Rong at Figure 5:



*Fig. 5*

2466.  Rong at Figure 6:



Fig. 6a

Fig. 6b

2467.  Rong at Figure 7:



*Fig. 7a*

*Fig. 7b*

Rong at Figure 9:



*Fig. 9*

2468. Alternatively, Rong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2469. **Chun** also discloses this element.

2470. Chun, Abstract. ("The method for transmitting a frame in a wireless LAN comprises: by an STA, receiving an uplink transmission instruction frame from an AP; and by the STA, transmitting, to the AP, a first uplink frame as a response to the uplink transmission instruction frame, wherein the uplink transmission instruction frame instructs transmission of the first uplink frame and a second uplink frame on overlapping time resources, the first uplink frame is transmitted at a transmission timing determined on the basis of UIFS, and the UIFS may be a fixed value.").

2471. Chun, 1:63-2:13 ("In order to achieve the above-described technical object of the present invention, according to an aspect of the present invention, a method for transmitting a frame in a wireless LAN may include the steps of receiving by a STA (station) an uplink transmission indication frame from an AP (access point), and transmitting a first uplink frame by the STA to the AP as a response to the uplink transmission indication frame, wherein the uplink transmission indication frame may indicate a transmission of the first uplink frame and a second uplink frame within an overlapping time resource, wherein the first uplink frame may be transmitted at a transmitting timing being decided based on

- 861 -

an UIFS (uplink interface space), and wherein the UIFS may correspond to a fixed value being included within a range that is greater than or equal to a maximum value of a SIPS (short interframe space) and that is smaller than a maximum value of a PIFS (PCF (point coordination function) interframe space).").Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2472.  Chun, 12:52-54 ("The STA may perform decoding on the PPDU based on the received information on the total symbol duration and/or the information on the duration of the guard interval.").

2473.  Chun, 2:14-33 ("In order to achieve the above-described technical object of the present invention, according to another aspect of the present invention, a STA transmitting a frame in a wireless LAN may include a RF (radio frequency) unit being configured to transmit or receive radio signals, and a processor being operatively connected to the RF unit, wherein the processor may be configured to receive an uplink transmission indication frame from an AP (access point), and to transmit a first uplink frame to the AP as a response to the uplink transmission indication frame, and, herein, the uplink transmission indication frame may indicate a transmission of the first uplink frame and a second uplink frame within an overlapping time resource, the first uplink frame may be transmitted at a transmitting timing being decided based on an UIFS (uplink interface space), and the UIFS may correspond to a fixed value being included within a range that is

- 862 -

greater than or equal to a maximum value of a SIFS (short interframe space) and that is smaller than a maximum value of a PIFS (PCF (point coordination function) interframe space).").

2474.  Chun, 2:45-47 ("FIG. 2 is a conceptual view showing a UL MU transmission based on an uplink transmission indication according to an exemplary embodiment of the present invention.").

2475.  Chun, 4:56-63 ("Conversely, the transmission from the STA to the AP may be referred to as an uplink transmission. The data transmission of multiple STAs to the AP within the same time resource may be expressed by using the term UL MU transmission (or uplink multi-user transmission). Each of the PPDU, frame, and data being transmitted via uplink transmission may be respectively expressed by using the terms uplink PPDU, uplink frame, and uplink data.").

2476.  Chun, 5:35-55 ("Hereinafter, the exemplary embodiment of the present invention discloses a UL MU transmission method, wherein, after each of the multiple STAs has received a downlink frame from the AP, each of the multiple STAs transmits an uplink frame to the AP depending on the received downlink frame. Such uplink frame transmission method of the STA may also be expressed by using the term downlink dependent UL MU transmission. More specifically, after the transmission of the downlink frames, which is performed by the AP, before other STAs attempt contention for performing uplink transmission, each of the

multiple STAs, which are indicated based on the downlink frame, may transmit an uplink frame to the AP based on the UL MU transmission method.").

2477.  Chun, 5:59-67 ("In case the uplink transmission performed by each of the multiple STAs is respectively performed within different frequency domains, different frequency resources respective to each of the multiple STAs may be allocated as the uplink transmission resource based on OFDMA (orthogonal frequency division multiplexing access). Such transmission method using different frequency resources may also be expressed by using the term UL MU OFDMA transmission method.").

2478.  Chun, 6:51-56 ("Alternatively, in case each of the multiple STAs respectively transmits an uplink frame 210, 220, and 230 through different frequency resources based on OFDMA in order to increase the degree of freedom, the transmission duration of the uplink frames being transmitted by each of the multiple STAs may be configured differently.").

2479.  Chun, 11:51-57 ("Additionally, the HE-SIG A 630 may also include color bits information for BSS identification information, bandwidth information, tail bit, CRC bit, MCS (modulation and coding scheme) information respective to the HE-SIG B 660, information on the number of symbols for the HE-SIG B 660, and CP (cyclic prefix) (or GI (guard interval)) length information.").

2480.  Chun, 12:45-57 ("In the non-legacy PPDU disclosed in FIG. 6, the total symbol duration (TSYML _ HE) or the duration of the guard interval (GI) (TGIS _

- 864 -

████████████████████████

HE or TGI _ HE) may be changed, and such information may be transmitted by the

AP. For example, the AP may transmit the information on the total symbol duration

or the guard interval as the system information to the STA through a beacon frame

or probe response frame, and so on. The STA may perform decoding on the PPDU

based on the received information on the total symbol duration and/or the

information on the duration of the guard interval. The AP or STA may vary the

total symbol duration and/or guard interval duration that is used in the PPDU.

More specifically, the PPDU is configurable.").

2481.  Chun, 7:54-56 ("The difference in the decodable receiving timing

respective to the multiple uplink frames 210,220, and 230 may be within a GI

(guard interval) (or CP (cyclic prefix).").

2482.  Chun, 14:41-52 ("In case the difference in the receiving timing is less

than or equal to a CP (or GT) length of an OFDM symbol transmitting the multiple

uplink frames, it may be determined that the difference in the receiving timing is

within the correction range. Conversely, in case the difference in the receiving

timing is greater than a GI length of an OFDM symbol transmitting the multiple

uplink frames, it may be determined that the difference in the receiving timing is

outside of the correction range. A duration of the OFDM symbol may correspond to

a sum of a GI duration and a valid symbol duration.").

2483.  Chun, 12:28-36 ("The CP (cyclic prefix) of the HE-STF 640 may have a

size that is larger than the CP (cyclic prefix) of another field, and, during such CP

- 865 -

interval, the STA may change the FFT size so as to perform decoding on the downlink PPDU. The CP (cyclic prefix) of the HE-STF 640 may have a size that is larger than the CP of another field, and, during such CP interval, the STA may change the FFT size and may then perform decoding on a downlink PPDU.").

2484.   Chun, 5:59-67 ("In case the uplink transmission performed by each of the multiple STAs is respectively performed within different frequency domains, different frequency resources respective to each of the multiple STAs may be allocated as the uplink transmission resource based on OFDMA (orthogonal frequency division multiplexing access). Such transmission method using different frequency resources may also be expressed by using the term UL MU OFDMA transmission method.").

2485.   Chun, 6:1-11 ("In case the uplink transmission performed by each of the multiple STAs is respectively performed within different spatial domains, different spatial streams (or space time streams) may be allocated with respect to each of the multiple STAs, and each of the multiple STAs may transmit uplink data to the AP through different spatial streams. Such transmission method using different spatial streams may also be expressed by using the term UL MU MIMO transmission method. The UL MU transmission method may also be used as a meaning that includes the UL MU OFDMA transmission method and the UL MU MIMO transmission method.").

2486.  Chun, 11:39-50 ("For example, in case channel access of multiple STAs is performed based on OFDMA (orthogonal frequency division multiple access), the HE-SIG A 630 may transmit information on frequency resource (e.g., channel) for data transmission and data reception, information on downlink resource allocation and uplink resource allocation, and so on, respective to each of the multiple STAs. Additionally, the HE-SIG A 630 may also include information for supporting uplink MIMO (multiple input multiple output). The HE-SIG A 630 may also include information for interference management of STAs in a dense environment having critical interference.").

2487.  Chun, 11:63-12:12 ("The HE-SIG B 660 may include information on a length MCS of a PSDU (Physical layer service data unit) respective to each STA and tail bit, and so on. For example, the information on the MCS may be decided based on transmission power information or transmission power of the STA. The information on the MCS may include MCS indexes that are different from the MCS indexes that are indicated based on a polling frame or trigger frame transmitted by the AP for the UL-MU transmission. Additionally, the HE-SIG B 660 may also include information on an STA that is to receive the PPDU, OFDMA based resource allocation information (or MU-MIMO information). In case the OFDMA based resource allocation information (or MU- MIMO related information) is included in the HE-SIG B 660, the resource allocation information may not be included in the HE-SIG A 630.")

- 867 -

2488.  Chun, FIG. 2.



2489.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2490.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

   c.  **Element 1 [b]:  generating an uplink frame for the UL MU transmission solicited by the trigger frame, wherein the uplink frame comprises a payload and a physical layer (PHY) header, and**

2491.  **<u>Rong</u>** discloses this element.

██████████████████████████████████████

2492.  Rong at ¶ [0041] ("In the SIFS after the end of the received uplink scheduling information, the station may start its uplink transmission with cyclic prefix length of CPUL, on a resource as indicated in the uplink scheduling information. With the use of this example embodiment, a CP length value used in the uplink that is greater than the CP length value used in the downlink is employed when OFDMA and/or UL MU-MIMO is being used, which will help accommodate the different propagation delays between different stations and the AP. Therefore, the orthogonality between signals from the different stations is maintained at the receiver (e.g., the AP).").

2493.  Rong at ¶ [0045] ("At a time SIFS after the end of their received uplink scheduling information, STA1 and STA2 transmit their uplink traffic on their allocated resource, respectively (uplink traffic 413 for STA1 and uplink traffic 415 for STA2), with a CP length of CPj. =CP2, which is larger than CPDL. Similarly, due to propagation delay, STA1 and STA2's uplink transmissions arrive at the AP after a delay of TDelay1 and TDelay2, respectively. Considering the round trip delay (e.g., from AP to station, and from station to AP), the difference of the arrival time of STA1 and STA2's uplink signal at AP receiver is 2*(TDelay2−TDelay1). Since the CP length on the uplink is set to CPUL=CP2, which is larger than 2*(TDelay2−TDelay1) with sufficient margin, the arrival time difference between STA1 and STA2 can be well accommodated by CPUL, and the orthogonality between the uplink signals of STA1 and STA2 at the AP is maintained. The AP

- 869 -

receives the uplink transmissions from STA1 and STA2 and performs additional operations accordingly.").

2494.  Alternatively, Rong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2495.  **Choi** also discloses this element.

2496.  Choi at ¶¶ [0078]- [0079]:

2497.  "Hereinafter, for convenience of description, a next-generation WLAN may be referred to as a high efficiency WLAN (HEW), a frame supporting the HEW as an HEW frame, a PPDU supporting the HEW as an HEW PPDU, and an STA supporting the HEW as an HEW STA.

2498.  In addition, a PPDU other than an HEW PPDU, such as a non-HT PPDU, HT PPDU or VHT PPDU, may be referred to as a legacy PPDU, a frame transmitted and received through a legacy PPDU as a legacy frame, and an STA supporting only a legacy PPDU as a legacy STA. These terms are arbitrary terms which may be replaced with a variety of different terms."

2499.  Choi at¶¶  [0080]- [0084]:

2500.  "When an HEW PPDU is used in the HEW, the HEW PPDU may be used to transmit and receive data in an environment where the HEW PPDU coexists with a legacy PPDU for legacy STAs supporting an existing WLAN system. In this environment, the legacy STAs may have no backward compatibility with the

- 870 -

HEW. Thus, the HEW PPDU needs to be defined so as not to affect the legacy STAs. That is, the HEW PPDU needs to minimize overhead of a PCLP preamble and simultaneously support legacy STAs.

2501.  For convenience, the HEW PPDU may be divided into a legacy part to an L-SIG and an HEW part followed by the L-SIG. For example, the HEW part may include at least one of fields for supporting the HEW, such as HEW-SIG-A, HEW-STF, HEW-LTF and HEW-SIG-B. These fields for supporting the HEW are illustrative fields for interpreting the HEW PPDU excluding the legacy part. Specifically, an HEW-SIG-A, HEW-SIG-B and HEW-SIG-A/B are illustrative signaling fields including information for decoding the HEW part, and an HEW-STF and HEW-LTF(s) are illustrative training fields used for AGC and/or channel prediction and channel/frequency tracking in the HEW part.

2502.  FIG. 6 is a schematic view illustrating an HEW PPDU according to one embodiment of the present invention.

2503.  Referring to FIG. 6, an HEW part of the HEW PPDU may sequentially include an HEW-SIG-A **610**, an HEW-STF **620**, an HEW-LTF(s) **630** and an HEW-SIG-B **640**. For convenience of description, a Data field is assumed to be included in the HEW part.

2504.  The HEW-SIG-A **610** is a first signaling field of the HEW part. The HEW-SIG-A **610** may include channel bandwidth information. The channel bandwidth information may indicate the size of a channel bandwidth used for

████████████████████████████

transmitting fields included in the HEW part followed by the HEW-SIG-A **610** (for example, HEW-STF **620**, HEW-LTF(s) **630**, HEW-SIG-B **640** and Data field **650**). A receiving STA which receives the HEW PPDU may receive data included in a field transmitted after the HEW-SIG-A **610** through a channel bandwidth indicated by the channel bandwidth information. When the receiving STA does not recognize the channel bandwidth information, the receiving STA needs to detect the size of a channel bandwidth for the HEW part after the HEW-SIG-A **610** based on blind detection. Further, the HEW-SIG-A **610** may include additional information for decoding the HEW PPDU."

2505.  Choi at ¶¶[0085]- [0089]:

2506.  "The HEW-STF **620** may be used for AGC of data transmitted after the HEW-STF **620** in the HEW PPDU.

2507.  The HEW-LTF(s) **630** may be used for channel prediction for decoding the HEW-SIG-B **640** and/or Data field **650**. The number of HEW-LTFs **630** may be determined based on the number of space-time streams.

2508.  The HEW-SIG-B **640** may be used to provide necessary information for supporting downlink (DL)/uplink(UL) MU-MIMO or to transmit additional information for supporting the HEW.

2509.  The HEW-SIG-A, HEW-SIG-B or HEW-SIG-A/B may include the following pieces of information for supporting the HEW. The HEW-SIG-A, HEW-SIG-B or HEW-SIG-A/B may be referred to as an HEW signaling field.

███████████████████████████

2510.  The HEW is capable of supporting OFDMA in a multiple access mode, and the HEW signaling fields may include information for supporting multiple access. For example, the HEW signaling fields may include information on a frequency band (or channel) allocated to each of a plurality of STAs. Identifier (ID) information, such as group identifier (GID) of each STA, may be used to indicate a frequency band allocated to each of the STAs, and the HEW signaling fields may indicate information on a used frequency band for an STA based on the GID of the STA."

2511.  Choi at ¶¶ [0090]- [0094]:

2512.  "In addition, the HEW may support UL-MIMO, and the HEW signaling fields may include information on whether UL-MIMO is allowed, information on the number of space-time streams used in UL-MIMO, and information on a channel used for UL-MIMO.

2513.  Alternatively, the HEW allows an AP and a plurality of STAs to simultaneously perform communications and allows the AP to transmit information on STAs to simultaneously transmit and receive data. The HEW signaling fields may include information on the number of STAs acquiring the same transmission opportunity (TXOP) or a list of STAs acquiring the same TXOP. Also, the HEW signaling fields may transmit information on the duration of the TXOP.

2514.  FIG. 7 is a schematic view illustrating an HEW PPDU according to one embodiment of the present invention.

2515.  Referring to FIG. 7, an HEW part of the HEW PPDU may sequentially include an HEW-STF 710, an HEW-LTF(s) 720 and an HEW-SIG-A/B 730.

2516.  In the HEW PPDU, the HEW-STF 710 may precede a signaling field (for example, HEW-SIG-A/B 730). As described above, when there is no channel bandwidth information for the HEW part transmitted through the signaling field, a receiving STA needs to detect the size of a channel bandwidth for the HEW part based on blind detection. Thus, in the HEW PPDU according to the embodiment of the present invention, to avoid blind detection, a sequence constituting the HEW-STF 710 (HEW-STF sequence) may include the channel bandwidth information for the HEW part. The HEW-STF sequence may be allocated to a plurality of subcarriers on an OFDM symbol (HEW-STF OFDM symbol) transmitting the HEW-STF 710."

2517.  Choi at ¶ [0120]: "An STA may generate and transmit a PPDU including a first portion (legacy part or L-SIG) and a second portion (HEW part, HEW-SIC-A or HEW-SIG-A/B). The first portion may be generated by performing an inverse FFT (IFFT) based on a first FFT size, and the second portion may be generated by performing an IFFF based on a second FFT size. Here, the first FFT size may be different from the second FFT, and the second FFT size may be a multiple of 2 times as large as the first FFT size."

2518.  Choi at Fig. 6:

## FIG. 6



2519.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2520.  **Merlin** also discloses this element.

2521.  Merlin at ¶ [0062] ("IG. 7 is a time sequence diagram 700 showing, in conjunction with FIG. 1, a UL-MU-MIMO communications including a user terminal 120A sending a request message 701 to the AP 110 to request and initialize an UL-MU-MIMO transmission. The request message 701 sent to the AP 110 by the user terminal 120A may include information regarding UL-MU-MIMO transmissions. In other embodiments, the user terminal 120B may send the request message 701. As shown in FIG. 7, the AP 110 may respond to the request message 701 with a trigger frame message 702 (e.g., CTX 402) granting transmission of uplink data to the user terminal 120A immediately following the trigger frame 702. The trigger frame 402 may also grant a UL-MU-MIMO TXOP 730 to user terminal

- 875 -

120A and user terminal 120B for concurrently sending a UL-MU-MIMO

transmission 410B with a UL-MU-MIMO transmission 410A, both transmissions

410A and 410B immediately following the trigger frame 702.").

2522.  Merlin at Figure 7:



2523.  Merlin at ¶ [0063] ("The request message 701 requesting a UL-MU-

MIMO TXOP may comprise an request-to-send (RTS), a data frame, a quality of

service (QoS) null frame, a power save (PS) poll, or a request to transmit (RTX)

frame, the frame indicating that the user terminal 120 has uplink data to transmit

to the AP 110. In embodiments where the request message 701 comprises a data

frame or a QoS null frame, bits 8-15 of the QoS control field may indicate a non-

empty queue. The user terminal 120 may determine in the setup phase which data

frames (e.g., RTS, data frame, QoS Null frame, PS-poll) will trigger a UL-MU-

MIMO transmission.").

2524.  Merlin at ¶ [0076] ("As described above, the AP 110 may send the

trigger frame (e.g., CTX message 402) in response to receiving the request message

701 from the user terminal 120. The trigger frame may comprise operational parameters for the user terminal 120 to employ for uplink transmissions. The AP 110 may determine the operational parameters indicated in the trigger frame based on the requested operational parameters 1020 received from the user terminal 120. In some embodiments, before an UL-MU-MIMO communication can take place, an AP 110 may collect information from the user terminals 120 that are participating in the UL-MU-MIMO communication. The AP 110 may optimize the collection of information from the user terminals 120 by scheduling the UL transmissions from the user terminals 120.").

2525. Alternatively, Merlin, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2526. **Chun** also discloses this element.

2527. Chun, 10:57-60 ("Referring to FIG. 6, a PPDU may include a PPDU header and a PSDU (physical protocol service data unit) (or MPDU (MAC protocol data unit)). The PPDU header may be used as a meaning include both PHY header and PHY preambles.").

2528. Chun, 10:61-64 ("The PPDU header may include a legacy part and a non-legacy part, and the PSDU may correspond to a Data field. More specifically, the PPDU header may be divided into a legacy part, which corresponds to up to a L-

██████████████████████████

SIG (legacy-signal), and a non- legacy part, which corresponds to a part after the L-SIG.").

2529. Chun, 11:63-12:4 ("The HE-SIG B 660 may include information on a length MCS of a PSDU (Physical layer service data unit) respective to each STA and tail bit, and so on. For example, the information on the MCS may be decided based on transmission power information or transmission power of the STA. The information on the MCS may include MCS indexes that are different from the MCS indexes that are indicated based on a polling frame or trigger frame transmitted by the AP for the UL-MU transmission.").

2530. Chun, 12:62-64 ("Referring to FIG. 7, a HE-STF 700, a HE-SIG 710, and a HE-LTF 720 may be sequentially included in the non-legacy part of the PPDU header.").

2531. Chun, 13:31-33 "(Referring to FIG. 8, a HE-STF 800 and a HE-SIG 810 may be sequentially included in the non-legacy part of the PPDU header.").

2532. Chun, 10:61-11:16 ("The PPDU header may include a legacy part and a non-legacy part, and the PSDU may correspond to a Data field. More specifically, the PPDU header may be divided into a legacy part, which corresponds to up to a L-SIG (legacy-signal), and a non- legacy part, which corresponds to a part after the L-SIG. The legacy part may correspond to part for supporting a legacy wireless LAN system (e.g., IEEE 802.1 la/b/g/n/ac, and so on). In detail, the legacy part or L-part may follow the configuration of the L-STF, L-LTF, L-SIG, which maintains the

- 878 -

████████████████████████████████████

exact format used in the legacy WiFi system. The non-legacy part may correspond

to a part for supporting the next generation wireless LAN system (or non-legacy

wireless LAN system) according to the exemplary embodiment of the present

invention. In detail, the non- legacy part is a High Efficiency (HE) part that is

newly configured for IEEE 802.1 lax standard, which is a High Efficiency (HE)

system. Herein, the order of the HE-STF and the HE-SIG may be changed, and the

HE-LTF may be omitted. The HE-SIG may announce information for decoding Data

(e.g., OFDMA, UL MU MIMO, Enhanced MCS), and so on. The L-part and the HE-

part may each have a different FFT size (i.e., subcarrier spacing) and may each use

a different CP.").

2533.  Chun, 11:32-50 ("The non-legacy part may include non-legacy fields for

supporting operations within a non-legacy WLAN system, such as HE (high

efficiency)-SIG A 630, HE-STF 640, HE-LTF 650, and HE-SIG B 660. For example,

the HE-SIG A 630 may be positioned after the L-SIG 620 of the legacy part. In order

to support the non-legacy WLAN system, a signal field, such as HE-SIG A 630, may

include diverse information. For example, in case channel access of multiple STAs is

performed based on OFDMA (orthogonal frequency division multiple access), the

HE-SIG A 630 may transmit information on frequency resource (e.g., channel) for

data transmission and data reception, information on downlink resource allocation

and uplink resource allocation, and so on, respective to each of the multiple STAs.

Additionally, the HE-SIG A 630 may also include information for supporting uplink

███████████████████████████████████

MIMO (multiple input multiple output). The HE-SIG A 630 may also include

information for interference management of STAs in a dense environment having

critical interference.").

2534.  Chun, 4:56-63 ("Conversely, the transmission from the STA to the AP

may be referred to as an uplink transmission. The data transmission of multiple

STAs to the AP within the same time resource may be expressed by using the term

UL MU transmission (or uplink multi-user transmission). Each of the PPDU, frame,

and data being transmitted via uplink transmission may be respectively expressed

by using the terms uplink PPDU, uplink frame, and uplink data.").

2535.  Chun, 6:28-38 ("The uplink transmission indication frame 200 may

include information for the uplink transmission of the multiple STAs. For example,

the uplink transmission indication frame 200 may include at least one of

information indicating each of the multiple STAs or a group of multiple STAs

performing the uplink transmission, MCS (modulation and coding scheme)

information being used for the transmission of uplink data by each of the multiple

STAs, information on the size of the uplink data that are available for transmission

by each of the multiple STAs, and information on a TXOP (transmission

opportunity) for the uplink transmission.").

2536.  To the extent it is argued or determined that any of Rong, Choi, Das,

Merlin, or Chun do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Rong, and/or

Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine,"

*infra.*

> **d.      Element 1 [c]:  transmitting the uplink frame using a resource allocated by the trigger frame to the apparatus,**

2537. **Rong** discloses this element.

2538. Rong at ¶¶ [0040]- [0044]:

2539. "FIG. 3 *b* illustrates a flow diagram of example operations **350** occurring in a station as the station transmits to its AP. The station may receive uplink scheduling information from its AP (block **355**). The station may perform a check to determine if OFDMA and/or UL MU-MIMO is going to be used in the uplink (block **360**). If OFDMA and/or UL MU-MIMO is going to be used in the uplink, i.e., the indicator is set to the first value (TRUE or ON), the station adjusts its cyclic prefix to the timing value CP**2** (block **365**) and transmits to the AP (block **370**). If OFDMA and/or UL MU-MIMO is not going to be used in the uplink, i.e., the indicator is set to the second value (FALSE or OFF), the station does not adjust its cyclic prefix but keeps it at CP**1** or CP$_{DL}$ and transmits to the AP (block **370**).

2540. In the SIFS after the end of the received uplink scheduling information, the station may start its uplink transmission with cyclic prefix length of CP$_{UL}$, on a resource as indicated in the uplink scheduling information. With the use of this example embodiment, a CP length value used in the uplink that is

greater than the CP length value used in the downlink is employed when OFDMA and/or UL MU-MIMO is being used, which will help accommodate the different propagation delays between different stations and the AP. Therefore, the orthogonality between signals from the different stations is maintained at the receiver (e.g., the AP).

2541.  As an illustrative example, assuming the AP coverage is **100** meters, then the maximum round-trip propagation delay is about 0.67 us. With the guard interval (i.e., CP length) of 0.8 us in current 802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel delay spread and station timing inaccuracy, which most likely will be inadequate. However, with a longer CP length value, for example, 1.6 us, for the UL when UL OFDMA and/or UL MU-MIMO is used, after deducting the maximum round-trip delay of 0.67 us, there still is about 0.93 us left for mitigating channel delay spread and STA timing inaccuracy, which most likely will be sufficient for most of the scenarios.

2542.  According to an example embodiment, low overhead associated with the use of shorter CPs is maintained when longer CPs are not needed. As an example, when OFDMA and/or UL MU-MIMO is not used, the longer CP is not necessary and a shorter CP may be employed, thus reducing the overhead arising from the CP. But when OFDMA and/or UL MU-MIMO is used, although a longer CP is employed, the additional overhead from longer CP will be compensated for due to the use of OFDMA and/or UL MU-MIMO. In fact, additional gain may be

- 882 -

███████████████████████████████████████

achieved due to the use of OFDMA and/or UL MU-MIMO (e.g., supporting

transmissions from multiple stations).

2543.  FIG. 4 illustrates an example interaction **400** between an AP and two

stations (STA**1** and STA**2**). It is noted that for simplicity reasons, on both the uplink

and the downlink, only one OFDM symbol is shown. In reality, actual downlink and

uplink transmissions may occur over a plurality of OFDM symbols. The AP

transmits uplink scheduling information **405** to STA**1** and STA**2** on the downlink,

with a CP length of $CP_{DL}$ **407**. The uplink scheduling information includes the

indicator that OFDMA is to be used on the scheduled uplink transmissions. Due to

propagation delay, after $T_{Delay1}$, STA**1** receives the uplink scheduling information

(shown as uplink scheduling information **409**). Similarly, after $T_{Delay2}$,

STA**2** receives the uplink scheduling information (shown as uplink scheduling

information **411**). In this example, the distance between STA**2** and AP is larger

than the distance between STA**1** and AP, therefore, $T_{Delay2} > T_{Delay1}$. STA**1** and

STA**2** check their uplink scheduling information, find their resource allocation

information, and also find that OFDMA and/or UL MU-MIMO is to be used in the

scheduled uplink transmission, so the stations set the CP length of UL transmission

$CP_{UL}$ to CP**2**, which is larger than $CP_{DL}$. The use of OFDMA and/or UL MU-MIMO

may be determined from an implicit indicator or an explicit indicator."

2544.  Rong at ¶¶ [0045]- [0049]:

2545.  "At a time SIFS after the end of their received uplink scheduling information, STA1 and STA2 transmit their uplink traffic on their allocated resource, respectively (uplink traffic 413 for STA1 and uplink traffic 415 for STA2), with a CP length of $CP_j. = CP2$, which is larger than $CP_{DL}$. Similarly, due to propagation delay, STA1 and STA2's uplink transmissions arrive at the AP after a delay of $T_{Delay1}$ and $T_{Delay2}$, respectively. Considering the round trip delay (e.g., from AP to station, and from station to AP), the difference of the arrival time of STA1 and STA2's uplink signal at AP receiver is $2*(T_{Delay2}-T_{Delay1})$. Since the CP length on the uplink is set to $CP_{UL}=CP_2$, which is larger than $2*(T_{Delay2}-T_{Delay1})$ with sufficient margin, the arrival time difference between STA1 and STA2 can be well accommodated by $CP_{UL}$, and the orthogonality between the uplink signals of STA1 and STA2 at the AP is maintained. The AP receives the uplink transmissions from STA1 and STA2 and performs additional operations accordingly.

2546.  FIG. 5 illustrates a message exchange diagram 500 highlighting messages exchanged between a station and its AP, where an indicator of the use of OFDMA and/or UL MU-MIMO is included in uplink scheduling information.

2547.  The AP may determine resource allocations for stations, as well as determine if OFDMA and/or UL MU-MIMO is to be used by the stations in transmissions in the resource allocations (block 505). The AP may send UL scheduling information (shown as event 510). The UL scheduling information is sent with a CP length of $CP_{UL}$. The station receives the UL scheduling information.

- 884 -

From the UL scheduling information, the station may be able to determine resource allocation information, as well as an indicator if OFDMA and/or UL MU-MIMO is being used in the UL transmission (block **515**). If OFDMA and/or UL MU-MIMO is being used, the station may set $CP_{UL}=CP_2$, while if OFDMA and/or UL MU-MIMO is not being used, the station may set $CP_{UL}=CP_{DL}$. The station may send an UL transmission in a resource(s) allocated for it (shown as event **520**). The UL transmission is sent with a CP length of $CP_{UL}$.

2548.  According to an example embodiment, to afford greater flexibility on setting the CP length for OFDMA and/or UL MU-MIMO transmission, the uplink scheduling information includes an indicator of the uplink CP length, instead of an indicator of whether OFDMA and/or UL MU-MIMO is to be used on the scheduled uplink transmission. The indicator of the uplink CP length can be in the form of a number of bits operating as an index pointing to a CP length value in a set of possible options. As an example, with two bit long indicator, a total of 4 possible CP lengths can be used for uplink transmissions.

2549.  Upon receiving the uplink scheduling information, the station determines the CP length $CP_{UL}$ to be used for its uplink transmission by checking the indicator of uplink CP length in the uplink scheduling information. More choices for uplink CP length will enable using different CP lengths in different scenarios, to better match differences in distance (or propagation delay) between different stations and the AP. As an example, in an outdoor environment with

- 885 -

larger coverage areas, a larger CP length can be used, and in indoor environment with small coverage areas, a smaller CP length can be used, enabling reducing the overhead arising from the use of CPs."

2550.  Rong Fig. 3:



Fig. 3a                           Fig. 3b

2551.  Rong Figure 4:



**Fig. 4**

2552. Rong Fig. 5:



*Fig. 5*

2553. Alternatively, Rong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2554. **Chun** also discloses this element. *See* Element 1 [b] above.

2555. Chun, 5:35-55 ("Hereinafter, the exemplary embodiment of the present invention discloses a UL MU transmission method, wherein, after each of the multiple STAs has received a downlink frame from the AP, each of the multiple

STAs transmits an uplink frame to the AP depending on the received downlink frame. Such uplink frame transmission method of the STA may also be expressed by using the term downlink dependent UL MU transmission. More specifically, after the transmission of the downlink frames, which is performed by the AP, before other STAs attempt contention for performing uplink transmission, each of the multiple STAs, which are indicated based on the downlink frame, may transmit an uplink frame to the AP based on the UL MU transmission method.").

2556.  Chun, 5:59-67 ("In case the uplink transmission performed by each of the multiple STAs is respectively performed within different frequency domains, different frequency resources respective to each of the multiple STAs may be allocated as the uplink transmission resource based on OFDMA (orthogonal frequency division multiplexing access). Such transmission method using different frequency resources may also be expressed by using the term UL MU OFDMA transmission method.").

2557.  Chun, 6:1-11 ("In case the uplink transmission performed by each of the multiple STAs is respectively performed within different spatial domains, different spatial streams (or space time streams) may be allocated with respect to each of the multiple STAs, and each of the multiple STAs may transmit uplink data to the AP through different spatial streams. Such transmission method using different spatial streams may also be expressed by using the term UL MU MIMO transmission method. The UL MU transmission method may also be used as a

███████████████████████████

meaning that includes the UL MU OFDMA transmission method and the UL MU

MIMO transmission method.").

2558.  Chun, 11:39-50 ("For example, in case channel access of multiple STAs

is performed based on OFDMA (orthogonal frequency division multiple access), the

HE-SIG A 630 may transmit information on frequency resource (e.g., channel) for

data transmission and data reception, information on downlink resource allocation

and uplink resource allocation, and so on, respective to each of the multiple STAs.

Additionally, the HE-SIG A 630 may also include information for supporting uplink

MIMO (multiple input multiple output). The HE-SIG A 630 may also include

information for interference management of STAs in a dense environment having

critical interference.").

2559.  Chun, 11:63-12:12 ("The HE-SIG B 660 may include information on a

length MCS of a PSDU (Physical layer service data unit) respective to each STA and

tail bit, and so on. For example, the information on the MCS may be decided based

on transmission power information or transmission power of the STA. The

information on the MCS may include MCS indexes that are different from the MCS

indexes that are indicated based on a polling frame or trigger frame transmitted by

the AP for the UL-MU transmission. Additionally, the HE-SIG B 660 may also

include information on an STA that is to receive the PPDU, OFDMA based resource

allocation information (or MU-MIMO information). In case the OFDMA based

resource allocation information (or MU- MIMO related information) is included in

- 890 -

the HE-SIG B 660, the resource allocation information may not be included in the HE-SIG A 630.").

2560.  Chun, 13:52-67) ("In case the UL MU transmission is performed, in addition to the difference in the receiving timing, which was mentioned above as a problem that may occur, there also lie problems caused by a difference in the frequency offset, a difference in the receiving power, and so on. More specifically, since each of the multiple STAs has a different oscillator, in case the frequency offsets are indicated differently, it may be difficult to carry out the OFDMA based UL MU transmission. Additionally, in case the STA does not control the transmission power, the AP may receive the uplink frames, which are transmitted by each of the multiple STAs, at different power levels in accordance with the distance between the AP and the STAs or the channel environment. In this case, it may be difficult for the AP to detect (or search) uplink frames that are being received at a low (or weak) power level.").

2561.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2562.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or

Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine,"

*infra.*

> e.      **Element 1 [d]:  wherein at least a portion of the
> payload of the uplink frame is associated with the
> first guard interval length.**

2563.  **Choi** also discloses this element.

2564.  Choi at ¶¶ [0113]- [0114]:

2565.  "FIG. 10 is a schematic view illustrating a subcarrier for transmitting

an HEW PPDU according to one embodiment of the present invention.

2566.  Referring to FIG. 10, a legacy part 1000 and an HEW part 1050 of the

HEW PPDU may be generated based on different FFT sizes. FIG. 10 illustrates FFT

size changes of the legacy part 1000 and the HEW part 1050 with reference to the

HEW PPDU illustrated in FIG. 6. The HEW part 1050 is assumed to include a Data

field."

2567.  Choi at ¶¶ [0115]- [0119]:

2568.  "an outdoor WLAN communication environment, a delay spread may

increase. To reduce effects of the increase in delay spread, an FFT with a different

size from that for the legacy part 1000 may be applied to the HEW part.

2569.  Specifically, a 64-FFT may be applied to the legacy part 1000 in a 20

MHz channel bandwidth. 52 subcarriers based on the 64-FFT may be used to

transmit data, among which 48 subcarriers may be used to transmit traffic data and

four subcarriers to etransmit a pilot signal. An interval between subcarriers may be

312.5 kHz. Further, the size (or width) of an OFDM symbol may be a 4 usec, and the length of a GI (TGI) may be 0.8 usec. The size of an active (or useful, valid, available) OFDM symbol may be 3.2 usec, which is obtained by subtracting the TGI (0.8 usec) from the size of the OFDM symbol (4 usec).

2570.  According to the embodiment of the present invention, a 128-FFT may be applied to the HEW part 1050 in a 20 MHz channel bandwidth.

2571.  When the 128-FFT is used, 104 subcarriers based on the 128-FFT may be used for data transmission. When the 104 subcarriers are used, an interval between subcarriers may be 312.5/2 (=156.25) kHz. The interval between subcarriers may be the inverse number of the width of an active OFDM symbol obtained by subtracting a TGI from the size of an OFDM symbol. Thus, when the 104 subcarriers are used, the size of the active OFDM symbol may increase to 6.4 usec, which is twice as long as 3.2 usec and the TGI may also be increased to 1.6 usec, which is twice as long as 0.8 usec. That is, the length of the OFDM symbol may be increased from 4 usec to 8 usec. According to the embodiment of the present invention, the length of the TGI may be adjusted depending on communication environments. When the TGI has a length of 0.8 usec, the length of the active OFDM symbol is increased to 7.2 usec and data throughput per unit time (or unit symbol) may increase. Using an FFT with an increased size may increase the TGI and accordingly increase transmission coverage of the HEW PPDU.

2572.  Application of FFTs with different sizes may be described as follows in view of generation of a PPDU by an STA."

2573.  Choi at ¶¶ [0120]- [0124]:

2574.  "An STA may generate and transmit a PPDU including a first portion (legacy part or L-SIG) and a second portion (HEW part, HEW-SIC-A or HEW-SIG-A/B). The first portion may be generated by performing an inverse FFT (IFFT) based on a first FFT size, and the second portion may be generated by performing an IFFF based on a second FFT size. Here, the first FFT size may be different from the second FFT, and the second FFT size may be a multiple of 2 times as large as the first FFT size.

2575.  It may be assumed that the first portion is transmitted on a first OFDM symbol and the second portion is transmitted on a second OFDM symbol. In this case, the duration of the first OFDM symbol may be the sum of a first guard interval duration and a first FFT period determined on the first FFT size, and the duration of the second OFDM symbol may be the sum of a second guard interval duration and a second FFT period determined on the second FFT size. Here, the second guard interval duration may be longer than the first guard interval duration.

2576.  The 128-FFT is an example of an FFT with an increased size, and a 256-FFT and 512-FFT may also be used, which are included in an embodiment

███████████████████████████████████████████

within the scope of the present invention. Using an FFT with an increased size may increase transmission coverage of the HEW PPDU.

2577.  When the FFT size for the legacy part 1000 and the HEW part 1050 are different as above, a problem may occur when the STA decodes a PPDU due to application of OFDM numerology to the legacy part 1000 and the HEW part 1050 in different manners.

2578.  An HEW STA needs to be able to decode both the legacy part 1000 and the HEW part 1050. Thus, the HEW STA needs to detect portions of the HEW PPDU subjected to FFTs with different sizes. Detecting portions of an HEW PPDU subjected to FFTs with different sizes may also be referred to as an OFDM numerology check."

2579.  Choi at ¶¶ [0121]- [0125]:

2580.  "It may be assumed that the first portion is transmitted on a first OFDM symbol and the second portion is transmitted on a second OFDM symbol. In this case, the duration of the first OFDM symbol may be the sum of a first guard interval duration and a first FFT period determined on the first FFT size, and the duration of the second OFDM symbol may be the sum of a second guard interval duration and a second FFT period determined on the second FFT size. Here, the second guard interval duration may be longer than the first guard interval duration.

2581.  The 128-FFT is an example of an FFT with an increased size, and a 256-FFT and 512-FFT may also be used, which are included in an embodiment within the scope of the present invention. Using an FFT with an increased size may increase transmission coverage of the HEW PPDU.

2582.  When the FFT size for the legacy part 1000 and the HEW part 1050 are different as above, a problem may occur when the STA decodes a PPDU due to application of OFDM numerology to the legacy part 1000 and the HEW part 1050 in different manners.

2583.  An HEW STA needs to be able to decode both the legacy part 1000 and the HEW part 1050. Thus, the HEW STA needs to detect portions of the HEW PPDU subjected to FFTs with different sizes. Detecting portions of an HEW PPDU subjected to FFTs with different sizes may also be referred to as an OFDM numerology check.

2584.  When there are portions subjected to FFTs with different sizes (for example, a multiple of 2 times, for example, four times) in a received PPDU, the HEW STA may determine the received PPDU as an HEW PPDU. On the contrary, when there are portions subjected to FFTs with different sizes in a received PPDU after the legacy part (L-STF, L-LTF and L-SIG) 1000, a legacy STA may determine the received PPDU as an HEW PPDU and not perform additional decoding."

2585.  Choi at Figure 10:

- 896 -

## FIG. 10



2586. Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2587. **Das** also discloses this element.

2588. Das at pg. 2381 right col. – pg. 2382 left col.:

2589. "The implementation of the proposed system will be different for IEEE 802.11 a/g type scenario, where CSMA/CA is used compared to systems using reservation mechanism as in HiperLAN/2 [11] or IEEE802.16a. The focus of this paper is on WLAN type environment similar to IEEE 802.11 a/g. For such systems, each transmission burst belonging to different devices may have different GI for the data portion, though the training sequence and the header OFDM symbol must have a fixed guard interval. This can be implemented in two ways.

█████████████████████████████████████

2590. Type 1 The subscriber station (SS) listens to transmission bursts from the access point (AP) to the other subscriber stations. In single input single output antenna (SISO) based systems, each SS estimates the channel between the AP and itself. When transmitting, it will calculate the required guard interval and use that in the DATA part. The training sequence needs to be uniform always.

2591. Type 2 In systems using request to send (RTS) and clear to send (CTS), the AP estimates the required GI from the RTS, transmitted by a SS and informs the SS about the required GI in the CTS that it transmits to the SS. The SS can again estimate the required GI from the CTS and take a decision. This can be implemented in MIMO and SISO systems. In this work, we consider type 1. The typical frame structure can have a training sequence for OFDM, derived from IEEE 802.11 a/g but with a fixed guard interval in the preamble or the training sequence portion, and a variable guard interval for the data portion. The length of the chosen guard interval can be indicated in some header (SIGNAL field in IEEE 802.11 a/g systems)."

2592. Alternatively, Das, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2593. **Chun** also discloses this element. *See* Element 1 [b] and 1 [d] above.

2594. Chun, 7:54-56 ("The difference in the decodable receiving timing respective to the multiple uplink frames 210,220, and 230 may be within a GI (guard interval) (or CP (cyclic prefix).")

- 898 -

2595.  Chun, 11:51-57 ("Additionally, the HE-SIG A 630 may also include color bits information for BSS identification information, bandwidth information, tail bit, CRC bit, MCS (modulation and coding scheme) information respective to the HE-SIG B 660, information on the number of symbols for the HE-SIG B 660, and CO (cyclic prefix) (or GI (guard interval)) length information.").

2596.  Chun, 12:45-58 ("In the non-legacy PPDU disclosed in FIG. 6, the total symbol duration (TSYML_HE) or the duration of the guard interval (GI) (TGIS _ HE or TGI _ HE) may be changed, and such information may be transmitted by the AP. For example, the AP may transmit the information on the total symbol duration or the guard interval as the system information to the STA through a beacon frame or probe response frame, and so on. The STA may perform decoding on the PPDU based on the received information on the total symbol duration and/or the information on the duration of the guard interval. The AP or STA may vary the total symbol duration and/or guard interval duration that is used in the PPDU. More specifically, the PPDU is configurable.").

2597.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2598.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or

- 899 -

████████████████████████

Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine,"

*infra.*

> **2.    Claim 2 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun**
>
> > **a.    The apparatus of claim 1, wherein the trigger frame comprises an implicit indication of when the uplink frame is to be transmitted as part of the UL MU transmission.**

2599.  **Rong** discloses this element.

2600.  Rong at ¶ [0044]: "FIG. 4 illustrates an example interaction **400** between an AP and two stations (STA**1** and STA**2**). It is noted that for simplicity reasons, on both the uplink and the downlink, only one OFDM symbol is shown. In reality, actual downlink and uplink transmissions may occur over a plurality of OFDM symbols. The AP transmits uplink scheduling information **405** to STA**1** and STA**2** on the downlink, with a CP length of $CP_{DL}$ **407**. The uplink scheduling information includes the indicator that OFDMA is to be used on the scheduled uplink transmissions. Due to propagation delay, after $T_{Delay1}$, STA**1** receives the uplink scheduling information (shown as uplink scheduling information **409**). Similarly, after $T_{Delay2}$, STA**2** receives the uplink scheduling information (shown as uplink scheduling information **411**). In this example, the distance between STA**2** and AP is larger than the distance between STA**1** and AP, therefore, $T_{Delay2} > T_{Delay1}$. STA**1** and STA**2** check their uplink scheduling information, find their resource allocation information, and also find that OFDMA

and/or UL MU-MIMO is to be used in the scheduled uplink transmission, so the stations set the CP length of UL transmission $CP_{UL}$ to CP**2**, which is larger than $CP_{DL}$. The use of OFDMA and/or UL MU-MIMO may be determined from an implicit indicator or an explicit indicator."

2601.  Rong at ¶¶ [0045]- [0049]:

2602.  "At a time SIFS after the end of their received uplink scheduling information, STA**1** and STA**2** transmit their uplink traffic on their allocated resource, respectively (uplink traffic **413** for STA**1** and uplink traffic **415** for STA**2**), with a CP length of $CP_j$. =CP**2**, which is larger than $CP_{DL}$. Similarly, due to propagation delay, STA**1** and STA**2**'s uplink transmissions arrive at the AP after a delay of $T_{Delay1}$ and $T_{Delay2}$, respectively. Considering the round trip delay (e.g., from AP to station, and from station to AP), the difference of the arrival time of STA**1** and STA**2**'s uplink signal at AP receiver is $2*(T_{Delay2}-T_{Delay1})$. Since the CP length on the uplink is set to $CP_{UL}=CP_2$, which is larger than $2*(T_{Delay2}-T_{Delay1})$ with sufficient margin, the arrival time difference between STA**1** and STA**2** can be well accommodated by $CP_{UL}$, and the orthogonality between the uplink signals of STA**1** and STA**2** at the AP is maintained. The AP receives the uplink transmissions from STA**1** and STA**2** and performs additional operations accordingly.

2603.  FIG. 5 illustrates a message exchange diagram 500 highlighting messages exchanged between a station and its AP, where an indicator of the use of OFDMA and/or UL MU-MIMO is included in uplink scheduling information.

2604.  The AP may determine resource allocations for stations, as well as determine if OFDMA and/or UL MU-MIMO is to be used by the stations in transmissions in the resource allocations (block **505**). The AP may send UL scheduling information (shown as event **510**). The UL scheduling information is sent with a CP length of $CP_{UL}$. The station receives the UL scheduling information. From the UL scheduling information, the station may be able to determine resource allocation information, as well as an indicator if OFDMA and/or UL MU-MIMO is being used in the UL transmission (block **515**). If OFDMA and/or UL MU-MIMO is being used, the station may set $CP_{UL}=CP_2$, while if OFDMA and/or UL MU-MIMO is not being used, the station may set $CP_{UL}=CP_{DL}$. The station may send an UL transmission in a resource(s) allocated for it (shown as event **520**). The UL transmission is sent with a CP length of $CP_{UL}$.

2605.  According to an example embodiment, to afford greater flexibility on setting the CP length for OFDMA and/or UL MU-MIMO transmission, the uplink scheduling information includes an indicator of the uplink CP length, instead of an indicator of whether OFDMA and/or UL MU-MIMO is to be used on the scheduled uplink transmission. The indicator of the uplink CP length can be in the form of a number of bits operating as an index pointing to a CP length value in a set of possible options. As an example, with two bit long indicator, a total of 4 possible CP lengths can be used for uplink transmissions.

2606.  Upon receiving the uplink scheduling information, the station determines the CP length $CP_{UL}$ to be used for its uplink transmission by checking the indicator of uplink CP length in the uplink scheduling information. More choices for uplink CP length will enable using different CP lengths in different scenarios, to better match differences in distance (or propagation delay) between different stations and the AP. As an example, in an outdoor environment with larger coverage areas, a larger CP length can be used, and in indoor environment with small coverage areas, a smaller CP length can be used, enabling reducing the overhead arising from the use of CPs."

2607.  Rong Fig. 4:



**Fig. 4**

2608.  Rong Fig. 5:



*Fig. 5*

2609.  Alternatively, Rong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2610.  **Merlin** also discloses this element.

2611.  Merlin at ¶¶ [0060]- [0061]:

2612.  "FIG. 6 is a time sequence diagram **600** that, in conjunction with FIG. 1, shows an example of an operation mode of UL-MU-MIMO transmissions. In this

embodiment, user terminals **120**A and **120**B may receive a CTX message **402** from an AP **110**. The CTX message **402** may indicate a time (T) **406** after the end of the PPDU carrying the CTX message **402** for the user terminals **120**A and **120**B to transmit UL-MU-MIMO transmissions. The T **406** may be a short interframe space (SIFS), a point interframe space (PIFS), or another time. The T may include time offsets as indicated by the AP **110** in the CTX message **402** or via a management frame. The SIFS and PIFS time may be fixed in a standard or may be indicated by the AP **110** in the CTX message **402** or in a management frame. The T **406** may improve synchronization between the AP **110** and the user terminals **120**A and **120**B and it may allow the user terminals **120**A and **120**B sufficient time to process the CTX message **402**, or other messages, before sending their UL-MU-MIMO transmissions.

2613.  In some circumstances, a user terminal **120** may have uplink data to upload to the AP **110** but the user terminal **120** may not have received a CTX message **402** or another message indicating that the user terminal **120** may start an UL-MU-MIMO transmission. In certain UL-MU-MIMO operation modes, the user terminals **120** may not transmit data outside of an UL-MU-MIMO transmission opportunity (TXOP) (e.g., after receiving a CTX message). In certain operation modes, the user terminals **120** may transmit a request message to the AP **110** to initialize a UL-MU-MIMO transmission and may then transmit the uplink data to the AP **110** during the subsequent UL-MU-MIMO TXOP, if for

- 906 -

▋

example, they are instructed to do so in a CTX message. The request message In some operation modes, the request message may be the only message type that a user terminal **120** may use to initiate a UL-MU-MIMO TXOP. In some embodiments, the user terminal **120** may not transmit outside of an UL-MU-MIMO TXOP other than by sending a request message."

2614.  Merlin at Fig. 6:



FIG. 6

2615.  Alternatively, Merlin, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2616.  **Chun** also discloses this element.  *See* Element 1 [b] above.

2617.  Chun, 1:63-2:13 ("In order to achieve the above-described technical object of the present invention, according to an aspect of the present invention, a method for transmitting a frame in a wireless LAN may include the steps of receiving by a STA (station) an uplink transmission indication frame from an AP (access point), and transmitting a first uplink frame by the STA to the AP as a

response to the uplink transmission indication frame, wherein the uplink transmission indication frame may indicate a transmission of the first uplink frame and a second uplink frame within an overlapping time resource, wherein the first uplink frame may be transmitted at a transmitting timing being decided based on an UIFS (uplink interface space), and wherein the UIFS may correspond to a fixed value being included within a range that is greater than or equal to a maximum value of a SIFS (short interframe space) and that is smaller than a maximum value of a PIFS (PCF (point coordination function) interframe space).").

2618. Chun, 2:14-33 ("In order to achieve the above-described technical object of the present invention, according to another aspect of the present invention, a STA transmitting a frame in a wireless LAN may include a RF (radio frequency) unit being configured to transmit or receive radio signals, and a processor being operatively connected to the RF unit, wherein the processor may be configured to receive an uplink transmission indication frame from an AP (access point), and to transmit a first uplink frame to the AP as a response to the uplink transmission indication frame, and, herein, the uplink transmission indication frame may indicate a transmission of the first uplink frame and a second uplink frame within an overlapping time resource, the first uplink frame may be transmitted at a transmitting timing being decided based on an UIFS (uplink interface space), and the UIFS may correspond to a fixed value being included within a range that is greater than or equal to a maximum value of a SIFS (short interframe space) and

████████████████████

that is smaller than a maximum value of a PIFS (PCF (point coordination function) interframe space).”).

2619.  Chun, 5:35-55 (“Hereinafter, the exemplary embodiment of the present invention discloses a UL MU transmission method, wherein, after each of the multiple STAs has received a downlink frame from the AP, each of the multiple STAs transmits an uplink frame to the AP depending on the received downlink frame. Such uplink frame transmission method of the STA may also be expressed by using the term downlink dependent UL MU transmission. More specifically, after the transmission of the downlink frames, which is performed by the AP, before other STAs attempt contention for performing uplink transmission, each of the multiple STAs, which are indicated based on the downlink frame, may transmit an uplink frame to the AP based on the UL MU transmission method.”).

2620.  Chun, 5:59-67 (“In case the uplink transmission performed by each of the multiple STAs is respectively performed within different frequency domains, different frequency resources respective to each of the multiple STAs may be allocated as the uplink transmission resource based on OFDMA (orthogonal frequency division multiplexing access). Such transmission method using different frequency resources may also be expressed by using the term UL MU OFDMA transmission method.”).

2621.  Chun, 6:56-60 (“In this case, the AP may transmit downlink ACK frames or block ACK frames to each of the multiple STAs after a SIFS while

individually considering the transmitting timing of each of the multiple uplink frames.").

2622.  Chun, 6:61-65 ("In the exemplary embodiment of the present invention, in order to determine the transmitting timing of the uplink frames being transmitted based on the UL MU transmission method, the UIFS (uplink interframe space) may be newly defined.").

2623.  Chun, 8:22-28 ("After receiving an uplink indication frame, each of the multiple STAs may decide a transmitting timing of the uplink frame. For example, in case the UIFS value is a fixed value, the AP may receive uplink frames from each of the multiple STAs at a timing gap (or receiving time difference) that is two times the propagation delay (or propagation time) of each of the multiple STAs.").

2624.  Chun, 9:12-16 ("For example, each of the multiple STAs may decide a transmitting timing of the uplink frame while considering the UIFS information and the information on a propagation time that is to be considered when transmitting uplink frames.").

2625.  Chun, 9:38-40 ("In FIG. 4, a transmission of uplink frames respective to each of the multiple STAs based on UIFS and a correction of the receiving timing of the AP are disclosed.").

2626.  Chun, 10:16-18 ("Then, after waiting for transmission, the STA may transmit the feedback frame 550 at the transmitting timing, which is decided based on the UIFS.").

2627.   Chun, 9:47-52  ("In this case, the AP may receive uplink frames from each of the multiple STAs at different timings. The AP may adjust the decoding (or demodulation) timings of the multiple uplink frames that are received at different timings while considering the propagation time respective to each of the multiple STAs.").

2628.  Chun, 11:63-12:4 ("The HE-SIG B 660 may include information on a length MCS of a PSDU (Physical layer service data unit) respective to each STA and tail bit, and so on. For example, the information on the MCS may be decided based on transmission power information or transmission power of the STA. The information on the MCS may include MCS indexes that are different from the MCS indexes that are indicated based on a polling frame or trigger frame transmitted by the AP for the UL-MU transmission.").

2629.  Chun, 13:52-67 ("In case the UL MU transmission is performed, in addition to the difference in the receiving timing, which was mentioned above as a problem that may occur, there also lie problems caused by a difference in the frequency offset, a difference in the receiving power, and so on. More specifically, since each of the multiple STAs has a different oscillator, in case the frequency offsets are indicated differently, it may be difficult to carry out the OFDMA based UL MU transmission. Additionally, in case the STA does not control the transmission power, the AP may receive the uplink frames, which arc transmitted by each of the multiple STAs, at different power levels in accordance with the

- 911 -

distance between the AP and the STAs or the channel environment. In this case, it may be difficult for the AP to detect (or search) uplink frames that are being received at a low (or weak) power level.").

2630.  Chun, 6:1-11 ("In case the uplink transmission performed by each of the multiple STAs is respectively performed within different spatial domains, different spatial streams (or space time streams) may be allocated with respect to each of the multiple STAs, and each of the multiple STAs may transmit uplink data to the AP through different spatial streams. Such transmission method using different spatial streams may also be expressed by using the term UL MU MIMO transmission method. The UL MU transmission method may also be used as a meaning that includes the UL MU OFDMA transmission method and the UL MU MIMO transmission method.").

2631.  Chun, 11:32-50 ("The non-legacy part may include non-legacy fields for supporting operations within a non-legacy WLAN system, such as HE (high efficiency)-SIG A 630, HE-STF 640, HE- LTF 650, and HE-SIG B 660. For example, the HE-SIG A 630 may be positioned after the L-SIG 620 of the legacy part. In order to support the non-legacy WLAN system, a signal field, such as HE-SIG A 630, may include diverse information. For example, in case channel access of multiple STAs is performed based on OFDMA (orthogonal frequency division multiple access), the HE-SIG A 630 may transmit information on frequency resource (e.g., channel) for data transmission and data reception, information on downlink resource allocation

- 912 -

████████████████████████████

and uplink resource allocation, and so on, respective to each of the multiple STAs. Additionally, the HE-SIG A 630 may also include information for supporting uplink MIMO (multiple input multiple output). The HE-SIG A 630 may also include information for interference management of STAs in a dense environment having critical interference.").

2632.  Chun, 11:63-12:12 ("The HE-SIG B 660 may include information on a length MCS of a PSDU (Physical layer service data unit) respective to each STA and tail bit, and so on. For example, the information on the MCS may be decided based on transmission power information or transmission power of the STA. The information on the MCS may include MCS indexes that are different from the MCS indexes that are indicated based on a polling frame or trigger frame transmitted by the AP for the UL-MU transmission. Additionally, the HE-SIG B 660 may also include information on an STA that is to receive the PPDU, OFDMA based resource allocation information (or MU-MIMO information). In case the OFDMA based resource allocation information (or MU- MIMO related information) is included in the HE-SIG B 660, the resource allocation information may not be included in the HE-SIG A 630.").

2633.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

████████████████████████████████

2634.  To the extent it is argued or determined that any of Rong, Choi, Das,

Merlin, or Chun do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Rong, and/or

Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine,"

*infra.*

> 3.  **Claim 3 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun**
>
> > a.  **The apparatus of claim 1, wherein the one or more processors are further configured to cause transmitting the uplink frame at a predetermined time after receipt of a PHY protocol data unit (PPDU) that carries the trigger frame.**

2635.  **<u>Rong</u>** discloses this element.

2636.  Rong at ¶ [0044]: "FIG. 4 illustrates an example

interaction **400** between an AP and two stations (STA**1** and STA**2**). It is noted that

for simplicity reasons, on both the uplink and the downlink, only one OFDM symbol

is shown. In reality, actual downlink and uplink transmissions may occur over a

plurality of OFDM symbols. The AP transmits uplink scheduling information **405** to

STA**1** and STA**2** on the downlink, with a CP length of $CP_{DL}$ **407**. The uplink

scheduling information includes the indicator that OFDMA is to be used on the

scheduled uplink transmissions. Due to propagation delay, after $T_{Delay1}$,

STA**1** receives the uplink scheduling information (shown as uplink scheduling

information **409**). Similarly, after $T_{Delay2}$, STA**2** receives the uplink scheduling

information (shown as uplink scheduling information **411**). In this example, the

distance between STA**2** and AP is larger than the distance between STA**1** and AP, therefore, $T_{Delay2}>T_{Delay1}$. STA**1** and STA**2** check their uplink scheduling information, find their resource allocation information, and also find that OFDMA and/or UL MU-MIMO is to be used in the scheduled uplink transmission, so the stations set the CP length of UL transmission $CP_{UL}$ to CP**2**, which is larger than $CP_{DL}$. The use of OFDMA and/or UL MU-MIMO may be determined from an implicit indicator or an explicit indicator."

2637.  Rong at ¶¶ [0045]- [0049]:

2638.  "At a time SIFS after the end of their received uplink scheduling information, STA**1** and STA**2** transmit their uplink traffic on their allocated resource, respectively (uplink traffic **413** for STA**1** and uplink traffic **415** for STA**2**), with a CP length of $CP_j$. $=CP$**2**, which is larger than $CP_{DL}$. Similarly, due to propagation delay, STA**1** and STA**2**'s uplink transmissions arrive at the AP after a delay of $T_{Delay1}$ and $T_{Delay2}$, respectively. Considering the round trip delay (e.g., from AP to station, and from station to AP), the difference of the arrival time of STA**1** and STA**2**'s uplink signal at AP receiver is $2*(T_{Delay2}-T_{Delay1})$. Since the CP length on the uplink is set to $CP_{UL}=CP_2$, which is larger than $2*(T_{Delay2}-T_{Delay1})$ with sufficient margin, the arrival time difference between STA**1** and STA**2** can be well accommodated by $CP_{UL}$, and the orthogonality between the uplink signals of STA**1** and STA**2** at the AP is maintained. The AP receives the uplink transmissions from STA**1** and STA**2** and performs additional operations accordingly.

███████████████████████████████

2639.  FIG. 5 illustrates a message exchange diagram **500** highlighting

messages exchanged between a station and its AP, where an indicator of the use of

OFDMA and/or UL MU-MIMO is included in uplink scheduling information.

2640.  The AP may determine resource allocations for stations, as well as

determine if OFDMA and/or UL MU-MIMO is to be used by the stations in

transmissions in the resource allocations (block 505). The AP may send UL

scheduling information (shown as event 510). The UL scheduling information is

sent with a CP length of CPUL. The station receives the UL scheduling information.

From the UL scheduling information, the station may be able to determine resource

allocation information, as well as an indicator if OFDMA and/or UL MU-MIMO is

being used in the UL transmission (block 515). If OFDMA and/or UL MU-MIMO is

being used, the station may set CPUL=CP2, while if OFDMA and/or UL MU-MIMO

is not being used, the station may set CPUL=CPDL. The station may send an UL

transmission in a resource(s) allocated for it (shown as event 520). The UL

transmission is sent with a CP length of CPUL.

2641.  According to an example embodiment, to afford greater flexibility on

setting the CP length for OFDMA and/or UL MU-MIMO transmission, the uplink

scheduling information includes an indicator of the uplink CP length, instead of an

indicator of whether OFDMA and/or UL MU-MIMO is to be used on the scheduled

uplink transmission. The indicator of the uplink CP length can be in the form of a

number of bits operating as an index pointing to a CP length value in a set of

possible options. As an example, with two bit long indicator, a total of 4 possible CP lengths can be used for uplink transmissions.

2642.  Upon receiving the uplink scheduling information, the station determines the CP length $CP_{UL}$ to be used for its uplink transmission by checking the indicator of uplink CP length in the uplink scheduling information. More choices for uplink CP length will enable using different CP lengths in different scenarios, to better match differences in distance (or propagation delay) between different stations and the AP. As an example, in an outdoor environment with larger coverage areas, a larger CP length can be used, and in indoor environment with small coverage areas, a smaller CP length can be used, enabling reducing the overhead arising from the use of CPs."

2643.  Rong Fig. 4:



*Fig. 4*

2644. Rong Fig. 5:



Fig. 5

2645.  Alternatively, Rong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2646.  **Merlin** also discloses this element.

2647.  Merlin at ¶¶ [0060]-[0061]:

2648.  "FIG. 6 is a time sequence diagram **600** that, in conjunction with FIG. 1, shows an example of an operation mode of UL-MU-MIMO transmissions. In this embodiment, user terminals **120**A and **120**B may receive a CTX message **402** from an AP **110**. The CTX message **402** may indicate a time (T) **406** after the end of the PPDU carrying the CTX message **402** for the user terminals **120**A and **120**B to transmit UL-MU-MIMO transmissions. The T **406** may be a short interframe space (SIFS), a point interframe space (PIFS), or another time. The T may include time offsets as indicated by the AP **110** in the CTX message **402** or via a management frame. The SIFS and PIFS time may be fixed in a standard or may be indicated by the AP **110** in the CTX message **402** or in a management frame. The T **406** may improve synchronization between the AP **110** and the user terminals **120**A and **120**B and it may allow the user terminals **120**A and **120**B sufficient time to process the CTX message **402**, or other messages, before sending their UL-MU-MIMO transmissions.

2649.  In some circumstances, a user terminal **120** may have uplink data to upload to the AP **110** but the user terminal **120** may not have received a CTX message **402** or another message indicating that the user terminal **120** may start an UL-MU-MIMO transmission. In certain UL-MU-MIMO operation modes, the user terminals **120** may not transmit data outside of an UL-MU-MIMO transmission opportunity (TXOP) (e.g., after receiving a CTX message). In certain operation modes, the user terminals **120** may transmit a request message to the

█████████████████████████████████████

AP **110** to initialize a UL-MU-MIMO transmission and may then transmit the

uplink data to the AP **110** during the subsequent UL-MU-MIMO TXOP, if for

example, they are instructed to do so in a CTX message. The request message In

some operation modes, the request message may be the only message type that a

user terminal **120** may use to initiate a UL-MU-MIMO TXOP. In some

embodiments, the user terminal **120** may not transmit outside of an UL-MU-MIMO

TXOP other than by sending a request message."

2650.  Merlin at Fig. 6:



FIG. 6

2651.  Alternatively, Merlin, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

2652.  **Chun** also discloses this element.  *See* Elements 1 [a] and 1 [d] above.

2653.  Chun, 4:56-63 ("Conversely, the transmission from the STA to the AP

may be referred to as an uplink transmission. The data transmission of multiple

STAs to the AP within the same time resource may be expressed by using the term

████████████████████████████████

UL MU transmission (or uplink multi- user transmission). Each of the PPDU,

frame, and data being transmitted via uplink transmission may be respectively

expressed by using the terms uplink PPDU, uplink frame, and uplink data.").

2654.  Chun, 11:63-12:4 ("The HE-SIG B 660 may include information on a

length MCS of a PSDU (Physical layer service data unit) respective to each STA and

tail bit, and so on. For example, the information on the MCS may be decided based

on transmission power information or transmission power of the STA. The

information on the MCS may include MCS indexes that are different from the MCS

indexes that are indicated based on a polling frame or trigger frame transmitted by

the AP for the UL-MU transmission.").

2655.  Chun, Abstract ("A method and an apparatus for transmitting a frame

in a wireless LAN arc disclosed. The method for transmitting a frame in a wireless

LAN comprises: by an STA, receiving an uplink transmission instruction frame

from an AP; and by the STA, transmitting, to the AP, a first uplink frame as a

response to the uplink transmission instruction frame, wherein the uplink

transmission instruction frame instructs transmission of the first uplink frame and

a second uplink frame on overlapping time resources, the first uplink frame is

transmitted at a transmission timing determined on the basis of UIFS, and the

UIFS may be a fixed value.").

2656.  Chun, 3:21-42 ("Referring to FIG. 1, a time difference between two

frames being transmitted within a medium may be referred to as an IFS

- 922 -

████████████████████████

(interframe space). The priority of an STA occupying a wireless medium (or radio medium) may be decided based on IFSs having different lengths. Frames being transmitted within a medium may be transmitted based on IFS shaving different lengths. For example, IFS shaving different lengths may be used for transmitting frames within the medium. (1) SIFS (short inter frame symbol): This is used for the transmission of RTS (request to send) frames/CTS (clear to send) frames, ACK (acknowledgement) frames.  (2) PIFS (PCF (point coordination function) IFS): This is used for the transmission of PCF frames (e.g., channel switch announcement frames, TIM (Traffic indication map) frames, and so on) and for the frame transmission of STAs performing channel access based on PCF (point coordination function). (3) DIFS (DCF IFS): This is used for frame transmission of STAs performing DCF based channel access. (4) EIFS (extended IFS): This is used only when a frame transmission error occurs, and this is not a fixed gap (or interval).")

2657.  Chun, 6:66-7:7 ("The UIFS may correspond to a time period starting from a time when a last symbol of a reception frame (or reception PPDU) is being received from medium (or air interface) up to a time when a first symbol of a transmission frame (or transmission PPDU) is being transmitted to the medium (or air interface). The reception frame may correspond to an uplink transmission indication frame 200, and the transmission frame may correspond to uplink frames 210, 220, and 230.").

███████████████████████████████████████████

2658.  Chun, 7:20-44 ("As a more detailed example, due to a difference in the capacity of each of the multiple STAs, the uplink frame transmitting timing may vary within a time resource that is allowed by the SIFS. More specifically, a difference may occur between the transmitting timing for each of the multiple uplink frames 210,220, and 230, which are transmitted by each of the multiple STAs. The difference between the transmitting timing for each of the multiple uplink frames 210,220, and 230 may generate a difference in the receiving timing (or synchronization) of each of the multiple uplink frames 210,220, and 230 of the AP. Therefore, in case the uplink frames 210, 220, and 230 are transmitted by each of the multiple STAs based on the SIFS, a difference in the receiving timing of the multiple uplink frames may become larger than the difference in the decodable receiving timing respective to the multiple uplink frames 210, 220, and 230 of the AP. For example, in case the AP communicates with the multiple STAs based on OFDMA, the AP may carry out a transform based on a single FFT with respect to the multiple uplink frames 210, 220, and 230, which are transmitted by the multiple STAs. In case the difference in the receiving timing of each of the multiple uplink frames 210, 220, and 230 is within a below a predetermined range, the AP may carry out a transform based on a single FFT with respect to the multiple uplink frames 210, 220, and 230.").

2659.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2660.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

    **4.**    **Claim 4 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun**

    **a.**    **The apparatus of claim 1, wherein the UL MU transmission comprises an uplink Orthogonal-Frequency Division Multiple Access (OFDMA) transmission, and wherein the first guard interval length is for the uplink OFDMA transmission.**

2661.  **Rong** discloses this element.

2662.  Rong at ¶¶ [0036]- [0039]:

2663.  "According to an example embodiment, an indicator of the use of OFDMA and/or UL MU-MIMO in the uplink is used to inform stations that OFDMA and/or UL MU-MIMO is being used for uplink transmissions and to adjust their cyclic prefix (CP). As an illustrative example, a station receives uplink scheduling information from its AP. The uplink scheduling information may include an indicator of the use of OFDMA and/or UL MU-MIMO. The indicator may be set to a first value (e.g., TRUE or ON) to indicate that OFDMA and/or UL MU-MIMO is

- 925 -

being used for this uplink transmission, and the indicator may be set to a second value (e.g., FALSE or OFF) to indicate that OFDMA and/or UL MU-MIMO is not being used for this uplink transmission. In other words, if the indicator is set to the first value, then multiple stations may be transmitting simultaneously on the uplink. The scheduling information may be transmitted from the AP to the station with a CP length of $CP_{DL}$ (CP length value for the downlink). The indicator may be an explicit indicator, meaning that it is present in the uplink scheduling information and the station receiving the uplink scheduling information may readily determine the value of the indicator included in the uplink scheduling information. The indicator may be an implicit indicator, meaning that the station receiving the scheduling information may infer the value of the indicator by examining the uplink scheduling information intended for the station and/or uplink scheduling information intended for other stations.

2664.  At the station, as the station receives the uplink scheduling information, the station may decide on the CP length value for the uplink (CPUL) that it will use in its uplink transmission as informed by the uplink scheduling information. If the uplink scheduling information includes the indicator set to the second value (i.e., OFDMA and/or UL MU-MIMO is not being used) the station may set its CPUL, to a first CP length value (CP1), while if the indicator is set to the first value (i.e., OFDMA and/or UL MU-MIMO is being used) the station may set its CPUL to a second CP length value (CP2).

2665.  In general, CP1 may be the same value as CPDL and CP2 is larger

than CPDL (and hence CP1) to help accommodate the different propagation delay

between different stations and the AP when OFDMA and/or UL MU-MIMO is being

used. It is noted that CP**2** may be a default value specified by a technical standard,

an operator of the communications system, and the like, and may not need to be

signaled to the station. It is noted that other values for CP**1** and CP**2** are possible

and that the described relationship of CP**1**<CP**2** may not hold in all situations.

2666.  FIG. 3 a illustrates a flow diagram of example

operations 300 occurring in an AP as the AP transmits uplink scheduling

information to stations. The AP may perform a check to determine if it is using

OFDMA and/or UL MU-MIMO for the uplink being scheduled (block 305). If it is,

the AP may transmit the uplink scheduling information along with the indicator set

to indicate that OFDMA and/or UL MU-MIMO is to be used for the scheduled

uplink (block 310). If it is not, the AP may transmit the uplink scheduling

information along with the indicator set to indicate that OFDMA and/or UL MU-

MIMO is not to be used for the scheduled uplink (block 315)."

2667.  Rong at ¶¶ [0040]- [0044]:

2668.  "FIG. 3 b illustrates a flow diagram of example

operations 350 occurring in a station as the station transmits to its AP. The station

may receive uplink scheduling information from its AP (block **355**). The station may

perform a check to determine if OFDMA and/or UL MU-MIMO is going to be used

- 927 -

████████████████████████████

in the uplink (block **360**). If OFDMA and/or UL MU-MIMO is going to be used in

the uplink, i.e., the indicator is set to the first value (TRUE or ON), the station

adjusts its cyclic prefix to the timing value CP**2** (block **365**) and transmits to the AP

(block **370**). If OFDMA and/or UL MU-MIMO is not going to be used in the uplink,

i.e., the indicator is set to the second value (FALSE or OFF), the station does not

adjust its cyclic prefix but keeps it at CP1 or CPDL and transmits to the AP

(block 370).

2669.  In the SIFS after the end of the received uplink scheduling

information, the station may start its uplink transmission with cyclic prefix length

of CPUL, on a resource as indicated in the uplink scheduling information. With the

use of this example embodiment, a CP length value used in the uplink that is

greater than the CP length value used in the downlink is employed when OFDMA

and/or UL MU-MIMO is being used, which will help accommodate the different

propagation delays between different stations and the AP. Therefore, the

orthogonality between signals from the different stations is maintained at the

receiver (e.g., the AP).

2670.  As an illustrative example, assuming the AP coverage is 100 meters,

then the maximum round-trip propagation delay is about 0.67 us. With the guard

interval (i.e., CP length) of 0.8 us in current 802.11 WiFi system, there is only 0.13

us (0.8−0.67 us) left for mitigating channel delay spread and station timing

inaccuracy, which most likely will be inadequate. However, with a longer CP length

███████████████████████████████████

value, for example, 1.6 us, for the UL when UL OFDMA and/or UL MU-MIMO is used, after deducting the maximum round-trip delay of 0.67 us, there still is about 0.93 us left for mitigating channel delay spread and STA timing inaccuracy, which most likely will be sufficient for most of the scenarios.

2671.  According to an example embodiment, low overhead associated with the use of shorter CPs is maintained when longer CPs are not needed. As an example, when OFDMA and/or UL MU-MIMO is not used, the longer CP is not necessary and a shorter CP may be employed, thus reducing the overhead arising from the CP. But when OFDMA and/or UL MU-MIMO is used, although a longer CP is employed, the additional overhead from longer CP will be compensated for due to the use of OFDMA and/or UL MU-MIMO. In fact, additional gain may be achieved due to the use of OFDMA and/or UL MU-MIMO (e.g., supporting transmissions from multiple stations).

2672.  FIG. 4 illustrates an example interaction **400** between an AP and two stations (STA**1** and STA**2**). It is noted that for simplicity reasons, on both the uplink and the downlink, only one OFDM symbol is shown. In reality, actual downlink and uplink transmissions may occur over a plurality of OFDM symbols. The AP transmits uplink scheduling information **405** to STA**1** and STA**2** on the downlink, with a CP length of $CP_{DL}$ **407**. The uplink scheduling information includes the indicator that OFDMA is to be used on the scheduled uplink transmissions. Due to propagation delay, after $T_{Delay1}$, STA**1** receives the uplink scheduling information

- 929 -

(shown as uplink scheduling information **409**). Similarly, after $T_{Delay2}$,

STA**2** receives the uplink scheduling information (shown as uplink scheduling

information **411**). In this example, the distance between STA**2** and AP is larger

than the distance between STA**1** and AP, therefore, $T_{Delay2} > T_{Delay1}$. STA**1** and

STA**2** check their uplink scheduling information, find their resource allocation

information, and also find that OFDMA and/or UL MU-MIMO is to be used in the

scheduled uplink transmission, so the stations set the CP length of UL transmission

$CP_{UL}$ to CP**2**, which is larger than $CP_{DL}$. The use of OFDMA and/or UL MU-MIMO

may be determined from an implicit indicator or an explicit indicator."

2673.  Rong at ¶¶ [0045]- [0049]:

2674.  "At a time SIFS after the end of their received uplink scheduling

information, STA1 and STA**2** transmit their uplink traffic on their allocated

resource, respectively (uplink traffic **413** for STA**1** and uplink traffic **415** for STA**2**),

with a CP length of $CP_j. = CP$**2**, which is larger than $CP_{DL}$. Similarly, due to

propagation delay, STA**1** and STA**2**'s uplink transmissions arrive at the AP after a

delay of $T_{Delay1}$ and $T_{Delay2}$, respectively. Considering the round trip delay (e.g., from

AP to station, and from station to AP), the difference of the arrival time of

STA**1** and STA**2**'s uplink signal at AP receiver is $2*(T_{Delay2} - T_{Delay1})$. Since the CP

length on the uplink is set to $CP_{UL} = CP_2$, which is larger than $2*(T_{Delay2} - T_{Delay1})$ with

sufficient margin, the arrival time difference between STA**1** and STA**2** can be well

accommodated by $CP_{UL}$, and the orthogonality between the uplink signals of

- 930 -

STA**1** and STA**2** at the AP is maintained. The AP receives the uplink transmissions from STA**1** and STA**2** and performs additional operations accordingly.

2675.  FIG. 5 illustrates a message exchange diagram **500** highlighting messages exchanged between a station and its AP, where an indicator of the use of OFDMA and/or UL MU-MIMO is included in uplink scheduling information.

2676.  The AP may determine resource allocations for stations, as well as determine if OFDMA and/or UL MU-MIMO is to be used by the stations in transmissions in the resource allocations (block **505**). The AP may send UL scheduling information (shown as event **510**). The UL scheduling information is sent with a CP length of $CP_{UL}$. The station receives the UL scheduling information. From the UL scheduling information, the station may be able to determine resource allocation information, as well as an indicator if OFDMA and/or UL MU-MIMO is being used in the UL transmission (block **515**). If OFDMA and/or UL MU-MIMO is being used, the station may set $CP_{UL}=CP_2$, while if OFDMA and/or UL MU-MIMO is not being used, the station may set $CP_{UL}=CP_{DL}$. The station may send an UL transmission in a resource(s) allocated for it (shown as event **520**). The UL transmission is sent with a CP length of $CP_{UL}$.

2677.  According to an example embodiment, to afford greater flexibility on setting the CP length for OFDMA and/or UL MU-MIMO transmission, the uplink scheduling information includes an indicator of the uplink CP length, instead of an indicator of whether OFDMA and/or UL MU-MIMO is to be used on the scheduled

- 931 -

███████████████████████████

uplink transmission. The indicator of the uplink CP length can be in the form of a

number of bits operating as an index pointing to a CP length value in a set of

possible options. As an example, with two bit long indicator, a total of 4 possible CP

lengths can be used for uplink transmissions.

2678.  Upon receiving the uplink scheduling information, the station

determines the CP length $CP_{UL}$ to be used for its uplink transmission by checking

the indicator of uplink CP length in the uplink scheduling information. More

choices for uplink CP length will enable using different CP lengths in different

scenarios, to better match differences in distance (or propagation delay) between

different stations and the AP. As an example, in an outdoor environment with

larger coverage areas, a larger CP length can be used, and in indoor environment

with small coverage areas, a smaller CP length can be used, enabling reducing the

overhead arising from the use of CPs."

2679.  Rong at ¶¶ [0050]- [0054]:

2680.  "FIG. 6 a illustrates a flow diagram of example

operations 600 occurring in an AP as the AP transmits UL scheduling information.

Operations 600 may begin with the AP determining resource allocations for

stations. The AP may transmit UL scheduling information, which includes an

indicator of CP length (block 605).

2681.  FIG. 6 b illustrates a flow diagram of example

operations 650 occurring in a station as the station transmits on an uplink.

- 932 -

Operations **650** may begin with the station receiving UL scheduling information (block **655**). The UL scheduling information may include information about a resource(s) scheduled for the station, as well as an indicator of CP length the station is to use for UL transmissions. As an illustrative example, the indicator may be an index to a plurality of different CP lengths and the station will use a CP length as indicated in its UL transmission. The station may set CP in accordance with the indicator of CP length (block **660**). The station may make the UL transmission with CP value as indicated.

2682.  According to an example embodiment, it may be possible to eliminate the use of an indicator to indicate OFDMA and/or UL MU-MIMO usage or an indicator to indicate CP length altogether. Eliminating the indicator further reduces communications overhead. A station, upon receiving the uplink scheduling information, may check to determine if the uplink scheduling information is for more than one station. If the uplink scheduling information is for more than one station, the station may determine that OFDMA and/or UL MU-MIMO is being used for the uplink and set its uplink CP length ($CP_{UL}$) to CP**2**. If the uplink scheduling information is not for more than one station, the station may determine that OFDMA and/or UL MU-MIMO is not being used for the uplink and set its uplink CP length to CP**1**, where CP**2**>CP**1**.

2683.  It is noted that the station may need to check the uplink scheduling information for other stations in addition to its own in the received uplink scheduling information received from the AP.

2684.  FIG. 7 a illustrates a flow diagram of example operations 700 occurring in an AP as the AP transmits UL scheduling information without the presence of an indicator of OFDMA and/or UL MU-MIMO or an indicator of CP length. Operations **700** may begin with the AP determining resource allocations for stations. The AP may transmit UL scheduling information, which does not includes an indicator of OFDMA and/or UL MU-MIMO usage or CP length (block **705**)."

2685.  Rong at ¶¶ [0055]- [0056]:

2686.  "FIG. 7 *b* illustrates a flow diagram of example operations occurring in a station as the station transmits on an uplink based on UL scheduling information that does not include an indicator of OFDMA and/or UL MU-MIMO or an indicator of CP length. Operations **750** may begin with the station receiving UL scheduling information (block **755**). Since the UL scheduling information does not include an indicator of OFDMA and/or UL MU-MIMO usage or CP length, the station may perform a check to determine if the UL scheduling information contains scheduling information for more than 1 station (block **760**). If the UL scheduling information contains scheduling information for more than 1 station, the station may adjust the $CP_{UL}$ for its UL transmission (block **765**). If the UL scheduling information does not

████████████████████████████████████████████

contain scheduling information for more than 1 station, the station may not adjust

the $CP_{UL}$ for its UL transmission (given that it is set to a default value, CP**1**, for

example). The station may transmit its UL transmission with the $CP_j$. (block **770**).

Alternatively, the station may adjust $CP_{UL}$ based on the UL scheduling information.

As an illustrative example, if the UL scheduling information contains scheduling

information for more than 1 station, the station may set $CP_{UL}$ to a first value and if

the UL scheduling information does not contain scheduling information for more

than 1 station, the station may set $CP_{UL}$ to a second value.

2687.  The example embodiments presented herein enable the use of OFDMA

and/or UL MU-MIMO, making resource usage more efficient. A cyclic prefix for the

uplink ($CP_{UL}$) is longer than the cyclic prefix for the downlink ($CP_{DL}$), which may

help to accommodate different propagation delays between different stations and

the AP, thereby maintaining the orthogonality among signals from the different

stations at the AP. Adaptive cyclic prefix length also helps to maintain low

overhead. When OFDMA and/or UL MU-MIMO are not used, longer cyclic prefixes

are not necessary and a shorter cyclic prefix may be used, therefore reducing

overhead. When OFDMA and/or UL MU-MIMO is used, longer cyclic prefixes are

used, but the increased overhead may be compensated for by the additional gain

achieved through the use of OFDMA and/or UL MU-MIMO."

2688.  Rong Fig. 4



**Fig. 4**

2689.  Rong Fig. 5

█████████████████████████████████



**Fig. 5**

2690.  Rong Fig. 6



Fig. 6a

Fig. 6b

2691.  Rong Fig. 7



Fig. 7a

Fig. 7b

2692. Alternatively, Rong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2693. **Chun** also discloses this element. *See* Element 1 [d] above.

2694. Chun, 4:44-52 ("In the exemplary embodiment of the present invention, the AP may perform DL MU transmission based on OFDMA, and such transmission may be expressed by using the term DL MU OFDMA transmission. In case the DL MU OFDMA transmission is used, the AP may transmit a downlink

frame to each of the multiple STAs through each of the multiple frequency

resources within the overlapping time resource.").

2695.  Chun, 5:59-67 ("In case the uplink transmission performed by each of

the multiple STAs is respectively performed within different frequency domains,

different frequency resources respective to each of the multiple STAs may be

allocated as the uplink transmission resource based on OFDMA (orthogonal

frequency division multiplexing access). Such transmission method using different

frequency resources may also be expressed by using the term UL MU OFDMA

transmission method.").

2696.  Chun, 6:6-12 ("The UL MU transmission method may also be used as a

meaning that includes the UL MU OFDMA transmission method and the UL MU

MIMO transmission method.").

2697.  Chun, 6:51-56 ("Alternatively, in case each of the multiple STAs

respectively transmits an uplink frame 210, 220, and 230 through different

frequency resources based on OFDMA in order to increase the degree of freedom,

the transmission duration of the uplink frames being transmitted by each of the

multiple STAs may be configured differently.").

2698.  Chun, 13:52-67 ("In case the UL MU transmission is performed, in

addition to the difference in the receiving timing, which was mentioned above as a

problem that may occur, there also lie problems caused by a difference in the

frequency offset, a difference in the receiving power, and so on. More specifically,

████████████████████████████████████

since each of the multiple STAs has a different oscillator, in case the frequency offsets are indicated differently, it may be difficult to carry out the OFDMA based UL MU transmission. Additionally, in case the STA does not control the transmission power, the AP may receive the uplink frames, which are transmitted by each of the multiple STAs, at different power levels in accordance with the distance between the AP and the STAs or the channel environment. In this case, it may be difficult for the AP to detect (or search) uplink frames that are being received at a low (or weak) power level.").

2699.  Chun, 14:35-40 ("More specifically, in case the multiple uplink frames are transmitted via UL MU transmission based on OFDMA, and if the difference in the receiving timing of the multiple uplink frames is within a correction range, an IFFT based transform of the multiple uplink frames may be performed.").

2700.  Chun, 14:41-52 ("In case the difference in the receiving timing is less than or equal to a CP (or GI) length of an OFDM symbol transmitting the multiple uplink frames, it may be determined that the difference in the receiving timing is within the correction range. Conversely, in case the difference in the receiving timing is greater than a GI length of an OFDM symbol transmitting the multiple uplink frames, it may be determined that the difference in the receiving timing is outside of the correction range. A duration of the OFDM symbol may correspond to a sum of a GI duration and a valid symbol duration.").

2701.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2702.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

2703.  Claim 5 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun

2704.  The apparatus of claim 1, wherein the PHY header is associated with a second guard interval length.

2705.  **Rong** discloses this element.  Rong at ¶ [0044] ("It is noted that for simplicity reasons, on both the uplink and the downlink, only one OFDM symbol is shown. In reality, actual downlink and uplink transmissions may occur over a plurality of OFDM symbols.").  A POSITA would understand that both the PHY header and data use OFDM symbols.

2706.  Alternatively, Rong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2707.  **Choi** also discloses this element.

- 942 -

2708.  Choi at ¶¶ [0113]- [0114]:

2709.  "FIG. 10 is a schematic view illustrating a subcarrier for transmitting an HEW PPDU according to one embodiment of the present invention.

2710.  Referring to FIG. 10, a legacy part 1000 and an HEW part 1050 of the HEW PPDU may be generated based on different FFT sizes. FIG. 10 illustrates FFT size changes of the legacy part 1000 and the HEW part 1050 with reference to the HEW PPDU illustrated in FIG. 6. The HEW part 1050 is assumed to include a Data field."

2711.  Choi at ¶¶ [0115]- [0119]:

2712.  "an outdoor WLAN communication environment, a delay spread may increase. To reduce effects of the increase in delay spread, an FFT with a different size from that for the legacy part 1000 may be applied to the HEW part.

2713.  Specifically, a 64-FFT may be applied to the legacy part 1000 in a 20 MHz channel bandwidth. 52 subcarriers based on the 64-FFT may be used to transmit data, among which 48 subcarriers may be used to transmit traffic data and four subcarriers to etransmit a pilot signal. An interval between subcarriers may be 312.5 kHz. Further, the size (or width) of an OFDM symbol may be a 4 usec, and the length of a GI (TGI) may be 0.8 usec. The size of an active (or useful, valid, available) OFDM symbol may be 3.2 usec, which is obtained by subtracting the TGI (0.8 usec) from the size of the OFDM symbol (4 usec).

2714.  According to the embodiment of the present invention, a 128-FFT may be applied to the HEW part 1050 in a 20 MHz channel bandwidth.

2715.  When the 128-FFT is used, 104 subcarriers based on the 128-FFT may be used for data transmission. When the 104 subcarriers are used, an interval between subcarriers may be 312.5/2 (=156.25) kHz. The interval between subcarriers may be the inverse number of the width of an active OFDM symbol obtained by subtracting a TGI from the size of an OFDM symbol. Thus, when the 104 subcarriers are used, the size of the active OFDM symbol may increase to 6.4 usec, which is twice as long as 3.2 usec and the TGI may also be increased to 1.6 usec, which is twice as long as 0.8 usec. That is, the length of the OFDM symbol may be increased from 4 usec to 8 usec. According to the embodiment of the present invention, the length of the TGI may be adjusted depending on communication environments. When the TGI has a length of 0.8 usec, the length of the active OFDM symbol is increased to 7.2 usec and data throughput per unit time (or unit symbol) may increase. Using an FFT with an increased size may increase the TGI and accordingly increase transmission coverage of the HEW PPDU.

2716.  Application of FFTs with different sizes may be described as follows in view of generation of a PPDU by an STA."

2717.  Choi at ¶¶ [0120]- [0124]:

2718.  "An STA may generate and transmit a PPDU including a first portion (legacy part or L-SIG) and a second portion (HEW part, HEW-SIC-A or HEW-SIG-

- 944 -

A/B). The first portion may be generated by performing an inverse FFT (IFFT)

based on a first FFT size, and the second portion may be generated by performing

an IFFF based on a second FFT size. Here, the first FFT size may be different from

the second FFT, and the second FFT size may be a multiple of 2 times as large as

the first FFT size.

2719.  It may be assumed that the first portion is transmitted on a first

OFDM symbol and the second portion is transmitted on a second OFDM symbol. In

this case, the duration of the first OFDM symbol may be the sum of a first guard

interval duration and a first FFT period determined on the first FFT size, and the

duration of the second OFDM symbol may be the sum of a second guard interval

duration and a second FFT period determined on the second FFT size. Here, the

second guard interval duration may be longer than the first guard interval

duration.

2720.  The 128-FFT is an example of an FFT with an increased size, and a

256-FFT and 512-FFT may also be used, which are included in an embodiment

within the scope of the present invention. Using an FFT with an increased size may

increase transmission coverage of the HEW PPDU.

2721.  When the FFT size for the legacy part 1000 and the HEW part 1050

are different as above, a problem may occur when the STA decodes a PPDU due to

application of OFDM numerology to the legacy part 1000 and the HEW part 1050 in

different manners.

- 945 -

████████████████████████████████

2722.  An HEW STA needs to be able to decode both the legacy part 1000 and the HEW part 1050. Thus, the HEW STA needs to detect portions of the HEW PPDU subjected to FFTs with different sizes. Detecting portions of an HEW PPDU subjected to FFTs with different sizes may also be referred to as an OFDM numerology check."

2723.  Choi at ¶[0125]: "When there are portions subjected to FFTs with different sizes (for example, a multiple of 2 times, for example, four times) in a received PPDU, the HEW STA may determine the received PPDU as an HEW PPDU. On the contrary, when there are portions subjected to FFTs with different sizes in a received PPDU after the legacy part (L-STF, L-LTF and L-SIG) 1000, a legacy STA may determine the received PPDU as an HEW PPDU and not perform additional decoding."

2724.  Choi at Fig. 10:

## FIG. 10



2725.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2726.  **Das** also discloses this element. Das at 2382, left column ("n this work, we consider type 1. The typical frame structure can have a training sequence for OFDM, derived from IEEE 802.11 a/g but with a fixed guard interval in the preamble or the training sequence portion, and a variable guard interval for

2727.  the data portion. The length of the chosen guard interval can be indicated in some header (SIGNAL field in IEEE 802.1 1 a/g systems)").

2728.  Alternatively, Das, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2729.  **Merlin** also discloses this element.

2730.  Alternatively, Merlin, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2731.  **Chun** also discloses this element.  *See* Elements 1 [c] and 1 [e].

2732.  Chun, 10:57-60 ("Referring to FIG. 6, a PPDU may include a PPDU header and a PSDU (physical protocol service data unit) (or MPDU (MAC protocol data unit)). The PPDU header may be used as a meaning include both PHY header and PHY preambles.").

2733.  Chun, 10:61-64 ("The PPDU header may include a legacy part and a non-legacy part, and the PSDU may correspond to a Data field. More specifically, the PPDU header may be divided into a legacy part, which corresponds to up to a L-SIG (legacy-signal), and a non- legacy part, which corresponds to a part after the L-SIG.").

2734.  Chun, 11:51-57. ("Additionally, the HE-SIG A 630 may also include color bits information for BSS identification information, bandwidth information, tail bit, CRC bit, MCS (modulation and coding scheme) information respective to the HE-SIG B 660, information on the number of symbols for the HE-SIG B 660, and CO (cyclic prefix) (or GI (guard interval)) length information.").

2735.  Chun, 11:63-12:4 ("The HE-SIG B 660 may include information on a length MCS of a PSDU (Physical layer service data unit) respective to each STA and tail bit, and so on. For example, the information on the MCS may be decided based

- 948 -

on transmission power information or transmission power of the STA. The information on the MCS may include MCS indexes that are different from the MCS indexes that are indicated based on a polling frame or trigger frame transmitted by the AP for the UL-MU transmission.").

2736.  Chun, 12:45-58 ("In the non-legacy PPDU disclosed in FIG. 6, the total symbol duration (TSYML_HE) or the duration of the guard interval (GI) (TGIS_HE or TGI_HE) may be changed, and such information may be transmitted by the AP. For example, the AP may transmit the information on the total symbol duration or the guard interval as the system information to the STA through a beacon frame or probe response frame, and so on. The STA may perform decoding on the PPDU based on the received information on the total symbol duration and/or the information on the duration of the guard interval. The AP or STA may vary the total symbol duration and/or guard interval duration that is used in the PPDU. More specifically, the PPDU is configurable.").

2737.  Chun, 12:62-64 ("Referring to FIG. 7, a HE-STF 700, a HE-SIG 710, and a HE-LTF 720 may be sequentially included in the non-legacy part of the PPDU header.").

2738.  Chun 13:31-33 ("Referring to FIG. 8, a HE-STF 800 and a HE-SIG 810 may be sequentially included in the non-legacy part of the PPDU header.").

2739.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2740.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

   **5.     Claim 6 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun**

   **a.     The apparatus of claim 5, wherein the payload is comprised of a first set of orthogonal frequency-division multiplexing (OFDM) symbols and each OFDM symbol in the first set of OFDM symbols includes a guard interval of the first guard interval length.**

2741.  **<u>Rong</u>** discloses this element.

2742.  Rong at ¶ [0047] ("The AP may determine resource allocations for stations, as well as determine if OFDMA and/or UL MU-MIMO is to be used by the stations in transmissions in the resource allocations (block 505). The AP may send UL scheduling information (shown as event 510). The UL scheduling information is sent with a CP length of CPUL. The station receives the UL scheduling information. From the UL scheduling information, the station may be able to determine resource allocation information, as well as an indicator if OFDMA and/or UL MU-MIMO is

████████████████████████

being used in the UL transmission (block 515). If OFDMA and/or UL MU-MIMO is

being used, the station may set CPUL=CP2, while if OFDMA and/or UL MU-MIMO

is not being used, the station may set CPUL=CPDL. The station may send an UL

transmission in a resource(s) allocated for it (shown as event 520). The UL

transmission is sent with a CP length of CPUL.").  A POSITA would understand

that the CP is a guard interval.  *See* Rong at ¶ [0042] ("With the guard interval (i.e.,

CP length) …").

2743.  Alternatively, Rong, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

2744.  **Choi** discloses this element.

2745.  Choi at ¶¶ [0113]- [0114]:

2746.  "FIG. 10 is a schematic view illustrating a subcarrier for transmitting

an HEW PPDU according to one embodiment of the present invention.

2747.  Referring to FIG. 10, a legacy part 1000 and an HEW part 1050 of the

HEW PPDU may be generated based on different FFT sizes. FIG. 10 illustrates FFT

size changes of the legacy part 1000 and the HEW part 1050 with reference to the

HEW PPDU illustrated in FIG. 6. The HEW part 1050 is assumed to include a Data

field."

2748.  Choi at ¶¶ [0115]- [0119]:

███████████████████████████████████

2749. "an outdoor WLAN communication environment, a delay spread may increase. To reduce effects of the increase in delay spread, an FFT with a different size from that for the legacy part 1000 may be applied to the HEW part.

2750. Specifically, a 64-FFT may be applied to the legacy part 1000 in a 20 MHz channel bandwidth. 52 subcarriers based on the 64-FFT may be used to transmit data, among which 48 subcarriers may be used to transmit traffic data and four subcarriers to etransmit a pilot signal. An interval between subcarriers may be 312.5 kHz. Further, the size (or width) of an OFDM symbol may be a 4 usec, and the length of a GI (TGI) may be 0.8 usec. The size of an active (or useful, valid, available) OFDM symbol may be 3.2 usec, which is obtained by subtracting the TGI (0.8 usec) from the size of the OFDM symbol (4 usec).

2751. According to the embodiment of the present invention, a 128-FFT may be applied to the HEW part 1050 in a 20 MHz channel bandwidth.

2752. When the 128-FFT is used, 104 subcarriers based on the 128-FFT may be used for data transmission. When the 104 subcarriers are used, an interval between subcarriers may be 312.5/2 (=156.25) kHz. The interval between subcarriers may be the inverse number of the width of an active OFDM symbol obtained by subtracting a TGI from the size of an OFDM symbol. Thus, when the 104 subcarriers are used, the size of the active OFDM symbol may increase to 6.4 usec, which is twice as long as 3.2 usec and the TGI may also be increased to 1.6 usec, which is twice as long as 0.8 usec. That is, the length of the OFDM symbol

- 952 -

may be increased from 4 usec to 8 usec. According to the embodiment of the present invention, the length of the TGI may be adjusted depending on communication environments. When the TGI has a length of 0.8 usec, the length of the active OFDM symbol is increased to 7.2 usec and data throughput per unit time (or unit symbol) may increase. Using an FFT with an increased size may increase the TGI and accordingly increase transmission coverage of the HEW PPDU.

2753.  Application of FFTs with different sizes may be described as follows in view of generation of a PPDU by an STA.”

2754.  Choi at ¶¶ [0120]- [0124]:

2755.  “An STA may generate and transmit a PPDU including a first portion (legacy part or L-SIG) and a second portion (HEW part, HEW-SIC-A or HEW-SIG-A/B). The first portion may be generated by performing an inverse FFT (IFFT) based on a first FFT size, and the second portion may be generated by performing an IFFF based on a second FFT size. Here, the first FFT size may be different from the second FFT, and the second FFT size may be a multiple of 2 times as large as the first FFT size.

2756.  It may be assumed that the first portion is transmitted on a first OFDM symbol and the second portion is transmitted on a second OFDM symbol. In this case, the duration of the first OFDM symbol may be the sum of a first guard interval duration and a first FFT period determined on the first FFT size, and the duration of the second OFDM symbol may be the sum of a second guard interval

duration and a second FFT period determined on the second FFT size. Here, the

second guard interval duration may be longer than the first guard interval

duration.

2757.  The 128-FFT is an example of an FFT with an increased size, and a

256-FFT and 512-FFT may also be used, which are included in an embodiment

within the scope of the present invention. Using an FFT with an increased size may

increase transmission coverage of the HEW PPDU.

2758.  When the FFT size for the legacy part **1000** and the HEW

part **1050** are different as above, a problem may occur when the STA decodes a

PPDU due to application of OFDM numerology to the legacy part **1000** and the

HEW part **1050** in different manners.

2759.  An HEW STA needs to be able to decode both the legacy part **1000** and

the HEW part **1050**. Thus, the HEW STA needs to detect portions of the HEW

PPDU subjected to FFTs with different sizes. Detecting portions of an HEW PPDU

subjected to FFTs with different sizes may also be referred to as an OFDM

numerology check."

2760.  Choi at ¶¶ [0130]- [0134]:

2761.  "When there are portions subjected to FFTs with different sizes (for

example, a multiple of 2 times, for example, four times) in a received PPDU, the

HEW STA may determine the received PPDU as an HEW PPDU. On the contrary,

when there are portions subjected to FFTs with different sizes in a received PPDU

- 954 -

████████████████████████████████

after the legacy part (L-STF, L-LTF and L-SIG) **1000**, a legacy STA may determine

the received PPDU as an HEW PPDU and not perform additional decoding.

2762.  Hereinafter, one embodiment of the present invention discloses a

method of an HEW STA detecting portions subjected to FFTs with different sizes in

an HEW PPDU.

2763.  FIG. 11 is a schematic view illustrating a method of an HEW STA

detecting an FFT size in an HEW PPDU according to one embodiment of the

present invention.

2764.  Referring to FIG. 11, an HEW STA may determine an FFT size applied

to a guard interval period 1150 of an OFDM symbol allocated to a field (a

temporally first field in an HEW part in an HEW PPDU) followed by a legacy part

(L-STF, L-LTF and L-SIG) 1100 of a received PPDU. That is, the HEW STA may

determine an FFT size used for a channel bandwidth given in the guard interval

period 1150 of the OFDM symbol allocated to the field followed by the legacy

part 1100. As a result of determination, when the FFT size is changed, the HEW

STA may determine the received PPDU as an HEW PPDU.

2765.  The number of subcarriers on an OFDM symbol corresponding to the

HEW part may be a multiple of 2 times (for example, twice, four times and the like)

as large as the number of subcarriers on an OFDM symbol corresponding to the

legacy part."

2766.  Choi at ¶¶ [0125]- [0129]:

- 955 -

2767. "According to the embodiment of the present invention, to determine a change in FFT size by an STA, some OFDM symbols allocated for the HEW part in the HEW PPDU may include a GI with a sufficient length. For example, the GI for some OFDM symbols allocated for the HEW part may be a long GI, a double GI or a triple GI. For example, the double GI has a length twice as long as the short GI, and the triple GI has a length three times as long as the short GI.

2768. FIG. 12 is a schematic view illustrating a method of an HEW STA detecting an FFT size in an HEW PPDU according to one embodiment of the present invention.

2769. FIG. 12 discloses a configuration of a GI of an HEW part in the HEW PPDU.

2770. In FIG. 12, it is assumed that as an illustrative example of an HEW PPDU, an HEW part of an HEW PPDU includes an HEW-SIG-A, HEW-STF, HEW-LTF, HEW-SIG-B and Data field as illustrated in FIG. 6. Further, it is assumed that the HEW-SIG-A is allocated two OFDM symbols.

2771. In this case, the OFDM symbols for the HEW-SIG-A as a first field of the HEW part may include a long GI, double GI or triple GI."

2772. Choi at ¶¶ [0135]- [0136]:

2773. "As illustrated at the top of FIG. 12, when a plurality of OFDM symbols is allocated to the HEW-SIG-A 1200, a long GI 1250 may be included in each OFDM symbol corresponding to the HEW-SIG-A 1200.

- 956 -

2774.  Alternatively, as illustrated at the bottom of FIG. 12, to facilitate determination of an FFT size change by the HEW STA, a first OFDM symbol 1280 among the OFDM symbols allocated to the HEW-SIG-A 1270 may include a double GI 1290 or triple GI, and the other OFDM 1285 may include a relatively shorter GI or no GI."

2775.  Choi at Fig. 10:



FIG. 10

2776.  Choi at. Fig. 11:

## FIG. 11



2777.  Choi at Fig. 12

## FIG. 12





████████████████████████████████████

2778.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2779.  **Das** also discloses this element.

2780.  Das at 2382 left column ("In this work, we consider type 1. The typical frame structure can have a training sequence for OFDM, derived from IEEE 802.11 a/g but with a fixed guard interval in the preamble or the training sequence portion, and a variable guard interval for the data portion. The length of the chosen guard interval can be indicated in some header (SIGNAL field in IEEE 802.1 1 a/g systems)").

2781.  Alternatively, Das, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2782.  **Chun** also discloses this element.  *See* Elements 1 [c], Claim 4, and Claim 5 above.

2783.  Chun, 4:44-52 ("In the exemplary embodiment of the present invention, the AP may perform DL MU transmission based on OFDMA, and such transmission may be expressed by using the term DL MU OfDMA transmission. In case the DL MU OFDMA transmission is used, the AP may transmit a downlink frame to each of the multiple STAs through each of the multiple frequency resources within the overlapping time resource.").

2784.  Chun, 5:59-67 ("In case the uplink transmission performed by each of the multiple STAs is respectively performed within different frequency domains,

different frequency resources respective to each of the multiple STAs may be

allocated as the uplink transmission resource based on OFDMA (orthogonal

frequency division multiplexing access). Such transmission method using different

frequency resources may also be expressed by using the term UL MU OFDMA

transmission method.").

2785.  Chun, 6:6-12 ("The UL MU transmission method may also be used as a

meaning that includes the UL MU OFDMA transmission method and the UL MU

MIMO transmission method.").

2786.  Chun, 6:51-56 ("Alternatively, in case each of the multiple STAs

respectively transmits an uplink frame 210,220, and 230 through different

frequency resources based on OFDMA in order to increase the degree of freedom,

the transmission duration of the uplink frames being transmitted by each of the

multiple STAs may be configured differently.").

2787.  Chun, 13:52-67 ("In case the UL MU transmission is performed, in

addition to the difference in the receiving timing, which was mentioned above as a

problem that may occur, there also lie problems caused by a difference in the

frequency offset, a difference in the receiving power, and so on. More specifically,

since each of the multiple STAs has a different oscillator, in case the frequency

offsets are indicated differently, it may be difficult to carry out the OFDMA based

UL MU transmission. Additionally, in case the STA does not control the

transmission power, the AP may receive the uplink frames, which are transmitted

by each of the multiple STAs, at different power levels in accordance with the distance between the AP and the STAs or the channel environment. In this case, it may be difficult for the AP to detect (or search) uplink frames that arc being received at a low (or weak) power level.").

2788.  Chun, 14:35-40 ("More specifically, in case the multiple uplink frames are transmitted via UL MU transmission based on OFDMA, and if the difference in the receiving timing of the multiple uplink frames is within a correction range, an IFFT based transform of the multiple uplink frames may be performed.").

2789.  Chun, 14:41-52 ("In case the difference in the receiving timing is less than or equal to a CP (or GI) length of an OFDM symbol transmitting the multiple uplink frames, it may be determined that the difference in the receiving timing is within the correction range. Conversely, in case the difference in the receiving timing is greater than a GI length of an OFDM symbol transmitting the multiple uplink frames, it may be determined that the difference in the receiving timing is outside of the correction range. A duration of the OFDM symbol may correspond to a sum of a GI duration and a valid symbol duration.").

2790. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2791.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been

████████████████████████████████████

obvious at the time of the invention in view of any combination of Rong, and/or

Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine,"

*infra.*

       **6.**    **Claim 7 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun**

          **a.**    **The apparatus of claim 6, wherein the PHY header is composed of a second set of OFDM symbols and a third set of OFDM symbols and each OFDM symbol in the second set of OFDM symbols includes a guard interval of the second guard interval length and each OFDM symbol in the third set of OFDM symbols includes a guard interval of the first guard interval length.**

2792. **<u>Rong</u>** discloses this element.

2793. Rong at ¶ [0010] ("One advantage of an embodiment is that the cyclic prefix length is set in accordance with implicit or explicit indicators without requiring timing advance commands, therefore, communications overhead is reduced.').

2794. Rong at ¶ [0011] ("A further advantage of an embodiment is that the cyclic prefix length is adjustable, therefore, when a long cyclic prefix is not needed, a short cyclic prefix is used, thereby reducing communications overhead.").

2795. Alternatively, Rong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2796. **<u>Choi</u>** also discloses this element.

2797.  Choi at ¶¶ [0120]- [0124]:

2798.  "An STA may generate and transmit a PPDU including a first portion (legacy part or L-SIG) and a second portion (HEW part, HEW-SIC-A or HEW-SIG-A/B). The first portion may be generated by performing an inverse FFT (IFFT) based on a first FFT size, and the second portion may be generated by performing an IFFF based on a second FFT size. Here, the first FFT size may be different from the second FFT, and the second FFT size may be a multiple of 2 times as large as the first FFT size.

2799.  It may be assumed that the first portion is transmitted on a first OFDM symbol and the second portion is transmitted on a second OFDM symbol. In this case, the duration of the first OFDM symbol may be the sum of a first guard interval duration and a first FFT period determined on the first FFT size, and the duration of the second OFDM symbol may be the sum of a second guard interval duration and a second FFT period determined on the second FFT size. Here, the second guard interval duration may be longer than the first guard interval duration.

2800.  The 128-FFT is an example of an FFT with an increased size, and a 256-FFT and 512-FFT may also be used, which are included in an embodiment within the scope of the present invention. Using an FFT with an increased size may increase transmission coverage of the HEW PPDU.

- 963 -

2801.  When the FFT size for the legacy part **1000** and the HEW part **1050** are different as above, a problem may occur when the STA decodes a PPDU due to application of OFDM numerology to the legacy part **1000** and the HEW part **1050** in different manners.

2802.  An HEW STA needs to be able to decode both the legacy part **1000** and the HEW part **1050**. Thus, the HEW STA needs to detect portions of the HEW PPDU subjected to FFTs with different sizes. Detecting portions of an HEW PPDU subjected to FFTs with different sizes may also be referred to as an OFDM numerology check."

2803.  Choi at ¶¶[0130]- [0134]:

2804.  "When there are portions subjected to FFTs with different sizes (for example, a multiple of 2 times, for example, four times) in a received PPDU, the HEW STA may determine the received PPDU as an HEW PPDU. On the contrary, when there are portions subjected to FFTs with different sizes in a received PPDU after the legacy part (L-STF, L-LTF and L-SIG) **1000**, a legacy STA may determine the received PPDU as an HEW PPDU and not perform additional decoding.

2805.  Hereinafter, one embodiment of the present invention discloses a method of an HEW STA detecting portions subjected to FFTs with different sizes in an HEW PPDU.

█████████████████████████████████████████

2806.  FIG. 11 is a schematic view illustrating a method of an HEW STA detecting an FFT size in an HEW PPDU according to one embodiment of the present invention.

2807.  Referring to FIG. 11, an HEW STA may determine an FFT size applied to a guard interval period **1150** of an OFDM symbol allocated to a field (a temporally first field in an HEW part in an HEW PPDU) followed by a legacy part (L-STF, L-LTF and L-SIG) **1100** of a received PPDU. That is, the HEW STA may determine an FFT size used for a channel bandwidth given in the guard interval period **1150** of the OFDM symbol allocated to the field followed by the legacy part **1100**. As a result of determination, when the FFT size is changed, the HEW STA may determine the received PPDU as an HEW PPDU.

2808.  The number of subcarriers on an OFDM symbol corresponding to the HEW part may be a multiple of 2 times (for example, twice, four times and the like) as large as the number of subcarriers on an OFDM symbol corresponding to the legacy part."

2809.  Choi at ¶¶ [0125]- [0129]:

2810.  "According to the embodiment of the present invention, to determine a change in FFT size by an STA, some OFDM symbols allocated for the HEW part in the HEW PPDU may include a GI with a sufficient length. For example, the GI for some OFDM symbols allocated for the HEW part may be a long GI, a double GI or a

triple GI. For example, the double GI has a length twice as long as the short GI, and the triple GI has a length three times as long as the short GI.

2811.  FIG. 12 is a schematic view illustrating a method of an HEW STA detecting an FFT size in an HEW PPDU according to one embodiment of the present invention.

2812.  FIG. 12 discloses a configuration of a GI of an HEW part in the HEW PPDU.

2813.  In FIG. 12, it is assumed that as an illustrative example of an HEW PPDU, an HEW part of an HEW PPDU includes an HEW-SIG-A, HEW-STF, HEW-LTF, HEW-SIG-B and Data field as illustrated in FIG. 6. Further, it is assumed that the HEW-SIG-A is allocated two OFDM symbols.

2814.  In this case, the OFDM symbols for the HEW-SIG-A as a first field of the HEW part may include a long GI, double GI or triple GI."

2815.  Choi at ¶¶ [0135]- [0136]:

2816.  "As illustrated at the top of FIG. 12, when a plurality of OFDM symbols is allocated to the HEW-SIG-A 1200, a long GI 1250 may be included in each OFDM symbol corresponding to the HEW-SIG-A 1200.

2817.  Alternatively, as illustrated at the bottom of FIG. 12, to facilitate determination of an FFT size change by the HEW STA, a first OFDM symbol 1280 among the OFDM symbols allocated to the HEW-SIG-A 1270 may

- 966 -

include a double GI 1290 or triple GI, and the other OFDM 1285 may include a

relatively shorter GI or no GI."

2818.  Choi at Fig. 10:



2819.  Choi at. Fig. 11:

## FIG. 11



2820. Choi at Fig. 12

## FIG. 12





2821.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2822.  **Chun** also discloses this element.  *See* Elements 1 [c], Claim 4, Claim 5, and Claim 6 above.

2823.  Chun, 4:44-52 ("In the exemplary embodiment of the present invention, the AP may perform DL MU transmission based on OFDMA, and such transmission may be expressed by using the term DL MU OfDMA transmission. In case the DL MU OFDMA transmission is used, the AP may transmit a downlink frame to each of the multiple STAs through each of the multiple frequency resources within the overlapping time resource.").

2824.  Chun, 5:59-67 ("In case the uplink transmission performed by each of the multiple STAs is respectively performed within different frequency domains, different frequency resources respective to each of the multiple STAs may be allocated as the uplink transmission resource based on OFDMA (orthogonal frequency division multiplexing access). Such transmission method using different frequency resources may also be expressed by using the term UL MU OFDMA transmission method.").

2825.  Chun, 6:6-12 ("The UL MU transmission method may also be used as a meaning that includes the UL MU OFDMA transmission method and the UL MU MIMO transmission method.").

███████████████████████████████████

2826.  Chun, 6:51-56 ("Alternatively, in case each of the multiple STAs respectively transmits an uplink frame 210,220, and 230 through different frequency resources based on OFDMA in order to increase the degree of freedom, the transmission duration of the uplink frames being transmitted by each of the multiple STAs may be configured differently.").

2827.  Chun, 13:52-67 ("In case the UL MU transmission is performed, in addition to the difference in the receiving timing, which was mentioned above as a problem that may occur, there also lie problems caused by a difference in the frequency offset, a difference in the receiving power, and so on. More specifically, since each of the multiple STAs has a different oscillator, in case the frequency offsets are indicated differently, it may be difficult to carry out the OFDMA based UL MU transmission. Additionally, in case the STA does not control the transmission power, the AP may receive the uplink frames, which are transmitted by each of the multiple STAs, at different power levels in accordance with the distance between the AP and the STAs or the channel environment. In this case, it may be difficult for the AP to detect (or search) uplink frames that arc being received at a low (or weak) power level.").

2828.  Chun, 14:35-40 ("More specifically, in case the multiple uplink frames are transmitted via UL MU transmission based on OFDMA, and if the difference in the receiving timing of the multiple uplink frames is within a correction range, an IFFT based transform of the multiple uplink frames may be performed.").

2829.  Chun, 14:41-52 ("In case the difference in the receiving timing is less than or equal to a CP (or GI) length of an OFDM symbol transmitting the multiple uplink frames, it may be determined that the difference in the receiving timing is within the correction range. Conversely, in case the difference in the receiving timing is greater than a GI length of an OFDM symbol transmitting the multiple uplink frames, it may be determined that the difference in the receiving timing is outside of the correction range. A duration of the OFDM symbol may correspond to a sum of a GI duration and a valid symbol duration.").

2830.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2831.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine," *infra.*

       **7.     Claim 8 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun**

           **a.     The apparatus of claim 7, wherein the second set of OFDM symbols comprises a legacy short training field, a legacy long training field, a legacy signal field, and a high efficiency signal A field, and wherein the third set of OFDM symbols comprises a high efficiency long training field.**

- 971 -

2832.  **Choi** also discloses this element.

2833.  Figure 10 of Choi discloses a "Legacy Part (1000)", which a POSITA would recognize as containing a legacy short training field (L-STF), a legacy long training field (L-LTF), and a legacy signal field (L-SIG). These have the same form as PHY header fields that were described in both the IEEE 802.11n and IEEE 802.11ac amendments and would be known to a POSITA to employ OFDM symbols. Following these fields is a HEW-SIG-A field, which is part of the "HEW Part (1050)". A POSITA would recognize HEW as associated with the High Efficiency Wireless (i.e. the 802.11ax) project at the IEEE and thus signal field for high efficiency.

2834.  Choi then expands upon the description of the HEW-SIG-A at ¶¶ [0134]- [0136]:

2835.  "In this case, the OFDM symbols for the HEW SIG-A as a first field of the HEW part may include a long GI, double GI or triple GI. As illustrated at the top of FIG. 12, when a plurality of OFDM symbols is allocated to the HEW-SIG-A 1200, along GI 1250 may be included in each OFDM symbol corresponding to the HEW-SIG-A 1200. Alternatively, as illustrated at the bottom of FIG. 12, to facilitate determination of an FFT size change by the HEW STA, a first OFDM symbol 1280 among the OFDM symbols allocated to the HEW-SIG-A 1270 may include a double GI 1290 or triple GI, and the other OFDM 1285 may include a relatively shorter GI or no GI."

███████████████████████

2836.  Choi at ¶¶ [0120]- [0124]:

2837.  "An STA may generate and transmit a PPDU including a first portion (legacy part or L-SIG) and a second portion (HEW part, HEW-SIC-A or HEW-SIG-A/B). The first portion may be generated by performing an inverse FFT (IFFT) based on a first FFT size, and the second portion may be generated by performing an IFFF based on a second FFT size. Here, the first FFT size may be different from the second FFT, and the second FFT size may be a multiple of 2 times as large as the first FFT size.

2838.  It may be assumed that the first portion is transmitted on a first OFDM symbol and the second portion is transmitted on a second OFDM symbol. In this case, the duration of the first OFDM symbol may be the sum of a first guard interval duration and a first FFT period determined on the first FFT size, and the duration of the second OFDM symbol may be the sum of a second guard interval duration and a second FFT period determined on the second FFT size. Here, the second guard interval duration may be longer than the first guard interval duration.

2839.  The 128-FFT is an example of an FFT with an increased size, and a 256-FFT and 512-FFT may also be used, which are included in an embodiment within the scope of the present invention. Using an FFT with an increased size may increase transmission coverage of the HEW PPDU.

2840.  When the FFT size for the legacy part 1000 and the HEW part 1050 are different as above, a problem may occur when the STA decodes a PPDU due to application of OFDM numerology to the legacy part 1000 and the HEW part 1050 in different manners.

2841.  An HEW STA needs to be able to decode both the legacy part **1000** and the HEW part **1050**. Thus, the HEW STA needs to detect portions of the HEW PPDU subjected to FFTs with different sizes. Detecting portions of an HEW PPDU subjected to FFTs with different sizes may also be referred to as an OFDM numerology check."

2842.  Choi at ¶¶[0130]- [0134]:

2843.  "When there are portions subjected to FFTs with different sizes (for example, a multiple of 2 times, for example, four times) in a received PPDU, the HEW STA may determine the received PPDU as an HEW PPDU. On the contrary, when there are portions subjected to FFTs with different sizes in a received PPDU after the legacy part (L-STF, L-LTF and L-SIG) **1000**, a legacy STA may determine the received PPDU as an HEW PPDU and not perform additional decoding.

2844.  Hereinafter, one embodiment of the present invention discloses a method of an HEW STA detecting portions subjected to FFTs with different sizes in an HEW PPDU.

████████████████████████████████████████████████

2845.  FIG. 11 is a schematic view illustrating a method of an HEW STA detecting an FFT size in an HEW PPDU according to one embodiment of the present invention.

2846.  Referring to FIG. 11, an HEW STA may determine an FFT size applied to a guard interval period 1150 of an OFDM symbol allocated to a field (a temporally first field in an HEW part in an HEW PPDU) followed by a legacy part (L-STF, L-LTF and L-SIG) **1100** of a received PPDU. That is, the HEW STA may determine an FFT size used for a channel bandwidth given in the guard interval period **1150** of the OFDM symbol allocated to the field followed by the legacy part **1100**. As a result of determination, when the FFT size is changed, the HEW STA may determine the received PPDU as an HEW PPDU.

2847.  The number of subcarriers on an OFDM symbol corresponding to the HEW part may be a multiple of 2 times (for example, twice, four times and the like) as large as the number of subcarriers on an OFDM symbol corresponding to the legacy part."

2848.  Choi at ¶¶ [0125]- [0129]:

2849.  "According to the embodiment of the present invention, to determine a change in FFT size by an STA, some OFDM symbols allocated for the HEW part in the HEW PPDU may include a GI with a sufficient length. For example, the GI for some OFDM symbols allocated for the HEW part may be a long GI, a double GI or a

- 975 -

████████████████████████████

triple GI. For example, the double GI has a length twice as long as the short GI, and the triple GI has a length three times as long as the short GI.

2850.  FIG. 12 is a schematic view illustrating a method of an HEW STA detecting an FFT size in an HEW PPDU according to one embodiment of the present invention.

2851.  FIG. 12 discloses a configuration of a GI of an HEW part in the HEW PPDU.

2852.  In FIG. 12, it is assumed that as an illustrative example of an HEW PPDU, an HEW part of an HEW PPDU includes an HEW-SIG-A, HEW-STF, HEW-LTF, HEW-SIG-B and Data field as illustrated in FIG. 6. Further, it is assumed that the HEW-SIG-A is allocated two OFDM symbols.

2853.  In this case, the OFDM symbols for the HEW-SIG-A as a first field of the HEW part may include a long GI, double GI or triple GI."

2854.  Choi at ¶¶ [0135]- [0136]:

2855.  "As illustrated at the top of FIG. 12, when a plurality of OFDM symbols is allocated to the HEW-SIG-A 1200, a long GI 1250 may be included in each OFDM symbol corresponding to the HEW-SIG-A 1200.

2856.  Alternatively, as illustrated at the bottom of FIG. 12, to facilitate determination of an FFT size change by the HEW STA, a first OFDM symbol 1280 among the OFDM symbols allocated to the HEW-SIG-A 1270 may

- 976 -

include a double GI 1290 or triple GI, and the other OFDM 1285 may include a

relatively shorter GI or no GI."

2857.  Choi at Fig. 10:



FIG. 10

2858.  Choi at. Fig. 11:

# FIG. 11



2859.  Choi at Fig. 12

# FIG. 12





2860.  Alternatively, Choi, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2861.  **Rong** discloses this element.

2862.  "The example embodiments presented herein enable the use of OFDMA and/or ULMU-MIMO, making resource usage more efficient. A cyclic prefix for the uplink (CP) is longer than the cyclic prefix for the downlink (CP), which may help to accommodate different propagation delays between different stations and the AP, thereby maintaining the orthogonality among signals from the different stations at the AP. Adaptive cyclic prefix length also helps to maintain low overhead. When OFDMA and/or ULMU-MIMO are not used, longer cyclic prefixes are not necessary and a shorter cyclic prefix may be used, therefore reducing overhead. When OFDMA and/or UL MU-MIMO is used, longer cyclic prefixes are used, but the increased overhead may be compensated for by the additional gain achieved through the use of OFDMA and/or ULMU-MIMO." Rong at ¶ [0056].

2863.  Alternatively, Rong, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2864.  **Chun** also discloses this element.  *See* Elements 1 [c], Claim 4, Claim 5, Claim 6, and Claim 7 above.

2865.  Chun, 10:61-11:16 ("The PPDU header may include a legacy part and a non-legacy part, and the PSDU may correspond to a Data field. More specifically,

███████████████████

the PPDU header may be divided into a legacy part, which corresponds to up to a L-SIG (legacy-signal), and a non- legacy part, which corresponds to a part after the L-SIG. The legacy part may correspond to part for supporting a legacy wireless LAN system (e.g., IEEE 802.1 la/b/g/n/ac, and so on). In detail, the legacy part or L-part may follow the configuration of the L-STF, L-LTF, L-SIG, which maintains the exact format used in the legacy WiFi system. The non-legacy part may correspond to a part for supporting the next generation wireless LAN system (or non-legacy wireless LAN system) according to the exemplary embodiment of the present invention. In detail, the non- legacy part is a High Efficiency (HE) part that is newly configured for IEEE 802.11ax standard, which is a High Efficiency (HE) system. Herein, the order of the HE-STF and the HE-SIG may be changed, and the HE-LTF may be omitted. The HE-SIG may announce information for decoding Data (e.g., OFDMA, UL MU MIMO, Enhanced MCS), and so on. The L-part and the HE-part may each have a different FFT size (i.e., subcarrier spacing) and may each use a different CP.").

2866.  Chun, 11:17-19 ("The legacy part may include a L-STF (legacy short training field) 600, a L-LTF (legacy long training field) 610, and a L-SIG 620.").

2867.  Chun, 11:20-24  ("The L-STF 600 may include a short training OFDM symbol (short training orthogonal frequency division multiplexing symbol). The L-STF 600 may be used for frame detection, AGC (automatic gain control), diversity detection, and coarse frequency/time synchronization.").

███████████████████████████████████████████████

2868.  Chun, 11:25-28 ("The L-LTF 610 may include a long training OFDM symbol (long training orthogonal frequency division multiplexing symbol). The L-LTF 610 may be used for fine frequency/time synchronization and channel prediction.").

2869.  Chun, 11:32-50 ("The non-legacy part may include non-legacy fields for supporting operations within a non-legacy WLAN system, such as HE (high efficiency)-SIG A 630, HE-STF 640, HE-LTF 650, and HE-SIG B 660. For example, the HE-SIG A 630 may be positioned after the L-SIG 620 of the legacy part. In order to support the non-legacy WLAN system, a signal field, such as HE-SIG A 630, may include diverse information. For example, in case channel access of multiple STAs is performed based on OFDMA (orthogonal frequency division multiple access), the HE-SIG A 630 may transmit information on frequency resource (e.g., channel) for data transmission and data reception, information on downlink resource allocation and uplink resource allocation, and so on, respective to each of the multiple STAs. Additionally, the HE-SIG A 630 may also include information for supporting uplink MIMO (multiple input multiple output). The HE-SIG A 630 may also include information for interference management of STAs in a dense environment having critical interference.").

2870.  Chun, 11:51-57 ("Additionally, the HE-SIG A 630 may also include color bits information for BSS identification information, bandwidth information, tail bit, CRC bit, MCS (modulation and coding scheme) information respective to

- 981 -

the HE-SIG B 660, information on the number of symbols for the HE-SIG B 660,

and CO (cyclic prefix) (or GI (guard interval)) length information.").

2871.  Chun, 11:58-60 ("The HE-STF 640 may be used for enhancing

automatic gain control estimation in a MIMO (multiple input multiple output)

environment or an OFDMA environment.").

2872.  Chun, 11:61-62 ("The HE-LTF 650 may be used for estimating a

channel in a MIMO environment or an OFDMA environment.").

2873.  Chun, 11:63-12:12 ("The HE-SIG B 660 may include information on a

length MCS of a PSDU (Physical layer service data unit) respective to each STA and

tail bit, and so on. For example, the information on the MCS may be decided based

on transmission power information or transmission power of the STA. The

information on the MCS may include MCS indexes that are different from the MCS

indexes that are indicated based on a polling frame or trigger frame transmitted by

the AP for the UL-MU transmission. Additionally, the HE-SIG B 660 may also

include information on an STA that is to receive the PPDU, OFDMA based resource

allocation information (or MG-MIMO information). In case the OFDMA based

resource allocation information (or MU- MIMO related information) is included in

the HE-SIG B 660, the resource allocation information may not be included in the

HE-SIG A 630.").

2874.  Chun, FIG. 6.

## FIG. 6



2875.  Chun, FIG 7.

## FIG. 7



2876.  Chun, FIG 8.

## FIG. 8



2877.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2878.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

### 8.   Claim 9 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun

2879.  See claims 1-8, supra.  As discussed above, independent claim 1 recites a method for "generating an uplink frame for the UL MU transmission."  The device that performs the method (which allegedly could be an IEEE 802.11ax STA) receives "an indication of a first guard interval length" in "a trigger frame

█████████████████████████

transmitted by an access point."  Independent claim 9 is substantially similar to independent claim 1, but instead of reciting a "guard interval length" in a "trigger frame," a device of claim 9 receives "in a downlink frame from the access point, an indication of a first cyclic prefix (CP) length."  As discussed previously and below, the prior art discloses and renders obvious an indication of a guard interval length and an indication of a CP length, and my analysis as to independent claim 1 applies also to independent claim 9 and is incorporated by reference.  Indeed, in the context of IEEE 802.11 WLANs, the terms cyclic prefix and guard interval length are used essentially interchangeably.  *See*, *e.g.*, U.S. Patent Publication 2015/0117363 ("Rong") at ¶ [0042] ("With the guard interval (i.e., CP length) of 0.8 us in current 802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel delay spread and station timing inaccuracy, which most likely will be inadequate."); U.S. Patent Publication 2016/0072654A1 ("Choi") at ¶ [0097] ("According to still another embodiment of the present invention, the HEW-STF sequence may include not only channel bandwidth information but information on a guard interval (GI) or cyclic prefix (CP) of an OFDM symbol used for transmitting the HEW part. Hereinafter, in the embodiment of the present invention, the GI and the CP may be interpreted as having the same meaning and the term 'GI' is used for convenience of description."); "Variable Guard Interval for OFDM Based WLANs," by Suvra S Das *et al.*, 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile Radio Communications, pages 2381-2385 ("Das") at page 2381 left column

- 985 -

(disclosing that a guard interval (GI) between consecutive OFDM symbols "is implemented as cyclic prefix (CP) or as zero padding (ZP).") (citing an article published in 2002).  If it is argued or determined that these terms have different meanings, it would have been obvious at the time of the invention of the '513 patent to use either a CP or a GI (*e.g.*, zero padding).  Rong at ¶ [0042]; Choi at ¶ [0097]; Das at 2381.

2880.  As also discussed below, dependent claims 10-13 correspond to claims that depend from claim 1, and may analysis of those claims is incorporated by reference.  Independent claim 15 is similar to claims 1 and 9, but claim 15 is written from the perspective of the access point (AP).  As such, my analysis of claim 1 applies also to claim 15, and is incorporated by reference.  As also discussed below, dependent claims 16-19 correspond to claims that depend from independent claim 1, and my analysis of those claims is also incorporated by reference.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

\* \* \*

    a.    **Element 9 [pre]:  A method for facilitating wireless communications between a wireless device and an access point, the method comprising:**

2881.  *See* element 1 [pre].

2882.  **See also Chun**, 2:14-33 ("In order to achieve the above-described technical object of the present invention, according to another aspect of the present invention, a STA transmitting a frame in a wireless LAN may include a RF (radio frequency) unit being configured to transmit or receive radio signals, and a processor being operatively connected to the RF unit, wherein the processor may be configured to receive an uplink transmission indication frame from an AP (access point), and to transmit a first uplink frame to the AP as a response to the uplink transmission indication frame, and, herein, the uplink transmission indication frame may indicate a transmission of the first uplink frame and a second uplink frame within an overlapping time resource, the first uplink frame may be transmitted at a transmitting timing being decided based on an UlFS (uplink interface space), and the UIFS may correspond to a fixed value being included within a range that is greater than or equal to a maximum value of a SIFS (short interframe space) and that is smaller than a maximum value of a PIPS (PCP (point coordination function) interframe space).").

2883.  Chun, Abstract ("A method and an apparatus for transmitting a frame in a wireless LAN are disclosed. The method for transmitting a frame in a wireless LAN comprises: by an STA, receiving an uplink transmission instruction frame from an AP; and by the STA, transmitting, to the AP, a first uplink frame as a response to the uplink transmission instruction frame, wherein the uplink transmission instruction frame instructs transmission of the first uplink frame and

a second uplink frame on overlapping time resources, the first uplink frame is transmitted at a transmission timing determined on the basis of UIPS, and the UIPS may be a fixed value.").

2884.  Chun, 4:33-39 ("An AP (access point) that operates in a wireless local network area (WLAN) system may transmit data to each of the multiple STAs through the same time resource. When the transmission from the AP to the STA is referred to as a downlink transmission, such transmission to the AP may also be expressed by using the term DL MU transmission (downlink multi-user transmission).").

2885.  Chun, 5:35-55 ("Hereinafter, the exemplary embodiment of the present invention discloses a UL MU transmission method, wherein, after each of the multiple STAs has received a downlink frame from the AP, each of the multiple STAs transmits an uplink frame to the AP depending on the received downlink frame. Such uplink frame transmission method of the STA may also be expressed by using the term downlink dependent UL MU transmission. More specifically, after the transmission of the downlink frames, which is performed by the AP, before other STAs attempt contention for performing uplink transmission, each of the multiple STAs, which are indicated based on the downlink frame, may transmit an uplink frame to the AP based on the UL MU transmission method.").

2886.  Chun, FIG 2.



FIG. 2

2887.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2888.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

           **b.**      **Element 9 [a]:  receiving, by the wireless device in a downlink frame from the access point, an indication of a first cyclic prefix (CP) length, wherein the downlink frame is for allocating resources for an uplink (UL) multi-user (MU) transmission and for soliciting the UL MU transmission, wherein the first CP length is the same length to be used for all of a plurality of**

**stations addressed by the downlink frame in the UL
MU transmission;**

2889.  *See* element 1 [a].

2890.  See also Chun:

2891.  Chun, 7:54-56 ("The difference in the decodable receiving timing respective to the multiple uplink frames 210,220, and 230 may be within a GI (guard interval) (or CP (cyclic prefix).")

2892.  Chun, 11:51-57 ("Additionally, the HE-SIG A 630 may also include color bits information for BSS identification information, bandwidth information, tail bit, CRC bit, MCS (modulation and coding scheme) information respective to the HE-SIG B 660, information on the number of symbols for the HE-SIG B 660, and CO (cyclic prefix) (or GI (guard interval)) length information.").

2893.  Chun, 14:41-52 ("In case the difference in the receiving timing is less than or equal to a CP (or GI) length of an OFDM symbol transmitting the multiple uplink frames, it may be determined that the difference in the receiving timing is within the correction range. Conversely, in case the difference in the receiving timing is greater than a GI length of an OFDM symbol transmitting the multiple uplink frames, it may be determined that the difference in the receiving timing is outside of the correction range. A duration of the OFDM symbol may correspond to a sum of a GI duration and a valid symbol duration.").

2894.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2895.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

> **c.  Element 9 [b]:  generating, by the wireless device, an uplink frame for the UL MU transmission solicited by the downlink frame, wherein the uplink frame comprises a payload; and**

2896.  *See* element 1 [b].

2897.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

> **d.  Element 9 [c]:  transmitting the uplink frame using a resource allocated by the downlink frame,**

2898.  *See* element 1 [c].

2899.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Rong, and/or

Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine,"

*infra.*

> e.       **Element 9 [d]:  wherein at least a portion of the payload of the uplink frame is associated with the first CP length.**

2900.  *See* element 1 [d].

2901.  To the extent it is argued or determined that any of Rong, Choi, Das,

Merlin, or Chun do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Rong, and/or

Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine,"

*infra.*

> 9.       **Claim 10 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun**

2902.  *See* claims 1-8, *supra.*  As discussed above, independent claim 1 recites

a method for "generating an uplink frame for the UL MU transmission."  The device

that performs the method (which allegedly could be an IEEE 802.11ax STA)

receives "an indication of a first guard interval length" in "a trigger frame

transmitted by an access point."  Independent claim 9 is substantially similar to

independent claim 1, but instead of reciting a "guard interval length" in a "trigger

frame," a device of claim 9 receives "in a downlink frame from the access point, an

indication of a first cyclic prefix (CP) length."  As discussed previously and below,

the prior art discloses and renders obvious an indication of a guard interval length

and an indication of a CP length, and my analysis as to independent claim 1 applies

also to independent claim 9 and is incorporated by reference.  Indeed, in the context

of IEEE 802.11 WLANs, the terms cyclic prefix and guard interval length are used

essentially interchangeably.  *See*, *e.g.*, U.S. Patent Publication 2015/0117363

("Rong") at ¶ [0042] ("With the guard interval (i.e., CP length) of 0.8 us in current

802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel

delay spread and station timing inaccuracy, which most likely will be inadequate.");

U.S. Patent Publication 2016/0072654A1 ("Choi") at ¶ [0097] ("According to still

another embodiment of the present invention, the HEW-STF sequence may include

not only channel bandwidth information but information on a guard interval (GI) or

cyclic prefix (CP) of an OFDM symbol used for transmitting the HEW part.

Hereinafter, in the embodiment of the present invention, the GI and the CP may be

interpreted as having the same meaning and the term 'GI' is used for convenience of

description."); "Variable Guard Interval for OFDM Based WLANs," by Suvra S Das

*et al.*, 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile

Radio Communications, pages 2381-2385 ("Das") at page 2381 left column

(disclosing that a guard interval (GI) between consecutive OFDM symbols "is

implemented as cyclic prefix (CP) or as zero padding (ZP).") (citing an article

published in 2002).  If it is argued or determined that these terms have different

meanings, it would have been obvious at the time of the invention of the '513 patent

- 993 -

████████████████████████████████████

to use either a CP or a GI (*e.g.*, zero padding).  Rong at ¶ [0042]; Choi at ¶ [0097]; Das at 2381.

2903.  As also discussed below, dependent claims 10-13 correspond to claims that depend from claim 1, and may analysis of those claims is incorporated by reference.  Independent claim 15 is similar to claims 1 and 9, but claim 15 is written from the perspective of the access point (AP).  As such, my analysis of claim 1 applies also to claim 15, and is incorporated by reference.  As also discussed below, dependent claims 16-19 correspond to claims that depend from independent claim 1, and my analysis of those claims is also incorporated by reference.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

\* \* \*

    a.    **The method of claim 9, wherein the uplink frame further comprises a legacy header, and wherein at least a portion of the legacy header is associated with a second CP length.**

2904.  *See* claims 1 and 5.

2905.  **See also Chun**, 10:61-11:16 ("The PPDU header may include a legacy part and a non-legacy part, and the PSDU may correspond to a Data field. More specifically, the PPDU header may be divided into a legacy part, which corresponds to up to a L-SIG (legacy-signal), and a non- legacy part, which corresponds to a part after the L-SIG. The legacy part may correspond to part for supporting a legacy

███████████████████████████████

wireless LAN system (e.g., IEEE 802.11a/b/g/n/ac, and so on). In detail, the legacy

part or L-part may follow the configuration of the L-STF, L-LTF, L-SIG, which

maintains the exact format used in the legacy WiFi system. The non-legacy part

may correspond to a part for supporting the next generation wireless LAN system

(or non-legacy wireless LAN system) according to the exemplary embodiment of the

present invention. In detail, the non- legacy part is a High Efficiency (HE) part that

is newly configured for IEEE 802.1 lax standard, which is a High Efficiency (HE)

system. Herein, the order of the HE-STF and the HE-SIG may be changed, and the

HE-LTF may be omitted. The HE-SIG may announce information for decoding Data

(e.g., OFDMA, UL MU MIMO, Enhanced MCS), and so on. The L-part and the HE-

part may each have a different FFT size (i.e., subcarrier spacing) and may each use

a different CP.").

2906.  Chun, 14:52-15:4 ("Therefore, in order to perform successful decoding

on the multiple uplink frames, the length of the GI should be greater than the

difference in the receiving timing. More specifically, in case the GI length (or CP

length) is greater than or equal to the receiving timing, a difference correction

procedure is not required to be performed separately, and, in case the GI length is

less than the receiving timing, a difference correction procedure is required to be

performed. In case the GI length (e.g., 0.8 µs), which was used in the legacy 802.11

ac, is used herein, since the GI length is greater than the difference in the receiving

timing (0.125 µs) in an indoor environment, a correction procedure is not required to

be carried out with respect to the difference in the receiving timing. However, since

the GI length is less than the difference in the receiving timing (1.2~1.7 μs), a

correction procedure is required to be carried out with respect to the difference in

the receiving timing. By performing the correction procedure with respect to the

difference in the receiving timing, the difference in the receiving timing (or time

difference) may be adjusted to 400 ns or less.").

2907.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

2908.  To the extent it is argued or determined that any of Rong, Choi, Das,

Merlin, or Chun do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Rong, and/or

Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine,"

*infra*.

### 10.     Claim 11 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun

2909. *See* claims 1-8, *supra*.  As discussed above, independent claim 1 recites

a method for "generating an uplink frame for the UL MU transmission."  The device

that performs the method (which allegedly could be an IEEE 802.11ax STA)

receives "an indication of a first guard interval length" in "a trigger frame

transmitted by an access point."  Independent claim 9 is substantially similar to

independent claim 1, but instead of reciting a "guard interval length" in a "trigger

- 996 -

███████████████████████████

frame," a device of claim 9 receives "in a downlink frame from the access point, an

indication of a first cyclic prefix (CP) length." As discussed below, the prior art

discloses and renders obvious an indication of a guard interval length and an

indication of a CP length, and my analysis as to independent claim 1 applies also to

independent claim 9 and is incorporated by reference. Indeed, in the context of

IEEE 802.11 WLANs, the terms cyclic prefix and guard interval length are used

essentially interchangeably. *See*, *e.g.*, U.S. Patent Publication 2015/0117363

("Rong") at ¶ [0042] ("With the guard interval (i.e., CP length) of 0.8 us in current

802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel

delay spread and station timing inaccuracy, which most likely will be inadequate.");

U.S. Patent Publication 2016/0072654A1 ("Choi") at ¶ [0097] ("According to still

another embodiment of the present invention, the HEW-STF sequence may include

not only channel bandwidth information but information on a guard interval (GI) or

cyclic prefix (CP) of an OFDM symbol used for transmitting the HEW part.

Hereinafter, in the embodiment of the present invention, the GI and the CP may be

interpreted as having the same meaning and the term 'GI' is used for convenience of

description."); "Variable Guard Interval for OFDM Based WLANs," by Suvra S Das

*et al.*, 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile

Radio Communications, pages 2381-2385 ("Das") at page 2381 left column

(disclosing that a guard interval (GI) between consecutive OFDM symbols "is

implemented as cyclic prefix (CP) or as zero padding (ZP).") (citing an article

- 997 -

published in 2002).  If it is argued or determined that these terms have different meanings, it would have been obvious at the time of the invention of the '513 patent to use either a CP or a GI (*e.g.*, zero padding).  Rong at ¶ [0042]; Choi at ¶ [0097]; Das at 2381.

2910.  As also discussed below, dependent claims 10-13 correspond to claims that depend from claim 1, and may analysis of those claims is incorporated by reference.  Independent claim 15 is similar to claims 1 and 9, but claim 15 is written from the perspective of the access point (AP).  As such, my analysis of claim 1 applies also to claim 15, and is incorporated by reference.  As also discussed below, dependent claims 16-19 correspond to claims that depend from independent claim 1, and my analysis of those claims is also incorporated by reference.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

\* \* \*

> a.   **The method of claim 10, wherein the payload is comprised of a first set of orthogonal frequency-division multiplexing (OFDM) symbols and each OFDM symbol in the first set of OFDM symbols includes a CP of the first CP length, and wherein the legacy header is composed of a second set of OFDM symbols and each OFDM symbol in the second set of OFDM symbols includes a CP of the second CP length.**

2911.  *See* claims 1, 6 and 7.

- 998 -

2912.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

        **11.**    **Claim 12 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun**

              **a.**    **The method of claim 9, wherein the UL MU transmission is an Orthogonal Frequency-Division Multiple Access (OFDMA) transmission.**

2913.  *See* claims 1 and 4.

2914.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

        **12.**    **Claim 13 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun**

              **a.**    **The method of claim 9, wherein the uplink frame is transmitted at a predetermined time after a physical layer protocol data unit (PPDU) that carries the downlink frame.**

2915.  See claims 1-8, supra.  As discussed above, independent claim 1 recites a method for "generating an uplink frame for the UL MU transmission."  The device that performs the method (which allegedly could be an IEEE 802.11ax STA)

██████████████████████████████

receives "an indication of a first guard interval length" in "a trigger frame

transmitted by an access point."  Independent claim 9 is substantially similar to

independent claim 1, but instead of reciting a "guard interval length" in a "trigger

frame," a device of claim 9 receives "in a downlink frame from the access point, an

indication of a first cyclic prefix (CP) length."  As discussed previously and below,

the prior art discloses and renders obvious an indication of a guard interval length

and an indication of a CP length, and my analysis as to independent claim 1 applies

also to independent claim 9 and is incorporated by reference.  Indeed, in the context

of IEEE 802.11 WLANs, the terms cyclic prefix and guard interval length are used

essentially interchangeably.  *See*, *e.g.*, U.S. Patent Publication 2015/0117363

("Rong") at ¶ [0042] ("With the guard interval (i.e., CP length) of 0.8 us in current

802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel

delay spread and station timing inaccuracy, which most likely will be inadequate.");

U.S. Patent Publication 2016/0072654A1 ("Choi") at ¶ [0097] ("According to still

another embodiment of the present invention, the HEW-STF sequence may include

not only channel bandwidth information but information on a guard interval (GI) or

cyclic prefix (CP) of an OFDM symbol used for transmitting the HEW part.

Hereinafter, in the embodiment of the present invention, the GI and the CP may be

interpreted as having the same meaning and the term 'GI' is used for convenience of

description."); "Variable Guard Interval for OFDM Based WLANs," by Suvra S Das

*et al.*, 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile

- 1000 -

████████████████████████████████████

Radio Communications, pages 2381-2385 ("Das") at page 2381 left column

(disclosing that a guard interval (GI) between consecutive OFDM symbols "is

implemented as cyclic prefix (CP) or as zero padding (ZP).") (citing an article

published in 2002).  If it is argued or determined that these terms have different

meanings, it would have been obvious at the time of the invention of the '513 patent

to use either a CP or a GI (*e.g.*, zero padding).  Rong at ¶ [0042]; Choi at ¶ [0097];

Das at 2381.

2916.  As also discussed below, dependent claims 10-13 correspond to claims

that depend from claim 1, and may analysis of those claims is incorporated by

reference.  Independent claim 15 is similar to claims 1 and 9, but claim 15 is written

from the perspective of the access point (AP).  As such, my analysis of claim 1

applies also to claim 15, and is incorporated by reference.  As also discussed below,

dependent claims 16-19 correspond to claims that depend from independent claim 1,

and my analysis of those claims is also incorporated by reference.  Thus, in this

section I may only discuss some of the pertinent disclosures of the prior art

references analyzed above, instead of repeating my analysis as to these similar

claims.

* * *

2917.  *See* claims 1 and 3.

2918.  To the extent it is argued or determined that any of Rong, Choi, Das,

Merlin, or Chun do not disclose this element, then this element would have been

- 1001 -

obvious at the time of the invention in view of any combination of Rong, and/or

Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine,"

*infra.*

> 13.    **Claim 14 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun**

2919.  *See* claims 1-8, supra.  As discussed above, independent claim 1 recites

a method for "generating an uplink frame for the UL MU transmission."  The device

that performs the method (which allegedly could be an IEEE 802.11ax STA)

receives "an indication of a first guard interval length" in "a trigger frame

transmitted by an access point."  Independent claim 9 is substantially similar to

independent claim 1, but instead of reciting a "guard interval length" in a "trigger

frame," a device of claim 9 receives "in a downlink frame from the access point, an

indication of a first cyclic prefix (CP) length."  As discussed previously and below,

the prior art discloses and renders obvious an indication of a guard interval length

and an indication of a CP length, and my analysis as to independent claim 1 applies

also to independent claim 9 and is incorporated by reference.  Indeed, in the context

of IEEE 802.11 WLANs, the terms cyclic prefix and guard interval length are used

essentially interchangeably.  *See*, *e.g.*, U.S. Patent Publication 2015/0117363

("Rong") at ¶ [0042] ("With the guard interval (i.e., CP length) of 0.8 us in current

802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel

delay spread and station timing inaccuracy, which most likely will be inadequate.");

U.S. Patent Publication 2016/0072654A1 ("Choi") at ¶ [0097] ("According to still

another embodiment of the present invention, the HEW-STF sequence may include

not only channel bandwidth information but information on a guard interval (GI) or

cyclic prefix (CP) of an OFDM symbol used for transmitting the HEW part.

Hereinafter, in the embodiment of the present invention, the GI and the CP may be

interpreted as having the same meaning and the term 'GI' is used for convenience of

description."); "Variable Guard Interval for OFDM Based WLANs," by Suvra S Das

*et al.*, 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile

Radio Communications, pages 2381-2385 ("Das") at page 2381 left column

(disclosing that a guard interval (GI) between consecutive OFDM symbols "is

implemented as cyclic prefix (CP) or as zero padding (ZP).") (citing an article

published in 2002).  If it is argued or determined that these terms have different

meanings, it would have been obvious at the time of the invention of the '513 patent

to use either a CP or a GI (*e.g.*, zero padding).  Rong at ¶ [0042]; Choi at ¶ [0097];

Das at 2381.

2920.  As also discussed below, dependent claims 10-13 correspond to claims

that depend from claim 1, and may analysis of those claims is incorporated by

reference.  Independent claim 15 is similar to claims 1 and 9, but claim 15 is written

from the perspective of the access point (AP).  As such, my analysis of claim 1

applies also to claim 15, and is incorporated by reference.  As also discussed below,

dependent claims 16-19 correspond to claims that depend from independent claim 1,

and my analysis of those claims is also incorporated by reference.  Thus, in this

section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

> **a.      The method of claim 9, wherein a payload of the downlink frame comprises the indication of the first CP length.**

2921.  *See* claim 9 above.

2922.  **See also Das** at pg. 2381, left col.

2923.  "Abstract- The dynamic selection of guard interval in Orthogonal Frequency Division Multiplexing (OFDM) based wireless local area network (WLAN) systems is described in this work. It derives an algorithm and provides its performance merit for implementing variable guard interval (VGI). The proposed system improves mean, outage and maximum throughput significantly as compared to standard OFDM system using fixed guard interval without sacrificing bit error rate performance."

2924.  "Orthogonal frequency division multiplexing (OFDM) is expected to be one of the basic physical layer technologies for future generation wireless systems. With its long symbol duration it has strong capability to withstand multi-path fading. Using orthogonal sub carriers it can provide support for high data rate communications. With flat fading on each sub carrier, and using guard interval (GI) it needs only a simple equalization architecture. Its probable use in future systems

is also evident from the increasing research publications and inclusion of this technology into new and forthcoming high data rate wireless access standards [1], [2] and several next generation wireless communication research projects."

2925.  "Using guard interval (GI) between consecutive OFDM symbols is a common practice to overcome inter symbol interference and maintain orthogonality between symbols. The length of the GI is decided after channel measurements. It is usually four to five times the maximum channel root mean squared (rms) delay spread, or kept more than the maximum channel excess delay, in the considered environment. It is implemented as cyclic prefix (CP) or as zero padding (ZP) [3]. Use of guard interval causes a loss in spectral efficiency of the system. Although using a CP instead of zero padding, causes an additional wastage of energy on top of spectral efficiency loss, yet, CP has been the more favorable choice of implementors over zero padding. In IEEE 802. 11 a/g [1], as much as 25% of the useful signal part is the GI."

2926.  Das at pg. 2381 right col. – pg. 2382 left col.

2927.  "The implementation of the proposed system will be different for IEEE 802.11 a/g type scenario, where CSMA/CA is used compared to systems using reservation mechanism as in HiperLAN/2 [11] or IEEE802.16a. The focus of this paper is on WLAN type environment similar to IEEE 802.11 a/g. For such systems, each transmission burst belonging to different devices may have different GI for the

data portion, though the training sequence and the header OFDM symbol must have a fixed guard interval. This can be implemented in two ways.

2928.  Type 1 The subscriber station (SS) listens to transmission bursts from the access point (AP) to the other subscriber stations. In single input single output antenna (SISO) based systems, each SS estimates the channel between the AP and itself. When transmitting, it will calculate the required guard interval and use that in the DATA part. The training sequence needs to be uniform always.

2929.  Type 2 In systems using request to send (RTS) and clear to send (CTS), the AP estimates the required GI from the RTS, transmitted by a SS and informs the SS about the required GI in the CTS that it transmits to the SS. The SS can again estimate the required GI from the CTS and take a decision. This can be implemented in MIMO and SISO systems.

2930.  In this work, we consider type 1. The typical frame structure can have a training sequence for OFDM, derived from IEEE 802.11 a/g but with a fixed guard interval in the preamble or the training sequence portion, and a variable guard interval for the data portion. The length of the chosen guard interval can be indicated in some header (SIGNAL field in IEEE 802.11 a/g systems)."

2931.  A POSITA would recognize that the CTS described by Das is a downlink frame, since a downlink frame is a common description for a frame sent from an AP to an SS (client STA). Furthermore, a POSITA would recognize that information carrier in a "some header" could refer to a MAC header, which is

- 1006 -

typically carried in the payload of a frame. Alternatively, Das, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2932.  **Chun** also discloses this element.  *See* Claim 2 above.

2933.  Chun, 12:12-32 ("The size of the IFFT (inverse fast fourier transform) being applied to the HE-STF 640 and the field after the HE-STF 640 may be different from the size of the IFFTbeing applied to the field before the HE-STF 640. For example, the size of the IFFT being applied to the HE-STF 640 and the field after the HE-STF 640 may be four time larger than the size of the IFFT being applied to the field before the HE-STF 640. The STA may receive the HE-SIG A 630 and may receive indications on the reception of a downlink PPDU based on the HE-SIG A 630. In this case, the STA may perform decoding based on a FFT size, which is changed starting from the HE-STF 640 and the field after the HE-STF 640. Conversely, in case the STA fails to receive indication on the reception of a downlink PPDU based on the HE-SIG A 630, the STA may stop the decoding process and may configure a NAV (network allocation vector). The CP (cyclic prefix) of the HE-STF 640 may have a size that is larger than the CP (cyclic prefix) of another field, and, during such CP interval, the STA may change the FFT size so as to perform decoding on the downlink PPDU.").

2934. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2935. To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine," *infra.*

### 14. Claim 15 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun

2936. *See* claims 1-8, *supra.* As discussed above, independent claim 1 recites a method for "generating an uplink frame for the UL MU transmission." The device that performs the method (which allegedly could be an IEEE 802.11ax STA) receives "an indication of a first guard interval length" in "a trigger frame transmitted by an access point." Independent claim 9 is substantially similar to independent claim 1, but instead of reciting a "guard interval length" in a "trigger frame," a device of claim 9 receives "in a downlink frame from the access point, an indication of a first cyclic prefix (CP) length." As discussed previously and below, the prior art discloses and renders obvious an indication of a guard interval length and an indication of a CP length, and my analysis as to independent claim 1 applies also to independent claim 9 and is incorporated by reference. Indeed, in the context of IEEE 802.11 WLANs, the terms cyclic prefix and guard interval length are used

essentially interchangeably. *See*, *e.g.*, U.S. Patent Publication 2015/0117363 ("Rong") at ¶ [0042] ("With the guard interval (i.e., CP length) of 0.8 us in current 802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel delay spread and station timing inaccuracy, which most likely will be inadequate."); U.S. Patent Publication 2016/0072654A1 ("Choi") at ¶ [0097] ("According to still another embodiment of the present invention, the HEW-STF sequence may include not only channel bandwidth information but information on a guard interval (GI) or cyclic prefix (CP) of an OFDM symbol used for transmitting the HEW part. Hereinafter, in the embodiment of the present invention, the GI and the CP may be interpreted as having the same meaning and the term 'GI' is used for convenience of description."); "Variable Guard Interval for OFDM Based WLANs," by Suvra S Das *et al.*, 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile Radio Communications, pages 2381-2385 ("Das") at page 2381 left column (disclosing that a guard interval (GI) between consecutive OFDM symbols "is implemented as cyclic prefix (CP) or as zero padding (ZP).") (citing an article published in 2002). If it is argued or determined that these terms have different meanings, it would have been obvious at the time of the invention of the '513 patent to use either a CP or a GI (*e.g.*, zero padding). Rong at ¶ [0042]; Choi at ¶ [0097]; Das at 2381.

2937. As also discussed below, dependent claims 10-13 correspond to claims that depend from claim 1, and may analysis of those claims is incorporated by

████████████████████

reference.  Independent claim 15 is similar to claims 1 and 9, but claim 15 is written from the perspective of the access point (AP).  As such, my analysis of claim 1 applies also to claim 15, and is incorporated by reference.  As also discussed below, dependent claims 16-19 correspond to claims that depend from independent claim 1, and my analysis of those claims is also incorporated by reference.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

*  *  *

a.    **Element 15 [pre]:  A computer-implemented method of facilitating wireless communication, the method comprising:**

2938.  *See* element 1 [pre].

2939.  **See also Chun**, 19:65-20:6 ("When the exemplary embodiment is implemented as software, the above-described method may be implemented as a module (process, function, and so on) performing the above-described functions. The module may be stored in the memory 1520 and 1570 and may be executed by the processor 1510 and 1560. The memory 1520 and 1570 may be located inside or outside of the processor 1510 and 1560 and may be connected to the processor 1510 and 1560 through a diversity of well-known means.").

2940.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2941.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

> **b.    Element 15 [a]:  determining, by an access point, a first guard interval to be used by a set of stations participating in a multi-user (MU) uplink (UL) transmission; creating, by the access point, a trigger frame, wherein the trigger frame includes information indicating the first guard interval for the UL MU transmission, wherein the trigger frame allocates resources for the UL MU transmission and solicits the UL MU transmission;**

2942.  *See* element 1 [a].

2943.  **See also Chun**, Abstract ("A method and an apparatus for transmitting a frame in a wireless LAN are disclosed. The method for transmitting a frame in a wireless LAN comprises: by an STA, receiving an uplink transmission instruction frame from an AP; and by the STA, transmitting, to the AP, a first uplink frame as a response to the uplink transmission instruction frame, wherein the uplink transmission instruction frame instructs transmission of the first uplink frame and a second uplink frame on overlapping time resources, the first uplink

- 1011 -

frame is transmitted at a transmission timing determined on the basis of UIFS, and the UIFS may be a fixed value.").

2944.  Chun, 12:45-57 ("In the non-legacy PPDU disclosed in FIG. 6, the total symbol duration (TSYML _ HE) or the duration of the guard interval (GI) (TGIS _ HE or TGI _ HE) may be changed, and such information may be transmitted by the AP. For example, the AP may transmit the information on the total symbol duration or the guard interval as the system information to the STA through a beacon frame or probe response frame, and so on. The STA may perform decoding on the PPDU based on the received information on the total symbol duration and/or the information on the duration of the guard interval. The AP or STA may vary the total symbol duration and/or guard interval duration that is used in the PPDU. More specifically, the PPDU is configurable.").

2945.  Chun, 11:32-50 ("The non-legacy part may include non-legacy fields for supporting operations within a non-legacy WLAN system, such as HE (high efficiency)-SIG A 630, HE-STF 640, HE-LTF 650, and HE-SIG B 660. For example, the HE-SIG A 630 may be positioned after the L-SIG 620 of the legacy part. In order to support the non-legacy WLAN system, a signal field, such as HE-SIG A 630, may include diverse information. For example, in case channel access of multiple STAs is performed based on OFDMA (orthogonal frequency division multiple access), the HE-SIG A 630 may transmit information on frequency resource (e.g., channel) for data transmission and data reception, information on downlink resource allocation

and uplink resource allocation, and so on, respective to each of the multiple STAs. Additionally, the HE-SIG A 630 may also include information for supporting uplink MIMO (multiple input multiple output). The HE-SIG A 630 may also include information for interference management of STAs in a dense environment having critical interference.").

2946.  Chun, 11:63-12:12 ("The HE-SIG B 660 may include information on a length MCS of a PSDU (Physical layer service data unit) respective to each STA and tail bit, and so on. For example, the information on the MCS may be decided based on transmission power information or transmission power of the STA. The information on the MCS may include MCS indexes that are different from the MCS indexes that are indicated based on a polling frame or trigger frame transmitted by the AP for the UL-MU transmission. Additionally, the HE-SIG B 660 may also include information on an STA that is to receive the PPDU, OFDMA based resource allocation information (or MU-MIMO information). In case the OFDMA based resource allocation information (or MU- MIMO related information) is included in the HE-SIG B 660, the resource allocation information may not be included in the HE-SIG A 630.").

2947.  Chun, 12:28-32 ("The CP (cyclic prefix) of the HE-STF 640 may have a size that is larger than the CP (cyclic prefix) of another field, and, during such CP interval, the STA may change the FFT size so as to perform decoding on the downlink PPDU.").

- 1013 -

███████████████████████████████

2948.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2949.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

        c.        **Element 15 [b]:  transmitting, by the access point, the trigger frame to the set of stations; and**

2950.  **See also Chun**, 12:45-57 ("In the non-legacy PPDU disclosed in FIG. 6, the total symbol duration (TSYML _ HE) or the duration of the guard interval (GI) (TGIS _ HE or TGI _ HE) may be changed, and such information may be transmitted by the AP. For example, the AP may transmit the information on the total symbol duration or the guard interval as the system information to the STA through a beacon frame or probe response frame, and so on. The STA may perform decoding on the PPDU based on the received information on the total symbol duration and/or the information on the duration of the guard interval. The AP or STA may vary the total symbol duration and/or guard interval duration that is used in the PPDU. More specifically, the PPDU is configurable.").

2951.  Chun, 10:1-7 ("Referring to FIG. 5, the AP may transmit a downlink frame (feedback request frame) 500 for feedback of the STA. After receiving the

- 1014 -

████████████████████████████████

feedback request frame 500, and after a Pc (processing time), the STA may transmit

the feedback frame 500 to the AP. The processing time may include a RF delay, a

PLCP delay, a MAC processing delay, and a shifting time from Rx to Tx.").

2952.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

2953.  To the extent it is argued or determined that any of Rong, Choi, Das,

Merlin, or Chun do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Rong, and/or

Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine,"

*infra.*

         **d.**        **Element 15 [c]:  processing an uplink frame comprising a plurality of frames from the set of stations based on the resources for the UL MU transmission, wherein each of the plurality of frames comprises a respective payload, and wherein at least a portion of the respective payload is associated with the first guard interval.**

2954.  *See* elements 1 [b] and 1 [d].

2955.  To the extent it is argued or determined that any of Rong, Choi, Das,

Merlin, or Chun do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Rong, and/or

Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine,"

*infra.*

### 15. Claim 16 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun

2956. See claims 1-8, supra. As discussed above, independent claim 1 recites a method for "generating an uplink frame for the UL MU transmission." The device that performs the method (which allegedly could be an IEEE 802.11ax STA) receives "an indication of a first guard interval length" in "a trigger frame transmitted by an access point." Independent claim 9 is substantially similar to independent claim 1, but instead of reciting a "guard interval length" in a "trigger frame," a device of claim 9 receives "in a downlink frame from the access point, an indication of a first cyclic prefix (CP) length." As discussed previously and below, the prior art discloses and renders obvious an indication of a guard interval length and an indication of a CP length, and my analysis as to independent claim 1 applies also to independent claim 9 and is incorporated by reference. Indeed, in the context of IEEE 802.11 WLANs, the terms cyclic prefix and guard interval length are used essentially interchangeably. *See*, *e.g.*, U.S. Patent Publication 2015/0117363 ("Rong") at ¶ [0042] ("With the guard interval (i.e., CP length) of 0.8 us in current 802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel delay spread and station timing inaccuracy, which most likely will be inadequate."); U.S. Patent Publication 2016/0072654A1 ("Choi") at ¶ [0097] ("According to still another embodiment of the present invention, the HEW-STF sequence may include not only channel bandwidth information but information on a guard interval (GI) or cyclic prefix (CP) of an OFDM symbol used for transmitting the HEW part.

Hereinafter, in the embodiment of the present invention, the GI and the CP may be interpreted as having the same meaning and the term 'GI' is used for convenience of description."); "Variable Guard Interval for OFDM Based WLANs," by Suvra S Das *et al.*, 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile Radio Communications, pages 2381-2385 ("Das") at page 2381 left column (disclosing that a guard interval (GI) between consecutive OFDM symbols "is implemented as cyclic prefix (CP) or as zero padding (ZP).") (citing an article published in 2002).  If it is argued or determined that these terms have different meanings, it would have been obvious at the time of the invention of the '513 patent to use either a CP or a GI (*e.g.*, zero padding).  Rong at ¶ [0042]; Choi at ¶ [0097]; Das at 2381.

2957.  As also discussed below, dependent claims 10-13 correspond to claims that depend from claim 1, and may analysis of those claims is incorporated by reference.  Independent claim 15 is similar to claims 1 and 9, but claim 15 is written from the perspective of the access point (AP).  As such, my analysis of claim 1 applies also to claim 15, and is incorporated by reference.  As also discussed below, dependent claims 16-19 correspond to claims that depend from independent claim 1, and my analysis of those claims is also incorporated by reference.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

████████████████████████████████████████████

* * *

> **a.    The computer-implemented method of claim 15, wherein each of the plurality of frames comprises a respective non-legacy header, and wherein at least a portion of the respective non-legacy header is associated with the first guard interval.**

2958.  **See also Chun**, 10:57-60 ("Referring to FIG. 6, a PPDU may include a PPDU header and a PSDU (physical protocol service data unit) (or MPDU (MAC protocol data unit)). The PPDU header may be used as a meaning include both PHY header and PHY preambles.").

2959.  Chun, 10:61-11:16 ("The PPDU header may include a legacy part and a non-legacy part, and the PSDU may correspond to a Data field. More specifically, the PPDU header may be divided into a legacy part, which corresponds to up to a L-SIG (legacy-signal), and a non- legacy part, which corresponds to a part after the L-SIG. The legacy part may correspond to part for supporting a legacy wireless LAN system (e.g., IEEE 802.1 la/b/g/n/ac, and so on). In detail, the legacy part or L-part may follow the configuration of the L-STF, L-LTF, L-SIG, which maintains the exact format used in the legacy WiFi system. The non-legacy part may correspond to a part for supporting the next generation wireless LAN system (or non-legacy wireless LAN system) according to the exemplary embodiment of the present invention. In detail, the non- legacy part is a High Efficiency (HE) part that is newly configured for IEEE 802.1 lax standard, which is a High Efficiency (HE) system. Herein, the order of the HE-STF and the HE-SIG may be changed, and the

HE-LTF may be omitted. The HE-SIG may announce information for decoding Data

(e.g., OFDMA, UL MU MIMO, Enhanced MCS), and so on. The L-part and the HE-

part may each have a different FFT size (i.e., subcarrier spacing) and may each use

a different CP.").

2960.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

2961.  To the extent it is argued or determined that any of Rong, Choi, Das,

Merlin, or Chun do not disclose this element, then this element would have been

obvious at the time of the invention in view of any combination of Rong, and/or

Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine,"

*infra.*

### 16.    Claim 17 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun

2962.  *See* claims 1-8, *supra.*  As discussed above, independent claim 1 recites

a method for "generating an uplink frame for the UL MU transmission."  The device

that performs the method (which allegedly could be an IEEE 802.11ax STA)

receives "an indication of a first guard interval length" in "a trigger frame

transmitted by an access point."  Independent claim 9 is substantially similar to

independent claim 1, but instead of reciting a "guard interval length" in a "trigger

frame," a device of claim 9 receives "in a downlink frame from the access point, an

indication of a first cyclic prefix (CP) length."  As discussed previously and below,

- 1019 -

the prior art discloses and renders obvious an indication of a guard interval length

and an indication of a CP length, and my analysis as to independent claim 1 applies

also to independent claim 9 and is incorporated by reference.  Indeed, in the context

of IEEE 802.11 WLANs, the terms cyclic prefix and guard interval length are used

essentially interchangeably.  *See*, *e.g.*, U.S. Patent Publication 2015/0117363

("Rong") at ¶ [0042] ("With the guard interval (i.e., CP length) of 0.8 us in current

802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel

delay spread and station timing inaccuracy, which most likely will be inadequate.");

U.S. Patent Publication 2016/0072654A1 ("Choi") at ¶ [0097] ("According to still

another embodiment of the present invention, the HEW-STF sequence may include

not only channel bandwidth information but information on a guard interval (GI) or

cyclic prefix (CP) of an OFDM symbol used for transmitting the HEW part.

Hereinafter, in the embodiment of the present invention, the GI and the CP may be

interpreted as having the same meaning and the term 'GI' is used for convenience of

description."); "Variable Guard Interval for OFDM Based WLANs," by Suvra S Das

*et al.*, 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile

Radio Communications, pages 2381-2385 ("Das") at page 2381 left column

(disclosing that a guard interval (GI) between consecutive OFDM symbols "is

implemented as cyclic prefix (CP) or as zero padding (ZP).") (citing an article

published in 2002).  If it is argued or determined that these terms have different

meanings, it would have been obvious at the time of the invention of the '513 patent

- 1020 -

to use either a CP or a GI (*e.g.*, zero padding).  Rong at ¶ [0042]; Choi at ¶ [0097]; Das at 2381.

2963.  As also discussed below, dependent claims 10-13 correspond to claims that depend from claim 1, and may analysis of those claims is incorporated by reference.  Independent claim 15 is similar to claims 1 and 9, but claim 15 is written from the perspective of the access point (AP).  As such, my analysis of claim 1 applies also to claim 15, and is incorporated by reference.  As also discussed below, dependent claims 16-19 correspond to claims that depend from independent claim 1, and my analysis of those claims is also incorporated by reference.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

\* \* \*

a.    **The computer-implemented method of claim 16, wherein for each of the plurality of frames, a second portion of the respective non-legacy header is associated with a second guard interval.**

2964.  *See* claims 1 and 7.

2965.  To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun .  *See* "Motivation to Combine," *infra.*

███████████████████████████

### 17.    Claim 18 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun

2966.    *See* claims 1-8, *supra*.  As discussed above, independent claim 1 recites a method for "generating an uplink frame for the UL MU transmission."  The device that performs the method (which allegedly could be an IEEE 802.11ax STA) receives "an indication of a first guard interval length" in "a trigger frame transmitted by an access point."  Independent claim 9 is substantially similar to independent claim 1, but instead of reciting a "guard interval length" in a "trigger frame," a device of claim 9 receives "in a downlink frame from the access point, an indication of a first cyclic prefix (CP) length."  As discussed previously and below, the prior art discloses and renders obvious an indication of a guard interval length and an indication of a CP length, and my analysis as to independent claim 1 applies also to independent claim 9 and is incorporated by reference.  Indeed, in the context of IEEE 802.11 WLANs, the terms cyclic prefix and guard interval length are used essentially interchangeably.  *See*, *e.g.*, U.S. Patent Publication 2015/0117363 ("Rong") at ¶ [0042] ("With the guard interval (i.e., CP length) of 0.8 us in current 802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel delay spread and station timing inaccuracy, which most likely will be inadequate."); U.S. Patent Publication 2016/0072654A1 ("Choi") at ¶ [0097] ("According to still another embodiment of the present invention, the HEW-STF sequence may include not only channel bandwidth information but information on a guard interval (GI) or cyclic prefix (CP) of an OFDM symbol used for transmitting the HEW part.

Hereinafter, in the embodiment of the present invention, the GI and the CP may be interpreted as having the same meaning and the term 'GI' is used for convenience of description."); "Variable Guard Interval for OFDM Based WLANs," by Suvra S Das *et al.*, 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile Radio Communications, pages 2381-2385 ("Das") at page 2381 left column (disclosing that a guard interval (GI) between consecutive OFDM symbols "is implemented as cyclic prefix (CP) or as zero padding (ZP).") (citing an article published in 2002).  If it is argued or determined that these terms have different meanings, it would have been obvious at the time of the invention of the '513 patent to use either a CP or a GI (*e.g.*, zero padding).  Rong at ¶ [0042]; Choi at ¶ [0097]; Das at 2381.

2967.  As also discussed below, dependent claims 10-13 correspond to claims that depend from claim 1, and may analysis of those claims is incorporated by reference.  Independent claim 15 is similar to claims 1 and 9, but claim 15 is written from the perspective of the access point (AP).  As such, my analysis of claim 1 applies also to claim 15, and is incorporated by reference.  As also discussed below, dependent claims 16-19 correspond to claims that depend from independent claim 1, and my analysis of those claims is also incorporated by reference.  Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

███████████████████████████████████████████████

\* \* \*

> **a.** **The computer-implemented method of claim 15, wherein the trigger frame comprises an indication of when each of the plurality of frames is to be transmitted as part of the UL MU transmission.**

2968. *See* claims 1 and 2.

2969. To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine," *infra.*

> **18.** **Claim 19 is Obvious Over Rong in View of Choi and/or Das and/or Merlin and/or Chun**

2970. *See* claims 1-8, *supra.* As discussed above, independent claim 1 recites a method for "generating an uplink frame for the UL MU transmission." The device that performs the method (which allegedly could be an IEEE 802.11ax STA) receives "an indication of a first guard interval length" in "a trigger frame transmitted by an access point." Independent claim 9 is substantially similar to independent claim 1, but instead of reciting a "guard interval length" in a "trigger frame," a device of claim 9 receives "in a downlink frame from the access point, an indication of a first cyclic prefix (CP) length." As discussed previously and below, the prior art discloses and renders obvious an indication of a guard interval length and an indication of a CP length, and my analysis as to independent claim 1 applies

████████████████████████████████

also to independent claim 9 and is incorporated by reference.  Indeed, in the context

of IEEE 802.11 WLANs, the terms cyclic prefix and guard interval length are used

essentially interchangeably.  *See*, *e.g.*, U.S. Patent Publication 2015/0117363

("Rong") at ¶ [0042] ("With the guard interval (i.e., CP length) of 0.8 us in current

802.11 WiFi system, there is only 0.13 us (0.8−0.67 us) left for mitigating channel

delay spread and station timing inaccuracy, which most likely will be inadequate.");

U.S. Patent Publication 2016/0072654A1 ("Choi") at ¶ [0097] ("According to still

another embodiment of the present invention, the HEW-STF sequence may include

not only channel bandwidth information but information on a guard interval (GI) or

cyclic prefix (CP) of an OFDM symbol used for transmitting the HEW part.

Hereinafter, in the embodiment of the present invention, the GI and the CP may be

interpreted as having the same meaning and the term 'GI' is used for convenience of

description."); "Variable Guard Interval for OFDM Based WLANs," by Suvra S Das

*et al.*, 2005 IEEE 16th International Symposium on Personal, Indoor and Mobile

Radio Communications, pages 2381-2385 ("Das") at page 2381 left column

(disclosing that a guard interval (GI) between consecutive OFDM symbols "is

implemented as cyclic prefix (CP) or as zero padding (ZP).") (citing an article

published in 2002).  If it is argued or determined that these terms have different

meanings, it would have been obvious at the time of the invention of the '513 patent

to use either a CP or a GI (*e.g.*, zero padding).  Rong at ¶ [0042]; Choi at ¶ [0097];

Das at 2381.

2971. As also discussed below, dependent claims 10-13 correspond to claims that depend from claim 1, and may analysis of those claims is incorporated by reference. Independent claim 15 is similar to claims 1 and 9, but claim 15 is written from the perspective of the access point (AP). As such, my analysis of claim 1 applies also to claim 15, and is incorporated by reference. As also discussed below, dependent claims 16-19 correspond to claims that depend from independent claim 1, and my analysis of those claims is also incorporated by reference. Thus, in this section I may only discuss some of the pertinent disclosures of the prior art references analyzed above, instead of repeating my analysis as to these similar claims.

* * *

        a.        **The computer-implemented method of claim 15, wherein the UL MU transmission is an Orthogonal Frequency-Division Multiple Access (OFDMA) transmission.**

2972. *See* claims 1 and 4.

2973. To the extent it is argued or determined that any of Rong, Choi, Das, Merlin, or Chun do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Rong, and/or Choi, and/or Das, and/or Merlin, or and/or Chun . *See* "Motivation to Combine," *infra*.

       **19.**    **Motivation to Combine**

2974.  The systems and methods disclosed in the references discussed (i.e., Rong, Choi, Dad, Merlin, and Chun) above are analogous to the inventions claimed in the '513 Patent.  At the time of the invention, one or more of these references could have been combined with each other (and/or in view of applicant admitted prior art and/or the knowledge of a person of ordinary skill in the art) by a person of ordinary skill in the art in an obvious way, and a person of ordinary skill would have had a reasonable expectation of success in combining these references as described above.

2975.  Each of these references is analogous art to the claimed invention because the references are from the same field of endeavor as the claimed invention (even if it is argued or determined that they address a different problem).  In particular, each reference discloses IEEE 802.11 technology, including technology that can be implemented in products compliant with IEEE 802.11ax (which was previously referred to as "High Efficiency WLAN" or "HEW").  *See* Rong at ¶ [0003] ("The number of devices using Wireless Local Area Networks (WLAN) continue to show dramatic growth. WLANs allow users the ability to connect to high-speed services without being tethered to wireline connections. WLANs are wireless communications systems that are based on the IEEE 802.11 series of technical standards. Typically, as the number of devices using WLANs increases, the density of devices in the WLANs (e.g., access points (APs) and stations (STA)) will also increase. High densities of APs (also commonly referred to as communications

- 1027 -

controller, controller, and the like) and stations (also commonly referred to as user, subscriber, terminal, and the like) tend to make WLANs less efficient, especially since the original WLANs were designed assuming a low density of APs and stations. As an example of inefficiency, a currently used enhanced distributed channel access (EDCA) based media access control (MAC) scheme generally does not work efficiently in an environment with high AP and station density."); Rong at ¶ [0004] ("A newly formed IEEE 802.11 Study Group named "High Efficiency WLAN (HEW)" has been formed to study, among other things, improving system performance in a high density environment."); Choi at ¶ [0004] ("A scope of a high efficiency WLAN (HEW) which the next-generation WLAN study group primarily discusses the next-generation study group called the HEW includes 1) improving a 802.11 physical (PHY) layer and a medium access control (MAC) layer in bands of 2.4 GHz and 5 GHz, 2) increasing spectrum efficiency and area throughput, 3) improving performance in actual indoor and outdoor environments such as an environment in which an interference source exists, a dense heterogeneous network environment, and an environment in which a high user load exists, and the like. That is, the HEW operates at 2.4 GHz and 5 GHz similarly to the existing WLAN system. A primarily considered scenario is a dense environment in which access points (APs) and stations (STAs) are a lot and under such a situation, improvement of the spectrum efficiency and the area throughput is discussed. In particular, in addition to the indoor environment, in the outdoor environment which is not

- 1028 -

considerably considered in the existing WLAN, substantial performance

improvement is concerned."; ¶ [0005] ("In the HEW, scenarios such as wireless

office, smart home, stadium, Hotspot, and building/apartment are largely concerned

and discussion about improvement of system performance in the dense environment

in which the APs and the STAs are a lot is performed based on the corresponding

scenarios."); Das Abstract ("The dynamic selection of guard interval in Orthogonal

Frequency Division Multiplexing (OFDM) based wireless local area network

(WLAN) systems is described in this work.  It derives an algorithm and provides its

performance merit for implementing variable guard interval (VGI). The proposed

system improves mean, outage and maximum throughput significantly as compared

to standard OFDM system using fixed guard interval without sacrificing bit error

rate performance."); Das at 2381 right column ("The focus of this paper is on WLAN

type environment similar to IEEE 802.1 la/g."); Merlin at ¶ [0027] ("In some

aspects, wireless signals may be transmitted according to a high-efficiency 802.11

protocol using orthogonal frequency-division multiplexing (OFDM), direct-sequence

spread spectrum (DSSS) communications, a combination of OFDM and DSSS

communications, or other schemes. Implementations of the high-efficiency 802.11

protocol may be used for Internet access, sensors, metering, smart grid networks, or

other wireless applications. Advantageously, aspects of certain devices

implementing this particular wireless protocol may consume less power than

devices implementing other wireless protocols, may be used to transmit wireless

signals across short distances, and/or may be able to transmit signals less likely to be blocked by objects, such as humans."); Chun at 10:61-11:16 ("The legacy part may correspond to part for supporting a legacy wireless LAN system (e.g., IEEE 802.11a/b/g/n/ac, and so on). In detail, the legacy part or L-part may follow the configuration of the L-STF, L-LTF, L-SIG, which maintains the exact format used in the legacy WiFi system. The non-legacy part may correspond to a part for supporting the next generation wireless LAN system (or non-legacy wireless LAN system) according to the exemplary embodiment of the present invention. In detail, the non-legacy part is a High Efficiency (HE) part that is newly configured for IEEE 802.11ax standard, which is a High Efficiency (HE) system.").

2976.  Each of these references are analogous art to the claimed invention also because each reference is reasonably pertinent to the problem faced by the inventor (even if it is argued or determined that they are not in the same field of endeavor as the claimed invention).

2977.  As shown in detail above and as summarized and expounded upon below, each of these references would have logically commended themselves to the inventors' attention in considering the problem they were attempting to address.

2978.  For example, Rong discloses a trigger frame transmitted by an access point including an indication of a guard interval length.  Rong at ¶ [0036] ("According to an example embodiment, an indicator of the use of OFDMA and/or UL MU-MIMO in the uplink is used to inform stations that OFDMA and/or UL MU-

- 1030 -

███████████████████████████████████████████████

MIMO is being used for uplink transmissions and to adjust their cyclic prefix (CP).
As an illustrative example, a station receives uplink scheduling information from its
AP. The uplink scheduling information may include an indicator of the use of
OFDMA and/or UL MU-MIMO. The indicator may be set to a first value (e.g.,
TRUE or ON) to indicate that OFDMA and/or UL MU-MIMO is being used for this
uplink transmission, and the indicator may be set to a second value (e.g., FALSE or
OFF) to indicate that OFDMA and/or UL MU-MIMO is not being used for this
uplink transmission. In other words, if the indicator is set to the first value, then
multiple stations may be transmitting simultaneously on the uplink. The
scheduling information may be transmitted from the AP to the station with a CP
length of CPDL (CP length value for the downlink). The indicator may be an explicit
indicator, meaning that it is present in the uplink scheduling information and the
station receiving the uplink scheduling information may readily determine the
value of the indicator included in the uplink scheduling information. The indicator
may be an implicit indicator, meaning that the station receiving the scheduling
information may infer the value of the indicator by examining the uplink scheduling
information intended for the station and/or uplink scheduling information intended
for other stations."). *See also* Rong at ¶ [0037] ("At the station, as the station
receives the uplink scheduling information, the station may decide on the CP length
value for the uplink (CPUL) that it will use in its uplink transmission as informed
by the uplink scheduling information. If the uplink scheduling information includes

- 1031 -

the indicator set to the second value (i.e., OFDMA and/or UL MU-MIMO is not

being used) the station may set its CPUL, to a first CP length value (CP1), while if

the indicator is set to the first value (i.e., OFDMA and/or UL MU-MIMO is being

used) the station may set its CPUL to a second CP length value (CP2).").  As

discussed above, Rong discloses teaches, suggests, and motivates a POSITA to use

the disclosed system in the context of IEEE 802.11 technology, including IEEE

802.11ax.  *See above.*

2979.  For example, Choi discloses generating an uplink frame for an UL MU

transmission solicited by a trigger frame, wherein the uplink frame comprises a

payload and a physical layer (PHY) header.  Choi at ¶ [0083] ("Referring to FIG. 6,

an HEW part of the HEW PPDU may sequentially include an HEW-SIG-A 610, an

HEW-STF 620, an HEW-LTF(s) 630 and an HEW-SIG-B 640. For convenience of

description, a Data field is assumed to be included in the HEW part."); Choi at ¶

[0091] ("Alternatively, the HEW allows an AP and a plurality of STAs to

simultaneously perform communications and allows the AP to transmit information

on STAs to simultaneously transmit and receive data. The HEW signaling fields

may include information on the number of STAs acquiring the same transmission

opportunity (TXOP) or a list of STAs acquiring the same TXOP. Also, the HEW

signaling fields may transmit information on the duration of the TXOP.").  As

discussed above, Choi discloses teaches, suggests, and motivates a POSITA to use

███████████████████████████████████████

the disclosed system in the context of IEEE 802.11 technology, including IEEE

802.11ax. *See above.*

2980.  For example, Das discloses "The dynamic selection of guard interval in

Orthogonal Frequency Division Multiplexing (OFDM) based wireless local area

network (WLAN) systems is described in this work.  It derives an algorithm and

provides its performance merit for implementing variable guard interval (VGI). The

proposed system improves mean, outage and maximum throughput significantly as

compared to standard OFDM system using fixed guard interval without sacrificing

bit error rate performance."  Das, Abstract.  As discussed above, Das discloses

teaches, suggests, and motivates a POSITA to use the disclosed system in the

context of IEEE 802.11 technology, including IEEE 802.11ax. *See above.*

2981.  For example, Merlin discloses a trigger frame comprising an implicit

indication of when an uplink frame is to be transmitted as part of an UL MU

transmission.  Merlin at ¶ [0060] ("FIG. 6 is a time sequence diagram 600 that, in

conjunction with FIG. 1, shows an example of an operation mode of UL-MU-MIMO

transmissions. In this embodiment, user terminals 120A and 120B may receive a

CTX message 402 from an AP 110. The CTX message 402 may indicate a time (T)

406 after the end of the PPDU carrying the CTX message 402 for the user terminals

120A and 120B to transmit UL-MU-MIMO transmissions. The T 406 may be a short

interframe space (SIFS), a point interframe space (PIFS), or another time. The T

may include time offsets as indicated by the AP 110 in the CTX message 402 or via

- 1033 -

██████████████████████████████████████████

a management frame. The SIFS and PIFS time may be fixed in a standard or may be indicated by the AP 110 in the CTX message 402 or in a management frame. The T 406 may improve synchronization between the AP 110 and the user terminals 120A and 120B and it may allow the user terminals 120A and 120B sufficient time to process the CTX message 402, or other messages, before sending their UL-MU-MIMO transmissions.").  Merlin also discloses transmitting an uplink frame at a predetermined time after receipt of a PHY protocol data unit (PPDU) that carries the trigger frame.  *See id.*  As discussed above, Merlin discloses teaches, suggests, and motivates a POSITA to use the disclosed system in the context of IEEE 802.11 technology, including IEEE 802.11ax.  *See above.*

2982.  For example, Chun discloses "In the non-legacy PPDU disclosed in FIG. 6, the total symbol duration (TSYML _ HE) or the duration of the guard interval (GI) (TGIS _ HE or TGI _ HE) may be changed, and such information may be transmitted by the AP. For example, the AP may transmit the information on the total symbol duration or the guard interval as the system information to the STA through a beacon frame or probe response frame, and so on. The STA may perform decoding on the PPDU based on the received information on the total symbol duration and/or the information on the duration of the guard interval. The AP or STA may vary the total symbol duration and/or guard interval duration that is used in the PPDU. More specifically, the PPDU is configurable." Chun, 12:45-57.   As discussed above, Chun discloses teaches, suggests, and motivates a POSITA to use

the disclosed system in the context of IEEE 802.11 technology, including IEEE

802.11ax.  *See above.*

2983.  At the time of the invention, it would have been obvious for a POSITA

to combine the teachings of any combination of the above references, using known

methods as disclosed in the references, to yield predictable results.  This would have

involved nothing more than making a simple substitution for one or more known

elements to yield a predictable result; and/or using a known technique disclosed in

the references to improve a similar device or method in the same way; and/or

applying a known technique to a known device or method ready for improvement to

yield a predictable result; and/or choosing from a finite, number of identified,

predictable solutions with a reasonable expectation of success; and/or using known

work prompting variations of it for use based on given design incentives or other

market forces in which the variations were predictable to one of ordinary skill in the

art.  *See*, *e.g.*, the discussion of the development of IEEE 802.11 in the "State of the

Art" Section above.

2984.  As one exemplary combination, it would have been obvious at the time

of the invention to combine the teachings of Rong with the teachings of Choi and/or

Das.  For example, to the extent that it is argued or determined that Rong does not

expressly disclose "wherein the uplink frame comprises a payload and a physical

layer (PHY) header" (recited as part of element 1 [b] discussed above) and/or

"wherein at least a portion of the payload of the uplink frame is associated with the

first guard interval length" (recited in element 1 [d] discussed above), Choi and/or Das disclose and render obvious these elements.

2985.  For example, Choi discloses in ¶ [0083] "Referring to FIG. 6, an HEW part of the HEW PPDU may sequentially include an HEW-SIG-A 610, an HEW-STF 620, an HEW-LTF(s) 630 and an HEW-SIG-B 640. For convenience of description, a Data field is assumed to be included in the HEW part."  This demonstrates that the HEW PPDU includes Data field 650, which is a "payload" as recited in element 1 [b].  This also shows that the HEW PPDU includes a Legacy part and a HEW-SIG-A 610, a HEW-STF-620, a HEW LTF(s) 630, and a HEW SIG_B 640; this is a "PHY header" as recited in element 1 [b].  Further, Choi discloses in ¶ [0091] "the HEW allows an AP and a plurality of STAs to simultaneously perform communications and allows the AP to transmit information on STAs to simultaneously transmit and receive data."  This shows that the frame structure of Choi's Figure 6 is an uplink frame triggered by the trigger frame.  Thus, based on the teaching of Choi, a POSITA would have been motivated to modify Ring by generating an uplink frame for the UL MU transmission solicited by the trigger frame, where the uplink frame comprises a payload and a physical layer (PHY) header (as recited in element 1[b]).

2986.  Moreover, Choi discloses in ¶ [0114] "Referring to FIG. 10, a legacy part 1000 and an HEW part 1050 of the HEW PPDU may be generated based on different FFT sizes. FIG. 10 illustrates FFT size changes of the legacy part 1000 and the HEW part 1050 with reference to the HEW PPDU illustrated in FIG. 6. The

- 1036 -

HEW part 1050 is assumed to include a Data field." This clearly shows that the

Data field is associated with a guard interval length, for example 1.6 µsec, as

recited in element 1 [d]. In addition, Das discloses at page 2381 that for certain

IEEE 802.11 systems "each transmission burst belonging to different devices may

have different GI for the data portion." And Das discloses at page 2382 further

disclose that the "typical frame structure can have a training sequence for OFDM,

derived from IEEE 802.11 a/g but with a fixed guard interval in the preamble or the

training sequence portion, and a variable guard interval for the data portion."

Thus, based on the teachings of Choi and/or Das, a POSITA would have been

motivated to modify Rong by associating "at least a portion of the payload of the

uplink frame" with "the first guard interval length" as recited in element 1 [d].

2987. As another exemplary combination, it would have been obvious at the

time of the invention to combine the teachings of Rong and/or Chun. For example,

as shown above in detail, Chun, like Choi and/or Das discussed previously, teaches

elements 1 [b] and 1 [d].

2988. As another exemplary combination of prior art, as of the filing date of

the '513 Patent, it would also have been obvious to combine any of the above

references, alone or in combination, with Merlin. See, e.g., my analysis of claims 2

and 3 above as to the disclosures of Merlin.

F.      The Asserted Claims of the '679 Patent Are Invalid

- 1037 -

2989.  As mentioned previously, Atlas asserts claims 1-10 of the '679 Patent. Claims 1 and 6 are independent claims. Independent claim 1 recites a method "for transmitting an acknowledgement frame for notifying successful data reception by a station (STA) to an access point (AP) in a wireless local area network." Independent claim 6 recites a substantially identical method, but from the perspective of the AP, "for receiving an acknowledgement frame for notifying successful data reception by an access point (AP) from a station (STA) in a wireless local area network." In both methods, the AP allegedly could be an IEEE 802.11 AP, the STA could allegedly be an IEEE 802.11 STA, and the wireless local area network (WLAN) could allegedly be an IEEE 802.11 High Efficiency WLAN (HEW).

2990.  As shown below, methods for transmitting and receiving acknowledgement frames in the claimed manner were previously known in the art.

2991.  Specifically, each asserted claim of the '679 Patent is anticipated by each of U.S. Patent Pub. No. 2015/0124690 ("Merlin '690"), "Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz" ("802.11ac-2013"), U.S. Patent Pub. No. 2013/301569 ("Wang"), Chinese Patent Pub. No. 102769899 ("Zhu"),[1] and U.S. Patent No. 8,472,383

---

[1] English translation at Google Patents.
https://patents.google.com/patent/CN102769899A/en?oq=102769899+.

███████████████████████████████

("Banerjea"). Further, each asserted claim of the '679 Patent is obvious in view of each of these references standing alone, and each of these claims is obvious  in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea.

    **1.**    **Independent Claim 1 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 1 Obvious**

    **a.**    **Element 1 [pre]:  A method for transmitting an acknowledgement frame for notifying successful data reception by a station (STA) to an access point (AP) in a wireless local area network, the method comprising:**

2992.  **<u>Merlin '690</u>** discloses this element. For example, Merlin '690 discloses: "The present disclosure may define rules for limiting the setting of ACK policies and signaling for allocating MU-MIMO or FDMA resources to the recipient STAs for the replies. Such signaling may include which STAs should are solicited for immediate response (e.g., for immediate BAs), which STAs may use existing ACK policy indications, which mode is to be used for the replies (e.g., UL SU-MIMO, UL MU-MIMO, or UL MU FDMA), and which parameters to use for MU-MIMO or FDMA transmissions. According to certain aspects, an AP may transmit an MU PPDU soliciting immediate response from multiple high efficiency wireless (HEW) STAs (e.g., very high throughput (VHT) STAs) that support UL MU-MIMO, UL FDMA, or both. Therefore, multiple responses (e.g., ACKs/BAs) to the MU PDDU, from multiple STAs, are possible at the same time. For example, if all of the addressed

STAs in the DL MU-MIMO PPDU support UL MU-MIMO, UL FDMA, or both, then
none, some, or all of the STAs may be solicited for immediate response. According to
certain aspects, the multiple responses may be in different streams and/or different
frequencies. In an example implementation, the AP may solicit multiple immediate
responses by transmitting an MU PPDU including multiple aggregate medium
access control (MAC) protocol data units (A-MPDUs) having MPDUs that solicit an
immediate response (e.g., MPDUs indicate 'Immediate BA or normal ACK'). In
another example implementation, the AP may solicit multiple immediate responses
by transmitting one or more MPDUs in the A-MPDU that indicate a reverse
direction grant (RDG) or a speed frame exchange grant. According to certain
aspects, the RDG grant or speed frame exchange grant may transfer a transmit
opportunity (TXOP) to the recipient STA during which the recipient STA may
transmit ACKs/BAs or Data. According to certain aspects, the DL MU-
MIMO/FDMA PPDU may be addressed to a mix of legacy (e.g., non-HEW) STAs and
HEW STAs (i.e., some of the addressed STAs support UL MU-MIMO, UL FDMA, or
both, and some of the addressed STAs do not). A DL FDMA PPDU addressed to a
mix of legacy and HEW STAs may be a legacy PPDU sent on the primary channel
and one or more PPDUs sent on other channels. According to certain aspects, if the
AP transmits an MU PPDU soliciting an immediate response from a non-HEW
STA, then no other STA receiving the MU PPDU may be solicited for immediate
response. For example, if a physical layer convergence protocol (PLCP) service data

- 1040 -

unit (PSDU) (e.g., A-MPDU) in the MU PPDU addressed to a non-HEW STA solicits

an immediate response, then no other PSDUs in the same MU PPDU can solicit an

immediate response. In this case, the MPDU soliciting the immediate response may

be set to 'immediate response' and the MPDUs to the other STAs may be set to a 'No

ACK' policy, a 'delayed BA' policy, or a 'BAR' policy. According to certain aspects,

under the assumption that uplink transmissions from a legacy STA and one or more

HEW STAs can be performed by using appropriate UL FDMA or MU-MIMO

protocols, the PSDU addressed to a non-HEW STA and the PSDU/MPDU addressed

to one or more HEW STAS that all support UL MU-MIMO or UL FDMA may solicit

an immediate response from the HEW STAs. For example, all MPDUs for the HEW

STAs may be set to 'immediate response'. Alternatively, none of the STAs may be

solicited for immediate response. For example, all MPDUs may be set to a 'No ACK'

policy or 'delayed BA' policy. Accordingly, a single or multiple STAs may be solicited

for immediate response, so long as none of the addressed non-legacy STAs is

solicited for immediate response. According to certain aspects, if none of the

addressed STAs in the DL MU-MIMO PPDU support UL MU-MIMO, UL FDMA, or

both, at most a single one of the STAs may be solicited for immediate response. In

one example implementation, none of the STAs is solicited for immediate response.

According to certain aspects, multiple simultaneous responses may be solicited,

even if one of the STAs does not support UL FDMA or UL MU-MIMO (e.g., a legacy

STA or a HEW STA not supporting UL FDMA or UL MU-MIMO). For example, a

██████████████████████████████████

legacy STA may respond with a regular SU transmission on a primary channel, while other capable STAs may respond at the same time on other channels. In some cases, a capable STA may partially support UL FDMA or UL MU-MIMO by limiting bandwidth or limiting the number of spatial streams of its response in a primary channel to favor UL-FDMA or UL MU-MIMO transmissions on other channels/streams by other STAs." Merlin '690 at ¶¶ [0125]-[0130].

2993.  Merlin '690 further discloses: "According to certain aspects, each recipient STA that is requested to send an immediate response may know—or be indicated—how the immediate reply (e.g., ACK/BA) should be sent. For example, the requested STA may know or be indicated whether to reply with SU-MIMO, MU-MIMO, or FDMA. The PHY preamble mode to be used may be different depending on technique is to reply. In a DL MIMO/FDMA or MU time aggregated PPDUs, except for the PHY header, the data portion may be received only by the intended (e.g., addressed) STAs. Since the ACK policy may be included in the data portion, each STA may not know the ACK policy, or any other setting included in the data portion, set for other STAs. Thus, each STA may be individually and robustly informed of the type of response." Merlin '690 at ¶¶ [0131]-[0132].

2994.  For example, Merlin '690 discloses several options: "Option 1: According to certain aspects, a response type indication for each STA may be added in each MPDU or PSDU. For example, 1 or 2 bits may indicate which mode of response is to be used (e.g., UL SU-MIMO, UL MU-MIMO, or UL FDMA). For a

- 1042 -

███████████████████████████████████████

response type indication in each MPDU, the indication may be included in the

Quality of Service (QoS) control field, the HT or VHT Control field, the frame

control (FC) field, the A-MPDU delimiter preceding the MPDU, an extended MAC

header, or a A-MPDU delimiter with additional fields. For a response type

indication in the PSDU, the indication may be included in the SERVICE field, for

example. Alternatively, the indication may be included in PHY header. Option 2:

According to certain aspects, a second option for indicating the response type may

be to aggregate an additional 'special' frame into the A-MPDU from which the STA

can know the response type and parameters. For example, if the special subframe is

received, the STA may reply according to an allocation defined by the special

subframe. According to certain aspects, the special subframe may have a token

number associated with a schedule for the response and the STA may reply

according to the schedule. Alternatively, if the special subframe is not received, the

STA may know to reply with a SU-MIMO transmission or the STA may know not to

reply. Option 3: According to certain aspects, a third option may be a combination of

the first and second options. For example, 1 or 2 bits (in the MPDU, PSDU, or PHY

header) may indicate which mode for the STA to use for response (e.g., as in the

first option). If the 1 or 2 bits indicate that the response type is SU-MIMO, the STA

may reply with a SU transmission. However, if the 1 or 2 bits indicate that the

response type is MU-MIMO/FDMA, and if a special frame is received (e.g., as in the

second option), the STA may reply according to the allocation defined by the special

- 1043 -

███████████████████████████████████████

subframe. Alternatively, if the 1 or 2 bits indicate that the response type is MU and if a special frame is not received, then the STA may know not to reply. Option 4: According to certain aspects, a fourth option may be to define a 'static' agreement between the AP and recipient STAs on how the immediate replies should be sent. According to certain aspects, the agreement may be per STA, per group of STAs, or statically defined in the wireless standards. The agreed mode for immediate replies may be communicated by the AP in a management frame (e.g., in a beacon, probe response, or action frame). In an example implementation, each DL MU-MIMO group ID used for DL MU-MIMO transmission may be associated with the mode that is to be used for the immediate reply (e.g., UL SU-MIMO, UL MU-MIMO, or UL MU FDMA). In this case, the Action frame (e.g., 802.11ac GroupID Action frame), may include 1 or 2 bits in the User Position Array field or in a new per group field. Option 5: In another example implementation, rules may be defined (e.g., in the wireless standards) for deriving the type of response to be used based on the type of the received PPDU. For example, if a DL SU PPDU is received, the reply may use SU; if a DL FDMA PPDU is received, the reply may use FDMA, and if a DL MU-MIMO PPDU is received, the reply may use UL MU-MIMO. According to certain aspects, the AP may simply indicate if UL FDMA/MU-MIMO BAs are activated or not in a beacon, an association response, or in a management frame."
Merlin '690 at ¶¶ [0133]-[0138].

2995.  Merlin '690 further discloses: "FIG. 25 illustrates example operations 2500 for wireless communications, in accordance with certain aspects of the present disclosure. The operations 2500 may be performed, for example, by an access point (e.g., AP 110). The operations 2500 may begin, at 2502, by determining that a plurality of devices (e.g., VHT STAs) have a first capability (e.g., support MU-MIMO or FDMA). For example, the AP may receive a capability information element (IE) (e.g., a VHT capability IE) from each of the plurality of devices indicating support for the first capability. At 2504, the AP may generate a MU packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an ACK or BA. According to certain aspects, the MU packet may provide a response type indication to each of the plurality of devices, to use SU MIMO, MU MIMO, or FDMA to send the immediate response. In an example implementation, the MU packet may include a plurality of MPDUs, each MPDU being addressed to a different one of the plurality of devices and the response type indication may be provided in a QoS control field of each MPDU, a FC field of each MPDU, an A-MPDU delimiter preceding the MPDU, or an extended MAC header. Alternatively, the MU packet may include one or more PSDUs, each PSDU being address to a different one of the plurality of devices and the response type indication may be provided in a SERVICE field of the PSDU. In yet another alternative, the response type indication may be provided in a PHY header of the MU packet. In yet another alternative, the response type may be indicated by the

- 1045 -

presence of a special frame in the A-MPDU. In yet another alternative, the MU

packet may include one or more group IDs, each of the one or more group IDs

associated with whether to use SU MIMO, MU MIMO, or MU FDMA to send the

immediate response, such that the response type indication is provided implicitly by

the one or more group IDs. In yet another alternative, the AP may generate a

special frame and output the special frame for transmission after the MU packet

and the response type indication may be provided in the special frame. According to

certain aspects, an indication of one or more parameters (e.g., spatial streams to

use, channels, a duration, transmission power) to use for sending the immediate

using MU MIMO or MU FDMA may be provided according to any of the

alternatives described above for explicitly or implicitly providing the response type

indication (e.g., group ID, special frame, MPDU field, PHY header)." Merlin '690 at

¶¶ [0180]-[0181].

2996.  Additionally, Merlin '690 discloses: "According to certain aspects, the

AP may generate a second MU packet that does not solicit an immediate response

from the plurality of devices and output the second MU packet for transmission.

The AP may determine that one or more other devices lack the first capability and

generate a third MU packet that solicits an immediate response from at most a

single one of the one or more other devices and output the third MU packet for

transmission. According to certain aspects, the AP may determine that one or more

other devices lack the first capability and generate a fourth MU packet that does

not solicit an immediate response from either the plurality of devices or the one or more other devices and output the fourth MU packet for transmission. According to certain aspects, the AP may receive an MU packet from each of the plurality of devices including a plurality of A-MPDUs, each A-MPDU having an ACK associated with the MU packet. The AP may process the received MU packets to confirm that the MU packet sent by the AP was successfully received at each device." Merlin '690 at ¶ [0185].

2997.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

2998.  **802.11ac-2013** discloses this element. For example, 802.11ac-2013 defines a "user" as "An individual or group of stations (STAs) identified by a single receive address (RA) in the context of single-user multiple input, multiple output (SU-MIMO) or multi-user multiple input, multiple output (MU-MIMO)." 802.11ac-2013 at pg. 7.

2999.  802.11ac-2013 also discloses: "The construction of the Data field in a VHT SU PPDU with BCC encoding proceeds as follows: a) Insert the CRC calculated for VHT-SIG-B in the SERVICE field as described in 22.3.10.2 and append the PSDU to the SERVICE field. b) PHY padding: Append the PHY pad bits and tail bits to the PSDU. c) Scrambler: Scramble the PHY padded data. d) BCC encoder: Divide the scrambled bits between the encoders by sending bits to different

████████████████████████████

encoders in a round robin manner. The number of encoders is determined by rate-dependent parameters described in 22.5. BCC encode as described in 22.3.10.5.2 and 22.3.10.5.3. e) Stream parser: Rearrange the output of the BCC encoders into blocks as described in 22.3.10.6. f) Segment parser (if needed): For a contiguous 160 MHz or noncontiguous 80+80 MHz transmission, divide the output bits of each stream parser into two frequency subblocks as described in 22.3.10.7. This block is bypassed for 20 MHz, 40 MHz, and 80 MHz VHT PPDU transmissions. g) BCC interleaver: Interleave as described in 22.3.10.8. h) Constellation mapper: Map to BPSK, QPSK, 16-QAM, 64-QAM, or 256-QAM constellation points as described in 22.3.10.9. i) Segment deparser (if needed): For a contiguous 160 MHz transmission, merge the two frequency subblocks into one frequency segment as described in 22.3.10.9.3. This block is bypassed for 20 MHz, 40 MHz, 80 MHz, and 80+80 MHz VHT PPDU transmissions. j) STBC: Apply STBC as described in 22.3.10.9.4. k) Pilot insertion: Insert pilots following the steps described in 22.3.10.10. l) CSD: Apply CSD for each space-time stream and frequency segment as described in 22.3.8.3.2. m) Spatial mapping: Apply the Q matrix as described in 22.3.10.11.1. n) Phase rotation: Apply the appropriate phase rotations for each 20 MHz subchannel as described in 22.3.7.4 and 22.3.7.5. o) IDFT: For a noncontiguous 80+80 MHz transmission, map each frequency subblocks to the separate IDFT. Compute the inverse discrete Fourier transform. p) Insert GI and apply windowing: Prepend a GI (SHORT_GI or LONG_GI) and apply windowing as described in 22.3.7.4. q) Analog

- 1048 -

and RF: Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 22.3.7.4 and 22.3.8 for details." 802.11ac-2013 at Section 22.3.4.9; pp. 241-242.

3000.  802.11ac-2013 also discloses: "For an MU transmission, the PPDU encoding process is performed on a per-user basis up to the input of the Spatial Mapping block except CSD (as described in 22.3.8.3.2). All user data is combined and mapped to the transmit chains in the Spatial Mapping block." 802.11ac-2013 at Section 22.3.4.10; pg. 243.

3001.  Further, 802.11ac-2013 discloses examples of VHT PPDU transmissions with and without immediate acknowledgement at FIGS. 9-9a and 9-9b; pg. 123.

3002.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3003.  **Wang** discloses this element. For example, Wang discloses: "When an ACK frame is transmitted with a pre-assigned MCS and bandwidth, the NAV setting may be modified accordingly. The Duration field 720 of the MAC frame transmitted by the originator holds a time value which indicates the duration the originator expects the medium to be busy. Conventionally, the originator does not assign an MCS to the following ACK frame. Therefore, the originator estimates the

duration of the following ACK transmission based on the lowest MCS supported by

the system. With the pre-assigned MCS in accordance with the embodiments

disclosed herein, the originator may estimate the following ACK transmission with

the assigned MCS, and give a more accurate time value in the Duration field 720. In

this way, unintended STAs may set the NAV more accurately. Once the recipient

correctly demodulates the data packet, it prepares an ACK packet accordingly.

When explicit indication is utilized, the recipient may transmit the ACK frame with

the pre-assigned MCS and bandwidth. When implicit indication is utilized, the

recipient may transmit the ACK frame with an MCS and bandwidth which may

complete the ACK transmission within the specified duration. The MCS and

bandwidth utilized by the recipient may not be required to be identical to that

chosen by the originator. However, the ACK PPDU duration may need to fit into the

duration value set by the originator in the MAC header. The ACKs or BAs for a

plurality of users (e.g., STAs) may be transmitted via a single ACK or BA

transmission. The ACKs (or BAs) for a plurality of users may be aggregated in a

spatial domain and transmitted using multi-user multiple-input multiple-output

(MU-MIMO) or aggregated in a time domain and transmitted using an aggregated

multi-user ACK. In one embodiment, the MU-MIMO PPDU format may be used to

transmit a delayed multi-user ACKs or block ACKs. FIG. 8 shows an example of

PPDU frame structure for a MU-MIMO block ACK. The PPDU includes an omni

portion 810 and a MU portion 820. The omni portion 810 is transmitted for all users

and the MU portion 820 is transmitted via each spatial stream of the MU-MIMO

transmission. The omni portion 810 includes an STF, an LTS and a SIG field

(SIGA). The MU portion 820 includes an STF, LTFs, and an ACK body frame 822.

The ACK body frame 822 shown in FIG. 8 is a BA frame 830. Alternatively, the

ACK body frame 822 may be a normal ACK frame. The multi-user block ACK may

be applied to a delayed multi-user block ACK." Wang at ¶¶ [0097]-[0100].

3004. Also, in Wang: "FIG. 9 shows an example message exchange sequence

for delayed MU-MIMO block ACK. STA1 acquires a channel and negotiates with an

AP with a few message exchanges 910 to set up a block ACK session with the AP

with delayed block ACK policy. An originator (STA1 in this example) transmits

data, followed by a block ACK request (BAR) 914. The BAR frame 914 solicits an

ACK frame 916 from the recipient (AP in this example). FIG. 10 shows a BAR frame

format. The BAR frame 914 includes a BAR control field 1002. If a BAR ACK policy

field in the BAR control field 1002 is set to '1', the recipient returns an ACK

immediately upon receipt of the BAR frame 914. If a BAR ACK policy field in the

BAR control field 1002 is set to '0', the recipient does not send an ACK upon receipt

of the BAR frame 914. In the example shown in FIG. 9, the AP sends an ACK 916 in

response to the BAR frame 914. During each BA session, unintended STAs (all

STAs other than the originator (STA2-STA4 in this example) and the recipient (AP

in this example)) may set their NAV during the BA session. The AP will hold the

BA for STA1, and wait for delayed transmission. STA2 then acquires a channel and

exchanges messages 920 to set up a BA session with the AP and transmits data frames 922 and a BAR frame 924 to the AP, and receive an ACK frame 926 from the AP. STA3 then acquires a channel and exchanges messages 930 to set up a BA session with the AP and transmits data frames 932 and a BAR frame 934 to the AP, and receive an ACK frame 936 from the AP. STA4 then acquires a channel and exchanges messages 940 to set up a BA session with the AP and transmits data frames 942 and a BAR frame 944 to the AP, and receive an ACK frame 946 from the AP. The AP may group several block ACKs (BA1-BA4 in this example) and transmit them using a MU-MIMO transmission, (i.e., delayed MU-MIMO BA). The AP may group multiple block ACKs according to some grouping criteria, (e.g., with similar access category (AC), or good spatial channel correlation), for MU-MIMO block ACK transmission. The AP may modulate the BAs with different MU-MIMO weights, and transmits them simultaneously. Within the MU-MIMO BA frame, the BA ACK policy field in the BA control field indicates whether an ACK is requested in response to the BA frame. The BA ACK policy field may be set to '0' or '1' for all users. If the BA ACK policy field is set to '1', the BA frame 950 will not solicit an ACK response from the originator (STA1-STA4 in this example). If the BA ACK policy field is set to '0', the BA frame 950 solicits an ACK response 960 from the originators (STA1-STA4 in this example) as shown in FIG. 9. The ACK responses 960 from the STAs in response to the MU-MIMO BA 950 may be transmitted by the STAs simultaneously using MU-MIMO. Alternatively, the STAs may transmit an

- 1052 -

ACK sequentially, for example, according to the user position array defined in a group ID. The group ID may be included in the SIG field." Wang at ¶¶ [0101]-[0105]; *see also* Wang at FIG. 9.

3005.  Additionally, Wang discloses: "All AP/STAs involved in the delayed MU-MIMO ACK sequence may declare the support of delayed block ACK and MU-MIMO. In another embodiment, instead of transmitting ACKs or BAs for multiple users with MU-MIMO, the ACKs or BAs may be aggregated in time domain and transmitted sequentially, (i.e., an aggregated multi-user ACK (A-MU-ACK)). A receiver (STA or AP) receives data packets, and generates acknowledgement packets in response to received data packets, and may aggregate the acknowledgement packets and transmit the aggregated acknowledgement packets in the single transmission. FIG. 11 shows an example PPDU structure for an A-MU-ACK frame. In FIG. 11, the ACKs are aggregated at the MPDU level. The aggregated ACKs may be block ACKs or normal ACKs. The PPDU for the A-MU-ACK 1100 includes a preamble 1110, an SIG field 1120, and a data field 1130. Within the data field 1130, the A-MU-ACK frame 1132 is included. The A-MU-ACK frame 1132 includes ACK (or BA) MPDUs 1142 for one or more users (ACK1, ACK2, ACK3 in this example) separated by ACK delimiters 1144. The ACK/BA MPDUs 1142 are aggregated at a MAC level and the A-MU-ACK frame 1132 is passed to the physical layer as an aggregated MPDU packet so that the A-MU-ACK frame 1132 may be coded and modulated by the physical layer as a whole packet. The lowest

- 1053 -

███████████████████████

MCS may be used for the A-MU-ACK. An ACK delimiter 1144 may be inserted at the beginning of each ACK/BA MPDUs 1142. The ACK delimiter 1144 may be 32 bits or 8 bits in length. A 32-bit ACK delimiter may include a length field, a CRC and an 8-bit signature field. The length field may be used to indicate the length of the following ACK/BA MPDU. The signature field may be used to detect an ACK delimiter when scanning for a delimiter. An 8-bit ACK delimiter may include an 8-bit signature field, which is used to detect an ACK delimiter when scanning for a delimiter. The aggregated multi-user ACK packet may be broadcast or multicast to more than one user (e.g., STA). Since different users may have different radio link quality due to path-loss, channel condition, receiver sensitivity, etc., using the same MCS for all users in the same aggregated multi-user ACK packet may be simple but may not be efficient. In addition, if a relatively lower MCS is chosen, all the users may not decode the aggregated multi-user ACK frame correctly." Wang at ¶¶ [0106]-[0110]; *see also* Wang at FIG. 11.

3006.  Wang further discloses: "The ACK and the data to which the ACK is piggybacked may be directed to a single user, (i.e., single user piggyback ACK). FIG. 15 shows an example of single user piggyback ACK. An originator transmits a data packet 1510 to a recipient. If the data is not time sensitive, a piggyback ACK may be used. The originator may indicate (e.g., in the data packet) that a piggyback ACK is allowed. If the recipient has data payload 1530 directed to the originator, the recipient may piggyback the ACK 1520 with the data packet 1530. The piggyback

- 1054 -

████████████████████████████

ACK may be immediate or delayed. If the recipient has no data payload to the

originator, the recipient may delay the ACK, (i.e., piggyback the ACK with data

later). The single user piggyback ACK may be performed in an MSDU level. FIG. 16

shows an example of single user piggyback ACK aggregated in an MSDU level. An

ACK (or BA) MSDU 1610 and a data MSDU 1620 are aggregated, and a modified

MAC header 1630 may be added to the aggregated ACK and data MSDUs. The

MAC header 1630 may indicate that the subtype of the frame is a data frame with a

piggybacked ACK or BA. Once the subtype field in the frame control field in the

MAC header indicates the frame is a data frame with a piggybacked ACK or BA,

the sequence control field in the MAC header may be extended to cover the

sequence number of the data MSDU and ACK. If a BA is utilized, the BA control

field may be included in the MAC header." Wang at ¶¶ [0119]-[0120]; *see also* Wang

at FIGS. 15 and 16.

3007.  Additionally, Wang discloses: "Single user piggyback ACK may be

performed in the MPDU level. FIG. 17 shows an example of piggyback ACK in an

MPDU level. An ACK MPDU 1710 and a data MPDU 1720 are aggregated, and

passed to the physical layer. A common PLCP header and preamble are added to

the aggregated packet to form a PPDU 1700. In this scheme, an ACK MPDU 1710

and a data MPDU 1720 may be coded and modulated with the same MCS. The ACK

and data are included into separate MPDUs with a separate MAC header and the

MPDUs are separated by MPDU delimiters. Single user piggyback ACK may be

████████████████████████

performed in the PPDU level. FIG. 18 shows an example of piggyback ACK in a

PPDU level. ACK and data are included in separate MPDUs, and the MPDUs are

modulated and coded separately. A separate MCS may be used for the MPDUs. As

shown in FIG. 18, a common SIG field may be utilized in which MCS for ACK and

data are defined. Alternatively, separate SIG fields may be included. The single

user piggyback packet may include more than one data packet and/or more than

one ACK/BA packet. The ACK and data may be directed to different users, (i.e.,

multi-user piggyback ACK). The piggyback ACK may be immediate or delayed. FIG.

19 shows an example of multi user piggyback ACK. An originator transmits a data

packet 1910 to a recipient. If the data is not time sensitive, the originator may allow

a piggyback ACK. In this case, the originator may indicate (e.g., in the data packet)

that a piggyback ACK is allowed. The recipient may choose to piggyback the ACK

1920 with a data packet 1930 directed to a third STA. Multi user piggyback ACK

may be performed in an MPDU level. In this case, ACK and data MPDUs are

aggregated, and passed to a physical layer. A MAC header of each MPDU packet

has its own receiver address (RA) information. A common PLCP header and

preamble are added to the aggregated packet to form a PPDU. In this scheme, ACK

and data MPDUs may be coded and modulated with the same MCS. Similar to the

single user piggyback ACK, multi user piggyback in the MPDU domain may utilize

the frame format shown in FIG. 17." Wang at ¶¶ [0121]-[0125]]; *see also* Wang at

FIGS. 17-19.

3008.  Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3009.  **Zhu** discloses this element. For example, Zhu discloses: "The embodiment of the invention relates to wireless communication technology, relates in particular to the method and point of termination station (Station the is called for short STA) equipment that send data under the power saving mode. For multiple-input, multiple-output (Multiple-Input Multiple-Output; Be called for short MIMO) wireless communication system; At a transmission opportunity (Transmit Opportunity; Be called for short TXOP) in, be not that all the STA equipment in the basic service sets (Basic Service Set is called for short BSS) all need receive data. Therefore, in wireless communication system, adopt power saving method, letting does not have the STA of Data Receiving equipment to get into sleep state in current TXOP. Be in the receiver of dormant STA device shutdown self, thereby reduce power consumption." Zhu at ¶¶ [0002]-[0003].

3010.  Zhu also discloses: "In the above step, a certain frame end of transmission refers to that this frame is dealt into STA by AP, and STA returns corresponding ACK signaling to AP; Perhaps, a certain frame end of transmission only refers to that this frame is dealt into STA by AP." Zhu at ¶¶ [0040].

3011.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3012. **Banerjea** discloses this element. For example, Banerjea discloses: "In an embodiment, a method in a receiving device that receives data from a plurality of transmitting devices via a shared wireless communication channel includes selecting a group of two or more transmitting devices from the plurality of transmitting devices for simultaneous transmission of respective data to the receiving device, so that each transmit ting device in the group of transmitting devices transmits the respective data to the receiving device at a nominal power level of the transmitting device, and receiving the respective data from each in the group of transmitting devices simultaneously via the shared wireless communication channel." Banerjea at Col. 1, Lines 44-54.

3013. Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3014. To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea. *See* "Motivation to Combine," *infra*.

> b.      **Element 1 [a]: receiving, from the AP, a downlink frame including a quality of service (QoS) control field including acknowledgement information representing whether the STA is requested to transmit the acknowledgement frame in a single-user (SU) format or in a multiple-user (MU) format**

- 1058 -

███████████

**at a Short Inter-Frame Space (SIFS) time after the downlink frame; and**

3015.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "The present disclosure may define rules for limiting the setting of ACK policies and signaling for allocating MU-MIMO or FDMA resources to the recipient STAs for the replies. Such signaling may include which STAs should are solicited for immediate response (e.g., for immediate BAs), which STAs may use existing ACK policy indications, which mode is to be used for the replies (e.g., UL SU-MIMO, UL MU-MIMO, or UL MU FDMA), and which parameters to use for MU-MIMO or FDMA transmissions. According to certain aspects, an AP may transmit an MU PPDU soliciting immediate response from multiple high efficiency wireless (HEW) STAs (e.g., very high throughput (VHT) STAs) that support UL MU-MIMO, UL FDMA, or both. Therefore, multiple responses (e.g., ACKs/BAs) to the MU PDDU, from multiple STAs, are possible at the same time. For example, if all of the addressed STAs in the DL MU-MIMO PPDU support UL MU-MIMO, UL FDMA, or both, then none, some, or all of the STAs may be solicited for immediate response. According to certain aspects, the multiple responses may be in different streams and/or different frequencies. In an example implementation, the AP may solicit multiple immediate responses by transmitting an MU PPDU including multiple aggregate medium access control (MAC) protocol data units (A-MPDUs) having MPDUs that solicit an immediate response (e.g., MPDUs indicate 'Immediate BA or normal ACK'). In another example implementation, the AP may solicit multiple immediate responses

- 1059 -

by transmitting one or more MPDUs in the A-MPDU that indicate a reverse direction grant (RDG) or a speed frame exchange grant. According to certain aspects, the RDG grant or speed frame exchange grant may transfer a transmit opportunity (TXOP) to the recipient STA during which the recipient STA may transmit ACKs/BAs or Data. According to certain aspects, the DL MU-MIMO/FDMA PPDU may be addressed to a mix of legacy (e.g., non-HEW) STAs and HEW STAs (i.e., some of the addressed STAs support UL MU-MIMO, UL FDMA, or both, and some of the addressed STAs do not). A DL FDMA PPDU addressed to a mix of legacy and HEW STAs may be a legacy PPDU sent on the primary channel and one or more PPDUs sent on other channels. According to certain aspects, if the AP transmits an MU PPDU soliciting an immediate response from a non-HEW STA, then no other STA receiving the MU PPDU may be solicited for immediate response. For example, if a physical layer convergence protocol (PLCP) service data unit (PSDU) (e.g., A-MPDU) in the MU PPDU addressed to a non-HEW STA solicits an immediate response, then no other PSDUs in the same MU PPDU can solicit an immediate response. In this case, the MPDU soliciting the immediate response may be set to 'immediate response' and the MPDUs to the other STAs may be set to a 'No ACK' policy, a 'delayed BA' policy, or a 'BAR' policy. According to certain aspects, under the assumption that uplink transmissions from a legacy STA and one or more HEW STAs can be performed by using appropriate UL FDMA or MU-MIMO protocols, the PSDU addressed to a non-HEW STA and the PSDU/MPDU addressed

- 1060 -

to one or more HEW STAS that all support UL MU-MIMO or UL FDMA may solicit an immediate response from the HEW STAs. For example, all MPDUs for the HEW STAs may be set to 'immediate response'. Alternatively, none of the STAs may be solicited for immediate response. For example, all MPDUs may be set to a 'No ACK' policy or 'delayed BA' policy. Accordingly, a single or multiple STAs may be solicited for immediate response, so long as none of the addressed non-legacy STAs is solicited for immediate response. According to certain aspects, if none of the addressed STAs in the DL MU-MIMO PPDU support UL MU-MIMO, UL FDMA, or both, at most a single one of the STAs may be solicited for immediate response. In one example implementation, none of the STAs is solicited for immediate response. According to certain aspects, multiple simultaneous responses may be solicited, even if one of the STAs does not support UL FDMA or UL MU-MIMO (e.g., a legacy STA or a HEW STA not supporting UL FDMA or UL MU-MIMO). For example, a legacy STA may respond with a regular SU transmission on a primary channel, while other capable STAs may respond at the same time on other channels. In some cases, a capable STA may partially support UL FDMA or UL MU-MIMO by limiting bandwidth or limiting the number of spatial streams of its response in a primary channel to favor UL-FDMA or UL MU-MIMO transmissions on other channels/streams by other STAs." Merlin '690 at ¶¶ [0125]-[0130].

3016.  Merlin '690 further discloses: "According to certain aspects, each recipient STA that is requested to send an immediate response may know—or be

indicated—how the immediate reply (e.g., ACK/BA) should be sent. For example, the requested STA may know or be indicated whether to reply with SU-MIMO, MU-MIMO, or FDMA. The PHY preamble mode to be used may be different depending on technique is to reply. In a DL MIMO/FDMA or MU time aggregated PPDUs, except for the PHY header, the data portion may be received only by the intended (e.g., addressed) STAs. Since the ACK policy may be included in the data portion, each STA may not know the ACK policy, or any other setting included in the data portion, set for other STAs. Thus, each STA may be individually and robustly informed of the type of response." Merlin '690 at ¶¶ [0131]-[0132].

3017.  For example, Merlin '690 discloses several options: "Option 1: According to certain aspects, a response type indication for each STA may be added in each MPDU or PSDU. For example, 1 or 2 bits may indicate which mode of response is to be used (e.g., UL SU-MIMO, UL MU-MIMO, or UL FDMA). For a response type indication in each MPDU, the indication may be included in the Quality of Service (QoS) control field, the HT or VHT Control field, the frame control (FC) field, the A-MPDU delimiter preceding the MPDU, an extended MAC header, or a A-MPDU delimiter with additional fields. For a response type indication in the PSDU, the indication may be included in the SERVICE field, for example. Alternatively, the indication may be included in PHY header. Option 2: According to certain aspects, a second option for indicating the response type may be to aggregate an additional 'special' frame into the A-MPDU from which the STA

- 1062 -

can know the response type and parameters. For example, if the special subframe is received, the STA may reply according to an allocation defined by the special subframe. According to certain aspects, the special subframe may have a token number associated with a schedule for the response and the STA may reply according to the schedule. Alternatively, if the special subframe is not received, the STA may know to reply with a SU-MIMO transmission or the STA may know not to reply. Option 3: According to certain aspects, a third option may be a combination of the first and second options. For example, 1 or 2 bits (in the MPDU, PSDU, or PHY header) may indicate which mode for the STA to use for response (e.g., as in the first option). If the 1 or 2 bits indicate that the response type is SU-MIMO, the STA may reply with a SU transmission. However, if the 1 or 2 bits indicate that the response type is MU-MIMO/FDMA, and if a special frame is received (e.g., as in the second option), the STA may reply according to the allocation defined by the special subframe. Alternatively, if the 1 or 2 bits indicate that the response type is MU and if a special frame is not received, then the STA may know not to reply. Option 4: According to certain aspects, a fourth option may be to define a 'static' agreement between the AP and recipient STAs on how the immediate replies should be sent. According to certain aspects, the agreement may be per STA, per group of STAs, or statically defined in the wireless standards. The agreed mode for immediate replies may be communicated by the AP in a management frame (e.g., in a beacon, probe response, or action frame). In an example implementation, each DL MU-MIMO

- 1063 -

███████████████████████████████████

group ID used for DL MU-MIMO transmission may be associated with the mode

that is to be used for the immediate reply (e.g., UL SU-MIMO, UL MU-MIMO, or

UL MU FDMA). In this case, the Action frame (e.g., 802.11ac GroupID Action

frame), may include 1 or 2 bits in the User Position Array field or in a new per

group field. Option 5: In another example implementation, rules may be defined

(e.g., in the wireless standards) for deriving the type of response to be used based on

the type of the received PPDU. For example, if a DL SU PPDU is received, the reply

may use SU; if a DL FDMA PPDU is received, the reply may use FDMA, and if a

DL MU-MIMO PPDU is received, the reply may use UL MU-MIMO. According to

certain aspects, the AP may simply indicate if UL FDMA/MU-MIMO BAs are

activated or not in a beacon, an association response, or in a management frame."

Merlin '690 at ¶¶ [0133]-[0138].

3018.  Merlin '690 further discloses: "FIG. 25 illustrates example

operations 2500 for wireless communications, in accordance with certain aspects of

the present disclosure. The operations 2500 may be performed, for example, by an

access point (e.g., AP 110). The operations 2500 may begin, at 2502, by determining

that a plurality of devices (e.g., VHT STAs) have a first capability (e.g., support MU-

MIMO or FDMA). For example, the AP may receive a capability information

element (IE) (e.g., a VHT capability IE) from each of the plurality of devices

indicating support for the first capability. At 2504, the AP may generate a MU

packet that solicits an immediate response from a plurality of the devices, wherein

- 1064 -

the immediate response comprises an ACK or BA. According to certain aspects, the

MU packet may provide a response type indication to each of the plurality of

devices, to use SU MIMO, MU MIMO, or FDMA to send the immediate response. In

an example implementation, the MU packet may include a plurality of MPDUs,

each MPDU being addressed to a different one of the plurality of devices and the

response type indication may be provided in a QoS control field of each MPDU, a FC

field of each MPDU, an A-MPDU delimiter preceding the MPDU, or an extended

MAC header. Alternatively, the MU packet may include one or more PSDUs, each

PSDU being address to a different one of the plurality of devices and the response

type indication may be provided in a SERVICE field of the PSDU. In yet another

alternative, the response type indication may be provided in a PHY header of the

MU packet. In yet another alternative, the response type may be indicated by the

presence of a special frame in the A-MPDU. In yet another alternative, the MU

packet may include one or more group IDs, each of the one or more group IDs

associated with whether to use SU MIMO, MU MIMO, or MU FDMA to send the

immediate response, such that the response type indication is provided implicitly by

the one or more group IDs. In yet another alternative, the AP may generate a

special frame and output the special frame for transmission after the MU packet

and the response type indication may be provided in the special frame. According to

certain aspects, an indication of one or more parameters (e.g., spatial streams to

use, channels, a duration, transmission power) to use for sending the immediate

using MU MIMO or MU FDMA may be provided according to any of the alternatives described above for explicitly or implicitly providing the response type indication (e.g., group ID, special frame, MPDU field, PHY header)." Merlin '690 at ¶¶ [0180]-[0181].

3019. Additionally, Merlin '690 discloses: "According to certain aspects, the AP may generate a second MU packet that does not solicit an immediate response from the plurality of devices and output the second MU packet for transmission. The AP may determine that one or more other devices lack the first capability and generate a third MU packet that solicits an immediate response from at most a single one of the one or more other devices and output the third MU packet for transmission. According to certain aspects, the AP may determine that one or more other devices lack the first capability and generate a fourth MU packet that does not solicit an immediate response from either the plurality of devices or the one or more other devices and output the fourth MU packet for transmission. According to certain aspects, the AP may receive an MU packet from each of the plurality of devices including a plurality of A-MPDUs, each A-MPDU having an ACK associated with the MU packet. The AP may process the received MU packets to confirm that the MU packet sent by the AP was successfully received at each device." Merlin '690 at ¶ [0185].

3020. *See also* Merlin '690 at FIGS. 25 and 25A.

- 1066 -

███████████████████████████████

3021.  Also, Merlin '690 discloses: "Upon receiving the RTS message 402, the selected STA (e.g., STA1) may transmit a Clear to Send (CTS) message 404 to the AP. The RTS message 402 and the CTS message 404 may be separated by a short inter-frame space (SIFS), a small interval between a data frame or other message and its acknowledgment (ACK). In response to receiving the CTS message 404, the AP may send DL-MU-MIMO data 406 to STAs selected by the scheduler (typically part of the processing system of the AP, such as scheduler 234 in FIG. 2). The STAs receiving the MU-MIMO data 406 may transmit BAs 408 in the uplink (UL) in series, starting with the BA for STA1 and ending with the BA for STA3 as shown in FIG. 4. The STABA transmissions may be separated by SIFS. The order and timing for the STABA transmissions may be sent in the DL-MU-MIMO data 406." Merlin '690 at ¶ [0115].

3022.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3023.  **802.11ac-2013** discloses this element. For example, 802.11ac-2013 defines a "user" as "An individual or group of stations (STAs) identified by a single receive address (RA) in the context of single-user multiple input, multiple output (SU-MIMO) or multi-user multiple input, multiple output (MU-MIMO)." 802.11ac-2013 at pg. 7.

- 1067 -

3024.  802.11ac-2013 also discloses: "The construction of the Data field in a VHT SU PPDU with BCC encoding proceeds as follows: a) Insert the CRC calculated for VHT-SIG-B in the SERVICE field as described in 22.3.10.2 and append the PSDU to the SERVICE field. b) PHY padding: Append the PHY pad bits and tail bits to the PSDU. c) Scrambler: Scramble the PHY padded data. d) BCC encoder: Divide the scrambled bits between the encoders by sending bits to different encoders in a round robin manner. The number of encoders is determined by rate-dependent parameters described in 22.5. BCC encode as described in 22.3.10.5.2 and 22.3.10.5.3. e) Stream parser: Rearrange the output of the BCC encoders into blocks as described in 22.3.10.6. f) Segment parser (if needed): For a contiguous 160 MHz or noncontiguous 80+80 MHz transmission, divide the output bits of each stream parser into two frequency subblocks as described in 22.3.10.7. This block is bypassed for 20 MHz, 40 MHz, and 80 MHz VHT PPDU transmissions. g) BCC interleaver: Interleave as described in 22.3.10.8. h) Constellation mapper: Map to BPSK, QPSK, 16-QAM, 64-QAM, or 256-QAM constellation points as described in 22.3.10.9. i) Segment deparser (if needed): For a contiguous 160 MHz transmission, merge the two frequency subblocks into one frequency segment as described in 22.3.10.9.3. This block is bypassed for 20 MHz, 40 MHz, 80 MHz, and 80+80 MHz VHT PPDU transmissions. j) STBC: Apply STBC as described in 22.3.10.9.4. k) Pilot insertion: Insert pilots following the steps described in 22.3.10.10. l) CSD: Apply CSD for each space-time stream and frequency segment as described in

22.3.8.3.2. m) Spatial mapping: Apply the Q matrix as described in 22.3.10.11.1. n) Phase rotation: Apply the appropriate phase rotations for each 20 MHz subchannel as described in 22.3.7.4 and 22.3.7.5. o) IDFT: For a noncontiguous 80+80 MHz transmission, map each frequency subblocks to the separate IDFT. Compute the inverse discrete Fourier transform. p) Insert GI and apply windowing: Prepend a GI (SHORT_GI or LONG_GI) and apply windowing as described in 22.3.7.4. q) Analog and RF: Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 22.3.7.4 and 22.3.8 for details." 802.11ac-2013 at Section 22.3.4.9; pp. 241-242.

3025.  802.11ac-2013 also discloses: "For an MU transmission, the PPDU encoding process is performed on a per-user basis up to the input of the Spatial Mapping block except CSD (as described in 22.3.8.3.2). All user data is combined and mapped to the transmit chains in the Spatial Mapping block." 802.11ac-2013 at Section 22.3.4.10; pg. 243.

3026.  Further, 802.11ac-2013 discloses examples of VHT PPDU transmissions with and without immediate acknowledgement at FIGS. 9-9a and 9-9b; pg. 123.



**Figure 9-9a—An example of a TXOP containing a VHT MU PPDU transmission
with an immediate acknowledgment to the VHT MU PPDU**



**Figure 9-9b—An example of a TXOP containing a VHT MU PPDU transmission
with no immediate acknowledgment to the VHT MU PPDU**

3027.  Further, 802.11ac-2013 discloses examples of Ack policy information
carried in a QoS Control field:

### 8.2.4.5 QoS Control field

### 8.2.4.5.4 Ack Policy subfield

*Change the first row in Table 8-6 as follows:*

**Table 8-6—Ack Policy subfield in QoS Control field of QoS data frames**

| Bits in QoS Control field | | Meaning |
|---|---|---|
| Bit 5 | Bit 6 | |
| 0 | 0 | Normal Ack or Implicit Block Ack Request. <br><br> In a frame that is a non-A-MPDU frame or VHT single MPDU: <br> The addressed recipient returns an ACK or QoS +CF-Ack frame after a short interframe space (SIFS) period, according to the procedures defined in 9.3.2.8 and 9.19.3.5. For a non-DMG STA, this is the only permissible value for the Ack Policy subfield for individually addressed QoS Null (no data) frames. <br><br> ~~In a frame that is part of an A-MPDU~~Otherwise: <br> The addressed recipient returns a BlockAck MPDU, either individually or as part of an A-MPDU starting a SIFS after the PPDU carrying the frame, according to the procedures defined in 9.3.2.9, 9.21.7.5, 9.21.8.3, 9.25.3, 9.25.4, and 9.29.3. |

3028.  See 802.11ac-2013, p.34.

3029.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3030.  **Wang** discloses this element. For example, Wang discloses: "When an ACK frame is transmitted with a pre-assigned MCS and bandwidth, the NAV setting may be modified accordingly. The Duration field 720 of the MAC frame transmitted by the originator holds a time value which indicates the duration the originator expects the medium to be busy. Conventionally, the originator does not assign an MCS to the following ACK frame. Therefore, the originator estimates the

- 1071 -

duration of the following ACK transmission based on the lowest MCS supported by

the system. With the pre-assigned MCS in accordance with the embodiments

disclosed herein, the originator may estimate the following ACK transmission with

the assigned MCS, and give a more accurate time value in the Duration field 720. In

this way, unintended STAs may set the NAV more accurately. Once the recipient

correctly demodulates the data packet, it prepares an ACK packet accordingly.

When explicit indication is utilized, the recipient may transmit the ACK frame with

the pre-assigned MCS and bandwidth. When implicit indication is utilized, the

recipient may transmit the ACK frame with an MCS and bandwidth which may

complete the ACK transmission within the specified duration. The MCS and

bandwidth utilized by the recipient may not be required to be identical to that

chosen by the originator. However, the ACK PPDU duration may need to fit into the

duration value set by the originator in the MAC header. The ACKs or BAs for a

plurality of users (e.g., STAs) may be transmitted via a single ACK or BA

transmission. The ACKs (or BAs) for a plurality of users may be aggregated in a

spatial domain and transmitted using multi-user multiple-input multiple-output

(MU-MIMO) or aggregated in a time domain and transmitted using an aggregated

multi-user ACK. In one embodiment, the MU-MIMO PPDU format may be used to

transmit a delayed multi-user ACKs or block ACKs. FIG. 8 shows an example of

PPDU frame structure for a MU-MIMO block ACK. The PPDU includes an omni

portion 810 and a MU portion 820. The omni portion 810 is transmitted for all users

- 1072 -

and the MU portion 820 is transmitted via each spatial stream of the MU-MIMO

transmission. The omni portion 810 includes an STF, an LTS and a SIG field

(SIGA). The MU portion 820 includes an STF, LTFs, and an ACK body frame 822.

The ACK body frame 822 shown in FIG. 8 is a BA frame 830. Alternatively, the

ACK body frame 822 may be a normal ACK frame. The multi-user block ACK may

be applied to a delayed multi-user block ACK." Wang at ¶¶ [0097]-[0100].

3031.  Also, in Wang: "FIG. 9 shows an example message exchange sequence

for delayed MU-MIMO block ACK. STA1 acquires a channel and negotiates with an

AP with a few message exchanges 910 to set up a block ACK session with the AP

with delayed block ACK policy. An originator (STA1 in this example) transmits

data, followed by a block ACK request (BAR) 914. The BAR frame 914 solicits an

ACK frame 916 from the recipient (AP in this example). FIG. 10 shows a BAR frame

format. The BAR frame 914 includes a BAR control field 1002. If a BAR ACK policy

field in the BAR control field 1002 is set to '1', the recipient returns an ACK

immediately upon receipt of the BAR frame 914. If a BAR ACK policy field in the

BAR control field 1002 is set to '0', the recipient does not send an ACK upon receipt

of the BAR frame 914. In the example shown in FIG. 9, the AP sends an ACK 916 in

response to the BAR frame 914. During each BA session, unintended STAs (all

STAs other than the originator (STA2-STA4 in this example) and the recipient (AP

in this example)) may set their NAV during the BA session. The AP will hold the

BA for STA1, and wait for delayed transmission. STA2 then acquires a channel and

- 1073 -

████████████████████████████████

exchanges messages 920 to set up a BA session with the AP and transmits data frames 922 and a BAR frame 924 to the AP, and receive an ACK frame 926 from the AP. STA3 then acquires a channel and exchanges messages 930 to set up a BA session with the AP and transmits data frames 932 and a BAR frame 934 to the AP, and receive an ACK frame 936 from the AP. STA4 then acquires a channel and exchanges messages 940 to set up a BA session with the AP and transmits data frames 942 and a BAR frame 944 to the AP, and receive an ACK frame 946 from the AP. The AP may group several block ACKs (BA1-BA4 in this example) and transmit them using a MU-MIMO transmission, (i.e., delayed MU-MIMO BA). The AP may group multiple block ACKs according to some grouping criteria, (e.g., with similar access category (AC), or good spatial channel correlation), for MU-MIMO block ACK transmission. The AP may modulate the BAs with different MU-MIMO weights, and transmits them simultaneously. Within the MU-MIMO BA frame, the BA ACK policy field in the BA control field indicates whether an ACK is requested in response to the BA frame. The BA ACK policy field may be set to '0' or '1' for all users. If the BA ACK policy field is set to '1', the BA frame 950 will not solicit an ACK response from the originator (STA1-STA4 in this example). If the BA ACK policy field is set to '0', the BA frame 950 solicits an ACK response 960 from the originators (STA1-STA4 in this example) as shown in FIG. 9. The ACK responses 960 from the STAs in response to the MU-MIMO BA 950 may be transmitted by the STAs simultaneously using MU-MIMO. Alternatively, the STAs may transmit an

- 1074 -

ACK sequentially, for example, according to the user position array defined in a group ID. The group ID may be included in the SIG field." Wang at ¶¶ [0101]-[0105]; *see also* Wang at FIG. 9.

3032.  Additionally, Wang discloses: "All AP/STAs involved in the delayed MU-MIMO ACK sequence may declare the support of delayed block ACK and MU-MIMO. In another embodiment, instead of transmitting ACKs or BAs for multiple users with MU-MIMO, the ACKs or BAs may be aggregated in time domain and transmitted sequentially, (i.e., an aggregated multi-user ACK (A-MU-ACK)). A receiver (STA or AP) receives data packets, and generates acknowledgement packets in response to received data packets, and may aggregate the acknowledgement packets and transmit the aggregated acknowledgement packets in the single transmission. FIG. 11 shows an example PPDU structure for an A-MU-ACK frame. In FIG. 11, the ACKs are aggregated at the MPDU level. The aggregated ACKs may be block ACKs or normal ACKs. The PPDU for the A-MU-ACK 1100 includes a preamble 1110, an SIG field 1120, and a data field 1130. Within the data field 1130, the A-MU-ACK frame 1132 is included. The A-MU-ACK frame 1132 includes ACK (or BA) MPDUs 1142 for one or more users (ACK1, ACK2, ACK3 in this example) separated by ACK delimiters 1144. The ACK/BA MPDUs 1142 are aggregated at a MAC level and the A-MU-ACK frame 1132 is passed to the physical layer as an aggregated MPDU packet so that the A-MU-ACK frame 1132 may be coded and modulated by the physical layer as a whole packet. The lowest

███████████████████████████

MCS may be used for the A-MU-ACK. An ACK delimiter 1144 may be inserted at the beginning of each ACK/BA MPDUs 1142. The ACK delimiter 1144 may be 32 bits or 8 bits in length. A 32-bit ACK delimiter may include a length field, a CRC and an 8-bit signature field. The length field may be used to indicate the length of the following ACK/BA MPDU. The signature field may be used to detect an ACK delimiter when scanning for a delimiter. An 8-bit ACK delimiter may include an 8-bit signature field, which is used to detect an ACK delimiter when scanning for a delimiter. The aggregated multi-user ACK packet may be broadcast or multicast to more than one user (e.g., STA). Since different users may have different radio link quality due to path-loss, channel condition, receiver sensitivity, etc., using the same MCS for all users in the same aggregated multi-user ACK packet may be simple but may not be efficient. In addition, if a relatively lower MCS is chosen, all the users may not decode the aggregated multi-user ACK frame correctly." Wang at ¶¶ [0106]-[0110]; *see also* Wang at FIG. 11.

3033.  Wang further discloses: "The ACK and the data to which the ACK is piggybacked may be directed to a single user, (i.e., single user piggyback ACK). FIG. 15 shows an example of single user piggyback ACK. An originator transmits a data packet 1510 to a recipient. If the data is not time sensitive, a piggyback ACK may be used. The originator may indicate (e.g., in the data packet) that a piggyback ACK is allowed. If the recipient has data payload 1530 directed to the originator, the recipient may piggyback the ACK 1520 with the data packet 1530. The piggyback

████████████████████████

ACK may be immediate or delayed. If the recipient has no data payload to the

originator, the recipient may delay the ACK, (i.e., piggyback the ACK with data

later). The single user piggyback ACK may be performed in an MSDU level. FIG. 16

shows an example of single user piggyback ACK aggregated in an MSDU level. An

ACK (or BA) MSDU 1610 and a data MSDU 1620 are aggregated, and a modified

MAC header 1630 may be added to the aggregated ACK and data MSDUs. The

MAC header 1630 may indicate that the subtype of the frame is a data frame with a

piggybacked ACK or BA. Once the subtype field in the frame control field in the

MAC header indicates the frame is a data frame with a piggybacked ACK or BA,

the sequence control field in the MAC header may be extended to cover the

sequence number of the data MSDU and ACK. If a BA is utilized, the BA control

field may be included in the MAC header." Wang at ¶¶ [0119]-[0120]; *see also* Wang

at FIGS. 15 and 16.

3034. Additionally, Wang discloses: "Single user piggyback ACK may be

performed in the MPDU level. FIG. 17 shows an example of piggyback ACK in an

MPDU level. An ACK MPDU 1710 and a data MPDU 1720 are aggregated, and

passed to the physical layer. A common PLCP header and preamble are added to

the aggregated packet to form a PPDU 1700. In this scheme, an ACK MPDU 1710

and a data MPDU 1720 may be coded and modulated with the same MCS. The ACK

and data are included into separate MPDUs with a separate MAC header and the

MPDUs are separated by MPDU delimiters. Single user piggyback ACK may be

- 1077 -

performed in the PPDU level. FIG. 18 shows an example of piggyback ACK in a

PPDU level. ACK and data are included in separate MPDUs, and the MPDUs are

modulated and coded separately. A separate MCS may be used for the MPDUs. As

shown in FIG. 18, a common SIG field may be utilized in which MCS for ACK and

data are defined. Alternatively, separate SIG fields may be included. The single

user piggyback packet may include more than one data packet and/or more than

one ACK/BA packet. The ACK and data may be directed to different users, (i.e.,

multi-user piggyback ACK). The piggyback ACK may be immediate or delayed. FIG.

19 shows an example of multi user piggyback ACK. An originator transmits a data

packet 1910 to a recipient. If the data is not time sensitive, the originator may allow

a piggyback ACK. In this case, the originator may indicate (e.g., in the data packet)

that a piggyback ACK is allowed. The recipient may choose to piggyback the ACK

1920 with a data packet 1930 directed to a third STA. Multi user piggyback ACK

may be performed in an MPDU level. In this case, ACK and data MPDUs are

aggregated, and passed to a physical layer. A MAC header of each MPDU packet

has its own receiver address (RA) information. A common PLCP header and

preamble are added to the aggregated packet to form a PPDU. In this scheme, ACK

and data MPDUs may be coded and modulated with the same MCS. Similar to the

single user piggyback ACK, multi user piggyback in the MPDU domain may utilize

the frame format shown in FIG. 17." Wang at ¶¶ [0121]-[0125]]; *see also* Wang at

FIGS. 17-19.

3035.  Wang also discloses: "The selected MCS and bandwidth for the following

ACK frame may be indicated in the MAC header of the data packet. FIG. 7 shows a conventional MAC frame format. In the current 802.11 standards, an ACK policy subfield is defined in a QoS control field 710 of the MAC header. The ACK policy subfield is 2 bits in length and identifies the acknowledgment policy that is followed upon delivery of the MPDU. In one embodiment, the ACK policy subfield may be extended for MCS and bandwidth indication. The number of bits needed for MCS and bandwidth information may vary depending on the standards. For example, with 802.11ah, 2 bits may be used to indicate the bandwidth as shown in Table 1."  Wang at ¶¶  [0094].

3036.  Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3037.  **Zhu** discloses this element. For example, Zhu discloses: "Well-known is that said STA with entering sleep state function is meant that STA supports to get into dormant function and this function is in opening. Support to get into the STA of dormant function, can open this function a certain period, and close this function in a certain other period; That is to say that this STA can have the sleep state of entering function a certain period, and does not have the sleep state of entering function in a certain other period. Existing corresponding signaling in the prior art

███████████████████████████████████████████████████

makes STA to give AP the own current information reporting that whether has

entering sleep state function. Adopt existing power saving method; When first

frame of TXOP carry forbid that the TXOP power-saving is designated as not the

time; Show that all the STA equipment in the operated object mark that is not

included in this frame among this BSS all can get into sleep state; In the case, all

the STA equipment with entering sleep state function among this BSS just get into

sleep state all according to the sleep condition judgment if satisfy the sleep

condition usually. Therefore; For multiuser MIMO (Multi-User MIMO; Be called for

short MU-MIMO) pattern; Adopt existing power saving method, all that are only

applicable to that operated object mark in first frame of TXOP comprised that this

TXOP relates to have the situation of the STA equipment that gets into the sleep

state function, and for Single User MIMO (Single-User MIMO; Be called for short

SU-MIMO) pattern, this method is only applicable to the operated object mark of

each frame of TXOP and only indicates no more than one situation with the STA

equipment that gets into the sleep state function. At present, wireless

communication system also has TXOP to block (truncation) technology: AP

equipment obtains a TXOP, usually in order to a STA equipment transmission data.

Suppose that an AP need pass the M frame data for a STA equipment at a TXOP,

so, what each frame data existed all that STA as receiving terminal can't correctly

receive in the reality maybe. For the frame that each receiving terminal STA can't

correctly receive, AP need transmit this frame usually again, correctly receives this

████████████████████████████████████

frame and send out ACK corresponding to AP that (acknowledgment: confirmation of receipt) frame adds their confirmation up to receiving terminal STA. But AP can't accurately foresee the number of times that needs each frame to retransmit, and when the TXOP time span is set, can only reserve the re-transmission that sometimes are used for several frames. Suppose when AP is provided with the TXOP time span, reserved the re-transmission that sometimes are used for the J frame, and the number of the actual frame that retransmits is less than J; Then AP can carry out the operation that TXOP blocks usually; That is, AP plans in a TXOP, to give the M frame data of a STA biography, is all correctly received by STA; And the TXOP time span that is provided with that AP is provided with also has residue; Then AP finishes this TXOP in advance, and through sending CF (contention free: promptly avoid competition) end frame, it can translate into the time period end indication frame that avoids competing usually. Each STA receives after the CF end frame, just can begin competitive channel, to be used for transfer of data separately." Zhu at ¶¶ [0005]-[0006].

3038.  Zhu further discloses: "A kind of is that under the MU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-SIG-A signaling, and the data flow of each STA of correspondence that after packet header, sends through the MU-MIMO spatial multiplexing mode. Wherein, packet header comprises the fluxion information of each STA in operated object mark and the group. Under the MU-MIMO pattern, operated object mark is Group ID.

███████████████████████████████████████████

Comprise each data flow corresponding in the data flow, comprise the MAC Address of corresponding STA equipment in this data flow with each STA of fluxion non-0. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a STA to this STA equipment, and the frame head of this mac frame comprises the receiving terminal mac address information of 6 bytes. STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if identical, explains that this mac frame issues oneself, then this frame is decoded; If different, explain that this mac frame do not issue oneself, then it is not decoded. Another kind is that under the SU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-SIG-A signaling, and the data flow of giving a STA of after packet header, sending. Wherein, packet header comprises the fluxion information of an operated object mark and a said STA. Under the SU-MIMO pattern, operated object mark is partial association sign (association identifier is called for short AID).The MAC Address that comprises a said STA in the data flow. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a said STA to this STA equipment, and the frame head of this mac frame comprises the receiving terminal mac address information of 6 bytes. A said STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if identical, explains that this mac frame issues oneself, then this frame is decoded; If

- 1082 -

different, explain that this mac frame do not issue oneself, then it is not decoded. When No TXOP PS indication allows to carry out power-saving; Be used for judging whether getting into one or more the combination that dormant sleep condition can comprise three conditions; When wherein a condition satisfies, promptly be judged as and satisfy the sleep condition, STA equipment gets into sleep state; When one or more conditions that comprised when the sleep condition all do not satisfy, be judged as and do not satisfy the sleep condition, STA equipment keeps waking state. What need further specify is; When No TXOP PS indication allows to carry out power-saving; Be used for judging whether getting into one or more the combination that dormant sleep condition can comprise three conditions; When wherein a condition satisfies, promptly be judged as and satisfy the sleep condition, have the STA equipment that gets into the sleep state function and get into sleep state; When one or more conditions that comprised when the sleep condition all do not satisfy, be judged as and do not satisfy the sleep condition, have the STA equipment that gets into the sleep state function and keep waking state; If STA equipment can not support to get into sleep state, then keep waking state always, need not judge above-mentioned sleep condition. Simple for what explain; STA in said hereinafter 'STA equipment gets into sleep state'; All be meant and have the STA that gets into the sleep state function; This point is semantically also being seen easily, that is to say that 'STA equipment gets into sleep state' must be implied the said STA of explanation is the STA with entering sleep state function.

- 1083 -

██████████████████████████████████████████████

Particularly, under the MU-MIMO pattern, these three conditions specifically comprise following content. Condition one: if when not comprising the indication to this STA equipment in the operated object mark of present frame, STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition two: if comprise the indication to this STA equipment in the operated object mark of present frame, and the corresponding spatial reuse fluxion of this STA is designated as at 0 o'clock, and STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition three: if comprise indication in the operated object mark of present frame to this STA equipment; And this STA receives when more multiple data bit is designated as 0 Frame that STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Under the SU-MIMO pattern, these three conditions specifically comprise following content. Condition one: if the part A ID of the partial association of indicating in the operated object mark of present frame sign and this STA equipment is not simultaneously, STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition two: if the part A ID that indicates in the operated object mark of present frame is identical with the part A ID of this STA equipment, but present frame is not when issuing this STA, and STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition three: if comprise indication in the operated object mark of present frame to this STA equipment; And this STA

- 1084 -

receives when more multiple data bit is designated as 0 Frame that STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. The embodiment of the invention proposes a kind of TXOP transmission method of supporting the TXOP power-saving, in same TXOP, comprises key player on a team's operated object mark and candidate operated object mark. In this TXOP; When the data of giving several indicated STA of key player on a team's operated object mark end of transmission and correctly received by corresponding STA; And this TXOP does not also finish, and then gives several indicated STA transmission data of the candidate operated object mark in the remaining time of TXOP. So just can avoid the use of TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0020]-[0025].

3039.  FIG. 1 of Zhu discloses an example method "of method of sending data in embodiments of the present invention, in a WLAN, each access point AP or terminal STA are carried out channel competition, carry out data then and send, and in a transmission opportunity TXOP"; the method including: "S101 sends the candidate control frame to candidate terminal equipment STA, comprises association identification and the MAC Address of said candidate STA in the said candidate control frame; S102; Send Frame to key player on a team STA; Also comprise in the said Frame allowing to get into the sleep state sign, wherein said key player on a team STA is the corresponding target STA of this TXOP, and said key player on a team STA can get into sleep state according to said sleep state sign

████████████████████████

after key player on a team STA transmission Frame is accomplished; S103, after key player on a team STA sends Frame and accomplishes, according to the association identification of said candidate STA and MAC Address to said candidate STA transmission Frame. In the above-described embodiments, owing to introduced candidate STA, after key player on a team STA has accomplished the data transmission; Even this TXOP does not also finish; But give candidate STA transmission data in the remaining time of TXOP, so just can avoid the use of TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0026]-[0030].

3040. As another example, Zhu discloses: "In the embodiment of the invention one; With AP operation of equipment flow process is that example describes this TXOP transmission method; And suppose that a STA among the BSS has the STA that gets into the sleep state function; Suppose the SU-MIMO pattern simultaneously, suppose that in addition this TXOP adopts 1 key player on a team STA and 1 candidate STA. This method comprises following process. Step 101: AP equipment is given candidate STA transmission data at the 1st frame of TXOP. Concrete, the 1st frame that AP sends comprises the partial association sign of a said candidate STA and the MAC Address of a said candidate STA. At the 1st frame, No TXOP PS indication does not allow to carry out power-saving. Step 102: AP equipment begins up to the K frame from the 2nd frame of TXOP, promptly at the 2nd, 3 of TXOP ..., the K frame is given key player on a team STA transmission

- 1086 -

data. Concrete, begin up to the K frame from the 2nd frame of TXOP, each frame that AP sends all comprises the partial association sign of a said key player on a team STA and the MAC Address of a said key player on a team STA. Begin up to the K frame from the 2nd frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 103: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., the N frame is given described 1 the candidate STA transmission of step 101 data. Concrete, begin up to the N frame from the K+1 frame of TXOP, each frame that AP sends all comprises the partial association sign of a said candidate STA and the MAC Address of a said candidate STA. After above-mentioned N frame end of transmission, this TXOP finishes or the remaining time of this TXOP is used for transferring to a few frame inadequately. Begin up to the N frame from the K+1 frame of TXOP, No TXOP PS indicates and allows to carry out power-saving, and perhaps No TXOP PS is an arbitrary value, for example all indicates not allow to carry out power-saving. In the above step, a certain frame end of transmission refers to that this frame is dealt into STA by AP, and STA returns corresponding ACK signaling to AP; Perhaps, a certain frame end of transmission only refers to that this frame is dealt into STA by AP." Zhu at ¶¶ [0033]-[0037].

3041.  Zhu further discloses that embodiments that "suppose the SU-MIMO pattern … can be generalized to the MU-MIMO pattern …." Zhu at ¶ [0081]. For example, "[a]mong aforesaid all embodiment, follow prior art, in a TXOP or all use the MU-MIMO pattern, or all use the SU-MIMO pattern. In fact, can in a TXOP, use MU-MIMO pattern and SU-MIMO pattern with, obtain following embodiment accordingly for the flexible and more performance of dispatching. In the embodiment of the invention 17, be that example describes this TXOP transmission method with AP operation of equipment flow process, compatible MU-MIMO pattern and SU-MIMO pattern suppose that in addition this TXOP adopts 1 key player on a team Group ID simultaneously. This method comprises following process. Step 1701: AP equipment begins up to the K frame from the 1st frame of TXOP, promptly at the 1st, 2 of TXOP ..., the K frame is given one group of STA transmission data with a Group ID, and this Group ID is called key player on a team Group ID. Begin up to the K frame from the 1st frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 1702: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins at least one frame up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., at least one frame in the N frame adopts the SU-MIMO pattern to give 1 STA transmission data. In the embodiment of the invention 18, be that example describes this TXOP transmission method with STA operation

- 1088 -

█████████████████████████████████████████████

of equipment flow process. This method comprises following process." Zhu at ¶¶
[0110]-[0114].

3042.  Zhu also discloses: "Step 1801: at the 1st frame, each STA equipment
is received the packet that AP sends out at this frame, comprises the No TXOP PS
of this frame, the MAC Address of a Group ID and a receiving terminal STA. At the
1st frame; Each has the STA that gets into the sleep state function and at first
makes a decision according to the value of this bit of No TXOP PS: if this bit
indication does not allow to carry out power-saving; Then according to the method
for prior art, each has the STA that gets into the sleep state function all cannot get
into sleep state. If this bit indication allows to carry out power-saving,, can get into
sleep state and keep sleep state to finish at this frame up to this TXOP then not by
the STA that gets into the sleep state function that has of the Group ID of the 1st
frame indication; Identical had the STA (promptly receiving the STA of the Frame
of issuing oneself) that gets into the sleep state function, a maintenance waking
state by one in several receiving terminals STA MAC Address of the Group ID of the
1st frame indication and self MAC address and this frame at this frame. To the K
frame, the STA that gets into the sleep state function that has by the GroupID of
the 1st frame indication receives the packet that AP sends out at the 1st frame; And
at each frame all according to the method for prior art; Judge whether present
frame issues oneself, if present frame is issued oneself, the present frame of just
decoding; In addition; If the No TXOP PS of present frame indication allows to carry

- 1089 -

█████████████████████████████████████████

out power-saving; Then,, judge whether oneself satisfies the sleep condition also according to the sleep condition of prior art by the STA of the Group ID of the 1st frame indication; If satisfy the sleep condition, just can get into sleep state and keep sleep state to finish at this frame up to this TXOP at a certain frame. Step 1802: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame; Then at the K+1 frame to N frame (K+1 is smaller or equal to N), do not get into each STA of sleep state function, all receive the packet that AP sends out; And wherein at least one STA receives AP and issues at least one the SU-MIMO frame of oneself. The embodiment of the invention provides a kind of radio transmission apparatus, and it can be AP or STA in the WLAN, can be to be applied to AP or the control of STA battery saving mode, and ordinary circumstance is that an AP covers a plurality of STA, can a plurality of users be sent data. Device in the present embodiment is used to realize the flow process of said method embodiment, and the processing procedure in the concrete grammar all can be carried out in this device, and the idiographic flow of said method realizes all can becoming the function of this equipment." Zhu at ¶¶ [0115]-[0117].

3043.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3044.  **Banerjea** discloses this element. For example, Banerjea discloses: "Wireless local area networks (WLANs) have evolved rapidly over the past decade.

- 1090 -

████████████████████████████████████

Development of WLAN standards such as the Institute for Electrical and

Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g, and 802.11n Standards

has improved single-user peak data throughput. For example, the IEEE 802.11b

Standard specifies a single-user peak throughput of 11 megabits per second (Mbps),

the IEEE 802.11a and 802.11g Standards specify a single-user peak throughput of

54 Mbps, and the IEEE 802.11n Standard specifies a single-user peak throughput of

600 Mbps. Work has begun on a new standard, IEEE 802.11 ac, that promises to

provide even greater throughput." Banerjea at Col. 1, Lines 29-40.

3045.  Banerjea also discloses an example scenario: "the AP 12 estimates that

a power level P1 associated with signals received from the station 14 and a power

level P2 associated with signals received from the station 16 differ by no more than

a certain power level difference Dp, i.e., $|P1-P2| \leq Dp$. On the other hand, the

power level P2 associated with signals received from the station 18 is significantly

different from the power levels P1 and P2, i.e., $|P3-P1| > Dp$ and/or $|P3-P2| \leq Dp$.

Depending on the embodiment, the AP 12 uses channel sounding or another

suitable technique to estimate a power level at which the station 14 communicates

with the AP 12 via a channel 30. For example, in an embodiment, the AP 12

transmits a sounding packet to the station 14 at a certain power level, receives a

feedback frame from the station 14 that indicates the strength of the signal

associated with the sounding packet. In another embodiment, the AP 12 receives a

sounding packet transmitted from the station 14 using a power level setting known

- 1091 -

████████████████████████████████████████████

to the AP 12 and measures the strength of the signal associated with the received

sounding packet. Similarly, the AP 12 generates the corresponding metrics for the

station 16 and/or a channel 32 between the station 16 and the AP 12, and the

station 18 and/or a channel 34 between the station 18 and the AP 12, according to

an embodiment. As used herein, the channels 30, 32, and 34 at least partially define

a shared wireless communication channel associated with a particular frequency

band. To continue with the example scenario discussed above, the AP 12, in an

embodiment, selects the stations 14 and 16 for participation in a certain group G in

view of the estimated power levels P1, P2, and P3. In some embodiments, the AP 12

additionally considers one or more other factors when forming the group G, such as

the MCS(s) supported by each candidate station, spatial diversity among the

candidate stations, the amount of data available at each candidate station (if known

and available), multipath effects, etc. Depending on the embodiment, the AP 12

announces the formation of the group G using an assignment frame unicast to each

of the stations 14 and 16, multicast to the stations 14 and 16, or broadcast through

the WLAN 10. In an embodiment, the station 14 includes a UL transmit (Tx)

controller 24 to process the assignment frame and control transmissions to the AP

12 that occur at the same time as transmissions from the station 16 to the AP 12. At

least the station 16 includes a UL Tx controller (not shown) similar to the UL Tx

controller 24, in an embodiment." Banerjea at Col. 2, Lines 18-62; *see also* Banerjea

- 1092 -

at FIG. 1 for a block diagram of a communication system with an AP in such a scenario.

3046.  Banerjea further discloses: "As illustrated in FIG. 3A, the start of the communication frames 112-1 and 112-2 and the end of the USI frame 110 are separated by a gap 114 having a duration equal to a SIFS. In other embodiments, however, the gap 114 has a different duration such as, for example, a distributed control function (DFS) interframe space (DIFS). In either case, the gap 114 is predefined, preconfigured, or otherwise agreed upon by the transmitting devices and the receiving device, in an embodiment, so that the USI frame 110 implicitly indicates the timing of simultaneous transmissions from the stations 104 and 106. In another embodiment, however, the USI frame 110 explicitly indicates the timing of simultaneous transmissions from the stations 104 and 106 (e.g., using a field to specify the start time relative to the beginning of the service period, Superframe, etc.)." Banerjea at Col. 6, Lines 53-67; *see also* Banerjea at FIG. 3A.

3047.  Further, "a period 150 is generally similar to the period 100 discussed above, except that an AP 152 and stations 154, 156 use a DL group definition for simultaneous UL transmission, according to an embodiment. Further, an assignment frame 158 in some embodiments has a format generally similar to the assignment frame 108. In the example period 150 of FIG. 3B, the assignment frame 158 is a DL group assignment frame that indicates the make-up of one or several DL groups for simultaneous downlink transmission (i.e., from the AP 154 to the

- 1093 -

stations 154 and 156). At a later time, the AP 152 transmits a USI frame 160 that

indicates a DL group to be used as an UL group for transmitting communication

frames 162-1 and 162-2 from the stations 154 and 156, respectively, according to an

embodiment." Banerjea at Col. 7, Lines 11-24; *see also* Banerjea at FIG. 3B.

3048.  Banerjea further discloses: "In some situations, several candidate

devices lack sufficient spatial diversity to operate in a UL MU mode as a single UL

group. In an embodiment, an appropriate subspace index (SSI) is assigned to a

candidate device depending on the current position of the candidate device relative

to the AP, for example. In particular, devices located in approximately the same

sector relative to the AP are assigned the same SSI, while devices spaced

sufficiently apart (from the perspective of the AP) are assigned different SSIs. It is

noted that in general, a UL group in which no two stations have the same SSIs is

likely to have good spatial diversity. Accordingly, stations having different SSIs can

be grouped together for UL MU purposes, provided other requirements are

satisfied. Referring to FIG. 6, a scenario 300 includes an initial sounding session

302 during which an AP conducts initial sounding to collect information indicative

of channel conditions of various stations, in an embodiment. Referring back to FIG.

1, for example, the AP 12 can develop (or receive) an estimate of the condition of the

channels 30, 32, and 34, in accordance with the technique of FIG. 6. Depending on

the embodiment, the initial sounding is conducted using broadcasting, selective

channel sounding, or individual channel sounding, and includes corresponding

- 1094 -

feedback information. Based on the feedback information corresponding to the initial sounding, the AP assigns SSIs to stations, in an embodiment. In other embodiments, the AP assigns SSIs sequentially or randomly. During a sounding update session 304, the AP sounds channels for one or more MU groups or for one or more SSI combinations, in an embodiment. Further, during an SSI update session 306, the AP reassigns some or all SSIs in response to a change in the conditions of one or more channels between the AP and the stations, in an embodiment. For example, certain SSIs are reassigned to cover a different set of stations." Banerjea at Col. 8, Line 58 – Col. 9, Line 23; *see also* Banerjea at FIGS. 1 and 6.

3049.  Additionally, "FIG. 7 is a diagram of an example format of an SSI assignment frame 400 that an AP transmits to several stations to indicate SSI assignments, in an embodiment. Similar to the frame 200 discussed with reference to FIG. 4, the SSI assignment frame 400 includes a preamble portion 402, a MAC portion 404, a frame body 406, and an FCS portion 408. The preamble portion 402 in some embodiments includes HT and/or VHT information. The MAC header portion 404 includes a frame control field 410 to indicate that the assignment frame 400 is a management or action frame, as well as a destination address field 412 set to the broadcast address value or a unicast address of a particular station, depending on the embodiment. The frame body 406 includes a category field 420 to indicate that at least the frame body 406 is being transmitted in the VHT mode, an action field 422 to indicate that the frame 400 is an SSI assignment frame, and a

number of SSI sets indicator 424 to indicate the number of SSI set descriptors

included in the portion of the frame body 406 that follows the number of SSI sets

indicator 424. In an embodiment, each SSI set descriptor 426-1, 426-2, . . . 426-N

includes a sequence of AIDs or other station identifiers, with the relative position of

each AID indicating the SSI assigned to the station. For example, as illustrated in

FIG. 7, the field 430-1 is in the first position in the SSI set descriptor 426-1 and

specifies a first AID to indicate that the station identified by the first AID is

assigned SSI=1, the field 430-2 is in the second position in the SSI set descriptor

426-1 and specifies a second AID to indicate that the station identified by the

second AID is assigned SSI=2, etc. It is noted that each SSI set descriptor 426-1,

426-2, . . . 426-N provides a list of stations having relatively good spatial diversity.

Accordingly, in an embodiment, an AP uses SSI set information when selecting

stations for participation an UL group, so that the selected stations transmit data in

a UL MU mode without having to adjust transmit power levels." Banerjea at Col. 9,

Lines 39-60; *see also* Banerjea at FIGS. 4 and 7.

3050.  Banerjea further discloses: "Next, FIG. 8 is a block diagram of an

example receiving device 450 that implements a UL group selection technique. In

an embodiment, the receiving device 450 operates in an AP such as the AP 12, for

example (see FIG. 1). In one such embodiment, the UL group controller 20 includes

at least some of the components 452, 460, 462, 464, 470, and 472. The receiving

device 450 includes a UL group selector 452 10 15 25 30 35 40 45 50 55 60 65 10

- 1096 -

that receives one or more of channel Sounding data pertaining to several candidate

stations via an input 454, SSI data pertaining to some or all of these candidate

stations via an input 456, allowable power variation X between stations in a UL

group via an input 458, depending on the embodiment. Further, in some

embodiments, the UL group also receives additional or alternative information such

as the capability of the AP in which the receiving device 450 operates, multipath

effect data pertaining to the candidate stations, etc. Still further, a DL group

controller 459 provides DL group information to the UL group selector 452, so that

a UL group is selected in view of one or more DL groups or is configured to be the

same as a certain DL group, in an embodiment." Banerjea at Col. 9, Line 61- Col.

10, Line 14; *see also* Banerjea at FIG. 8.

3051.  Also, Banerjea discloses: "Further, the UL group selector 452 in some

embodiments is coupled to a stream allocation unit 464 to determine which of the

streams (e.g., spatial streams) of the shared wireless communication channel are

allocated to which stations in a UL group. The MCS adaption unit 462 and the

stream allocation unit 464 are coupled to an USI frame generator 472 that

generates a USI frame formatted similar to the USI frame 200 illustrated in FIG. 4,

according to an embodiment. A timing US 8,472,383 B1 11 controller 470 coupled to

the UL group selector 452 and the USI frame generator 472 controls the timing of

transmitting the USI frame and, accordingly, the timing of arrival of UL MU data

frames from the stations in the UL group following a known time interval such as

SIFS." Banerjea at Col. 10, Line 60 – Col. 11, Line 5.

3052.  Alternatively, Banerjea, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

3053.  To the extent it is argued or determined that any of Merlin '690,

802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this

element would have been obvious at the time of the invention in view of any

combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or

Banerjea.  *See* "Motivation to Combine," *infra.*

> c.    **Element 1 [b]:  transmitting, to the AP, the
> acknowledgement frame based on the
> acknowledgement information at the SIFS time
> after the downlink frame,**

3054.  **<u>Merlin '690</u>** discloses this element. For example, Merlin '690 discloses:

"FIG. 4 illustrates an example downlink multiuser multiple-input multiple-output

(DL-MU-MIMO) between an access point and a plurality of stations, in accordance

with certain aspects of the present disclosure. To begin, the AP may transmit a

Request to Send (RTS) message 402 to one of the STAs (e.g., STA1) selected to

receive the DL-MU-MIMO transmission. All data in the MU-MIMO aggregate may

be of the same priority class. The RTS message 402 may be sent using contention

parameters of a data class in the MU-MIMO aggregate. Upon receiving the RTS

message 402, the selected STA (e.g., STA1) may transmit a Clear to Send (CTS)

message 404 to the AP. The RTS message 402 and the CTS message 404 may be separated by a short inter-frame space (SIFS), a small interval between a data frame or other message and its acknowledgment (ACK). In response to receiving the CTS message 404, the AP may send DL-MU-MIMO data 406 to STAs selected by the scheduler (typically part of the processing system of the AP, such as scheduler 234 in FIG. 2). The STAs receiving the MU-MIMO data 406 may transmit BAs 408 in the uplink (UL) in series, starting with the BA for STA1 and ending with the BA for STA3 as shown in FIG. 4. The STA BA transmissions may be separated by SIFS. The order and timing for the STA BA transmissions may be sent in the DL-MU-MIMO data 406. In DL-MU-MIMO transmissions, multiple packets are sent at the same time toward different STAs. If all the acknowledgments (ACKs) are received, the transmission may be considered successful. If no ACK is received, all the packets presumably failed, and this event may reasonably be interpreted as a collision. If only some of the ACKs are missing, while others are received, then the meaning of this event (e.g., whether this was a collision or a collision for only some of the STAs) and the appropriate reaction in terms of increasing the contention window (CW) may be defined. For example, in FIG. 4, MU-MIMO data 406 was sent to STA1, STA2, and STA3 (access terminals 120), and a BA was subsequently received from each of STA1 and STA3, but not from STA2." Merlin '690 at ¶¶ [0114]-[0116]; *see also* Merlin '690 at FIG. 4.

3055.  Merlin '690 further discloses: "According to certain aspects, the AP may generate a second MU packet that does not solicit an immediate response from the plurality of devices and output the second MU packet for transmission. The AP may determine that one or more other devices lack the first capability and generate a third MU packet that solicits an immediate response from at most a single one of the one or more other devices and output the third MU packet for transmission. According to certain aspects, the AP may determine that one or more other devices lack the first capability and generate a fourth MU packet that does not solicit an immediate response from either the plurality of devices or the one or more other devices and output the fourth MU packet for transmission. According to certain aspects, the AP may receive an MU packet from each of the plurality of devices including a plurality of A-MPDUs, each A-MPDU having an ACK associated with the MU packet. The AP may process the received MU packets to confirm that the MU packet sent by the AP was successfully received at each device." Merlin '690 at ¶ [0185].

3056.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3057.  **802.11ac-2013** discloses this element. See 1a).  Also, for example, 802.11ac-2013 defines a "user" as "An individual or group of stations (STAs) identified by a single receive address (RA) in the context of single-user multiple

input, multiple output (SU-MIMO) or multi-user multiple input, multiple output

(MU-MIMO)." 802.11ac-2013 at pg. 7.

3058.  802.11ac-2013 also discloses: "The construction of the Data field in a

VHT SU PPDU with BCC encoding proceeds as follows: a) Insert the CRC

calculated for VHT-SIG-B in the SERVICE field as described in 22.3.10.2 and

append the PSDU to the SERVICE field. b) PHY padding: Append the PHY pad bits

and tail bits to the PSDU. c) Scrambler: Scramble the PHY padded data. d) BCC

encoder: Divide the scrambled bits between the encoders by sending bits to different

encoders in a round robin manner. The number of encoders is determined by rate-

dependent parameters described in 22.5. BCC encode as described in 22.3.10.5.2

and 22.3.10.5.3. e) Stream parser: Rearrange the output of the BCC encoders into

blocks as described in 22.3.10.6. f) Segment parser (if needed): For a contiguous 160

MHz or noncontiguous 80+80 MHz transmission, divide the output bits of each

stream parser into two frequency subblocks as described in 22.3.10.7. This block is

bypassed for 20 MHz, 40 MHz, and 80 MHz VHT PPDU transmissions. g) BCC

interleaver: Interleave as described in 22.3.10.8. h) Constellation mapper: Map to

BPSK, QPSK, 16-QAM, 64-QAM, or 256-QAM constellation points as described in

22.3.10.9. i) Segment deparser (if needed): For a contiguous 160 MHz transmission,

merge the two frequency subblocks into one frequency segment as described in

22.3.10.9.3. This block is bypassed for 20 MHz, 40 MHz, 80 MHz, and 80+80 MHz

VHT PPDU transmissions. j) STBC: Apply STBC as described in 22.3.10.9.4. k)

- 1101 -

███████████████████████████████████████

Pilot insertion: Insert pilots following the steps described in 22.3.10.10. l) CSD: Apply CSD for each space-time stream and frequency segment as described in 22.3.8.3.2. m) Spatial mapping: Apply the Q matrix as described in 22.3.10.11.1. n) Phase rotation: Apply the appropriate phase rotations for each 20 MHz subchannel as described in 22.3.7.4 and 22.3.7.5. o) IDFT: For a noncontiguous 80+80 MHz transmission, map each frequency subblocks to the separate IDFT. Compute the inverse discrete Fourier transform. p) Insert GI and apply windowing: Prepend a GI (SHORT_GI or LONG_GI) and apply windowing as described in 22.3.7.4. q) Analog and RF: Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 22.3.7.4 and 22.3.8 for details." 802.11ac-2013 at Section 22.3.4.9; pp. 241-242.

3059.  802.11ac-2013 also discloses: "For an MU transmission, the PPDU encoding process is performed on a per-user basis up to the input of the Spatial Mapping block except CSD (as described in 22.3.8.3.2). All user data is combined and mapped to the transmit chains in the Spatial Mapping block." 802.11ac-2013 at Section 22.3.4.10; pg. 243.

3060.  Further, 802.11ac-2013 discloses examples of VHT PPDU transmissions with and without immediate acknowledgement at FIGS. 9-9a and 9-9b; pg. 123.



**Figure 9-9a—An example of a TXOP containing a VHT MU PPDU transmission with an immediate acknowledgment to the VHT MU PPDU**



**Figure 9-9b—An example of a TXOP containing a VHT MU PPDU transmission with no immediate acknowledgment to the VHT MU PPDU**

3061.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3062.  **Wang** discloses this element. For example, Wang discloses: "When an ACK frame is transmitted with a pre-assigned MCS and bandwidth, the NAV setting may be modified accordingly. The Duration field 720 of the MAC frame transmitted by the originator holds a time value which indicates the duration the originator expects the medium to be busy. Conventionally, the originator does not

- 1103 -

assign an MCS to the following ACK frame. Therefore, the originator estimates the

duration of the following ACK transmission based on the lowest MCS supported by

the system. With the pre-assigned MCS in accordance with the embodiments

disclosed herein, the originator may estimate the following ACK transmission with

the assigned MCS, and give a more accurate time value in the Duration field 720. In

this way, unintended STAs may set the NAV more accurately. Once the recipient

correctly demodulates the data packet, it prepares an ACK packet accordingly.

When explicit indication is utilized, the recipient may transmit the ACK frame with

the pre-assigned MCS and bandwidth. When implicit indication is utilized, the

recipient may transmit the ACK frame with an MCS and bandwidth which may

complete the ACK transmission within the specified duration. The MCS and

bandwidth utilized by the recipient may not be required to be identical to that

chosen by the originator. However, the ACK PPDU duration may need to fit into the

duration value set by the originator in the MAC header. The ACKs or BAs for a

plurality of users (e.g., STAs) may be transmitted via a single ACK or BA

transmission. The ACKs (or BAs) for a plurality of users may be aggregated in a

spatial domain and transmitted using multi-user multiple-input multiple-output

(MU-MIMO) or aggregated in a time domain and transmitted using an aggregated

multi-user ACK. In one embodiment, the MU-MIMO PPDU format may be used to

transmit a delayed multi-user ACKs or block ACKs. FIG. 8 shows an example of

PPDU frame structure for a MU-MIMO block ACK. The PPDU includes an omni

████████████████████████

portion 810 and a MU portion 820. The omni portion 810 is transmitted for all users and the MU portion 820 is transmitted via each spatial stream of the MU-MIMO transmission. The omni portion 810 includes an STF, an LTS and a SIG field (SIGA). The MU portion 820 includes an STF, LTFs, and an ACK body frame 822. The ACK body frame 822 shown in FIG. 8 is a BA frame 830. Alternatively, the ACK body frame 822 may be a normal ACK frame. The multi-user block ACK may be applied to a delayed multi-user block ACK." Wang at ¶¶ [0097]-[0100].

3063.  Also, in Wang: "FIG. 9 shows an example message exchange sequence for delayed MU-MIMO block ACK. STA1 acquires a channel and negotiates with an AP with a few message exchanges 910 to set up a block ACK session with the AP with delayed block ACK policy. An originator (STA1 in this example) transmits data, followed by a block ACK request (BAR) 914. The BAR frame 914 solicits an ACK frame 916 from the recipient (AP in this example). FIG. 10 shows a BAR frame format. The BAR frame 914 includes a BAR control field 1002. If a BAR ACK policy field in the BAR control field 1002 is set to '1', the recipient returns an ACK immediately upon receipt of the BAR frame 914. If a BAR ACK policy field in the BAR control field 1002 is set to '0', the recipient does not send an ACK upon receipt of the BAR frame 914. In the example shown in FIG. 9, the AP sends an ACK 916 in response to the BAR frame 914. During each BA session, unintended STAs (all STAs other than the originator (STA2-STA4 in this example) and the recipient (AP in this example)) may set their NAV during the BA session. The AP will hold the

████████████████████████

BA for STA1, and wait for delayed transmission. STA2 then acquires a channel and

exchanges messages 920 to set up a BA session with the AP and transmits data

frames 922 and a BAR frame 924 to the AP, and receive an ACK frame 926 from the

AP. STA3 then acquires a channel and exchanges messages 930 to set up a BA

session with the AP and transmits data frames 932 and a BAR frame 934 to the AP,

and receive an ACK frame 936 from the AP. STA4 then acquires a channel and

exchanges messages 940 to set up a BA session with the AP and transmits data

frames 942 and a BAR frame 944 to the AP, and receive an ACK frame 946 from the

AP. The AP may group several block ACKs (BA1-BA4 in this example) and transmit

them using a MU-MIMO transmission, (i.e., delayed MU-MIMO BA). The AP may

group multiple block ACKs according to some grouping criteria, (e.g., with similar

access category (AC), or good spatial channel correlation), for MU-MIMO block ACK

transmission. The AP may modulate the BAs with different MU-MIMO weights,

and transmits them simultaneously. Within the MU-MIMO BA frame, the BA ACK

policy field in the BA control field indicates whether an ACK is requested in

response to the BA frame. The BA ACK policy field may be set to '0' or '1' for all

users. If the BA ACK policy field is set to '1', the BA frame 950 will not solicit an

ACK response from the originator (STA1-STA4 in this example). If the BA ACK

policy field is set to '0', the BA frame 950 solicits an ACK response 960 from the

originators (STA1-STA4 in this example) as shown in FIG. 9. The ACK responses

960 from the STAs in response to the MU-MIMO BA 950 may be transmitted by the

- 1106 -

STAs simultaneously using MU-MIMO. Alternatively, the STAs may transmit an

ACK sequentially, for example, according to the user position array defined in a

group ID. The group ID may be included in the SIG field." Wang at ¶¶ [0101]-

[0105]; *see also* Wang at FIG. 9.

3064.  Additionally, Wang discloses: "All AP/STAs involved in the delayed

MU-MIMO ACK sequence may declare the support of delayed block ACK and MU-

MIMO. In another embodiment, instead of transmitting ACKs or BAs for multiple

users with MU-MIMO, the ACKs or BAs may be aggregated in time domain and

transmitted sequentially, (i.e., an aggregated multi-user ACK (A-MU-ACK)). A

receiver (STA or AP) receives data packets, and generates acknowledgement

packets in response to received data packets, and may aggregate the

acknowledgement packets and transmit the aggregated acknowledgement packets

in the single transmission. FIG. 11 shows an example PPDU structure for an A-MU-

ACK frame. In FIG. 11, the ACKs are aggregated at the MPDU level. The

aggregated ACKs may be block ACKs or normal ACKs. The PPDU for the A-MU-

ACK 1100 includes a preamble 1110, an SIG field 1120, and a data field 1130.

Within the data field 1130, the A-MU-ACK frame 1132 is included. The A-MU-ACK

frame 1132 includes ACK (or BA) MPDUs 1142 for one or more users (ACK1, ACK2,

ACK3 in this example) separated by ACK delimiters 1144. The ACK/BA MPDUs

1142 are aggregated at a MAC level and the A-MU-ACK frame 1132 is passed to the

physical layer as an aggregated MPDU packet so that the A-MU-ACK frame 1132

- 1107 -

██████████████████████

may be coded and modulated by the physical layer as a whole packet. The lowest MCS may be used for the A-MU-ACK. An ACK delimiter 1144 may be inserted at the beginning of each ACK/BA MPDUs 1142. The ACK delimiter 1144 may be 32 bits or 8 bits in length. A 32-bit ACK delimiter may include a length field, a CRC and an 8-bit signature field. The length field may be used to indicate the length of the following ACK/BA MPDU. The signature field may be used to detect an ACK delimiter when scanning for a delimiter. An 8-bit ACK delimiter may include an 8-bit signature field, which is used to detect an ACK delimiter when scanning for a delimiter. The aggregated multi-user ACK packet may be broadcast or multicast to more than one user (e.g., STA). Since different users may have different radio link quality due to path-loss, channel condition, receiver sensitivity, etc., using the same MCS for all users in the same aggregated multi-user ACK packet may be simple but may not be efficient. In addition, if a relatively lower MCS is chosen, all the users may not decode the aggregated multi-user ACK frame correctly." Wang at ¶¶ [0106]-[0110]; *see also* Wang at FIG. 11.

3065. Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3066. **Zhu** discloses this element. For example, Zhu discloses: "Well-known is that said STA with entering sleep state function is meant that STA supports to get into dormant function and this function is in opening. Support to get into the STA of

- 1108 -

dormant function, can open this function a certain period, and close this function in a certain other period; That is to say that this STA can have the sleep state of entering function a certain period, and does not have the sleep state of entering function in a certain other period. Existing corresponding signaling in the prior art makes STA to give AP the own current information reporting that whether has entering sleep state function. Adopt existing power saving method; When first frame of TXOP carry forbid that the TXOP power-saving is designated as not the time; Show that all the STA equipment in the operated object mark that is not included in this frame among this BSS all can get into sleep state; In the case, all the STA equipment with entering sleep state function among this BSS just get into sleep state all according to the sleep condition judgment if satisfy the sleep condition usually. Therefore; For multiuser MIMO (Multi-User MIMO; Be called for short MU-MIMO) pattern; Adopt existing power saving method, all that are only applicable to that operated object mark in first frame of TXOP comprised that this TXOP relates to have the situation of the STA equipment that gets into the sleep state function, and for Single User MIMO (Single-User MIMO; Be called for short SU-MIMO) pattern, this method is only applicable to the operated object mark of each frame of TXOP and only indicates no more than one situation with the STA equipment that gets into the sleep state function. At present, wireless communication system also has TXOP to block (truncation) technology: AP equipment obtains a TXOP, usually in order to a STA equipment transmission data.

- 1109 -

███████████████████████████████████

Suppose that an AP need pass the M frame data for a STA equipment at a TXOP, so, what each frame data existed all that STA as receiving terminal can't correctly receive in the reality maybe. For the frame that each receiving terminal STA can't correctly receive, AP need transmit this frame usually again, correctly receives this frame and send out ACK corresponding to AP that (acknowledgment: confirmation of receipt) frame adds their confirmation up to receiving terminal STA. But AP can't accurately foresee the number of times that needs each frame to retransmit, and when the TXOP time span is set, can only reserve the re-transmission that sometimes are used for several frames. Suppose when AP is provided with the TXOP time span, reserved the re-transmission that sometimes are used for the J frame, and the number of the actual frame that retransmits is less than J; Then AP can carry out the operation that TXOP blocks usually; That is, AP plans in a TXOP, to give the M frame data of a STA biography, is all correctly received by STA; And the TXOP time span that is provided with that AP is provided with also has residue; Then AP finishes this TXOP in advance, and through sending CF (contention free: promptly avoid competition) end frame, it can translate into the time period end indication frame that avoids competing usually. Each STA receives after the CF end frame, just can begin competitive channel, to be used for transfer of data separately." Zhu at ¶¶ [0005]-[0006].

3067.  Zhu further discloses: "A kind of is that under the MU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-

SIG-A signaling, and the data flow of each STA of correspondence that after packet header, sends through the MU-MIMO spatial multiplexing mode. Wherein, packet header comprises the fluxion information of each STA in operated object mark and the group. Under the MU-MIMO pattern, operated object mark is Group ID. Comprise each data flow corresponding in the data flow, comprise the MAC Address of corresponding STA equipment in this data flow with each STA of fluxion non-0. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a STA to this STA equipment, and the frame head of this mac frame comprises the receiving terminal mac address information of 6 bytes. STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if identical, explains that this mac frame issues oneself, then this frame is decoded; If different, explain that this mac frame do not issue oneself, then it is not decoded. Another kind is that under the SU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-SIG-A signaling, and the data flow of giving a STA of after packet header, sending. Wherein, packet header comprises the fluxion information of an operated object mark and a said STA. Under the SU-MIMO pattern, operated object mark is partial association sign (association identifier is called for short AID).The MAC Address that comprises a said STA in the data flow. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a said STA to this STA equipment, and

- 1111 -

the frame head of this mac frame comprises the receiving terminal mac address information of 6 bytes. A said STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if identical, explains that this mac frame issues oneself, then this frame is decoded; If different, explain that this mac frame do not issue oneself, then it is not decoded. When No TXOP PS indication allows to carry out power-saving; Be used for judging whether getting into one or more the combination that dormant sleep condition can comprise three conditions; When wherein a condition satisfies, promptly be judged as and satisfy the sleep condition, STA equipment gets into sleep state; When one or more conditions that comprised when the sleep condition all do not satisfy, be judged as and do not satisfy the sleep condition, STA equipment keeps waking state. What need further specify is; When No TXOP PS indication allows to carry out power-saving; Be used for judging whether getting into one or more the combination that dormant sleep condition can comprise three conditions; When wherein a condition satisfies, promptly be judged as and satisfy the sleep condition, have the STA equipment that gets into the sleep state function and get into sleep state; When one or more conditions that comprised when the sleep condition all do not satisfy, be judged as and do not satisfy the sleep condition, have the STA equipment that gets into the sleep state function and keep waking state; If STA equipment can not support to get into sleep state, then keep waking state always, need not judge above-mentioned sleep condition. Simple for what explain; STA in

- 1112 -

said hereinafter 'STA equipment gets into sleep state'; All be meant and have the STA that gets into the sleep state function; This point is semantically also being seen easily, that is to say that 'STA equipment gets into sleep state' must be implied the said STA of explanation is the STA with entering sleep state function. Particularly, under the MU-MIMO pattern, these three conditions specifically comprise following content. Condition one: if when not comprising the indication to this STA equipment in the operated object mark of present frame, STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition two: if comprise the indication to this STA equipment in the operated object mark of present frame, and the corresponding spatial reuse fluxion of this STA is designated as at 0 o'clock, and STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition three: if comprise indication in the operated object mark of present frame to this STA equipment; And this STA receives when more multiple data bit is designated as 0 Frame that STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Under the SU-MIMO pattern, these three conditions specifically comprise following content. Condition one: if the part A ID of the partial association of indicating in the operated object mark of present frame sign and this STA equipment is not simultaneously, STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition two: if the part A ID that indicates in the operated object mark of present frame is identical

███████████████████████████

with the part A ID of this STA equipment, but present frame is not when issuing this STA, and STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition three: if comprise indication in the operated object mark of present frame to this STA equipment; And this STA receives when more multiple data bit is designated as 0 Frame that STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. The embodiment of the invention proposes a kind of TXOP transmission method of supporting the TXOP power-saving, in same TXOP, comprises key player on a team's operated object mark and candidate operated object mark. In this TXOP; When the data of giving several indicated STA of key player on a team's operated object mark end of transmission and correctly received by corresponding STA; And this TXOP does not also finish, and then gives several indicated STA transmission data of the candidate operated object mark in the remaining time of TXOP. So just can avoid the use of TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0020]-[0025].

3068.  FIG. 1 of Zhu discloses an example method "of method of sending data in embodiments of the present invention, in a WLAN, each access point AP or terminal STA are carried out channel competition, carry out data then and send, and in a transmission opportunity TXOP"; the method including: "S101 sends the candidate control frame to candidate terminal equipment STA, comprises association identification and the MAC Address of said candidate STA in the said

- 1114 -

candidate control frame; S102; Send Frame to key player on a team STA; Also

comprise in the said Frame allowing to get into the sleep state sign, wherein said

key player on a team STA is the corresponding target STA of this TXOP, and said

key player on a team STA can get into sleep state according to said sleep state sign

after key player on a team STA transmission Frame is accomplished; S103, after

key player on a team STA sends Frame and accomplishes, according to the

association identification of said candidate STA and MAC Address to said candidate

STA transmission Frame. In the above-described embodiments, owing to introduced

candidate STA, after key player on a team STA has accomplished the data

transmission; Even this TXOP does not also finish; But give candidate STA

transmission data in the remaining time of TXOP, so just can avoid the use of

TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0026]-
[0030].

3069.  As another example, Zhu discloses: "In the embodiment of the

invention one; With AP operation of equipment flow process is that example

describes this TXOP transmission method; And suppose that a STA among the BSS

has the STA that gets into the sleep state function; Suppose the SU-MIMO pattern

simultaneously, suppose that in addition this TXOP adopts 1 key player on a team

STA and 1 candidate STA. This method comprises following process. Step 101: AP

equipment is given candidate STA transmission data at the 1st frame of TXOP.

Concrete, the 1st frame that AP sends comprises the partial association sign of a

said candidate STA and the MAC Address of a said candidate STA. At the 1st

frame, No TXOP PS indication does not allow to carry out power-saving. Step 102:

AP equipment begins up to the K frame from the 2nd frame of TXOP, promptly at

the 2nd, 3 of TXOP ..., the K frame is given key player on a team STA transmission

data. Concrete, begin up to the K frame from the 2nd frame of TXOP, each frame

that AP sends all comprises the partial association sign of a said key player on a

team STA and the MAC Address of a said key player on a team STA. Begin up to

the K frame from the 2nd frame of TXOP, No TXOP PS indicates and allows to

carry out power-saving. Step 103: if after above-mentioned K frame end of

transmission; This TXOP does not finish and the remaining time of TXOP enough is

used for transmitting at least one frame, and then AP equipment begins up to the N

frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., the N

frame is given described 1 the candidate STA transmission of step 101 data.

Concrete, begin up to the N frame from the K+1 frame of TXOP, each frame that AP

sends all comprises the partial association sign of a said candidate STA and the

MAC Address of a said candidate STA. After above-mentioned N frame end of

transmission, this TXOP finishes or the remaining time of this TXOP is used for

transferring to a few frame inadequately. Begin up to the N frame from the K+1

frame of TXOP, No TXOP PS indicates and allows to carry out power-saving, and

perhaps No TXOP PS is an arbitrary value, for example all indicates not allow to

carry out power-saving. In the above step, a certain frame end of transmission

- 1116 -

refers to that this frame is dealt into STA by AP, and STA returns corresponding ACK signaling to AP; Perhaps, a certain frame end of transmission only refers to that this frame is dealt into STA by AP." Zhu at ¶¶ [0033]-[0037].

3070.  Zhu further discloses that embodiments that "suppose the SU-MIMO pattern … can be generalized to the MU-MIMO pattern …." Zhu at ¶ [0081]. For example, "[a]mong aforesaid all embodiment, follow prior art, in a TXOP or all use the MU-MIMO pattern, or all use the SU-MIMO pattern. In fact, can in a TXOP, use MU-MIMO pattern and SU-MIMO pattern with, obtain following embodiment accordingly for the flexible and more performance of dispatching. In the embodiment of the invention 17, be that example describes this TXOP transmission method with AP operation of equipment flow process, compatible MU-MIMO pattern and SU-MIMO pattern suppose that in addition this TXOP adopts 1 key player on a team Group ID simultaneously. This method comprises following process. Step 1701: AP equipment begins up to the K frame from the 1st frame of TXOP, promptly at the 1st, 2 of TXOP ..., the K frame is given one group of STA transmission data with a Group ID, and this Group ID is called key player on a team Group ID. Begin up to the K frame from the 1st frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 1702: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins at least one frame up to the N frame from the K+1 frame of TXOP, promptly

- 1117 -

████████████████████████████████████████

at the K+1 of TXOP; K+2; ..., at least one frame in the N frame adopts the SU-

MIMO pattern to give 1 STA transmission data. In the embodiment of the invention

18, be that example describes this TXOP transmission method with STA operation

of equipment flow process. This method comprises following process." Zhu at ¶¶

[0110]-[0114].

3071. Zhu also discloses: "Step 1801: at the 1st frame, each STA equipment

is received the packet that AP sends out at this frame, comprises the No TXOP PS

of this frame, the MAC Address of a Group ID and a receiving terminal STA. At the

1st frame; Each has the STA that gets into the sleep state function and at first

makes a decision according to the value of this bit of No TXOP PS: if this bit

indication does not allow to carry out power-saving; Then according to the method

for prior art, each has the STA that gets into the sleep state function all cannot get

into sleep state. If this bit indication allows to carry out power-saving,, can get into

sleep state and keep sleep state to finish at this frame up to this TXOP then not by

the STA that gets into the sleep state function that has of the Group ID of the 1st

frame indication; Identical had the STA (promptly receiving the STA of the Frame

of issuing oneself) that gets into the sleep state function, a maintenance waking

state by one in several receiving terminals STA MAC Address of the Group ID of the

1st frame indication and self MAC address and this frame at this frame. To the K

frame, the STA that gets into the sleep state function that has by the GroupID of

the 1st frame indication receives the packet that AP sends out at the 1st frame; And

████████████████████████████████████████████

at each frame all according to the method for prior art; Judge whether present

frame issues oneself, if present frame is issued oneself, the present frame of just

decoding; In addition; If the No TXOP PS of present frame indication allows to carry

out power-saving; Then,, judge whether oneself satisfies the sleep condition also

according to the sleep condition of prior art by the STA of the Group ID of the 1st

frame indication; If satisfy the sleep condition, just can get into sleep state and keep

sleep state to finish at this frame up to this TXOP at a certain frame. Step 1802: if

after above-mentioned K frame end of transmission; This TXOP does not finish and

the remaining time of TXOP enough is used for transmitting at least one frame;

Then at the K+1 frame to N frame (K+1 is smaller or equal to N), do not get into

each STA of sleep state function, all receive the packet that AP sends out; And

wherein at least one STA receives AP and issues at least one the SU-MIMO frame

of oneself. The embodiment of the invention provides a kind of radio transmission

apparatus, and it can be AP or STA in the WLAN, can be to be applied to AP or the

control of STA battery saving mode, and ordinary circumstance is that an AP covers

a plurality of STA, can a plurality of users be sent data. Device in the present

embodiment is used to realize the flow process of said method embodiment, and the

processing procedure in the concrete grammar all can be carried out in this device,

and the idiographic flow of said method realizes all can becoming the function of

this equipment." Zhu at ¶¶ [0115]-[0117].

3072.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3073.  **Banerjea** discloses this element. For example, Banerjea discloses: "Wireless local area networks (WLANs) have evolved rapidly over the past decade. Development of WLAN standards such as the Institute for Electrical and Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g, and 802.11n Standards has improved single-user peak data throughput. For example, the IEEE 802.11b Standard specifies a single-user peak throughput of 11 megabits per second (Mbps), the IEEE 802.11a and 802.11g Standards specify a single-user peak throughput of 54 Mbps, and the IEEE 802.11n Standard specifies a single-user peak throughput of 600 Mbps. Work has begun on a new standard, IEEE 802.11 ac, that promises to provide even greater throughput." Banerjea at Col. 1, Lines 29-40.

3074.  Banerjea also discloses an example scenario: "the AP 12 estimates that a power level P1 associated with signals received from the station 14 and a power level P2 associated with signals received from the station 16 differ by no more than a certain power level difference Dp, i.e., $|P1-P2| \leqq Dp$. On the other hand, the power level P2 associated with signals received from the station 18 is significantly different from the power levels P1 and P2, i.e., $|P3-P1| > Dp$ and/or $|P3-P2| \leqq Dp$. Depending on the embodiment, the AP 12 uses channel sounding or another suitable technique to estimate a power level at which the station 14 communicates with the AP 12 via a channel 30. For example, in an embodiment, the AP 12

- 1120 -

transmits a sounding packet to the station 14 at a certain power level, receives a feedback frame from the station 14 that indicates the strength of the signal associated with the sounding packet. In another embodiment, the AP 12 receives a sounding packet transmitted from the station 14 using a power level setting known to the AP 12 and measures the strength of the signal associated with the received sounding packet. Similarly, the AP 12 generates the corresponding metrics for the station 16 and/or a channel 32 between the station 16 and the AP 12, and the station 18 and/or a channel 34 between the station 18 and the AP 12, according to an embodiment. As used herein, the channels 30, 32, and 34 at least partially define a shared wireless communication channel associated with a particular frequency band. To continue with the example scenario discussed above, the AP 12, in an embodiment, selects the stations 14 and 16 for participation in a certain group G in view of the estimated power levels P1, P2, and P3. In some embodiments, the AP 12 additionally considers one or more other factors when forming the group G, such as the MCS(s) supported by each candidate station, spatial diversity among the candidate stations, the amount of data available at each candidate station (if known and available), multipath effects, etc. Depending on the embodiment, the AP 12 announces the formation of the group G using an assignment frame unicast to each of the stations 14 and 16, multicast to the stations 14 and 16, or broadcast through the WLAN 10. In an embodiment, the station 14 includes a UL transmit (Tx) controller 24 to process the assignment frame and control transmissions to the AP

- 1121 -

12 that occur at the same time as transmissions from the station 16 to the AP 12. At least the station 16 includes a UL Tx controller (not shown) similar to the UL Tx controller 24, in an embodiment." Banerjea at Col. 2, Lines 18-62; *see also* Banerjea at FIG. 1 for a block diagram of a communication system with an AP in such a scenario.

3075.  Banerjea further discloses: "As illustrated in FIG. 3A, the start of the communication frames 112-1 and 112-2 and the end of the USI frame 110 are separated by a gap 114 having a duration equal to a SIFS. In other embodiments, however, the gap 114 has a different duration such as, for example, a distributed control function (DFS) interframe space (DIFS). In either case, the gap 114 is predefined, preconfigured, or otherwise agreed upon by the transmitting devices and the receiving device, in an embodiment, so that the USI frame 110 implicitly indicates the timing of simultaneous transmissions from the stations 104 and 106. In another embodiment, however, the USI frame 110 explicitly indicates the timing of simultaneous transmissions from the stations 104 and 106 (e.g., using a field to specify the start time relative to the beginning of the service period, Superframe, etc.)." Banerjea at Col. 6, Lines 53-67; *see also* Banerjea at FIG. 3A.

3076.  Further, "a period 150 is generally similar to the period 100 discussed above, except that an AP 152 and stations 154, 156 use a DL group definition for simultaneous UL transmission, according to an embodiment. Further, an assignment frame 158 in some embodiments has a format generally similar to the

- 1122 -

███████████████████████████████████

assignment frame 108. In the example period 150 of FIG. 3B, the assignment frame 158 is a DL group assignment frame that indicates the make-up of one or several DL groups for simultaneous downlink transmission (i.e., from the AP 154 to the stations 154 and 156). At a later time, the AP 152 transmits a USI frame 160 that indicates a DL group to be used as an UL group for transmitting communication frames 162-1 and 162-2 from the stations 154 and 156, respectively, according to an embodiment." Banerjea at Col. 7, Lines 11-24; *see also* Banerjea at FIG. 3B.

3077.  Banerjea further discloses: "In some situations, several candidate devices lack sufficient spatial diversity to operate in a UL MU mode as a single UL group. In an embodiment, an appropriate subspace index (SSI) is assigned to a candidate device depending on the current position of the candidate device relative to the AP, for example. In particular, devices located in approximately the same sector relative to the AP are assigned the same SSI, while devices spaced sufficiently apart (from the perspective of the AP) are assigned different SSIs. It is noted that in general, a UL group in which no two stations have the same SSIs is likely to have good spatial diversity. Accordingly, stations having different SSIs can be grouped together for UL MU purposes, provided other requirements are satisfied. Referring to FIG. 6, a scenario 300 includes an initial sounding session 302 during which an AP conducts initial sounding to collect information indicative of channel conditions of various stations, in an embodiment. Referring back to FIG. 1, for example, the AP 12 can develop (or receive) an estimate of the condition of the

- 1123 -

████████████████████████████████████████████

channels 30, 32, and 34, in accordance with the technique of FIG. 6. Depending on

the embodiment, the initial sounding is conducted using broadcasting, selective

channel sounding, or individual channel sounding, and includes corresponding

feedback information. Based on the feedback information corresponding to the

initial sounding, the AP assigns SSIs to stations, in an embodiment. In other

embodiments, the AP assigns SSIs sequentially or randomly. During a sounding

update session 304, the AP sounds channels for one or more MU groups or for one or

more SSI combinations, in an embodiment. Further, during an SSI update session

306, the AP reassigns some or all SSIs in response to a change in the conditions of

one or more channels between the AP and the stations, in an embodiment. For

example, certain SSIs are reassigned to cover a different set of stations." Banerjea

at Col. 8, Line 58 – Col. 9, Line 23; *see also* Banerjea at FIGS. 1 and 6.

3078.  Additionally, "FIG. 7 is a diagram of an example format of an SSI

assignment frame 400 that an AP transmits to several stations to indicate SSI

assignments, in an embodiment. Similar to the frame 200 discussed with reference

to FIG. 4, the SSI assignment frame 400 includes a preamble portion 402, a MAC

portion 404, a frame body 406, and an FCS portion 408. The preamble portion 402

in some embodiments includes HT and/or VHT information. The MAC header

portion 404 includes a frame control field 410 to indicate that the assignment frame

400 is a management or action frame, as well as a destination address field 412 set

to the broadcast address value or a unicast address of a particular station,

- 1124 -

depending on the embodiment. The frame body 406 includes a category field 420 to indicate that at least the frame body 406 is being transmitted in the VHT mode, an action field 422 to indicate that the frame 400 is an SSI assignment frame, and a number of SSI sets indicator 424 to indicate the number of SSI set descriptors included in the portion of the frame body 406 that follows the number of SSI sets indicator 424. In an embodiment, each SSI set descriptor 426-1, 426-2, . . . 426-N includes a sequence of AIDs or other station identifiers, with the relative position of each AID indicating the SSI assigned to the station. For example, as illustrated in FIG. 7, the field 430-1 is in the first position in the SSI set descriptor 426-1 and specifies a first AID to indicate that the station identified by the first AID is assigned SSI=1, the field 430-2 is in the second position in the SSI set descriptor 426-1 and specifies a second AID to indicate that the station identified by the second AID is assigned SSI=2, etc. It is noted that each SSI set descriptor 426-1, 426-2, . . . 426-N provides a list of stations having relatively good spatial diversity. Accordingly, in an embodiment, an AP uses SSI set information when selecting stations for participation an UL group, so that the selected stations transmit data in a UL MU mode without having to adjust transmit power levels." Banerjea at Col. 9, Lines 39-60; *see also* Banerjea at FIGS. 4 and 7.

3079. Banerjea further discloses: "Next, FIG. 8 is a block diagram of an example receiving device 450 that implements a UL group selection technique. In an embodiment, the receiving device 450 operates in an AP such as the AP 12, for

- 1125 -

example (see FIG. 1). In one such embodiment, the UL group controller 20 includes at least some of the components 452, 460, 462, 464, 470, and 472. The receiving device 450 includes a UL group selector 452 10 15 25 30 35 40 45 50 55 60 65 10 that receives one or more of channel Sounding data pertaining to several candidate stations via an input 454, SSI data pertaining to some or all of these candidate stations via an input 456, allowable power variation X between stations in a UL group via an input 458, depending on the embodiment. Further, in some embodiments, the UL group also receives additional or alternative information such as the capability of the AP in which the receiving device 450 operates, multipath effect data pertaining to the candidate stations, etc. Still further, a DL group controller 459 provides DL group information to the UL group selector 452, so that a UL group is selected in view of one or more DL groups or is configured to be the same as a certain DL group, in an embodiment." Banerjea at Col. 9, Line 61- Col. 10, Line 14; *see also* Banerjea at FIG. 8.

3080.  Also, Banerjea discloses: "Further, the UL group selector 452 in some embodiments is coupled to a stream allocation unit 464 to determine which of the streams (e.g., spatial streams) of the shared wireless communication channel are allocated to which stations in a UL group. The MCS adaption unit 462 and the stream allocation unit 464 are coupled to an USI frame generator 472 that generates a USI frame formatted similar to the USI frame 200 illustrated in FIG. 4, according to an embodiment. A timing US 8,472,383 B1 11 controller 470 coupled to

the UL group selector 452 and the USI frame generator 472 controls the timing of

transmitting the USI frame and, accordingly, the timing of arrival of UL MU data

frames from the stations in the UL group following a known time interval such as

SIFS." Banerjea at Col. 10, Line 60 – Col. 11, Line 5.

3081.  Alternatively, Banerjea, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

3082.  To the extent it is argued or determined that any of Merlin '690,

802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this

element would have been obvious at the time of the invention in view of any

combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or

Banerjea.  *See* "Motivation to Combine," *infra*.

> **d.**     **Element 1 [c]:  wherein transmitting the
> acknowledgment frame comprises: when the
> acknowledgment information represents that the
> STA is requested to transmit the acknowledgement
> frame in the MU format and the STA is allocated a
> resource, transmitting the acknowledgement frame
> in the MU format on the allocated resource
> simultaneously with transmission of at least one
> acknowledgement frame from at least one other
> STA, and**

3083.  **Merlin '690** discloses this element. For example, Merlin '690 discloses:

"The present disclosure may define rules for limiting the setting of ACK policies and

signaling for allocating MU-MIMO or FDMA resources to the recipient STAs for the

replies. Such signaling may include which STAs should are solicited for immediate

response (e.g., for immediate BAs), which STAs may use existing ACK policy indications, which mode is to be used for the replies (e.g., UL SU-MIMO, UL MU-MIMO, or UL MU FDMA), and which parameters to use for MU-MIMO or FDMA transmissions. According to certain aspects, an AP may transmit an MU PPDU soliciting immediate response from multiple high efficiency wireless (HEW) STAs (e.g., very high throughput (VHT) STAs) that support UL MU-MIMO, UL FDMA, or both. Therefore, multiple responses (e.g., ACKs/BAs) to the MU PDDU, from multiple STAs, are possible at the same time. For example, if all of the addressed STAs in the DL MU-MIMO PPDU support UL MU-MIMO, UL FDMA, or both, then none, some, or all of the STAs may be solicited for immediate response. According to certain aspects, the multiple responses may be in different streams and/or different frequencies. In an example implementation, the AP may solicit multiple immediate responses by transmitting an MU PPDU including multiple aggregate medium access control (MAC) protocol data units (A-MPDUs) having MPDUs that solicit an immediate response (e.g., MPDUs indicate 'Immediate BA or normal ACK'). In another example implementation, the AP may solicit multiple immediate responses by transmitting one or more MPDUs in the A-MPDU that indicate a reverse direction grant (RDG) or a speed frame exchange grant. According to certain aspects, the RDG grant or speed frame exchange grant may transfer a transmit opportunity (TXOP) to the recipient STA during which the recipient STA may transmit ACKs/BAs or Data. According to certain aspects, the DL MU-

- 1128 -

███████████████████████████████

MIMO/FDMA PPDU may be addressed to a mix of legacy (e.g., non-HEW) STAs and HEW STAs (i.e., some of the addressed STAs support UL MU-MIMO, UL FDMA, or both, and some of the addressed STAs do not). A DL FDMA PPDU addressed to a mix of legacy and HEW STAs may be a legacy PPDU sent on the primary channel and one or more PPDUs sent on other channels. According to certain aspects, if the AP transmits an MU PPDU soliciting an immediate response from a non-HEW STA, then no other STA receiving the MU PPDU may be solicited for immediate response. For example, if a physical layer convergence protocol (PLCP) service data unit (PSDU) (e.g., A-MPDU) in the MU PPDU addressed to a non-HEW STA solicits an immediate response, then no other PSDUs in the same MU PPDU can solicit an immediate response. In this case, the MPDU soliciting the immediate response may be set to 'immediate response' and the MPDUs to the other STAs may be set to a 'No ACK' policy, a 'delayed BA' policy, or a 'BAR' policy. According to certain aspects, under the assumption that uplink transmissions from a legacy STA and one or more HEW STAs can be performed by using appropriate UL FDMA or MU-MIMO protocols, the PSDU addressed to a non-HEW STA and the PSDU/MPDU addressed to one or more HEW STAS that all support UL MU-MIMO or UL FDMA may solicit an immediate response from the HEW STAs. For example, all MPDUs for the HEW STAs may be set to 'immediate response'. Alternatively, none of the STAs may be solicited for immediate response. For example, all MPDUs may be set to a 'No ACK' policy or 'delayed BA' policy. Accordingly, a single or multiple STAs may be solicited

- 1129 -

for immediate response, so long as none of the addressed non-legacy STAs is

solicited for immediate response. According to certain aspects, if none of the

addressed STAs in the DL MU-MIMO PPDU support UL MU-MIMO, UL FDMA, or

both, at most a single one of the STAs may be solicited for immediate response. In

one example implementation, none of the STAs is solicited for immediate response.

According to certain aspects, multiple simultaneous responses may be solicited,

even if one of the STAs does not support UL FDMA or UL MU-MIMO (e.g., a legacy

STA or a HEW STA not supporting UL FDMA or UL MU-MIMO). For example, a

legacy STA may respond with a regular SU transmission on a primary channel,

while other capable STAs may respond at the same time on other channels. In some

cases, a capable STA may partially support UL FDMA or UL MU-MIMO by limiting

bandwidth or limiting the number of spatial streams of its response in a primary

channel to favor UL-FDMA or UL MU-MIMO transmissions on other

channels/streams by other STAs." Merlin '690 at ¶¶ [0125]-[0130].

3084.  Merlin '690 further discloses: "FIG. 25 illustrates example

operations 2500 for wireless communications, in accordance with certain aspects of

the present disclosure. The operations 2500 may be performed, for example, by an

access point (e.g., AP 110). The operations 2500 may begin, at 2502, by determining

that a plurality of devices (e.g., VHT STAs) have a first capability (e.g., support MU-

MIMO or FDMA). For example, the AP may receive a capability information

element (IE) (e.g., a VHT capability IE) from each of the plurality of devices

- 1130 -

indicating support for the first capability. At 2504, the AP may generate a MU

packet that solicits an immediate response from a plurality of the devices, wherein

the immediate response comprises an ACK or BA. According to certain aspects, the

MU packet may provide a response type indication to each of the plurality of

devices, to use SU MIMO, MU MIMO, or FDMA to send the immediate response. In

an example implementation, the MU packet may include a plurality of MPDUs,

each MPDU being addressed to a different one of the plurality of devices and the

response type indication may be provided in a QoS control field of each MPDU, a FC

field of each MPDU, an A-MPDU delimiter preceding the MPDU, or an extended

MAC header. Alternatively, the MU packet may include one or more PSDUs, each

PSDU being address to a different one of the plurality of devices and the response

type indication may be provided in a SERVICE field of the PSDU. In yet another

alternative, the response type indication may be provided in a PHY header of the

MU packet. In yet another alternative, the response type may be indicated by the

presence of a special frame in the A-MPDU. In yet another alternative, the MU

packet may include one or more group IDs, each of the one or more group IDs

associated with whether to use SU MIMO, MU MIMO, or MU FDMA to send the

immediate response, such that the response type indication is provided implicitly by

the one or more group IDs. In yet another alternative, the AP may generate a

special frame and output the special frame for transmission after the MU packet

and the response type indication may be provided in the special frame. According to

- 1131 -

████████████████

certain aspects, an indication of one or more parameters (e.g., spatial streams to use, channels, a duration, transmission power) to use for sending the immediate using MU MIMO or MU FDMA may be provided according to any of the alternatives described above for explicitly or implicitly providing the response type indication (e.g., group ID, special frame, MPDU field, PHY header)." Merlin '690 at ¶¶ [0180]-[0181].

3085.  *See also* Merlin '690 at FIGS. 25 and 25A.

3086.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3087.  **802.11ac-2013** discloses this element. For example, 802.11ac-2013 defines a "user" as "An individual or group of stations (STAs) identified by a single receive address (RA) in the context of single-user multiple input, multiple output (SU-MIMO) or multi-user multiple input, multiple output (MU-MIMO)." 802.11ac-2013 at pg. 7.

3088.  802.11ac-2013 also discloses: "The construction of the Data field in a VHT SU PPDU with BCC encoding proceeds as follows: a) Insert the CRC calculated for VHT-SIG-B in the SERVICE field as described in 22.3.10.2 and append the PSDU to the SERVICE field. b) PHY padding: Append the PHY pad bits and tail bits to the PSDU. c) Scrambler: Scramble the PHY padded data. d) BCC encoder: Divide the scrambled bits between the encoders by sending bits to different

████████████████████████████████

encoders in a round robin manner. The number of encoders is determined by rate-dependent parameters described in 22.5. BCC encode as described in 22.3.10.5.2 and 22.3.10.5.3. e) Stream parser: Rearrange the output of the BCC encoders into blocks as described in 22.3.10.6. f) Segment parser (if needed): For a contiguous 160 MHz or noncontiguous 80+80 MHz transmission, divide the output bits of each stream parser into two frequency subblocks as described in 22.3.10.7. This block is bypassed for 20 MHz, 40 MHz, and 80 MHz VHT PPDU transmissions. g) BCC interleaver: Interleave as described in 22.3.10.8. h) Constellation mapper: Map to BPSK, QPSK, 16-QAM, 64-QAM, or 256-QAM constellation points as described in 22.3.10.9. i) Segment deparser (if needed): For a contiguous 160 MHz transmission, merge the two frequency subblocks into one frequency segment as described in 22.3.10.9.3. This block is bypassed for 20 MHz, 40 MHz, 80 MHz, and 80+80 MHz VHT PPDU transmissions. j) STBC: Apply STBC as described in 22.3.10.9.4. k) Pilot insertion: Insert pilots following the steps described in 22.3.10.10. l) CSD: Apply CSD for each space-time stream and frequency segment as described in 22.3.8.3.2. m) Spatial mapping: Apply the Q matrix as described in 22.3.10.11.1. n) Phase rotation: Apply the appropriate phase rotations for each 20 MHz subchannel as described in 22.3.7.4 and 22.3.7.5. o) IDFT: For a noncontiguous 80+80 MHz transmission, map each frequency subblocks to the separate IDFT. Compute the inverse discrete Fourier transform. p) Insert GI and apply windowing: Prepend a GI (SHORT_GI or LONG_GI) and apply windowing as described in 22.3.7.4. q) Analog

- 1133 -

██████████████████████

and RF: Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 22.3.7.4 and 22.3.8 for details." 802.11ac-2013 at Section 22.3.4.9; pp. 241-242.

3089.  802.11ac-2013 also discloses: "For an MU transmission, the PPDU encoding process is performed on a per-user basis up to the input of the Spatial Mapping block except CSD (as described in 22.3.8.3.2). All user data is combined and mapped to the transmit chains in the Spatial Mapping block." 802.11ac-2013 at Section 22.3.4.10; pg. 243.

3090.  Further, 802.11ac-2013 discloses examples of VHT PPDU transmissions with and without immediate acknowledgement at FIGS. 9-9a and 9-9b; pg. 123.



Figure 9-9a—An example of a TXOP containing a VHT MU PPDU transmission
with an immediate acknowledgment to the VHT MU PPDU



Figure 9-9b—An example of a TXOP containing a VHT MU PPDU transmission
with no immediate acknowledgment to the VHT MU PPDU

3091.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3092.  **Wang** discloses this element. For example, Wang discloses: "When an ACK frame is transmitted with a pre-assigned MCS and bandwidth, the NAV setting may be modified accordingly. The Duration field 720 of the MAC frame transmitted by the originator holds a time value which indicates the duration the originator expects the medium to be busy. Conventionally, the originator does not

- 1135 -

assign an MCS to the following ACK frame. Therefore, the originator estimates the

duration of the following ACK transmission based on the lowest MCS supported by

the system. With the pre-assigned MCS in accordance with the embodiments

disclosed herein, the originator may estimate the following ACK transmission with

the assigned MCS, and give a more accurate time value in the Duration field 720. In

this way, unintended STAs may set the NAV more accurately. Once the recipient

correctly demodulates the data packet, it prepares an ACK packet accordingly.

When explicit indication is utilized, the recipient may transmit the ACK frame with

the pre-assigned MCS and bandwidth. When implicit indication is utilized, the

recipient may transmit the ACK frame with an MCS and bandwidth which may

complete the ACK transmission within the specified duration. The MCS and

bandwidth utilized by the recipient may not be required to be identical to that

chosen by the originator. However, the ACK PPDU duration may need to fit into the

duration value set by the originator in the MAC header. The ACKs or BAs for a

plurality of users (e.g., STAs) may be transmitted via a single ACK or BA

transmission. The ACKs (or BAs) for a plurality of users may be aggregated in a

spatial domain and transmitted using multi-user multiple-input multiple-output

(MU-MIMO) or aggregated in a time domain and transmitted using an aggregated

multi-user ACK. In one embodiment, the MU-MIMO PPDU format may be used to

transmit a delayed multi-user ACKs or block ACKs. FIG. 8 shows an example of

PPDU frame structure for a MU-MIMO block ACK. The PPDU includes an omni

- 1136 -

portion 810 and a MU portion 820. The omni portion 810 is transmitted for all users

and the MU portion 820 is transmitted via each spatial stream of the MU-MIMO

transmission. The omni portion 810 includes an STF, an LTS and a SIG field

(SIGA). The MU portion 820 includes an STF, LTFs, and an ACK body frame 822.

The ACK body frame 822 shown in FIG. 8 is a BA frame 830. Alternatively, the

ACK body frame 822 may be a normal ACK frame. The multi-user block ACK may

be applied to a delayed multi-user block ACK." Wang at ¶¶ [0097]-[0100].

3093. Also, in Wang: "FIG. 9 shows an example message exchange sequence

for delayed MU-MIMO block ACK. STA1 acquires a channel and negotiates with an

AP with a few message exchanges 910 to set up a block ACK session with the AP

with delayed block ACK policy. An originator (STA1 in this example) transmits

data, followed by a block ACK request (BAR) 914. The BAR frame 914 solicits an

ACK frame 916 from the recipient (AP in this example). FIG. 10 shows a BAR frame

format. The BAR frame 914 includes a BAR control field 1002. If a BAR ACK policy

field in the BAR control field 1002 is set to '1', the recipient returns an ACK

immediately upon receipt of the BAR frame 914. If a BAR ACK policy field in the

BAR control field 1002 is set to '0', the recipient does not send an ACK upon receipt

of the BAR frame 914. In the example shown in FIG. 9, the AP sends an ACK 916 in

response to the BAR frame 914. During each BA session, unintended STAs (all

STAs other than the originator (STA2-STA4 in this example) and the recipient (AP

in this example)) may set their NAV during the BA session. The AP will hold the

- 1137 -

BA for STA1, and wait for delayed transmission. STA2 then acquires a channel and exchanges messages 920 to set up a BA session with the AP and transmits data frames 922 and a BAR frame 924 to the AP, and receive an ACK frame 926 from the AP. STA3 then acquires a channel and exchanges messages 930 to set up a BA session with the AP and transmits data frames 932 and a BAR frame 934 to the AP, and receive an ACK frame 936 from the AP. STA4 then acquires a channel and exchanges messages 940 to set up a BA session with the AP and transmits data frames 942 and a BAR frame 944 to the AP, and receive an ACK frame 946 from the AP. The AP may group several block ACKs (BA1-BA4 in this example) and transmit them using a MU-MIMO transmission, (i.e., delayed MU-MIMO BA). The AP may group multiple block ACKs according to some grouping criteria, (e.g., with similar access category (AC), or good spatial channel correlation), for MU-MIMO block ACK transmission. The AP may modulate the BAs with different MU-MIMO weights, and transmits them simultaneously. Within the MU-MIMO BA frame, the BA ACK policy field in the BA control field indicates whether an ACK is requested in response to the BA frame. The BA ACK policy field may be set to '0' or '1' for all users. If the BA ACK policy field is set to '1', the BA frame 950 will not solicit an ACK response from the originator (STA1-STA4 in this example). If the BA ACK policy field is set to '0', the BA frame 950 solicits an ACK response 960 from the originators (STA1-STA4 in this example) as shown in FIG. 9. The ACK responses 960 from the STAs in response to the MU-MIMO BA 950 may be transmitted by the

- 1138 -

STAs simultaneously using MU-MIMO. Alternatively, the STAs may transmit an

ACK sequentially, for example, according to the user position array defined in a

group ID. The group ID may be included in the SIG field." Wang at ¶¶ [0101]-

[0105]; *see also* Wang at FIG. 9.

3094. Additionally, Wang discloses: "All AP/STAs involved in the delayed

MU-MIMO ACK sequence may declare the support of delayed block ACK and MU-

MIMO. In another embodiment, instead of transmitting ACKs or BAs for multiple

users with MU-MIMO, the ACKs or BAs may be aggregated in time domain and

transmitted sequentially, (i.e., an aggregated multi-user ACK (A-MU-ACK)). A

receiver (STA or AP) receives data packets, and generates acknowledgement

packets in response to received data packets, and may aggregate the

acknowledgement packets and transmit the aggregated acknowledgement packets

in the single transmission. FIG. 11 shows an example PPDU structure for an A-MU-

ACK frame. In FIG. 11, the ACKs are aggregated at the MPDU level. The

aggregated ACKs may be block ACKs or normal ACKs. The PPDU for the A-MU-

ACK 1100 includes a preamble 1110, an SIG field 1120, and a data field 1130.

Within the data field 1130, the A-MU-ACK frame 1132 is included. The A-MU-ACK

frame 1132 includes ACK (or BA) MPDUs 1142 for one or more users (ACK1, ACK2,

ACK3 in this example) separated by ACK delimiters 1144. The ACK/BA MPDUs

1142 are aggregated at a MAC level and the A-MU-ACK frame 1132 is passed to the

physical layer as an aggregated MPDU packet so that the A-MU-ACK frame 1132

███████████████

may be coded and modulated by the physical layer as a whole packet. The lowest
MCS may be used for the A-MU-ACK. An ACK delimiter 1144 may be inserted at
the beginning of each ACK/BA MPDUs 1142. The ACK delimiter 1144 may be 32
bits or 8 bits in length. A 32-bit ACK delimiter may include a length field, a CRC
and an 8-bit signature field. The length field may be used to indicate the length of
the following ACK/BA MPDU. The signature field may be used to detect an ACK
delimiter when scanning for a delimiter. An 8-bit ACK delimiter may include an 8-
bit signature field, which is used to detect an ACK delimiter when scanning for a
delimiter. The aggregated multi-user ACK packet may be broadcast or multicast to
more than one user (e.g., STA). Since different users may have different radio link
quality due to path-loss, channel condition, receiver sensitivity, etc., using the same
MCS for all users in the same aggregated multi-user ACK packet may be simple but
may not be efficient. In addition, if a relatively lower MCS is chosen, all the users
may not decode the aggregated multi-user ACK frame correctly." Wang at ¶¶
[0106]-[0110]; *see also* Wang at FIG. 11.

3095. Alternatively, Wang, in view of the background knowledge and
ordinary creativity of a POSITA at the time of the invention, renders this element
obvious.

3096. **Zhu** discloses this element. For example, Zhu discloses: "Well-known is
that said STA with entering sleep state function is meant that STA supports to get
into dormant function and this function is in opening. Support to get into the STA of

- 1140 -

dormant function, can open this function a certain period, and close this function in

a certain other period; That is to say that this STA can have the sleep state of

entering function a certain period, and does not have the sleep state of entering

function in a certain other period. Existing corresponding signaling in the prior art

makes STA to give AP the own current information reporting that whether has

entering sleep state function. Adopt existing power saving method; When first

frame of TXOP carry forbid that the TXOP power-saving is designated as not the

time; Show that all the STA equipment in the operated object mark that is not

included in this frame among this BSS all can get into sleep state; In the case, all

the STA equipment with entering sleep state function among this BSS just get into

sleep state all according to the sleep condition judgment if satisfy the sleep

condition usually. Therefore; For multiuser MIMO (Multi-User MIMO; Be called for

short MU-MIMO) pattern; Adopt existing power saving method, all that are only

applicable to that operated object mark in first frame of TXOP comprised that this

TXOP relates to have the situation of the STA equipment that gets into the sleep

state function, and for Single User MIMO (Single-User MIMO; Be called for short

SU-MIMO) pattern, this method is only applicable to the operated object mark of

each frame of TXOP and only indicates no more than one situation with the STA

equipment that gets into the sleep state function. At present, wireless

communication system also has TXOP to block (truncation) technology: AP

equipment obtains a TXOP, usually in order to a STA equipment transmission data.

███████████████████████████████████████████

Suppose that an AP need pass the M frame data for a STA equipment at a TXOP, so, what each frame data existed all that STA as receiving terminal can't correctly receive in the reality maybe. For the frame that each receiving terminal STA can't correctly receive, AP need transmit this frame usually again, correctly receives this frame and send out ACK corresponding to AP that (acknowledgment: confirmation of receipt) frame adds their confirmation up to receiving terminal STA. But AP can't accurately foresee the number of times that needs each frame to retransmit, and when the TXOP time span is set, can only reserve the re-transmission that sometimes are used for several frames. Suppose when AP is provided with the TXOP time span, reserved the re-transmission that sometimes are used for the J frame, and the number of the actual frame that retransmits is less than J; Then AP can carry out the operation that TXOP blocks usually; That is, AP plans in a TXOP, to give the M frame data of a STA biography, is all correctly received by STA; And the TXOP time span that is provided with that AP is provided with also has residue; Then AP finishes this TXOP in advance, and through sending CF (contention free: promptly avoid competition) end frame, it can translate into the time period end indication frame that avoids competing usually. Each STA receives after the CF end frame, just can begin competitive channel, to be used for transfer of data separately." Zhu at ¶¶ [0005]-[0006].

3097.  Zhu further discloses: "A kind of is that under the MU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-

████████████████████████████

SIG-A signaling, and the data flow of each STA of correspondence that after packet header, sends through the MU-MIMO spatial multiplexing mode. Wherein, packet header comprises the fluxion information of each STA in operated object mark and the group. Under the MU-MIMO pattern, operated object mark is Group ID. Comprise each data flow corresponding in the data flow, comprise the MAC Address of corresponding STA equipment in this data flow with each STA of fluxion non-0. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a STA to this STA equipment, and the frame head of this mac frame comprises the receiving terminal mac address information of 6 bytes. STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if identical, explains that this mac frame issues oneself, then this frame is decoded; If different, explain that this mac frame do not issue oneself, then it is not decoded. Another kind is that under the SU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-SIG-A signaling, and the data flow of giving a STA of after packet header, sending. Wherein, packet header comprises the fluxion information of an operated object mark and a said STA. Under the SU-MIMO pattern, operated object mark is partial association sign (association identifier is called for short AID).The MAC Address that comprises a said STA in the data flow. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a said STA to this STA equipment, and

- 1143 -

the frame head of this mac frame comprises the receiving terminal mac address
information of 6 bytes. A said STA equipment is decoded to this receiving terminal
mac address information, compares with the MAC Address of STA equipment self, if
identical, explains that this mac frame issues oneself, then this frame is decoded; If
different, explain that this mac frame do not issue oneself, then it is not decoded.
When No TXOP PS indication allows to carry out power-saving; Be used for judging
whether getting into one or more the combination that dormant sleep condition can
comprise three conditions; When wherein a condition satisfies, promptly be judged
as and satisfy the sleep condition, STA equipment gets into sleep state; When one or
more conditions that comprised when the sleep condition all do not satisfy, be
judged as and do not satisfy the sleep condition, STA equipment keeps waking
state. What need further specify is; When No TXOP PS indication allows to carry
out power-saving; Be used for judging whether getting into one or more the
combination that dormant sleep condition can comprise three conditions; When
wherein a condition satisfies, promptly be judged as and satisfy the sleep condition,
have the STA equipment that gets into the sleep state function and get into sleep
state; When one or more conditions that comprised when the sleep condition all do
not satisfy, be judged as and do not satisfy the sleep condition, have the STA
equipment that gets into the sleep state function and keep waking state; If STA
equipment can not support to get into sleep state, then keep waking state always,
need not judge above-mentioned sleep condition. Simple for what explain; STA in

- 1144 -

████████████████████████████████

said hereinafter 'STA equipment gets into sleep state'; All be meant and have the

STA that gets into the sleep state function; This point is semantically also being

seen easily, that is to say that 'STA equipment gets into sleep state' must be implied

the said STA of explanation is the STA with entering sleep state function.

Particularly, under the MU-MIMO pattern, these three conditions specifically

comprise following content. Condition one: if when not comprising the indication to

this STA equipment in the operated object mark of present frame, STA equipment

can get into sleep state and keep sleep state to finish up to this TXOP at present

frame. Condition two: if comprise the indication to this STA equipment in the

operated object mark of present frame, and the corresponding spatial reuse fluxion

of this STA is designated as at 0 o'clock, and STA equipment can get into sleep state

and keep sleep state to finish up to this TXOP at present frame. Condition three: if

comprise indication in the operated object mark of present frame to this STA

equipment; And this STA receives when more multiple data bit is designated as 0

Frame that STA equipment can get into sleep state and keep sleep state to finish up

to this TXOP at present frame. Under the SU-MIMO pattern, these three conditions

specifically comprise following content. Condition one: if the part A ID of the partial

association of indicating in the operated object mark of present frame sign and this

STA equipment is not simultaneously, STA equipment can get into sleep state and

keep sleep state to finish up to this TXOP at present frame. Condition two: if the

part A ID that indicates in the operated object mark of present frame is identical

with the part A ID of this STA equipment, but present frame is not when issuing

this STA, and STA equipment can get into sleep state and keep sleep state to finish

up to this TXOP at present frame. Condition three: if comprise indication in the

operated object mark of present frame to this STA equipment; And this STA

receives when more multiple data bit is designated as 0 Frame that STA equipment

can get into sleep state and keep sleep state to finish up to this TXOP at present

frame. The embodiment of the invention proposes a kind of TXOP transmission

method of supporting the TXOP power-saving, in same TXOP, comprises key player

on a team's operated object mark and candidate operated object mark. In this

TXOP; When the data of giving several indicated STA of key player on a team's

operated object mark end of transmission and correctly received by corresponding

STA; And this TXOP does not also finish, and then gives several indicated STA

transmission data of the candidate operated object mark in the remaining time of

TXOP. So just can avoid the use of TXOP and block, thereby avoid corresponding

fairness problem." Zhu at ¶¶ [0020]-[0025].

3098.  FIG. 1 of Zhu discloses an example method "of method of sending data

in embodiments of the present invention, in a WLAN, each access point AP or

terminal STA are carried out channel competition, carry out data then and send,

and in a transmission opportunity TXOP"; the method including: "S101 sends the

candidate control frame to candidate terminal equipment STA, comprises

association identification and the MAC Address of said candidate STA in the said

███████████████████████████████████████████████

candidate control frame; S102; Send Frame to key player on a team STA; Also

comprise in the said Frame allowing to get into the sleep state sign, wherein said

key player on a team STA is the corresponding target STA of this TXOP, and said

key player on a team STA can get into sleep state according to said sleep state sign

after key player on a team STA transmission Frame is accomplished; S103, after

key player on a team STA sends Frame and accomplishes, according to the

association identification of said candidate STA and MAC Address to said candidate

STA transmission Frame. In the above-described embodiments, owing to introduced

candidate STA, after key player on a team STA has accomplished the data

transmission; Even this TXOP does not also finish; But give candidate STA

transmission data in the remaining time of TXOP, so just can avoid the use of

TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0026]-

[0030].

3099.  As another example, Zhu discloses: "In the embodiment of the

invention one; With AP operation of equipment flow process is that example

describes this TXOP transmission method; And suppose that a STA among the BSS

has the STA that gets into the sleep state function; Suppose the SU-MIMO pattern

simultaneously, suppose that in addition this TXOP adopts 1 key player on a team

STA and 1 candidate STA. This method comprises following process. Step 101: AP

equipment is given candidate STA transmission data at the 1st frame of TXOP.

Concrete, the 1st frame that AP sends comprises the partial association sign of a

said candidate STA and the MAC Address of a said candidate STA. At the 1st frame, No TXOP PS indication does not allow to carry out power-saving. Step 102: AP equipment begins up to the K frame from the 2nd frame of TXOP, promptly at the 2nd, 3 of TXOP ..., the K frame is given key player on a team STA transmission data. Concrete, begin up to the K frame from the 2nd frame of TXOP, each frame that AP sends all comprises the partial association sign of a said key player on a team STA and the MAC Address of a said key player on a team STA. Begin up to the K frame from the 2nd frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 103: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., the N frame is given described 1 the candidate STA transmission of step 101 data. Concrete, begin up to the N frame from the K+1 frame of TXOP, each frame that AP sends all comprises the partial association sign of a said candidate STA and the MAC Address of a said candidate STA. After above-mentioned N frame end of transmission, this TXOP finishes or the remaining time of this TXOP is used for transferring to a few frame inadequately. Begin up to the N frame from the K+1 frame of TXOP, No TXOP PS indicates and allows to carry out power-saving, and perhaps No TXOP PS is an arbitrary value, for example all indicates not allow to carry out power-saving. In the above step, a certain frame end of transmission

- 1148 -

████████████████████████████████

refers to that this frame is dealt into STA by AP, and STA returns corresponding ACK signaling to AP; Perhaps, a certain frame end of transmission only refers to that this frame is dealt into STA by AP." Zhu at ¶¶ [0033]-[0037].

3100.  Zhu further discloses that embodiments that "suppose the SU-MIMO pattern … can be generalized to the MU-MIMO pattern …." Zhu at ¶ [0081]. For example, "[a]mong aforesaid all embodiment, follow prior art, in a TXOP or all use the MU-MIMO pattern, or all use the SU-MIMO pattern. In fact, can in a TXOP, use MU-MIMO pattern and SU-MIMO pattern with, obtain following embodiment accordingly for the flexible and more performance of dispatching. In the embodiment of the invention 17, be that example describes this TXOP transmission method with AP operation of equipment flow process, compatible MU-MIMO pattern and SU-MIMO pattern suppose that in addition this TXOP adopts 1 key player on a team Group ID simultaneously. This method comprises following process. Step 1701: AP equipment begins up to the K frame from the 1st frame of TXOP, promptly at the 1st, 2 of TXOP ..., the K frame is given one group of STA transmission data with a Group ID, and this Group ID is called key player on a team Group ID. Begin up to the K frame from the 1st frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 1702: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins at least one frame up to the N frame from the K+1 frame of TXOP, promptly

██████████████████████████

at the K+1 of TXOP; K+2; ..., at least one frame in the N frame adopts the SU-MIMO pattern to give 1 STA transmission data. In the embodiment of the invention 18, be that example describes this TXOP transmission method with STA operation of equipment flow process. This method comprises following process." Zhu at ¶¶ [0110]-[0114].

3101.  Zhu also discloses: "Step 1801: at the 1st frame, each STA equipment is received the packet that AP sends out at this frame, comprises the No TXOP PS of this frame, the MAC Address of a Group ID and a receiving terminal STA. At the 1st frame; Each has the STA that gets into the sleep state function and at first makes a decision according to the value of this bit of No TXOP PS: if this bit indication does not allow to carry out power-saving; Then according to the method for prior art, each has the STA that gets into the sleep state function all cannot get into sleep state. If this bit indication allows to carry out power-saving, can get into sleep state and keep sleep state to finish at this frame up to this TXOP then not by the STA that gets into the sleep state function that has of the Group ID of the 1st frame indication; Identical had the STA (promptly receiving the STA of the Frame of issuing oneself) that gets into the sleep state function, a maintenance waking state by one in several receiving terminals STA MAC Address of the Group ID of the 1st frame indication and self MAC address and this frame at this frame. To the K frame, the STA that gets into the sleep state function that has by the GroupID of the 1st frame indication receives the packet that AP sends out at the 1st frame; And

- 1150 -

at each frame all according to the method for prior art; Judge whether present frame issues oneself, if present frame is issued oneself, the present frame of just decoding; In addition; If the No TXOP PS of present frame indication allows to carry out power-saving; Then,, judge whether oneself satisfies the sleep condition also according to the sleep condition of prior art by the STA of the Group ID of the 1st frame indication; If satisfy the sleep condition, just can get into sleep state and keep sleep state to finish at this frame up to this TXOP at a certain frame. Step 1802: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame; Then at the K+1 frame to N frame (K+1 is smaller or equal to N), do not get into each STA of sleep state function, all receive the packet that AP sends out; And wherein at least one STA receives AP and issues at least one the SU-MIMO frame of oneself. The embodiment of the invention provides a kind of radio transmission apparatus, and it can be AP or STA in the WLAN, can be to be applied to AP or the control of STA battery saving mode, and ordinary circumstance is that an AP covers a plurality of STA, can a plurality of users be sent data. Device in the present embodiment is used to realize the flow process of said method embodiment, and the processing procedure in the concrete grammar all can be carried out in this device, and the idiographic flow of said method realizes all can becoming the function of this equipment." Zhu at ¶¶ [0115]-[0117].

3102.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3103.  **Banerjea** discloses this element. For example, Banerjea discloses: "Wireless local area networks (WLANs) have evolved rapidly over the past decade. Development of WLAN standards such as the Institute for Electrical and Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g, and 802.11n Standards has improved single-user peak data throughput. For example, the IEEE 802.11b Standard specifies a single-user peak throughput of 11 megabits per second (Mbps), the IEEE 802.11a and 802.11g Standards specify a single-user peak throughput of 54 Mbps, and the IEEE 802.11n Standard specifies a single-user peak throughput of 600 Mbps. Work has begun on a new standard, IEEE 802.11 ac, that promises to provide even greater throughput." Banerjea at Col. 1, Lines 29-40.

3104.  Banerjea also discloses an example scenario: "the AP 12 estimates that a power level P1 associated with signals received from the station 14 and a power level P2 associated with signals received from the station 16 differ by no more than a certain power level difference Dp, i.e., $|P1-P2| \leqq Dp$. On the other hand, the power level P2 associated with signals received from the station 18 is significantly different from the power levels P1 and P2, i.e., $|P3-P1| > Dp$ and/or $|P3-P2| \leqq Dp$. Depending on the embodiment, the AP 12 uses channel sounding or another suitable technique to estimate a power level at which the station 14 communicates with the AP 12 via a channel 30. For example, in an embodiment, the AP 12

transmits a sounding packet to the station 14 at a certain power level, receives a feedback frame from the station 14 that indicates the strength of the signal associated with the sounding packet. In another embodiment, the AP 12 receives a sounding packet transmitted from the station 14 using a power level setting known to the AP 12 and measures the strength of the signal associated with the received sounding packet. Similarly, the AP 12 generates the corresponding metrics for the station 16 and/or a channel 32 between the station 16 and the AP 12, and the station 18 and/or a channel 34 between the station 18 and the AP 12, according to an embodiment. As used herein, the channels 30, 32, and 34 at least partially define a shared wireless communication channel associated with a particular frequency band. To continue with the example scenario discussed above, the AP 12, in an embodiment, selects the stations 14 and 16 for participation in a certain group G in view of the estimated power levels P1, P2, and P3. In some embodiments, the AP 12 additionally considers one or more other factors when forming the group G, such as the MCS(s) supported by each candidate station, spatial diversity among the candidate stations, the amount of data available at each candidate station (if known and available), multipath effects, etc. Depending on the embodiment, the AP 12 announces the formation of the group G using an assignment frame unicast to each of the stations 14 and 16, multicast to the stations 14 and 16, or broadcast through the WLAN 10. In an embodiment, the station 14 includes a UL transmit (Tx) controller 24 to process the assignment frame and control transmissions to the AP

- 1153 -

12 that occur at the same time as transmissions from the station 16 to the AP 12. At

least the station 16 includes a UL Tx controller (not shown) similar to the UL Tx

controller 24, in an embodiment." Banerjea at Col. 2, Lines 18-62; *see also* Banerjea

at FIG. 1 for a block diagram of a communication system with an AP in such a

scenario.

3105.  Banerjea further discloses: "As illustrated in FIG. 3A, the start of the

communication frames 112-1 and 112-2 and the end of the USI frame 110 are

separated by a gap 114 having a duration equal to a SIFS. In other embodiments,

however, the gap 114 has a different duration such as, for example, a distributed

control function (DFS) interframe space (DIFS). In either case, the gap 114 is

predefined, preconfigured, or otherwise agreed upon by the transmitting devices

and the receiving device, in an embodiment, so that the USI frame 110 implicitly

indicates the timing of simultaneous transmissions from the stations 104 and 106.

In another embodiment, however, the USI frame 110 explicitly indicates the timing

of simultaneous transmissions from the stations 104 and 106 (e.g., using a field to

specify the start time relative to the beginning of the service period, Superframe,

etc.)." Banerjea at Col. 6, Lines 53-67; *see also* Banerjea at FIG. 3A.

3106.  Further, "a period 150 is generally similar to the period 100 discussed

above, except that an AP 152 and stations 154, 156 use a DL group definition for

simultaneous UL transmission, according to an embodiment. Further, an

assignment frame 158 in some embodiments has a format generally similar to the

- 1154 -

assignment frame 108. In the example period 150 of FIG. 3B, the assignment frame 158 is a DL group assignment frame that indicates the make-up of one or several DL groups for simultaneous downlink transmission (i.e., from the AP 154 to the stations 154 and 156). At a later time, the AP 152 transmits a USI frame 160 that indicates a DL group to be used as an UL group for transmitting communication frames 162-1 and 162-2 from the stations 154 and 156, respectively, according to an embodiment." Banerjea at Col. 7, Lines 11-24; *see also* Banerjea at FIG. 3B.

3107.  Banerjea further discloses: "In some situations, several candidate devices lack sufficient spatial diversity to operate in a UL MU mode as a single UL group. In an embodiment, an appropriate subspace index (SSI) is assigned to a candidate device depending on the current position of the candidate device relative to the AP, for example. In particular, devices located in approximately the same sector relative to the AP are assigned the same SSI, while devices spaced sufficiently apart (from the perspective of the AP) are assigned different SSIs. It is noted that in general, a UL group in which no two stations have the same SSIs is likely to have good spatial diversity. Accordingly, stations having different SSIs can be grouped together for UL MU purposes, provided other requirements are satisfied. Referring to FIG. 6, a scenario 300 includes an initial sounding session 302 during which an AP conducts initial sounding to collect information indicative of channel conditions of various stations, in an embodiment. Referring back to FIG. 1, for example, the AP 12 can develop (or receive) an estimate of the condition of the

- 1155 -

██████████████████████████████████████████

channels 30, 32, and 34, in accordance with the technique of FIG. 6. Depending on

the embodiment, the initial sounding is conducted using broadcasting, selective

channel sounding, or individual channel sounding, and includes corresponding

feedback information. Based on the feedback information corresponding to the

initial sounding, the AP assigns SSIs to stations, in an embodiment. In other

embodiments, the AP assigns SSIs sequentially or randomly. During a sounding

update session 304, the AP sounds channels for one or more MU groups or for one or

more SSI combinations, in an embodiment. Further, during an SSI update session

306, the AP reassigns some or all SSIs in response to a change in the conditions of

one or more channels between the AP and the stations, in an embodiment. For

example, certain SSIs are reassigned to cover a different set of stations." Banerjea

at Col. 8, Line 58 – Col. 9, Line 23; *see also* Banerjea at FIGS. 1 and 6.

3108.  Additionally, "FIG. 7 is a diagram of an example format of an SSI

assignment frame 400 that an AP transmits to several stations to indicate SSI

assignments, in an embodiment. Similar to the frame 200 discussed with reference

to FIG. 4, the SSI assignment frame 400 includes a preamble portion 402, a MAC

portion 404, a frame body 406, and an FCS portion 408. The preamble portion 402

in some embodiments includes HT and/or VHT information. The MAC header

portion 404 includes a frame control field 410 to indicate that the assignment frame

400 is a management or action frame, as well as a destination address field 412 set

to the broadcast address value or a unicast address of a particular station,

- 1156 -

████████████████████

depending on the embodiment. The frame body 406 includes a category field 420 to indicate that at least the frame body 406 is being transmitted in the VHT mode, an action field 422 to indicate that the frame 400 is an SSI assignment frame, and a number of SSI sets indicator 424 to indicate the number of SSI set descriptors included in the portion of the frame body 406 that follows the number of SSI sets indicator 424. In an embodiment, each SSI set descriptor 426-1, 426-2, . . . 426-N includes a sequence of AIDs or other station identifiers, with the relative position of each AID indicating the SSI assigned to the station. For example, as illustrated in FIG. 7, the field 430-1 is in the first position in the SSI set descriptor 426-1 and specifies a first AID to indicate that the station identified by the first AID is assigned SSI=1, the field 430-2 is in the second position in the SSI set descriptor 426-1 and specifies a second AID to indicate that the station identified by the second AID is assigned SSI=2, etc. It is noted that each SSI set descriptor 426-1, 426-2, . . . 426-N provides a list of stations having relatively good spatial diversity. Accordingly, in an embodiment, an AP uses SSI set information when selecting stations for participation an UL group, so that the selected stations transmit data in a UL MU mode without having to adjust transmit power levels." Banerjea at Col. 9, Lines 39-60; *see also* Banerjea at FIGS. 4 and 7.

3109.  Banerjea further discloses: "Next, FIG. 8 is a block diagram of an example receiving device 450 that implements a UL group selection technique. In an embodiment, the receiving device 450 operates in an AP such as the AP 12, for

███████████████████████████████████████████

example (see FIG. 1). In one such embodiment, the UL group controller 20 includes at least some of the components 452, 460, 462, 464, 470, and 472. The receiving device 450 includes a UL group selector 452 10 15 25 30 35 40 45 50 55 60 65 10 that receives one or more of channel Sounding data pertaining to several candidate stations via an input 454, SSI data pertaining to some or all of these candidate stations via an input 456, allowable power variation X between stations in a UL group via an input 458, depending on the embodiment. Further, in some embodiments, the UL group also receives additional or alternative information such as the capability of the AP in which the receiving device 450 operates, multipath effect data pertaining to the candidate stations, etc. Still further, a DL group controller 459 provides DL group information to the UL group selector 452, so that a UL group is selected in view of one or more DL groups or is configured to be the same as a certain DL group, in an embodiment." Banerjea at Col. 9, Line 61- Col. 10, Line 14; *see also* Banerjea at FIG. 8.

3110.  Also, Banerjea discloses: "Further, the UL group selector 452 in some embodiments is coupled to a stream allocation unit 464 to determine which of the streams (e.g., spatial streams) of the shared wireless communication channel are allocated to which stations in a UL group. The MCS adaption unit 462 and the stream allocation unit 464 are coupled to an USI frame generator 472 that generates a USI frame formatted similar to the USI frame 200 illustrated in FIG. 4, according to an embodiment. A timing US 8,472,383 B1 11 controller 470 coupled to

████████████████████

the UL group selector 452 and the USI frame generator 472 controls the timing of

transmitting the USI frame and, accordingly, the timing of arrival of UL MU data

frames from the stations in the UL group following a known time interval such as

SIFS." Banerjea at Col. 10, Line 60 – Col. 11, Line 5.

3111.  Alternatively, Banerjea, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

3112.  To the extent it is argued or determined that any of Merlin '690,

802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this

element would have been obvious at the time of the invention in view of any

combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or

Banerjea.  *See* "Motivation to Combine," *infra*.

e.      **Element 1 [d]:  when the acknowledgment
        information represents that the STA is requested to
        transmit the acknowledgement frame in the SU
        format, transmitting the acknowledgement frame
        in SU format.**

3113.  **Merlin '690** discloses this element. For example, Merlin '690 discloses:

"The present disclosure may define rules for limiting the setting of ACK policies and

signaling for allocating MU-MIMO or FDMA resources to the recipient STAs for the

replies. Such signaling may include which STAs should are solicited for immediate

response (e.g., for immediate BAs), which STAs may use existing ACK policy

indications, which mode is to be used for the replies (e.g., UL SU-MIMO, UL MU-

- 1159 -

MIMO, or UL MU FDMA), and which parameters to use for MU-MIMO or FDMA transmissions. According to certain aspects, an AP may transmit an MU PPDU soliciting immediate response from multiple high efficiency wireless (HEW) STAs (e.g., very high throughput (VHT) STAs) that support UL MU-MIMO, UL FDMA, or both. Therefore, multiple responses (e.g., ACKs/BAs) to the MU PDDU, from multiple STAs, are possible at the same time. For example, if all of the addressed STAs in the DL MU-MIMO PPDU support UL MU-MIMO, UL FDMA, or both, then none, some, or all of the STAs may be solicited for immediate response. According to certain aspects, the multiple responses may be in different streams and/or different frequencies. In an example implementation, the AP may solicit multiple immediate responses by transmitting an MU PPDU including multiple aggregate medium access control (MAC) protocol data units (A-MPDUs) having MPDUs that solicit an immediate response (e.g., MPDUs indicate 'Immediate BA or normal ACK'). In another example implementation, the AP may solicit multiple immediate responses by transmitting one or more MPDUs in the A-MPDU that indicate a reverse direction grant (RDG) or a speed frame exchange grant. According to certain aspects, the RDG grant or speed frame exchange grant may transfer a transmit opportunity (TXOP) to the recipient STA during which the recipient STA may transmit ACKs/BAs or Data. According to certain aspects, the DL MU-MIMO/FDMA PPDU may be addressed to a mix of legacy (e.g., non-HEW) STAs and HEW STAs (i.e., some of the addressed STAs support UL MU-MIMO, UL FDMA, or

both, and some of the addressed STAs do not). A DL FDMA PPDU addressed to a

mix of legacy and HEW STAs may be a legacy PPDU sent on the primary channel

and one or more PPDUs sent on other channels. According to certain aspects, if the

AP transmits an MU PPDU soliciting an immediate response from a non-HEW

STA, then no other STA receiving the MU PPDU may be solicited for immediate

response. For example, if a physical layer convergence protocol (PLCP) service data

unit (PSDU) (e.g., A-MPDU) in the MU PPDU addressed to a non-HEW STA solicits

an immediate response, then no other PSDUs in the same MU PPDU can solicit an

immediate response. In this case, the MPDU soliciting the immediate response may

be set to 'immediate response' and the MPDUs to the other STAs may be set to a 'No

ACK' policy, a 'delayed BA' policy, or a 'BAR' policy. According to certain aspects,

under the assumption that uplink transmissions from a legacy STA and one or more

HEW STAs can be performed by using appropriate UL FDMA or MU-MIMO

protocols, the PSDU addressed to a non-HEW STA and the PSDU/MPDU addressed

to one or more HEW STAS that all support UL MU-MIMO or UL FDMA may solicit

an immediate response from the HEW STAs. For example, all MPDUs for the HEW

STAs may be set to 'immediate response'. Alternatively, none of the STAs may be

solicited for immediate response. For example, all MPDUs may be set to a 'No ACK'

policy or 'delayed BA' policy. Accordingly, a single or multiple STAs may be solicited

for immediate response, so long as none of the addressed non-legacy STAs is

solicited for immediate response. According to certain aspects, if none of the

- 1161 -

addressed STAs in the DL MU-MIMO PPDU support UL MU-MIMO, UL FDMA, or both, at most a single one of the STAs may be solicited for immediate response. In one example implementation, none of the STAs is solicited for immediate response. According to certain aspects, multiple simultaneous responses may be solicited, even if one of the STAs does not support UL FDMA or UL MU-MIMO (e.g., a legacy STA or a HEW STA not supporting UL FDMA or UL MU-MIMO). For example, a legacy STA may respond with a regular SU transmission on a primary channel, while other capable STAs may respond at the same time on other channels. In some cases, a capable STA may partially support UL FDMA or UL MU-MIMO by limiting bandwidth or limiting the number of spatial streams of its response in a primary channel to favor UL-FDMA or UL MU-MIMO transmissions on other channels/streams by other STAs." Merlin '690 at ¶¶ [0125]-[0130].

3114. Merlin '690 further discloses: "FIG. 25 illustrates example operations 2500 for wireless communications, in accordance with certain aspects of the present disclosure. The operations 2500 may be performed, for example, by an access point (e.g., AP 110). The operations 2500 may begin, at 2502, by determining that a plurality of devices (e.g., VHT STAs) have a first capability (e.g., support MU-MIMO or FDMA). For example, the AP may receive a capability information element (IE) (e.g., a VHT capability IE) from each of the plurality of devices indicating support for the first capability. At 2504, the AP may generate a MU packet that solicits an immediate response from a plurality of the devices, wherein

█████████████████████████████████████████████████████

the immediate response comprises an ACK or BA. According to certain aspects, the

MU packet may provide a response type indication to each of the plurality of

devices, to use SU MIMO, MU MIMO, or FDMA to send the immediate response. In

an example implementation, the MU packet may include a plurality of MPDUs,

each MPDU being addressed to a different one of the plurality of devices and the

response type indication may be provided in a QoS control field of each MPDU, a FC

field of each MPDU, an A-MPDU delimiter preceding the MPDU, or an extended

MAC header. Alternatively, the MU packet may include one or more PSDUs, each

PSDU being address to a different one of the plurality of devices and the response

type indication may be provided in a SERVICE field of the PSDU. In yet another

alternative, the response type indication may be provided in a PHY header of the

MU packet. In yet another alternative, the response type may be indicated by the

presence of a special frame in the A-MPDU. In yet another alternative, the MU

packet may include one or more group IDs, each of the one or more group IDs

associated with whether to use SU MIMO, MU MIMO, or MU FDMA to send the

immediate response, such that the response type indication is provided implicitly by

the one or more group IDs. In yet another alternative, the AP may generate a

special frame and output the special frame for transmission after the MU packet

and the response type indication may be provided in the special frame. According to

certain aspects, an indication of one or more parameters (e.g., spatial streams to

use, channels, a duration, transmission power) to use for sending the immediate

using MU MIMO or MU FDMA may be provided according to any of the

alternatives described above for explicitly or implicitly providing the response type

indication (e.g., group ID, special frame, MPDU field, PHY header)." Merlin '690 at

¶¶ [0180]-[0181].

3115. *See also* Merlin '690 at FIGS. 25 and 25A.

3116. Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

3117. **802.11ac-2013** discloses this element. For example, 802.11ac-2013

defines a "user" as "An individual or group of stations (STAs) identified by a single

receive address (RA) in the context of single-user multiple input, multiple output

(SU-MIMO) or multi-user multiple input, multiple output (MU-MIMO)." 802.11ac-

2013 at pg. 7.

3118. 802.11ac-2013 also discloses: "The construction of the Data field in a

VHT SU PPDU with BCC encoding proceeds as follows: a) Insert the CRC

calculated for VHT-SIG-B in the SERVICE field as described in 22.3.10.2 and

append the PSDU to the SERVICE field. b) PHY padding: Append the PHY pad bits

and tail bits to the PSDU. c) Scrambler: Scramble the PHY padded data. d) BCC

encoder: Divide the scrambled bits between the encoders by sending bits to different

encoders in a round robin manner. The number of encoders is determined by rate-

dependent parameters described in 22.5. BCC encode as described in 22.3.10.5.2

- 1164 -

███████████████████████████████████████

and 22.3.10.5.3. e) Stream parser: Rearrange the output of the BCC encoders into blocks as described in 22.3.10.6. f) Segment parser (if needed): For a contiguous 160 MHz or noncontiguous 80+80 MHz transmission, divide the output bits of each stream parser into two frequency subblocks as described in 22.3.10.7. This block is bypassed for 20 MHz, 40 MHz, and 80 MHz VHT PPDU transmissions. g) BCC interleaver: Interleave as described in 22.3.10.8. h) Constellation mapper: Map to BPSK, QPSK, 16-QAM, 64-QAM, or 256-QAM constellation points as described in 22.3.10.9. i) Segment deparser (if needed): For a contiguous 160 MHz transmission, merge the two frequency subblocks into one frequency segment as described in 22.3.10.9.3. This block is bypassed for 20 MHz, 40 MHz, 80 MHz, and 80+80 MHz VHT PPDU transmissions. j) STBC: Apply STBC as described in 22.3.10.9.4. k) Pilot insertion: Insert pilots following the steps described in 22.3.10.10. l) CSD: Apply CSD for each space-time stream and frequency segment as described in 22.3.8.3.2. m) Spatial mapping: Apply the Q matrix as described in 22.3.10.11.1. n) Phase rotation: Apply the appropriate phase rotations for each 20 MHz subchannel as described in 22.3.7.4 and 22.3.7.5. o) IDFT: For a noncontiguous 80+80 MHz transmission, map each frequency subblocks to the separate IDFT. Compute the inverse discrete Fourier transform. p) Insert GI and apply windowing: Prepend a GI (SHORT_GI or LONG_GI) and apply windowing as described in 22.3.7.4. q) Analog and RF: Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired

- 1165 -

████████████████████████

channel and transmit. Refer to 22.3.7.4 and 22.3.8 for details." 802.11ac-2013 at

Section 22.3.4.9; pp. 241-242.

3119.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

3120.  **Wang** discloses this element. For example, Wang discloses: "The ACK

and the data to which the ACK is piggybacked may be directed to a single user, (i.e.,

single user piggyback ACK). FIG. 15 shows an example of single user piggyback

ACK. An originator transmits a data packet 1510 to a recipient. If the data is not

time sensitive, a piggyback ACK may be used. The originator may indicate (e.g., in

the data packet) that a piggyback ACK is allowed. If the recipient has data payload

1530 directed to the originator, the recipient may piggyback the ACK 1520 with the

data packet 1530. The piggyback ACK may be immediate or delayed. If the recipient

has no data payload to the originator, the recipient may delay the ACK, (i.e.,

piggyback the ACK with data later). The single user piggyback ACK may be

performed in an MSDU level. FIG. 16 shows an example of single user piggyback

ACK aggregated in an MSDU level. An ACK (or BA) MSDU 1610 and a data MSDU

1620 are aggregated, and a modified MAC header 1630 may be added to the

aggregated ACK and data MSDUs. The MAC header 1630 may indicate that the

subtype of the frame is a data frame with a piggybacked ACK or BA. Once the

subtype field in the frame control field in the MAC header indicates the frame is a

- 1166 -

data frame with a piggybacked ACK or BA, the sequence control field in the MAC

header may be extended to cover the sequence number of the data MSDU and ACK.

If a BA is utilized, the BA control field may be included in the MAC header." Wang

at ¶¶ [0119]-[0120]]; *see also* Wang at FIGS. 15 and 16.

3121. Wang further discloses: "Single user piggyback ACK may be performed

in the MPDU level. FIG. 17 shows an example of piggyback ACK in an MPDU level.

An ACK MPDU 1710 and a data MPDU 1720 are aggregated, and passed to the

physical layer. A common PLCP header and preamble are added to the aggregated

packet to form a PPDU 1700. In this scheme, an ACK MPDU 1710 and a data

MPDU 1720 may be coded and modulated with the same MCS. The ACK and data

are included into separate MPDUs with a separate MAC header and the MPDUs

are separated by MPDU delimiters. Single user piggyback ACK may be performed

in the PPDU level. FIG. 18 shows an example of piggyback ACK in a PPDU level.

ACK and data are included in separate MPDUs, and the MPDUs are modulated

and coded separately. A separate MCS may be used for the MPDUs. As shown in

FIG. 18, a common SIG field may be utilized in which MCS for ACK and data are

defined. Alternatively, separate SIG fields may be included. The single user

piggyback packet may include more than one data packet and/or more than one

ACK/BA packet. The ACK and data may be directed to different users, (i.e., multi-

user piggyback ACK). The piggyback ACK may be immediate or delayed. FIG. 19

shows an example of multi user piggyback ACK. An originator transmits a data

packet 1910 to a recipient. If the data is not time sensitive, the originator may allow

a piggyback ACK. In this case, the originator may indicate (e.g., in the data packet)

that a piggyback ACK is allowed. The recipient may choose to piggyback the ACK

1920 with a data packet 1930 directed to a third STA. Multi user piggyback ACK

may be performed in an MPDU level. In this case, ACK and data MPDUs are

aggregated, and passed to a physical layer. A MAC header of each MPDU packet

has its own receiver address (RA) information. A common PLCP header and

preamble are added to the aggregated packet to form a PPDU. In this scheme, ACK

and data MPDUs may be coded and modulated with the same MCS. Similar to the

single user piggyback ACK, multi user piggyback in the MPDU domain may utilize

the frame format shown in FIG. 17." Wang at ¶¶ [0121]-[0125]]; *see also* Wang at

FIGS. 17-19.

3122. Alternatively, Wang, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

3123. **Zhu** discloses this element. For example, Zhu discloses: "Well-known is

that said STA with entering sleep state function is meant that STA supports to get

into dormant function and this function is in opening. Support to get into the STA of

dormant function, can open this function a certain period, and close this function in

a certain other period; That is to say that this STA can have the sleep state of

entering function a certain period, and does not have the sleep state of entering

███████████████████████████████████████████

function in a certain other period. Existing corresponding signaling in the prior art makes STA to give AP the own current information reporting that whether has entering sleep state function. Adopt existing power saving method; When first frame of TXOP carry forbid that the TXOP power-saving is designated as not the time; Show that all the STA equipment in the operated object mark that is not included in this frame among this BSS all can get into sleep state; In the case, all the STA equipment with entering sleep state function among this BSS just get into sleep state all according to the sleep condition judgment if satisfy the sleep condition usually. Therefore; For multiuser MIMO (Multi-User MIMO; Be called for short MU-MIMO) pattern; Adopt existing power saving method, all that are only applicable to that operated object mark in first frame of TXOP comprised that this TXOP relates to have the situation of the STA equipment that gets into the sleep state function, and for Single User MIMO (Single-User MIMO; Be called for short SU-MIMO) pattern, this method is only applicable to the operated object mark of each frame of TXOP and only indicates no more than one situation with the STA equipment that gets into the sleep state function. At present, wireless communication system also has TXOP to block (truncation) technology: AP equipment obtains a TXOP, usually in order to a STA equipment transmission data. Suppose that an AP need pass the M frame data for a STA equipment at a TXOP, so, what each frame data existed all that STA as receiving terminal can't correctly receive in the reality maybe. For the frame that each receiving terminal STA can't

- 1169 -

correctly receive, AP need transmit this frame usually again, correctly receives this frame and send out ACK corresponding to AP that (acknowledgment: confirmation of receipt) frame adds their confirmation up to receiving terminal STA. But AP can't accurately foresee the number of times that needs each frame to retransmit, and when the TXOP time span is set, can only reserve the re-transmission that sometimes are used for several frames. Suppose when AP is provided with the TXOP time span, reserved the re-transmission that sometimes are used for the J frame, and the number of the actual frame that retransmits is less than J; Then AP can carry out the operation that TXOP blocks usually; That is, AP plans in a TXOP, to give the M frame data of a STA biography, is all correctly received by STA; And the TXOP time span that is provided with that AP is provided with also has residue; Then AP finishes this TXOP in advance, and through sending CF (contention free: promptly avoid competition) end frame, it can translate into the time period end indication frame that avoids competing usually. Each STA receives after the CF end frame, just can begin competitive channel, to be used for transfer of data separately." Zhu at ¶¶ [0005]-[0006].

3124. Zhu further discloses: "A kind of is that under the MU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-SIG-A signaling, and the data flow of each STA of correspondence that after packet header, sends through the MU-MIMO spatial multiplexing mode. Wherein, packet header comprises the fluxion information of each STA in operated object mark and

- 1170 -

the group. Under the MU-MIMO pattern, operated object mark is Group ID. Comprise each data flow corresponding in the data flow, comprise the MAC Address of corresponding STA equipment in this data flow with each STA of fluxion non-0. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a STA to this STA equipment, and the frame head of this mac frame comprises the receiving terminal mac address information of 6 bytes. STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if identical, explains that this mac frame issues oneself, then this frame is decoded; If different, explain that this mac frame do not issue oneself, then it is not decoded. Another kind is that under the SU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-SIG-A signaling, and the data flow of giving a STA of after packet header, sending. Wherein, packet header comprises the fluxion information of an operated object mark and a said STA. Under the SU-MIMO pattern, operated object mark is partial association sign (association identifier is called for short AID).The MAC Address that comprises a said STA in the data flow. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a said STA to this STA equipment, and the frame head of this mac frame comprises the receiving terminal mac address information of 6 bytes. A said STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if

- 1171 -

identical, explains that this mac frame issues oneself, then this frame is decoded; If

different, explain that this mac frame do not issue oneself, then it is not decoded.

When No TXOP PS indication allows to carry out power-saving; Be used for judging

whether getting into one or more the combination that dormant sleep condition can

comprise three conditions; When wherein a condition satisfies, promptly be judged

as and satisfy the sleep condition, STA equipment gets into sleep state; When one or

more conditions that comprised when the sleep condition all do not satisfy, be

judged as and do not satisfy the sleep condition, STA equipment keeps waking

state. What need further specify is; When No TXOP PS indication allows to carry

out power-saving; Be used for judging whether getting into one or more the

combination that dormant sleep condition can comprise three conditions; When

wherein a condition satisfies, promptly be judged as and satisfy the sleep condition,

have the STA equipment that gets into the sleep state function and get into sleep

state; When one or more conditions that comprised when the sleep condition all do

not satisfy, be judged as and do not satisfy the sleep condition, have the STA

equipment that gets into the sleep state function and keep waking state; If STA

equipment can not support to get into sleep state, then keep waking state always,

need not judge above-mentioned sleep condition. Simple for what explain; STA in

said hereinafter 'STA equipment gets into sleep state'; All be meant and have the

STA that gets into the sleep state function; This point is semantically also being

seen easily, that is to say that 'STA equipment gets into sleep state' must be implied

- 1172 -

the said STA of explanation is the STA with entering sleep state function.
Particularly, under the MU-MIMO pattern, these three conditions specifically
comprise following content. Condition one: if when not comprising the indication to
this STA equipment in the operated object mark of present frame, STA equipment
can get into sleep state and keep sleep state to finish up to this TXOP at present
frame. Condition two: if comprise the indication to this STA equipment in the
operated object mark of present frame, and the corresponding spatial reuse fluxion
of this STA is designated as at 0 o'clock, and STA equipment can get into sleep state
and keep sleep state to finish up to this TXOP at present frame. Condition three: if
comprise indication in the operated object mark of present frame to this STA
equipment; And this STA receives when more multiple data bit is designated as 0
Frame that STA equipment can get into sleep state and keep sleep state to finish up
to this TXOP at present frame. Under the SU-MIMO pattern, these three conditions
specifically comprise following content. Condition one: if the part A ID of the partial
association of indicating in the operated object mark of present frame sign and this
STA equipment is not simultaneously, STA equipment can get into sleep state and
keep sleep state to finish up to this TXOP at present frame. Condition two: if the
part A ID that indicates in the operated object mark of present frame is identical
with the part A ID of this STA equipment, but present frame is not when issuing
this STA, and STA equipment can get into sleep state and keep sleep state to finish
up to this TXOP at present frame. Condition three: if comprise indication in the

- 1173 -

███████████████████████████

operated object mark of present frame to this STA equipment; And this STA receives when more multiple data bit is designated as 0 Frame that STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. The embodiment of the invention proposes a kind of TXOP transmission method of supporting the TXOP power-saving, in same TXOP, comprises key player on a team's operated object mark and candidate operated object mark. In this TXOP; When the data of giving several indicated STA of key player on a team's operated object mark end of transmission and correctly received by corresponding STA; And this TXOP does not also finish, and then gives several indicated STA transmission data of the candidate operated object mark in the remaining time of TXOP. So just can avoid the use of TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0020]-[0025].

3125. FIG. 1 of Zhu discloses an example method "of method of sending data in embodiments of the present invention, in a WLAN, each access point AP or terminal STA are carried out channel competition, carry out data then and send, and in a transmission opportunity TXOP"; the method including: "S101 sends the candidate control frame to candidate terminal equipment STA, comprises association identification and the MAC Address of said candidate STA in the said candidate control frame; S102; Send Frame to key player on a team STA; Also comprise in the said Frame allowing to get into the sleep state sign, wherein said key player on a team STA is the corresponding target STA of this TXOP, and said

- 1174 -

███████████████████████████████████████

key player on a team STA can get into sleep state according to said sleep state sign

after key player on a team STA transmission Frame is accomplished; S103, after

key player on a team STA sends Frame and accomplishes, according to the

association identification of said candidate STA and MAC Address to said candidate

STA transmission Frame. In the above-described embodiments, owing to introduced

candidate STA, after key player on a team STA has accomplished the data

transmission; Even this TXOP does not also finish; But give candidate STA

transmission data in the remaining time of TXOP, so just can avoid the use of

TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0026]-

[0030].

3126.  As another example, Zhu discloses: "In the embodiment of the

invention one; With AP operation of equipment flow process is that example

describes this TXOP transmission method; And suppose that a STA among the BSS

has the STA that gets into the sleep state function; Suppose the SU-MIMO pattern

simultaneously, suppose that in addition this TXOP adopts 1 key player on a team

STA and 1 candidate STA. This method comprises following process. Step 101: AP

equipment is given candidate STA transmission data at the 1st frame of TXOP.

Concrete, the 1st frame that AP sends comprises the partial association sign of a

said candidate STA and the MAC Address of a said candidate STA. At the 1st

frame, No TXOP PS indication does not allow to carry out power-saving. Step 102:

AP equipment begins up to the K frame from the 2nd frame of TXOP, promptly at

the 2nd, 3 of TXOP ..., the K frame is given key player on a team STA transmission data. Concrete, begin up to the K frame from the 2nd frame of TXOP, each frame that AP sends all comprises the partial association sign of a said key player on a team STA and the MAC Address of a said key player on a team STA. Begin up to the K frame from the 2nd frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 103: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., the N frame is given described 1 the candidate STA transmission of step 101 data. Concrete, begin up to the N frame from the K+1 frame of TXOP, each frame that AP sends all comprises the partial association sign of a said candidate STA and the MAC Address of a said candidate STA. After above-mentioned N frame end of transmission, this TXOP finishes or the remaining time of this TXOP is used for transferring to a few frame inadequately. Begin up to the N frame from the K+1 frame of TXOP, No TXOP PS indicates and allows to carry out power-saving, and perhaps No TXOP PS is an arbitrary value, for example all indicates not allow to carry out power-saving. In the above step, a certain frame end of transmission refers to that this frame is dealt into STA by AP, and STA returns corresponding ACK signaling to AP; Perhaps, a certain frame end of transmission only refers to that this frame is dealt into STA by AP." Zhu at ¶¶ [0033]-[0037].

- 1176 -

███████████████████████████████████

3127.  Zhu further discloses that embodiments that "suppose the SU-MIMO pattern … can be generalized to the MU-MIMO pattern …." Zhu at ¶ [0081]. For example, "[a]mong aforesaid all embodiment, follow prior art, in a TXOP or all use the MU-MIMO pattern, or all use the SU-MIMO pattern. In fact, can in a TXOP, use MU-MIMO pattern and SU-MIMO pattern with, obtain following embodiment accordingly for the flexible and more performance of dispatching. In the embodiment of the invention 17, be that example describes this TXOP transmission method with AP operation of equipment flow process, compatible MU-MIMO pattern and SU-MIMO pattern suppose that in addition this TXOP adopts 1 key player on a team Group ID simultaneously. This method comprises following process. Step 1701: AP equipment begins up to the K frame from the 1st frame of TXOP, promptly at the 1st, 2 of TXOP ..., the K frame is given one group of STA transmission data with a Group ID, and this Group ID is called key player on a team Group ID. Begin up to the K frame from the 1st frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 1702: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins at least one frame up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., at least one frame in the N frame adopts the SU-MIMO pattern to give 1 STA transmission data. In the embodiment of the invention 18, be that example describes this TXOP transmission method with STA operation

█████████████████████████

of equipment flow process. This method comprises following process." Zhu at ¶¶
[0110]-[0114].

3128. Zhu also discloses: "Step 1801: at the 1st frame, each STA equipment
is received the packet that AP sends out at this frame, comprises the No TXOP PS
of this frame, the MAC Address of a Group ID and a receiving terminal STA. At the
1st frame; Each has the STA that gets into the sleep state function and at first
makes a decision according to the value of this bit of No TXOP PS: if this bit
indication does not allow to carry out power-saving; Then according to the method
for prior art, each has the STA that gets into the sleep state function all cannot get
into sleep state. If this bit indication allows to carry out power-saving,, can get into
sleep state and keep sleep state to finish at this frame up to this TXOP then not by
the STA that gets into the sleep state function that has of the Group ID of the 1st
frame indication; Identical had the STA (promptly receiving the STA of the Frame
of issuing oneself) that gets into the sleep state function, a maintenance waking
state by one in several receiving terminals STA MAC Address of the Group ID of the
1st frame indication and self MAC address and this frame at this frame. To the K
frame, the STA that gets into the sleep state function that has by the GroupID of
the 1st frame indication receives the packet that AP sends out at the 1st frame; And
at each frame all according to the method for prior art; Judge whether present
frame issues oneself, if present frame is issued oneself, the present frame of just
decoding; In addition; If the No TXOP PS of present frame indication allows to carry

- 1178 -

out power-saving; Then,, judge whether oneself satisfies the sleep condition also according to the sleep condition of prior art by the STA of the Group ID of the 1st frame indication; If satisfy the sleep condition, just can get into sleep state and keep sleep state to finish at this frame up to this TXOP at a certain frame. Step 1802: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame; Then at the K+1 frame to N frame (K+1 is smaller or equal to N), do not get into each STA of sleep state function, all receive the packet that AP sends out; And wherein at least one STA receives AP and issues at least one the SU-MIMO frame of oneself. The embodiment of the invention provides a kind of radio transmission apparatus, and it can be AP or STA in the WLAN, can be to be applied to AP or the control of STA battery saving mode, and ordinary circumstance is that an AP covers a plurality of STA, can a plurality of users be sent data. Device in the present embodiment is used to realize the flow process of said method embodiment, and the processing procedure in the concrete grammar all can be carried out in this device, and the idiographic flow of said method realizes all can becoming the function of this equipment." Zhu at ¶¶ [0115]-[0117].

3129.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3130.  **Banerjea** discloses this element. For example, Banerjea discloses: "Wireless local area networks (WLANs) have evolved rapidly over the past decade.

███████████████████████████

Development of WLAN standards such as the Institute for Electrical and Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g, and 802.11n Standards has improved single-user peak data throughput. For example, the IEEE 802.11b Standard specifies a single-user peak throughput of 11 megabits per second (Mbps), the IEEE 802.11a and 802.11g Standards specify a single-user peak throughput of 54 Mbps, and the IEEE 802.11n Standard specifies a single-user peak throughput of 600 Mbps. Work has begun on a new standard, IEEE 802.11 ac, that promises to provide even greater throughput." Banerjea at Col. 1, Lines 29-40.

3131. Banerjea also discloses an example scenario: "the AP 12 estimates that a power level P1 associated with signals received from the station 14 and a power level P2 associated with signals received from the station 16 differ by no more than a certain power level difference Dp, i.e., $|P1-P2| \leqq Dp$. On the other hand, the power level P2 associated with signals received from the station 18 is significantly different from the power levels P1 and P2, i.e., $|P3-P1| > Dp$ and/or $|P3-P2| \leqq Dp$. Depending on the embodiment, the AP 12 uses channel sounding or another suitable technique to estimate a power level at which the station 14 communicates with the AP 12 via a channel 30. For example, in an embodiment, the AP 12 transmits a sounding packet to the station 14 at a certain power level, receives a feedback frame from the station 14 that indicates the strength of the signal associated with the sounding packet. In another embodiment, the AP 12 receives a sounding packet transmitted from the station 14 using a power level setting known

- 1180 -

████████████████████████████████████████

to the AP 12 and measures the strength of the signal associated with the received sounding packet. Similarly, the AP 12 generates the corresponding metrics for the station 16 and/or a channel 32 between the station 16 and the AP 12, and the station 18 and/or a channel 34 between the station 18 and the AP 12, according to an embodiment. As used herein, the channels 30, 32, and 34 at least partially define a shared wireless communication channel associated with a particular frequency band. To continue with the example scenario discussed above, the AP 12, in an embodiment, selects the stations 14 and 16 for participation in a certain group G in view of the estimated power levels P1, P2, and P3. In some embodiments, the AP 12 additionally considers one or more other factors when forming the group G, such as the MCS(s) supported by each candidate station, spatial diversity among the candidate stations, the amount of data available at each candidate station (if known and available), multipath effects, etc. Depending on the embodiment, the AP 12 announces the formation of the group G using an assignment frame unicast to each of the stations 14 and 16, multicast to the stations 14 and 16, or broadcast through the WLAN 10. In an embodiment, the station 14 includes a UL transmit (Tx) controller 24 to process the assignment frame and control transmissions to the AP 12 that occur at the same time as transmissions from the station 16 to the AP 12. At least the station 16 includes a UL Tx controller (not shown) similar to the UL Tx controller 24, in an embodiment." Banerjea at Col. 2, Lines 18-62; *see also* Banerjea

█████████████████████████

at FIG. 1 for a block diagram of a communication system with an AP in such a scenario.

3132.  Banerjea further discloses: "As illustrated in FIG. 3A, the start of the communication frames 112-1 and 112-2 and the end of the USI frame 110 are separated by a gap 114 having a duration equal to a SIFS. In other embodiments, however, the gap 114 has a different duration such as, for example, a distributed control function (DFS) interframe space (DIFS). In either case, the gap 114 is predefined, preconfigured, or otherwise agreed upon by the transmitting devices and the receiving device, in an embodiment, so that the USI frame 110 implicitly indicates the timing of simultaneous transmissions from the stations 104 and 106. In another embodiment, however, the USI frame 110 explicitly indicates the timing of simultaneous transmissions from the stations 104 and 106 (e.g., using a field to specify the start time relative to the beginning of the service period, Superframe, etc.)." Banerjea at Col. 6, Lines 53-67; *see also* Banerjea at FIG. 3A.

3133.  Further, "a period 150 is generally similar to the period 100 discussed above, except that an AP 152 and stations 154, 156 use a DL group definition for simultaneous UL transmission, according to an embodiment. Further, an assignment frame 158 in some embodiments has a format generally similar to the assignment frame 108. In the example period 150 of FIG. 3B, the assignment frame 158 is a DL group assignment frame that indicates the make-up of one or several DL groups for simultaneous downlink transmission (i.e., from the AP 154 to the

- 1182 -

stations 154 and 156). At a later time, the AP 152 transmits a USI frame 160 that

indicates a DL group to be used as an UL group for transmitting communication

frames 162-1 and 162-2 from the stations 154 and 156, respectively, according to an

embodiment." Banerjea at Col. 7, Lines 11-24; *see also* Banerjea at FIG. 3B.

3134.  Banerjea further discloses: "In some situations, several candidate

devices lack sufficient spatial diversity to operate in a UL MU mode as a single UL

group. In an embodiment, an appropriate subspace index (SSI) is assigned to a

candidate device depending on the current position of the candidate device relative

to the AP, for example. In particular, devices located in approximately the same

sector relative to the AP are assigned the same SSI, while devices spaced

sufficiently apart (from the perspective of the AP) are assigned different SSIs. It is

noted that in general, a UL group in which no two stations have the same SSIs is

likely to have good spatial diversity. Accordingly, stations having different SSIs can

be grouped together for UL MU purposes, provided other requirements are

satisfied. Referring to FIG. 6, a scenario 300 includes an initial sounding session

302 during which an AP conducts initial sounding to collect information indicative

of channel conditions of various stations, in an embodiment. Referring back to FIG.

1, for example, the AP 12 can develop (or receive) an estimate of the condition of the

channels 30, 32, and 34, in accordance with the technique of FIG. 6. Depending on

the embodiment, the initial sounding is conducted using broadcasting, selective

channel sounding, or individual channel sounding, and includes corresponding

Case 2:21-cv-00430-JRG-RSP    Document 194-2    Filed 06/08/23    Page 1207 of 1995 PageID #: 6293

█████████████████████████

feedback information. Based on the feedback information corresponding to the initial sounding, the AP assigns SSIs to stations, in an embodiment. In other embodiments, the AP assigns SSIs sequentially or randomly. During a sounding update session 304, the AP sounds channels for one or more MU groups or for one or more SSI combinations, in an embodiment. Further, during an SSI update session 306, the AP reassigns some or all SSIs in response to a change in the conditions of one or more channels between the AP and the stations, in an embodiment. For example, certain SSIs are reassigned to cover a different set of stations." Banerjea at Col. 8, Line 58 – Col. 9, Line 23; *see also* Banerjea at FIGS. 1 and 6.

3135.  Additionally, "FIG. 7 is a diagram of an example format of an SSI assignment frame 400 that an AP transmits to several stations to indicate SSI assignments, in an embodiment. Similar to the frame 200 discussed with reference to FIG. 4, the SSI assignment frame 400 includes a preamble portion 402, a MAC portion 404, a frame body 406, and an FCS portion 408. The preamble portion 402 in some embodiments includes HT and/or VHT information. The MAC header portion 404 includes a frame control field 410 to indicate that the assignment frame 400 is a management or action frame, as well as a destination address field 412 set to the broadcast address value or a unicast address of a particular station, depending on the embodiment. The frame body 406 includes a category field 420 to indicate that at least the frame body 406 is being transmitted in the VHT mode, an action field 422 to indicate that the frame 400 is an SSI assignment frame, and a

number of SSI sets indicator 424 to indicate the number of SSI set descriptors

included in the portion of the frame body 406 that follows the number of SSI sets

indicator 424. In an embodiment, each SSI set descriptor 426-1, 426-2, . . . 426-N

includes a sequence of AIDs or other station identifiers, with the relative position of

each AID indicating the SSI assigned to the station. For example, as illustrated in

FIG. 7, the field 430-1 is in the first position in the SSI set descriptor 426-1 and

specifies a first AID to indicate that the station identified by the first AID is

assigned SSI=1, the field 430-2 is in the second position in the SSI set descriptor

426-1 and specifies a second AID to indicate that the station identified by the

second AID is assigned SSI=2, etc. It is noted that each SSI set descriptor 426-1,

426-2, . . . 426-N provides a list of stations having relatively good spatial diversity.

Accordingly, in an embodiment, an AP uses SSI set information when selecting

stations for participation an UL group, so that the selected stations transmit data in

a UL MU mode without having to adjust transmit power levels." Banerjea at Col. 9,

Lines 39-60; *see also* Banerjea at FIGS. 4 and 7.

3136.  Banerjea further discloses: "Next, FIG. 8 is a block diagram of an

example receiving device 450 that implements a UL group selection technique. In

an embodiment, the receiving device 450 operates in an AP such as the AP 12, for

example (see FIG. 1). In one such embodiment, the UL group controller 20 includes

at least some of the components 452, 460, 462, 464, 470, and 472. The receiving

device 450 includes a UL group selector 452 10 15 25 30 35 40 45 50 55 60 65 10

███████████████████████████████████

that receives one or more of channel Sounding data pertaining to several candidate stations via an input 454, SSI data pertaining to some or all of these candidate stations via an input 456, allowable power variation X between stations in a UL group via an input 458, depending on the embodiment. Further, in some embodiments, the UL group also receives additional or alternative information such as the capability of the AP in which the receiving device 450 operates, multipath effect data pertaining to the candidate stations, etc. Still further, a DL group controller 459 provides DL group information to the UL group selector 452, so that a UL group is selected in view of one or more DL groups or is configured to be the same as a certain DL group, in an embodiment." Banerjea at Col. 9, Line 61- Col. 10, Line 14; *see also* Banerjea at FIG. 8.

3137.  Also, Banerjea discloses: "Further, the UL group selector 452 in some embodiments is coupled to a stream allocation unit 464 to determine which of the streams (e.g., spatial streams) of the shared wireless communication channel are allocated to which stations in a UL group. The MCS adaption unit 462 and the stream allocation unit 464 are coupled to an USI frame generator 472 that generates a USI frame formatted similar to the USI frame 200 illustrated in FIG. 4, according to an embodiment. A timing US 8,472,383 B1 11 controller 470 coupled to the UL group selector 452 and the USI frame generator 472 controls the timing of transmitting the USI frame and, accordingly, the timing of arrival of UL MU data

- 1186 -

frames from the stations in the UL group following a known time interval such as

SIFS." Banerjea at Col. 10, Line 60 – Col. 11, Line 5.

3138.  Alternatively, Banerjea, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

3139.  To the extent it is argued or determined that any of Merlin '690,

802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this

element would have been obvious at the time of the invention in view of any

combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or

Banerjea.  *See* "Motivation to Combine," *infra*.

> **2.     Claim 2 of the '679 Patent Is Anticipated By Each of
> Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea;
> Alternatively, Each Reference, Alone or in Combination,
> Renders Claim 2 Obvious**
>
> > **a.     The method according to claim 1, wherein the
> > downlink frame further includes Modulation and
> > Coding Scheme (MCS) information for the
> > acknowledgement frame.**

3140.  **Merlin '690** discloses this element. For example, Merlin '690 discloses:

"According to certain aspects, if a STA determines (e.g., receives an indication,

derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be

used for an immediate response, the STA may also know which parameters to use

for the response. Response parameters may include, for example, which spatial

streams/channels to use, what duration to use, and what power to use for the

███████████████████████

immediate response. According to certain aspects, one or more of these parameters

may be indicated with any one of the following options or a combination thereof

(e.g., some parameters may be conveyed according one option and other parameters

according another option). Option 1: According to certain aspects, a first option to

indicate response parameters may be to extend existing rules for the immediate

response bandwidth (BW) and modulation and coding schemes (MCSs). For

example, the bandwidth and channels of response frame may be equal to the

bandwidth and channels of the soliciting frame, as shown in FIG. 5. As shown in the

frame exchange 500 illustrated in FIG. 5, the bandwidth 502 used for the soliciting

immediate response from STA2 is equal to the bandwidth 504 used by STA2 for the

reply (BA STA2). Similarly, the bandwidth 506 used for the soliciting immediate

response from STA1 is equal to the bandwidth 508 used by STA1 for the reply (BA

STA1). According to certain aspects, if the soliciting frame is a DL FDMA PPDU,

the bandwidth of the response frame may be equal to the bandwidth of the soliciting

frame used only for transmitting to the particular recipient STA that is replying.

According to certain aspects, the MCS may be derived as a function of the request

MCS and may also account for the bandwidth. According to certain aspects, the

mapping may be defined by the wireless standards or may be indicated by the AP."

Merlin '690 at ¶¶ [0139]-[0140].

3141.  Merlin '690 further discloses: "According to certain aspects, STAs may

send the response frame using the same spatial streams of the soliciting frame (e.g.,

number and position of spatial streams), as shown in FIG. 6. As shown in the frame

exchange 600 illustrated in FIG. 6, the soliciting frame for STA2 may use a first

spatial stream 602 and the STA2 may reply using the same spatial stream 604.

Similarly, the soliciting frame for STA1 may use a second spatial stream 606 and

the STA1 may reply using the same spatial stream 608. According to certain

aspects, the recipient STA and the soliciting AP may not support transmission of

the same spatial streams or the same number of spatial streams. In this case, the

STA may use a pre-defined subset of N spatial streams. The AP may be aware of

STAs supported streams and may, for example, only transmit on the pre-defined

subset of spatial streams. As an example assume AP serves STAs 1 through 4 with

the following stream allocation {1 and 2,3 and 4, 5 and 6, 7 and 8}. STAs 1 and 2

may respond on steams 1 and 2, 3 and 4 respectively, while STA 3 and 4 may

respond on stream 5 and 7 respectively, not being able to use 2 streams. According

to certain aspects, the subset of N spatial streams may be defined in the wireless

standards. As an example, the AP or the standard may indicate that all responses

must be sent with 1 spatial stream only. The assignment of the spatial stream to

the responding STAs may follow the same STAs ordering defined in the DL MU

PPDU, as indicated by the group ID or by the list of STAs identifiers in the DL MU

PPDU. According to certain aspects, the duration for the response may be fixed by

the AP or may be indicated to the STA by the AP. Option 2: According to certain

aspects, a second option to indicate response parameters may be where the

████████████████████████████████████████████

parameters are pre-agreed between the AP and STA. According to certain aspects,

the pre-agreed parameters may be exchanged. For example, the pre-agreed

parameters may be exchanged when the STA associates with the AP (e.g., in the

probe response or association response). In another example, the AP may indicate

the pre-agreed parameters in a management/control frame sent to each STA or

group of STAs at some time before sending the DL MU PPDU. For example, before

sending the DL MU PPDU, the AP may send a special frame indicating the pre-

agreed parameters, as shown in FIG. 7. As shown in the frame exchange 700

illustrated in FIG. 7, a special frame 702 is sent before the frames 704 (DL STA2)

and 708 (DL STA1) soliciting immediate responses from STA2 and STA1,

respectively. The special frame 702 may provide the pre-agreed parameters for the

response frames 706 (BA STA2) and 710 (BA STA1) from STA2 and STA1,

respectively. Alternatively, the AP may send a management action frame right

before the DL MU PPDU to exchange the pre-agreed parameters. According to

certain aspects, the pre-agreed parameters may be defined in the wireless

standards (e.g., all BAs may use one stream with the smallest bandwidth). Option

3: According to certain aspects response parameters may be statically allocated. For

example, in a third option, each Group ID used for DL MU-MIMO transmission may

be associated with some or all of the parameters to be used for either UL MU-MIMO

or UL FDMA replies. According to certain aspects, the Group ID may be received in

the PHY preamble of the received DL MU PPDU. As an example, the Group ID may

████████████████████████████████████████████

be associated with the bandwidth and stream allocation for the UL responses.

Option 4: In a fourth option, response parameters for UL MU-MIMO and UL FDMA

replies may be dynamically allocated and indicated to each STA in the received DL

PSDU. For example, the parameters may be included in each MPDU (e.g., in the

QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU,

or in an extended MAC header. The parameters may also be included in the PSDU

(e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG)

fields). In this case the presence of the field indicating the parameters to be used for

the response may be signaled by one of the following options: use of a reserved bit in

the QoS Control field, use of a reserved bit in the HT control field, use of a reserved

bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or

implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL

OFDMA. Option 5: According to certain aspects, a fifth option to indicate the

response parameters may be in a special frame aggregated in the A-MPDU.

According to certain aspects, each special frame may be received by one STA and

may include the parameter information for that STA only. Alternatively, the special

frame(s) (e.g., one special frame per STA or a single broadcast special frame) may be

sent in a separate PPDU following the data DL PPDU, as shown in FIG. 8. As

shown in the frame exchange 800 illustrated in FIG. 8, the special frame 804

indicating the parameters for the immediate responses 806 (BA STA2) and 810 (BA

STA1) from STA2 and STA1, respectively, may be send in a separate DL PPDU

- 1191 -

███████████████████████████████████

following the DL PPDUs 802 (DL STA2) and 808 (DL STA1) soliciting immediate responses from STA2 and STA1, respectively. The special frame may be a trigger frame or a modified BAR frame." Merlin '690 at ¶¶ [0142]-[0147].

3142.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3143.  **802.11ac-2013** discloses this element. For example, 802.11ac-2013 discloses: "Mesh STAs should adopt the mandatory PHY rates as the default BSSBasicRateSet to reduce the risk that a candidate peer mesh STA utilizes a different BSSBasicRateSet. If the mesh STA is also an HT STA, it should adopt the MCSs of mandatory HT MCSs as the default BSSBasicMCSSet. If the mesh STA is also a VHT STA, it should adopt tuples formed from the mandatory VHT-MCSs and NSS = 1 as the default BSS basic VHT-MCS and NSS set (see 10.39.7). Once the mesh STA establishes a mesh peering with a mesh STA, it shall not change neither the BSSBasicRateSet, nor the BSSBasicMCSSet, or BSS basic VHT-MCS and NSS set." 802.11ac-2013 at Section 9.7.4; pg. 125.

3144.  802.11ac-2013 further discloses: "A frame that is carried in an HT PPDU shall be transmitted by the STA using an MCS supported by the receiver STA, as reported in the Supported MCS Set field in the HT Capabilities element in management frames transmitted by received from that STA. When the supported rate MCS set of the receiving STA or STAs is not known, the transmitting STA

- 1192 -

███████████████████████

shall transmit using an MCS in the BSSBasicMCSSet parameter." 802.11ac-2013 at Section 9.7.6.4; pg. 128. Also, "[i]f a control response frame is to be transmitted within an HT or VHT PPDU, the channel width (CH_BANDWIDTH parameter of the TXVECTOR) shall be selected first according to 9.7.6.6, and then the MCS or tuple shall be selected from a set of MCSs and tuples called the CandidateMCSSet as described in this subclause." 802.11ac-2013 at Section 9.7.6.5.3; pg. 129.

3145.  Additionally, 802.11ac-2013 discloses: "At a minimum, a VHT STA sets the Rx MCS Bitmask of the Supported MCS Set field of its HT Capabilities element according to the setting of the Rx VHT-MCS Map subfield of the Supported VHT-MCS and NSS Set field of its VHT Capabilities element as follows: for each subfield Max VHT-MCS For n SS, , of the Rx VHT-MCS Map field with a value other than 3 (no support for that number of spatial streams), the STA shall indicate support for MCSs 8(n–1) to 8(n–1)+7 in the Rx MCS Bitmask, where n is the number of spatial streams, except for those MCSs marked as unsupported as described in 9.7.11.3." 802.11ac-2013 at Section 10.39.1; pg. 186.

3146.  Examples of transmit and receive vector parameters are disclosed in 802.11ac-2013 at Table 22-1; pg. 220.

3147.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

███████████████████████████

3148. **Wang** discloses this element. For example, Wang discloses: "An ACK frame is modulated and coded in the physical layer before transmission. The modulation and coding scheme (MCS) may be the highest rate in the BSSBasicRateSet parameter that is less than or equal to the rate (MCS) of the previously received data frame. In this way, the STAs in the BSS have the capability to detect the ACK frames. In order to reduce the overhead from ACK, a higher MCS may be more promising since it may require less number of OFDM symbols to transmit. In some 802.11 standards, an ACK indication field is defined in the SIG field and transmitted by the originator. ACK indication is used to indicate the information about the following ACK frame. For example, in 802.11ah, ACK indication has the following definitions (00: ACK; 01: BA; 10: No ACK; 11: a frame that is not ACK, BA or CTS). With ACK indication, unintended STAs may figure out whether the following frame is an ACK frame. Thus, it is not necessary that the STAs have to understand the ACK frame body. In one embodiment, the requirement of choosing an MCS for an ACK frame in the BSSBasicRateSet may be relaxed when an ACK indication is employed in the SIG field. Without ACK indication transmitted in the SIG field from the originator, the unintended STAs have to decode the ACK frame to figure out that this is an ACK frame. Thus, the ACK frame should use a basic MCS which can be understood by all the STAs. It has to be an MCS defined in BSSBasicRateSet. With ACK indication in the SIG field from the originator, the unintended STAs may detect the SIG field and notice that

███████████████████████████████

an ACK frame is coming, and defer for a certain duration. In this way, the other

STAs do not need to decode the ACK frame at all, so the ACK frame may use any

MCS other than that defined in BSSBasicRateSet. In another embodiment, the

originator may assign an MCS and/or bandwidth for the ACK frame, and the

recipient may transmit an ACK frame with a pre-assigned MCS and/or bandwidth."

Wang at ¶¶ [0088]-[0090].

3149.  Wang further discloses: "In 802.11ah, receivers should support both 1

MHz and 2 MHz reception, while 1 MHz is required to be supported at the

transmitter side. Therefore, it is possible that an AP transmits a 2 MHz packet to a

STA and indicates explicitly or implicitly in the data packet that the following ACK

will be transmitted with 1 MHz. Alternatively, a STA may transmits a 1 MHz

packet to the AP and the AP, which is operating on a 2 MHz channel, has a choice

to reply with either 1 MHz or 2 MHz ACK. Transmitting the ACK with 2 MHz may

reduce the ACK overhead. In the above example, the STA may indicate the

bandwidth utilized by the AP for ACK transmission. In another example, a STA

may have two receive radio frequency (RF) chains but one transmit RF chain. Once

the STA transmits one data stream packet to an AP, with current standards, the AP

may transmit ACK with one data stream. However, if the channel condition is very

good, allowing the AP to transmit the ACK with two data streams may be more

efficient. In one embodiment, the STA may check the channel condition when it

receives the previous two data stream packet from the AP, and determine if it is

suitable for the AP to transmit the ACK with two data streams. When an originator

transmits a data packet to a recipient, if the originator has some knowledge of the

channel from the recipient to the originator and is aware of the asymmetrical

transmit and receive capabilities, the originator may determine a specific MCS

and/or bandwidth for the ACK frame and indicate it in the data frame. Otherwise,

the originator may choose an MCS equal to or lower than the MCS used in the

previous data packet and choose bandwidth according to the capabilities of the

originator and the recipient. The selected MCS and bandwidth for the following

ACK frame may be indicated in the MAC header of the data packet. FIG. 7 shows a

conventional MAC frame format. In the current 802.11 standards, an ACK policy

subfield is defined in a QoS control field 710 of the MAC header. The ACK policy

subfield is 2 bits in length and identifies the acknowledgment policy that is followed

upon delivery of the MPDU. In one embodiment, the ACK policy subfield may be

extended for MCS and bandwidth indication. The number of bits needed for MCS

and bandwidth information may vary depending on the standards. For example,

with 802.11ah, 2 bits may be used to indicate the bandwidth as shown in Table 1.

Alternatively, the MCS and bandwidth for the ACK frame may be implicitly

indicated by setting a Duration field 720 in the MAC header. A Duration field 720

in the MAC header may be set to the time value required to transmit the pending

packet plus one ACK or block ACK plus short inter-frame space (SIFS) interval. The

████████████████████████

duration value of the ACK or block ACK may be calculated with the pre-assigned

MCS and bandwidth." Wang at ¶¶ [0091]- [0095].

3150.  Additionally, Wang discloses: "When an ACK frame is transmitted

with a pre-assigned MCS and bandwidth, the NAV setting may be modified

accordingly. The Duration field 720 of the MAC frame transmitted by the originator

holds a time value which indicates the duration the originator expects the medium

to be busy. Conventionally, the originator does not assign an MCS to the following

ACK frame. Therefore, the originator estimates the duration of the following ACK

transmission based on the lowest MCS supported by the system. With the pre-

assigned MCS in accordance with the embodiments disclosed herein, the originator

may estimate the following ACK transmission with the assigned MCS, and give a

more accurate time value in the Duration field 720. In this way, unintended STAs

may set the NAV more accurately. Once the recipient correctly demodulates the

data packet, it prepares an ACK packet accordingly. When explicit indication is

utilized, the recipient may transmit the ACK frame with the pre-assigned MCS and

bandwidth. When implicit indication is utilized, the recipient may transmit the

ACK frame with an MCS and bandwidth which may complete the ACK

transmission within the specified duration. The MCS and bandwidth utilized by the

recipient may not be required to be identical to that chosen by the originator.

However, the ACK PPDU duration may need to fit into the duration value set by

the originator in the MAC header. The ACKs or BAs for a plurality of users (e.g.,

███████████████████████████████████████

STAs) may be transmitted via a single ACK or BA transmission. The ACKs (or BAs) for a plurality of users may be aggregated in a spatial domain and transmitted using multi-user multiple-input multiple-output (MU-MIMO) or aggregated in a time domain and transmitted using an aggregated multi-user ACK. In one embodiment, the MU-MIMO PPDU format may be used to transmit a delayed multi-user ACKs or block ACKs. FIG. 8 shows an example of PPDU frame structure for a MU-MIMO block ACK. The PPDU includes an omni portion 810 and a MU portion 820. The omni portion 810 is transmitted for all users and the MU portion 820 is transmitted via each spatial stream of the MU-MIMO transmission. The omni portion 810 includes an STF, an LTS and a SIG field (SIGA). The MU portion 820 includes an STF, LTFs, and an ACK body frame 822. The ACK body frame 822 shown in FIG. 8 is a BA frame 830. Alternatively, the ACK body frame 822 may be a normal ACK frame. The multi-user block ACK may be applied to a delayed multi-user block ACK." Wang at ¶¶ [0097]-[0100]]; *see also* Wang at FIG. 8.

3151.  Also, "FIG. 9 shows an example message exchange sequence for delayed MU-MIMO block ACK. STA1 acquires a channel and negotiates with an AP with a few message exchanges 910 to set up a block ACK session with the AP with delayed block ACK policy. An originator (STA1 in this example) transmits data, followed by a block ACK request (BAR) 914. The BAR frame 914 solicits an ACK frame 916 from the recipient (AP in this example). FIG. 10 shows a BAR frame format. The BAR frame 914 includes a BAR control field 1002. If a BAR ACK policy

- 1198 -

███████████████████████████████████████

field in the BAR control field 1002 is set to '1', the recipient returns an ACK

immediately upon receipt of the BAR frame 914. If a BAR ACK policy field in the

BAR control field 1002 is set to '0', the recipient does not send an ACK upon receipt

of the BAR frame 914. In the example shown in FIG. 9, the AP sends an ACK 916 in

response to the BAR frame 914. During each BA session, unintended STAs (all

STAs other than the originator (STA2-STA4 in this example) and the recipient (AP

in this example)) may set their NAV during the BA session. The AP will hold the

BA for STA1, and wait for delayed transmission. STA2 then acquires a channel and

exchanges messages 920 to set up a BA session with the AP and transmits data

frames 922 and a BAR frame 924 to the AP, and receive an ACK frame 926 from the

AP. STA3 then acquires a channel and exchanges messages 930 to set up a BA

session with the AP and transmits data frames 932 and a BAR frame 934 to the AP,

and receive an ACK frame 936 from the AP. STA4 then acquires a channel and

exchanges messages 940 to set up a BA session with the AP and transmits data

frames 942 and a BAR frame 944 to the AP, and receive an ACK frame 946 from the

AP. The AP may group several block ACKs (BA1-BA4 in this example) and transmit

them using a MU-MIMO transmission, (i.e., delayed MU-MIMO BA). The AP may

group multiple block ACKs according to some grouping criteria, (e.g., with similar

access category (AC), or good spatial channel correlation), for MU-MIMO block ACK

transmission. The AP may modulate the BAs with different MU-MIMO weights,

and transmits them simultaneously. Within the MU-MIMO BA frame, the BA ACK

███████████████████████████████████

policy field in the BA control field indicates whether an ACK is requested in
response to the BA frame. The BA ACK policy field may be set to '0' or '1' for all
users. If the BA ACK policy field is set to '1', the BA frame 950 will not solicit an
ACK response from the originator (STA1-STA4 in this example). If the BA ACK
policy field is set to '0', the BA frame 950 solicits an ACK response 960 from the
originators (STA1-STA4 in this example) as shown in FIG. 9. The ACK responses
960 from the STAs in response to the MU-MIMO BA 950 may be transmitted by the
STAs simultaneously using MU-MIMO. Alternatively, the STAs may transmit an
ACK sequentially, for example, according to the user position array defined in a
group ID. The group ID may be included in the SIG field." Wang at [0101]- [0105]];
*see also* Wang at FIG. 9.

3152.  For example, "[a]ll AP/STAs involved in the delayed MU-MIMO ACK
sequence may declare the support of delayed block ACK and MU-MIMO. In another
embodiment, instead of transmitting ACKs or BAs for multiple users with MU-
MIMO, the ACKs or BAs may be aggregated in time domain and transmitted
sequentially, (i.e., an aggregated multi-user ACK (A-MU-ACK)). A receiver (STA or
AP) receives data packets, and generates acknowledgement packets in response to
received data packets, and may aggregate the acknowledgement packets and
transmit the aggregated acknowledgement packets in the single transmission. FIG.
11 shows an example PPDU structure for an A-MU-ACK frame. In FIG. 11, the
ACKs are aggregated at the MPDU level. The aggregated ACKs may be block ACKs

███████████████████████████████████████

or normal ACKs. The PPDU for the A-MU-ACK 1100 includes a preamble 1110, an

SIG field 1120, and a data field 1130. Within the data field 1130, the A-MU-ACK

frame 1132 is included. The A-MU-ACK frame 1132 includes ACK (or BA) MPDUs

1142 for one or more users (ACK1, ACK2, ACK3 in this example) separated by ACK

delimiters 1144. The ACK/BA MPDUs 1142 are aggregated at a MAC level and the

A-MU-ACK frame 1132 is passed to the physical layer as an aggregated MPDU

packet so that the A-MU-ACK frame 1132 may be coded and modulated by the

physical layer as a whole packet. The lowest MCS may be used for the A-MU-ACK.

An ACK delimiter 1144 may be inserted at the beginning of each ACK/BA MPDUs

1142. The ACK delimiter 1144 may be 32 bits or 8 bits in length. A 32-bit ACK

delimiter may include a length field, a CRC and an 8-bit signature field. The length

field may be used to indicate the length of the following ACK/BA MPDU. The

signature field may be used to detect an ACK delimiter when scanning for a

delimiter. An 8-bit ACK delimiter may include an 8-bit signature field, which is

used to detect an ACK delimiter when scanning for a delimiter. The aggregated

multi-user ACK packet may be broadcast or multicast to more than one user (e.g.,

STA). Since different users may have different radio link quality due to path-loss,

channel condition, receiver sensitivity, etc., using the same MCS for all users in the

same aggregated multi-user ACK packet may be simple but may not be efficient. In

addition, if a relatively lower MCS is chosen, all the users may not decode the

aggregated multi-user ACK frame correctly." Wang at [0106]- [0110]]; *see also* Wang

at FIG. 11.

3153.  Alternatively, Wang, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

3154.  **Zhu** discloses this element. For example, Zhu discloses: "Well-known is

that said STA with entering sleep state function is meant that STA supports to get

into dormant function and this function is in opening. Support to get into the STA of

dormant function, can open this function a certain period, and close this function in

a certain other period; That is to say that this STA can have the sleep state of

entering function a certain period, and does not have the sleep state of entering

function in a certain other period. Existing corresponding signaling in the prior art

makes STA to give AP the own current information reporting that whether has

entering sleep state function. Adopt existing power saving method; When first

frame of TXOP carry forbid that the TXOP power-saving is designated as not the

time; Show that all the STA equipment in the operated object mark that is not

included in this frame among this BSS all can get into sleep state; In the case, all

the STA equipment with entering sleep state function among this BSS just get into

sleep state all according to the sleep condition judgment if satisfy the sleep

condition usually. Therefore; For multiuser MIMO (Multi-User MIMO; Be called for

short MU-MIMO) pattern; Adopt existing power saving method, all that are only

███████████████████████████████████████

applicable to that operated object mark in first frame of TXOP comprised that this TXOP relates to have the situation of the STA equipment that gets into the sleep state function, and for Single User MIMO (Single-User MIMO; Be called for short SU-MIMO) pattern, this method is only applicable to the operated object mark of each frame of TXOP and only indicates no more than one situation with the STA equipment that gets into the sleep state function. At present, wireless communication system also has TXOP to block (truncation) technology: AP equipment obtains a TXOP, usually in order to a STA equipment transmission data. Suppose that an AP need pass the M frame data for a STA equipment at a TXOP, so, what each frame data existed all that STA as receiving terminal can't correctly receive in the reality maybe. For the frame that each receiving terminal STA can't correctly receive, AP need transmit this frame usually again, correctly receives this frame and send out ACK corresponding to AP that (acknowledgment: confirmation of receipt) frame adds their confirmation up to receiving terminal STA. But AP can't accurately foresee the number of times that needs each frame to retransmit, and when the TXOP time span is set, can only reserve the re-transmission that sometimes are used for several frames. Suppose when AP is provided with the TXOP time span, reserved the re-transmission that sometimes are used for the J frame, and the number of the actual frame that retransmits is less than J; Then AP can carry out the operation that TXOP blocks usually; That is, AP plans in a TXOP, to give the M frame data of a STA biography, is all correctly received by STA; And

the TXOP time span that is provided with that AP is provided with also has residue;

Then AP finishes this TXOP in advance, and through sending CF (contention free:

promptly avoid competition) end frame, it can translate into the time period end

indication frame that avoids competing usually. Each STA receives after the CF end

frame, just can begin competitive channel, to be used for transfer of data

separately." Zhu at ¶¶ [0005]-[0006].

3155.  Zhu further discloses: "A kind of is that under the MU-MIMO pattern,

the frame that AP sends comprises the packet header of sending through the VHT-

SIG-A signaling, and the data flow of each STA of correspondence that after packet

header, sends through the MU-MIMO spatial multiplexing mode. Wherein, packet

header comprises the fluxion information of each STA in operated object mark and

the group. Under the MU-MIMO pattern, operated object mark is Group ID.

Comprise each data flow corresponding in the data flow, comprise the MAC Address

of corresponding STA equipment in this data flow with each STA of fluxion non-0.

Particularly, AP sends at least one mac frame through the data flow of several

corresponding spatial reuses of a STA to this STA equipment, and the frame head of

this mac frame comprises the receiving terminal mac address information of 6

bytes. STA equipment is decoded to this receiving terminal mac address

information, compares with the MAC Address of STA equipment self, if identical,

explains that this mac frame issues oneself, then this frame is decoded; If different,

explain that this mac frame do not issue oneself, then it is not decoded. Another

- 1204 -

kind is that under the SU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-SIG-A signaling, and the data flow of giving a STA of after packet header, sending. Wherein, packet header comprises the fluxion information of an operated object mark and a said STA. Under the SU-MIMO pattern, operated object mark is partial association sign (association identifier is called for short AID).The MAC Address that comprises a said STA in the data flow. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a said STA to this STA equipment, and the frame head of this mac frame comprises the receiving terminal mac address information of 6 bytes. A said STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if identical, explains that this mac frame issues oneself, then this frame is decoded; If different, explain that this mac frame do not issue oneself, then it is not decoded. When No TXOP PS indication allows to carry out power-saving; Be used for judging whether getting into one or more the combination that dormant sleep condition can comprise three conditions; When wherein a condition satisfies, promptly be judged as and satisfy the sleep condition, STA equipment gets into sleep state; When one or more conditions that comprised when the sleep condition all do not satisfy, be judged as and do not satisfy the sleep condition, STA equipment keeps waking state. What need further specify is; When No TXOP PS indication allows to carry out power-saving; Be used for judging whether getting into one or more the

██████████████████████████████████

combination that dormant sleep condition can comprise three conditions; When wherein a condition satisfies, promptly be judged as and satisfy the sleep condition, have the STA equipment that gets into the sleep state function and get into sleep state; When one or more conditions that comprised when the sleep condition all do not satisfy, be judged as and do not satisfy the sleep condition, have the STA equipment that gets into the sleep state function and keep waking state; If STA equipment can not support to get into sleep state, then keep waking state always, need not judge above-mentioned sleep condition. Simple for what explain; STA in said hereinafter 'STA equipment gets into sleep state'; All be meant and have the STA that gets into the sleep state function; This point is semantically also being seen easily, that is to say that 'STA equipment gets into sleep state' must be implied the said STA of explanation is the STA with entering sleep state function. Particularly, under the MU-MIMO pattern, these three conditions specifically comprise following content. Condition one: if when not comprising the indication to this STA equipment in the operated object mark of present frame, STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition two: if comprise the indication to this STA equipment in the operated object mark of present frame, and the corresponding spatial reuse fluxion of this STA is designated as at 0 o'clock, and STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition three: if comprise indication in the operated object mark of present frame to this STA

- 1206 -

equipment; And this STA receives when more multiple data bit is designated as 0

Frame that STA equipment can get into sleep state and keep sleep state to finish up

to this TXOP at present frame. Under the SU-MIMO pattern, these three conditions

specifically comprise following content. Condition one: if the part A ID of the partial

association of indicating in the operated object mark of present frame sign and this

STA equipment is not simultaneously, STA equipment can get into sleep state and

keep sleep state to finish up to this TXOP at present frame. Condition two: if the

part A ID that indicates in the operated object mark of present frame is identical

with the part A ID of this STA equipment, but present frame is not when issuing

this STA, and STA equipment can get into sleep state and keep sleep state to finish

up to this TXOP at present frame. Condition three: if comprise indication in the

operated object mark of present frame to this STA equipment; And this STA

receives when more multiple data bit is designated as 0 Frame that STA equipment

can get into sleep state and keep sleep state to finish up to this TXOP at present

frame. The embodiment of the invention proposes a kind of TXOP transmission

method of supporting the TXOP power-saving, in same TXOP, comprises key player

on a team's operated object mark and candidate operated object mark. In this

TXOP; When the data of giving several indicated STA of key player on a team's

operated object mark end of transmission and correctly received by corresponding

STA; And this TXOP does not also finish, and then gives several indicated STA

transmission data of the candidate operated object mark in the remaining time of

- 1207 -

████████████████████████████████████████

TXOP. So just can avoid the use of TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0020]-[0025].

3156.  FIG. 1 of Zhu discloses an example method "of method of sending data in embodiments of the present invention, in a WLAN, each access point AP or terminal STA are carried out channel competition, carry out data then and send, and in a transmission opportunity TXOP"; the method including: "S101 sends the candidate control frame to candidate terminal equipment STA, comprises association identification and the MAC Address of said candidate STA in the said candidate control frame; S102; Send Frame to key player on a team STA; Also comprise in the said Frame allowing to get into the sleep state sign, wherein said key player on a team STA is the corresponding target STA of this TXOP, and said key player on a team STA can get into sleep state according to said sleep state sign after key player on a team STA transmission Frame is accomplished; S103, after key player on a team STA sends Frame and accomplishes, according to the association identification of said candidate STA and MAC Address to said candidate STA transmission Frame. In the above-described embodiments, owing to introduced candidate STA, after key player on a team STA has accomplished the data transmission; Even this TXOP does not also finish; But give candidate STA transmission data in the remaining time of TXOP, so just can avoid the use of TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0026]-[0030].

███████████████████████████████████████████████

3157.  As another example, Zhu discloses: "In the embodiment of the invention one; With AP operation of equipment flow process is that example describes this TXOP transmission method; And suppose that a STA among the BSS has the STA that gets into the sleep state function; Suppose the SU-MIMO pattern simultaneously, suppose that in addition this TXOP adopts 1 key player on a team STA and 1 candidate STA. This method comprises following process. Step 101: AP equipment is given candidate STA transmission data at the 1st frame of TXOP. Concrete, the 1st frame that AP sends comprises the partial association sign of a said candidate STA and the MAC Address of a said candidate STA. At the 1st frame, No TXOP PS indication does not allow to carry out power-saving. Step 102: AP equipment begins up to the K frame from the 2nd frame of TXOP, promptly at the 2nd, 3 of TXOP ..., the K frame is given key player on a team STA transmission data. Concrete, begin up to the K frame from the 2nd frame of TXOP, each frame that AP sends all comprises the partial association sign of a said key player on a team STA and the MAC Address of a said key player on a team STA. Begin up to the K frame from the 2nd frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 103: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., the N frame is given described 1 the candidate STA transmission of step 101 data.

- 1209 -

████████████████████████████████████

Concrete, begin up to the N frame from the K+1 frame of TXOP, each frame that AP sends all comprises the partial association sign of a said candidate STA and the MAC Address of a said candidate STA. After above-mentioned N frame end of transmission, this TXOP finishes or the remaining time of this TXOP is used for transferring to a few frame inadequately. Begin up to the N frame from the K+1 frame of TXOP, No TXOP PS indicates and allows to carry out power-saving, and perhaps No TXOP PS is an arbitrary value, for example all indicates not allow to carry out power-saving. In the above step, a certain frame end of transmission refers to that this frame is dealt into STA by AP, and STA returns corresponding ACK signaling to AP; Perhaps, a certain frame end of transmission only refers to that this frame is dealt into STA by AP." Zhu at ¶¶ [0033]-[0037].

3158.  Zhu further discloses that embodiments that "suppose the SU-MIMO pattern … can be generalized to the MU-MIMO pattern …." Zhu at ¶ [0081]. For example, "[a]mong aforesaid all embodiment, follow prior art, in a TXOP or all use the MU-MIMO pattern, or all use the SU-MIMO pattern. In fact, can in a TXOP, use MU-MIMO pattern and SU-MIMO pattern with, obtain following embodiment accordingly for the flexible and more performance of dispatching. In the embodiment of the invention 17, be that example describes this TXOP transmission method with AP operation of equipment flow process, compatible MU-MIMO pattern and SU-MIMO pattern suppose that in addition this TXOP adopts 1 key player on a team Group ID simultaneously. This method comprises following

- 1210 -

██████████████████████████████

process. Step 1701: AP equipment begins up to the K frame from the 1st frame of TXOP, promptly at the 1st, 2 of TXOP ..., the K frame is given one group of STA transmission data with a Group ID, and this Group ID is called key player on a team Group ID. Begin up to the K frame from the 1st frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 1702: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins at least one frame up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., at least one frame in the N frame adopts the SU-MIMO pattern to give 1 STA transmission data. In the embodiment of the invention 18, be that example describes this TXOP transmission method with STA operation of equipment flow process. This method comprises following process." Zhu at ¶¶ [0110]-[0114].

3159.  Zhu also discloses: "Step 1801: at the 1st frame, each STA equipment is received the packet that AP sends out at this frame, comprises the No TXOP PS of this frame, the MAC Address of a Group ID and a receiving terminal STA. At the 1st frame; Each has the STA that gets into the sleep state function and at first makes a decision according to the value of this bit of No TXOP PS: if this bit indication does not allow to carry out power-saving; Then according to the method for prior art, each has the STA that gets into the sleep state function all cannot get into sleep state. If this bit indication allows to carry out power-saving,, can get into

- 1211 -

████████████████████████████

sleep state and keep sleep state to finish at this frame up to this TXOP then not by

the STA that gets into the sleep state function that has of the Group ID of the 1st

frame indication; Identical had the STA (promptly receiving the STA of the Frame

of issuing oneself) that gets into the sleep state function, a maintenance waking

state by one in several receiving terminals STA MAC Address of the Group ID of the

1st frame indication and self MAC address and this frame at this frame. To the K

frame, the STA that gets into the sleep state function that has by the GroupID of

the 1st frame indication receives the packet that AP sends out at the 1st frame; And

at each frame all according to the method for prior art; Judge whether present

frame issues oneself, if present frame is issued oneself, the present frame of just

decoding; In addition; If the No TXOP PS of present frame indication allows to carry

out power-saving; Then,, judge whether oneself satisfies the sleep condition also

according to the sleep condition of prior art by the STA of the Group ID of the 1st

frame indication; If satisfy the sleep condition, just can get into sleep state and keep

sleep state to finish at this frame up to this TXOP at a certain frame. Step 1802: if

after above-mentioned K frame end of transmission; This TXOP does not finish and

the remaining time of TXOP enough is used for transmitting at least one frame;

Then at the K+1 frame to N frame (K+1 is smaller or equal to N), do not get into

each STA of sleep state function, all receive the packet that AP sends out; And

wherein at least one STA receives AP and issues at least one the SU-MIMO frame

of oneself. The embodiment of the invention provides a kind of radio transmission

apparatus, and it can be AP or STA in the WLAN, can be to be applied to AP or the control of STA battery saving mode, and ordinary circumstance is that an AP covers a plurality of STA, can a plurality of users be sent data. Device in the present embodiment is used to realize the flow process of said method embodiment, and the processing procedure in the concrete grammar all can be carried out in this device, and the idiographic flow of said method realizes all can becoming the function of this equipment." Zhu at ¶¶ [0115]-[0117].

3160.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3161.  **Banerjea** discloses this element. For example, Banerjea discloses: "Wireless local area networks (WLANs) have evolved rapidly over the past decade. Development of WLAN standards such as the Institute for Electrical and Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g, and 802.11n Standards has improved single-user peak data throughput. For example, the IEEE 802.11b Standard specifies a single-user peak throughput of 11 megabits per second (Mbps), the IEEE 802.11a and 802.11g Standards specify a single-user peak throughput of 54 Mbps, and the IEEE 802.11n Standard specifies a single-user peak throughput of 600 Mbps. Work has begun on a new standard, IEEE 802.11 ac, that promises to provide even greater throughput." Banerjea at Col. 1, Lines 29-40.

3162.  Banerjea also discloses an example scenario: "the AP 12 estimates that a power level P1 associated with signals received from the station 14 and a power

- 1213 -

level P2 associated with signals received from the station 16 differ by no more than

a certain power level difference Dp, i.e., $|P1-P2|\leq Dp$. On the other hand, the

power level P2 associated with signals received from the station 18 is significantly

different from the power levels P1 and P2, i.e., $|P3-P1|>Dp$ and/or $|P3-P2|\leq Dp$.

Depending on the embodiment, the AP 12 uses channel sounding or another

suitable technique to estimate a power level at which the station 14 communicates

with the AP 12 via a channel 30. For example, in an embodiment, the AP 12

transmits a sounding packet to the station 14 at a certain power level, receives a

feedback frame from the station 14 that indicates the strength of the signal

associated with the sounding packet. In another embodiment, the AP 12 receives a

sounding packet transmitted from the station 14 using a power level setting known

to the AP 12 and measures the strength of the signal associated with the received

sounding packet. Similarly, the AP 12 generates the corresponding metrics for the

station 16 and/or a channel 32 between the station 16 and the AP 12, and the

station 18 and/or a channel 34 between the station 18 and the AP 12, according to

an embodiment. As used herein, the channels 30, 32, and 34 at least partially define

a shared wireless communication channel associated with a particular frequency

band. To continue with the example scenario discussed above, the AP 12, in an

embodiment, selects the stations 14 and 16 for participation in a certain group G in

view of the estimated power levels P1, P2, and P3. In some embodiments, the AP 12

additionally considers one or more other factors when forming the group G, such as

- 1214 -

████████████████████████████

the MCS(s) supported by each candidate station, spatial diversity among the candidate stations, the amount of data available at each candidate station (if known and available), multipath effects, etc. Depending on the embodiment, the AP 12 announces the formation of the group G using an assignment frame unicast to each of the stations 14 and 16, multicast to the stations 14 and 16, or broadcast through the WLAN 10. In an embodiment, the station 14 includes a UL transmit (Tx) controller 24 to process the assignment frame and control transmissions to the AP 12 that occur at the same time as transmissions from the station 16 to the AP 12. At least the station 16 includes a UL Tx controller (not shown) similar to the UL Tx controller 24, in an embodiment." Banerjea at Col. 2, Lines 18-62; *see also* Banerjea at FIG. 1 for a block diagram of a communication system with an AP in such a scenario.

3163.  Banerjea further discloses: "As illustrated in FIG. 3A, the start of the communication frames 112-1 and 112-2 and the end of the USI frame 110 are separated by a gap 114 having a duration equal to a SIFS. In other embodiments, however, the gap 114 has a different duration such as, for example, a distributed control function (DFS) interframe space (DIFS). In either case, the gap 114 is predefined, preconfigured, or otherwise agreed upon by the transmitting devices and the receiving device, in an embodiment, so that the USI frame 110 implicitly indicates the timing of simultaneous transmissions from the stations 104 and 106. In another embodiment, however, the USI frame 110 explicitly indicates the timing

- 1215 -

██████████████████████████████

of simultaneous transmissions from the stations 104 and 106 (e.g., using a field to specify the start time relative to the beginning of the service period, Superframe, etc.)." Banerjea at Col. 6, Lines 53-67; *see also* Banerjea at FIG. 3A.

3164.  Further, "a period 150 is generally similar to the period 100 discussed above, except that an AP 152 and stations 154, 156 use a DL group definition for simultaneous UL transmission, according to an embodiment. Further, an assignment frame 158 in some embodiments has a format generally similar to the assignment frame 108. In the example period 150 of FIG. 3B, the assignment frame 158 is a DL group assignment frame that indicates the make-up of one or several DL groups for simultaneous downlink transmission (i.e., from the AP 154 to the stations 154 and 156). At a later time, the AP 152 transmits a USI frame 160 that indicates a DL group to be used as an UL group for transmitting communication frames 162-1 and 162-2 from the stations 154 and 156, respectively, according to an embodiment." Banerjea at Col. 7, Lines 11-24; *see also* Banerjea at FIG. 3B.

3165.  Banerjea further discloses: "In some situations, several candidate devices lack sufficient spatial diversity to operate in a UL MU mode as a single UL group. In an embodiment, an appropriate subspace index (SSI) is assigned to a candidate device depending on the current position of the candidate device relative to the AP, for example. In particular, devices located in approximately the same sector relative to the AP are assigned the same SSI, while devices spaced sufficiently apart (from the perspective of the AP) are assigned different SSIs. It is

- 1216 -

████████████████████████████

noted that in general, a UL group in which no two stations have the same SSIs is likely to have good spatial diversity. Accordingly, stations having different SSIs can be grouped together for UL MU purposes, provided other requirements are satisfied. Referring to FIG. 6, a scenario 300 includes an initial sounding session 302 during which an AP conducts initial sounding to collect information indicative of channel conditions of various stations, in an embodiment. Referring back to FIG. 1, for example, the AP 12 can develop (or receive) an estimate of the condition of the channels 30, 32, and 34, in accordance with the technique of FIG. 6. Depending on the embodiment, the initial sounding is conducted using broadcasting, selective channel sounding, or individual channel sounding, and includes corresponding feedback information. Based on the feedback information corresponding to the initial sounding, the AP assigns SSIs to stations, in an embodiment. In other embodiments, the AP assigns SSIs sequentially or randomly. During a sounding update session 304, the AP sounds channels for one or more MU groups or for one or more SSI combinations, in an embodiment. Further, during an SSI update session 306, the AP reassigns some or all SSIs in response to a change in the conditions of one or more channels between the AP and the stations, in an embodiment. For example, certain SSIs are reassigned to cover a different set of stations." Banerjea at Col. 8, Line 58 – Col. 9, Line 23; *see also* Banerjea at FIGS. 1 and 6.

3166.  Additionally, "FIG. 7 is a diagram of an example format of an SSI assignment frame 400 that an AP transmits to several stations to indicate SSI

- 1217 -

████████████████████████████████████

assignments, in an embodiment. Similar to the frame 200 discussed with reference

to FIG. 4, the SSI assignment frame 400 includes a preamble portion 402, a MAC

portion 404, a frame body 406, and an FCS portion 408. The preamble portion 402

in some embodiments includes HT and/or VHT information. The MAC header

portion 404 includes a frame control field 410 to indicate that the assignment frame

400 is a management or action frame, as well as a destination address field 412 set

to the broadcast address value or a unicast address of a particular station,

depending on the embodiment. The frame body 406 includes a category field 420 to

indicate that at least the frame body 406 is being transmitted in the VHT mode, an

action field 422 to indicate that the frame 400 is an SSI assignment frame, and a

number of SSI sets indicator 424 to indicate the number of SSI set descriptors

included in the portion of the frame body 406 that follows the number of SSI sets

indicator 424. In an embodiment, each SSI set descriptor 426-1, 426-2, . . . 426-N

includes a sequence of AIDs or other station identifiers, with the relative position of

each AID indicating the SSI assigned to the station. For example, as illustrated in

FIG. 7, the field 430-1 is in the first position in the SSI set descriptor 426-1 and

specifies a first AID to indicate that the station identified by the first AID is

assigned SSI=1, the field 430-2 is in the second position in the SSI set descriptor

426-1 and specifies a second AID to indicate that the station identified by the

second AID is assigned SSI=2, etc. It is noted that each SSI set descriptor 426-1,

426-2, . . . 426-N provides a list of stations having relatively good spatial diversity.

- 1218 -

████████████████████████████████████████

Accordingly, in an embodiment, an AP uses SSI set information when selecting stations for participation an UL group, so that the selected stations transmit data in a UL MU mode without having to adjust transmit power levels." Banerjea at Col. 9, Lines 39-60; *see also* Banerjea at FIGS. 4 and 7.

3167.  Banerjea further discloses: "Next, FIG. 8 is a block diagram of an example receiving device 450 that implements a UL group selection technique. In an embodiment, the receiving device 450 operates in an AP such as the AP 12, for example (see FIG. 1). In one such embodiment, the UL group controller 20 includes at least some of the components 452, 460, 462, 464, 470, and 472. The receiving device 450 includes a UL group selector 452 10 15 25 30 35 40 45 50 55 60 65 10 that receives one or more of channel Sounding data pertaining to several candidate stations via an input 454, SSI data pertaining to some or all of these candidate stations via an input 456, allowable power variation X between stations in a UL group via an input 458, depending on the embodiment. Further, in some embodiments, the UL group also receives additional or alternative information such as the capability of the AP in which the receiving device 450 operates, multipath effect data pertaining to the candidate stations, etc. Still further, a DL group controller 459 provides DL group information to the UL group selector 452, so that a UL group is selected in view of one or more DL groups or is configured to be the same as a certain DL group, in an embodiment." Banerjea at Col. 9, Line 61- Col. 10, Line 14; *see also* Banerjea at FIG. 8.

- 1219 -

3168.  Also, Banerjea discloses: "Further, the UL group selector 452 in some embodiments is coupled to a stream allocation unit 464 to determine which of the streams (e.g., spatial streams) of the shared wireless communication channel are allocated to which stations in a UL group. The MCS adaption unit 462 and the stream allocation unit 464 are coupled to an USI frame generator 472 that generates a USI frame formatted similar to the USI frame 200 illustrated in FIG. 4, according to an embodiment. A timing US 8,472,383 B1 11 controller 470 coupled to the UL group selector 452 and the USI frame generator 472 controls the timing of transmitting the USI frame and, accordingly, the timing of arrival of UL MU data frames from the stations in the UL group following a known time interval such as SIFS." Banerjea at Col. 10, Line 60 – Col. 11, Line 5.

3169.  Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3170.  To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea.  *See* "Motivation to Combine," *infra*.

### 3. Claim 3 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 3 Obvious

███████████████████████████████████

> a.    The method according to claim 2, wherein a same MCS based on the MCS information is applied to the acknowledgement frame by the STA and the at least one other STA.

3171.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "According to certain aspects, if a STA determines (e.g., receives an indication, derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be used for an immediate response, the STA may also know which parameters to use for the response. Response parameters may include, for example, which spatial streams/channels to use, what duration to use, and what power to use for the immediate response. According to certain aspects, one or more of these parameters may be indicated with any one of the following options or a combination thereof (e.g., some parameters may be conveyed according one option and other parameters according another option). Option 1: According to certain aspects, a first option to indicate response parameters may be to extend existing rules for the immediate response bandwidth (BW) and modulation and coding schemes (MCSs). For example, the bandwidth and channels of response frame may be equal to the bandwidth and channels of the soliciting frame, as shown in FIG. 5. As shown in the frame exchange 500 illustrated in FIG. 5, the bandwidth 502 used for the soliciting immediate response from STA2 is equal to the bandwidth 504 used by STA2 for the reply (BA STA2). Similarly, the bandwidth 506 used for the soliciting immediate response from STA1 is equal to the bandwidth 508 used by STA1 for the reply (BA STA1). According to certain aspects, if the soliciting frame is a DL FDMA PPDU,

- 1221 -

████████████████████████████████

the bandwidth of the response frame may be equal to the bandwidth of the soliciting

frame used only for transmitting to the particular recipient STA that is replying.

According to certain aspects, the MCS may be derived as a function of the request

MCS and may also account for the bandwidth. According to certain aspects, the

mapping may be defined by the wireless standards or may be indicated by the AP."

Merlin '690 at ¶¶ [0139]-[0140].

3172.  Merlin '690 further discloses: "According to certain aspects, STAs may

send the response frame using the same spatial streams of the soliciting frame (e.g.,

number and position of spatial streams), as shown in FIG. 6. As shown in the frame

exchange 600 illustrated in FIG. 6, the soliciting frame for STA2 may use a first

spatial stream 602 and the STA2 may reply using the same spatial stream 604.

Similarly, the soliciting frame for STA1 may use a second spatial stream 606 and

the STA1 may reply using the same spatial stream 608. According to certain

aspects, the recipient STA and the soliciting AP may not support transmission of

the same spatial streams or the same number of spatial streams. In this case, the

STA may use a pre-defined subset of N spatial streams. The AP may be aware of

STAs supported streams and may, for example, only transmit on the pre-defined

subset of spatial streams. As an example assume AP serves STAs 1 through 4 with

the following stream allocation {1 and 2,3 and 4, 5 and 6, 7 and 8}. STAs 1 and 2

may respond on steams 1 and 2, 3 and 4 respectively, while STA 3 and 4 may

respond on stream 5 and 7 respectively, not being able to use 2 streams. According

- 1222 -

████████████████████████████████

to certain aspects, the subset of N spatial streams may be defined in the wireless

standards. As an example, the AP or the standard may indicate that all responses

must be sent with 1 spatial stream only. The assignment of the spatial stream to

the responding STAs may follow the same STAs ordering defined in the DL MU

PPDU, as indicated by the group ID or by the list of STAs identifiers in the DL MU

PPDU. According to certain aspects, the duration for the response may be fixed by

the AP or may be indicated to the STA by the AP. Option 2: According to certain

aspects, a second option to indicate response parameters may be where the

parameters are pre-agreed between the AP and STA. According to certain aspects,

the pre-agreed parameters may be exchanged. For example, the pre-agreed

parameters may be exchanged when the STA associates with the AP (e.g., in the

probe response or association response). In another example, the AP may indicate

the pre-agreed parameters in a management/control frame sent to each STA or

group of STAs at some time before sending the DL MU PPDU. For example, before

sending the DL MU PPDU, the AP may send a special frame indicating the pre-

agreed parameters, as shown in FIG. 7. As shown in the frame exchange 700

illustrated in FIG. 7, a special frame 702 is sent before the frames 704 (DL STA2)

and 708 (DL STA1) soliciting immediate responses from STA2 and STA1,

respectively. The special frame 702 may provide the pre-agreed parameters for the

response frames 706 (BA STA2) and 710 (BA STA1) from STA2 and STA1,

respectively. Alternatively, the AP may send a management action frame right

- 1223 -

before the DL MU PPDU to exchange the pre-agreed parameters. According to

certain aspects, the pre-agreed parameters may be defined in the wireless

standards (e.g., all BAs may use one stream with the smallest bandwidth). Option

3: According to certain aspects response parameters may be statically allocated. For

example, in a third option, each Group ID used for DL MU-MIMO transmission may

be associated with some or all of the parameters to be used for either UL MU-MIMO

or UL FDMA replies. According to certain aspects, the Group ID may be received in

the PHY preamble of the received DL MU PPDU. As an example, the Group ID may

be associated with the bandwidth and stream allocation for the UL responses.

Option 4: In a fourth option, response parameters for UL MU-MIMO and UL FDMA

replies may be dynamically allocated and indicated to each STA in the received DL

PSDU. For example, the parameters may be included in each MPDU (e.g., in the

QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU,

or in an extended MAC header. The parameters may also be included in the PSDU

(e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG)

fields). In this case the presence of the field indicating the parameters to be used for

the response may be signaled by one of the following options: use of a reserved bit in

the QoS Control field, use of a reserved bit in the HT control field, use of a reserved

bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or

implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL

OFDMA. Option 5: According to certain aspects, a fifth option to indicate the

- 1224 -

response parameters may be in a special frame aggregated in the A-MPDU.

According to certain aspects, each special frame may be received by one STA and

may include the parameter information for that STA only. Alternatively, the special

frame(s) (e.g., one special frame per STA or a single broadcast special frame) may be

sent in a separate PPDU following the data DL PPDU, as shown in FIG. 8. As

shown in the frame exchange 800 illustrated in FIG. 8, the special frame 804

indicating the parameters for the immediate responses 806 (BA STA2) and 810 (BA

STA1) from STA2 and STA1, respectively, may be send in a separate DL PPDU

following the DL PPDUs 802 (DL STA2) and 808 (DL STA1) soliciting immediate

responses from STA2 and STA1, respectively. The special frame may be a trigger

frame or a modified BAR frame." Merlin '690 at ¶¶ [0142]-[0147].

3173.  Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

3174.  **802.11ac-2013** discloses this element. For example, 802.11ac-2013

discloses: "Mesh STAs should adopt the mandatory PHY rates as the default

BSSBasicRateSet to reduce the risk that a candidate peer mesh STA utilizes a

different BSSBasicRateSet. If the mesh STA is also an HT STA, it should adopt the

MCSs of mandatory HT MCSs as the default BSSBasicMCSSet. If the mesh STA is

also a VHT STA, it should adopt tuples formed from the mandatory VHT-MCSs and

NSS = 1 as the default BSS basic VHT-MCS and NSS set (see 10.39.7). Once the

- 1225 -

██████████████████████████

mesh STA establishes a mesh peering with a mesh STA, it shall not change neither the BSSBasicRateSet, nor the BSSBasicMCSSet, or BSS basic VHT-MCS and NSS set." 802.11ac-2013 at Section 9.7.4; pg. 125.

3175. 802.11ac-2013 further discloses: "A frame that is carried in an HT PPDU shall be transmitted by the STA using an MCS supported by the receiver STA, as reported in the Supported MCS Set field in the HT Capabilities element in management frames transmitted by received from that STA. When the supported rate MCS set of the receiving STA or STAs is not known, the transmitting STA shall transmit using an MCS in the BSSBasicMCSSet parameter." 802.11ac-2013 at Section 9.7.6.4; pg. 128. Also, "[i]f a control response frame is to be transmitted within an HT or VHT PPDU, the channel width (CH_BANDWIDTH parameter of the TXVECTOR) shall be selected first according to 9.7.6.6, and then the MCS or tuple shall be selected from a set of MCSs and tuples called the CandidateMCSSet as described in this subclause." 802.11ac-2013 at Section 9.7.6.5.3; pg. 129.

3176. Additionally, 802.11ac-2013 discloses: "At a minimum, a VHT STA sets the Rx MCS Bitmask of the Supported MCS Set field of its HT Capabilities element according to the setting of the Rx VHT-MCS Map subfield of the Supported VHT-MCS and NSS Set field of its VHT Capabilities element as follows: for each subfield Max VHT-MCS For n SS, , of the Rx VHT-MCS Map field with a value other than 3 (no support for that number of spatial streams), the STA shall indicate support for MCSs $8(n-1)$ to $8(n-1)+7$ in the Rx MCS Bitmask, where n is the number of spatial

- 1226 -

streams, except for those MCSs marked as unsupported as described in 9.7.11.3."

802.11ac-2013 at Section 10.39.1; pg. 186.

3177.  Examples of transmit and receive vector parameters are disclosed in

802.11ac-2013 at Table 22-1; pg. 220.

3178.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

3179.  **Wang** discloses this element. For example, Wang discloses: "In another

embodiment, the originator may assign an MCS and/or bandwidth for the ACK

frame, and the recipient may transmit an ACK frame with a pre-assigned MCS

and/or bandwidth." Wang at ¶ [0090].

3180.  Also, Wang discloses: "In another embodiment, instead of transmitting

ACKs or BAs for multiple users with MU-MIMO, the ACKs or BAs may be

aggregated in time domain and transmitted sequentially, (i.e., an aggregated multi-

user ACK (A-MU-ACK)). A receiver (STA or AP) receives data packets, and

generates acknowledgement packets in response to received data packets, and may

aggregate the acknowledgement packets and transmit the aggregated

acknowledgement packets in the single transmission. FIG. 11 shows an example

PPDU structure for an A-MU-ACK frame. In FIG. 11, the ACKs are aggregated at

the MPDU level. The aggregated ACKs may be block ACKs or normal ACKs. The

PPDU for the A-MU-ACK 1100 includes a preamble 1110, an SIG field 1120, and a

- 1227 -

███████████████████

data field 1130. Within the data field 1130, the A-MU-ACK frame 1132 is included. The A-MU-ACK frame 1132 includes ACK (or BA) MPDUs 1142 for one or more users (ACK1, ACK2, ACK3 in this example) separated by ACK delimiters 1144. The ACK/BA MPDUs 1142 are aggregated at a MAC level and the A-MU-ACK frame 1132 is passed to the physical layer as an aggregated MPDU packet so that the A-MU-ACK frame 1132 may be coded and modulated by the physical layer as a whole packet. The lowest MCS may be used for the A-MU-ACK. An ACK delimiter 1144 may be inserted at the beginning of each ACK/BA MPDUs 1142. The ACK delimiter 1144 may be 32 bits or 8 bits in length. A 32-bit ACK delimiter may include a length field, a CRC and an 8-bit signature field. The length field may be used to indicate the length of the following ACK/BA MPDU. The signature field may be used to detect an ACK delimiter when scanning for a delimiter. An 8-bit ACK delimiter may include an 8-bit signature field, which is used to detect an ACK delimiter when scanning for a delimiter. The aggregated multi-user ACK packet may be broadcast or multicast to more than one user (e.g., STA). Since different users may have different radio link quality due to path-loss, channel condition, receiver sensitivity, etc., using the same MCS for all users in the same aggregated multi-user ACK packet may be simple but may not be efficient. In addition, if a relatively lower MCS is chosen, all the users may not decode the aggregated multi-user ACK frame correctly. The ACK or BA MPDUs aggregated into the multi-user ACK frame may be coded with a separate MCS, as shown in FIGS. 12 and 13. In the examples

- 1228 -

████████████████████████████████████

shown in FIGS. 12 and 13, three ACK/BA MPDUs included in an aggregated multi-user ACK frame are separately encoded with three MCSs (that may or may not be the same). The length and MCS for each MPDU may be indicated in the SIG field. In FIG. 12 the aggregated multi-user ACK frame includes a common SIG field 1220 for three ACK MPDUs 1210 a-1210 c. In FIG. 13, a separate SIG field 1320 a-1320 c is included for each ACK/BA MPDU 1310 a-1310 c." Wang at ¶¶ [0107]-[0111]]; *see also* Wang at FIGS. 11-13.

3181.  Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3182.  **Zhu** discloses this element. For example, Zhu discloses: "Well-known is that said STA with entering sleep state function is meant that STA supports to get into dormant function and this function is in opening. Support to get into the STA of dormant function, can open this function a certain period, and close this function in a certain other period; That is to say that this STA can have the sleep state of entering function a certain period, and does not have the sleep state of entering function in a certain other period. Existing corresponding signaling in the prior art makes STA to give AP the own current information reporting that whether has entering sleep state function. Adopt existing power saving method; When first frame of TXOP carry forbid that the TXOP power-saving is designated as not the time; Show that all the STA equipment in the operated object mark that is not

- 1229 -

████████████████████████████████████

included in this frame among this BSS all can get into sleep state; In the case, all the STA equipment with entering sleep state function among this BSS just get into sleep state all according to the sleep condition judgment if satisfy the sleep condition usually. Therefore; For multiuser MIMO (Multi-User MIMO; Be called for short MU-MIMO) pattern; Adopt existing power saving method, all that are only applicable to that operated object mark in first frame of TXOP comprised that this TXOP relates to have the situation of the STA equipment that gets into the sleep state function, and for Single User MIMO (Single-User MIMO; Be called for short SU-MIMO) pattern, this method is only applicable to the operated object mark of each frame of TXOP and only indicates no more than one situation with the STA equipment that gets into the sleep state function. At present, wireless communication system also has TXOP to block (truncation) technology: AP equipment obtains a TXOP, usually in order to a STA equipment transmission data. Suppose that an AP need pass the M frame data for a STA equipment at a TXOP, so, what each frame data existed all that STA as receiving terminal can't correctly receive in the reality maybe. For the frame that each receiving terminal STA can't correctly receive, AP need transmit this frame usually again, correctly receives this frame and send out ACK corresponding to AP that (acknowledgment: confirmation of receipt) frame adds their confirmation up to receiving terminal ST. But AP can't accurately foresee the number of times that needs each frame to retransmit, and when the TXOP time span is set, can only reserve the re-transmission that

- 1230 -

███████████████████████████████████████████

sometimes are used for several frames. Suppose when AP is provided with the

TXOP time span, reserved the re-transmission that sometimes are used for the J

frame, and the number of the actual frame that retransmits is less than J; Then AP

can carry out the operation that TXOP blocks usually; That is, AP plans in a TXOP,

to give the M frame data of a STA biography, is all correctly received by STA; And

the TXOP time span that is provided with that AP is provided with also has residue;

Then AP finishes this TXOP in advance, and through sending CF (contention free:

promptly avoid competition) end frame, it can translate into the time period end

indication frame that avoids competing usually. Each STA receives after the CF end

frame, just can begin competitive channel, to be used for transfer of data

separately." Zhu at ¶¶ [0005]-[0006].

3183.  Zhu further discloses: "A kind of is that under the MU-MIMO pattern,

the frame that AP sends comprises the packet header of sending through the VHT-

SIG-A signaling, and the data flow of each STA of correspondence that after packet

header, sends through the MU-MIMO spatial multiplexing mode. Wherein, packet

header comprises the fluxion information of each STA in operated object mark and

the group. Under the MU-MIMO pattern, operated object mark is Group ID.

Comprise each data flow corresponding in the data flow, comprise the MAC Address

of corresponding STA equipment in this data flow with each STA of fluxion non-0.

Particularly, AP sends at least one mac frame through the data flow of several

corresponding spatial reuses of a STA to this STA equipment, and the frame head of

- 1231 -

████████████████████████████████

this mac frame comprises the receiving terminal mac address information of 6 bytes. STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if identical, explains that this mac frame issues oneself, then this frame is decoded; If different, explain that this mac frame do not issue oneself, then it is not decoded. Another kind is that under the SU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-SIG-A signaling, and the data flow of giving a STA of after packet header, sending. Wherein, packet header comprises the fluxion information of an operated object mark and a said ST. Under the SU-MIMO pattern, operated object mark is partial association sign (association identifier is called for short AID).The MAC Address that comprises a said STA in the data flow. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a said STA to this STA equipment, and the frame head of this mac frame comprises the receiving terminal mac address information of 6 bytes. A said STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if identical, explains that this mac frame issues oneself, then this frame is decoded; If different, explain that this mac frame do not issue oneself, then it is not decoded. When No TXOP PS indication allows to carry out power-saving; Be used for judging whether getting into one or more the combination that dormant sleep condition can comprise three conditions; When wherein a condition satisfies, promptly be judged as and

- 1232 -

satisfy the sleep condition, STA equipment gets into sleep state; When one or more

conditions that comprised when the sleep condition all do not satisfy, be judged as

and do not satisfy the sleep condition, STA equipment keeps waking state. What

need further specify is; When No TXOP PS indication allows to carry out power-

saving; Be used for judging whether getting into one or more the combination that

dormant sleep condition can comprise three conditions; When wherein a condition

satisfies, promptly be judged as and satisfy the sleep condition, have the STA

equipment that gets into the sleep state function and get into sleep state; When one

or more conditions that comprised when the sleep condition all do not satisfy, be

judged as and do not satisfy the sleep condition, have the STA equipment that gets

into the sleep state function and keep waking state; If STA equipment can not

support to get into sleep state, then keep waking state always, need not judge

above-mentioned sleep condition. Simple for what explain; STA in said hereinafter

'STA equipment gets into sleep state'; All be meant and have the STA that gets into

the sleep state function; This point is semantically also being seen easily, that is to

say that 'STA equipment gets into sleep state' must be implied the said STA of

explanation is the STA with entering sleep state function. Particularly, under the

MU-MIMO pattern, these three conditions specifically comprise following content.

Condition one: if when not comprising the indication to this STA equipment in the

operated object mark of present frame, STA equipment can get into sleep state and

keep sleep state to finish up to this TXOP at present frame. Condition two: if

comprise the indication to this STA equipment in the operated object mark of

present frame, and the corresponding spatial reuse fluxion of this STA is designated

as at 0 o'clock, and STA equipment can get into sleep state and keep sleep state to

finish up to this TXOP at present frame. Condition three: if comprise indication in

the operated object mark of present frame to this STA equipment; And this STA

receives when more multiple data bit is designated as 0 Frame that STA equipment

can get into sleep state and keep sleep state to finish up to this TXOP at present

frame. Under the SU-MIMO pattern, these three conditions specifically comprise

following content. Condition one: if the part A ID of the partial association of

indicating in the operated object mark of present frame sign and this STA

equipment is not simultaneously, STA equipment can get into sleep state and keep

sleep state to finish up to this TXOP at present frame. Condition two: if the part A

ID that indicates in the operated object mark of present frame is identical with the

part A ID of this STA equipment, but present frame is not when issuing this STA,

and STA equipment can get into sleep state and keep sleep state to finish up to this

TXOP at present frame. Condition three: if comprise indication in the operated

object mark of present frame to this STA equipment; And this STA receives when

more multiple data bit is designated as 0 Frame that STA equipment can get into

sleep state and keep sleep state to finish up to this TXOP at present frame. The

embodiment of the invention proposes a kind of TXOP transmission method of

supporting the TXOP power-saving, in same TXOP, comprises key player on a

- 1234 -

███████████████████████████████████████

team's operated object mark and candidate operated object mark. In this TXOP;

When the data of giving several indicated STA of key player on a team's operated

object mark end of transmission and correctly received by corresponding STA; And

this TXOP does not also finish, and then gives several indicated STA transmission

data of the candidate operated object mark in the remaining time of TXOP. So just

can avoid the use of TXOP and block, thereby avoid corresponding fairness

problem." Zhu at ¶¶ [0020]-[0025].

3184.  FIG. 1 of Zhu discloses an example method "of method of sending data

in embodiments of the present invention, in a WLAN, each access point AP or

terminal STA are carried out channel competition, carry out data then and send,

and in a transmission opportunity TXOP"; the method including: "S101 sends the

candidate control frame to candidate terminal equipment STA, comprises

association identification and the MAC Address of said candidate STA in the said

candidate control frame; S102; Send Frame to key player on a team STA; Also

comprise in the said Frame allowing to get into the sleep state sign, wherein said

key player on a team STA is the corresponding target STA of this TXOP, and said

key player on a team STA can get into sleep state according to said sleep state sign

after key player on a team STA transmission Frame is accomplished; S103, after

key player on a team STA sends Frame and accomplishes, according to the

association identification of said candidate STA and MAC Address to said candidate

STA transmission Frame. In the above-described embodiments, owing to introduced

- 1235 -

candidate STA, after key player on a team STA has accomplished the data transmission; Even this TXOP does not also finish; But give candidate STA transmission data in the remaining time of TXOP, so just can avoid the use of TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0026]-[0030].

3185.  As another example, Zhu discloses: "In the embodiment of the invention one; With AP operation of equipment flow process is that example describes this TXOP transmission method; And suppose that a STA among the BSS has the STA that gets into the sleep state function; Suppose the SU-MIMO pattern simultaneously, suppose that in addition this TXOP adopts 1 key player on a team STA and 1 candidate STA. This method comprises following process. Step 101: AP equipment is given candidate STA transmission data at the 1st frame of TXOP. Concrete, the 1st frame that AP sends comprises the partial association sign of a said candidate STA and the MAC Address of a said candidate STA. At the 1st frame, No TXOP PS indication does not allow to carry out power-saving. Step 102: AP equipment begins up to the K frame from the 2nd frame of TXOP, promptly at the 2nd, 3 of TXOP ..., the K frame is given key player on a team STA transmission data. Concrete, begin up to the K frame from the 2nd frame of TXOP, each frame that AP sends all comprises the partial association sign of a said key player on a team STA and the MAC Address of a said key player on a team STA. Begin up to the K frame from the 2nd frame of TXOP, No TXOP PS indicates and allows to

- 1236 -

███████████████████

carry out power-saving. Step 103: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., the N frame is given described 1 the candidate STA transmission of step 101 data. Concrete, begin up to the N frame from the K+1 frame of TXOP, each frame that AP sends all comprises the partial association sign of a said candidate STA and the MAC Address of a said candidate STA. After above-mentioned N frame end of transmission, this TXOP finishes or the remaining time of this TXOP is used for transferring to a few frame inadequately. Begin up to the N frame from the K+1 frame of TXOP, No TXOP PS indicates and allows to carry out power-saving, and perhaps No TXOP PS is an arbitrary value, for example all indicates not allow to carry out power-saving. In the above step, a certain frame end of transmission refers to that this frame is dealt into STA by AP, and STA returns corresponding ACK signaling to AP; Perhaps, a certain frame end of transmission only refers to that this frame is dealt into STA by AP." Zhu at ¶¶ [0033]-[0037].

3186.  Zhu further discloses that embodiments that "suppose the SU-MIMO pattern … can be generalized to the MU-MIMO pattern …." Zhu at ¶ [0081]. For example, "[a]mong aforesaid all embodiment, follow prior art, in a TXOP or all use the MU-MIMO pattern, or all use the SU-MIMO pattern. In fact, can in a TXOP, use MU-MIMO pattern and SU-MIMO pattern with, obtain following embodiment

- 1237 -

accordingly for the flexible and more performance of dispatching. In the embodiment of the invention 17, be that example describes this TXOP transmission method with AP operation of equipment flow process, compatible MU-MIMO pattern and SU-MIMO pattern suppose that in addition this TXOP adopts 1 key player on a team Group ID simultaneously. This method comprises following process. Step 1701: AP equipment begins up to the K frame from the 1st frame of TXOP, promptly at the 1st, 2 of TXOP ..., the K frame is given one group of STA transmission data with a Group ID, and this Group ID is called key player on a team Group ID. Begin up to the K frame from the 1st frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 1702: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins at least one frame up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., at least one frame in the N frame adopts the SU-MIMO pattern to give 1 STA transmission data. In the embodiment of the invention 18, be that example describes this TXOP transmission method with STA operation of equipment flow process. This method comprises following process." Zhu at ¶¶ [0110]-[0114].

3187. Zhu also discloses: "Step 1801: at the 1st frame, each STA equipment is received the packet that AP sends out at this frame, comprises the No TXOP PS of this frame, the MAC Address of a Group ID and a receiving terminal STA. At the

1st frame; Each has the STA that gets into the sleep state function and at first

makes a decision according to the value of this bit of No TXOP PS: if this bit

indication does not allow to carry out power-saving; Then according to the method

for prior art, each has the STA that gets into the sleep state function all cannot get

into sleep state. If this bit indication allows to carry out power-saving,, can get into

sleep state and keep sleep state to finish at this frame up to this TXOP then not by

the STA that gets into the sleep state function that has of the Group ID of the 1st

frame indication; Identical had the STA (promptly receiving the STA of the Frame

of issuing oneself) that gets into the sleep state function, a maintenance waking

state by one in several receiving terminals STA MAC Address of the Group ID of the

1st frame indication and self MAC address and this frame at this frame. To the K

frame, the STA that gets into the sleep state function that has by the GroupID of

the 1st frame indication receives the packet that AP sends out at the 1st frame; And

at each frame all according to the method for prior art; Judge whether present

frame issues oneself, if present frame is issued oneself, the present frame of just

decoding; In addition; If the No TXOP PS of present frame indication allows to carry

out power-saving; Then,, judge whether oneself satisfies the sleep condition also

according to the sleep condition of prior art by the STA of the Group ID of the 1st

frame indication; If satisfy the sleep condition, just can get into sleep state and keep

sleep state to finish at this frame up to this TXOP at a certain frame. Step 1802: if

after above-mentioned K frame end of transmission; This TXOP does not finish and

the remaining time of TXOP enough is used for transmitting at least one frame;

Then at the K+1 frame to N frame (K+1 is smaller or equal to N), do not get into

each STA of sleep state function, all receive the packet that AP sends out; And

wherein at least one STA receives AP and issues at least one the SU-MIMO frame

of oneself. The embodiment of the invention provides a kind of radio transmission

apparatus, and it can be AP or STA in the WLAN, can be to be applied to AP or the

control of STA battery saving mode, and ordinary circumstance is that an AP covers

a plurality of STA, can a plurality of users be sent data. Device in the present

embodiment is used to realize the flow process of said method embodiment, and the

processing procedure in the concrete grammar all can be carried out in this device,

and the idiographic flow of said method realizes all can becoming the function of

this equipment." Zhu at ¶¶ [0115]-[0117].

3188.  Alternatively, Zhu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

3189.  **Banerjea** discloses this element. For example, Banerjea discloses:

"Wireless local area networks (WLANs) have evolved rapidly over the past decade.

Development of WLAN standards such as the Institute for Electrical and

Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g, and 802.11n Standards

has improved single-user peak data throughput. For example, the IEEE 802.11b

Standard specifies a single-user peak throughput of 11 megabits per second (Mbps),

the IEEE 802.11a and 802.11g Standards specify a single-user peak throughput of

- 1240 -

████████████████████████████████████████

54 Mbps, and the IEEE 802.11n Standard specifies a single-user peak throughput of 600 Mbps. Work has begun on a new standard, IEEE 802.11 ac, that promises to provide even greater throughput." Banerjea at Col. 1, Lines 29-40.

3190.  Banerjea also discloses an example scenario: "the AP 12 estimates that a power level P1 associated with signals received from the station 14 and a power level P2 associated with signals received from the station 16 differ by no more than a certain power level difference Dp, i.e., $|P1-P2| \leqq Dp$. On the other hand, the power level P2 associated with signals received from the station 18 is significantly different from the power levels P1 and P2, i.e., $|P3-P1| > Dp$ and/or $|P3-P2| \leqq Dp$. Depending on the embodiment, the AP 12 uses channel sounding or another suitable technique to estimate a power level at which the station 14 communicates with the AP 12 via a channel 30. For example, in an embodiment, the AP 12 transmits a sounding packet to the station 14 at a certain power level, receives a feedback frame from the station 14 that indicates the strength of the signal associated with the sounding packet. In another embodiment, the AP 12 receives a sounding packet transmitted from the station 14 using a power level setting known to the AP 12 and measures the strength of the signal associated with the received sounding packet. Similarly, the AP 12 generates the corresponding metrics for the station 16 and/or a channel 32 between the station 16 and the AP 12, and the station 18 and/or a channel 34 between the station 18 and the AP 12, according to an embodiment. As used herein, the channels 30, 32, and 34 at least partially define

███████████████████████████████████████

a shared wireless communication channel associated with a particular frequency band. To continue with the example scenario discussed above, the AP 12, in an embodiment, selects the stations 14 and 16 for participation in a certain group G in view of the estimated power levels P1, P2, and P3. In some embodiments, the AP 12 additionally considers one or more other factors when forming the group G, such as the MCS(s) supported by each candidate station, spatial diversity among the candidate stations, the amount of data available at each candidate station (if known and available), multipath effects, etc. Depending on the embodiment, the AP 12 announces the formation of the group G using an assignment frame unicast to each of the stations 14 and 16, multicast to the stations 14 and 16, or broadcast through the WLAN 10. In an embodiment, the station 14 includes a UL transmit (Tx) controller 24 to process the assignment frame and control transmissions to the AP 12 that occur at the same time as transmissions from the station 16 to the AP 12. At least the station 16 includes a UL Tx controller (not shown) similar to the UL Tx controller 24, in an embodiment." Banerjea at Col. 2, Lines 18-62; *see also* Banerjea at FIG. 1 for a block diagram of a communication system with an AP in such a scenario.

3191.  Banerjea further discloses: "As illustrated in FIG. 3A, the start of the communication frames 112-1 and 112-2 and the end of the USI frame 110 are separated by a gap 114 having a duration equal to a SIFS. In other embodiments, however, the gap 114 has a different duration such as, for example, a distributed

control function (DFS) interframe space (DIFS). In either case, the gap 114 is predefined, preconfigured, or otherwise agreed upon by the transmitting devices and the receiving device, in an embodiment, so that the USI frame 110 implicitly indicates the timing of simultaneous transmissions from the stations 104 and 106. In another embodiment, however, the USI frame 110 explicitly indicates the timing of simultaneous transmissions from the stations 104 and 106 (e.g., using a field to specify the start time relative to the beginning of the service period, Superframe, etc.)." Banerjea at Col. 6, Lines 53-67; *see also* Banerjea at FIG. 3A.

3192.  Further, "a period 150 is generally similar to the period 100 discussed above, except that an AP 152 and stations 154, 156 use a DL group definition for simultaneous UL transmission, according to an embodiment. Further, an assignment frame 158 in some embodiments has a format generally similar to the assignment frame 108. In the example period 150 of FIG. 3B, the assignment frame 158 is a DL group assignment frame that indicates the make-up of one or several DL groups for simultaneous downlink transmission (i.e., from the AP 154 to the stations 154 and 156). At a later time, the AP 152 transmits a USI frame 160 that indicates a DL group to be used as an UL group for transmitting communication frames 162-1 and 162-2 from the stations 154 and 156, respectively, according to an embodiment." Banerjea at Col. 7, Lines 11-24; *see also* Banerjea at FIG. 3B.

3193.  Banerjea further discloses: "In some situations, several candidate devices lack sufficient spatial diversity to operate in a UL MU mode as a single UL

- 1243 -

███████████████████████████████████████

group. In an embodiment, an appropriate subspace index (SSI) is assigned to a

candidate device depending on the current position of the candidate device relative

to the AP, for example. In particular, devices located in approximately the same

sector relative to the AP are assigned the same SSI, while devices spaced

sufficiently apart (from the perspective of the AP) are assigned different SSIs. It is

noted that in general, a UL group in which no two stations have the same SSIs is

likely to have good spatial diversity. Accordingly, stations having different SSIs can

be grouped together for UL MU purposes, provided other requirements are

satisfied. Referring to FIG. 6, a scenario 300 includes an initial sounding session

302 during which an AP conducts initial sounding to collect information indicative

of channel conditions of various stations, in an embodiment. Referring back to FIG.

1, for example, the AP 12 can develop (or receive) an estimate of the condition of the

channels 30, 32, and 34, in accordance with the technique of FIG. 6. Depending on

the embodiment, the initial sounding is conducted using broadcasting, selective

channel sounding, or individual channel sounding, and includes corresponding

feedback information. Based on the feedback information corresponding to the

initial sounding, the AP assigns SSIs to stations, in an embodiment. In other

embodiments, the AP assigns SSIs sequentially or randomly. During a sounding

update session 304, the AP sounds channels for one or more MU groups or for one or

more SSI combinations, in an embodiment. Further, during an SSI update session

306, the AP reassigns some or all SSIs in response to a change in the conditions of

- 1244 -

████████████████████████████████

one or more channels between the AP and the stations, in an embodiment. For

example, certain SSIs are reassigned to cover a different set of stations." Banerjea

at Col. 8, Line 58 – Col. 9, Line 23; *see also* Banerjea at FIGS. 1 and 6.

3194.  Additionally, "FIG. 7 is a diagram of an example format of an SSI

assignment frame 400 that an AP transmits to several stations to indicate SSI

assignments, in an embodiment. Similar to the frame 200 discussed with reference

to FIG. 4, the SSI assignment frame 400 includes a preamble portion 402, a MAC

portion 404, a frame body 406, and an FCS portion 408. The preamble portion 402

in some embodiments includes HT and/or VHT information. The MAC header

portion 404 includes a frame control field 410 to indicate that the assignment frame

400 is a management or action frame, as well as a destination address field 412 set

to the broadcast address value or a unicast address of a particular station,

depending on the embodiment. The frame body 406 includes a category field 420 to

indicate that at least the frame body 406 is being transmitted in the VHT mode, an

action field 422 to indicate that the frame 400 is an SSI assignment frame, and a

number of SSI sets indicator 424 to indicate the number of SSI set descriptors

included in the portion of the frame body 406 that follows the number of SSI sets

indicator 424. In an embodiment, each SSI set descriptor 426-1, 426-2, . . . 426-N

includes a sequence of AIDs or other station identifiers, with the relative position of

each AID indicating the SSI assigned to the station. For example, as illustrated in

FIG. 7, the field 430-1 is in the first position in the SSI set descriptor 426-1 and

- 1245 -

███████████████████

specifies a first AID to indicate that the station identified by the first AID is assigned SSI=1, the field 430-2 is in the second position in the SSI set descriptor 426-1 and specifies a second AID to indicate that the station identified by the second AID is assigned SSI=2, etc. It is noted that each SSI set descriptor 426-1, 426-2, . . . 426-N provides a list of stations having relatively good spatial diversity. Accordingly, in an embodiment, an AP uses SSI set information when selecting stations for participation an UL group, so that the selected stations transmit data in a UL MU mode without having to adjust transmit power levels." Banerjea at Col. 9, Lines 39-60; *see also* Banerjea at FIGS. 4 and 7.

3195.  Banerjea further discloses: "Next, FIG. 8 is a block diagram of an example receiving device 450 that implements a UL group selection technique. In an embodiment, the receiving device 450 operates in an AP such as the AP 12, for example (see FIG. 1). In one such embodiment, the UL group controller 20 includes at least some of the components 452, 460, 462, 464, 470, and 472. The receiving device 450 includes a UL group selector 452 10 15 25 30 35 40 45 50 55 60 65 10 that receives one or more of channel Sounding data pertaining to several candidate stations via an input 454, SSI data pertaining to some or all of these candidate stations via an input 456, allowable power variation X between stations in a UL group via an input 458, depending on the embodiment. Further, in some embodiments, the UL group also receives additional or alternative information such as the capability of the AP in which the receiving device 450 operates, multipath

effect data pertaining to the candidate stations, etc. Still further, a DL group controller 459 provides DL group information to the UL group selector 452, so that a UL group is selected in view of one or more DL groups or is configured to be the same as a certain DL group, in an embodiment." Banerjea at Col. 9, Line 61- Col. 10, Line 14; *see also* Banerjea at FIG. 8.

3196.  Also, Banerjea discloses: "Further, the UL group selector 452 in some embodiments is coupled to a stream allocation unit 464 to determine which of the streams (e.g., spatial streams) of the shared wireless communication channel are allocated to which stations in a UL group. The MCS adaption unit 462 and the stream allocation unit 464 are coupled to an USI frame generator 472 that generates a USI frame formatted similar to the USI frame 200 illustrated in FIG. 4, according to an embodiment. A timing US 8,472,383 B1 11 controller 470 coupled to the UL group selector 452 and the USI frame generator 472 controls the timing of transmitting the USI frame and, accordingly, the timing of arrival of UL MU data frames from the stations in the UL group following a known time interval such as SIFS." Banerjea at Col. 10, Line 60 – Col. 11, Line 5.

3197.  Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3198.  To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this

element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea.  *See* "Motivation to Combine," *infra*.

> **4.    Claim 4 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 4 Obvious**

> > **a.    The method according to claim 1, wherein the downlink frame includes downlink data for a plurality of STAs including the STA and the at least one other STA.**

3199.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Certain aspects of the present disclosure generally relate to wireless communications and, more particularly, to frame structures and protocols for uplink (UL) multiple user (MU) frame exchanges. Certain aspects provide protocol rules and efficient frame exchange sequences to enable sending multiple block acknowledgments (BAs) in UL and/or downlink (DL) MU multiple-input multiple-output (MIMO) and frequency division multiple access (FDMA) systems. According to certain aspects, a multi-STA BA request (BAR) frame may simultaneously solicit multiple immediate BAs. According to certain aspects, frame exchange sequences involve special subframes and/or reverse direction grants (RDGs)." Merlin '690 at ¶ [0050].

3200.  Merlin '690 further discloses: "Upon receiving the RTS message 402, the selected STA (e.g., STA1) may transmit a Clear to Send (CTS) message 404 to

████████████████████████████████████

the AP. The RTS message 402 and the CTS message 404 may be separated by a

short inter-frame space (SIFS), a small interval between a data frame or other

message and its acknowledgment (ACK). In response to receiving the CTS message

404, the AP may send DL-MU-MIMO data 406 to STAs selected by the scheduler

(typically part of the processing system of the AP, such as scheduler 234 in FIG. 2).

The STAs receiving the MU-MIMO data 406 may transmit BAs 408 in the uplink

(UL) in series, starting with the BA for STA1 and ending with the BA for STA3 as

shown in FIG. 4. The STA BA transmissions may be separated by SIFS. The order

and timing for the STA BA transmissions may be sent in the DL-MU-MIMO data

406. In DL-MU-MIMO transmissions, multiple packets are sent at the same time

toward different STAs. If all the acknowledgments (ACKs) are received, the

transmission may be considered successful. If no ACK is received, all the packets

presumably failed, and this event may reasonably be interpreted as a collision. If

only some of the ACKs are missing, while others are received, then the meaning of

this event (e.g., whether this was a collision or a collision for only some of the STAs)

and the appropriate reaction in terms of increasing the contention window (CW)

may be defined. For example, in FIG. 4, MU-MIMO data 406 was sent to STA1,

STA2, and STA3 (access terminals 120), and a BA was subsequently received from

each of STA1 and STA3, but not from STA2. In radio, multiple-user (MU) multiple-

input multiple-output (MIMO) generally refers to MIMO technologies where the

available antennas are spread over a number of independent access points (AP)

- 1249 -

(e.g., such as AP 110) and independent radio terminals (e.g., user terminals (UT) 120)—each having one or multiple antennas. In contrast, single-user (SU) MIMO generally refers to a single multi-antenna transmitter communicating with a single multi-antenna receiver. The performance of MU-MIMO relies on precoding capability of the devices involved. Frequency division multiple access (FDMA) generally refers to a channel access method used in multiple-access protocols as a channelization protocol. FDMA gives user an individual allocation of one or several frequency bands, or channels. FDMA, like other multiple access systems, coordinates access between multiple users. Orthogonal Frequency-Division Multiple Access (OFDMA) is a multi-user version of OFDM. Multiple access is achieved in OFDMA by assigning subsets of subcarriers to individual users. This allows simultaneous low data rate transmission from several users. According to certain aspects, a FDMA transmission may consist of, for example, multiple SU or MU PPDUs on each channel (e.g. 20 MHz). Each MU PPDU may be either a MU-MIMO PPDU or a FDMA PPDU. The FDMA PPDU may allocate sub-20 MHz channels. According to certain aspects, PPDUs of the FDMA transmission may be a combination of FDMA, MU-MIMO, OFDMA, and time aggregation within the same PPDU. In this case, the notation "DL MIMO/FDMA" may refer to either a DL FDMA PPDU, a DL MU-MIMO PPDU, a DL OFDMA PPDU, or to a PPDU that does any combination of DL FDMA, DL MU-MIMO and time aggregation to serve multiple STAs. A MU time aggregated PPDU may comprise a single PPDU

- 1250 -

including an A-MPDU or an A-MSDU where the MPDUs or MSDUs have receiver

or destination addresses corresponding to different STAs. A MU time aggregated

PPDU may comprise a sequence of SU PPDUs or PSDUs sent with no or very small

time separation." Merlin '690 at ¶¶ [0115]-[0119]; *see also* Merlin '690 at FIG. 4.



FIG. 4

3201. Additionally, Merlin '690 discloses: "According to certain aspects, the

acknowledgment policies, defined in more detail below, may be applied to each

PPDU of the FDMA transmission. As a result, the immediate responses generated

by the FDMA transmission may be a combination of the immediate responses

generated by each PPDU. Uplink (UL) MU-MIMO or UL FDMA can be used to

transmit multiple block acknowledgements (BAs) at the same time, for example, in

response to a downlink (DL) MU physical protocol data unit (PPDU). The current

standard does not define UL MU-MIMO or UL FDMA and does not allow the above

operation mode. Accordingly, protocol rules and signaling to enable the use of UL MU-MIMO and UL FDMA to send BAs are desirable. Conventionally, in a DL MU-MIMO PPDU, at most one aggregate medium access control (MAC) protocol data unit (A-MPDU) among the A-MPDUs addressed to all very high throughput (VHT) STAs may include MPDUs that solicit an immediate response. According to certain aspects presented herein, this constraint may be relaxed. The present disclosure provides example frame exchanges and ACK signaling policy to enable sending ACKs/BAs with UL MU-MIMO/FDMA by stations (STAs) receiving a DL MU-MIMO/FDMA PPDU and that are capable of UL MU-MIMO or UL FDMA." Merlin '690 at ¶¶ [0120]-[0124].

3202.  Further, in Merlin '690: "FIG. 10 illustrates an example frame exchange 1000 of a DL A-MPDU including a BAR frame per each STA, in accordance with certain aspects of the present disclosure. As shown in FIG. 10, a different BAR frame for each STA may be aggregated in the DL A-MPDUs for each STA. For example, BAR frame 1002 (DL STA2+BAR2) and BAR frame 1004 (DL STA1+BAR1) may be aggregated into A-MPDU and may solicit BAs 1006 (BA STA2) and 1008 (BA STA1) from STAs 2 and 1, respectively." Merlin '690 at ¶ [0155]; *see also* Merlin '690 at FIG. 10.

3203.  Merlin '690 also discloses: "According to certain aspects of the present disclosure, approaches for overhead reductions for UL MU-MIMO or UL FDMA transmissions are provided. Overhead reductions may save preamble time and

- 1252 -

interframe spacing time for new messages. In an aspect, overhead reductions may entail aggregation of UL MU-MIMO/FDMA special subframe information in aggregated A-MPDUs of DL MU-MIMO or DL-FDMA packets. In another aspect, UL MU-MIMO/FDMA special subframe information may be aggregated with downlink ACKs (e.g., acknowledging UL data). If the parameter information in the special frame has already been communicated, the special subframe may simply act as a trigger. In another aspect, one special frame may be transmitted to schedule multiple UL MU-MIMO packets. FIG. 17 illustrates an example frame exchange 1700 with a special subframe transmitted at the beginning of the transmission opportunity, in accordance with certain aspects of the present disclosure. As illustrated in FIG. 17, the AP may transmit a special frame 1702 at the beginning of the TXOP to trigger (e.g., solicit) immediate response from the recipient STAs. The special subframe may also define the response parameters for UL MU-MIMO/FDMA transmissions for the entire TXOP time. According to certain aspects, the STAs may send a first set of packets in response to the special subframe. For example, the recipient STAs may transmit UL MU-MIMO/FDMA PPDUs 1704 and 1706. As shown in FIG. 17, the AP may then respond with block acknowledgments (BAs) 1708—granting another TXOP—which serves as a trigger for another UL MU-MIMO/FDMA transmission from the same set of recipient STAs. According to certain aspects, the AP may groupcast the BA. Alternatively, the AP may send the BA using DL MU-MIMO/FDMA. According to certain aspects, a bit (e.g., a RDG bit)

- 1253 -

in the BA may be used as a grant or trigger. According to certain aspects, the BA

may have a token number matching the token number in the special frame. As

shown in FIG. 17, the recipient STAs may respond immediately after the BA 1708

with UL MU-MIMO/FDMA PPDUs 1710 and 1712, for example, using the same

parameters defined by the first special frame. According to certain aspects, the

process of triggering an UL MU-MIMO/FDMA transmission with an ACK/BA frame

may be repeated a desired number of times consecutively. According to certain

aspects, the AP may transmit a special frame including information for multiple UL

MU-MIMO packets within the transmission opportunity. According to certain

aspects, the special frame may define STA groups (e.g., UL MU PPDU groups) that

may transmit PPDUs, for example, at different times. According to certain aspects,

the special frame may specify an ordering according to which the groups may

transmit PPDUs. The special frame may also specify transmission mode and

parameters (e.g., duration, power, spatial streams, etc.) to be used by STAs in the

groups. Alternatively, the STA groups, ordering, and other parameters may be pre-

defined." Merlin '690 at ¶¶ [0170] – [0172]; *see also* Merlin '690 at FIG. 17.

3204. Also, "FIG. 18 illustrates an example frame exchange 1800 with a

special frame transmitted at the beginning of the transmission opportunity to

trigger responses from multiple sets of STAs, in accordance with certain aspects of

the present disclosure. As shown in FIG. 18, the AP may send special frame 1802

defining a first set of STAs including STA2 and STA1 and a second set of STAs

- 1254 -

████████████████████████████████████

including STA3 and STA4. The first set of STAs (STA2 and STA1) may immediately

respond after receiving the special frame. For example, STA2 and STA1 may send

UL MU-MIMO/FDMA PPDUs 1804 and 1806, respectively. The AP may then

respond with a BA 1808. According to certain aspects, the BA 1808 may have a

counter indicating the group that can go next. According to certain aspects, the BA

1808 may have a bit (e.g., an RDG bit) granting the TXOP to the next set. As shown

in FIG. 18, the second set of STAs (STA3 and STA4) may respond after the BA. For

example, STA3 and STA4 may send UL MU-MIMO PPDUs 1810 and 1812,

respectively. According to certain aspects, this frame exchange may continue or

repeat a desired number of times. For example, as shown in FIG. 18, the AP may

then send a second BA 1814 after which a third set of STAs may respond, and so on.

According to certain aspects, the special frame may schedule multiple sets of STAs

to respond consecutively without a BA from the AP, for example, as shown in FIG.

19. FIG. 19 illustrates an example frame exchange 1900 with a special frame 1902

transmitted at the beginning of the transmission opportunity to trigger responses

from multiple sets of STAs, in accordance with certain aspects of the present

disclosure. As shown in FIG. 19, after the AP sends special frame 1902, the STA2

and STA1 may respond with UL MU-MIMO PPDUs 1904 and 1906, respectively,

and then, before the AP sends a BA 1912, STA3 and STA4 may respond with UL

MU-MIMO PPDUs 1908 and 1910, respectively. In the example illustrated in FIG.

19, the sets of STAs scheduled to transmit may transmit consecutively, each set

- 1255 -

███████████████████████████████████

taking the previous set's transmission as a trigger for its own. The AP may then send ACKs after all the set have finished transmitting. According to certain aspects, after the AP sends a special frame and receives uplink data from a first set of STAs, the AP may send a second special frame aggregated with the BA to schedule transmissions from a second set of STAs and illustrated in FIG. 20. As shown in FIG. 20, the AP may send a special frame 2002 scheduling STA2 and STA1 for uplink data and STA2 and STA1 may respond by sending UL MU-MIMO/FDMA PPDUs 2004 and 2006, respectively. According to certain aspects, the AP may then send BA 2008 aggregated with another special frame to schedule transmission from STA3 and STA4. STA3 and STA4 may respond by sending UL MU-MIMO/FDMA PPDUs 2010 and 2012, respectively. As illustrated in FIG. 20, UL MU-MIMO/FDMA responses may be triggered using a special frame aggregated in a BA message that may be directed to a different set of STAs than those being sent the ACKs/BA. According to certain aspects, power saving enhancements may be implemented based on the STAs indicated in the original special frame. The original special frame may indicate that only the STAs identified in the message are scheduled for transmission during the TXOP and, in response, the STAs not identified may enter a sleep or low-power mode." Merlin '690 at ¶¶ [0173]-[0175]; *see also* Merlin '690 at FIGS. 18-20.

3205.  Further, Merlin '690 discloses: "According to certain aspects, special frames may be aggregated into A-MPDUs of downlink data, which indicate to the

STAs receiving the data that they are to then transmit on the uplink immediately after the downlink data. The transmission may be MU-MIMO or FDMA. In certain aspects, if the downlink transmission is MU-MIMO, then the ensuing UL transmission will be MU-MIMO, and if the downlink transmission is FDMA, then the ensuing UL transmission will be FDMA. Special subframe information may be included in the PSDU for each user. A special frame may be aggregated in the A-MPDU and addressed to a single station. The information in the special subframe may also be sent in the delimiters, if a new format for the delimiters is made to allow this. Special subframe information may also be included in the service field.

FIG. 21 illustrates an example frame exchange 2100 with special frames included in each DL MU-MIMO/FDMA A-MPDU to trigger uplink data, in accordance with certain aspects of the present disclosure. As shown in FIG. 21, the AP may send a DL MU-MIMO/FDMA having A-MPDUs 2102 and 2104 addressed to STA2 and STA1, respectively, and each A-MPDU aggregated with a special frame (CTX2 and CTX1). The special frames may schedule the recipient STAs. Accordingly, STA2 and STA1 may each respond with UL MU-MIMO/FDMA PPDUs 2106 and 2108, respectively. According to certain aspects, BAs/ACKs may be aggregated with the UL PPDUs or, alternatively, a separate PSDU 2110 may be sent with ACK/BA. According to certain aspects, recipient STAs may aggregate ACKs with UL data to acknowledge DL data from the AP as shown in FIG. 22. For example, an ACK may be aggregated in an A-MPDU (e.g., in a service field). FIG. 22 illustrates an

██████████████████████████████

example frame exchange 2200 with ACKs aggregated with UL data, in accordance

with certain aspects of the present disclosure. As shown in FIG. 22, the AP may

send a DL MU-MIMO/FDMA having A-MPDUs 2202 and 2204 addressed to STA2

and STA1, respectively, and each A-MPDU aggregated with a special frame (CTX2

and CTX1). The special frames may schedule the recipient STAs. Accordingly, STA2

and STA1 may each respond with UL MU-MIMO/FDMA PPDUs 2206 and 2208,

respectively. According to certain aspects, UL MU-MIMO/FDMA PPDUs 2206 and

2208 may be aggregated with ACKs corresponding to the DL data transmissions, A-

MPDUs 2202 and 2204. FIG. 23 illustrates an example frame exchange 2300 with

UL ACKs aggregated in UL MU-MIMO/FDMA PPDUs and DL ACKs aggregated in

DL MU-MIMO/FDMA A-MPDUs, in accordance with certain aspects of the present

disclosure. As shown in FIG. 23, the AP may send a special frame 2302 to schedule

UL MU-MIMO/FDMA data. Recipient STA2 and STA1 may respond with UL MU-

MIMO/FDMA PPDUs 2304 and 2306, respectively. Rather than sending a separate

BA, the AP may send DL MU-MIMO/FDMA A-MPDUs 2308 and 2310 with

aggregated ACKs per STA. According to certain aspects, the ACKs may be included

in a service field. According to certain aspects, the AP may further aggregate special

frames with the ACK and DL data, in order to schedule the STAs for UL data and

ACKs. FIG. 24 illustrates an example frame exchange with UL ACKs aggregated in

UL MU-MIMO/FDMA PPDUs and DL ACKs and special frames aggregated in DL

MU-MIMO/FDMA A-MPDUs, in accordance with certain aspects of the present

disclosure. As shown in FIG. 24, the AP may send a special frame 2402 to schedule

UL MU-MIMO/FDMA data. Recipient STA2 and STA1 may respond with UL MU-

MIMO/FDMA PPDUs 2404 and 2406, respectively. As in frame exchange 2300,

rather than sending a separate BA, the AP may send DL MU-MIMO/FDMA A-

MPDUs 2408 and 2410 with aggregated ACKs per STA. According to certain

aspects, the AP may additionally aggregate special frame per STA with each ACK

and A-MPDU to schedule the STAs for another TXOP. Accordingly, STA2 and STA1

may respond with UL MU-MIMO/FDMA PPDUs 2412 and 2412, respectively,

aggregated with ACKs per STA in each PPDU. As shown in FIG. 24, uplink and

downlink MU packets may be chained together. The downlink MU packet may

include the ACKs to the previous UL MU packet as well as an indication to start a

subsequent UL MU transmission and ACKs may be aggregated with the data in

both uplink and downlink. According to certain aspects, the special frame 2402 may

set up all of the UL MU packets and the aggregated special frames in the DL A-

MPDUs 2408 and 2410 may only serve as triggers. According to certain aspects, the

special frame in the DL A-MPDU may specify the parameters for the upcoming

uplink MU packet. For example, the special frame in the DL A-MPDUs may specify,

without limitation, the duration or number of spatial streams." Merlin '690 at ¶¶

[0176]-[0179]; *see also* Merlin '690 at FIGS. 21-24.

████████████████████████████████

3206. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3207. **802.11ac-2013** discloses this element. For example, 802.11ac-2013 discloses: "downlink multi-user multiple input, multiple output (DL-MU-MIMO): A technique by which an access point (AP) with more than one antenna transmits a physical layer (PHY) protocol data unit (PPDU) to multiple receiving non-AP stations (STAs) over the same radio frequencies, wherein each non-AP STA simultaneously receives one or more distinct space-time streams"; "multi-user multiple input, multiple output (MU-MIMO): A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same radio frequencies"; and "multi-user (MU) physical layer (PHY) protocol data unit (PPDU): A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at Section 3.1; pg. 2.

3208. 802.11ac-2013 further discloses: "Most VHT features, among other benefits, increase the maximum throughput achievable between two VHT STAs over that achievable using HT features alone. The VHT features are available to VHT STAs associated with a VHT AP in a BSS. A subset of the VHT features is

- 1260 -

███████████████████████████████

available for use between two VHT STAs that are members of the same IBSS. Similarly, a subset of the VHT features is available for use between two VHT STAs that have established mesh peering. A subset of the VHT features is available for use between two VHT STAs that have established a TDLS link. The support for VHT transmit beamforming sounding and VHT MU PPDUs in a VHT AP and more than one VHT STA within a VHT BSS enables the optional use of downlink MU multiple input, multiple output (DL-MU-MIMO). With DL-MU-MIMO the AP can create up to four A-MPDUs, each carrying MPDUs destined for an associated MU-capable STA. The AP uses group identifiers (GIDs) to signal potential recipient STAs. The AP transmits the A-MPDUs simultaneously in separate space-time streams such that each recipient STA is able to demodulate the space-time streams carrying its A-MPDU. The simultaneous transmission of A-MPDUs in a single VHT MU PPDU provides a means to increase aggregate throughput over that achieved by sending the A-MPDUs in separate SU PPDUs." 802.11ac-2013 at Section 4.3.10a; pg. 11.

3209.  Additionally, 802.11ac-2013 discloses: "This mode applies only to an AP that supports DL-MU-MIMO. The AC associated with the EDCAF that gains an EDCA TXOP becomes the primary AC. TXOP sharing is allowed when primary AC traffic is transmitted in a VHT MU PPDU and resources permit traffic from secondary ACs to be included, targeting up to four STAs. The inclusion of secondary AC traffic in a VHT MU PPDU shall not increase the duration of the VHT MU

- 1261 -

████████████████████████████████

PPDU beyond that required to transport the primary AC traffic. If a destination is targeted by frames in the queues of both the primary AC and at least one secondary AC, the frames in the primary AC queue shall be transmitted to the destination first, among a series of downlink transmissions within a TXOP. The decision of which secondary ACs and destinations are selected for TXOP sharing, as well as the order of transmissions, are implementation specific and out of scope for this specification. When sharing, the TXOP duration that applies is the TXOP limit of the primary AC. NOTE—An AP can protect the immediate response by preceding the VHT MU PPDU (which might have TXVECTOR parameter NUM_USERS > 1) with an RTS/CTS exchange or a CTS-to-self transmission. An illustration of TXOP sharing is shown in Figure 9-20a. In this figure, the AP has frames in queues of three of its ACs. It is assumed that the TXOP was obtained by AC_VI and is shared by AC_VO and AC_BE. It is also assumed that these frames are targeting three STAs, STA-1 to STA-3." 802.11ac-2013 at Section 9.19.2.3a; pg. 149.

3210.  Additionally, 802.11ac-2013 discloses: "Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the VHT beamformer and a STA for which reception is optimized is called a VHT beamformee. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel from the training symbols transmitted by the VHT

- 1262 -

████████████████

beamformer and sends back a transformed estimate of the channel state to the VHT

beamformer. The VHT beamformer then uses this estimate, perhaps combining

estimates from multiple VHT beamformees, to derive the steering matrix. If

dot11VHTSUBeamformerOptionImplemented is true, a STA shall set the SU

Beamformer Capable field in the VHT Capabilities element to 1. If

dot11VHTSUBeamformeeOptionImplemented is true, a STA shall set the SU

Beamformee Capable field in the VHT Capabilities element to 1. If

dot11VHTMUBeamformerOptionImplemented is true, a STA shall set the MU

Beamformer Capable field in the VHT Capabilities element to 1. If

dot11VHTMUBeamformeeOptionImplemented is true, a STA shall set the MU

Beamformee Capable field in the VHT Capabilities element to 1. If

dot11VHTMUBeamformerOptionImplemented is true, a STA shall set

dot11VHTSUBeamformerOptionImplemented to true. If

dot11VHTMUBeamformeeOptionImplemented is true, a STA shall set

dot11VHTSUBeamformeeOptionImplemented to true. A STA is a VHT SU-only

beamformer if it sets the SU Beamformer Capable field to 1 but sets the MU

Beamformer Capable field to 0 in transmitted VHT Capabilities elements. A STA is

an SU-only beamformee if it sets the SU Beamformee Capable field to 1 but sets the

MU Beamformee Capable field to 0 in transmitted VHT Capabilities elements. If

dot11VHTSUBeamformerOptionImplemented is false, a STA shall not act in the

role of a VHT beamformer. If dot11VHTSUBeamformeeOptionImplemented is false,

- 1263 -

█████████████████████████████████

a STA shall not act in the role of a VHT beamformee." 802.11ac-2013 at Section

9.31.5.1; pg. 168.

3211.  Further, "[c]lause 22 specifies the PHY entity for a very high

throughput (VHT) orthogonal frequency division multiplexing (OFDM) system. In

addition to the requirements in Clause 22, a VHT STA shall be capable of

transmitting and receiving PPDUs that are compliant with the mandatory PHY

specifications defined in Clause 20. The VHT PHY is based on the HT PHY defined

in Clause 20, which in turn is based on the OFDM PHY defined in Clause 18. The

VHT PHY extends the maximum number of space-time streams supported to eight

and provides support for downlink multi-user (MU) transmissions. A downlink MU

transmission supports up to four users with up to four space-time streams per user

with the total number of space-time streams not exceeding eight. NOTE—A VHT

SU PPDU includes individually addressed and group addressed transmissions. The

VHT PHY provides support for 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous

channel widths and support for 80+80 MHz noncontiguous channel width. The VHT

PHY data subcarriers are modulated using binary phase shift keying (BPSK),

quadrature phase shift keying (QPSK), 16-quadrature amplitude modulation (16-

QAM), 64-QAM, and 256-QAM. Forward error correction (FEC) coding

(convolutional or LDPC coding) is used with coding rates of 1/2, 2/3, 3/4, and 5/6."

802.11ac-2013 at Section 22.1.1; pg. 214.

████████████████████████████████

3212.  Further, in 802.11ac-2013: "SU-MIMO and DL-MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming all space-time streams in the transmitted signal are intended for reception at a single STA. With DL-MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs. For SU-MIMO beamforming, the steering matrix Qk can be determined from the beamforming feedback matrix Vk that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 20.3.12.3.6. The feedback report format is described in 8.4.1.48." 802.11ac-2013 at Section 22.3.11; pg. 293.

3213.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3214.  **Wang** discloses this element. For example, Wang discloses: "More specifically, as noted above, the communications system 100 may be a multiple access system and may employ one or more channel access schemes, such as CDMA, TDMA, FDMA, OFDMA, SC-FDMA, and the like. For example, the base station 114 a in the RAN 104 and the WTRUs 102 a, 102 b, 102 c may implement a radio technology such as Universal Mobile Telecommunications System (UMTS) Terrestrial Radio Access (UTRA), which may establish the air interface 116 using

- 1265 -

█████████████████████████

wideband CDMA (WCDMA). WCDMA may include communication protocols such

as High-Speed Packet Access (HSPA) and/or Evolved HSPA (HSPA+). HSPA may

include High-Speed Downlink Packet Access (HSDPA) and/or High-Speed Uplink

Packet Access (HSUPA)." Wang at ¶ [0047].

3215.  Wang further discloses: "FIGS. 27 and 28 show example procedures of

a speed frame exchange for downlink and uplink data, respectively. In FIG. 27, a

STA sends a PS-Poll frame 2702 to an AP to retrieve data. The AP responds with an

ACK 2704 with a More Data field set to '1' and a Response Frame field set to '11.'

The AP then sends a data frame 2706 with a More Data field set to '0' and a

Response Frame set to '00.' The STA receives the data frame 2706 and sends an

ACK frame 2708 with a More Data field set to '0' and a Response Frame field set to

'10.' In FIG. 28, a STA sends a data frame 2802 to an AP with a More Data field set

to '1' and a Response Frame field set to '00.' The AP then sends an ACK frame 2804

with a More Data field set to '0' and a Response Frame field set to '11.' The STA

then sends another data frame 2806 with a More Data field set to '0' and a Response

Frame field set to '00.' The AP then sends an ACK frame 2808 with a More Data

field set to '0' and a Response Frame field set to '10.' In one embodiment, a short

ACK frame and a short BA frame may be used in speed frame exchanges. A short

ACK may be used in response to the PS-Poll frame or the data frame. A short BA

frame may be used in response to an AMPDU. The SIG field of the short ACK frame

and the short BA frame may include a Response Frame field (or ACK indication

- 1266 -

███████████████████████████████████████████████████

field) and/or a More Data field. The Response Frame field (or ACK indication field) may be used in conjunction with the More Data field of the short ACK frame or the short BA frame to conduct speed frame exchange. FIG. 29 shows an example of speed frame exchange using a short ACK frame (or short BA frame) for downlink data. A STA sends a PS-Poll frame 2902 to retrieve data from an AP. The AP responds with a short ACK frame 2904 with a More Data field set to '1' and a Response Frame field set to '11.' The AP sends a data frame 2906 (or an AMPDU) with a More Data field se to '0' and a Response Frame field set to 'short ACK' for non-aggregated data frame or 'short BA' for aggregated data frame. The STA then responds with a short ACK (or a short BA) 2908 depending on the received data type with a More Data field set to '0' and a Response Frame field set to '10.'" Wang at [0176]-[0179]]; *see also* Wang at FIGS. 27 and 28.

3216. Additionally, Wang discloses: "When a STA initiates communication with the AP using an initiating or trigger frame (e.g., PS-Poll frame or data frame), the STA may establish its transmission opportunity (TXOP) duration by setting the Duration field of its frame and thereby setting the NAV of unintended receivers/STAs. In speed frame exchange when there is downlink data transmitted by the AP and the STA is the TXOP holder or TXOP initiator, the STA may estimate the duration for the entire TXOP (entire sequence of multiple frames) initially and use that to set the duration field in the frame it transmits to set the NAV. For example, the estimate may be based on one or more of any data to

- 1267 -

███████████████████████████████████████████

transmit, expected data to be received, expected MCS to be used, and inter-frame spaces (e.g., SIFS). The STA may truncate any excess unused TXOP duration with a CF-End frame." Wang at ¶ [0191].

3217.  Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3218.  **Zhu** discloses this element. For example, Zhu discloses: "Well-known is that said STA with entering sleep state function is meant that STA supports to get into dormant function and this function is in opening. Support to get into the STA of dormant function, can open this function a certain period, and close this function in a certain other period; That is to say that this STA can have the sleep state of entering function a certain period, and does not have the sleep state of entering function in a certain other period. Existing corresponding signaling in the prior art makes STA to give AP the own current information reporting that whether has entering sleep state function. Adopt existing power saving method; When first frame of TXOP carry forbid that the TXOP power-saving is designated as not the time; Show that all the STA equipment in the operated object mark that is not included in this frame among this BSS all can get into sleep state; In the case, all the STA equipment with entering sleep state function among this BSS just get into sleep state all according to the sleep condition judgment if satisfy the sleep condition usually. Therefore; For multiuser MIMO (Multi-User MIMO; Be called for

████████████████████████████████████████

short MU-MIMO) pattern; Adopt existing power saving method, all that are only
applicable to that operated object mark in first frame of TXOP comprised that this
TXOP relates to have the situation of the STA equipment that gets into the sleep
state function, and for Single User MIMO (Single-User MIMO; Be called for short
SU-MIMO) pattern, this method is only applicable to the operated object mark of
each frame of TXOP and only indicates no more than one situation with the STA
equipment that gets into the sleep state function. At present, wireless
communication system also has TXOP to block (truncation) technology: AP
equipment obtains a TXOP, usually in order to a STA equipment transmission data.
Suppose that an AP need pass the M frame data for a STA equipment at a TXOP,
so, what each frame data existed all that STA as receiving terminal can't correctly
receive in the reality maybe. For the frame that each receiving terminal STA can't
correctly receive, AP need transmit this frame usually again, correctly receives this
frame and send out ACK corresponding to AP that (acknowledgment: confirmation
of receipt) frame adds their confirmation up to receiving terminal STA. But AP can't
accurately foresee the number of times that needs each frame to retransmit, and
when the TXOP time span is set, can only reserve the re-transmission that
sometimes are used for several frames. Suppose when AP is provided with the
TXOP time span, reserved the re-transmission that sometimes are used for the J
frame, and the number of the actual frame that retransmits is less than J; Then AP
can carry out the operation that TXOP blocks usually; That is, AP plans in a TXOP,

████████████████████

to give the M frame data of a STA biography, is all correctly received by STA; And

the TXOP time span that is provided with that AP is provided with also has residue;

Then AP finishes this TXOP in advance, and through sending CF (contention free:

promptly avoid competition) end frame, it can translate into the time period end

indication frame that avoids competing usually. Each STA receives after the CF end

frame, just can begin competitive channel, to be used for transfer of data

separately." Zhu at ¶¶ [0005]-[0006].

3219.  Zhu further discloses: "A kind of is that under the MU-MIMO pattern,

the frame that AP sends comprises the packet header of sending through the VHT-

SIG-A signaling, and the data flow of each STA of correspondence that after packet

header, sends through the MU-MIMO spatial multiplexing mode. Wherein, packet

header comprises the fluxion information of each STA in operated object mark and

the group. Under the MU-MIMO pattern, operated object mark is Group ID.

Comprise each data flow corresponding in the data flow, comprise the MAC Address

of corresponding STA equipment in this data flow with each STA of fluxion non-0.

Particularly, AP sends at least one mac frame through the data flow of several

corresponding spatial reuses of a STA to this STA equipment, and the frame head of

this mac frame comprises the receiving terminal mac address information of 6

bytes. STA equipment is decoded to this receiving terminal mac address

information, compares with the MAC Address of STA equipment self, if identical,

explains that this mac frame issues oneself, then this frame is decoded; If different,

explain that this mac frame do not issue oneself, then it is not decoded. Another kind is that under the SU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-SIG-A signaling, and the data flow of giving a STA of after packet header, sending. Wherein, packet header comprises the fluxion information of an operated object mark and a said STA. Under the SU-MIMO pattern, operated object mark is partial association sign (association identifier is called for short AID).The MAC Address that comprises a said STA in the data flow. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a said STA to this STA equipment, and the frame head of this mac frame comprises the receiving terminal mac address information of 6 bytes. A said STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if identical, explains that this mac frame issues oneself, then this frame is decoded; If different, explain that this mac frame do not issue oneself, then it is not decoded. When No TXOP PS indication allows to carry out power-saving; Be used for judging whether getting into one or more the combination that dormant sleep condition can comprise three conditions; When wherein a condition satisfies, promptly be judged as and satisfy the sleep condition, STA equipment gets into sleep state; When one or more conditions that comprised when the sleep condition all do not satisfy, be judged as and do not satisfy the sleep condition, STA equipment keeps waking state. What need further specify is; When No TXOP PS indication allows to carry

- 1271 -

out power-saving; Be used for judging whether getting into one or more the combination that dormant sleep condition can comprise three conditions; When wherein a condition satisfies, promptly be judged as and satisfy the sleep condition, have the STA equipment that gets into the sleep state function and get into sleep state; When one or more conditions that comprised when the sleep condition all do not satisfy, be judged as and do not satisfy the sleep condition, have the STA equipment that gets into the sleep state function and keep waking state; If STA equipment can not support to get into sleep state, then keep waking state always, need not judge above-mentioned sleep condition. Simple for what explain; STA in said hereinafter 'STA equipment gets into sleep state'; All be meant and have the STA that gets into the sleep state function; This point is semantically also being seen easily, that is to say that 'STA equipment gets into sleep state' must be implied the said STA of explanation is the STA with entering sleep state function. Particularly, under the MU-MIMO pattern, these three conditions specifically comprise following content. Condition one: if when not comprising the indication to this STA equipment in the operated object mark of present frame, STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition two: if comprise the indication to this STA equipment in the operated object mark of present frame, and the corresponding spatial reuse fluxion of this STA is designated as at 0 o'clock, and STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition three: if

- 1272 -

comprise indication in the operated object mark of present frame to this STA equipment; And this STA receives when more multiple data bit is designated as 0 Frame that STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Under the SU-MIMO pattern, these three conditions specifically comprise following content. Condition one: if the part A ID of the partial association of indicating in the operated object mark of present frame sign and this STA equipment is not simultaneously, STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition two: if the part A ID that indicates in the operated object mark of present frame is identical with the part A ID of this STA equipment, but present frame is not when issuing this STA, and STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition three: if comprise indication in the operated object mark of present frame to this STA equipment; And this STA receives when more multiple data bit is designated as 0 Frame that STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. The embodiment of the invention proposes a kind of TXOP transmission method of supporting the TXOP power-saving, in same TXOP, comprises key player on a team's operated object mark and candidate operated object mark. In this TXOP; When the data of giving several indicated STA of key player on a team's operated object mark end of transmission and correctly received by corresponding STA; And this TXOP does not also finish, and then gives several indicated STA

- 1273 -

███████████████████████████████████████

transmission data of the candidate operated object mark in the remaining time of

TXOP. So just can avoid the use of TXOP and block, thereby avoid corresponding

fairness problem." Zhu at ¶¶ [0020]-[0025].

3220.  FIG. 1 of Zhu discloses an example method "of method of sending data

in embodiments of the present invention, in a WLAN, each access point AP or

terminal STA are carried out channel competition, carry out data then and send,

and in a transmission opportunity TXOP"; the method including: "S101 sends the

candidate control frame to candidate terminal equipment STA, comprises

association identification and the MAC Address of said candidate STA in the said

candidate control frame; S102; Send Frame to key player on a team STA; Also

comprise in the said Frame allowing to get into the sleep state sign, wherein said

key player on a team STA is the corresponding target STA of this TXOP, and said

key player on a team STA can get into sleep state according to said sleep state sign

after key player on a team STA transmission Frame is accomplished; S103, after

key player on a team STA sends Frame and accomplishes, according to the

association identification of said candidate STA and MAC Address to said candidate

STA transmission Frame. In the above-described embodiments, owing to introduced

candidate STA, after key player on a team STA has accomplished the data

transmission; Even this TXOP does not also finish; But give candidate STA

transmission data in the remaining time of TXOP, so just can avoid the use of

TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0026]-

[0030].

3221.  As another example, Zhu discloses: "In the embodiment of the

invention one; With AP operation of equipment flow process is that example

describes this TXOP transmission method; And suppose that a STA among the BSS

has the STA that gets into the sleep state function; Suppose the SU-MIMO pattern

simultaneously, suppose that in addition this TXOP adopts 1 key player on a team

STA and 1 candidate STA. This method comprises following process. Step 101: AP

equipment is given candidate STA transmission data at the 1st frame of TXOP.

Concrete, the 1st frame that AP sends comprises the partial association sign of a

said candidate STA and the MAC Address of a said candidate STA. At the 1st

frame, No TXOP PS indication does not allow to carry out power-saving. Step 102:

AP equipment begins up to the K frame from the 2nd frame of TXOP, promptly at

the 2nd, 3 of TXOP ..., the K frame is given key player on a team STA transmission

data. Concrete, begin up to the K frame from the 2nd frame of TXOP, each frame

that AP sends all comprises the partial association sign of a said key player on a

team STA and the MAC Address of a said key player on a team STA. Begin up to

the K frame from the 2nd frame of TXOP, No TXOP PS indicates and allows to

carry out power-saving. Step 103: if after above-mentioned K frame end of

transmission; This TXOP does not finish and the remaining time of TXOP enough is

used for transmitting at least one frame, and then AP equipment begins up to the N

- 1275 -

████████████████████████████████████████████

frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., the N

frame is given described 1 the candidate STA transmission of step 101 data.

Concrete, begin up to the N frame from the K+1 frame of TXOP, each frame that AP

sends all comprises the partial association sign of a said candidate STA and the

MAC Address of a said candidate STA. After above-mentioned N frame end of

transmission, this TXOP finishes or the remaining time of this TXOP is used for

transferring to a few frame inadequately. Begin up to the N frame from the K+1

frame of TXOP, No TXOP PS indicates and allows to carry out power-saving, and

perhaps No TXOP PS is an arbitrary value, for example all indicates not allow to

carry out power-saving. In the above step, a certain frame end of transmission

refers to that this frame is dealt into STA by AP, and STA returns corresponding

ACK signaling to AP; Perhaps, a certain frame end of transmission only refers to

that this frame is dealt into STA by AP." Zhu at ¶¶ [0033]-[0037].

3222.  Zhu further discloses that embodiments that "suppose the SU-MIMO

pattern … can be generalized to the MU-MIMO pattern …." Zhu at ¶ [0081]. For

example, "[a]mong aforesaid all embodiment, follow prior art, in a TXOP or all use

the MU-MIMO pattern, or all use the SU-MIMO pattern. In fact, can in a TXOP,

use MU-MIMO pattern and SU-MIMO pattern with, obtain following embodiment

accordingly for the flexible and more performance of dispatching. In the

embodiment of the invention 17, be that example describes this TXOP transmission

method with AP operation of equipment flow process, compatible MU-MIMO

- 1276 -

████████████████████████████████████████████

pattern and SU-MIMO pattern suppose that in addition this TXOP adopts 1 key player on a team Group ID simultaneously. This method comprises following process. Step 1701: AP equipment begins up to the K frame from the 1st frame of TXOP, promptly at the 1st, 2 of TXOP ..., the K frame is given one group of STA transmission data with a Group ID, and this Group ID is called key player on a team Group ID. Begin up to the K frame from the 1st frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 1702: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins at least one frame up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., at least one frame in the N frame adopts the SU-MIMO pattern to give 1 STA transmission data. In the embodiment of the invention 18, be that example describes this TXOP transmission method with STA operation of equipment flow process. This method comprises following process." Zhu at ¶¶ [0110]-[0114].

3223. Zhu also discloses: "Step 1801: at the 1st frame, each STA equipment is received the packet that AP sends out at this frame, comprises the No TXOP PS of this frame, the MAC Address of a Group ID and a receiving terminal STA. At the 1st frame; Each has the STA that gets into the sleep state function and at first makes a decision according to the value of this bit of No TXOP PS: if this bit indication does not allow to carry out power-saving; Then according to the method

- 1277 -

████████████████████████████████████████

for prior art, each has the STA that gets into the sleep state function all cannot get into sleep state. If this bit indication allows to carry out power-saving,, can get into sleep state and keep sleep state to finish at this frame up to this TXOP then not by the STA that gets into the sleep state function that has of the Group ID of the 1st frame indication; Identical had the STA (promptly receiving the STA of the Frame of issuing oneself) that gets into the sleep state function, a maintenance waking state by one in several receiving terminals STA MAC Address of the Group ID of the 1st frame indication and self MAC address and this frame at this frame. To the K frame, the STA that gets into the sleep state function that has by the GroupID of the 1st frame indication receives the packet that AP sends out at the 1st frame; And at each frame all according to the method for prior art; Judge whether present frame issues oneself, if present frame is issued oneself, the present frame of just decoding; In addition; If the No TXOP PS of present frame indication allows to carry out power-saving; Then,, judge whether oneself satisfies the sleep condition also according to the sleep condition of prior art by the STA of the Group ID of the 1st frame indication; If satisfy the sleep condition, just can get into sleep state and keep sleep state to finish at this frame up to this TXOP at a certain frame. Step 1802: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame; Then at the K+1 frame to N frame (K+1 is smaller or equal to N), do not get into each STA of sleep state function, all receive the packet that AP sends out; And

- 1278 -

████████████████████████

wherein at least one STA receives AP and issues at least one the SU-MIMO frame of oneself. The embodiment of the invention provides a kind of radio transmission apparatus, and it can be AP or STA in the WLAN, can be to be applied to AP or the control of STA battery saving mode, and ordinary circumstance is that an AP covers a plurality of STA, can a plurality of users be sent data. Device in the present embodiment is used to realize the flow process of said method embodiment, and the processing procedure in the concrete grammar all can be carried out in this device, and the idiographic flow of said method realizes all can becoming the function of this equipment." Zhu at ¶¶ [0115]-[0117].

3224.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3225.  **Banerjea** discloses this element. For example, Banerjea discloses: "Wireless local area networks (WLANs) have evolved rapidly over the past decade. Development of WLAN standards such as the Institute for Electrical and Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g, and 802.11n Standards has improved single-user peak data throughput. For example, the IEEE 802.11b Standard specifies a single-user peak throughput of 11 megabits per second (Mbps), the IEEE 802.11a and 802.11g Standards specify a single-user peak throughput of 54 Mbps, and the IEEE 802.11n Standard specifies a single-user peak throughput of 600 Mbps. Work has begun on a new standard, IEEE 802.11 ac, that promises to provide even greater throughput." Banerjea at Col. 1, Lines 29-40.

███████████████████████████████████

3226.  Banerjea also discloses an example scenario: "the AP 12 estimates that a power level P1 associated with signals received from the station 14 and a power level P2 associated with signals received from the station 16 differ by no more than a certain power level difference Dp, i.e., $|P1-P2|\leqq Dp$. On the other hand, the power level P2 associated with signals received from the station 18 is significantly different from the power levels P1 and P2, i.e., $|P3-P1|>Dp$ and/or $|P3-P2|\leqq Dp$. Depending on the embodiment, the AP 12 uses channel sounding or another suitable technique to estimate a power level at which the station 14 communicates with the AP 12 via a channel 30. For example, in an embodiment, the AP 12 transmits a sounding packet to the station 14 at a certain power level, receives a feedback frame from the station 14 that indicates the strength of the signal associated with the sounding packet. In another embodiment, the AP 12 receives a sounding packet transmitted from the station 14 using a power level setting known to the AP 12 and measures the strength of the signal associated with the received sounding packet. Similarly, the AP 12 generates the corresponding metrics for the station 16 and/or a channel 32 between the station 16 and the AP 12, and the station 18 and/or a channel 34 between the station 18 and the AP 12, according to an embodiment. As used herein, the channels 30, 32, and 34 at least partially define a shared wireless communication channel associated with a particular frequency band. To continue with the example scenario discussed above, the AP 12, in an embodiment, selects the stations 14 and 16 for participation in a certain group G in

- 1280 -

███████████████████████████████████████

view of the estimated power levels P1, P2, and P3. In some embodiments, the AP 12

additionally considers one or more other factors when forming the group G, such as

the MCS(s) supported by each candidate station, spatial diversity among the

candidate stations, the amount of data available at each candidate station (if known

and available), multipath effects, etc. Depending on the embodiment, the AP 12

announces the formation of the group G using an assignment frame unicast to each

of the stations 14 and 16, multicast to the stations 14 and 16, or broadcast through

the WLAN 10. In an embodiment, the station 14 includes a UL transmit (Tx)

controller 24 to process the assignment frame and control transmissions to the AP

12 that occur at the same time as transmissions from the station 16 to the AP 12. At

least the station 16 includes a UL Tx controller (not shown) similar to the UL Tx

controller 24, in an embodiment." Banerjea at Col. 2, Lines 18-62; *see also* Banerjea

at FIG. 1 for a block diagram of a communication system with an AP in such a

scenario.

3227.  Banerjea further discloses: "As illustrated in FIG. 3A, the start of the

communication frames 112-1 and 112-2 and the end of the USI frame 110 are

separated by a gap 114 having a duration equal to a SIFS. In other embodiments,

however, the gap 114 has a different duration such as, for example, a distributed

control function (DFS) interframe space (DIFS). In either case, the gap 114 is

predefined, preconfigured, or otherwise agreed upon by the transmitting devices

and the receiving device, in an embodiment, so that the USI frame 110 implicitly

████████████████████████████████

indicates the timing of simultaneous transmissions from the stations 104 and 106. In another embodiment, however, the USI frame 110 explicitly indicates the timing of simultaneous transmissions from the stations 104 and 106 (e.g., using a field to specify the start time relative to the beginning of the service period, Superframe, etc.)." Banerjea at Col. 6, Lines 53-67; *see also* Banerjea at FIG. 3A.

3228.  Further, "a period 150 is generally similar to the period 100 discussed above, except that an AP 152 and stations 154, 156 use a DL group definition for simultaneous UL transmission, according to an embodiment. Further, an assignment frame 158 in some embodiments has a format generally similar to the assignment frame 108. In the example period 150 of FIG. 3B, the assignment frame 158 is a DL group assignment frame that indicates the make-up of one or several DL groups for simultaneous downlink transmission (i.e., from the AP 154 to the stations 154 and 156). At a later time, the AP 152 transmits a USI frame 160 that indicates a DL group to be used as an UL group for transmitting communication frames 162-1 and 162-2 from the stations 154 and 156, respectively, according to an embodiment." Banerjea at Col. 7, Lines 11-24; *see also* Banerjea at FIG. 3B.

3229.  Banerjea further discloses: "In some situations, several candidate devices lack sufficient spatial diversity to operate in a UL MU mode as a single UL group. In an embodiment, an appropriate subspace index (SSI) is assigned to a candidate device depending on the current position of the candidate device relative to the AP, for example. In particular, devices located in approximately the same

- 1282 -

████████████████████████████████████████████

sector relative to the AP are assigned the same SSI, while devices spaced

sufficiently apart (from the perspective of the AP) are assigned different SSIs. It is

noted that in general, a UL group in which no two stations have the same SSIs is

likely to have good spatial diversity. Accordingly, stations having different SSIs can

be grouped together for UL MU purposes, provided other requirements are

satisfied. Referring to FIG. 6, a scenario 300 includes an initial sounding session

302 during which an AP conducts initial sounding to collect information indicative

of channel conditions of various stations, in an embodiment. Referring back to FIG.

1, for example, the AP 12 can develop (or receive) an estimate of the condition of the

channels 30, 32, and 34, in accordance with the technique of FIG. 6. Depending on

the embodiment, the initial sounding is conducted using broadcasting, selective

channel sounding, or individual channel sounding, and includes corresponding

feedback information. Based on the feedback information corresponding to the

initial sounding, the AP assigns SSIs to stations, in an embodiment. In other

embodiments, the AP assigns SSIs sequentially or randomly. During a sounding

update session 304, the AP sounds channels for one or more MU groups or for one or

more SSI combinations, in an embodiment. Further, during an SSI update session

306, the AP reassigns some or all SSIs in response to a change in the conditions of

one or more channels between the AP and the stations, in an embodiment. For

example, certain SSIs are reassigned to cover a different set of stations." Banerjea

at Col. 8, Line 58 – Col. 9, Line 23; *see also* Banerjea at FIGS. 1 and 6.

- 1283 -

████████████████████████████████████████

3230.  Additionally, "FIG. 7 is a diagram of an example format of an SSI assignment frame 400 that an AP transmits to several stations to indicate SSI assignments, in an embodiment. Similar to the frame 200 discussed with reference to FIG. 4, the SSI assignment frame 400 includes a preamble portion 402, a MAC portion 404, a frame body 406, and an FCS portion 408. The preamble portion 402 in some embodiments includes HT and/or VHT information. The MAC header portion 404 includes a frame control field 410 to indicate that the assignment frame 400 is a management or action frame, as well as a destination address field 412 set to the broadcast address value or a unicast address of a particular station, depending on the embodiment. The frame body 406 includes a category field 420 to indicate that at least the frame body 406 is being transmitted in the VHT mode, an action field 422 to indicate that the frame 400 is an SSI assignment frame, and a number of SSI sets indicator 424 to indicate the number of SSI set descriptors included in the portion of the frame body 406 that follows the number of SSI sets indicator 424. In an embodiment, each SSI set descriptor 426-1, 426-2, . . . 426-N includes a sequence of AIDs or other station identifiers, with the relative position of each AID indicating the SSI assigned to the station. For example, as illustrated in FIG. 7, the field 430-1 is in the first position in the SSI set descriptor 426-1 and specifies a first AID to indicate that the station identified by the first AID is assigned SSI=1, the field 430-2 is in the second position in the SSI set descriptor 426-1 and specifies a second AID to indicate that the station identified by the

- 1284 -

███████████████████████████████████████

second AID is assigned SSI=2, etc. It is noted that each SSI set descriptor 426-1,

426-2, . . . 426-N provides a list of stations having relatively good spatial diversity.

Accordingly, in an embodiment, an AP uses SSI set information when selecting

stations for participation an UL group, so that the selected stations transmit data in

a UL MU mode without having to adjust transmit power levels." Banerjea at Col. 9,

Lines 39-60; *see also* Banerjea at FIGS. 4 and 7.

3231.  Banerjea further discloses: "Next, FIG. 8 is a block diagram of an

example receiving device 450 that implements a UL group selection technique. In

an embodiment, the receiving device 450 operates in an AP such as the AP 12, for

example (see FIG. 1). In one such embodiment, the UL group controller 20 includes

at least some of the components 452, 460, 462, 464, 470, and 472. The receiving

device 450 includes a UL group selector 452 10 15 25 30 35 40 45 50 55 60 65 10

that receives one or more of channel Sounding data pertaining to several candidate

stations via an input 454, SSI data pertaining to some or all of these candidate

stations via an input 456, allowable power variation X between stations in a UL

group via an input 458, depending on the embodiment. Further, in some

embodiments, the UL group also receives additional or alternative information such

as the capability of the AP in which the receiving device 450 operates, multipath

effect data pertaining to the candidate stations, etc. Still further, a DL group

controller 459 provides DL group information to the UL group selector 452, so that

a UL group is selected in view of one or more DL groups or is configured to be the

- 1285 -

same as a certain DL group, in an embodiment." Banerjea at Col. 9, Line 61- Col.

10, Line 14; *see also* Banerjea at FIG. 8.

3232.  Also, Banerjea discloses: "Further, the UL group selector 452 in some

embodiments is coupled to a stream allocation unit 464 to determine which of the

streams (e.g., spatial streams) of the shared wireless communication channel are

allocated to which stations in a UL group. The MCS adaption unit 462 and the

stream allocation unit 464 are coupled to an USI frame generator 472 that

generates a USI frame formatted similar to the USI frame 200 illustrated in FIG. 4,

according to an embodiment. A timing US 8,472,383 B1 11 controller 470 coupled to

the UL group selector 452 and the USI frame generator 472 controls the timing of

transmitting the USI frame and, accordingly, the timing of arrival of UL MU data

frames from the stations in the UL group following a known time interval such as

SIFS." Banerjea at Col. 10, Line 60 – Col. 11, Line 5.

3233.  Alternatively, Banerjea, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

3234.  To the extent it is argued or determined that any of Merlin '690,

802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this

element would have been obvious at the time of the invention in view of any

combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or

Banerjea.  *See* "Motivation to Combine," *infra*.

███████████████████████████████

**5.    Claim 5 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 5 Obvious**

**a.    The method according to claim 1, wherein the downlink frame includes block acknowledgement (ACK) requests for a plurality of STAs including the STA and the at least one other STA.**

3235.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Certain aspects of the present disclosure generally relate to wireless communications and, more particularly, to frame structures and protocols for uplink (UL) multiple user (MU) frame exchanges. Certain aspects provide protocol rules and efficient frame exchange sequences to enable sending multiple block acknowledgments (BAs) in UL and/or downlink (DL) MU multiple-input multiple-output (MIMO) and frequency division multiple access (FDMA) systems. According to certain aspects, a multi-STA BA request (BAR) frame may simultaneously solicit multiple immediate BAs. According to certain aspects, frame exchange sequences involve special subframes and/or reverse direction grants (RDGs)." Merlin '690 at ¶ [0050].

3236.  Additionally, Merlin '690 discloses: "… Uplink (UL) MU-MIMO or UL FDMA can be used to transmit multiple block acknowledgements (BAs) at the same time, for example, in response to a downlink (DL) MU physical protocol data unit (PPDU). The current standard does not define UL MU-MIMO or UL FDMA and does not allow the above operation mode." Merlin '690 at ¶ [0121].

- 1287 -

3237.  Further, in Merlin '690: "FIG. 10 illustrates an example frame exchange 1000 of a DL A-MPDU including a BAR frame per each STA, in accordance with certain aspects of the present disclosure. As shown in FIG. 10, a different BAR frame for each STA may be aggregated in the DL A-MPDUs for each STA. For example, BAR frame 1002 (DL STA2+BAR2) and BAR frame 1004 (DL STA1+BAR1) may be aggregated into A-MPDU and may solicit BAs 1006 (BA STA2) and 1008 (BA STA1) from STAs 2 and 1, respectively." Merlin '690 at ¶ [0155]; *see also* Merlin '690 at FIG. 10.



FIG. 10

3238.  Merlin '690 also discloses: "According to certain aspects of the present disclosure, approaches for overhead reductions for UL MU-MIMO or UL FDMA transmissions are provided. Overhead reductions may save preamble time and interframe spacing time for new messages. In an aspect, overhead reductions may

entail aggregation of UL MU-MIMO/FDMA special subframe information in aggregated A-MPDUs of DL MU-MIMO or DL-FDMA packets. In another aspect, UL MU-MIMO/FDMA special subframe information may be aggregated with downlink ACKs (e.g., acknowledging UL data). If the parameter information in the special frame has already been communicated, the special subframe may simply act as a trigger. In another aspect, one special frame may be transmitted to schedule multiple UL MU-MIMO packets. FIG. 17 illustrates an example frame exchange 1700 with a special subframe transmitted at the beginning of the transmission opportunity, in accordance with certain aspects of the present disclosure. As illustrated in FIG. 17, the AP may transmit a special frame 1702 at the beginning of the TXOP to trigger (e.g., solicit) immediate response from the recipient STAs. The special subframe may also define the response parameters for UL MU-MIMO/FDMA transmissions for the entire TXOP time. According to certain aspects, the STAs may send a first set of packets in response to the special subframe. For example, the recipient STAs may transmit UL MU-MIMO/FDMA PPDUs 1704 and 1706. As shown in FIG. 17, the AP may then respond with block acknowledgments (BAs) 1708—granting another TXOP—which serves as a trigger for another UL MU-MIMO/FDMA transmission from the same set of recipient STAs. According to certain aspects, the AP may groupcast the BA. Alternatively, the AP may send the BA using DL MU-MIMO/FDMA. According to certain aspects, a bit (e.g., a RDG bit) in the BA may be used as a grant or trigger. According to certain aspects, the BA

- 1289 -

████████████████████████████████

may have a token number matching the token number in the special frame. As shown in FIG. 17, the recipient STAs may respond immediately after the BA 1708 with UL MU-MIMO/FDMA PPDUs 1710 and 1712, for example, using the same parameters defined by the first special frame. According to certain aspects, the process of triggering an UL MU-MIMO/FDMA transmission with an ACK/BA frame may be repeated a desired number of times consecutively. According to certain aspects, the AP may transmit a special frame including information for multiple UL MU-MIMO packets within the transmission opportunity. According to certain aspects, the special frame may define STA groups (e.g., UL MU PPDU groups) that may transmit PPDUs, for example, at different times. According to certain aspects, the special frame may specify an ordering according to which the groups may transmit PPDUs. The special frame may also specify transmission mode and parameters (e.g., duration, power, spatial streams, etc.) to be used by STAs in the groups. Alternatively, the STA groups, ordering, and other parameters may be pre-defined." Merlin '690 at ¶¶ [0170] – [0172]; *see also* Merlin '690 at FIG. 17.

3239.  Also, "FIG. 18 illustrates an example frame exchange 1800 with a special frame transmitted at the beginning of the transmission opportunity to trigger responses from multiple sets of STAs, in accordance with certain aspects of the present disclosure. As shown in FIG. 18, the AP may send special frame 1802 defining a first set of STAs including STA2 and STA1 and a second set of STAs including STA3 and STA4. The first set of STAs (STA2 and STA1) may immediately

- 1290 -

respond after receiving the special frame. For example, STA2 and STA1 may send

UL MU-MIMO/FDMA PPDUs 1804 and 1806, respectively. The AP may then

respond with a BA 1808. According to certain aspects, the BA 1808 may have a

counter indicating the group that can go next. According to certain aspects, the BA

1808 may have a bit (e.g., an RDG bit) granting the TXOP to the next set. As shown

in FIG. 18, the second set of STAs (STA3 and STA4) may respond after the BA. For

example, STA3 and STA4 may send UL MU-MIMO PPDUs 1810 and 1812,

respectively. According to certain aspects, this frame exchange may continue or

repeat a desired number of times. For example, as shown in FIG. 18, the AP may

then send a second BA 1814 after which a third set of STAs may respond, and so on.

According to certain aspects, the special frame may schedule multiple sets of STAs

to respond consecutively without a BA from the AP, for example, as shown in FIG.

19. FIG. 19 illustrates an example frame exchange 1900 with a special frame 1902

transmitted at the beginning of the transmission opportunity to trigger responses

from multiple sets of STAs, in accordance with certain aspects of the present

disclosure. As shown in FIG. 19, after the AP sends special frame 1902, the STA2

and STA1 may respond with UL MU-MIMO PPDUs 1904 and 1906, respectively,

and then, before the AP sends a BA 1912, STA3 and STA4 may respond with UL

MU-MIMO PPDUs 1908 and 1910, respectively. In the example illustrated in FIG.

19, the sets of STAs scheduled to transmit may transmit consecutively, each set

taking the previous set's transmission as a trigger for its own. The AP may then

- 1291 -

send ACKs after all the set have finished transmitting. According to certain aspects, after the AP sends a special frame and receives uplink data from a first set of STAs, the AP may send a second special frame aggregated with the BA to schedule transmissions from a second set of STAs and illustrated in FIG. 20. As shown in FIG. 20, the AP may send a special frame 2002 scheduling STA2 and STA1 for uplink data and STA2 and STA1 may respond by sending UL MU-MIMO/FDMA PPDUs 2004 and 2006, respectively. According to certain aspects, the AP may then send BA 2008 aggregated with another special frame to schedule transmission from STA3 and STA4. STA3 and STA4 may respond by sending UL MU-MIMO/FDMA PPDUs 2010 and 2012, respectively. As illustrated in FIG. 20, UL MU-MIMO/FDMA responses may be triggered using a special frame aggregated in a BA message that may be directed to a different set of STAs than those being sent the ACKs/BA. According to certain aspects, power saving enhancements may be implemented based on the STAs indicated in the original special frame. The original special frame may indicate that only the STAs identified in the message are scheduled for transmission during the TXOP and, in response, the STAs not identified may enter a sleep or low-power mode." Merlin '690 at ¶¶ [0173]-[0175]; *see also* Merlin '690 at FIGS. 18-20.

3240.  Further, Merlin '690 discloses: "According to certain aspects, special frames may be aggregated into A-MPDUs of downlink data, which indicate to the STAs receiving the data that they are to then transmit on the uplink immediately

███████████████████████████████

after the downlink data. The transmission may be MU-MIMO or FDMA. In certain

aspects, if the downlink transmission is MU-MIMO, then the ensuing UL

transmission will be MU-MIMO, and if the downlink transmission is FDMA, then

the ensuing UL transmission will be FDMA. Special subframe information may be

included in the PSDU for each user. A special frame may be aggregated in the A-

MPDU and addressed to a single station. The information in the special subframe

may also be sent in the delimiters, if a new format for the delimiters is made to

allow this. Special subframe information may also be included in the service field.

FIG. 21 illustrates an example frame exchange 2100 with special frames included in

each DL MU-MIMO/FDMA A-MPDU to trigger uplink data, in accordance with

certain aspects of the present disclosure. As shown in FIG. 21, the AP may send a

DL MU-MIMO/FDMA having A-MPDUs 2102 and 2104 addressed to STA2 and

STA1, respectively, and each A-MPDU aggregated with a special frame (CTX2 and

CTX1). The special frames may schedule the recipient STAs. Accordingly, STA2 and

STA1 may each respond with UL MU-MIMO/FDMA PPDUs 2106 and 2108,

respectively. According to certain aspects, BAs/ACKs may be aggregated with the

UL PPDUs or, alternatively, a separate PSDU 2110 may be sent with ACK/BA.

According to certain aspects, recipient STAs may aggregate ACKs with UL data to

acknowledge DL data from the AP as shown in FIG. 22. For example, an ACK may

be aggregated in an A-MPDU (e.g., in a service field). FIG. 22 illustrates an

example frame exchange 2200 with ACKs aggregated with UL data, in accordance

- 1293 -

████████████████████████

with certain aspects of the present disclosure. As shown in FIG. 22, the AP may

send a DL MU-MIMO/FDMA having A-MPDUs 2202 and 2204 addressed to STA2

and STA1, respectively, and each A-MPDU aggregated with a special frame (CTX2

and CTX1). The special frames may schedule the recipient STAs. Accordingly, STA2

and STA1 may each respond with UL MU-MIMO/FDMA PPDUs 2206 and 2208,

respectively. According to certain aspects, UL MU-MIMO/FDMA PPDUs 2206 and

2208 may be aggregated with ACKs corresponding to the DL data transmissions, A-

MPDUs 2202 and 2204. FIG. 23 illustrates an example frame exchange 2300 with

UL ACKs aggregated in UL MU-MIMO/FDMA PPDUs and DL ACKs aggregated in

DL MU-MIMO/FDMA A-MPDUs, in accordance with certain aspects of the present

disclosure. As shown in FIG. 23, the AP may send a special frame 2302 to schedule

UL MU-MIMO/FDMA data. Recipient STA2 and STA1 may respond with UL MU-

MIMO/FDMA PPDUs 2304 and 2306, respectively. Rather than sending a separate

BA, the AP may send DL MU-MIMO/FDMA A-MPDUs 2308 and 2310 with

aggregated ACKs per STA. According to certain aspects, the ACKs may be included

in a service field. According to certain aspects, the AP may further aggregate special

frames with the ACK and DL data, in order to schedule the STAs for UL data and

ACKs. FIG. 24 illustrates an example frame exchange with UL ACKs aggregated in

UL MU-MIMO/FDMA PPDUs and DL ACKs and special frames aggregated in DL

MU-MIMO/FDMA A-MPDUs, in accordance with certain aspects of the present

disclosure. As shown in FIG. 24, the AP may send a special frame 2402 to schedule

- 1294 -

UL MU-MIMO/FDMA data. Recipient STA2 and STA1 may respond with UL MU-MIMO/FDMA PPDUs 2404 and 2406, respectively. As in frame exchange 2300, rather than sending a separate BA, the AP may send DL MU-MIMO/FDMA A-MPDUs 2408 and 2410 with aggregated ACKs per STA. According to certain aspects, the AP may additionally aggregate special frame per STA with each ACK and A-MPDU to schedule the STAs for another TXOP. Accordingly, STA2 and STA1 may respond with UL MU-MIMO/FDMA PPDUs 2412 and 2412, respectively, aggregated with ACKs per STA in each PPDU. As shown in FIG. 24, uplink and downlink MU packets may be chained together. The downlink MU packet may include the ACKs to the previous UL MU packet as well as an indication to start a subsequent UL MU transmission and ACKs may be aggregated with the data in both uplink and downlink. According to certain aspects, the special frame 2402 may set up all of the UL MU packets and the aggregated special frames in the DL A-MPDUs 2408 and 2410 may only serve as triggers. According to certain aspects, the special frame in the DL A-MPDU may specify the parameters for the upcoming uplink MU packet. For example, the special frame in the DL A-MPDUs may specify, without limitation, the duration or number of spatial streams." Merlin '690 at ¶¶ [0176]-[0179]; *see also* Merlin '690 at FIGS. 21-24.

3241. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 1295 -

███████████████████████████████████████

3242. **802.11ac-2013** discloses this element. For example, 802.11ac-2013 discloses: "downlink multi-user multiple input, multiple output (DL-MU-MIMO): A technique by which an access point (AP) with more than one antenna transmits a physical layer (PHY) protocol data unit (PPDU) to multiple receiving non-AP stations (STAs) over the same radio frequencies, wherein each non-AP STA simultaneously receives one or more distinct space-time streams"; "multi-user multiple input, multiple output (MU-MIMO): A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same radio frequencies"; and "multi-user (MU) physical layer (PHY) protocol data unit (PPDU): A PPDU that carries one or more PHY service data units (PSDUs) for one or more stations (STAs) using the downlink multi-user multiple input, multiple output (DL-MU-MIMO) technique." 802.11ac-2013 at Section 3.1; pg. 2.

3243. 802.11ac-2013 further discloses: "Most VHT features, among other benefits, increase the maximum throughput achievable between two VHT STAs over that achievable using HT features alone. The VHT features are available to VHT STAs associated with a VHT AP in a BSS. A subset of the VHT features is available for use between two VHT STAs that are members of the same IBSS. Similarly, a subset of the VHT features is available for use between two VHT STAs that have established mesh peering. A subset of the VHT features is available for

- 1296 -

use between two VHT STAs that have established a TDLS link. The support for

VHT transmit beamforming sounding and VHT MU PPDUs in a VHT AP and more

than one VHT STA within a VHT BSS enables the optional use of downlink MU

multiple input, multiple output (DL-MU-MIMO). With DL-MU-MIMO the AP can

create up to four A-MPDUs, each carrying MPDUs destined for an associated MU-

capable STA. The AP uses group identifiers (GIDs) to signal potential recipient

STAs. The AP transmits the A-MPDUs simultaneously in separate space-time

streams such that each recipient STA is able to demodulate the space-time streams

carrying its A-MPDU. The simultaneous transmission of A-MPDUs in a single VHT

MU PPDU provides a means to increase aggregate throughput over that achieved

by sending the A-MPDUs in separate SU PPDUs." 802.11ac-2013 at Section 4.3.10a;

pg. 11.

3244.  Additionally, 802.11ac-2013 discloses: "This mode applies only to an

AP that supports DL-MU-MIMO. The AC associated with the EDCAF that gains an

EDCA TXOP becomes the primary AC. TXOP sharing is allowed when primary AC

traffic is transmitted in a VHT MU PPDU and resources permit traffic from

secondary ACs to be included, targeting up to four STAs. The inclusion of secondary

AC traffic in a VHT MU PPDU shall not increase the duration of the VHT MU

PPDU beyond that required to transport the primary AC traffic. If a destination is

targeted by frames in the queues of both the primary AC and at least one secondary

AC, the frames in the primary AC queue shall be transmitted to the destination

████████████████████████████

first, among a series of downlink transmissions within a TXOP. The decision of

which secondary ACs and destinations are selected for TXOP sharing, as well as the

order of transmissions, are implementation specific and out of scope for this

specification. When sharing, the TXOP duration that applies is the TXOP limit of

the primary AC. NOTE—An AP can protect the immediate response by preceding

the VHT MU PPDU (which might have TXVECTOR parameter NUM_USERS > 1)

with an RTS/CTS exchange or a CTS-to-self transmission. An illustration of TXOP

sharing is shown in Figure 9-20a. In this figure, the AP has frames in queues of

three of its ACs. It is assumed that the TXOP was obtained by AC_VI and is shared

by AC_VO and AC_BE. It is also assumed that these frames are targeting three

STAs, STA-1 to STA-3." 802.11ac-2013 at Section 9.19.2.3a; pg. 149.

3245.  Additionally, 802.11ac-2013 discloses: "Transmit beamforming and DL-

MU-MIMO require knowledge of the channel state to compute a steering matrix

that is applied to the transmitted signal to optimize reception at one or more

receivers. The STA transmitting using the steering matrix is called the VHT

beamformer and a STA for which reception is optimized is called a VHT

beamformee. An explicit feedback mechanism is used where the VHT beamformee

directly measures the channel from the training symbols transmitted by the VHT

beamformer and sends back a transformed estimate of the channel state to the VHT

beamformer. The VHT beamformer then uses this estimate, perhaps combining

estimates from multiple VHT beamformees, to derive the steering matrix. If

█████████████████████████████████████

dot11VHTSUBeamformerOptionImplemented is true, a STA shall set the SU

Beamformer Capable field in the VHT Capabilities element to 1. If

dot11VHTSUBeamformeeOptionImplemented is true, a STA shall set the SU

Beamformee Capable field in the VHT Capabilities element to 1. If

dot11VHTMUBeamformerOptionImplemented is true, a STA shall set the MU

Beamformer Capable field in the VHT Capabilities element to 1. If

dot11VHTMUBeamformeeOptionImplemented is true, a STA shall set the MU

Beamformee Capable field in the VHT Capabilities element to 1. If

dot11VHTMUBeamformerOptionImplemented is true, a STA shall set

dot11VHTSUBeamformerOptionImplemented to true. If

dot11VHTMUBeamformeeOptionImplemented is true, a STA shall set

dot11VHTSUBeamformeeOptionImplemented to true. A STA is a VHT SU-only

beamformer if it sets the SU Beamformer Capable field to 1 but sets the MU

Beamformer Capable field to 0 in transmitted VHT Capabilities elements. A STA is

an SU-only beamformee if it sets the SU Beamformee Capable field to 1 but sets the

MU Beamformee Capable field to 0 in transmitted VHT Capabilities elements. If

dot11VHTSUBeamformerOptionImplemented is false, a STA shall not act in the

role of a VHT beamformer. If dot11VHTSUBeamformeeOptionImplemented is false,

a STA shall not act in the role of a VHT beamformee." 802.11ac-2013 at Section

9.31.5.1; pg. 168.

3246.  Further, "[c]lause 22 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 22, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 20. The VHT PHY is based on the HT PHY defined in Clause 20, which in turn is based on the OFDM PHY defined in Clause 18. The VHT PHY extends the maximum number of space-time streams supported to eight and provides support for downlink multi-user (MU) transmissions. A downlink MU transmission supports up to four users with up to four space-time streams per user with the total number of space-time streams not exceeding eight. NOTE—A VHT SU PPDU includes individually addressed and group addressed transmissions. The VHT PHY provides support for 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous channel widths and support for 80+80 MHz noncontiguous channel width. The VHT PHY data subcarriers are modulated using binary phase shift keying (BPSK), quadrature phase shift keying (QPSK), 16-quadrature amplitude modulation (16-QAM), 64-QAM, and 256-QAM. Forward error correction (FEC) coding (convolutional or LDPC coding) is used with coding rates of 1/2, 2/3, 3/4, and 5/6." 802.11ac-2013 at Section 22.1.1; pg. 214.

3247.  Further, in 802.11ac-2013: "SU-MIMO and DL-MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve

- 1300 -

throughput. With SU-MIMO beamforming all space-time streams in the transmitted signal are intended for reception at a single STA. With DL-MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs. For SU-MIMO beamforming, the steering matrix Qk can be determined from the beamforming feedback matrix Vk that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 20.3.12.3.6. The feedback report format is described in 8.4.1.48." 802.11ac-2013 at Section 22.3.11; pg. 293.

3248.  802.11ac-2013 also discloses that "[r]ecovery within the TXOP that contains a VHT MU PPDU can be performed according to the rules of 9.19.2.4. BlockAckRequest frames related to A-MPDUs within a VHT MU PPDU can be transmitted in a TXOP separate from the one that contained the VHT MU PPDU. NOTE 1—A BlockAck frame or an ACK frame is sent in immediate response to the BlockAckReq frame for HTimmediate or HT-delayed Block Ack, respectively. An ACK frame might be sent in immediate response to a VHT single MPDU in the VHT MU PPDU. NOTE 2—A BlockAckRequest frame would typically not be sent to a STA in the case where the A-MPDU to the STA contained no MPDUs requiring acknowledgment. It could be sent if MPDUs in a previous A-MPDU remain unacknowledged." 802.11ac-2013 at Section 9.3.2.9a; pg. 123. *See also* 802.11ac-2013 at FIGS. 9-9a and 9-9b; pg. 123.

████████████████████████████████████████

3249.  802.11ac-2013 also discloses: "If a BlockAck frame is sent as an immediate response to either an implicit BlockAck request or to a BlockAckReq frame that was carried in an HT or VHT PPDU and the BlockAck frame is carried in a non-HT PPDU, the primary rate is defined to be the highest rate in the BSSBasicRateSet parameter that is less than or equal to the rate (or non-HT reference rate; see 9.7.9) of the previous frame. If no rate in the BSSBasicRateSet parameter meets these conditions, the primary rate is defined to be the highest mandatory rate of the attached PHY that is less than or equal to the rate (or non-HT reference rate; see 9.7.9) of the previous frame. The STA may select an alternate rate according to the rules in 9.7.6.5.4. The STA shall transmit the non-HT PPDU BlockAck control response frame at either the primary rate or the alternate rate, if one exists." 802.11ac-2013 at Section 9.7.6.5.2; pg. 129.

3250.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3251.  **Wang** discloses this element. For example, Wang discloses: "A block ACK was introduced in the 802.11e amendment. A block ACK improves the system efficiency by allowing the recipient of multiple frames to transmit a single block ACK to acknowledge a block of data frames. The block ACK may be an immediate block ACK or a delayed block ACK." Wang at ¶ [0074].

████████████████████████████████████

3252.  For example, "[i]n one embodiment, the MU-MIMO PPDU format may be used to transmit a delayed multi-user ACKs or block ACKs. FIG. 8 shows an example of PPDU frame structure for a MU-MIMO block ACK. The PPDU includes an omni portion 810 and a MU portion 820. The omni portion 810 is transmitted for all users and the MU portion 820 is transmitted via each spatial stream of the MU-MIMO transmission. The omni portion 810 includes an STF, an LTS and a SIG field (SIGA). The MU portion 820 includes an STF, LTFs, and an ACK body frame 822. The ACK body frame 822 shown in FIG. 8 is a BA frame 830. Alternatively, the ACK body frame 822 may be a normal ACK frame. The multi-user block ACK may be applied to a delayed multi-user block ACK. FIG. 9 shows an example message exchange sequence for delayed MU-MIMO block ACK. STA1 acquires a channel and negotiates with an AP with a few message exchanges 910 to set up a block ACK session with the AP with delayed block ACK policy. An originator (STA1 in this example) transmits data, followed by a block ACK request (BAR) 914. The BAR frame 914 solicits an ACK frame 916 from the recipient (AP in this example). FIG. 10 shows a BAR frame format. The BAR frame 914 includes a BAR control field 1002. If a BAR ACK policy field in the BAR control field 1002 is set to '1', the recipient returns an ACK immediately upon receipt of the BAR frame 914. If a BAR ACK policy field in the BAR control field 1002 is set to '0', the recipient does not send an ACK upon receipt of the BAR frame 914. In the example shown in FIG. 9, the AP sends an ACK 916 in response to the BAR frame 914. During each BA

- 1303 -

███████████████████████████████████████████

session, unintended STAs (all STAs other than the originator (STA2-STA4 in this example) and the recipient (AP in this example)) may set their NAV during the BA session. The AP will hold the BA for STA1, and wait for delayed transmission. STA2 then acquires a channel and exchanges messages 920 to set up a BA session with the AP and transmits data frames 922 and a BAR frame 924 to the AP, and receive an ACK frame 926 from the AP. STA3 then acquires a channel and exchanges messages 930 to set up a BA session with the AP and transmits data frames 932 and a BAR frame 934 to the AP, and receive an ACK frame 936 from the AP. STA4 then acquires a channel and exchanges messages 940 to set up a BA session with the AP and transmits data frames 942 and a BAR frame 944 to the AP, and receive an ACK frame 946 from the AP. The AP may group several block ACKs (BA1-BA4 in this example) and transmit them using a MU-MIMO transmission, (i.e., delayed MU-MIMO BA). The AP may group multiple block ACKs according to some grouping criteria, (e.g., with similar access category (AC), or good spatial channel correlation), for MU-MIMO block ACK transmission. The AP may modulate the BAs with different MU-MIMO weights, and transmits them simultaneously. Within the MU-MIMO BA frame, the BA ACK policy field in the BA control field indicates whether an ACK is requested in response to the BA frame. The BA ACK policy field may be set to '0' or '1' for all users. If the BA ACK policy field is set to '1', the BA frame 950 will not solicit an ACK response from the originator (STA1-STA4 in this example). If the BA ACK policy field is set to '0', the BA frame 950 solicits an ACK

████████████████████████████

response 960 from the originators (STA1-STA4 in this example) as shown in FIG. 9.
The ACK responses 960 from the STAs in response to the MU-MIMO BA 950 may
be transmitted by the STAs simultaneously using MU-MIMO. Alternatively, the
STAs may transmit an ACK sequentially, for example, according to the user
position array defined in a group ID. The group ID may be included in the SIG
field." Wang at ¶¶ [0100]-[0105]]; *see also* Wang at FIGS. 8 and 9.

3253.  Additionally, Wang discloses: "All AP/STAs involved in the delayed
MU-MIMO ACK sequence may declare the support of delayed block ACK and MU-
MIMO. In another embodiment, instead of transmitting ACKs or BAs for multiple
users with MU-MIMO, the ACKs or BAs may be aggregated in time domain and
transmitted sequentially, (i.e., an aggregated multi-user ACK (A-MU-ACK)). A
receiver (STA or AP) receives data packets, and generates acknowledgement
packets in response to received data packets, and may aggregate the
acknowledgement packets and transmit the aggregated acknowledgement packets
in the single transmission. FIG. 11 shows an example PPDU structure for an A-MU-
ACK frame. In FIG. 11, the ACKs are aggregated at the MPDU level. The
aggregated ACKs may be block ACKs or normal ACKs. The PPDU for the A-MU-
ACK 1100 includes a preamble 1110, an SIG field 1120, and a data field 1130.
Within the data field 1130, the A-MU-ACK frame 1132 is included. The A-MU-ACK
frame 1132 includes ACK (or BA) MPDUs 1142 for one or more users (ACK1, ACK2,
ACK3 in this example) separated by ACK delimiters 1144. The ACK/BA MPDUs

- 1305 -

███████████████████████████████████████████

1142 are aggregated at a MAC level and the A-MU-ACK frame 1132 is passed to the

physical layer as an aggregated MPDU packet so that the A-MU-ACK frame 1132

may be coded and modulated by the physical layer as a whole packet. The lowest

MCS may be used for the A-MU-ACK." Wang at [0106]-[0108]]; *see also* Wang at

FIG. 11.

3254.  Wang also discloses: "The DMA Request frame may be implemented,

for example, by using a block ACK action frame or any other management or control

frame. The Block Ack Action field value may be set to '6' to indicate that this is a

DMA Request frame if implemented as a block ACK action frame. The DMA

Request frame may include a DMA Request option field to indicate whether the

DMA request is for an entire group or for an individual STA, and/or a DMA option

field to indicate whether the DMA request is for just regular ACK or for block ACK.

STAs may be pre-arranged into groups either autonomously or by an AP. For

example, an AP may announce STA group memberships using a group ID

management frame or any other management or control frames. The receiver

address in the MAC header of the delayed multi-user ACK frame for a group of

STAs may be either a broadcast or multicast MAC address that is mutually agreed

by the STAs and the AP." Wang at ¶¶ [0143]-[0144].

3255.  Further, Wang discloses: "The delayed multi-user ACK frame for pre-

arranged groups of STAs may be implemented using a block ACK action frame or

any management or control frame. The block ACK action field value may be set to

'7' to indicate that this is a delayed multi-user ACK frame for a pre-arranged group

of STAs if implemented as block ACK action frame. The delayed multi-user ACK

frame for a pre-arranged group of STAs may include an ACK option field to indicate

that the DMA is for a pre-arranged group of STAs and indicate whether the ACK is

either a normal ACK or a block ACK. The delayed multi-user ACK frame for a pre-

arranged group of STAs may also include a block ACK option field to indicate

whether the block ACK for each member of the pre-arranged group is multi-TID

(Multi TID), whether the block ACK for each member of the pre-arranged group is

multi TID and the number K of TIDs per STA being acknowledged (Number of TIDs

per STA), and/or the number N of frames that are being acknowledged per TID per

member of the pre-arranged group (Number of ACKed frames per TID). The delayed

multi-user ACK frame for a pre-arranged group of STAs may include a field

indicating the number of ACK fields. The delayed multi-user ACK frame for a pre-

arranged group of STAs includes ACK fields. FIG. 23 shows an example of ACK

fields in the delayed multi-user ACK frame for a pre-arranged group of STAs. The

ACK fields may be arranged in the same order as the order of the STAs in the pre-

arranged group. Each ACK field may comprise K (TID+TID ACK) fields. The

number K is specified by Number of TIDs per STA in the block ACK option field.

The TID ACK field may include a starting sequence number and a bit map of N bits

each indicating an ACK for a frame for the associated TID. A delayed multi-user

ACK frame for an ad-hoc group of STAs may be implemented using a block ACK

- 1307 -

███████████████████████████████

frame or any management or control frame. The delayed multi-user ACK frame for an ad-hoc group of STAs may include identification, which is a field that indicates this is a DMA frame. The block ACK action field value may be set to 7 if implemented as block ACK Action frame. The delayed multi-user ACK frame for an ad-hoc group of STAs may include a DA field. The destination address in the MAC header in the DMA may be a multicast or a broadcast address mutually agreed by the STAs and the AP. The delayed multi-user ACK frame for an ad-hoc group of STAs may include an ACK Option field. The ACK Option field may indicate that the DMA is for ad hoc group, and may indicate whether the ACK is either a normal ACK or a block ACK. The delayed multi-user ACK frame for an ad-hoc group of STAs may include a block ACK Options to indicate whether the block ACK for each member of the ad hoc group is multi TID (Multi TID), whether the block ACK for each member of the ad hoc group is multi TID and the number K of TIDs per STA being acknowledged (Number of TIDs per STA), and the number N of frames that are being acknowledged per TID per member of the ad hoc group (Number of ACKed frames per TID)." Wang at ¶¶ [0146]-[0150].

3256.  For example, "[t]he delayed multi-user ACK frame for an ad-hoc group of STAs may include a field (Number of ACK fields) to indicate the number of ACK fields contained in the current DMA frame. The delayed multi-user ACK frame for an ad-hoc group of STAs includes an ACK field. FIG. 24 shows an example of ACK fields in the delayed multi-user ACK frame for ad hoc group of STAs. Each ACK

- 1308 -

████████████████████████████████

field is for each member of the ad hoc group. Each ACK field starts with an ID field,

which contains the ID of the member of the ad hoc group. The ID may be MAC

address, association ID (AID) or other form of IDs that the STAs and the AP agreed

upon. Each ACK field includes K (TID+TID ACK) fields. The number K is specified

by Number of TIDs per STA in Block ACK option field. The TID ACK field may

include a starting sequence number and a bit map of N bits each indicating an ACK

for a frame for the associated TID. A short ACK frame is a shortened version of an

ACK frame, which has no MAC layer fields. A short BA frame is a shortened version

of a BA frame, which has no MAC layer fields. FIG. 25 shows a conventional short

ACK frame format. The conventional short ACK frame includes an STF field 2502,

an LTF field 2504, and an SIG field 2506. The SIG field 2506 of the short ACK

frame has an indication that the frame is a short ACK frame and other indications

and signaling such as ACK ID to indicate the intended receiver of the short ACK, a

More Data field, and a Duration field for NAV setting. The short BA frame has the

same structure as the short ACK frame. The short BA frame includes an STF field,

an LTF field, and an SIG field. The SIG field of the short BA frame has an

indication that the frame is a short BA frame and other indications and signaling

needed for the short BA frame such as Block Ack ID to indicate the intended

receiver of the BA, starting sequence control and block bitmap." Wang at ¶¶ [0151]-

[0152]]; *see also* Wang at FIGS. 24 and 25.

- 1309 -

3257.  Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3258.  **Zhu** discloses this element. For example, Zhu discloses: "Well-known is that said STA with entering sleep state function is meant that STA supports to get into dormant function and this function is in opening. Support to get into the STA of dormant function, can open this function a certain period, and close this function in a certain other period; That is to say that this STA can have the sleep state of entering function a certain period, and does not have the sleep state of entering function in a certain other period. Existing corresponding signaling in the prior art makes STA to give AP the own current information reporting that whether has entering sleep state function. Adopt existing power saving method; When first frame of TXOP carry forbid that the TXOP power-saving is designated as not the time; Show that all the STA equipment in the operated object mark that is not included in this frame among this BSS all can get into sleep state; In the case, all the STA equipment with entering sleep state function among this BSS just get into sleep state all according to the sleep condition judgment if satisfy the sleep condition usually. Therefore; For multiuser MIMO (Multi-User MIMO; Be called for short MU-MIMO) pattern; Adopt existing power saving method, all that are only applicable to that operated object mark in first frame of TXOP comprised that this TXOP relates to have the situation of the STA equipment that gets into the sleep

state function, and for Single User MIMO (Single-User MIMO; Be called for short SU-MIMO) pattern, this method is only applicable to the operated object mark of each frame of TXOP and only indicates no more than one situation with the STA equipment that gets into the sleep state function. At present, wireless communication system also has TXOP to block (truncation) technology: AP equipment obtains a TXOP, usually in order to a STA equipment transmission data. Suppose that an AP need pass the M frame data for a STA equipment at a TXOP, so, what each frame data existed all that STA as receiving terminal can't correctly receive in the reality maybe. For the frame that each receiving terminal STA can't correctly receive, AP need transmit this frame usually again, correctly receives this frame and send out ACK corresponding to AP that (acknowledgment: confirmation of receipt) frame adds their confirmation up to receiving terminal STA. But AP can't accurately foresee the number of times that needs each frame to retransmit, and when the TXOP time span is set, can only reserve the re-transmission that sometimes are used for several frames. Suppose when AP is provided with the TXOP time span, reserved the re-transmission that sometimes are used for the J frame, and the number of the actual frame that retransmits is less than J; Then AP can carry out the operation that TXOP blocks usually; That is, AP plans in a TXOP, to give the M frame data of a STA biography, is all correctly received by STA; And the TXOP time span that is provided with that AP is provided with also has residue; Then AP finishes this TXOP in advance, and through sending CF (contention free:

- 1311 -

promptly avoid competition) end frame, it can translate into the time period end indication frame that avoids competing usually. Each STA receives after the CF end frame, just can begin competitive channel, to be used for transfer of data separately." Zhu at ¶¶ [0005]-[0006].

3259.  Zhu further discloses: "A kind of is that under the MU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-SIG-A signaling, and the data flow of each STA of correspondence that after packet header, sends through the MU-MIMO spatial multiplexing mode. Wherein, packet header comprises the fluxion information of each STA in operated object mark and the group. Under the MU-MIMO pattern, operated object mark is Group ID. Comprise each data flow corresponding in the data flow, comprise the MAC Address of corresponding STA equipment in this data flow with each STA of fluxion non-0. Particularly, AP sends at least one mac frame through the data flow of several corresponding spatial reuses of a STA to this STA equipment, and the frame head of this mac frame comprises the receiving terminal mac address information of 6 bytes. STA equipment is decoded to this receiving terminal mac address information, compares with the MAC Address of STA equipment self, if identical, explains that this mac frame issues oneself, then this frame is decoded; If different, explain that this mac frame do not issue oneself, then it is not decoded. Another kind is that under the SU-MIMO pattern, the frame that AP sends comprises the packet header of sending through the VHT-SIG-A signaling, and the data flow of

- 1312 -

giving a STA of after packet header, sending. Wherein, packet header comprises the

fluxion information of an operated object mark and a said STA. Under the SU-

MIMO pattern, operated object mark is partial association sign (association

identifier is called for short AID).The MAC Address that comprises a said STA in

the data flow. Particularly, AP sends at least one mac frame through the data flow

of several corresponding spatial reuses of a said STA to this STA equipment, and

the frame head of this mac frame comprises the receiving terminal mac address

information of 6 bytes. A said STA equipment is decoded to this receiving terminal

mac address information, compares with the MAC Address of STA equipment self, if

identical, explains that this mac frame issues oneself, then this frame is decoded; If

different, explain that this mac frame do not issue oneself, then it is not decoded.

When No TXOP PS indication allows to carry out power-saving; Be used for judging

whether getting into one or more the combination that dormant sleep condition can

comprise three conditions; When wherein a condition satisfies, promptly be judged

as and satisfy the sleep condition, STA equipment gets into sleep state; When one or

more conditions that comprised when the sleep condition all do not satisfy, be

judged as and do not satisfy the sleep condition, STA equipment keeps waking

state. What need further specify is; When No TXOP PS indication allows to carry

out power-saving; Be used for judging whether getting into one or more the

combination that dormant sleep condition can comprise three conditions; When

wherein a condition satisfies, promptly be judged as and satisfy the sleep condition,

- 1313 -

have the STA equipment that gets into the sleep state function and get into sleep

state; When one or more conditions that comprised when the sleep condition all do

not satisfy, be judged as and do not satisfy the sleep condition, have the STA

equipment that gets into the sleep state function and keep waking state; If STA

equipment can not support to get into sleep state, then keep waking state always,

need not judge above-mentioned sleep condition. Simple for what explain; STA in

said hereinafter 'STA equipment gets into sleep state'; All be meant and have the

STA that gets into the sleep state function; This point is semantically also being

seen easily, that is to say that 'STA equipment gets into sleep state' must be implied

the said STA of explanation is the STA with entering sleep state function.

Particularly, under the MU-MIMO pattern, these three conditions specifically

comprise following content. Condition one: if when not comprising the indication to

this STA equipment in the operated object mark of present frame, STA equipment

can get into sleep state and keep sleep state to finish up to this TXOP at present

frame. Condition two: if comprise the indication to this STA equipment in the

operated object mark of present frame, and the corresponding spatial reuse fluxion

of this STA is designated as at 0 o'clock, and STA equipment can get into sleep state

and keep sleep state to finish up to this TXOP at present frame. Condition three: if

comprise indication in the operated object mark of present frame to this STA

equipment; And this STA receives when more multiple data bit is designated as 0

Frame that STA equipment can get into sleep state and keep sleep state to finish up

- 1314 -

████████████████████████████████████████████

to this TXOP at present frame. Under the SU-MIMO pattern, these three conditions specifically comprise following content. Condition one: if the part A ID of the partial association of indicating in the operated object mark of present frame sign and this STA equipment is not simultaneously, STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition two: if the part A ID that indicates in the operated object mark of present frame is identical with the part A ID of this STA equipment, but present frame is not when issuing this STA, and STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. Condition three: if comprise indication in the operated object mark of present frame to this STA equipment; And this STA receives when more multiple data bit is designated as 0 Frame that STA equipment can get into sleep state and keep sleep state to finish up to this TXOP at present frame. The embodiment of the invention proposes a kind of TXOP transmission method of supporting the TXOP power-saving, in same TXOP, comprises key player on a team's operated object mark and candidate operated object mark. In this TXOP; When the data of giving several indicated STA of key player on a team's operated object mark end of transmission and correctly received by corresponding STA; And this TXOP does not also finish, and then gives several indicated STA transmission data of the candidate operated object mark in the remaining time of TXOP. So just can avoid the use of TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0020]-[0025].

- 1315 -

████████████████████████████████████████

3260.  FIG. 1 of Zhu discloses an example method "of method of sending data in embodiments of the present invention, in a WLAN, each access point AP or terminal STA are carried out channel competition, carry out data then and send, and in a transmission opportunity TXOP"; the method including: "S101 sends the candidate control frame to candidate terminal equipment STA, comprises association identification and the MAC Address of said candidate STA in the said candidate control frame; S102; Send Frame to key player on a team STA; Also comprise in the said Frame allowing to get into the sleep state sign, wherein said key player on a team STA is the corresponding target STA of this TXOP, and said key player on a team STA can get into sleep state according to said sleep state sign after key player on a team STA transmission Frame is accomplished; S103, after key player on a team STA sends Frame and accomplishes, according to the association identification of said candidate STA and MAC Address to said candidate STA transmission Frame. In the above-described embodiments, owing to introduced candidate STA, after key player on a team STA has accomplished the data transmission; Even this TXOP does not also finish; But give candidate STA transmission data in the remaining time of TXOP, so just can avoid the use of TXOP and block, thereby avoid corresponding fairness problem." Zhu at ¶¶ [0026]-[0030].

3261.  As another example, Zhu discloses: "In the embodiment of the invention one; With AP operation of equipment flow process is that example

- 1316 -

describes this TXOP transmission method; And suppose that a STA among the BSS has the STA that gets into the sleep state function; Suppose the SU-MIMO pattern simultaneously, suppose that in addition this TXOP adopts 1 key player on a team STA and 1 candidate STA. This method comprises following process. Step 101: AP equipment is given candidate STA transmission data at the 1st frame of TXOP. Concrete, the 1st frame that AP sends comprises the partial association sign of a said candidate STA and the MAC Address of a said candidate STA. At the 1st frame, No TXOP PS indication does not allow to carry out power-saving. Step 102: AP equipment begins up to the K frame from the 2nd frame of TXOP, promptly at the 2nd, 3 of TXOP ..., the K frame is given key player on a team STA transmission data. Concrete, begin up to the K frame from the 2nd frame of TXOP, each frame that AP sends all comprises the partial association sign of a said key player on a team STA and the MAC Address of a said key player on a team STA. Begin up to the K frame from the 2nd frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 103: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., the N frame is given described 1 the candidate STA transmission of step 101 data. Concrete, begin up to the N frame from the K+1 frame of TXOP, each frame that AP sends all comprises the partial association sign of a said candidate STA and the

███████████████████████

MAC Address of a said candidate STA. After above-mentioned N frame end of transmission, this TXOP finishes or the remaining time of this TXOP is used for transferring to a few frame inadequately. Begin up to the N frame from the K+1 frame of TXOP, No TXOP PS indicates and allows to carry out power-saving, and perhaps No TXOP PS is an arbitrary value, for example all indicates not allow to carry out power-saving. In the above step, a certain frame end of transmission refers to that this frame is dealt into STA by AP, and STA returns corresponding ACK signaling to AP; Perhaps, a certain frame end of transmission only refers to that this frame is dealt into STA by AP." Zhu at ¶¶ [0033]-[0037].

3262.  Zhu further discloses that embodiments that "suppose the SU-MIMO pattern … can be generalized to the MU-MIMO pattern …." Zhu at ¶ [0081]. For example, "[a]mong aforesaid all embodiment, follow prior art, in a TXOP or all use the MU-MIMO pattern, or all use the SU-MIMO pattern. In fact, can in a TXOP, use MU-MIMO pattern and SU-MIMO pattern with, obtain following embodiment accordingly for the flexible and more performance of dispatching. In the embodiment of the invention 17, be that example describes this TXOP transmission method with AP operation of equipment flow process, compatible MU-MIMO pattern and SU-MIMO pattern suppose that in addition this TXOP adopts 1 key player on a team Group ID simultaneously. This method comprises following process. Step 1701: AP equipment begins up to the K frame from the 1st frame of TXOP, promptly at the 1st, 2 of TXOP ..., the K frame is given one group of STA

- 1318 -

████████████████████████

transmission data with a Group ID, and this Group ID is called key player on a team Group ID. Begin up to the K frame from the 1st frame of TXOP, No TXOP PS indicates and allows to carry out power-saving. Step 1702: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame, and then AP equipment begins at least one frame up to the N frame from the K+1 frame of TXOP, promptly at the K+1 of TXOP; K+2; ..., at least one frame in the N frame adopts the SU-MIMO pattern to give 1 STA transmission data. In the embodiment of the invention 18, be that example describes this TXOP transmission method with STA operation of equipment flow process. This method comprises following process." Zhu at ¶¶ [0110]-[0114].

3263.  Zhu also discloses: "Step 1801: at the 1st frame, each STA equipment is received the packet that AP sends out at this frame, comprises the No TXOP PS of this frame, the MAC Address of a Group ID and a receiving terminal STA. At the 1st frame; Each has the STA that gets into the sleep state function and at first makes a decision according to the value of this bit of No TXOP PS: if this bit indication does not allow to carry out power-saving; Then according to the method for prior art, each has the STA that gets into the sleep state function all cannot get into sleep state. If this bit indication allows to carry out power-saving,, can get into sleep state and keep sleep state to finish at this frame up to this TXOP then not by the STA that gets into the sleep state function that has of the Group ID of the 1st

- 1319 -

████████████████████████████████████

frame indication; Identical had the STA (promptly receiving the STA of the Frame of issuing oneself) that gets into the sleep state function, a maintenance waking state by one in several receiving terminals STA MAC Address of the Group ID of the 1st frame indication and self MAC address and this frame at this frame. To the K frame, the STA that gets into the sleep state function that has by the GroupID of the 1st frame indication receives the packet that AP sends out at the 1st frame; And at each frame all according to the method for prior art; Judge whether present frame issues oneself, if present frame is issued oneself, the present frame of just decoding; In addition; If the No TXOP PS of present frame indication allows to carry out power-saving; Then,, judge whether oneself satisfies the sleep condition also according to the sleep condition of prior art by the STA of the Group ID of the 1st frame indication; If satisfy the sleep condition, just can get into sleep state and keep sleep state to finish at this frame up to this TXOP at a certain frame. Step 1802: if after above-mentioned K frame end of transmission; This TXOP does not finish and the remaining time of TXOP enough is used for transmitting at least one frame; Then at the K+1 frame to N frame (K+1 is smaller or equal to N), do not get into each STA of sleep state function, all receive the packet that AP sends out; And wherein at least one STA receives AP and issues at least one the SU-MIMO frame of oneself. The embodiment of the invention provides a kind of radio transmission apparatus, and it can be AP or STA in the WLAN, can be to be applied to AP or the control of STA battery saving mode, and ordinary circumstance is that an AP covers

- 1320 -

████████████████████████████████████████████

a plurality of STA, can a plurality of users be sent data. Device in the present

embodiment is used to realize the flow process of said method embodiment, and the

processing procedure in the concrete grammar all can be carried out in this device,

and the idiographic flow of said method realizes all can becoming the function of

this equipment." Zhu at ¶¶ [0115]-[0117].

3264.  Alternatively, Zhu, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders this element obvious.

3265.  **Banerjea** discloses this element. For example, Banerjea discloses:

"Wireless local area networks (WLANs) have evolved rapidly over the past decade.

Development of WLAN standards such as the Institute for Electrical and

Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g, and 802.11n Standards

has improved single-user peak data throughput. For example, the IEEE 802.11b

Standard specifies a single-user peak throughput of 11 megabits per second (Mbps),

the IEEE 802.11a and 802.11g Standards specify a single-user peak throughput of

54 Mbps, and the IEEE 802.11n Standard specifies a single-user peak throughput of

600 Mbps. Work has begun on a new standard, IEEE 802.11 ac, that promises to

provide even greater throughput." Banerjea at Col. 1, Lines 29-40.

3266.  Banerjea also discloses an example scenario: "the AP 12 estimates that

a power level P1 associated with signals received from the station 14 and a power

level P2 associated with signals received from the station 16 differ by no more than

a certain power level difference Dp, i.e., $|P1-P2| \leqq Dp$. On the other hand, the

█████████████████████████████████████████

power level P2 associated with signals received from the station 18 is significantly

different from the power levels P1 and P2, i.e., $|P3-P1|>Dp$ and/or $|P3-P2|\leqq Dp$.

Depending on the embodiment, the AP 12 uses channel sounding or another

suitable technique to estimate a power level at which the station 14 communicates

with the AP 12 via a channel 30. For example, in an embodiment, the AP 12

transmits a sounding packet to the station 14 at a certain power level, receives a

feedback frame from the station 14 that indicates the strength of the signal

associated with the sounding packet. In another embodiment, the AP 12 receives a

sounding packet transmitted from the station 14 using a power level setting known

to the AP 12 and measures the strength of the signal associated with the received

sounding packet. Similarly, the AP 12 generates the corresponding metrics for the

station 16 and/or a channel 32 between the station 16 and the AP 12, and the

station 18 and/or a channel 34 between the station 18 and the AP 12, according to

an embodiment. As used herein, the channels 30, 32, and 34 at least partially define

a shared wireless communication channel associated with a particular frequency

band. To continue with the example scenario discussed above, the AP 12, in an

embodiment, selects the stations 14 and 16 for participation in a certain group G in

view of the estimated power levels P1, P2, and P3. In some embodiments, the AP 12

additionally considers one or more other factors when forming the group G, such as

the MCS(s) supported by each candidate station, spatial diversity among the

candidate stations, the amount of data available at each candidate station (if known

- 1322 -

███████████████████████████████████████

and available), multipath effects, etc. Depending on the embodiment, the AP 12

announces the formation of the group G using an assignment frame unicast to each

of the stations 14 and 16, multicast to the stations 14 and 16, or broadcast through

the WLAN 10. In an embodiment, the station 14 includes a UL transmit (Tx)

controller 24 to process the assignment frame and control transmissions to the AP

12 that occur at the same time as transmissions from the station 16 to the AP 12. At

least the station 16 includes a UL Tx controller (not shown) similar to the UL Tx

controller 24, in an embodiment." Banerjea at Col. 2, Lines 18-62; *see also* Banerjea

at FIG. 1 for a block diagram of a communication system with an AP in such a

scenario.

3267.  Banerjea further discloses: "As illustrated in FIG. 3A, the start of the

communication frames 112-1 and 112-2 and the end of the USI frame 110 are

separated by a gap 114 having a duration equal to a SIFS. In other embodiments,

however, the gap 114 has a different duration such as, for example, a distributed

control function (DFS) interframe space (DIFS). In either case, the gap 114 is

predefined, preconfigured, or otherwise agreed upon by the transmitting devices

and the receiving device, in an embodiment, so that the USI frame 110 implicitly

indicates the timing of simultaneous transmissions from the stations 104 and 106.

In another embodiment, however, the USI frame 110 explicitly indicates the timing

of simultaneous transmissions from the stations 104 and 106 (e.g., using a field to

- 1323 -

████████████████████████████

specify the start time relative to the beginning of the service period, Superframe, etc.).” Banerjea at Col. 6, Lines 53-67; *see also* Banerjea at FIG. 3A.

3268.  Further, “a period 150 is generally similar to the period 100 discussed above, except that an AP 152 and stations 154, 156 use a DL group definition for simultaneous UL transmission, according to an embodiment. Further, an assignment frame 158 in some embodiments has a format generally similar to the assignment frame 108. In the example period 150 of FIG. 3B, the assignment frame 158 is a DL group assignment frame that indicates the make-up of one or several DL groups for simultaneous downlink transmission (i.e., from the AP 154 to the stations 154 and 156). At a later time, the AP 152 transmits a USI frame 160 that indicates a DL group to be used as an UL group for transmitting communication frames 162-1 and 162-2 from the stations 154 and 156, respectively, according to an embodiment.” Banerjea at Col. 7, Lines 11-24; *see also* Banerjea at FIG. 3B.

3269.  Banerjea further discloses: “In some situations, several candidate devices lack sufficient spatial diversity to operate in a UL MU mode as a single UL group. In an embodiment, an appropriate subspace index (SSI) is assigned to a candidate device depending on the current position of the candidate device relative to the AP, for example. In particular, devices located in approximately the same sector relative to the AP are assigned the same SSI, while devices spaced sufficiently apart (from the perspective of the AP) are assigned different SSIs. It is noted that in general, a UL group in which no two stations have the same SSIs is

- 1324 -

███████████████████████████

likely to have good spatial diversity. Accordingly, stations having different SSIs can be grouped together for UL MU purposes, provided other requirements are satisfied. Referring to FIG. 6, a scenario 300 includes an initial sounding session 302 during which an AP conducts initial sounding to collect information indicative of channel conditions of various stations, in an embodiment. Referring back to FIG. 1, for example, the AP 12 can develop (or receive) an estimate of the condition of the channels 30, 32, and 34, in accordance with the technique of FIG. 6. Depending on the embodiment, the initial sounding is conducted using broadcasting, selective channel sounding, or individual channel sounding, and includes corresponding feedback information. Based on the feedback information corresponding to the initial sounding, the AP assigns SSIs to stations, in an embodiment. In other embodiments, the AP assigns SSIs sequentially or randomly. During a sounding update session 304, the AP sounds channels for one or more MU groups or for one or more SSI combinations, in an embodiment. Further, during an SSI update session 306, the AP reassigns some or all SSIs in response to a change in the conditions of one or more channels between the AP and the stations, in an embodiment. For example, certain SSIs are reassigned to cover a different set of stations." Banerjea at Col. 8, Line 58 – Col. 9, Line 23; *see also* Banerjea at FIGS. 1 and 6.

3270. Additionally, "FIG. 7 is a diagram of an example format of an SSI assignment frame 400 that an AP transmits to several stations to indicate SSI assignments, in an embodiment. Similar to the frame 200 discussed with reference

- 1325 -

████████████████████████████████████████

to FIG. 4, the SSI assignment frame 400 includes a preamble portion 402, a MAC

portion 404, a frame body 406, and an FCS portion 408. The preamble portion 402

in some embodiments includes HT and/or VHT information. The MAC header

portion 404 includes a frame control field 410 to indicate that the assignment frame

400 is a management or action frame, as well as a destination address field 412 set

to the broadcast address value or a unicast address of a particular station,

depending on the embodiment. The frame body 406 includes a category field 420 to

indicate that at least the frame body 406 is being transmitted in the VHT mode, an

action field 422 to indicate that the frame 400 is an SSI assignment frame, and a

number of SSI sets indicator 424 to indicate the number of SSI set descriptors

included in the portion of the frame body 406 that follows the number of SSI sets

indicator 424. In an embodiment, each SSI set descriptor 426-1, 426-2, . . . 426-N

includes a sequence of AIDs or other station identifiers, with the relative position of

each AID indicating the SSI assigned to the station. For example, as illustrated in

FIG. 7, the field 430-1 is in the first position in the SSI set descriptor 426-1 and

specifies a first AID to indicate that the station identified by the first AID is

assigned SSI=1, the field 430-2 is in the second position in the SSI set descriptor

426-1 and specifies a second AID to indicate that the station identified by the

second AID is assigned SSI=2, etc. It is noted that each SSI set descriptor 426-1,

426-2, . . . 426-N provides a list of stations having relatively good spatial diversity.

Accordingly, in an embodiment, an AP uses SSI set information when selecting

- 1326 -

███████████████████████████████

stations for participation an UL group, so that the selected stations transmit data in

a UL MU mode without having to adjust transmit power levels." Banerjea at Col. 9,

Lines 39-60; *see also* Banerjea at FIGS. 4 and 7.

3271.  Banerjea further discloses: "Next, FIG. 8 is a block diagram of an

example receiving device 450 that implements a UL group selection technique. In

an embodiment, the receiving device 450 operates in an AP such as the AP 12, for

example (see FIG. 1). In one such embodiment, the UL group controller 20 includes

at least some of the components 452, 460, 462, 464, 470, and 472. The receiving

device 450 includes a UL group selector 452 10 15 25 30 35 40 45 50 55 60 65 10

that receives one or more of channel Sounding data pertaining to several candidate

stations via an input 454, SSI data pertaining to some or all of these candidate

stations via an input 456, allowable power variation X between stations in a UL

group via an input 458, depending on the embodiment. Further, in some

embodiments, the UL group also receives additional or alternative information such

as the capability of the AP in which the receiving device 450 operates, multipath

effect data pertaining to the candidate stations, etc. Still further, a DL group

controller 459 provides DL group information to the UL group selector 452, so that

a UL group is selected in view of one or more DL groups or is configured to be the

same as a certain DL group, in an embodiment." Banerjea at Col. 9, Line 61- Col.

10, Line 14; *see also* Banerjea at FIG. 8.

███████████████████████████

3272. Also, Banerjea discloses: "Further, the UL group selector 452 in some embodiments is coupled to a stream allocation unit 464 to determine which of the streams (e.g., spatial streams) of the shared wireless communication channel are allocated to which stations in a UL group. The MCS adaption unit 462 and the stream allocation unit 464 are coupled to an USI frame generator 472 that generates a USI frame formatted similar to the USI frame 200 illustrated in FIG. 4, according to an embodiment. A timing US 8,472,383 B1 11 controller 470 coupled to the UL group selector 452 and the USI frame generator 472 controls the timing of transmitting the USI frame and, accordingly, the timing of arrival of UL MU data frames from the stations in the UL group following a known time interval such as SIFS." Banerjea at Col. 10, Line 60 – Col. 11, Line 5.

3273. Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3274. To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea. *See* "Motivation to Combine," *infra.*

> **6.    Independent Claim 6 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 6 Obvious**

██████████████████████████████

> a.   **Element 6 [pre]:  A method for receiving an acknowledgement frame for notifying successful data reception by an access point (AP) from a station (STA) in a wireless local area network, the method comprising:**

3275.  Element 6 [pre] is substantially identical to Element 1 [pre], except that Element 1 [pre] is recited in context of transmitting an acknowledgement frame from a station (STA) to an access point (AP), while Element 6 [pre] is recited in context of receiving the acknowledgement frame by the AP from the STA. As such, a POSITA would understand that Element 6 [pre] is anticipated for at least the same reasons presented with reference to Element 1 [pre], *supra*.

3276.  **Merlin '690** discloses this element. *See* Element 1 [pre] *supra*.

3277.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3278.  **802.11ac-2013** discloses this element. *See* Element 1 [pre] *supra*.

3279.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3280.  **Wang** discloses this element. *See* Element 1 [pre] *supra*.

3281.  Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

■■■■■■■■■■■■■■■■■■■■■■

3282. **<u>Zhu</u>** discloses this element. *See* Element 1 [pre] *supra.*

3283. Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3284. **<u>Banerjea</u>** discloses this element. *See* Element 1 [pre] *supra.*

3285. Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3286. To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea. *See* "Motivation to Combine," *infra.*

> **b.     Element 6 [a]: transmitting, to the STA, a downlink frame including a quality of service (QoS) control field including acknowledgement information representing whether the STA is requested to transmit the acknowledgement frame in a single-user (SU) format or in a multiple-user (MU) format at a Short Inter-Frame Space (SIFS) time after the downlink frame; and**

3287. Element 6 [a] is substantially identical to Element 1 [a], except that Element 1 [a] is recited in context of transmitting an acknowledgement frame from a station (STA) to an access point (AP), while Element 6 [a] is recited in context of receiving the acknowledgement frame by the AP from the STA. As such, a POSITA

would understand that Element 6 [a] is anticipated for at least the same reasons presented with reference to Element 1 [a], *supra*.

3288.  **Merlin '690** discloses this element. *See* Element 1 [a] *supra*.

3289.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3290.  **802.11ac-2013** discloses this element. *See* Element 1 [a] *supra*.

3291.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3292.  **Wang** discloses this element. *See* Element 1 [a] *supra*.

3293.  Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3294.  **Zhu** discloses this element. *See* Element 1 [a] *supra*.

3295.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3296.  **Banerjea** discloses this element. *See* Element 1 [a] *supra*.

3297.  Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3298. To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea. *See* "Motivation to Combine," *infra*.

> ### c. Element 6 [b]: receiving, from the STA, the acknowledgement frame based on the acknowledgement information at the SIFS time after the downlink frame,

3299. Element 6 [b] is substantially identical to Element 1 [b], except that Element 1 [b] is recited in context of transmitting an acknowledgement frame from a station (STA) to an access point (AP), while Element 6 [b] is recited in context of receiving the acknowledgement frame by the AP from the STA. As such, a POSITA would understand that Element 6 [b] is anticipated for at least the same reasons presented with reference to Element 1 [b], *supra*.

3300. **Merlin '690** discloses this element. *See* Element 1 [b] *supra*.

3301. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3302. **802.11ac-2013** discloses this element. *See* Element 1 [b] *supra*.

3303. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 1332 -

████████████████████████████████████████

3304. **Wang** discloses this element. *See* Element 1 [b] *supra.*

3305. Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3306. **Zhu** discloses this element. *See* Element 1 [b] *supra.*

3307. Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3308. **Banerjea** discloses this element. *See* Element 1 [b] *supra.*

3309. Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3310. To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea. *See* "Motivation to Combine," *infra.*

> d.     **Element 6 [c]: herein receiving the acknowledgment frame comprises: when the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the MU format, receiving the acknowledgement frame in the MU format on an allocated resource simultaneously with transmission of at least one acknowledgement frame from at least one other STA, and**

- 1333 -

3311.  Element 6 [c] is substantially identical to Element 1 [c], except that Element 1 [c] is recited in context of transmitting an acknowledgement frame from a station (STA) to an access point (AP), while Element 6 [c] is recited in context of receiving the acknowledgement frame by the AP from the STA. As such, a POSITA would understand that Element 6 [c] is anticipated for at least the same reasons presented with reference to Element 1 [c], *supra*.

3312.  **Merlin '690** discloses this element. *See* Element 1 [c] *supra*.

3313.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3314.  **802.11ac-2013** discloses this element. *See* Element 1 [c] *supra*.

3315.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3316.  **Wang** discloses this element. *See* Element 1 [c] *supra*.

3317.  Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3318.  **Zhu** discloses this element. *See* Element 1 [c] *supra*.

3319.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

███████████████████████████

3320.  **Banerjea** discloses this element. *See* Element 1 [c] *supra.*

3321.  Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3322.  To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea.  *See* "Motivation to Combine," *infra.*

> e.     **Element 6 [d]:  when the acknowledgment information represents that the STA is requested to transmit the acknowledgement frame in the SU format, receiving the acknowledgement frame in SU format.**

3323.  Element 6 [d] is substantially identical to Element 1 [d], except that Element 1 [d] is recited in context of transmitting an acknowledgement frame from a station (STA) to an access point (AP), while Element 6 [d] is recited in context of receiving the acknowledgement frame by the AP from the STA. As such, a POSITA would understand that Element 6 [d] is anticipated for at least the same reasons presented with reference to Element 1 [d], *supra.*

3324.  **Merlin '690** discloses this element. *See* Element 1 [d] *supra.*

3325.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3326.  **802.11ac-2013** discloses this element. *See* Element 1 [d] *supra*.

3327.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3328.  **Wang** discloses this element. *See* Element 1 [d] *supra*.

3329.  Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3330.  **Zhu** discloses this element. *See* Element 1 [d] *supra*.

3331.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3332.  **Banerjea** discloses this element. *See* Element 1 [d] *supra*.

3333.  Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3334.  To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any

- 1336 -

combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or

Banerjea.  *See* "Motivation to Combine," *infra*.

> **7.      Claim 7 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 7 Obvious**

>> **a.      The method according to claim 6, wherein the downlink frame further includes Modulation and Coding Scheme (MCS) information for the acknowledgement frame.**

3335.  Claim 7 is identical to claim 2, except that claim 2 depends from independent claim 1, and claim 7 depends from independent claim 6. As such, a POSITA would understand that claim 7 is anticipated for at least the same reasons presented with reference to claim 2, *supra*.

3336.  **Merlin '690** discloses this element. *See* Claim 2 *supra*.

3337.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3338.  **802.11ac-2013** discloses this element. *See* Claim 2 *supra*.

3339.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3340.  **Wang** discloses this element. *See* Claim 2 *supra*.

3341. Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3342. **Zhu** discloses this element. *See* Claim 2 *supra.*

3343. Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3344. **Banerjea** discloses this element. *See* Claim 2 *supra.*

3345. Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3346. To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea. *See* "Motivation to Combine," *infra.*

> **8. Claim 8 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 8 Obvious**
>
> > **a. The method according to claim 7, wherein a same MCS based on the MCS information is applied to the acknowledgement frame by the STA and the at least one other STA.**

3347. Claim 8 is identical to claim 3, except that claim 3 depends from claim 2, and claim 8 depends from independent claim 7. As such, a POSITA would understand that claim 8 is anticipated for at least the same reasons presented with reference to claim 3, *supra*.

3348. **Merlin '690** discloses this element. *See* Claim 3 *supra*.

3349. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3350. **802.11ac-2013** discloses this element. *See* Claim 3 *supra*.

3351. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3352. **Wang** discloses this element. *See* Claim 3 *supra*.

3353. Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3354. **Zhu** discloses this element. *See* Claim 3 *supra*.

3355. Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3356. **Banerjea** discloses this element. *See* Claim 3 *supra*.

███████████████████████

3357. Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3358. To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea. *See* "Motivation to Combine," *infra*.

**9.    Claim 9 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea; Alternatively, Each Reference, Alone or in Combination, Renders Claim 9 Obvious**

**a.    The method according to claim 6, wherein the downlink frame includes downlink data for a plurality of STAs including the STA and the at least one other STA.**

3359. Claim 9 is identical to claim 4, except that claim 4 depends from independent claim 1, and claim 9 depends from independent claim 6. As such, a POSITA would understand that claim 9 is anticipated for at least the same reasons presented with reference to claim 4, *supra*.

3360. **Merlin '690** discloses this element. *See* Claim 4 *supra*.

3361. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 1340 -

3362.  **802.11ac-2013** discloses this element. *See* Claim 4 *supra.*

3363.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3364.  **Wang** discloses this element. *See* Claim 4 *supra.*

3365.  Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3366.  **Zhu** discloses this element. *See* Claim 4 *supra.*

3367.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3368.  **Banerjea** discloses this element. *See* Claim 4 *supra.*

3369.  Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3370.  To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea.  *See* "Motivation to Combine," *infra.*

       **10.**    **Claim 10 of the '679 Patent Is Anticipated By Each of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea;**

**Alternatively, Each Reference, Alone or in Combination, Renders Claim 10 Obvious**

a.   **The method according to claim 6, wherein the downlink frame includes block acknowledgement (ACK) requests for a plurality of STAs including the STA and the at least one other STA.**

3371.  Claim 10 is identical to claim 5, except that claim 5 depends from independent claim 1, and claim 10 depends from independent claim 6. As such, a POSITA would understand that claim 10 is anticipated for at least the same reasons presented with reference to claim 5, *supra*.

3372.  **Merlin '690** discloses this element. *See* Claim 5 *supra*.

3373.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3374.  **802.11ac-2013** discloses this element. *See* Claim 5 *supra*.

3375.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3376.  **Wang** discloses this element. *See* Claim 5 *supra*.

3377.  Alternatively, Wang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3378.  **Zhu** discloses this element. *See* Claim 5 *supra*.

3379.  Alternatively, Zhu, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3380.  **Banerjea** discloses this element. *See* Claim 5 *supra*.

3381.  Alternatively, Banerjea, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3382.  To the extent it is argued or determined that any of Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or 802.11ac-2013 and/or Wang and/or Zhu and/or Banerjea.  *See* "Motivation to Combine," *infra*.

## 11.     Motivation to Combine

3383.  The systems and methods disclosed in the references discussed (*i.e.*, Merlin '690, 802.11ac-2013, Wang, Zhu, and Banerjea) above are analogous to the inventions claimed in the '679 Patent.  At the time of the invention, one or more of these references could have been combined with each other (and/or in view of applicant admitted prior art and/or the knowledge of a person of ordinary skill in the art) by a person of ordinary skill in the art in an obvious way, and a person of ordinary skill would have had a reasonable expectation of success in combining these references as described above.

3384.  Each of these references is analogous art to the claimed invention because the references are from the same field of endeavor as the claimed invention (even if it is argued or determined that they address a different problem). For example, each of these references specifically relates to WLAN operation at least according to IEEE 802.11 standards. In particular, 802.11ac-2013 is an amendment to  the IEEE 802.11 standards; Merlin '690 generally discusses 802.11 standards at ¶ [0006] and particularly references 802.11ac in ¶ [0136]; Wang mentions several IEEE 802.11 standards, including 802.11ac and other high-throughput and very high throughput WLAN communications standards (e.g., at ¶¶ [0002]-[0006], [0050], [0058], [0071]-[0074], [0081], [0086], [0089], [0091], [0094], [0153], [172], [0175]); and Banerjea also mentions several IEEE 802.11 standards, including 802.11ac and other high-throughput and very high throughput WLAN communications standards (e.g., at Col. 1, ll. 29-40. Zhu does not specifically refer to 802.11 standards; rather, Zhu generally discusses MIMO wireless communication systems, such as WLANs having APs and STAs, which would be understood by a POSITA to be implemented in accordance with 802.11 standards.

3385.  Each of these references are analogous art to the claimed invention also because each reference is reasonably pertinent to the problem faced by the inventor (even if it is argued or determined that they are not in the same field of endeavor as the claimed invention).  As shown in detail above and as summarized and expounded upon below, each of these references would have logically

commended themselves to the inventors' attention in considering the problem they were attempting to address.

3386.  For example, **Merlin '690** discloses "a processing system configured to determine that a plurality of devices have a first capability and generate a MU packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an acknowledgment (ACK) or block ACK (BA), and an interface configured to output the MU packet for transmission." *Id*. at ¶ [0009]. And as discussed above in more detail, Merlin '690 discloses or renders obvious all elements of the Asserted Claims of the '679 Patent. *See supra*.

3387.  Merlin '690 also discloses teachings, suggestions, and motivations to use the disclosed system. *Id*. at ¶ [0005] ("Wireless communication networks are widely deployed to provide various communication services such as voice, video, packet data, messaging, broadcast, etc. These wireless networks may be multiple-access networks capable of supporting multiple users by sharing the available network resources. Examples of such multiple-access networks include Code Division Multiple Access (CDMA) networks, Time Division Multiple Access (TDMA) networks, Frequency Division Multiple Access (FDMA) networks, Orthogonal FDMA (OFDMA) networks, and Single-Carrier FDMA (SC-FDMA) networks."); *see also id*. at ¶ [0006] ("In order to address the issue of increasing bandwidth requirements that are demanded for wireless communications systems, different schemes are being developed to allow multiple user terminals to communicate with

███████████████████████████████████

a single access point by sharing the channel resources while achieving high data throughputs. Multiple Input Multiple Output (MIMO) technology represents one such approach that has emerged as a popular technique for communication systems. MIMO technology has been adopted in several wireless communications standards such as the Institute of Electrical and Electronics Engineers (IEEE) 802.11 standard. The IEEE 802.11 denotes a set of Wireless Local Area Network (WLAN) air interface standards developed by the IEEE 802.11 committee for short-range communications (e.g., tens of meters to a few hundred meters)."); *see also id.* at ¶ [0094] ("The techniques described herein may be used for various broadband wireless communication systems, including communication systems that are based on an orthogonal multiplexing scheme. Examples of such communication systems include Spatial Division Multiple Access (SDMA), Time Division Multiple Access (TDMA), Orthogonal Frequency Division Multiple Access (OFDMA) systems, Single-Carrier Frequency Division Multiple Access (SC-FDMA) systems, and so forth. An SDMA system may utilize sufficiently different directions to simultaneously transmit data belonging to multiple user terminals. A TDMA system may allow multiple user terminals to share the same frequency channel by dividing the transmission signal into different time slots, each time slot being assigned to different user terminal An OFDMA system utilizes orthogonal frequency division multiplexing (OFDM), which is a modulation technique that partitions the overall system bandwidth into multiple orthogonal sub-carriers. These sub-carriers may

- 1346 -

████████████████████████████████

also be called tones, bins, etc. With OFDM, each sub-carrier may be independently

modulated with data."). A POSITA would appreciate that Merlin '690 discloses

these teachings, suggestions, and motivations in context of networks based on IEEE

802.11 standards, including applicability to IEEE 802.11ax standards.

3388.  For example, **Wang** discloses a "method and apparatus for

transmitting acknowledgements in response to data packets in wireless

communication are disclosed. A recipient may receive a plurality of data packets

from a plurality of stations and transmit acknowledgements for the data packets to

the originating stations in a single transmission. The acknowledgements may be

transmitted using multi-user multiple-input multiple-output (MU-MIMO). The

acknowledgements may be delayed in time after receiving the data packets. The

acknowledgements may be transmitted based on an agreed schedule, solicited by

the stations, or transmitted without solicitation once a predetermined number of

data packets are received." Wang at ¶ [0007]. And as discussed above in more

detail, Wang discloses or renders obvious all elements of the Asserted Claims of the

'679 Patent. *See supra.*

3389.  Wang also discloses teachings, suggestions, and motivations to use the

disclosed system. *Id.* at ¶¶ [0072]-[0074] ("Hereafter, the terminologies 'short frame'

and 'null data packet' (NDP) will be used interchangeably. A short frame (such as

short ACK, short block ACK, short clear-to-send (CTS), short probe request, etc.) is

a physical layer convergence protocol (PLCP) protocol data unit (PPDU) that carries

- 1347 -

no data field. Hereafter, the term 'STA' (e.g., WTRU) may include a non-AP station or an AP station. The embodiments disclosed herein may be implemented by either a non-AP STA or an AP station (an AP). Embodiments disclosed hereafter may be applied to any IEEE 802.11 systems and any other wireless communication systems. Wireless transmissions can be erroneous even though protection mechanisms such as channel coding, and interleaving, are utilized to protect the transmission. Therefore, mechanisms for acknowledgement of correct packet reception have been introduced in WLAN systems. The STA/AP which successfully receives a data frame addressed to itself sends a positive acknowledgement. If a STA/AP transmitting a frame does not receive an ACK within a prescribed amount of time, it may assume that the data frame was not received correctly and retransmit it. Not all data frames can be acknowledged in this way. The 802.11 standard also supports 'no ACK' when the originator indicates that no acknowledgement is expected explicitly from the recipient of the data frame. A block ACK was introduced in the 802.11e amendment. A block ACK improves the system efficiency by allowing the recipient of multiple frames to transmit a single block ACK to acknowledge a block of data frames. The block ACK may be an immediate block ACK or a delayed block ACK."). A POSITA would appreciate that Wang discloses these teachings, suggestions, and motivations in context of networks based on IEEE 802.11 standards, including applicability to IEEE 802.11ax standards.

- 1348 -

████████████████████████████████████

3390.  For example, **<u>Zhu</u>** discloses "At present, wireless communication system also has TXO P to block (truncation) technology: AP equipment obtains a TXOP, usually in order to a STA equipment transmission data. Suppose that an AP need pass the M frame data for a STA equipment at a TXOP, so, what each frame data existed all that STA as receiving terminal can't correctly receive in the reality maybe. For the frame that each receiving terminal STA can't correctly receive, AP need transmit this frame usually again, correctly receives this frame and send out ACK corresponding to AP that (acknowledgment: confirmation of receipt) frame adds their confirmation up to receiving terminal STA. But AP can't accurately foresee the number of times that needs each frame to retransmit, and when the TXOP time span is set, can only reserve the re-transmission that some times are used for several frames …." Zhu at ¶ [0006]. And as discussed above in more detail, Zhu discloses or renders obvious all elements of the Asserted Claims of the '679 Patent. *See supra.*

3391.  Zhu also discloses teachings, suggestions, and motivations to use the disclosed system. *Id.* at ¶¶ [0003]-[0008] ("For multiple-input, multiple-output (Multiple-lnput Multiple-Output; Be called for short MIMO) wireless communication system; At a transmission opportunity (Transmit Opportunity; Be called for short TXOP) in, be not that all the STA equipment in the basic service sets (Basic Service Set is called for short BSS) all need receive data. Therefore, in wireless communication system, adopt power saving method, letting does not have

- 1349 -

████████████████████████████

the STA of Data Receiving equipment to get into sleep state in current TXOP. Be in the receiver of dormant STA device shutdown self, thereby reduce power consumption. … If above-mentioned TXOP power-saving and TXOP block common the existence, then can bring the problem of fairness: supposition AP adopts TXOP to block, and sends CF end frame and finishes a TXOP in advance. Do not support the STA of TXOP power-saving to receive after the CF end frame that competitive channel can will begin in a minute. Support the STA of TXOP power-saving; Much get into sleep state and after TXOP finishes, just can forward waking state to; Thereby when AP sent CF end frame, these STA were in sleep state, do not know that this TXOP finishes in advance thereby can't receive this frame; Accordingly, these STA can't just begin competitive channel after receiving CF end frame, and after must waiting until that original TXOP finishes; Could be according to the mechanism of prior art; By the time after some incident takes place, begin competitive channel again, thereby greatly reduce the probability that these STA compete channel; With respect to the STA that does not support the TXOP power-saving, the fairness of channel competition has received influence. The embodiment of the invention provides a kind of method of data transmission, is used to improve the fairness of channel competition, in a transmission opportunity TXOP ….”). A POSITA would appreciate that Zhu discloses these teachings, suggestions, and motivations in context of networks based on IEEE 802.11 standards, including applicability to IEEE 802.11ax standards.

- 1350 -

3392.  For example, **Banerjea** discloses "A method in a receiving device that receives data from a plurality of transmitting devices via a shared wireless communication channel includes selecting a group of two or more transmitting devices from the plurality of transmitting devices for simultaneous transmission of respective data to the receiving device, so that each transmitting device in the group of transmitting devices transmits the respective data to the receiving device at a nominal power level of the transmitting device, and receiving the respective data from each in the group of transmitting devices simultaneously via the shared wireless communication channel." Banerjea at Abstract. And as discussed above in more detail, Banerjea discloses or renders obvious all elements of the Asserted Claims of the '679 Patent. *See supra.*

3393.  Banerjea also discloses teachings, suggestions, and motivations to use the disclosed system. *Id.* at Col. 1, ll. 29-40 ("Wireless local area networks (WLANs) have evolved rapidly over the past decade. Development of WLAN standards such as the Institute for Electrical and Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g, and 802.11n Standards has improved single-user peak data throughput. For example, the IEEE 802.11b Standard specifies a single-user peak throughput of 11 megabits per second (Mbps), the IEEE 802.11a and 802.11g Standards specify a single-user peak throughput of 54 Mbps, and the IEEE 802.11n Standard specifies a single-user peak throughput of 600 Mbps. Work has begun on a new standard, IEEE 802.11 ac, that promises to provide even greater throughput."). A POSITA

would appreciate that Banerjea discloses these teachings, suggestions, and

motivations in context of networks based on IEEE 802.11 standards, including

applicability to IEEE 802.11ax standards.

3394. Further, the systems and methods disclosed in Merlin '690, Wang,

Zhu, and Banerjea are backward compatible with, and build on, 802.11ac-2013 ("Wi-

Fi 5"). Accordingly, a POSITA would have been motivated to combine the teachings

of any of Merlin '690, Wang, Zhu, and/or Banerjea with 802.11ac-2013. At the time

of the invention, a POSITA would have had a reasonable expectation of success in

doing so.

3395. At the time of the invention, it would have been obvious for a POSITA

to combine the teachings of any combination of the above references, using known

methods as disclosed in the references, to yield predictable results. This would have

involved nothing more than making a simple substitution for one or more known

elements to yield a predictable result; and/or using a known technique disclosed in

the references to improve a similar device or method in the same way; and/or

applying a known technique to a known device or method ready for improvement to

yield a predictable result; and/or choosing from a finite, number of identified,

predictable solutions with a reasonable expectation of success; and/or using known

work prompting variations of it for use based on given design incentives or other

market forces in which the variations were predictable to one of ordinary skill in the

███████████████████████████████

art. *See*, *e.g.*, the discussion of the development of IEEE 802.11 in the "State of the Art" Section above.

3396. As one exemplary combination, it would have been obvious at the time of the invention to combine the teachings of Merlin '690 with the teachings of 802.11ac-2013 and/or Wang. As discussed above in detail, each reference independently discloses (or at least render obvious) all asserted claims of the '679 patent. And, as also discussed above, each of these references are directed to IEEE 802.11 WLAN technology that were known to a POSITA at the time of the invention of the '679 Patent. As discussed above, Merlin '690 and Wang are both directed to improvements to 802.11ac-2013, and both discuss acknowledgement of packets in context of short inter-frame space (SIFS) intervals and single-user and multi-user WLANs based on 802.11 standards. As discussed above, element 1 [a] recites "whether the STA is requested to transmit the acknowledgement frame in a single-user (SU) format or in a multiple-user (MU) format at a Short Inter-Frame Space (SIFS) time after the downlink frame." To the extent it is argued or determined that Merlin '690 does not expressly disclose this element, Merlin '690 expressly discloses that the acknowledgement can be an "immediate response." See Merlin '690 at, for example, ¶¶ [0127], [0131], [0181]. Further, 802.11ac-2013 expressly discloses that an immediate acknowledgement is transmitted after a SIFS after the downlink frame. See 802.11ac-2013 at, for example, Figure 9-9a:



**Figure 9-9a—An example of a TXOP containing a VHT MU PPDU transmission with an immediate acknowledgment to the VHT MU PPDU**

Thus, a POSITA would have known that IEEE 802.11 acknowledgements (like those disclosed in Merlin '690) must be sent after a SIFS following the downlink frame.  The inventors of Merlin '690 certainly would have appreciated this as well.  Therefore, to the extent Merlin '690 does not explicitly disclose this element, it would have been obvious, and well within the level of ordinary skill, to combine the teachings of Merlin '690 and 802.11ac-2013 to send the disclosed "immediate acknowledgement" after a SIFS following the downlink frame.

3397.  It would have also been obvious at the time of the invention to combine the teachings of the above references (Merlin '690 and/or 802.11ac-2013 and/or Wang) with either or both of Zhu or Banerjea.  Both are directed to IEEE 802.11 WLAN technology including SU-MIMO and MU-MIMO formats.  See Zhu at ¶ [0005] ("Well-known is that said STA with entering sleep state function is meant that STA supports to get into dormant function and this function is in opening.  Support to get into the STA of dormant function, can open this function a certain

period, and close this function in a certain other period; That is to say that this STA can have the sleep state of entering function a certain period, and does not have the sleep state of entering function in a certain other period.  Existing corresponding signaling in the prior art makes STA to give AP the own current information reporting that whether has entering sleep state function.Adopt existing power saving method; When first frame of TXOP carry forbid that the TXOP power-saving is designated as not the time; Show that all the STA equipment in the operated object mark that is not included in this frame among this BSS all can get into sleep state; In the case, all the STA equipment with entering sleep state function among this BSS just get into sleep state all according to the sleep condition judgment if satisfy the sleep condition usually.  Therefore; For multiuser MIMO (Multi-User MIMO; Be called for short MU-MIMO) pattern; Adopt existing power saving method, all that are only applicable to that operated object mark in first frame of TXOP comprised that this TXOP relates to have the situation of the STA equipment that gets into the sleep state function, and for Single User MIMO (Single-User MIMO; Be called for short SU-MIMO) pattern, this method is only applicable to the operated object mark of each frame of TXOP and only indicates no more than one situation with the STA equipment that gets into the sleep state function."); Banerjea at 1:29-40 ("Wireless local area networks (WLANs) have evolved rapidly over the past decade. Development of WLAN standards such as the Institute for Electrical and Electronics Engineers (IEEE) 802.11a, 802.11b, 802.11g, and 802.11n

- 1355 -

Standards has improved single-user peak data throughput. For example, the IEEE

802.11b Standard specifies a single-user peak throughput of 11 megabits per second

(Mbps), the IEEE 802.11a and 802.11g Standards specify a single-user peak

throughput of 54 Mbps, and the IEEE 802.11n Standard specifies a single-user peak

throughput of 600 Mbps. Work has begun on a new standard, IEEE 802.11 ac, that

promises to provide even greater throughput.").

## G.    The Asserted Claims of the '919 Patent Are Invalid

3398.  As mentioned previously, Atlas asserts claims 1-9 and 11-19 of U.S.

Patent No. 10,020,919 ("the '919 Patent").  Claims 1 and 11 are independent claims.

Claim 1 recites a method performed by a wireless device (which allegedly could be a

beamformee, such as an IEEE 802.11 STA) comprising, among other things

"receiving a Null Data Packet Announcement (NDPA)."  Claim 11 recites a method

performed by a wireless device (which allegedly could be a beamformer, such as an

IEEE 802.11 AP) comprising, among other things "transmitting a Null Data Packet

Announcement (NDPA)."  The independent claims are otherwise substantially

similar.  Claims 12-19 (all of which depend ultimately from claim 11) are likewise

substantially similar to claims 2-3, 9, 4-8 (all of which depend ultimately from claim

1).  In particular, claim 12 corresponds to claim 2; claim 13 corresponds to claim 3;

claim 14 corresponds to claim 9; claim 15 corresponds to claim 4; claim 16

corresponds to claim 5; claim 17 corresponds to claim 6; claim 18 corresponds to

claim 7; and claim 19 corresponds to claim 8.  Accordingly, my analysis of claim 1

and its dependent claims applies to the respective corresponding claims among

claims 11-19.  Thus, for brevity, I may not repeat my analysis as to the

corresponding claims.

3399.  As shown below, the claimed methods of the '919 Patent were

previously known in the art.  Specifically, each asserted claim of the '919 Patent is

anticipated by and/or rendered obvious in view of U.S. Patent Publication

2016/0262051 ("Merlin 051"), Part 11: Wireless LAN Medium Access Control (MAC)

and Physical Layer (PHY) Specifications; Amendment 4: Enhancements for Very

High Throughput for Operation in Bands below 6 GHz ("802.11ac-2013"), Reducing

Channel Sounding Protocol Overhead for 11ax ("802.11-15/1097r1"), U.S. Patent No.

10,349,388 ("Chun"), U.S. Patent Publication No. 2013/0235947 ("Yao"), U.S. Patent

No. 9,788,317 ("Ghosh"), and/or Chinese Patent App. No. 102843177A ("Yang").[2]

1.    **Claim 1 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang**

a.    **Element 1 [pre]:  A method performed by a wireless device, the method comprising:**

3400.  **Merlin 051** also discloses this element.

3401.  Merlin 051 at [0003] ("Certain aspects of the present disclosure

generally relate to wireless communications, and more particularly, to methods and

apparatus for channel state information sounding and feedback.").

---

[2] English translation available on Google Patents at
https://patents.google.com/patent/CN102843177A/en?oq=CN102843177.

████████████████████████

3402.  Merlin 051 at [0064]-[0069]:

3403.  "The sounding procedure described herein comprises at least an "announcement frame" (or "null data packet announcement (NDPA) frame") and a "CSI frame," and may further comprise a "null data packet (NDP) frame," a "trigger frame" (or "clear to transmit (CTX) frame"), and a "report poll frame." In the context of 802.11 specifications, the "frame" may be identified as a physical layer convergence protocol data unit (PPDU), a medium access control protocol data unit (MPDU), or some portion thereof (e.g., a header or preamble of a PPDU or MPDU). The announcement frame(s) may convey at least sounding announcement information which instructs the STAs on whether/how to compute the CSI, and UL-SU or UL-MU resource allocation information which instructs the STAs on how to send the CSI by using UL-MU-MIMO or UL-OFDMA."

3404.  "The sounding announcement may comprise a PPDU carrying sounding announcement information in the medium access control (MAC) payload or in its PHY header. The sounding announcement information may comprise identifiers of the STAs that are to report the CSI, and may comprise additional parameters of information useable for the computation and transmissions of the CSI. The sounding NDP frame provides a reference signal that allows STAs to estimate the channel between the one or more antennas of the transmitter and the one or more antennas of the STA and may be an 802.11ax NDP frame, an 802.11ac NDP frame, an 802.11n NDP frame, an 802.11ah NDP frame, or other 802.11 based

- 1358 -

███████████████████████████████████████

NDP frame. In various aspects, the format of the NDP frame may be similar to the frame **900** discussed herein with respect to FIG. 9. In one embodiment, the announcement may include the reference signaling for channel estimation, so that the NDP frame may not be sent."

3405.  "In some embodiments, CSI may comprise known channel properties of a communication link. In some aspects the CSI may describe how a signal propagates and represents the combined effect of, for example, scattering, fading, and power decay with distance. For example, for MU-MIMO transmissions, the CSI may comprise one or more of a beamforming matrix, received signal strength, and other information that allows weighting of antennas to mitigate interference in the spatial domain."

3406.  "FIG. 4A is a time sequence diagram illustrating an example of a frame exchange **400** *a* of channel state information (CSI) feedback between an AP **110** and a wireless communication device **120** (e.g., wireless communication device **120** *a* of FIG. 1, illustrated as STA**1** in FIG. 4A) in a single user (SU) environment. As shown in FIG. 4A, and in conjunction with FIG. 1, an AP **110** may transmit a sounding announcement **401** to a wireless communication device **120** indicating that a sounding frame is forthcoming (sounding NDP **405**, as shown in FIG. 4A), that the wireless communication device **120** is the intended recipient of the forthcoming sounding frame, and the format thereof. In some embodiments, the sounding announcement **401** may not indicate the presence of the

- 1359 -

████████████████████████████████████████████████

forthcoming sounding NDP **405**, and the sounding NDP **405** may indicate itself that

it is a sounding NDP **405**. In other embodiments, neither the sounding

announcement **401** nor the sounding NDP **405** indicates that the sounding

NDP **405** is a sounding NDP, and the wireless communication device **120** may

instead determine on their own that the sounding NDP **405** is a sounding NDP. In

an exemplary embodiment, sounding announcement **401** is an NDPA contained in a

PPDU. In some aspects, sounding announcement **401** indicates that sounding

NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more

bits in the sounding announcement **401**. In one embodiment, a reserved bit in the

NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an

HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment,

AP **110** designates a specific value of the dialog token field to indicate HE sounding

or VHT sounding. In accordance with any of these embodiments, the wireless

communication devices **120** receiving the sounding NDP **405** know whether to

respond with CSI using HE sounding or VHT sounding."

3407.  "In some embodiments, the sounding announcement **401** may also

instruct the recipient wireless communication device **120** to respond simultaneously

after the sounding NDP **405**. In various aspects, the wireless communication

device **120** may be instructed to respond a short interframe space (SIFS) time

period after receiving the sounding NDP **405**. The sounding announcement **401** may

further instruct the wireless communication device **120** to use legacy (e.g.,

- 1360 -

802.11ac), UL-MU-MIMO, UL-OFDMA, or a combination thereof, and the

corresponding parameters for transmission of CSI (e.g., for CSI transmission **410**A).

The sounding announcement **401** may be transmitted in accordance with a format

similar to the frame **700** or **701** discussed herein with respect to FIG. 7A or 7B."

3408.  "The AP **110** may then transmit the sounding NDP **405** following the

sounding announcement **401**. In response to the sounding NDP **405**, the wireless

communication device **120** may transmit CSI to the AP **110**. Specifically, the

wireless communication device **120** identified by the sounding

announcement **401** may estimate the channel based on the sounding NDP **405** and

send a representation of the estimated channel in a sounding feedback CSI

transmission. In FIG. 4A, STA**1** transmits CSI transmission **410**A to the AP **110**.

The CSI transmission **410** may be a legacy transmission, UL-MU-MIMO

transmission, UL-OFDMA transmission, or some combination thereof. Upon

receiving the CSI transmission **410**A, the AP **110** may accurately determine

information about the channel from the AP **110** to the wireless communication

device **120** (e.g., STA**1**). The sounding NDP **405** may be transmitted in accordance

with a format similar to the format of frame **900** discussed herein with respect

to FIG. 9. In some aspects, sounding NDP **405** may be a high-efficiency NDP (HE

NDP). In various aspects, the time in between the sounding announcement **401** and

the sounding NDP **405** may be a SIFS time period and the timing in between the

sounding NDP **405** and the CSI transmission **410**A may be a SIFS (or point

interframe space (PIFS)) time period. In other aspects, single user or multi-user

beamforming report (SU BR or MU BR) polls may be used to request CSI from the

wireless communication devices **120**."

3409.  Merlin 051 at [0070]-[0075]:

3410.  "FIG. 4B is a time sequence diagram illustrating an example of a

frame exchange **400** *b* of CSI feedback between an AP **110** and multiple wireless

communication devices **120** (e.g., wireless communication

devices **120** *a* and **120** *b* of FIG. 1, illustrated as STA**1** and STA**2** in FIG. 4B).

Frame exchange **400** *b* may be similar to frame exchange **400** *a* of FIG. 4A, but may

use an MU-MIMO or OFDMA protocol to determine and communicate CSI with

multiple wireless communication devices **120**. As shown in FIG. 4B, and in

conjunction with FIG. 1, an AP **110** may transmit packet **402** to the wireless

communication devices **120**. Packet **402** may comprise a sounding

announcement **401** indicating which wireless communication devices **120** are the

intended recipients and the format of the forthcoming sounding frame (sounding

NDP **405**, as shown in FIG. 4B). In some aspects, the wireless communication

devices **120** indicated in the sounding announcement **401** may be only of a

particular set of capabilities. In one embodiment, wireless communication

devices **120** indicated in the sounding announcement **401** may be HE STAs. In an

exemplary embodiment, sounding announcement **401** is an NDPA contained in

packet **402**, which is a PPDU. In accordance with this embodiment, a bit (or bits) in

the PPDU may indicate to the wireless communication devices **120** that MU

sounding is used so that the wireless communication devices **120** do not

immediately respond with single user CSI. In other embodiments, a fake allocation

identifier (AID) may be contained in the first station AID field of the sounding

announcement **401** so that no wireless communication devices respond immediately

after receiving the sounding NDP **405** with single user CSI. This fake AID may also

be referred to herein as a reserved field. In some aspects, sounding

announcement **401** indicates that sounding NDP **405** is an HE NDP or a VHT NDP.

This indication may comprise one or more bits in the sounding announcement **401**.

In one embodiment, a reserved bit in the NDPA sounding dialog token field is used

to indicate that sounding NDP **405** is an HE NDP, or that sounding NDP **405** is a

VHT NDP. In another embodiment, AP **110** designates a specific value of the dialog

token field to indicate HE sounding or VHT sounding. In accordance with any of

these embodiments, the wireless communication devices **120** receiving the sounding

NDP **405** know whether to respond with CSI using HE sounding or VHT sounding."

3411.  "In some embodiments, the sounding announcement **401** may also

instruct some or all of the recipient wireless communication devices **120** to respond

simultaneously after the sounding NDP **405**. In various aspects, the wireless

communication devices **120** may be instructed to respond a SIFS time period after

receiving the sounding NDP **405**. The sounding announcement **401** may further

instruct the wireless communication devices **120** to use UL-MU-MIMO, UL-

- 1363 -

OFDMA, or a combination of both and the corresponding parameters for transmission of CSI (e.g., for CSI transmissions **410**A and **410**B). The sounding announcement **401** may be transmitted in accordance with a format similar to frame **700** or **701** discussed herein with respect to FIG. 7A or 7B."

3412. "Packet **402** may also comprise a trigger frame **404**. In various aspects, the trigger frame **404** may indicate which wireless communication devices **120** are to participate in the frame exchange **400** *b,* h that a particular wireless communication device **120** knows to start a transmission (e.g., transmission **410**A or **410**B). In some aspects, the trigger frame **404** may provide an indication of a resource allocation to the wireless communication devices **120** for the transmission of the CSI requested by the AP **110**, or for other uplink transmissions. In some embodiments, the indication of the resource allocation is an indication of a spatial stream or frequency bandwidth allocated to the wireless communication device **120**, which may be a specific tone or sub-band allocation. The sounding announcement **401** may be aggregated with the trigger frame **404**. For example, the sounding announcement **401** and the trigger frame **404** may each be transmitted within a payload of the same PPDU transmission (e.g., packet **402**). In another example, the trigger frame **404** is sent after the sounding announcement **401** without any time between the transmissions. The trigger frame **404** may be transmitted in accordance with a format similar to the frame **800** discussed herein with respect to FIG. 8."

- 1364 -

████████████████████████████████

3413. "The AP **110** may then transmit the sounding NDP **405** following packet **402**. In response to the sounding NDP **405**, the wireless communication devices **120** may transmit CSI to the AP **110**. Specifically, the wireless communication devices **120** identified by the sounding announcement **401** may estimate the channel based on the sounding NDP **405** and send a representation of the estimated channel in a sounding feedback CSI transmission. In FIG. 4B, STA**1** and STA**2** concurrently transmit CSI transmissions **410**A and **410**B to the AP **110**. The CSI transmissions **410**A and **410**B may be UL-MU-MIMO transmissions, UL-OFDMA transmissions, or some combination thereof. In some embodiments, the concurrent transmissions may occur at the same time or within a certain threshold time period. These concurrent transmissions may utilize the resource allocation provided in the trigger frame **404**. Upon receiving the CSI transmissions **410**A and **410**B, the AP **110** may accurately determine information about the channel from the AP **110** to each of the wireless communication devices **120** (e.g., STA**1** and STA**2**). The sounding NDP **405** may be transmitted in accordance with a format similar to the format of frame **900** discussed herein with respect to FIG. 9. In one embodiment, sounding NDP **405** may comprise a bit or bits indicating that a MU CSI response is requested from the wireless communications devices **120**. In some aspects, sounding NDP **405** may be an HE NDP. In various aspects, the time in between the sounding announcement **401** and the sounding NDP **405** may be a SIFS time period and the timing in between the sounding

- 1365 -

█████████████████████████████████████████████████

NDP **405** and the CSI transmissions **410**A and **410**B may be a SIFS (or PIFS) time period."

3414. "In some aspects, the AP **110** may utilize packet **402** in order to request CSI for a tone or sub-band of the spatial stream or frequency bandwidth from each wireless communication device **120**. For example, sounding announcement **401** or sounding NDP **405** may contain an indication of a sub-band for which CSI is requested, per each wireless communication device **120**. In one embodiment, the spatial stream or bandwidth allocated to each wireless communication device **120** in the trigger frame **404** may indicate that CSI is requested from the wireless communication device **120** for that spatial stream or bandwidth. Accordingly, the wireless communication devices **120** may respond with the requested CSI for the spatial stream or bandwidth in transmissions **410**A and **410**B."

3415. "In some aspects, the sounding announcement **401** and trigger frame **404** are sent on 20/40/80/160 MHz even though the wireless communication device **120** is only requested to report a portion of the bandwidth. In other aspects, the sounding announcement **401** may be sent to each of the wireless communication devices **120** on a sub-band per each wireless communication device **120** or group of wireless communication devices **120** that are allocated to that sub-band. The sounding announcement **401** may be contained in a MAC frame of the PPDU (e.g., packet **402**), or may contain an indication in the header of the PPDU. Each wireless

- 1366 -

communication device **120** may compute the CSI for the sub-band on which the sounding announcement **401** was received. In accordance with this embodiment, the sounding NDP may be sent on 20/40/80/160 MHz. Thereafter, the wireless communication devices **120** may reply with the CSI in transmissions **410**A and **410**B. In one embodiment, the downlink bandwidth and uplink bandwidth may be the same. The above described embodiments may also be combined. For example, a different sounding announcement **401** may be sent on each 20 mHz sub-band, and may also indicate a sub-band for the CSI, per each wireless communication device **120**. Although the above embodiments requesting CSI or only a tone or sub-band are not described in detail with respect to FIGS. 4A, 4C-D, **5**A-B, and **6**, one of skill in the art would appreciate that these embodiments may also apply thereto in the same or a similar manner."

3416.  Merlin 051 at [0076] ("FIG. 4C is a time sequence diagram illustrating another example of a frame exchange **400** *c* of CSI feedback between an AP **110** and multiple wireless communication devices **120** (e.g., wireless communication devices **120** *a* and **120** *b* of FIG. 1, illustrated as STA**1** and STA**2** in FIG. 4C). Frame exchange **400** *c* may use an MU-MIMO or OFDMA protocol to determine and communicate CSI with multiple wireless communication devices **120**. As shown in FIG. 4C, and in conjunction with FIG. 1, an AP **110** may transmit a sounding announcement **401** to the wireless communication devices **120** indicating which wireless communication devices **120** are the intended recipients and the format of

- 1367 -

████████████████████████████████████████████

the forthcoming sounding frame (sounding NDP **405**, as shown in FIG. 4C). In an

exemplary embodiment, sounding announcement **401** is a PPDU comprising an

NDPA. In some aspects, sounding announcement **401** indicates that sounding

NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more

bits in the sounding announcement **401**. In one embodiment, a reserved bit in the

NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an

HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment,

AP **110** designates a specific value of the dialog token field to indicate HE sounding

or VHT sounding. In accordance with any of these embodiments, the wireless

communication devices **120** receiving the sounding NDP **405** know whether to

respond with CSI using HE sounding or VHT sounding.").

3417.  Merlin 051 at [0078]. ("The AP **110** may then transmit the sounding

NDP **405** following the sounding announcement **401**. AP may also transmit the

trigger frame **404** following the sounding NDP **405**. In response to the trigger

frame **404**, the wireless communication devices **120** may transmit CSI to the

AP **110**. Specifically, the wireless communication devices **120** identified by the

sounding announcement **401** may estimate the channel based on the sounding

NDP **405** and send a representation of the estimated channel in a sounding

feedback CSI transmission. In FIG. 4C, STA**1** and STA**2** concurrently transmit CSI

transmissions **410**A and **410**B to the AP **110**. The CSI transmissions **410**A

and **410**B may be UL-MU-MIMO transmissions, UL-OFDMA transmissions, or

some combination thereof. In some embodiments, the concurrent transmissions may occur at the same time or within a certain threshold time period. These concurrent transmissions may utilize the resource allocation provided in the trigger frame **404**. Upon receiving the CSI transmissions **410**A and **410**B, the AP **110** may accurately determine information about the channel from the AP **110** to each of the wireless communication devices **120** (e.g., STA**1** and STA**2**). The sounding NDP **405** may be transmitted in accordance with a format similar to the format of frame **900** discussed herein with respect to FIG. 9. In some aspects, sounding NDP **405** may be an HE NDP. The trigger frame **404** may be transmitted in accordance with a format similar to the format of frame **800** discussed herein with respect to FIG. 8. In various aspects, the time in between the sounding announcement **401** and the sounding NDP **405** may be a SIFS time period, the time in between the sounding NDP **405** and the trigger frame **404** may be a SIFS time period, and the timing in between the trigger frame **404** and the CSI transmissions **410**A and **410**B may be a SIFS (or PIFS) time period.").

3418.  Merlin 051 at Figure 4C:



FIG. 4C

3419. Merlin 051 at [0082] ("The AP **110** may then transmit the sounding NDP **405** following the sounding announcement **401**. In response to the sounding NDP **405**, the wireless communication device **120** may transmit CSI to the AP **110**. Specifically, the wireless communication device **120** identified by the sounding announcement **401** may estimate the channel based on the sounding NDP **405** and send a representation of the estimated channel in a sounding feedback CSI transmission. In FIG. 4A, STA**1** transmits CSI transmission **410**A to the AP **110**. The CSI transmission **410** may be a legacy transmission, UL-MU-MIMO transmission, UL-OFDMA transmission, or some combination thereof. Upon receiving the CSI transmission **410**A, the AP **110** may accurately determine information about the channel from the AP **110** to the wireless communication device **120** (e.g., STA**1**). The sounding NDP **405** may be transmitted in accordance with a format similar to the format of frame **900** discussed herein with respect to FIG. 9. In some aspects, sounding NDP **405** may be a high-efficiency NDP (HE NDP). In various aspects, the time in between the sounding announcement **401** and the sounding NDP **405** may be a SIFS time period and the timing in between the

████████████████████████████████████████████

sounding NDP **405** and the CSI transmission **410**A may be a SIFS (or point

interframe space (PIFS)) time period. In other aspects, single user or multi-user

beamforming report (SU BR or MU BR) polls may be used to request CSI from the

wireless communication devices **120**.").

3420.  Merlin 051 at [0090]-[0095]:

3421.  "FIG. 7A is a diagram of an example format of a NDPA MAC

frame **700**. In this embodiment, the NDPA frame **700** includes a frame control (FC)

field **705**, a duration field **710**, a receiver address (RA) field **715**, a transmitter

address (TA) field **720**, sounding dialog token field **725**, a per STA information (info)

field **730**, and a frame check sequence (FCS) field **750**. The FC field **705** indicates a

control subtype or an extension subtype. In the FC field **705**, the protocol version,

type, and subtype may be the same as defined for the NDP announcement frame

defined by the 802.11ac standard. In this case, one or more bits in one of the FC

field **705**, duration field **710**, TA field **720**, RA field **715**, or sounding dialog token

field **725** may be used to indicate that the NDPA frame **700** has a modified format

for its use as described in this application. Alternatively, a new type and new

subtype may be used to indicate that the NDPA frame **700** has a specific format for

the use as described in this application. In some aspects, two reserved bits in the

sounding dialog token field **725** may be used to indicate whether the wireless

communication devices **120** should send their responses to the NDPA frame **700** via

UL-MU-MIMO transmissions, UL-OFDMA transmissions, or according to 802.11ac

████████████████████████████

behavior (i.e. one STA sends CSI immediately and the other STAs wait to be polled)."

3422. "The duration field **710** indicates to any receiver of the NDPA frame **700** to set the network allocation vector (NAV). The RA field **715** indicates the wireless communication devices **120** (or STAs) that are the intended recipients of the frame. The RA field **715** may be set to broadcast or to a multicast group that includes the STAs listed in the STA info fields **730-740**. If the type or subtype are set to a new value, in an embodiment, the RA field **715** may be omitted, as the type/subtype implicitly indicates that the destination is broadcast. The TA field **720** indicates the transmitter address or a BSS identifier (BSSID). The sounding dialog token field **725** indicates the particular sounding announcement to the STAs."

3423. "In an embodiment where the NDPA frame **700** indicates response should be sent using UL-MU-MIMO, the STAs listed in the STA info fields **730-740** may respond by using UL-MU-MIMO. In this aspect, the stream ordering may follow the same ordering of STA info fields **730-740**. Additionally, the number of streams to be allocated and the power offsets for each of the STAs may be pre-negotiated. In another aspect, the number of streams allocated per STA may be based on the number of streams sounded by the sounding NDP. For example, the number of streams per STA may be equal to the number of sounded streams divided by the maximum number of streams available for all STAs listed."

- 1372 -

████████████████████████████████████████████

3424.  "In an embodiment where the NDPA frame **700** indicates response should be sent using UL-OFDMA, the STAs listed in the STA info fields **730-740** may respond by using UL-OFDMA. In this aspect, the channel ordering may follow the same ordering of STA info fields **730-740**. Additionally, the number of channels to be allocated and the power offsets for each of the STAs may be pre-negotiated. In another aspect, the number of channels allocated per STA may be based on the number of channels sounded by the sounding NDP."

3425.  "The STA info field **730** contains information regarding a particular STA and may include a per-STA (per wireless communication device **120**) set of information (see STA info **1 730** and STA info N **740**). The STA info field **730** may include an allocation identifier (AID) field **732** which identifies a STA, a feedback type field **734**, and an Nc index field **736**. The FCS field **750** carries an FCS value used for error detection of the NDPA frame **700**. In some aspects, the NDPA frame **700** may also include a PPDU duration field (not shown). The PPDU duration field indicates the duration of the following UL-MU-MIMO (or UL-OFDMA) PPDU that the wireless communication devices **120** are allowed to send. In other aspects, the PPDU duration may be agreed to beforehand between an AP **110** and the wireless communication devices **120**. In some embodiments, the PPDU duration field may not be included if the duration field **710** is used to compute the duration of the response that the wireless communication devices **120** are allowed to send."

3426.  Merlin 051 at [0096]-[0099]:

- 1373 -

████████████████████████████████████████████

3427.  "The duration field **710** indicates to any receiver of the NDPA

frame **700** to set the network allocation vector (NAV). The RA field **715** indicates

the wireless communication devices **120** (or STAs) that are the intended recipients

of the frame. The RA field **715** may be set to broadcast or to a multicast group that

includes the STAs listed in the STA info fields **730-740**. If the type or subtype are

set to a new value, in an embodiment, the RA field **715** may be omitted, as the

type/subtype implicitly indicates that the destination is broadcast. The TA

field **720** indicates the transmitter address or a BSS identifier (BSSID). The

sounding dialog token field **725** indicates the particular sounding announcement to

the STAs."

3428.  "In an embodiment where the NDPA frame **700** indicates response

should be sent using UL-OFDMA, the STAs listed in the STA info fields **730-**

**740** may respond by using UL-OFDMA. In this aspect, the channel ordering may

follow the same ordering of STA info fields **730-740**. Additionally, the number of

channels to be allocated and the power offsets for each of the STAs may be pre-

negotiated. In another aspect, the number of channels allocated per STA may be

based on the number of channels sounded by the sounding NDP."

3429.  "The STA info field **730** contains information regarding a particular

STA and may include a per-STA (per wireless communication device **120**) set of

information (see STA info **1 730** and STA info N **740**). The STA info field **730** may

include an allocation identifier (AID) field **732** which identifies a STA, a feedback

- 1374 -

type field **734**, and an Nc index field **736**. The FCS field **750** carries an FCS value

used for error detection of the NDPA frame **700**. In some aspects, the NDPA

frame **700** may also include a PPDU duration field (not shown). The PPDU duration

field indicates the duration of the following UL-MU-MIMO (or UL-OFDMA) PPDU

that the wireless communication devices **120** are allowed to send. In other aspects,

the PPDU duration may be agreed to beforehand between an AP **110** and the

wireless communication devices **120**. In some embodiments, the PPDU duration

field may not be included if the duration field **710** is used to compute the duration of

the response that the wireless communication devices **120** are allowed to send."

3430.  Merlin 051 at Figure 41:



FIG. 4A

3431.  Merlin 051 at [0102] ("'In some aspects, a PPDU comprising the

sounding announcement may further comprise a clear to transmit (CTX)

frame. FIG. 8 is a diagram of an example format of a CTX frame **800**. In some

embodiments, the CTX frame **800** may comprise a MAC NDPA frame. In this

embodiment, the CTX frame **800** includes a frame control (FC) field **805**, a duration field **810**, a transmitter address (TA) field **815**, a control (CTRL) field **820**, a PPDU duration field **825**, a STA info field **830**, and a frame check sequence (FCS) field **855**. The FC field **805** indicates a control subtype or an extension subtype. The duration field **810** indicates to any receiver of the CTX frame **800** to set the network allocation vector (NAV). The TA field **815** indicates the transmitter address or a BSSID. The CTRL field **820** is a generic field that may include information regarding the format of the remaining portion of the frame (e.g., the number of STA info fields and the presence or absence of any subfields within a STA info field), indications for rate adaptation for the wireless communication devices **120** (e.g., a number indicating how the STA should lower their MCSes, compared to the MCS the STA would have used in a single-user (SU) transmission or a number indicating the signal-to-interference-plus-noise ratio (SINR) loss that the STA should account for when computing the MCS in the UL transmission opportunity (TXOP), compared to the MCS computation in the SU transmission), indication of allowed TID, and indication that a clear to send (CTS) message must be sent immediately following the CTX frame **800**. The CTRL field **820** may also indicate if the CTX frame **800** is being used for UL-MU-MIMO or for UL-OFDMA or both, indicating whether an Nss or tone allocation field is present in the STA Info field **830**. Alternatively, the indication of whether the CTX is for UL-MU-MIMO or for UL-OFDMA can be based on the value of the subtype. In some aspects, the UL-MU-

- 1376 -

MIMO and UL-OFDMA operations can be jointly performed by specifying to a STA

both the spatial streams to be used and the channel to be used, in which case both

fields are present in the CTX; in this case, the Nss indication is referred to a specific

tone allocation. The PPDU duration field **825** indicates the duration of the following

UL-MU-MIMO PPDU that the wireless communication devices **120** are allowed to

send. The STA info field **830** contains information regarding a particular STA and

may include a per-STA (per wireless communication device **120**) set of information

(see STA Info 1 **830** and STA Info N **850**). The STA info field **830** may include an

AID or MAC address field **832** which identifies a STA, a number of spatial streams

field (Nss) **834** field which indicates the number of spatial streams a STA may use

(in an UL-MU-MIMO system), a time adjustment field **836** which indicates a time

that a STA should adjust its transmission compared to the reception of a trigger

frame (the CTX in this case), a power adjustment field **838** which indicates a power

backoff a STA should take from a declared transmit power, a tone allocation

field **840** which indicates the tones or frequencies a STA may use (in a UL-OFDMA

system), an allowed transmission (TX) mode field **842** which indicates the allowed

transmission modes, and a MCS **844** field which indicates the MCS the STA should

use. The FCS field **855** carries an FCS value used for error detection of the CTX

frame **800**.").

- 1377 -

3432.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3433.  **802.11ac-2013** also discloses this element.

3434.  802.11ac-2013 at 9.31.5.1; pg. 168: "Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the VHT beamformer and a STA for which reception is optimized is called a VHT beamformee. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel from the training symbols transmitted by the VHT beamformer and sends back a transformed estimate of the channel state to the VHT beamformer. The VHT beamformer then uses this estimate, perhaps combining estimates from multiple VHT beamformees, to derive the steering matrix."

3435.  802.11ac-2013 at 9.31.5.2; pg. 168: "A VHT beamformer shall initiate a sounding feedback sequence by transmitting a VHT NDP Announcement frame followed by a VHT NDP after as SIFS.  The VHT beamformer shall include in the VHT NDP Announcement frame one STA Info field for each VHT beamformee that is expected to prepare VHT Compressed Beamforming feedback and shall identify the VHT beamformee by including the VHT beamformee's AID in the AID subfiled

- 1378 -

██████████████████

of the STA Info field.  The VHT NDP Announcement frame shall include at least

one STA Infor field."

3436.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

3437.  **Chun** also discloses this element.

3438.  Chun '388, Abstract ("Disclosed herein is a sounding method of a

station (STA) for sending feedback information about a downlink (DL) channel state

in a wireless LAN (WLAN) system. The sounding method includes receiving an

NDP announcement (NDPA) frame providing notification of the transmission of a

null data packet (NDP) frame; receiving the NDP frame; receiving a trigger frame

comprising resource allocation information allocated to the STA; generating

feedback information using the NDP frame; and sending a feedback frame

comprising feedback information through uplink (UL) multi- user (MU)

transmission using a frequency resource indicated by the resource allocation

information. The feedback information may be generated in a frequency granularity

(FG) unit with respect to a transmission bandwidth having a size smaller than or

equal to the size of a transmission bandwidth of the NDP frame.").

3439.  Chun '388, 1:17-20 ("The present invention relates to a wireless

communication system and, more particularly, to a method for the uplink multi-

███████████████████████████████

user transmission of a channel state measured by an STA and a device supporting

the same.").

3440.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

3441.  **Yao** also discloses this element.

3442.  Yao, Abstract ("A data feedback method includes acquiring, by the

beamformee, the number of columns from the NDPA message; detecting the number

of active first spatial streams; comparing the number of first spatial streams with

the number of columns, and taking the smaller value obtained from the comparison

as the number of second spatial streams required for feedback; and feeding back the

number of second spatial streams and spatial stream measurement information

about the second spatial streams to the beamformer.").

3443.  Yao, [0024] ("The embodiments provide a data feedback method and

related apparatuses. This enables a beamformer to adjust, according to related

channel information about a beamformee, the communication status no matter

whether the number of actual active antennas of the beamformee is larger than or

equal to the number of columns set by the beamformer in an NDPA message. In

general, on a network constructed of a basic service set (BSS, Basic Service Set), the

corresponding physical device of the beamformer (Beamformer) is an access point

(AP, Access point) and that of the beamformee (Beamformee) is a station (STA,

████████████████████████████████

Station); and on a network that is not constructed of a basic service set, the corresponding physical device of the Beamformer may be a certain STA and that of the Beamformee may be another STA.")

3444.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3445.  **Ghosh** also discloses this element.

3446.  Ghosh, Abstract ("Embodiments of an access point (AP), user station (STA), and method for channel sounding in a wireless network are generally described herein. The AP may transmit a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP. The AP may further transmit a trigger frame for sounding (TFS) to indicate a scheduled sounding feedback period for multiple STAs, which may include identifiers of the STAs. The AP may further receive sounding feedback from at least some of the STAs during the sounding feedback period.").

3447.  Ghosh, 2:6- 20 ("FIG. 1 illustrates a wireless network in accordance with some embodiments. In some embodiments, the network 100 may be a High Efficiency Wireless Local Area Network (HEW) network. In some embodiments, the network 100 may be a Wireless Local Area Network (WLAN) or a Wi-Fi network. These embodiments are not limiting, however, as some embodiments of the network 100 may include a combination of such networks. That is, the network 100 may support HEW devices in some cases, non HEW devices in some cases, and a

████████████████████████████████████████

combination of HEW devices and non HEW devices in some cases. Accordingly, it is

understood that although techniques described herein may refer to either a non

HEW device or to an HEW device, such techniques may be applicable to both non

HEW devices and HEW devices in some cases.").

3448.  Ghosh, 2:21-52 ("The network 100 may include a master station (STA)

102, a plurality of user stations (STAs) 103 and a plurality of HEW stations 104

(HEW devices). In some embodiments, the STAs 103 may be legacy stations. These

embodiments are not limiting, however, as the STAs 103 may be HEW devices or

may support HEW operation in some embodiments. The master station 102 may be

arranged to communicate with the STAs 103 and/or the HEW stations 104 in

accordance with one or more of the IEEE 802.11 standards. In accordance with

some HEW embodiments, an access point may operate as the master station 102

and may be arranged to contend for a wireless medium (e.g., during a contention

period) to receive exclusive control of the medium for an HEW control period (i.e., a

transmission opportunity (TXOP)). The master station 102 may, for example,

transmit a master-sync or control transmission at the beginning of the HEW control

period to indicate, among other things, which HEW stations 104 are scheduled for

communication during the HEW control period. During the HEW control period, the

scheduled HEW stations 104 may communicate with the master station 102 in

accordance with a non-contention based multiple access technique. This is unlike

conventional Wi-Fi communications in which devices communicate in accordance

- 1382 -

███████████████████████

with a contention-based communication technique, rather than a non-contention

based multiple access technique. During the HEW control period, the master station

102 may communicate with HEW stations 104 using one or more HEW frames.

During the HEW control period, STAs 103 not operating as HEW devices may

refrain from communicating in some cases. In some embodiments, the master-sync

transmission may be referred to as a control and schedule transmission.").

3449.  Alternatively, Ghosh, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

3450.  **Yang** also discloses this element.

3451.  Yang, Abstract ("The present invention relates to the wireless

communications field, and in particular, to a channel information obtaining method

and device. A channel information sending method according to embodiments of the

present invention includes: receiving, by a receive end, a null data packet

announcement (NDPA) sent by a transmit end, where the NDPA includes the

number of stations and station list information, and the number of stations is used

to indicate the number of receive ends in the station list information; sequentially

reading, by the receive end, information in the station list information to determine

whether information corresponding to the receive end is included, and determining,

if the number of times the receive end reads the information exceeds the number of

stations, that the station list information has been completely read; if the station

- 1383 -

list information includes information corresponding to the receive end, receiving, by

the receive end, a null data packet (NDP), and computing channel information

based on the null data packet; and sending the channel information to the transmit

end.").

3452.  Yang, [0021] ("The embodiments of the present invention may be

applied to any wireless communications system that obtains, through contention,

permission to use a channel. For a device that first contends for the permission to

use the channel, the channel can be preferentially used for data transmission. The

permission to use the channel obtained through contention may be referred to as a

transmit opportunity (TXOP). After each device contends for a TXOP, a time length

corresponding to the TXOP is set. Different TXOPs can be set to different time

lengths, such as 4 ms or 5 ms. The device can send data at any moment within the

time length of the TXOP. If the TXOP ends, the device can no longer use the

channel, and can only obtain, again through contention, the permission to use the

channel.").

3453.  Yang, [0039] ("An embodiment of the present invention further

provides a device for implementing the foregoing method. In the application, the

device may be a station (STA) or an access point (AP) in a wireless local area

network. An AP sends data to each STA, and it can be considered that the AP is a

transmit end and the STA is a receive end. The following embodiments can

complete the processes and steps of the foregoing method.").

3454.  Yang, [0040] ("FIG. 4 shows a wireless local area network device according to an embodiment of the present invention.").

3455.  Yang, [0046] ("According to the wireless local area network device in this embodiment of the present invention, by adding information about the number of stations to the NDPA, a size of the STA list is better indicated, a process of reading the NDPA by the beamformee is optimized, and an unpacketizing error caused by error propagation is avoided, while in the prior art, the number of stations is unknown, if one piece of station information is erroneous, it is likely to make it difficult to determine whether the station information list has been completely read. Obviously, the embodiment of the present invention improves robustness of an entire channel feedback process.").

3456.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3457.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra*.

████████████████████████████████████████

     **b.**     **Element 1 [a]: receiving a Null Data Packet Announcement (NDPA), the NDPA including one or more station information fields;**

3458.  **Merlin 051** also discloses this element.

3459.  Merlin 051 at [0067]-[0069]:

3460.  "FIG. 4A is a time sequence diagram illustrating an example of a frame exchange **400** $a$ of channel state information (CSI) feedback between an AP **110** and a wireless communication device **120** (e.g., wireless communication device **120** $a$ of FIG. 1, illustrated as STA**1** in FIG. 4A) in a single user (SU) environment. As shown in FIG. 4A, and in conjunction with FIG. 1, an AP **110** may transmit a sounding announcement **401** to a wireless communication device **120** indicating that a sounding frame is forthcoming (sounding NDP **405**, as shown in FIG. 4A), that the wireless communication device **120** is the intended recipient of the forthcoming sounding frame, and the format thereof. In some embodiments, the sounding announcement **401** may not indicate the presence of the forthcoming sounding NDP **405**, and the sounding NDP **405** may indicate itself that it is a sounding NDP **405**. In other embodiments, neither the sounding announcement **401** nor the sounding NDP **405** indicates that the sounding NDP **405** is a sounding NDP, and the wireless communication device **120** may instead determine on their own that the sounding NDP **405** is a sounding NDP. In an exemplary embodiment, sounding announcement **401** is an NDPA contained in a PPDU. In some aspects, sounding announcement **401** indicates that sounding

- 1386 -

NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more bits in the sounding announcement **401**. In one embodiment, a reserved bit in the NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment, AP **110** designates a specific value of the dialog token field to indicate HE sounding or VHT sounding. In accordance with any of these embodiments, the wireless communication devices **120** receiving the sounding NDP **405** know whether to respond with CSI using HE sounding or VHT sounding."

3461. "In some embodiments, the sounding announcement **401** may also instruct the recipient wireless communication device **120** to respond simultaneously after the sounding NDP **405**. In various aspects, the wireless communication device **120** may be instructed to respond a short interframe space (SIFS) time period after receiving the sounding NDP **405**. The sounding announcement **401** may further instruct the wireless communication device **120** to use legacy (e.g., 802.11ac), UL-MU-MIMO, UL-OFDMA, or a combination thereof, and the corresponding parameters for transmission of CSI (e.g., for CSI transmission **410**A). The sounding announcement **401** may be transmitted in accordance with a format similar to the frame **700** or **701** discussed herein with respect to FIG. 7A or 7B."

3462. "The AP **110** may then transmit the sounding NDP **405** following the sounding announcement **401**. In response to the sounding NDP **405**, the wireless communication device **120** may transmit CSI to the AP **110**. Specifically, the

- 1387 -

███████████████████████████████████

wireless communication device **120** identified by the sounding

announcement **401** may estimate the channel based on the sounding NDP **405** and

send a representation of the estimated channel in a sounding feedback CSI

transmission. In FIG. 4A, STA**1** transmits CSI transmission **410**A to the AP **110**.

The CSI transmission **410** may be a legacy transmission, UL-MU-MIMO

transmission, UL-OFDMA transmission, or some combination thereof. Upon

receiving the CSI transmission **410**A, the AP **110** may accurately determine

information about the channel from the AP **110** to the wireless communication

device **120** (e.g., STA**1**). The sounding NDP **405** may be transmitted in accordance

with a format similar to the format of frame **900** discussed herein with respect

to FIG. 9. In some aspects, sounding NDP **405** may be a high-efficiency NDP (HE

NDP). In various aspects, the time in between the sounding announcement **401** and

the sounding NDP **405** may be a SIFS time period and the timing in between the

sounding NDP **405** and the CSI transmission **410**A may be a SIFS (or point

interframe space (PIFS)) time period. In other aspects, single user or multi-user

beamforming report (SU BR or MU BR) polls may be used to request CSI from the

wireless communication devices **120**."

3463.  Merlin 051 at [0090]-[0095]:

3464.  "FIG. 7A is a diagram of an example format of a NDPA MAC

frame **700**. In this embodiment, the NDPA frame **700** includes a frame control (FC)

field **705**, a duration field **710**, a receiver address (RA) field **715**, a transmitter

- 1388 -

███████████████████████████████

address (TA) field **720**, sounding dialog token field **725**, a per STA information (info)

field **730**, and a frame check sequence (FCS) field **750**. The FC field **705** indicates a

control subtype or an extension subtype. In the FC field **705**, the protocol version,

type, and subtype may be the same as defined for the NDP announcement frame

defined by the 802.11ac standard. In this case, one or more bits in one of the FC

field **705**, duration field **710**, TA field **720**, RA field **715**, or sounding dialog token

field **725** may be used to indicate that the NDPA frame **700** has a modified format

for its use as described in this application. Alternatively, a new type and new

subtype may be used to indicate that the NDPA frame **700** has a specific format for

the use as described in this application. In some aspects, two reserved bits in the

sounding dialog token field **725** may be used to indicate whether the wireless

communication devices **120** should send their responses to the NDPA frame **700** via

UL-MU-MIMO transmissions, UL-OFDMA transmissions, or according to 802.11ac

behavior (i.e. one STA sends CSI immediately and the other STAs wait to be

polled)."

3465.  "The duration field **710** indicates to any receiver of the NDPA

frame **700** to set the network allocation vector (NAV). The RA field **715** indicates

the wireless communication devices **120** (or STAs) that are the intended recipients

of the frame. The RA field **715** may be set to broadcast or to a multicast group that

includes the STAs listed in the STA info fields **730-740**. If the type or subtype are

set to a new value, in an embodiment, the RA field **715** may be omitted, as the

- 1389 -

type/subtype implicitly indicates that the destination is broadcast. The TA

field **720** indicates the transmitter address or a BSS identifier (BSSID). The

sounding dialog token field **725** indicates the particular sounding announcement to

the STAs."

3466.  "In an embodiment where the NDPA frame **700** indicates response

should be sent using UL-MU-MIMO, the STAs listed in the STA info fields **730**-

**740** may respond by using UL-MU-MIMO. In this aspect, the stream ordering may

follow the same ordering of STA info fields **730**-**740**. Additionally, the number of

streams to be allocated and the power offsets for each of the STAs may be pre-

negotiated. In another aspect, the number of streams allocated per STA may be

based on the number of streams sounded by the sounding NDP. For example, the

number of streams per STA may be equal to the number of sounded streams divided

by the maximum number of streams available for all STAs listed."

3467.  "In an embodiment where the NDPA frame **700** indicates response

should be sent using UL-OFDMA, the STAs listed in the STA info fields **730**-

**740** may respond by using UL-OFDMA. In this aspect, the channel ordering may

follow the same ordering of STA info fields **730**-**740**. Additionally, the number of

channels to be allocated and the power offsets for each of the STAs may be pre-

negotiated. In another aspect, the number of channels allocated per STA may be

based on the number of channels sounded by the sounding NDP."

3468.  "The STA info field **730** contains information regarding a particular STA and may include a per-STA (per wireless communication device **120**) set of information (see STA info **1 730** and STA info N **740**). The STA info field **730** may include an allocation identifier (AID) field **732** which identifies a STA, a feedback type field **734**, and an Nc index field **736**. The FCS field **750** carries an FCS value used for error detection of the NDPA frame **700**. In some aspects, the NDPA frame **700** may also include a PPDU duration field (not shown). The PPDU duration field indicates the duration of the following UL-MU-MIMO (or UL-OFDMA) PPDU that the wireless communication devices **120** are allowed to send. In other aspects, the PPDU duration may be agreed to beforehand between an AP **110** and the wireless communication devices **120**. In some embodiments, the PPDU duration field may not be included if the duration field **710** is used to compute the duration of the response that the wireless communication devices **120** are allowed to send."

3469.  Merlin 051 at Fig. 7A:



FIG. 7A

3470.  Merlin 051 Figure 7B.



FIG. 7B

3471.  Merlin 051 at [0070]-[0073]:

- 1392 -

████████████████████████

3472. "FIG. 4B is a time sequence diagram illustrating an example of a frame exchange 400 b of CSI feedback between an AP **110** and multiple wireless communication devices **120** (e.g., wireless communication devices **120** $a$ and **120** $b$ of FIG. 1, illustrated as STA**1** and STA**2** in FIG. 4B). Frame exchange **400** $b$ may be similar to frame exchange **400** $a$ of FIG. 4A, but may use an MU-MIMO or OFDMA protocol to determine and communicate CSI with multiple wireless communication devices **120**. As shown in FIG. 4B, and in conjunction with FIG. 1, an AP **110** may transmit packet **402** to the wireless communication devices **120**. Packet **402** may comprise a sounding announcement **401** indicating which wireless communication devices **120** are the intended recipients and the format of the forthcoming sounding frame (sounding NDP **405**, as shown in FIG. 4B). In some aspects, the wireless communication devices **120** indicated in the sounding announcement **401** may be only of a particular set of capabilities. In one embodiment, wireless communication devices **120** indicated in the sounding announcement **401** may be HE STAs. In an exemplary embodiment, sounding announcement **401** is an NDPA contained in packet **402**, which is a PPDU. In accordance with this embodiment, a bit (or bits) in the PPDU may indicate to the wireless communication devices **120** that MU sounding is used so that the wireless communication devices **120** do not immediately respond with single user CSI. In other embodiments, a fake allocation identifier (AID) may be contained in the first station AID field of the sounding

- 1393 -

announcement **401** so that no wireless communication devices respond immediately

after receiving the sounding NDP **405** with single user CSI. This fake AID may also

be referred to herein as a reserved field. In some aspects, sounding

announcement **401** indicates that sounding NDP **405** is an HE NDP or a VHT NDP.

This indication may comprise one or more bits in the sounding announcement **401**.

In one embodiment, a reserved bit in the NDPA sounding dialog token field is used

to indicate that sounding NDP **405** is an HE NDP, or that sounding NDP **405** is a

VHT NDP. In another embodiment, AP **110** designates a specific value of the dialog

token field to indicate HE sounding or VHT sounding. In accordance with any of

these embodiments, the wireless communication devices **120** receiving the sounding

NDP **405** know whether to respond with CSI using HE sounding or VHT sounding."

3473. "In some embodiments, the sounding announcement **401** may also

instruct some or all of the recipient wireless communication devices **120** to respond

simultaneously after the sounding NDP **405**. In various aspects, the wireless

communication devices **120** may be instructed to respond a SIFS time period after

receiving the sounding NDP **405**. The sounding announcement **401** may further

instruct the wireless communication devices **120** to use UL-MU-MIMO, UL-

OFDMA, or a combination of both and the corresponding parameters for

transmission of CSI (e.g., for CSI transmissions **410**A and **410**B). The sounding

announcement **401** may be transmitted in accordance with a format similar to

frame **700** or **701** discussed herein with respect to FIG. 7A or 7B."

- 1394 -

████████████████████████████

3474.  "Packet **402** may also comprise a trigger frame **404**. In various aspects, the trigger frame **404** may indicate which wireless communication devices **120** are to participate in the frame exchange **400** *b,* h that a particular wireless communication device **120** knows to start a transmission (e.g., transmission **410**A or **410**B). In some aspects, the trigger frame **404** may provide an indication of a resource allocation to the wireless communication devices **120** for the transmission of the CSI requested by the AP **110**, or for other uplink transmissions. In some embodiments, the indication of the resource allocation is an indication of a spatial stream or frequency bandwidth allocated to the wireless communication device **120**, which may be a specific tone or sub-band allocation. The sounding announcement **401** may be aggregated with the trigger frame **404**. For example, the sounding announcement **401** and the trigger frame **404** may each be transmitted within a payload of the same PPDU transmission (e.g., packet **402**). In another example, the trigger frame **404** is sent after the sounding announcement **401** without any time between the transmissions. The trigger frame **404** may be transmitted in accordance with a format similar to the frame **800** discussed herein with respect to FIG. 8."

3475.  "The AP **110** may then transmit the sounding NDP **405** following packet **402**. In response to the sounding NDP **405**, the wireless communication devices **120** may transmit CSI to the AP **110**. Specifically, the wireless communication devices **120** identified by the sounding announcement **401** may

- 1395 -

███████████████████████████

estimate the channel based on the sounding NDP **405** and send a representation of

the estimated channel in a sounding feedback CSI transmission. In FIG. 4B,

STA**1** and STA**2** concurrently transmit CSI transmissions **410**A and **410**B to the

AP **110**. The CSI transmissions **410**A and **410**B may be UL-MU-MIMO

transmissions, UL-OFDMA transmissions, or some combination thereof. In some

embodiments, the concurrent transmissions may occur at the same time or within a

certain threshold time period. These concurrent transmissions may utilize the

resource allocation provided in the trigger frame **404**. Upon receiving the CSI

transmissions **410**A and **410**B, the AP **110** may accurately determine information

about the channel from the AP **110** to each of the wireless communication

devices **120** (e.g., STA**1** and STA**2**). The sounding NDP **405** may be transmitted in

accordance with a format similar to the format of frame **900** discussed herein with

respect to FIG. 9. In one embodiment, sounding NDP **405** may comprise a bit or bits

indicating that a MU CSI response is requested from the wireless communications

devices **120**. In some aspects, sounding NDP **405** may be an HE NDP. In various

aspects, the time in between the sounding announcement **401** and the sounding

NDP **405** may be a SIFS time period and the timing in between the sounding

NDP **405** and the CSI transmissions **410**A and **410**B may be a SIFS (or PIFS) time

period."

3476.  Merlin 051 at [0090]-[0095]:

███████████████████████████████

3477. "FIG. 7A is a diagram of an example format of a NDPA MAC frame **700**. In this embodiment, the NDPA frame **700** includes a frame control (FC) field **705**, a duration field **710**, a receiver address (RA) field **715**, a transmitter address (TA) field **720**, sounding dialog token field **725**, a per STA information (info) field **730**, and a frame check sequence (FCS) field **750**. The FC field **705** indicates a control subtype or an extension subtype. In the FC field **705**, the protocol version, type, and subtype may be the same as defined for the NDP announcement frame defined by the 802.11ac standard. In this case, one or more bits in one of the FC field **705**, duration field **710**, TA field **720**, RA field **715**, or sounding dialog token field **725** may be used to indicate that the NDPA frame **700** has a modified format for its use as described in this application. Alternatively, a new type and new subtype may be used to indicate that the NDPA frame **700** has a specific format for the use as described in this application. In some aspects, two reserved bits in the sounding dialog token field **725** may be used to indicate whether the wireless communication devices **120** should send their responses to the NDPA frame **700** via UL-MU-MIMO transmissions, UL-OFDMA transmissions, or according to 802.11ac behavior (i.e. one STA sends CSI immediately and the other STAs wait to be polled)."

3478. "The duration field 710 indicates to any receiver of the NDPA frame **700** to set the network allocation vector (NAV). The RA field **715** indicates the wireless communication devices **120** (or STAs) that are the intended recipients

- 1397 -

███████████████████████████

of the frame. The RA field **715** may be set to broadcast or to a multicast group that includes the STAs listed in the STA info fields **730**-**740**. If the type or subtype are set to a new value, in an embodiment, the RA field **715** may be omitted, as the type/subtype implicitly indicates that the destination is broadcast. The TA field **720** indicates the transmitter address or a BSS identifier (BSSID). The sounding dialog token field **725** indicates the particular sounding announcement to the STAs."

3479.  "In an embodiment where the NDPA frame **700** indicates response should be sent using UL-MU-MIMO, the STAs listed in the STA info fields **730**-**740** may respond by using UL-MU-MIMO. In this aspect, the stream ordering may follow the same ordering of STA info fields **730**-**740**. Additionally, the number of streams to be allocated and the power offsets for each of the STAs may be pre-negotiated. In another aspect, the number of streams allocated per STA may be based on the number of streams sounded by the sounding NDP. For example, the number of streams per STA may be equal to the number of sounded streams divided by the maximum number of streams available for all STAs listed."

3480.  "In an embodiment where the NDPA frame **700** indicates response should be sent using UL-OFDMA, the STAs listed in the STA info fields **730**-**740** may respond by using UL-OFDMA. In this aspect, the channel ordering may follow the same ordering of STA info fields **730**-**740**. Additionally, the number of channels to be allocated and the power offsets for each of the STAs may be pre-

███████████████████████████████████

negotiated. In another aspect, the number of channels allocated per STA may be based on the number of channels sounded by the sounding NDP."

3481.  "The STA info field **730** contains information regarding a particular STA and may include a per-STA (per wireless communication device **120**) set of information (see STA info **1 730** and STA info N **740**). The STA info field **730** may include an allocation identifier (AID) field **732** which identifies a STA, a feedback type field **734**, and an Nc index field **736**. The FCS field **750** carries an FCS value used for error detection of the NDPA frame **700**. In some aspects, the NDPA frame **700** may also include a PPDU duration field (not shown). The PPDU duration field indicates the duration of the following UL-MU-MIMO (or UL-OFDMA) PPDU that the wireless communication devices **120** are allowed to send. In other aspects, the PPDU duration may be agreed to beforehand between an AP **110** and the wireless communication devices **120**. In some embodiments, the PPDU duration field may not be included if the duration field **710** is used to compute the duration of the response that the wireless communication devices **120** are allowed to send."

3482.  Merlin 051 at Figure 4A:



**400a**

401
405

| Sounding Announcement | NDP | CSI STA1 |

Time

410A

FIG. 4A

**400b**

3483. Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3484. **802.11ac-2013** also discloses this element.

3485. 802.11ac-2013 at 8.3.1.20; pg. 44; Fig. 8-29k:



| B0    B1 | B2                    B7 |
|----------|--------------------------|
| Reserved | Sounding Dialog Token Number |

Bits:        2                      6

**Figure 8-29k—Sounding Dialog Token field**

3486. 802.11ac-2013 at 8.3.1.20; pg. 44: "The Duration field is set as defined in 8.2.5. The VHT NDP Announcement frame contains at least one STA Info field. If the VHT NDP Announcement frame contains only one STA Info field, then the RA field value is the address of the STA identified by the AID in the STA Info field. If the VHT NDP Announcement frame contains more than one STA Info field, then

the RA field value is the broadcast address. The TA field value is the address of the STA transmitting the VHT NDP Announcement frame or a bandwidth signaling TA. In a VHT NDP Announcement frame transmitted by a VHT STA in a non-HT or non-HT duplicate format and where the scrambling sequence carries the TXVECTOR parameter CH_BANDWIDTH_IN_NON_HT, the TA field value is a bandwidth signaling TA."

3487.  802.11ac-2013 at 8.3.1.20; pg. 44; Fig. 8-29j:



**Figure 8-29j—VHT NDP Announcement frame format**

3488.  802.11ac-2013 at 8.4.1.48; pg. 48; Fig. 8-53f:

3489.  802.11ac-2013 at 8.3.1.20; pgs. 44-45; Fig. 8-29l: "The Sounding Dialog Token Number subfield in the Sounding Dialog Token field contains a value selected by the beamformer to identify the VHT NDP Announcement frame."



**Figure 8-29l—STA Info field**

3490.  802.11ac-2013 at 8.3.1.20; pg. 45; Table 8-18a:

**Table 8-18a—STA Info subfields**

| Field | Description |
|---|---|
| AID12 | Contains the 12 least significant bits of the AID of a STA expected to process the following VHT NDP and prepare the sounding feedback. Equal to 0 if the STA is an AP, mesh STA, or STA that is a member of an IBSS. |
| Feedback Type | Indicates the type of feedback requested.<br>Set to 0 for SU.<br>Set to 1 for MU. |
| Nc Index | If the Feedback Type field indicates MU, then Nc Index indicates the number of columns, $Nc$, in the Compressed Beamforming Feedback Matrix subfield minus 1:<br>Set to 0 to request $Nc = 1$<br>Set to 1 to request $Nc = 2$<br>…<br>Set to 7 to request $Nc = 8$<br>Reserved if the Feedback Type field indicates SU. |

3491.  802.11ac-2013 at 9.31.5.2; pg. 168-171:

3492.  A VHT beamformer shall initiate a sounding feedback sequence by transmitting a VHT NDP Announcement frame followed by a VHT NDP after a SIFS. The VHT beamformer shall include in the VHT NDP Announcement frame one STA Info field for each VHT beamformee that is expected to prepare VHT Compressed Beamforming feedback and shall identify the VHT beamformee by including the VHT beamformee's AID in the AID subfield of the STA Info field. The VHT NDP Announcement frame shall include at least one STA Info field.

3493.  NOTE—A STA that transmits a VHT NDP Announcement frame to a DLS or TDLS peer STA obtains the AID for the peer STA from the DLS Setup Request, DLS Setup Response, TDLS Setup Request, or TDLS Setup Response frame.

████████████████████████████████████

3494.  A VHT beamformer shall not transmit either a VHT NDP Announcement+HTC frame or a Beamforming Report Poll+HTC frame that contains an HT variant HT Control field.

3495.  A VHT NDP shall be transmitted only following a SIFS after a VHT NDP Announcement frame. A VHT NDP Announcement frame shall be followed by a VHT NDP after SIFS.

3496.  A VHT beamformer that has not received from a STA a VHT Capabilities element or where the last VHT Capabilities element received from the STA has the SU Beamformee Capable field set to 0 shall not transmit either of the following:

3497.  — AVHT NDP Announcement frame addressed to the STA or that includes the STA's AID in one of the STA Info fields

3498.  — A Beamforming Report Poll frame to the STA A VHT beamformer that transmits a VHT NDP Announcement frame to a VHT SU-only beamformer shall include only one STA Info field in the VHT NDP Announcement frame and set the Feedback Type subfield of the STA Info field to SU.

3499.  If the VHT NDP Announcement frame includes more than one STA Info field, the RA of the VHT NDP Announcement frame shall be set to the broadcast address. If the VHT NDP Announcement frame includes a single STA Info field, the RA of the VHT NDP Announcement frame shall be set to the MAC address of the VHT beamformee.

3500.  A VHT NDP Announcement frame shall not include two or more STA Info fields with same value in the AID subfield.

3501.  A VHT beamformer that transmits a VHT NDP Announcement frame to a VHT beamformee that is an AP, mesh STA or STA that is a member of an IBSS, shall include a single STA Info field in the VHT NDP Announcement frame and shall set the AID field in the STA Info field to 0.

3502.  A VHT NDP Announcement frame with more than one STA Info field shall not carry a VHT variant HT Control field, unless all the STAs listed in the AID field of the STA Info fields have set +HTC-VHT Capable to 1 in the VHT Capabilities Info field.

3503.  A VHT beamformer that transmits a VHT NDP Announcement frame with more than one STA Info field should transmit any Beamforming Report Poll frames used to retrieve VHT Compressed Beamforming feedback from the intended VHT beamformees in the same TXOP. If the duration of the TXOP that contained the VHT NDP Announcement frame has insufficient duration to accommodate the transmission of all of the feedback reports, the VHT beamformer may poll for the remaining VHT Compressed Beamforming feedback in subsequent TXOPs.

3504.  NOTE—The transmission of the VHT NDP Announcement, VHT NDP, VHT Compressed Beamforming, and Beamforming Report Poll frames is subject to the rules in 9.19.2.4.

████████████████████████████████

3505.  A VHT beamformer that sets the Feedback Type subfield of a STA Info field to MU shall set the Nc Index subfield of the same STA Info field to a value equal to or less than the minimum of both the following:

3506.  — The maximum number of supported spatial streams according to the corresponding VHT beamformee's Rx VHT-MCS Map subfield in the Supported VHT-MCS and NSS Set field

3507.  — The maximum number of supported spatial streams according to the Rx NSS subfield value in the Operating Mode field of the most recently received Operating Mode Notification frame or Operating Mode Notification element with the Rx NSS Type subfield equal to 0 from the corresponding VHT beamformee

3508.  A non-AP VHT beamformee that receives a VHT NDP Announcement frame from a VHT beamformer with which it is associated or has an established DLS or TDLS session and that contains the VHT beamformee's AID in the AID subfield of the first (or only) STA Info field and also receives a VHT NDP a SIFS after the VHT NDP Announcement frame shall transmit the PPDU containing its VHT Compressed Beamforming feedback a SIFS after the VHT NDP. A VHT beamformee that is an AP, mesh STA, or STA that is a member of an IBSS, that receives a VHT NDP Announcement frame with the RA matching its MAC address and the AID subfield of the only STA Info field set to 0, and that also receives a VHT NDP a SIFS after the VHT NDP Announcement frame shall transmit the PPDU containing its VHT Compressed Beamforming feedback a SIFS after the

- 1405 -

VHT NDP. The TXVECTOR parameter CH_BANDWIDTH of the PPDU containing

the VHT Compressed Beamforming feedback shall be set to indicate a bandwidth

not wider than that indicated in the RXVECTOR parameter CH_BANDWIDTH of

the received VHT NDP frame. A STA ignores received VHT NDP Announcement,

VHT NDP, and Beamforming Report Poll frames if

dot11VHTSUBeamformeeImplemented is false.

3509.  A VHT beamformee shall indicate the maximum number of space-time

streams it can receive in a VHT NDP in the Beamformee STS Capability field. If the

beamformee is a non-AP STA, this shall also be the maximum total number of

space-time streams that the STA can receive in a VHT MU PPDU. An example of

the VHT sounding protocol with a single VHT beamformee is shown in Figure 9-

41a.

3510.  A non-AP VHT beamformee that receives a VHT NDP Announcement

frame from a VHT beamformer with which it is associated or has an established

DLS or TDLS session and that contains the VHT beamformee's AID in the AID

subfield of a STA Info field that is not the first STA Info field shall transmit its VHT

Compressed Beamforming feedback a SIFS after receiving a Beamforming Report

Poll with RA matching its MAC address and a non-bandwidth signaling TA

obtained from the TA field matching the MAC address of the VHT beamformer. If

the RXVECTOR parameter CH_BANDWIDTH_IN_NON_HT of the received

Beamforming Report Poll frame is valid, the TXVECTOR parameter

- 1406 -

CH_BANDWIDTH of the PPDU containing the VHT Compressed Beamforming

feedback shall be set to indicate a bandwidth not wider than that indicated by the

RXVECTOR parameter CH_BANDWIDTH_IN_NON_HT of the Beamforming

Report Poll frame; otherwise, the TXVECTOR parameter CH_BANDWIDTH of the

PPDU containing VHT Compressed Beamforming feedback shall be set to indicate a

bandwidth not wider than that indicated by the RXVECTOR parameter

CH_BANDWIDTH of the Beamforming Report Poll frame.

3511.  An example of the VHT sounding protocol with more than one VHT

beamformee is shown in Figure 9-41b.

3512.  The RA field of the VHT Compressed Beamforming frame(s) of the

VHT Compressed Beamforming feedback shall be set to a non-bandwidth signaling

TA obtained from the TA field of the VHT NDP Announcement frame or the

Beamforming Report Poll frame to which this VHT Compressed Beamforming

feedback is a response.

3513.  If the VHT Beamformee is transmitting VHT Compressed

Beamforming frame(s) a SIFS after the VHT NDP, then the VHT Compressed

Beamforming frame(s) shall include the VHT Compressed Beamforming Report

information and, for the case of MU feedback, the MU Exclusive Beamforming

Report information.

3514.   A VHT beamformee that transmits a VHT Compressed Beamforming

frame shall set the Feedback Type field in the VHT MIMO Control field to the same

value as the Feedback Type field in the corresponding STA Info field in the VHT

NDP Announcement frame. If the Feedback Type field indicates MU, the STA shall

send a VHT Compressed Beamforming frame with the Nc Index field value in the

VHT MIMO Control field equal to the minimum of all the following:

3515. — The Nc Index field value in the corresponding STA Info field in the

VHT NDP Announcement frame

3516. — The maximum number of supported spatial streams according to its

Rx VHT-MCS Map subfield in the Supported VHT-MCS and NSS Set field

3517. — The maximum number of supported spatial streams according to its

Rx NSS subfield value in the Operating Mode field of the Operating Mode

Notification frame or Operating Mode Notification element transmitted most

recently by the VHT beamformee

3518. If the Feedback Type indicates SU, the Nc Index field value in the

VHT MIMO Control field is determined by the VHT beamformee.

3519. The Nr Index field in the VHT MIMO Control field shall be set to the

same value as the RXVECTOR parameter NUM_STS of the corresponding VHT

NDP. The Nc Index field shall not be set to a value larger than the Nr Index value

in the VHT MIMO Control field. A VHT beamformee shall set the value of the

Channel Width subfield in the VHT MIMO Control field of a VHT Compressed

Beamforming frame to the same value as the RXVECTOR parameter

CH_BANDWIDTH of the corresponding VHT NDP frame.

██████████████████████████████

3520.  A VHT beamformee shall not include MU Exclusive Beamforming

Report information in VHT Compressed Beamforming feedback if the Feedback

Type subfield in the MIMO Control field of the VHT Compressed Beamforming

frame(s) indicates SU. A VHT beamformee shall include both VHT Compressed

Beamforming Report information and MU Exclusive Beamforming Report

information in VHT Compressed Beamforming feedback if the Feedback Type

subfield in the MIMO Control field of the VHT Compressed Beamforming frame(s)

indicates MU.

3521.  A VHT beamformee that transmits VHT Compressed Beamforming

feedback shall include neither the VHT Compressed Beamforming Report

information and nor the MU Exclusive Beamforming Report information if the

transmission duration of the PPDU carrying the VHT Compressed Beamforming

Report information and any MU Exclusive Beamforming Report information would

exceed the maximum PPDU duration.

3522.  The value of the Sounding Dialog Token Number subfield in the VHT

MIMO Control field shall be set to the same value as the Sounding Dialog Token

Number subfield in the Sounding Dialog Token field in the corresponding VHT NDP

Announcement frame.

3523.  NOTE 1—The VHT beamformer can use the sounding dialog token in

the VHT Compressed Beamforming frame(s) of the VHT Compressed Beamforming

feedback to associate the feedback with a prior VHT NDP Announcement frame and

thus compute the delay between sounding and receiving the feedback. The VHT

beamformer can use this delay time when making a decision regarding the

applicability of the feedback for the link.

3524.  NOTE 2—Recovery in the case of a missing response to a VHT NDP

Announcement or Beamforming Report Poll frame follows the rules for multiple

frame transmission in an EDCA TXOP (see 9.19.2.4). VHT Compressed

Beamforming feedback is comprised of the VHT Compressed Beamforming Report

information (see Table 8-53f) and the MU Exclusive Beamforming Report

information (see Table 8-53i). Subclause 8.5.23.2 specifies how

3525.  VHT Compressed Beamforming feedback is converted into a VHT

Compressed Beamforming frame, and it also specifies the rules for the presence or

absence of the two fields listed here.

3526.  802.11ac-2013 at 9.31.5.2; pg. 170; Fig. 9-41a:



**Figure 9-41a—Example of the sounding protocol with a single VHT beamformee**

3527.  802.11ac-2013 at 9.31.5.2; pg. 170; Fig. 9-41b:



**Figure 9-41b—Example of the sounding protocol with more than one VHT beamformee**

- 1410 -

3528. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3529. **Chun** also discloses this element.

3530. Chun '388, Abstract ("Disclosed herein is a sounding method of a station (STA) for sending feedback information about a downlink (OL) channel state in a wireless LAN (WLAN) system. The sounding method includes receiving an NDP announcement (NDPA) frame providing notification of the transmission of a null data packet (NDP) frame; receiving the NDP frame; receiving a trigger frame comprising resource allocation information allocated to the STA; generating feedback information using the NDP frame; and sending a feedback frame comprising feedback information through uplink (UL) multi- user (MU) transmission using a frequency resource indicated by the resource allocation information. The feedback information may be generated in a frequency granularity (FG) unit with respect to a transmission bandwidth having a size smaller than or equal to the size of a transmission bandwidth of the NDP frame.").

3531. Chun '388, 2:51-67 ("In an aspect of the present invention, there is provided a sounding method of a station (STA) for sending feedback information about a downlink (DL) channel state in a wireless LAN (WLAN) system. The sounding method includes receiving an NDP announcement (NDPA) frame providing notification of the transmission of a null data packet (NDP) frame,

- 1411 -

████████████████████████████████████████

receiving the NDP frame, receiving a trigger frame comprising resource allocation information allocated to the STA, generating feedback information using the NDP frame, and sending a feedback frame comprising feedback information through uplink (UL) multi-user (MU) transmission using a frequency resource indicated by the resource allocation information. The feedback information may be generated in a frequency granularity (FG) unit with respect to a transmission bandwidth having a size smaller than or equal to the size of the transmission bandwidth of the NDP frame.").

3532.  Chun '388, 3:33-49 ("Furthermore, in an aspect of the present invention, there is provided a station (STA) device in a wireless LAN (WLAN) system, including an RF unit configured to transmit and receive a radio signal and a processor configured to control the RF unit. The processor receives an NDP announcement (NDPA) frame providing notification of the transmission of a null data packet (NDP) frame, receives the NDP frame, receive a trigger frame comprising resource allocation information allocated to the STA, generates feedback information using the NDP frame, and sends a feedback frame comprising feedback information through uplink (UL) multi-user (MU) transmission using a frequency resource indicated by the resource allocation information. The feedback infom1ation may be generated in a frequency granularity (FG) unit with respect to a transmission bandwidth having a size smaller than or equal to the size of the transmission bandwidth of the NDP frame.").

███████████████████████████

3533.  Chun '388, 19:21-29 ("For example, the control frames may include a request to send (RTS) frame, a clear- to-send (CTS) frame, an acknowledgment (ACK) frame, a PS-poll frame, a contention free (CF)-end frame, a CF-end+CF-ACK frame, a block acknowledgment (ACK) request (BAR) frame, a block acknowledgment (ACK) (BA) frame, a control wrapper (control+HT control) frame, a VHT null data packet announcement (NDPA) frame, and a beamforming report poll frame.").

3534.  Chun '388, 23:15-58 ("FIG. 8 is a diagram conceptually illustrating a channel sounding method in a wireless communication system to which an embodiment of the present invention may be applied. FIG. 8 illustrates a method for feeding back channel state information between a beamformer (e.g., an AP) and a beamformee (e.g., a non-AP STA) based on a sounding protocol. The sounding protocol may mean a procedure for receiving information about channel state information through feedback. A channel state information sounding method between a beamformer and a beamformee based on the sounding protocol may be performed according to the following steps. (1) A beamformer sends a VHT null data packet announcement (VHT NDPA) frame for providing notification of sounding transmission for the feedback of a beamformee. The VHT NDPA frame refers to a control frame which is used to provide notification that channel sounding is initiated and a null data packet (NDP) will be transmitted. In other words, by sending the VHT NDPA frame prior to the transmission of the NDP frame, a

- 1413 -

████████████████████████

beamformee may be prepared for the feedback of channel state information before receiving the NDP frame. The VHT NDPA frame may include association identifier (AID) information, feedback type information, etc. about a beamformee which will send an NDP. The VHT NDPA frame will be described in more detail later. The VHT NDPA frame may be transmitted using different methods if data is transmitted using MU-MIMO and if data is transmitted using SU-MIMO. For example, if channel sounding for MU-MIMO is performed, the VHT NDPA frame may be transmitted using a broadcast method. In contrast, if channel sounding for SU-MIMO is performed, the VHT NDPA frame may be transmitted to a single target STA using a unicast method. (2) A beamformer sends an NDP after an SIPS time after sending a VHT NDPA frame. The NDP has a VHT PPDU structure other than a data field. Beamformees that have received the VHT NDPA frame may check the value of an AID12 subfield included in an STA information field and check whether each of the beamformees is a sounding target STA.").

3535. Chun '388, 24:36- 25:3 ("FIG. 9 is a diagram illustrating a VHT NDPA frame in a wireless communication system to which an embodiment of the present invention may be applied. Referring to FIG. 9, the VHT NDPA frame may include a frame control field, a duration field, a receiving address (RA) field, a transmitting address (TA) field, a sounding dialog token field, an STA information 1 (STA Info 1) field to an STA information n (STA Info n) field, and FCS. The value of the RA field indicates the address of a recipient or STA which receives a VHT NDPA frame. If

- 1414 -

the VHT NDPA frame includes a single STA Info field, the value of the RA field has

the address of an STA identified by an AID within the STA Info field. For example,

if the VHT NDPA frame is transmitted to a single target STA for SU-MIMO

channel sounding, an AP sends the VHT NDPA frame to a target STA in a unicast

manner. In contrast, if the VHT NDPA frame includes one or more STA Info fields,

the value of the RA field has a broadcast address. For example, if the VHT NDPA

frame is transmitted to one or more target STAs for MU-MIMO channel sounding,

an AP broadcasts the VHT NDPA frame. The value of the TA field indicates the

address of a transmitter which sends the VHT NDPA frame, the address of an STA

which sends the VHT NDPA frame, or a bandwidth which signalizes TA. The

sounding dialog token field may also be called a sounding sequence field. A

sounding dialog token number subfield within the sounding dialog token field

includes a value selected by a beamformer in order to identify the VHT NDPA

frame. The VHT NDPA frame includes at least one STA Info field. That is, the VHT

NDPA frame includes an STA Info field including information about a sounding

target STA. One STA Info field may be included in each sounding target STA.")

3536.  Chun '388, 51:21-60 ("As described above with reference to FIGS. 8 to

12, two methods for a feedback procedure for obtaining channel information in the

802.11ac system may be basically supported. One method is a method using a

control frame (i.e., a piggybacked unicast feedback method), and the other method is

a method using a channel sounding procedure not including a data field (i.e., a

- 1415 -

██████████████████████████████

stand-alone unicast/broadcast feedback method). In a next-generation system, a DL

sounding protocol (or sounding procedure/sequence) may be defined based on such a

sounding protocol in the 802.11ac system. In an embodiment, if a DL sounding

protocol of a next-generation system is defined based on the stand-alone unicast

feedback method, an AP may instruct each STA to measure a channel state and to

feed back detailed information, such as the number of preferred (or recommended)

streams as a result of the measurement, an MCS level, information about the SNR

of a measured channel, and beamforming feedback (or a beamforming feedback

vector/matrix). To this end, in the DL sounding protocol, as in the 802.11ac system,

an NDPA frame, an NDP frame, and a feedback frame (or a compressed

beamforming frame) may be used, which are described in detail below with

reference to FIG. 30. FIG. 30 is a diagram illustrating a stand-alone unicast

feedback method (or a DL sounding protocol). The description of FIGS. 8 to 12 may

be identically/similarly applied to FIG. 30, and differences between FIG. 30 and

FIGS. 8 to 12 are chiefly described below. Referring to FIG. 30, in order to obtain

channel state information for a DL channel, an AP may send an (HE) NDPA frame

(or NDPA function/information) 3010, providing notification of the transmission of

an (HE) NDP frame 3020 (or initiating a sounding protocol) to STAs. Control

information regarding the sounding protocol may have been included in the NDPA

frame 3010. For example, feedback indication information (or sounding indication

- 1416 -

information) regarding that which STA will measure which DL channel using what method may have been included in the NDPA frame 301O.").

3537.  Chun '388, 59:16-24 ("The configurations of a DL sounding protocol and an HE control field newly proposed in this specification in order to request/respond channel state information have been described in detail above. A modified example of the DL sounding protocol proposed with reference to FIG. 30 is described in detail below. In the modified example, an NDPA trigger frame is transmitted through DL broadcast in a form in which an NDPA frame and a trigger frame have been combined into a single frame (i.e., a single DL PPDU).").

3538.  Chun '388, 59:33-44 ("Referring to FIG. 34, an AP may send an NDPA trigger frame having an NDPA frame and a trigger frame combined in DL using a broadcast method. In this case, the NDPA trigger frame may refer to a frame including both NDPA information (e.g., feedback request (or indication) information (or sounding indication information), etc. regarding that which STA may measure which DL channel using which method) included in the NDPA frame described with reference to FIG. 30 and trigger information (e.g., trigger information, etc. regarding that how STA may perform transmission using which UL MU frequency/spatial resource) included in the trigger frame.").

3539.  Chun '388, 59:45-60 ("The NDPA trigger frame may include resource allocation information (i.e., UL PPDU resource allocation information) and/or MCS information about an UL MU resource allocated to each STA in order to perform UL

MU transmission on channel state information about an UL PPDU length and DL

channel, that is, trigger information. Furthermore, the NDPA trigger frame may

include sounding dialog token information, information about the AID of an STA, a

feedback type and/or Nc Index information, that is, NDPA information. The NDPA

trigger frame may also include parameters, such as an Nr index and codebook

information. In the legacy system (802.11 ac), a beamformee has adopted a

parameter. In a next-generation system (802.1 lax), however, an AP may determine

parameters in order to estimate the amount of feedback of MU STAs, and may set

the length of an UL MU PPDU.").

3540.  Chun '388, 60:7-29 ("The common Info field indicates a field including

information in common received by STAs that receives an NDPA trigger frame. The

common Info field may include trigger type information, UL PPDU length

information, BW information, GI information, LTF type information, LTF Num

information and/or sounding dialog token information. In this case, the UL PPDU

length information indicates an UL MU PPDU (maximum) length triggered by an

NDPA trigger frame. The BW information indicates the transmission bandwidth of

a corresponding UL MU PPDU. The GI information indicates a guard interval

applied to a corresponding UL MU PPDU or indicates a guard interval which is

used to generate a corresponding UL MU PPDU. The LTF type information

indicates the LTF type of a corresponding UL MU PPDU. The LTF Num

information indicates the number of HE-LTFs included in a corresponding UL MU

PPDU. The sounding dialog token information indicates a sounding dialog token number. In this case, the GI information and the LTF type information may be indicated by a single field in an aggregated combination form. In addition to the listed fields, at least one field including pieces of information for receiving an UL MU PPDU may be additionally included in the common Info field and transmitted.").

3541.  Chun '388, 60:30-56 ("The Per user Info N field indicates a field including infom1ation that is individually received by each STA. Accordingly, the Per user Info N field may include an NDPA trigger frame corresponding to the number of STAs. The Per user Info N field may have included information about the AID of an STA that receives a corresponding field, information about an MCS which is used by an STA to generate/send an UL MU frame, coding information, feedback type information, Nc Index information, Nr index information, codebook information, measuring frequency resource (MFR) information, and frequency granularity (FG) information. In this case, the MFR information indicates information about a frequency domain to be measured (to be fed back/reported) by an STA. The FG information indicates information about the frequency measurement (or feedback/report) unit of an STA as described above. In the legacy system, Nr index information, FG (i.e., Ng) information, codebook information and so on are generated, signaled, and transmitted in UL by an STA without a separate indication from an AP. In accordance with the present embodiment, however, there

- 1419 -

███████████████████████████████████████████

is an advantage in that an AP can directly indicate pieces of corresponding

information for an STA by sending an NDPA trigger frame. The embodiment

described with reference to FIG. 33 may be applied to a method for signaling such

MFR information and FG information, but embodiments of FIGS. 36 to 38 may be

applied to the method.").

3542.  Chun '388 66:22-35 ("The cases 1 and 2 may be separately requested

through separate frames or may be requested together (or simultaneously) through

a single frame. A frame that requests feedback may be composed of a

broadcast/unicast frame (including a unicast frame including an HE control field

configured for a feedback request) including NDPA information (or feedback request

information or feedback initiation information). That is, a frame that requests

feedback may include an NDPA frame, an NDPA trigger frame or a unicast frame

including an HE control field configured for a feedback request. Alternatively, a

feedback frame transmitted as a response to a feedback request may be composed of

a unicast frame (including a unicast frame including an HE control field configured

for a feedback request).").

3543.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

3544.  **Yao** also discloses this element.

- 1420 -

████████████████████████

3545.  Yao, Abstract ("A data feedback method includes acquiring, by the

beamformee, the number of columns from the NDPA message; detecting the number

of active first spatial streams; comparing the number of first spatial streams with

the number of columns, and taking the smaller value obtained from the comparison

as the number of second spatial streams required for feedback; and feeding back the

number of second spatial streams and spatial stream measurement information

about the second spatial streams to the beamformer.").

3546.  Yao, [0038]-[0043] ("For better understanding, the following describes

in detail the data feedback method in the preceding embodiment by using a specific

application scenario. Referring to FIG. 2, another embodiment of a data feedback

method according to the embodiments includes: A beamformee acquires a null data

packet announcement message. A very-high-throughput probing mechanism may be

applied to two scenarios: single-user multiple input multiple output (SU-MIMO)

and multi-user multiple input multiple output (MU-MIMO) scenarios. In the SU-

MIMO scenario, one beamformee communicates with one beamformer (for a specific

signaling flowchart, reference may be made to FIG. 3, where TXOP indicates

Transmit Opportunity, and SIFS indicates Short Inter-Frame Space). Therefore,

when the beamformee receives a unicast NDPA message, the transmission is SU-

MIMO communication if a feedback type (Feedback Type) recorded in a STA Info

field in the NDPA message is 0. If a locally stored association ID (AID, Association

ID) matches the AID of the STA Info in the NDPA, the NDPA message is what the

beamformee requires."). In the MU-MIMO scenario, one beamformer communicates with multiple beamformees (for a specific signaling flowchart, reference may be made to FIG. 4). Therefore, the NDPA message received by the beamformees is a broadcast packet sent by the beamformer. As such, when a beamformee receives the NDPA message, this transmission is MU-MIMO communication if the feedback type (Feedback Type) recorded in the STA Info field in the NDPA message is 1 , and the beamformee needs to perform AID matching.

3547. Yao, [0054] ("Referring to FIG. 4, in the MU-MIMO scenario, the beamformer first sends a broadcast packet of the NDPA message to instruct all related beamformees to prepare for probing. Then, the beamformer sends a broadcast packet of the NDP message, and all related beamformees calculate related channel feedback information according to the received broadcast packet of the NDP message. It should be noted that after the broadcast packet of the NDP message is received, spatial stream measurement information, which is calculated according to the received NDP message, can be immediately sent to the beamformer only when the AID of a beamformee is equal to the AID of the first STA Info field in the broadcast packet of the received NDPA message. For other beamformees, when they receive the beamforming report poll (Beamforming Report Poll) from the beamformer respectively, they send spatial stream measurement information, which is calculated according to the received broadcast packet of the NDP message, to the beamformer if they have received the broadcast packet of the NDP message;

- 1422 -

and if the broadcast packet of the NDP message is not received, a null data packet
or no feedback is sent to the beamformer.").

3548. Yao, [0027] ("The beamformee receives the NDPA message and
determines that the beamformee is the one requested by a beamformer to send
feedback, and extracts the number of columns of station information (STA Info, STA
Information) from the NDPA message, where the number of columns is obtained by
adding 1to the value of the Nc Index field set by the beamformer in the NDPA
message and is used to indicate the number of spatial streams that a STA needs to
feed back.")

3549. Yao, [0036] ("To prevent abnormal situations, IEEE 802.11ac specifies
that the number of actual active antennas of the beamformee must be larger than
or equal to the number of columns (NC) set by the beamformer in the null data
packet announcement (NDPA, Null data packet Announcement) message. As such,
the bcamformcc returns related channel infonnation about each of columns to the
beamformer. This enables the beamformer to adjust the communication status
according to the related channel information about each of columns. If the number
of actual active spatial streams of the beamfonnee is smaller than the number of
columns, the following two results occur: 1. The beamformee may forcedly feed back,
according to the number of spatial streams that the number of columns indicates,
invalid information about certain spatial streams that are not supported. However,
the beamformer does not know this. Therefore, the beamfonner incorrectly

- 1423 -

estimates the current channel situation and performs incorrect parameter

configuration according to the current channel situation; 2. the beamfonnee may

consider that it cannot support the number of spatial streams that the number of

columns indicates, so that the beamformee does not send feedback. As such, the

information about actual active spatial streams of the bcamformcc cannot be known

by the beamforn1er. Therefore, the communication status cannot be optimized,

greatly affecting the actual communication effect of the beamformee.").

3550. Yao, [0045] ("The beamformee extracts STA Info fields sequentially

from the NDPA message and compares AIDs of the STA Info fields one by one with

the locally stored AID. If a same AID is found, AID matching succeeds, which

indicates that the NDPA message needs to be locally received. As such, the

beamformee needs to feed back spatial stream measurement information, and step

203 is triggered. If a same AID is not found, AID matching fails, which indicates

that the beamformee is not the specified one that is requested to send feedback.").

3551. Yao, [0051] ("The beamformee receives the null data packet (NDP, Null

Data Packet) message and detects whether the locally stored AID is equal to the

AID of the first STA Info field in the NDPA message, and, if yes, step 206 is

triggered;").

3552. Yao, [0054] ("Referring to FIG. 4, in the MU-MIMO scenario, the

beamformer first sends a broadcast packet of the NDPA message to instruct all

related beamformees to prepare for probing. Then, the beamformer sends a

████████████████████████████████████████

broadcast packet of the NDP message, and all related beamformees calculate related channel feedback information according to the received broadcast packet of the NDP message. It should be noted that after the broadcast packet of the NDP message is received, spatial stream measurement information, which is calculated according to the received NDP message, can be immediately sent to the beamformer only when the AID of a beamformee is equal to the AID of the first STA Info field in the broadcast packet of the received NDPA message. For other beamformees, when they receive the beamforming report poll (Beamforming Report Poll) from the beamformer respectively, they send spatial stream measurement information, which is calculated according to the received broadcast packet of the NDP message, to the beamformer if they have received the broadcast packet of the NDP message; and if the broadcast packet of the NDP message is not received, a null data packet or no feedback is sent to the beamformer.").

3553.  Yao, [0062] ("The beamformee receives the NDPA message and determines that the beamformee is the one requested by a beamformer to send feedback; and extracts the number of columns in STA Info from the NDPA message, where the number of columns is a field set by the beamformer in the NDPA message and is used to indicate the number of spatial streams that a STA needs to feed back.").

3554.  Yao, [0069] ("In the embodiment, the beamformee feeds back the null data packet to the beamformer. This enables the beamformer to know that the

- 1425 -

number of actual active spatial streams of the beamformee is smaller than the

number of columns set by the beamformer in the NDPA message. In this way, the

beamformer is capable of making a timely response, for example, sending a new

NDPA message for measurement.").

3555.  Yao, [0077] ("The bcamformcr sends the NDPA message to the

beamformee.").

3556.  Yao, [0094] ("Before extraction of the number of columns in STA Info

from the NDPA message, the second acquiring unit 705 of the beamformee first

acquires the NDPA message. If the feedback type (Feedback Type) recorded in the

STA Info field in the NDPA message is 0, the transmission is SU-MIMO

communication. If the locally cached AID is the same as the AID of the NDPA STA

Info field, the NDPA message needs to be received locally, and the beamformee

needs to feed back spatial stream measurement information. In addition, the first

acquiring unit 701 is triggered. Otherwise, the beamformee is not the specified one

that is requested to send feedback. If the feedback type (Feedback Type) recorded in

the STA Info field in the NDPA message is 1, the transmission is MU-MIMU

communication, and the matching unit 706 needs to be triggered to match the

association ID AID of the station infomation STA Info field in the NDPA message.

Specifically, AID matching is as follows: The matching unit 706 extracts STA Info

fields sequentially from the NDPA message and compares AIDs in the STA Info

fields one by one with the locally stored AID. If a same AID is found, AID matching

- 1426 -

████████████████████████████████████████

succeeds, which indicates that the NDPA message needs to be locally received. As such, the beamformee needs to feed back the spatial stream measurement information, and the first acquiring unit 701 is triggered. If a same AID is not found, AID matching fails, which indicates that the beamformee is not the specified one that is requested to send feedback.").

3557.  Yao, [0107] ("The beamformee receives the NDPA message and determines that the beamformee is the one requested by the beamformer to send feedback; and the unit 801 for acquiring the number of columns extracts the number of columns in STA Info from the NDPA message, where the number of columns is a field set by the beamformer in the NDPA message and is used to indicate the number of spatial streams that a STA needs to feed back.").

3558.  Yao, [0117] ("After the NDPA message is framed, the message sending unit 903 sends the NDPA message to the beamformee. This enables the beamformee to feed back, according to the NDPA message, the corresponding spatial stream measurement information about each of columns. In the embodiment, during the capability negotiation process with the beamformee, the beamformer acquires the number of active antennas of the beamformee, so that when framing the NDPA message, the beamformer can set the number of columns according to that the number of active antennas of the beamformee must be larger than or equal to the number of columns in the NDPA message. Therefore, the beamformee end is

- 1427 -

capable of feeding back correct and valid spatial stream measurement information to the beamformer according to the existing 802.11ac mechanism.").

3559.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3560.  **Ghosh** also discloses this element.

3561.  Ghosh, Abstract ("Embodiments of an access point (AP), user station (STA), and method for channel sounding in a wireless network are generally described herein. The AP may transmit a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP. The AP may further transmit a trigger frame for sounding (TFS) to indicate a scheduled sounding feedback period for multiple STAs, which may include identifiers of the STAs. The AP may further receive sounding feedback from at least some of the STAs during the sounding feedback period.").

3562.  Ghosh, 2:53-62 ("In some embodiments, the AP 102 may transmit a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP 102. The AP 102 may transmit a trigger frame for sounding (TFS) to indicate a scheduled sounding feedback period for multiple user stations (STAs). The TFS may include identifiers of the STAs I 03. The AP 102 may receive sounding feedback from at least some of the STAs 103 during the sounding feedback period. These embodiments will be described in more detail below.").

- 1428 -

3563.  Ghosh, 7:14-22 ("At operation 305 of the method 300, the AP 102 may transmit a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP 102. The NDP may be transmitted during the NDP time period at operation 310. It should be noted that the NDP announcement may also be referred to as an "NDP-A" or an "NDP-A message." The NDP time period may also be referred to as a "sounding period" or a "channel sounding period" or similar.").

3564.  Ghosh, 7:37-46 ("It should be noted that the NDP-A and NDP may be included as part of one or more 802.11 standards or other standards, but embodiments are not limited to these particular messages. As an example, other messages may provide the same functionality or purpose, and may or may not be part of an 802.11 standard or other standard. As another example, the NDP-A may be referred to as a "sounding announcement message" or similar in some cases. As another example, the NDP may be referred to as a "sounding message" or similar in some cases.").

3565.  Ghosh, 13:38-45 ("At operation 705, the STA 103 may receive a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP I 02. The STA 103 may receive the NDP at operation 710. At operation 715, the STA 103 may receive a trigger frame for sounding (TFS) to indicate a scheduled sounding feedback period for a group of STAs 103. In some cases, the STA 103 may be included in the group of STAs 103.").

3566.  Ghosh, 7:61-67 ("The NDP-A 410 may be transmitted by the AP 102, and may be received by the STAs I 03 labeled as STA #1, STA #2, and STA #3. After an SIFS 415 has elapsed, the AP 102 may transmit the NDP 420 that is announced by the NDP-A 410. It should be noted that the use of the SIFS 415 here and elsewhere in FIG. 4 (425,435,436,445,446) is not limiting, as other time intervals may be used in some cases.").

3567.  Ghosh, 2:63-3:9 ("In some embodiments, the multiple-access technique used during the HEW control period may be a scheduled orthogonal frequency division multiple access (OFDMA) technique, although this is not a requirement. In some embodiments, the multiple access technique may be a time-division multiple access (TDMA) technique or a frequency division multiple access (FDMA) technique. In some embodiments, the multiple access technique may be a space-division multiple access (SDMA) technique including a multi-user (MU) multiple-input multiple-output (MIMO) (MU-MIMO) technique. These multiple-access techniques used during the HEW control period may be configured for uplink or downlink data communications.").

3568.  Ghosh, 10:4-14 ("The TFS 500 may further include additional resource allocation information blocks for other STAs 103. As an example, the resource allocation information block 540 for STA #2 and the resource allocation information block 550 for STA #N may be included. In some embodiments, the TFS 500 may include a resource allocation block for each STA 103 for which the sounding

- 1430 -

feedback period is reserved or allocated. Although not limited as such, the other

resource allocation information blocks, such as 540, 550 and others, may be of a

similar format as the resource allocation information block 530 in some cases.").

3569.  Alternatively, Ghosh, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

3570.  **Yang** also discloses this element.

3571.  Yang, [0003] ("In the prior art, the beamformer obtains information as

follows: The beamformer sends a null data packet announcement (NDPA) and a null

data packet (NDP) to the beamformee to request channel information. After

receiving the NDPA and the NDP, the beamformee estimates a channel between the

beamformer and the beamformee, and sends the channel information to the

beamformer according to rules. When the beamformer obtains multi-user channel

information, for beamformees other than the first beamformee, the other

beamformees may be notified to feed back their channel information by sending a

sounding poll indication frame.").

3572.  Yang, [0003] ("In the prior art, the beamformer obtains information as

follows: The beamformer sends a null data packet announcement (NDPA) and a null

data packet (NDP) to the beamformee to request channel information. After

receiving the NDPA and the NDP, the beamformee estimates a channel between the

beamformer and the beamformee, and sends the channel information to the

- 1431 -

beamformer according to rules. When the beamformer obtains multi-user channel information, for beamformees other than the first beamformee, the other beamformees may be notified to feed back their channel information by sending a sounding poll indication frame.").

3573.  Yang, [0022] ("In this embodiment of the present invention, when obtaining channel information, the beamformer may request the channel information by sending an NDPA and an NDP to the beamformee. After receiving the NDPA and the NDP, the beamformee estimates a channel between the beamformer and the beamformee, and sends the obtained channel information to the beamformer. This process may be referred to as channel sounding, as shown in FIG. 1. The process in FIG. 1 is a single-user channel sounding process, which refers to transmission of channel information between one beamformer and one beamformee. The channel information obtaining involved in this embodiment of the present invention may be alternatively a multi-user channel sounding process, which means that one beamformer obtains channel information from a plurality of beamformees.").

3574.  Yang, [0031] ("In this embodiment of the present invention, a field, that is, information about the number of stations (Number of STAs), is added to the foregoing NDPA, and the information about the number of stations may also be referred to as the number of stations, used to indicate STAs that are carried by the NDPA and that need to feed channel information back. The number of stations

- 1432 -

███████████████████████████████████████████

information field to be established preferably occupies 8 bits, which may be

preferably placed between the sounding sequence and the STA Info, or may be

placed in other positions").

3575.  Yang, [0033] ("S301, receiving, by a receive end, a null data packet

announcement (NDPA) sent by a transmit end, where the NDPA includes the

number of stations and station list information, and the number of stations is used

to indicate the number of receive ends in the station list information;")

3576.  Yang, [0037] ("In this embodiment of the present invention, by adding

information about the number of stations to the NDPA, a size of the STA list is

better indicated, a process of reading the NDPA by the beamformee is optimized,

and an unpacketizing error caused by error propagation is avoided, while in the

prior art, the number of stations is unknown, if one piece of station information is

erroneous, it is likely to make it difficult to determine whether the station

information list has been completely read. Obviously, the embodiment of the

present invention improves robustness of an entire channel feedback process.").

3577.  Yang, [0046] ("According to the wireless local area network device in

this embodiment of the present invention, by adding information about the number

of stations to the NDPA, a size of the STA list is better indicated, a process of

reading the NDPA by the beamformee is optimized, and an unpacketizing error

caused by error _propagation is avoided while in the prior art the number of

stations is unknown if one _piece of station information is erroneous, it is likely to

- 1433 -

████████████████████

make it difficult to determine whether the station information list has been

completely read. Obviously, the embodiment of the present invention improves

robustness of an entire channel feedback process.").

3578.  Yang, Claim 1 ("A channel information sending method, wherein the

method comprises: receiving, by a receive end, a null data packet announcement

(NDPA) sent by a transmit end, wherein the NDPA comprises the number of

stations and station list information, and the number of stations is used to indicate

the number of receive ends in the station list information; sequentially reading, by

the receive end, information in the station list information to determine whether

information corresponding to the receive end is comprised, and determining, if the

number of times the receive end reads the information exceeds the number of

stations, that the station list information has been completely read; if the station

list information comprises information corresponding to the receive end, receiving,

by the receive end, a null data packet (NDP), and computing channel information

based on the null data packet; and sending the channel information to the transmit

end.").

3579.  Yang, Claim 3 ("A wireless local area network device, wherein the

device comprises: a receiving unit configured to receive a null data packet

announcement (NDPA) and a null data packet (NDP) sent by a transmit end,

wherein the NDPA comprises the number of stations and station list information,

and the number of stations is used to indicate the number of receive ends in the

station list information; an information processing unit configured to sequentially read information in the station list information to determine whether information corresponding to the receive end is comprised, and determine, if the number of times the information is read exceeds the number of stations, that the station list information has been completely read; a channel information computing unit configured to compute channel information based on the null data packet; and a sending unit configured to send the channel information to the transmit end.")

3580.  Yang, FIG. 1.



3581.

3582.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3583.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra*.

   **c.**  **Element 1 [b]:  determining exactly a number of the one or more station information fields in the NDPA;**

- 1435 -

████████████████████████████████████

3584. **Merlin 051** also discloses this element.

3585. Merlin 051 at [0067]-[0069]:

3586. "FIG. 4A is a time sequence diagram illustrating an example of a frame exchange **400** $a$ of channel state information (CSI) feedback between an AP **110** and a wireless communication device **120** (e.g., wireless communication device **120** $a$ of FIG. 1, illustrated as STA**1** in FIG. 4A) in a single user (SU) environment. As shown in FIG. 4A, and in conjunction with FIG. 1, an AP **110** may transmit a sounding announcement **401** to a wireless communication device **120** indicating that a sounding frame is forthcoming (sounding NDP **405**, as shown in FIG. 4A), that the wireless communication device **120** is the intended recipient of the forthcoming sounding frame, and the format thereof. In some embodiments, the sounding announcement **401** may not indicate the presence of the forthcoming sounding NDP **405**, and the sounding NDP **405** may indicate itself that it is a sounding NDP **405**. In other embodiments, neither the sounding announcement **401** nor the sounding NDP **405** indicates that the sounding NDP **405** is a sounding NDP, and the wireless communication device **120** may instead determine on their own that the sounding NDP **405** is a sounding NDP. In an exemplary embodiment, sounding announcement **401** is an NDPA contained in a PPDU. In some aspects, sounding announcement **401** indicates that sounding NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more bits in the sounding announcement **401**. In one embodiment, a reserved bit in the

- 1436 -

████████████████████████████████████

NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an

HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment,

AP **110** designates a specific value of the dialog token field to indicate HE sounding

or VHT sounding. In accordance with any of these embodiments, the wireless

communication devices **120** receiving the sounding NDP **405** know whether to

respond with CSI using HE sounding or VHT sounding."

3587.  "In some embodiments, the sounding announcement **401** may also

instruct the recipient wireless communication device **120** to respond simultaneously

after the sounding NDP **405**. In various aspects, the wireless communication

device **120** may be instructed to respond a short interframe space (SIFS) time

period after receiving the sounding NDP **405**. The sounding announcement **401** may

further instruct the wireless communication device **120** to use legacy (e.g.,

802.11ac), UL-MU-MIMO, UL-OFDMA, or a combination thereof, and the

corresponding parameters for transmission of CSI (e.g., for CSI transmission **410**A).

The sounding announcement **401** may be transmitted in accordance with a format

similar to the frame **700** or **701** discussed herein with respect to FIG. 7A or 7B."

3588.  "The AP **110** may then transmit the sounding NDP **405** following the

sounding announcement **401**. In response to the sounding NDP **405**, the wireless

communication device **120** may transmit CSI to the AP **110**. Specifically, the

wireless communication device **120** identified by the sounding

announcement **401** may estimate the channel based on the sounding NDP **405** and

- 1437 -

██████████████████████████████████████

send a representation of the estimated channel in a sounding feedback CSI transmission. In FIG. 4A, STA**1** transmits CSI transmission **410**A to the AP **110**. The CSI transmission **410** may be a legacy transmission, UL-MU-MIMO transmission, UL-OFDMA transmission, or some combination thereof. Upon receiving the CSI transmission **410**A, the AP **110** may accurately determine information about the channel from the AP **110** to the wireless communication device **120** (e.g., STA**1**). The sounding NDP **405** may be transmitted in accordance with a format similar to the format of frame **900** discussed herein with respect to FIG. 9. In some aspects, sounding NDP **405** may be a high-efficiency NDP (HE NDP). In various aspects, the time in between the sounding announcement **401** and the sounding NDP **405** may be a SIFS time period and the timing in between the sounding NDP **405** and the CSI transmission **410**A may be a SIFS (or point interframe space (PIFS)) time period. In other aspects, single user or multi-user beamforming report (SU BR or MU BR) polls may be used to request CSI from the wireless communication devices **120**."

3589.  Merlin 051 at [0076]-[0077]:

3590.  "FIG. 4C is a time sequence diagram illustrating another example of a frame exchange **400** *c* of CSI feedback between an AP **110** and multiple wireless communication devices **120** (e.g., wireless communication devices **120** *a* and **120** *b* of FIG. 1, illustrated as STA**1** and STA**2** in FIG. 4C). Frame exchange **400** *c* may use an MU-MIMO or OFDMA protocol to determine and

communicate CSI with multiple wireless communication devices **120**. As shown

in FIG. 4C, and in conjunction with FIG. 1, an AP **110** may transmit a sounding

announcement **401** to the wireless communication devices **120** indicating which

wireless communication devices **120** are the intended recipients and the format of

the forthcoming sounding frame (sounding NDP **405**, as shown in FIG. 4C). In an

exemplary embodiment, sounding announcement **401** is a PPDU comprising an

NDPA. In some aspects, sounding announcement **401** indicates that sounding

NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more

bits in the sounding announcement **401**. In one embodiment, a reserved bit in the

NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an

HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment,

AP **110** designates a specific value of the dialog token field to indicate HE sounding

or VHT sounding. In accordance with any of these embodiments, the wireless

communication devices **120** receiving the sounding NDP **405** know whether to

respond with CSI using HE sounding or VHT sounding."

3591.  "In some embodiments, the sounding announcement **401** may also

instruct some or all of the recipient wireless communication devices **120** to respond

simultaneously after a trigger frame **404**. In various aspects, the wireless

communication devices **120** may be instructed to respond a SIFS time period after

receiving the trigger frame **404**. The sounding announcement **401** may further

instruct the wireless communication devices **120** to use UL-MU-MIMO, UL-

- 1439 -

OFDMA, or a combination of both and the corresponding parameters for transmission of CSI (e.g., for CSI transmissions **410**A and **410**B). The sounding announcement **401** may be transmitted in accordance with a format similar to frame **700** or **701** discussed herein with respect to FIG. 7A or 7B."

3592.  Merlin 051 at [0096]-[0099]:

3593.  "The duration field 710 indicates to any receiver of the NDPA frame **700** to set the network allocation vector (NAV). The RA field **715** indicates the wireless communication devices **120** (or STAs) that are the intended recipients of the frame. The RA field **715** may be set to broadcast or to a multicast group that includes the STAs listed in the STA info fields **730**-**740**. If the type or subtype are set to a new value, in an embodiment, the RA field **715** may be omitted, as the type/subtype implicitly indicates that the destination is broadcast. The TA field **720** indicates the transmitter address or a BSS identifier (BSSID). The sounding dialog token field **725** indicates the particular sounding announcement to the STAs."

3594.  "In an embodiment where the NDPA frame **700** indicates response should be sent using UL-OFDMA, the STAs listed in the STA info fields **730**-**740** may respond by using UL-OFDMA. In this aspect, the channel ordering may follow the same ordering of STA info fields **730**-**740**. Additionally, the number of channels to be allocated and the power offsets for each of the STAs may be pre-

negotiated. In another aspect, the number of channels allocated per STA may be based on the number of channels sounded by the sounding NDP."

3595. "The STA info field **730** contains information regarding a particular STA and may include a per-STA (per wireless communication device **120**) set of information (see STA info **1 730** and STA info N **740**). The STA info field **730** may include an allocation identifier (AID) field **732** which identifies a STA, a feedback type field **734**, and an Nc index field **736**. The FCS field **750** carries an FCS value used for error detection of the NDPA frame **700**. In some aspects, the NDPA frame **700** may also include a PPDU duration field (not shown). The PPDU duration field indicates the duration of the following UL-MU-MIMO (or UL-OFDMA) PPDU that the wireless communication devices **120** are allowed to send. In other aspects, the PPDU duration may be agreed to beforehand between an AP **110** and the wireless communication devices **120**. In some embodiments, the PPDU duration field may not be included if the duration field **710** is used to compute the duration of the response that the wireless communication devices **120** are allowed to send."

3596. Merlin 051 at Figures 4A, 4C, 7A, 7B:



FIG. 4A

- 1441 -



FIG. 4C



FIG. 7A

Merlin 051 Fig. 7A



FIG. 7B

3597.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3598.  **802.11ac-2013** also discloses this element.

3599.  802.11ac-2013 at 8.6.1; pgs. 113-116:

3600.  An A-MPDU consists of a sequence of one or more A-MPDU subframes and 0 to 3 octets of EOF pad, as shown in Figure 8-503

3601.  The structure of the A-MPDU subframe is shown in Figure 8-504. Each A-MPDU subframe consists of an MPDU delimiter optionally followed by an MPDU. Each nonfinal A-MPDU subframe in an A-MPDU has Except when an A-MPDU subframe is the last one in an A-MPDU, padding pad octets are appended to make

- 1443 -

each A-MPDU the subframe a multiple of 4 octets in length. In a VHT PPDU, the final A-MPDU subframe is padded to the last octet of the PSDU or to a multiple of 4 octets in length, whichever comes first (see 9.12.6). In an HT PPDU, the final A-MPDU subframe is not padded. In a VHT PPDU, the number of EOF pad octets is determined as described in 9.12.6. In an HT PPDU, the EOF Pad field is not present

3602.  An A-MPDU pre-EOF padding is

3603.  — The portion of the A-MPDU up to but excluding the first A-MPDU subframe with 0 in the MPDU Length field and 1 in the EOF field and also excluding any subframe padding in the last subframe, or

— The portion of the A-MPDU up to and including the last A-MPDU subframe if no A-MPDU subframes with 0 in the MPDU Length field and 1 in the EOF field are present, but excluding any subframe padding in the last subframe.

3604.  NOTE—A-MPDU pre-EOF padding includes any A-MPDU subframes with 0 in the MPDU Length field and 0 in the EOF field inserted in order to meet the minimum MPDU start spacing requirement

3605.  The A-MPDU maximum length for a non-DMG STA of an A-MPDU in an HT PPDU is 65 535 octets. The A-MPDU maximum length for a DMG STA of an A-MPDU in a DMG PPDU is 262 143 octets. The maximum length of an A-MPDU pre-EOF padding in a VHT PPDU is 1 048 575 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.12.2.

3606. The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter when transmitted by a non-DMG STA is defined in Figure 8-505. The structure of the MPDU Delimiter field when transmitted by a DMG STA is shown in Figure 8-505a.

3607. The fields of the MPDU delimiter when transmitted by a non-DMG STA are defined in Table 8-282. The fields of the MPDU delimiter when transmitted by a DMG STA are defined in Table 8-282a.

3608. The format of the MPDU Length field is shown in Figure 8-505a1. The MPDU Length Low subfield contains the 12 low order bits of the MPDU length. In a VHT PPDU, the MPDU Length High subfield contains the two high order bits of the MPDU length. In an HT PPDU, the MPDU Length High subfield is reserved.

3609. The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See S.2 for a description of a deaggregation algorithm.

3610. 802.11ac-2013 at 8.6.1; pg. 113; Fig. 8-503



**Figure 8-503—A-MPDU format**

3611. 802.11ac-2013 at 8.6.1; pg. 114; Fig. 8-504



**Figure 8-504—A-MPDU subframe format**

- 1445 -

3612.  802.11ac-2013 at 8.6.1; pg. 114; Figs. 8-505, 8-505a



**Figure 8-505—MPDU delimiter (non-DMG)**



**Figure 8-505a—MPDU delimiter (DMG)**

3613.  802.11ac-2013 at 8.6.1; pg. 115; Fig. 8-282

**Table 8-282—MPDU delimiter fields**

| Field | Size (bits) | Description |
|---|---|---|
| EOF | ~~1~~1 | End of frame indication. Set to 1 in an A-MPDU subframe that has 0 in the MPDU Length field and that is used to pad the A-MPDU in a VHT PPDU as described in 9.12.6. Set to 1 in the MPDU delimiter of a VHT single MPDU as described in 9.12.7. Set to 0 otherwise. |
| Reserved | ~~4~~1 | |
| MPDU L~~l~~ength | ~~12~~14 | Length of the MPDU in octets. Set to 0 if no MPDU is present. An A-MPDU subframe with 0 in the MPDU Length field is used as defined in 9.12.3 to meet the minimum MPDU start spacing requirement and also to pad the A-MPDU to fill the available octets in a VHT PPDU as defined in 9.12.6. |
| CRC | 8 | 8-bit CRC of the preceding 16 bits |
| Delimiter Signature | 8 | Pattern that may be used to detect an MPDU delimiter when scanning for an MPDU delimiter. The unique pattern is set to the value 0x4E (see NOTE below). ~~NOTE—As the Delimiter Signature field was created by the IEEE 802.11 Task Group n, it chose the ASCII value for the character 'N' as the unique pattern.~~ |
| NOTE—The ASCII value of the character 'N' was chosen as the unique pattern for the value in the Delimiter Signature field. | | |

**Table 8-282a—MPDU delimiter fields (DMG)**

| MPDU Delimiter field | Size (bits) | Description |
|---|---|---|
| Reserved | 3 | |
| MPDU length | 13 | Length of MPDU in octets |
| CRC | 8 | 8-bit CRC on preceding 16 bits |
| Delimiter Signature | 8 | Pattern that can be used to detect an MPDU delimiter when scanning for a delimiter. The unique pattern is set to the value 0x4E. |

3614. 802.11ac-2013 at Fig. 9-41a



**Figure 9-41a—Example of the sounding protocol with a single VHT beamformee**

3615. 802.11ac-2013 at Fig. 9-41b



**Figure 9-41b—Example of the sounding protocol with more than one VHT beamformee**

3616. *See also* 802.11ac-2013 at 9.31.4.2.

3617. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3618. **Chun** also discloses this element.  *See* Element 1 [a].

- 1447 -

███████████████████████████

3619.  Chun '388, 23:59-63 ("Furthermore, the beamformees may be aware of a feedback sequence through the sequence of an STA Info field included in NDPA. FIG. 8 illustrates a case where a feedback sequence is performed in order of a beamformee 1, a beamformee 2, and a beamformee 3.").

3620.  Chun '388, 24:46-56 ("If the VHT NDPA frame includes a single STA Info field, the value of the RA field has the address of an STA identified by an AID within the STA Info field. For example, if the VHT NDPA frame is transmitted to a single target STA for SU-MIMO channel sounding, an AP sends the VHT NDPA frame to a target STA in a unicast manner. In contrast, if the VHT NDPA frame includes one or more STA Info fields, the value of the RA field has a broadcast address. For example, if the VHT NDPA frame is transmitted to one or more target STAs for MU-MIMO channel sounding, an AP broadcasts the VHT NDPA frame.").

3621.  Chun '388, 24:66-25:25 ("The VHT NDPA frame includes at least one STA Info field. That is, the VHT NDPA frame includes an STA Info field including information about a sounding target STA. One STA Info field may be included in each sounding target STA. Each STA Info field may include an AIDl 2 subfield, a feedback type subfield, and an Nc Index subfield. Table 5 shows the subfields of the STA Info field included in the VHT NDPA frame.").

- 1448 -

TABLE 5

| Subfield | Description |
|---|---|
| AID 12 | Include the AID of an STA, that is, the subject of sounding feedback. If a target STA is an AP, a mesh STA or an STA, that is, a member of an IBSS, the value of the AID12 subfield is set to "0". |
| Feedback Type | Indicate a feedback request type for a sounding target STA. "0" in the case of SU-MIMO "1" in the case of MU-MIMO |
| Nc Index | If a feedback type subfield indicates MU-MIMO, indicates a value obtained by subtracting 1 from the column number Nc of a compressed beamforming feedback matrix. "0" if Nc = 1, "1" if Nc = 2, . . . "7" if Nc = 8, Set as a reserved subfield in the case of SU-MIMO. |

3622.  Chun '388, 72:39-51 ("The VHT frame of a legacy system has included a frame control field, a duration field, an RA field, a TA field, a sounding dialog token number field and/or an STA info field (including the AID, feedback type, and Nc Index of an STA). An (HE) NDPA frame may be configured to be newly defined as the format of a protocol version (PV) 1 in a next-generation system and to be newly defined as the format of a protocol version (PV) 0 in the legacy system and to indicate the presence of a trigger frame. For example, the (HE) NDPA frame may additionally indicate the notification of the star of a DL sounding procedure and simultaneously indicate that a trigger frame will be subsequently transmitted in DL.").

3623.  Chun '388, 79:21-32 ("The above-described Trigger common info field and trigger STA info field include various pieces of information about the allocation region of an UL MU PPDU frame and an UL MU transmission method. The type-specific common info field and the type-specific Per user Info field are fields added if information that needs to be separately included depending on the type of trigger

- 1449 -

frame is present. The trigger frame ofa type (or an NDPA frame type) newly defined in this specification may include NDPA information and/or trigger information about the fields for the UL transmission of an NDP frame. This is described in detail below with reference to FIG. 43.").

3624.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3625.  **Yao** also discloses this element.  *See* Element 1 [a] above.

3626.  Yao, [0003], ("IEEE802.11ac is a branch of the IEEE802.11 protocol series and introduces a very-high-throughput probing mechanism, which is a channel detection mechanism between a beamformer and a beamformee. With this mechanism, the beamformer is capable of better knowing the situation of a channel between the beamformer and the beamformee. As such, the communication status can be improved by adjusting related parameters. In general, on a network constructed of a basic service set (BSS, Basic Service Set), the corresponding physical device of the Beamformer is an access point (AP, Access point) and that of the Beamformee is a station (STA, Station); and on a network that is not constructed of a basic service set, the corresponding physical device of the Beamformer may be a certain STA and that of the Beamformee may be another STA.")

███████████████████████████████

3627.  Yao, [0027] ("The beamformee receives the NDPA message and determines that the beamformee is the one requested by a beamformer to send feedback, and extracts the number of columns of station information (STA Info, STA Information) from the NDPA message, where the number of columns is obtained by adding 1 to the value of the Nc Index field set by the beamformer in the NDPA message and is used to indicate the number of spatial streams that a STA needs to feed back.")

3628.  Yao, [0038]-[0043] ("For better understanding, the following describes in detail the data feedback method in the preceding embodiment by using a specific application scenario. Referring to FIG. 2, another embodiment of a data feedback method according to the embodiments includes: 201. A beamformee acquires a null data packet announcement message. A very-high-throughput probing mechanism may be applied to two scenarios: single-user multiple input multiple output (SU-MIMO) and multi-user multiple input multiple output (MU-MIMO) scenarios. In the SU-MIMO scenario, one beamformee communicates with one beamformer (for a specific signaling flowchart, reference may be made to FIG. 3, where TXOP indicates Transmit Opportunity, and SIFS indicates Short Inter-Frame Space). Therefore, when the beamformee receives a unicast NDPA message, the transmission is SU-MIMO communication if a feedback type (Feedback Type) recorded in a STA Info field in the NDPA message is 0. If a locally stored association ID (AID, Association ID) matches the AID of the STA Info in the NDPA,

- 1451 -

████████████████████████████

the NDPA message is what the beamformee requires.  In the MU-MIMO scenario,

one beamformer communicates with multiple beamformees (for a specific signaling

flowchart, reference may be made to FIG. 4). Therefore, the NDPA message received

by the beamformees is a broadcast packet sent by the beamformer. As such, when a

beamformee receives the NDPA message, this transmission is MU-MIMO

communication if the feedback type (Feedback Type) recorded in the STA Info field

in the NDPA message is 1, and the beamformee needs to perform AID matching.").

3629.  Yao, Fig. 3 and Fig. 4



FIG. 3

3630.



FIG. 4

3631.

3632.  Yao, [0045] ("The beamformee extracts STA Info fields sequentially

from the NDPA message and compares AIDs of the STA Info fields one by one with

the locally stored AID. If a same AID is found, AID matching succeeds, which

- 1452 -

██████████████████████████████████████

indicates that the NDPA message needs to be locally received. As such, the

beamformee needs to feed back spatial stream measurement information, and step

203 is triggered. If a same AID is not found, AID matching fails, which indicates

that the beamformee is not the specified one that is requested to send feedback.").

3633.  Yao, [0047] ("After determining that the beamformee is the one

requested by the beamformer to send feedback, the beamformee extracts and saves

the number of columns and the feedback type of the STA Info from the NDPA

message.").

3634.  Yao, [0051] ("The beamformee receives the null data packet (NDP, Null

Data Packet) message and detects whether the locally stored AID is equal to the

AID of the first STA Info field in the NDPA message, and, if yes, step 206 is

triggered;").

3635.  Yao, [0054] ("Referring to FIG. 4, in the MU-MIMO scenario, the

beamformer first sends a broadcast packet of the NDPA message to instruct all

related beamformees to prepare for probing. Then, the beamformer sends a

broadcast packet of the NDP message, and all related beamformees calculate

related channel feedback information according to the received broadcast packet of

the NDP message. It should be noted that after the broadcast packet of the NDP

message is received, spatial stream measurement information, which is calculated

according to the received NDP message, can be immediately sent to the beamformer

only when the AID of a beamformee is equal to the AID of the first STA Info field in

- 1453 -

███████████████████████████████████████████

the broadcast packet of the received NDPA message. For other beamformees, when they receive the beamforming report poll (Beamforming Report Poll) from the beamformer respectively, they send spatial stream measurement information, which is calculated according to the received broadcast packet of the NDP message, to the beamformer if they have received the broadcast packet of the NDP message; and if the broadcast packet of the NDP message is not received, a null data packet or no feedback is sent to the beamformer.").

3636. Yao, [0062] ("The beamformee receives the NDPA message and determines that the beamformee is the one requested by a beamformer to send feedback; and extracts the number of columns in STA Info from the NDPA message, where the number of columns is a field set by the beamformer in the NDPA message and is used to indicate the number of spatial streams that a STA needs to feed back.").

3637. Yao. [0089]-[0095] ("a receiving unit 707, configured to receive an NDP message, detect whether a locally stored AID is equal to the AID of the first STA Info field in the NDPA message, and, if yes, trigger the comparison unit 703; and a measurement information calculating unit 708, configured to calculate spatial stream measurement information about each of second spatial streams according to the received NDP message after the number of second spatial streams required for feedback is determined. In the embodiment, the specific interaction process of each unit of the beamformee is as follows: The first acquiring unit 701 extracts the

████████████████████████

number of columns in STA Info from the NDPA message, where the number of

columns is a field set by the beamformer in the NDPA message and is used to

indicate the number of spatial streams that a STA needs to feed back. The detection

unit 702 detects spatial streams where data transmission exists and detennines the

number of active first spatial streams. Before extraction of the number of columns

in STA Info from the NDPA message, the second acquiring unit 705 of the

beamformee first acquires the NDPA message. If the feedback type (Feedback Type)

recorded in the STA Info field in the NDPA message is 0, the transmission is SU-

MIMO communication. If the locally cached AID is the same as the AID of the

NDPA STA Info field, the NDPA message needs to be received locally, and the

beamformee needs to feed back spatial stream measurement information. In

addition, the first acquiring unit 701 is triggered. Otherwise, the beamformee is not

the specified one that is requested to send feedback. If the feedback type (Feedback

Type) recorded in the STA Info field in the NDPA message is 1, the transmission is

MU-MIMU communication, and the matching unit 706 needs to be triggered to

match the association ID AID of the station information STA Info field in the NDPA

message. Specifically, AID matching is as follows: The matching unit 706 extracts

STA Info fields sequentially from the NDPA message and compares AIDs in the

STA Info fields one by one with the locally stored AID. If a same AID is found, AID

matching succeeds, which indicates that the NDPA message needs to be locally

received. As such, the beamformee needs to feed back the spatial stream

- 1455 -

measurement information, and the first acquiring unit 701 is triggered. If a same AID is not found, AID matching fails, which indicates that the beamformee is not the specified one that is requested to send feedback. After the number of columns in the NDPA message and the number of active first spatial streams are obtained, the comparison unit 703 compares the number of active first spatial streams with the number of columns in the NDPA message, and takes the smaller value obtained from the comparison as the number of second spatial streams required for feedback. Optionally, before the comparison unit 703 executes the operation, the receiving unit 707 of the beamformee receives the NDP message and detects whether the AID in the NDP message is equal to the AID of the first STA Info field in the NDPA message. If yes, the comparison unit 703 is triggered.").

3638. Yao, [0107] ("The beamformee receives the NDPA message and determines that the beamformee is the one requested by the beamformer to send feedback; and the unit 801 for acquiring the number of columns extracts the number of columns in STA Info from the NDPA message, where the number of columns is a field set by the beamformer in the NDPA message and is used to indicate the number of spatial streams that a STA needs to feed back.").

3639. Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3640. **Ghosh** also discloses this element.

3641.  Ghosh, 2:63-3:9 ("In some embodiments, the multiple-access technique used during the HEW control period may be a scheduled orthogonal frequency division multiple access (OFDMA) technique, although this is not a requirement. In some embodiments, the multiple access technique may be a time-division multiple access (TOMA) technique or a frequency division multiple access (FDMA) technique. In some embodiments, the multiple access technique may be a space-division multiple access (SOMA) technique including a multi-user (MU) multiple-input multiple-output (MIMO) (MU-MIMO) technique. These multiple-access techniques used during the HEW control period may be configured for uplink or downlink data communications.").

3642.  Ghosh, 3:27-40 ("In accordance with embodiments, a master station 102 and/or HEW stations 104 may generate an HEW packet in accordance with a short preamble format or a long preamble format. The HEW packet may comprise a legacy signal field (L-SIG) followed by one or more high-efficiency (HE) signal fields (HE-SIG) and an HE long- training field (HE-LTF). For the short preamble format, the fields may be configured for shorter-delay spread channels. For the long preamble format, the fields may be configured for longer-delay spread channels. These embodiments are described in more detail below. It should be noted that the terms "HEW" and "HE" may be used interchangeably and both terms may refer to high-efficiency Wireless Local Area Network operation and/or high-efficiency Wi-Fi operation.").

3643. Ghosh, 7:14-22 ("At operation 305 of the method 300, the AP 102 may transmit a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP 102. The NDP may be transmitted during the NDP time period at operation 310. It should be noted that the NDP announcement may also be referred to as an "NDP-A" or an "NDP-A message." The NDP time period may also be referred to as a "sounding period" or a "channel sounding period" or similar.").

3644. Ghosh, 7:37-46 ("It should be noted that the NDP-A and NDP may be included as part of one or more 802.11 standards or other standards, but embodiments are not limited to these particular messages. As an example, other messages may provide the same functionality or purpose, and may or may not be part of an 802.11 standard or other standard. As another example, the NDP-A may be referred to as a "sounding announcement message" or similar in some cases. As another example, the NDP may be referred to as a "sounding message" or similar in some cases.").

3645. Ghosh, 7:61-67 ("The NDP-A 410 may be transmitted by the AP 102, and may be received by the STAs 103 labeled as STA #1, STA #2, and STA #3. After an SIFS 415 has elapsed, the AP 102 may transmit the NDP 420 that is announced by the NDP-A 410. It should be noted that the use of the SIFS 415 here and elsewhere in FIG. 4 (425,435,436,445,446) is not limiting, as other time intervals may be used in some cases.").

- 1458 -

3646.  Ghosh, 8:21-29 ("In addition, multiple TFS may be transmitted in some embodiments. As an example, from a set of STAs 103 indicated in the NDP announcement, one of the TFS may poll a subset of the set of STAs 103 for transmission of sounding feedback during a first sounding feedback period. Another TFS may poll another subset of the set of STAs 103 for transmission of sounding feedback during a second sounding feedback period. Additional TFS may be used in some cases.").

3647.  Ghosh, 8:30- 38 ("As another example, STAs 103 indicated in a first TFS may be a subset of the set of STAs indicated in the NDP announcement. STAs 103 indicated in a following TFS may include one or more STAs 103 indicated in the first TFS and may also include additional STAs 103 not indicated in the first TFS. The STAs 103 indicated in both may include STAs 103 for which a retransmission is desired or needed by the AP 102 due to incorrect reception of their sounding feedback or other reason.").

3648.  Ghosh, 8:39-52 ("In some embodiments, the TFS may include various parameters related to the STAs 103 and/or the transmission of sounding feedback by the STAs 103. Some embodiments may include one or more parameters such as identifiers of the STAs 103, modulation and coding schemes (MCS) to be used, transmit power levels to be used, and channel resource allocations for the STAs 103, and may also include other related parameters. In some embodiments, the TFS may include parameters for each STA 103 and may also include other parameters

- 1459 -

intended for all of the STAs 103. For instance, an identifier, an MCS, a transmit

power level, and a channel resource allocation may be included for each STA 103

while a frame duration parameter may indicate a frame duration to be used by all

STAs 103.").

3649.  Ghosh, 9:41-50 ("The TFS 500 may include a resource allocation

information block 530 for STA #1, which is shown in more detail in the bottom

portion of FIG. 5. In some embodiments, the parameters 531-535 may be grouped

into the resource allocation information block 530 as shown in FIG. 5, although

embodiments are not limited to such groupings. For instance, some or all of the

parameters or information shown within the block 530 (and within blocks for other

STAs 103 such as 540 and 550) may be included elsewhere in the TFS 500 in some

arrangements.").

3650.  Ghosh, 10:4-14 ("The TFS 500 may further include additional resource

allocation information blocks for other STAs 103. As an example, the resource

allocation information block 540 for STA #2 and the resource allocation information

block 550 for STA #N may be included. In some embodiments, the TFS 500 may

include a resource allocation block for each STA 103 for which the sounding

feedback period is reserved or allocated. Although not limited as such, the other

resource allocation information blocks, such as 540, 550 and others, may be of a

similar format as the resource allocation information block 530 in some cases.").

████████████████████████

3651.  Ghosh, 11:35-41 ("At operation 335, the AP 102 may transmit a multi-STA block acknowledgement (M-BA) that includes reception information for sounding feedback received from the STAs 103 identified in the TFS. In some embodiments, the M-BA may further include reception information for another STA 103 that is excluded from the STAs 103 identified in the TFS.").

3652.  Ghosh, 13:52-61 ("At operation 725, the STA 103 may receive a multi-STA block acknowledgement (M- BA) from the AP I 02. In some embodiments, the M-BA may include reception information for the sounding feedback and reception information for another STA 103 that is excluded from the group of STAs 103. Accordingly, the M-BA may be intended not only for the group of STAs 103, but for one or more other STAs excluded from the group. In some embodiments, the other STAs 103 may be legacy STAs 103, although such embodiments are not limiting.").

3653.  Ghosh, 9:27-40 ("Various parameters that may be included in the TFS 500 will be described below. The frame control 505 may indicate information such as a protocol version, frame type or sub-frame type. The duration 510 may indicate a duration of a packet that is expected in response to the current packet (i.e. the TFS 500). The RA 515 may indicate a broadcast address while the TA 520 may indicate a medium access control (MAC) address of the AP 102. The uplink duration 525 may indicate a duration for a compress beam-forming feedback frame or other sounding feedback frame. As a non-limiting example, the value for the uplink duration 525 may be equal to the value in the duration 510 minus a time used for a

- 1461 -

█████████████████████████

multi-STA block acknowledgement (M-BA) frame minus an SIFS value multiplied by two.").

3654. Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3655. **Yang** also discloses this element.

3656. Yang, [0003] ("In the prior art, the beamformer obtains information as follows: The beamformer sends a null data packet announcement (NDPA) and a null data packet (NDP) to the beamformee to request channel information. After receiving the NDPA and the NDP, the beamformee estimates a channel between the beamformer and the beamformee, and sends the channel information to the beamformer according to rules. When the beamformer obtains multi-user channel information, for beamformees other than the first beamformee, the other beamformees may be notified to feed back their channel information by sending a sounding poll indication frame.").

3657. Yang, [0022] ("In this embodiment of the present invention, when obtaining channel information, the beamformer may request the channel information by sending an NDPA and an NDP to the beamformee. After receiving the NDPA and the NDP, the beamformee estimates a channel between the beamformer and the beamformee, and sends the obtained channel information to the beamformer. This process may be referred to as channel sounding, as shown in

Case 2:21-cv-00430-JRG-RSP    Document 194-2    Filed 06/08/23    Page 1486 of 1995
PageID #:  6572

FIG. 1. The process in FIG. 1 is a single-user channel sounding process, which

refers to transmission of channel information between one beamformer and one

beamformee. The channel information obtaining involved in this embodiment of the

present invention may be alternatively a multi-user channel sounding process,

which means that one beamformer obtains channel information from a plurality of

beamformees.").

3658.  Yang, [0031] ("In this embodiment of the present invention, a field,

that is, information about the number of stations (Number of STAs), is added to the

foregoing NDPA, and the information about the number of stations may also be

referred to as the number of stations, used to indicate STAs that are carried by the

NDPA and that need to feed channel information back. The number of stations

information field to be established preferably occupies 8 bits, which may be

preferably placed between the sounding sequence and the STA Info, or may be

placed in other positions.")

3659.  Yang, [0037] ("In this embodiment of the present invention, by adding

information about the number of stations to the NDPA, a size of the STA list is

better indicated, a process of reading the NDPA by the beamformee is optimized,

and an unpacketizing error caused by error propagation is avoided, while in the

prior art, the number of stations is unknown, if one piece of station information is

erroneous, it is likely to make it difficult to determine whether the station

- 1463 -

████████████████████████████████████

information list has been completely read. Obviously, the embodiment of the present invention improves robustness of an entire channel feedback process.").

3660.  Yang, [0038] ("Further, after receiving the NDPA, the receive end first reads, in a corresponding position, the information about the number of stations, which may also be referred to as the number of stations, to obtain the number of STAs in a STA list. On this basis, the receive end reads STA list information item by item and increments the count; if the receive end has read information related to the receive end itself in the list, the receive end knows that the receive end is already in the list, and does not read remaining information in the list any longer; and if the count is incremented to the number of STAs indicated in the NDPA but still does not match the information about the receive end, the receive end knows that it is not in the list. For the receive end that knows that it is in the STA list, after receiving an NDP immediately following the NDPA, the receive end estimates channel information based on its LTF, and feeds back the estimated channel information at its time opportunity. For a receiver that knows that it is not in the STA list, the channel information may not be estimated or fed back for the NDP immediately following the NDPA.").

3661.  Yang, [0046] ("According to the wireless local area network device in this embodiment of the present invention, by adding information about the number of stations to the NDPA, a size of the STA list is better indicated, a process of reading the NDPA by the beamformee is optimized, and an unpacketizing error

caused by error _propagation is avoided while in the prior art the number of stations is unknown if one piece of station information is erroneous, it is likely to make it difficult to determine whether the station information list has been completely read. Obviously, the embodiment of the present invention improves robustness of an entire channel feedback process.").

3662. Yang at Claim 1, see above.

3663. Yang at Claim 3, see above.

3664. Yang, FIG. 2.



3665.

3666. Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3667. To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra.*

> d.    **Element 1 [c]:  Receiving a Null Data Packet (NDP); and**

███████████████████████████████

3668.  **Merlin 051** also discloses this element.

3669.  Merlin 051 at [0064] – [0069]:

3670.  "The sounding procedure described herein comprises at least an "announcement frame" (or "null data packet announcement (NDPA) frame") and a "CSI frame," and may further comprise a "null data packet (NDP) frame," a "trigger frame" (or "clear to transmit (CTX) frame"), and a "report poll frame." In the context of 802.11 specifications, the "frame" may be identified as a physical layer convergence protocol data unit (PPDU), a medium access control protocol data unit (MPDU), or some portion thereof (e.g., a header or preamble of a PPDU or MPDU). The announcement frame(s) may convey at least sounding announcement information which instructs the STAs on whether/how to compute the CSI, and UL-SU or UL-MU resource allocation information which instructs the STAs on how to send the CSI by using UL-MU-MIMO or UL-OFDMA."

3671.  "The sounding announcement may comprise a PPDU carrying sounding announcement information in the medium access control (MAC) payload or in its PHY header. The sounding announcement information may comprise identifiers of the STAs that are to report the CSI, and may comprise additional parameters of information useable for the computation and transmissions of the CSI. The sounding NDP frame provides a reference signal that allows STAs to estimate the channel between the one or more antennas of the transmitter and the one or more antennas of the STA and may be an 802.11ax NDP frame, an 802.11ac

- 1466 -

███████████████████████████████████████

NDP frame, an 802.11n NDP frame, an 802.11ah NDP frame, or other 802.11 based

NDP frame. In various aspects, the format of the NDP frame may be similar to the

frame 900 discussed herein with respect to FIG. 9. In one embodiment, the

announcement may include the reference signaling for channel estimation, so that

the NDP frame may not be sent."

3672.  "In some embodiments, CSI may comprise known channel properties of

a communication link. In some aspects the CSI may describe how a signal

propagates and represents the combined effect of, for example, scattering, fading,

and power decay with distance. For example, for MU-MIMO transmissions, the CSI

may comprise one or more of a beamforming matrix, received signal strength, and

other information that allows weighting of antennas to mitigate interference in the

spatial domain."

3673.  "FIG. 4A is a time sequence diagram illustrating an example of a

frame exchange 400 a of channel state information (CSI) feedback between an

AP 110 and a wireless communication device 120 (e.g., wireless communication

device 120 a of FIG. 1, illustrated as STA1 in FIG. 4A) in a single user (SU)

environment. As shown in FIG. 4A, and in conjunction with FIG. 1, an AP 110 may

transmit a sounding announcement 401 to a wireless communication

device 120 indicating that a sounding frame is forthcoming (sounding NDP 405, as

shown in FIG. 4A), that the wireless communication device 120 is the intended

recipient of the forthcoming sounding frame, and the format thereof. In some

- 1467 -

████████████████████████████████████████

embodiments, the sounding announcement 401 may not indicate the presence of the

forthcoming sounding NDP 405, and the sounding NDP 405 may indicate itself that

it is a sounding NDP 405. In other embodiments, neither the sounding

announcement 401 nor the sounding NDP 405 indicates that the sounding

NDP 405 is a sounding NDP, and the wireless communication device 120 may

instead determine on their own that the sounding NDP 405 is a sounding NDP. In

an exemplary embodiment, sounding announcement 401 is an NDPA contained in a

PPDU. In some aspects, sounding announcement 401 indicates that sounding

NDP 405 is an HE NDP or a VHT NDP. This indication may comprise one or more

bits in the sounding announcement 401. In one embodiment, a reserved bit in the

NDPA sounding dialog token field is used to indicate that sounding NDP 405 is an

HE NDP, or that sounding NDP 405 is a VHT NDP. In another embodiment,

AP 110 designates a specific value of the dialog token field to indicate HE sounding

or VHT sounding. In accordance with any of these embodiments, the wireless

communication devices 120 receiving the sounding NDP 405 know whether to

respond with CSI using HE sounding or VHT sounding."

3674.  "In some embodiments, the sounding announcement 401 may also

instruct the recipient wireless communication device 120 to respond simultaneously

after the sounding NDP 405. In various aspects, the wireless communication

device 120 may be instructed to respond a short interframe space (SIFS) time period

after receiving the sounding NDP 405. The sounding announcement 401 may

- 1468 -

further instruct the wireless communication device 120 to use legacy (e.g.,

802.11ac), UL-MU-MIMO, UL-OFDMA, or a combination thereof, and the

corresponding parameters for transmission of CSI (e.g., for CSI transmission 410A).

The sounding announcement 401 may be transmitted in accordance with a format

similar to the frame 700 or 701 discussed herein with respect to FIG. 7A or 7B."

3675.  "The AP 110 may then transmit the sounding NDP 405 following the

sounding announcement 401. In response to the sounding NDP 405, the wireless

communication device 120 may transmit CSI to the AP 110. Specifically, the

wireless communication device 120 identified by the sounding

announcement 401 may estimate the channel based on the sounding NDP 405 and

send a representation of the estimated channel in a sounding feedback CSI

transmission. In FIG. 4A, STA1 transmits CSI transmission 410A to the AP 110.

The CSI transmission 410 may be a legacy transmission, UL-MU-MIMO

transmission, UL-OFDMA transmission, or some combination thereof. Upon

receiving the CSI transmission 410A, the AP 110 may accurately determine

information about the channel from the AP 110 to the wireless communication

device 120 (e.g., STA1). The sounding NDP 405 may be transmitted in accordance

with a format similar to the format of frame 900 discussed herein with respect

to FIG. 9. In some aspects, sounding NDP 405 may be a high-efficiency NDP (HE

NDP). In various aspects, the time in between the sounding announcement 401 and

the sounding NDP 405 may be a SIFS time period and the timing in between the

- 1469 -

████████████████████████████████████

sounding NDP 405 and the CSI transmission 410A may be a SIFS (or point

interframe space (PIFS)) time period. In other aspects, single user or multi-user

beamforming report (SU BR or MU BR) polls may be used to request CSI from the

wireless communication devices 120."

3676. Merlin 051 at [0070] – [0075]

3677. "FIG. 4B is a time sequence diagram illustrating an example of a

frame exchange 400 b of CSI feedback between an AP 110 and multiple wireless

communication devices 120 (e.g., wireless communication

devices 120 a and 120 b of FIG. 1, illustrated as STA1 and STA2 in FIG. 4B). Frame

exchange 400 b may be similar to frame exchange 400 a of FIG. 4A, but may use an

MU-MIMO or OFDMA protocol to determine and communicate CSI with multiple

wireless communication devices 120. As shown in FIG. 4B, and in conjunction

with FIG. 1, an AP 110 may transmit packet 402 to the wireless communication

devices 120. Packet 402 may comprise a sounding announcement 401 indicating

which wireless communication devices 120 are the intended recipients and the

format of the forthcoming sounding frame (sounding NDP 405, as shown in FIG.

4B). In some aspects, the wireless communication devices 120 indicated in the

sounding announcement 401 may be only of a particular set of capabilities. In one

embodiment, wireless communication devices 120 indicated in the sounding

announcement 401 may be HE STAs. In an exemplary embodiment, sounding

announcement 401 is an NDPA contained in packet 402, which is a PPDU. In

- 1470 -

accordance with this embodiment, a bit (or bits) in the PPDU may indicate to the wireless communication devices 120 that MU sounding is used so that the wireless communication devices 120 do not immediately respond with single user CSI. In other embodiments, a fake allocation identifier (AID) may be contained in the first station AID field of the sounding announcement 401 so that no wireless communication devices respond immediately after receiving the sounding NDP 405 with single user CSI. This fake AID may also be referred to herein as a reserved field. In some aspects, sounding announcement 401 indicates that sounding NDP 405 is an HE NDP or a VHT NDP. This indication may comprise one or more bits in the sounding announcement 401. In one embodiment, a reserved bit in the NDPA sounding dialog token field is used to indicate that sounding NDP 405 is an HE NDP, or that sounding NDP 405 is a VHT NDP. In another embodiment, AP 110 designates a specific value of the dialog token field to indicate HE sounding or VHT sounding. In accordance with any of these embodiments, the wireless communication devices 120 receiving the sounding NDP 405 know whether to respond with CSI using HE sounding or VHT sounding."

3678.  "In some embodiments, the sounding announcement 401 may also instruct some or all of the recipient wireless communication devices 120 to respond simultaneously after the sounding NDP 405. In various aspects, the wireless communication devices 120 may be instructed to respond a SIFS time period after receiving the sounding NDP 405. The sounding announcement 401 may further

- 1471 -

████████████████████████████

instruct the wireless communication devices 120 to use UL-MU-MIMO, UL-

OFDMA, or a combination of both and the corresponding parameters for

transmission of CSI (e.g., for CSI transmissions 410A and 410B). The sounding

announcement 401 may be transmitted in accordance with a format similar to

frame 700 or 701 discussed herein with respect to FIG. 7A or 7B."

3679.  "Packet 402 may also comprise a trigger frame 404. In various aspects,

the trigger frame 404 may indicate which wireless communication devices 120 are

to participate in the frame exchange 400 b, h that a particular wireless

communication device 120 knows to start a transmission (e.g., transmission 410A

or 410B). In some aspects, the trigger frame 404 may provide an indication of a

resource allocation to the wireless communication devices 120 for the transmission

of the CSI requested by the AP 110, or for other uplink transmissions. In some

embodiments, the indication of the resource allocation is an indication of a spatial

stream or frequency bandwidth allocated to the wireless communication device 120,

which may be a specific tone or sub-band allocation. The sounding

announcement 401 may be aggregated with the trigger frame 404. For example, the

sounding announcement 401 and the trigger frame 404 may each be transmitted

within a payload of the same PPDU transmission (e.g., packet 402). In another

example, the trigger frame 404 is sent after the sounding

announcement 401 without any time between the transmissions. The trigger

███████████████████████████████████████

frame 404 may be transmitted in accordance with a format similar to the

frame 800 discussed herein with respect to FIG. 8."

3680. "The AP 110 may then transmit the sounding NDP 405 following

packet 402. In response to the sounding NDP 405, the wireless communication

devices 120 may transmit CSI to the AP 110. Specifically, the wireless

communication devices 120 identified by the sounding announcement 401 may

estimate the channel based on the sounding NDP 405 and send a representation of

the estimated channel in a sounding feedback CSI transmission. In FIG. 4B,

STA1 and STA2 concurrently transmit CSI transmissions 410A and 410B to the

AP 110. The CSI transmissions 410A and 410B may be UL-MU-MIMO

transmissions, UL-OFDMA transmissions, or some combination thereof. In some

embodiments, the concurrent transmissions may occur at the same time or within a

certain threshold time period. These concurrent transmissions may utilize the

resource allocation provided in the trigger frame 404. Upon receiving the CSI

transmissions 410A and 410B, the AP 110 may accurately determine information

about the channel from the AP 110 to each of the wireless communication

devices 120 (e.g., STA1 and STA2). The sounding NDP 405 may be transmitted in

accordance with a format similar to the format of frame 900 discussed herein with

respect to FIG. 9. In one embodiment, sounding NDP 405 may comprise a bit or bits

indicating that a MU CSI response is requested from the wireless communications

devices 120. In some aspects, sounding NDP 405 may be an HE NDP. In various

- 1473 -

aspects, the time in between the sounding announcement 401 and the sounding
NDP 405 may be a SIFS time period and the timing in between the sounding
NDP 405 and the CSI transmissions 410A and 410B may be a SIFS (or PIFS) time
period."

3681.  "In some aspects, the AP 110 may utilize packet 402 in order to
request CSI for a tone or sub-band of the spatial stream or frequency bandwidth
from each wireless communication device 120. For example, sounding
announcement 401 or sounding NDP 405 may contain an indication of a sub-band
for which CSI is requested, per each wireless communication device 120. In one
embodiment, the spatial stream or bandwidth allocated to each wireless
communication device 120 in the trigger frame 404 may indicate that CSI is
requested from the wireless communication device 120 for that spatial stream or
bandwidth. Accordingly, the wireless communication devices 120 may respond with
the requested CSI for the spatial stream or bandwidth in transmissions 410A
and 410B."

3682.  "In some aspects, the sounding announcement 401 and trigger
frame 404 are sent on 20/40/80/160 MHz even though the wireless communication
device 120 is only requested to report a portion of the bandwidth. In other aspects,
the sounding announcement 401 may be sent to each of the wireless communication
devices 120 on a sub-band per each wireless communication device 120 or group of
wireless communication devices 120 that are allocated to that sub-band. The

- 1474 -

sounding announcement 401 may be contained in a MAC frame of the PPDU (e.g.,

packet 402), or may contain an indication in the header of the PPDU. Each wireless

communication device 120 may compute the CSI for the sub-band on which the

sounding announcement 401 was received. In accordance with this embodiment, the

sounding NDP may be sent on 20/40/80/160 MHz. Thereafter, the wireless

communication devices 120 may reply with the CSI in transmissions 410A

and 410B. In one embodiment, the downlink bandwidth and uplink bandwidth may

be the same. The above described embodiments may also be combined. For example,

a different sounding announcement 401 may be sent on each 20 mHz sub-band, and

may also indicate a sub-band for the CSI, per each wireless communication

device 120. Although the above embodiments requesting CSI or only a tone or sub-

band are not described in detail with respect to FIGS. 4A, 4C-D, 5A-B, and 6, one of

skill in the art would appreciate that these embodiments may also apply thereto in

the same or a similar manner."

3683. Merlin 051 at Figure 4C:



FIG. 4C

3684. Merlin 051 at [0076]:

███████████████████████████████████

3685. "FIG. 4C is a time sequence diagram illustrating another example of a frame exchange 400 c of CSI feedback between an AP 110 and multiple wireless communication devices 120 (e.g., wireless communication devices 120 a and 120 b of FIG. 1, illustrated as STA1 and STA2 in FIG. 4C). Frame exchange 400 c may use an MU-MIMO or OFDMA protocol to determine and communicate CSI with multiple wireless communication devices 120. As shown in FIG. 4C, and in conjunction with FIG. 1, an AP 110 may transmit a sounding announcement 401 to the wireless communication devices 120 indicating which wireless communication devices 120 are the intended recipients and the format of the forthcoming sounding frame (sounding NDP 405, as shown in FIG. 4C). In an exemplary embodiment, sounding announcement 401 is a PPDU comprising an NDPA. In some aspects, sounding announcement 401 indicates that sounding NDP 405 is an HE NDP or a VHT NDP. This indication may comprise one or more bits in the sounding announcement 401. In one embodiment, a reserved bit in the NDPA sounding dialog token field is used to indicate that sounding NDP 405 is an HE NDP, or that sounding NDP 405 is a VHT NDP. In another embodiment, AP 110 designates a specific value of the dialog token field to indicate HE sounding or VHT sounding. In accordance with any of these embodiments, the wireless communication devices 120 receiving the sounding NDP 405 know whether to respond with CSI using HE sounding or VHT sounding."

3686. Merlin 051 at [0077]

3687.  "In some embodiments, the sounding announcement 401 may also instruct some or all of the recipient wireless communication devices 120 to respond simultaneously after a trigger frame 404. In various aspects, the wireless communication devices 120 may be instructed to respond a SIFS time period after receiving the trigger frame 404. The sounding announcement 401 may further instruct the wireless communication devices 120 to use UL-MU-MIMO, UL-OFDMA, or a combination of both and the corresponding parameters for transmission of CSI (e.g., for CSI transmissions 410A and 410B). The sounding announcement 401 may be transmitted in accordance with a format similar to frame 700 or 701 discussed herein with respect to FIG. 7A or 7B"

3688.  Merlin 051 at [0078]: "The AP 110 may then transmit the sounding NDP 405 following the sounding announcement 401. AP may also transmit the trigger frame 404 following the sounding NDP 405. In response to the trigger frame 404, the wireless communication devices 120 may transmit CSI to the AP 110. Specifically, the wireless communication devices 120 identified by the sounding announcement 401 may estimate the channel based on the sounding NDP 405 and send a representation of the estimated channel in a sounding feedback CSI transmission. In FIG. 4C, STA1 and STA2 concurrently transmit CSI transmissions 410A and 410B to the AP 110. The CSI transmissions 410A and 410B may be UL-MU-MIMO transmissions, UL-OFDMA transmissions, or some combination thereof. In some embodiments, the concurrent transmissions may occur at the same time or

████████████████████████████████

within a certain threshold time period. These concurrent transmissions may utilize

the resource allocation provided in the trigger frame 404. Upon receiving the CSI

transmissions 410A and 410B, the AP 110 may accurately determine information

about the channel from the AP 110 to each of the wireless communication devices

120 (e.g., STA1 and STA2). The sounding NDP 405 may be transmitted in

accordance with a format similar to the format of frame 900 discussed herein with

respect to FIG. 9. In some aspects, sounding NDP 405 may be an HE NDP. The

trigger frame 404 may be transmitted in accordance with a format similar to the

format of frame 800 discussed herein with respect to FIG. 8. In various aspects, the

time in between the sounding announcement 401 and the sounding NDP 405 may

be a SIFS time period, the time in between the sounding NDP 405 and the trigger

frame 404 may be a SIFS time period, and the timing in between the trigger frame

404 and the CSI transmissions 410A and 410B may be a SIFS (or PIFS) time

period."

3689.  Merlin 051 at Figure 4C.

3690.  Alternatively, Merlin 051, in view of the background knowledge and
ordinary creativity of a POSITA at the time of the invention, renders  this element
obvious.

3691.  **802.11ac-2013** also discloses this element.

3692.  See 802.11ac-2013 at 9.31.5.2; pg. 168-171.

3693.  See also 802.11ac-2013 at 9.31.5.2; pg. 170; Fig. 9-41a, 9-41b:

- 1478 -



**Figure 9-41a—Example of the sounding protocol with a single VHT beamformee**

**Figure 9-41b—Example of the sounding protocol with more than one VHT beamformee**

3694.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3695.  **Chun** also discloses this element.

3696.  Chun '388, Abstract ("Disclosed herein is a sounding method of a station (STA) for sending feedback information about a downlink (OL) channel state in a wireless LAN (WLAN) system. The sounding method includes receiving an NDP announcement (NDPA) frame providing notification of the transmission of a null data packet (NDP) frame; receiving the NDP frame; receiving a trigger frame comprising resource allocation information allocated to the STA; generating feedback information using the NDP frame; and sending a feedback frame comprising feedback information through uplink (UL) multi- user (MU) transmission using a frequency resource indicated by the resource allocation information. The feedback information may be generated in a frequency granularity

- 1479 -

███████████████████████████████████████

(FG) unit with respect to a transmission bandwidth having a size smaller than or equal to the size of a transmission bandwidth of the NDP frame.").

3697.  Chun '388, 3:33-49 ("Furthermore, in an aspect of the present invention, there is provided a station (STA) device in a wireless LAN (WLAN) system, including an RF unit configured to transmit and receive a radio signal and a processor configured to control the RF unit. The processor receives an NDP announcement (NDPA) frame providing notification of the transmission of a null data packet (NDP) frame, receives the NDP frame, receive a trigger frame comprising resource allocation information allocated to the STA, generates feedback information using the NDP frame, and sends a feedback frame comprising feedback information through uplink (UL) multi-user (MU) transmission using a frequency resource indicated by the resource allocation information. The feedback infom1ation may be generated in a frequency granularity (FG) unit with respect to a transmission bandwidth having a size smaller than or equal to the size of the transmission bandwidth of the NDP frame.").

3698.  Chun '388, 25:33-26:3 ("FIG. 10 is a diagram illustrating an NDP PPDU in a wireless communication system to which an embodiment of the present invention may be applied. Referring to FIG. 10, an NDP may have a format from which a data field has been omitted in the same VHT PPDU format as that of FIG. 4. The NDP may be precoded based on a specific precoding matrix and transmitted to a sounding target STA. In the L-SIG field of the NDP, a length field indicating

- 1480 -

███████████████████████████

the length of a PSDU included in a data field is set to "0." In the VHT-SIG-A field of

the NDP, a Group ID field indicating whether a transmission scheme used for NDP

transmission is MU-MIMO or SU-MIMO is set as a value indicating SU-MIMO

transmission. The data bit of the VHT-SIG-B field of the NDP is set in a bit pattern

fixed for each bandwidth. When a sounding target STA receives an NDP, it

estimates a channel and obtains channel state information based on the VHT-LTF

field of the NDP.").

3699.  Chun '388, 51:61- 52:6 ("Furthermore, the AP may send the NDP

frame (or NDP function/information) 3020, indicating information about a target DL

channel to be measured by the STAs, to the STAs. An HE-STF/LTF indicating

information about a target DL channel to be measured (or an HE-STF/LTF for the

sounding (or DL channel state information (CSI)) of a DL channel) may have been

included in the NDP frame 3020. HE-LTFs having a number equal to or greater

than the number of space streams through which an STA will report a channel state

may have been included in the NDP frame 3020. A DL PPDU (or an HE NDP

PPDU) carrying the NDP frame (or including the NDP frame) may have an SU

PPDU format defined in an 802.1 lax system.").

3700.  Chun '388, 72:32-38 ("As described above with reference to FIG. 30, in

a DL NDP sounding procedure according to an embodiment of the present

invention, an AP may send an (HE) NDPA frame, an (HE) NDP frame, or a trigger

frame for initiating/indicating a sounding procedure in OL, and STAs may send

- 1481 -

████████████████████████████████████████

feedback frames for feeding the results of sounding back through UL MU

transmission.").

3701.  Chun '388, 72:64-73:21 ("An (HE) NDP frame (or an HE NDP PPDU)

may be configured in an SU PPDU format of a new format (or using the format)

defined in the next-generation system 802.1 lax (but not including an HE-SIG B

field). Furthermore, there are four types of HE-SIG A field formats (MU/SU/TRIG-

based/Ext) so far. However, the four types of HE-SIG A field formats are not

perfectly matched with the HE-SIG A field of an (HE) NDP frame. The reason for

this is that format information, BSS color information, and bandwidth information,

that is, basic information, may be included in the HE-SIG A field of the (HE) NDP

frame (in this case, spatial reuse and/or TXOP may be additionally included).

Furthermore, the reason for this is that information about the number of HE-LTF

symbols and/or an LTF size may be included in the HE-SIG A field of the (HE) NDP

frame (but is not limited thereto, and the corresponding information may be

indicated by an NDPA frame). Furthermore, since the (HE) NDP frame does not

include an HE-SIG B field and MAC payload, information about the HE-SIG B field

and MAC payload does not need to be included in the HE-SIG A field. Accordingly,

the format of the HE-SIG A field included in the (HE) NDP frame needs to be newly

defined as a new format different from other formats of an HE-SIG A field.").

███████████████████████████████████████

3702.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3703.  **Yao** also discloses this element.

3704.  Yao, [0051] ("The beamformee receives the null data packet (NDP, Null Data Packet) message and detects whether the locally stored AID is equal to the AID of the first STA Info field in the NDPA message, and, if yes, step 206 is triggered;").

3705.  Yao, [0054] ("Referring to FIG. 4, in the MU-MIMO scenario, the beamformer first sends a broadcast packet of the NDPA message to instruct all related beamformees to prepare for probing. Then, the beamformer sends a broadcast packet of the NDP message, and all related beamformees calculate related channel feedback information according to the received broadcast packet of the NDP message. It should be noted that after the broadcast packet of the NDP message is received, spatial stream measurement information, which is calculated according to the received NDP message, can be immediately sent to the beamformer only when the AID of a beamformee is equal to the AID of the first STA Info field in the broadcast packet of the received NDPA message. For other beamformees, when they receive the beamforming report poll (Beamforming Report Poll) from the beamformer respectively, they send spatial stream measurement information, which is calculated according to the received broadcast packet of the NDP message,

- 1483 -

██████████████████████████████

to the beamformer if they have received the broadcast packet of the NDP message;

and if the broadcast packet of the NDP message is not received, a null data packet

or no feedback is sent to the beamformer.").

3706. Yao, [0056] ("The beamformee calculates the corresponding spatial

stream measurement information about each of the second spatial streams

according to the received NDP message.").

3707. Yao, [0071] ("After determining that the number of active spatial

streams is larger than or equal to the number of columns in the NDPA message, the

beamformee calculates the number of columns and corresponding spatial stream

measurement information according to a received NDP message. After obtaining

the corresponding spatial stream measurement information about each of columns,

the beamformee returns the corresponding spatial stream measurement

information about each of columns to the beamformer. This enables the beamformer

to calculate, according to the spatial stream measurement information, related

operation matrix Q to guide subsequent receiving and sending, thereby improving

the communication performance of the entire system. The operation matrix Q is

deduced by the beamformer according to the feedback matrix V information sent by

each beamformee and is used to instruct the beamformer to receive and send

data.").

3708. Yao, [0089]-[0090] ("a receiving unit 707, configured to receive an NDP

message, detect whether a locally stored AID is equal to the AID of the first STA

- 1484 -

Info field in the NDPA message, and, if yes, trigger the comparison unit 703; and a measurement information calculating unit 708, configured to calculate spatial stream measurement information about each of second spatial streams according to the received NDP message after the number of second spatial streams required for feedback is determined.").

3709.  Yao, [0095]-[0096] ("After the number of columns in the NDPA message and the number of active first spatial streams are obtained, the comparison unit 703 compares the number of active first spatial streams with the number of columns in the NDPA message, and takes the smaller value obtained from the comparison as the number of second spatial streams required for feedback. Optionally, before the comparison unit 703 executes the operation, the receiving unit 707 of the beamformee receives the NDP message and detects whether the AID in the NDP message is equal to the AID of the first STA Info field in the NDPA message. If yes, the comparison unit 703 is triggered. After the number of second spatial streams is determined, the measurement information calculating unit 708 calculates the corresponding spatial stream measurement information about each of the second spatial streams according to the received NDP message.").

3710.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3711.  **Ghosh** also discloses this element.

███████████████████████████████████

3712.  Ghosh, 2:53-62 ("In accordance with embodiments, the AP 102 may transmit a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP 102. The AP 102 may further transmit a trigger frame for sounding (TFS) to indicate a scheduled sounding feedback period for multiple STAs 103, which may include identifiers of the STAs 103. The AP 102 may further receive sounding feedback from at least some of the STAs 103 during the sounding feedback period.").

3713.  Ghosh, 7:14-22 ("At operation 305 of the method 300, the AP 102 may transmit a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP 102. The NDP may be transmitted during the NDP time period at operation 310. It should be noted that the NDP announcement may also be referred to as an "NDP-A" or an "NDP-A message." The NDP time period may also be referred to as a "sounding period" or a "channel sounding period" or similar.").

3714.  Ghosh, 7:23-29 ("The NDP may include a training sequence or training pattern to enable STAs 103 to measure a channel response, a signal quality, a signal level, beam-forming weights or other quantities or parameters. As an example, the NDP may be based on a particular bit sequence, signal or waveform. The STAs 103 may use predetermined knowledge of the NDP, in some cases, to perform such measurements.").

- 1486 -

████████████████████████████████

3715.  Ghosh, 7:61-67 ("The NDP-A 410 may be transmitted by the AP 102, and may be received by the STAs 103 labeled as STA #1, STA #2, and STA #3. After an SIFS 415 has elapsed, the AP 102 may transmit the NDP 420 that is announced by the NDP-A 410. It should be noted that the use of the SIFS 415 here and elsewhere in FIG. 4 (425,435,436,445,446) is not limiting, as other time intervals may be used in some cases.").

3716.  Ghosh, 9:27-40 ("Various parameters that may be included in the TFS 500 will be described below. The frame control 505 may indicate information such as a protocol version, frame type or sub-frame type. The duration 510 may indicate a duration of a packet that is expected in response to the current packet (i.e. the TFS 500). The RA 515 may indicate a broadcast address while the TA 520 may indicate a medium access control (MAC) address of the AP 102. The uplink duration 525 may indicate a duration for a compress beam-forming feedback frame or other sounding feedback frame. As a non-limiting example, the value for the uplink duration 525 may be equal to the value in the duration 510 minus a time used for a multi-STA block acknowledgement (M-BA) frame minus an SIFS value multiplied by two.").

3717.  Ghosh, 12:19-29 ("Various parameters that may be included in the M-BA 600 will be described below. The M-BA may include a frame control 610, duration/ID 620, RA 630, TA 640, and FCS 670. In some embodiments, these parameters may be related to or similar to parameters previously used in the TFS

- 1487 -

████████████████████████████████████

500 shown in FIG. 5, although the scope of embodiments is not limited in this

respect. It should be noted that the duration/ID 620 may be similar to the duration

parameter 510 shown in FIG. 5 in some cases. However, the duration/ID 620 may

also include identifier information in addition to, or instead of, frame duration

information.").

3718.  Ghosh, 13:38-45 ("At operation 705, the STA 103 may receive a null

data packet (NDP) announcement to indicate an NDP time period reserved for

transmission of an NDP by the AP 102. The STA 103 may receive the NDP at

operation 710. At operation 715, the STA 103 may receive a trigger frame for

sounding (TFS) to indicate a scheduled sounding feedback period for a group of

STAs 103. In some cases, the STA 103 may be included in the group of STAs 103.").

3719.  Ghosh, 13:46-51 ("At operation 720, the STA 103 may transmit, during

the sounding feedback period, sounding feedback based at least partly on a

reception of the NDP at the STA 103. Previously described measurements may be

used, including a channel response, a signal quality, a signal level, beam-forming

weights or other quantities or parameters.").

3720.  Alternatively, Ghosh, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

3721.  **Yang** also discloses this element.

3722.  Yang, [0003] ("In the prior art, the beamformer obtains information as follows: The beamformer sends a null data packet announcement (NDPA) and a null data packet (NDP) to the beamformee to request channel information. After receiving the NDPA and the NDP, the beamformee estimates a channel between the beamformer and the beamformee, and sends the channel information to the beamformer according to rules. When the beamformer obtains multi-user channel information, for beamformees other than the first beamformee, the other beamformees may be notified to feed back their channel information by sending a sounding poll indication frame.").

3723.  Yang, [0008] ("if the station list information includes information corresponding to the receive end, receiving, by the receive end, a null data packet (NDP), and computing channel information based on the null data packet;").

3724.  Yang, [0011] ("a receiving unit configured to receive a null data packet announcement (NDPA) and a null data packet (NDP) sent by a transmit end, where the NDPA includes the number of stations and station list information, and the number of stations is used to indicate the number of receive ends in the station list information;").

3725.  Yang, [0022] ("In this embodiment of the present invention, when obtaining channel information, the beamformer may request the channel information by sending an NDPA and an NDP to the beamformee. After receiving the NDPA and the NDP, the beamformee estimates a channel between the

- 1489 -

███████████████████████

beamformer and the beamformee, and sends the obtained channel information to

the beamformer. This process may be referred to as channel sounding, as shown in

FIG. 1. The process in FIG. 1 is a single-user channel sounding process, which

refers to transmission of channel information between one beamformer and one

beamformee. The channel information obtaining involved in this embodiment of the

present invention may be alternatively a multi-user channel sounding process,

which means that one beamformer obtains channel information from a plurality of

beamformees.").

3726.  Yang, [0035] ("S305, if the station list information includes information

corresponding to the receive end, further receiving, by the receive end, a null data

packet (NDP), and computing channel information based on the null data packet;")

3727.  Yang, [0037] ("In this embodiment of the present invention, by adding

information about the number of stations to the NDPA, a size of the STA list is

better indicated, a process of reading the NDPA by the beamformee is optimized,

and an unpacketizing error caused by error propagation is avoided, while in the

prior art, the number of stations is unknown, if one piece of station information is

erroneous, it is likely to make it difficult to determine whether the station

information list has been completely read. Obviously, the embodiment of the

present invention improves robustness of an entire channel feedback process.").

3728.  Yang, [0038] ("Further, after receiving the NDPA, the receive end first

reads, in a corresponding position, the information about the number of stations,

- 1490 -

████████████████████████

which may also be referred to as the number of stations, to obtain the number of

STAs in a STA list. On this basis, the receive end reads STA list information item

by item and increments the count; if the receive end has read information related to

the receive end itself in the list, the receive end knows that the receive end is

already in the list, and does not read remaining information in the list any longer;

and if the count is incremented to the number of STAs indicated in the NDPA but

still does not match the information about the receive end, the receive end knows

that it is not in the list. For the receive end that knows that it is in the STA list,

after receiving an NDP immediately following the NDPA, the receive end estimates

channel information based on its LTF, and feeds back the estimated channel

information at its time opportunity. For a receiver that knows that it is not in the

STA list, the channel information may not be estimated or fed back for the NDP

immediately following the NDPA.").

3729.  Yang, [0041] ("a receiving unit 401 configured to receive a null data

packet announcement (NDPA) and a null data packet (NDP) sent by a transmit end,

where the NDPA includes the number of stations and station list information, and

the number of stations is used to indicate the number of receive ends in the station

list information.").

3730.  Yang at Claim 1, see above.

3731.  Yang at Claim 3, see above.

3732.  Yang, FIG. 1.



图 1

3733.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3734.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra*.

> e. **Element 1 [d]:  in response to determining that the number of the one or more station information fields in the NDPA is one, transmitting first Channel State Information (CSI) feedback in response to receiving the NDP,**

3735.  **<u>Merlin 051</u>** also discloses this element.

3736.  Merlin 051 at [0067] "FIG. 4A is a time sequence diagram illustrating an example of a frame exchange **400** *a* of channel state information (CSI) feedback between an AP **110** and a wireless communication device **120** (e.g., wireless communication device **120** *a* of FIG. 1, illustrated as STA**1** in FIG. 4A) in a single user (SU) environment. As shown in FIG. 4A, and in conjunction with FIG. 1, an

AP **110** may transmit a sounding announcement **401** to a wireless communication device **120** indicating that a sounding frame is forthcoming (sounding NDP **405**, as shown in FIG. 4A), that the wireless communication device **120** is the intended recipient of the forthcoming sounding frame, and the format thereof. In some embodiments, the sounding announcement **401** may not indicate the presence of the forthcoming sounding NDP **405**, and the sounding NDP **405** may indicate itself that it is a sounding NDP **405**. In other embodiments, neither the sounding announcement **401** nor the sounding NDP **405** indicates that the sounding NDP **405** is a sounding NDP, and the wireless communication device **120** may instead determine on their own that the sounding NDP **405** is a sounding NDP. In an exemplary embodiment, sounding announcement **401** is an NDPA contained in a PPDU. In some aspects, sounding announcement **401** indicates that sounding NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more bits in the sounding announcement **401**. In one embodiment, a reserved bit in the NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment, AP **110** designates a specific value of the dialog token field to indicate HE sounding or VHT sounding. In accordance with any of these embodiments, the wireless communication devices **120** receiving the sounding NDP **405** know whether to respond with CSI using HE sounding or VHT sounding."

- 1493 -

3737.  Merlin 051 at [0069] "The AP **110** may then transmit the sounding

NDP **405** following the sounding announcement **401**. In response to the sounding

NDP **405**, the wireless communication device **120** may transmit CSI to the AP **110**.

Specifically, the wireless communication device **120** identified by the sounding

announcement **401** may estimate the channel based on the sounding NDP **405** and

send a representation of the estimated channel in a sounding feedback CSI

transmission. In FIG. 4A, STA**1** transmits CSI transmission **410**A to the AP **110**.

The CSI transmission **410** may be a legacy transmission, UL-MU-MIMO

transmission, UL-OFDMA transmission, or some combination thereof. Upon

receiving the CSI transmission **410**A, the AP **110** may accurately determine

information about the channel from the AP **110** to the wireless communication

device **120** (e.g., STA**1**). The sounding NDP **405** may be transmitted in accordance

with a format similar to the format of frame **900** discussed herein with respect

to FIG. 9. In some aspects, sounding NDP **405** may be a high-efficiency NDP (HE

NDP). In various aspects, the time in between the sounding announcement **401** and

the sounding NDP **405** may be a SIFS time period and the timing in between the

sounding NDP **405** and the CSI transmission **410**A may be a SIFS (or point

interframe space (PIFS)) time period. In other aspects, single user or multi-user

beamforming report (SU BR or MU BR) polls may be used to request CSI from the

wireless communication devices **120**."

3738.  Merlin 051 at [0099] "The STA info field 730 contains information regarding a particular STA and may include a per-STA (per wireless communication device 120) set of information (see STA info 1 730 and STA info N 740). The STA info field 730 may include an allocation identifier (AID) field 732 which identifies a STA, a feedback type field 734, and an Nc index field 736. The FCS field 750 carries an FCS value used for error detection of the NDPA frame 700. In some aspects, the NDPA frame 700 may also include a PPDU duration field (not shown). The PPDU duration field indicates the duration of the following UL-MU-MIMO (or UL-OFDMA) PPDU that the wireless communication devices 120 are allowed to send. In other aspects, the PPDU duration may be agreed to beforehand between an AP 110 and the wireless communication devices 120. In some embodiments, the PPDU duration field may not be included if the duration field 710 is used to compute the duration of the response that the wireless communication devices 120 are allowed to send."

3739.  Merlin 051 at Figure 4A:



FIG. 4A

3740.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3741.  **802.11ac-2013** also discloses this element.

3742.  802.11ac-2013 at 9.31.5.1; pg 168:

3743.  "Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the VHT beamformer and a STA for which reception is optimized is called a VHT beamformee. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel from the training symbols transmitted by the VHT beamformer and sends back a transformed estimate of the channel state to the VHT beamformer. The VHT beamformer then uses this estimate, perhaps combining estimates from multiple VHT beamformees, to derive the steering matrix.

3744.  "If dot11VHTSUBeamformerOptionImplemented is true, a STA shall set the SU Beamformer Capable field in the VHT Capabilities element to 1. If dot11VHTSUBeamformeeOptionImplemented is true, a STA shall set the SU Beamformee Capable field in the VHT Capabilities element to 1.

3745.  "If dot11VHTMUBeamformerOptionImplemented is true, a STA shall set the MU Beamformer Capable field in the VHT Capabilities element to 1. If

dot11VHTMUBeamformeeOptionImplemented is true, a STA shall set the MU

Beamformee Capable field in the VHT Capabilities element to 1.

3746. "If dot11VHTMUBeamformerOptionImplemented is true, a STA shall

set dot11VHTSUBeamformerOptionImplemented to true. If

dot11VHTMUBeamformeeOptionImplemented is true, a STA shall set

dot11VHTSUBeamformeeOptionImplemented to true.

3747. "A STA is a VHT SU-only beamformer if it sets the SU Beamformer

Capable field to 1 but sets the MU Beamformer Capable field to 0 in transmitted

VHT Capabilities elements.A STA is an SU-only beamformee if it sets the SU

Beamformee Capable field to 1 but sets the MU Beamformee Capable field to 0 in

transmitted VHT Capabilities elements. If

dot11VHTSUBeamformerOptionImplemented is false, a STA shall not act in the

role of a VHT beamformer.

3748. "If dot11VHTSUBeamformeeOptionImplemented is false, a STA shall

not act in the role of a VHT beamformee."

3749. See also 802.11ac-2013 at 9.31.5.2; pg. 168-171.

3750. 802.11ac-2013 at 9.31.5.2; pg. 170; Fig. 9-41a, 9-41b:



**Figure 9-41a—Example of the sounding protocol with a single VHT beamformee**

**Figure 9-41b—Example of the sounding protocol with more than one VHT beamformee**

3751.  802.11ac-2013 at 8.4.1.48; pgs 55-64:

3752.  "The VHT Compressed Beamforming Report field is used by the VHT Compressed Beamforming feedback (see 8.5.23.2) to carry explicit feedback information in the form of angles representing compressed beamforming feedback matrices V for use by a transmit beamformer to determine steering matrices Q, as described in 9.29.3 and 20.3.12.3.

3753.  "The size of the VHT Compressed Beamforming Report field depends on the values in the VHT MIMO Control field. The VHT Compressed Beamforming Report field contains VHT Compressed Beamforming Report information or successive (possibly zero-length) portions thereof in the case of segmented VHT Compressed Beamforming feedback (see 9.31.5).

3754.  "VHT Compressed Beamforming Report information is always included in the VHT Compressed Beamforming feedback. The VHT Compressed Beamforming Report information contains the channel matrix elements indexed, first, by matrix angles in the order shown in Table 8-53d and, second, by data subcarrier index from lowest frequency to highest frequency. The explanation on

- 1498 -

how these angles are generated from the beamforming feedback matrix V is given in 20.3.12.3.6. In Table 8-53d,

3755. "Nc is the number of columns in a compressed beamforming feedback matrix determined by the Nc Index field of the VHT MIMO Control field,

3756. "Nr is the number of rows in a compressed beamforming feedback matrix determined by the Nr Index field of the VHT MIMO Control field.

3757. "The beamforming feedback matrix V is formed by the beamformee as follows. The beamformer transmits an NDP with NSTS,NDP space-time streams, where NSTS,NDP may take a value between 2 and 8. Based on this NDP, the beamformee estimates the NRX,BFEE×NSTS,NDP channel, and based on that channel it determines a Nr×Nc orthonormal matrix V, where Nr and Nc satisfy Equation (8-1). Further restrictions on Nc are described in 9.31.5. The angles are quantized as defined in Table 8-53e.

3758. "The VHT Compressed Beamforming Report information has the structure and order defined in Table 8-53f, where Na is the number of angles used for the compressed beamforming feedback matrix subfield (see Table 8-53d)."

3759. 802.11ac-2013 at 8.4.1.48; pg. 58; Table 8-53f:

- 1499 -

**Table 8-53f—VHT Compressed Beamforming Report information**

| Field | Size (bits) | Meaning |
|---|---|---|
| Average SNR of Space-Time Stream 1 | 8 | Signal-to-noise ratio at the beamformee for space-time stream 1 averaged over all data subcarriers. See Table 8-53h. |
| ... | ... | ... |
| Average SNR of Space-Time Stream $Nc$ | 8 | Signal-to-noise ratio at the beamformee for space-time stream $Nc$ averaged over all data subcarriers. See Table 8-53h. |
| Compressed Beamforming Feedback Matrix $V$ for subcarrier $k = scidx(0)$ | $Na \times (b_\psi + b_\phi)/2$ | Compressed beamforming feedback matrix as defined in Table 8-53d |
| Compressed Beamforming Feedback Matrix $V$ for subcarrier $k = scidx(1)$ | $Na \times (b_\psi + b_\phi)/2$ | Compressed beamforming feedback matrix as defined in Table 8-53d |
| Compressed Beamforming Feedback Matrix $V$ for subcarrier $k = scidx(2)$ | $Na \times (b_\psi + b_\phi)/2$ | Compressed beamforming feedback matrix as defined in Table 8-53d |
| ... | ... | ... |
| Compressed Beamforming Feedback Matrix $V$ for subcarrier $k = scidx(Ns - 1)$ | $Na \times (b_\psi + b_\phi)/2$ | Compressed beamforming feedback matrix as defined in Table 8-53d |
| NOTE—$scidx()$ is defined in Table 8-53g | | |

3760. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3761. **Chun** also discloses this element.  *See* Element 1 [b] above.

3762. Chun '388, 22:55-67 ("1) A feedback method using a control frame in an MIMO environment, a beamformer may indicate the feedback of channel state information through an HT control field included in an MAC header, or a beamformee may report channel state information through an HT control field included in an MAC frame header (see FIG. 8). The channel state information included in the HT control field may include signal to noise (SNR) information about all of transfer channels (or the full transmission bandwidth) in which an

- 1500 -

██████████████████████

UL/DL PPDU is transmitted. An MCS feedback (MFR) field included in the HT control field may include a Num_STS field (3 bits), a VHT-MCS field (4 bits), a BW field (2 bits), and an SNR field (6 bits).").

3763.  Chun '388, 29:19-24 ("3) The MU exclusive beamforming report field is used to transfer explicit feedback information expressed in the form of a delta( ) SNR. Information within the VHT compressed beamforming report field and the MU exclusive beamforming report field may be used for an MU beamformer to determine a steering matrix 'Q.'").

3764.  Chun '388, 48:60-67 ("Hereinafter, sounding information (or feedback information/channel state information (CSI)) may include an MCS level, the signal to noise ratio (SNR) of a predetermined feedback unit for a space stream and/or a beamforming feedback matrix (or a beamforming feedback vector). If a beamforming method is changed, the sounding information may include all of beamforming feedback values for the changed beamforming method.").

3765.  Chun '388, 51:21-28 ("As described above with reference to FIGS. 8 to 12, two methods for a feedback procedure for obtaining channel information in the 802.11ac system may be basically supported. One method is a method using a control frame (i.e., a piggybacked unicast feedback method), and the other method is a method using a channel sounding procedure not including a data field (i.e., a stand-alone unicast/broadcast feedback method).").

████████████████████████████████████████████

3766.  Chun '388, 51:32-44 ("In an embodiment, if a DL sounding protocol of a

next-generation system is defined based on the stand-alone unicast feedback

method, an AP may instruct each STA to measure a channel state and to feed back

detailed information, such as the number of preferred (or recommended) streams as

a result of the measurement, an MCS level, information about the SNR of a

measured channel, and beamforming feedback (or a beamforming feedback

vector/matrix). To this end, in the DL sounding protocol, as in the 802.11 ac system,

an NDPA frame, an NDP frame, and a feedback frame (or a compressed

beamforming frame) may be used, which are described in detail below with

reference to FIG. 30.").

3767.  Chun '388. 52:19-26 ("The STAs that have received the trigger frame

3030 may obtain channel state information by measuring target DL channels

indicated in the NDPA frame 3010 and the trigger frame 3030. The STAs may

generate feedback frames (or beamforming frame/beamforming feedback frames)

3040 including the obtained channel state information, and may perform UL MU

transmission on the generated feedback frames 3040 using UL MU resources

allocated to them.").

3768.  Chun '388, 53:58-54:3 ("The beamforming FB request field may

indicate whether a beamformer has requested beamforming feedback or not. For

example, if a beamformer instructs a beamformee to report a beamforming feedback

matrix (or a beamforming vector/beamforming value), the value of the beamforming

FB request field may be set to "l" (or "0"), and the beamforming FB request field

may be transmitted. In this case, the beamformee may generate a beamforming

feedback matrix based on the results of the measurement of the channel state of a

DL PPDU including the beamforming FB request field, and may send (or feed

back/report) a compressed beamforming frame, including the generated

beamforming feedback matrix, to the beamformer.").

3769.  Chun '388, 55:40-53 ("For example, it may be assumed that an HE

control subfield including the above-described DL CSI feedback request/response

information, an HE control subfield including buffer status request/response

information, and an HE control subfield including idle channel request/response

information have been aggregated. In this case, each of the aggregated HE control

subfields may include a control type field having a different value depending on the

type of information included therein (i.e., a control type) (e.g., DL CSI feedback

request/response information, buffer status request/response information, or idle

channel request/response information). The HE control subfields may be

distinguished from each other by the values of the control type fields.").

3770.  Chun '388, 56:65- 57:3 ("Furthermore, a feedback response to specific

information may be included in a stand- alone SU frame, a single MDPU

piggybacked to an SU/MU frame (A-MPDU) and/or an HE control field and

transmitted. In this case, feedback response information (or content) transmitted as

the feedback response may be as follows.")

- 1503 -

███████████████████████████

3771.  Chun '388, 59:33-44 ("Referring to FIG. 34, an AP may send an NDPA trigger frame having an NDPA frame and a trigger frame combined in DL using a broadcast method. In this case, the NDPA trigger frame may refer to a frame including both NDPA information (e.g., feedback request (or indication) information (or sounding indication information), etc. regarding that which STA may measure which DL channel using which method) included in the NDPA frame described with reference to FIG. 30 and trigger information (e.g., trigger information, etc. regarding that how STA may perform transmission using which UL MU frequency/spatial resource) included in the trigger frame.").

3772.  Chun '388, 59:45-60 ("The NDPA trigger frame may include resource allocation information (i.e., UL PPDU resource allocation information) and/or MCS information about an UL MU resource allocated to each STA in order to perform UL MU transmission on channel state information about an UL PPDU length and DL channel, that is, trigger information. Furthermore, the NDPA trigger frame may include sounding dialog token information, information about the AID of an STA, a feedback type and/or Nc Index information, that is, NDPA information. The NDPA trigger frame may also include parameters, such as an Nr index and codebook information. In the legacy system (802.11 ac), a beamformee has adopted a parameter. In a next-generation system (802.1 lax), however, an AP may determine parameters in order to estimate the amount of feedback of MU STAs, and may set the length of an UL MU PPDU.").

- 1504 -

3773.  Chun '388, 62:37-50 ("For example, an AP may send an NDPA frame (or an NDPA trigger frame), including feedback type information (1 bit) indicating whether a feedback request is a feedback request for MU-MIMO transmission, to an STA in DL. If received feedback type information indicates a feedback type for MU-MIMO transmission, the STA may determine an MFG to be a 106-tone resource unit. If the feedback type information does not indicate a feedback type for MU-MIMO transmission, the STA may determine the MFG to be a 26-tone resource unit. In the present embodiment, since an FG is composed of one MFG, an STA may generate feedback information (e.g., an average SNR, an MCS and/or beamforming feedback) in a determined MFG unit and send it in UL (or feed it back).").

3774.  Chun '388, 65:13-28 ("An STA may report all pieces of feedback information, generated in an FG unit, to an AP, but may notify the AP of an FG that belongs to several FGs and that has the best SNR performance (or has the best SNR) and report only a single piece of feedback information (or a feedback value) about the corresponding FG. On the contrary, the STA may notify the AP of an FG that belongs to several FGs and that has the worst SNR performance (or has the worst SNR) and report only a single piece of feedback information (or a feedback value) about the corresponding FG. Alternatively, the STA may report an M (=1 or more) FG having good SNR performance and feedback information (or a feedback value) about the corresponding FG. On the contrary, the STA may report an M (=1

████████████████████████████████

or more) FG having poor SNR performance and feedback information (or a feedback value) about the corresponding FG.").

3775.  Chun '388, 67:25-35 ("2) The feedback of STAs: each STA sends (or reports) feedback information, such as an SNR and MCS generated/obtained in the FG_sch unit with respect to an indicated MFR (or sends (or reports) only feedback information about N FG_sch having a good channel state as in the above-described embodiment) and sends (or reports) feedback information including a beamforming matrix generated in an FG_dat unit with respect to the indicated MFR (in this case, a differential value between an SNR generated in the FG_dat unit and the SNR of the FG_sch unit may be additionally transmitted).").

3776.  Chun '388, 67:51-58 ("1) An STA sends feedback information (or a feedback value) about a full bandwidth through one MPDU of an UL frame or an HE control field at the request of an AP or autonomously. In this case, the STA sends feedback information of the FG_sch (if FG_sch is fixed to a 26-tone resource unit, FG_sch indication information may be excluded from the frame) with respect to an MFR configured in a full band.").

3777.  Chun '388, 71:24-36 ("Alternatively, an STA does not respond an SNR for all of indicated MFRs, but may send information about the best N SNR and a resource unit having the corresponding SNR as feedback information through UL SU/MU transmission. In this case, the value of the best B SNR and information about the location of a frequency domain having the corresponding SNR value may

- 1506 -

be included in the feedback information and transmitted in UL. For example, if 6 bits are used to signal an SNR value and N is 3 (i.e., if the values of the best three SNRs are reported), the bit size of feedback information transmitted by an STA may be 6*3 bits (the best three SNR values)+4/5/6 bits (information about the location of a frequency domain having the best SNR).").

3778.  Chun '388, 73:56-74:2 ("Some information included in the above-described (HE) NDPA frame may be included in such an (HE) trigger frame. For example, only basic information about all of STAs participating in a sounding protocol may be transmitted in the (HE) NDPA frame, and detailed information about STAs which will subsequently send a feedback frame as a response to a corresponding frame may be transmitted in a trigger frame or an HE beamforming report polling frame. In this case, the number of STAs indicated in the NDPA frame may be greater than the number of STAs indicated in the trigger frame. Accordingly, the STAs may be aware that they participate in the sounding protocol through the NDPA frame, and may be aware a detailed method for performing sounding (or a feedback method) through the trigger frame.").

3779.  Chun '388, 82:29-34 ("Next, the STA may send a feedback frame, including the generated feedback information, through UL MU transmission (S4550). In this case, the STA may send the feedback frame through UL MU transmission using the UL MU resource indicated by the trigger frame received at step S4530.").

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3780.  Chun '388, 83:55-84:6 ("Furthermore, in accordance with an embodiment of the present invention, each STA can send a feedback frame through UL MU transmission because an AP sends trigger information for the UL MU feedback frame transmission of STAs.  Furthermore, in accordance with an embodiment of the present invention, an AP can obtain channel state information about a DL channel more rapidly because STAs can send a feedback frame for the DL channel through UL MU transmission.  Furthermore, in accordance with an embodiment of the present invention, there is an advantage in that feedback overhead is reduced because STAs can feed some transmission bandwidth back not a full transmission bandwidth of a PPDU depending on a feedback type (or purpose). Furthermore, in accordance with an embodiment of the present invention, there is an advantage in that feedback overhead is reduced because a feedback unit size is reduced compared to a legacy system.").

3781.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3782.  **Yao** also discloses this element.  *See* Element 1 [b] above.

3783.  Yao, [0027] ("The beamformee receives the NDPA message and determines that the beamformee is the one requested by a beamformer to send feedback, and extracts the number of columns of station information (STA Info, STA Information) from the NDPA message, where the number of columns is obtained by

- 1508 -

████████████████████████████

adding 1 to the value of the Nc Index field set by the beamformer in the NDPA

message and is used to indicate the number of spatial streams that a STA needs to

feed back.")

3784. Yao, [0038]-[0043] ("For better understanding, the following describes

in detail the data feedback method in the preceding embodiment by using a specific

application scenario. Referring to FIG. 2, another embodiment of a data feedback

method according to the embodiments includes: 201. A beamformee acquires a null

data packet announcement message. A very-high-throughput probing mechanism

may be applied to two scenarios: single-user multiple input multiple output (SU-

MIMO) and multi-user multiple input multiple output (MU-MIMO) scenarios. In

the SU-MIMO scenario, one beamformee communicates with one beamformer (for a

specific signaling flowchart, reference may be made to FIG. 3, where TXOP

indicates Transmit Opportunity, and SIFS indicates Short Inter-Frame Space).

Therefore, when the beamformee receives a unicast NDPA message, the

transmission is SU-MIMO communication if a feedback type (Feedback Type)

recorded in a STA Info field in the NDPA message is 0. If a locally stored

association ID (AID, Association ID) matches the AID of the STA Info in the NDPA,

the NDPA message is what the beamformee requires. In the MU-MIMO scenario,

one beamformer communicates with multiple beamformees (for a specific signaling

flowchart, reference may be made to FIG. 4). Therefore, the NDPA message received

by the beamformees is a broadcast packet sent by the beamformer. As such, when a

███████████████████████████████████████

beamformee receives the NDPA message, this transmission is MU-MIMO communication if the feedback type (Feedback Type) recorded in the STA Info field in the NDPA message is 1, and the beamformee needs to perform AID matching.")

3785.  Yao, [0045] ("The beamformee extracts STA Info fields sequentially from the NDPA message and compares AIDs of the STA Info fields one by one with the locally stored AID. If a same AID is found, AID matching succeeds, which indicates that the NDPA message needs to be locally received. As such, the beamformee needs to feed back spatial stream measurement information, and step 203 is triggered. If a same AID is not found, AID matching fails, which indicates that the beamformee is not the specified one that is requested to send feedback.").

3786.  Yao, [0047] ("After determining that the beamformee is the one requested by the beamformer to send feedback, the beamformee extracts and saves the number of columns and the feedback type of the STA Info from the NDPA message.").

3787.  Yao, [0051] ("The beamformee receives the null data packet (NDP, Null Data Packet) message and detects whether the locally stored AID is equal to the AID of the first STA Info field in the NDPA message, and, if yes, step 206 is triggered;").

3788.  Yao, [0062] ("The beamformee receives the NDPA message and determines that the beamformee is the one requested by a beamformer to send feedback; and extracts the number of columns in STA Info from the NDPA message,

████████████████████████████████████████████

where the number of columns is a field set by the beamformer in the NDPA

message and is used to indicate the number of spatial streams that a STA needs to

feed back.").

3789.  Yao, [0087]-[0089] ("a matching unit 706, configured to match the AID

of a STA Info field in the NDPA message, and trigger the first acquiring unit 701 if

AID matching succeeds; a receiving unit 707, configured to receive an NDP

message, detect whether a locally stored AID is equal to the AID of the first STA

Info field in the NDPA message, and, if yes, trigger the comparison unit 703.").

3790.  Yao, [0094]-[0095] ("Before extraction of the number of columns in STA

Info from the NDPA message, the second acquiring unit 705 of the beamformee first

acquires the NDPA message. If the feedback type (Feedback Type) recorded in the

STA Info field in the NDPA message is 0, the transmission is SU-MIMO

communication. If the locally cached AID is the same as the AID of the NDPA STA

Info field, the NDPA message needs to be received locally, and the beamformee

needs to feed back spatial stream measurement information. In addition, the first

acquiring unit 701 is triggered. Otherwise, the beamformee is not the specified one

that is requested to send feedback. If the feedback type (Feedback Type) recorded in

the STA Info field in the NDPA message is 1, the transmission is MU-MIMU

communication, and the matching unit 706 needs to be triggered to match the

association ID AID of the station infomation STA Info field in the NDPA message.

Specifically, AID matching is as follows: The matching unit 706 extracts STA Info

- 1511 -

███████████████████████████████████

fields sequentially from the NDPA message and compares AIDs in the STA Info

fields one by one with the locally stored AID. If a same AID is found, AID matching

succeeds, which indicates that the NDPA message needs to be locally received. As

such, the beamformee needs to feed back the spatial stream measurement

information, and the first acquiring unit 701 is triggered. If a same AID is not

found, AID matching fails, which indicates that the beamformee is not the specified

one that is requested to send feedback.  After the number of columns in the NDPA

message and the number of active first spatial streams are obtained, the

comparison unit 703 compares the number of active first spatial streams with the

number of columns in the NDPA message, and takes the smaller value obtained

from the comparison as the number of second spatial streams required for feedback.

Optionally, before the comparison unit 703 executes the operation, the receiving

unit 707 of the beamformee receives the NDP message and detects whether the AID

in the NDP message is equal to the AID of the first STA Info field in the NDPA

message. If yes, the comparison unit 703 is triggered.").

3791.  Alternatively, Yao, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

3792.  **Ghosh** also discloses this element.

3793.  Ghosh, Abstract ("Embodiments of an access point (AP), user station

(STA), and method for channel sounding in a wireless network are generally

described herein. The AP may transmit a null data packet (NDP) announcement to

- 1512 -

███████████████████████████████████████████

indicate an NDP time period reserved for transmission of an NDP by the AP. The AP may further transmit a trigger frame for sounding (TFS) to indicate a scheduled sounding feedback period for multiple STAs, which may include identifiers of the STAs. The AP may further receive sounding feedback from at least some of the STAs during the sounding feedback period.").

3794.  Ghosh, 8:1-11 ("At operation 315 of the method 300, a trigger frame for sounding (TFS) may be transmitted by the AP 102. In some embodiments, the TFS may indicate a scheduled sounding feedback period for multiple STAs 103. The sounding feedback period may be reserved for or allocated for transmission of sounding feedback from at least some of the STAs 103. Accordingly, the TFS may inform the STAs 103 that the sounding feedback period is available or may instruct the STAs 103 to transmit sounding feedback. The TFS may also indicate a timing for the sounding feedback period, such as a starting time or other time.").

3795.  Ghosh, 8:12-20 ("It should be noted that embodiments arc not limited to separate TFS and NDP announcements. As an example, the TFS and NDP announcement may be combined. As another example, the TFS may provide some of the same functionality as the NDP announcement, such as the indication of the NDP time period reserved for transmission of an NDP by the AP 102. As another example, the NDP announcement may be included in the TFS. As another example, the NDP announcement may include the TFS.").

- 1513 -

███████████████████████

3796.  Ghosh, 3:27-40 ("In accordance with embodiments, a master station 102 and/or HEW stations 104 may generate an HEW packet in accordance with a short preamble format or a long preamble format. The HEW packet may comprise a legacy signal field (L-SIG) followed by one or more high-efficiency (HE) signal fields (HE-SIG) and an HE long- training field (HE-LTF). For the short preamble format, the fields may be configured for shorter-delay spread channels. For the long preamble fonnat, the fields may be configured for longer-delay spread channels. These embodiments are described in more detail below. It should be noted that the terms "HEW" and "HE" may be used interchangeably and both terms may refer to high-efficiency Wireless Local Area Network operation and/or high-efficiency Wi-Fi operation.").

3797.  Ghosh, 2:53-62 ("In accordance with embodiments, the AP 102 may transmit a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP 102. The AP 102 may further transmit a trigger frame for sounding (TFS) to indicate a scheduled sounding feedback period for multiple STAs 103, which may include identifiers of the STAs 103. The AP 102 may further receive sounding feedback from at least some of the STAs 103 during the sounding feedback period.").

3798.  Ghosh, 8:39-52 ("In some embodiments, the TFS may include various parameters related to the STAs 103 and/or the transmission of sounding feedback by the STAs 103. Some embodiments may include one or more parameters such as

████████████████████████████████████████

identifiers of the STAs 103, modulation and coding schemes (MCS) to be used,

transmit power levels to be used, and channel resource allocations for the STAs 103,

and may also include other related parameters. In some embodiments, the TFS may

include parameters for each STA 103 and may also include other parameters

intended for all of the STAs 103. For instance, an identifier, an MCS, a transmit

power level, and a channel resource allocation may be included for each STA 103

while a frame duration parameter may indicate a frame duration to be used by all

STAs 103.").

3799.  Ghosh, 9:4-9 ("Referring back to the example channel sounding

scenario 400 in FIG. 4, the TFS 431 may be transmitted when a time duration of

the SIFS 425 has elapsed since the transmission of the NDP 420. The TFS 431 may

indicate a first sounding feedback period. In addition, a second TFS 441 may also be

transmitted for a second sounding feedback period.").

3800.  Ghosh, 10:51-64 ("In some embodiments, sounding feedback from

multiple STAs 103 may be received during one or more time periods that at least

partially overlap. That is, the sounding feedback may include sounding feedback

contributions transmitted from multiple STAs 103 in time windows that at least

partially overlap. As an example, a first portion of the sounding feedback may be

received from a first STA 103 during a first time period. A second portion of the

sounding feedback may be received from a second STA 103 during a second time

period that at least partly overlaps the first time period. Accordingly, the sounding

- 1515 -

██████████████████████████████████

feedback during an overlapping portion of the time period may include a combination or a sum of individual sounding feedback contributions from the first STA 103 and the second STA 103.").

3801.  Ghosh, 10:65-11:7 ("Referring back to the example channel sounding scenario 400 in FIG. 4, STA #1 may transmit an individual sounding feedback 432 during a first sounding feedback period. The STA #3 may also transmit an individual sounding feedback 433 during the first sounding feedback period. Accordingly, the two STAs 103 may perform those transmissions during overlapping time periods. In addition, in the example scenario 400, STA #2 may transmit an individual sounding feedback 442 in response to the TFS 441 during a second sounding feedback period.").

3802.  Ghosh, 13:46-51 ("At operation 720, the STA 103 may transmit, during the sounding feedback period, sounding feedback based at least partly on a reception of the NDP at the STA 103. Previously described measurements may be used, including a channel response, a signal quality, a signal level, beam-forming weights or other quantities or parameters.").

3803.  Ghosh, 14:27-38 ("In some examples, a first portion of the sounding feedback may be received from a first STA during a first time period. A second portion of the sounding feedback may be received from a second STA during a second time period that at least partly overlaps the first time period. In some examples, the TFS may further include modulation and coding schemes (MCS) and

- 1516 -

████████████████████████████

transmit powers to be used by the STAs for the sounding feedback. In some examples, the hardware processing circuitry may further configure the transceiver circuitry to transmit a multi-STA block acknowledgement (M-BA) that includes reception information for the sounding feedback.").

3804.  Ghosh, 15:5-21 ("In some examples, the first sounding feedback may include sounding feedback from multiple STAs received during time periods that at least partially overlap. In some examples, the operations may further configure the one or more processors to transmit an NDP announcement to indicate an NDP time period reserved for transmission of the NDP by the AP. In some examples, the TFS may include identifiers for the group of STAs and channel resource allocations for transmission of sounding feedback by the STAs. In some examples, the operations may further configure the one or more processors to transmit a multi-STA block acknowledgement (M-BA) that includes reception information for the first sounding feedback and reception information for the second sounding feedback. In some examples, the TFS may include an NDP announcement to indicate an NDP time period reserved for the transmission of the NDP by the AP.").

3805.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3806.  **Yang** also discloses this element.

███████████████████████████████████████

3807.  Yang, [0002] ("In a wireless communications system, with the application of a multiple-input and multiple-output (MIMO) technology and a beamforming technology, channel information becomes more and more important. A beamformer obtains channel information by receiving feedback from a beamformee, and uses the channel information as a reference for subsequent data sending. The beamformer obtains a transmit opportunity (TXOP) through contention before each data transmission, and then transmits data within a time length corresponding to the TXOP.").

3808.  Yang, [0003] ("In the prior art, the beamformer obtains information as follows: The beamformer sends a null data packet announcement (NDPA) and a null data packet (NDP) to the beamformee to request channel information. After receiving the NDPA and the NDP, the beamformee estimates a channel between the beamformer and the beamformee, and sends the channel information to the beamformer according to rules. When the beamformer obtains multi-user channel information, for beamformees other than the first beamformee, the other beamformees may be notified to feed back their channel information by sending a sounding poll indication frame.").

3809.  Yang, [0008] ("if the station list information includes information corresponding to the receive end, receiving, by the receive end, a null data packet (NDP), and computing channel information based on the null data packet;").

████████████████████████████████

3810.  Yang, [0011] ("a receiving unit configured to receive a null data packet announcement (NDPA) and a null data packet (NDP) sent by a transmit end, where the NDPA includes the number of stations and station list information, and the number of stations is used to indicate the number of receive ends in the station list information;").

3811.  Yang, [0022] ("In this embodiment of the present invention, when obtaining channel information, the beamformer may request the channel information by sending an NDPA and an NDP to the beamformee. After receiving the NDPA and the NDP, the beamformee estimates a channel between the beamformer and the beamformee, and sends the obtained channel information to the beamformer. This process may be referred to as channel sounding, as shown in FIG. 1. The process in FIG. 1 is a single-user channel sounding process, which refers to transmission of channel information between one beamformer and one beamformee. The channel information obtaining involved in this embodiment of the present invention may be alternatively a multi-user channel sounding process, which means that one beamformer obtains channel information from a plurality of beamformees.").

3812.  Yang, [0035] ("S305, if the station list information includes information corresponding to the receive end, further receiving, by the receive end, a null data packet (NDP), and computing channel information based on the null data packet;")

███████████████████████████████████

3813.  Yang, [0037] ("In this embodiment of the present invention, by adding information about the number of stations to the NDPA, a size of the STA list is better indicated, a process of reading the NDPA by the beamformee is optimized, and an unpacketizing error caused by error propagation is avoided, while in the prior art, the number of stations is unknown, if one piece of station information is erroneous, it is likely to make it difficult to determine whether the station information list has been completely read. Obviously, the embodiment of the present invention improves robustness of an entire channel feedback process.").

3814.  Yang, [0038] ("Further, after receiving the NDPA, the receive end first reads, in a corresponding position, the information about the number of stations, which may also be referred to as the number of stations, to obtain the number of STAs in a STA list. On this basis, the receive end reads STA list information item by item and increments the count; if the receive end has read information related to the receive end itself in the list, the receive end knows that the receive end is already in the list, and does not read remaining information in the list any longer; and if the count is incremented to the number of STAs indicated in the NDPA but still does not match the information about the receive end, the receive end knows that it is not in the list. For the receive end that knows that it is in the STA list, after receiving an NDP immediately following the NDPA, the receive end estimates channel information based on its LTF, and feeds back the estimated channel information at its time opportunity. For a receiver that knows that it is not in the

- 1520 -

████████████████████████████████████

STA list, the channel information may not be estimated or fed back for the NDP immediately following the NDPA.").

3815. Yang, [0041] ("a receiving unit 401 configured to receive a null data packet announcement (NDPA) and a null data packet (NDP) sent by a transmit end, where the NDPA includes the number of stations and station list information, and the number of stations is used to indicate the number of receive ends in the station list information.").

3816. Yang at Claim 1, see above.

3817. Yang at Claim 3, see above.

3818. Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3819. To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang. *See* "Motivation to Combine," *infra*.

> f. **Element 1 [e]: wherein the number of the one or more station information fields in the NDPA is the cardinality of the one or more station information fields in the NDPA.**

3820. **Merlin 051** also discloses this element.

- 1521 -

3821.  Merlin 051 at [0067]: "FIG. 4A is a time sequence diagram illustrating an example of a frame exchange **400** *a* of channel state information (CSI) feedback between an AP **110** and a wireless communication device **120** (e.g., wireless communication device **120** *a* of FIG. 1, illustrated as STA**1** in FIG. 4A) in a single user (SU) environment. As shown in FIG. 4A, and in conjunction with FIG. 1, an AP **110** may transmit a sounding announcement **401** to a wireless communication device **120** indicating that a sounding frame is forthcoming (sounding NDP **405**, as shown in FIG. 4A), that the wireless communication device **120** is the intended recipient of the forthcoming sounding frame, and the format thereof. In some embodiments, the sounding announcement **401** may not indicate the presence of the forthcoming sounding NDP **405**, and the sounding NDP **405** may indicate itself that it is a sounding NDP **405**. In other embodiments, neither the sounding announcement **401** nor the sounding NDP **405** indicates that the sounding NDP **405** is a sounding NDP, and the wireless communication device **120** may instead determine on their own that the sounding NDP **405** is a sounding NDP. In an exemplary embodiment, sounding announcement **401** is an NDPA contained in a PPDU. In some aspects, sounding announcement **401** indicates that sounding NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more bits in the sounding announcement **401**. In one embodiment, a reserved bit in the NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment,

- 1522 -

████████████████████████

AP **110** designates a specific value of the dialog token field to indicate HE sounding or VHT sounding. In accordance with any of these embodiments, the wireless communication devices **120** receiving the sounding NDP **405** know whether to respond with CSI using HE sounding or VHT sounding."

3822.  Merlin 051 at [0076]: "FIG. 4C is a time sequence diagram illustrating another example of a frame exchange **400** *c* of CSI feedback between an AP **110** and multiple wireless communication devices **120** (e.g., wireless communication devices **120** *a* and **120** *b* of FIG. 1, illustrated as STA**1** and STA**2** in FIG. 4C). Frame exchange **400** *c* may use an MU-MIMO or OFDMA protocol to determine and communicate CSI with multiple wireless communication devices **120**. As shown in FIG. 4C, and in conjunction with FIG. 1, an AP **110** may transmit a sounding announcement **401** to the wireless communication devices **120** indicating which wireless communication devices **120** are the intended recipients and the format of the forthcoming sounding frame (sounding NDP **405**, as shown in FIG. 4C). In an exemplary embodiment, sounding announcement **401** is a PPDU comprising an NDPA. In some aspects, sounding announcement **401** indicates that sounding NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more bits in the sounding announcement **401**. In one embodiment, a reserved bit in the NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment, AP **110** designates a specific value of the dialog token field to indicate HE sounding

- 1523 -

████████████████████████████████████████

or VHT sounding. In accordance with any of these embodiments, the wireless

communication devices **120** receiving the sounding NDP **405** know whether to

respond with CSI using HE sounding or VHT sounding."

3823.  Merlin 051 at Figure 4C:



FIG. 4C

3824.  Merlin 051 at [0099]: "The STA info field **730** contains information

regarding a particular STA and may include a per-STA (per wireless

communication device **120**) set of information (see STA info **1 730** and STA info

N **740**). The STA info field **730** may include an allocation identifier (AID)

field **732** which identifies a STA, a feedback type field **734**, and an Nc index

field **736**. The FCS field **750** carries an FCS value used for error detection of the

NDPA frame **700**. In some aspects, the NDPA frame **700** may also include a PPDU

duration field (not shown). The PPDU duration field indicates the duration of the

following UL-MU-MIMO (or UL-OFDMA) PPDU that the wireless communication

devices **120** are allowed to send. In other aspects, the PPDU duration may be

agreed to beforehand between an AP **110** and the wireless communication

devices **120**. In some embodiments, the PPDU duration field may not be included if

the duration field **710** is used to compute the duration of the response that the

wireless communication devices **120** are allowed to send."

    3825.  Merlin 051 at Figure 4A, 7A, 7B:



FIG. 4A

FIG. 7A



FIG. 7B

3826.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3827.  **802.11ac-2013** also discloses this element.

3828.  802.11ac-2013 at 8.3.1.20; pg 44; Fig. 8-29k



**Figure 8-29k—Sounding Dialog Token field**

3829.  802.11ac-2013 at 8.3.1.20; pg 44: "The frame format of the VHT NDP Announcement frame is shown in Figure 8-29j. The Duration field is set as defined

in 8.2.5. The VHT NDP Announcement frame contains at least one STA Info field. If the VHT NDP Announcement frame contains only one STA Info field, then the RA field value is the address of the STA identified by the AID in the STA Info field. If the VHT NDP Announcement frame contains more than one STA Info field, then the RA field value is the broadcast address. The TA field value is the address of the STA transmitting the VHT NDP Announcement frame or a bandwidth signaling TA. In a VHT NDP Announcement frame transmitted by a VHT STA in a non-HT or non-HT duplicate format and where the scrambling sequence carries the TXVECTOR parameter CH_BANDWIDTH_IN_NON_HT, the TA field value is a bandwidth signaling TA."

3830.  802.11ac-2013 at 8.3.1.20; pg. 44; Fig. 8-29j:



**Figure 8-29j—VHT NDP Announcement frame format**

3831.  802.11ac-2013 at 8.3.1.20; pgs. 44-45; Fig. 8-29l:



**Figure 8-29l—STA Info field**

3832.  802.11ac-2013 at 8.3.1.20; pg 45; Table 8-18a:

- 1527 -

**Table 8-18a—STA Info subfields**

| Field | Description |
|---|---|
| AID12 | Contains the 12 least significant bits of the AID of a STA expected to process the following VHT NDP and prepare the sounding feedback. Equal to 0 if the STA is an AP, mesh STA, or STA that is a member of an IBSS. |
| Feedback Type | Indicates the type of feedback requested.<br>Set to 0 for SU.<br>Set to 1 for MU. |
| Nc Index | If the Feedback Type field indicates MU, then Nc Index indicates the number of columns, $Nc$, in the Compressed Beamforming Feedback Matrix subfield minus 1:<br>Set to 0 to request $Nc = 1$<br>Set to 1 to request $Nc = 2$<br>…<br>Set to 7 to request $Nc = 8$<br>Reserved if the Feedback Type field indicates SU. |

3833. 802.11ac-2013 at 9.31.5.2; pg. 168-171

3834. 802.11ac-2013 at 9.31.5.2; pg. 170; Fig. 9-41a, 9-41b:



**Figure 9-41a—Example of the sounding protocol with a single VHT beamformee**



**Figure 9-41b—Example of the sounding protocol with more than one VHT beamformee**

3835. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 1528 -

████████████████████

3836.  Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3837.  **Chun** also discloses this element.

3838.  Chun '388, 24:46-56 ("If the VHT NDPA frame includes a single STA Info field, the value of the RA field has the address of an STA identified by an AID within the STA Info field. For example, if the VHT NDPA frame is transmitted to a single target STA for SU-MIMO channel sounding, an AP sends the VHT NDPA frame to a target STA in a unicast manner. In contrast, if the VHT NDPA frame includes one or more STA Info fields, the value of the RA field has a broadcast address. For example, if the VHT NDPA frame is transmitted to one or more target STAs for MU-MIMO channel sounding, an AP broadcasts the VHT NDPA frame.").

3839.  Chun '388, 24:66-25:25 ("The VHT NDPA frame includes at least one STA Info field. That is, the VHT NDPA frame includes an STA Info field including information about a sounding target STA. One STA Info field may be included in each sounding target STA. Each STA Info field may include an AIDl 2 subfield, a feedback type subfield, and an Nc Index subfield. Table 5 shows the subfields of the STA Info field included in the VHT NDPA frame.").

**TABLE 5**

| Subfield | Description |
|---|---|
| AID 12 | Include the AID of an STA, that is, the subject of sounding feedback. If a target STA is an AP, a mesh STA or an STA, that is, a member of an IBSS, the value of the AID12 subfield is set to "0". |
| Feedback Type | Indicate a feedback request type for a sounding target STA. "0" in the case of SU-MIMO "1" in the case of MU-MIMO |
| Nc Index | If a feedback type subfield indicates MU-MIMO, indicates a value obtained by subtracting 1 from the column number Nc of a compressed beamforming feedback matrix. "0" if Nc = 1, "1" if Nc = 2, . . . "7" if Nc = 8, Set as a reserved subfield in the case of SU-MIMO. |

3840.

3841.    Chun '388, 72:39-51 ("The VHT frame of a legacy system has included a frame control field, a duration field, an RA field, a TA field, a sounding dialog token number field and/or an STA info field (including the AID, feedback type, and Nc Index of an STA). An (HE) NDPA frame may be configured to be newly defined as the format of a protocol version (PV) 1 in a next-generation system and to be newly defined as the format of a protocol version (PV) 0 in the legacy system and to indicate the presence of a trigger frame. For example, the (HE) NDPA frame may additionally indicate the notification of the star of a DL sounding procedure and simultaneously indicate that a trigger frame will be subsequently transmitted in DL.").

3842.    Chun '388, Table 19

**TABLE 19-continued**

| | | | |
|---|---|---|---|
| TA | 6 | Transmitter address or transmitting station address | |
| Sounding Dialogue Token | 1 | Rsv(2) | 00: NDPA frame 01~11: Rsv |
| | | Sounding Dialogue Token Number (6) | Selected by the beamformer to identify the VHT NDPA |
| STA info 1~n | 2xn | AID (11) | In NDPA frame, 11 bits association identifier |
| | | Feedback type (1) | In NDPA frame, Send UL NDP in o for full band Send UL ND NDP only in frequency band of 1 for MFR |
| | | Nc index (2) | In NDPA frame, Nc index-0 |
| | | MFR (2): Apply the above MFR description | In NDPA frame, When feedback type-0, rsv When feedback type-1, MFR index |
| FCS | 4 | | |

3843.

- 1530 -

████████████████████████████

3844.  Chun '388, 79:47-53 ("In this case, the Nc Index field and the MFR indication field may be replaced with a steam number (Nsts) field and a resource unit (RU) allocation field in the trigger STA Info N field. Although the RU allocation field has not been separately shown in FIG. 43, the corresponding field may be included in a trigger common information field or a trigger STA info N field according to a resource allocation method.").

3845.  Chun '388, 80:17-31 ("The trigger STA Info N field (or the STA Info N field) may include a feedback type field (indicate the UL SU or MU transmission of an NDP frame), and contents (or a field) that follow the corresponding field may be determined depending on contents indicated by the feedback type field. For example, if the feedback type field indicates UL SU transmission, a field indicating the number of space streams (Nsts) used in NDPUL frame transmission, a Tx beamforming (TxBF) field, and a space-time block coding (STBC) field may follow (or may be included in) the corresponding field. Alternatively, if the feedback type field indicates UL MU transmission, the number of space streams (Nsts) used in NDP UL frame transmission and fields indicating respective indices may follow (or may be included in) the corresponding field.").

3846.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3847.  **Yao** also discloses this element.  *See* Element 1 [a] above.

- 1531 -

███████████████████████

3848.  Yao, [0027] ("The beamformee receives the NDPA message and determines that the beamformee is the one requested by a beamformer to send feedback, and extracts the number of columns of station information (STA Info, STA Information) from the NDPA message, where the number of columns is obtained by adding 1to the value of the Nc Index field set by the beamformer in the NDPA message and is used to indicate the number of spatial streams that a STA needs to feed back.")

3849.  Yao, [0045] ("The beamformee extracts STA Info fields sequentially from the NDPA message and compares AIDs of the STA Info fields one by one with the locally stored AID. If a same AID is found, AID matching succeeds, which indicates that the NDPA message needs to be locally received. As such, the beamformee needs to feed back spatial stream measurement information, and step 203 is triggered. If a same AID is not found, AID matching fails, which indicates that the beamformee is not the specified one that is requested to send feedback.").

3850.  Yao, [0051] ("The beamformee receives the null data packet (NDP, Null Data Packet) message and detects whether the locally stored AID is equal to the AID of the first STA Info field in the NDPA message, and, if yes, step 206 is triggered;").

3851.  Yao, [0054] ("Referring to FIG. 4, in the MU-MIMO scenario, the beamformer first sends a broadcast packet of the NDPA message to instruct all related beamformees to prepare for probing. Then, the beamformer sends a

- 1532 -

███████████████████████████████

broadcast packet of the NDP message, and all related beamformees calculate related channel feedback information according to the received broadcast packet of the NDP message. It should be noted that after the broadcast packet of the NDP message is received, spatial stream measurement information, which is calculated according to the received NDP message, can be immediately sent to the beamformer only when the AID of a beamformee is equal to the AID of the first STA Info field in the broadcast packet of the received NDPA message. For other beamformees, when they receive the beamforming report poll (Beamforming Report Poll) from the beamformer respectively, they send spatial stream measurement information, which is calculated according to the received broadcast packet of the NDP message, to the beamformer if they have received the broadcast packet of the NDP message; and if the broadcast packet of the NDP message is not received, a null data packet or no feedback is sent to the beamformer.").

3852. Yao, [0062] ("The beamformee receives the NDPA message and determines that the beamformee is the one requested by a beamformer to send feedback; and extracts the number of columns in STA Info from the NDPA message, where the number of columns is a field set by the beamformer in the NDPA message and is used to indicate the number of spatial streams that a STA needs to feed back.").

3853. Yao, [0094] ("Before extraction of the number of columns in STA Info from the NDPA message, the second acquiring unit 705 of the beamformee first

- 1533 -

████████████████████████████████████

acquires the NDPA message. If the feedback type (Feedback Type) recorded in the STA Info field in the NDPA message is 0, the transmission is SU-MIMO communication. If the locally cached AID is the same as the AID of the NDPA STA Info field, the NDPA message needs to be received locally, and the beamformee needs to feed back spatial stream measurement information. In addition, the first acquiring unit 701 is triggered. Otherwise, the beamformee is not the specified one that is requested to send feedback. If the feedback type (Feedback Type) recorded in the STA Info field in the NDPA message is 1, the transmission is MU-MIMU communication, and the matching unit 706 needs to be triggered to match the association ID AID of the station infomation STA Info field in the NDPA message. Specifically, AID matching is as follows: The matching unit 706 extracts STA Info fields sequentially from the NDPA message and compares AIDs in the STA Info fields one by one with the locally stored AID. If a same AID is found, AID matching succeeds, which indicates that the NDPA message needs to be locally received. As such, the beamformee needs to feed back the spatial stream measurement information, and the first acquiring unit 701 is triggered. If a same AID is not found, AID matching fails, which indicates that the beamformee is not the specified one that is requested to send feedback.").

3854.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3855.  **Ghosh** also discloses this element.

███████████████████████████████████

3856.  Ghosh, 7:14-22 ("At operation 305 of the method 300, the AP 102 may transmit a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP 102. The NDP may be transmitted during the NDP time period at operation 310. It should be noted that the NDP announcement may also be referred to as an "NDP-A" or an "NDP-A message." The NDP time period may also be referred to as a "sounding period" or a "channel sounding period" or similar.").

3857.  Ghosh, 7:61-67 ("The NDP-A 410 may be transmitted by the AP 102, and may be received by the STAs 103 labeled as STA #1, STA #2, and STA #3. After an SIFS 415 has elapsed, the AP 102 may transmit the NDP 420 that is announced by the NDP-A 410. It should be noted that the use of the SIFS 415 here and elsewhere in FIG. 4 (425,435,436,445,446) is not limiting, as other time intervals may be used in some cases.").

3858.  Ghosh, 8:30-38 ("As another example, STAs 103 indicated in a first TFS may be a subset of the set of STAs indicated in the NDP announcement. STAs 103 indicated in a following TFS may include one or more STAs 103 indicated in the first TFS and may also include additional STAs I 03 not indicated in the first TFS. The STAs 103 indicated in both may include STAs 103 for which a retransmission is desired or needed by the AP 102 due to incorrect reception of their sounding feedback or other reason.").

███████████████████████████████████████████

3859.  Ghosh, 11:8-34 ("At operation 325, the AP 102 may transmit a polling message to indicate a second sounding feedback period that is reserved for one or more other STAs 103 that are excluded from the STAs 103 identified in the TFS. The AP 102 may receive sounding feedback from at least one of the other STAs 103 during the second sounding feedback period at operation 330. As an example, the second sounding period may be a dedicated sounding period and may be reserved exclusively for the other STAs 103. As another example, at least one of the other STAs 103 for which the second sounding feedback period is reserved may have been identified in the TFS. For instance, the AP 102 may not receive sounding feedback from those STAs 103 during the sounding feedback period for the TFS, in some cases. This may occur for reasons such as unsuccessful reception, failure of those STAs 103 to send the sounding feedback or other reason. Accordingly, the AP 102 may schedule those STAs l 03 to transmit sounding feedback again during the second sounding feedback period. In some cases, operations 325 and 330 may be repeated for additional polling messages and dedicated sounding periods for additional STAs 103 excluded from the STAs 103 identified in the TFS. In some embodiments, operations 325 and 330 may be performed to enable sounding for legacy STAs 103, although such embodiments arc not limiting. In some embodiments, the polling message may be included in a TF. In some embodiments, the polling message may include a TF.").

3860.  Ghosh, 11:42-48 ("Referring back to the example channel sounding scenario 400 in FIG. 4, the M-BA 434 may be transmitted by the AP 102, and may include feedback based on the individual sounding feedback 432,433 transmitted by STA #1 and STA #3. In addition, the M-BA 444 may be transmitted by the AP 102, and may include feedback based on the individual sounding feedback 442 transmitted by STA #2.").

3861.  Ghosh, 14:53-15:4 ("An example of a non-transitory computer-readable storage medium that stores instructions for execution by one or more processors of an access point (AP) to perform operations for sounding is also disclosed herein. The operations may configure the one or more processors to transmit a trigger frame for sounding (TFS) to indicate a first sounding feedback period reserved for a group of user stations (STAs). The operations may further configure the one or more processors to receive, during the first sounding feedback period, first sounding feedback based on receptions at the group of STAs of a null data packet (NDP) transmitted by the AP. The operations may further configure the one or more processors to transmit a polling message that indicates a second sounding feedback period reserved for a legacy STA excluded from the group of STAs. The operations may further configure the one or more processors to receive, during the second sounding feedback period, second sounding feedback based on a reception of the NDP at the legacy STA.").

- 1537 -

██████████████████████████████████████

3862.  Ghosh, Abstract ("Embodiments of an access point (AP), user station (STA), and method for channel sounding in a wireless network are generally described herein. The AP may transmit a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP. The AP may further transmit a trigger frame for sounding (TFS) to indicate a scheduled sounding feedback period for multiple STAs, which may include identifiers of the STAs. The AP may further receive sounding feedback from at least some of the STAs during the sounding feedback period.").

3863.  Ghosh, 2:63-3:9 ("In some embodiments, the multiple-access technique used during the HEW control period may be a scheduled orthogonal frequency division multiple access (OFDMA) technique, although this is not a requirement. In some embodiments, the multiple access technique may be a time-division multiple access (TDMA) technique or a frequency division multiple access (FDMA) technique. In some embodiments, the multiple access technique may be a space-division multiple access (SDMA) technique including a multi-user (MU) multiple-input multiple-output (MIMO) (MU-MIMO) technique. These multiple-access techniques used during the HEW control period may be configured for uplink or downlink data communications.").

3864.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

- 1538 -

3865. **Yang** also discloses this element.

3866.  Yang, [0003] ("In the prior art, the beamformer obtains information as follows: The beamformer sends a null data packet announcement (NDPA) and a null data packet (NDP) to the beamformee to request channel information. After receiving the NDPA and the NDP, the beamformee estimates a channel between the beamformer and the beamformee, and sends the channel information to the beamformer according to rules. When the beamformer obtains multi-user channel information, for beamformees other than the first beamformee, the other beamformees may be notified to feed back their channel information by sending a sounding poll indication frame.").

3867.  Yang, [0022] ("In this embodiment of the present invention, when obtaining channel information, the beamformer may request the channel information by sending an NDPA and an NDP to the beamformee. After receiving the NDPA and the NDP, the beamformee estimates a channel between the beamformer and the beamformee, and sends the obtained channel information to the beamformer. This process may be referred to as channel sounding, as shown in FIG. 1. The process in FIG. 1 is a single-user channel sounding process, which refers to transmission of channel information between one beamformer and one beamformee. The channel information obtaining involved in this embodiment of the present invention may be alternatively a multi-user channel sounding process,

████████████████████████████████████████

which means that one beamformer obtains channel information from a plurality of beamformees.").

3868.  Yang, [0037] ("In this embodiment of the present invention, by adding information about the number of stations to the NDPA, a size of the STA list is better indicated, a process of reading the NDPA by the beamformee is optimized, and an unpacketizing error caused by error propagation is avoided, while in the prior art, the number of stations is unknown, if one piece of station information is erroneous, it is likely to make it difficult to determine whether the station information list has been completely read. Obviously, the embodiment of the present invention improves robustness of an entire channel feedback process.").

3869.  Yang, [0038] ("Further, after receiving the NDPA, the receive end first reads, in a corresponding position, the information about the number of stations, which may also be referred to as the number of stations, to obtain the number of STAs in a STA list. On this basis, the receive end reads STA list information item by item and increments the count; if the receive end has read information related to the receive end itself in the list, the receive end knows that the receive end is already in the list, and does not read remaining information in the list any longer; and if the count is incremented to the number of STAs indicated in the NDPA but still does not match the information about the receive end, the receive end knows that it is not in the list. For the receive end that knows that it is in the STA list, after receiving an NDP immediately following the NDPA, the receive end estimates

- 1540 -

channel information based on its LTF, and feeds back the estimated channel information at its time opportunity. For a receiver that knows that it is not in the STA list, the channel information may not be estimated or fed back for the NDP immediately following the NDPA.").

3870.  Yang, [0046] ("According to the wireless local area network device in this embodiment of the present invention, by adding information about the number of stations to the NDPA, a size of the STA list is better indicated, a process of reading the NDPA by the beamformee is optimized, and an unpacketizing error caused by error _propagation is avoided while in the prior art the number of stations is unknown if one _piece of station information is erroneous, it is likely to make it difficult to determine whether the station information list has been completely read. Obviously, the embodiment of the present invention improves robustness of an entire channel feedback process.").

3871.  Yang at Claim 1, see above.

3872.  Yang at Claim 3, see above.

3873.  Yang, FIG. 2.



图 2

████████████████████████████████████████

3874.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3875.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra*.

        **2.**    **Claim 2 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang**

            **a.**    **The method of claim 1, further comprising: when the number of the one or more station information fields in the NDPA is greater than one: receiving a first trigger frame; and transmitting the first CSI feedback in response to receiving the first trigger frame.**

3876.  **<u>Merlin 051</u>** also discloses this element.

3877.  Merlin 051 at [0076]: "FIG. 4C is a time sequence diagram illustrating another example of a frame exchange **400** *c* of CSI feedback between an AP **110** and multiple wireless communication devices **120** (e.g., wireless communication devices **120** *a* and **120** *b* of FIG. 1, illustrated as STA**1** and STA**2** in FIG. 4C). Frame exchange **400** *c* may use an MU-MIMO or OFDMA protocol to determine and communicate CSI with multiple wireless communication devices **120**. As shown

in FIG. 4C, and in conjunction with FIG. 1, an AP **110** may transmit a sounding announcement **401** to the wireless communication devices **120** indicating which wireless communication devices **120** are the intended recipients and the format of the forthcoming sounding frame (sounding NDP **405**, as shown in FIG. 4C). In an exemplary embodiment, sounding announcement **401** is a PPDU comprising an NDPA. In some aspects, sounding announcement **401** indicates that sounding NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more bits in the sounding announcement **401**. In one embodiment, a reserved bit in the NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment, AP **110** designates a specific value of the dialog token field to indicate HE sounding or VHT sounding. In accordance with any of these embodiments, the wireless communication devices **120** receiving the sounding NDP **405** know whether to respond with CSI using HE sounding or VHT sounding."

3878.  Merlin 051 at [0078]: "The AP **110** may then transmit the sounding NDP **405** following the sounding announcement **401**. AP may also transmit the trigger frame **404** following the sounding NDP **405**. In response to the trigger frame **404**, the wireless communication devices **120** may transmit CSI to the AP **110**. Specifically, the wireless communication devices **120** identified by the sounding announcement **401** may estimate the channel based on the sounding NDP **405** and send a representation of the estimated channel in a sounding

████████████████████████████

feedback CSI transmission. In FIG. 4C, STA**1** and STA**2** concurrently transmit CSI

transmissions **410**A and **410**B to the AP **110**. The CSI transmissions **410**A

and **410**B may be UL-MU-MIMO transmissions, UL-OFDMA transmissions, or

some combination thereof. In some embodiments, the concurrent transmissions may

occur at the same time or within a certain threshold time period. These concurrent

transmissions may utilize the resource allocation provided in the trigger frame **404**.

Upon receiving the CSI transmissions **410**A and **410**B, the AP **110** may accurately

determine information about the channel from the AP **110** to each of the wireless

communication devices **120** (e.g., STA**1** and STA**2**). The sounding NDP **405** may be

transmitted in accordance with a format similar to the format of

frame **900** discussed herein with respect to FIG. 9. In some aspects, sounding

NDP **405** may be an HE NDP. The trigger frame **404** may be transmitted in

accordance with a format similar to the format of frame **800** discussed herein with

respect to FIG. 8. In various aspects, the time in between the sounding

announcement **401** and the sounding NDP **405** may be a SIFS time period, the time

in between the sounding NDP **405** and the trigger frame **404** may be a SIFS time

period, and the timing in between the trigger frame **404** and the CSI

transmissions **410**A and **410**B may be a SIFS (or PIFS) time period."

3879.  Merlin 051 at Figure 4C:



FIG. 4C

3880.  Merlin 051 at [0099]: "The STA info field **730** contains information regarding a particular STA and may include a per-STA (per wireless communication device **120**) set of information (see STA info **1 730** and STA info N **740**). The STA info field **730** may include an allocation identifier (AID) field **732** which identifies a STA, a feedback type field **734**, and an Nc index field **736**. The FCS field **750** carries an FCS value used for error detection of the NDPA frame **700**. In some aspects, the NDPA frame **700** may also include a PPDU duration field (not shown). The PPDU duration field indicates the duration of the following UL-MU-MIMO (or UL-OFDMA) PPDU that the wireless communication devices **120** are allowed to send. In other aspects, the PPDU duration may be agreed to beforehand between an AP **110** and the wireless communication devices **120**. In some embodiments, the PPDU duration field may not be included if the duration field **710** is used to compute the duration of the response that the wireless communication devices **120** are allowed to send."

3881.  Merlin 051 at Fig. 7A:



FIG. 7A

3882.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3883.  **802.11ac-2013** also discloses this element.

3884.  802.11ac-2013 at 9.31.5.2; pg. 168-171.

3885.  See also 802.11ac-2013 at 9.31.5.2; pg. 170; Fig. 9-41a, 9-41b:



Figure 9-41a—Example of the sounding protocol with a single VHT beamformee

Figure 9-41b—Example of the sounding protocol with more than one VHT beamformee

3886.  802.11ac-2013 at 8.3.1.20; pg 44; Figure 8-29k:

- 1546 -



Bits:      2              6

**Figure 8-29k—Sounding Dialog Token field**

3887.  802.11ac-2013 at 8.4.1.48; pgs 55-64.

3888.  802.11ac-2013 at 8.3.1.20; pg 58; Table 8-53f:

**Table 8-53f—VHT Compressed Beamforming Report information**

| Field | Size (bits) | Meaning |
|---|---|---|
| Average SNR of Space-Time Stream 1 | 8 | Signal-to-noise ratio at the beamformee for space-time stream 1 averaged over all data subcarriers. See Table 8-53h. |
| ... | ... | ... |
| Average SNR of Space-Time Stream $Nc$ | 8 | Signal-to-noise ratio at the beamformee for space-time stream $Nc$ averaged over all data subcarriers. See Table 8-53h. |
| Compressed Beamforming Feedback Matrix $V$ for subcarrier $k = scidx(0)$ | $Na \times (b_\psi + b_\phi)/2$ | Compressed beamforming feedback matrix as defined in Table 8-53d |
| Compressed Beamforming Feedback Matrix $V$ for subcarrier $k = scidx(1)$ | $Na \times (b_\psi + b_\phi)/2$ | Compressed beamforming feedback matrix as defined in Table 8-53d |
| Compressed Beamforming Feedback Matrix $V$ for subcarrier $k = scidx(2)$ | $Na \times (b_\psi + b_\phi)/2$ | Compressed beamforming feedback matrix as defined in Table 8-53d |
| ... | ... | ... |
| Compressed Beamforming Feedback Matrix $V$ for subcarrier $k = scidx(Ns-1)$ | $Na \times (b_\psi + b_\phi)/2$ | Compressed beamforming feedback matrix as defined in Table 8-53d |
| NOTE—*scidx()* is defined in Table 8-53g | | |

3889.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3890.  **802.11-15/1097r1** also discloses this element.

3891.  PPT 802.11-15/1097r1; Slide 2:

- 1547 -

September 2015                                          doc.: IEEE 802.11-15/1097r1

# Background

- **802.11ax is envisaged to improve efficiency by introducing innovative technologies**
  - Multiplexing of BA/ACK responses from STAs to data transmission.

  **The TGax Spec Framework Document (SFD)[1] includes BA/ACK multiplexing;**

  *The amendment shall include a mechanism to multiplex BA/ACK responses to DL MU transmission. [MU Motion #4, March 2015]*

  **The TGax SFD also includes MU modes for both UL and DL;**

  *MU features include UL and DL OFDMA and UL and DL MU-MIMO.*

- **Multiplexing of responses from multiple STAs, to data transmission from AP, improves efficiency and reduces overhead**
  - More overhead reduction as the number of STAs increase

- **11ac Sounding protocol can be improved by applying similar techniques**

Submission                          Slide 2                    Narendar Madhavan, Toshiba

3892.  PPT 802.11-15/1097r1; Slide 3:



3893.  PPT 802.11-15/1097r1; Slide 5







3894.  PPT 802.11-15/1097r1; Slide 7

September 2015                                        doc.: IEEE 802.11-15/1097r1

# Options for HE sounding protocol
## Explicit Trigger frame after NDP frame



- AP sends a Trigger frame after the NDPA/NDP frames, explicitly
- Pros
  - Original NDPA frame format can be used for sounding
  - The original Trigger frame sequence can be reused
    - Compressed beamforming is sent immediately after Trigger
- Cons
  - Trigger frame and VHT NDPA frame may have redundant information
  - Channel sounding frame exchange sequence is changed.

Submission                               Slide 7                        Narendar Madhavan, Toshiba

3895.  PPT 802.11-15/1097r1; Slide 12

████████████████████████████████████

September 2015                                    doc.: IEEE 802.11-15/1097r1

# Summary

- **Multiplexing of responses from multiple STAs, to data transmission from AP, improves efficiency and reduces overhead**
- **Protocol overhead from sounding and CSI feedback**
  - MU-MIMO needs frequent updates of CSI
  - Number of stations
- **Need for efficient mechanism for sounding**
  - Compressed beamforming frames from multiple STAs can be multiplexed.
- **A few plausible options for HE sounding protocol presented**

Submission                        Slide 12                Narendar Madhavan, Toshiba

3896.  Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3897.  **Chun** also discloses this element. *See* Element 1 [a] and 1 [d] above.

3898.  Chun '388, Abstract ("Disclosed herein is a sounding method of a station (STA) for sending feedback information about a downlink (OL) channel state in a wireless LAN (WLAN) system. The sounding method includes receiving an NDP announcement (NDPA) frame providing notification of the transmission of a null data packet (NDP) frame; receiving the NDP frame; receiving a trigger frame

- 1552 -

comprising resource allocation information allocated to the STA; generating feedback information using the NDP frame; and sending a feedback frame comprising feedback information through uplink (UL) multi- user (MU) transmission using a frequency resource indicated by the resource allocation information. The feedback information may be generated in a frequency granularity (FG) unit with respect to a transmission bandwidth having a size smaller than or equal to the size of a transmission bandwidth of the NDP frame.").

3899.  Chun '388, 2:51-67 ("In an aspect of the present invention, there is provided a sounding method of a station (STA) for sending feedback information about a downlink (DL) channel state in a wireless LAN (WLAN) system. The sounding method includes receiving an NDP announcement (NDPA) frame providing notification of the transmission of a null data packet (NDP) frame, receiving the NDP frame, receiving a trigger frame comprising resource allocation information allocated to the STA, generating feedback information using the NDP frame, and sending a feedback frame comprising feedback information through uplink (UL) multi-user (MU) transmission using a frequency resource indicated by the resource allocation information. The feedback information may be generated in a frequency granularity (FG) unit with respect to a transmission bandwidth having a size smaller than or equal to the size of the transmission bandwidth of the NDP frame.")

███████████████████████████████

3900.  Chun '388, 56:54-64 ("In this case, an HE control subfield indicating the feedback request may further include feedback index information similar to a sounding token. Such feedback index information may be used to specify (or indicate) that a feedback response transmitted by an STA is a response to "which feedback request." In other words, when an STA sends a feedback response for a specific feedback request, it may notify an AP whether it performs the feedback response to which feedback request by sending feedback index information, corresponding (or specifying) to the specific feedback request, along with the feedback response.").

3901.  Chun '388, 3:33-49 ("Furthermore, in an aspect of the present invention, there is provided a station (STA) device in a wireless LAN (WLAN) system, including an RF unit configured to transmit and receive a radio signal and a processor configured to control the RF unit. The processor receives an NDP announcement (NDPA) frame providing notification of the transmission of a null data packet (NDP) frame, receives the NDP frame, receive a trigger frame comprising resource allocation information allocated to the STA, generates feedback information using the NDP frame, and sends a feedback frame comprising feedback information through uplink (UL) multi-user (MU) transmission using a frequency resource indicated by the resource allocation information. The feedback infom1ation may be generated in a frequency granularity (FG) unit with respect to a

transmission bandwidth having a size smaller than or equal to the size of the transmission bandwidth of the NDP frame.").

3902.  Chun '388, 24:30-33 ("(7) The beamformee 3 that has received the beamforming report poll frame sends a VHT compressed beamforming frame, including feedback information, to the beamformer after an SIFS.").

3903.  Chun '388, 48:60-67 ("Hereinafter, sounding information (or feedback information/channel state information (CSI)) may include an MCS level, the signal to noise ratio (SNR) of a predetermined feedback unit for a space stream and/or a beamforming feedback matrix (or a beamforming feedback vector). If a beamforming method is changed, the sounding information may include all of beamforming feedback values for the changed beamforming method.").

3904.  Chun '388, 52:27-31 ("Compared to the sounding protocol in the legacy system shown in FIG. 8, the present sounding protocol has an advantage in that overhead is small in terms of time because STAs simultaneously send feedback frames including channel state information through UL MU transmission.").

3905.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3906.  **Yao** also discloses this element.  *See* Elements 1 [a] and 1 [d] above.

3907.  Yao, [0050] ("The beamformee receives a null data packet message or a beamforming report poll message.").

- 1555 -

3908.  Yao, [0053] ("the beamformee detects whether it has received the beamforming report poll (Beamforming report poll) message, and, if yes, step 206 is triggered.").

3909.  Yao, [0054] ("Referring to FIG. 4, in the MU-MIMO scenario, the beamformer first sends a broadcast packet of the NDPA message to instruct all related beamformees to prepare for probing. Then, the beamformer sends a broadcast packet of the NDP message, and all related beamformees calculate related channel feedback information according to the received broadcast packet of the NDP message. It should be noted that after the broadcast packet of the NDP message is received, spatial stream measurement information, which is calculated according to the received NDP message, can be immediately sent to the beamformer only when the AID of a beamformee is equal to the AID of the first STA Info field in the broadcast packet of the received NDPA message. For other beamformees, when they receive the beamforming report poll (Beamforming Report Poll) from the beamformer respectively, they send spatial stream measurement information, which is calculated according to the received broadcast packet of the NDP message, to the beamformer if they have received the broadcast packet of the NDP message; and if the broadcast packet of the NDP message is not received, a null data packet or no feedback is sent to the beamformer.").

3910.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

███████████████████████████████

3911.  **Ghosh** also discloses this element.

3912.  Ghosh, 7:61-67 ("The NDP-A 410 may be transmitted by the AP 102, and may be received by the STAs 103 labeled as STA #1, STA #2, and STA #3. After an SIFS 415 has elapsed, the AP 102 may transmit the NDP 420 that is announced by the NDP-A 410. It should be noted that the use of the SIFS 415 here and elsewhere in FIG. 4 (425,435,436,445,446) is not limiting, as other time intervals may be used in some cases.").

3913.  Ghosh, 8:1-11 ("At operation 315 of the method 300, a trigger frame for sounding (TFS) may be transmitted by the AP 102. In some embodiments, the TFS may indicate a scheduled sounding feedback period for multiple STAs 103. The sounding feedback period may be reserved for or allocated for transmission of sounding feedback from at least some of the STAs 103. Accordingly, the TFS may inform the STAs 103 that the sounding feedback period is available or may instruct the STAs 103 to transmit sounding feedback. The TFS may also indicate a timing for the sounding feedback period, such as a starting time or other time.").

3914.  Ghosh, 8:12-20 ("It should be noted that embodiments are not limited to separate TFS and NDP announcements. As an example, the TFS and NDP announcement may be combined. As another example, the TFS may provide some of the same functionality as the NDP announcement, such as the indication of the NDP time period reserved for transmission of an NDP by the AP 102. As another

- 1557 -

███████████████████████████████████

example, the NDP announcement may be included in the TFS. As another example,

the NDP announcement may include the TFS.").

3915.  Ghosh, 8:21-29 ("In addition, multiple TFS may be transmitted in some

embodiments. As an example, from a set ofSTAs 103 indicated in the NDP

announcement, one of the TFS may poll a subset of the set of STAs 103 for

transmission of sounding feedback during a first sounding feedback period. Another

TFS may poll another subset of the set of STAs 103 for transmission of sounding

feedback during a second sounding feedback period. Additional TFS may be used in

some cases.").

3916.  Ghosh, 8:30- 38 ("As another example, STAs 103 indicated in a first

TFS may be a subset of the set of STAs indicated in the NDP announcement. STAs

103 indicated in a following TFS may include one or more STAs 103 indicated in the

first TFS and may also include additional STAs 103 not indicated in the first TFS.

The STAs 103 indicated in both may include STAs I 03 for which a retransmission

is desired or needed by the AP 102 due to incorrect reception of their sounding

feedback or other reason.").

3917.  Ghosh, 8:39-52 ("In some embodiments, the TFS may include various

parameters related to the STAs 103 and/or the transmission of sounding feedback

by the STAs 103. Some embodiments may include one or more parameters such as

identifiers of the STAs 103, modulation and coding schemes (MCS) to be used,

transmit power levels to be used, and channel resource allocations for the STAs 103,

- 1558 -

and may also include other related parameters. In some embodiments, the TFS may include parameters for each STA 103 and may also include other parameters intended for all of the STAs 103. For instance, an identifier, an MCS, a transmit power level, and a channel resource allocation may be included for each STA 103 while a frame duration parameter may indicate a frame duration to be used by all STAs I 03.").

3918.  Ghosh, 9:4-9 ("Referring back to the example channel sounding scenario 400 in FIG. 4, the TFS 431 may be transmitted when a time duration of the SIFS 425 has elapsed since the transmission of the NDP 420. The TFS 431 may indicate a first sounding feedback period. In addition, a second TFS 441 may also be transmitted for a second sounding feedback period.").

3919.  Ghosh, 10:4-14 ("The TFS 500 may further include additional resource allocation information blocks for other STAs 103. As an example, the resource allocation information block 540 for STA #2 and the resource allocation information block 550 for STA #N may be included. In some embodiments, the TFS 500 may include a resource allocation block for each STA 103 for which the sounding feedback period is reserved or allocated. Although not limited as such, the other resource allocation information blocks, such as 540, 550 and others, may be of a similar format as the resource allocation information block 530 in some cases.").

3920.  Ghosh, 13:38-45 ("At operation 705, the STA 103 may receive a null data packet (NDP) announcement to indicate an NDP time period reserved for

transmission of an NDP by the AP 102. The STA 103 may receive the NDP at operation 710. At operation 715, the STA 103 may receive a trigger frame for sounding (TFS) to indicate a scheduled sounding feedback period for a group of STAs 103. In some cases, the STA 103 may be included in the group of STAs 103.").

3921.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3922.  **Yang** also discloses this element.

3923.  Yang, [0024] ("control used to identify a type of the frame;").

3924.  Yang, [0029] ("STA Info that is STA information including a STA address, a STA feedback type, and the number of columns of a channel matrix;").

3925.  Yang, [0031] ("In this embodiment of the present invention, a field, that is, information about the number of stations (Number ofSTAs), is added to the foregoing NDPA, and the information about the number of stations may also be referred to as the number of stations, used to indicate STAs that are carried by the NDPA and that need to feed channel information back. The number of stations information field to be established preferably occupies 8 bits, which may be preferably placed between the sounding sequence and the STA Info, or may be placed in other positions.").

██████████████████

3926.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3927.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra*.

### 3. Claim 3 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang

**a. The method of claim 2, wherein transmitting the first CSI feedback in response to receiving the NDP comprises: transmitting the first CSI feedback a first predetermined interframe space (IFS) after receiving the NDP.**

3928.  **<u>Merlin 051</u>** also discloses this element.

3929.  Merlin 051 at [0069]: "The AP **110** may then transmit the sounding NDP **405** following the sounding announcement **401**. In response to the sounding NDP **405**, the wireless communication device **120** may transmit CSI to the AP **110**. Specifically, the wireless communication device **120** identified by the sounding announcement **401** may estimate the channel based on the sounding NDP **405** and send a representation of the estimated channel in a sounding feedback CSI transmission. In FIG. 4A, STA**1** transmits CSI transmission **410**A to the AP **110**.

The CSI transmission **410** may be a legacy transmission, UL-MU-MIMO transmission, UL-OFDMA transmission, or some combination thereof. Upon receiving the CSI transmission **410**A, the AP **110** may accurately determine information about the channel from the AP **110** to the wireless communication device **120** (e.g., STA**1**). The sounding NDP **405** may be transmitted in accordance with a format similar to the format of frame **900** discussed herein with respect to FIG. 9. In some aspects, sounding NDP **405** may be a high-efficiency NDP (HE NDP). In various aspects, the time in between the sounding announcement **401** and the sounding NDP **405** may be a SIFS time period and the timing in between the sounding NDP **405** and the CSI transmission **410**A may be a SIFS (or point interframe space (PIFS)) time period. In other aspects, single user or multi-user beamforming report (SU BR or MU BR) polls may be used to request CSI from the wireless communication devices **120**."

3930. Merlin 051 at Fig. 4A:



FIG. 4A

3931. Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

- 1562 -

■■■■■■■■■■■

3932. **802.11ac-2013** also discloses this element.

3933. See 802.11ac-2013 at 9.31.5.2; pg. 168-171.

3934. 802.11ac-2013 at 9.31.5.2; pg. 170; Fig. 9-41a and 9-41b:



Figure 9-41a—Example of the sounding protocol with a single VHT beamformee



Figure 9-41b—Example of the sounding protocol with more than one VHT beamformee

3935. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3936. **Chun** also discloses this element. *See* Elements 1 [c] and 1 [d] above.

3937. Chun '388, 23:52-54 ("(2) A beamformer sends an NDP after an SIFS time after sending a VHT NDPA frame. The NDP has a VHT PPDU structure other than a data field.").

3938. Chun '388, 24:1-3 ("After receiving the NDP frame, the beamformee 1 sends a VHT compressed beamforming frame, including feedback information, to the beamformer after an SIFS.").

████████████████████████

3939.  Chun '388, 24:10-14 ("(4) After receiving the VHT compressed beamforming frame from the beamformee 1, the beamformer sends a beamforming report poll frame to the beamformee 2 after an SIFS in order to obtain channel information from the beamformee 2.").

3940.  Chun '388, 24:21-33 ("(5) The beamformee 2 that has received the beamforming report poll frame sends a VHT compressed bcamforming frame, including feedback information, to the beamformer after an SIFS. (6) after receiving the VHT compressed beamforming frame from the beamformee 2, the beamformer sends a beamforming report poll frame to the beamformee 3 in order to obtain channel information from the beamformee 3 after an SIFS. (7) The beamformee 3 that has received the beamforming report poll frame sends a VHT compressed beamforming frame, including feedback information, to the beamformer after an SIFS.").

3941.  Chun '388, 32:44-52 ("The STA 1 that has received the VHT MU PPDU from the AP sends a block ACK (BA) frame to the AP after an SIFS. The BA frame is described in more detail later. The AP that has received the BA from the STA 1 sends a block acknowledgement request (BAR) frame to the next STA 2 after an SIFS. The STA 2 sends a BA frame to the AP after an SIFS. The AP that has received the BA frame from the STA 2 sends a BAR frame to the STA 3 after an SIFS. The STA 3 sends a BA frame to the AP after an SIFS.").

- 1564 -

████████████████████

3942.  Chun '388, 43:57-62 ("The STAs transmit respective UL MU data frames 2521, 2522, and 2523 to the AP based on the UL MU trigger frame 2510 transmitted by the AP. In this case, the STAs may receive the UL MU trigger frame 2510 from the AP and then transmit the UL MU data frames 2521, 2522, and 2523 to the AP after an SIFS.").

3943.  Chun '388, 45:1-6 ("The AP may transmit the ACK frame 2530 (or the BA frame) as a response to the UL data frames 2521, 2522, and 2523 received from the respective STAs. In this case, the AP may receive the UL data frames 2521, 2522, and 2523 from the respective STAs and then transmit the ACK frame 2530 to each of the STAs after an SIFS.").

3944.  Chun '388, 60:57-61:3 ("A stand-alone broadcast MU feedback method, that is, a modified example of the DL sounding protocol proposed with reference to FIG. 30, has been described above. As described above, the NDPA frame and the trigger frame may be transmitted at an interval of an SIFS through different PPDUs as in the embodiment of FIG. 30 or may be aggregated into one NDPA trigger frame and together transmitted through one PPDU. An example in which an NDPA frame and a trigger frame are transmitted is described based on the embodiment of FIG. 30 in which they are separately transmitted, for convenience of description, but the present invention is not limited thereto. The following description may be identically applied to the embodiment of FIG. 34 in which an NDPA trigger frame is transmitted.").

- 1565 -

3945. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3946. **Yao** also discloses this element. *See* Elements 1 [c] and 1 [d] above.

3947. Yao, [0042] ("In the SU-MIMO scenario, one beamformee communicates with one beamformer (for a specific signaling flowchart, reference may be made to FIG. 3, where TXOP indicates Transmit Opportunity, and SIFS indicates Short Inter-Frame Space). Therefore, when the beamformee receives a unicast NDPA message, the transmission is SU-MIMO communication if a feedback type (Feedback Type) recorded in a STA Info field in the NDPA message is 0. If a locally stored association ID (AID, Association ID) matches the AID of the STA Info in the NDPA, the NDPA message is what the beamformee requires.").

3948. Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3949. **Ghosh** also discloses this element. *See* Element 1 [c] and 1 [d] above.

3950. Ghosh, 7:61-67 ("The NDP-A 410 may be transmitted by the AP 102, and may be received by the STAs I 03 labeled as STA #1, STA #2, and STA #3. After an SIFS 415 has elapsed, the AP 102 may transmit the NDP 420 that is announced by the NDP-A 410. It should be noted that the use of the SIPS 415 here and elsewhere in FIG. 4 (425,435,436, 445,446) is not limiting, as other time intervals may be used in some cases.").

- 1566 -

3951.  Ghosh, 9:4-9 ("Referring back to the example channel sounding scenario 400 in FIG. 4, the TFS 431 may be transmitted when a time duration of the SIPS 425 has elapsed since the transmission of the NDP 420. The TFS 431 may indicate a first sounding feedback period. In addition, a second TFS 441 may also be transmitted for a second sounding feedback period.").

3952.  Ghosh, 9:27-40 ("Various parameters that may be included in the TFS 500 will be described below. The frame control 505 may indicate information such as a protocol version, frame type or sub-frame type. The duration 510 may indicate a duration of a packet that is expected in response to the current packet (i.e. the TFS 500). The RA 515 may indicate a broadcast address while the TA 520 may indicate a medium access control (MAC) address of the AP 102. The uplink duration 525 may indicate a duration for a compress beam-forming feedback frame or other sounding feedback frame. As a non- limiting example, the value for the uplink duration 525 may be equal to the value in the duration 510 minus a time used for a multi-STA block acknowledgement (M-BA) frame minus an SIFS value multiplied by two.").

3953.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3954.  **Yang** also discloses this element.

3955.  Yang, [0024] ("control used to identify a type of the frame;").

- 1567 -

███████████████████████████████████

3956. Yang, [0029] ("STA Info that is STA information including a STA address, a STA feedback type, and the number of columns of a channel matrix;").

3957. Yang, [0031] ("In this embodiment of the present invention, a field, that is, information about the number of stations (Number ofSTAs), is added to the foregoing NDPA, and the information about the number of stations may also be referred to as the number of stations, used to indicate STAs that are carried by the NDPA and that need to feed channel information back. The number of stations information field to be established preferably occupies 8 bits, which may be preferably placed between the sounding sequence and the STA Info, or may be placed in other positions.").

3958. Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

3959. To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang. *See* "Motivation to Combine," *infra*.

**4. Claim 4 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang**

a.      The method of claim 2, wherein transmitting the first CSI feedback in response to receiving the NDP comprises: transmitting the first CSI feedback in a single user transmission in response to receiving the NDP.

3960.  **Merlin 051** also discloses this element.

3961.  Merlin 051 at [0067] – [0069]:

3962.  "FIG. 4A is a time sequence diagram illustrating an example of a frame exchange 400 a of channel state information (CSI) feedback between an AP 110 and a wireless communication device 120 (e.g., wireless communication device 120 a of FIG. 1, illustrated as STA1 in FIG. 4A) in a single user (SU) environment. As shown in FIG. 4A, and in conjunction with FIG. 1, an AP 110 may transmit a sounding announcement 401 to a wireless communication device 120 indicating that a sounding frame is forthcoming (sounding NDP 405, as shown in FIG. 4A), that the wireless communication device 120 is the intended recipient of the forthcoming sounding frame, and the format thereof. In some embodiments, the sounding announcement 401 may not indicate the presence of the forthcoming sounding NDP 405, and the sounding NDP 405 may indicate itself that it is a sounding NDP 405. In other embodiments, neither the sounding announcement 401 nor the sounding NDP 405 indicates that the sounding NDP 405 is a sounding NDP, and the wireless communication device 120 may instead determine on their own that the sounding NDP 405 is a sounding NDP. In an exemplary embodiment, sounding announcement 401 is an NDPA contained in a

███████████████████████████████████████████

PPDU. In some aspects, sounding announcement 401 indicates that sounding

NDP 405 is an HE NDP or a VHT NDP. This indication may comprise one or more

bits in the sounding announcement 401. In one embodiment, a reserved bit in the

NDPA sounding dialog token field is used to indicate that sounding NDP 405 is an

HE NDP, or that sounding NDP 405 is a VHT NDP. In another embodiment,

AP 110 designates a specific value of the dialog token field to indicate HE sounding

or VHT sounding. In accordance with any of these embodiments, the wireless

communication devices 120 receiving the sounding NDP 405 know whether to

respond with CSI using HE sounding or VHT sounding."

3963. "In some embodiments, the sounding announcement 401 may also

instruct the recipient wireless communication device 120 to respond simultaneously

after the sounding NDP 405. In various aspects, the wireless communication

device 120 may be instructed to respond a short interframe space (SIFS) time period

after receiving the sounding NDP 405. The sounding announcement 401 may

further instruct the wireless communication device 120 to use legacy (e.g.,

802.11ac), UL-MU-MIMO, UL-OFDMA, or a combination thereof, and the

corresponding parameters for transmission of CSI (e.g., for CSI transmission 410A).

The sounding announcement 401 may be transmitted in accordance with a format

similar to the frame 700 or 701 discussed herein with respect to FIG. 7A or 7B."

3964. "The AP 110 may then transmit the sounding NDP 405 following the

sounding announcement 401. In response to the sounding NDP 405, the wireless

communication device 120 may transmit CSI to the AP 110. Specifically, the wireless communication device 120 identified by the sounding announcement 401 may estimate the channel based on the sounding NDP 405 and send a representation of the estimated channel in a sounding feedback CSI transmission. In FIG. 4A, STA1 transmits CSI transmission 410A to the AP 110. The CSI transmission 410 may be a legacy transmission, UL-MU-MIMO transmission, UL-OFDMA transmission, or some combination thereof. Upon receiving the CSI transmission 410A, the AP 110 may accurately determine information about the channel from the AP 110 to the wireless communication device 120 (e.g., STA1). The sounding NDP 405 may be transmitted in accordance with a format similar to the format of frame 900 discussed herein with respect to FIG. 9. In some aspects, sounding NDP 405 may be a high-efficiency NDP (HE NDP). In various aspects, the time in between the sounding announcement 401 and the sounding NDP 405 may be a SIFS time period and the timing in between the sounding NDP 405 and the CSI transmission 410A may be a SIFS (or point interframe space (PIFS)) time period. In other aspects, single user or multi-user beamforming report (SU BR or MU BR) polls may be used to request CSI from the wireless communication devices 120."

3965.  Merlin 051 at Fig. 4A:



FIG. 4A

3966.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3967.  **802.11ac-2013** also discloses this element.

3968.  See 802.11ac-2013 at 9.31.5.2; pg. 168-171.

3969.  802.11ac-2013 at 9.31.5.2; pg. 170; Fig. 9-41a and 9-41b:



Figure 9-41a—Example of the sounding protocol with a single VHT beamformee

Figure 9-41b—Example of the sounding protocol with more than one VHT beamformee

3970.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3971. **Chun** also discloses this element. *See* Elements 1 [d] and Claim 2 above.

3972. Chun '388, 11:45-50 ("The HT-LTF may be used for channel estimation for the demodulation of the data field. IEEE 802.1 ln supports single user multi-input and multi-output (SU-MIMO) and thus may include a plurality ofl-IT-LTFs for channel estimation with respect to each of data fields transmitted in a plurality of spatial streams.").

3973. Chun '388, 12:46-51 ("The HT-LTF2 is used for channel estimation for the demodulation of the data field. Likewise, an HT-STA uses SU-MIMO. Accordingly, a plurality of the HT-LTF2s may be configured because channel estimation is necessary for each of data fields transmitted in a plurality of spatial streams.").

3974. Chun '388, 14:31-42 ("The VHT-SIG-Al field may include information about a channel bandwidth (BW) used, information about whether space time block coding (STBC) is applied or not, a group identifier (ID) for indicating a group of grouped STAs in MU-MIMO, information about the number of streams used (the number of space-time streams (NSTS)/part association identifier (AID), and transmit power save forbidden information. In this case, the group ID means an identifier assigned to a target transmission STA group in order to support MU-MIMO transmission, and may indicate whether the present MIMO transmission method is MU-MIMO or SU- MIMO.").

- 1573 -

3975.  Chun '388, 17:1-10 ("The VHT-SIG-B field includes dedicated control information which is necessary for a plurality of MU-MIMO-paired VHT-ST As to receive a PPDU and to obtain data. Accordingly, only when common control information included in the VHT-SIG-A field indicates that a received PPDU is for MU-MIMO transmission, a VHT-STA may be designed to decode the VHT-SIG-B field. In contrast, if common control information indicates that a received PPDU is for a single VHT-STA (including SU- MIMO), an STA may be designed to not decode the VHT-SIG-B field.").

3976.  Chun '388, 17:18-21 ("The size of the VHT-SIG-B field may be different depending on the type (MU- MIMO or SU-MIMO) of MIMO transmission and a channel bandwidth used for PPDU transmission.").

3977.  Chun '388, 21:55-63 ("An SU-MIMO technology in which a beamformer allocates all of antennas to a single beamformee and performs communication increases a channel capacity through a diversity gain and stream multi-transmission using the space-time. The SU-MIMO technology can contribute to the improvement of performance of the physical layer by extending the degree of space freedom in such a way as to increase the number of antennas compared to a case where an MIMO technology is not applied.").

3978.  Chun '388, 23:44-51 ("The VHT NDPA frame may be transmitted using different methods if data is transmitted using MU-MIMO and if data is transmitted using SU-MIMO. For example, if channel sounding for MU-MIMO is performed, the

VHT NDPA frame may be transmitted using a broadcast method. In contrast, if channel sounding for SU- MIMO is performed, the VHT NDPA frame may be transmitted to a single target STA using a unicast method.").

3979.  Chun '388, 24:46-51 ("If the VHT NDPA frame includes a single STA Info field, the value of the RA field has the address of an STA identified by an AID within the STA Info field. For example, if the VHT NDPA frame is transmitted to a single target STA for SU-MIMO channel sounding, an AP sends the VHT NDPA frame to a target STA in a unicast manner.").

3980.  Chun '388, 25:42-45 ("In the VHT-SIG-A field of the NDP, a Group ID field indicating whether a transmission scheme used for NDP transmission is MU-MIMO or SU-MIMO is set as a value indicating SU-MIMO transmission.").

3981.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3982.  **Yao** also discloses this element.  *See* Elements 1 [d] and Claim 2.

3983.  Yao, [0041] - [0042] ("Single-user multiple input multiple output (SU-MIMO) and multi-user multiple input multiple output (MU-MIMO) scenarios. In the SU-MIMO scenario, one beamformee communicates with one beamformer (for a specific signaling flowchart, reference may be made to FIG. 3, where TXOP indicates Transmit Opportunity, and SIFS indicates Short Inter-Frame Space). Therefore, when the beamformee receives a unicast NDPA message, the

- 1575 -

████████████████████████████████████

transmission is SU-MIMO communication if a feedback type (Feedback Type) recorded in a STA Info field in the NDPA message is 0. If a locally stored association ID (AID, Association ID) matches the AID of the STA Info in the NDPA, the NDPA message is what the beamformee requires.").

3984.  Yao, [0094] ("Before extraction of the number of columns in STA Info from the NDPA message, the second acquiring unit 705 of the beamformee first acquires the NDPA message. If the feedback type (Feedback Type) recorded in the STA Info field in the NDPA message is 0, the transmission is SU-MIMO communication. If the locally cached AID is the same as the AID of the NDPA STA Info field, the NDPA message needs to be received locally, and the beamformee needs to feed back spatial stream measurement information. In addition, the first acquiring unit 701 is triggered. Otherwise, the beamformee is not the specified one that is requested to send feedback. If the feedback type (Feedback Type) recorded in the STA Info field in the NDPA message is 1, the transmission is MU-MIMU communication, and the matching unit 706 needs to be triggered to match the association ID AID of the station infomation STA Info field in the NDPA message. Specifically, AID matching is as follows: The matching unit 706 extracts STA Info fields sequentially from the NDPA message and compares AIDs in the STA Info fields one by one with the locally stored AID. If a same AID is found, AID matching succeeds, which indicates that the NDPA message needs to be locally received. As such, the beamformee needs to feed back the spatial stream measurement

- 1576 -

information, and the first acquiring unit 701 is triggered. If a same AID is not

found, AID matching fails, which indicates that the beamformee is not the specified

one that is requested to send feedback.").

3985.  Alternatively, Yao, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

3986.  **Ghosh** also discloses this element.  *See* Elements 1 [d] and Claim 2

above.

3987.  Ghosh, 4:41-63 ("In some embodiments, the STA 200 or the AP 250

may be a mobile device and may be a portable wireless communication device, such

as a personal digital assistant (PDA), a laptop or portable computer with wireless

communication capability, a web tablet, a wireless telephone, a smartphone, a

wireless headset, a pager, an instant messaging device, a digital camera, an access

point, a television, a wearable device such as a medical device (e.g., a heart rate

monitor, a blood pressure monitor, etc.), or other device that may receive and/or

transmit information wirelessly. In some embodiments, the STA 200 or AP 250 may

be configured to operate in accordance with 802.11 standards, although the scope of

the embodiments is not limited in this respect. Mobile devices or other devices in

some embodiments may be configured to operate according to other protocols or

standards, including other IEEE standards, Third Generation Partnership Project

(3GPP) standards or other standards. In some embodiments, the STA 200, AP 250

or other device may include one or more of a keyboard, a display, a non-volatile

- 1577 -

memory port, multiple antennas, a graphics processor, an application processor, speakers, and other mobile device elements. The display may be an LCD screen including a touch screen.").

3988.  Ghosh, 7:61-67 ("The NDP-A 410 may be transmitted by the AP 102, and may be received by the STAs I 03 labeled as STA #1, STA #2, and STA #3. After an SIFS 415 has elapsed, the AP 102 may transmit the NDP 420 that is announced by the NDP-A 410. It should be noted that the use of the SIFS 415 here and elsewhere in FIG. 4 (425,435,436, 445,446) is not limiting, as other time intervals may be used in some cases.").

3989.  Ghosh, 8:21-29 ("In addition, multiple TFS may be transmitted in some embodiments. As an example, from a set of STAs I 03 indicated in the NDP announcement, one of the TFS may poll a subset of the set of STAs I 03 for transmission of sounding feedback during a first sounding feedback period. Another TFS may poll another subset of the set of STAs 103 for transmission of sounding feedback during a second sounding feedback period. Additional TFS may be used in some cases.").

3990.  Ghosh, 1:15-27 ("Embodiments pertain to wireless networks. Some embodiments relate to wireless local area networks (WLANs) and Wi-Fi networks including networks operating in accordance with the IEEE 802.11 family of standards, such as the IEEE 802.11ac standard or the IEEE 802.1 lax study group (SG) (named DensiFi). Some embodiments relate to high-efficiency (HE) wireless or

high-efficiency WLAN or Wi- Fi (HEW) communications. Some embodiments relate

to multi-user (MU) multiple- input multiple-output (MIMO) communications and

orthogonal frequency division multiple access (OFDMA) communication techniques.

Some embodiments relate to channel sounding techniques.").

3991.  Ghosh, 2:63-3:9 ("In some embodiments, the multiple-access technique

used during the HEW control period may be a scheduled orthogonal frequency

division multiple access (OFDMA) technique, although this is not a requirement. In

some embodiments, the multiple access technique may be a time-division multiple

access (TDMA) technique or a frequency division multiple access (FDMA) technique.

In some embodiments, the multiple access technique may be a space-division

multiple access (SDMA) technique including a multi-user (MU) multiple-input

multiple-output (MIMO) (MU-MIMO) technique. These multiple-access techniques

used during the HEW control period may be configured for uplink or downlink data

communications.").

3992.  Alternatively, Ghosh, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

3993.  **Yang** also discloses this element.

3994.  Yang, [0024] ("control used to identify a type of the frame;").

3995.  Yang, [0029] ("STA Info that is STA information including a STA

address, a STA feedback type, and the number of columns of a channel matrix;").

- 1579 -

████████████████████████████████

3996.  Yang, [0031] ("In this embodiment of the present invention, a field,
that is, information about the number of stations (Number ofSTAs), is added to the
foregoing NDPA, and the information about the number of stations may also be
referred to as the number of stations, used to indicate STAs that are carried by the
NDPA and that need to feed channel information back. The number of stations
information field to be established preferably occupies 8 bits, which may be
preferably placed between the sounding sequence and the STA Info, or may be
placed in other positions.").

3997.  Yang, [0038] ("Further, after receiving the NDPA, the receive end first
reads, in a corresponding position, the information about the number of stations,
which may also be referred to as the number of stations, to obtain the number
ofSTAs in a STA list. On this basis, the receive end reads STA list information item
by item and increments the count; if the receive end has read information related to
the receive end itself in the list, the receive end knows that the receive end is
already in the list, and does not read remaining information in the list any longer;
and if the count is incremented to the number of STAs indicated in the NDPA but
still does not match the information about the receive end, the receive end knows
that it is not in the list. For the receive end that knows that it is in the STA list,
after receiving an NDP immediately following the NDPA, the receive end estimates
channel information based on its LTF, and feeds back the estimated channel
information at its time opportunity. For a receiver that knows that it is not in the

STA list, the channel information may not be estimated or fed back for the NDP immediately following the NDPA.").

3998.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

3999.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra*.

> **5.    Claim 5 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang**
>
> **a.    The method of claim 4, wherein transmitting the first CSI feedback in response to receiving the first trigger frame comprises: transmitting the first CSI feedback in a multi user transmission in response to receiving the first trigger frame.**

4000.  **Merlin 051** also discloses this element.

4001.  Merlin 051 at [0076]: "FIG. 4C is a time sequence diagram illustrating another example of a frame exchange 400 c of CSI feedback between an AP **110** and multiple wireless communication devices **120** (e.g., wireless communication devices **120** *a* and **120** *b* of FIG. 1, illustrated as STA**1** and STA**2** in FIG. 4C). Frame exchange **400** *c* may use an MU-MIMO or OFDMA protocol to determine and

████████████████████████████████████

communicate CSI with multiple wireless communication devices **120**. As shown

in FIG. 4C, and in conjunction with FIG. 1, an AP **110** may transmit a sounding

announcement **401** to the wireless communication devices **120** indicating which

wireless communication devices **120** are the intended recipients and the format of

the forthcoming sounding frame (sounding NDP **405**, as shown in FIG. 4C). In an

exemplary embodiment, sounding announcement **401** is a PPDU comprising an

NDPA. In some aspects, sounding announcement **401** indicates that sounding

NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more

bits in the sounding announcement **401**. In one embodiment, a reserved bit in the

NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an

HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment,

AP **110** designates a specific value of the dialog token field to indicate HE sounding

or VHT sounding. In accordance with any of these embodiments, the wireless

communication devices **120** receiving the sounding NDP **405** know whether to

respond with CSI using HE sounding or VHT sounding."

4002.  Merlin 051 at [0078]: "The AP **110** may then transmit the sounding

NDP **405** following the sounding announcement **401**. AP may also transmit the

trigger frame **404** following the sounding NDP **405**. In response to the trigger

frame **404**, the wireless communication devices **120** may transmit CSI to the

AP **110**. Specifically, the wireless communication devices **120** identified by the

sounding announcement **401** may estimate the channel based on the sounding

████████████████████████████████████████

NDP **405** and send a representation of the estimated channel in a sounding

feedback CSI transmission. In FIG. 4C, STA**1** and STA**2** concurrently transmit CSI

transmissions **410**A and **410**B to the AP **110**. The CSI transmissions **410**A

and **410**B may be UL-MU-MIMO transmissions, UL-OFDMA transmissions, or

some combination thereof. In some embodiments, the concurrent transmissions may

occur at the same time or within a certain threshold time period. These concurrent

transmissions may utilize the resource allocation provided in the trigger frame **404**.

Upon receiving the CSI transmissions **410**A and **410**B, the AP **110** may accurately

determine information about the channel from the AP **110** to each of the wireless

communication devices **120** (e.g., STA**1** and STA**2**). The sounding NDP **405** may be

transmitted in accordance with a format similar to the format of

frame **900** discussed herein with respect to FIG. 9. In some aspects, sounding

NDP **405** may be an HE NDP. The trigger frame **404** may be transmitted in

accordance with a format similar to the format of frame **800** discussed herein with

respect to FIG. 8. In various aspects, the time in between the sounding

announcement **401** and the sounding NDP **405** may be a SIFS time period, the time

in between the sounding NDP **405** and the trigger frame **404** may be a SIFS time

period, and the timing in between the trigger frame **404** and the CSI

transmissions **410**A and **410**B may be a SIFS (or PIFS) time period."

4003.  Merlin 051 at Figure 4C.

- 1583 -

4004.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4005.  **802.11-15/1097r1** also discloses this element.

4006.  802.11-15/1097r1 Slide 2:

---

September 2015                                                       doc.: IEEE 802.11-15/1097r1

# Background

- **802.11ax is envisaged to improve efficiency by introducing innovative technologies**
  - Multiplexing of BA/ACK responses from STAs to data transmission.

  **The TGax Spec Framework Document (SFD)[1] includes BA/ACK multiplexing;**

  *The amendment shall include a mechanism to multiplex BA/ACK responses to DL MU transmission. [MU Motion #4, March 2015]*

  **The TGax SFD also includes MU modes for both UL and DL;**

  *MU features include UL and DL OFDMA and UL and DL MU-MIMO.*

- **Multiplexing of responses from multiple STAs, to data transmission from AP, improves efficiency and reduces overhead**
  - More overhead reduction as the number of STAs increase

- **11ac Sounding protocol can be improved by applying similar techniques**

Submission                          Slide 2                    Narendar Madhavan, Toshiba

---

4007.  802.11-15/1097r1 Slide 3:

- 1584 -

September 2015                                    doc.: IEEE 802.11-15/1097r1

# 11ac Sounding Protocol

- **DL-MU-MIMO relies on channel state information (CSI) obtained during sounding for pre-coding**

- **Protocol overhead from sounding and CSI feedback**
  - MU-MIMO needs frequent updates of CSI
  - Overhead increase with number of STAs



- **How to reduce the overhead incurred in sounding protocol for 11ax?**
  - Compressed beamforming frames (response to NDPA/NDP) from the STAs can be multiplexed using UL MU-MIMO/UL OFDMA

Submission                          Slide 3                    Narendar Madhavan, Toshiba

4008.  802.11-15/1097r1 Slide 7:

- 1585 -



September 2015                                                doc.: IEEE 802.11-15/1097r1

# Options for HE sounding protocol
## Explicit Trigger frame after NDP frame

- AP sends a Trigger frame after the NDPA/NDP frames, explicitly
- Pros
    - Original NDPA frame format can be used for sounding
    - The original Trigger frame sequence can be reused
        - Compressed beamforming is sent immediately after Trigger
- Cons
    - Trigger frame and VHT NDPA frame may have redundant information
    - Channel sounding frame exchange sequence is changed.

Submission                        Slide 7                    Narendar Madhavan, Toshiba

4009.  D802.11-15/1097r1 Slide 12:

## Summary

- **Multiplexing of responses from multiple STAs, to data transmission from AP, improves efficiency and reduces overhead**
- **Protocol overhead from sounding and CSI feedback**
  - MU-MIMO needs frequent updates of CSI
  - Number of stations
- **Need for efficient mechanism for sounding**
  - Compressed beamforming frames from multiple STAs can be multiplexed.
- **A few plausible options for HE sounding protocol presented**

4010.  Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4011.  **Chun** also discloses this element.  *See* Elements 1 [d], Claim 2, and Claim 4 above.

4012.  Chun '388, 14:31-42 ("The VHT-SIG-Al field may include information about a channel bandwidth (BW) used, information about whether space time block coding (STBC) is applied or not, a group identifier (ID) for indicating a group of grouped STAs in MU-MIMO, information about the number of streams used (the number of space-time streams (NSTS)/part association identifier (AID), and transmit power save forbidden information. In this case, the group ID means an

████████████████████████████████████████████████

identifier assigned to a target transmission STA group in order to support MU-MIMO transmission, and may indicate whether the present MIMO transmission method is MU-MIMO or SU- MIMO.").

4013.  Chun '388, 16:20-17:10 ("The VHT-LTF is used for a VHT-STA to estimate an MIMO channel. Since a VHT WLAN system supports MU-MIMO, the VHT-LTF may be configured by the number of spatial streams through which a PPDU is transmitted. Additionally, if full channel sounding is supported, the number ofVHT-LTFs may be increased. The VHT-SIG-B field includes dedicated control information which is necessary for a plurality of MU-MIMO-paired VHT-ST As to receive a PPDU and to obtain data. Accordingly, only when common control information included in the VHT-SIG-A field indicates that a received PPDU is for MU-MIMO transmission, a VHT-STA may be designed to decode the VHT-SIG-B field. In contrast, if common control information indicates that a received PPDU is for a single VHT-STA (including SU- MIMO), an STA may be designed to not decode the VHT-SIG-B field.").

4014.  Chun '388, 17:18-21 ("The size of the VHT-SIG-B field may be different depending on the type (MU- MIMO or SU-MIMO) of MIMO transmission and a channel bandwidth used for PPDU transmission.").

4015.  Chun '388, 23:44-51 ("The VHT NDPA frame may be transmitted using different methods if data is transmitted using MU-MIMO and if data is transmitted using SU-MIMO. For example, if channel sounding for MU-MIMO is performed, the

VHT NDPA frame may be transmitted using a broadcast method. In contrast, if channel sounding for SU- MIMO is performed, the VHT NDPA frame may be transmitted to a single target STA using a unicast method.").

4016.  Chun '388, 25:42-45 ("In the VHT-SIG-A field of the NDP, a Group ID field indicating whether a transmission scheme used for NDP transmission is MU-MIMO or SU-MIMO is set as a value indicating SU-MIMO transmission.").

4017.  Chun '388, 25:42-45 ("In the VHT-SIG-A field of the NDP, a Group ID field indicating whether a transmission scheme used for NDP transmission is MU-MIMO or SU-MIMO is set as a value indicating SU-MIMO transmission.").

4018.  Chun '338, 26:29-31 ("The MU exclusive beamforming report field is used to feed back SNR information about a spatial stream if MU-MIMO transmission is performed.").

4019.  Chun '388, 62:37-50 ("For example, an AP may send an NDPA frame (or an NDPA trigger frame), including feedback type information (1 bit) indicating whether a feedback request is a feedback request for MU-MIMO transmission, to an STA in OL. If received feedback type information indicates a feedback type for MU-MIMO transmission, the STA may determine an MFG to be a 106-tone resource unit. If the feedback type information does not indicate a feedback type for MU-MIMO transmission, the STA may determine the MFG to be a 26-tone resource unit. In the present embodiment, since an FG is composed of one MFG, an STA may

- 1589 -

generate feedback information (e.g., an average SNR, an MCS and/or beamforming

feedback) in a determined MFG unit and send it in UL (or feed it back).").

4020.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

4021.  **Yao** also discloses this element.  *See* Element 1 [d], Claim 2, and Claim

4 above.

4022.  Yao, [0043] ("In the MU-MIMO scenario, one beamformer

communicates with multiple beamformees (for a specific signaling flowchart,

reference may be made to FIG. 4). Therefore, the NDPA message received by the

beamformees is a broadcast packet sent by the beamformer. As such, when a

beamformee receives the NDPA message, this transmission is MU-MIMO

communication if the feedback type (Feedback Type) recorded in the STA Info field

in the NDPA message is 1, and the beamformee needs to perform AID matching.").

4023.  Yao, [0054] ("Referring to FIG. 4, in the MU-MIMO scenario, the

beamformer first sends a broadcast packet of the NDPA message to instruct all

related beamformees to prepare for probing. Then, the beamformer sends a

broadcast packet of the NDP message, and all related beamformees calculate

related channel feedback information according to the received broadcast packet of

the NDP message. It should be noted that after the broadcast packet of the NDP

message is received, spatial stream measurement information, which is calculated

- 1590 -

████████████████

according to the received NDP message, can be immediately sent to the beamformer only when the AID of a beamformee is equal to the AID of the first STA Info field in the broadcast packet of the received NDPA message. For other beamformees, when they receive the beamforming report poll (Beamforming Report Poll) from the beamformer respectively, they send spatial stream measurement information, which is calculated according to the received broadcast packet of the NDP message, to the beamformer if they have received the broadcast packet of the NDP message; and if the broadcast packet of the NDP message is not received, a null data packet or no feedback is sent to the beamformer.").

4024.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4025.  **Ghosh** also discloses this element.  *See* Elements 1 [d], Claim 2, and Claim 4 above.

4026.  Ghosh, 1:15-27 ("Embodiments pertain to wireless networks. Some embodiments relate to wireless local area networks (WLANs) and Wi-Fi networks including networks operating in accordance with the IEEE 802.11 family of standards, such as the IEEE 802.11ac standard or the IEEE 802.1 lax study group (SG) (named DensiFi). Some embodiments relate to high-efficiency (HE) wireless or high-efficiency WLAN or Wi- Fi (HEW) communications. Some embodiments relate to multi-user (MU) multiple- input multiple-output (MIMO) communications and

orthogonal frequency division multiple access (OFDMA) communication techniques.

Some embodiments relate to channel sounding techniques.").

4027.  Ghosh, 2:63-3:9 ("In some embodiments, the multiple-access technique

used during the HEW control period may be a scheduled orthogonal frequency

division multiple access (OFDMA) technique, although this is not a requirement. In

some embodiments, the multiple access technique may be a time-division multiple

access (TDMA) technique or a frequency division multiple access (FDMA) technique.

In some embodiments, the multiple access technique may be a space-division

multiple access (SDMA) technique including a multi-user (MU) multiple-input

multiple-output (MIMO) (MU-MIMO) technique. These multiple-access techniques

used during the HEW control period may be configured for uplink or downlink data

communications.").

4028.  Ghosh, 4:32-40 ("The antennas 201, 251 may comprise one or more

directional or omnidirectional antennas, including, for example, dipole antennas,

moNDPole antennas, patch antennas, loop antennas, microstrip antennas or other

types of antennas suitable for transmission of RF signals. In some multiple-input

multiple-output (MIMO) embodiments, the antennas 201, 251 may be effectively

separated to take advantage of spatial diversity and the different channel

characteristics that may result.").

4029.  Ghosh, 8:21-29 ("In addition, multiple TFS may be transmitted in some

embodiments. As an example, from a set ofSTAs 103 indicated in the NDP

- 1592 -

announcement, one of the TFS may poll a subset of the set of STAs 103 for

transmission of sounding feedback during a first sounding feedback period. Another

TFS may poll another subset of the set of STAs 103 for transmission of sounding

feedback during a second sounding feedback period. Additional TFS may be used in

some cases.").

4030.  Ghosh, 8:30- 38 ("As another example, STAs 103 indicated in a first

TFS may be a subset of the set of STAs indicated in the NDP announcement. STAs

103 indicated in a following TFS may include one or more STAs 103 indicated in the

first TFS and may also include additional STAs 103 not indicated in the first TFS.

The STAs 103 indicated in both may include STAs 103 for which a retransmission is

desired or needed by the AP 102 due to incorrect reception of their sounding

feedback or other reason.").

4031.  Ghosh, 11:42-48 ("Referring back to the example channel sounding

scenario 400 in FIG. 4, the M-BA 434 may be transmitted by the AP 102, and may

include feedback based on the individual sounding feedback 432,433 transmitted by

STA #1 and STA #3. In addition, the M-BA 444 may be transmitted by the AP 102,

and may include feedback based on the individual sounding feedback 442

transmitted by STA #2.")

4032.  Ghosh, 13:38-45 ("At operation 705, the STA 103 may receive a null

data packet (NDP) announcement to indicate an NDP time period reserved for

transmission of an NDP by the AP 102. The STA 103 may receive the NDP at

operation 710. At operation 715, the STA 103 may receive a trigger frame for

sounding (TFS) to indicate a scheduled sounding feedback period for a group of

STAs 103. In some cases, the STA 103 may be included in the group of STAs 103.").

4033.  Alternatively, Ghosh, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

4034.  **Yang** also discloses this element.

4035.  Yang, [0024] ("control used to identify a type of the frame;").

4036.  Yang, [0029] ("STA Info that is STA information including a STA

address, a STA feedback type, and the number of columns of a channel matrix;").

4037.  Yang, [0031] ("In this embodiment of the present invention, a field,

that is, information about the number of stations (Number ofSTAs), is added to the

foregoing NDPA, and the information about the number of stations may also be

referred to as the number of stations, used to indicate STAs that are carried by the

NDPA and that need to feed channel information back. The number of stations

information field to be established preferably occupies 8 bits, which may be

preferably placed between the sounding sequence and the STA Info, or may be

placed in other positions.").

4038.  Yang, [0038] ("Further, after receiving the NDPA, the receive end first

reads, in a corresponding position, the information about the number of stations,

which may also be referred to as the number of stations, to obtain the number

ofSTAs in a STA list. On this basis, the receive end reads STA list information item by item and increments the count; if the receive end has read information related to the receive end itself in the list, the receive end knows that the receive end is already in the list, and does not read remaining information in the list any longer; and if the count is incremented to the number of STAs indicated in the NDPA but still does not match the information about the receive end, the receive end knows that it is not in the list. For the receive end that knows that it is in the STA list, after receiving an NDP immediately following the NDPA, the receive end estimates channel information based on its LTF, and feeds back the estimated channel information at its time opportunity. For a receiver that knows that it is not in the STA list, the channel information may not be estimated or fed back for the NDP immediately following the NDPA.").

4039.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4040.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra*.

███████████████████████████████████

**6.    Claim 6 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang**

**a.    The method of claim 5, wherein the first trigger frame comprises resource assignment information.**

4041.  **Merlin 051** also discloses this element.

4042.  Merlin 051 at [0078] "The AP **110** may then transmit the sounding NDP **405** following the sounding announcement **401**. AP may also transmit the trigger frame **404** following the sounding NDP **405**. In response to the trigger frame **404**, the wireless communication devices **120** may transmit CSI to the AP **110**. Specifically, the wireless communication devices **120** identified by the sounding announcement **401** may estimate the channel based on the sounding NDP **405** and send a representation of the estimated channel in a sounding feedback CSI transmission. In FIG. 4C, STA**1** and STA**2** concurrently transmit CSI transmissions **410**A and **410**B to the AP **110**. The CSI transmissions **410**A and **410**B may be UL-MU-MIMO transmissions, UL-OFDMA transmissions, or some combination thereof. In some embodiments, the concurrent transmissions may occur at the same time or within a certain threshold time period. These concurrent transmissions may utilize the resource allocation provided in the trigger frame **404**. Upon receiving the CSI transmissions **410**A and **410**B, the AP **110** may accurately determine information about the channel from the AP **110** to each of the wireless communication devices **120** (e.g., STA**1** and STA**2**). The sounding NDP **405** may be transmitted in accordance with a format similar to the format of

- 1596 -

███████████████████████████████████

frame **900** discussed herein with respect to FIG. 9. In some aspects, sounding

NDP **405** may be an HE NDP. The trigger frame **404** may be transmitted in

accordance with a format similar to the format of frame **800** discussed herein with

respect to FIG. 8. In various aspects, the time in between the sounding

announcement **401** and the sounding NDP **405** may be a SIFS time period, the time

in between the sounding NDP **405** and the trigger frame **404** may be a SIFS time

period, and the timing in between the trigger frame **404** and the CSI

transmissions **410**A and **410**B may be a SIFS (or PIFS) time period."

4043.  Merlin 051 at [0102] "In some aspects, a PPDU comprising the

sounding announcement may further comprise a clear to transmit (CTX)

frame. FIG. 8 is a diagram of an example format of a CTX frame 800. In some

embodiments, the CTX frame 800 may comprise a MAC NDPA frame. In this

embodiment, the CTX frame 800 includes a frame control (FC) field 805, a duration

field 810, a transmitter address (TA) field 815, a control (CTRL) field 820, a PPDU

duration field 825, a STA info field 830, and a frame check sequence (FCS) field 855.

The FC field 805 indicates a control subtype or an extension subtype. The duration

field 810 indicates to any receiver of the CTX frame 800 to set the network

allocation vector (NAV). The TA field 815 indicates the transmitter address or a

BSSID. The CTRL field 820 is a generic field that may include information

regarding the format of the remaining portion of the frame (e.g., the number of STA

info fields and the presence or absence of any subfields within a STA info field),

- 1597 -

indications for rate adaptation for the wireless communication devices 120 (e.g., a

number indicating how the STA should lower their MCSes, compared to the MCS

the STA would have used in a single-user (SU) transmission or a number indicating

the signal-to-interference-plus-noise ratio (SINR) loss that the STA should account

for when computing the MCS in the UL transmission opportunity (TXOP),

compared to the MCS computation in the SU transmission), indication of allowed

TID, and indication that a clear to send (CTS) message must be sent immediately

following the CTX frame 800. The CTRL field 820 may also indicate if the CTX

frame 800 is being used for UL-MU-MIMO or for UL-OFDMA or both, indicating

whether an Nss or tone allocation field is present in the STA Info field 830.

Alternatively, the indication of whether the CTX is for UL-MU-MIMO or for UL-

OFDMA can be based on the value of the subtype. In some aspects, the UL-MU-

MIMO and UL-OFDMA operations can be jointly performed by specifying to a STA

both the spatial streams to be used and the channel to be used, in which case both

fields are present in the CTX; in this case, the Nss indication is referred to a specific

tone allocation. The PPDU duration field 825 indicates the duration of the following

UL-MU-MIMO PPDU that the wireless communication devices 120 are allowed to

send. The STA info field 830 contains information regarding a particular STA and

may include a per-STA (per wireless communication device 120) set of information

(see STA Info 1 830 and STA Info N 850). The STA info field 830 may include an

AID or MAC address field 832 which identifies a STA, a number of spatial streams

- 1598 -

field (Nss) 834 field which indicates the number of spatial streams a STA may use

(in an UL-MU-MIMO system), a time adjustment field 836 which indicates a time

that a STA should adjust its transmission compared to the reception of a trigger

frame (the CTX in this case), a power adjustment field 838 which indicates a power

backoff a STA should take from a declared transmit power, a tone allocation

field 840 which indicates the tones or frequencies a STA may use (in a UL-OFDMA

system), an allowed transmission (TX) mode field 842 which indicates the allowed

transmission modes, and a MCS 844 field which indicates the MCS the STA should

use. The FCS field 855 carries an FCS value used for error detection of the CTX

frame 800."

4044. Merlin 051 at Figure 8:



FIG. 8

4045.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4046.  **Chun** also discloses this element.  *See* Claim 5 above.

4047.  Chun '388, Abstract ("Disclosed herein is a sounding method of a station (STA) for sending feedback information about a downlink (OL) channel state in a wireless LAN (WLAN) system. The sounding method includes receiving an NDP announcement (NDPA) frame providing notification of the transmission of a null data packet (NDP) frame; receiving the NDP frame; receiving a trigger frame comprising resource allocation information allocated to the STA; generating feedback information using the NDP frame; and sending a feedback frame comprising feedback information through uplink (UL) multi- user (MU) transmission using a frequency resource indicated by the resource allocation information. The feedback information may be generated in a frequency granularity (FG) unit with respect to a transmission bandwidth having a size smaller than or equal to the size of a transmission bandwidth of the NDP frame.").

4048.  Chun '388, 31:30-40 ("Information for indicating PPDU duration may be included in the L-SIG field. In the PPDU, PPDU duration indicated by the L-SIG field includes a symbol to which the VHT-STG-A field has been allocated, a symbol to which the VHT-TFs have been allocated, a field to which the VHT-SIG-B field has been allocated, bits forming the service field, bits forming a PSDU, bits forming

- 1600 -

████████████████████████

the padding field, and bits forming the tail field. An STA receiving the PPDU may

obtain information about the duration of the PPDU through information indicating

the duration of the PPDU included in the L-SIG field.").

4049.  Chun '388, 40:15-27 ("The HE-SIG B field may provide notification of

information about a frequency bandwidth allocated to each STA and/or information

about a stream in a corresponding frequency band. For example, in FIG. 27, in the

HE-SIG B field, 20 MHz may be allocated to the STA 1, next 20 MHz may be

allocated to the STA 2, next 20 MHz may be allocated to the STA 3, and next 20

MHz may be allocated to the STA 4. Furthermore, 40 MHz may be allocated to the

STA 1 and the STA 2, and next 40 MHz may be allocated to the STA 3 and the STA

4. In this case, different streams may be allocated to the STA 1 and the STA 2, and

different streams may be allocated to the STA 3 and the STA 4.").

4050.  Chun '388, 40:61-41:8 ("The HE-SIG B field may provide notification of

information about a frequency bandwidth allocated to each STA and/or information

about a stream in a corresponding frequency band. The HE-SIG B field may include

information about each STA for each HE-SIG B field of a 20 MHz unit because it

includes information about each STA. In this case, the example of FIG. 23

illustrates a case where 20 MHz is allocated to each STA. For example, if 40 MHz is

allocated to an STA, the HE-SIG B field may be duplicated in a 20 MHz unit and

transmitted. In a situation in which a different bandwidth is supported for each

BSS, if some bandwidths having a small interference level from a neighbor BSS is

████████████████████████████████

allocated to an STA, the HE-SIG B field may not be transmitted over a full band as described above.").

4051.  Chun '388, 41:30-37 ("If DL MU transmission or UL MU transmission is multiplexed on the space domain, different spatial streams may be allocated to each of a plurality of STAs as DL or UL resources. A transmission method through different spatial streams on such the same time resources may be called "DL/UL MU MIMO transmission.").

4052.  Chun '388, 42:26-31 ("The resource allocation information means information about UL transmission resource (e.g., information about a frequency/subcarrier allocated to each STA in the case of UL MU OFDMA transmission and the index of a stream allocated to each STA in the case of UL MU MIMO transmission) allocated to each STA.").

4053.  Chun '388, 43:21-25 ("A third field (e.g., a resource allocation field) indicates a resource region allocated to each STA for UL MU transmission. In this case, the resource regions allocated to respective STAs may be sequentially indicated in the sequence of the second field.")

4054.  Chun '388, 43:43-56 ("In this case, if the first field is "O", frequency resources may be allocated to the STA 1 from a higher (or lower) frequency domain, and next frequency resources may be sequentially allocated to the STA 2. For example, if OFDMA of a 20 MHz unit is supported in an 80 MHz band, the STA 1 may use a higher (or lower) 40 MHz band, and the STA 2 may use a next 40 MHz

band. In contrast, if the first field is "1", a higher (or lower) stream may be allocated to the STA 1, and next streams may be sequentially allocated to the STA 2. In this case, a bcamforming method according to each stream may have been previously designated, or the third field or the fourth field may include more detailed information about a beamforming method according to streams.").

4055.  Chun '388, 52:7-18 ("Furthermore, the AP may send a trigger frame (or trigger function/information) 3030 that triggers UL MU transmission to the STAs. Resource allocation information regarding an UL MU resource (UL frequency/spatial resource) allocated to each STA for the UL MU transmission of channel state information about a DL channel may have been included in the trigger frame 3030. In this case, the transmitted trigger frame may be configured as in FIG. 41, which is described later with reference to FIG. 41. A description of a frequency resource allocation unit which may be allocated to each STA is the same as that described above with reference to FIGS. 25 to 27.").

4056.  Chun '388, 59:45-60 ("The NDPA trigger frame may include resource allocation information (i.e., UL PPDU resource allocation information) and/or MCS information about an UL MU resource allocated to each STA in order to perform UL MU transmission on channel state information about an UL PPDU length and DL channel, that is, trigger information. Furthermore, the NDPA trigger frame may include sounding dialog token information, information about the AID of an STA, a feedback type and/or Nc Index information, that is, NDPA information. The NDPA

trigger frame may also include parameters, such as an Nr index and codebook

information. In the legacy system (802.11ac), a beamformee has adopted a

parameter. In a next-generation system (802.1 lax), however, an AP may determine

parameters in order to estimate the amount of feedback of MU STAs, and may set

the length of an UL MU PPDU.").

4057.  Chun '388, 67:59-68:3 ("The AP allocates frequency/spatial resources to

each STA based on the feedback information received from the STA, indicates a

resource region allocated to each STA through a broadcast frame including NDPA

information, and requests feedback information measured in an FG unit with

respect to the allocated resource region. That is, the corresponding broadcast frame

may include all of MFR information indicating the resource region allocated to each

STA, FG_sch indication information (ifFG_sch is fixed to a 26-tone resource unit,

the FG_sch indication information may be excluded from the frame), and FG_dat

indication information.").

4058.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

4059.  **Yao** also discloses this element.  *See* Claim 5.

4060.  Yao, [0023]-[0029] ("The beamformee detects the number of active first

spatial streams. The beamformee detects spatial streams where data transmission

exists and determines the number of active first spatial streams.").

- 1604 -

4061.  Yao, [0061] ("A beamformee acquires the number of columns from a null data packet announcement.").

4062.  Yao, [0063]-[0064] ("The beamformee detects the number of active spatial streams. The beamformee detects spatial streams where data transmission exists and determines the number of active spatial streams.").

4063.  Yao, [0082] ("a detection unit 702, configured to detect the number of active first spatial streams;").

4064.  Yao, [0093] ("The detection unit 702 detects spatial streams where data transmission exists and determines the number of active first spatial streams.")

4065.  Yao, [108] ("The unit 802 for detecting the number of spatial streams detects spatial streams where data transmission exists and determines the number of active spatial streams.").

4066.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4067.  **Ghosh** also discloses this element.  *See* Claim 5 above.

4068.  Ghosh, 6:4-14 ("In some embodiments, the channel resources may be used for downlink transmission by the AP 102 and for uplink transmissions by the STAs 103. That is, a time-division duplex (TDD) format may be used. In some cases, the channel resources may include multiple channels, such as the 20 MHz channels previously described. The channels may include multiple sub-channels or may be

divided into multiple sub-channels for the uplink transmissions to accommodate multiple access for multiple STAs 103. The downlink transmissions may or may not utilize the same format.").

4069.  Ghosh, 8:39-52 ("In some embodiments, the TFS may include various parameters related to the STAs 103 and/or the transmission of sounding feedback by the STAs l 03. Some embodiments may include one or more parameters such as identifiers of the STAs 103, modulation and coding schemes (MCS) to be used, transmit power levels to be used, and channel resource allocations for the STAs 103, and may also include other related parameters. In some embodiments, the TFS may include parameters for each STA I 03 and may also include other parameters intended for all of the STAs I 03. For instance, an identifier, an MCS, a transmit power level, and a channel resource allocation may be included for each STA 103 while a frame duration parameter may indicate a frame duration to be used by all STAs 103.").

4070.  Ghosh, 8:63-9:3 ("In some embodiments, the channel resources used by the STAs 103 for uplink transmissions may include multiple sub-channels of a predetermined bandwidth, one or more of which may be used for the sounding feedback during the sounding feedback period. As an example, each STA 103 may be allocated one or more sub- channels for the transmission of the sounding feedback, and indexes (or identifiers) of those sub-channels may be included in the TFS.").

- 1606 -

████████████████████████████████████████

4071.  Ghosh, 9:41-50 ("The TFS 500 may include a resource allocation information block 530 for STA #1, which is shown in more detail in the bottom portion of FIG. 5. In some embodiments, the parameters 531-535 may be grouped into the resource allocation information block 530 as shown in FIG. 5, although embodiments are not limited to such groupings. For instance, some or all of the parameters or information shown within the block 530 (and within blocks for other STAs 103 such as 540 and 550) may be included elsewhere in the TFS 500 in some arrangements.").

4072.  Ghosh, 9:51-10:3 ("Various parameters that may be included in the resource allocation information block 530 will be described below. The association identifier (AID) 531 or other similar identifier may identify the STA 103 for which the resource allocation information block 530 is intended. The resource allocation information block 530 may also include various parameters for the sounding feedback transmission by the STA 103. The allocation size/NSTS 532 may indicate a bandwidth of channel resources and/or a number of space-time streams (NSTS) assigned to the STA 103 for the sounding feedback transmission. The MCS 533 may indicate an assigned or expected modulation and coding scheme (MCS) to be used for the transmission. The transmit power 534 may indicate an assigned or expected transmit power level to be used for the transmission. The resource allocation information block 530 may also include other parameters or information 535, which may or may not be related to the resource allocation for the STA 103. As an

- 1607 -

example, control information for the resource allocation information block 530 may be included in 535.").

4073.  Ghosh, 10:4-14 ("The TFS 500 may further include additional resource allocation information blocks for other STAs 103. As an example, the resource allocation information block 540 for STA #2 and the resource allocation information block 550 for STA #N may be included. In some embodiments, the TFS 500 may include a resource allocation block for each STA 103 for which the sounding feedback period is reserved or allocated. Although not limited as such, the other resource allocation information blocks, such as 540, 550 and others, may be of a similar format as the resource allocation information block 530 in some cases.").

4074.  Ghosh, 10:15-21 ("The TFS 500 may further include a frame check sequence 560, which may be similar to or the same as a cyclic redundancy check (CRC) or a checksum. In addition, the TFS 500 may include other parameters or information 570, which may or may not be related to channel sounding or resource allocation. As an example, control information for the TFS 500 may be included in 570.").

4075.  Ghosh, 10:22-32 ("At operation 320, the AP 102 may receive sounding feedback from at least some of the STAs 103 during the sounding feedback period. Although not limited as such, the sounding feedback may be received according to channel resource allocations for the STAs 103 included in the TFS. In some embodiments, the sounding feedback may be based at least partly on receptions of

- 1608 -

███████████████████████████████████████████

the NDP at the STAs 103. For instance, the sounding feedback may include or may be based on measurements such as those previously described like a channel response, a signal quality, a signal level, beam- forming weights or other quantities or parameters.").

4076.  Ghosh, 10:43-50 ("It should also be pointed out that the reception of the sounding feedback from the multiple STAs 103 may include the use of beam-forming techniques. As an example, the AP 102 may determine one or more antenna patterns for a particular STA 103 such that a signal from that STA 103 may be determined, even when it is part of a composite signal from multiple STAs 103 transmitted in overlapping time and/or frequency resources.").

4077.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4078.  **Yang** also discloses this element.

4079.  Yang, [0003] ("In the prior art, the beamformer obtains information as follows: The beamformer sends a null data packet announcement (NDPA) and a null data packet (NDP) to the beamformee to request channel information. After receiving the NDPA and the NDP, the beamformee estimates a channel between the beamformer and the beamformee, and sends the channel information to the beamformer according to rules. When the beamformer obtains multi-user channel information, for beamformees other than the first beamformee, the other

beamformees may be notified to feed back their channel information by sending a sounding poll indication frame.").

4080. Yang, [0022] ("In this embodiment of the present invention, when obtaining channel information, the beamformer may request the channel information by sending an NDPA and an NDP to the beamformee. After receiving the NDPA and the NDP, the beamformee estimates a channel between the beamformer and the beamformee, and sends the obtained channel information to the beamformer. This process may be referred to as channel sounding, as shown in FIG. 1. The process in FIG. 1 is a single-user channel sounding process, which refers to transmission of channel information between one beamformer and one beamformee. The channel information obtaining involved in this embodiment of the present invention may be alternatively a multi-user channel sounding process, which means that one beamformer obtains channel information from a plurality of beamformees.").

4081. Yang, [0037] ("In this embodiment of the present invention, by adding information about the number of stations to the NDPA, a size of the STA list is better indicated, a process of reading the NDPA by the beamformee is optimized, and an unpacketizing e1rnr caused by error propagation is avoided, while in the prior art, the number of stations is unknown, if one piece of station information is erroneous, it is likely to make it difficult to determine whether the station

- 1610 -

████████████████████████████████████████████

information list has been completely read. Obviously, the embodiment of the present invention improves robustness of an entire channel feedback process.").

4082.  Yang, [0038] ("Further, after receiving the NDPA, the receive end first reads, in a corresponding position, the information about the number of stations, which may also be referred to as the number of stations, to obtain the number ofSTAs in a STA list. On this basis, the receive end reads STA list information item by item and increments the count; if the receive end has read information related to the receive end itself in the list, the receive end knows that the receive end is already in the list, and does not read remaining information in the list any longer; and if the count is incremented to the number of STAs indicated in the NDPA but still does not match the information about the receive end, the receive end knows that it is not in the list. For the receive end that knows that it is in the STA list, after receiving an NDP immediately following the NDPA, the receive end estimates channel information based on its LTF, and feeds back the estimated channel information at its time opportunity. For a receiver that knows that it is not in the STA list, the channel information may not be estimated or fed back for the NDP immediately following the NDPA.").

4083.  Yang, [0046] ("According to the wireless local area network device in this embodiment of the present invention, by adding information about the number of stations to the NDPA, a size of the STA list is better indicated, a process of reading the NDPA by the beamformee is optimized, and an unpacketizing error

- 1611 -

██████████████████████████████████████

caused by error propagation is avoided, while in the prior art, the number of

stations is unknown, if one piece of station information is erroneous, it is likely to

make it difficult to determine whether the station information list has been

completely read. Obviously, the embodiment of the present invention improves

robustness of an entire channel feedback process.").

4084.  Yang, FIG. 2.

| 帧控制 | 持续时间 | 目的地址 | 发送地址 | 探测序列 | 站台信息 1 | ... | 站台信息 n | 帧检验序列 |
|---|---|---|---|---|---|---|---|---|
| Octets: 2 | 2 | 6 | 6 | 1 | 2 | | 2 | 4 |

图 2

4085.

4086.  Alternatively, Yang, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

4087.  To the extent it is argued or determined that any of Merlin 051,

802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this

element, then this element would have been obvious at the time of the invention in

view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-

15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to

Combine," *infra.*

> **7.    Claim 7 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang**
>
> > **a.    The method of claim 6, wherein transmitting the first CSI feedback in a multi user transmission comprises: participating in the multi user**

- 1612 -

██████████████████████████████████

> **transmission based on the resource assignment**
> **information to transmit the first CSI feedback in**
> **response to receiving the first trigger frame.**

4088.  **Merlin 051** also discloses this element.

4089.  Merlin 051 at [0076]:

4090.  "FIG. 4C is a time sequence diagram illustrating another example of a frame exchange **400** *c* of CSI feedback between an AP **110** and multiple wireless communication devices **120** (e.g., wireless communication devices **120** *a* and **120** *b* of FIG. 1, illustrated as STA**1** and STA**2** in FIG. 4C). Frame exchange **400** *c* may use an MU-MIMO or OFDMA protocol to determine and communicate CSI with multiple wireless communication devices **120**. As shown in FIG. 4C, and in conjunction with FIG. 1, an AP **110** may transmit a sounding announcement **401** to the wireless communication devices **120** indicating which wireless communication devices **120** are the intended recipients and the format of the forthcoming sounding frame (sounding NDP **405**, as shown in FIG. 4C). In an exemplary embodiment, sounding announcement **401** is a PPDU comprising an NDPA. In some aspects, sounding announcement **401** indicates that sounding NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more bits in the sounding announcement **401**. In one embodiment, a reserved bit in the NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment, AP **110** designates a specific value of the dialog token field to indicate HE sounding

- 1613 -

████████████████████████████

or VHT sounding. In accordance with any of these embodiments, the wireless

communication devices **120** receiving the sounding NDP **405** know whether to

respond with CSI using HE sounding or VHT sounding."

4091. Merlin 051 at [0078]: "The AP **110** may then transmit the sounding

NDP **405** following the sounding announcement **401**. AP may also transmit the

trigger frame **404** following the sounding NDP **405**. In response to the trigger

frame **404**, the wireless communication devices **120** may transmit CSI to the

AP **110**. Specifically, the wireless communication devices **120** identified by the

sounding announcement **401** may estimate the channel based on the sounding

NDP **405** and send a representation of the estimated channel in a sounding

feedback CSI transmission. In FIG. 4C, STA**1** and STA**2** concurrently transmit CSI

transmissions **410**A and **410**B to the AP **110**. The CSI transmissions **410**A

and **410**B may be UL-MU-MIMO transmissions, UL-OFDMA transmissions, or

some combination thereof. In some embodiments, the concurrent transmissions may

occur at the same time or within a certain threshold time period. These concurrent

transmissions may utilize the resource allocation provided in the trigger frame **404**.

Upon receiving the CSI transmissions **410**A and **410**B, the AP **110** may accurately

determine information about the channel from the AP **110** to each of the wireless

communication devices **120** (e.g., STA**1** and STA**2**). The sounding NDP **405** may be

transmitted in accordance with a format similar to the format of

frame **900** discussed herein with respect to FIG. 9. In some aspects, sounding

- 1614 -

█████████████████████████████████████

NDP **405** may be an HE NDP. The trigger frame **404** may be transmitted in accordance with a format similar to the format of frame **800** discussed herein with respect to FIG. 8. In various aspects, the time in between the sounding announcement **401** and the sounding NDP **405** may be a SIFS time period, the time in between the sounding NDP **405** and the trigger frame **404** may be a SIFS time period, and the timing in between the trigger frame **404** and the CSI transmissions **410**A and **410**B may be a SIFS (or PIFS) time period."

4092.  Merlin 051 at [0102]: "In some aspects, a PPDU comprising the sounding announcement may further comprise a clear to transmit (CTX) frame. FIG. 8 is a diagram of an example format of a CTX frame **800**. In some embodiments, the CTX frame **800** may comprise a MAC NDPA frame. In this embodiment, the CTX frame **800** includes a frame control (FC) field **805**, a duration field **810**, a transmitter address (TA) field **815**, a control (CTRL) field **820**, a PPDU duration field **825**, a STA info field **830**, and a frame check sequence (FCS) field **855**. The FC field **805** indicates a control subtype or an extension subtype. The duration field **810** indicates to any receiver of the CTX frame **800** to set the network allocation vector (NAV). The TA field **815** indicates the transmitter address or a BSSID. The CTRL field **820** is a generic field that may include information regarding the format of the remaining portion of the frame (e.g., the number of STA info fields and the presence or absence of any subfields within a STA info field), indications for rate adaptation for the wireless communication devices **120** (e.g., a

- 1615 -

████████████████████████████████████

number indicating how the STA should lower their MCSes, compared to the MCS

the STA would have used in a single-user (SU) transmission or a number indicating

the signal-to-interference-plus-noise ratio (SINR) loss that the STA should account

for when computing the MCS in the UL transmission opportunity (TXOP),

compared to the MCS computation in the SU transmission), indication of allowed

TID, and indication that a clear to send (CTS) message must be sent immediately

following the CTX frame **800**. The CTRL field **820** may also indicate if the CTX

frame **800** is being used for UL-MU-MIMO or for UL-OFDMA or both, indicating

whether an Nss or tone allocation field is present in the STA Info field **830**.

Alternatively, the indication of whether the CTX is for UL-MU-MIMO or for UL-

OFDMA can be based on the value of the subtype. In some aspects, the UL-MU-

MIMO and UL-OFDMA operations can be jointly performed by specifying to a STA

both the spatial streams to be used and the channel to be used, in which case both

fields are present in the CTX; in this case, the Nss indication is referred to a specific

tone allocation. The PPDU duration field **825** indicates the duration of the following

UL-MU-MIMO PPDU that the wireless communication devices **120** are allowed to

send. The STA info field **830** contains information regarding a particular STA and

may include a per-STA (per wireless communication device **120**) set of information

(see STA Info 1 **830** and STA Info N **850**). The STA info field **830** may include an

AID or MAC address field **832** which identifies a STA, a number of spatial streams

field (Nss) **834** field which indicates the number of spatial streams a STA may use

- 1616 -

(in an UL-MU-MIMO system), a time adjustment field **836** which indicates a time

that a STA should adjust its transmission compared to the reception of a trigger

frame (the CTX in this case), a power adjustment field **838** which indicates a power

backoff a STA should take from a declared transmit power, a tone allocation

field **840** which indicates the tones or frequencies a STA may use (in a UL-OFDMA

system), an allowed transmission (TX) mode field **842** which indicates the allowed

transmission modes, and a MCS **844** field which indicates the MCS the STA should

use. The FCS field **855** carries an FCS value used for error detection of the CTX

frame **800**."

4093. Merlin 051 at Figure 8:



FIG. 8

4094. Merlin 051 at [0122] – [0124]:

4095. "FIG. 12A illustrates an exemplary channel sounding sequence 1200, in accordance with an embodiment. In some aspects, the channel sounding sequence 1200 may be utilized to obtain channel sounding information from one or more HE wireless devices. These HE wireless devices may be similar to the wireless communication device 302 of FIG. 3."

4096. "As illustrated, channel sounding sequence 1200 may comprise the transmission of an HE sounding announcement 1205. The HE sounding announcement 1205 may be transmitted by an AP 110 to one or more UTs 120 (illustrated as "STA(s)"). In some aspects, the HE sounding announcement 1205 may be an NDPA transmitted in accordance with the format 700 of FIG. 7A, format 701 of FIG. 7B, or format 1300 of FIG. 13. After transmitting the HE sounding announcement 1205, the AP 110 may transmit an HE NDP 1210. In an embodiment, the HE NDP 1210 may be transmitted a SIFS after the transmission of the sounding announcement 1205. As noted above, the HE NDP 1210 frame can provide a reference signal that allows UTs 120 to estimate the channel between the one or more antennas of the transmitter and the one or more antennas of the UT 120 and may take various formats. In some aspects, when an HE device receives the HE NDP 1210, CSI (or other feedback) may be computed according to an HE specification."

4097. "After transmitting the HE NDP 1210, the AP 110 may transmit a trigger frame 1215. In an embodiment, the trigger frame 1215 may be transmitted a SIFS after or in another TXOP after the transmission of the HE NDP 1210. In some aspects, the trigger frame 1215 may be transmitted in accordance with the format 800 of FIG. 8 or the format 1400 of FIG. 14. In various aspects, the trigger frame 1215 may indicate which UTs 120 are to participate in the channel sounding sequence 1200, such that a particular UT 120 knows to start a transmission. For example, as illustrated, one or more HE UTs 120 may transmit MU CSI 1220. In an embodiment, the MU CSI 1220 may be transmitted a SIFS after the transmission of the trigger frame 1215. In various aspects, the MU CSI 1220 may contain the requested CSI, as determined by one or more of the UTs 120 transmitting the information."

4098. Merlin 051 at Figure 12A:



FIG. 12A

4099. Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 1619 -

████████████████████████████████

4100. **Chun** also discloses this element.  *See* Element 1 [d], Claim 5, and Claim 6 above.

4101.  Chun '388, 48:7-14 ("In contrast, in the case of UL OFDMA transmission, STAs may configure the respective data fields of PPDUs in a unit of a resource unit allocated thereto and may simultaneously the PPDUs to an AP. As described above, since STAs send PPDUs simultaneously, an AP, that is, a receiving stage, may recognize that the data fields of the PPDUs transmitted by the respective STAs are multiplexed and transmitted in a frequency domain.").

4102.  Chun '388. 52:19-26 ("The STAs that have received the trigger frame 3030 may obtain channel state information by measuring target DL channels indicated in the NDPA frame 3010 and the trigger frame 3030. The STAs may generate feedback frames (or beamforming frame/beamforming feedback frames) 3040 including the obtained channel state information, and may perform UL MU transmission on the generated feedback frames 3040 using UL MU resources allocated to them.").

4103.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4104. **Yao** also discloses this element.  *See* Element 1 [d], Claim 5, and Claim 6 above.

- 1620 -

4105.  Yao, [0062] ("The beamformee receives the NDPA message and determines that the beamformee is the one requested by a beamformer to send feedback; and extracts the number of columns in STA Info from the NDPA message, where the number of columns is a field set by the beamformer in the NDPA message and is used to indicate the number of spatial streams that a STA needs to feed back.").

4106.  Yao, [0027] ("The beamformee receives the NDPA message and determines that the beamformee is the one requested by a beamformer to send feedback, and extracts the number of columns of station information (STA Info, STA Information) from the NDPA message, where the number of columns is obtained by adding 1to the value of the Nc Index field set by the beamformer in the NDPA message and is used to indicate the number of spatial streams that a STA needs to feed back.")

4107.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4108.  **Ghosh** also discloses this element.  *See* Element 1 [d], Claim 5, and Claim 6 above.

4109.  Ghosh, 6:4-14 ("In some embodiments, the channel resources may be used for downlink transmission by the AP 102 and for uplink transmissions by the STAs 103. That is, a time-division duplex (TDD) format may be used. In some cases, the channel resources may include multiple channels, such as the 20 MHz channels

████████████████████████████████████████████

previously described. The channels may include multiple sub-channels or may be divided into multiple sub-channels for the uplink transmissions to accommodate multiple access for multiple STAs 103. The downlink transmissions may or may not utilize the same format.").

4110. Ghosh, 8:63-9:3 ("In some embodiments, the channel resources used by the STAs 103 for uplink transmissions may include multiple sub-channels of a predetermined bandwidth, one or more of which may be used for the sounding feedback during the sounding feedback period. As an example, each STA 103 may be allocated one or more sub- channels for the transmission of the sounding feedback, and indexes (or identifiers) of those sub-channels may be included in the TFS.").

4111. Ghosh, 10:4-14 ("The TFS 500 may further include additional resource allocation information blocks for other STAs I 03. As an example, the resource allocation information block 540 for STA #2 and the resource allocation information block 550 for STA #N may be included. In some embodiments, the TFS 500 may include a resource allocation block for each STA 103 for which the sounding feedback period is reserved or allocated. Although not limited as such, the other resource allocation information blocks, such as 540, 550 and others, may be of a similar format as the resource allocation information block 530 in some cases.").

4112. Ghosh, 10:22-32 ("At operation 320, the AP 102 may receive sounding feedback from at least some of the STAs 103 during the sounding feedback period.

- 1622 -

Although not limited as such, the sounding feedback may be received according to channel resource allocations for the STAs 103 included in the TFS. In some embodiments, the sounding feedback may be based at least partly on receptions of the NDP at the STAs 103. For instance, the sounding feedback may include or may be based on measurements such as those previously described like a channel response, a signal quality, a signal level, beam- forming weights or other quantities or parameters.").

4113.  Ghosh, 10:43-50 ("It should also be pointed out that the reception of the sounding feedback from the multiple STAs 103 may include the use of beam-forming techniques. As an example, the AP 102 may determine one or more antenna patterns for a particular STA 103 such that a signal from that STA 103 may be determined, even when it is part of a composite signal from multiple STAs 103 transmitted in overlapping time and/or frequency resources.").

4114.  Ghosh, 11:42-48 ("Referring back to the example channel sounding scenario 400 in FIG. 4, the M-BA 434 may be transmitted by the AP 102, and may include feedback based on the individual sounding feedback 432, 433 transmitted by STA #1 and STA #3. In addition, the M-BA 444 may be transmitted by the AP 102, and may include feedback based on the individual sounding feedback 442 transmitted by STA #2.").

4115.  Ghosh, 14:9-26 ("In some examples, the hardware processing circuitry may further configure the transceiver circuitry to transmit a polling message to

████████████

indicate a second sounding feedback period that is reserved for one or more other

STAs that are excluded from the STAs identified in the TFS. The hardware

processing circuitry may further configure the transceiver circuitry to receive

sounding feedback from at least one of the other STAs during the second sounding

feedback period. In some examples, the polling message may be included in a

trigger frame (TF). In some examples, the second sounding feedback period may be

further reserved for at least one STA identified in the TFS. In some examples, the

sounding feedback may be based at least partly on receptions of the NDP at the

STAs. In some examples, the sounding feedback may include beam-forming

measurements related to one or more links between the AP and the STA. In some

examples, the sounding feedback may be received according to channel resource

allocations for the STAs included in the TFS.").

4116.  Ghosh, 15:5-21 ("In some examples, the first sounding feedback may

include sounding feedback from multiple STAs received during time periods that at

least partially overlap. In some examples, the operations may further configure the

one or more processors to transmit an NDP announcement to indicate an NDP time

period reserved for transmission of the NDP by the AP. In some examples, the TFS

may include identifiers for the group of STAs and channel resource allocations for

transmission of sounding feedback by the STAs. In some examples, the operations

may further configure the one or more processors to transmit a multi-STA block

acknowledgement (M-BA) that includes reception information for the first sounding

- 1624 -

feedback and reception information for the second sounding feedback. In some examples, the TFS may include an NDP announcement to indicate an NDP time period reserved for the transmission of the NDP by the AP.").

4117.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4118.  **Yang** also discloses this element.  *See* Elements 1 [b], 1 [d], and Claim 6 above.

4119.  Yang, [0024] "frame control used to identify a type of the frame;").

4120.  Yang, [0029] ("STA Info that is STA information including a STA address, a STA feedback type, and the number of columns of a channel matrix;").

4121.  Yang, [0031] ("In this embodiment of the present invention, a field, that is, information about the number of stations (Number of STAs), is added to the foregoing NDPA, and the information about the number of stations may also be referred to as the number of stations, used to indicate STAs that are carried by the NDPA and that need to feed channel information back. The number of stations information field to be established preferably occupies 8 bits, which may be preferably placed between the sounding sequence and the STA Info, or may be placed in other positions.").

4122.  Yang, [0038] ("Further, after receiving the NDPA, the receive end first reads, in a corresponding position, the information about the number of stations,

███████████████████████████████████

which may also be referred to as the number of stations, to obtain the number

ofSTAs in a STA list. On this basis, the receive end reads STA list information item

by item and increments the count; if the receive end has read information related to

the receive end itself in the list, the receive end knows that the receive end is

already in the list, and does not read remaining information in the list any longer;

and if the count is incremented to the number of STAs indicated in the NDPA but

still does not match the information about the receive end, the receive end knows

that it is not in the list. For the receive end that knows that it is in the STA list,

after receiving an NDP immediately following the NDPA, the receive end estimates

channel information based on its LTF, and feeds back the estimated channel

information at its time opportunity. For a receiver that knows that it is not in the

STA list, the channel information may not be estimated or fed back for the NDP

immediately following the NDPA.").

4123.  Yang, FIG. 2.



图 2

4124.

4125.  Alternatively, Yang, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

█████████████████████████████████

4126.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra.*

> **8.   Claim 8 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang**
>
>> **a.   The method of claim 2, further comprising: when the number of one or more station information fields in the NDPA is greater than one: receiving a second trigger frame; and transmitting second CSI feedback in response to receiving the second trigger frame.**

4127.  **<u>Merlin 051</u>** also discloses this element.

4128.  Merlin 051 at [0076]: "FIG. 4C is a time sequence diagram illustrating another example of a frame exchange **400** *c* of CSI feedback between an AP **110** and multiple wireless communication devices **120** (e.g., wireless communication devices **120** *a* and **120** *b* of FIG. 1, illustrated as STA**1** and STA**2** in FIG. 4C). Frame exchange **400** *c* may use an MU-MIMO or OFDMA protocol to determine and communicate CSI with multiple wireless communication devices **120**. As shown in FIG. 4C, and in conjunction with FIG. 1, an AP **110** may transmit a sounding announcement **401** to the wireless communication devices **120** indicating which wireless communication devices **120** are the intended recipients and the format of

███████████████████████

the forthcoming sounding frame (sounding NDP **405**, as shown in FIG. 4C). In an exemplary embodiment, sounding announcement **401** is a PPDU comprising an NDPA. In some aspects, sounding announcement **401** indicates that sounding NDP **405** is an HE NDP or a VHT NDP. This indication may comprise one or more bits in the sounding announcement **401**. In one embodiment, a reserved bit in the NDPA sounding dialog token field is used to indicate that sounding NDP **405** is an HE NDP, or that sounding NDP **405** is a VHT NDP. In another embodiment, AP **110** designates a specific value of the dialog token field to indicate HE sounding or VHT sounding. In accordance with any of these embodiments, the wireless communication devices **120** receiving the sounding NDP **405** know whether to respond with CSI using HE sounding or VHT sounding."

4129.   Merlin 051 at [0078]: "The AP 110 may then transmit the sounding NDP 405 following the sounding announcement 401. AP may also transmit the trigger frame 404 following the sounding NDP 405. In response to the trigger frame 404, the wireless communication devices 120 may transmit CSI to the AP 110. Specifically, the wireless communication devices 120 identified by the sounding announcement 401 may estimate the channel based on the sounding NDP 405 and send a representation of the estimated channel in a sounding feedback CSI transmission. In FIG. 4C, STA1 and STA2 concurrently transmit CSI transmissions 410A and 410B to the AP 110. The CSI transmissions 410A and 410B may be UL-MU-MIMO transmissions, UL-OFDMA transmissions, or some

- 1628 -

████████████████

combination thereof. In some embodiments, the concurrent transmissions may occur at the same time or within a certain threshold time period. These concurrent transmissions may utilize the resource allocation provided in the trigger frame 404. Upon receiving the CSI transmissions 410A and 410B, the AP 110 may accurately determine information about the channel from the AP 110 to each of the wireless communication devices 120 (e.g., STA1 and STA2). The sounding NDP 405 may be transmitted in accordance with a format similar to the format of frame 900 discussed herein with respect to FIG. 9. In some aspects, sounding NDP 405 may be an HE NDP. The trigger frame 404 may be transmitted in accordance with a format similar to the format of frame 800 discussed herein with respect to FIG. 8. In various aspects, the time in between the sounding announcement 401 and the sounding NDP 405 may be a SIFS time period, the time in between the sounding NDP 405 and the trigger frame 404 may be a SIFS time period, and the timing in between the trigger frame 404 and the CSI transmissions 410A and 410B may be a SIFS (or PIFS) time period."

4130.  Merlin 051 at [0122] – [0125]:

4131.  "FIG. 12A illustrates an exemplary channel sounding sequence 1200, in accordance with an embodiment. In some aspects, the channel sounding sequence 1200 may be utilized to obtain channel sounding information from one or more HE wireless devices. These HE wireless devices may be similar to the wireless communication device 302 of FIG. 3."

████████████████████████████

4132.  "As illustrated, channel sounding sequence 1200 may comprise the transmission of an HE sounding announcement 1205. The HE sounding announcement 1205 may be transmitted by an AP 110 to one or more UTs 120 (illustrated as "STA(s)"). In some aspects, the HE sounding announcement 1205 may be an NDPA transmitted in accordance with the format **700** of FIG. 7A, format **701** of FIG. 7B, or format **1300** of FIG. 13. After transmitting the HE sounding announcement **1205**, the AP **110** may transmit an HE NDP **1210**. In an embodiment, the HE NDP **1210** may be transmitted a SIFS after the transmission of the sounding announcement **1205**. As noted above, the HE NDP **1210** frame can provide a reference signal that allows UTs **120** to estimate the channel between the one or more antennas of the transmitter and the one or more antennas of the UT **120** and may take various formats. In some aspects, when an HE device receives the HE NDP 1210, CSI (or other feedback) may be computed according to an HE specification."

4133.  "After transmitting the HE NDP 1210, the AP 110 may transmit a trigger frame 1215. In an embodiment, the trigger frame 1215 may be transmitted a SIFS after or in another TXOP after the transmission of the HE NDP 1210. In some aspects, the trigger frame 1215 may be transmitted in accordance with the format 800 of FIG. 8 or the format 1400 of FIG. 14. In various aspects, the trigger frame 1215 may indicate which UTs 120 are to participate in the channel sounding sequence 1200, such that a particular UT 120 knows to start a transmission. For

████████████████████████████████████

example, as illustrated, one or more HE UTs 120 may transmit MU CSI 1220. In an embodiment, the MU CSI 1220 may be transmitted a SIFS after the transmission of the trigger frame 1215. In various aspects, the MU CSI 1220 may contain the requested CSI, as determined by one or more of the UTs 120 transmitting the information."

4134.  "After the transmission of the MU CSI 1220, the AP 110 may transmit another trigger frame 1215, and one or more of the UTs 120 may reply with MU CSI 1220 a SIFS after the transmission of the trigger frame 1215. In an embodiment, SU CSI may be transmitted instead. As part of the channel sounding sequence 1200, the AP 110 may continue to transmit trigger frames 1215 until it receives all of the requested CSI information. In an aspect, the requested CSI information may refer to the CSI requested via the sounding announcement 1205. In an embodiment, all (or at least a portion of) the requested CSI may be determined based at least in part upon the HE NDP 1210. In some aspects, the parameters used by the UTs 120 to transmit the CSI to the AP 110 may be based upon information received in the sounding announcement 1205, the trigger frame 1215, or both."

4135.  Merlin 051 at Figure 12A:



FIG. 12A

- 1631 -

████████████████████████████████████

4136.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4137.  **Chun** also discloses this element.  *See* Elements 1 [b], 1 [d], and Claim 2 above.

4138.  Chun '388, Abstract ("Disclosed herein is a sounding method of a station (STA) for sending feedback information about a downlink (OL) channel state in a wireless LAN (WLAN) system. The sounding method includes receiving an NDP announcement (NDPA) frame providing notification of the transmission of a null data packet (NDP) frame; receiving the NDP frame; receiving a trigger frame comprising resource allocation information allocated to the STA; generating feedback information using the NDP frame; and sending a feedback frame comprising feedback information through uplink (UL) multi- user (MU) transmission using a frequency resource indicated by the resource allocation information. The feedback information may be generated in a frequency granularity (FG) unit with respect to a transmission bandwidth having a size smaller than or equal to the size of a transmission bandwidth of the NDP frame.").

4139.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

███████████████████████████████

4140. **Yao** also discloses this element.  See Elements 1 [b], 1 [d], and Claim 2 above.

4141.  Yao, [0050]-[0054] ("The beamformee receives a null data packet message or a beamforming report poll message.  The beamformee receives the null data packet (NDP, Null Data Packet) message and detects whether the locally stored AID is equal to the AID of the first STA Info fieldin the NDPA message, and, if yes, step 206 is triggered; or, the beamformee detects whether it has received the beamforming report poll (Beamfonning report poll) message, and, if yes, step 206 is triggered. Referring to FIG. 4, in the MU-MIMO scenario, the beamformer first sends a broadcast packet of the NDPA message to instruct all related beamformees to prepare for probing. Then, the beamformer sends a broadcast packet of the NDP message, and all related beamformees calculate related channel feedback information according to the received broadcast packet of the NDP message. It should be noted that after the broadcast packet of the NDP message is received, spatial stream measurement information, which is calculated according to the received NDP message, can be immediately sent to the beamformer only when the AID of a beamformee is equal to the AID of the first STA Info field in the broadcast packet of the received NDPA message. For other beamformees, when they receive the beamforming report poll (Beamfonning Report Poll) from the beamfonner respectively, they send spatial stream measurement information, which is calculated according to the received broadcast packet of the NDP message, to the

- 1633 -

beamformer if they have received the broadcast packet of the NDP message; and if the broadcast packet of the NDP message is not received, a null data packet or no feedback is sent to the beamformer.").

4142.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4143.  **Ghosh** also discloses this element.  *See* Elements 1 [b], 1 [d], and Claim 2 above.

4144.  Ghosh, 8:21-29 ("In addition, multiple TFS may be transmitted in some embodiments. As an example, from a set of STAs 103 indicated in the NDP announcement, one of the TFS may poll a subset of the set of STAs 103 for transmission of sounding feedback during a first sounding feedback period. Another TFS may poll another subset of the set of STAs 103 for transmission of sounding feedback during a second sounding feedback period. Additional TFS may be used in some cases.").

4145.  Ghosh, 8:30-38 ("As another example, STAs 103 indicated in a first TFS may be a subset of the set of STAs indicated in the NDP announcement. STAs 103 indicated in a following TFS may include one or more STAs 103 indicated in the first TFS and may also include additional STAs 103 not indicated in the first TFS. The STAs 103 indicated in both may include STAs 103 for which a retransmission is desired or needed by the AP 102 due to incorrect reception of their sounding feedback or other reason.").

███████████████████████████████████

4146.  Ghosh, 10:65-11:7 ("Referring back to the example channel sounding scenario 400 in FIG. 4, STA #1 may transmit an individual sounding feedback 432 during a first sounding feedback period. The STA #3 may also transmit an individual sounding feedback 433 during the first sounding feedback period. Accordingly, the two STAs 103 may perform those transmissions during overlapping time periods. In addition, in the example scenario 400, STA #2 may transmit an individual sounding feedback 442 in response to the TFS 441 during a second sounding feedback period.").

4147.  Ghosh, 11:8-34 ("At operation 325, the AP 102 may transmit a polling message to indicate a second sounding feedback period that is reserved for one or more other STAs 103 that are excluded from the STAs 103 identified in the TFS. The AP 102 may receive sounding feedback from at least one of the other STAs 103 during the second sounding feedback period at operation 330. As an example, the second sounding period may be a dedicated sounding period and may be reserved exclusively for the other STAs 103. As another example, at least one of the other STAs 103 for which the second sounding feedback period is reserved may have been identified in the TFS. For instance, the AP 102 may not receive sounding feedback from those STAs 103 during the sounding feedback period for the TFS, in some cases. This may occur for reasons such as unsuccessful reception, failure of those STAs 103 to send the sounding feedback or other reason. Accordingly, the AP 102 may schedule those STAs 103 to transmit sounding feedback again during the

- 1635 -

second sounding feedback period. In some cases, operations 325 and 330 may be repeated for additional polling messages and dedicated sounding periods for additional STAs 103 excluded from the STAs 103 identified in the TFS. In some embodiments, operations 325 and 330 may be performed to enable sounding for legacy STAs 103, although such embodiments are not limiting. In some embodiments, the polling message may be included in a TF. In some embodiments, the polling message may include a TF.").

4148.  Ghosh, 11:49-62 ("It should be noted that the example scenario 400 in FIG. 4 indicates a first sequence 430 that includes the TFS 431, the uplink transmissions 432, 433 for a first sounding feedback period, and the M-BA 434. In addition, a second sequence 440 includes the TFS 441, the uplink transmission 442 for a second sounding feedback period, and the M-BA 444. Accordingly, the example scenario 400 shows two sounding feedback periods, but embodiments are not limited to this number. As an example, a single sounding feedback period may be used. As another example, two or more sounding feedback periods may be used. As another example, additional frames may be included, such as polling messages for other STAs 103 and additional sounding feedback periods to accommodate those STAs 103.").

4149.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

- 1636 -

███████████████████████████████████████████████

4150.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra.*

> **9.      Claim 9 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang**
>
> **a.      The method of claim 3, wherein transmitting the first CSI feedback in response to receiving the first trigger frame comprises: transmitting the first CSI feedback a second predetermined IFS after receiving the first trigger frame.**

4151.  **<u>Merlin 051</u>** also discloses this element.

4152.  Merlin 051 at [0073]: The AP 110 may then transmit the sounding NDP **405** following packet **402**. In response to the sounding NDP **405**, the wireless communication devices **120** may transmit CSI to the AP **110**. Specifically, the wireless communication devices **120** identified by the sounding announcement **401** may estimate the channel based on the sounding NDP **405** and send a representation of the estimated channel in a sounding feedback CSI transmission. In FIG. 4B, STA**1** and STA**2** concurrently transmit CSI transmissions **410**A and **410**B to the AP **110**. The CSI transmissions **410**A and **410**B may be UL-MU-MIMO transmissions, UL-OFDMA transmissions, or some combination thereof. In some embodiments, the concurrent transmissions may

██████████████████████████████

occur at the same time or within a certain threshold time period. These concurrent transmissions may utilize the resource allocation provided in the trigger frame **404**. Upon receiving the CSI transmissions **410**A and **410**B, the AP **110** may accurately determine information about the channel from the AP **110** to each of the wireless communication devices **120** (e.g., STA**1** and STA**2**). The sounding NDP **405** may be transmitted in accordance with a format similar to the format of frame **900** discussed herein with respect to FIG. 9. In one embodiment, sounding NDP **405** may comprise a bit or bits indicating that a MU CSI response is requested from the wireless communications devices **120**. In some aspects, sounding NDP **405** may be an HE NDP. In various aspects, the time in between the sounding announcement **401** and the sounding NDP **405** may be a SIFS time period and the timing in between the sounding NDP **405** and the CSI transmissions **410**A and **410**B may be a SIFS (or PIFS) time period

4153.  Merlin 051 at [0078]: The AP 110 may then transmit the sounding NDP 405 following the sounding announcement 401. AP may also transmit the trigger frame 404 following the sounding NDP 405. In response to the trigger frame 404, the wireless communication devices 120 may transmit CSI to the AP 110. Specifically, the wireless communication devices 120 identified by the sounding announcement 401 may estimate the channel based on the sounding NDP 405 and send a representation of the estimated channel in a sounding feedback CSI transmission. In FIG. 4C, STA1 and STA2 concurrently transmit CSI transmissions

410A and 410B to the AP 110. The CSI transmissions 410A and 410B may be UL-MU-MIMO transmissions, UL-OFDMA transmissions, or some combination thereof. In some embodiments, the concurrent transmissions may occur at the same time or within a certain threshold time period. These concurrent transmissions may utilize the resource allocation provided in the trigger frame 404. Upon receiving the CSI transmissions 410A and 410B, the AP 110 may accurately determine information about the channel from the AP 110 to each of the wireless communication devices 120 (e.g., STA1 and STA2). The sounding NDP 405 may be transmitted in accordance with a format similar to the format of frame 900 discussed herein with respect to FIG. 9. In some aspects, sounding NDP 405 may be an HE NDP. The trigger frame 404 may be transmitted in accordance with a format similar to the format of frame 800 discussed herein with respect to FIG. 8. In various aspects, the time in between the sounding announcement 401 and the sounding NDP 405 may be a SIFS time period, the time in between the sounding NDP 405 and the trigger frame 404 may be a SIFS time period, and the timing in between the trigger frame 404 and the CSI transmissions 410A and 410B may be a SIFS (or PIFS) time period.

4154.  Merlin 051 at [0082]: The AP **110** may then transmit the sounding NDP **405** following the sounding announcement **401**. AP may also transmit the trigger frame **404** following the sounding NDP **405**. In response to the trigger frame **404**, the wireless communication devices **120** may transmit CSI to the

- 1639 -

AP **110**. Specifically, the wireless communication devices **120** identified by the

sounding announcement **401** may estimate the channel based on the sounding

NDP **405** and send a representation of the estimated channel in a sounding

feedback CSI transmission. In FIG. 4D, STA**1** and STA**2** concurrently transmit CSI

transmissions **410**A and **410**B to the AP **110**. The CSI transmissions **410**A

and **410**B may be UL-MU-MIMO transmissions, UL-OFDMA transmissions, or

some combination thereof. In some embodiments, the concurrent transmissions may

occur at the same time or within a certain threshold time period. These concurrent

transmissions may utilize the resource allocation provided in the trigger frame **404**.

Upon receiving the CSI transmissions **410**A and **410**B, the AP **110** may accurately

determine information about the channel from the AP **110** to each of the wireless

communication devices **120** (e.g., STA**1** and STA**2**). If data or management

information **406** is transmitted, then the wireless communication devices **120** may

also transmit acknowledgment (ACK) or block acknowledgment (BA) of the data or

management information **406** to the AP **110** in transmissions **412**A and **412**B. The

sounding NDP **405** may be transmitted in accordance with a format similar to the

format of frame **900** discussed herein with respect to FIG. 9. In some aspects,

sounding NDP **405** may be an HE NDP. In various aspects, the time in between the

sounding announcement **401** and the sounding NDP **405** may be a SIFS time period

and the timing in between the sounding NDP **405** and the CSI transmissions **410**A

and **410**B may be a SIFS (or PIFS) time period.

████████████████████████████████████████

4155.  Merlin 051 at [0086]: The AP 110 may then transmit the sounding NDP 407 following the transmission of the sounding announcement 401 and the trigger frame 404. AP may also transmit the sounding NDP 405 following the sounding NDP **407**. Multiple sounding NDPs may be used so that wireless communication devices **120** of a first set of capabilities may estimate the channel based on the sounding NDP **407**, and so that wireless communication devices **120** of a second set of capabilities may estimate the channel based on the sounding NDP **405**. In one exemplary embodiment, sounding NDP **407** is useable by very-high-throughput (VHT) devices, and sounding NDP **405** is useable by HE devices. In response to the sounding NDP **405**, the wireless communication devices **120** may transmit CSI to the AP **110**. Specifically, the wireless communication devices **120** identified by the sounding announcement **401** may estimate the channel based on sounding NDP **405** and sounding NDP **407**, and send a representation of the estimated channel in a sounding feedback CSI transmission. In embodiment where only indoor usage is contemplated, VHT sounding NDP **407** may be transmitted, and a HE sounding NDP **405** may not be transmitted. In FIG. 5A, STA**1** and STA**2** concurrently transmit CSI transmissions **410**A and **410**B to the AP **110**. The CSI transmissions **410**A and **410**B may be legacy transmissions, UL-MU-MIMO transmissions, UL-OFDMA transmissions, or some combination thereof. In some embodiments, the concurrent transmissions may occur at the same time or within a certain threshold time period.

These concurrent transmissions may utilize the resource allocation provided in the trigger frame **404**. Upon receiving the CSI transmissions **410**A and **410**B, the AP **110** may accurately determine information about the channel from the AP **110** to each of the wireless communication devices **120** (e.g., STA**1** and STA**2**). The sounding NDP **405** may be transmitted in accordance with a format similar to the format of frame **900** discussed herein with respect to FIG. 9. In some aspects, sounding NDP **405** may be an HE NDP, and sounding NDP **407** may be a VHT NDP in accordance with 802.11ac. In various aspects, the time in between packet **402** and the sounding NDP **407** may be a SIFS time period, the time in between the sounding NDP **407** and the sounding NDP **405** may be a SIFS time period, and the timing in between the sounding NDP **405** and the CSI transmissions **410**A and **410**B may be a SIFS (or PIFS) time period.

4156.  Merlin 051 at Fig. 4C:



FIG. 4C

4157.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4158. **802.11-15/1097r1** also discloses this element.

4159. See Slide 7:

4160. Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4161. **Chun** also discloses this element. *See* Elements 1 [d], Claim 2, and Claim 3 above.

4162. Chun '388, 23:52-54 ("(2) A beamformer sends an NDP after an SIFS time after sending a VHT NDPA frame. The NDP has a VHT PPDU structure other than a data field.").

- 1643 -

4163.  Chun '388, 24:1-3 ("After receiving the NDP frame, the beamformee 1 sends a VHT compressed beamforming frame, including feedback information, to the beamformer after an SIFS.").

4164.  Chun '388, 24:10-14 ("(4) After receiving the VHT compressed beamforming frame from the beamformee 1, the beamformer sends a beamforming report poll frame to the beamformee 2 after an SIFS in order to obtain channel information from the beamformee 2.").

4165.  Chun '388, 24:21-33 ("(5) The beamformee 2 that has received the beamforming report poll frame sends a VHT compressed bcamforming frame, including feedback information, to the beamformer after an SIFS. (6) after receiving the VHT compressed beamforming frame from the beamformee 2, the beamformer sends a beamforming report poll frame to the beamformee 3 in order to obtain channel information from the beamformee 3 after an SIFS. (7) The beamformee 3 that has received the beamforming report poll frame sends a VHT compressed beamforming frame, including feedback information, to the beamformer after an SIFS.").

4166.  Chun '388, 32:44-52 ("The STA 1 that has received the VHT MU PPDU from the AP sends a block ACK (BA) frame to the AP after an SIFS. The BA frame is described in more detail later. The AP that has received the BA from the STA 1 sends a block acknowledgement request (BAR) frame to the next STA 2 after an SIFS. The STA 2 sends a BA frame to the AP after an SIFS. The AP that has

- 1644 -

████████████████████████████████████████

received the BA frame from the STA 2 sends a BAR frame to the STA 3 after an SIFS. The STA 3 sends a BA frame to the AP after an SIFS.").

4167.  Chun '388, 43:57-62 ("The STAs transmit respective UL MU data frames 2521, 2522, and 2523 to the AP based on the UL MU trigger frame 2510 transmitted by the AP. In this case, the STAs may receive the UL MU trigger frame 2510 from the AP and then transmit the UL MU data frames 2521, 2522, and 2523 to the AP after an SIFS.").

4168.  Chun '388, 45:1-6 ("The AP may transmit the ACK frame 2530 (or the BA frame) as a response to the UL data frames 2521, 2522, and 2523 received from the respective STAs. In this case, the AP may receive the UL data frames 2521, 2522, and 2523 from the respective STAs and then transmit the ACK frame 2530 to each of the STAs after an SIFS.").

4169.  Chun '388, 60:57-61:3 ("A stand-alone broadcast MU feedback method, that is, a modified example of the DL sounding protocol proposed with reference to FIG. 30, has been described above. As described above, the NDPA frame and the trigger frame may be transmitted at an interval of an SIFS through different PPDUs as in the embodiment of FIG. 30 or may be aggregated into one NDPA trigger frame and together transmitted through one PPDU. An example in which an NDPA frame and a trigger frame are transmitted is described based on the embodiment of FIG. 30 in which they are separately transmitted, for convenience of description, but the present invention is not limited thereto. The following

- 1645 -

███████████████████████

description may be identically applied to the embodiment of FIG. 34 in which an NDPA trigger frame is transmitted.").

4170.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4171.  **Yao** also discloses this element.  *See* Element 1 [d], Claim 2, and Claim 3 above.

4172.  Yao, [0042] ("In the SU-MIMO scenario, one beamformee communicates with one beamformer (for a specific signaling flowchart, reference may be made to FIG. 3, where TXOP indicates Transmit Opportunity, and SIFS indicates Short Inter-Frame Space). Therefore, when the beamformee receives a unicast NDPA message, the transmission is SU-MIMO communication if a feedback type (Feedback Type) recorded in a STA Info field in the NDPA message is 0. If a locally stored association ID (AID, Association ID) matches the AID of the STA Info in the NDPA, the NDPA message is what the beamformee requires.").

4173.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4174.  **Ghosh** also discloses this element.  *See* Elements 1 [d], Claim 2, and Claim 3 above.

4175.  Ghosh, 7:61-67 ("The NDP-A 410 may be transmitted by the AP 102, and may be received by the STAs 103 labeled as STA #1, STA #2, and STA #3. After

- 1646 -

███████████████████████████

an SIFS 415 has elapsed, the AP 102 may transmit the NDP 420 that is announced by the NDP-A 410. It should be noted that the use of the SIFS 415 here and elsewhere in FIG. 4 (425,435,436, 445, 446) is not limiting, as other time intervals may be used in some cases.").

4176.  Ghosh, 9:4-9 ("Referring back to the example channel sounding scenario 400 in FIG. 4, the TFS 431 may be transmitted when a time duration of the SIFS 425 has elapsed since the transmission of the NDP 420. The TFS 431 may indicate a first sounding feedback period. In addition, a second TFS 441 may also be transmitted for a second sounding feedback period.").

4177.  Ghosh, 9:27-40 ("Various parameters that may be included in the TFS 500 will be described below. The frame control 505 may indicate information such as a protocol version, frame type or sub-frame type. The duration 510 may indicate a duration of a packet that is expected in response to the current packet (i.e. the TFS 500). The RA 515 may indicate a broadcast address while the TA 520 may indicate a medium access control (MAC) address of the AP 102. The uplink duration 525 may indicate a duration for a compress beam-forming feedback frame or other sounding feedback frame. As a non- limiting example, the value for the uplink duration 525 may be equal to the value in the duration 510 minus a time used for a multi-STA block acknowledgement (M-BA) frame minus an SIFS value multiplied by two.").

4178.  Ghosh, 10:51-64 ("In some embodiments, sounding feedback from multiple STAs 103 may be received during one or more time periods that at least partially overlap. That is, the sounding feedback may include sounding feedback contributions transmitted from multiple STAs 103 in time windows that at least partially overlap. As an example, a first portion of the sounding feedback may be received from a first STA 103 during a first time period. A second portion of the sounding feedback may be received from a second STA 103 during a second time period that at least partly overlaps the first time period. Accordingly, the sounding feedback during an overlapping portion of the time period may include a combination or a sum of individual sounding feedback contributions from the first STA 103 and the second STA 103.").

4179.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4180.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra.*

**10.    Claim 11 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang**

- 1648 -

**4181.** Claims 1 and 11 are independent claims. Claim 1 recites a method performed by a wireless device (which allegedly could be a beamformee, such as an IEEE 802.11 STA) comprising, among other things "<u>receiving</u> a Null Data Packet Announcement (NDPA)." Claim 11 recites a method performed by a wireless device (which allegedly could be a beamformer, such as an IEEE 802.11 AP) comprising, among other things "<u>transmitting</u> a Null Data Packet Announcement (NDPA)." The independent claims are otherwise substantially similar. Claims 12-19 (all of which depend ultimately from claim 11) are likewise substantially similar to claims 2-3, 9, 4-8 (all of which depend ultimately from claim 1). In particular, claim 12 corresponds to claim 2; claim 13 corresponds to claim 3; claim 14 corresponds to claim 9; claim 15 corresponds to claim 4; claim 16 corresponds to claim 5; claim 17 corresponds to claim 6; claim 18 corresponds to claim 7; and claim 19 corresponds to claim 8. Accordingly, my analysis of claim 1 and its dependent claims applies to the respective corresponding claims among claims 11-19. Thus, for brevity, I may not repeat my analysis as to the corresponding claims.

> **a.    Element 11 [pre]: A method performed by a wireless device, the method comprising:**

4182. **<u>Merlin 051</u>** also discloses this element. See claim 1.

4183. Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4184. **<u>802.11ac-2013</u>** also discloses this element. See claim 1.

████████████████████

4185.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4186.  **Chun** also discloses this element.  *See* Element 1 [pre] above.

4187.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4188.  **Yao** also discloses this element.  *See* Element 1 [pre] above.

4189.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4190.  **Ghosh** also discloses this element. *See* Element 1 [pre] above.

4191.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4192.  **Yang** also discloses this element. *See* Element 1 [pre] above.

4193.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4194.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in

██████████████████████████████

view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-

15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to

Combine," *infra.*

> **b.      Element 11 [a]:  transmitting a Null Data Packet Announcement (NDPA), the NDPA including one or more station information fields;**

4195.  **Merlin 051** also discloses this element.  See claim 1.

4196.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4197.  **802.11ac-2013** also discloses this element.  See claim 1.

4198.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4199.  **Chun** also discloses this element. *See* Element 1 [a] above.

4200.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4201.  **Yao** also discloses this element.  *See* Element 1 [a] above.

4202.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4203.  **Ghosh** also discloses this element.  *See* Element 1 [a] above.

4204.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4205.  **Yang** also *discloses* this element.  *See* Element 1 [a] above.

4206.  Alternatively, Yang, in view of the background knowledge and ordinary *creativity* of a POSITA at the time of the invention, renders  this element obvious.

4207.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra.*

        c.      **Element 11 [b]:  transmitting a Null Data Packet (NDP); and**

4208.  **Merlin 051** also discloses this element.  See claim 1.

4209.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4210.  **802.11ac-2013** also discloses this element.  See claim 1.

████████████████████████████████████████

4211.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4212.  **Chun** also discloses this element. *See* Element 1 [c] above.

4213.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4214.  **Yao** also discloses this element.  *See* Element 1 [c] above.

4215.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4216.  **Ghosh** also discloses this element. *See* Element 1 [c] above.

4217.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4218.  **Yang** also discloses this element. *See* Element 1 [c] above.

4219.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4220.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in

view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-

15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to

Combine," *infra*.

> **d.     Element 11 [c]:  when a number of the one or more station information fields in the NDPA is one, receiving first Channel State Information (CSI) feedback transmitted in response to the NDP having only one station information field,**

4221.  **<u>Merlin 051</u>** also discloses this element.  See claim 1.

4222.  Alternatively, Merlin 051, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

4223.  **<u>802.11ac-2013</u>** also discloses this element.  See claim 1.

4224.  Alternatively, 802.11ac-2013, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

4225.  **<u>Chun</u>** also discloses this element. *See* Element 1 [d] above.

4226.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders  this element

obvious.

4227.  **<u>Yao</u>** also discloses this element.  *See* Element 1 [d] above.

4228.  Alternatively, Yao, in view of the background knowledge and ordinary

creativity of a POSITA at the time of the invention, renders  this element obvious.

- 1654 -

4229. **Ghosh** also discloses this element.  *See* Element 1 [d] above.

4230. Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4231. **Yang** also discloses this element.  *See* Element 1 [d] above.

4232. Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4233. To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra*.

> e.  **Element 11 [d]:  wherein the number of the one or more station information fields in the NDPA is exactly the cardinality of the one or more station information fields in the NDPA.**

4234. **Merlin 051** also discloses this element.  See claim 1.

4235. Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4236. **802.11ac-2013** also discloses this element.  See claim 1.

- 1655 -

████████████████████████████████

4237.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4238.  **Chun** also discloses this element. *See* Element 1 [e] above.

4239.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4240.  **Yao** also discloses this element.  *See* Element 1 [e] above.

4241.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4242.  **Ghosh** also discloses this element. *See* Element 1 [e] above.

4243.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4244.  **Yang** also discloses this element. *See* Element 1 [e] above.

4245.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4246.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in

- 1656 -

███████████████████

view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-

15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to

Combine," *infra*.

### 11. Claim 12 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang

4247.  Claims 1 and 11 are independent claims.  Claim 1 recites a method

performed by a wireless device (which allegedly could be a beamformee, such as an

IEEE 802.11 STA) comprising, among other things "receiving a Null Data Packet

Announcement (NDPA)."  Claim 11 recites a method performed by a wireless device

(which allegedly could be a beamformer, such as an IEEE 802.11 AP) comprising,

among other things "transmitting a Null Data Packet Announcement (NDPA)."  The

independent claims are otherwise substantially similar.  Claims 12-19 (all of which

depend ultimately from claim 11) are likewise substantially similar to claims 2-3, 9,

4-8 (all of which depend ultimately from claim 1).  In particular, claim 12

corresponds to claim 2; claim 13 corresponds to claim 3; claim 14 corresponds to

claim 9; claim 15 corresponds to claim 4; claim 16 corresponds to claim 5; claim 17

corresponds to claim 6; claim 18 corresponds to claim 7; and claim 19 corresponds to

claim 8.  Accordingly, my analysis of claim 1 and its dependent claims applies to the

respective corresponding claims among claims 11-19.  Thus, for brevity, I may not

repeat my analysis as to the corresponding claims

        **a.**       **Element 12:  The method of claim 11, further comprising: when the number of the one or more station information fields in the NDPA is greater**

- 1657 -

> than one: transmitting a first trigger frame; and receiving the first CSI feedback in response to transmitting the first trigger frame.

4248. **Merlin 051** also discloses this element.  See claim 2.

4249.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4250. **802.11ac-2013** also discloses this element.  See claim 2.

4251.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4252. **802.11-15/1097r1** also discloses this element.  See claim 2.

4253.  Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4254. **Chun** also discloses this element.  *See* Claim 2 above.

4255.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4256. **Yao** also discloses this element.  *See* Claim 2 above.

4257.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4258.  **Ghosh** also discloses this element.  *See* Claim 2 above.

4259.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4260.  **Yang** also discloses this element. *See* Claim 2 above.

4261.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4262.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra.*

### 12.    Claim 13 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang

4263.  Claims 1 and 11 are independent claims.  Claim 1 recites a method performed by a wireless device (which allegedly could be a beamformee, such as an IEEE 802.11 STA) comprising, among other things "receiving a Null Data Packet Announcement (NDPA)."  Claim 11 recites a method performed by a wireless device (which allegedly could be a beamformer, such as an IEEE 802.11 AP) comprising, among other things "transmitting a Null Data Packet Announcement (NDPA)."  The

- 1659 -

independent claims are otherwise substantially similar.  Claims 12-19 (all of which depend ultimately from claim 11) are likewise substantially similar to claims 2-3, 9, 4-8 (all of which depend ultimately from claim 1).  In particular, claim 12 corresponds to claim 2; claim 13 corresponds to claim 3; claim 14 corresponds to claim 9; claim 15 corresponds to claim 4; claim 16 corresponds to claim 5; claim 17 corresponds to claim 6; claim 18 corresponds to claim 7; and claim 19 corresponds to claim 8.  Accordingly, my analysis of claim 1 and its dependent claims applies to the respective corresponding claims among claims 11-19.  Thus, for brevity, I may not repeat my analysis as to the corresponding claims

> **a.    The method of claim 12, wherein receiving the first CSI feedback in response to transmitting the NDP comprises: receiving the first CSI feedback a first predetermined interframe space (IFS) after transmitting the NDP.**

4264. **Merlin 051** also discloses this element.  See claim 3.

4265. Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4266. **802.11ac-2013** also discloses this element.  See claim 3.

4267. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4268. **802.11-15/1097r1** also discloses this element.  See claim 3.

4269.  Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4270.  **Chun** also discloses this element.  *See* Claim 3 above.

4271.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4272.  **Yao** also discloses this element. *See* Claim 3 above.

4273.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4274.  **Ghosh** also discloses this element. *See* Claim 3 above.

4275.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4276.  **Yang** also discloses this element. *See* Claim 3 above.

4277.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4278.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in

- 1661 -

███████████████████████████████████

view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang. *See* "Motivation to Combine," *infra*.

### 13.    Claim 14 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang

4279.  Claims 1 and 11 are independent claims.  Claim 1 recites a method performed by a wireless device (which allegedly could be a beamformee, such as an IEEE 802.11 STA) comprising, among other things "<u>receiving</u> a Null Data Packet Announcement (NDPA)."  Claim 11 recites a method performed by a wireless device (which allegedly could be a beamformer, such as an IEEE 802.11 AP) comprising, among other things "<u>transmitting</u> a Null Data Packet Announcement (NDPA)."  The independent claims are otherwise substantially similar.  Claims 12-19 (all of which depend ultimately from claim 11) are likewise substantially similar to claims 2-3, 9, 4-8 (all of which depend ultimately from claim 1).  In particular, claim 12 corresponds to claim 2; claim 13 corresponds to claim 3; claim 14 corresponds to claim 9; claim 15 corresponds to claim 4; claim 16 corresponds to claim 5; claim 17 corresponds to claim 6; claim 18 corresponds to claim 7; and claim 19 corresponds to claim 8.  Accordingly, my analysis of claim 1 and its dependent claims applies to the respective corresponding claims among claims 11-19.  Thus, for brevity, I may not repeat my analysis as to the corresponding claims

> **a.    The method of claim 13, wherein receiving the first CSI feedback in response to transmitting the first trigger frame comprises: receiving the first CSI**

- 1662 -

**feedback a second predetermined IFS after transmitting the first trigger frame.**

4280.  **Merlin 051** also discloses this element.  See claim 9.

4281.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4282.  **802.11ac-2013** also discloses this element.  See claim 9.

4283.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4284.  **802.11-15/1097r1** also discloses this element.  See claim 9.

4285.  Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4286.  **Chun** also discloses this element.  *See* Claim 9 above.

4287.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4288.  **Yao** also discloses this element. *See* Claim 9 above

4289.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4290.  **Ghosh** also discloses this element. *See* Claim 9 above

- 1663 -

4291.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4292.  **Yang** also discloses this element. *See* Claim 9 above

4293.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4294.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra*.

### 14.    Claim 15 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang

4295.   Claims 1 and 11 are independent claims.  Claim 1 recites a method performed by a wireless device (which allegedly could be a beamformee, such as an IEEE 802.11 STA) comprising, among other things "receiving a Null Data Packet Announcement (NDPA)."  Claim 11 recites a method performed by a wireless device (which allegedly could be a beamformer, such as an IEEE 802.11 AP) comprising, among other things "transmitting a Null Data Packet Announcement (NDPA)."  The independent claims are otherwise substantially similar.  Claims 12-19 (all of which

depend ultimately from claim 11) are likewise substantially similar to claims 2-3, 9, 4-8 (all of which depend ultimately from claim 1).  In particular, claim 12 corresponds to claim 2; claim 13 corresponds to claim 3; claim 14 corresponds to claim 9; claim 15 corresponds to claim 4; claim 16 corresponds to claim 5; claim 17 corresponds to claim 6; claim 18 corresponds to claim 7; and claim 19 corresponds to claim 8.  Accordingly, my analysis of claim 1 and its dependent claims applies to the respective corresponding claims among claims 11-19.  Thus, for brevity, I may not repeat my analysis as to the corresponding claims

> **a.    The method of claim 12, wherein receiving the first CSI feedback in response to transmitting the NDP comprises: receiving the first CSI feedback in a single user transmission in response to transmitting the NDP.**

4296. **Merlin 051** also discloses this element.  See claim 4.

4297. Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4298. **802.11ac-2013** also discloses this element.  See claim 4.

4299. Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4300. **802.11-15/1097r1** also discloses this element.  See claim 4.

4301.  Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4302.  **Chun** also discloses this element.  *See* Claim 4 above.

4303.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4304.  **Yao** also discloses this element. *See* Claim 4 above.

4305.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4306.  **Ghosh** also discloses this element. *See* Claim 4 above.

4307.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4308.  **Yang** also discloses this element. *See* Claim 4 above.

4309.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4310.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in

████████████████████████████████████████

view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-

15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to

Combine," *infra*.

### 15.    Claim 16 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang

4311.  Claims 1 and 11 are independent claims.  Claim 1 recites a method

performed by a wireless device (which allegedly could be a beamformee, such as an

IEEE 802.11 STA) comprising, among other things "receiving a Null Data Packet

Announcement (NDPA)."  Claim 11 recites a method performed by a wireless device

(which allegedly could be a beamformer, such as an IEEE 802.11 AP) comprising,

among other things "transmitting a Null Data Packet Announcement (NDPA)."  The

independent claims are otherwise substantially similar.  Claims 12-19 (all of which

depend ultimately from claim 11) are likewise substantially similar to claims 2-3, 9,

4-8 (all of which depend ultimately from claim 1).  In particular, claim 12

corresponds to claim 2; claim 13 corresponds to claim 3; claim 14 corresponds to

claim 9; claim 15 corresponds to claim 4; claim 16 corresponds to claim 5; claim 17

corresponds to claim 6; claim 18 corresponds to claim 7; and claim 19 corresponds to

claim 8.  Accordingly, my analysis of claim 1 and its dependent claims applies to the

respective corresponding claims among claims 11-19.  Thus, for brevity, I may not

repeat my analysis as to the corresponding claims.

> **a.    The method of claim 15, wherein receiving the first CSI feedback in response to transmitting the first trigger frame comprises: receiving the first CSI**

**feedback in a multi user transmission in response
to transmitting the first trigger frame.**

4312. **Merlin 051** also discloses this element.  See claim 4.

4313.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4314. **802.11ac-2013** also discloses this element.  See claim 4.

4315.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4316. **802.11-15/1097r1** also discloses this element.  See claim 4.

4317.  Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4318. **Chun** also discloses this element. *See* Claim 5 above.

4319.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4320. **Yao** also discloses this element. *See* Claim 5 above.

4321.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4322. **Ghosh** also discloses this element. *See* Claim 5 above.

4323.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4324.  **Yang** also discloses this element. *See* Claim 5 above.

4325.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4326.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra*.

### 16.    Claim 17 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang

4327.  Claims 1 and 11 are independent claims.  Claim 1 recites a method performed by a wireless device (which allegedly could be a beamformee, such as an IEEE 802.11 STA) comprising, among other things "receiving a Null Data Packet Announcement (NDPA)."  Claim 11 recites a method performed by a wireless device (which allegedly could be a beamformer, such as an IEEE 802.11 AP) comprising, among other things "transmitting a Null Data Packet Announcement (NDPA)."  The independent claims are otherwise substantially similar.  Claims 12-19 (all of which

- 1669 -

depend ultimately from claim 11) are likewise substantially similar to claims 2-3, 9, 4-8 (all of which depend ultimately from claim 1).  In particular, claim 12 corresponds to claim 2; claim 13 corresponds to claim 3; claim 14 corresponds to claim 9; claim 15 corresponds to claim 4; claim 16 corresponds to claim 5; claim 17 corresponds to claim 6; claim 18 corresponds to claim 7; and claim 19 corresponds to claim 8.  Accordingly, my analysis of claim 1 and its dependent claims applies to the respective corresponding claims among claims 11-19.  Thus, for brevity, I may not repeat my analysis as to the corresponding claims.

> a.   **The method of claim 16, wherein the first trigger frame comprises resource assignment information.**

4328.  **Merlin 051** also discloses this element.  See claim 5.

4329.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4330.  **802.11ac-2013** also discloses this element.  See claim 5.

4331.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4332.  **802.11-15/1097r1** also discloses this element.  See claim 5.

4333.  Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4334.  **Chun** also discloses this element. *See* Claim 6 above.

4335.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4336.  **Yao** also discloses this element.  *See* Claim 6 above.

4337.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4338.  **Ghosh** also discloses this element. *See* Claim 6 above.

4339.  Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4340.  **Yang** also discloses this element. *See* Claim 6 above.

4341.  Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4342.  To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to Combine," *infra*.

**17.   Claim 18 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang**

4343.  Claims 1 and 11 are independent claims.  Claim 1 recites a method performed by a wireless device (which allegedly could be a beamformee, such as an IEEE 802.11 STA) comprising, among other things "receiving a Null Data Packet Announcement (NDPA)."  Claim 11 recites a method performed by a wireless device (which allegedly could be a beamformer, such as an IEEE 802.11 AP) comprising, among other things "transmitting a Null Data Packet Announcement (NDPA)."  The independent claims are otherwise substantially similar.  Claims 12-19 (all of which depend ultimately from claim 11) are likewise substantially similar to claims 2-3, 9, 4-8 (all of which depend ultimately from claim 1).  In particular, claim 12 corresponds to claim 2; claim 13 corresponds to claim 3; claim 14 corresponds to claim 9; claim 15 corresponds to claim 4; claim 16 corresponds to claim 5; claim 17 corresponds to claim 6; claim 18 corresponds to claim 7; and claim 19 corresponds to claim 8.  Accordingly, my analysis of claim 1 and its dependent claims applies to the respective corresponding claims among claims 11-19.  Thus, for brevity, I may not repeat my analysis as to the corresponding claims.

> **a.   The method of claim 17, wherein receiving the first CSI feedback in a multi user transmission comprises: participating in the multi user transmission based on the resource assignment information to receive the first CSI feedback in response to transmitting the first trigger frame.**

4344.  **Merlin 051** also discloses this element.  See claim 7.

- 1672 -

███████████████████████████████

4345.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4346.  **802.11ac-2013** also discloses this element.  See claim 7.

4347.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4348.  **802.11-15/1097r1** also discloses this element.  See claim 7.

4349.  Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4350.  **Chun** also discloses this element. *See* Claim 7 above.

4351.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4352.  **Yao** also discloses this element. *See* Claim 7 above.

4353.  Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4354.  **Ghosh** also discloses this element. *See* Claim 7 above.

- 1673 -

4355. Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4356. **Yang** also discloses this element. *See* Claim 7 above.

4357. Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4358. To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang. *See* "Motivation to Combine," *infra*.

### 18. Claim 19 is Obvious In View of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang

4359. Claims 1 and 11 are independent claims. Claim 1 recites a method performed by a wireless device (which allegedly could be a beamformee, such as an IEEE 802.11 STA) comprising, among other things "receiving a Null Data Packet Announcement (NDPA)." Claim 11 recites a method performed by a wireless device (which allegedly could be a beamformer, such as an IEEE 802.11 AP) comprising, among other things "transmitting a Null Data Packet Announcement (NDPA)." The independent claims are otherwise substantially similar. Claims 12-19 (all of which

████████████████████████

depend ultimately from claim 11) are likewise substantially similar to claims 2-3, 9, 4-8 (all of which depend ultimately from claim 1).  In particular, claim 12 corresponds to claim 2; claim 13 corresponds to claim 3; claim 14 corresponds to claim 9; claim 15 corresponds to claim 4; claim 16 corresponds to claim 5; claim 17 corresponds to claim 6; claim 18 corresponds to claim 7; and claim 19 corresponds to claim 8.  Accordingly, my analysis of claim 1 and its dependent claims applies to the respective corresponding claims among claims 11-19.  Thus, for brevity, I may not repeat my analysis as to the corresponding claims.

> **a.**    **The method of claim 12, further comprising: when the number of one or more station information fields in the NDPA is greater than one: transmitting a second trigger frame; and receiving second CSI feedback in response to transmitting the second trigger frame.**

4360.  **Merlin 051** also discloses this element.  See claim 8.

4361.  Alternatively, Merlin 051, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4362.  **802.11ac-2013** also discloses this element.  See claim 8.

4363.  Alternatively, 802.11ac-2013, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4364.  **802.11-15/1097r1** also discloses this element.  See claim 8.

4365. Alternatively, 802.11-15/1097r1, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4366. **Chun** also discloses this element.  *See* Claim 8 above.

4367. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4368. **Yao** also discloses this element.  *See* Claim 8 above.

4369. Alternatively, Yao, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4370. **Ghosh** also discloses this element. *See* Claim 8 above.

4371. Alternatively, Ghosh, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4372. **Yang** also discloses this element. *See* Claim 8 above.

4373. Alternatively, Yang, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders  this element obvious.

4374. To the extent it is argued or determined that any of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, or Yang do not disclose this element, then this element would have been obvious at the time of the invention in

- 1676 -

███████████████

view of any combination of Merlin 051, and/or 802.11ac-2013, and/or 802.11-

15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang.  *See* "Motivation to

Combine," *infra*.

### 19.    Motivation to Combine

4375.  The systems and methods disclosed in the references discussed (i.e.,

Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, Yang) above are

analogous to the inventions claimed in the '919 Patent.  At the time of the

invention, one or more of these references could have been combined with each

other (and/or in view of applicant admitted prior art and/or the knowledge of a

person of ordinary skill in the art) by a person of ordinary skill in the art in an

obvious way, and a person of ordinary skill would have had a reasonable

expectation of success in combining these references as described above.

4376.  Each of these references is analogous art to the claimed invention

because the references are from the same field of endeavor as the claimed invention

(even if it is argued or determined that they address a different problem). For

example, each of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh,

and Yang specifically relates to WLAN operation at least according to IEEE 802.11

standards. See, for example, **Merlin 051** at ¶ [0038] ("Wireless network

technologies may include various types of wireless local area networks (WLANs). A

WLAN may be used to interconnect nearby devices together, employing widely used

networking protocols. The various aspects described herein may apply to any

████████████████████████████████████

communication standard, such as Wi-Fi or, more generally, any member of the

IEEE 802.11 family of wireless protocols."); **802.11ac-2013** at Introduction, page x

("The purpose of this amendment is to improve the IEEE 802.11 wireless local area

network (WLAN) user experience by providing significantly higher basic service set

(BSS) throughput for existing WLAN application areas and to enable new market

segments for operation below 6 GHz including distribution of multiple

multimedia/data streams."); **802.11-15/1097r1** at Slide 1 ("Reducing Channel

Sounding Protocol Overhead for 11ax"); **Chun** at 1:50-61 ("The scope of IEEE

802.11ax chiefly discussed in the next-generation WLAN task group called a so-

called IEEE 802.11ax or high efficiency (HEW) WLAN includes 1) the improvement

of an 802.11 physical (PHY) layer and medium access control (MAC) layer in bands

of 2.4 GHz, 5 GHz, etc., 2) the improvement of spectrum efficiency and area

throughput, 3) the improvement of performance in actual indoor and outdoor

environments, such as an environment in which an interference source is present, a

dense heterogeneous network environment, and an environment in which a high

user load is present and so on."); **Yao** at ¶ [0004] ("In the prior art, to prevent

abnormal situations, IEEE802.11ac specifies that the number of actual active

antennas of the beamformee must be larger than or equal to the number of columns

(NC) set by the beamformer in a null data packet announcement (NDPA, Null data

packet Announcement) message. Therefore, after receiving the NDPA message, the

beamformee has no corresponding processing mechanism if it finds that the number

- 1678 -

of its actual active antennas is smaller than the number of columns set by the

beamformer in the NDPA message. This leads to logical imprecision and disorder of

IEEE802.11ac, finally affecting the design of related products."); **Ghosh** at 1:15-27

("Embodiments pertain to wireless networks. Some embodiments relate to wireless

local area networks (WLANs) and Wi-Fi networks including networks operating in

accordance with the IEEE 802.11 family of standards, such as the IEEE 802.11ac

standard or the IEEE 802.11ax study group (SG) (named DensiFi). Some

embodiments relate to high-efficiency (HE) wireless or high-efficiency WLAN or Wi-

Fi (HEW) communications. Some embodiments relate to multi-user (MU) multiple-

input multiple-output (MIMO) communications and orthogonal frequency division

multiple access (OFDMA) communication techniques. Some embodiments relate to

channel sounding techniques."); **Yang** at Abstract ("The invention relates to the

field of wireless communication, in particular to relate to a method and equipment

for obtaining channel information. A method for issuing channel information

provided by the embodiment of the invention comprises the steps that receiving

ends receive a null data packet announcement (NDPA) sent by a sending end,

wherein the NDPA comprises station number and station list information; and the

station number is used for indicating the quantity of the receiving ends in the

station list information; the receiving ends read the information in the station list

information in order to decide whether information corresponding to the receiving

ends is included or not, if the reading times of the receiving ends exceed the station

- 1679 -

████████████████████████

number, the condition of finishing reading the station list information is decided; and if the station list information includes the information corresponding to the receiving ends, the receiving ends receive a null data packet (NDP) respectively, and further calculate the channel information according to the null data packets; and the channel information is sent to the sending end.").  Moreover, IEEE 802.11ax is compatible with and builds on 802.11ac-2013.

4377.  Each of Merlin 051, 802.11ac-2013, 802.11-15/1097r1, Chun, Yao, Ghosh, and Yang are analogous art to the claimed invention also because each reference is reasonably pertinent to the problem faced by the inventor (even if it is argued or determined that they are not in the same field of endeavor as the claimed invention).  As shown in detail above and as summarized and expounded upon below, each of these references would have logically commended themselves to the inventors' attention in considering the problem they were attempting to address.

4378.  For example, **Merlin 051** discloses "an AP 110 may transmit a sounding announcement 401 to a wireless communication device 120 indicating that a sounding frame is forthcoming (sounding NDP 405, as shown in FIG. 4A), that the wireless communication device 120 is the intended recipient of the forthcoming sounding frame, and the format thereof. ... In an exemplary embodiment, sounding announcement 401 is an NDPA contained in a PPDU." *Id*. at ¶ [0067].  And as discussed above in more detail, Merlin 051 discloses or renders obvious many elements of the Asserted Claims of the '919 Patent. *See supra*.  Additionally, Merlin

051 discloses numerous teachings, suggestions, and motivations to use the disclosed

system. "In order to address the issue of increasing bandwidth requirements that

are demanded for wireless communications systems, different schemes are being

developed to allow multiple user terminals to communicate with a single access

point by sharing the channel resources while achieving high data throughputs. With

limited communication resources, it is desirable to reduce the amount of traffic

passing between the access point and the multiple terminals. For example, when

multiple terminals send channel state information feedback to the access point, it is

desirable to minimize the amount of traffic to complete the uplink of the channel

state information. Thus, there is a need for an improved protocol for uplink of

channel state information from multiple terminals." Merlin 051 at ¶ [0007]. See

also Merlin 051 at ¶ [0041], which specifically teaches to use the invention in the

context of OFDMA systems like IEEE 802.11ax ("The techniques described herein

may be used for various broadband wireless communication systems, including

communication systems that are based on an orthogonal multiplexing scheme.

Examples of such communication systems include Spatial Division Multiple Access

(SDMA), Time Division Multiple Access (TDMA), Orthogonal Frequency Division

Multiple Access (OFDMA) systems, Single-Carrier Frequency Division Multiple

Access (SC-FDMA) systems, and so forth. … An OFDMA system utilizes orthogonal

frequency division multiplexing (OFDM), which is a modulation technique that

partitions the overall system bandwidth into multiple orthogonal sub-carriers.

These sub-carriers may also be called tones, bins, etc. With OFDM, each sub-carrier may be independently modulated with data. An OFDM system may implement IEEE 802.11 or some other standards known in the art.").

4379.  For example, **802.11ac-2013** discloses "9.31.5.2 Rules for VHT sounding protocol sequences  A VHT beamformer shall initiate a sounding feedback sequence by transmitting a VHT NDP Announcement frame followed by a VHT NDP after a SIFS. The VHT beamformer shall include in the VHT NDP Announcement frame one STA Info field for each VHT beamformee that is expected to prepare VHT Compressed Beamforming feedback and shall identify the VHT beamformee by including the VHT beamformee's AID in the AID subfield of the STA Info field. The VHT NDP Announcement frame shall include at least one STA Info field." *Id*. at § 9.31.5.2. And as discussed above in more detail, 802.11ac-2013 discloses or renders obvious many elements of the Asserted Claims of the '919 Patent. *See supra*.  Additionally, 802.11ac-2013 discloses numerous teachings, suggestions, and motivations to use the disclosed system.  "9.31.5.1 General Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the VHT beamformer and a STA for which reception is optimized is called a VHT beamformee. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel from the training symbols transmitted

███████████████████████████████████

by the VHT beamformer and sends back a transformed estimate of the channel state to the VHT beamformer. The VHT beamformer then uses this estimate, perhaps combining estimates from multiple VHT beamformees, to derive the steering matrix."  802.11ac-2013 at § 9.31.5.1.  Further, IEEE 802.11ax is compatible with and builds on 802.11ac-2013.  Therefore, a POSITA would naturally combine the teachings of 802.11ac-2013 with the teachings of any combination of Merlin 051, 802.11-15/1097r1, Chun, Yao, Ghosh, and/or Yang .

4380.  For example, **802.11-15/1097r** discloses an improved channel sounding protocol for use with IEEE 802.11ax.  See slides 1-13.  And as discussed above in more detail, 802.11-15/1097r1 discloses or renders obvious many elements of the Asserted Claims of the '919 Patent. *See supra.*  Additionally, 802.11-15/1097r1 discloses numerous teachings, suggestions, and motivations to use the disclosed system.  802.11-15/1097r1 at 2 ("11ac Sounding protocol can be improved by applying similar techniques, improves efficiency and reduces overhead,…11ac Sounding protocol can be improved by applying similar techniques"); *id.* at slide 3 ("How to reduce the overhead incurred in sounding protocol for 11ax?"); *id.* at slide 4 ("Reduces overhead associated with obtaining CSI feedback"); *id.* at slide 6 ("Reduces overhead involved in sounding protocol"); *id.* at slide 12 ("Multiplexing of responses from multiple STAs, to data transmission from AP, improves efficiency and reduces overhead").

███████████████████████████████████

4381.  For example, **<u>Chun</u>** discloses "Disclosed herein is a sounding method of a station (STA) for sending feedback information about a downlink (DL) channel state in a wireless LAN (WLAN) system. The sounding method includes receiving an NDP announcement (NDPA) frame providing notification of the transmission of a null data packet (NDP) frame; receiving the NDP frame; receiving a trigger frame comprising resource allocation information allocated to the STA; generating feedback information using the NDP frame; and sending a feedback frame comprising feedback information through uplink (UL) multi-user (MU) transmission using a frequency resource indicated by the resource allocation information. The feedback information may be generated in a frequency granularity (FG) unit with respect to a transmission bandwidth having a size smaller than or equal to the size of a transmission bandwidth of the NDP frame." *Id*. at Abstract. And as discussed above in more detail, Chun discloses or renders obvious many elements of the Asserted Claims of the '919 Patent. *See supra.*  Additionally, Chun discloses numerous teachings, suggestions, and motivations to use the disclosed system.  "An embodiment of the present invention is directed to the proposal of a new sounding protocol which can be applied to a next-generation wireless communication system and to the proposal of the high efficiency (HE) format of frames transmitted and received for a sounding protocol."  Chun at 2:28-45. "Furthermore, an embodiment of the present invention is directed to the proposal of an efficient method for the uplink multi-user transmission of channel state

- 1684 -

information measured by STAs in a next-generation wireless communication system." Chun at id. "Furthermore, an embodiment of the present invention is directed to the proposal of a preliminary procedure for obtaining channel state information for downlink multi-user transmission in a wireless communication system." Chun at id. "Furthermore, an embodiment of the present invention is directed to a new proposal of the size and feedback unit of a feedback target channel (or bandwidth) so as to reduce feedback overhead." Chun at id.

4382.  For example, **Yao** discloses "IEEE802.11ac is a branch of the IEEE802.11 protocol series and introduces a very-high-throughput probing mechanism, which is a channel detection mechanism between a beamformer and a beamformee. With this mechanism, the beamformer is capable of better knowing the situation of a channel between the beamformer and the beamformee. As such, the communication status can be improved by adjusting related parameters. In general, on a network constructed of a basic service set (BSS, Basic Service Set), the corresponding physical device of the Beamformer is an access point (AP, Access point) and that of the Beamformee is a station (STA, Station); and on a network that is not constructed of a basic service set, the corresponding physical device of the Beamformer may be a certain STA and that of the Beamformee may be another STA." *Id*. at ¶ [0003]. And as discussed above in more detail, Yao discloses or renders obvious many elements of the Asserted Claims of the '919 Patent. *See supra.* Additionally, Yao discloses numerous teachings, suggestions, and

- 1685 -

███████████████

motivations to use the disclosed system.  "In the prior art, to prevent abnormal situations, IEEE802.11ac specifies that the number of actual active antennas of the beamformee must be larger than or equal to the number of columns (NC) set by the beamformer in a null data packet announcement (NDPA, Null data packet Announcement) message. Therefore, after receiving the NDPA message, the beamformee has no corresponding processing mechanism if it finds that the number of its actual active antennas is smaller than the number of columns set by the beamformer in the NDPA message. This leads to logical imprecision and disorder of IEEE802.11ac, finally affecting the design of related products."  Yao at ¶ [0004]. "This enables a beamformer to adjust, according to related channel information fed back from a beamformee, the communication status no matter whether the number of actual active antennas of the beamformee is larger than or equal to the number of columns set by the beamformer in an NDPA message."  Yao at ¶ [0006].

4383.  For example, **Ghosh** discloses "Embodiments of an access point (AP), user station (STA), and method for channel sounding in a wireless network are generally described herein. The AP may transmit a null data packet (NDP) announcement to indicate an NDP time period reserved for transmission of an NDP by the AP. The AP may further transmit a trigger frame for sounding (TFS) to indicate a scheduled sounding feedback period for multiple STAs, which may include identifiers of the STAs. The AP may further receive sounding feedback from at least some of the STAs during the sounding feedback period." *Id*. at Abstract.

- 1686 -

And as discussed above in more detail, Ghosh discloses or renders obvious many elements of the Asserted Claims of the '919 Patent. *See supra.* Additionally, Ghosh discloses numerous teachings, suggestions, and motivations to use the disclosed system. "Wireless communications has been evolving toward ever increasing data rates (e.g., from IEEE 802.11a/g to IEEE 802.11n to IEEE 802.11ac). In high-density deployment situations, overall system efficiency may become more important than higher data rates. For example, in high-density hotspot and cellular offloading scenarios, many devices competing for the wireless medium may have low to moderate data rate requirements (with respect to the very high data rates of IEEE 802.11 ac). A recently-formed study group for Wi-Fi evolution referred to as the IEEE 802.11 High Efficiency WLAN (HEW) study group (SG) (i.e., IEEE 802.11ax) is addressing these high-density deployment scenarios." Ghosh at 1:30-43.

4384. For example, **Yang** discloses "The invention relates to the field of wireless communication, in particular to relate to a method and equipment for obtaining channel information. A method for issuing channel information provided by the embodiment of the invention comprises the steps that receiving ends receive a null data packet announcement (NDPA) sent by a sending end, wherein the NDPA comprises station number and station list information; and the station number is used for indicating the quantity of the receiving ends in the station list information; the receiving ends read the information in the station list information

- 1687 -

in order to decide whether information corresponding to the receiving ends is included or not, if the reading times of the receiving ends exceed the station number, the condition of finishing reading the station list information is decided; and if the station list information includes the information corresponding to the receiving ends, the receiving ends receive a null data packet (NDP) respectively, and further calculate the channel information according to the null data packets; and the channel information is sent to the sending end." *Id.* at Abstract. And as discussed above in more detail, Yang discloses or renders obvious many elements of the Asserted Claims of the '919 Patent. *See supra.* Additionally, Yang discloses numerous teachings, suggestions, and motivations to use the disclosed system. "The embodiment of the invention is counted information through in NDPA, increasing website; The better size of indication STA tabulation has been optimized the process that beam receiver reads NDPA, the unpack error of having avoided error propagation to cause; In the prior art owing to do not know the website number; If there is a site information to make mistakes, then cause easily to be difficult to judge whether site information tabulation reads finishes, obviously the embodiment of the invention has improved the robustness of whole channel feedback flow process." Yang at the paragraph before the "Description of Drawings" Section.

4385. At the time of the invention, it would have been obvious for a POSITA to combine the teachings of any combination of the above references, using known

- 1688 -

methods as disclosed in the references, to yield predictable results. This would have

involved nothing more than making a simple substitution for one or more known

elements to yield a predictable result; and/or using a known technique disclosed in

the references to improve a similar device or method in the same way; and/or

applying a known technique to a known device or method ready for improvement to

yield a predictable result; and/or choosing from a finite, number of identified,

predictable solutions with a reasonable expectation of success; and/or using known

work prompting variations of it for use based on given design incentives or other

market forces in which the variations were predictable to one of ordinary skill in the

art.  *See*, *e.g.*, the discussion of the development of IEEE 802.11 in the "State of the

Art" Section above.

4386.  As one exemplary combination, it would have been obvious for a

POSITA at the time of the alleged priority date of the '919 patent to combine the

teachings of Merlin 051 with 802.11ac-2013.  As discussed previously, Merlin 051

provides teachings, suggestions, and motivations to use the invention in the context

of IEEE 802.11 wireless protocols such as 802.11ac-2013.  "Wireless network

technologies may include various types of wireless local area networks (WLANs). A

WLAN may be used to interconnect nearby devices together, employing widely used

networking protocols. The various aspects described herein may apply to any

communication standard, such as Wi-Fi or, more generally, any member of the

IEEE 802.11 family of wireless protocols."  Merlin 051 at ¶ 38.  See also Merlin 051

████████████████████████████████████

at ¶ [0040] ("in some implementations, a WLAN includes various devices which are
the components that access the wireless network. For example, there may be two
types of devices: access points (APs) and clients (also referred to as stations (STAs)).
In general, an AP serves as a hub or base station for the WLAN and an STA serves
as a user of the WLAN. For example, a STA may be a laptop computer, a personal
digital assistant (PDA), a mobile phone, etc. In an example, an STA connects to an
AP via a Wi-Fi (e.g., IEEE 802.11 protocol such as 802.11ah) compliant wireless link
to obtain general connectivity to the Internet or to other wide area networks. In
some implementations an STA may also be used as an AP."); *see id*. at ¶ [0041]
("The techniques described herein may be used for various broadband wireless
communication systems, including communication systems that are based on an
orthogonal multiplexing scheme. Examples of such communication systems include
… Orthogonal Frequency Division Multiple Access (OFDMA) systems, …. An
OFDMA system utilizes orthogonal frequency division multiplexing (OFDM), which
is a modulation technique that partitions the overall system bandwidth into
multiple orthogonal sub-carriers. These sub-carriers may also be called tones, bins,
etc. With OFDM, each sub-carrier may be independently modulated with data. An
OFDM system may implement IEEE 802.11 or some other standards known in the
art.").

4387.  As another exemplary combination, it would have been obvious for a
POSITA at the time of the alleged priority date of the '919 patent to combine the

- 1690 -

teachings of Merlin 051 and/or 802.11ac-2013 (as discussed above) with 802.11-15/1097r1.  As discussed previously, 802.11-15/1097r1 discloses an improved channel sounding protocol for use with IEEE 802.11ax.  See slides 1-13.  And as discussed above in more detail, 802.11-15/1097r1 discloses or renders obvious many elements of the Asserted Claims of the '919 Patent. *See supra*.  Additionally, 802.11-15/1097r1 discloses numerous teachings, suggestions, and motivations to use the disclosed system—such as improving efficiency and reducing overhead associated with the sounding protocol of 802.11ac-2013, which protocol was well-known at the time, including to the named inventors of Merlin 051.  See 802.11-15/1097r1 at 2 ("improves efficiency and reduces overhead"); *id*. at slide 3 ("How to reduce the overhead incurred in sounding protocol for 11ax?"); *id*. at slide 4 ("Reduces overhead associated with obtaining CSI feedback"); *id*. at slide 6 ("Reduces overhead involved in sounding protocol"); *id*. at slide 12 ("Multiplexing of responses from multiple STAs, to data transmission from AP, improves efficiency and reduces overhead").  It would have been well within the level of ordinary skill at the time to use the sounding protocols disclosed in 802.11-15/1097r1 in connection with the systems and methods disclosed in Merlin 051 and 802.11ac-2013, a POSITA would have been motivated to combine these references, and would have had a reasonable expectation of success in doing so.

4388.  As another exemplary combination, it would have been obvious for a POSITA at the time of the alleged priority date of the '919 patent to combine the

teachings of Chun with the teachings of Yao, Ghosh, and/or Yang.  As discussed above at length, each of these references, individually, discloses or renders obvious many elements of the asserted claims of the '919 patent.  And each reference provides numerous teachings and suggestions that would have motivated a POSITA to combine these references.  See Chun at 2:28-45 ("An embodiment of the present invention is directed to the proposal of a new sounding protocol which can be applied to a next-generation wireless communication system and to the proposal of the high efficiency (HE) format of frames transmitted and received for a sounding protocol."); Chun at 2:28-45 ("Furthermore, an embodiment of the present invention is directed to the proposal of an efficient method for the uplink multi-user transmission of channel state information measured by STAs in a next-generation wireless communication system.") Chun at id. ("Furthermore, an embodiment of the present invention is directed to the proposal of a preliminary procedure for obtaining channel state information for downlink multi-user transmission in a wireless communication system.")  Chun at id. ("Furthermore, an embodiment of the present invention is directed to a new proposal of the size and feedback unit of a feedback target channel (or bandwidth) so as to reduce feedback overhead."); see Yao at ¶ [0004] ("In the prior art, to prevent abnormal situations, IEEE802.11ac specifies that the number of actual active antennas of the beamformee must be larger than or equal to the number of columns (NC) set by the beamformer in a null data packet announcement (NDPA, Null data packet Announcement) message.

███████████████████████████████████

Therefore, after receiving the NDPA message, the beamformee has no

corresponding processing mechanism if it finds that the number of its actual active

antennas is smaller than the number of columns set by the beamformer in the

NDPA message. This leads to logical imprecision and disorder of IEEE802.11ac,

finally affecting the design of related products."); Yao at ¶ [0005] – [0006] ("This

enables a beamformer to adjust, according to related channel information fed back

from a beamformee, the communication status no matter whether the number of

actual active antennas of the beamformee is larger than or equal to the number of

columns set by the beamformer in an NDPA message."); see Ghosh at 1:30-43

("Wireless communications has been evolving toward ever increasing data rates

(e.g., from IEEE 802.11a/g to IEEE 802.11n to IEEE 802.11ac). In high-density

deployment situations, overall system efficiency may become more important than

higher data rates. For example, in high-density hotspot and cellular offloading

scenarios, many devices competing for the wireless medium may have low to

moderate data rate requirements (with respect to the very high data rates of IEEE

802.11 ac). A recently-formed study group for Wi-Fi evolution referred to as the

IEEE 802.11 High Efficiency WLAN (HEW) study group (SG) (i.e., IEEE 802.11ax)

is addressing these high-density deployment scenarios."); See Yang at the

paragraph before the "Description of Drawings" Section ("The embodiment of the

invention is counted information through in NDPA, increasing website; The better

size of indication STA tabulation has been optimized the process that beam receiver

- 1693 -

██████████████████████████████████████

reads NDPA, the unpack error of having avoided error propagation to cause; In the prior art owing to do not know the website number; If there is a site information to make mistakes, then cause easily to be difficult to judge whether site information tabulation reads finishes, obviously the embodiment of the invention has improved the robustness of whole channel feedback flow process.").

4389. As another exemplary combination, and for the reasons discussed above, it would have been obvious for a POSITA at the time of the alleged priority date of the '919 patent to combine the teachings of Merlin 051 with any number of the referenced discussed above (i.e., 802.11ac-2013, and/or 802.11-15/1097r1, and/or Chun, and/or Yao, and/or Ghosh, and/or Yang). As discussed above at length, each of these references specifically relates to WLAN operation at least according to IEEE 802.11 standards, and each discloses numerous motivations, teachings, and suggestions to use the disclosed inventions in the context of IEEE 8021.11 systems, including to increase efficiency and reduce overhead. See above.

4390. As another exemplary combination, it would have been obvious to combine (1) Merlin 051, and/or 802.11ac-2013, and/or 802.11-15/1097r1 on the one hand with (2) either Yang or Yao on the other hand.. As shown above, Yang discloses that the beamformer adds information about the number of stations to the NDPA to indicate to the beamformee the number of STAs in the STA list. Similarly, Yao discloses that in the SU-MIMO scenario one beamformee communicates with one beamformer, while in the MU-MIMO scenario, one

- 1694 -

beamformer communicate with multiple beamformee; when a beamformee receives the NDPA message, it can determine whether the transmission is SU-MIMO or MU-MIMO by referring to the feedback type recorded in the STA Info field. This implies that the beamformee determines whether the number of STA info fields in the received NDPA is one or more than one.  Thus, Yang and Yao each teach and render obvious "determining exactly a number of the one or more station information fields in the NDPA" as recited in claim 1 of the '919 patent.

4391.  Merlin 051 discloses two different frame exchange of CSI feedback depending on whether a NDPA frame contains a single STA Info field or multiple STA Info fields, as described in ¶¶ [0067] and [0076] and shown in Figs. 4A and 4C. Merlin 051 also discloses that, when there is only a single STA Info field, the receiving STA1 identified by the NDPA transmits CSI transmission 410A in response to the NDP 405 without waiting for a trigger frame, as described in ¶ [0069] and shown in Fig. 4A.  Merlin 051 also discloses that when the AP 110 transmits the NDPA to multiple wireless communication devices 120 -- hence there are more than one STA Info fields in the NDPA frame -- a trigger frame 404 is transmitted, and the wireless communication devices 120 transmit CSI to the AP 110 in response to the trigger frame 404.  It would be obvious to those skilled in the related art to incorporate the above disclosure of Yang or Yao so that the receiving STA may determine "exactly" the number of STAs in the NDPA and choosing either of the two processes in response to the determination.

**H.    The Asserted Claims of the '851 Patent Are Invalid**

4392.  As mentioned previously, Atlas asserts claims 1-5, 7-9, and 14-20 of the '851 Patent. Claims 1, 16, and 20 are independent claims. Independent claims 1 and 20 recite "a station for facilitating multi-user communication in a wireless network," each with one or more memories and processors; and independent claim 16 recites a "non-transitory computer-readable storage medium storing computer-executable instructions." All three independent claims recite similar elements, except that claim 1 is directed primarily to generation and transmission of an uplink frame in response to receipt of a downlink frame, while claims 16 and 20 are directed primarily to generation and transmission of a downlink frame.  As such, the "station" recited by claims 16 and 20 allegedly could be an IEEE 802.11 access point (AP), the "station" recited by claim 1 allegedly could be an IEEE 802.11 STA (i.e., a non-AP STA), and the wireless local area network (WLAN) could allegedly be an IEEE 802.11 High Efficiency WLAN (HEW).

4393.  As shown below, methods for generating and transmitting uplink and downlink frames in the claimed manner were previously known in the art.

4394.  Specifically, each asserted claim of the '851 Patent is anticipated by each of U.S. Patent Pub. No. 2015/0124690 ("Merlin '690"), U.S. Patent Pub. No. 2017/0272138 ("Chun"), U.S. Patent Pub. No. 2015/0063258 ("Merlin '258"), and U.S. Patent Pub. No. 2016/0014804 ("Merlin '804"). Further, each asserted claim of the '851 Patent is obvious in view of each of these references standing alone, and

each of these claims is obvious in view of any combination of Merlin '690 and/or

Chun and/or Merlin '258 and/or Merlin '804.

> **1.    Independent Claim 1 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 1 Obvious**

>> **a.    Element 1 [pre]:  A station for facilitating multi-user communication in a wireless network, the station comprising:**

4395.  **<u>Merlin '690</u>** discloses this element. For example, Merlin '690 discloses:

"Certain aspects of the present disclosure generally relate to frame structures and

protocols for uplink multiple user (MU) frame exchanges." Merlin '690 at ¶ [0008].

Also, "[c]ertain aspects of the present disclosure provide an apparatus for wireless

communications. The apparatus generally includes a processing system configured

to determine that a plurality of devices have a first capability and generate a MU

packet that solicits an immediate response from a plurality of the devices, wherein

the immediate response comprises an acknowledgment (ACK) or block ACK (BA),

and an interface configured to output the MU packet for transmission." Merlin '690

at ¶ [0009].

4396.  Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4397.  **<u>Chun</u>** discloses this element. For example, Chun discloses: "An object

of the present invention is to propose an uplink multi-user transmission procedure

███████████████████████████████████████████████

in a wireless communication system." Chun at ¶ [0011]. Also, "an object of the

present invention is to propose a type a trigger frame for supporting various uplink

multi-user transmission in a wireless communication system and the resulting

structure of the trigger frame." Chun at ¶ [0012].

4398.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4399.  **Merlin '258** discloses this element. For example, Merlin '258 discloses:

"FIG. 8 is a message timing diagram 800 showing multi-user uplink

communication. The message exchange shows communication of wireless messages

between an AP 110 and three user terminals 120A-C. The message exchange may

indicate that each of the user terminals 120A-C may transmit a request message

(REQ) 802A-C to the AP 110 requesting a UL-MU-MIMO TXOP. As described

above, each of the request messages 802A-C may indicate that the transmitting

user terminal 120A-C has data available to be transmitted to the AP 110." Merlin

'258 at ¶ [0068]; *see also* Merlin '258 at FIG. 8.

4400.  Merlin '258 also discloses: "Wireless network technologies may include

various types of wireless local area networks (WLANs). A WLAN may be used to

interconnect nearby devices together, employing widely used networking protocols.

The various aspects described herein may apply to any communication standard,

such as Wi-Fi or, more generally, any member of the IEEE 802.11 family of wireless

protocols." Merlin '258 at ¶ [0026]. Further, "[t]he techniques described herein may be used for various broadband wireless communication systems, including communication systems that are based on an orthogonal multiplexing scheme. Examples of such communication systems include Spatial Division Multiple Access (SDMA), Time Division Multiple Access (TDMA), Orthogonal Frequency Division Multiple Access (OFDMA) systems, Single Carrier Frequency Division Multiple Access (SC-FDMA) systems, and so forth. An SDMA system may utilize sufficiently different directions to simultaneously transmit data belonging to multiple user terminals. A TDMA system may allow multiple user terminals to share the same frequency channel by dividing the transmission signal into different time slots, each time slot being assigned to different user terminal." Merlin '258 at ¶ [0029].

4401. Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4402. **Merlin '804** discloses this element. For example, Merlin '804 discloses: "a method for wireless communication. The method includes generating, at an access point, an aggregated message. The aggregated message includes a single-user broadcast message and at least one other message. The method further includes transmitting the aggregated message to one or more stations." Merlin '804 at ¶ [0008]. Also, "[i]n various embodiments, the aggregated message can include the single-user broadcast message and one or more multi-user messages. In various

- 1699 -

████████████████████████████████████████

embodiments, the aggregated message can include a common physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode. In various embodiments, each message can include a physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode." Merlin '804 at ¶ [0010].

4403.  Further "[i]n various embodiments, the single-user broadcast message includes control information instructing the one or more stations to transmit a plurality of uplink data at a specified time. In various embodiments, the method can further include receiving transmission of the plurality of uplink data at the specified time, each transmission of the plurality of uplink data having the same duration. In various embodiments, the method can further include transmitting." Merlin '804 at ¶ [0011]. Additionally, "[a]nother aspect provides an apparatus configured for wireless communication. The apparatus includes a processor configured to generate for transmission an aggregated message. The aggregated message includes a single-user broadcast message and at least one other message. The apparatus further includes a transmitter configured to transmit the aggregated message to one or more stations." Merlin '804 at ¶ [0015].

4404.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

████████████████████████████████████████

4405.  To the extent it is argued or determined that any of Merlin '690, Chun,
Merlin '258, and Merlin '804 do not disclose this element, then this element would
have been obvious at the time of the invention in view of any combination of Merlin
'690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to
Combine," *infra*.

> **b.    Element 1 [a]: one or more memories; and**

4406.  **Merlin '690** discloses this element. For example, Merlin '690 discloses:
"Certain aspects of the present disclosure provide an apparatus for wireless
communications. The apparatus generally includes a processing system configured
to determine that a plurality of devices have a first capability and generate a MU
packet that solicits an immediate response from a plurality of the devices, wherein
the immediate response comprises an acknowledgment (ACK) or block ACK (BA),
and an interface configured to output the MU packet for transmission." Merlin '690
at ¶ [0009].

4407.  Merlin '690 further discloses: "FIG. 3 illustrates various components
that may be utilized in a wireless device 302 that may be employed within the
MIMO system 100. The wireless device 302 is an example of a device that may be
configured to implement the various methods described herein. The wireless device
302 may be an access point 110 or a user terminal 120." Merlin '690 at ¶ [0109]. For
example: "The wireless device 302 may include a processor 304 which controls
operation of the wireless device 302. The processor 304 may also be referred to as a

█████████████████████████████████████████

central processing unit (CPU). Memory 306, which may include both read-only memory (ROM) and random access memory (RAM), provides instructions and data to the processor 304. A portion of the memory 306 may also include non-volatile random access memory (NVRAM). The processor 304 typically performs logical and arithmetic operations based on program instructions stored within the memory 306. The instructions in the memory 306 may be executable to implement the methods described herein." Merlin '690 at ¶ [0110].

4408.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4409.  **Chun** discloses this element. For example, Chun discloses: "... an access point (AP) apparatus for supporting uplink (UL) multi-user (MU) transmission in a wireless communication system, includes: a radio frequency (RF) unit for transmitting/receiving a wireless signal; and a processor, wherein the processor is configured to transmit a trigger frame including information for UL MU transmission to a station (STA), and receive a UL MU PPDU based on the information for the UL MU transmission, the trigger frame is a medium access control (MAC) frame, an MAC header of the trigger frame includes a type field and a subtype field, and the type of the trigger frame is indicated by the type field and the subtype field." Chun at ¶ [0017].

███████████████████████████

4410.  Chun further discloses: "FIG. 47 is a block diagram exemplifying a wireless apparatus according to an embodiment of the present invention." Chun at ¶ [0857]. Also, "[r]eferring to FIG. 47, an apparatus 4710 according to the present invention may include a processor 4711, a memory 4712, and a radio frequency (RF) unit 4713. The apparatus 4710 may be an AP or a non-AP STA for implementing the embodiments of the present invention. … The processor 4711 is connected to the RF unit 4713 to implement the physical layer and/or MAC layer according to the IEEE 802.11 system. The processor 4711 may be configured to perform the operations according to the various embodiments of the present invention according to FIGS. 1 to 47 above. In addition, a module that implements the operations of the AP and/or the STA according to the various embodiments of the present invention according to FIGS. 1 to 46 above may be stored in the memory 4712 and executed by the processor 4711. The memory 4712 is connected to the processor 4711 and stores various pieces of information for driving the processor 4711. The memory 4712 may be included in the processor 4711, or installed exterior to the processor 4711 and connected to the processor 4711 with a known means." Chun at ¶¶ [0858]-[0861]; *see also* Chun at FIG. 47.

4411.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

███████████████████████████████████

4412. **Merlin '258** discloses this element. For example, Merlin '258 discloses: "FIG. 3 illustrates various components that may be utilized in a wireless device 302 that may be employed within the wireless communication system 100. The wireless device 302 is an example of a device that may be configured to implement the various methods described herein. The wireless device 302 may implement an access point 110 or a user terminal 120." Merlin '258 at ¶ [0044]; *see also* Merlin '258 at FIG. 3. Further, "[t]he wireless device 302 may include a processor 304 which controls operation of the wireless device 302. The processor 304 may also be referred to as a central processing unit (CPU). Memory 306, which may include both read-only memory (ROM) and random access memory (RAM), provides instructions and data to the processor 304. A portion of the memory 306 may also include non-volatile random access memory (NVRAM). The processor 304 may perform logical and arithmetic operations based on program instructions stored within the memory 306. The instructions in the memory 306 may be executable to implement the methods described herein." Merlin '258 at ¶ [0045]. Also, "[t]he processor 304 may comprise or be a component of a processing system implemented with one or more processors. The one or more processors may be implemented with any combination of general-purpose microprocessors, microcontrollers, digital signal processors (DSPs), field programmable gate array (FPGAs), programmable logic devices (PLDs), controllers, state machines, gated logic, discrete hardware components, dedicated hardware finite state machines, or any other suitable entities that can

- 1704 -

█████████████████████████████

perform calculations or other manipulations of information." Merlin '258 at ¶

[0046].

4413.  Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4414.  **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"The wireless device 302 can include a processor 304 which controls operation of the

wireless device 302. The processor 304 can also be referred to as a central

processing unit (CPU). Memory 306, which can include both read-only memory

(ROM) and random access memory (RAM), provides instructions and data to the

processor 304. A portion of the memory 306 can also include non-volatile random

access memory (NVRAM). The processor 304 can perform logical and arithmetic

operations based on program instructions stored within the memory 306. The

instructions in the memory 306 can be executable to implement the methods

described herein." Merlin '804 at ¶ [0081].

4415.  Further, Merlin '804 discloses: "The providing circuit can be configured

to provide the aggregated message for transmission. In an embodiment, the

providing circuit can be configured to implement block 2410 of the flowchart 2400

(FIG. 24). The providing circuit can include one or more of the transmitter 310 (FIG.

3), the transceiver 314 (FIG. 3), the processor 304 (FIG. 3), the DSP 320 (FIG. 3),

and the memory 306 (FIG. 3). In some implementations, means for providing can

include the providing circuit. The transmitting circuit can be configured to transmit the aggregated message. In an embodiment, the transmitting circuit can be configured to implement block 2410 of the flowchart 2400 (FIG. 24). The transmitting circuit can include one or more of the transmitter 310 (FIG. 3), the transceiver 314 (FIG. 3), the processor 304 (FIG. 3), the DSP 320 (FIG. 3), and the memory 306 (FIG. 3). In some implementations, means for transmitting can include the transmitting circuit. The receiving circuit can be configured to receive the uplink messages. In an embodiment, the receiving circuit can be configured to implement block 2420 of the flowchart 2400 (FIG. 24). The receiving circuit can include one or more of the receiver 312 (FIG. 3), the transceiver 314 (FIG. 3), the processor 304 (FIG. 3), the DSP 320 (FIG. 3), the signal detector 318 (FIG. 3), and the memory 306 (FIG. 3). In some implementations, means for receiving can include the receiving circuit." Merlin '804 at ¶¶ 0152-0154; *see also* Merlin '804 at FIGS. 3 and 24.

4416.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4417.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin

███████████████████████████████████

'690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra.*

> ### c.  Element 1 [b]:  one or more processors coupled to the one or more memories, the one or more processors configured to cause:

4418.  **<u>Merlin '690</u>** discloses this element. For example, Merlin '690 discloses: "Certain aspects of the present disclosure provide an apparatus for wireless communications. The apparatus generally includes a processing system configured to determine that a plurality of devices have a first capability and generate a MU packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an acknowledgment (ACK) or block ACK (BA), and an interface configured to output the MU packet for transmission." Merlin '690 at ¶ [0009].

4419.  Merlin '690 further discloses: "FIG. 3 illustrates various components that may be utilized in a wireless device 302 that may be employed within the MIMO system 100. The wireless device 302 is an example of a device that may be configured to implement the various methods described herein. The wireless device 302 may be an access point 110 or a user terminal 120." Merlin '690 at ¶ [0109]. For example: "The wireless device 302 may include a processor 304 which controls operation of the wireless device 302. The processor 304 may also be referred to as a central processing unit (CPU). Memory 306, which may include both read-only memory (ROM) and random access memory (RAM), provides instructions and data

███████████████████████████████████

to the processor 304. A portion of the memory 306 may also include non-volatile

random access memory (NVRAM). The processor 304 typically performs logical and

arithmetic operations based on program instructions stored within the memory 306.

The instructions in the memory 306 may be executable to implement the methods

described herein." Merlin '690 at ¶ [0110].

4420.  Additionally, Merlin '690 discloses: "Certain aspects of the present

disclosure generally relate to wireless communications and, more particularly, to

frame structures and protocols for uplink (UL) multiple user (MU) frame exchanges.

Certain aspects provide protocol rules and efficient frame exchange sequences to

enable sending multiple block acknowledgments (BAs) in UL and/or downlink (DL)

MU multiple-input multiple-output (MIMO) and frequency division multiple access

(FDMA) systems. According to certain aspects, a multi-STA BA request (BAR)

frame may simultaneously solicit multiple immediate BAs. According to certain

aspects, frame exchange sequences involve special subframes and/or reverse

direction grants (RDGs)." Merlin '690 at ¶ [0050].

4421.  Merlin '690 also discloses: "According to certain aspects, a FDMA

transmission may consist of, for example, multiple SU or MU PPDUs on each

channel (e.g. 20 MHz). Each MU PPDU may be either a MU-MIMO PPDU or a

FDMA PPDU. The FDMA PPDU may allocate sub-20 MHz channels. According to

certain aspects, PPDUs of the FDMA transmission may be a combination of FDMA,

MU-MIMO, OFDMA, and time aggregation within the same PPDU. In this case, the

████████████████████████████

notation "DL MIMO/FDMA" may refer to either a DL FDMA PPDU, a DL MU-MIMO PPDU, a DL OFDMA PPDU, or to a PPDU that does any combination of DL FDMA, DL MU-MIMO and time aggregation to serve multiple STAs. A MU time aggregated PPDU may comprise a single PPDU including an A-MPDU or an A-MSDU where the MPDUs or MSDUs have receiver or destination addresses corresponding to different STAs. A MU time aggregated PPDU may comprise a sequence of SU PPDUs or PSDUs sent with no or very small time separation." Merlin '690 at ¶ [0119]. For example, "the AP may solicit multiple immediate responses by transmitting an MU PPDU including multiple aggregate medium access control (MAC) protocol data units (A-MPDUs) having MPDUs that solicit an immediate response (e.g., MPDUs indicate 'Immediate BA or normal ACK')." Merlin '690 at ¶ [0127].

4422. As one example option, Merlin '690 discloses: "Option 4: In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies may be dynamically allocated and indicated to each STA in the received DL PSDU. For example, the parameters may be included in each MPDU (e.g., in the QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an extended MAC header. The parameters may also be included in the PSDU (e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In this case the presence of the field indicating the parameters to be used for the response may be signaled by one of the following options: use of a reserved bit in the

- 1709 -

QoS Control field, use of a reserved bit in the HT control field, use of a reserved bit

in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly

indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA."

Merlin '690 at ¶ [0146].

4423.  Additionally, "[a]ccording to certain aspects, block acknowledgement

request (BAR) frames may be used to poll for (e.g., solicit) block acknowledgments

(BA). As described above, UL MU-MIMO or UL FDMA may be used to transmit

multiple BAs at the same time, hence, it may be useful to define a BAR frame which

can solicit multiple immediate responses." Merlin '690 at ¶ [0150].

4424.  Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4425.  **Chun** discloses this element. For example, Chun discloses: "… an

access point (AP) apparatus for supporting uplink (UL) multi-user (MU)

transmission in a wireless communication system, includes: a radio frequency (RF)

unit for transmitting/receiving a wireless signal; and a processor, wherein the

processor is configured to transmit a trigger frame including information for UL

MU transmission to a station (STA), and receive a UL MU PPDU based on the

information for the UL MU transmission, the trigger frame is a medium access

control (MAC) frame, an MAC header of the trigger frame includes a type field and

- 1710 -

███████████████████████████████

a subtype field, and the type of the trigger frame is indicated by the type field and the subtype field." Chun at ¶ [0017].

4426.  Chun further discloses: "FIG. 47 is a block diagram exemplifying a wireless apparatus according to an embodiment of the present invention." Chun at ¶ [0857]. Also, "[r]eferring to FIG. 47, an apparatus 4710 according to the present invention may include a processor 4711, a memory 4712, and a radio frequency (RF) unit 4713. The apparatus 4710 may be an AP or a non-AP STA for implementing the embodiments of the present invention. … The processor 4711 is connected to the RF unit 4713 to implement the physical layer and/or MAC layer according to the IEEE 802.11 system. The processor 4711 may be configured to perform the operations according to the various embodiments of the present invention according to FIGS. 1 to 47 above. In addition, a module that implements the operations of the AP and/or the STA according to the various embodiments of the present invention according to FIGS. 1 to 46 above may be stored in the memory 4712 and executed by the processor 4711. The memory 4712 is connected to the processor 4711 and stores various pieces of information for driving the processor 4711. The memory 4712 may be included in the processor 4711, or installed exterior to the processor 4711 and connected to the processor 4711 with a known means." Chun at ¶¶ [0858]-[0861]; *see also* Chun at FIG. 47.

4427.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4428.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "FIG. 3 illustrates various components that may be utilized in a wireless device 302 that may be employed within the wireless communication system 100. The wireless device 302 is an example of a device that may be configured to implement the various methods described herein. The wireless device 302 may implement an access point 110 or a user terminal 120." Merlin '258 at ¶ [0044]; *see also* Merlin '258 at FIG. 3. Further, "[t]he wireless device 302 may include a processor 304 which controls operation of the wireless device 302. The processor 304 may also be referred to as a central processing unit (CPU). Memory 306, which may include both read-only memory (ROM) and random access memory (RAM), provides instructions and data to the processor 304. A portion of the memory 306 may also include non-volatile random access memory (NVRAM). The processor 304 may perform logical and arithmetic operations based on program instructions stored within the memory 306. The instructions in the memory 306 may be executable to implement the methods described herein." Merlin '258 at ¶ [0045]. Also, "[t]he processor 304 may comprise or be a component of a processing system implemented with one or more processors. The one or more processors may be implemented with any combination of general-purpose microprocessors, microcontrollers, digital signal processors

- 1712 -

███████████████████████

(DSPs), field programmable gate array (FPGAs), programmable logic devices

(PLDs), controllers, state machines, gated logic, discrete hardware components,

dedicated hardware finite state machines, or any other suitable entities that can

perform calculations or other manipulations of information." Merlin '258 at ¶

[0046].

4429.  Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4430.  **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"The processor 304 can comprise or be a component of a processing system

implemented with one or more processors. The one or more processors can be

implemented with any combination of general-purpose microprocessors,

microcontrollers, digital signal processors (DSPs), field programmable gate array

(FPGAs), programmable logic devices (PLDs), controllers, state machines, gated

logic, discrete hardware components, dedicated hardware finite state machines, or

any other suitable entities that can perform calculations or other manipulations of

information. The processing system can also include machine-readable media for

storing software. Software shall be construed broadly to mean any type of

instructions, whether referred to as software, firmware, middleware, microcode,

hardware description language, or otherwise. Instructions can include code (e.g., in

source code format, binary code format, executable code format, or any other

- 1713 -

suitable format of code). The instructions, when executed by the one or more

processors, cause the processing system to perform the various functions described

herein." Merlin '804 at ¶¶ [0082]-[0083].

4431.  Merlin '804 further discloses: "The various illustrative logical blocks,

modules and circuits described in connection with the present disclosure can be

implemented or performed with a general purpose processor, a digital signal

processor (DSP), an application specific integrated circuit (ASIC), a field

programmable gate array signal (FPGA) or other programmable logic device (PLD),

discrete gate or transistor logic, discrete hardware components or any combination

thereof designed to perform the functions described herein. A general purpose

processor can be a microprocessor, but in the alternative, the processor can be any

commercially available processor, controller, microcontroller or state machine. A

processor can also be implemented as a combination of computing devices, e.g., a

combination of a DSP and a microprocessor, a plurality of microprocessors, one or

more microprocessors in conjunction with a DSP core, or any other such

configuration." Merlin '804 at ¶ [0159].

4432.  Alternatively, Merlin '804, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4433.  To the extent it is argued or determined that any of Merlin '690, Chun,

Merlin '258, and Merlin '804 do not disclose this element, then this element would

█████████████████████████████████████

have been obvious at the time of the invention in view of any combination of Merlin

'690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to

Combine," *infra.*

> **d.      Element 1 [c]:  receiving a first frame of a downlink transmission for a plurality of stations;**

4434.  **Merlin '690** discloses this element. For example, Merlin '690 discloses:

"Certain aspects of the present disclosure provide an apparatus for wireless

communications. The apparatus generally includes a processing system configured

to determine that a plurality of devices have a first capability and generate a MU

packet that solicits an immediate response from a plurality of the devices, wherein

the immediate response comprises an acknowledgment (ACK) or block ACK (BA),

and an interface configured to output the MU packet for transmission." Merlin '690

at ¶ [0009]. Further, "[c]ertain aspects of the present disclosure generally relate to

wireless communications and, more particularly, to frame structures and protocols

for uplink (UL) multiple user (MU) frame exchanges. Certain aspects provide

protocol rules and efficient frame exchange sequences to enable sending multiple

block acknowledgments (BAs) in UL and/or downlink (DL) MU multiple-input

multiple-output (MIMO) and frequency division multiple access (FDMA) systems.

According to certain aspects, a multi-STA BA request (BAR) frame may

simultaneously solicit multiple immediate BAs. According to certain aspects, frame

exchange sequences involve special subframes and/or reverse direction grants

(RDGs)." Merlin '690 at ¶ [0050].

- 1715 -

███████████████████████████████████████████████

4435.  Merlin '690 further discloses: "According to certain aspects, a FDMA transmission may consist of, for example, multiple SU or MU PPDUs on each channel (e.g. 20 MHz). Each MU PPDU may be either a MU-MIMO PPDU or a FDMA PPDU. The FDMA PPDU may allocate sub-20 MHz channels. According to certain aspects, PPDUs of the FDMA transmission may be a combination of FDMA, MU-MIMO, OFDMA, and time aggregation within the same PPDU. In this case, the notation "DL MIMO/FDMA" may refer to either a DL FDMA PPDU, a DL MU-MIMO PPDU, a DL OFDMA PPDU, or to a PPDU that does any combination of DL FDMA, DL MU-MIMO and time aggregation to serve multiple STAs. A MU time aggregated PPDU may comprise a single PPDU including an A-MPDU or an A-MSDU where the MPDUs or MSDUs have receiver or destination addresses corresponding to different STAs. A MU time aggregated PPDU may comprise a sequence of SU PPDUs or PSDUs sent with no or very small time separation." Merlin '690 at ¶ [0119]. Further, "[i]n an example implementation, the AP may solicit multiple immediate responses by transmitting an MU PPDU including multiple aggregate medium access control (MAC) protocol data units (A-MPDUs) having MPDUs that solicit an immediate response (e.g., MPDUs indicate 'Immediate BA or normal ACK')." Merlin '690 at ¶ [0127].

4436.  Merlin '690 further discloses: "According to certain aspects, if a STA determines (e.g., receives an indication, derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be used for an immediate response, the STA may

- 1716 -

████████████████████

also know which parameters to use for the response. Response parameters may include, for example, which spatial streams/channels to use, what duration to use, and what power to use for the immediate response. According to certain aspects, one or more of these parameters may be indicated with any one of the following options or a combination thereof (e.g., some parameters may be conveyed according one option and other parameters according another option)." Merlin '690 at ¶ [0139]. As one example option, Merlin '690 discloses: "Option 1: According to certain aspects, a first option to indicate response parameters may be to extend existing rules for the immediate response bandwidth (BW) and modulation and coding schemes (MCSs). For example, the bandwidth and channels of response frame may be equal to the bandwidth and channels of the soliciting frame, as shown in FIG. 5." Merlin '690 at [0140]; *see also* Merlin '690 at FIG. 5. As another example option, Merlin '690 discloses: "Option 4: In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies may be dynamically allocated and indicated to each STA in the received DL PSDU. For example, the parameters may be included in each MPDU (e.g., in the QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an extended MAC header. The parameters may also be included in the PSDU (e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In this case the presence of the field indicating the parameters to be used for the response may be signaled by one of the following options: use of a reserved bit in the QoS Control field, use of a reserved bit in the HT control field,

- 1717 -

use of a reserved bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA." Merlin '690 at ¶ [0146]. As yet another example option, Merlin '690 discloses: "Option 5: According to certain aspects, a fifth option to indicate the response parameters may be in a special frame aggregated in the A-MPDU. According to certain aspects, each special frame may be received by one STA and may include the parameter information for that STA only. Alternatively, the special frame(s) (e.g., one special frame per STA or a single broadcast special frame) may be sent in a separate PPDU following the data DL PPDU, as shown in FIG. 8. As shown in the frame exchange 800 illustrated in FIG. 8, the special frame 804 indicating the parameters for the immediate responses 806 (BA STA 2) and 810 (BA STA 1) from STA 2 and STA 1, respectively, may be send in a separate DL PPDU following the DL PPDUs 802 (DL STA 2) and 808 (DL STA 1) soliciting immediate responses from STA 2 and STA 1, respectively. The special frame may be a trigger frame or a modified BAR frame." Merlin '690 at ¶ [0147]; *see also* Merlin '690 at FIG. 8.

4437.  Additionally, Merlin '690 discloses: "According to certain aspects, block acknowledgement request (BAR) frames may be used to poll for (e.g., solicit) block acknowledgments (BA). As described above, UL MU-MIMO or UL FDMA may be used to transmit multiple BAs at the same time, hence, it may be useful to define a BAR frame which can solicit multiple immediate responses." Merlin '690 at ¶

- 1718 -

████████████████████████████████████████████

[0150]. Additionally, "[a]s mentioned above, in addition to requesting BAs, the BAR frame may also allocated resources for the BAs, indicate the transmission mode for the replies, and indicate parameters to be used for the replies. According to certain aspects, it may be desirable to use reserved bits in the existing BAR frame or to add fields to the existing BAR frame to indicate the response type and/or response parameters." Merlin '690 at ¶ [0153]. Further, "[a]ccording to certain aspects, the multi-STA BAR may use the format of a multi-traffic indicator (TID) BAR frame, as shown in FIG. 12. The multi-STA BAR may use some of the reserved bits in the BAR control field, in the PER-TID information field, or in other existing fields to indicate: that the BAR is a multi-STA BAR, which STAs are the recipients, the duration of the allowed response, and resource allocation for the replies in UL MU-MIMO or UL FDMA. For example, for each TID, the Bar information field 912 may include a Per TID Info subfield 1202 and a Block Ack Starting Sequence Control subfield 1204." Merlin '690 at ¶ [0158].

4438.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4439.  **Chun** discloses this element. For example, Chun discloses: "… an access point (AP) apparatus for supporting uplink (UL) multi-user (MU) transmission in a wireless communication system, includes: a radio frequency (RF) unit for transmitting/receiving a wireless signal; and a processor, wherein the

- 1719 -

processor is configured to transmit a trigger frame including information for UL

MU transmission to a station (STA), and receive a UL MU PPDU based on the

information for the UL MU transmission, the trigger frame is a medium access

control (MAC) frame, an MAC header of the trigger frame includes a type field and

a subtype field, and the type of the trigger frame is indicated by the type field and

the subtype field." Chun at ¶ [0017].

4440.  With reference to FIG. 6, Chun discloses "a MAC frame (i.e., MPDU)

includes a MAC Header, a Frame Body and a frame check sequence (FCS)." Chun at

¶ [0186]; *see also* Chun at FIG. 6. For example, "[t]he MAC Header is defined by

regions that include Frame Control field, Duration/ID field, Address 1 field, Address

2 field, Address 3 field, Sequence Control field, Address 4 field, QoS Control field

and HT Control field." Chun at ¶ [0187]. Also, "[t]he QoS Control field includes

information related to QoS. The QoS control field may be included in the case that a

QoS data frame is indicated in a Subtype subfield." Chun at ¶ [0194]. Additionally,

"[t]he HT Control filed includes control information related to HT and/or VHT

transmission and reception techniques. The HT Control field is included in Control

Wrapper frame. Further, the HT Control field is existed in the QoS data frame of

which Order subfield value is 1, and existed in Management frame" (Chun at ¶

[0195]).

4441.  With reference to FIG. 8, Chun discloses: "the HT control field may

include a VHT subfield, an HT control middle subfield, an AC constraint subfield,

- 1720 -

████████████

and a reverse direction grant (RDG)/more PPDU subfields." Chun at ¶ [0215]; *see also* Chun at FIG. 8. For example, "As described above, the HT control middle subfield may be implemented to have a different format according to an indication of the VHT subfield." Chun at ¶ [0221]. Additionally, "[t]he HT control middle subfield of the HT control field for VHT may include a reserved bit, a modulation and coding scheme (MCS) feedback request (MRQ) subfield, an MRQ sequence identifier (MSI)/space-time block coding (STBC) subfield, an MCS feedback sequence identifier (MFSI)/least significant bit (LSB) of group ID (GID-L) subfield, an MCS feedback (MFB) subfield, a most significant bit of group ID (GID-H) subfield, a coding type subfield, a feedback transmission type (FB Tx Type) subfield, and an unsolicited MFB subfield. Table 4 illustrates descriptions of the subfields included in the HT control middle subfield of the VHT format." Chun at ¶ [0222]; *see also* Chun at Table 4.

4442.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4443.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "FIG. l is a diagram that illustrates a multiple-access multiple-input multiple-output (MIMO) system 100 with access points and user terminals. For simplicity, only one access point 110 is shown in FIG. 1. An access point is generally a fixed station that communicates with the user terminals and may also be referred to as a

- 1721 -

█████████████████████████████

base station or using some other terminology. A user terminal or STA may be fixed

or mobile and may also be referred to as a mobile station or a wireless device, or

using some other terminology. The access point 110 may communicate with one or

more user terminals 120 at any given moment on the downlink and uplink. The

downlink (i.e., forward link) is the communication link from the access point to the

user terminals, and the uplink (i.e., reverse link) is the communication link from

the user terminals to the access point. A user terminal may also communicate peer-

to-peer with another user terminal. A system controller 130 couples to and provides

coordination and control for the access points." Merlin '258 at ¶ [0033]; *see also*

Merlin '258 at FIG. 1.

4444.  Merlin '258 further discloses: "FIG. 4 is a time sequence diagram 400

showing an example of an UL-MU-MIMO protocol 400 that may be used for UL

communications. As shown in FIG. 4, in conjunction with FIG. 1, the AP 110 may

transmit a clear to transmit (CTX) message 402 to the user terminals 120 indicating

which user terminals 120 may participate in the UL-MU-MIMO scheme, such that

a particular UT 120 knows to start an UL-MU-MIMO transmission. In some

embodiments, the CTX message may be transmitted in a payload portion of a

physical layer convergence protocol (PLCP) protocol data units (PPDUs). An

example of a CTX frame structure is described more fully below with reference to

FIG. 10." Merlin '258 at ¶ [0053]; *see also* Merlin '258 at FIGS. 4 and 10. For

example, "[o]nce a user terminal 120 receives a CTX message 402 from the AP 110

████████████████████████████████████████

where the user terminal is listed, the user terminal 120 may transmit the UL-MU-

MIMO transmission 410 . In FIG. 4A, STA 120 A and STA 120 B transmit UL-MU-

MIMO transmissions 410 A and 410 B, respectively, containing physical layer

convergence protocol (PLCP) protocol data units (PPDUs). Upon receiving the UL-

MU-MIMO transmissions 410 A and 410 B, the AP 110 may transmit block

acknowledgments (BAs) 470 to the user terminals 120 A and 120 B." Merlin '258 at

¶ [0054].

4445.  Additionally, Merlin '258 discloses: "FIG. 9 shows a diagram of an

example of a CTX frame 900 format. The CTX frame 900 may be configured as a

trigger frame. In this embodiment, the CTX frame 900 is a control frame that

includes a frame control (FC) field 905, a duration field 910, a receiver address field

914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU

duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980.

The FC field 905 indicates a control subtype or an extension subtype. The duration

field 910 indicates to any receiver of the CTX frame 900 to set the network

allocation vector (NAV). In some embodiments the RA 914 field identifies a group of

UTs through a multicast MAC address. The TA field 915 indicates the transmitter

address or a BSSID. The CTRL field 920 is a generic field that may include

information regarding the format of the remaining portion of the frame (e.g., the

number of UT info fields and the presence or absence of any subfields within a UT

info field), indications for rate adaptation for the user terminals 120, indication of

- 1723 -

allowed TID, and indication that a CTS must be sent immediately following the

CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being

used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone

allocation field is present in the UT Info field 930. Alternatively, the indication of

whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of

the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly

performed by specifying to a UT both the spatial streams to be used and the channel

to be used, in which case both fields are present in the CTX; in this case, the Nss

indication is referred to a specific tone allocation. The PPDU duration 925 field

indicates an uplink duration for the following uplink transmission (e.g., UL-MU-

MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO

PPDU that the user terminals 120 are allowed to send based on estimated TX time

fields received in at least one message requesting to transmit uplink data from the

user terminals 120. The UT Info 930 field contains information regarding a

particular UT and may include a per-user terminal 120 set of information (see the

UT Info 1 field 930 through the UT Info N field 975 ). The UT Info 930 field may

include an AID or MAC address field 932 which identifies a user terminal, a

number of spatial streams field (Nss) 935 field which indicates the number of

spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time

Adjustment 936 field which indicates a time that a UT should adjust its

transmission compared to the reception of a trigger frame (the CTX in this case), a

- 1724 -

Power Adjustment 938 field which indicates a power backoff value a UT should take from a declared transmit power, a Tone Allocation 940 field which indicates the tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942 field which indicates the allowable TID, an Allowed TX Mode 944 field which indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942 indication may be allowed to transmit data only of that TID, data of the same or higher TID, data of the same or lower TID, any data, or only data of that TID first, then if no data is available, data of other TIDs. The FCS 980 field indicates the carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

4446.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4447.  **Merlin '804** discloses this element. For example, Merlin '804 discloses: "The wireless communication system 100 employs multiple transmit and multiple receive antennas for data transmission on the downlink and uplink. The AP 110 is equipped with Nap number of antennas and represents the multiple-input (MI) for downlink transmissions and the multiple-output (MO) for uplink transmissions. A set of K number of selected STAs 120 collectively represents the multiple-output for downlink transmissions and the multiple-input for uplink transmissions. For pure

███████████████████████████████

SDMA, it is desired to have Nap≦K≦1 if the data symbol streams for the K number

of STAs are not multiplexed in code, frequency or time. The value of K can be

greater than the value of Nap if the data symbol streams can be multiplexed using

TDMA technique, different code channels with CDMA, disjoint sets of sub-bands

with OFDM, and so on. Each selected STA can transmit user-specific data to and/or

receive user-specific data from the access point. In general, each selected STA can

be equipped with one or multiple antennas. The K number of selected STAs can

have the same number of antennas, or one or more STAs can have a different

number of antennas." Merlin '804 at ¶ [0071].

4448.  Merlin '804 further discloses: "On the downlink, at the AP 110, a TX

data processor 210 receives traffic data from a data source 208 for Ndn number of

STAs scheduled for downlink transmission, control data from a controller 230, and

possibly other data from a scheduler 234. The various types of data can be sent on

different transport channels. TX data processor 210 processes (e.g., encodes,

interleaves, and modulates) the traffic data for each STA based on the rate selected

for that STA. The TX data processor 210 provides Ndn number of downlink data

symbol streams for the Ndn number of STAs. A TX spatial processor 220 performs

spatial processing (such as a precoding or beamforming) on the Ndn number of

downlink data symbol streams, and provides Nup number of transmit symbol

streams for the Nup number of antennas. Each transmitter unit 222 receives and

processes a respective transmit symbol stream to generate a downlink signal. Nup

- 1726 -

██████████████████████████████████

number of transmitter units 222 can provide Nup number of downlink signals for transmission from Nup number of antennas 224, for example to transmit to the STAs 120." Merlin '804 at ¶ [0077].

4449. Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4450. To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804. *See* "Motivation to Combine," *infra*.

> e. **Element 1 [d]: obtaining a control extension indication from a control field included in the first frame;**

4451. **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Certain aspects of the present disclosure provide an apparatus for wireless communications. The apparatus generally includes a processing system configured to determine that a plurality of devices have a first capability and generate a MU packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an acknowledgment (ACK) or block ACK (BA), and an interface configured to output the MU packet for transmission." Merlin '690 at ¶ [0009]. Further, "[c]ertain aspects of the present disclosure generally relate to

wireless communications and, more particularly, to frame structures and protocols

for uplink (UL) multiple user (MU) frame exchanges. Certain aspects provide

protocol rules and efficient frame exchange sequences to enable sending multiple

block acknowledgments (BAs) in UL and/or downlink (DL) MU multiple-input

multiple-output (MIMO) and frequency division multiple access (FDMA) systems.

According to certain aspects, a multi-STA BA request (BAR) frame may

simultaneously solicit multiple immediate BAs. According to certain aspects, frame

exchange sequences involve special subframes and/or reverse direction grants

(RDGs)." Merlin '690 at ¶ [0050].

4452. Merlin '690 further discloses: "According to certain aspects, a FDMA

transmission may consist of, for example, multiple SU or MU PPDUs on each

channel (e.g. 20 MHz). Each MU PPDU may be either a MU-MIMO PPDU or a

FDMA PPDU. The FDMA PPDU may allocate sub-20 MHz channels. According to

certain aspects, PPDUs of the FDMA transmission may be a combination of FDMA,

MU-MIMO, OFDMA, and time aggregation within the same PPDU. In this case, the

notation "DL MIMO/FDMA" may refer to either a DL FDMA PPDU, a DL MU-

MIMO PPDU, a DL OFDMA PPDU, or to a PPDU that does any combination of DL

FDMA, DL MU-MIMO and time aggregation to serve multiple STAs. A MU time

aggregated PPDU may comprise a single PPDU including an A-MPDU or an A-

MSDU where the MPDUs or MSDUs have receiver or destination addresses

corresponding to different STAs. A MU time aggregated PPDU may comprise a

- 1728 -

sequence of SU PPDUs or PSDUs sent with no or very small time separation."
Merlin '690 at ¶ [0119]. For example, "[i]n an example implementation, the AP may
solicit multiple immediate responses by transmitting an MU PPDU including
multiple aggregate medium access control (MAC) protocol data units (A-MPDUs)
having MPDUs that solicit an immediate response (e.g., MPDUs indicate
'Immediate BA or normal ACK')." Merlin '690 at ¶ [0127].

4453.  Merlin '690 further discloses: "According to certain aspects, if a STA
determines (e.g., receives an indication, derives, statically agrees, or is configured)
that UL MU-MIMO or FDMA is to be used for an immediate response, the STA may
also know which parameters to use for the response. Response parameters may
include, for example, which spatial streams/channels to use, what duration to use,
and what power to use for the immediate response. According to certain aspects, one
or more of these parameters may be indicated with any one of the following options
or a combination thereof (e.g., some parameters may be conveyed according one
option and other parameters according another option)." Merlin '690 at ¶ [0139]. As
one example option, Merlin '690 discloses: "Option 1: According to certain aspects, a
first option to indicate response parameters may be to extend existing rules for the
immediate response bandwidth (BW) and modulation and coding schemes (MCSs).
For example, the bandwidth and channels of response frame may be equal to the
bandwidth and channels of the soliciting frame, as shown in FIG. 5." Merlin '690 at
[0140]; *see also* Merlin '690 at FIG. 5. As another example option, Merlin '690

███████████████████████████████████████████

discloses: "Option 4: In a fourth option, response parameters for UL MU-MIMO and

UL FDMA replies may be dynamically allocated and indicated to each STA in the

received DL PSDU. For example, the parameters may be included in each MPDU

(e.g., in the QoS control field or in the FC field), in the A-MPDU delimiter preceding

the MPDU, or in an extended MAC header. The parameters may also be included in

the PSDU (e.g., in the SERVICE field) or in the PHY header (e.g., in one of the

signal (SIG) fields). In this case the presence of the field indicating the parameters

to be used for the response may be signaled by one of the following options: use of a

reserved bit in the QoS Control field, use of a reserved bit in the HT control field,

use of a reserved bit in the SERVICE field, use of a reserved bit in the A-MPDU

delimiter, or implicitly indicated by whether the type of DL PPDU is DL MU-MIMO

or DL OFDMA." Merlin '690 at ¶ [0146]. As yet another example option, Merlin '690

discloses: "Option 5: According to certain aspects, a fifth option to indicate the

response parameters may be in a special frame aggregated in the A-MPDU.

According to certain aspects, each special frame may be received by one STA and

may include the parameter information for that STA only. Alternatively, the special

frame(s) (e.g., one special frame per STA or a single broadcast special frame) may be

sent in a separate PPDU following the data DL PPDU, as shown in FIG. 8. As

shown in the frame exchange 800 illustrated in FIG. 8, the special frame 804

indicating the parameters for the immediate responses 806 (BA STA 2) and 810 (BA

STA 1) from STA 2 and STA 1, respectively, may be send in a separate DL PPDU

- 1730 -

following the DL PPDUs 802 (DL STA 2) and 808 (DL STA 1) soliciting immediate responses from STA 2 and STA 1, respectively. The special frame may be a trigger frame or a modified BAR frame." Merlin '690 at ¶ [0147]; *see also* Merlin '690 at FIG. 8.

4454. Additionally, Merlin '690 discloses: "According to certain aspects, block acknowledgement request (BAR) frames may be used to poll for (e.g., solicit) block acknowledgments (BA). As described above, UL MU-MIMO or UL FDMA may be used to transmit multiple BAs at the same time, hence, it may be useful to define a BAR frame which can solicit multiple immediate responses." Merlin '690 at ¶ [0150]. Additionally, "[a]s mentioned above, in addition to requesting BAs, the BAR frame may also allocated resources for the BAs, indicate the transmission mode for the replies, and indicate parameters to be used for the replies. According to certain aspects, it may be desirable to use reserved bits in the existing BAR frame or to add fields to the existing BAR frame to indicate the response type and/or response parameters." Merlin '690 at ¶ [0153]. Further, "[a]ccording to certain aspects, the multi-STA BAR may use the format of a multi-traffic indicator (TID) BAR frame, as shown in FIG. 12. The multi-STA BAR may use some of the reserved bits in the BAR control field, in the PER-TID information field, or in other existing fields to indicate: that the BAR is a multi-STA BAR, which STAs are the recipients, the duration of the allowed response, and resource allocation for the replies in UL MU-MIMO or UL FDMA. For example, for each TID, the Bar information field 912 may

include a Per TID Info subfield 1202 and a Block Ack Starting Sequence Control
subfield 1204." Merlin '690 at ¶ [0158].

4455.  Alternatively, Merlin '690, in view of the background knowledge and
ordinary creativity of a POSITA at the time of the invention, renders this element
obvious.

4456.  **Chun** discloses this element. For example, Chun discloses: "… an
access point (AP) apparatus for supporting uplink (UL) multi-user (MU)
transmission in a wireless communication system, includes: a radio frequency (RF)
unit for transmitting/receiving a wireless signal; and a processor, wherein the
processor is configured to transmit a trigger frame including information for UL
MU transmission to a station (STA), and receive a UL MU PPDU based on the
information for the UL MU transmission, the trigger frame is a medium access
control (MAC) frame, an MAC header of the trigger frame includes a type field and
a subtype field, and the type of the trigger frame is indicated by the type field and
the subtype field." Chun at ¶ [0017].

4457.  With reference to FIG. 6, Chun discloses "a MAC frame (i.e., MPDU)
includes a MAC Header, a Frame Body and a frame check sequence (FCS)." Chun at
¶ [0186]; *see also* Chun at FIG. 6. For example, "[t]he MAC Header is defined by
regions that include Frame Control field, Duration/ID field, Address 1 field, Address
2 field, Address 3 field, Sequence Control field, Address 4 field, QoS Control field
and HT Control field." Chun at ¶ [0187]. Also, "[t]he QoS Control field includes

- 1732 -

████████████████████████████████████████████████████████

information related to QoS. The QoS control field may be included in the case that a

QoS data frame is indicated in a Subtype subfield." Chun at ¶ [0194]. Additionally,

"[t]he HT Control filed includes control information related to HT and/or VHT

transmission and reception techniques. The HT Control field is included in Control

Wrapper frame. Further, the HT Control field is existed in the QoS data frame of

which Order subfield value is 1, and existed in Management frame" (Chun at ¶

[0195]).

4458.  With reference to FIG. 8, Chun discloses: "the HT control field may

include a VHT subfield, an HT control middle subfield, an AC constraint subfield,

and a reverse direction grant (RDG)/more PPDU subfields." Chun at ¶ [0215]; *see*

*also* Chun at FIG. 8. For example, "As described above, the HT control middle

subfield may be implemented to have a different format according to an indication

of the VHT subfield." Chun at ¶ [0221]. Additionally, "[t]he HT control middle

subfield of the HT control field for VHT may include a reserved bit, a modulation

and coding scheme (MCS) feedback request (MRQ) subfield, an MRQ sequence

identifier (MSI)/space-time block coding (STBC) subfield, an MCS feedback

sequence identifier (MFSI)/least significant bit (LSB) of group ID (GID-L) subfield,

an MCS feedback (MFB) subfield, a most significant bit of group ID (GID-H)

subfield, a coding type subfield, a feedback transmission type (FB Tx Type) subfield,

and an unsolicited MFB subfield. Table 4 illustrates descriptions of the subfields

■■■■■■■■■■■■■■■■■■■■

included in the HT control middle subfield of the VHT format." Chun at ¶ [0222];

*see also* Chun at Table 4.

4459.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4460.  **Merlin '258** discloses this element. For example, Merlin '258 discloses:

"FIG. l is a diagram that illustrates a multiple-access multiple-input multiple-

output (MIMO) system 100 with access points and user terminals. For simplicity,

only one access point 110 is shown in FIG. 1. An access point is generally a fixed

station that communicates with the user terminals and may also be referred to as a

base station or using some other terminology. A user terminal or STA may be fixed

or mobile and may also be referred to as a mobile station or a wireless device, or

using some other terminology. The access point 110 may communicate with one or

more user terminals 120 at any given moment on the downlink and uplink. The

downlink (i.e., forward link) is the communication link from the access point to the

user terminals, and the uplink (i.e., reverse link) is the communication link from

the user terminals to the access point. A user terminal may also communicate peer-

to-peer with another user terminal. A system controller 130 couples to and provides

coordination and control for the access points." Merlin '258 at ¶ [0033]; *see also*

Merlin '258 at FIG. 1.

███████████████████████████████

4461.  Merlin '258 further discloses: "An increasing number of wireless and mobile devices put increasing stress on bandwidth requirements that are demanded for wireless communications systems. With limited communication resources, it is desirable to reduce the amount of traffic passing between the AP and the multiple STAs. For example, when multiple terminals send uplink communications to the access point, it is desirable to minimize the amount of traffic to complete the uplink of all transmissions. Thus, embodiments described herein support utilizing communication exchanges, scheduling and certain frames for increasing throughput of uplink transmissions to the AP." Merlin '258 at ¶ [0052].

4462.  Additionally, Merlin '258 discloses: "FIG. 9 shows a diagram of an example of a CTX frame 900 format. The CTX frame 900 may be configured as a trigger frame. In this embodiment, the CTX frame 900 is a control frame that includes a frame control (FC) field 905, a duration field 910, a receiver address field 914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980. The FC field 905 indicates a control subtype or an extension subtype. The duration field 910 indicates to any receiver of the CTX frame 900 to set the network allocation vector (NAV). In some embodiments the RA 914 field identifies a group of UTs through a multicast MAC address. The TA field 915 indicates the transmitter address or a BSSID. The CTRL field 920 is a generic field that may include information regarding the format of the remaining portion of the frame (e.g., the

- 1735 -

number of UT info fields and the presence or absence of any subfields within a UT info field), indications for rate adaptation for the user terminals 120, indication of allowed TID, and indication that a CTS must be sent immediately following the CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone allocation field is present in the UT Info field 930. Alternatively, the indication of whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly performed by specifying to a UT both the spatial streams to be used and the channel to be used, in which case both fields are present in the CTX; in this case, the Nss indication is referred to a specific tone allocation. The PPDU duration 925 field indicates an uplink duration for the following uplink transmission (e.g., UL-MU-MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO PPDU that the user terminals 120 are allowed to send based on estimated TX time fields received in at least one message requesting to transmit uplink data from the user terminals 120. The UT Info 930 field contains information regarding a particular UT and may include a per-user terminal 120 set of information (see the UT Info 1 field 930 through the UT Info N field 975 ). The UT Info 930 field may include an AID or MAC address field 932 which identifies a user terminal, a number of spatial streams field (Nss) 935 field which indicates the number of spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time

- 1736 -

Adjustment 936 field which indicates a time that a UT should adjust its transmission compared to the reception of a trigger frame (the CTX in this case), a Power Adjustment 938 field which indicates a power backoff value a UT should take from a declared transmit power, a Tone Allocation 940 field which indicates the tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942 field which indicates the allowable TID, an Allowed TX Mode 944 field which indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942 indication may be allowed to transmit data only of that TID, data of the same or higher TID, data of the same or lower TID, any data, or only data of that TID first, then if no data is available, data of other TIDs. The FCS 980 field indicates the carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

4463. Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4464. **Merlin '804** discloses this element. For example, Merlin '804 discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit

- 1737 -

████████████████████████

(PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0009]. Also, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0016].

4465.  Additionally, Merlin '804 discloses: "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0023]. Further, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at

- 1738 -

least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0030].

4466.  Additionally, Merlin '804 discloses: "In certain embodiments, a STA 120 enabled for UL-MU-MIMO can indicate to the AP 110 that it requests an UL-MU-MIMO TXOP because it has data pending for UL. In one aspect, the STA 120 can send a RTS or a PS-poll to request a UL-MU-MIMO TXOP. In another embodiment, the STA 120 can send any data frame, including a quality of service (QoS) null data frame, where the bits 8-15 of the QoS control field indicate a non-empty queue. In this embodiment the STA 120 can determine during the setup phase which data frames (e.g., RTS, PS-poll, QoS null, etc.) will trigger a UL-MU-MIMO transmission when the bits 8-15 of the QoS control field indicate a non-empty queue. In one embodiment, the RTS, PS-poll, or QoS null frames can include a 1 bit indication allowing or disallowing the AP 110 to respond with a CTX message 402. In another embodiment, the QoS null frame can include TX power information and a per TID queue information. The TX power information and per TID queue information can be inserted in the two bytes of the sequence control and QoS controls fields in a QoS null frame and the modified QoS null frame can be sent to the AP 110 to request a UL-MU-MIMO TXOP. In another embodiment, referring to FIGS. 1 and 7, the STA 120 can send a RTX 701 to request a UL-MU-MIMO TXOP." Merlin '804 at ¶ [0101]; *see also* Merlin '804 at FIGS. 1 and 7.

- 1739 -

███████████████████████████████████████████

4467.  Also, Merlin '804 discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0143].

4468.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4469.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra.*

> **f.    Element 1 [e]:  determining whether the control extension indication included in the first frame indicates whether the control field includes a scheduling extension;**

4470.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "According to certain aspects, if a STA determines (e.g., receives an indication, derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be

- 1740 -

used for an immediate response, the STA may also know which parameters to use

for the response. Response parameters may include, for example, which spatial

streams/channels to use, what duration to use, and what power to use for the

immediate response. According to certain aspects, one or more of these parameters

may be indicated with any one of the following options or a combination thereof

(e.g., some parameters may be conveyed according one option and other parameters

according another option)." Merlin '690 at ¶ [0139]. As one example option, Merlin

'690 discloses: "Option 1: According to certain aspects, a first option to indicate

response parameters may be to extend existing rules for the immediate response

bandwidth (BW) and modulation and coding schemes (MCSs). For example, the

bandwidth and channels of response frame may be equal to the bandwidth and

channels of the soliciting frame, as shown in FIG. 5." Merlin '690 at [0140]; *see also*

Merlin '690 at FIG. 5. As another example option, Merlin '690 discloses: "Option 4:

In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies

may be dynamically allocated and indicated to each STA in the received DL PSDU.

For example, the parameters may be included in each MPDU (e.g., in the QoS

control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or

in an extended MAC header. The parameters may also be included in the PSDU

(e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG)

fields). In this case the presence of the field indicating the parameters to be used for

the response may be signaled by one of the following options: use of a reserved bit in

- 1741 -

████████████████████

the QoS Control field, use of a reserved bit in the HT control field, use of a reserved

bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or

implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL

OFDMA." Merlin '690 at ¶ [0146]. As yet another example option, Merlin '690

discloses: "Option 5: According to certain aspects, a fifth option to indicate the

response parameters may be in a special frame aggregated in the A-MPDU.

According to certain aspects, each special frame may be received by one STA and

may include the parameter information for that STA only. Alternatively, the special

frame(s) (e.g., one special frame per STA or a single broadcast special frame) may be

sent in a separate PPDU following the data DL PPDU, as shown in FIG. 8. As

shown in the frame exchange 800 illustrated in FIG. 8, the special frame 804

indicating the parameters for the immediate responses 806 (BA STA 2) and 810 (BA

STA 1) from STA 2 and STA 1, respectively, may be send in a separate DL PPDU

following the DL PPDUs 802 (DL STA 2) and 808 (DL STA 1) soliciting immediate

responses from STA 2 and STA 1, respectively. The special frame may be a trigger

frame or a modified BAR frame." Merlin '690 at ¶ [0147]; *see also* Merlin '690 at

FIG. 8.

4471.  Additionally, Merlin '690 discloses: "According to certain aspects, block

acknowledgement request (BAR) frames may be used to poll for (e.g., solicit) block

acknowledgments (BA). As described above, UL MU-MIMO or UL FDMA may be

used to transmit multiple BAs at the same time, hence, it may be useful to define a

BAR frame which can solicit multiple immediate responses." Merlin '690 at ¶

[0150]. Also, "[a]ccording to certain aspects of the present disclosure, a SU BAR that

carries additional information is defined that can be used in a DL MU PPDU to

solicit multiple UL immediate responses as well as to provide allocation of resources

for sending the BAs." Merlin '690 at ¶ [0151]. Additionally, "[a]s mentioned above,

in addition to requesting BAs, the BAR frame may also allocated resources for the

BAs, indicate the transmission mode for the replies, and indicate parameters to be

used for the replies. According to certain aspects, it may be desirable to use reserved

bits in the existing BAR frame or to add fields to the existing BAR frame to indicate

the response type and/or response parameters." Merlin '690 at ¶ [0153]. Further,

"[a]ccording to certain aspects, the multi-STA BAR may use the format of a multi-

traffic indicator (TID) BAR frame, as shown in FIG. 12. The multi-STA BAR may

use some of the reserved bits in the BAR control field, in the PER-TID information

field, or in other existing fields to indicate: that the BAR is a multi-STA BAR, which

STAs are the recipients, the duration of the allowed response, and resource

allocation for the replies in UL MU-MIMO or UL FDMA. For example, for each TID,

the Bar information field 912 may include a Per TID Info subfield 1202 and a Block

Ack Starting Sequence Control subfield 1204." Merlin '690 at ¶ [0158].

4472. Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

██████████████████████████

4473.  **Chun** discloses this element. For example, Chun discloses: "The HT control middle subfield of the HT control field for VHT may include a reserved bit, a modulation and coding scheme (MCS) feedback request (MRQ) subfield, an MRQ sequence identifier (MSI)/space-time block coding (STBC) subfield, an MCS feedback sequence identifier (MFSI)/least significant bit (LSB) of group ID (GID-L) subfield, an MCS feedback (MFB) subfield, a most significant bit of group ID (GID-H) subfield, a coding type subfield, a feedback transmission type (FB Tx Type) subfield, and an unsolicited MFB subfield. Table 4 illustrates descriptions of the subfields included in the HT control middle subfield of the VHT format." Chun at ¶ [0222]; *see also* Chun at Table 4.

4474.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4475.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "An increasing number of wireless and mobile devices put increasing stress on bandwidth requirements that are demanded for wireless communications systems. With limited communication resources, it is desirable to reduce the amount of traffic passing between the AP and the multiple STAs. For example, when multiple terminals send uplink communications to the access point, it is desirable to minimize the amount of traffic to complete the uplink of all transmissions. Thus, embodiments described herein support utilizing communication exchanges,

- 1744 -

████████████████████████

scheduling and certain frames for increasing throughput of uplink transmissions to

the AP." Merlin '258 at ¶ [0052].

4476.  Additionally, Merlin '258 discloses: "FIG. 9 shows a diagram of an

example of a CTX frame 900 format. The CTX frame 900 may be configured as a

trigger frame. In this embodiment, the CTX frame 900 is a control frame that

includes a frame control (FC) field 905, a duration field 910, a receiver address field

914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU

duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980.

The FC field 905 indicates a control subtype or an extension subtype. The duration

field 910 indicates to any receiver of the CTX frame 900 to set the network

allocation vector (NAV). In some embodiments the RA 914 field identifies a group of

UTs through a multicast MAC address. The TA field 915 indicates the transmitter

address or a BSSID. The CTRL field 920 is a generic field that may include

information regarding the format of the remaining portion of the frame (e.g., the

number of UT info fields and the presence or absence of any subfields within a UT

info field), indications for rate adaptation for the user terminals 120, indication of

allowed TID, and indication that a CTS must be sent immediately following the

CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being

used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone

allocation field is present in the UT Info field 930. Alternatively, the indication of

whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of

- 1745 -

the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly

performed by specifying to a UT both the spatial streams to be used and the channel

to be used, in which case both fields are present in the CTX; in this case, the Nss

indication is referred to a specific tone allocation. The PPDU duration 925 field

indicates an uplink duration for the following uplink transmission (e.g., UL-MU-

MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO

PPDU that the user terminals 120 are allowed to send based on estimated TX time

fields received in at least one message requesting to transmit uplink data from the

user terminals 120. The UT Info 930 field contains information regarding a

particular UT and may include a per-user terminal 120 set of information (see the

UT Info 1 field 930 through the UT Info N field 975 ). The UT Info 930 field may

include an AID or MAC address field 932 which identifies a user terminal, a

number of spatial streams field (Nss) 935 field which indicates the number of

spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time

Adjustment 936 field which indicates a time that a UT should adjust its

transmission compared to the reception of a trigger frame (the CTX in this case), a

Power Adjustment 938 field which indicates a power backoff value a UT should take

from a declared transmit power, a Tone Allocation 940 field which indicates the

tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942

field which indicates the allowable TID, an Allowed TX Mode 944 field which

indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the

- 1746 -

UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942 indication may be allowed to transmit data only of that TID, data of the same or higher TID, data of the same or lower TID, any data, or only data of that TID first, then if no data is available, data of other TIDs. The FCS 980 field indicates the carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

4477.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4478.  **Merlin '804** discloses this element. For example, Merlin '804 discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0009]. Also, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In

- 1747 -

████████████████████████

various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0016].

4479.  Additionally, Merlin '804 discloses: "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0023]. Further, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0030].

4480.  Additionally, Merlin '804 discloses: "In certain embodiments, a STA 120 enabled for UL-MU-MIMO can indicate to the AP 110 that it requests an UL-MU-MIMO TXOP because it has data pending for UL. In one aspect, the STA 120 can send a RTS or a PS-poll to request a UL-MU-MIMO TXOP. In another

██████████████████████

embodiment, the STA 120 can send any data frame, including a quality of service (QoS) null data frame, where the bits 8-15 of the QoS control field indicate a non-empty queue. In this embodiment the STA 120 can determine during the setup phase which data frames (e.g., RTS, PS-poll, QoS null, etc.) will trigger a UL-MU-MIMO transmission when the bits 8-15 of the QoS control field indicate a non-empty queue. In one embodiment, the RTS, PS-poll, or QoS null frames can include a 1 bit indication allowing or disallowing the AP 110 to respond with a CTX message 402. In another embodiment, the QoS null frame can include TX power information and a per TID queue information. The TX power information and per TID queue information can be inserted in the two bytes of the sequence control and QoS controls fields in a QoS null frame and the modified QoS null frame can be sent to the AP 110 to request a UL-MU-MIMO TXOP. In another embodiment, referring to FIGS. 1 and 7, the STA 120 can send a RTX 701 to request a UL-MU-MIMO TXOP." Merlin '804 at ¶ [0101]; *see also* Merlin '804 at FIGS. 1 and 7.

4481.  Also, Merlin '804 discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer

- 1749 -

data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0143].

4482.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4483.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra.*

> g.  **Element 1 [f]:  obtaining scheduling information from the control field when the control extension indication indicates that the control field includes the scheduling extension;**

4484.  **<u>Merlin '690</u>** discloses this element. For example, Merlin '690 discloses: "According to certain aspects, if a STA determines (e.g., receives an indication, derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be used for an immediate response, the STA may also know which parameters to use for the response. Response parameters may include, for example, which spatial streams/channels to use, what duration to use, and what power to use for the immediate response. According to certain aspects, one or more of these parameters may be indicated with any one of the following options or a combination thereof (e.g., some parameters may be conveyed according one option and other parameters

- 1750 -

█████████████████████

according another option)." Merlin '690 at ¶ [0139]. As one example option, Merlin

'690 discloses: "Option 1: According to certain aspects, a first option to indicate

response parameters may be to extend existing rules for the immediate response

bandwidth (BW) and modulation and coding schemes (MCSs). For example, the

bandwidth and channels of response frame may be equal to the bandwidth and

channels of the soliciting frame, as shown in FIG. 5." Merlin '690 at [0140]; *see also*

Merlin '690 at FIG. 5. As another example option, Merlin '690 discloses: "Option 4:

In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies

may be dynamically allocated and indicated to each STA in the received DL PSDU.

For example, the parameters may be included in each MPDU (e.g., in the QoS

control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or

in an extended MAC header. The parameters may also be included in the PSDU

(e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG)

fields). In this case the presence of the field indicating the parameters to be used for

the response may be signaled by one of the following options: use of a reserved bit in

the QoS Control field, use of a reserved bit in the HT control field, use of a reserved

bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or

implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL

OFDMA." Merlin '690 at ¶ [0146]. As yet another example option, Merlin '690

discloses: "Option 5: According to certain aspects, a fifth option to indicate the

response parameters may be in a special frame aggregated in the A-MPDU.

According to certain aspects, each special frame may be received by one STA and may include the parameter information for that STA only. Alternatively, the special frame(s) (e.g., one special frame per STA or a single broadcast special frame) may be sent in a separate PPDU following the data DL PPDU, as shown in FIG. 8. As shown in the frame exchange 800 illustrated in FIG. 8, the special frame 804 indicating the parameters for the immediate responses 806 (BA STA 2) and 810 (BA STA 1) from STA 2 and STA 1, respectively, may be send in a separate DL PPDU following the DL PPDUs 802 (DL STA 2) and 808 (DL STA 1) soliciting immediate responses from STA 2 and STA 1, respectively. The special frame may be a trigger frame or a modified BAR frame." Merlin '690 at ¶ [0147]; *see also* Merlin '690 at FIG. 8.

4485.  Additionally, Merlin '690 discloses: "According to certain aspects, block acknowledgement request (BAR) frames may be used to poll for (e.g., solicit) block acknowledgments (BA). As described above, UL MU-MIMO or UL FDMA may be used to transmit multiple BAs at the same time, hence, it may be useful to define a BAR frame which can solicit multiple immediate responses." Merlin '690 at ¶ [0150]. Also, "[a]ccording to certain aspects of the present disclosure, a SU BAR that carries additional information is defined that can be used in a DL MU PPDU to solicit multiple UL immediate responses as well as to provide allocation of resources for sending the BAs." Merlin '690 at ¶ [0151]. Additionally, "[a]s mentioned above, in addition to requesting BAs, the BAR frame may also allocated resources for the

- 1752 -

BAs, indicate the transmission mode for the replies, and indicate parameters to be used for the replies. According to certain aspects, it may be desirable to use reserved bits in the existing BAR frame or to add fields to the existing BAR frame to indicate the response type and/or response parameters." Merlin '690 at ¶ [0153]. Further, "[a]ccording to certain aspects, the multi-STA BAR may use the format of a multi-traffic indicator (TID) BAR frame, as shown in FIG. 12. The multi-STA BAR may use some of the reserved bits in the BAR control field, in the PER-TID information field, or in other existing fields to indicate: that the BAR is a multi-STA BAR, which STAs are the recipients, the duration of the allowed response, and resource allocation for the replies in UL MU-MIMO or UL FDMA. For example, for each TID, the Bar information field 912 may include a Per TID Info subfield 1202 and a Block Ack Starting Sequence Control subfield 1204." Merlin '690 at ¶ [0158].

4486. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4487. **Chun** discloses this element. For example, Chun discloses: "Preferably, the trigger frame may further include transmission resource unit information of the UL MU PPDU." Chun at ¶ [0025]. Also, "[p]referably, the UL MU PPDU may be transmitted through a transmission resource which the STA arbitrarily selects according to the transmission resource unit information." Chun at ¶ [0026].

- 1753 -

███████████████████████████

4488.  Chun further discloses: "The HT control middle subfield of the HT control field for VHT may include a reserved bit, a modulation and coding scheme (MCS) feedback request (MRQ) subfield, an MRQ sequence identifier (MSI)/space-time block coding (STBC) subfield, an MCS feedback sequence identifier (MFSI)/least significant bit (LSB) of group ID (GID-L) subfield, an MCS feedback (MFB) subfield, a most significant bit of group ID (GID-H) subfield, a coding type subfield, a feedback transmission type (FB Tx Type) subfield, and an unsolicited MFB subfield. Table 4 illustrates descriptions of the subfields included in the HT control middle subfield of the VHT format." Chun at ¶ [0222].

4489.  Additionally, Chun discloses: "The resource allocation information means information on an uplink transmission resource (for example, frequency/subcarrier information allocated to each STA in the case of the UL OFDMA transmission and a stream index allocated to each STA in the case of the UL MU MIMO transmission) allocated for each STA." Chun at ¶ [0541]. For example, "[i]n detail, in the case of the UL OFDMA transmission, the respective STAs may transmit the uplink data frame on the same time resource through different frequency resources." Chun at ¶ [0559].

4490.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4491.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "An increasing number of wireless and mobile devices put increasing stress on bandwidth requirements that are demanded for wireless communications systems. With limited communication resources, it is desirable to reduce the amount of traffic passing between the AP and the multiple STAs. For example, when multiple terminals send uplink communications to the access point, it is desirable to minimize the amount of traffic to complete the uplink of all transmissions. Thus, embodiments described herein support utilizing communication exchanges, scheduling and certain frames for increasing throughput of uplink transmissions to the AP." Merlin '258 at ¶ [0052].

4492.  Additionally, Merlin '258 discloses: "FIG. 9 shows a diagram of an example of a CTX frame 900 format. The CTX frame 900 may be configured as a trigger frame. In this embodiment, the CTX frame 900 is a control frame that includes a frame control (FC) field 905, a duration field 910, a receiver address field 914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980. The FC field 905 indicates a control subtype or an extension subtype. The duration field 910 indicates to any receiver of the CTX frame 900 to set the network allocation vector (NAV). In some embodiments the RA 914 field identifies a group of UTs through a multicast MAC address. The TA field 915 indicates the transmitter address or a BSSID. The CTRL field 920 is a generic field that may include

- 1755 -

information regarding the format of the remaining portion of the frame (e.g., the number of UT info fields and the presence or absence of any subfields within a UT info field), indications for rate adaptation for the user terminals 120, indication of allowed TID, and indication that a CTS must be sent immediately following the CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone allocation field is present in the UT Info field 930. Alternatively, the indication of whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly performed by specifying to a UT both the spatial streams to be used and the channel to be used, in which case both fields are present in the CTX; in this case, the Nss indication is referred to a specific tone allocation. The PPDU duration 925 field indicates an uplink duration for the following uplink transmission (e.g., UL-MU-MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO PPDU that the user terminals 120 are allowed to send based on estimated TX time fields received in at least one message requesting to transmit uplink data from the user terminals 120. The UT Info 930 field contains information regarding a particular UT and may include a per-user terminal 120 set of information (see the UT Info 1 field 930 through the UT Info N field 975). The UT Info 930 field may include an AID or MAC address field 932 which identifies a user terminal, a number of spatial streams field (Nss) 935 field which indicates the number of

- 1756 -

spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time

Adjustment 936 field which indicates a time that a UT should adjust its

transmission compared to the reception of a trigger frame (the CTX in this case), a

Power Adjustment 938 field which indicates a power backoff value a UT should take

from a declared transmit power, a Tone Allocation 940 field which indicates the

tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942

field which indicates the allowable TID, an Allowed TX Mode 944 field which

indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the

UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942

indication may be allowed to transmit data only of that TID, data of the same or

higher TID, data of the same or lower TID, any data, or only data of that TID first,

then if no data is available, data of other TIDs. The FCS 980 field indicates the

carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at

¶ [0073]; *see also* Merlin '258 at FIG. 9.

4493.  Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4494.  **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"In various embodiments, each sub-message of the aggregated message can include

at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control

field and a media access control (MAC) payload. In various embodiments, the at

███████████████████████████████

least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0009]. Also, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0016].

4495.  Further, Merlin '804 discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0023]. Additionally, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In

- 1758 -

██████████████████████

various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0030].

4496.  Merlin '804 also discloses: "In the illustrated embodiment, the SU payload 2230 includes UL scheduling information 2230 for scheduling one or more UL PPDUs such as the UL PPDUs 2280 and 2290. In various embodiments, the UL scheduling information 2230 can include one or more fields or indicators discussed above with respect to one or more of: the CTX 402, 1035, 1200, and 1500, the CTS 408, the SSF 1005, the A-MPDU 407, the BAs 470, and the trigger frame 405, variously discussed above with respect to FIGS. 5-20. For example, in various embodiments, the UL scheduling information 2230 can include one or more of: identification of the STAs permitted or instructed to transmit one or more UL PPDUs, identification of resources allocated to STAs such as spatial streams, tones, etc., scheduling times and/or durations of UL transmissions, type and or content of scheduled UL transmissions, etc. In various embodiments, information included in the UL scheduling information 2230 can be omitted from the common PHY header 2210. In various embodiments, the SU PHY header 2220 and the SU payload 2230 can be broadcast or unicast. In various embodiments, the SU PHY header 2220 and the SU payload 2230 can be in a position other than first in the A-PPDU 2200." Merlin '804 at ¶ [0132]. For example, "[i]n an embodiment, the AP 110 can transmit

- 1759 -

███████████████████████████████████████████████

the A-PPDU 2200, with UL scheduling information 2230, to one or more STAs 120.

The STAs 120 can decode the UL scheduling information and can determine a time

that they are instructed to transmit an UL PPDU. In various embodiments, UL

PPDUs can be spaced according to a short interframe space (SIFS), can be spaced

according to another spacing, or can be unspaced. In the illustrated embodiment,

the STAs 120 transmit the UL PPDU1 2280 and the UL PPDU2 2290 according to

the UL scheduling information 2230." Merlin '804 at ¶ [0134].

  *4497.*  Merlin '804 discloses several embodiments at ¶¶ [0143]-[0149] ("In

various embodiments, each sub-message of the aggregated message can include at

least a physical layer data unit (PPDU) comprising a physical layer (PHY) control

field and a media access control (MAC) payload. In various embodiments, the at

least one other message can include at least one multi-user physical layer data unit

(PPDU). In various embodiments, the at least one other message can include at

least one single-user physical layer data unit (PPDU) excluding control or

scheduling information. In various embodiments, the aggregated message can

include a common physical layer header indicating whether the at least one other

message includes at least message that all of the one or more stations are instructed

to decode. For example, the A-PPDU 2200 can include the common PHY header

2210, which can indicate that the SU payload 2250 includes the UL scheduling

information. In various embodiments, each message can include a physical layer

header indicating whether the at least one other message includes at least message

████████████████████████████

that all of the one or more stations are instructed to decode. For example, the SU

PHY header 2220 can indicate that the SU payload 2250 includes the UL

scheduling information. In various embodiments, the single-user broadcast message

includes control information instructing the one or more stations to transmit uplink

data at a specific time, and the uplink data can be received from the one or more

stations. For example, the UL scheduling information 2230 can instruct the STAs

120 to transmit the UL PPDUs 2280-2290 beginning a SIFS after the MU payload

2250. In various embodiments, each message can include an uplink scheduling

message. For example, the SU payload 2230 can include the UL scheduling

information. In various embodiments, the uplink scheduling message can include a

physical layer data unit (PPDU) duration field indicating a duration of transmission

of uplink data. In various embodiments, the uplink scheduling message can include

a station (STA) info field including an indication of allowed transmission modes. For

example, the UL scheduling information 2230 can include any of the fields of the

CTX discussed above with respect to FIGS. 4-20. In various embodiments, the

station (STA) info field can include a tone allocation field indicating

tones/frequencies for uplink data using a frequency division multiple access (FDMA)

system. In various embodiments, the uplink scheduling message can include a

group identifier (GID) field indicating the STAs that can participate in uplink

communications. In various embodiments, the uplink scheduling message can

include a receiver address (RA) field indicating a multicast address which identifies

█████████████████████████████████

the one or more stations that can participate in uplink communications. In various embodiments, the uplink scheduling message can include a field indicating rate information for the one or more stations. For example, the UL scheduling information 2230 can include any of the fields of the CTX discussed above with respect to FIGS. 4-20. In various embodiments, the method can further include transmitting an uplink scheduling message to the one or more stations. The uplink scheduling message can instruct the one or more stations to transmit a station access information message in response to the uplink scheduling message. The method can further include receiving a plurality of station access information messages. The station access information messages can indicate station access information. For example, the UL scheduling information 2230 can instruct the STAs 120 to provide the traffic information 2360. In various embodiments, the single-user broadcast message can include data, control, or management information for one or more stations."). *See also* Merlin '804 at FIGS. 4-20.

4498.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4499.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin

- 1762 -

'690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra.*

> h.    **Element 1 [g]:  generating a second frame for a multi-user uplink transmission with the plurality of stations based on the scheduling information included in the scheduling extension; and**

4500.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Uplink (UL) MU-MIMO or UL FDMA can be used to transmit multiple block acknowledgements (BAs) at the same time, for example, in response to a downlink (DL) MU physical protocol data unit (PPDU). The current standard does not define UL MU-MIMO or UL FDMA and does not allow the above operation mode." Merlin '690 at ¶ [0121]. Also, "[t]he present disclosure provides example frame exchanges and ACK signaling policy to enable sending ACKs/BAs with UL MU-MIMO/FDMA by stations (STAs) receiving a DL MU-MIMO/FDMA PPDU and that are capable of UL MU-MIMO or UL FDMA." Merlin '690 at ¶ [0124]. Additionally, "[a]ccording to certain aspects, if a STA determines (e.g., receives an indication, derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be used for an immediate response, the STA may also know which parameters to use for the response. Response parameters may include, for example, which spatial streams/channels to use, what duration to use, and what power to use for the immediate response. According to certain aspects, one or more of these parameters may be indicated with any one of the following options or a combination thereof

- 1763 -

████████████████████████████████████

(e.g., some parameters may be conveyed according one option and other parameters according another option)." Merlin '690 at ¶ [0139].

4501.  As an example option, Merlin '690 discloses: "Option 1: According to certain aspects, a first option to indicate response parameters may be to extend existing rules for the immediate response bandwidth (BW) and modulation and coding schemes (MCSs). For example, the bandwidth and channels of response frame may be equal to the bandwidth and channels of the soliciting frame, as shown in FIG. 5." Merlin '690 at ¶ [0140]; *see also* Merlin '690 at FIG. 5.

4502.  Merlin '690 further discloses: "According to certain aspects, block acknowledgement request (BAR) frames may be used to poll for (e.g., solicit) block acknowledgments (BA). As described above, UL MU-MIMO or UL FDMA may be used to transmit multiple BAs at the same time, hence, it may be useful to define a BAR frame which can solicit multiple immediate responses." Merlin '690 at ¶ [0150]. For example, "[a]ccording to certain aspects of the present disclosure, a SU BAR that carries additional information is defined that can be used in a DL MU PPDU to solicit multiple UL immediate responses as well as to provide allocation of resources for sending the BAs." Merlin '690 at ¶ [0151]. Also, "[a]ccording to certain aspects, the multi-STA BAR may use the format of a multi-traffic indicator (TID) BAR frame, as shown in FIG. 12. The multi-STA BAR may use some of the reserved bits in the BAR control field, in the PER-TID information field, or in other existing fields to indicate: that the BAR is a multi-STA BAR, which STAs are the recipients,

the duration of the allowed response, and resource allocation for the replies in UL MU-MIMO or UL FDMA. For example, for each TID, the Bar information field 912 may include a Per TID Info subfield 1202 and a Block Ack Starting Sequence Control subfield 1204." Merlin '690 at ¶ [0158]; *see also* Merlin '690 at FIG. 12.

4503. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4504. **Chun** discloses this element. For example, Chun discloses: "Preferably, the trigger frame may further include transmission resource unit information of the UL MU PPDU." Chun at ¶ [0025]. Also, "[p]referably, the UL MU PPDU may be transmitted through a transmission resource which the STA arbitrarily selects according to the transmission resource unit information." Chun at ¶ [0026].

4505. Additionally, Chun discloses: "The resource allocation information means information on an uplink transmission resource (for example, frequency/subcarrier information allocated to each STA in the case of the UL OFDMA transmission and a stream index allocated to each STA in the case of the UL MU MIMO transmission) allocated for each STA." Chun at ¶ [0541]. For example, "[i]n detail, in the case of the UL OFDMA transmission, the respective STAs may transmit the uplink data frame on the same time resource through different frequency resources." Chun at ¶ [0559].

- 1765 -

4506.  Alternatively, Chun, in view of the background knowledge and
ordinary creativity of a POSITA at the time of the invention, renders this element
obvious.

4507.  **Merlin '258** discloses this element. For example, Merlin '258 discloses:
"FIG. l is a diagram that illustrates a multiple-access multiple-input multiple-
output (MIMO) system 100 with access points and user terminals. For simplicity,
only one access point 110 is shown in FIG. 1. An access point is generally a fixed
station that communicates with the user terminals and may also be referred to as a
base station or using some other terminology. A user terminal or STA may be fixed
or mobile and may also be referred to as a mobile station or a wireless device, or
using some other terminology. The access point 110 may communicate with one or
more user terminals 120 at any given moment on the downlink and uplink. The
downlink (i.e., forward link) is the communication link from the access point to the
user terminals, and the uplink (i.e., reverse link) is the communication link from
the user terminals to the access point. A user terminal may also communicate peer-
to-peer with another user terminal. A system controller 130 couples to and provides
coordination and control for the access points." Merlin '258 at ¶ [0033]; *see also*
Merlin '258 at FIG. 1.

4508.  Also, Merlin '258 discloses: "An increasing number of wireless and
mobile devices put increasing stress on bandwidth requirements that are demanded
for wireless communications systems. With limited communication resources, it is

- 1766 -

desirable to reduce the amount of traffic passing between the AP and the multiple

STAs. For example, when multiple terminals send uplink communications to the

access point, it is desirable to minimize the amount of traffic to complete the uplink

of all transmissions. Thus, embodiments described herein support utilizing

communication exchanges, scheduling and certain frames for increasing throughput

of uplink transmissions to the AP." Merlin '258 at ¶ [0052].

4509. Merlin '258 further discloses: "FIG. 4 is a time sequence diagram 400

showing an example of an UL-MU-MIMO protocol 400 that may be used for UL

communications. As shown in FIG. 4, in conjunction with FIG. 1, the AP 110 may

transmit a clear to transmit (CTX) message 402 to the user terminals 120 indicating

which user terminals 120 may participate in the UL-MU-MIMO scheme, such that

a particular UT 120 knows to start an UL-MU-MIMO transmission. In some

embodiments, the CTX message may be transmitted in a payload portion of a

physical layer convergence protocol (PLCP) protocol data units (PPDUs). An

example of a CTX frame structure is described more fully below with reference to

FIG. 10." Merlin '258 at ¶ [0053]; *see also* Merlin '258 at FIGS. 4 and 10. For

example, "[o]nce a user terminal 120 receives a CTX message 402 from the AP 110

where the user terminal is listed, the user terminal 120 may transmit the UL-MU-

MIMO transmission 410 . In FIG. 4A, STA 120 A and STA 120 B transmit UL-MU-

MIMO transmissions 410 A and 410 B, respectively, containing physical layer

convergence protocol (PLCP) protocol data units (PPDUs). Upon receiving the UL-

- 1767 -

MU-MIMO transmissions 410 A and 410 B, the AP 110 may transmit block

acknowledgments (BAs) 470 to the user terminals 120 A and 120 B." Merlin '258 at

¶ [0054].

4510.  Additionally, Merlin '258 discloses: "FIG. 9 shows a diagram of an

example of a CTX frame 900 format. The CTX frame 900 may be configured as a

trigger frame. In this embodiment, the CTX frame 900 is a control frame that

includes a frame control (FC) field 905, a duration field 910, a receiver address field

914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU

duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980.

The FC field 905 indicates a control subtype or an extension subtype. The duration

field 910 indicates to any receiver of the CTX frame 900 to set the network

allocation vector (NAV). In some embodiments the RA 914 field identifies a group of

UTs through a multicast MAC address. The TA field 915 indicates the transmitter

address or a BSSID. The CTRL field 920 is a generic field that may include

information regarding the format of the remaining portion of the frame (e.g., the

number of UT info fields and the presence or absence of any subfields within a UT

info field), indications for rate adaptation for the user terminals 120, indication of

allowed TID, and indication that a CTS must be sent immediately following the

CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being

used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone

allocation field is present in the UT Info field 930. Alternatively, the indication of

whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of

the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly

performed by specifying to a UT both the spatial streams to be used and the channel

to be used, in which case both fields are present in the CTX; in this case, the Nss

indication is referred to a specific tone allocation. The PPDU duration 925 field

indicates an uplink duration for the following uplink transmission (e.g., UL-MU-

MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO

PPDU that the user terminals 120 are allowed to send based on estimated TX time

fields received in at least one message requesting to transmit uplink data from the

user terminals 120. The UT Info 930 field contains information regarding a

particular UT and may include a per-user terminal 120 set of information (see the

UT Info 1 field 930 through the UT Info N field 975). The UT Info 930 field may

include an AID or MAC address field 932 which identifies a user terminal, a

number of spatial streams field (Nss) 935 field which indicates the number of

spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time

Adjustment 936 field which indicates a time that a UT should adjust its

transmission compared to the reception of a trigger frame (the CTX in this case), a

Power Adjustment 938 field which indicates a power backoff value a UT should take

from a declared transmit power, a Tone Allocation 940 field which indicates the

tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942

field which indicates the allowable TID, an Allowed TX Mode 944 field which

████████████████████████████████████████

indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the

UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942

indication may be allowed to transmit data only of that TID, data of the same or

higher TID, data of the same or lower TID, any data, or only data of that TID first,

then if no data is available, data of other TIDs. The FCS 980 field indicates the

carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at

¶ [0073]; *see also* Merlin '258 at FIG. 9.

4511.  Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4512.  **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"FIG. 18 is a transmission and reception time diagram that illustrates one

embodiment of a CTX/Trigger exchange. In this embodiment, the AP 110 sends a

CTX message 402 to the STAs 120 and then later sends the trigger frame 405. Once

the STAs 120A and 120B receive the trigger frame 405, they begin the UL-MU-

MIMO transmissions 410A and 410B. FIG. 19 is a transmission and reception time

diagram that illustrates an example where the time between the CTX message 402

and the trigger frame 405 is greater than that shown in FIG. 18. FIG. 20 is a

transmission and reception time diagram that illustrates an example of sending

multiple trigger frames 405 over time to initiate multiple UL-MU-MIMO 410

transmissions. In this embodiment, the second trigger frame 405 does not need to be

- 1770 -

███████████████████████████████████████████████

preceded by the CTX 402 to initiate the second UL-MU-MIMO transmissions 410A

and 410B because the STAs 120A and 120B can just confirm the trigger frame has

the same sequence or token number as indicated in the CTX and begin

transmission." Merlin '804 at ¶ [0118]; *see also* Merlin '804 at FIGS. 18-20.

4513.  Merlin '804 further discloses: "In the illustrated embodiment, the SU

payload 2230 includes UL scheduling information 2230 for scheduling one or more

UL PPDUs such as the UL PPDUs 2280 and 2290. In various embodiments, the UL

scheduling information 2230 can include one or more fields or indicators discussed

above with respect to one or more of: the CTX 402, 1035, 1200, and 1500, the CTS

408, the SSF 1005, the A-MPDU 407, the BAs 470, and the trigger frame 405,

variously discussed above with respect to FIGS. 5-20. For example, in various

embodiments, the UL scheduling information 2230 can include one or more of:

identification of the STAs permitted or instructed to transmit one or more UL

PPDUs, identification of resources allocated to STAs such as spatial streams, tones,

etc., scheduling times and/or durations of UL transmissions, type and or content of

scheduled UL transmissions, etc. In various embodiments, information included in

the UL scheduling information 2230 can be omitted from the common PHY header

2210. In various embodiments, the SU PHY header 2220 and the SU payload 2230

can be broadcast or unicast. In various embodiments, the SU PHY header 2220 and

the SU payload 2230 can be in a position other than first in the A-PPDU 2200."

Merlin '804 at ¶ [0132].

████████████████

4514.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4515.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra*.

> **i.    Element 1 [h]:  transmitting the second frame as part of the multi-user uplink transmission with the plurality of stations.**

4516.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Uplink (UL) MU-MIMO or UL FDMA can be used to transmit multiple block acknowledgements (BAs) at the same time, for example, in response to a downlink (DL) MU physical protocol data unit (PPDU). The current standard does not define UL MU-MIMO or UL FDMA and does not allow the above operation mode." Merlin '690 at ¶ [0121]. Also, "[t]he present disclosure provides example frame exchanges and ACK signaling policy to enable sending ACKs/BAs with UL MU-MIMO/FDMA by stations (STAs) receiving a DL MU-MIMO/FDMA PPDU and that are capable of UL MU-MIMO or UL FDMA." Merlin '690 at ¶ [0124]. Additionally, "[a]ccording to certain aspects, if a STA determines (e.g., receives an indication, derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be used for an

- 1772 -

████████████████████████████

immediate response, the STA may also know which parameters to use for the

response. Response parameters may include, for example, which spatial

streams/channels to use, what duration to use, and what power to use for the

immediate response. According to certain aspects, one or more of these parameters

may be indicated with any one of the following options or a combination thereof

(e.g., some parameters may be conveyed according one option and other parameters

according another option)." Merlin '690 at ¶ [0139].

4517.  As an example option, Merlin '690 discloses: "Option 1: According to

certain aspects, a first option to indicate response parameters may be to extend

existing rules for the immediate response bandwidth (BW) and modulation and

coding schemes (MCSs). For example, the bandwidth and channels of response

frame may be equal to the bandwidth and channels of the soliciting frame, as shown

in FIG. 5." Merlin '690 at ¶ [0140]; *see also* Merlin '690 at FIG. 5.

4518.  Merlin '690 further discloses: "According to certain aspects, block

acknowledgement request (BAR) frames may be used to poll for (e.g., solicit) block

acknowledgments (BA). As described above, UL MU-MIMO or UL FDMA may be

used to transmit multiple BAs at the same time, hence, it may be useful to define a

BAR frame which can solicit multiple immediate responses." Merlin '690 at ¶

[0150]. For example, "[a]ccording to certain aspects of the present disclosure, a SU

BAR that carries additional information is defined that can be used in a DL MU

PPDU to solicit multiple UL immediate responses as well as to provide allocation of

███████████████████████████████

resources for sending the BAs." Merlin '690 at ¶ [0151]. Also, "[a]ccording to certain

aspects, the multi-STA BAR may use the format of a multi-traffic indicator (TID)

BAR frame, as shown in FIG. 12. The multi-STA BAR may use some of the reserved

bits in the BAR control field, in the PER-TID information field, or in other existing

fields to indicate: that the BAR is a multi-STA BAR, which STAs are the recipients,

the duration of the allowed response, and resource allocation for the replies in UL

MU-MIMO or UL FDMA. For example, for each TID, the Bar information field 912

may include a Per TID Info subfield 1202 and a Block Ack Starting Sequence

Control subfield 1204." Merlin '690 at ¶ [0158]; *see also* Merlin '690 at FIG. 12.

4519.  Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4520.  **Chun** discloses this element. For example, Chun discloses: "… an

access point (AP) apparatus for supporting uplink (UL) multi-user (MU)

transmission in a wireless communication system, includes: a radio frequency (RF)

unit for transmitting/receiving a wireless signal; and a processor, wherein the

processor is configured to transmit a trigger frame including information for UL

MU transmission to a station (STA), and receive a UL MU PPDU based on the

information for the UL MU transmission, the trigger frame is a medium access

control (MAC) frame, an MAC header of the trigger frame includes a type field and

a subtype field, and the type of the trigger frame is indicated by the type field and

- 1774 -

████████████

the subtype field." Chun at ¶ [0017]. Also, "[p]referably, the trigger frame may further include transmission resource unit information of the UL MU PPDU." Chun at ¶ [0025]. Also, "[p]referably, the UL MU PPDU may be transmitted through a transmission resource which the STA arbitrarily selects according to the transmission resource unit information." Chun at ¶ [0026].

4521.  Additionally, Chun discloses: "The resource allocation information means information on an uplink transmission resource (for example, frequency/subcarrier information allocated to each STA in the case of the UL OFDMA transmission and a stream index allocated to each STA in the case of the UL MU MIMO transmission) allocated for each STA." Chun at ¶ [0541]. For example, "[i]n detail, in the case of the UL OFDMA transmission, the respective STAs may transmit the uplink data frame on the same time resource through different frequency resources." Chun at ¶ [0559].

4522.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4523.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "Certain aspects of the present disclosure support transmitting an uplink (UL) signal from multiple UTs to an AP. In some embodiments, the UL signal may be transmitted in a multi-user MIMO (MU-MIMO) system. Alternatively, the UL signal may be transmitted in a multi-user FDMA (MU-FDMA) or similar FDMA

████████████████████████████████████████████

system. Specifically, FIGS. 4-8 illustrate uplink MU-MIMO (UL-MU-MIMO) transmissions 410A and 410B that would apply equally to UL-FDMA transmissions. In these embodiments, UL-MU-MIMO or UL-FDMA transmissions can be sent simultaneously from multiple STAs to an AP and may create efficiencies in wireless communication." Merlin '258 at ¶ [0051]; *see also* Merlin '258 at FIGS. 4-8.

4524.  For example, "FIG. 8 is a message timing diagram 800 showing multi-user uplink communication. The message exchange shows communication of wireless messages between an AP 110 and three user terminals 120A-C. The message exchange may indicate that each of the user terminals 120A-C may transmit a request message (REQ) 802A-C to the AP 110 requesting a UL-MU-MIMO TXOP. As described above, each of the request messages 802A-C may indicate that the transmitting user terminal 120A-C has data available to be transmitted to the AP 110." Merlin '258 at ¶ [0068]. Further, "[a]t a time indicated by the TF message 804, the three user terminals 120A-C transmit data 806A-C to the AP 110. The data 806a-c are transmitted at least partially concurrently during the transmission opportunity. The transmissions of data 806A-C may utilize uplink multi-user multiple input, multiple output transmissions (UL-MU-MIMO) or uplink frequency division multiple access (UL-FDMA)." Merlin '258 at ¶ [0070].

4525.  Merlin '258 further discloses: "An increasing number of wireless and mobile devices put increasing stress on bandwidth requirements that are demanded

- 1776 -

███████████████████████████████████

for wireless communications systems. With limited communication resources, it is desirable to reduce the amount of traffic passing between the AP and the multiple STAs. For example, when multiple terminals send uplink communications to the access point, it is desirable to minimize the amount of traffic to complete the uplink of all transmissions. Thus, embodiments described herein support utilizing communication exchanges, scheduling and certain frames for increasing throughput of uplink transmissions to the AP." Merlin '258 at ¶ [0052].

4526.  Additionally, Merlin '258 discloses: "FIG. 9 shows a diagram of an example of a CTX frame 900 format. The CTX frame 900 may be configured as a trigger frame. In this embodiment, the CTX frame 900 is a control frame that includes a frame control (FC) field 905, a duration field 910, a receiver address field 914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980. The FC field 905 indicates a control subtype or an extension subtype. The duration field 910 indicates to any receiver of the CTX frame 900 to set the network allocation vector (NAV). In some embodiments the RA 914 field identifies a group of UTs through a multicast MAC address. The TA field 915 indicates the transmitter address or a BSSID. The CTRL field 920 is a generic field that may include information regarding the format of the remaining portion of the frame (e.g., the number of UT info fields and the presence or absence of any subfields within a UT info field), indications for rate adaptation for the user terminals 120, indication of

- 1777 -

allowed TID, and indication that a CTS must be sent immediately following the CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone allocation field is present in the UT Info field 930. Alternatively, the indication of whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly performed by specifying to a UT both the spatial streams to be used and the channel to be used, in which case both fields are present in the CTX; in this case, the Nss indication is referred to a specific tone allocation. The PPDU duration 925 field indicates an uplink duration for the following uplink transmission (e.g., UL-MU-MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO PPDU that the user terminals 120 are allowed to send based on estimated TX time fields received in at least one message requesting to transmit uplink data from the user terminals 120. The UT Info 930 field contains information regarding a particular UT and may include a per-user terminal 120 set of information (see the UT Info 1 field 930 through the UT Info N field 975). The UT Info 930 field may include an AID or MAC address field 932 which identifies a user terminal, a number of spatial streams field (Nss) 935 field which indicates the number of spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time Adjustment 936 field which indicates a time that a UT should adjust its transmission compared to the reception of a trigger frame (the CTX in this case), a

- 1778 -

Power Adjustment 938 field which indicates a power backoff value a UT should take from a declared transmit power, a Tone Allocation 940 field which indicates the tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942 field which indicates the allowable TID, an Allowed TX Mode 944 field which indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942 indication may be allowed to transmit data only of that TID, data of the same or higher TID, data of the same or lower TID, any data, or only data of that TID first, then if no data is available, data of other TIDs. The FCS 980 field indicates the carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

4527.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4528.  **Merlin '804** discloses this element. For example, Merlin '804 discloses: "FIG. 18 is a transmission and reception time diagram that illustrates one embodiment of a CTX/Trigger exchange. In this embodiment, the AP 110 sends a CTX message 402 to the STAs 120 and then later sends the trigger frame 405. Once the STAs 120A and 120B receive the trigger frame 405, they begin the UL-MU-MIMO transmissions 410A and 410B. FIG. 19 is a transmission and reception time diagram that illustrates an example where the time between the CTX message 402

████████████████████████████████

and the trigger frame 405 is greater than that shown in FIG. 18. FIG. 20 is a

transmission and reception time diagram that illustrates an example of sending

multiple trigger frames 405 over time to initiate multiple UL-MU-MIMO 410

transmissions. In this embodiment, the second trigger frame 405 does not need to be

preceded by the CTX 402 to initiate the second UL-MU-MIMO transmissions 410A

and 410B because the STAs 120A and 120B can just confirm the trigger frame has

the same sequence or token number as indicated in the CTX and begin

transmission." Merlin '804 at ¶ [0118]; *see also* Merlin '804 at FIGS. 18-20.

4529.  Merlin '804 further discloses: "In the illustrated embodiment, the SU

payload 2230 includes UL scheduling information 2230 for scheduling one or more

UL PPDUs such as the UL PPDUs 2280 and 2290. In various embodiments, the UL

scheduling information 2230 can include one or more fields or indicators discussed

above with respect to one or more of: the CTX 402, 1035, 1200, and 1500, the CTS

408, the SSF 1005, the A-MPDU 407, the BAs 470, and the trigger frame 405,

variously discussed above with respect to FIGS. 5-20. For example, in various

embodiments, the UL scheduling information 2230 can include one or more of:

identification of the STAs permitted or instructed to transmit one or more UL

PPDUs, identification of resources allocated to STAs such as spatial streams, tones,

etc., scheduling times and/or durations of UL transmissions, type and or content of

scheduled UL transmissions, etc. In various embodiments, information included in

the UL scheduling information 2230 can be omitted from the common PHY header

- 1780 -

2210. In various embodiments, the SU PHY header 2220 and the SU payload 2230 can be broadcast or unicast. In various embodiments, the SU PHY header 2220 and the SU payload 2230 can be in a position other than first in the A-PPDU 2200." Merlin '804 at ¶ [0132].

4530.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4531.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra.*

      **2.**      **Claim 2 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 2 Obvious**

            **a.**      **The station of claim 1, wherein the scheduling extension corresponds to a control extension subfield that contains the scheduling information.**

4532.  **<u>Merlin '690</u>** discloses this element. For example, Merlin '690 discloses: "The present disclosure may define rules for limiting the setting of ACK policies and signaling for allocating MU-MIMO or FDMA resources to the recipient STAs for the replies. Such signaling may include which STAs should are solicited for immediate response (e.g., for immediate BAs), which STAs may use existing ACK policy

indications, which mode is to be used for the replies (e.g., UL SU-MIMO, UL MU-

MIMO, or UL MU FDMA), and which parameters to use for MU-MIMO or FDMA

transmissions." Merlin '690 at ¶ [0125].

4533.  Merlin '690 further discloses: "According to certain aspects, if a STA

determines (e.g., receives an indication, derives, statically agrees, or is configured)

that UL MU-MIMO or FDMA is to be used for an immediate response, the STA may

also know which parameters to use for the response. Response parameters may

include, for example, which spatial streams/channels to use, what duration to use,

and what power to use for the immediate response. According to certain aspects, one

or more of these parameters may be indicated with any one of the following options

or a combination thereof (e.g., some parameters may be conveyed according one

option and other parameters according another option)." Merlin '690 at ¶ [0139].

4534.  As one example option, Merlin '690 discloses: "Option 1: According to

certain aspects, a first option to indicate response parameters may be to extend

existing rules for the immediate response bandwidth (BW) and modulation and

coding schemes (MCSs). For example, the bandwidth and channels of response

frame may be equal to the bandwidth and channels of the soliciting frame, as shown

in FIG. 5." Merlin '690 at ¶ [0140]; *see also* Merlin '690 at FIG. 5. As another

example option, Merlin '690 discloses: "Option 4: In a fourth option, response

parameters for UL MU-MIMO and UL FDMA replies may be dynamically allocated

and indicated to each STA in the received DL PSDU. For example, the parameters

may be included in each MPDU (e.g., in the QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an extended MAC header. The parameters may also be included in the PSDU (e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In this case the presence of the field indicating the parameters to be used for the response may be signaled by one of the following options: use of a reserved bit in the QoS Control field, use of a reserved bit in the HT control field, use of a reserved bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA." Merlin '690 at ¶ [0146]. As yet another example option, Merlin '690 discloses: "Option 5: According to certain aspects, a fifth option to indicate the response parameters may be in a special frame aggregated in the A-MPDU. According to certain aspects, each special frame may be received by one STA and may include the parameter information for that STA only. Alternatively, the special frame(s) (e.g., one special frame per STA or a single broadcast special frame) may be sent in a separate PPDU following the data DL PPDU, as shown in FIG. 8. As shown in the frame exchange 800 illustrated in FIG. 8, the special frame 804 indicating the parameters for the immediate responses 806 (BA STA 2) and 810 (BA STA 1) from STA 2 and STA 1, respectively, may be send in a separate DL PPDU following the DL PPDUs 802 (DL STA 2) and 808 (DL STA 1) soliciting immediate responses from STA 2 and STA 1, respectively. The special

- 1783 -

frame may be a trigger frame or a modified BAR frame." Merlin '690 at ¶ [0147]; *see also* Merlin '690 at FIG. 8.

4535.  Additionally, Merlin '690 discloses: "According to certain aspects, special frames may be aggregated into A-MPDUs of downlink data, which indicate to the STAs receiving the data that they are to then transmit on the uplink immediately after the downlink data. The transmission may be MU-MIMO or FDMA. In certain aspects, if the downlink transmission is MU-MIMO, then the ensuing UL transmission will be MU-MIMO, and if the downlink transmission is FDMA, then the ensuing UL transmission will be FDMA. Special subframe information may be included in the PSDU for each user. A special frame may be aggregated in the A-MPDU and addressed to a single station. The information in the special subframe may also be sent in the delimiters, if a new format for the delimiters is made to allow this. Special subframe information may also be included in the service field. FIG. 21 illustrates an example frame exchange 2100 with special frames included in each DL MU-MIMO/FDMA A-MPDU to trigger uplink data, in accordance with certain aspects of the present disclosure. As shown in FIG. 21, the AP may send a DL MU-MIMO/FDMA having A-MPDUs 2102 and 2104 addressed to STA 2 and STA 1, respectively, and each A-MPDU aggregated with a special frame (CTX 2 and CTX 1 ). The special frames may schedule the recipient STAs. Accordingly, STA 2 and STA 1 may each respond with UL MU-MIMO/FDMA PPDUs 2106 and 2108, respectively. According to certain aspects, BAs/ACKs may

- 1784 -

be aggregated with the UL PPDUs or, alternatively, a separate PSDU 2110 may be sent with ACK/BA." Merlin '690 at ¶ [0176].

4536.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4537.  **Chun** discloses this element. For example, Chun discloses: "… an access point (AP) apparatus for supporting uplink (UL) multi-user (MU) transmission in a wireless communication system, includes: a radio frequency (RF) unit for transmitting/receiving a wireless signal; and a processor, wherein the processor is configured to transmit a trigger frame including information for UL MU transmission to a station (STA), and receive a UL MU PPDU based on the information for the UL MU transmission, the trigger frame is a medium access control (MAC) frame, an MAC header of the trigger frame includes a type field and a subtype field, and the type of the trigger frame is indicated by the type field and the subtype field." Chun at ¶ [0017]. Also, "[p]referably, the trigger frame may further include transmission resource unit information of the UL MU PPDU." Chun at ¶ [0025].

4538.  Chun further discloses: "First, the AP transmits a UL MU trigger frame 3110 to indicate preparing for the UL MU transmission to the STAs that will transmit the UL MU data. Herein, the UL MU scheduling frame may also be called a term such as 'UL MU scheduling frame'." Chun at ¶ [0538]. For example, "The

████████████████████████████████████████████

control information may be transmitted in the HE-part (for example, the HE-SIG A

field or HE-SIG B field) of the PPDU transferring the trigger frame 3110 or a

control field (for example, the frame control field of the MAC frame, and the like) of

the UL MU scheduling frame 2510." Chun at ¶ [0545]. Also, "… a frame for next UL

MU scheduling or a control frame including correction information for the next UL

MU transmission, and the like may be included in the TXOP by extending the

TXOP (that is, the L-SIG protection duration) of the ACK frame 3130." Chun at ¶

[0575].

4539.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4540.  **Merlin '258** discloses this element. For example, Merlin '258 discloses:

"FIG. 9 shows a diagram of an example of a CTX frame 900 format. The CTX frame

900 may be configured as a trigger frame. In this embodiment, the CTX frame 900

is a control frame that includes a frame control (FC) field 905, a duration field 910,

a receiver address field 914, a transmitter address (TA) field 915, a control (CTRL)

field 920, a PPDU duration field 925, a UT info field 930, and a frame check

sequence (FCS) field 980. The FC field 905 indicates a control subtype or an

extension subtype. The duration field 910 indicates to any receiver of the CTX

frame 900 to set the network allocation vector (NAV). In some embodiments the RA

914 field identifies a group of UTs through a multicast MAC address. The TA field

- 1786 -

915 indicates the transmitter address or a BSSID. The CTRL field 920 is a generic field that may include information regarding the format of the remaining portion of the frame (e.g., the number of UT info fields and the presence or absence of any subfields within a UT info field), indications for rate adaptation for the user terminals 120, indication of allowed TID, and indication that a CTS must be sent immediately following the CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone allocation field is present in the UT Info field 930. Alternatively, the indication of whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly performed by specifying to a UT both the spatial streams to be used and the channel to be used, in which case both fields are present in the CTX; in this case, the Nss indication is referred to a specific tone allocation. The PPDU duration 925 field indicates an uplink duration for the following uplink transmission (e.g., UL-MU-MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO PPDU that the user terminals 120 are allowed to send based on estimated TX time fields received in at least one message requesting to transmit uplink data from the user terminals 120. The UT Info 930 field contains information regarding a particular UT and may include a per-user terminal 120 set of information (see the UT Info 1 field 930 through the UT Info N field 975). The UT Info 930 field may include an AID or MAC address field 932 which identifies a user

- 1787 -

████████████████████████████

terminal, a number of spatial streams field (Nss) 935 field which indicates the

number of spatial streams a user terminal may use (e.g., in a UL-MU-MIMO

system), a Time Adjustment 936 field which indicates a time that a UT should

adjust its transmission compared to the reception of a trigger frame (the CTX in

this case), a Power Adjustment 938 field which indicates a power backoff value a UT

should take from a declared transmit power, a Tone Allocation 940 field which

indicates the tones or frequencies a UT may use (in a UL-FDMA system), an

Allowed TID 942 field which indicates the allowable TID, an Allowed TX Mode 944

field which indicates the allowed TX modes, and a MCS 946 field which indicates

the MCS the UT should use. A user terminal 120 receiving a CTX with a Allowed

TID 942 indication may be allowed to transmit data only of that TID, data of the

same or higher TID, data of the same or lower TID, any data, or only data of that

TID first, then if no data is available, data of other TIDs. The FCS 980 field

indicates the carries an FCS value used for error detection of the CTX frame 900."

Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

4541. Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4542. **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"In various embodiments, each sub-message of the aggregated message can include

at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control

█████████████████████████████████████

field and a media access control (MAC) payload. In various embodiments, the at

least one other message can include at least one multi-user physical layer data unit

(PPDU). In various embodiments, the at least one other message can include at

least one single-user physical layer data unit (PPDU) excluding control or

scheduling information." Merlin '804 at ¶ [0009]. Also, "[i]n various embodiments,

each sub-message of the aggregated message can include at least a physical layer

data unit (PPDU) comprising a physical layer (PHY) control field and a media

access control (MAC) payload. In various embodiments, the at least one other

message can include at least one multi-user physical layer data unit (PPDU). In

various embodiments, the at least one other message can include at least one single-

user physical layer data unit (PPDU) excluding control or scheduling information."

Merlin '804 at ¶ [0016].

4543.  Further, Merlin '804 discloses: "In various embodiments, each sub-

message of the aggregated message can include at least a physical layer data unit

(PPDU) comprising a physical layer (PHY) control field and a media access control

(MAC) payload. In various embodiments, the at least one other message can include

at least one multi-user physical layer data unit (PPDU). In various embodiments,

the at least one other message can include at least one single-user physical layer

data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶

[0023]. Additionally, "[i]n various embodiments, each sub-message of the aggregated

message can include at least a physical layer data unit (PPDU) comprising a

- 1789 -

physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0030].

4544.  Merlin '804 also discloses: "In the illustrated embodiment, the SU payload 2230 includes UL scheduling information 2230 for scheduling one or more UL PPDUs such as the UL PPDUs 2280 and 2290. In various embodiments, the UL scheduling information 2230 can include one or more fields or indicators discussed above with respect to one or more of: the CTX 402, 1035, 1200, and 1500, the CTS 408, the SSF 1005, the A-MPDU 407, the BAs 470, and the trigger frame 405, variously discussed above with respect to FIGS. 5-20. For example, in various embodiments, the UL scheduling information 2230 can include one or more of: identification of the STAs permitted or instructed to transmit one or more UL PPDUs, identification of resources allocated to STAs such as spatial streams, tones, etc., scheduling times and/or durations of UL transmissions, type and or content of scheduled UL transmissions, etc. In various embodiments, information included in the UL scheduling information 2230 can be omitted from the common PHY header 2210. In various embodiments, the SU PHY header 2220 and the SU payload 2230 can be broadcast or unicast. In various embodiments, the SU PHY header 2220 and the SU payload 2230 can be in a position other than first in the A-PPDU 2200."

████████████████████████████████

Merlin '804 at ¶ [0132]. For example, "[i]n an embodiment, the AP 110 can transmit

the A-PPDU 2200, with UL scheduling information 2230, to one or more STAs 120.

The STAs 120 can decode the UL scheduling information and can determine a time

that they are instructed to transmit an UL PPDU. In various embodiments, UL

PPDUs can be spaced according to a short interframe space (SIFS), can be spaced

according to another spacing, or can be unspaced. In the illustrated embodiment,

the STAs 120 transmit the UL PPDU1 2280 and the UL PPDU2 2290 according to

the UL scheduling information 2230." Merlin '804 at ¶ [0134].

     *4545.*  Merlin '804 discloses several embodiments at ¶¶ [0143]-[0149] ("In

various embodiments, each sub-message of the aggregated message can include at

least a physical layer data unit (PPDU) comprising a physical layer (PHY) control

field and a media access control (MAC) payload. In various embodiments, the at

least one other message can include at least one multi-user physical layer data unit

(PPDU). In various embodiments, the at least one other message can include at

least one single-user physical layer data unit (PPDU) excluding control or

scheduling information. In various embodiments, the aggregated message can

include a common physical layer header indicating whether the at least one other

message includes at least message that all of the one or more stations are instructed

to decode. For example, the A-PPDU 2200 can include the common PHY header

2210, which can indicate that the SU payload 2250 includes the UL scheduling

information. In various embodiments, each message can include a physical layer

header indicating whether the at least one other message includes at least message

that all of the one or more stations are instructed to decode. For example, the SU

PHY header 2220 can indicate that the SU payload 2250 includes the UL

scheduling information. In various embodiments, the single-user broadcast message

includes control information instructing the one or more stations to transmit uplink

data at a specific time, and the uplink data can be received from the one or more

stations. For example, the UL scheduling information 2230 can instruct the STAs

120 to transmit the UL PPDUs 2280-2290 beginning a SIFS after the MU payload

2250. In various embodiments, each message can include an uplink scheduling

message. For example, the SU payload 2230 can include the UL scheduling

information. In various embodiments, the uplink scheduling message can include a

physical layer data unit (PPDU) duration field indicating a duration of transmission

of uplink data. In various embodiments, the uplink scheduling message can include

a station (STA) info field including an indication of allowed transmission modes. For

example, the UL scheduling information 2230 can include any of the fields of the

CTX discussed above with respect to FIGS. 4-20. In various embodiments, the

station (STA) info field can include a tone allocation field indicating

tones/frequencies for uplink data using a frequency division multiple access (FDMA)

system. In various embodiments, the uplink scheduling message can include a

group identifier (GID) field indicating the STAs that can participate in uplink

communications. In various embodiments, the uplink scheduling message can

include a receiver address (RA) field indicating a multicast address which identifies

the one or more stations that can participate in uplink communications. In various

embodiments, the uplink scheduling message can include a field indicating rate

information for the one or more stations. For example, the UL scheduling

information 2230 can include any of the fields of the CTX discussed above with

respect to FIGS. 4-20. In various embodiments, the method can further include

transmitting an uplink scheduling message to the one or more stations. The uplink

scheduling message can instruct the one or more stations to transmit a station

access information message in response to the uplink scheduling message. The

method can further include receiving a plurality of station access information

messages. The station access information messages can indicate station access

information. For example, the UL scheduling information 2230 can instruct the

STAs 120 to provide the traffic information 2360. In various embodiments, the

single-user broadcast message can include data, control, or management

information for one or more stations."). *See also* Merlin '804 at FIGS. 4-20.

4546.  Alternatively, Merlin '804, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4547.  To the extent it is argued or determined that any of Merlin '690, Chun,

Merlin '258, and Merlin '804 do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Merlin

'690 and/or Chun and/or Merlin '258 and/or Merlin '804. *See* "Motivation to Combine," *infra*.

> **3.    Claim 3 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 3 Obvious**
>
> **a.    The station of claim 2, wherein the control extension subfield includes scheduling information for a trigger-based response frame that carries an immediate acknowledgment.**

4548.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "The present disclosure may define rules for limiting the setting of ACK policies and signaling for allocating MU-MIMO or FDMA resources to the recipient STAs for the replies. Such signaling may include which STAs should are solicited for immediate response (e.g., for immediate BAs), which STAs may use existing ACK policy indications, which mode is to be used for the replies (e.g., UL SU-MIMO, UL MU-MIMO, or UL MU FDMA), and which parameters to use for MU-MIMO or FDMA transmissions." Merlin '690 at ¶ [0125].

4549.  Merlin '690 further discloses: "According to certain aspects, if a STA determines (e.g., receives an indication, derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be used for an immediate response, the STA may also know which parameters to use for the response. Response parameters may include, for example, which spatial streams/channels to use, what duration to use, and what power to use for the immediate response. According to certain aspects, one

- 1794 -

██████████████████████████████████

or more of these parameters may be indicated with any one of the following options or a combination thereof (e.g., some parameters may be conveyed according one option and other parameters according another option)." Merlin '690 at ¶ [0139].

4550.  As one example option, Merlin '690 discloses: "Option 1: According to certain aspects, a first option to indicate response parameters may be to extend existing rules for the immediate response bandwidth (BW) and modulation and coding schemes (MCSs). For example, the bandwidth and channels of response frame may be equal to the bandwidth and channels of the soliciting frame, as shown in FIG. 5." Merlin '690 at ¶ [0140]; *see also* Merlin '690 at FIG. 5. As another example option, Merlin '690 discloses: "Option 4: In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies may be dynamically allocated and indicated to each STA in the received DL PSDU. For example, the parameters may be included in each MPDU (e.g., in the QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an extended MAC header. The parameters may also be included in the PSDU (e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In this case the presence of the field indicating the parameters to be used for the response may be signaled by one of the following options: use of a reserved bit in the QoS Control field, use of a reserved bit in the HT control field, use of a reserved bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA." Merlin '690 at ¶ [0146]. As yet

████████████████████████████████████████

another example option, Merlin '690 discloses: "Option 5: According to certain aspects, a fifth option to indicate the response parameters may be in a special frame aggregated in the A-MPDU. According to certain aspects, each special frame may be received by one STA and may include the parameter information for that STA only. Alternatively, the special frame(s) (e.g., one special frame per STA or a single broadcast special frame) may be sent in a separate PPDU following the data DL PPDU, as shown in FIG. 8. As shown in the frame exchange 800 illustrated in FIG. 8, the special frame 804 indicating the parameters for the immediate responses 806 (BA STA 2) and 810 (BA STA 1) from STA 2 and STA 1, respectively, may be send in a separate DL PPDU following the DL PPDUs 802 (DL STA 2 ) and 808 (DL STA 1 ) soliciting immediate responses from STA 2 and STA 1, respectively. The special frame may be a trigger frame or a modified BAR frame." Merlin '690 at ¶ [0147]; *see also* Merlin '690 at FIG. 8.

4551.  Additionally, Merlin '690 discloses: "According to certain aspects, special frames may be aggregated into A-MPDUs of downlink data, which indicate to the STAs receiving the data that they are to then transmit on the uplink immediately after the downlink data. The transmission may be MU-MIMO or FDMA. In certain aspects, if the downlink transmission is MU-MIMO, then the ensuing UL transmission will be MU-MIMO, and if the downlink transmission is FDMA, then the ensuing UL transmission will be FDMA. Special subframe information may be included in the PSDU for each user. A special frame may be

- 1796 -

aggregated in the A-MPDU and addressed to a single station. The information in the special subframe may also be sent in the delimiters, if a new format for the delimiters is made to allow this. Special subframe information may also be included in the service field. FIG. 21 illustrates an example frame exchange 2100 with special frames included in each DL MU-MIMO/FDMA A-MPDU to trigger uplink data, in accordance with certain aspects of the present disclosure. As shown in FIG. 21, the AP may send a DL MU-MIMO/FDMA having A-MPDUs 2102 and 2104 addressed to STA 2 and STA 1, respectively, and each A-MPDU aggregated with a special frame (CTX 2 and CTX 1 ). The special frames may schedule the recipient STAs. Accordingly, STA 2 and STA 1 may each respond with UL MU-MIMO/FDMA PPDUs 2106 and 2108, respectively. According to certain aspects, BAs/ACKs may be aggregated with the UL PPDUs or, alternatively, a separate PSDU 2110 may be sent with ACK/BA." Merlin '690 at ¶ [0176].

4552. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4553. **Chun** discloses this element. For example, Chun discloses: "Preferably, the trigger frame may further include transmission resource unit information of the UL MU PPDU." Chun at ¶ [0025]. Also, "[p]referably, the UL MU PPDU may be transmitted through a transmission resource which the STA

arbitrarily selects according to the transmission resource unit information." Chun at ¶ [0026].

4554.  Additionally, Chun discloses: "The resource allocation information means information on an uplink transmission resource (for example, frequency/subcarrier information allocated to each STA in the case of the UL OFDMA transmission and a stream index allocated to each STA in the case of the UL MU MIMO transmission) allocated for each STA." Chun at ¶ [0541]. For example, "[i]n detail, in the case of the UL OFDMA transmission, the respective STAs may transmit the uplink data frame on the same time resource through different frequency resources." Chun at ¶ [0559].

4555.  Chun also discloses: "The ACK frame 3130 may include the STA ID or address information, but when the order of the STAs indicated by the UL MU trigger frame 3110 is similarly applied, the STA ID or address information may be omitted." Chun at ¶ [0574]. Additionally, "[a] signal (that is, frame) for the AP to previously secures (alternatively, occupies) the resource and notify 'information for uplink multi-user transmission' is a trigger frame." Chun at ¶ [0592]. For example, "[t]he STA receives the trigger frame from the AP and thereafter, performs uplink transmission according to information (alternatively, a command) for the uplink multiuser transmission and the AP receives the uplink signal and thereafter, transmits an ACK frame." Chun at ¶ [0593]. According to Chun: "This is a general procedure of the uplink multi-user transmission, but a trigger frame or UL MU

- 1798 -

████████████████████████████████████

frame configuration, information for UL MU transmission, a UL MU transmission

procedure, and the like may slightly vary depending on a type of a signal

transmitted by uplink" (Chun at ¶ [0594]); and "[t]he present invention proposes a

UL MU transmission method according to each scheme" (Chun at ¶ [0595]).

4556.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4557.  **Merlin '258** discloses this element. For example, Merlin '258 discloses:

"In some operation modes of UL-MU-MIMO transmissions, a user terminal 120 may

receive a CTX message from an AP 110 and immediately send a response to the AP

110. The response may be in the form of a clear to send (CTS) message or another

type of message. The requirement to send the CTS message may be indicated in the

CTX message or the requirement may be indicated in the setup phase of the

communication between the AP 110 and the user terminal 120." Merlin '258 at ¶

[0058].

4558.  Merlin '258 further discloses: "FIG. 9 shows a diagram of an example

of a CTX frame 900 format. The CTX frame 900 may be configured as a trigger

frame. In this embodiment, the CTX frame 900 is a control frame that includes a

frame control (FC) field 905, a duration field 910, a receiver address field 914, a

transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration

field 925, a UT info field 930, and a frame check sequence (FCS) field 980. The FC

field 905 indicates a control subtype or an extension subtype. The duration field 910

indicates to any receiver of the CTX frame 900 to set the network allocation vector

(NAV). In some embodiments the RA 914 field identifies a group of UTs through a

multicast MAC address. The TA field 915 indicates the transmitter address or a

BSSID. The CTRL field 920 is a generic field that may include information

regarding the format of the remaining portion of the frame (e.g., the number of UT

info fields and the presence or absence of any subfields within a UT info field),

indications for rate adaptation for the user terminals 120, indication of allowed TID,

and indication that a CTS must be sent immediately following the CTX frame 900.

The CTRL field 920 may also indicate if the CTX frame 900 is being used for UL-

MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone allocation

field is present in the UT Info field 930. Alternatively, the indication of whether the

CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of the

subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly

performed by specifying to a UT both the spatial streams to be used and the channel

to be used, in which case both fields are present in the CTX; in this case, the Nss

indication is referred to a specific tone allocation. The PPDU duration 925 field

indicates an uplink duration for the following uplink transmission (e.g., UL-MU-

MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO

PPDU that the user terminals 120 are allowed to send based on estimated TX time

fields received in at least one message requesting to transmit uplink data from the

███████████████████████████████████████

user terminals 120. The UT Info 930 field contains information regarding a particular UT and may include a per-user terminal 120 set of information (see the UT Info 1 field 930 through the UT Info N field 975). The UT Info 930 field may include an AID or MAC address field 932 which identifies a user terminal, a number of spatial streams field (Nss) 935 field which indicates the number of spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time Adjustment 936 field which indicates a time that a UT should adjust its transmission compared to the reception of a trigger frame (the CTX in this case), a Power Adjustment 938 field which indicates a power backoff value a UT should take from a declared transmit power, a Tone Allocation 940 field which indicates the tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942 field which indicates the allowable TID, an Allowed TX Mode 944 field which indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942 indication may be allowed to transmit data only of that TID, data of the same or higher TID, data of the same or lower TID, any data, or only data of that TID first, then if no data is available, data of other TIDs. The FCS 980 field indicates the carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

- 1801 -

███████████████████████████████████████████

4559.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4560.  **Merlin '804** discloses this element. For example, Merlin '804 discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0009]. Also, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0016].

4561.  Further, Merlin '804 discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control

(MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0023]. Additionally, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0030].

4562.  Merlin '804 also discloses: "In the illustrated embodiment, the SU payload 2230 includes UL scheduling information 2230 for scheduling one or more UL PPDUs such as the UL PPDUs 2280 and 2290. In various embodiments, the UL scheduling information 2230 can include one or more fields or indicators discussed above with respect to one or more of: the CTX 402, 1035, 1200, and 1500, the CTS 408, the SSF 1005, the A-MPDU 407, the BAs 470, and the trigger frame 405, variously discussed above with respect to FIGS. 5-20. For example, in various embodiments, the UL scheduling information 2230 can include one or more of: identification of the STAs permitted or instructed to transmit one or more UL PPDUs, identification of resources allocated to STAs such as spatial streams, tones,

- 1803 -

████████████████████████

etc., scheduling times and/or durations of UL transmissions, type and or content of scheduled UL transmissions, etc. In various embodiments, information included in the UL scheduling information 2230 can be omitted from the common PHY header 2210. In various embodiments, the SU PHY header 2220 and the SU payload 2230 can be broadcast or unicast. In various embodiments, the SU PHY header 2220 and the SU payload 2230 can be in a position other than first in the A-PPDU 2200." Merlin '804 at ¶ [0132]. For example, "[i]n an embodiment, the AP 110 can transmit the A-PPDU 2200, with UL scheduling information 2230, to one or more STAs 120. The STAs 120 can decode the UL scheduling information and can determine a time that they are instructed to transmit an UL PPDU. In various embodiments, UL PPDUs can be spaced according to a short interframe space (SIFS), can be spaced according to another spacing, or can be unspaced. In the illustrated embodiment, the STAs 120 transmit the UL PPDU1 2280 and the UL PPDU2 2290 according to the UL scheduling information 2230." Merlin '804 at ¶ [0134].

    *4563.*  Merlin '804 discloses several embodiments at ¶¶ [0143]-[0149] ("In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or

scheduling information. In various embodiments, the aggregated message can

include a common physical layer header indicating whether the at least one other

message includes at least message that all of the one or more stations are instructed

to decode. For example, the A-PPDU 2200 can include the common PHY header

2210, which can indicate that the SU payload 2250 includes the UL scheduling

information. In various embodiments, each message can include a physical layer

header indicating whether the at least one other message includes at least message

that all of the one or more stations are instructed to decode. For example, the SU

PHY header 2220 can indicate that the SU payload 2250 includes the UL

scheduling information. In various embodiments, the single-user broadcast message

includes control information instructing the one or more stations to transmit uplink

data at a specific time, and the uplink data can be received from the one or more

stations. For example, the UL scheduling information 2230 can instruct the STAs

120 to transmit the UL PPDUs 2280-2290 beginning a SIFS after the MU payload

2250. In various embodiments, each message can include an uplink scheduling

message. For example, the SU payload 2230 can include the UL scheduling

information. In various embodiments, the uplink scheduling message can include a

physical layer data unit (PPDU) duration field indicating a duration of transmission

of uplink data. In various embodiments, the uplink scheduling message can include

a station (STA) info field including an indication of allowed transmission modes. For

example, the UL scheduling information 2230 can include any of the fields of the

- 1805 -

CTX discussed above with respect to FIGS. 4-20. In various embodiments, the

station (STA) info field can include a tone allocation field indicating

tones/frequencies for uplink data using a frequency division multiple access (FDMA)

system. In various embodiments, the uplink scheduling message can include a

group identifier (GID) field indicating the STAs that can participate in uplink

communications. In various embodiments, the uplink scheduling message can

include a receiver address (RA) field indicating a multicast address which identifies

the one or more stations that can participate in uplink communications. In various

embodiments, the uplink scheduling message can include a field indicating rate

information for the one or more stations. For example, the UL scheduling

information 2230 can include any of the fields of the CTX discussed above with

respect to FIGS. 4-20. In various embodiments, the method can further include

transmitting an uplink scheduling message to the one or more stations. The uplink

scheduling message can instruct the one or more stations to transmit a station

access information message in response to the uplink scheduling message. The

method can further include receiving a plurality of station access information

messages. The station access information messages can indicate station access

information. For example, the UL scheduling information 2230 can instruct the

STAs 120 to provide the traffic information 2360. In various embodiments, the

single-user broadcast message can include data, control, or management

information for one or more stations."). *See also* Merlin '804 at FIGS. 4-20.

4564. Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4565. To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804. *See* "Motivation to Combine," *infra*.

> **4. Claim 4 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 4 Obvious**
>
> > **a. The station of claim 2, wherein the control extension subfield of the first frame includes length information that is indicative of a length of the second frame to be transmitted by the station in response to the first frame.**

4566. **Merlin '690** discloses this element. See 1c). Also, for example, Merlin '690 discloses: "Option 4: In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies may be dynamically allocated and indicated to each STA in the received DL PSDU. For example, the parameters may be included in each MPDU (e.g., in the QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an extended MAC header. The parameters may also be included in the PSDU (e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In this case the presence of the field indicating the

parameters to be used for the response may be signaled by one of the following

options: use of a reserved bit in the QoS Control field, use of a reserved bit in the

HT control field, use of a reserved bit in the SERVICE field, use of a reserved bit in

the A-MPDU delimiter, or implicitly indicated by whether the type of DL PPDU is

DL MU-MIMO or DL OFDMA." Merlin '690 at ¶ [0146]. As another example option,

Merlin '690 discloses: "Option 5: According to certain aspects, a fifth option to

indicate the response parameters may be in a special frame aggregated in the A-

MPDU. According to certain aspects, each special frame may be received by one

STA and may include the parameter information for that STA only. Alternatively,

the special frame(s) (e.g., one special frame per STA or a single broadcast special

frame) may be sent in a separate PPDU following the data DL PPDU, as shown in

FIG. 8. As shown in the frame exchange 800 illustrated in FIG. 8, the special frame

804 indicating the parameters for the immediate responses 806 (BA STA 2) and 810

(BA STA 1 ) from STA 2 and STA 1, respectively, may be send in a separate DL

PPDU following the DL PPDUs 802 (DL STA 2) and 808 (DL STA 1) soliciting

immediate responses from STA 2 and STA 1, respectively. The special frame may be

a trigger frame or a modified BAR frame." Merlin '690 at ¶ [0147]; *see also* Merlin

'690 at FIG. 8.

4567.  Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

- 1808 -

4568.  **Chun** discloses this element. For example, Chun discloses:
"Preferably, when the trigger frame is a type for triggering transmission of a UL
MU data frame, the trigger frame may include an association identifier (AID), space
resource indication information for the UL MU PPDU, frequency resource
indication information for the UL MU PPDU, and length information of the UL MU
PPDU for each of STA performing the UL MU transmission." Chun at ¶ [0018].
Also, "[p]referably, the trigger frame may further include information indicating
whether a modulation and coding scheme (MCS) level index and space time block
coding (STBC) are applied to the UL MU PPDU and length information of the UL
MU PPDU." Chun at ¶ [0023].

4569.  Chun further discloses: "A transmission duration (alternatively, a
transmission end time) of the uplink data frames 3121, 3122, and 3123 transmitted
by each STA may be determined by the MAC duration information included in the
UL MU trigger frame 3110, alternatively, the UL MU trigger frame 3110 may
separately indicate the length of the UL MU PPDU." Chun at ¶ [0563].

4570.  Alternatively, Chun, in view of the background knowledge and
ordinary creativity of a POSITA at the time of the invention, renders this element
obvious.

4571.  **Merlin '258** discloses this element. For example, Merlin '258 discloses:
"…The UT Info 930 field contains information regarding a particular UT and may
include a per-user terminal 120 set of information (see the UT Info 1 field 930

- 1809 -

███████████████████████████████████

through the UT Info N field 975). The UT Info 930 field may include an AID or MAC

address field 932 which identifies a user terminal, a number of spatial streams field

(Nss) 935 field which indicates the number of spatial streams a user terminal may

use (e.g., in a UL-MU-MIMO system), a Time Adjustment 936 field which indicates

a time that a UT should adjust its transmission compared to the reception of a

trigger frame (the CTX in this case) ….” Merlin ’258 at ¶ [0073]; *see also* Merlin ’258

at FIG. 9.

4572.  Alternatively, Merlin ’258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4573.  **Merlin ’804** discloses this element. For example, Merlin ’804 discloses:

“Referring to FIGS. 4-6, in conjunction with FIG. 1, the UL-MU-MIMO

transmission 410 can have the same duration as other UL-MU-MIMO

transmissions. The duration of the UL-MU-MIMO transmission 410 for STAs

utilizing the UL-MU-MIMO feature can be indicated in the CTX message 402 or

during the setup phase. To generate a PPDU of the required duration, a STA 120

can build a PLCP service data unit (PSDU) so that the length of the PPDU matches

the length indicated in the CTX message 402. In another aspect, a STA 120 can

adjust the level of data aggregation in a media access control (MAC) protocol data

unit (A-MPDU) or the level of data aggregation in a MAC service data units (A-

MSDU) to approach the target length. In another aspect, a STA 120 can add end of

- 1810 -

███████████████████████████

file (EOF) padding delimiters to reach the target length. In another approach the

padding or the EOF pad fields are added at the beginning of the A-MPDU. One of

the benefits of having all the UL-MU-MIMO transmissions the same length is that

the power level of the transmission will remain constant." Merlin '804 at ¶ [0095];

*see also* Merlin '804 at FIGS. 1 and 4 – 6.

4574.  Merlin '804 further discloses: "FIG. 15 is a diagram of an example of a

CTX 1500 frame structure. In this embodiment, the CTX 1500 frame is a

management frame that includes a Management MAC Header 1505 field, a Body

1510 field, and a FCS 1580 field. The Body 1510 field includes an IE ID 1515 field

which identifies an information element (IE), a LEN 1520 field which indicates the

length of the CTX 1500 frame, a CTRL 1525 field which includes the same

information as the CTRL 1220 field, a PPDU Duration 1530 field which indicates

the duration of the following UL-MU-MIMO PPDU that the STAs 120 are allowed

to send, a STA Info 1 1535 field and a MCS 1575 field which can indicate the MCS

for all the STAs to use in the following UL-MU-MIMO transmission, or an MCS

backoff for all the STAs to use in the following UL-MU-MIMO transmission. The

STA Info 1 1535 (along with STA Info N 1570) field represent a per STA field that

includes AID 1540 field which identifies a STA, a number of spatial streams field

(Nss) 1542 field which indicates the number of spatial streams a STA can use (in an

UL-MU-MIMO system), a Time Adjustment 1544 field which indicates a time that a

STA should adjust its transmission compared to the reception of a trigger frame

███████████████████████████████

(the CTX in this case), a Power Adjustment 1546 field which indicates a power backoff a STA should take from a declared transmit power, a Tone Allocation 1548 field which indicates the tones or frequencies a STA can use (in a UL-FDMA system), and an Allowed TID 1550 field which indicates the allowable TID." Merlin '804 at ¶ [0113]; *see also* Merlin '804 at FIG. 15.

4575.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4576.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra*.

5. **Claim 5 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 5 Obvious**

a. **The station of claim 2, wherein the control extension subfield contains one or more subfields that correspond to one or more of sub-band allocation information, long-training-field (LTF) set index, uplink-downlink indication, bandwidth information, sub-band resolution, length information, modulation and coding scheme (MCS), buffer status per traffic identifier (TID), queue size per TID, buffer status per access category (AC), queue size per AC, quality indicator of a full-band**

- 1812 -

███████████████████████████████████

> **or one or more sub-bands, and a sub-channel
> medium status report.**

4577.  **Merlin '690** discloses this element. For example, Merlin '690 discloses:

"Option 1: According to certain aspects, a first option to indicate response

parameters may be to extend existing rules for the immediate response bandwidth

(BW) and modulation and coding schemes (MCSs). For example, the bandwidth and

channels of response frame may be equal to the bandwidth and channels of the

soliciting frame, as shown in FIG. 5." Merlin '690 at ¶ [0140]; *see also* Merlin '690 at

FIG. 5. As another example option, Merlin '690 discloses: "Option 4: In a fourth

option, response parameters for UL MU-MIMO and UL FDMA replies may be

dynamically allocated and indicated to each STA in the received DL PSDU. For

example, the parameters may be included in each MPDU (e.g., in the QoS control

field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an

extended MAC header. The parameters may also be included in the PSDU (e.g., in

the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In

this case the presence of the field indicating the parameters to be used for the

response may be signaled by one of the following options: use of a reserved bit in the

QoS Control field, use of a reserved bit in the HT control field, use of a reserved bit

in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly

indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA."

Merlin '690 at ¶ [0146]. As yet another example option, Merlin '690 discloses:

"Option 5: According to certain aspects, a fifth option to indicate the response

- 1813 -

██████████████████████████████

parameters may be in a special frame aggregated in the A-MPDU. According to

certain aspects, each special frame may be received by one STA and may include the

parameter information for that STA only. Alternatively, the special frame(s) (e.g.,

one special frame per STA or a single broadcast special frame) may be sent in a

separate PPDU following the data DL PPDU, as shown in FIG. 8. As shown in the

frame exchange 800 illustrated in FIG. 8, the special frame 804 indicating the

parameters for the immediate responses 806 (BA STA 2) and 810 (BA STA 1) from

STA 2 and STA 1, respectively, may be send in a separate DL PPDU following the

DL PPDUs 802 (DL STA 2 ) and 808 (DL STA 1 ) soliciting immediate responses

from STA 2 and STA 1, respectively. The special frame may be a trigger frame or a

modified BAR frame." Merlin '690 at ¶ [0147]; *see also* Merlin '690 at FIG. 8.

4578.  Additionally, Merlin '690 discloses: "As mentioned above, in addition to

requesting BAs, the BAR frame may also allocated resources for the BAs, indicate

the transmission mode for the replies, and indicate parameters to be used for the

replies. According to certain aspects, it may be desirable to use reserved bits in the

existing BAR frame or to add fields to the existing BAR frame to indicate the

response type and/or response parameters." Merlin '690 at ¶ [0153].

4579.  Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4580.  **Chun** discloses this element. For example, Chun discloses:
"Preferably, the trigger frame may further include a modulation and coding scheme
(MCS) level index and whether space time block coding (STBC) are applied to the
UL MU PPDU." Chun at ¶ [0019].

4581.  Chun also discloses: "The BAR control field includes a BAR Ack policy
subfield, a multi-TID subfield, a compressed bitmap subfield, a reserved subfield,
and a TID information (TID_Info) subfield." Chun at ¶ [0421]. For example,
[r]eferring to FIG. 22(b), in the case of the multi-TID BAR frame, the BAR
information field is configured such that a Per TID Info subfield and a block ACK
starting sequence control subfield are repeated in one or more TIDs" (Chun at ¶
[0430]), and "[t]he Per TID Info subfield includes a reserved subfield and a TID
value subfield. The TID value subfield includes a TID value" (Chun at ¶ [0431]). *See
also* Chun at FIG. 22(b).

4582.  Alternatively, Chun, in view of the background knowledge and
ordinary creativity of a POSITA at the time of the invention, renders this element
obvious.

4583.  **Merlin '258** discloses this element. For example, Merlin '258 discloses:
"…The UT Info 930 field may include an AID or MAC address field 932 which
identifies a user terminal, a number of spatial streams field (Nss) 935 field which
indicates the number of spatial streams a user terminal may use (e.g., in a UL-MU-
MIMO system), a Time Adjustment 936 field which indicates a time that a UT

- 1815 -

████████████████████████████████████

should adjust its transmission compared to the reception of a trigger frame (the

CTX in this case), a Power Adjustment 938 field which indicates a power backoff

value a UT should take from a declared transmit power, a Tone Allocation 940 field

which indicates the tones or frequencies a UT may use (in a UL-FDMA system), an

Allowed TID 942 field which indicates the allowable TID, an Allowed TX Mode 944

field which indicates the allowed TX modes, and a MCS 946 field which indicates

the MCS the UT should use. A user terminal 120 receiving a CTX with a Allowed

TID 942 indication may be allowed to transmit data only of that TID, data of the

same or higher TID, data of the same or lower TID, any data, or only data of that

TID first, then if no data is available, data of other TIDs. The FCS 980 field

indicates the carries an FCS value used for error detection of the CTX frame 900."

Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

4584.  Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4585.  **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"In one embodiment, capable STAs 120 can request to a capable AP to be part of the

UL-MU-MIMO (or UL-FDMA) protocol by sending a management frame to AP

indicating request for enablement of the use of UL-MU-MIMO feature. In one

aspect, the AP 110 can respond by granting the use of the UL-MU-MIMO feature or

denying it. Once the use of the UL-MU-MIMO is granted, the STA 120 can expect a

CTX message 402 at a variety of times. Additionally, once a STA 120 is enabled to operate the UL-MU-MIMO feature, the STA 120 can be subject to follow a certain operation mode. If multiple operation modes are possible, an AP can indicate to the STA 120 which mode to use in a HEW capability element or in an operation element. In one aspect the STAs 120 can change the operation modes and parameters dynamically during operation by sending a different operating element to the AP 110. In another aspect the AP 110 can switch operation modes dynamically during operation by sending an updated operating element to a STA 120 or in a beacon. In another aspect, the operation modes can be indicated in the setup phase and can be setup per STA 120 or for a group of STAs 120. In another aspect the operation mode can be specified per traffic identifier (TID)." Merlin '804 ¶ [0092].

4586.  Merlin '804 further discloses: "FIG. 5 is a transmission and reception time diagram that, in conjunction with FIG. 1, illustrates an example of an operation mode of a UL-MU-MIMO transmission. In this embodiment, a STA 120 receives a CTX message 402 from the AP 110 and sends an immediate response to the AP 110. The response can be in the form of a clear to send (CTS) 408 or another similar signal. In one aspect, requirement to send a CTS can be indicated in the CTX message 402 or can be indicated in the setup phase of the communication. As shown in FIG. 5, STA 120A and STA 120B can transmit a CTS 1 408A and CTS 2 408B message in response to receiving the CTX message 402. The modulation and

- 1817 -

coding scheme (MCS) of the CTS 1 408A and CTS 2 408B can be based on the MCS of the CTX message 402. In this embodiment, CTS 1 408A and CTS 2 408B contain the same bits and the same scrambling sequence so that they can be transmitted to the AP 110 at the same time. The duration field of the CTS 408 signals can be based on the duration field in the CTX by removing the time for the CTX PPDU. The UL-MU-MIMO transmission 410A and 410B are then sent by the STAs 120A and 120B as listed in the CTX 402 signals. The AP 110 can then send acknowledgment (ACK) signals the STAs 120A and 120B. In some aspects, the ACK signals can be serial ACK signals to each station or BAs. In some aspects the ACKs can be polled. This embodiment creates efficiencies by simultaneously transmitting CTS 408 signals from multiple STAs to the AP 110 instead of sequentially, which saves time and reduces the possibility of interference." Merlin '804 at ¶ [0093]; *see also* Merlin '804 at FIGS. 1 and 5.

4587.  Also, Merlin '804 discloses: "FIG. 8 is a diagram of one embodiment of a RTX frame 800. The RTX frame 800 includes a frame control (FC) field 810, a duration field 815 (optional), a transmitter address (TA)/allocation identifier (AID) field 820, a receiver address (RA)/basic service set identifier (BSSID) field 825, a TID field 830, an estimated transmission (TX) time field 850, and a TX power field 870. The FC field 810 indicates a control subtype or an extension subtype. The duration field 815 indicates to any receiver of the RTX frame 800 to set the network allocation vector (NAV). In one aspect, the RTX frame 800 may not have a duration

████████████████████████████████

field 815. The TA/AID field 820 indicates the source address which can be an AID or

a full MAC address. The RA/BSSID field 825 indicates the RA or BSSID. In one

aspect the RTX frame may not contain a RA/BSSID field 825. The TID field 830

indicates the access category (AC) for which the user has data. The Estimated TX

time field 850 indicates the time requested for the UL-TXOP and can be the time

required for a STA 120 to send all the data in its buffer at the current planned

MCS. The TX power field 870 indicates the power at which the frame is being

transmitted and can be used by the AP to estimate the link quality and adapt the

power backoff indication in a CTX frame." Merlin '804 at ¶ [0103]; *see also* Merlin

'804 at FIG. 8.

4588.  Additionally, Merlin '804 discloses: "As discussed above, the CTX

message 402 can be used in a variety of communications. FIG. 12 is a diagram of an

example of a CTX frame 1200 structure. In this embodiment, the CTX frame 1200 is

a control frame that includes a frame control (FC) field 1205, a duration field 1210,

a transmitter address (TA) field 1215, a control (CTRL) field 1220, a PPDU duration

field 1225, a STA info field 1230, and a frame check sequence (FCS) field 1280. The

FC field 1205 indicates a control subtype or an extension subtype. The duration

field 1210 indicates to any receiver of the CTX frame 1200 to set the network

allocation vector (NAV). The TA field 1215 indicates the transmitter address or a

BSSID. The CTRL field 1220 is, in general, a field that can include information

regarding the format of the remaining portion of the frame (e.g., the number of STA

- 1819 -

info fields and the presence or absence of any subfields within a STA info field),

indications for rate adaptation for the STAs 120, indication of allowed TID, and

indication that a CTS must be sent immediately following the CTX frame 1200. The

CTRL field 1220 can also indicate if the CTX frame 1200 is being used for UL MU

MIMO or for UL FDMA or both, indicating whether a Nss or Tone allocation field is

present in the STA Info field 1230. Alternatively, the indication of whether the CTX

is for UL MU MIMO or for UL FDMA can be based on the value of the subtype.

Note that UL MU MIMO and UL FDMA operations can be jointly performed by

specifying to a STA both the spatial streams to be used and the channel to be used,

in which case both fields are present in the CTX; in this case, the Nss indication is

referred to a specific tone allocation. The PPDU duration 1225 field indicates the

duration of the following UL-MU-MIMO PPDU that the STAs 120 are allowed to

send. The STA Info 1230 field contains information regarding a particular STA and

can include a per-STA (per STA 120) set of information (see STA Info 1 1230 and

STA Info N 1275). The STA Info 1230 field can include an AID or MAC address field

1232 which identifies a STA, a number of spatial streams field (Nss) 1234 field

which indicates the number of spatial streams a STA can use (in an UL-MU-MIMO

system), a Time Adjustment 1236 field which indicates a time that a STA should

adjust its transmission compared to the reception of a trigger frame (the CTX in

this case), a Power Adjustment 1238 field which indicates a power backoff a STA

should take from a declared transmit power, a Tone Allocation 1240 field which

████████████████████████████████████████████

indicates the tones or frequencies a STA can use (in a UL-FDMA system), an

Allowed TID 1242 field which indicates the allowable TID, an Allowed TX Mode

1244 field which indicates the allowed TX modes, and a MCS 1246 field which

indicates the MCS the STA should use. A STA 120 receiving a CTX with an

AllowedTID 1242 indication can be allowed to transmit data only of that TID, data

of the same or higher TID, data of the same or lower TID, any data, or only data of

that TID first, then if no data is available, data of other TIDs. The FCS 1280 field

indicates the carries an FCS value used for error detection of the CTX frame 1200."

Merlin '804 at ¶ [0111].

4589.  Alternatively, Merlin '804, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4590.  To the extent it is argued or determined that any of Merlin '690, Chun,

Merlin '258, and Merlin '804 do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Merlin

'690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to

Combine," *infra*.

> **6.    Claim 7 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 7 Obvious**
>
> > **a.    The station of claim 2, wherein the one or more processors are configured to cause: determining**

**whether the scheduling extension exists based on a
setting of the control extension indication.**

4591.  **Merlin '690** discloses this element. For example, Merlin '690 discloses:

"According to certain aspects, if a STA determines (e.g., receives an indication,

derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be

used for an immediate response, the STA may also know which parameters to use

for the response. Response parameters may include, for example, which spatial

streams/channels to use, what duration to use, and what power to use for the

immediate response. According to certain aspects, one or more of these parameters

may be indicated with any one of the following options or a combination thereof

(e.g., some parameters may be conveyed according one option and other parameters

according another option)." Merlin '690 at ¶ [0139].

4592.  As an example option, Merlin '690 discloses: "Option 4: In a fourth

option, response parameters for UL MU-MIMO and UL FDMA replies may be

dynamically allocated and indicated to each STA in the received DL PSDU. For

example, the parameters may be included in each MPDU (e.g., in the QoS control

field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an

extended MAC header. The parameters may also be included in the PSDU (e.g., in

the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In

this case the presence of the field indicating the parameters to be used for the

response may be signaled by one of the following options: use of a reserved bit in the

QoS Control field, use of a reserved bit in the HT control field, use of a reserved bit

- 1822 -

█████████████████████████████████████████████

in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly

indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA."

Merlin '690 at ¶ [0146].

4593.  Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4594.  **Chun** discloses this element. For example, Chun discloses: "Referring

to FIG. 8, the HT control field may include a VHT subfield, an HT control middle

subfield, an AC constraint subfield, and a reverse direction grant (RDG)/more

PPDU subfields." Chun at ¶ [0215]; *see also* Chun at FIG. 8. For example, "[t]he

VHT subfield indicates whether an HT control field has a format of the HT control

field for VHT (VHT=1) or has a format of an HT control field for HT (VHT=0). In

FIG. 8, descriptions will be made on the assumption of an HT control field (i.e.,

VHT=1). The HT control field for VHT may also be designated as a VHT control

field." Chun at ¶ [0216]. Also, "[t]he HT control middle subfield may be

implemented to have a different format according to an indication of the VHT

subfield. Details of the HT control middle subfield will be described hereinafter."

Chun at ¶ [0217]. Similarly, "[a]s described above, the HT control middle subfield

may be implemented to have a different format according to an indication of the

VHT subfield." Chun at ¶ [0221].

- 1823 -

4595.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4596.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "…The CTRL field 920 is a generic field that may include information regarding the format of the remaining portion of the frame (e.g., the number of UT info fields and the presence or absence of any subfields within a UT info field), indications for rate adaptation for the user terminals 120, indication of allowed TID, and indication that a CTS must be sent immediately following the CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone allocation field is present in the UT Info field 930…." Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

4597.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4598.  **Merlin '804** discloses this element. For example, Merlin '804 discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at

████████████████████████

least one single-user physical layer data unit (PPDU) excluding control or

scheduling information." Merlin '804 at ¶ [0009]. Also, "[i]n various embodiments,

each sub-message of the aggregated message can include at least a physical layer

data unit (PPDU) comprising a physical layer (PHY) control field and a media

access control (MAC) payload. In various embodiments, the at least one other

message can include at least one multi-user physical layer data unit (PPDU). In

various embodiments, the at least one other message can include at least one single-

user physical layer data unit (PPDU) excluding control or scheduling information."

Merlin '804 at ¶ [0016].

4599.  Additionally, Merlin '804 discloses: "[i]n various embodiments, each

sub-message of the aggregated message can include at least a physical layer data

unit (PPDU) comprising a physical layer (PHY) control field and a media access

control (MAC) payload. In various embodiments, the at least one other message can

include at least one multi-user physical layer data unit (PPDU). In various

embodiments, the at least one other message can include at least one single-user

physical layer data unit (PPDU) excluding control or scheduling information."

Merlin '804 at ¶ [0023]. Further, "[i]n various embodiments, each sub-message of

the aggregated message can include at least a physical layer data unit (PPDU)

comprising a physical layer (PHY) control field and a media access control (MAC)

payload. In various embodiments, the at least one other message can include at

least one multi-user physical layer data unit (PPDU). In various embodiments, the

at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0030].

4600.  Additionally, Merlin '804 discloses: "In certain embodiments, a STA 120 enabled for UL-MU-MIMO can indicate to the AP 110 that it requests an UL-MU-MIMO TXOP because it has data pending for UL. In one aspect, the STA 120 can send a RTS or a PS-poll to request a UL-MU-MIMO TXOP. In another embodiment, the STA 120 can send any data frame, including a quality of service (QoS) null data frame, where the bits 8-15 of the QoS control field indicate a non-empty queue. In this embodiment the STA 120 can determine during the setup phase which data frames (e.g., RTS, PS-poll, QoS null, etc.) will trigger a UL-MU-MIMO transmission when the bits 8-15 of the QoS control field indicate a non-empty queue. In one embodiment, the RTS, PS-poll, or QoS null frames can include a 1 bit indication allowing or disallowing the AP 110 to respond with a CTX message 402. In another embodiment, the QoS null frame can include TX power information and a per TID queue information. The TX power information and per TID queue information can be inserted in the two bytes of the sequence control and QoS controls fields in a QoS null frame and the modified QoS null frame can be sent to the AP 110 to request a UL-MU-MIMO TXOP. In another embodiment, referring to FIGS. 1 and 7, the STA 120 can send a RTX 701 to request a UL-MU-MIMO TXOP." Merlin '804 at ¶ [0101]; *see also* Merlin '804 at FIGS. 1 and 7.

4601.  Also, Merlin '804 discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0143].

4602.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4603.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra.*

7.    **Claim 8 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 8 Obvious**

a.    **The station of claim 7, wherein the one or more processors are configured to cause: determining that the scheduling extension exists when the control extension indication is set to a first value; and determining that the scheduling extension**

- 1827 -

**does not exist when the control extension indication is set to a second value different from the first value.**

4604.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Option 4: In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies may be dynamically allocated and indicated to each STA in the received DL PSDU. For example, the parameters may be included in each MPDU (e.g., in the QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an extended MAC header. The parameters may also be included in the PSDU (e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In this case the presence of the field indicating the parameters to be used for the response may be signaled by one of the following options: use of a reserved bit in the QoS Control field, use of a reserved bit in the HT control field, use of a reserved bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA." Merlin '690 at ¶ [0146].

4605.  Additionally, Merlin '690 discloses: "As mentioned above, in addition to requesting BAs, the BAR frame may also allocated resources for the BAs, indicate the transmission mode for the replies, and indicate parameters to be used for the replies. According to certain aspects, it may be desirable to use reserved bits in the existing BAR frame or to add fields to the existing BAR frame to indicate the response type and/or response parameters." Merlin '690 at ¶ [0153].

███████████████████████████

4606.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4607.  **Chun** discloses this element. For example, Chun discloses: "Referring to FIG. 8, the HT control field may include a VHT subfield, an HT control middle subfield, an AC constraint subfield, and a reverse direction grant (RDG)/more PPDU subfields." Chun at ¶ [0215]; *see also* Chun at FIG. 8. For example, "[t]he VHT subfield indicates whether an HT control field has a format of the HT control field for VHT (VHT=1) or has a format of an HT control field for HT (VHT=0). In FIG. 8, descriptions will be made on the assumption of an HT control field (i.e., VHT=1). The HT control field for VHT may also be designated as a VHT control field." Chun at ¶ [0216]. Also, "[t]he HT control middle subfield may be implemented to have a different format according to an indication of the VHT subfield. Details of the HT control middle subfield will be described hereinafter." Chun at ¶ [0217]. Similarly, "[a]s described above, the HT control middle subfield may be implemented to have a different format according to an indication of the VHT subfield." Chun at ¶ [0221].

4608.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 1829 -

████████████████████████████████████████

4609.  **Merlin '258** discloses this element. For example, Merlin '258 discloses:
"FIG. 9 shows a diagram of an example of a CTX frame 900 format. The CTX frame
900 may be configured as a trigger frame. In this embodiment, the CTX frame 900
is a control frame that includes a frame control (FC) field 905, a duration field 910,
a receiver address field 914, a transmitter address (TA) field 915, a control (CTRL)
field 920, a PPDU duration field 925, a UT info field 930, and a frame check
sequence (FCS) field 980. The FC field 905 indicates a control subtype or an
extension subtype. The duration field 910 indicates to any receiver of the CTX
frame 900 to set the network allocation vector (NAV). In some embodiments the RA
914 field identifies a group of UTs through a multicast MAC address. The TA field
915 indicates the transmitter address or a BSSID. The CTRL field 920 is a generic
field that may include information regarding the format of the remaining portion of
the frame (e.g., the number of UT info fields and the presence or absence of any
subfields within a UT info field), indications for rate adaptation for the user
terminals 120, indication of allowed TID, and indication that a CTS must be sent
immediately following the CTX frame 900. The CTRL field 920 may also indicate if
the CTX frame 900 is being used for UL-MU-MIMO or for UL FDMA or both,
indicating whether a Nss or Tone allocation field is present in the UT Info field
930...." Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

4610.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4611.  **Merlin '804** discloses this element. For example, Merlin '804 discloses: "The processor 304 can comprise or be a component of a processing system implemented with one or more processors. The one or more processors can be implemented with any combination of general-purpose microprocessors, microcontrollers, digital signal processors (DSPs), field programmable gate array (FPGAs), programmable logic devices (PLDs), controllers, state machines, gated logic, discrete hardware components, dedicated hardware finite state machines, or any other suitable entities that can perform calculations or other manipulations of information. The processing system can also include machine-readable media for storing software. Software shall be construed broadly to mean any type of instructions, whether referred to as software, firmware, middleware, microcode, hardware description language, or otherwise. Instructions can include code (e.g., in source code format, binary code format, executable code format, or any other suitable format of code). The instructions, when executed by the one or more processors, cause the processing system to perform the various functions described herein." Merlin '804 at ¶¶ [0082]-[0083].

4612.  Merlin '804 further discloses: "The various illustrative logical blocks, modules and circuits described in connection with the present disclosure can be

- 1831 -

████████████████████████████████

implemented or performed with a general purpose processor, a digital signal

processor (DSP), an application specific integrated circuit (ASIC), a field

programmable gate array signal (FPGA) or other programmable logic device (PLD),

discrete gate or transistor logic, discrete hardware components or any combination

thereof designed to perform the functions described herein. A general purpose

processor can be a microprocessor, but in the alternative, the processor can be any

commercially available processor, controller, microcontroller or state machine. A

processor can also be implemented as a combination of computing devices, e.g., a

combination of a DSP and a microprocessor, a plurality of microprocessors, one or

more microprocessors in conjunction with a DSP core, or any other such

configuration." Merlin '804 at ¶ [0159].

4613. Additionally, Merlin '804 discloses: "In various embodiments, each sub-

message of the aggregated message can include at least a physical layer data unit

(PPDU) comprising a physical layer (PHY) control field and a media access control

(MAC) payload. In various embodiments, the at least one other message can include

at least one multi-user physical layer data unit (PPDU). In various embodiments,

the at least one other message can include at least one single-user physical layer

data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶

[0009]. Also, "[i]n various embodiments, each sub-message of the aggregated

message can include at least a physical layer data unit (PPDU) comprising a

physical layer (PHY) control field and a media access control (MAC) payload. In

████████████

various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0016].

4614.  Also, Merlin '804 discloses: "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0023]. Further, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0030].

4615.  Additionally, Merlin '804 discloses: "In certain embodiments, a STA 120 enabled for UL-MU-MIMO can indicate to the AP 110 that it requests an UL-MU-MIMO TXOP because it has data pending for UL. In one aspect, the STA 120

- 1833 -

█████████████████████████████████████

can send a RTS or a PS-poll to request a UL-MU-MIMO TXOP. In another

embodiment, the STA 120 can send any data frame, including a quality of service

(QoS) null data frame, where the bits 8-15 of the QoS control field indicate a non-

empty queue. In this embodiment the STA 120 can determine during the setup

phase which data frames (e.g., RTS, PS-poll, QoS null, etc.) will trigger a UL-MU-

MIMO transmission when the bits 8-15 of the QoS control field indicate a non-

empty queue. In one embodiment, the RTS, PS-poll, or QoS null frames can include

a 1 bit indication allowing or disallowing the AP 110 to respond with a CTX

message 402. In another embodiment, the QoS null frame can include TX power

information and a per TID queue information. The TX power information and per

TID queue information can be inserted in the two bytes of the sequence control and

QoS controls fields in a QoS null frame and the modified QoS null frame can be sent

to the AP 110 to request a UL-MU-MIMO TXOP. In another embodiment, referring

to FIGS. 1 and 7, the STA 120 can send a RTX 701 to request a UL-MU-MIMO

TXOP." Merlin '804 at ¶ [0101]; *see also* Merlin '804 at FIGS. 1 and 7.

4616.  Also, Merlin '804 discloses: "In various embodiments, each sub-

message of the aggregated message can include at least a physical layer data unit

(PPDU) comprising a physical layer (PHY) control field and a media access control

(MAC) payload. In various embodiments, the at least one other message can include

at least one multi-user physical layer data unit (PPDU). In various embodiments,

the at least one other message can include at least one single-user physical layer

- 1834 -

data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶

[0143].

4617.  Alternatively, Merlin '804, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4618.  To the extent it is argued or determined that any of Merlin '690, Chun,

Merlin '258, and Merlin '804 do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Merlin

'690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to

Combine," *infra*.

        **8.**      **Claim 9 of the '851 Patent Is Anticipated By Each of
Merlin '690, Chun, Merlin '258, and Merlin '804;
Alternatively, Each Reference, Alone or in Combination,
Renders Claim 9 Obvious**

             **a.**      **The station of claim 2, wherein the control
extension subfield of the first frame indicates one
or more sub-bands assigned to the station.**

4619.  **Merlin '690** discloses this element. For example, Merlin '690 discloses:

"Option 1: According to certain aspects, a first option to indicate response

parameters may be to extend existing rules for the immediate response bandwidth

(BW) and modulation and coding schemes (MCSs). For example, the bandwidth and

channels of response frame may be equal to the bandwidth and channels of the

soliciting frame, as shown in FIG. 5. As shown in the frame exchange 500

illustrated in FIG. 5, the bandwidth 502 used for the soliciting immediate response

███████████████████████████████████████████████

from STA 2 is equal to the bandwidth 504 used by STA 2 for the reply (BA STA 2).

Similarly, the bandwidth 506 used for the soliciting immediate response from STA 1

is equal to the bandwidth 508 used by STA 1 for the reply (BA STA 1 ). According to

certain aspects, if the soliciting frame is a DL FDMA PPDU, the bandwidth of the

response frame may be equal to the bandwidth of the soliciting frame used only for

transmitting to the particular recipient STA that is replying. According to certain

aspects, the MCS may be derived as a function of the request MCS and may also

account for the bandwidth. According to certain aspects, the mapping may be

defined by the wireless standards or may be indicated by the AP." Merlin '690 at ¶

[0140]; *see also* Merlin '690 at FIG. 5. As another example option, Merlin '690

discloses: "Option 3: According to certain aspects response parameters may be

statically allocated. For example, in a third option, each Group ID used for DL MU-

MIMO transmission may be associated with some or all of the parameters to be

used for either UL MU-MIMO or UL FDMA replies. According to certain aspects,

the Group ID may be received in the PHY preamble of the received DL MU PPDU.

As an example, the Group ID may be associated with the bandwidth and stream

allocation for the UL responses." Merlin '690 at ¶ [0145].

4620. Merlin '690 further discloses: "As mentioned above, in addition to

requesting BAs, the BAR frame may also allocated resources for the BAs, indicate

the transmission mode for the replies, and indicate parameters to be used for the

replies. According to certain aspects, it may be desirable to use reserved bits in the

- 1836 -

existing BAR frame or to add fields to the existing BAR frame to indicate the response type and/or response parameters. FIG. 9 illustrates an example BAR frame 900, in accordance with certain aspects of the present disclosure. As shown in FIG. 9, the BAR frame 900 may include a frame control field 902, duration/ID field 904, receiver address field 906, transmitter address field 908, BAR control field 910, BAR information field 912, and frame check sequence field 914. According to certain aspects, some of the 8 reserved bits in the BAR control field 910 may be used for the variable length BAR information field 912 to indicate the resource allocation for the responses. According to certain aspects, 1 or 2 bits of the BAR information field 912 may be used to indicate which mode of response is to be used (e.g., SU, UL MU-MIMO, or UL FDMA). For example, SU may be indicated by 00, MU-MIMO may be indicated by 01, and FDMA may be indicated by 10. If UL MU- MIMO or UL FDMA are to be used, then the parameters to be used (e.g., duration of the response PPDU, spatial stream/channel allocation, and power allocation) may also be indicated by bits in the BAR frame as described above. If the response parameters are not indicated, the default or the pre-agreed response parameters may be used." Merlin '690 at ¶ [0153]; *see also* Merlin '690 at FIG. 9.

4621. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

████████████████████████████

4622. **Chun** discloses this element. For example, Chun discloses: "Preferably, the trigger frame may further include transmission resource unit information of the UL MU PPDU." Chun at ¶ [0025]. Also, "[p]referably, the UL MU PPDU may be transmitted through a transmission resource which the STA arbitrarily selects according to the transmission resource unit information." Chun at ¶ [0026].

4623. Chun further discloses: "A resource unit (or subband) refers to an allocation unit of frequency resource for DL/UL OFDMA transmission." Chun at ¶ [0579]. For example, "[d]ifferent resource units may be allocated to a plurality of STAs by allocating one or more resource units as DL/UL frequency resources to one STA." Chun at ¶ [0580].

4624. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4625. **Merlin '258** discloses this element. For example, Merlin '258 discloses: "…The UT Info 930 field contains information regarding a particular UT and may include a per-user terminal 120 set of information (see the UT Info 1 field 930 through the UT Info N field 975). The UT Info 930 field may include an AID or MAC address field 932 which identifies a user terminal, a number of spatial streams field (Nss) 935 field which indicates the number of spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time Adjustment 936 field which indicates

- 1838 -

███████████████████████████

a time that a UT should adjust its transmission compared to the reception of a

trigger frame (the CTX in this case), a Power Adjustment 938 field which indicates

a power backoff value a UT should take from a declared transmit power, a Tone

Allocation 940 field which indicates the tones or frequencies a UT may use (in a UL-

FDMA system), an Allowed TID 942 field which indicates the allowable TID, an

Allowed TX Mode 944 field which indicates the allowed TX modes, and a MCS 946

field which indicates the MCS the UT should use. A user terminal 120 receiving a

CTX with a Allowed TID 942 indication may be allowed to transmit data only of

that TID, data of the same or higher TID, data of the same or lower TID, any data,

or only data of that TID first, then if no data is available, data of other TIDs. The

FCS 980 field indicates the carries an FCS value used for error detection of the CTX

frame 900." Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

4626. Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4627. **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"The wireless communication system 100 employs multiple transmit and multiple

receive antennas for data transmission on the downlink and uplink. The AP 110 is

equipped with Nap number of antennas and represents the multiple-input (MI) for

downlink transmissions and the multiple-output (MO) for uplink transmissions. A

set of K number of selected STAs 120 collectively represents the multiple-output for

downlink transmissions and the multiple-input for uplink transmissions. For pure SDMA, it is desired to have Nap≦K≦1 if the data symbol streams for the K number of STAs are not multiplexed in code, frequency or time. The value of K can be greater than the value of Nap if the data symbol streams can be multiplexed using TDMA technique, different code channels with CDMA, disjoint sets of sub-bands with OFDM, and so on. Each selected STA can transmit user-specific data to and/or receive user-specific data from the access point. In general, each selected STA can be equipped with one or multiple antennas. The K number of selected STAs can have the same number of antennas, or one or more STAs can have a different number of antennas." Merlin '804 at ¶ [0071].

4628.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4629.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra*.

> **9.      Claim 14 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 14 Obvious**

███████████████████████████████████████

a.    **The station of claim 1, wherein the control field is located in a payload section of the first frame.**

4630.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Option 1 : According to certain aspects, a response type indication for each STA may be added in each MPDU or PSDU. For example, 1 or 2 bits may indicate which mode of response is to be used (e.g., UL SU-MIMO, UL MU-MIMO, or UL FDMA). For a response type indication in each MPDU, the indication may be included in the Quality of Service (QoS) control field, the HT or VHT Control field, the frame control (FC) field, the A-MPDU delimiter preceding the MPDU, an extended MAC header, or a A-MPDU delimiter with additional fields. For a response type indication in the PSDU, the indication may be included in the SERVICE field, for example. Alternatively, the indication may be included in PHY header." Merlin '690 at ¶ [0133]. As another example option, Merlin '690 discloses: "Option 4: In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies may be dynamically allocated and indicated to each STA in the received DL PSDU. For example, the parameters may be included in each MPDU (e.g., in the QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an extended MAC header. The parameters may also be included in the PSDU (e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In this case the presence of the field indicating the parameters to be used for the response may be signaled by one of the following options: use of a reserved bit in the QoS Control field, use of a reserved bit in the HT control field, use of a reserved bit

- 1841 -

███████████████████████

in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA." Merlin '690 at ¶ [0146].

4631.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4632.  **Chun** discloses this element. For example, Chun discloses: "Since the PSDU is a unit that PHY sublayer receives from MAC sublayer and MPDU is a unit that MAC sublayer transmits to PHY sublayer, the PSDU is the same as the MPDU, substantially." Chun at ¶ [0106]. Also, "[w]hen an aggregated MPDU (A-MPDU) scheme is used, a plurality of MPDUs (in this case, each MPDU may carry the A-MPDU) may be merged into a single A-MPDU. The MPDU merging operation may be performed in a MAC lower layer. Various types of MPDU (e.g., QoS data, Acknowledge (ACK), block ACK, etc.) may be merged into the A-MPDU. PHY sublayer receives the A-MPDU from MAC sublayer as a single PSDU. That is, the PSDU includes a plurality of MPDUs. Accordingly, the A-MPDU is transmitted through a wireless medium within a single PPDU." Chun at ¶ [0107].

4633.  With reference to FIG. 6, Chun discloses "a MAC frame (i.e., MPDU) includes a MAC Header, a Frame Body and a frame check sequence (FCS)." Chun at ¶ [0186]; *see also* Chun at FIG. 6. For example, "[t]he MAC Header is defined by regions that include Frame Control field, Duration/ID field, Address 1 field, Address

- 1842 -

2 field, Address 3 field, Sequence Control field, Address 4 field, QoS Control field and HT Control field." Chun at ¶ [0187].

4634.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4635.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "FIG. 4 is a time sequence diagram 400 showing an example of an UL-MU-MIMO protocol 400 that may be used for UL communications. As shown in FIG. 4, in conjunction with FIG. 1, the AP 110 may transmit a clear to transmit (CTX) message 402 to the user terminals 120 indicating which user terminals 120 may participate in the UL-MU-MIMO scheme, such that a particular UT 120 knows to start an UL-MU-MIMO transmission. In some embodiments, the CTX message may be transmitted in a payload portion of a physical layer convergence protocol (PLCP) protocol data units (PPDUs). An example of a CTX frame structure is described more fully below with reference to FIG. 10." Merlin '258 at ¶ [0053]; *see also* Merlin '258 at FIGS. 1, 4, and 10.

4636.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4637.  **Merlin '804** discloses this element. For example, Merlin '804 discloses: "FIG. 21 is a diagram that illustrates one embodiment of an aggregated PPDU (A-

████████████████████████████████████

PPDU) 2100. As shown in FIG. 21, the A-PPDU 2100 includes a common PHY

header 2110, one or more per-PPDU headers 2120, 2140, and 2160, and one or more

per-PPDU payloads 2130, 2150, and 2170. Although the illustrated A-PPDU 2100

includes an SU PPDU header 2120 and payload 2130, and N-1 MU PPDU headers

and payloads 2140-2170, a person having ordinary skill in the art will appreciate

that the illustrated A-PPDU 2100 can include additional fields, fields can be

rearranged, removed, and/or resized, and the contents of the fields varied. For

example, in various embodiments, the SU PPDU header 2120 and payload 2130 can

be in a different location, there can be more than one SU PPDU, there can be any

number of MU PPDUs, etc. The common PHY header 2110 serves to provide PHY

layer information common to each PPDU in the A-PPDU 2100, such as acquisition

and/or synchronization information. In various embodiments, the common PHY

header 2110 can indicate (for example, via one or more bits or flags) whether the A-

PPDU 2100 includes at least one PPDU with broadcast/multicast information that

all STAs are instructed to decode. In an embodiment, when the indication is set, one

or more STAs 120 can be configured to decode subsequent PPDUs in order to obtain

the broadcast/multicast information (for example, in the SU payload 2130). The SU

PHY header 2120 serves to provide PHY layer information specific to the SU

payload 2130. In various embodiments, the SU PHY header 2120 can indicate (for

example, via one or more bits or flags) whether the A-PPDU 2100 includes at least

one PPDU with broadcast/multicast information that all STAs are instructed to

- 1844 -

████████████████████████████████████

decode. In an embodiments, when the indication is set, one or more STAs 120 can be configured to decode subsequent PPDUs in order to obtain the broadcast/multicast information (for example, in the SU payload 2130). In the illustrated embodiment, the SU payload 2130 includes control information, for example broadcast data, multicast data, control information, and/or management information that can be decoded by both SU and MU STAs. In various embodiments, the SU PHY header 2120 and the SU payload 2130 can be broadcast or unicast. In various embodiments, the SU PHY header 2120 and the SU payload 2130 can be in a position other than first in the A-PPDU 2100. The MU PHY header 2140 serves to provide PHY layer information specific to the MU payload 2150. In various embodiments, the MU PHY header 2140 can indicate (for example, via one or more bits or flags) whether the A-PPDU 2100 includes at least one PPDU with broadcast/multicast information that all STAs are instructed to decode. In an embodiments, when the indication is set, one or more STAs 120 can be configured to decode subsequent PPDUs in order to obtain the broadcast/multicast information (for example, in the SU payload 2130). As shown, the A-PPDU 2100 can include a total of N PPDUs. In various embodiments, the PHY header 2160 can be similar to one of the SU PHY header 2120 and the MU PHY header 2140. In various embodiments, the payload 2170 can be similar to one of the SU payload 2130 and the MU payload 2150. In various embodiments, the MU PPDUs can be omitted entirely." Merlin '804 at ¶¶ [0122]-[0127]; *see also* Merlin '804 at FIG. 21.

- 1845 -

███████████████████████████████████

4638.  Merlin '804 further discloses: "FIG. 22 is a transmission and reception
time diagram that illustrates one embodiment of an A-PPDU 2200 trigger
exchange. As shown in FIG. 22, the A-PPDU 2200 includes a common PHY header
2210, one or more per-PPDU headers 2220 and 2240, one or more per-PPDU
payloads 2230 and 2250. The exchange further includes an one or more scheduled
UL PPDUs 2280 and 2290. Although the illustrated A-PPDU 2200 trigger exchange
includes one SU PPDU header 2220 and payload 2230, and one MU PPDU header
2240 and payload 2250, a person having ordinary skill in the art will appreciate
that the illustrated A-PPDU 2200 trigger exchange can include additional fields,
fields can be rearranged, removed, and/or resized, and the contents of the fields
varied. For example, in various embodiments, the SU PPDU header 2220 and
payload 2230 can be in a different location, there can be more than one SU PPDU,
there can be any number of MU PPDUs, a different number of scheduled UL
PPDUs, etc. The common PHY header 2210 serves to provide PHY layer
information common to each PPDU in the A-PPDU 2200, such as acquisition and/or
synchronization information. In various embodiments, the common PHY header can
indicate (for example, via one or more bits or flags) whether the A-PPDU 2200
includes at least one PPDU with broadcast/multicast information that all STAs are
instructed to decode. In an embodiments, when the indication is set, one or more
STAs 120 can be configured to decode subsequent PPDUs in order to obtain the
broadcast/multicast information (for example, in the SU payload 2230). The SU

- 1846 -

████████████████████████████████████████

PHY header 2220 serves to provide PHY layer information specific to the SU

payload 2230. In various embodiments, the SU PHY header 2220 can indicate (for

example, via one or more bits or flags) whether the A-PPDU 2200 includes at least

one PPDU with broadcast/multicast information that all STAs are instructed to

decode. In an embodiments, when the indication is set, one or more STAs 120 can be

configured to decode subsequent PPDUs in order to obtain the broadcast/multicast

information (for example, in the SU payload 2230). In the illustrated embodiment,

the SU payload 2230 includes UL scheduling information 2230 for scheduling one or

more UL PPDUs such as the UL PPDUs 2280 and 2290. In various embodiments,

the UL scheduling information 2230 can include one or more fields or indicators

discussed above with respect to one or more of: the CTX 402, 1035, 1200, and 1500,

the CTS 408, the SSF 1005, the A-MPDU 407, the BAs 470, and the trigger frame

405, variously discussed above with respect to FIGS. 5-20. For example, in various

embodiments, the UL scheduling information 2230 can include one or more of:

identification of the STAs permitted or instructed to transmit one or more UL

PPDUs, identification of resources allocated to STAs such as spatial streams, tones,

etc., scheduling times and/or durations of UL transmissions, type and or content of

scheduled UL transmissions, etc. In various embodiments, information included in

the UL scheduling information 2230 can be omitted from the common PHY header

2210. In various embodiments, the SU PHY header 2220 and the SU payload 2230

can be broadcast or unicast. In various embodiments, the SU PHY header 2220 and

- 1847 -

████████████████████████████████████████████

the SU payload 2230 can be in a position other than first in the A-PPDU 2200. The MU PHY header 2240 serves to provide PHY layer information specific to the MU payload 2250. In various embodiments, the MU PHY header 2240 can indicate (for example, via one or more bits or flags) whether the A-PPDU 2200 includes at least one PPDU with broadcast/multicast information that all STAs are instructed to decode. In an embodiments, when the indication is set, one or more STAs 120 can be configured to decode subsequent PPDUs in order to obtain the broadcast/multicast information (for example, in the SU payload 2230)." Merlin '804 at ¶¶ [0129]-[0133]; *see also* Merlin '804 at FIG. 22.

4639.  Additionally, Merlin '804 discloses: "First, at block 2410, an access point generates an aggregated message. The aggregated message includes a single-user broadcast message and at least one other message. For example, the AP 110 can generate the A-PPDU 2200 for transmission to one or more STAs 120. The A-PPDU 2200 can include the SU payload 2230 including UL scheduling information instructing the STAs 120 to transmit the UL PPDUs 2280-2290 at particular times. In various embodiments, the single-user broadcast message and the at least one other message can be referred to as 'sub-messages' of the aggregated message. In various embodiments, the aggregated message can include the single-user broadcast message and one or more multi-user messages. For example, the A-PPDU 2200 can include the SU PHY header 2220 and payload 2230, and the MU PHY header 2240 and payload 2250." Merlin '804 at ¶¶ [0141]-[0142].

- 1848 -

████████████████████████████

4640.  Merlin '804 discloses a number of embodiments in FIGS. [0144]-[0147] ("In various embodiments, the aggregated message can include a common physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode. For example, the A-PPDU 2200 can include the common PHY header 2210, which can indicate that the SU payload 2250 includes the UL scheduling information. In various embodiments, each message can include a physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode. For example, the SU PHY header 2220 can indicate that the SU payload 2250 includes the UL scheduling information. In various embodiments, the single-user broadcast message includes control information instructing the one or more stations to transmit uplink data at a specific time, and the uplink data can be received from the one or more stations. For example, the UL scheduling information 2230 can instruct the STAs 120 to transmit the UL PPDUs 2280-2290 beginning a SIFS after the MU payload 2250. In various embodiments, each message can include an uplink scheduling message. For example, the SU payload 2230 can include the UL scheduling information. In various embodiments, the uplink scheduling message can include a physical layer data unit (PPDU) duration field indicating a duration of transmission of uplink data. In various embodiments, the uplink scheduling message can include a station (STA) info field including an indication of allowed transmission modes. For

- 1849 -

example, the UL scheduling information 2230 can include any of the fields of the CTX discussed above with respect to FIGS. 4-20." *See also* Merlin '804 at FIGS. 4 – 20.

4641.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4642.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra*.

> **10.    Claim 15 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 15 Obvious**
>
> > **a.    The station of claim 1, wherein the control field of the first frame is located in a media access control (MAC) header of a trigger MAC PDU (MPDU) within a payload of the first frame.**

4643.  **<u>Merlin '690</u>** discloses this element. For example, Merlin '690 discloses: "FIG. 10 illustrates an example frame exchange of a DL aggregated medium access control (MAC) protocol data unit (A-MPDU) including a BAR frame per each station (STA), in accordance with certain aspects of the present disclosure." Merlin '690 at ¶ [0030]; *see also* Merlin '690 at FIG. 10. Also, "[u]plink(UL)MU-MIMO or UL FDMA

██████████████████

can be used to transmit multiple block acknowledgements (BAs) at the same time,

for example, in response to a downlink (DL) MU physical protocol data unit (PPDU).

The current standard does not define UL MU-MIMO or UL FDMA and does not

allow the above operation mode." Merlin '690 at ¶ [0121].

4644.  Merlin '690 further discloses: "In an example implementation, the AP

may solicit multiple immediate responses by transmitting an MU PPDU including

multiple aggregate medium access control (MAC) protocol data units (A-MPDUs)

having MPDUs that solicit an immediate response (e.g., MPDUs indicate

"Immediate BA or normal ACK"). In another example implementation, the AP may

solicit multiple immediate responses by transmitting one or more MPDUs in the A-

MPDU that indicate a reverse direction grant (RDG) or a speed frame exchange

grant. According to certain aspects, the RDG grant or speed frame exchange grant

may transfer a transmit opportunity (TXOP) to the recipient STA during which the

recipient STA may transmit ACKs/BAs or Data." Merlin '690 at ¶ [0127].

4645.  As an example option, Merlin '690 discloses: "Option 4: In a fourth

option, response parameters for UL MU-MIMO and UL FDMA replies may be

dynamically allocated and indicated to each STA in the received DL PSDU. For

example, the parameters may be included in each MPDU (e.g., in the QoS control

field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an

extended MAC header. The parameters may also be included in the PSDU (e.g., in

the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In

████████████████████████

this case the presence of the field indicating the parameters to be used for the

response may be signaled by one of the following options: use of a reserved bit in the

QoS Control field, use of a reserved bit in the HT control field, use of a reserved bit

in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly

indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA."

Merlin '690 at ¶ [0146].

4646.  Alternatively, Merlin '690, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4647.  **Chun** discloses this element. For example, with reference to FIG. 6,

Chun discloses "a MAC frame (i.e., MPDU) includes a MAC Header, a Frame Body

and a frame check sequence (FCS)." Chun at ¶ [0186]; *see also* Chun at FIG. 6. Also:

"The MAC Header is defined by regions that include Frame Control field,

Duration/ID field, Address 1 field, Address 2 field, Address 3 field, Sequence Control

field, Address 4 field, QoS Control field and HT Control field." Chun at ¶ [0187].

4648.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4649.  **Merlin '258** discloses this element. For example, Merlin '258 discloses:

"FIG. 9 shows a diagram of an example of a CTX frame 900 format. The CTX frame

900 may be configured as a trigger frame. In this embodiment, the CTX frame 900

- 1852 -

is a control frame that includes a frame control (FC) field 905, a duration field 910,

a receiver address field 914, a transmitter address (TA) field 915, a control (CTRL)

field 920, a PPDU duration field 925, a UT info field 930, and a frame check

sequence (FCS) field 980. The FC field 905 indicates a control subtype or an

extension subtype. The duration field 910 indicates to any receiver of the CTX

frame 900 to set the network allocation vector (NAV). In some embodiments the RA

914 field identifies a group of UTs through a multicast MAC address. The TA field

915 indicates the transmitter address or a BSSID. The CTRL field 920 is a generic

field that may include information regarding the format of the remaining portion of

the frame (e.g., the number of UT info fields and the presence or absence of any

subfields within a UT info field), indications for rate adaptation for the user

terminals 120, indication of allowed TID, and indication that a CTS must be sent

immediately following the CTX frame 900. The CTRL field 920 may also indicate if

the CTX frame 900 is being used for UL-MU-MIMO or for UL FDMA or both,

indicating whether a Nss or Tone allocation field is present in the UT Info field

930." Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

4650.  Merlin '258 further discloses: "FIG. 11 shows a diagram of a request-to-

transmit (RTX) frame ll00. The RTX frame ll00 may include a frame control (FC)

field 1110, an optional duration field 1115, a transmitter address/allocation

identifier (TA/ AID) field 1120, a receiver address/basic service set identifier

(RA/BSSID) field 1125, a TID field 1130, an estimated transmission (TX) time field

1135, a buffer status field 140, a UT operating mode field 1145, and a TX power field 115 0. The FC field 1110 may indicate a control subtype or an extension subtype. The duration field 1115 may indicate to any receiver of the RIX frame 1100 to set the network allocation vector (NAY). In one aspect, the RIX frame 1100 may not have a duration field 1115. The TA/AID field 1120 may indicate a source address, which may be an AID or a full MAC address. The RA/BSSID field 1125 may indicate the RA or BSSID. In one aspect, the RIX frame 1100 may not contain a RA/BSSID field 1125. The TID field 1130 may indicate an access category (AC) for which a user terminal has data. The estimated TX time field 1135 may indicate a time requested for the uplink transmission (e.g., UL-TXOP) based on an amount of time required for a user terminal 120 to send all the data in its buffer at the current planned MCS. The buffer status field 1140 may indicate a number of bytes pending at the user terminal 120 for uplink transmission. The UT operating mode field 1145 may indicate set management information or operating modes for the user terminal 120. The TX power field 1150 may indicate the power at which the RIX frame 1100 is being transmitted and may be used by the AP 110 to estimate the link quality and adapt the power backoff indication in a CTX frame." Merlin '258 at ¶ [0077]; *see also* Merlin '258 at FIG. 11.

4651.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4652.  **Merlin '804** discloses this element. For example, Merlin '804 discloses:
"In the illustrated embodiment, the SU payload 2230 includes UL scheduling information 2230 for scheduling one or more UL PPDUs such as the UL PPDUs 2280 and 2290. In various embodiments, the UL scheduling information 2230 can include one or more fields or indicators discussed above with respect to one or more of: the CTX 402, 1035, 1200, and 1500, the CTS 408, the SSF 1005, the A-MPDU 407, the BAs 470, and the trigger frame 405, variously discussed above with respect to FIGS. 5-20. For example, in various embodiments, the UL scheduling information 2230 can include one or more of: identification of the STAs permitted or instructed to transmit one or more UL PPDUs, identification of resources allocated to STAs such as spatial streams, tones, etc., scheduling times and/or durations of UL transmissions, type and or content of scheduled UL transmissions, etc. In various embodiments, information included in the UL scheduling information 2230 can be omitted from the common PHY header 2210. In various embodiments, the SU PHY header 2220 and the SU payload 2230 can be broadcast or unicast. In various embodiments, the SU PHY header 2220 and the SU payload 2230 can be in a position other than first in the A-PPDU 2200." Merlin '804 at ¶ [0132]; *see also* Merlin '804 at FIG. 22.

4653.  Merlin '804 further discloses: "FIG. 15 is a diagram of an example of a CTX 1500 frame structure. In this embodiment, the CTX 1500 frame is a management frame that includes a Management MAC Header 1505 field, a Body

- 1855 -

1510 field, and a FCS 1580 field. The Body 1510 field includes an IE ID 1515 field which identifies an information element (IE), a LEN 1520 field which indicates the length of the CTX 1500 frame, a CTRL 1525 field which includes the same information as the CTRL 1220 field, a PPDU Duration 1530 field which indicates the duration of the following UL-MU-MIMO PPDU that the STAs 120 are allowed to send, a STA Info 1 1535 field and a MCS 1575 field which can indicate the MCS for all the STAs to use in the following UL-MU-MIMO transmission, or an MCS backoff for all the STAs to use in the following UL-MU-MIMO transmission. The STA Info 1 1535 (along with STA Info N 1570) field represent a per STA field that includes AID 1540 field which identifies a STA, a number of spatial streams field (Nss) 1542 field which indicates the number of spatial streams a STA can use (in an UL-MU-MIMO system), a Time Adjustment 1544 field which indicates a time that a STA should adjust its transmission compared to the reception of a trigger frame (the CTX in this case), a Power Adjustment 1546 field which indicates a power backoff a STA should take from a declared transmit power, a Tone Allocation 1548 field which indicates the tones or frequencies a STA can use (in a UL-FDMA system), and an Allowed TID 1550 field which indicates the allowable TID." Merlin '804 at ¶ [0133]; *see also* Merlin '804 at FIG. 15.

4654. Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

- 1856 -

4655. To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804. *See* "Motivation to Combine," *infra*.

**11. Independent Claim 16 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 16 Obvious**

**a. Element 16 [pre]: A non-transitory computer-readable storage medium storing computer-executable instructions that, when executed by one or more processors, cause one or more processors to perform operations, the operations comprising:**

4656. **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Certain aspects of the present disclosure generally relate to frame structures and protocols for uplink multiple user (MU) frame exchanges." Merlin '690 at ¶ [0008]. Also, "[c]ertain aspects of the present disclosure provide an apparatus for wireless communications. The apparatus generally includes a processing system configured to determine that a plurality of devices have a first capability and generate a MU packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an acknowledgment (ACK) or block ACK (BA), and an interface configured to output the MU packet for transmission." Merlin '690 at ¶ [0009].

███████████████████████████████████████

4657.  Merlin '690 further discloses: "FIG. 3 illustrates various components that may be utilized in a wireless device 302 that may be employed within the MIMO system 100. The wireless device 302 is an example of a device that may be configured to implement the various methods described herein. The wireless device 302 may be an access point 110 or a user terminal 120." Merlin '690 at ¶ [0109]. For example: "The wireless device 302 may include a processor 304 which controls operation of the wireless device 302. The processor 304 may also be referred to as a central processing unit (CPU). Memory 306, which may include both read-only memory (ROM) and random access memory (RAM), provides instructions and data to the processor 304. A portion of the memory 306 may also include non-volatile random access memory (NVRAM). The processor 304 typically performs logical and arithmetic operations based on program instructions stored within the memory 306. The instructions in the memory 306 may be executable to implement the methods described herein." Merlin '690 at ¶ [0110].

4658.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4659.  **Chun** discloses this element. For example, Chun discloses: "An object of the present invention is to propose an uplink multi-user transmission procedure in a wireless communication system." Chun at ¶ [0011]. Also, "an object of the present invention is to propose a type a trigger frame for supporting various uplink

multi-user transmission in a wireless communication system and the resulting structure of the trigger frame." Chun at ¶ [0012].

4660.  Chun further discloses: "… an access point (AP) apparatus for supporting uplink (UL) multi-user (MU) transmission in a wireless communication system, includes: a radio frequency (RF) unit for transmitting/receiving a wireless signal; and a processor, wherein the processor is configured to transmit a trigger frame including information for UL MU transmission to a station (STA), and receive a UL MU PPDU based on the information for the UL MU transmission, the trigger frame is a medium access control (MAC) frame, an MAC header of the trigger frame includes a type field and a subtype field, and the type of the trigger frame is indicated by the type field and the subtype field." Chun at ¶ [0017].

4661.  Chun further discloses: "FIG. 47 is a block diagram exemplifying a wireless apparatus according to an embodiment of the present invention." Chun at ¶ [0857]. Also, "[r]eferring to FIG. 47, an apparatus 4710 according to the present invention may include a processor 4711, a memory 4712, and a radio frequency (RF) unit 4713. The apparatus 4710 may be an AP or a non-AP STA for implementing the embodiments of the present invention. … The processor 4711 is connected to the RF unit 4713 to implement the physical layer and/or MAC layer according to the IEEE 802.11 system. The processor 4711 may be configured to perform the operations according to the various embodiments of the present invention according to FIGS. 1 to 47 above. In addition, a module that implements the operations of the

AP and/or the STA according to the various embodiments of the present invention according to FIGS. 1 to 46 above may be stored in the memory 4712 and executed by the processor 4711. The memory 4712 is connected to the processor 4711 and stores various pieces of information for driving the processor 4711. The memory 4712 may be included in the processor 4711, or installed exterior to the processor 4711 and connected to the processor 4711 with a known means." Chun at ¶¶ [0858]-[0861]; *see also* Chun at FIG. 47.

4662.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4663.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "FIG. 8 is a message timing diagram 800 showing multi-user uplink communication. The message exchange shows communication of wireless messages between an AP 110 and three user terminals 120A-C. The message exchange may indicate that each of the user terminals 120A-C may transmit a request message (REQ) 802A-C to the AP 110 requesting a UL-MU-MIMO TXOP. As described above, each of the request messages 802A-C may indicate that the transmitting user terminal 120A-C has data available to be transmitted to the AP 110." Merlin '258 at ¶ [0068]; *see also* Merlin '258 at FIG. 8.

4664.  Merlin '258 also discloses: "Wireless network technologies may include various types of wireless local area networks (WLANs). A WLAN may be used to

███████████████████████████████████████████████████

interconnect nearby devices together, employing widely used networking protocols.

The various aspects described herein may apply to any communication standard,

such as Wi-Fi or, more generally, any member of the IEEE 802.11 family of wireless

protocols." Merlin '258 at ¶ [0026]. Further, "[t]he techniques described herein may

be used for various broadband wireless communication systems, including

communication systems that are based on an orthogonal multiplexing scheme.

Examples of such communication systems include Spatial Division Multiple Access

(SDMA), Time Division Multiple Access (TDMA), Orthogonal Frequency Division

Multiple Access (OFDMA) systems, Single Carrier Frequency Division Multiple

Access (SC-FDMA) systems, and so forth. An SDMA system may utilize sufficiently

different directions to simultaneously transmit data belonging to multiple user

terminals. A TDMA system may allow multiple user terminals to share the same

frequency channel by dividing the transmission signal into different time slots, each

time slot being assigned to different user terminal." Merlin '258 at ¶ [0029].

4665.  Additionally, Merlin '258 discloses: "FIG. 3 illustrates various

components that may be utilized in a wireless device 302 that may be employed

within the wireless communication system 100. The wireless device 302 is an

example of a device that may be configured to implement the various methods

described herein. The wireless device 302 may implement an access point 110 or a

user terminal 120." Merlin '258 at ¶ [0044]; *see also* Merlin '258 at FIG. 3. Further,

"[t]he wireless device 302 may include a processor 304 which controls operation of

- 1861 -

████████████████████████████████████████████████

the wireless device 302. The processor 304 may also be referred to as a central

processing unit (CPU). Memory 306, which may include both read-only memory

(ROM) and random access memory (RAM), provides instructions and data to the

processor 304. A portion of the memory 306 may also include non-volatile random

access memory (NVRAM). The processor 304 may perform logical and arithmetic

operations based on program instructions stored within the memory 306. The

instructions in the memory 306 may be executable to implement the methods

described herein." Merlin '258 at ¶ [0045]. Also, "[t]he processor 304 may comprise

or be a component of a processing system implemented with one or more processors.

The one or more processors may be implemented with any combination of general-

purpose microprocessors, microcontrollers, digital signal processors (DSPs), field

programmable gate array (FPGAs), programmable logic devices (PLDs), controllers,

state machines, gated logic, discrete hardware components, dedicated hardware

finite state machines, or any other suitable entities that can perform calculations or

other manipulations of information." Merlin '258 at ¶ [0046].

4666. Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4667. **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"a method for wireless communication. The method includes generating, at an

access point, an aggregated message. The aggregated message includes a single-

- 1862 -

████████████████████████████████████████████

user broadcast message and at least one other message. The method further includes transmitting the aggregated message to one or more stations." Merlin '804 at ¶ [0008]. Also, "[i]n various embodiments, the aggregated message can include the single-user broadcast message and one or more multi-user messages. In various embodiments, the aggregated message can include a common physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode. In various embodiments, each message can include a physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode." Merlin '804 at ¶ [0010].

4668.  Further "[i]n various embodiments, the single-user broadcast message includes control information instructing the one or more stations to transmit a plurality of uplink data at a specified time. In various embodiments, the method can further include receiving transmission of the plurality of uplink data at the specified time, each transmission of the plurality of uplink data having the same duration. In various embodiments, the method can further include transmitting." Merlin '804 at ¶ [0011]. Additionally, "[a]nother aspect provides an apparatus configured for wireless communication. The apparatus includes a processor configured to generate for transmission an aggregated message. The aggregated message includes a single-user broadcast message and at least one other message.

The apparatus further includes a transmitter configured to transmit the aggregated message to one or more stations." Merlin '804 at ¶ [0015].

4669.  Merlin '804 additionally discloses: "The wireless device 302 can include a processor 304 which controls operation of the wireless device 302. The processor 304 can also be referred to as a central processing unit (CPU). Memory 306, which can include both read-only memory (ROM) and random access memory (RAM), provides instructions and data to the processor 304. A portion of the memory 306 can also include non-volatile random access memory (NVRAM). The processor 304 can perform logical and arithmetic operations based on program instructions stored within the memory 306. The instructions in the memory 306 can be executable to implement the methods described herein." Merlin '804 at ¶ [0081]. Further, "[t]he processing system can also include machine-readable media for storing software. Software shall be construed broadly to mean any type of instructions, whether referred to as software, firmware, middleware, microcode, hardware description language, or otherwise. Instructions can include code (e.g., in source code format, binary code format, executable code format, or any other suitable format of code). The instructions, when executed by the one or more processors, cause the processing system to perform the various functions described herein." Merlin '804 at ¶ [0083].

4670.  Merlin '804 also discloses: "In one or more aspects, the functions described can be implemented in hardware, software, firmware, or any combination thereof. If implemented in software, the functions can be stored on or transmitted

████████████████████████████████████

over as one or more instructions or code on a computer-readable medium.

Computer-readable media includes both computer storage media and

communication media including any medium that facilitates transfer of a computer

program from one place to another. A storage media can be any available media

that can be accessed by a computer. By way of example, and not limitation, such

computer-readable media can comprise RAM, ROM, EEPROM, CD-ROM or other

optical disk storage, magnetic disk storage or other magnetic storage devices, or any

other medium that can be used to carry or store desired program code in the form of

instructions or data structures and that can be accessed by a computer. Also, any

connection is properly termed a computer-readable medium. For example, if the

software is transmitted from a web site, server, or other remote source using a

coaxial cable, fiber optic cable, twisted pair, digital subscriber line (DSL), or

wireless technologies such as infrared, radio, and microwave, then the coaxial cable,

fiber optic cable, twisted pair, DSL, or wireless technologies such as infrared, radio,

and microwave are included in the definition of medium. Disk and disc, as used

herein, includes compact disc (CD), laser disc, optical disc, digital versatile disc

(DVD), floppy disk and Blu-ray disc where disks usually reproduce data

magnetically, while discs reproduce data optically with lasers. Thus, in some

aspects computer readable medium can comprise non-transitory computer readable

medium (e.g., tangible media). In addition, in some aspects computer readable

medium can comprise transitory computer readable medium (e.g., a signal).

████████████████████████████████████████████

Combinations of the above should also be included within the scope of computer-readable media." Merlin '804 at ¶ [0160].

4671.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4672.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra*.

> **b.     Element 16 [a]:  generating a downlink frame of a downlink transmission for a plurality of stations, wherein the downlink frame comprises a control field including a control extension indication, wherein the control extension indication indicates whether the control field includes a scheduling extension, and wherein the scheduling extension includes scheduling information for one or more stations of the plurality of stations to transmit a corresponding uplink frame as part of a multi-user uplink transmission; and**

4673.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Certain aspects of the present disclosure provide an apparatus for wireless communications. The apparatus generally includes a processing system configured to determine that a plurality of devices have a first capability and generate a MU packet that solicits an immediate response from a plurality of the devices, wherein

████████████████████████████

the immediate response comprises an acknowledgment (ACK) or block ACK (BA),

and an interface configured to output the MU packet for transmission." Merlin '690

at ¶ [0009]. Further, "[c]ertain aspects of the present disclosure generally relate to

wireless communications and, more particularly, to frame structures and protocols

for uplink (UL) multiple user (MU) frame exchanges. Certain aspects provide

protocol rules and efficient frame exchange sequences to enable sending multiple

block acknowledgments (BAs) in UL and/or downlink (DL) MU multiple-input

multiple-output (MIMO) and frequency division multiple access (FDMA) systems.

According to certain aspects, a multi-STA BA request (BAR) frame may

simultaneously solicit multiple immediate BAs. According to certain aspects, frame

exchange sequences involve special subframes and/or reverse direction grants

(RDGs)." Merlin '690 at ¶ [0050].

4674.  Merlin '690 further discloses: "According to certain aspects, a FDMA

transmission may consist of, for example, multiple SU or MU PPDUs on each

channel (e.g. 20 MHz). Each MU PPDU may be either a MU-MIMO PPDU or a

FDMA PPDU. The FDMA PPDU may allocate sub-20 MHz channels. According to

certain aspects, PPDUs of the FDMA transmission may be a combination of FDMA,

MU-MIMO, OFDMA, and time aggregation within the same PPDU. In this case, the

notation "DL MIMO/FDMA" may refer to either a DL FDMA PPDU, a DL MU-

MIMO PPDU, a DL OFDMA PPDU, or to a PPDU that does any combination of DL

FDMA, DL MU-MIMO and time aggregation to serve multiple STAs. A MU time

- 1867 -

████████████████████████████████████

aggregated PPDU may comprise a single PPDU including an A-MPDU or an A-MSDU where the MPDUs or MSDUs have receiver or destination addresses corresponding to different STAs. A MU time aggregated PPDU may comprise a sequence of SU PPDUs or PSDUs sent with no or very small time separation." Merlin '690 at ¶ [0119].

4675.  For example, "[u]plink (UL) MU-MIMO or UL FDMA can be used to transmit multiple block acknowledgements (BAs) at the same time, for example, in response to a downlink (DL) MU physical protocol data unit (PPDU). The current standard does not define UL MU-MIMO or UL FDMA and does not allow the above operation mode." Merlin '690 at ¶ [0121]. Additionally, Merlin '690 discloses: "The present disclosure provides example frame exchanges and ACK signaling policy to enable sending ACKs/BAs with UL MU-MIMO/FDMA by stations (STAs) receiving a DL MU-MIMO/FDMA PPDU and that are capable of UL MU-MIMO or UL FDMA." Merlin '690 at ¶ [0124]. Further, "[i]n an example implementation, the AP may solicit multiple immediate responses by transmitting an MU PPDU including multiple aggregate medium access control (MAC) protocol data units (A-MPDUs) having MPDUs that solicit an immediate response (e.g., MPDUs indicate 'Immediate BA or normal ACK')." Merlin '690 at ¶ [0127].

4676.  Merlin '690 further discloses: "According to certain aspects, if a STA determines (e.g., receives an indication, derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be used for an immediate response, the STA may

███████████████████████████

also know which parameters to use for the response. Response parameters may include, for example, which spatial streams/channels to use, what duration to use, and what power to use for the immediate response. According to certain aspects, one or more of these parameters may be indicated with any one of the following options or a combination thereof (e.g., some parameters may be conveyed according one option and other parameters according another option)." Merlin '690 at ¶ [0139]. As one example option, Merlin '690 discloses: "Option 1: According to certain aspects, a first option to indicate response parameters may be to extend existing rules for the immediate response bandwidth (BW) and modulation and coding schemes (MCSs). For example, the bandwidth and channels of response frame may be equal to the bandwidth and channels of the soliciting frame, as shown in FIG. 5." Merlin '690 at [0140]; *see also* Merlin '690 at FIG. 5. As another example option, Merlin '690 discloses: "Option 4: In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies may be dynamically allocated and indicated to each STA in the received DL PSDU. For example, the parameters may be included in each MPDU (e.g., in the QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an extended MAC header. The parameters may also be included in the PSDU (e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In this case the presence of the field indicating the parameters to be used for the response may be signaled by one of the following options: use of a reserved bit in the QoS Control field, use of a reserved bit in the HT control field,

- 1869 -

use of a reserved bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA." Merlin '690 at ¶ [0146]. As yet another example option, Merlin '690 discloses: "Option 5: According to certain aspects, a fifth option to indicate the response parameters may be in a special frame aggregated in the A-MPDU. According to certain aspects, each special frame may be received by one STA and may include the parameter information for that STA only. Alternatively, the special frame(s) (e.g., one special frame per STA or a single broadcast special frame) may be sent in a separate PPDU following the data DL PPDU, as shown in FIG. 8. As shown in the frame exchange 800 illustrated in FIG. 8, the special frame 804 indicating the parameters for the immediate responses 806 (BA STA 2) and 810 (BA STA 1) from STA 2 and STA 1, respectively, may be send in a separate DL PPDU following the DL PPDUs 802 (DL STA 2) and 808 (DL STA 1) soliciting immediate responses from STA 2 and STA 1, respectively. The special frame may be a trigger frame or a modified BAR frame." Merlin '690 at ¶ [0147]; *see also* Merlin '690 at FIG. 8.

4677. Additionally, Merlin '690 discloses: "According to certain aspects, block acknowledgement request (BAR) frames may be used to poll for (e.g., solicit) block acknowledgments (BA). As described above, UL MU-MIMO or UL FDMA may be used to transmit multiple BAs at the same time, hence, it may be useful to define a BAR frame which can solicit multiple immediate responses." Merlin '690 at ¶

- 1870 -

███████████████████████████████████████

[0150]. Also, "[a]ccording to certain aspects of the present disclosure, a SU BAR that carries additional information is defined that can be used in a DL MU PPDU to solicit multiple UL immediate responses as well as to provide allocation of resources for sending the BAs." Merlin '690 at ¶ [0151]. Additionally, "[a]s mentioned above, in addition to requesting BAs, the BAR frame may also allocated resources for the BAs, indicate the transmission mode for the replies, and indicate parameters to be used for the replies. According to certain aspects, it may be desirable to use reserved bits in the existing BAR frame or to add fields to the existing BAR frame to indicate the response type and/or response parameters." Merlin '690 at ¶ [0153]. Further, "[a]ccording to certain aspects, the multi-STA BAR may use the format of a multi-traffic indicator (TID) BAR frame, as shown in FIG. 12. The multi-STA BAR may use some of the reserved bits in the BAR control field, in the PER-TID information field, or in other existing fields to indicate: that the BAR is a multi-STA BAR, which STAs are the recipients, the duration of the allowed response, and resource allocation for the replies in UL MU-MIMO or UL FDMA. For example, for each TID, the Bar information field 912 may include a Per TID Info subfield 1202 and a Block Ack Starting Sequence Control subfield 1204." Merlin '690 at ¶ [0158].

4678.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4679.  **Chun** discloses this element. For example, Chun discloses: "… an access point (AP) apparatus for supporting uplink (UL) multi-user (MU) transmission in a wireless communication system, includes: a radio frequency (RF) unit for transmitting/receiving a wireless signal; and a processor, wherein the processor is configured to transmit a trigger frame including information for UL MU transmission to a station (STA), and receive a UL MU PPDU based on the information for the UL MU transmission, the trigger frame is a medium access control (MAC) frame, an MAC header of the trigger frame includes a type field and a subtype field, and the type of the trigger frame is indicated by the type field and the subtype field." Chun at ¶ [0017].

4680.  Chun also discloses: "Preferably, the trigger frame may further include transmission resource unit information of the UL MU PPDU." Chun at ¶ [0025]. Also, "[p]referably, the UL MU PPDU may be transmitted through a transmission resource which the STA arbitrarily selects according to the transmission resource unit information." Chun at ¶ [0026].

4681.  Additionally, Chun discloses: "The resource allocation information means information on an uplink transmission resource (for example, frequency/subcarrier information allocated to each STA in the case of the UL OFDMA transmission and a stream index allocated to each STA in the case of the UL MU MIMO transmission) allocated for each STA." Chun at ¶ [0541]. For example, "[i]n detail, in the case of the UL OFDMA transmission, the respective

STAs may transmit the uplink data frame on the same time resource through different frequency resources." Chun at ¶ [0559].

4682. With reference to FIG. 6, Chun discloses "a MAC frame (i.e., MPDU) includes a MAC Header, a Frame Body and a frame check sequence (FCS)." Chun at ¶ [0186]; *see also* Chun at FIG. 6. For example, "[t]he MAC Header is defined by regions that include Frame Control field, Duration/ID field, Address 1 field, Address 2 field, Address 3 field, Sequence Control field, Address 4 field, QoS Control field and HT Control field." Chun at ¶ [0187]. Also, "[t]he QoS Control field includes information related to QoS. The QoS control field may be included in the case that a QoS data frame is indicated in a Subtype subfield." Chun at ¶ [0194]. Additionally, "[t]he HT Control filed includes control information related to HT and/or VHT transmission and reception techniques. The HT Control field is included in Control Wrapper frame. Further, the HT Control field is existed in the QoS data frame of which Order subfield value is 1, and existed in Management frame" (Chun at ¶ [0195]).

4683. With reference to FIG. 8, Chun discloses: "the HT control field may include a VHT subfield, an HT control middle subfield, an AC constraint subfield, and a reverse direction grant (RDG)/more PPDU subfields." Chun at ¶ [0215]; *see also* Chun at FIG. 8. For example, "As described above, the HT control middle subfield may be implemented to have a different format according to an indication of the VHT subfield." Chun at ¶ [0221]. Additionally, "[t]he HT control middle

- 1873 -

subfield of the HT control field for VHT may include a reserved bit, a modulation and coding scheme (MCS) feedback request (MRQ) subfield, an MRQ sequence identifier (MSI)/space-time block coding (STBC) subfield, an MCS feedback sequence identifier (MFSI)/least significant bit (LSB) of group ID (GID-L) subfield, an MCS feedback (MFB) subfield, a most significant bit of group ID (GID-H) subfield, a coding type subfield, a feedback transmission type (FB Tx Type) subfield, and an unsolicited MFB subfield. Table 4 illustrates descriptions of the subfields included in the HT control middle subfield of the VHT format." Chun at ¶ [0222]; *see also* Chun at Table 4.

4684. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4685. **Merlin '258** discloses this element. For example, Merlin '258 discloses: "FIG. l is a diagram that illustrates a multiple-access multiple-input multiple-output (MIMO) system 100 with access points and user terminals. For simplicity, only one access point 110 is shown in FIG. 1. An access point is generally a fixed station that communicates with the user terminals and may also be referred to as a base station or using some other terminology. A user terminal or STA may be fixed or mobile and may also be referred to as a mobile station or a wireless device, or using some other terminology. The access point 110 may communicate with one or more user terminals 120 at any given moment on the downlink and uplink. The

- 1874 -

████████████████████

downlink (i.e., forward link) is the communication link from the access point to the

user terminals, and the uplink (i.e., reverse link) is the communication link from

the user terminals to the access point. A user terminal may also communicate peer-

to-peer with another user terminal. A system controller 130 couples to and provides

coordination and control for the access points." Merlin '258 at ¶ [0033]; *see also*

Merlin '258 at FIG. 1.

4686.  Also, Merlin '258 discloses: "An increasing number of wireless and

mobile devices put increasing stress on bandwidth requirements that are demanded

for wireless communications systems. With limited communication resources, it is

desirable to reduce the amount of traffic passing between the AP and the multiple

STAs. For example, when multiple terminals send uplink communications to the

access point, it is desirable to minimize the amount of traffic to complete the uplink

of all transmissions. Thus, embodiments described herein support utilizing

communication exchanges, scheduling and certain frames for increasing throughput

of uplink transmissions to the AP." Merlin '258 at ¶ [0052].

4687.  Merlin '258 further discloses: "FIG. 4 is a time sequence diagram 400

showing an example of an UL-MU-MIMO protocol 400 that may be used for UL

communications. As shown in FIG. 4, in conjunction with FIG. 1, the AP 110 may

transmit a clear to transmit (CTX) message 402 to the user terminals 120 indicating

which user terminals 120 may participate in the UL-MU-MIMO scheme, such that

a particular UT 120 knows to start an UL-MU-MIMO transmission. In some

embodiments, the CTX message may be transmitted in a payload portion of a

physical layer convergence protocol (PLCP) protocol data units (PPDUs). An

example of a CTX frame structure is described more fully below with reference to

FIG. 10." Merlin '258 at ¶ [0053]; *see also* Merlin '258 at FIGS. 4 and 10. For

example, "[o]nce a user terminal 120 receives a CTX message 402 from the AP 110

where the user terminal is listed, the user terminal 120 may transmit the UL-MU-

MIMO transmission 410 . In FIG. 4A, STA 120 A and STA 120 B transmit UL-MU-

MIMO transmissions 410 A and 410 B, respectively, containing physical layer

convergence protocol (PLCP) protocol data units (PPDUs). Upon receiving the UL-

MU-MIMO transmissions 410 A and 410 B, the AP 110 may transmit block

acknowledgments (BAs) 470 to the user terminals 120 A and 120 B." Merlin '258 at

¶ [0054].

4688.  Additionally, Merlin '258 discloses: "FIG. 9 shows a diagram of an

example of a CTX frame 900 format. The CTX frame 900 may be configured as a

trigger frame. In this embodiment, the CTX frame 900 is a control frame that

includes a frame control (FC) field 905, a duration field 910, a receiver address field

914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU

duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980.

The FC field 905 indicates a control subtype or an extension subtype. The duration

field 910 indicates to any receiver of the CTX frame 900 to set the network

allocation vector (NAV). In some embodiments the RA 914 field identifies a group of

- 1876 -

████████████████████████████████████

UTs through a multicast MAC address. The TA field 915 indicates the transmitter

address or a BSSID. The CTRL field 920 is a generic field that may include

information regarding the format of the remaining portion of the frame (e.g., the

number of UT info fields and the presence or absence of any subfields within a UT

info field), indications for rate adaptation for the user terminals 120, indication of

allowed TID, and indication that a CTS must be sent immediately following the

CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being

used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone

allocation field is present in the UT Info field 930. Alternatively, the indication of

whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of

the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly

performed by specifying to a UT both the spatial streams to be used and the channel

to be used, in which case both fields are present in the CTX; in this case, the Nss

indication is referred to a specific tone allocation. The PPDU duration 925 field

indicates an uplink duration for the following uplink transmission (e.g., UL-MU-

MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO

PPDU that the user terminals 120 are allowed to send based on estimated TX time

fields received in at least one message requesting to transmit uplink data from the

user terminals 120. The UT Info 930 field contains information regarding a

particular UT and may include a per-user terminal 120 set of information (see the

UT Info 1 field 930 through the UT Info N field 975). The UT Info 930 field may

- 1877 -

████████████████████████████

include an AID or MAC address field 932 which identifies a user terminal, a

number of spatial streams field (Nss) 935 field which indicates the number of

spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time

Adjustment 936 field which indicates a time that a UT should adjust its

transmission compared to the reception of a trigger frame (the CTX in this case), a

Power Adjustment 938 field which indicates a power backoff value a UT should take

from a declared transmit power, a Tone Allocation 940 field which indicates the

tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942

field which indicates the allowable TID, an Allowed TX Mode 944 field which

indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the

UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942

indication may be allowed to transmit data only of that TID, data of the same or

higher TID, data of the same or lower TID, any data, or only data of that TID first,

then if no data is available, data of other TIDs. The FCS 980 field indicates the

carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at

¶ [0073]; *see also* Merlin '258 at FIG. 9.

4689. Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4690. **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"The wireless communication system 100 employs multiple transmit and multiple

- 1878 -

████████████████████████████████████████████

receive antennas for data transmission on the downlink and uplink. The AP 110 is

equipped with Nap number of antennas and represents the multiple-input (MI) for

downlink transmissions and the multiple-output (MO) for uplink transmissions. A

set of K number of selected STAs 120 collectively represents the multiple-output for

downlink transmissions and the multiple-input for uplink transmissions. For pure

SDMA, it is desired to have Nap≦K≦1 if the data symbol streams for the K number

of STAs are not multiplexed in code, frequency or time. The value of K can be

greater than the value of Nap if the data symbol streams can be multiplexed using

TDMA technique, different code channels with CDMA, disjoint sets of sub-bands

with OFDM, and so on. Each selected STA can transmit user-specific data to and/or

receive user-specific data from the access point. In general, each selected STA can

be equipped with one or multiple antennas. The K number of selected STAs can

have the same number of antennas, or one or more STAs can have a different

number of antennas." Merlin '804 at ¶ [0071].

4691.  Merlin '804 further discloses: "On the downlink, at the AP 110, a TX

data processor 210 receives traffic data from a data source 208 for Ndn number of

STAs scheduled for downlink transmission, control data from a controller 230, and

possibly other data from a scheduler 234. The various types of data can be sent on

different transport channels. TX data processor 210 processes (e.g., encodes,

interleaves, and modulates) the traffic data for each STA based on the rate selected

for that STA. The TX data processor 210 provides Ndn number of downlink data

████████████████████████████████████

symbol streams for the Ndn number of STAs. A TX spatial processor 220 performs

spatial processing (such as a precoding or beamforming) on the Ndn number of

downlink data symbol streams, and provides Nup number of transmit symbol

streams for the Nup number of antennas. Each transmitter unit 222 receives and

processes a respective transmit symbol stream to generate a downlink signal. Nup

number of transmitter units 222 can provide Nup number of downlink signals for

transmission from Nup number of antennas 224, for example to transmit to the

STAs 120." Merlin '804 at ¶ [0077].

4692.  Alternatively, Merlin '804, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4693.  To the extent it is argued or determined that any of Merlin '690, Chun,

Merlin '258, and Merlin '804 do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Merlin

'690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to

Combine," *infra*.

          **c.**      **Element 16 [b]:  providing for transmission of the downlink frame.**

4694.  **Merlin '690** discloses this element. For example, Merlin '690 discloses:

"Certain aspects of the present disclosure provide an apparatus for wireless

communications. The apparatus generally includes a processing system configured

to determine that a plurality of devices have a first capability and generate a MU

packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an acknowledgment (ACK) or block ACK (BA), and an interface configured to output the MU packet for transmission." Merlin '690 at ¶ [0009]. Further, "[c]ertain aspects of the present disclosure generally relate to wireless communications and, more particularly, to frame structures and protocols for uplink (UL) multiple user (MU) frame exchanges. Certain aspects provide protocol rules and efficient frame exchange sequences to enable sending multiple block acknowledgments (BAs) in UL and/or downlink (DL) MU multiple-input multiple-output (MIMO) and frequency division multiple access (FDMA) systems. According to certain aspects, a multi-STA BA request (BAR) frame may simultaneously solicit multiple immediate BAs. According to certain aspects, frame exchange sequences involve special subframes and/or reverse direction grants (RDGs)." Merlin '690 at ¶ [0050].

4695.  Merlin '690 further discloses: "According to certain aspects, a FDMA transmission may consist of, for example, multiple SU or MU PPDUs on each channel (e.g. 20 MHz). Each MU PPDU may be either a MU-MIMO PPDU or a FDMA PPDU. The FDMA PPDU may allocate sub-20 MHz channels. According to certain aspects, PPDUs of the FDMA transmission may be a combination of FDMA, MU-MIMO, OFDMA, and time aggregation within the same PPDU. In this case, the notation "DL MIMO/FDMA" may refer to either a DL FDMA PPDU, a DL MU-MIMO PPDU, a DL OFDMA PPDU, or to a PPDU that does any combination of DL

- 1881 -

█████████████████████████████████

FDMA, DL MU-MIMO and time aggregation to serve multiple STAs. A MU time aggregated PPDU may comprise a single PPDU including an A-MPDU or an A-MSDU where the MPDUs or MSDUs have receiver or destination addresses corresponding to different STAs. A MU time aggregated PPDU may comprise a sequence of SU PPDUs or PSDUs sent with no or very small time separation." Merlin '690 at ¶ [0119]. Further, "[i]n an example implementation, the AP may solicit multiple immediate responses by transmitting an MU PPDU including multiple aggregate medium access control (MAC) protocol data units (A-MPDUs) having MPDUs that solicit an immediate response (e.g., MPDUs indicate 'Immediate BA or normal ACK')." Merlin '690 at ¶ [0127].

4696.  As an example option, Merlin '690 discloses: "Option 4: In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies may be dynamically allocated and indicated to each STA in the received DL PSDU. For example, the parameters may be included in each MPDU (e.g., in the QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an extended MAC header. The parameters may also be included in the PSDU (e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In this case the presence of the field indicating the parameters to be used for the response may be signaled by one of the following options: use of a reserved bit in the QoS Control field, use of a reserved bit in the HT control field, use of a reserved bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly

- 1882 -

indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA."
Merlin '690 at ¶ [0146].

4697.  Additionally, Merlin '690 discloses: "According to certain aspects, block acknowledgement request (BAR) frames may be used to poll for (e.g., solicit) block acknowledgments (BA). As described above, UL MU-MIMO or UL FDMA may be used to transmit multiple BAs at the same time, hence, it may be useful to define a BAR frame which can solicit multiple immediate responses." Merlin '690 at ¶ [0150].

4698.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4699.  **Chun** discloses this element. For example, Chun discloses: "… an access point (AP) apparatus for supporting uplink (UL) multi-user (MU) transmission in a wireless communication system, includes: a radio frequency (RF) unit for transmitting/receiving a wireless signal; and a processor, wherein the processor is configured to transmit a trigger frame including information for UL MU transmission to a station (STA), and receive a UL MU PPDU based on the information for the UL MU transmission, the trigger frame is a medium access control (MAC) frame, an MAC header of the trigger frame includes a type field and a subtype field, and the type of the trigger frame is indicated by the type field and the subtype field." Chun at ¶ [0017].

- 1883 -

███████████████████████

4700.  With reference to FIG. 6, Chun discloses "a MAC frame (i.e., MPDU) includes a MAC Header, a Frame Body and a frame check sequence (FCS)." Chun at ¶ [0186]; *see also* Chun at FIG. 6. For example, "[t]he MAC Header is defined by regions that include Frame Control field, Duration/ID field, Address 1 field, Address 2 field, Address 3 field, Sequence Control field, Address 4 field, QoS Control field and HT Control field." Chun at ¶ [0187]. Also, "[t]he QoS Control field includes information related to QoS. The QoS control field may be included in the case that a QoS data frame is indicated in a Subtype subfield." Chun at ¶ [0194]. Additionally, "[t]he HT Control filed includes control information related to HT and/or VHT transmission and reception techniques. The HT Control field is included in Control Wrapper frame. Further, the HT Control field is existed in the QoS data frame of which Order subfield value is 1, and existed in Management frame" (Chun at ¶ [0195]).

4701.  With reference to FIG. 8, Chun discloses: "the HT control field may include a VHT subfield, an HT control middle subfield, an AC constraint subfield, and a reverse direction grant (RDG)/more PPDU subfields." Chun at ¶ [0215]; *see also* Chun at FIG. 8. For example, "As described above, the HT control middle subfield may be implemented to have a different format according to an indication of the VHT subfield." Chun at ¶ [0221]. Additionally, "[t]he HT control middle subfield of the HT control field for VHT may include a reserved bit, a modulation and coding scheme (MCS) feedback request (MRQ) subfield, an MRQ sequence

- 1884 -

identifier (MSI)/space-time block coding (STBC) subfield, an MCS feedback

sequence identifier (MFSI)/least significant bit (LSB) of group ID (GID-L) subfield,

an MCS feedback (MFB) subfield, a most significant bit of group ID (GID-H)

subfield, a coding type subfield, a feedback transmission type (FB Tx Type) subfield,

and an unsolicited MFB subfield. Table 4 illustrates descriptions of the subfields

included in the HT control middle subfield of the VHT format." Chun at ¶ [0222];

*see also* Chun at Table 4.

4702.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4703.  **Merlin '258** discloses this element. For example, Merlin '258 discloses:

"FIG. l is a diagram that illustrates a multiple-access multiple-input multiple-

output (MIMO) system 100 with access points and user terminals. For simplicity,

only one access point 110 is shown in FIG. 1. An access point is generally a fixed

station that communicates with the user terminals and may also be referred to as a

base station or using some other terminology. A user terminal or STA may be fixed

or mobile and may also be referred to as a mobile station or a wireless device, or

using some other terminology. The access point 110 may communicate with one or

more user terminals 120 at any given moment on the downlink and uplink. The

downlink (i.e., forward link) is the communication link from the access point to the

user terminals, and the uplink (i.e., reverse link) is the communication link from

████████████████████████████████████

the user terminals to the access point. A user terminal may also communicate peer-to-peer with another user terminal. A system controller 130 couples to and provides coordination and control for the access points." Merlin '258 at ¶ [0033]; *see also* Merlin '258 at FIG. 1.

4704.  Merlin '258 also discloses: "Certain aspects of the present disclosure support transmitting an uplink (UL) signal from multiple UTs to an AP. In some embodiments, the UL signal may be transmitted in a multi-user MIMO (MU-MIMO) system. Alternatively, the UL signal may be transmitted in a multi-user FDMA (MU-FDMA) or similar FDMA system. Specifically, FIGS. 4-8 illustrate uplink MU-MIMO (UL-MU-MIMO) transmissions 410A and 410B that would apply equally to UL-FDMA transmissions. In these embodiments, UL-MU-MIMO or UL-FDMA transmissions can be sent simultaneously from multiple STAs to an AP and may create efficiencies in wireless communication." Merlin '258 at ¶ [0051]; *see also* Merlin '258 at FIGS. 4-8.

4705.  For example, "FIG. 8 is a message timing diagram 800 showing multi-user uplink communication. The message exchange shows communication of wireless messages between an AP 110 and three user terminals 120A-C. The message exchange may indicate that each of the user terminals 120A-C may transmit a request message (REQ) 802A-C to the AP 110 requesting a UL-MU-MIMO TXOP. As described above, each of the request messages 802A-C may indicate that the transmitting user terminal 120A-C has data available to be

- 1886 -

████████████████████████████████████

transmitted to the AP 110." Merlin '258 at ¶ [0068]. Further, "[a]t a time indicated by the TF message 804, the three user terminals 120A-C transmit data 806A-C to the AP 110. The data 806a-c are transmitted at least partially concurrently during the transmission opportunity. The transmissions of data 806A-C may utilize uplink multi-user multiple input, multiple output transmissions (UL-MU-MIMO) or uplink frequency division multiple access (UL-FDMA)." Merlin '258 at ¶ [0070].

4706.  Merlin '258 further discloses: "An increasing number of wireless and mobile devices put increasing stress on bandwidth requirements that are demanded for wireless communications systems. With limited communication resources, it is desirable to reduce the amount of traffic passing between the AP and the multiple STAs. For example, when multiple terminals send uplink communications to the access point, it is desirable to minimize the amount of traffic to complete the uplink of all transmissions. Thus, embodiments described herein support utilizing communication exchanges, scheduling and certain frames for increasing throughput of uplink transmissions to the AP." Merlin '258 at ¶ [0052].

4707.  Additionally, Merlin '258 discloses: "FIG. 9 shows a diagram of an example of a CTX frame 900 format. The CTX frame 900 may be configured as a trigger frame. In this embodiment, the CTX frame 900 is a control frame that includes a frame control (FC) field 905, a duration field 910, a receiver address field 914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980.

- 1887 -

The FC field 905 indicates a control subtype or an extension subtype. The duration field 910 indicates to any receiver of the CTX frame 900 to set the network allocation vector (NAV). In some embodiments the RA 914 field identifies a group of UTs through a multicast MAC address. The TA field 915 indicates the transmitter address or a BSSID. The CTRL field 920 is a generic field that may include information regarding the format of the remaining portion of the frame (e.g., the number of UT info fields and the presence or absence of any subfields within a UT info field), indications for rate adaptation for the user terminals 120, indication of allowed TID, and indication that a CTS must be sent immediately following the CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone allocation field is present in the UT Info field 930. Alternatively, the indication of whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly performed by specifying to a UT both the spatial streams to be used and the channel to be used, in which case both fields are present in the CTX; in this case, the Nss indication is referred to a specific tone allocation. The PPDU duration 925 field indicates an uplink duration for the following uplink transmission (e.g., UL-MU-MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO PPDU that the user terminals 120 are allowed to send based on estimated TX time fields received in at least one message requesting to transmit uplink data from the

███████████████████████████████████

user terminals 120. The UT Info 930 field contains information regarding a particular UT and may include a per-user terminal 120 set of information (see the UT Info 1 field 930 through the UT Info N field 975). The UT Info 930 field may include an AID or MAC address field 932 which identifies a user terminal, a number of spatial streams field (Nss) 935 field which indicates the number of spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time Adjustment 936 field which indicates a time that a UT should adjust its transmission compared to the reception of a trigger frame (the CTX in this case), a Power Adjustment 938 field which indicates a power backoff value a UT should take from a declared transmit power, a Tone Allocation 940 field which indicates the tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942 field which indicates the allowable TID, an Allowed TX Mode 944 field which indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942 indication may be allowed to transmit data only of that TID, data of the same or higher TID, data of the same or lower TID, any data, or only data of that TID first, then if no data is available, data of other TIDs. The FCS 980 field indicates the carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at ¶ [0073]; *see also* Merlin '258 at FIG. 9.

- 1889 -

████████████████████████████████████

4708.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4709.  **Merlin '804** discloses this element. For example, Merlin '804 discloses: "The wireless communication system 100 employs multiple transmit and multiple receive antennas for data transmission on the downlink and uplink. The AP 110 is equipped with Nap number of antennas and represents the multiple-input (MI) for downlink transmissions and the multiple-output (MO) for uplink transmissions. A set of K number of selected STAs 120 collectively represents the multiple-output for downlink transmissions and the multiple-input for uplink transmissions. For pure SDMA, it is desired to have Nap≦K≦1 if the data symbol streams for the K number of STAs are not multiplexed in code, frequency or time. The value of K can be greater than the value of Nap if the data symbol streams can be multiplexed using TDMA technique, different code channels with CDMA, disjoint sets of sub-bands with OFDM, and so on. Each selected STA can transmit user-specific data to and/or receive user-specific data from the access point. In general, each selected STA can be equipped with one or multiple antennas. The K number of selected STAs can have the same number of antennas, or one or more STAs can have a different number of antennas." Merlin '804 at ¶ [0071].

4710.  Merlin '804 further discloses: "On the downlink, at the AP 110, a TX data processor 210 receives traffic data from a data source 208 for Ndn number of

- 1890 -

STAs scheduled for downlink transmission, control data from a controller 230, and possibly other data from a scheduler 234. The various types of data can be sent on different transport channels. TX data processor 210 processes (e.g., encodes, interleaves, and modulates) the traffic data for each STA based on the rate selected for that STA. The TX data processor 210 provides Ndn number of downlink data symbol streams for the Ndn number of STAs. A TX spatial processor 220 performs spatial processing (such as a precoding or beamforming) on the Ndn number of downlink data symbol streams, and provides Nup number of transmit symbol streams for the Nup number of antennas. Each transmitter unit 222 receives and processes a respective transmit symbol stream to generate a downlink signal. Nup number of transmitter units 222 can provide Nup number of downlink signals for transmission from Nup number of antennas 224, for example to transmit to the STAs 120." Merlin '804 at ¶ [0077].

4711.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4712.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra*.

████████████████████████████████████

12. **Claim 17 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 17 Obvious**

   a. **Element 17 [a]: The non-transitory computer-readable storage medium of claim 16, wherein the scheduling extension corresponds to a control extension subfield that contains the scheduling information, and**

4713. **Merlin '690** discloses this element. *See* Claim 2 *supra*.

4714. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4715. **Chun** discloses this element. *See* Claim 2 *supra*.

4716. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4717. **Merlin '258** discloses this element. *See* Claim 2 *supra*.

4718. Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4719. **Merlin '804** discloses this element. *See* Claim 2 *supra*.

4720. Further, Merlin '804 discloses: "The wireless device 302 can include a processor 304 which controls operation of the wireless device 302. The processor 304 can also be referred to as a central processing unit (CPU). Memory 306, which can

███████████████████████████████

include both read-only memory (ROM) and random access memory (RAM), provides

instructions and data to the processor 304. A portion of the memory 306 can also

include non-volatile random access memory (NVRAM). The processor 304 can

perform logical and arithmetic operations based on program instructions stored

within the memory 306. The instructions in the memory 306 can be executable to

implement the methods described herein." Merlin '804 at ¶ [0081]. Further, "[t]he

processing system can also include machine-readable media for storing software.

Software shall be construed broadly to mean any type of instructions, whether

referred to as software, firmware, middleware, microcode, hardware description

language, or otherwise. Instructions can include code (e.g., in source code format,

binary code format, executable code format, or any other suitable format of code).

The instructions, when executed by the one or more processors, cause the processing

system to perform the various functions described herein." Merlin '804 at ¶ [0083].

4721.  Merlin '804 also discloses: "In one or more aspects, the functions

described can be implemented in hardware, software, firmware, or any combination

thereof. If implemented in software, the functions can be stored on or transmitted

over as one or more instructions or code on a computer-readable medium.

Computer-readable media includes both computer storage media and

communication media including any medium that facilitates transfer of a computer

program from one place to another. A storage media can be any available media

that can be accessed by a computer. By way of example, and not limitation, such

- 1893 -

computer-readable media can comprise RAM, ROM, EEPROM, CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium that can be used to carry or store desired program code in the form of instructions or data structures and that can be accessed by a computer. Also, any connection is properly termed a computer-readable medium. For example, if the software is transmitted from a web site, server, or other remote source using a coaxial cable, fiber optic cable, twisted pair, digital subscriber line (DSL), or wireless technologies such as infrared, radio, and microwave, then the coaxial cable, fiber optic cable, twisted pair, DSL, or wireless technologies such as infrared, radio, and microwave are included in the definition of medium. Disk and disc, as used herein, includes compact disc (CD), laser disc, optical disc, digital versatile disc (DVD), floppy disk and Blu-ray disc where disks usually reproduce data magnetically, while discs reproduce data optically with lasers. Thus, in some aspects computer readable medium can comprise non-transitory computer readable medium (e.g., tangible media). In addition, in some aspects computer readable medium can comprise transitory computer readable medium (e.g., a signal). Combinations of the above should also be included within the scope of computer-readable media." Merlin '804 at ¶ [0160].

4722. Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

████████████████████████████████████

4723.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra*.

      b.      **Element 17 [b]: wherein the control extension subfield includes length information that is indicative of a length of an uplink frame to be transmitted by one or more stations of the plurality of stations in response to the downlink frame.**

4724.  **Merlin '690** discloses this element. *See* Claim 4, *supra*.

4725.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4726.  **Chun** discloses this element. *See* Claim 4 *supra*.

4727.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4728.  **Merlin '258** discloses this element. *See* Claim 4 *supra*.

4729.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4730.  **Merlin '804** discloses this element. *See* Claim 4 *supra*.

███████████████████████████

4731.  Further, Merlin '804 discloses: "The wireless device 302 can include a processor 304 which controls operation of the wireless device 302. The processor 304 can also be referred to as a central processing unit (CPU). Memory 306, which can include both read-only memory (ROM) and random access memory (RAM), provides instructions and data to the processor 304. A portion of the memory 306 can also include non-volatile random access memory (NVRAM). The processor 304 can perform logical and arithmetic operations based on program instructions stored within the memory 306. The instructions in the memory 306 can be executable to implement the methods described herein." Merlin '804 at ¶ [0081]. Further, "[t]he processing system can also include machine-readable media for storing software. Software shall be construed broadly to mean any type of instructions, whether referred to as software, firmware, middleware, microcode, hardware description language, or otherwise. Instructions can include code (e.g., in source code format, binary code format, executable code format, or any other suitable format of code). The instructions, when executed by the one or more processors, cause the processing system to perform the various functions described herein." Merlin '804 at ¶ [0083].

4732.  Merlin '804 also discloses: "In one or more aspects, the functions described can be implemented in hardware, software, firmware, or any combination thereof. If implemented in software, the functions can be stored on or transmitted over as one or more instructions or code on a computer-readable medium. Computer-readable media includes both computer storage media and

- 1896 -

communication media including any medium that facilitates transfer of a computer program from one place to another. A storage media can be any available media that can be accessed by a computer. By way of example, and not limitation, such computer-readable media can comprise RAM, ROM, EEPROM, CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium that can be used to carry or store desired program code in the form of instructions or data structures and that can be accessed by a computer. Also, any connection is properly termed a computer-readable medium. For example, if the software is transmitted from a web site, server, or other remote source using a coaxial cable, fiber optic cable, twisted pair, digital subscriber line (DSL), or wireless technologies such as infrared, radio, and microwave, then the coaxial cable, fiber optic cable, twisted pair, DSL, or wireless technologies such as infrared, radio, and microwave are included in the definition of medium. Disk and disc, as used herein, includes compact disc (CD), laser disc, optical disc, digital versatile disc (DVD), floppy disk and Blu-ray disc where disks usually reproduce data magnetically, while discs reproduce data optically with lasers. Thus, in some aspects computer readable medium can comprise non-transitory computer readable medium (e.g., tangible media). In addition, in some aspects computer readable medium can comprise transitory computer readable medium (e.g., a signal). Combinations of the above should also be included within the scope of computer-readable media." Merlin '804 at ¶ [0160].

4733. Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4734. To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804. *See* "Motivation to Combine," *infra*.

        **13.**    **Claim 18 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804; Alternatively, Each Reference, Alone or in Combination, Renders Claim 18 Obvious**

        **a.**    **Element 18 [a]: The non-transitory computer-readable storage medium of claim 16, wherein the scheduling extension corresponds to a control extension subfield that contains the scheduling information, and**

4735. **<u>Merlin '690</u>** discloses this element. *See* Claim 2 *supra*.

4736. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4737. **<u>Chun</u>** discloses this element. *See* Claim 2 *supra*.

4738. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4739.  **Merlin '258** discloses this element. *See* Claim 2 *supra*.

4740.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4741.  **Merlin '804** discloses this element. *See* Claim 2 *supra*.

4742.  Further, Merlin '804 discloses: "The wireless device 302 can include a processor 304 which controls operation of the wireless device 302. The processor 304 can also be referred to as a central processing unit (CPU). Memory 306, which can include both read-only memory (ROM) and random access memory (RAM), provides instructions and data to the processor 304. A portion of the memory 306 can also include non-volatile random access memory (NVRAM). The processor 304 can perform logical and arithmetic operations based on program instructions stored within the memory 306. The instructions in the memory 306 can be executable to implement the methods described herein." Merlin '804 at ¶ [0081]. Further, "[t]he processing system can also include machine-readable media for storing software. Software shall be construed broadly to mean any type of instructions, whether referred to as software, firmware, middleware, microcode, hardware description language, or otherwise. Instructions can include code (e.g., in source code format, binary code format, executable code format, or any other suitable format of code). The instructions, when executed by the one or more processors, cause the processing system to perform the various functions described herein." Merlin '804 at ¶ [0083].

- 1899 -

███████████████████████████

4743.  Merlin '804 also discloses: "In one or more aspects, the functions described can be implemented in hardware, software, firmware, or any combination thereof. If implemented in software, the functions can be stored on or transmitted over as one or more instructions or code on a computer-readable medium. Computer-readable media includes both computer storage media and communication media including any medium that facilitates transfer of a computer program from one place to another. A storage media can be any available media that can be accessed by a computer. By way of example, and not limitation, such computer-readable media can comprise RAM, ROM, EEPROM, CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium that can be used to carry or store desired program code in the form of instructions or data structures and that can be accessed by a computer. Also, any connection is properly termed a computer-readable medium. For example, if the software is transmitted from a web site, server, or other remote source using a coaxial cable, fiber optic cable, twisted pair, digital subscriber line (DSL), or wireless technologies such as infrared, radio, and microwave, then the coaxial cable, fiber optic cable, twisted pair, DSL, or wireless technologies such as infrared, radio, and microwave are included in the definition of medium. Disk and disc, as used herein, includes compact disc (CD), laser disc, optical disc, digital versatile disc (DVD), floppy disk and Blu-ray disc where disks usually reproduce data magnetically, while discs reproduce data optically with lasers. Thus, in some

- 1900 -

aspects computer readable medium can comprise non-transitory computer readable medium (e.g., tangible media). In addition, in some aspects computer readable medium can comprise transitory computer readable medium (e.g., a signal). Combinations of the above should also be included within the scope of computer-readable media." Merlin '804 at ¶ [0160].

4744.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4745.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra.*

> **b.    Element 18 [b]: wherein the control extension subfield contains one or more subfields that correspond to one or more of sub-band allocation information, long-training-field (LTF) set index, uplink-downlink indication, bandwidth information, sub-band resolution, length information, modulation and coding scheme (MCS), buffer status per traffic identifier (TID), queue size per TID, buffer status per access category (AC), queue size per AC, quality indicator of a full-band or one or more sub-bands, and a sub-channel medium status report.**

4746.  **Merlin '690** discloses this element. *See* Claim 5, *supra.*

4747. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4748. **Chun** discloses this element. *See* Claim 5 *supra.*

4749. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4750. **Merlin '258** discloses this element. *See* Claim 5 *supra.*

4751. Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4752. **Merlin '804** discloses this element. *See* Claim 5 *supra.*

4753. Further, Merlin '804 discloses: "The wireless device 302 can include a processor 304 which controls operation of the wireless device 302. The processor 304 can also be referred to as a central processing unit (CPU). Memory 306, which can include both read-only memory (ROM) and random access memory (RAM), provides instructions and data to the processor 304. A portion of the memory 306 can also include non-volatile random access memory (NVRAM). The processor 304 can perform logical and arithmetic operations based on program instructions stored within the memory 306. The instructions in the memory 306 can be executable to implement the methods described herein." Merlin '804 at ¶ [0081]. Further, "[t]he

███████████████████

processing system can also include machine-readable media for storing software.

Software shall be construed broadly to mean any type of instructions, whether

referred to as software, firmware, middleware, microcode, hardware description

language, or otherwise. Instructions can include code (e.g., in source code format,

binary code format, executable code format, or any other suitable format of code).

The instructions, when executed by the one or more processors, cause the processing

system to perform the various functions described herein." Merlin '804 at ¶ [0083].

4754.  Merlin '804 also discloses: "In one or more aspects, the functions

described can be implemented in hardware, software, firmware, or any combination

thereof. If implemented in software, the functions can be stored on or transmitted

over as one or more instructions or code on a computer-readable medium.

Computer-readable media includes both computer storage media and

communication media including any medium that facilitates transfer of a computer

program from one place to another. A storage media can be any available media

that can be accessed by a computer. By way of example, and not limitation, such

computer-readable media can comprise RAM, ROM, EEPROM, CD-ROM or other

optical disk storage, magnetic disk storage or other magnetic storage devices, or any

other medium that can be used to carry or store desired program code in the form of

instructions or data structures and that can be accessed by a computer. Also, any

connection is properly termed a computer-readable medium. For example, if the

software is transmitted from a web site, server, or other remote source using a

- 1903 -

████████████████████████████████████

coaxial cable, fiber optic cable, twisted pair, digital subscriber line (DSL), or wireless technologies such as infrared, radio, and microwave, then the coaxial cable, fiber optic cable, twisted pair, DSL, or wireless technologies such as infrared, radio, and microwave are included in the definition of medium. Disk and disc, as used herein, includes compact disc (CD), laser disc, optical disc, digital versatile disc (DVD), floppy disk and Blu-ray disc where disks usually reproduce data magnetically, while discs reproduce data optically with lasers. Thus, in some aspects computer readable medium can comprise non-transitory computer readable medium (e.g., tangible media). In addition, in some aspects computer readable medium can comprise transitory computer readable medium (e.g., a signal). Combinations of the above should also be included within the scope of computer-readable media." Merlin '804 at ¶ [0160].

4755.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4756.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra*.

### 14.    Claim 19 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin '804;

███████████████████████████████

**Alternatively, Each Reference, Alone or in Combination, Renders Claim 19 Obvious**

a.      **The non-transitory computer-readable storage medium of claim 18, wherein the control extension subfield includes an identification subfield that indicates what subset of the one or more subfields are carried in a specific instance of the control extension subfield in the downlink frame.**

4757.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "As mentioned above, in addition to requesting BAs, the BAR frame may also allocated resources for the BAs, indicate the transmission mode for the replies, and indicate parameters to be used for the replies. According to certain aspects, it may be desirable to use reserved bits in the existing BAR frame or to add fields to the existing BAR frame to indicate the response type and/or response parameters." Merlin '690 at ¶ [0153].

4758.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4759.  **Chun** discloses this element. For example, Chun discloses: "Preferably, when the trigger frame is a type for triggering transmission of a UL MU data frame, the trigger frame may include an association identifier (AID), space resource indication information for the UL MU PPDU, frequency resource indication information for the UL MU PPDU, and length information of the UL MU PPDU for each of STA performing the UL MU transmission." Chun at ¶ [0018].

- 1905 -

███████████████████████████████████████

Further, "[p]referably, when the trigger frame is a type for triggering transmission of a downlink (DL) channel status report frame, the trigger frame may include the association identifier (AID), the space resource indication information for the UL MU PPDU, the frequency resource indication information for the UL MU PPDU, and information for measuring a DL channel for each STA performing the UL MU transmission." Chun at ¶ [0020]. Also, "[p]referably, when the trigger frame is a type for triggering transmission of a control frame, the trigger frame may include the association identifier (AID), space resource indication information for the UL MU PPDU, and frequency resource indication information for the UL MU PPDU for each STA performing the UL MU transmission." Chun at ¶ [0028].

4760.  Chun further discloses: "Referring to FIG. 8, the HT control field may include a VHT subfield, an HT control middle subfield, an AC constraint subfield, and a reverse direction grant (RDG)/more PPDU subfields." Chun at ¶ [0215]; *see also* Chun at FIG. 8. For example, "[t]he VHT subfield indicates whether an HT control field has a format of the HT control field for VHT (VHT=1) or has a format of an HT control field for HT (VHT=0). In FIG. 8, descriptions will be made on the assumption of an HT control field (i.e., VHT=1). The HT control field for VHT may also be designated as a VHT control field." Chun at ¶ [0216]. Also, "[t]he HT control middle subfield may be implemented to have a different format according to an indication of the VHT subfield. Details of the HT control middle subfield will be described hereinafter." Chun at ¶ [0217]. Similarly, "[a]s described above, the HT

- 1906 -

control middle subfield may be implemented to have a different format according to an indication of the VHT subfield." Chun at ¶ [0221].

4761. Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4762. **Merlin '258** discloses this element. For example, Merlin '258 discloses: "FIG. 11 shows a diagram of a request-to-transmit (RTX) frame ll00. The RTX frame ll00 may include a frame control (FC) field 1110, an optional duration field 1115, a transmitter address/allocation identifier (TA/ AID) field 1120, a receiver address/basic service set identifier (RA/BSSID) field 1125, a TID field 1130, an estimated transmission (TX) time field 1135, a buffer status field 140, a UT operating mode field 1145, and a TX power field 115 0. The FC field 1110 may indicate a control subtype or an extension subtype. The duration field 1115 may indicate to any receiver of the RIX frame 1100 to set the network allocation vector (NAY). In one aspect, the RIX frame 1100 may not have a duration field 1115. The TA/AID field 1120 may indicate a source address, which may be anAID or a full MAC address. The RA/BSSID field 1125 may indicate the RA or BSSID. In one aspect, the RIX frame 1100 may not contain a RA/BSSID field 1125. The TID field 1130 may indicate an access category (AC) for which a user terminal has data. The estimated TX time field 1135 may indicate a time requested for the uplink transmission (e.g., UL-TXOP) based on an amount of time required for a user

- 1907 -

████████████████████████████

terminal 120 to send all the data in its buffer at the current planned MCS. The buffer status field 1140 may indicate a number of bytes pending at the user terminal 120 for uplink transmission. The UT operating mode field 1145 may indicate set management information or operating modes for the user terminal 120. The TX power field 1150 may indicate the power at which the RIX frame 1100 is being transmitted and may be used by the AP 110 to estimate the link quality and adapt the power backoff indication in a CTX frame." Merlin '258 at ¶ [0077]; *see also* Merlin '258 at FIG. 11.

4763.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4764.  **Merlin '804** discloses this element. For example, Merlin '804 discloses: "The wireless device 302 can include a processor 304 which controls operation of the wireless device 302. The processor 304 can also be referred to as a central processing unit (CPU). Memory 306, which can include both read-only memory (ROM) and random access memory (RAM), provides instructions and data to the processor 304. A portion of the memory 306 can also include non-volatile random access memory (NVRAM). The processor 304 can perform logical and arithmetic operations based on program instructions stored within the memory 306. The instructions in the memory 306 can be executable to implement the methods described herein." Merlin '804 at ¶ [0081]. Further, "[t]he processing system can

███████████████████████████████████████████

also include machine-readable media for storing software. Software shall be construed broadly to mean any type of instructions, whether referred to as software, firmware, middleware, microcode, hardware description language, or otherwise. Instructions can include code (e.g., in source code format, binary code format, executable code format, or any other suitable format of code). The instructions, when executed by the one or more processors, cause the processing system to perform the various functions described herein." Merlin '804 at ¶ [0083].

4765.  Merlin '804 also discloses: "In one or more aspects, the functions described can be implemented in hardware, software, firmware, or any combination thereof. If implemented in software, the functions can be stored on or transmitted over as one or more instructions or code on a computer-readable medium. Computer-readable media includes both computer storage media and communication media including any medium that facilitates transfer of a computer program from one place to another. A storage media can be any available media that can be accessed by a computer. By way of example, and not limitation, such computer-readable media can comprise RAM, ROM, EEPROM, CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium that can be used to carry or store desired program code in the form of instructions or data structures and that can be accessed by a computer. Also, any connection is properly termed a computer-readable medium. For example, if the software is transmitted from a web site, server, or other remote source using a

- 1909 -

████████████████

coaxial cable, fiber optic cable, twisted pair, digital subscriber line (DSL), or

wireless technologies such as infrared, radio, and microwave, then the coaxial cable,

fiber optic cable, twisted pair, DSL, or wireless technologies such as infrared, radio,

and microwave are included in the definition of medium. Disk and disc, as used

herein, includes compact disc (CD), laser disc, optical disc, digital versatile disc

(DVD), floppy disk and Blu-ray disc where disks usually reproduce data

magnetically, while discs reproduce data optically with lasers. Thus, in some

aspects computer readable medium can comprise non-transitory computer readable

medium (e.g., tangible media). In addition, in some aspects computer readable

medium can comprise transitory computer readable medium (e.g., a signal).

Combinations of the above should also be included within the scope of computer-

readable media." Merlin '804 at ¶ [0160].

4766.  Alternatively, Merlin '804, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4767.  To the extent it is argued or determined that any of Merlin '690, Chun,

Merlin '258, and Merlin '804 do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Merlin

'690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to

Combine," *infra*.

### 15. Independent Claim 20 of the '851 Patent Is Anticipated By Each of Merlin '690, Chun, Merlin '258, and Merlin

██████████████████████████████████

### '804; Alternatively, Each Reference, Alone or in Combination, Renders Independent Claim 20 Obvious

### a.   Element 20 [pre]:  A station for facilitating multi-user communication in a wireless network, the station comprising:

4768.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Certain aspects of the present disclosure generally relate to frame structures and protocols for uplink multiple user (MU) frame exchanges." Merlin '690 at ¶ [0008]. Also, "[c]ertain aspects of the present disclosure provide an apparatus for wireless communications. The apparatus generally includes a processing system configured to determine that a plurality of devices have a first capability and generate a MU packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an acknowledgment (ACK) or block ACK (BA), and an interface configured to output the MU packet for transmission." Merlin '690 at ¶ [0009].

4769.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4770.  **Chun** discloses this element. For example, Chun discloses: "An object of the present invention is to propose an uplink multi-user transmission procedure in a wireless communication system." Chun at ¶ [0011]. Also, "an object of the present invention is to propose a type a trigger frame for supporting various uplink

████████████████████████████

multi-user transmission in a wireless communication system and the resulting structure of the trigger frame." Chun at ¶ [0012].

4771.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4772.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "FIG. 8 is a message timing diagram 800 showing multi-user uplink communication. The message exchange shows communication of wireless messages between an AP 110 and three user terminals 120A-C. The message exchange may indicate that each of the user terminals 120A-C may transmit a request message (REQ) 802A-C to the AP 110 requesting a UL-MU-MIMO TXOP. As described above, each of the request messages 802A-C may indicate that the transmitting user terminal 120A-C has data available to be transmitted to the AP 110." Merlin '258 at ¶ [0068]; *see also* Merlin '258 at FIG. 8.

4773.  Merlin '258 also discloses: "Wireless network technologies may include various types of wireless local area networks (WLANs). A WLAN may be used to interconnect nearby devices together, employing widely used networking protocols. The various aspects described herein may apply to any communication standard, such as Wi-Fi or, more generally, any member of the IEEE 802.11 family of wireless protocols." Merlin '258 at ¶ [0026]. Further, "[t]he techniques described herein may be used for various broadband wireless communication systems, including

- 1912 -

communication systems that are based on an orthogonal multiplexing scheme.

Examples of such communication systems include Spatial Division Multiple Access

(SDMA), Time Division Multiple Access (TDMA), Orthogonal Frequency Division

Multiple Access (OFDMA) systems, Single Carrier Frequency Division Multiple

Access (SC-FDMA) systems, and so forth. An SDMA system may utilize sufficiently

different directions to simultaneously transmit data belonging to multiple user

terminals. A TDMA system may allow multiple user terminals to share the same

frequency channel by dividing the transmission signal into different time slots, each

time slot being assigned to different user terminal." Merlin '258 at ¶ [0029].

4774.  Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4775.  **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"a method for wireless communication. The method includes generating, at an

access point, an aggregated message. The aggregated message includes a single-

user broadcast message and at least one other message. The method further

includes transmitting the aggregated message to one or more stations." Merlin '804

at ¶ [0008]. Also, "[i]n various embodiments, the aggregated message can include

the single-user broadcast message and one or more multi-user messages. In various

embodiments, the aggregated message can include a common physical layer header

indicating whether the at least one other message includes at least message that all

████████████████████████████████████████

of the one or more stations are instructed to decode. In various embodiments, each message can include a physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode." Merlin '804 at ¶ [0010].

4776.  Further "[i]n various embodiments, the single-user broadcast message includes control information instructing the one or more stations to transmit a plurality of uplink data at a specified time. In various embodiments, the method can further include receiving transmission of the plurality of uplink data at the specified time, each transmission of the plurality of uplink data having the same duration. In various embodiments, the method can further include transmitting." Merlin '804 at ¶ [0011]. Additionally, "[a]nother aspect provides an apparatus configured for wireless communication. The apparatus includes a processor configured to generate for transmission an aggregated message. The aggregated message includes a single-user broadcast message and at least one other message. The apparatus further includes a transmitter configured to transmit the aggregated message to one or more stations." Merlin '804 at ¶ [0015].

4777.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4778.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would

- 1914 -

have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra*.

> **b.  Element 20 [a]: one or more memories; and one or more processors coupled to the one or more memories, the one or more processors configured to cause:**

4779.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Certain aspects of the present disclosure provide an apparatus for wireless communications. The apparatus generally includes a processing system configured to determine that a plurality of devices have a first capability and generate a MU packet that solicits an immediate response from a plurality of the devices, wherein the immediate response comprises an acknowledgment (ACK) or block ACK (BA), and an interface configured to output the MU packet for transmission." Merlin '690 at ¶ [0009].

4780.  Merlin '690 further discloses: "FIG. 3 illustrates various components that may be utilized in a wireless device 302 that may be employed within the MIMO system 100. The wireless device 302 is an example of a device that may be configured to implement the various methods described herein. The wireless device 302 may be an access point 110 or a user terminal 120." Merlin '690 at ¶ [0109]. For example: "The wireless device 302 may include a processor 304 which controls operation of the wireless device 302. The processor 304 may also be referred to as a central processing unit (CPU). Memory 306, which may include both read-only

- 1915 -

memory (ROM) and random access memory (RAM), provides instructions and data
to the processor 304. A portion of the memory 306 may also include non-volatile
random access memory (NVRAM). The processor 304 typically performs logical and
arithmetic operations based on program instructions stored within the memory 306.
The instructions in the memory 306 may be executable to implement the methods
described herein." Merlin '690 at ¶ [0110].

4781.  Alternatively, Merlin '690, in view of the background knowledge and
ordinary creativity of a POSITA at the time of the invention, renders this element
obvious.

4782.  **Chun** discloses this element. For example, Chun discloses: "… an
access point (AP) apparatus for supporting uplink (UL) multi-user (MU)
transmission in a wireless communication system, includes: a radio frequency (RF)
unit for transmitting/receiving a wireless signal; and a processor, wherein the
processor is configured to transmit a trigger frame including information for UL
MU transmission to a station (STA), and receive a UL MU PPDU based on the
information for the UL MU transmission, the trigger frame is a medium access
control (MAC) frame, an MAC header of the trigger frame includes a type field and
a subtype field, and the type of the trigger frame is indicated by the type field and
the subtype field." Chun at ¶ [0017].

4783.  Chun further discloses: "FIG. 47 is a block diagram exemplifying a
wireless apparatus according to an embodiment of the present invention." Chun at

- 1916 -

¶ [0857]. Also, "[r]eferring to FIG. 47, an apparatus 4710 according to the present invention may include a processor 4711, a memory 4712, and a radio frequency (RF) unit 4713. The apparatus 4710 may be an AP or a non-AP STA for implementing the embodiments of the present invention. … The processor 4711 is connected to the RF unit 4713 to implement the physical layer and/or MAC layer according to the IEEE 802.11 system. The processor 4711 may be configured to perform the operations according to the various embodiments of the present invention according to FIGS. 1 to 47 above. In addition, a module that implements the operations of the AP and/or the STA according to the various embodiments of the present invention according to FIGS. 1 to 46 above may be stored in the memory 4712 and executed by the processor 4711. The memory 4712 is connected to the processor 4711 and stores various pieces of information for driving the processor 4711. The memory 4712 may be included in the processor 4711, or installed exterior to the processor 4711 and connected to the processor 4711 with a known means." Chun at ¶¶ [0858]-[0861]; *see also* Chun at FIG. 47.

4784.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4785.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "FIG. 3 illustrates various components that may be utilized in a wireless device 302 that may be employed within the wireless communication system 100. The wireless

device 302 is an example of a device that may be configured to implement the various methods described herein. The wireless device 302 may implement an access point 110 or a user terminal 120." Merlin '258 at ¶ [0044]; *see also* Merlin '258 at FIG. 3. Further, "[t]he wireless device 302 may include a processor 304 which controls operation of the wireless device 302. The processor 304 may also be referred to as a central processing unit (CPU). Memory 306, which may include both read-only memory (ROM) and random access memory (RAM), provides instructions and data to the processor 304. A portion of the memory 306 may also include non-volatile random access memory (NVRAM). The processor 304 may perform logical and arithmetic operations based on program instructions stored within the memory 306. The instructions in the memory 306 may be executable to implement the methods described herein." Merlin '258 at ¶ [0045]. Also, "[t]he processor 304 may comprise or be a component of a processing system implemented with one or more processors. The one or more processors may be implemented with any combination of general-purpose microprocessors, microcontrollers, digital signal processors (DSPs), field programmable gate array (FPGAs), programmable logic devices (PLDs), controllers, state machines, gated logic, discrete hardware components, dedicated hardware finite state machines, or any other suitable entities that can perform calculations or other manipulations of information." Merlin '258 at ¶ [0046].

████████████████████████████████████

4786.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4787.  **Merlin '804** discloses this element. For example, Merlin '804 discloses: "The wireless device 302 can include a processor 304 which controls operation of the wireless device 302. The processor 304 can also be referred to as a central processing unit (CPU). Memory 306, which can include both read-only memory (ROM) and random access memory (RAM), provides instructions and data to the processor 304. A portion of the memory 306 can also include non-volatile random access memory (NVRAM). The processor 304 can perform logical and arithmetic operations based on program instructions stored within the memory 306. The instructions in the memory 306 can be executable to implement the methods described herein." Merlin '804 at ¶ [0081].

4788.  Further, Merlin '804 discloses: "The providing circuit can be configured to provide the aggregated message for transmission. In an embodiment, the providing circuit can be configured to implement block 2410 of the flowchart 2400 (FIG. 24). The providing circuit can include one or more of the transmitter 310 (FIG. 3), the transceiver 314 (FIG. 3), the processor 304 (FIG. 3), the DSP 320 (FIG. 3), and the memory 306 (FIG. 3). In some implementations, means for providing can include the providing circuit. The transmitting circuit can be configured to transmit the aggregated message. In an embodiment, the transmitting circuit can be

- 1919 -

configured to implement block 2410 of the flowchart 2400 (FIG. 24). The transmitting circuit can include one or more of the transmitter 310 (FIG. 3), the transceiver 314 (FIG. 3), the processor 304 (FIG. 3), the DSP 320 (FIG. 3), and the memory 306 (FIG. 3). In some implementations, means for transmitting can include the transmitting circuit. The receiving circuit can be configured to receive the uplink messages. In an embodiment, the receiving circuit can be configured to implement block 2420 of the flowchart 2400 (FIG. 24). The receiving circuit can include one or more of the receiver 312 (FIG. 3), the transceiver 314 (FIG. 3), the processor 304 (FIG. 3), the DSP 320 (FIG. 3), the signal detector 318 (FIG. 3), and the memory 306 (FIG. 3). In some implementations, means for receiving can include the receiving circuit." Merlin '804 at ¶¶ [0152]-[0154]; *see also* Merlin '804 at FIGS. 3 and 24.

4789.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4790.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra.*

       c.      **Element 20 [b]:  generating a multi-user frame for downlink transmission directed to a plurality of**

████████████████████████████████████████████

> **stations, wherein the multi-user frame comprises a
> control field including a control extension
> indication,**

4791.  **Merlin '690** discloses this element. For example, Merlin '690 discloses:
"Certain aspects of the present disclosure provide an apparatus for wireless
communications. The apparatus generally includes a processing system configured
to determine that a plurality of devices have a first capability and generate a MU
packet that solicits an immediate response from a plurality of the devices, wherein
the immediate response comprises an acknowledgment (ACK) or block ACK (BA),
and an interface configured to output the MU packet for transmission." Merlin '690
at ¶ [0009].

4792.  Additionally, Merlin '690 discloses: "Certain aspects of the present
disclosure generally relate to wireless communications and, more particularly, to
frame structures and protocols for uplink (UL) multiple user (MU) frame exchanges.
Certain aspects provide protocol rules and efficient frame exchange sequences to
enable sending multiple block acknowledgments (BAs) in UL and/or downlink (DL)
MU multiple-input multiple-output (MIMO) and frequency division multiple access
(FDMA) systems. According to certain aspects, a multi-STA BA request (BAR)
frame may simultaneously solicit multiple immediate BAs. According to certain
aspects, frame exchange sequences involve special subframes and/or reverse
direction grants (RDGs)." Merlin '690 at ¶ [0050].

███████████████████████████████████████

4793.  Merlin '690 also discloses: "According to certain aspects, a FDMA transmission may consist of, for example, multiple SU or MU PPDUs on each channel (e.g. 20 MHz). Each MU PPDU may be either a MU-MIMO PPDU or a FDMA PPDU. The FDMA PPDU may allocate sub-20 MHz channels. According to certain aspects, PPDUs of the FDMA transmission may be a combination of FDMA, MU-MIMO, OFDMA, and time aggregation within the same PPDU. In this case, the notation "DL MIMO/FDMA" may refer to either a DL FDMA PPDU, a DL MU-MIMO PPDU, a DL OFDMA PPDU, or to a PPDU that does any combination of DL FDMA, DL MU-MIMO and time aggregation to serve multiple STAs. A MU time aggregated PPDU may comprise a single PPDU including an A-MPDU or an A-MSDU where the MPDUs or MSDUs have receiver or destination addresses corresponding to different STAs. A MU time aggregated PPDU may comprise a sequence of SU PPDUs or PSDUs sent with no or very small time separation." Merlin '690 at ¶ [0119]. For example, "the AP may solicit multiple immediate responses by transmitting an MU PPDU including multiple aggregate medium access control (MAC) protocol data units (A-MPDUs) having MPDUs that solicit an immediate response (e.g., MPDUs indicate 'Immediate BA or normal ACK')." Merlin '690 at ¶ [0127].

4794.  As one example option, Merlin '690 discloses: "Option 4: In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies may be dynamically allocated and indicated to each STA in the received DL PSDU. For

██████████████████████████████████

example, the parameters may be included in each MPDU (e.g., in the QoS control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or in an extended MAC header. The parameters may also be included in the PSDU (e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG) fields). In this case the presence of the field indicating the parameters to be used for the response may be signaled by one of the following options: use of a reserved bit in the QoS Control field, use of a reserved bit in the HT control field, use of a reserved bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL OFDMA." Merlin '690 at ¶ [0146].

4795. Additionally, "[a]ccording to certain aspects, block acknowledgement request (BAR) frames may be used to poll for (e.g., solicit) block acknowledgments (BA). As described above, UL MU-MIMO or UL FDMA may be used to transmit multiple BAs at the same time, hence, it may be useful to define a BAR frame which can solicit multiple immediate responses." Merlin '690 at ¶ [0150].

4796. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4797. **Chun** discloses this element. For example, Chun discloses: "… an access point (AP) apparatus for supporting uplink (UL) multi-user (MU) transmission in a wireless communication system, includes: a radio frequency (RF)

████████████████████

unit for transmitting/receiving a wireless signal; and a processor, wherein the processor is configured to transmit a trigger frame including information for UL MU transmission to a station (STA), and receive a UL MU PPDU based on the information for the UL MU transmission, the trigger frame is a medium access control (MAC) frame, an MAC header of the trigger frame includes a type field and a subtype field, and the type of the trigger frame is indicated by the type field and the subtype field." Chun at ¶ [0017].

4798.  With reference to FIG. 6, Chun discloses "a MAC frame (i.e., MPDU) includes a MAC Header, a Frame Body and a frame check sequence (FCS)." Chun at ¶ [0186]; *see also* Chun at FIG. 6. For example, "[t]he MAC Header is defined by regions that include Frame Control field, Duration/ID field, Address 1 field, Address 2 field, Address 3 field, Sequence Control field, Address 4 field, QoS Control field and HT Control field." Chun at ¶ [0187]. Also, "[t]he QoS Control field includes information related to QoS. The QoS control field may be included in the case that a QoS data frame is indicated in a Subtype subfield." Chun at ¶ [0194]. Additionally, "[t]he HT Control filed includes control information related to HT and/or VHT transmission and reception techniques. The HT Control field is included in Control Wrapper frame. Further, the HT Control field is existed in the QoS data frame of which Order subfield value is 1, and existed in Management frame" (Chun at ¶ [0195]).

- 1924 -

███████████████████████████████████

4799.  With reference to FIG. 8, Chun discloses: "the HT control field may include a VHT subfield, an HT control middle subfield, an AC constraint subfield, and a reverse direction grant (RDG)/more PPDU subfields." Chun at ¶ [0215]; *see also* Chun at FIG. 8. For example, "As described above, the HT control middle subfield may be implemented to have a different format according to an indication of the VHT subfield." Chun at ¶ [0221]. Additionally, "[t]he HT control middle subfield of the HT control field for VHT may include a reserved bit, a modulation and coding scheme (MCS) feedback request (MRQ) subfield, an MRQ sequence identifier (MSI)/space-time block coding (STBC) subfield, an MCS feedback sequence identifier (MFSI)/least significant bit (LSB) of group ID (GID-L) subfield, an MCS feedback (MFB) subfield, a most significant bit of group ID (GID-H) subfield, a coding type subfield, a feedback transmission type (FB Tx Type) subfield, and an unsolicited MFB subfield. Table 4 illustrates descriptions of the subfields included in the HT control middle subfield of the VHT format." Chun at ¶ [0222]; *see also* Chun at Table 4.

4800.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4801.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "FIG. l is a diagram that illustrates a multiple-access multiple-input multiple-output (MIMO) system 100 with access points and user terminals. For simplicity,

- 1925 -

████████████████████████████████

only one access point 110 is shown in FIG. 1. An access point is generally a fixed

station that communicates with the user terminals and may also be referred to as a

base station or using some other terminology. A user terminal or STA may be fixed

or mobile and may also be referred to as a mobile station or a wireless device, or

using some other terminology. The access point 110 may communicate with one or

more user terminals 120 at any given moment on the downlink and uplink. The

downlink (i.e., forward link) is the communication link from the access point to the

user terminals, and the uplink (i.e., reverse link) is the communication link from

the user terminals to the access point. A user terminal may also communicate peer-

to-peer with another user terminal. A system controller 130 couples to and provides

coordination and control for the access points." Merlin '258 at ¶ [0033]; *see also*

Merlin '258 at FIG. 1.

4802.  Additionally, Merlin '258 discloses: "FIG. 9 shows a diagram of an

example of a CTX frame 900 format. The CTX frame 900 may be configured as a

trigger frame. In this embodiment, the CTX frame 900 is a control frame that

includes a frame control (FC) field 905, a duration field 910, a receiver address field

914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU

duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980.

The FC field 905 indicates a control subtype or an extension subtype. The duration

field 910 indicates to any receiver of the CTX frame 900 to set the network

allocation vector (NAV). In some embodiments the RA 914 field identifies a group of

UTs through a multicast MAC address. The TA field 915 indicates the transmitter address or a BSSID. The CTRL field 920 is a generic field that may include information regarding the format of the remaining portion of the frame (e.g., the number of UT info fields and the presence or absence of any subfields within a UT info field), indications for rate adaptation for the user terminals 120, indication of allowed TID, and indication that a CTS must be sent immediately following the CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone allocation field is present in the UT Info field 930. Alternatively, the indication of whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly performed by specifying to a UT both the spatial streams to be used and the channel to be used, in which case both fields are present in the CTX; in this case, the Nss indication is referred to a specific tone allocation. The PPDU duration 925 field indicates an uplink duration for the following uplink transmission (e.g., UL-MU-MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO PPDU that the user terminals 120 are allowed to send based on estimated TX time fields received in at least one message requesting to transmit uplink data from the user terminals 120. The UT Info 930 field contains information regarding a particular UT and may include a per-user terminal 120 set of information (see the UT Info 1 field 930 through the UT Info N field 975). The UT Info 930 field may

- 1927 -

███████████████

include an AID or MAC address field 932 which identifies a user terminal, a

number of spatial streams field (Nss) 935 field which indicates the number of

spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time

Adjustment 936 field which indicates a time that a UT should adjust its

transmission compared to the reception of a trigger frame (the CTX in this case), a

Power Adjustment 938 field which indicates a power backoff value a UT should take

from a declared transmit power, a Tone Allocation 940 field which indicates the

tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942

field which indicates the allowable TID, an Allowed TX Mode 944 field which

indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the

UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942

indication may be allowed to transmit data only of that TID, data of the same or

higher TID, data of the same or lower TID, any data, or only data of that TID first,

then if no data is available, data of other TIDs. The FCS 980 field indicates the

carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at

¶ [0073]; *see also* Merlin '258 at FIG. 9.

4803.   Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4804.   **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"a method for wireless communication. The method includes generating, at an

- 1928 -

████████████████████████████████████████████

access point, an aggregated message. The aggregated message includes a single-user broadcast message and at least one other message. The method further includes transmitting the aggregated message to one or more stations." Merlin '804 at ¶ [0008]. Also, "[i]n various embodiments, the aggregated message can include the single-user broadcast message and one or more multi-user messages. In various embodiments, the aggregated message can include a common physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode. In various embodiments, each message can include a physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode." Merlin '804 at ¶ [0010].

4805.    Further "[i]n various embodiments, the single-user broadcast message includes control information instructing the one or more stations to transmit a plurality of uplink data at a specified time. In various embodiments, the method can further include receiving transmission of the plurality of uplink data at the specified time, each transmission of the plurality of uplink data having the same duration. In various embodiments, the method can further include transmitting." Merlin '804 at ¶ [0011]. Additionally, "[a]nother aspect provides an apparatus configured for wireless communication. The apparatus includes a processor configured to generate for transmission an aggregated message. The aggregated message includes a single-user broadcast message and at least one other message.

- 1929 -

The apparatus further includes a transmitter configured to transmit the aggregated message to one or more stations." Merlin '804 at ¶ [0015].

4806.  Merlin '804 further discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0009]. Also, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0016].

4807.  Additionally, Merlin '804 discloses: "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various

- 1930 -

embodiments, the at least one other message can include at least one single-user

physical layer data unit (PPDU) excluding control or scheduling information."

Merlin '804 at ¶ [0023]. Further, "[i]n various embodiments, each sub-message of

the aggregated message can include at least a physical layer data unit (PPDU)

comprising a physical layer (PHY) control field and a media access control (MAC)

payload. In various embodiments, the at least one other message can include at

least one multi-user physical layer data unit (PPDU). In various embodiments, the

at least one other message can include at least one single-user physical layer data

unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0030].

4808.  Additionally, Merlin '804 discloses: "In certain embodiments, a STA

120 enabled for UL-MU-MIMO can indicate to the AP 110 that it requests an UL-

MU-MIMO TXOP because it has data pending for UL. In one aspect, the STA 120

can send a RTS or a PS-poll to request a UL-MU-MIMO TXOP. In another

embodiment, the STA 120 can send any data frame, including a quality of service

(QoS) null data frame, where the bits 8-15 of the QoS control field indicate a non-

empty queue. In this embodiment the STA 120 can determine during the setup

phase which data frames (e.g., RTS, PS-poll, QoS null, etc.) will trigger a UL-MU-

MIMO transmission when the bits 8-15 of the QoS control field indicate a non-

empty queue. In one embodiment, the RTS, PS-poll, or QoS null frames can include

a 1 bit indication allowing or disallowing the AP 110 to respond with a CTX

message 402. In another embodiment, the QoS null frame can include TX power

- 1931 -

████████████████████████████████████████████████████

information and a per TID queue information. The TX power information and per

TID queue information can be inserted in the two bytes of the sequence control and

QoS controls fields in a QoS null frame and the modified QoS null frame can be sent

to the AP 110 to request a UL-MU-MIMO TXOP. In another embodiment, referring

to FIGS. 1 and 7, the STA 120 can send a RTX 701 to request a UL-MU-MIMO

TXOP." Merlin '804 at ¶ [0101]; *see also* Merlin '804 at FIGS. 1 and 7.

4809.  Also, Merlin '804 discloses: "In various embodiments, each sub-

message of the aggregated message can include at least a physical layer data unit

(PPDU) comprising a physical layer (PHY) control field and a media access control

(MAC) payload. In various embodiments, the at least one other message can include

at least one multi-user physical layer data unit (PPDU). In various embodiments,

the at least one other message can include at least one single-user physical layer

data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶

[0143].

4810.  Alternatively, Merlin '804, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4811.  To the extent it is argued or determined that any of Merlin '690, Chun,

Merlin '258, and Merlin '804 do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Merlin

’690 and/or Chun and/or Merlin ’258 and/or Merlin ’804.  *See* "Motivation to

Combine," *infra.*

> d.      **Element 20 [c]:  wherein the control extension indication indicates whether the control field includes a scheduling extension, and**

4812.  **<u>Merlin ’690</u>** discloses this element. For example, Merlin ’690 discloses:

"According to certain aspects, if a STA determines (e.g., receives an indication,

derives, statically agrees, or is configured) that UL MU-MIMO or FDMA is to be

used for an immediate response, the STA may also know which parameters to use

for the response. Response parameters may include, for example, which spatial

streams/channels to use, what duration to use, and what power to use for the

immediate response. According to certain aspects, one or more of these parameters

may be indicated with any one of the following options or a combination thereof

(e.g., some parameters may be conveyed according one option and other parameters

according another option)." Merlin ’690 at ¶ [0139]. As one example option, Merlin

’690 discloses: "Option 1: According to certain aspects, a first option to indicate

response parameters may be to extend existing rules for the immediate response

bandwidth (BW) and modulation and coding schemes (MCSs). For example, the

bandwidth and channels of response frame may be equal to the bandwidth and

channels of the soliciting frame, as shown in FIG. 5." Merlin ’690 at [0140]; *see also*

Merlin ’690 at FIG. 5. As another example option, Merlin ’690 discloses: "Option 4:

In a fourth option, response parameters for UL MU-MIMO and UL FDMA replies

████████████████████████████████████

may be dynamically allocated and indicated to each STA in the received DL PSDU.

For example, the parameters may be included in each MPDU (e.g., in the QoS

control field or in the FC field), in the A-MPDU delimiter preceding the MPDU, or

in an extended MAC header. The parameters may also be included in the PSDU

(e.g., in the SERVICE field) or in the PHY header (e.g., in one of the signal (SIG)

fields). In this case the presence of the field indicating the parameters to be used for

the response may be signaled by one of the following options: use of a reserved bit in

the QoS Control field, use of a reserved bit in the HT control field, use of a reserved

bit in the SERVICE field, use of a reserved bit in the A-MPDU delimiter, or

implicitly indicated by whether the type of DL PPDU is DL MU-MIMO or DL

OFDMA." Merlin '690 at ¶ [0146]. As yet another example option, Merlin '690

discloses: "Option 5: According to certain aspects, a fifth option to indicate the

response parameters may be in a special frame aggregated in the A-MPDU.

According to certain aspects, each special frame may be received by one STA and

may include the parameter information for that STA only. Alternatively, the special

frame(s) (e.g., one special frame per STA or a single broadcast special frame) may be

sent in a separate PPDU following the data DL PPDU, as shown in FIG. 8. As

shown in the frame exchange 800 illustrated in FIG. 8, the special frame 804

indicating the parameters for the immediate responses 806 (BA STA 2) and 810 (BA

STA 1 ) from STA 2 and STA 1, respectively, may be send in a separate DL PPDU

following the DL PPDUs 802 (DL STA 2 ) and 808 (DL STA 1) soliciting immediate

responses from STA 2 and STA 1, respectively. The special frame may be a trigger frame or a modified BAR frame." Merlin '690 at ¶ [0147]; *see also* Merlin '690 at FIG. 8.

4813.  Additionally, Merlin '690 discloses: "According to certain aspects, block acknowledgement request (BAR) frames may be used to poll for (e.g., solicit) block acknowledgments (BA). As described above, UL MU-MIMO or UL FDMA may be used to transmit multiple BAs at the same time, hence, it may be useful to define a BAR frame which can solicit multiple immediate responses." Merlin '690 at ¶ [0150]. Additionally, "[a]s mentioned above, in addition to requesting BAs, the BAR frame may also allocated resources for the BAs, indicate the transmission mode for the replies, and indicate parameters to be used for the replies. According to certain aspects, it may be desirable to use reserved bits in the existing BAR frame or to add fields to the existing BAR frame to indicate the response type and/or response parameters." Merlin '690 at ¶ [0153]. Further, "[a]ccording to certain aspects, the multi-STA BAR may use the format of a multi-traffic indicator (TID) BAR frame, as shown in FIG. 12. The multi-STA BAR may use some of the reserved bits in the BAR control field, in the PER-TID information field, or in other existing fields to indicate: that the BAR is a multi-STA BAR, which STAs are the recipients, the duration of the allowed response, and resource allocation for the replies in UL MU-MIMO or UL FDMA. For example, for each TID, the Bar information field 912 may

███████████████████████

include a Per TID Info subfield 1202 and a Block Ack Starting Sequence Control subfield 1204." Merlin '690 at ¶ [0158].

4814.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4815.  **Chun** discloses this element. For example, Chun discloses: "The HT control middle subfield of the HT control field for VHT may include a reserved bit, a modulation and coding scheme (MCS) feedback request (MRQ) subfield, an MRQ sequence identifier (MSI)/space-time block coding (STBC) subfield, an MCS feedback sequence identifier (MFSI)/least significant bit (LSB) of group ID (GID-L) subfield, an MCS feedback (MFB) subfield, a most significant bit of group ID (GID-H) subfield, a coding type subfield, a feedback transmission type (FB Tx Type) subfield, and an unsolicited MFB subfield. Table 4 illustrates descriptions of the subfields included in the HT control middle subfield of the VHT format." Chun at ¶ [0222]; *see also* Chun at Table 4.

4816.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4817.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "An increasing number of wireless and mobile devices put increasing stress on bandwidth requirements that are demanded for wireless communications systems.

- 1936 -

████████████████████████████

With limited communication resources, it is desirable to reduce the amount of traffic passing between the AP and the multiple STAs. For example, when multiple terminals send uplink communications to the access point, it is desirable to minimize the amount of traffic to complete the uplink of all transmissions. Thus, embodiments described herein support utilizing communication exchanges, scheduling and certain frames for increasing throughput of uplink transmissions to the AP." Merlin '258 at ¶ [0052].

4818.  Additionally, Merlin '258 discloses: "FIG. 9 shows a diagram of an example of a CTX frame 900 format. The CTX frame 900 may be configured as a trigger frame. In this embodiment, the CTX frame 900 is a control frame that includes a frame control (FC) field 905, a duration field 910, a receiver address field 914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980. The FC field 905 indicates a control subtype or an extension subtype. The duration field 910 indicates to any receiver of the CTX frame 900 to set the network allocation vector (NAV). In some embodiments the RA 914 field identifies a group of UTs through a multicast MAC address. The TA field 915 indicates the transmitter address or a BSSID. The CTRL field 920 is a generic field that may include information regarding the format of the remaining portion of the frame (e.g., the number of UT info fields and the presence or absence of any subfields within a UT info field), indications for rate adaptation for the user terminals 120, indication of

- 1937 -

████████████████████████████

allowed TID, and indication that a CTS must be sent immediately following the

CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being

used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone

allocation field is present in the UT Info field 930. Alternatively, the indication of

whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of

the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly

performed by specifying to a UT both the spatial streams to be used and the channel

to be used, in which case both fields are present in the CTX; in this case, the Nss

indication is referred to a specific tone allocation. The PPDU duration 925 field

indicates an uplink duration for the following uplink transmission (e.g., UL-MU-

MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO

PPDU that the user terminals 120 are allowed to send based on estimated TX time

fields received in at least one message requesting to transmit uplink data from the

user terminals 120. The UT Info 930 field contains information regarding a

particular UT and may include a per-user terminal 120 set of information (see the

UT Info 1 field 930 through the UT Info N field 975). The UT Info 930 field may

include an AID or MAC address field 932 which identifies a user terminal, a

number of spatial streams field (Nss) 935 field which indicates the number of

spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time

Adjustment 936 field which indicates a time that a UT should adjust its

transmission compared to the reception of a trigger frame (the CTX in this case), a

- 1938 -

Power Adjustment 938 field which indicates a power backoff value a UT should take

from a declared transmit power, a Tone Allocation 940 field which indicates the

tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942

field which indicates the allowable TID, an Allowed TX Mode 944 field which

indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the

UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942

indication may be allowed to transmit data only of that TID, data of the same or

higher TID, data of the same or lower TID, any data, or only data of that TID first,

then if no data is available, data of other TIDs. The FCS 980 field indicates the

carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at

¶ [0073]; *see also* Merlin '258 at FIG. 9.

4819.  Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4820.  **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"In various embodiments, each sub-message of the aggregated message can include

at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control

field and a media access control (MAC) payload. In various embodiments, the at

least one other message can include at least one multi-user physical layer data unit

(PPDU). In various embodiments, the at least one other message can include at

least one single-user physical layer data unit (PPDU) excluding control or

- 1939 -

████████████████████████

scheduling information." Merlin '804 at ¶ [0009]. Also, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0016].

4821. Additionally, Merlin '804 discloses: "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0023]. Further, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the

at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0030].

4822.  Additionally, Merlin '804 discloses: "In certain embodiments, a STA 120 enabled for UL-MU-MIMO can indicate to the AP 110 that it requests an UL-MU-MIMO TXOP because it has data pending for UL. In one aspect, the STA 120 can send a RTS or a PS-poll to request a UL-MU-MIMO TXOP. In another embodiment, the STA 120 can send any data frame, including a quality of service (QoS) null data frame, where the bits 8-15 of the QoS control field indicate a non-empty queue. In this embodiment the STA 120 can determine during the setup phase which data frames (e.g., RTS, PS-poll, QoS null, etc.) will trigger a UL-MU-MIMO transmission when the bits 8-15 of the QoS control field indicate a non-empty queue. In one embodiment, the RTS, PS-poll, or QoS null frames can include a 1 bit indication allowing or disallowing the AP 110 to respond with a CTX message 402. In another embodiment, the QoS null frame can include TX power information and a per TID queue information. The TX power information and per TID queue information can be inserted in the two bytes of the sequence control and QoS controls fields in a QoS null frame and the modified QoS null frame can be sent to the AP 110 to request a UL-MU-MIMO TXOP. In another embodiment, referring to FIGS. 1 and 7, the STA 120 can send a RTX 701 to request a UL-MU-MIMO TXOP." Merlin '804 at ¶ [0101]; *see also* Merlin '804 at FIGS. 1 and 7.

4823.  Also, Merlin '804 discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0143].

4824.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4825.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra.*

> e.      **Element 20 [d]:  wherein the scheduling extension includes scheduling information for one or more stations of the plurality of stations to transmit a corresponding uplink frame as part of a multi-user uplink transmission; and;**

4826.  **Merlin '690** discloses this element. For example, Merlin '690 discloses: "Uplink (UL) MU-MIMO or UL FDMA can be used to transmit multiple block

████████████████

acknowledgements (BAs) at the same time, for example, in response to a downlink

(DL) MU physical protocol data unit (PPDU). The current standard does not define

UL MU-MIMO or UL FDMA and does not allow the above operation mode." Merlin

'690 at ¶ [0121]. Also, "[t]he present disclosure provides example frame exchanges

and ACK signaling policy to enable sending ACKs/BAs with UL MU-MIMO/FDMA

by stations (STAs) receiving a DL MU-MIMO/FDMA PPDU and that are capable of

UL MU-MIMO or UL FDMA." Merlin '690 at ¶ [0124]. Additionally, "[a]ccording to

certain aspects, if a STA determines (e.g., receives an indication, derives, statically

agrees, or is configured) that UL MU-MIMO or FDMA is to be used for an

immediate response, the STA may also know which parameters to use for the

response. Response parameters may include, for example, which spatial

streams/channels to use, what duration to use, and what power to use for the

immediate response. According to certain aspects, one or more of these parameters

may be indicated with any one of the following options or a combination thereof

(e.g., some parameters may be conveyed according one option and other parameters

according another option)." Merlin '690 at ¶ [0139].

4827. As an example option, Merlin '690 discloses: "Option 1: According to

certain aspects, a first option to indicate response parameters may be to extend

existing rules for the immediate response bandwidth (BW) and modulation and

coding schemes (MCSs). For example, the bandwidth and channels of response

- 1943 -

████████████████████████████████

frame may be equal to the bandwidth and channels of the soliciting frame, as shown in FIG. 5." Merlin '690 at ¶ [0140]; *see also* Merlin '690 at FIG. 5.

4828.  Merlin '690 further discloses: "According to certain aspects, block acknowledgement request (BAR) frames may be used to poll for (e.g., solicit) block acknowledgments (BA). As described above, UL MU-MIMO or UL FDMA may be used to transmit multiple BAs at the same time, hence, it may be useful to define a BAR frame which can solicit multiple immediate responses." Merlin '690 at ¶ [0150]. For example, "[a]ccording to certain aspects of the present disclosure, a SU BAR that carries additional information is defined that can be used in a DL MU PPDU to solicit multiple UL immediate responses as well as to provide allocation of resources for sending the BAs." Merlin '690 at ¶ [0151]. Also, "[a]ccording to certain aspects, the multi-STA BAR may use the format of a multi-traffic indicator (TID) BAR frame, as shown in FIG. 12. The multi-STA BAR may use some of the reserved bits in the BAR control field, in the PER-TID information field, or in other existing fields to indicate: that the BAR is a multi-STA BAR, which STAs are the recipients, the duration of the allowed response, and resource allocation for the replies in UL MU-MIMO or UL FDMA. For example, for each TID, the Bar information field 912 may include a Per TID Info subfield 1202 and a Block Ack Starting Sequence Control subfield 1204." Merlin '690 at ¶ [0158]; *see also* Merlin '690 at FIG. 12.

4829.  Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4830.  **Chun** discloses this element. For example, Chun discloses: "Preferably, the trigger frame may further include transmission resource unit information of the UL MU PPDU." Chun at ¶ [0025]. Also, "[p]referably, the UL MU PPDU may be transmitted through a transmission resource which the STA arbitrarily selects according to the transmission resource unit information." Chun at ¶ [0026].

4831.  Additionally, Chun discloses: "The resource allocation information means information on an uplink transmission resource (for example, frequency/subcarrier information allocated to each STA in the case of the UL OFDMA transmission and a stream index allocated to each STA in the case of the UL MU MIMO transmission) allocated for each STA." Chun at ¶ [0541]. For example, "[i]n detail, in the case of the UL OFDMA transmission, the respective STAs may transmit the uplink data frame on the same time resource through different frequency resources." Chun at ¶ [0559].

4832.  Alternatively, Chun, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

████████████████████████████████████████

4833.  **Merlin '258** discloses this element. For example, Merlin '258 discloses: "An increasing number of wireless and mobile devices put increasing stress on bandwidth requirements that are demanded for wireless communications systems. With limited communication resources, it is desirable to reduce the amount of traffic passing between the AP and the multiple STAs. For example, when multiple terminals send uplink communications to the access point, it is desirable to minimize the amount of traffic to complete the uplink of all transmissions. Thus, embodiments described herein support utilizing communication exchanges, scheduling and certain frames for increasing throughput of uplink transmissions to the AP." Merlin '258 at ¶ [0052].

4834.  Additionally, Merlin '258 discloses: "FIG. 9 shows a diagram of an example of a CTX frame 900 format. The CTX frame 900 may be configured as a trigger frame. In this embodiment, the CTX frame 900 is a control frame that includes a frame control (FC) field 905, a duration field 910, a receiver address field 914, a transmitter address (TA) field 915, a control (CTRL) field 920, a PPDU duration field 925, a UT info field 930, and a frame check sequence (FCS) field 980. The FC field 905 indicates a control subtype or an extension subtype. The duration field 910 indicates to any receiver of the CTX frame 900 to set the network allocation vector (NAV). In some embodiments the RA 914 field identifies a group of UTs through a multicast MAC address. The TA field 915 indicates the transmitter address or a BSSID. The CTRL field 920 is a generic field that may include

- 1946 -

████████████████████████████████████████

information regarding the format of the remaining portion of the frame (e.g., the number of UT info fields and the presence or absence of any subfields within a UT info field), indications for rate adaptation for the user terminals 120, indication of allowed TID, and indication that a CTS must be sent immediately following the CTX frame 900. The CTRL field 920 may also indicate if the CTX frame 900 is being used for UL-MU-MIMO or for UL FDMA or both, indicating whether a Nss or Tone allocation field is present in the UT Info field 930. Alternatively, the indication of whether the CTX is for UL-MU-MIMO or for UL FDMA can be based on the value of the subtype. Note that UL-MU-MIMO and UL FDMA operations can be jointly performed by specifying to a UT both the spatial streams to be used and the channel to be used, in which case both fields are present in the CTX; in this case, the Nss indication is referred to a specific tone allocation. The PPDU duration 925 field indicates an uplink duration for the following uplink transmission (e.g., UL-MU-MIMO PPDU). The AP 110 may determine the duration of the following Mu-MIMO PPDU that the user terminals 120 are allowed to send based on estimated TX time fields received in at least one message requesting to transmit uplink data from the user terminals 120. The UT Info 930 field contains information regarding a particular UT and may include a per-user terminal 120 set of information (see the UT Info 1 field 930 through the UT Info N field 975). The UT Info 930 field may include an AID or MAC address field 932 which identifies a user terminal, a number of spatial streams field (Nss) 935 field which indicates the number of

- 1947 -

████████████████████████

spatial streams a user terminal may use (e.g., in a UL-MU-MIMO system), a Time

Adjustment 936 field which indicates a time that a UT should adjust its

transmission compared to the reception of a trigger frame (the CTX in this case), a

Power Adjustment 938 field which indicates a power backoff value a UT should take

from a declared transmit power, a Tone Allocation 940 field which indicates the

tones or frequencies a UT may use (in a UL-FDMA system), an Allowed TID 942

field which indicates the allowable TID, an Allowed TX Mode 944 field which

indicates the allowed TX modes, and a MCS 946 field which indicates the MCS the

UT should use. A user terminal 120 receiving a CTX with a Allowed TID 942

indication may be allowed to transmit data only of that TID, data of the same or

higher TID, data of the same or lower TID, any data, or only data of that TID first,

then if no data is available, data of other TIDs. The FCS 980 field indicates the

carries an FCS value used for error detection of the CTX frame 900." Merlin '258 at

¶ [0073]; *see also* Merlin '258 at FIG. 9.

4835.  Alternatively, Merlin '258, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4836.  **Merlin '804** discloses this element. For example, Merlin '804 discloses:

"In the illustrated embodiment, the SU payload 2230 includes UL scheduling

information 2230 for scheduling one or more UL PPDUs such as the UL PPDUs

2280 and 2290. In various embodiments, the UL scheduling information 2230 can

- 1948 -

████████████████████████████████████████████

include one or more fields or indicators discussed above with respect to one or more

of: the CTX 402, 1035, 1200, and 1500, the CTS 408, the SSF 1005, the A-MPDU

407, the BAs 470, and the trigger frame 405, variously discussed above with respect

to FIGS. 5-20. For example, in various embodiments, the UL scheduling information

2230 can include one or more of: identification of the STAs permitted or instructed

to transmit one or more UL PPDUs, identification of resources allocated to STAs

such as spatial streams, tones, etc., scheduling times and/or durations of UL

transmissions, type and or content of scheduled UL transmissions, etc. In various

embodiments, information included in the UL scheduling information 2230 can be

omitted from the common PHY header 2210. In various embodiments, the SU PHY

header 2220 and the SU payload 2230 can be broadcast or unicast. In various

embodiments, the SU PHY header 2220 and the SU payload 2230 can be in a

position other than first in the A-PPDU 2200." Merlin '804 at ¶ [0132]. For example,

"[i]n an embodiment, the AP 110 can transmit the A-PPDU 2200, with UL

scheduling information 2230, to one or more STAs 120. The STAs 120 can decode

the UL scheduling information and can determine a time that they are instructed to

transmit an UL PPDU. In various embodiments, UL PPDUs can be spaced

according to a short interframe space (SIFS), can be spaced according to another

spacing, or can be unspaced. In the illustrated embodiment, the STAs 120 transmit

the UL PPDU1 2280 and the UL PPDU2 2290 according to the UL scheduling

information 2230." Merlin '804 at ¶ [0134].

- 1949 -

███████████████████████████████████████████████

4837. Merlin '804 discloses several embodiments at ¶¶ [0143]-[0149] ("In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information. In various embodiments, the aggregated message can include a common physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode. For example, the A-PPDU 2200 can include the common PHY header 2210, which can indicate that the SU payload 2250 includes the UL scheduling information. In various embodiments, each message can include a physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode. For example, the SU PHY header 2220 can indicate that the SU payload 2250 includes the UL scheduling information. In various embodiments, the single-user broadcast message includes control information instructing the one or more stations to transmit uplink data at a specific time, and the uplink data can be received from the one or more stations. For example, the UL scheduling information 2230 can instruct the STAs 120 to transmit the UL PPDUs 2280-2290 beginning a SIFS after the MU payload

- 1950 -

2250. In various embodiments, each message can include an uplink scheduling message. For example, the SU payload 2230 can include the UL scheduling information. In various embodiments, the uplink scheduling message can include a physical layer data unit (PPDU) duration field indicating a duration of transmission of uplink data. In various embodiments, the uplink scheduling message can include a station (STA) info field including an indication of allowed transmission modes. For example, the UL scheduling information 2230 can include any of the fields of the CTX discussed above with respect to FIGS. 4-20. In various embodiments, the station (STA) info field can include a tone allocation field indicating tones/frequencies for uplink data using a frequency division multiple access (FDMA) system. In various embodiments, the uplink scheduling message can include a group identifier (GID) field indicating the STAs that can participate in uplink communications. In various embodiments, the uplink scheduling message can include a receiver address (RA) field indicating a multicast address which identifies the one or more stations that can participate in uplink communications. In various embodiments, the uplink scheduling message can include a field indicating rate information for the one or more stations. For example, the UL scheduling information 2230 can include any of the fields of the CTX discussed above with respect to FIGS. 4-20. In various embodiments, the method can further include transmitting an uplink scheduling message to the one or more stations. The uplink scheduling message can instruct the one or more stations to transmit a station

- 1951 -

access information message in response to the uplink scheduling message. The

method can further include receiving a plurality of station access information

messages. The station access information messages can indicate station access

information. For example, the UL scheduling information 2230 can instruct the

STAs 120 to provide the traffic information 2360. In various embodiments, the

single-user broadcast message can include data, control, or management

information for one or more stations."). *See also* Merlin '804 at FIGS. 4-20.

4838.  Alternatively, Merlin '804, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4839.  To the extent it is argued or determined that any of Merlin '690, Chun,

Merlin '258, and Merlin '804 do not disclose this element, then this element would

have been obvious at the time of the invention in view of any combination of Merlin

'690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to

Combine," *infra*.

> **f.    Element 20 [e]:  providing for transmission the multi-user frame.**

4840.  **Merlin '690** discloses this element. For example, Merlin '690 discloses:

"Certain aspects of the present disclosure provide an apparatus for wireless

communications. The apparatus generally includes a processing system configured

to determine that a plurality of devices have a first capability and generate a MU

packet that solicits an immediate response from a plurality of the devices, wherein

the immediate response comprises an acknowledgment (ACK) or block ACK (BA), and an interface configured to output the MU packet for transmission." Merlin '690 at ¶ [0009].

4841. Merlin '690 further discloses: "Uplink (UL) MU-MIMO or UL FDMA can be used to transmit multiple block acknowledgements (BAs) at the same time, for example, in response to a downlink (DL) MU physical protocol data unit (PPDU). The current standard does not define UL MU-MIMO or UL FDMA and does not allow the above operation mode." Merlin '690 at ¶ [0121]. Also, "[t]he present disclosure provides example frame exchanges and ACK signaling policy to enable sending ACKs/BAs with UL MU-MIMO/FDMA by stations (STAs) receiving a DL MU-MIMO/FDMA PPDU and that are capable of UL MU-MIMO or UL FDMA." Merlin '690 at ¶ [0124].

4842. Alternatively, Merlin '690, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4843. **Chun** discloses this element. For example, Chun discloses: "… an access point (AP) apparatus for supporting uplink (UL) multi-user (MU) transmission in a wireless communication system, includes: a radio frequency (RF) unit for transmitting/receiving a wireless signal; and a processor, wherein the processor is configured to transmit a trigger frame including information for UL MU transmission to a station (STA), and receive a UL MU PPDU based on the

information for the UL MU transmission, the trigger frame is a medium access

control (MAC) frame, an MAC header of the trigger frame includes a type field and

a subtype field, and the type of the trigger frame is indicated by the type field and

the subtype field." Chun at ¶ [0017].

4844.  Alternatively, Chun, in view of the background knowledge and

ordinary creativity of a POSITA at the time of the invention, renders this element

obvious.

4845.  **Merlin '258** discloses this element. For example, Merlin '258 discloses:

"Certain aspects of the present disclosure support transmitting an uplink (UL)

signal from multiple UTs to an AP. In some embodiments, the UL signal may be

transmitted in a multi-user MIMO (MU-MIMO) system. Alternatively, the UL

signal may be transmitted in a multi-user FDMA (MU-FDMA) or similar FDMA

system. Specifically, FIGS. 4-8 illustrate uplink MU-MIMO (UL-MU-MIMO)

transmissions 410A and 410B that would apply equally to UL-FDMA

transmissions. In these embodiments, UL-MU-MIMO or UL-FDMA transmissions

can be sent simultaneously from multiple STAs to an AP and may create efficiencies

in wireless communication." Merlin '258 at ¶ [0051]; *see also* Merlin '258 at FIGS. 4-

8.

4846.  For example, "FIG. 8 is a message timing diagram 800 showing multi-

user uplink communication. The message exchange shows communication of

wireless messages between an AP 110 and three user terminals 120A-C. The

message exchange may indicate that each of the user terminals 120A-C may transmit a request message (REQ) 802A-C to the AP 110 requesting a UL-MU-MIMO TXOP. As described above, each of the request messages 802A-C may indicate that the transmitting user terminal 120A-C has data available to be transmitted to the AP 110." Merlin '258 at ¶ [0068]. Further, "[a]t a time indicated by the TF message 804, the three user terminals 120A-C transmit data 806A-C to the AP 110. The data 806a-c are transmitted at least partially concurrently during the transmission opportunity. The transmissions of data 806A-C may utilize uplink multi-user multiple input, multiple output transmissions (UL-MU-MIMO) or uplink frequency division multiple access (UL-FDMA)." Merlin '258 at ¶ [0070].

4847.  Alternatively, Merlin '258, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4848.  **Merlin '804** discloses this element. For example, Merlin '804 discloses: "In various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0009]. Also, "[i]n various embodiments,

- 1955 -

████████████████████████████

the aggregated message can include the single-user broadcast message and one or

more multi-user messages. In various embodiments, the aggregated message can

include a common physical layer header indicating whether the at least one other

message includes at least message that all of the one or more stations are instructed

to decode. In various embodiments, each message can include a physical layer

header indicating whether the at least one other message includes at least message

that all of the one or more stations are instructed to decode." Merlin '804 at ¶

[0010].

4849.  Merlin '804 further discloses: "In various embodiments, each sub-

message of the aggregated message can include at least a physical layer data unit

(PPDU) comprising a physical layer (PHY) control field and a media access control

(MAC) payload. In various embodiments, the at least one other message can include

at least one multi-user physical layer data unit (PPDU). In various embodiments,

the at least one other message can include at least one single-user physical layer

data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶

[0030]. Additionally, "[i]n various embodiments, the aggregated message can

include the single-user broadcast message and one or more multi-user messages. In

various embodiments, the aggregated message can include a common physical layer

header indicating whether the at least one other message includes at least message

that all of the one or more stations are instructed to decode. In various

embodiments, each message can include a physical layer header indicating whether

- 1956 -

████████████████████████████

the at least one other message includes at least message that all of the one or more stations are instructed to decode." Merlin '804 at ¶ [0031].

4850.  Also, Merlin '804 discloses: "In various embodiments, the aggregated message can include the single-user broadcast message and one or more multi-user messages. For example, the A-PPDU 2200 can include the SU PHY header 2220 and payload 2230, and the MU PHY header 2240 and payload 2250." Merlin '804 at ¶ [0142]. Further, "[i]n various embodiments, each sub-message of the aggregated message can include at least a physical layer data unit (PPDU) comprising a physical layer (PHY) control field and a media access control (MAC) payload. In various embodiments, the at least one other message can include at least one multi-user physical layer data unit (PPDU). In various embodiments, the at least one other message can include at least one single-user physical layer data unit (PPDU) excluding control or scheduling information." Merlin '804 at ¶ [0143].

4851.  Alternatively, Merlin '804, in view of the background knowledge and ordinary creativity of a POSITA at the time of the invention, renders this element obvious.

4852.  To the extent it is argued or determined that any of Merlin '690, Chun, Merlin '258, and Merlin '804 do not disclose this element, then this element would have been obvious at the time of the invention in view of any combination of Merlin '690 and/or Chun and/or Merlin '258 and/or Merlin '804.  *See* "Motivation to Combine," *infra.*

### 16.    Motivation to Combine

4853.  The systems and methods disclosed in the references discussed (*i.e.*, Merlin '690, Chun, Merlin '258, and Merlin '804) above are analogous to the inventions claimed in the '851 Patent.  At the time of the invention, one or more of these references could have been combined with each other (and/or in view of applicant admitted prior art and/or the knowledge of a person of ordinary skill in the art) by a person of ordinary skill in the art in an obvious way, and a person of ordinary skill would have had a reasonable expectation of success in combining these references as described above.

4854.  Each of these references is analogous art to the claimed invention because the references are from the same field of endeavor as the claimed invention (even if it is argued or determined that they address a different problem). For example, each of these references specifically relates to WLAN operation at least according to IEEE 802.11 standards. In particular, Merlin '690 generally discusses 802.11 standards at ¶ [0006] and particularly references 802.11ac in ¶ [0136]; Chun generally discusses several 802.11 standards throughout its disclosure (e.g., at ¶¶ [0003]-[0010], [0073], [0075], [0077]-[0079], [0081], [0083], [0085], [0089]-[0092], [0096], [0097], [0109], [0111], [0118], [0122], [0127], [0136], [0139], [0143], et al.) with particular reference to next generation WLANs based on the 802.11ax standard (e.g., at ¶¶ [0457]-[0460], [0466], [0470], [0787], [0791], and [0794]); Merlin '258 generally discusses 802.11 standards (e.g., at ¶¶ [0026], [0028], and

████████████████████████████████

[0029]) with particular reference to next generation ("high efficiency") WLANs

based on the 802.11ax standard (e.g., at ¶ [0027]); and Merlin '804 generally

discusses 802.11 standards (e.g., at ¶¶ [0062], [0064], and [0065]) with particular

reference to next generation ("high efficiency") WLANs based on the 802.11ax

standard (e.g., at ¶¶ [0063] and [0128]).

4855.  Each of these references is analogous art to the claimed invention also

because each reference is reasonably pertinent to the problem faced by the inventor

(even if it is argued or determined that they are not in the same field of endeavor as

the claimed invention).  As shown in detail above and as summarized and

expounded upon below, each of these references would have logically commended

themselves to the inventors' attention in considering the problem they were

attempting to address.

4856.  For example, **Merlin '690** discloses "a processing system configured to

determine that a plurality of devices have a first capability and generate a MU

packet that solicits an immediate response from a plurality of the devices, wherein

the immediate response comprises an acknowledgment (ACK) or block ACK (BA),

and an interface configured to output the MU packet for transmission." Merlin '690

at ¶ [0009]. And as discussed above in more detail, Merlin '690 discloses or renders

obvious all elements of the Asserted Claims of the '851 Patent. *See supra*.

4857.  Merlin '690 also discloses teachings, suggestions, and motivations to

use the disclosed system. *Id*. at ¶ [0005] ("Wireless communication networks are

- 1959 -

██████████████████████████████████████

widely deployed to provide various communication services such as voice, video,

packet data, messaging, broadcast, etc. These wireless networks may be multiple-

access networks capable of supporting multiple users by sharing the available

network resources. Examples of such multiple-access networks include Code

Division Multiple Access (CDMA) networks, Time Division Multiple Access (TDMA)

networks, Frequency Division Multiple Access (FDMA) networks, Orthogonal

FDMA (OFDMA) networks, and Single-Carrier FDMA (SC-FDMA) networks."); *see

also id.* at ¶ [0006] ("In order to address the issue of increasing bandwidth

requirements that are demanded for wireless communications systems, different

schemes are being developed to allow multiple user terminals to communicate with

a single access point by sharing the channel resources while achieving high data

throughputs. Multiple Input Multiple Output (MIMO) technology represents one

such approach that has emerged as a popular technique for communication systems.

MIMO technology has been adopted in several wireless communications standards

such as the Institute of Electrical and Electronics Engineers (IEEE) 802.11

standard. The IEEE 802.11 denotes a set of Wireless Local Area Network (WLAN)

air interface standards developed by the IEEE 802.11 committee for short-range

communications (e.g., tens of meters to a few hundred meters)."); *see also id.* at ¶

[0094] ("The techniques described herein may be used for various broadband

wireless communication systems, including communication systems that are based

on an orthogonal multiplexing scheme. Examples of such communication systems

- 1960 -

include Spatial Division Multiple Access (SDMA), Time Division Multiple Access (TDMA), Orthogonal Frequency Division Multiple Access (OFDMA) systems, Single-Carrier Frequency Division Multiple Access (SC-FDMA) systems, and so forth. An SDMA system may utilize sufficiently different directions to simultaneously transmit data belonging to multiple user terminals. A TDMA system may allow multiple user terminals to share the same frequency channel by dividing the transmission signal into different time slots, each time slot being assigned to different user terminal An OFDMA system utilizes orthogonal frequency division multiplexing (OFDM), which is a modulation technique that partitions the overall system bandwidth into multiple orthogonal sub-carriers. These sub-carriers may also be called tones, bins, etc. With OFDM, each sub-carrier may be independently modulated with data."). A POSITA would appreciate that Merlin '690 discloses these teachings, suggestions, and motivations in context of networks based on IEEE 802.11 standards, including applicability to IEEE 802.11ax standards.

4858. For example, **Chun** discloses "an uplink multi-user transmission procedure in a wireless communication system" (Chun at ¶ [0011]), and "a type a trigger frame for supporting various uplink multi-user transmission in a wireless communication system and the resulting structure of the trigger frame" (*id.* at ¶ [0012]). And as discussed above in more detail, Chun discloses or renders obvious all elements of the Asserted Claims of the '851 Patent. *See supra.*

4859.  Chun also discloses teachings, suggestions, and motivations to use the disclosed system. *Id*. at ¶ [0007]-[0010] ("The scope of IEEE 802.11ax chiefly discussed in the next-generation WLAN task group called a so-called IEEE 802.11ax or high efficiency (HEW) WLAN includes 1) the improvement of an 802.11 physical (PHY) layer and medium access control (MAC) layer in bands of 2.4 GHz, 5 GHz, etc., 2) the improvement of spectrum efficiency and area throughput, 3) the improvement of performance in actual indoor and outdoor environments, such as an environment in which an interference source is present, a dense heterogeneous network environment, and an environment in which a high user load is present and so on. A scenario chiefly taken into consideration in IEEE 802.11ax is a dense environment in which many access points (APs) and many stations (STAs) are present. In IEEE 802.11ax, the improvement of spectrum efficiency and area throughput is discussed in such a situation. More specifically, there is an interest in the improvement of substantial performance in outdoor environments not greatly taken into consideration in existing WLANs in addition to indoor environments. In IEEE 802.11ax, there is a great interest in scenarios, such as wireless offices, smart homes, stadiums, hotspots, and buildings/apartments. The improvement of system performance in a dense environment in which many APs and many STAs are present is discussed based on the corresponding scenarios. In the future, it is expected in IEEE 802.11ax that the improvement of system performance in an overlapping basic service set (OBSS) environment, the improvement of an outdoor

- 1962 -

████████████████████████████████████████████

environment, cellular offloading, and so on rather than single link performance improvement in a single basic service set (BSS) will be actively discussed. The directivity of such IEEE 802.11ax means that the next-generation WLAN will have a technical scope gradually similar to that of mobile communication. Recently, when considering a situation in which mobile communication and a WLAN technology are discussed together in small cells and direct-to-direct (D2D) communication coverage, it is expected that the technological and business convergence of the next-generation WLAN based on IEEE 802.11ax and mobile communication will be further activated."). A POSITA would appreciate that Chun discloses these teachings, suggestions, and motivations in context of networks based on IEEE 802.11 standards, including applicability to IEEE 802.11ax standards.

4860.  For example, **Merlin '258** discloses "a message timing diagram 800 showing multi-user uplink communication. The message exchange shows communication of wireless messages between an AP 110 and three user terminals 120A-C. The message exchange may indicate that each of the user terminals 120A-C may transmit a request message (REQ) 802A-C to the AP 110 requesting a UL-MU-MIMO TXOP. As described above, each of the request messages 802A-C may indicate that the transmitting user terminal 120A-C has data available to be transmitted to the AP 110." Merlin '258 at ¶ [0068]. And as discussed above in more detail, Merlin '258 discloses or renders obvious all elements of the Asserted Claims of the '851 Patent. *See supra.*

4861.  Merlin '258 also discloses teachings, suggestions, and motivations to use the disclosed system. *Id*. at ¶ [0005] ("In order to address the issue of increasing bandwidth requirements that are demanded for wireless communications systems, different schemes are being developed to allow multiple user terminals to communicate with a single access point by sharing the channel resources while achieving high data throughputs. With limited communication resources, it is desirable to reduce the amount of traffic passing between the access point and the multiple terminals. For example, when multiple terminals send uplink communications to the access point, it is desirable to minimize the amount of traffic to complete the uplink of all transmissions. Thus, there is a need for an improved protocol for uplink transmissions from multiple terminals."); and ¶¶ [0026]-[0029] ("Wireless network technologies may include various types of wireless local area networks (WLANs). A WLAN may be used to interconnect nearby devices together, employing widely used networking protocols. The various aspects described herein may apply to any communication standard, such as Wi-Fi or, more generally, any member of the IEEE 802.11 family of wireless protocols. In some aspects, wireless signals may be transmitted according to a high-efficiency 802.11 protocol using orthogonal frequency-division multiplexing (OFDM), direct-sequence spread spectrum (DSSS) communications, a combination of OFDM and DSSS communications, or other schemes. Implementations of the high-efficiency 802.11 protocol may be used for Internet access, sensors, metering, smart grid networks, or

████████████████████████████████████████

other wireless applications. Advantageously, aspects of certain devices implementing this particular wireless protocol may consume less power than devices implementing other wireless protocols, may be used to transmit wireless signals across short distances, and/or may be able to transmit signals less likely to be blocked by objects, such as humans. In some implementations, a WLAN includes various devices which are the components that access the wireless network. For example, there may be two types of devices: access points ("APs") and clients (also referred to as stations, or "STAs"). In general, an AP serves as a hub or base station for the WLAN and an STA serves as a user of the WLAN. For example, a STA may be a laptop computer, a personal digital assistant (PDA), a mobile phone, etc. In an example, an STA connects to an AP via a Wi-Fi (e.g., IEEE 802.11 protocol such as 802.11ah) compliant wireless link to obtain general connectivity to the Internet or to other wide area networks. In some implementations an STA may also be used as an AP. The techniques described herein may be used for various broadband wireless communication systems, including communication systems that are based on an orthogonal multiplexing scheme. Examples of such communication systems include Spatial Division Multiple Access (SDMA), Time Division Multiple Access (TDMA), Orthogonal Frequency Division Multiple Access (OFDMA) systems, Single-Carrier Frequency Division Multiple Access (SC-FDMA) systems, and so forth. An SDMA system may utilize sufficiently different directions to simultaneously transmit data belonging to multiple user terminals. A TDMA system may allow multiple user

- 1965 -

███████████████████████████████████████

terminals to share the same frequency channel by dividing the transmission signal into different time slots, each time slot being assigned to different user terminal. A TDMA system may implement GSM or some other standards known in the art. An OFDMA system utilizes orthogonal frequency division multiplexing (OFDM), which is a modulation technique that partitions the overall system bandwidth into multiple orthogonal sub-carriers. These sub-carriers may also be called tones, bins, etc. With OFDM, each sub-carrier may be independently modulated with data. An OFDM system may implement IEEE 802.11 or some other standards known in the art. An SC-FDMA system may utilize interleaved FDMA (IFDMA) to transmit on sub-carriers that are distributed across the system bandwidth, localized FDMA (LFDMA) to transmit on a block of adjacent sub-carriers, or enhanced FDMA (EFDMA) to transmit on multiple blocks of adjacent sub-carriers. In general, modulation symbols are sent in the frequency domain with OFDM and in the time domain with SC-FDMA. A SC-FDMA system may implement 3GPP-LTE (3rd Generation Partnership Project Long Term Evolution) or other standards."). A POSITA would appreciate that Merlin '258 discloses these teachings, suggestions, and motivations in context of networks based on IEEE 802.11 standards, including applicability to IEEE 802.11ax standards.

4862.  For example, **Merlin '804** discloses "a method for wireless communication. The method includes generating, at an access point, an aggregated message. The aggregated message includes a single-user broadcast message and at

least one other message. The method further includes transmitting the aggregated message to one or more stations." Merlin '804 at ¶ [0008]. Further, "[i]n various embodiments, the aggregated message can include the single-user broadcast message and one or more multi-user messages. In various embodiments, the aggregated message can include a common physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode. In various embodiments, each message can include a physical layer header indicating whether the at least one other message includes at least message that all of the one or more stations are instructed to decode." *Id.* at ¶ [0010]. And as discussed above in more detail, Merlin '804 discloses or renders obvious all elements of the Asserted Claims of the '851 Patent. *See supra.*

4863.  Merlin '804 also discloses teachings, suggestions, and motivations to use the disclosed system. *Id.* at ¶ [0005] ("In order to address the issue of increasing bandwidth requirements that are demanded for wireless communications systems, different schemes are being developed to allow multiple stations (STAs) to communicate with a single access point by sharing the channel resources while achieving high data throughputs. With limited communication resources, it is desirable to reduce the amount of traffic passing between the access point and the multiple STAs. For example, when multiple STAs send uplink communications to the access point, it is desirable to minimize the amount of traffic to complete the

uplink of all transmissions. Thus, there is a need for an improved protocol for

uplink transmissions from multiple STAs."); and ¶¶ [0062]-[0065] ("Wireless

network technologies can include various types of wireless local area networks

(WLANs). A WLAN can be used to interconnect nearby devices together, employing

widely used networking protocols. The various aspects described herein can apply to

any communication standard, such as Wi-Fi or, more generally, any member of the

IEEE 802.11 family of wireless protocols. In some aspects, wireless signals can be

transmitted according to a high-efficiency 802.11 protocol using orthogonal

frequency-division multiplexing (OFDM), direct-sequence spread spectrum (DSSS)

communications, a combination of OFDM and DSSS communications, or other

schemes. Implementations of the high-efficiency 802.11 protocol can be used for

Internet access, sensors, metering, smart grid networks, or other wireless

applications. Advantageously, aspects of certain devices implementing this

particular wireless protocol can consume less power than devices implementing

other wireless protocols, can be used to transmit wireless signals across short

distances, and/or can be able to transmit signals less likely to be blocked by objects,

such as humans. In some implementations, a WLAN includes various devices which

are the components that access the wireless network. For example, there can be two

types of devices: access points ("APs") and clients (also referred to as stations, or

"STAs"). In general, an AP serves as a hub or base station for the WLAN and a STA

serves as a user of the WLAN. For example, a STA can be a laptop computer, a

████████████████████████████████

personal digital assistant (PDA), a mobile phone, etc. In an example, a STA

connects to an AP via a Wi-Fi (e.g., IEEE 802.11 protocol such as 802.11ah)

compliant wireless link to obtain general connectivity to the Internet or to other

wide area networks. In some implementations a STA can also be used as an AP. The

techniques described herein can be used for various broadband wireless

communication systems, including communication systems that are based on an

orthogonal multiplexing scheme. Examples of such communication systems include

Spatial Division Multiple Access (SDMA), Time Division Multiple Access (TDMA),

Orthogonal Frequency Division Multiple Access (OFDMA) systems, Single-Carrier

Frequency Division Multiple Access (SC-FDMA) systems, and so forth. An SDMA

system can utilize sufficiently different directions to simultaneously transmit data

belonging to multiple STAs. A TDMA system can allow multiple STAs to share the

same frequency channel by dividing the transmission signal into different time

slots, each time slot being assigned to different STA. A TDMA system can

implement GSM or some other standards known in the art. An OFDMA system

utilizes orthogonal frequency division multiplexing (OFDM), which is a modulation

technique that partitions the overall system bandwidth into multiple orthogonal

sub-carriers. These sub-carriers can also be called tones, bins, etc. With OFDM,

each sub-carrier can be independently modulated with data. An OFDM system can

implement IEEE 802.11 or some other standards known in the art. An SC-FDMA

system can utilize interleaved FDMA (IFDMA) to transmit on sub-carriers that are

- 1969 -

███████████████████████████████████████

distributed across the system bandwidth, localized FDMA (LFDMA) to transmit on

a block of adjacent sub-carriers, or enhanced FDMA (EFDMA) to transmit on

multiple blocks of adjacent sub-carriers. In general, modulation symbols are sent in

the frequency domain with OFDM and in the time domain with SC-FDMA. A SC-

FDMA system can implement 3GPP-LTE (3rd Generation Partnership Project Long

Term Evolution) or other standards."). A POSITA would appreciate that Merlin '804

discloses these teachings, suggestions, and motivations in context of networks based

on IEEE 802.11 standards, including applicability to IEEE 802.11ax standards.

4864.  Further, at the time of the invention, it would have been obvious for a

POSITA to combine the teachings of any combination of the above references, using

known methods as disclosed in the references, to yield predictable results. This

would have involved nothing more than making a simple substitution for one or

more known elements to yield a predictable result; and/or using a known technique

disclosed in the references to improve a similar device or method in the same way;

and/or applying a known technique to a known device or method ready for

improvement to yield a predictable result; and/or choosing from a finite, number of

identified, predictable solutions with a reasonable expectation of success; and/or

using known work prompting variations of it for use based on given design

incentives or other market forces in which the variations were predictable to one of

ordinary skill in the art.  *See*, *e.g.*, the discussion of the development of IEEE 802.11

in the "State of the Art" Section above.

███████████████████████████████████

4865.  As one exemplary combination, it would have been obvious at the time

of the invention to combine the teachings of Merlin '690 with the teachings of Chun

and/or Merlin '258. As discussed above in detail, each reference independently

discloses (or at least render obvious) all asserted claims of the '851 patent. And, as

also discussed above, all of these references are directed to IEEE 802.11 WLAN

technology that were known to a POSITA at the time of the invention of the '851

Patent. As discussed above, Merlin '690, Chun, and Merlin '258 all discuss

techniques and motivations to multiplex acknowledgement packets in response to

downlink frames in context of multi-user WLANs based on 802.11 standards.

4866.  Both Merlin '690 and Chun disclose the HT control fields for the MU

DL frame defined in the IEEE 802.11 standard.  And as described in Merlin '690 ¶

146 and Figures 6 and 8 of Chun that the frame structures disclosed in Merlin '690

and Chun are compatible and have the same frame format; both include a HT

control filed and other of the same related fields.  Additionally, both references

disclose that the HT control filed includes reserved bit(s).  To the extent it is argued

or determined that Merlin '690 does not expressly describe each of the sub-fields in

the HT control filed, Chun provides a detailed structure of the sub-fields in the HT

control field.  And to the extent that it is argued or determined that Chun does not

explicitly describe reserved bit(s) in the HT control filed, Merlin '690 discloses that

the reserved bit(s) can indicate whether the control filed further includes the

scheduling extension.  Combining these references (with either one being considered

- 1971 -

as a starting point) was well within the ordinary skill at the time of the invention.
And a POSITA would have been motivated to do so, as described above.

4867. As another exemplary combination, it would have been obvious at the time of the invention to combine the teachings of Merlin '258 with the teachings of Chun and/or Merlin '690. As discussed above in detail, each reference independently discloses (or at least render obvious) all asserted claims of the '851 patent. And, as also discussed above, all of these references are directed to IEEE 802.11 WLAN technology that were known to a POSITA at the time of the invention of the '851 Patent. As discussed above, Merlin '258, Chun, and Merlin '690 all discuss techniques and motivations to multiplex acknowledgement packets in response to downlink frames in context of multi-user WLANs based on 802.11 standards.

## X.    SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS

4868. I understand that certain objective factors, sometimes known as "secondary considerations," may be taken into account in determining whether a claimed invention would have been obvious.

4869. I understand that TP-Link served an interrogatory asking Atlas to "describe in detail [Atlas's] contentions, if any, that secondary considerations (including commercial success, long-felt need, failed attempts of others to solve a problem, initial skepticism, industry recognition and praise for alleged invention, and copying and imitation by others) support the alleged non-obviousness of each