# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ATLAS GLOBAL TECHNOLOGIES LLC,

    Plaintiff,

        v.

TP-LINK TECHNOLOGIES CO., LTD.,
TP-LINK CORPORATION LTD, and
TP-LINK INTERNATIONAL LTD.,

Civil Action No. 2:21-cv-00430-JRG-RSP

JURY TRIAL DEMANDED

## ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND A FINDING OF NO ENTITLEMENT TO PRIORITY DATES EARLIER THAN ACTUAL FILING DATES FOR CERTAIN PRIOR ART

Before the Court is Plaintiff Atlas Global Technologies LLC's Motion for Partial Summary Judgment and a Finding of No Entitlement to Priority Dates Earlier than Actual Filing Dates for Certain Prior Art. Having reviewed the pleading, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the following is GRANTED:

1.  TP-Link is precluded from arguing Choi 701 is entitled to any priority date earlier than November 5, 2015.

2.  TP-Link is precluded from arguing Choi 654 is entitled to any priority date earlier than October 20, 2015.

3.  TP-Link is precluded from arguing Chu is entitled to any priority date earlier than November 11, 2014.

4. TP-Link is precluded from arguing Chun 898 is entitled to any priority date earlier than February 16, 2015.

5. TP-Link is precluded from arguing Chun 288 is entitled to any priority date earlier than February 16, 2015.

6. TP-Link is precluded from arguing Chun 910 is entitled to any priority date earlier than October 27, 2015.

7. TP-Link is precluded from arguing Chun 388 is entitled to any priority date earlier than August 19, 2016.

8. TP-Link is precluded from arguing Lee is entitled to any priority date earlier than July 2, 2015.

9. TP-Link is precluded from arguing Marvell entitled to any priority date earlier than July 12, 2015.

10. TP-Link is precluded from arguing Merlin 051 is entitled to any priority date earlier than February 19, 2016.

11. TP-Link is precluded from arguing Merlin 258 is entitled to any priority date earlier than August 26, 2014.

12. TP-Link is precluded from arguing Merlin 690 is entitled to any priority date earlier than October 30, 2014.

13. TP-Link is precluded from arguing Rong is entitled to any priority date earlier than October 22, 2014.

14. TP-Link is precluded from arguing Vermani 335 is entitled to any priority date earlier than July 2014.