**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC | Case No.  2:21-cv-430-JRG |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD.,<br>TP-LINK CORPORATION LTD, and<br>TP LINK INTERNATIONAL LTD., | |
| Defendant. | |

**Declaration of Alejandra C. Salinas**

I, Alejandra C. Salinas, hereby declare as follows:

1.    I am an attorney at the law firm of Susman Godfrey LLP. I am counsel for Atlas Global Technologies LLC ("Atlas"). I am admitted to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2.    Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Thomas P. McGahee, Ph.D dated May 9, 2023.

3.    Attached as **Exhibit 2** is a true and correct copy of the Expert Report of Thomas P. McGahee, Ph.D dated May 23, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2023.

/s/ Alejandra C. Salinas
Alejandra C. Salinas