# Exhibits 1 and 2 Remain Under Seal