**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC | Case No.  2:21-cv-430-JRG |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD.,<br>TP-LINK CORPORATION LTD, and<br>TP LINK INTERNATIONAL LTD., | |
| Defendant. | |

**Declaration of Alejandra C. Salinas**

I, Alejandra C. Salinas, hereby declare as follows:

1.      I am an attorney at the law firm of Susman Godfrey LLP. I am counsel for Atlas Global Technologies LLC ("Atlas"). I am admitted to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2.      Attached as **Exhibit 1** is a true and correct copy of the document produced by Atlas at ATLAS-00034408 through ATLAS-00034411.

3.      Attached as **Exhibit 2** is a true and correct copy of the document produced by Atlas at TLAS-TPL-00000439 through ATLAS-TPL-00000465.

4.      Attached as **Exhibit 3** is a true and correct copy of the document produced by Atlas at ATLAS-TPL-00000980, ATLAS-00034519 through ATLAS-00034520, ATLAS-00034521 through ATLAS-00034522, ATLAS-TPL-00000981, ATLAS-TPL-00000979, ATLAS-00034510 through ATLAS-00034511.

5.    Attached as **Exhibit 4** is a true and correct copy of excerpts of the April 7, 2023 Deposition of Craig Yudell.

6.    Attached as **Exhibit 5** is a true and correct copy of excerpts of the March 31, 2023 Deposition of Liu Feiyue.

7.    Attached as **Exhibit 6** is a true and correct copy of the "IEEE-SA Standards Board Bylaws," IEEE Standards Association website, archived February 24, 2014, obtained from the following          URL:          http://web.archive.org/web/20140224112902/http://standards. ieee.org/develop/policies/bylaws/sb_bylaws.pdf

8.    Attached as **Exhibit 7** is a true and correct copy of the document produced by TP-Link at TPL0020685 through TPL0020688.

9.    Attached as **Exhibit 8** is a true and correct copy of the Expert Report of Thomas P. McGahee, Ph.D dated May 9, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 8, 2023.

*/s/ Alejandra C. Salinas*
Alejandra C. Salinas