# Exhibits 1-5, 7 and 8 Remain Under Seal