**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 2:21-cv-430-JRG |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP LINK INTERNATIONAL LTD., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**DECLARATION OF EDWARD J. MAYLE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND A FINDING OF NO ENTITLEMENT TO PRIORITY DATES EARLIER THAN <u>ACTUAL FILING DATES FOR CERTAIN PRIOR ART</u>**

I, Edward J. Mayle, hereby declare and state:

1.      I am an attorney with Kilpatrick Townsend & Stockton LLP and am counsel for Defendants TP-Link Technologies Co., Ltd., TP-Link Corporation Ltd., and TP-Link International Ltd. ("TP-Link") in this case.  I am licensed to practice law in Colorado, the District of Columbia and the Eastern District of Texas.  I make this declaration on my personal knowledge, and, if called upon as a witness could and would testify competently to the matters set forth below.

2.    Exhibit 1 is a true and correct copy of Dr. Hansen's Ex. 259-2, the "Chun 898" published application.

3.    Exhibit 2 is a true and correct copy of Dr. Hansen's Ex. 520-4, the "Chun 910" published application.

4.    Exhibit 3 is a true and correct copy of Dr. Hansen's Ex. 187-2, the "Lee" published

application.

5.   Exhibit 4 is a true and correct copy of Dr. Hansen's Ex. 187-3, the "Choi 701" published application.

6.   Exhibit 5 is a true and correct copy of Dr. Hansen's Ex. 187-6, Interleaver and Tone Mapper for OFDMA.

7.   Exhibit 6 is a true and correct copy of Dr. Hansen's Ex. 738-2, the "Merlin 258" published application.

8.   Exhibit 7 is a true and correct copy of Dr. Hansen's Ex. 738-5, the "Merlin 690" published application.

9.   Exhibit 8 is a true and correct copy of Dr. Hansen's Ex. 738-6, the "Vermani 335" published application.

10. Exhibit 9 is a true and correct copy of Dr. Hansen's Ex. 738-7, the "Chu" patent.

11. Exhibit 10 is a true and correct copy of Dr. Hansen's Ex. 513-2, the "Rong" published application.

12. Exhibit 11 is a true and correct copy of Dr. Hansen's Ex. 513-3, the "Choi 654" published application.

13. Exhibit 12 is a true and correct copy of Dr. Hansen's Ex. 513-6, the "Chun 288" published application.

14. Exhibit 13 is a true and correct copy of Dr. Hansen's Ex. 919-2, the "Merlin 051" published application.

15. Exhibit 14 is a true and correct copy of Dr. Hansen's Ex. 919-5, the "Chun 388" published application.

16. Exhibit 15 is a true and correct copy of an August 31, 2018 declaration, filed as of ECF

No. 167 in Carl Zeiss AG v. Nikon Corp., No. 2:17-cv-07083 (C.D. Cal.).


Executed on June 22, 2023 at Denver, Colorado.


/s/ Edward J. Mayle
Edward J. Mayle
tmayle@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
Tel: (303) 571-4000
Fax: (303) 571-4321

*Attorney for Defendants*