# EXHIBIT 5

# Ex. 187-6

**July, 2015**  **doc.: IEEE 802.11-15/0816r0**

# Interleaver and Tone Mapper for OFDMA

**Date:** 2015-07-12

## Authors:

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Yakun Sun | Marvell | 5488 Marvell Lane, Santa Clara, CA, 95054 | 408-222-2500 | yakunsun@marvell.com |
| Hongyuan Zhang | | | | hongyuan@marvell.com |
| Lei Wang | | | | Leileiw@marvell.com |
| Liwen Chu | | | | liwenchu@marvell.com |
| Jinjing Jiang | | | | jinjing@marvell.com |
| Yan Zhang | | | | yzhang@marvell.com |
| Rui Cao | | | | ruicao@marvell.com |
| Sudhir Srinivasa | | | | sudhirs@marvell.com |
| Saga Tamhane | | | | sagar@marvell.com |
| Mao Yu | | | | my@marvell.com |
| Edward Au | | | | edwardau@marvell.com |
| Hui-Ling Lou | | | | hlou@marvell.com |

TPL0002499

July, 2015                                                    doc.: IEEE 802.11-15/0816r0

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Ron Porat | Broadcom | | | rporat@broadcom.com |
| Matthew Fischer | | | | mfischer@broadcom.com |
| Sriram Venkateswaran | | | | |
| Tu Nguyen | | | | |
| Vinko Erceg | | | | |
| Robert Stacey | Intel | 2111 NE 25th Ave, Hillsboro OR 97124, USA | +1-503-724-893 | robert.stacey@intel.com |
| Eldad Perahia | | | | eldad.perahia@intel.com |
| Shahrnaz Azizi | | | | shahrnaz.azizi@intel.com |
| Po-Kai Huang | | | | po-kai.huang@intel.com |
| Qinghua Li | | | | quinghua.li@intel.com |
| Xiaogang Chen | | | | xiaogang.c.chen@intel.com |
| Chitto Ghosh | | | | chittabrata.ghosh@intel.com |
| Rongzhen Yang | | | | rongzhen.yang@intel.com |
| Laurent cariou | | | | laurent.cariou@intel.com |

TPL0002500

July, 2015                                                                        doc.: IEEE 802.11-15/0816r0

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Kiseon Ryu | LG Electronics | 19, Yangjae-daero 11gil, Seocho-gu, Seoul 137-130, Korea | | kiseon.ryu@lge.com |
| Jinyoung Chun | | | | jiny.chun@lge.com |
| Jinsoo Choi | | | | js.choi@lge.com |
| Jeongki Kim | | | | jeongki.kim@lge.com |
| Giwon Park | | | | giwon.park@lge.com |
| Dongguk Lim | | | | dongguk.lim@lge.com |
| Suhwook Kim | | | | suhwook.kim@lge.com |
| Eunsung Park | | | | esung.park@lge.com |
| Hyeyoung Choi | | | | hy0117.choi@lge.com |
| Jinmin Kim | | | | Jinmin1230.kim@lge.com |
| HanGyu Cho | | | | hg.cho@lge.com |
| Thomas Derham | Orange | | | thomas.derham@orange.com |
| Brian Hart | Cisco Systems | 170 W Tasman Dr, San Jose, CA 95134 | | brianh@cisco.com |
| Pooya Monajemi | | | | pmonajem@cisco.com |
| Joonsuk Kim | Apple | | | joonsuk@apple.com |
| Aon Mujtaba | | | | mujtaba@apple.com |
| Guoqing Li | | | | guoqing_li@apple.com |
| Eric Wong | | | | ericwong@apple.com |
| Chris Hartman | | | | chartman@apple.com |

TPL0002501

July, 2015                                                                doc.: IEEE 802.11-15/0816r0

