# EXHIBIT 15

VINCENT J. BELUSKO (CA SBN 100282)
VBelusko@mofo.com
JONATHAN M. SMITH (CA SBN 292285)
JonathanSmith@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

JACK W. LONDEN (CA SBN 85776)
JLonden@mofo.com
DIANA B. KRUZE (CA SBN 247605)
DKruze@mofo.com
SHAELYN DAWSON (CA SBN 288278)
Shaelyndawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
NIKON CORPORATION, SENDAI
NIKON CORPORATION, and NIKON INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CARL ZEISS AG and ASML NETHERLANDS, B.V., <br><br> Plaintiffs, <br><br> v. <br><br> NIKON CORPORATION, SENDAI NIKON CORPORATION, and NIKON INC., <br><br> Defendants. | Case No. 2:17-cv-07083 RGK (MRWx) <br><br> **DECLARATION OF MARK BUTTERWORTH IN SUPPORT OF DEFENDANTS NIKON CORPORATION, SENDAI NIKON CORPORATION AND NIKON INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION** <br><br> Date: September 24, 2018 <br> Time: 9:00 a.m. <br> Courtroom: 850, 8th Floor <br><br> Hon. R. Gary Klausner |

Case No. 2:17-cv-07083 RGK (MRWx)
DECLARATION OF MARK BUTTERWORTH

# TABLE OF CONTENTS

Page

I.  INTRODUCTION ................................................................................................ 1

II.  QUALIFICATIONS ........................................................................................... 1

III.  MATERIALS CONSIDERED ............................................................................ 1

IV.  THE CLAIMS OF GUIDASH '900 ARE SUPPORTED BY THE '104 PROVISIONAL .................................................................................................. 2

Case No. 2:17-cv-07083 RGK (MRWx)
DECLARATION OF MARK BUTTERWORTH

i

1. I, Mark Butterworth, declare as follows:

## I. INTRODUCTION

2. I have been retained by the Defendants regarding U.S. Patent Nos. 8,149,312 ("'312 Patent"), 8,625,017 ("'017 Patent"), and 9,728,574 ("'574 Patent"). For simplicity, I may refer to the '312, '017, and '574 Patents collectively as the Kwon Patents. I have been asked to provide this declaration regarding my analysis of certain prior art to the Kwon Patents

3. I am over the age of 18 and competent to testify as to the matters set forth in this declaration.

4. I am being compensated at my customary rate of $225 per hour for the time I spend on this matter. No part of my compensation is dependent on the outcome of this proceeding or any other proceeding involving the above-listed patents, or any of its related patents. I have no other interest in this proceeding.

## II. QUALIFICATIONS

5. I refer to my expert report of August 8, 2018 in which I describe my qualifications. (Declaration of Jonathan Smith in Support of Nikon's Opposition to Plaintiffs' Motion for Summary Adjudication ("Smith Decl.") Ex. 13.)

## III. MATERIALS CONSIDERED

6. I refer to Appendix B of my expert report in which I list the material that I have considered, including the prosecution history of the Kwon Patents. (*Id*.)

7. Included in the material I considered are U.S. Patent No. 7,705,900 ("Guidash '900") and Provisional Application No. 60/686,104 ("the '104 Provisional"). (*Id*. Exs. 14–15.)

Case No. 2:17-cv-07083 RGK (MRWx)
DECLARATION OF MARK BUTTERWORTH

1

## IV. THE CLAIMS OF GUIDASH '900 ARE SUPPORTED BY THE '104 PROVISIONAL

8. I have reviewed the claims of Guidash '900 and the disclosure of the '104 Provisional.

9. It is my opinion that the claims of the Guidash '900 are supported by the disclosure of the '104 Provisional.

10. All of the figures (FIGs. 1-8) found the '104 Provisional are also found in Guidash '900 (as FIGS. 4-11, respectively). In my August 8, 2018 expert report, I reference to these same figures in my invalidity analysis of the various claims of the '017 and '574 patents. It is my opinion that the '104 Provisional discloses substantially the same material disclosure that support both the claims of the Guidash '900 and render invalid the asserted claims of the '017 and '574 patents. A person of ordinary skill in the art would also have appreciated and understood the same.

11. It is my opinion that all of the claims of Guidash '900 (claims 1-33) are supported by the '104 Provisional.

12. I provide below the '104 Provisional exemplary support for each of the claims of Guidash '900:

| Guidash '900 Claim | '104 Provisional Support |
|---|---|
| 1 | Figs. 1, 4 and corresponding description |
| 2 | Fig. 1 and corresponding description |
| 3 | Fig. 1 and corresponding description |
| 4 | Fig. 1 and corresponding description |
| 5 | Fig. 2 and corresponding description |
| 6 | Fig. 2 and corresponding description |
| 7 | Fig. 2 and corresponding description |

| 8 | Fig. 1 and corresponding description |
|---|---|
| 9 | Fig. 1 and corresponding description |
| 10 | Fig. 1 and corresponding description |
| 11 | Fig. 2 and corresponding description |
| 12 | Fig. 2 and corresponding description |
| 13 | Fig. 2 and corresponding description |
| 14 | Figs. 1, 3, 4, 5 and corresponding description |
| 15 | Figs. 1, 3, 4, 5 and corresponding description |
| 16 | Fig. 1 and corresponding description |
| 17 | Fig. 1 and corresponding description |
| 18 | Fig. 1 and corresponding description |
| 19 | Fig. 1 and corresponding description |
| 20 | Fig. 1 and corresponding description |
| 21 | Fig. 2 and corresponding description |
| 22 | Fig. 2 and corresponding description |
| 23 | Fig. 2 and corresponding description |
| 24 | Fig. 1 and corresponding description |
| 25 | Fig. 1 and corresponding description |
| 26 | Fig. 1 and corresponding description |
| 27 | Fig. 2 and corresponding description |
| 28 | Fig. 2 and corresponding description |
| 29 | Fig. 2 and corresponding description |
| 30 | Figs. 1, 3, 4, 5 and corresponding description |
| 31 | Figs. 1, 3, 4, 5 and corresponding description |
| 32 | Fig. 1 and corresponding description |
| 33 | Figs. 1, 3, 4, 5 and corresponding description |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2018.

_____
Mark Butterworth