**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 2:21-cv-430-JRG |
| v. | **JURY TRIAL DEMANDED** |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP LINK INTERNATIONAL LTD., | |
| Defendants. | |

**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND A FINDING OF NO ENTITLEMENT TO PRIORITY DATES EARLIER THAN ACTUAL FILING DATES FOR CERTAIN PRIOR ART**

Before the Court is the Plaintiff's Motion for Partial Summary Judgment and A Finding of No Entitlement to Priority Dates Earlier Than Actual Filing Dates for Certain Prior Art.  The Court, having considered same, is of the opinion the motion should be DENIED.

1