**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 2:21-cv-00430-JRG-RSP |
| v. | JURY TRIAL DEMANDED |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LTD, and TP-LINK INTERNATIONAL LTD., | |
| Defendants. | |

**DECLARATION OF ERIC J. ENGER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO DIRECT INFRINGEMENT AND NO PRE-SUIT INDIRECT INFRINGEMENT**

I, Eric J. Enger, declare as follows:

1. I am a partner with the law firm of Heim, Payne & Chorush, which represents Atlas Global Technologies LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2. Exhibit A is a true and correct copy of the landing page for the TP-Link U.S. Website (highlighting added).

3. Exhibit B is a true and correct copy of the Terms of Use for the TP-Link U.S. Website (highlighting added).

4. Exhibit C is a true and correct copy of the Registration Data Lookup Service results for "tp-link.com" (highlighting added).

5. Exhibit D is a true and correct copy of TP-Link invoices for the Accused Products

(highlighting added).

6.  Exhibit E is a true and correct copy of the TP-Link U.S. Distribution Agreements (highlighting added).

7.  Exhibit F is a true and correct copy of the USPTO Assignment Database results for the query: Assignee name="Atlas" and Assignor name="Newracom" (highlighting added).

8.  Exhibit G is a true and correct copy of the USPTO Patent Assignment from Newracom to Atlas (highlighting added).

9.  Exhibit H is a true and correct copy of excerpts from the expert report of Atlas's infringement expert, Dr. Shoemake (highlighting added).

10.  Exhibit I is a true and correct copy of various pages from the TP-Link U.S. Website relating to Wi-Fi 6 routers (highlighting added).

11.  Exhibit J is a true and correct copy of excerpts from the March 1, 2023 Motion Hearing in this case (highlighting added).

12.  Exhibit K is a true and correct copy of excerpts from the expert report of TP-Link's non-infringement expert, Dr. Hansen (highlighting added).

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 22, 2023

Respectfully submitted,

/s/ Eric J. Enger
Eric J. Enger