**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>      v.<br><br>TP-LINK TECHNOLOGIES CO., LTD.,<br>TP-LINK CORPORATION LTD, and<br>TP-LINK INTERNATIONAL LTD.,<br><br>    Defendants. | Civil Action No. 2:21-cv-00430-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT OF NO DIRECT
INFRINGEMENT AND NO PRE-SUIT INDIRECT INFRINGEMENT**

Before the Court is Defendants' Opposed Motion for Partial Summary Judgment of No Direct Infringement and No Pre-Suit Indirect Infringement (Dkt. 195).  Having reviewed the pleadings and submissions, the Court is of the opinion that the motion should be DENIED.