# Exhibit A

6/20/23, 1:43 PM                    WiFi Networking Equipment for Home & Business | TP-Link







Tapo Ultra-Slim LiDAR Navigation Robot Vacuum & Mop received the award "CES 2023 Innovation Award Honoree"

*- Tapo RV30C Slim*

PCMag rated Tapo C420S2 as 'excellent' with a score of 4.0, calling it 'An affordable dual-camera security setup

*- Tapo C420S2*

Tapo Smart Video Door Lock received the award "CES 2023 Innovation Award Honoree

*- Tapo Smart Video Door Lock*

## What's New at TP-Link

Add connectivity and smartness to your home.







WiFi 7
Learn About The Future of Home WiFi.

Multi-Gig Connection
Learn More about Multi-Gig Connections.

B2B
Premier Business WiFi Solution for Owners, IT, and SI's.

Recommended          Latest







Deco XE75 Pro
AXE5400 Tri-Band Mesh Wi-Fi 6E System

Deco BE95
BE33000 Whole Home Mesh WiFi 7 System

Archer BE800
BE19000 Tri-Band Wi-Fi 7 Router

Deco X50-Outdoor
AX3000 Outdoor Whole Home Mesh WiFi 6 Unit



