# Exhibit C



# Registration Data Lookup Service

## Start a new registration data search

Enter a domain name
<mark>tp-link.com</mark>

The data in the database of Key-Systems GmbH, CentralNic Reseller's registrar of record, is provided by Key-Systems GmbH for information purposes, and to assist persons in obtaining information about or related to domain name registration records. Key-Systems GmbH does not guarantee the accuracy of the data provided by its customers.

By submitting a registration data query, you agree that you will use this data only for lawful purposes and that, under no circumstances, you will use this data to

- Allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via email (spam);
- Create an alternate database of domain registration records; or
- Enable high volume, automated, electronic processes that apply to Key-Systems GmbH or its systems.

Key-Systems GmbH reserves the right to modify these terms at any time or to limit access to this data. By submitting this query, you agree to abide by this policy.

Please note:

- This site only queries domains registered through Key-Systems partners and resellers.
- Under the GDPR, certain information in the data output may be redacted to protect personal information.

Submit

Imprint    Privacy Policy

# Whois for tp-link.com

```
Domain Name: TP-LINK.COM
Registry Domain ID: 90711803_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.rrpproxy.net
Registrar URL: http://www.key-systems.net
Updated Date: 2023-05-09T06:12:17Z
```

Privacy - Terms

Creation Date: 2002-09-28T02:41:55Z

Registry Expiry Date: 2025-09-28T02:43:33Z

Registrar: Key-Systems GmbH

Registrar IANA ID: 269

Registrar Abuse Contact Email: abuse@key-systems.net

Registrar Abuse Contact Phone: +49.68949396850

Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited

Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited

Name Server: NS-1418.AWSDNS-49.ORG

Name Server: NS-1698.AWSDNS-20.CO.UK

Name Server: NS-238.AWSDNS-29.COM

Name Server: NS-597.AWSDNS-10.NET

DNSSEC: unsigned

URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

>>> Last update of whois database: 2023-06-19T21:03:24Z <<<


For more information on Whois status codes, please visit https://icann.org/epp


NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.


TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability.  VeriSign may restrict or terminate your access to the

Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.


The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
Domain Name: tp-link.com
Registry Domain ID: 90711803_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.rrpproxy.net
Registrar URL: http://www.joz.cn
Updated Date: 2023-05-09T06:12:17Z
Creation Date: 2002-09-28T02:41:55Z
Registrar Registration Expiration Date: 2025-09-28T02:43:33Z
Registrar: Key-Systems GmbH
Registrar IANA ID: 269
Registrar Abuse Contact Email: abusereport@key-systems.net
Registrar Abuse Contact Phone: +49.68949396850
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Hong Kong
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@domain-contact.org
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY

```
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@domain-contact.org
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@domain-contact.org
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Phone Ext: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@domain-contact.org
Name Server: ns-1418.awsdns-49.org
Name Server: ns-1698.awsdns-20.co.uk
Name Server: ns-238.awsdns-29.com
Name Server: ns-597.awsdns-10.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-06-19T21:03:35Z <<<


For more information on Whois status codes, please visit https://www.icann.org/epp


To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.joz.cn
```

This data is provided by

for information purposes, and to assist persons obtaining information

about or related to domain name registration records.

does not guarantee its accuracy.

By submitting a WHOIS query, you agree that you will use this data

only for lawful purposes and that, under no circumstances, you will

use this data to

1) allow, enable, or otherwise support the transmission of mass

unsolicited, commercial advertising or solicitations via E-mail

(spam) or

2) enable high volume, automated, electronic processes that apply

to this WHOIS server.

These terms may be changed without prior notice.

By submitting this query, you agree to abide by this policy.