# Exhibit F

## 10 results for "Assignee name: "atlas" and Assignor name: "newracom""

| Reel/frame ❶ | Execution date | Conveyance type ❶ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 061149/0001 | Feb 19, 2021 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | ATLAS GLOBAL TECHNOLOGIES LLC | 11528708 | 20210266906 | 1 |
| 061148/0765 | Feb 19, 2021 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | ATLAS GLOBAL TECHNOLOGIES LLC | NONE | 20220376866 | 1 |
| 058912/0580 | Feb 19, 2021 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | ATLAS GLOBAL TECHNOLOGIES LLC | 11569925 | 20220069933 | 1 |
| 056650/0264 | Feb 19, 2021 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | ATLAS GLOBAL TECHNOLOGIES LLC | 11570101 | 20210297349 | 2 |
| 055517/0548 | Feb 19, 2021 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | ATLAS GLOBAL TECHNOLOGIES LLC | 9712362 | 20150271002 | 213 |
| 061148/0208 | Feb 19, 2021 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | ATLAS GLOBAL TECHNOLOGIES LLC | NONE | 20220312428 | 1 |
| 061053/0302 | Feb 19, 2021 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | ATLAS GLOBAL TECHNOLOGIES LLC | NONE | 20220312428 | 1 |

| Reel/frame ⓘ | Execution date | Conveyance type ⓘ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 059629/0201 | Feb 19, 2021 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | ATLAS GLOBAL TECHNOLOGIES LLC | 11418307 | 20210288774 | 1 |
| 057523/0677 | Feb 19, 2021 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | ATLAS GLOBAL TECHNOLOGIES LLC | NONE | 20210336826 | 1 |
| 056157/0138 | Feb 19, 2021 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | ATLAS GLOBAL TECHNOLOGIES LLC | NONE | 20210211934 | 4 |

| Reel/frame ⓘ | Execution date | Conveyance type ⓘ | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|