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Fei Tong | Samsung | Innovation Park, Cambridge CB4 0DS (U.K.) | +44 1223 434633 | f.tong@samsung.com |
| Hyunjeong Kang | | Maetan 3-dong; Yongtong-Gu Suwon; South Korea | +82-31-279-9028 | hyunjeong.kang@samsung.com |
| Kaushik Josiam | | 1301, E. Lookout Dr, Richardson TX 75070 | (972) 761 7437 | k.josiam@samsung.com |
| Mark Rison | | Innovation Park, Cambridge CB4 0DS (U.K.) | +44 1223 434600 | m.rison@samsung.com |
| Rakesh Taori | | 1301, E. Lookout Dr, Richardson TX 75070 | (972) 761 7470 | rakesh.taori@samsung.com |
| Sanghyun Chang | | Maetan 3-dong; Yongtong-Gu Suwon; South Korea | +82-10-8864-1751 | s29.chang@samsung.com |
| Yasushi Takatori | NTT | 1-1 Hikari-no-oka, Yokosuka, Kanagawa 239-0847 Japan | | takatori.yasushi@lab.ntt.co.jp |
| Yasuhiko Inoue | | | | inoue.yasuhiko@lab.ntt.co.jp |
| Yusuke Asai | | | | asai.yusuke@lab.ntt.co.jp |
| Koichi Ishihara | | | | ishihara.koichi@lab.ntt.co.jp |
| Akira Kishida | | | | kishida.akira@lab.ntt.co.jp |
| Akira Yamada | NTT DOCOMO | 3-6, Hikarinooka, Yokosuka-shi, Kanagawa, 239-8536, Japan | | yamadaakira@nttdocomo.com |
| Fujio Watanabe | | 3240 Hillview Ave, Palo Alto, CA 94304 | | watanabe@docomoinnovations.com |
| Haralabos Papadopoulos | | | | hpapadopoulos@docomoinnovations.com |

Submission                                        Slide 4                          Yakun Sun, et. al. (Marvell)

TPL0002502

July, 2015                                                                          doc.: IEEE 802.11-15/0816r0

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Phillip Barber | | The Lone Star State, TX | | pbarber@broadbandmobiletech.com |
| Peter Loc | | | | peterloc@iwirelesstech.com |
| Le Liu | | F1-17, Huawei Base, Bantian,  Shenzhen | +86-18601656691 | liule@huawei.com |
| Jun Luo | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | | jun.l@huawei.com |
| Yi Luo | | F1-17, Huawei Base, Bantian,  Shenzhen | +86-18665891036 | Roy.luoyi@huawei.com |
| Yingpei Lin | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | | linyingpei@huawei.com |
| Jiyong Pang | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | | pangjiyong@huawei.com |
| Zhigang Rong | Huawei | 10180 Telesis Court, Suite 365, San Diego, CA  92121 NA | | zhigang.rong@huawei.com |
| Rob Sun | | 303 Terry Fox, Suite 400 Kanata, Ottawa, Canada | | Rob.Sun@huawei.com |
| David X. Yang | | F1-17, Huawei Base, Bantian,  Shenzhen | | david.yangxun@huawei.com |
| Yunsong Yang | | 10180 Telesis Court, Suite 365, San Diego, CA  92121 NA | | yangyunsong@huawei.com |
| Zhou Lan | | F1-17, Huawei Base, Bantian,  SHenzhen | +86-18565826350 | Lanzhou1@huawei.com |
| Junghoon Suh | | 303 Terry Fox, Suite 400 Kanata, Ottawa, Canada | | Junghoon.Suh@huawei.com |
| Jiayin Zhang | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | +86-18601656691 | zhangjiayin@huawei.com |

Submission                                         Slide 5                              Yakun  Sun, et. al. (Marvell)

TPL0002503

July, 2015

doc.: IEEE 802.11-15/0816r0

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Albert Van Zelst | Qualcomm | Straatweg 66-S Breukelen, 3621 BR Netherlands | | allert@qti.qualcomm.com |
| Alfred Asterjadhi | | 5775 Morehouse Dr. San Diego, CA, USA | | aasterja@qti.qualcomm.com |
| Bin Tian | | 5775 Morehouse Dr. San Diego, CA, USA | | btian@qti.qualcomm.com |
| Carlos Aldana | | 1700 Technology Drive San Jose, CA 95110, USA | | caldana@qca.qualcomm.com |
| George Cherian | | 5775 Morehouse Dr. San Diego, CA, USA | | gcherian@qti.qualcomm.com |
| Gwendolyn Barriac | | 5775 Morehouse Dr. San Diego, CA, USA | | gbarriac@qti.qualcomm.com |
| Hemanth Sampath | | 5775 Morehouse Dr. San Diego, CA, USA | | hsampath@qti.qualcomm.com |
| Menzo Wentink | | Straatweg 66-S Breukelen, 3621 BR Netherlands | | mwentink@qti.qualcomm.com |
| Richard Van Nee | | Straatweg 66-S Breukelen, 3621 BR Netherlands | | rvannee@qti.qualcomm.com |
| Rolf De Vegt | | 1700 Technology Drive San Jose, CA 95110, USA | | rolfv@qca.qualcomm.com |
| Sameer Vermani | | 5775 Morehouse Dr. San Diego, CA, USA | | svverman@qti.qualcomm.com |
| Simone Merlin | | 5775 Morehouse Dr. San Diego, CA, USA | | smerlin@qti.qualcomm.com |
| Tevfik Yucek | | 1700 Technology Drive San Jose, CA 95110, USA | | tyucek@qca.qualcomm.com |
| VK Jones | | 1700 Technology Drive San Jose, CA 95110, USA | | vkjones@qca.qualcomm.com |
| Youhan Kim | | 1700 Technology Drive San Jose, CA 95110, USA | | youhank@qca.qualcomm.com |
| Alice Chen | | | | |
| Lin Yang | | | | |

TPL0002504

July, 2015                                                                doc.: IEEE 802.11-15/0816r0

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| James Yee | Mediatek | No. 1 Dusing 1st Road, Hsinchu, Taiwan | +886-3-567-0766 | james.yee@mediatek.com |
| Alan Jauh | | | | alan.jauh@mediatek.com |
| Chingwa Hu | | | | chinghwa.yu@mediatek.com |
| Frank Hsu | | | | frank.hsu@mediatek.com |
| Thomas Pare | Mediatek USA | 2860 Junction Ave, San Jose, CA 95134, USA | +1-408-526-1899 | thomas.pare@mediatek.com |
| ChaoChun Wang | | | | chaochun.wang@mediatek.com |
| James Wang | | | | james.wang@mediatek.com |
| Jianhan Liu | | | | Jianhan.Liu@mediatek.com |
| Tianyu Wu | | | | tianyu.wu@mediatek.com |
| Russell Huang | | | | russell.huang@mediatek.com |
| Bo Sun | ZTE | #9 Wuxing duan, Xifeng Rd, Xi'an, China | | Sub.bo1@zte.com.cn |
| Kaiying Lv | | | | lv.kaiying@zte.com.cn |
| Yonggang Fang | | | | yfang@ztetx.com |
| Ke Yao | | | | Yao.ke5@zte.com.cn |
| Weimin Xing | | | | Xing.weimin@zte.com.cn |

TPL0002505

July, 2015                                                doc.: IEEE 802.11-15/0816r0

# Overview

- **11ax OFDMA resource unit (RU) sizes have been agreed to be [1]**
  - 26, 52, 106, 242, 484, 996x1/2 tones
- **The interleaver (BCC) and tone mapper (LDPC) design for each size of RU is still open.**
  - Some RU's tone plan design implies a reuse of existing design.
  - The rest RU does not have existing designs to reuse.
  - BCC usage has been proposed to be limited to no larger than 20MHz and Nss≤4 [2].

Existing design
Open

| RU (tones) | BCC | | | LDPC | Reuse |
|---|---|---|---|---|---|
| | $N_{col}$ | $N_{rot}$ | | $D_{TM}$ | |
| 26 | 8 | 2 (Nss≤4) | | No? | 11ah 1MHz |
| 52 | 16 | ? | | ? | 11a 20MHz |
| 106 | ? | ? | | ? | 11ac 40MHz? |
| 242 | 26 | 58 (Nss≤4) | | 9 | 11ac 80MHz |
| 484 | | | | ? | 11ac 160MHz? |
| 996 | | | | ? | N/A |

TPL0002506

doc.: IEEE 802.11-15/0816r0

# (1) 52-tone RU, Nrot

- **Simulation Assumptions**
  - A STA is assigned with a 52-tone block randomly.
  - Ncol=16(11a)
  - BCC, 8000 bits
  - 4Tx, Nss=2, 4; 8Tx, Nss=8. No TxBF.
  - Nrot is simulated from 1 to 23.
  - D-NLOS (CP=0.8us), UMi-NLOS (CP=1.6us)
  - Actual channel estimation, no other impairments

- **Compared SNR(Nrot) – SNR(Nrot_ref) at PER = 10%**
  - Nrot_ref =11 for Nss<=4
  - Negative value → Nrot performs better than Nrot_ref.

TPL0002507

**July, 2015**                                                                                       **doc.: IEEE 802.11-15/0816r0**

# UMi-NLOS, Nss=2



UMi-NLOS, 20MHz, 4Tx, Nss2, no BF, 26x2

- MCS>2 and Nss>2 cannot make to PER = 10%.
- Relative SNR of each Nrot at PER=10% is compared to $N_{rot}$=11 for illustration.

**Observations**:

- MCS0/1/2 has the same trend over different $N_{rot}$.
- Even $N_{rot}$'s have large performance loss, and odd Nrot's do not impose large loss for MCS0/1/2
- $N_{rot}$ = 11/13 works best over all MCS/subchannels. In the case other $N_{rot}$ works better, loss is less than 0.3dB.

---

TPL0002508

**July, 2015**                                          **doc.: IEEE 802.11-15/0816r0**

# DNLOS, Nss=2/4





- Only simulated odd $N_{rot}$
- MCS>=3 (lower MCS is not important for MIMO)

**Observations**:

- Low $N_{rot}$ (<11) clearly has degradation comparing to Nrot=11 for almost all MCSs at Nss=4.
- High $N_{rot}$ (>11) performs different for different MCS for Nss=2, but closely for Nss=4.
- $N_{rot}$ = 11 has loss is mostly less than 0.4dB for any MCS/Nss, and also an existing 11ac design.

TPL0002509

# Summary of Nrot for 52-tone RU

- **Nrot = 11 works overall best for Nss$\leq$4.**
  - Also used for 11n/ac for 20MHz with 52 data tones, very close to 52-tone RU with 48 data tones.

- **Nrot = 11 is also an existing design to be reused.**

TPL0002510

# (2) 106-tone RU Interleaver

- **11ax 106-tone RU has 102 data tones, with a small set of potential Ncol's:**
  - 2, 3, 6, 17, 34, 51

- **11ac 40MHz has 108 data ones, and the BCC interleaver uses Ncol=18.**
  - Cannot be directly reused for 106-tone RU.

- **Use Ncol = 17 for 106-tone RU**
  - Very small difference in the number of data tones between 11ac and 106-tone RU → Ncol=17 should work as well as Ncol=18 for 11ac 40MHz.
  - Other potential Ncol's are either too large or too small.

- **Reuse Nrot = 29 as in 11n/ac for 106-tone RU for the same reason.**

TPL0002511

# (3) 26/52/106-tone RU, $D_{TM}$

- **26-tone RU (24 data tones)**
    - Potential $D_{TM} = 1$ (no tone mapping), 2, 3, 4, 6, 8, 12

- **52-tone RU (48 data tones)**
    - Potential $D_{TM} = 1$ (no tone mapping), 2, 3, 4, 6, 8, 12, 16, 24

- **106-tone RU (102 data tones)**
    - Potential $D_{TM} = 1$ (no tone mapping), 2, 3, 6, 17, 34, 51

- **Note in 11ac $D_{TM}$ is equivalent to $N_{SD}/N_{col}$ as in BCC interleaver for implementation benefit (see Appendix).**

TPL0002512

July, 2015

doc.: IEEE 802.11-15/0816r0

# Analysis on Necessity of Tone Mapper

- **For 26-tone RU:**
  - $N_{CBPS} \leq 24 * 8$ (256QAM) $* 8$ (Nss) $= 1536 < 1$ CW (1944)

- **For 52-tone RU:**
  - $N_{CBPS} \leq 48 * 8$ (256QAM) $* 4$ (Nss) $= 1536 < 1$ CW
  - $N_{CBPS} \leq 48 * 8$ (256QAM) $* 8$ (Nss) $= 3072 \sim 1.5$ CW

- **For 106-tone RU:**
  - $N_{CBPS} \leq 102 * 8$ (256QAM) $* 1$ (Nss) $= 816 < 1$ CW
  - $N_{CBPS} \leq 102 * 8$ (256QAM) $* 2$ (Nss) $= 1632 < 1$ CW
  - $N_{CBPS} \leq 102 * 8$ (256QAM) $* 4$ (Nss) $= 3264 \sim 1.7$ CW
  - $N_{CBPS} \leq 102 * 8$ (256QAM) $* 8$ (Nss) $= 6528 \sim 3.3$ CW

- **Tone mapper may be necessary only for 52-tone with Nss>4, or 106-tone with Nss>2.**
  - Confirmed by PER simulations later.

TPL0002513

# Simulations

- **Simulation assumptions**
  - A STA is assigned with a 26/52/106-tone blocks randomly.
  - 8000 bit per packet.
  - D-NLOS (CP=0.8us),
    - 1x1, Nss=1; 2x2, Nss = 2; 4x4, Nss=4; 8x8, Nss=8. No TxBF.
  - UMi-NLOS (CP=1.6us)
    - 1x1
  - Actual channel estimation, no other impairments.

- **Compared $SNR(D_{TM}) - SNR(D_{TM}=1)$ at PER = 10%**
  - DTM = 1 → no tone mapping.
  - If negative value → tone mapping performs better than no tone mapping.

TPL0002514

July, 2015                                                                doc.: IEEE 802.11-15/0816r0

# 26-Tone, Nss=1





- **Performance with tone mapping and no tone mapping are very close, within +/-0.3dB → tone mapping is not necessary.**

TPL0002515

July, 2015                                                                doc.: IEEE 802.11-15/0816r0

# 26-Tone, Nss = 4, 8




- **Performance of tone mapping for Nss=4 provides less than 0.5dB gain, and less than 1dB for Nss=8.**
- **Tone mapping is not critical.**

TPL0002516

doc.: IEEE 802.11-15/0816r0

# 52-Tone, Nss=1



- **Similar to 26-tone RU, performance with tone mapping and no tone mapping are very close, within +/-0.3dB → tone mapping is not necessary.**

TPL0002517

July, 2015                                                                      doc.: IEEE 802.11-15/0816r0

# 52-Tone, Nss = 4, 8

 

- **Performance of tone mapping for Nss=4 provides less than 1dB gain, and 1.5~2dB for Nss=8.**
- **$D_{TM} = 6$ works overall best for Nss>4, and $D_{TM}=3$ performance is very close.**
- **$D_{TM} = 3$ is equivalent to $N_{col} = 16$, which is an existing design.**

TPL0002518

doc.: IEEE 802.11-15/0816r0

# 106-Tone, Nss=1




- **Tone mapping provides less than 1dB performance gain over no tone mapping → tone mapping is not critical.**

---

TPL0002519

# 106-Tone, Nss = 2, 4, 8





- **Performance gain of tone mapping increases to 1 dB for (Nss=2), or 2dB (Nss=4), or 4dB (Nss=8)**

- $D_{TM}$**=6 provides overall best performance (cross all MCS/Nss).**

TPL0002520

July, 2015                                                          doc.: IEEE 802.11-15/0816r0

# Summary of $D_{TM}$ for 26/52/106-tone RU

- **Performance gain of tone mapping over no tone mapping:**

| RU (Tones) | Nss = 1 | Nss = 4 | Nss = 8 |
|:----------:|:-------:|:-------:|:-------:|
| 26 | +/-0.3dB | 0.4dB | 1dB |
| 52 | +/-0.3dB | 1dB | 2dB |
| 106 | <1dB | 2dB | 4dB |

- **For simplicity, suggest**
  - No tone mapping for 26-tone RU
  - Tone mapping with $D_{TM} = 3$ for 52-tone RU for close-to-optimal performance and reusing existing design.
  - Tone mapping with $D_{TM} = 6$ for 106-tone RU.

---

Submission                          Slide 23                    Yakun Sun, et. al. (Marvell)

TPL0002521

# (4) 484-tone RU, $D_{TM}$

- **Segment parser is used for 11ac 160MHz, which can be reused here.**

- **Alternative we can remove segment parser and define a new $D_{TM}$ for LDPC.**
  - Potential $D_{TM}$ = 2, 3, 4, 6, 9, 12, 13, 18, 26, 36, 39, 52, 78, 117, 156, 234.

- **Simulation assumptions**
  - A STA is assigned with a 484-tone RU.
  - 8000 bit per packet.
  - D-NLOS (CP=0.8us), UMi-NLOS (CP=1.6us)
  - Actual channel estimation, no other impairments.
  - Simulated $D_{TM}$ = 13, 18, 26, 36, 39, 52, 78, 117 (without segment parser), and segment parser with $D_{TM}$ = 9 (11ac 160MHz).
  - MCS 0, 2, 4, 7 and 9.

TPL0002522

# D-NLOS



D-NLOS, 40MHz, 512 FFT, 468 data tones, 1x1

- **Segment parser has up to 2dB loss at MCS7-9 → better to redefine $D_{TM}$ without segment parser.**
- **$D_{TM} = 12$ and 13 performs overall best for all MCS's, although the gain is not significant.**
  - $D_{TM} = 12$ is equivalent to $N_{col} = 39$ (which is the best Ncol for 11ac 160MHz w/o segment parsing [3]).

TPL0002523

# UMi-NLOS



- **$D_{TM}$ = 12 and 13 are very close and very marginally better than other options.**

TPL0002524

doc.: IEEE 802.11-15/0816r0

# (5) 996-tone RU, $D_{TM}$

- **Potential $D_{TM}$ = 2, 4, 5, 7, 10, 14, 20, 28, 35, 49, 70, 98, 140, 196, 245, 490**

- **Simulation assumptions**
    - A STA is assigned with a 996-tone RU.
    - 8000 bit per packet.
    - D-NLOS (CP=0.8us), UMi-NLOS (CP=1.6us)
    - Actual channel estimation, no other impairments.
    - Simulated $D_{TM}$ = 10, 14, 20, 28, 35, 49, 70, 98 for MCS0, 2, 4, 7 and 9.

　　　　　　Slide 27　　　　　　Yakun  Sun, et. al. (Marvell)

TPL0002525

July, 2015                                                                      doc.: IEEE 802.11-15/0816r0

# D-NLOS



- **$D_{TM}$ = 20 performs best, and $D_{TM}$=10/14 are marginally worse than $D_{TM}$ = 20.**

TPL0002526

# UMi-NLOS



- **Performance of $D_{TM} = 10 \sim 20$ are almost the same, and marginally better than other $D_{TM}$'s.**

TPL0002527

July, 2015                                                                    doc.: IEEE 802.11-15/0816r0

# Conclusions

| RU (tones) | BCC | | LDPC |
|---|---|---|---|
| | $N_{col}$ | $N_{rot}$ | $D_{TM}$ |
| 26 | 8 | 2 (Nss≤4) | 1 |
| 52 | 16 | 11 (Nss≤4) | 3 |
| 106 | 17 | 29 (Nss≤4) | 6 |
| 242 | 26 | 58 (Nss≤4) | 9 |
| 484 | | | 12 |
| 996 | | | 20 |

TPL0002528

July, 2015

doc.: IEEE 802.11-15/0816r0

# Straw Poll #1

- **Do you support the BCC interleaver and LDPC tone mapper parameters to be defined in the table?**

| RU (tones) | BCC | | LDPC |
|---|---|---|---|
| | $N_{col}$ | $N_{rot}$ | $D_{TM}$ |
| 26 | 8 | 2 | 1 |
| 52 | 16 | 11 | 3 |
| 106 | 17 | 29 | 6 |
| 242 | 26 | 58 | 9 |
| 484 | | | 12 |
| 996 | | | 20 |

Submission

Slide 31

Yakun Sun, et. al. (Marvell)

TPL0002529

**July, 2015**                                                                    **doc.: IEEE 802.11-15/0816r0**

# Appendix

TPL0002530

# LDPC Tone Mapping as a Special Case of BCC Channel Interleaver



If $D = N_{ROW} / N_{bpscs}$, $L = N_{COL}$

TPL0002531

# LDPC Tone Mapping as a Special Case of BCC Channel Interleaver

- **Excellent compromise**
  - Each implementation can choose to either
    - Make use of existing BCC channel interleaver, or
    - Use tone mapping in front of IFFT
  - Nrow/Nbpscs = 4/6/9/9 for 20/40/80/160 MHz
    - Large enough to satisfy $D \geq \lceil N_{CBPS}/L_{CW} \rceil$ in all cases
      - 20 MHz, Nss=8, 256-QAM 5/6:   3328 / 1944 = 1.7
      - 40 MHz, Nss=8, 256-QAM 5/6:   6912 / 1944 = 3.6
      - 80 MHz, Nss=8, 256-QAM 5/6: 14976 / 1944 = 7.7

TPL0002532

July, 2015                                                      doc.: IEEE 802.11-15/0816r0

# References

- **[1] 11-15-0132-06-00ax-spec-framework**
- **[2] 11-15-0580-01-00ax-11ax-coding-discussion**
- **[3] 11-10-1063-01-00ac-160-mhz-tranmission-flow**

TPL0002533