# Exhibit H

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **ATLAS GLOBAL TECHNOLOGIES, LLC,** )<br><br>Plaintiff, )<br> )<br>v. )<br> )<br> )<br>**TP-LINK TECHNOLOGIES CO., LTD.,** )<br>**TP-LINK CORPORATION LTD, AND TP-** )<br>**LINK INTERNATIONAL LTD,** )<br> )<br>Defendants. )<br> )<br> )<br> )<br> ) | **Civil Action No. 2:21-cv-430** |

**EXPERT REPORT OF MATTHEW B. SHOEMAKE, PH.D.**
**REGARDING INFRINGEMENT OF U.S. PATENT NOS. 9,531,520;**
**9,532,187; 9,763,259; 9,825,738; 9,912,513; 9,917,679; & 10,020,919**

**TABLE OF CONTENTS**

I.      INTRODUCTION ................................................................................................. 8

II.     THE PARTIES ..................................................................................................... 9

III.    SUMMARY OF OPINIONS .............................................................................. 10

IV.     QUALIFICATIONS ........................................................................................... 11

    A.    Educational Background ......................................................................... 11

    B.    Career ...................................................................................................... 11

    C.    Patents and Publications ......................................................................... 14

    D.    Other Relevant Qualifications ................................................................ 14

V.      LEGAL STANDARDS ...................................................................................... 15

    A.    Direct Infringement ................................................................................ 15

    B.    Indirect Infringement .............................................................................. 16

    C.    Infringement by Products that Comply with Industry Standards ............ 17

    D.    Proof of Infringement through one or more Representative Products ...... 17

VI.     THE INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS (IEEE) ..... 18

VII.    IEEE 802.11 STANDARD ................................................................................. 20

    A.    Background on 802.11 Working Group ................................................... 20

    B.    IEEE 802.11 Standard Development Process .......................................... 22

    C.    Important Features of IEEE 802.11 ......................................................... 24

    D.    History of 802.11 Development ............................................................... 25

        1.    IEEE 802.11-1997 ...................................................................... 25

        2.    IEEE 802.11b (Wi-Fi 1) ............................................................. 25

        3.    IEEE 802.11a (Wi-Fi 2) ............................................................. 26

        4.    IEEE 802.11g (Wi-Fi 3) ............................................................. 26

        5.    IEEE 802.11n (Wi-Fi 4) ............................................................. 27

        6.    IEEE 802.11ac (Wi-Fi 5) ........................................................... 28

        7.    IEEE 802.11ax (Wi-Fi 6) ........................................................... 29

        8.    Future IEEE 802.11 Versions ..................................................... 31

    E.    IEEE 802.11 System Components ........................................................... 31

VIII.   WI-FI ALLIANCE .............................................................................................. 32

IX.     TECHNOLOGY BACKGROUND ..................................................................... 35

    A.    OFDMA .................................................................................................. 42

        1.    Overview ..................................................................................... 42

        2.    HE MU PPDU ............................................................................. 45

        3.    Triggering Frames and HE TB PPDU ......................................... 47

    B.    UL and DL MU-MIMO .......................................................................... 48

X.      ACCUSED PRODUCTS .................................................................................... 52

    A.    Model Numbers ...................................................................................... 52

B.    The Accused Product Implement the IEEE 802.11ax Standard.....................................58
   1.   Product Marketing.................................................................................................58
   2.   Wi-Fi 6 Chipsets....................................................................................................80
   3.   Wi-Fi Alliance Certifications.................................................................................100
   4.   TP-Link's Mesh Wi-Fi Products.............................................................................101
   5.   Multi-User MIMO..................................................................................................110
XI.    TP-LINK'S DIRECT & INDIRECT INFRINGEMENT ..............................................122
A.    TP-Link Directly Infringes The Apparatus Claims By Offering To Sell The Accused Products In The United States .............................................................................................124
B.    TP-Link Directly Infringes The Apparatus Claims By Importing The Accused Products Into The United States ...........................................................................................125
C.    TP-Link Indirectly Infringes The Apparatus and Method Claims By Inducing Various Parties To Directly Infringe ......................................................................................126
   1.   TP-Link Knows of the Patents and the Infringement...............................................126
   2.   TP-Link Induces Purchasers and End-Users of The Accused Products To Use Them In The United States To Directly Infringe .....................................................................127
   3.   TP-Link Induces TP-Link USA To Sell & Offer To Sell The Accused Products In The United States To Directly Infringe....................................................................................142
   4.   TP-Link Induces TP-Link USA To Import The Accused Products Into The United States To Directly Infringe...........................................................................................144
XII.    THE '520 PATENT .....................................................................................................145
A.    Overview ......................................................................................................................145
B.    Priority Date ................................................................................................................148
   1.   The First '520 Provisional.......................................................................................149
   2.   The Second '520 Provisional ...................................................................................151
C.    Prosecution History.....................................................................................................152
D.    Person of Ordinary Skill in the Art .............................................................................153
E.    Asserted Claims............................................................................................................154
F.    Claim Construction ......................................................................................................157
G.    Type of Infringement ....................................................................................................158
H.    Infringement Analysis..................................................................................................158
   1.   Claim 1 ...................................................................................................................158
   2.   Claim 2 ...................................................................................................................187
   3.   Claim 3 ...................................................................................................................188
   4.   Claim 4 ...................................................................................................................188
   5.   Claim 5 ...................................................................................................................189
   6.   Claim 6 ...................................................................................................................190
   7.   Claim 8 ...................................................................................................................191
   8.   Claim 9 ...................................................................................................................208

9.  Claim 10 .................................................................................................... 210
10. Claim 11 .................................................................................................... 210
11. Claim 12 .................................................................................................... 211
12. Claim 13 .................................................................................................... 212
13. Claim 14 .................................................................................................... 212
14. Claim 15 .................................................................................................... 213
15. Claim 16 .................................................................................................... 213
16. Claim 18 .................................................................................................... 215
17. Claim 19 .................................................................................................... 217
18. Claim 20 .................................................................................................... 217

XIII.  THE '187 PATENT ........................................................................................ 218
   A.    Overview ................................................................................................ 218
   B.    Priority Date .......................................................................................... 224
      3.  The '187 Korean Application ................................................................ 225
      4.  The '187 Provisional Application ......................................................... 227
   C.    Prosecution History .............................................................................. 230
   D.    Person of Ordinary Skill in the Art ...................................................... 230
   E.    Asserted Claims .................................................................................... 231
   F.    Claim Construction ............................................................................... 234
   G.    Type of Infringement ............................................................................ 235
   H.    Infringement Analysis ........................................................................... 235
      1.  Claim 1 ................................................................................................. 235
      2.  Claim 2 ................................................................................................. 255
      3.  Claim 3 ................................................................................................. 255
      4.  Claim 4 ................................................................................................. 256
      5.  Claim 5 ................................................................................................. 258
      6.  Claim 6 ................................................................................................. 259
      7.  Claim 7 ................................................................................................. 261
      8.  Claim 8 ................................................................................................. 262
      9.  Claim 9 ................................................................................................. 265
      10. Claim 10 ............................................................................................... 268
      11. Claim 11 ............................................................................................... 273
      12. Claim 12 ............................................................................................... 273
      13. Claim 13 ............................................................................................... 274
      14. Claim 14 ............................................................................................... 275

XIV.  THE '259 PATENT ........................................................................................ 278
   A.    Overview ................................................................................................ 278
   B.    Priority Date .......................................................................................... 280

C.  Prosecution History ........................................................................... 282
D.  Person of Ordinary Skill in the Art ................................................... 283
E.  Asserted Claims .................................................................................. 284
F.  Claim Construction ............................................................................ 285
G.  Type of infringement .......................................................................... 286
H.  Infringement Analysis ........................................................................ 286
   1.  Claim 18 ........................................................................................ 286
   2.  Claim 1 .......................................................................................... 310
   3.  Claim 2 .......................................................................................... 329
   4.  Claim 3 .......................................................................................... 331
   5.  Claim 4 .......................................................................................... 333
   6.  Claim 5 .......................................................................................... 338
   7.  Claim 6 .......................................................................................... 339
   8.  Claim 7 .......................................................................................... 340
XV.  THE '738 PATENT ................................................................................... 343
A.  Overview ............................................................................................. 343
B.  Priority Date ....................................................................................... 348
C.  Prosecution History ........................................................................... 353
D.  Person of Ordinary Skill in the Art ................................................... 355
E.  Asserted Claims .................................................................................. 355
F.  Claim Construction ............................................................................ 357
G.  Type of Infringement .......................................................................... 357
H.  Infringement Analysis ........................................................................ 358
   1.  Claim 1 .......................................................................................... 358
   2.  Claim 2 .......................................................................................... 481
   3.  Claim 3 .......................................................................................... 483
   4.  Claim 4 .......................................................................................... 488
   5.  Claim 5 .......................................................................................... 490
   6.  Claim 6 .......................................................................................... 496
   7.  Claim 7 .......................................................................................... 499
   8.  Claim 8 .......................................................................................... 501
XVI.  THE '513 PATENT .................................................................................. 503
A.  Overview ............................................................................................. 503
B.  Priority Date ....................................................................................... 505
C.  Prosecution History ........................................................................... 508
   1.  The '581 Prosecution .................................................................... 508
   2.  The '513 Prosecution .................................................................... 509
D.  Person of Ordinary Skill in the Art ................................................... 510

E.      Asserted Claims.................................................................................................. 510

F.      Claim Construction ............................................................................................ 513

G.      Type of Infringement ........................................................................................ 514

H.      Infringement Analysis ....................................................................................... 515

    1.   Claim 15 ....................................................................................................... 515

    2.   Claim 16 ....................................................................................................... 538

    3.   Claim 17 ....................................................................................................... 539

    4.   Claim 18 ....................................................................................................... 541

    5.   Claim 19 ....................................................................................................... 542

    6.   Claim 1 ......................................................................................................... 542

    7.   Claim 2 ......................................................................................................... 566

    8.   Claim 3 ......................................................................................................... 567

    9.   Claim 4 ......................................................................................................... 568

    10.  Claim 5 ......................................................................................................... 568

    11.  Claim 6 ......................................................................................................... 569

    12.  Claim 7 ......................................................................................................... 572

    13.  Claim 8 ......................................................................................................... 574

    14.  Claim 9 ......................................................................................................... 575

    15.  Claim 10 ....................................................................................................... 577

    16.  Claim 11 ....................................................................................................... 578

    17.  Claim 12 ....................................................................................................... 581

    18.  Claim 13 ....................................................................................................... 582

    19.  Claim 14 ....................................................................................................... 583

XVII.  THE '679 PATENT ................................................................................................ 584

A.      Overview ............................................................................................................ 585

B.      Priority Date ...................................................................................................... 586

    1.   The First '679 Provisional............................................................................. 587

    2.   The Second '679 Provisional ........................................................................ 587

C.      Prosecution History ........................................................................................... 589

D.      Person of Ordinary Skill in the Art .................................................................. 590

E.      Asserted Claims.................................................................................................. 591

F.      Claim Construction ............................................................................................ 593

G.      Type of Infringement ........................................................................................ 593

H.      Infringement Analysis ....................................................................................... 594

    1.   Claim 6 ......................................................................................................... 594

    2.   Claim 7 ......................................................................................................... 619

    3.   Claim 8 ......................................................................................................... 621

    4.   Claim 9 ......................................................................................................... 623

5. Claim 10 ................................................................................................. 626
6. Claim 1 ................................................................................................... 628
7. Claim 2 ................................................................................................... 651
8. Claim 3 ................................................................................................... 652
9. Claim 4 ................................................................................................... 652
10. Claim 5 ................................................................................................. 652

XVIII. THE '919 PATENT ......................................................................................... 652

A.    Overview ..................................................................................................... 652
B.    Priority Date .............................................................................................. 654
   1. The '419 Provisional ............................................................................. 655
   2. The '077 Provisional ............................................................................. 656
   3. The '192 Provisional ............................................................................. 657
   4. The '380 Provisional ............................................................................. 657
C.    Prosecution History .................................................................................. 657
   1. The '947 Prosecution ............................................................................ 657
   2. The '094 Prosecution ............................................................................ 658
D.    Person of Ordinary Skill in the Art ........................................................ 660
E.    Asserted Claims ......................................................................................... 661
F.    Claim Construction .................................................................................. 664
G.    Type of Infringement ............................................................................... 665
H.    Infringement Analysis .............................................................................. 665
   1. Claim 11 ................................................................................................. 665
   2. Claim 12 ................................................................................................. 681
   3. Claim 13 ................................................................................................. 684
   4. Claim 14 ................................................................................................. 686
   5. Claim 15 ................................................................................................. 687
   6. Claim 16 ................................................................................................. 688
   7. Claim 17 ................................................................................................. 689
   8. Claim 18 ................................................................................................. 691
   9. Claim 19 ................................................................................................. 692
   10. Claim 1 ................................................................................................. 695
   11. Claim 2 ................................................................................................. 715
   12. Claim 3 ................................................................................................. 718
   13. Claim 4 ................................................................................................. 719
   14. Claim 5 ................................................................................................. 720
   15. Claim 6 ................................................................................................. 721
   16. Claim 7 ................................................................................................. 724
   17. Claim 8 ................................................................................................. 725

18. Claim 9 ................................................................................................................ 727

XIX.    NON-INFRINGING ALTERNATIVES ........................................................................... 728

XX.    BENEFITS OF THE PATENTED TECHNOLOGY ......................................................... 734

**Exhibit List**

| Exhibit A | Materials Considered |
|-----------|----------------------|
| Exhibit B | Curriculum Vitae |
| Exhibit C | TP-Link Marketing Materials |
| Exhibit D | TP-Link Chipset Information |
| Exhibit E | Wi-Fi Alliance Certification Materials |
| Exhibit F | TP-Link OFDMA / MU-MIMO Evidence |
| Exhibit G | Product Testing – Unboxing Photos |
| Exhibit H | Product Testing Results |

## I.   INTRODUCTION

1)      My name is Matthew B. Shoemake. I have been retained by counsel for Plaintiff Atlas Global Technologies, LLC ("Atlas") as an independent technical expert witness in this litigation to provide expert opinions concerning U.S. Patent Nos. 9,531,520 ("the '520 Patent"); 9,532,187 ("the '187 Patent"); 9,763,259 ("the '259 Patent"); 9,825,738 ("the '738 Patent"); 9,912,513 ("the '513 Patent"); 9,917,679 ("the '679 Patent"); and 10,020,919 ("the '919 Patent") (collectively, the "Asserted Patents").

2)      In particular, I expect to provide expert opinions regarding the technology in the Asserted Patents, TP-Link's 802.11ax Wi-Fi 6 conformant products and methods of using those product (collectively, "the Accused Instrumentalities"), infringement of the Asserted Patents by the Accused Instrumentalities under the Court's claim constructions, and various damages related issues (*e.g.*, non-infringing alternatives and benefits of the Asserted Patents).

3)      In this case, I previously submitted an expert declaration regarding indefiniteness issues. Dkt. No. 88-1.  I expressly incorporate by reference that declaration.

4)      I am being compensated for my work on this case at my standard consulting rate of $725 per hour.  I am also being reimbursed for any incurred expenses.  No part of my compensation is contingent upon the outcome of this litigation.  I have no other interests in this litigation or with Plaintiff or Defendant.

5)      I expect to be called to provide expert testimony regarding opinions formed based on my analysis of the issues considered in this report.  I may also discuss my own work and publications in the field and knowledge of the state of the art during the relevant time period.  I may rely on handbooks, textbooks, technical literature, and similar sources to demonstrate the state of the art in the relevant time period and the evolution of relevant technologies.  I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, based on the nature

8



A complete list of evidence showing the TP-Link products that implement OFDMA and MU-MIMO can be found in Exhibit F to my report.

## XI.    TP-LINK'S DIRECT & INDIRECT INFRINGEMENT

181)    I understand that TP-Link has not identified any specific reasons in its interrogatory answers of any basis for non-infringement, other than the general notion that the accused TP-Link Wi-Fi 6 products have not been shown to have been used in a WLAN network with other Wi-Fi 6 devices in the United States. *See* TP-Link's Response to Atlas's Interrogatory No. 7 (including all supplements). As explained below, it is highly likely that the TP-Link Wi-Fi 6 products introduced into the US market by TP-Link have in fact been used with other Wi-Fi 6 devices.  There are

122

numerous devices that are marketed as 802.11ax devices. https://www.dignited.com/52744/wi-fi-6-smartphones/.  This includes every iPhone from Model 11 (released September 2019) to the more recent models; Samsung Galaxy S20 (released February 2020) and more recent models; Samsung Galaxy 10/10+ note and more recent models; Apple MacBook laptops; HP laptops; Dell and Lenovo laptops;  *See also* https://support.apple.com/guide/deployment/macbook-pro-wi-fi-specification-details-dep2ac3e3b51/web#:~:text=Wi%2DFi%20specifications%20for%20MacBook%20Pro%20models&text=The%20categories%20are%3A,2.4%20GHz%20or%205%20GHz.; https://support.apple.com/guide/deployment/iphone-wi-fi-specification-details-dep268652e6c/web; https://support.apple.com/guide/deployment/ipad-wi-fi-specification-details-depf9bb7e412/web; https://www.sammobile.com/news/samsung-galaxy-phones-tablets-wi-fi-6-6e-support/; https://h20195.www2.hp.com/v2/GetPDF.aspx/c08460852.pdf; https://www.dell.com/en-us/shop/dell-laptops/xps-13-laptop/spd/xps-13-9315-laptop/xn9315fqrxs; https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadx1/thinkpad-x1-carbon-gen-10-(14-inch-intel)/21cbcto1wwus1?from=kelkoo&msclkid=a3de4765047011891452232ac8c9bae8.

182)    Industry analysts state that Apple and Samsung represent over 85% of the smartphone market share in the United States. *See*, *e.g.*, https://gs.statcounter.com/vendor-market-share/mobile/united-states-of-america; https://www.oberlo.com/statistics/us-smartphone-market-share. Further, Lenovo, HP, Dell and Apple represent more than 70% of the global market share for laptop computers.  https://www.statista.com/statistics/267018/global-market-share-held-by-pc-vendors/; https://www.t4.ai/industry/laptop-market-share. On average, US households had 22

connected devices in 2022.  https://www2.deloitte.com/us/en/pages/about-deloitte/articles/press-releases/connectivity-and-mobile-trends.html.

183)    These numbers indicate that home WLAN networks have a significant number of wireless devices connecting to that network. Further, a significant percentage of those devices, including especially smartphones and laptop computers, likely are configured to operate consistent with the standards defined in 802.11ax. When a TP-Link Wi-Fi 6 access point is used in a typical home network, there will be a significant number of such devices at any given point in time that will be accessing the WLAN to send and receive data to the Internet. When presented with these environments, with a large number of users sharing the WLAN network, the TP-Link AP will seek to increase efficiency by implementing the new operations that are defined in the 802.11ax standard.  Doing so will likely infringe the Atlas patents that are asserted in this lawsuit.

A.    **TP-Link Directly Infringes The Apparatus Claims By Offering To Sell The Accused Products In The United States**

184)    TP-Link directly infringes by offering to sell the Accused Products in the United States.  For example, according to the Terms of Use on its U.S. website, TP-Link Corporation Limited (defined as "TP-Link") provides various "Services."  https://www.tp-link.com/us/about-us/privacy/#sec_b.  Those "Services" provided by TP-Link Corporation Limited include providing certain "Sites" like the TP-Link U.S. website, https://www.tp-link.com/us/.  *Id.*  And on the TP-Link U.S. website, TP-Link Corporation Limited offers a "Buy Now" option:



https://www.tp-link.com/us/home-networking/wifi-router/?filterby=5730.    By    offering    the

Accused Products for sale in the United States via its U.S. website, TP-Link directly infringes the

apparatus claims of the Asserted Patents.

**B.      TP-Link Directly Infringes The Apparatus Claims By Importing The
Accused Products Into The United States**

185)    TP-Link also directly infringes by importing the Accused Products into the United

States. ████████████████████████████████████

████████████████████████████████████████



TPL0003326 (highlighting added). ███████████████████████ TP-Link or one of its

Affiliates must import the Accused Products into the United States, thereby directly infringing the

apparatus claims of the Asserted Patents.

## C.    TP-Link Indirectly Infringes The Apparatus and Method Claims By Inducing Various Parties To Directly Infringe

### 1.    TP-Link Knows of the Patents and the Infringement

186)    TP-Link learned of the Asserted Patents on or about June 8, 2021.  At that time,

Atlas's president, Craig Yudell, sent three letters to various TP-Link representatives, including

███████████████████████████████████████████████████

███████████████████████████████████; *see also* Yudell Depo at 67:15-78:11.  Those

letters, which were identical, invited TP-Link to license Atlas's Wi-Fi 6 standard essential patent

portfolio that it acquired from Newracom.  *Id.*  Those letters further explained that Atlas's Wi-Fi

6 standard essential patent portfolio "covers key improvements in Wi-Fi developed by

Newracom's R&D team and adopted in the IEEE 802.11ax standard." *Id.* Yet TP-Link never responded to any of the letters. Yudell Depo at 79:10-13, 81:23-25. Because the Atlas's Wi-Fi 6 portfolio is standards essential and the Asserted Patents necessarily cover TP-Link's Wi-Fi 6 products, TP-Link also knew of the infringement (or willfully blinded itself to the infringement) as of approximately June 8, 2021.

187) TP-Link further learned of the Asserted Patents when served with the Complaint in this lawsuit. TP-Link Resp. to Rog. 2 ("Defendants became aware of each of the Patents-in-Suit no earlier than the date of receiving the Complaint."). Atlas served TP-Link with the Complaint on multiple occasions, including each of March 9, 10, 11, and 15, 2022. Dkt. 22 (Notice of Completion of Alternative Service). And because the Complaint explains that each of the Asserted Patents is standards essential, and also provides a detailed patent-by-patent explanation as to how the 802.11ax Wi-Fi 6 standard reads on TP-Link's Wi-Fi 6 products, TP-Link also knew of the infringement (or willfully blinded itself to the infringement) as of approximately early March 2022.

188) TP-Link further learned of the Asserted Patents and its infringement when Atlas served TP-Link with its infringement contentions on May 4, 2022. Dkt. 26 (Notice of Service of Infringement Contentions). Those infringement contentions provide a detailed, claim-by-claim, limitation-by-limitation explanation of TP-Link's infringement. *See* 5/4/22 Infringement Contentions, Exs. A-H. Thus, TP-Link also knew of the infringement (or willfully blinded itself to the infringement) as of May 4, 2022.

### 2. TP-Link Induces Purchasers and End-Users of The Accused Products To Use Them In The United States To Directly Infringe

189) TP-Link intends for purchasers and end-users of the Accused Products to use them in the United States in WLAN networks to directly infringe the Asserted Patents, which are

standards essential to the 802.11ax Wi-Fi 6 standard.  *See* TPL-0017416-9 (Newracom IEEE Letter

of Assurance for Essential Patent Claims).  Because the Asserted Patents are standards essential

and the Accused Products implement the 802.11ax Wi-Fi 6 standard, the Asserted Patents are

necessarily infringed when the Accused Products are used in their normal and customary way, as

intended by TP-Link.

190)    For example, TP-Link's English website promotes the advantages of Wi-Fi 6.

According to TP-Link, "Wi-Fi 6 is the next generation standard in WiFi technology" and it "builds

and improves on the current 802.11ac WiFi Standard." https://www.tp-link.com/en/wifi6/;

https://www.tp-link.com/us/wifi6/.[39]    According to TP-Link "Wi-Fi 6 is designed to improve

speed, increase efficiency and reduce congestion in heavy bandwidth usage scenarios." *Id.* TP-

Link has stated: "If you own a VR device, multiple smart home devices, or simply have a large

number of devices in your household, then a Wi-Fi 6 router might just be the best WiFi router for

you." *Id.* TP-Link further explains that key benefits of Wi-Fi 6 include "a virtually flawless smart

home experience," "improv[ed] raw speeds by 25% compared to 802.11ac 256-QAM," and "vast

---

[39] There is some confusion as to which TP-Link entity—the TP-Link foreign defendants or TP-Link USA—provides and maintains its U.S. website, https://www.tp-link.com/us/.  Liu Depo (Rough) at 105:8-11, 165:22-166:10.  However, the Terms of Use for that U.S. website explain that "The Services defined herein are provided by TP-Link Corporation Limited" and further defines the "Services" to include websites like https://www.tp-link.com/us/ and technical support and services available through that website.  https://www.tp-link.com/us/about-us/privacy/#sec_b.  Thus, it appears that TP-Link Corporation Limited provides and maintains the TP-Link U.S. website.  Nonetheless, there is no dispute that TP-Link provides and maintains its Worldwide English website, https://www.tp-link.com/en.  Liu Depo (Rough) at 105:8-11, 165:22-166:10.  That TP-Link Worldwide English website has essentially the same content as TP-Link's U.S. website.  And since the United States is both part of the world and predominantly English speaking, that Worldwide English website applies to the United States.  I have also verified that both the U.S. and English portions of the website are accessible from the United States. For example, I accessed both from my home in Fairview, Texas on April 19, 2023 via AT&T home Internet service. Further, a whois database lookup on the domain tp-link.com indicates that it was registered via a registrar in China (http://www.joz.cn). *See*, *e.g.*, http://whois.rrpproxy.net and submit the domain "tp-link.com."

improvement in efficiency works for both uploads and downloads." *Id.* According to TP-Link, Wi-Fi 6 provides "increased efficiency with OFDMA," will "connect to more devices simultaneously," and operates to "minimize WiFi conflicts with your neighbor." *Id.*

191)     TP-Link also indicates that Wi-Fi 6 is "[t]he future of home WiFi." https://www.tp-link.com/en/wifi6/best-wifi6-router/;   https://www.tp-link.com/us/wifi6/best-wifi6-router/.   TP-Link notes that Wi-Fi 6 produces "3X faster speeds," "4x higher capacity" and "greater efficiency" than the legacy versions of Wi-Fi, and provides "the foundation of your smart home." *Id.* TP-Link touts these and other benefits to users looking for a new router.

192)     TP-Link also issues press releases and other advertisements promoting Wi-Fi 6 and encouraging purchasers and end-users to use its Wi-Fi 6 products.  TPL0017420-86.  For example,

193)     TP-Link also produces videos promoting its Wi-Fi 6 products and teaching purchasers and end users how to set up the Accused Products in an infringing manner. TPL0017487-97.  For example,

194)    TP-Link's website also promotes the accused Wi-Fi 6 products and encourages others to use them to infringe.  ATLAS-TPL-00083328-591.  For example, the page for the Archer AX10 explains that it supports the "Wi-Fi 6 IEEE 802.11ax" standard and encourages use of "OFDMA [to] simultaneously communicate[] with multiple Wi-Fi 6 clients."  https://www.tp-link.com/en/home-networking/wifi-router/archer-ax10/,                 ATLAS-TPL-00083328-32; https://www.tp-link.com/us/home-networking/wifi-router/archer-ax10/.   It also teaches to "connect dozens of devices" and encourages "more simultaneous connections … with OFDMA and MU-MIMO."  *Id.*  It also includes a "download" page with a datasheet, quick installation guide, and user guide, as well as various setup videos and FAQs that instruct customers and end users how to configure the Accused Products to form and/or connect to Wi Fi 6 networks; once complete, they will automatically implement the WiFi 6 standard to infringe based on the hardware and software provided by TP-Link.  https://www.tp-link.com/en/support/download/archer-ax10/; https://www.tp-link.com/us/support/download/archer-ax10/.  There are similar webpages for each of the Accused Products.

195)    Further evidence that TP-Link intends for others to use the Accused Products to infringe can be found at TP-Link's Download Center.          https://www.tp-link.com/us/support/download/;    https://www.tp-link.com/en/support/download/.        This    site provides consumers access to "firmware, drivers, user guide, utility or any other download resources" for TP-Link's Wi-Fi 6 products.  By providing the software and documents on that site, TP-Link encourages its customers and end users to use the Accused Products to infringe.

196)    Further evidence that TP-Link intends for others to use the Accused Products to infringe can be found at TP-Link Corporation Limited's Google Play website, where TP-Link offers TP-Link apps for download that help users set up and manage the Accused Products in an

130

infringing        manner.        https://play.google.com/store/apps/developer?id=TP-Link+Corporation+Limited&hl=en_US&gl=US&pli=1.  For example, the TP-Link Tether app "provides the easiest way to access and manage your TP-Link Router/ xDSL Router/ Range Extender        with        your        mobile        devices." https://play.google.com/store/apps/details?id=com.tplink.tether&hl=en_US&gl=US.  Similarly, the    TP-Link    "Wi-Fi    Toolkit    helps    you    diagnose    your    network." https://play.google.com/store/apps/details?id=com.tplink.networktoolsbox&hl=en_US&gl=US. And the TP-Link Deco App is "the perfect way to set up your mesh WiFi in minutes and control your whole network. Our simple-to-follow guide walks you through the setup process and even gives        you        suggestions        for        whole        home        coverage." https://play.google.com/store/apps/details?id=com.tplink.tpm5&hl=en_US&gl=US.

197)    TP-Link also affirmatively touts the advantages of Wi-Fi 6 to its prospective customers, thereby encouraging them to use the Accused Products to infringe. https://www.tp-link.com/us/wifi6/best-wifi6-router/;        https://www.tp-link.com/en/wifi6/best-wifi6-router/. According to TP-Link, its Wi-Fi 6 routers are "compatible will all your current Wi-Fi-enabled devices and are the perfect routers to future-proof your home by supporting new Wi-Fi 6 phones, laptops and other devices," supporting "3X faster speeds," "4X higher capacity," and "greater efficiency." *Id.*

198)    TP-Link Corporation also recruits "TP-Link Brand Ambassadors" via a "Power User" program; these Brand Ambassadors are consumers and users of TP-Link Products that are recruited in the U.S. based on their social media presence and amount of use of TP-Link Products. *See* https://www.tp-link.com/us/brandambassador/. These brand ambassadors (also known as "influencers") are compensated for promoting TP-Link Products on social media and participating

131

in marketing campaigns to raise awareness of TP-Link Products and their respective brands, which, ultimately, increases sales.  This is further evidence of inducement.

199)    TP-Link also creates marketing materials designed to encourage consumers and end users to use TP-Link's Wi-Fi 6 products.  For example,



200)    TP-Link's product packaging also encourages consumers and end users to TP-Link's Wi-Fi 6 products to infringe.  For example, the front cover of the AX1800 prominently invites users to "Explore the New Era of Wi-Fi: Wi-Fi 6," which provides "Faster Speeds with Wi-Fi 6" and encourages them to use "OFDMA" technology for "more simultaneous connections."  The front cover also urges consumers to do the "Easy Setup with Your Phone via Tether App."



201)     The back of the AX1800 packaging similarly encourages consumers to "Upgrade Everything with Wi-Fi 6" because of its "Next-Gen Wi-Fi Speeds," "Smooth Streaming [with] OFDMA [that] allows clients to transmit both on uplink and downlink," and "4x Larger Capacity for Non-Stop Entertainment."



202)    The side of the AX1800 packaging similarly promotes the "Easy Setup and Use,"

noting that "Installation is simple, thanks to an intuitive web interface and the powerful TP-Link

app, Tether."   And TP-Link encourages consumers to "Scan the QR code to downlink TP-Link

Tether."

134



203)    The bottom of the AX1800 packaging encourages consumers to "please visit:
https://www.tp-link.com/support" for help using the Accused Products.



204)    The top of the TP-Link product packaging encourages consumers to call and email

for "24/7 Tech Support" to use the Accused Products.



205)    ███████████████████████████████████████████

███████████████████████████████     For example, the Quick Installation Guide

encourages consumers to "Connect the Hardware" and then "Setup the Network" to use the

136

Accused Product to infringe.  It also includes links and QR codes for other TP-Link documents and videos that similarly instruct consumers how to install and use the Accused Products to infringe.





137



206)     Further evidence that TP-Link intends for consumers to use the Accused Products

in the United States is the fact that ████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████





209)    Purchasers, consumers and end-users actually use the Accused Products to infringe the Asserted Patents.  With respect to the asserted apparatus claims (which are infringed by devices having the claimed Wi-Fi 6 capabilities, such as the Accused Products), it is virtually certain that purchasers of the Accused Products will use them and thereby infringe.   Otherwise, those purchasers of the Accused Products will have wasted their money; who rationally buys a product and does not use it in any manner?

210)    With respect to the asserted method claims (which are infringed when the devices are used to perform the claimed Wi-Fi 6 steps), it is highly likely that purchasers and end-users of the Accused Products will use them in the infringing manner.  Many of the asserted method claims cover methods employed when performing multi-user OFDMA or multi-user MIMO.  As such, many of the asserted method claims require a Wi-Fi 6 access point to communicate with multiple Wi-Fi 6 stations.

139

211)   TP-Link's Wi-Fi 6 Access Points are designed to be used with multiple station devices, such as mobile phones and computers.   *E.g.*, https://www.tp-link.com/us/home-networking/wifi-router/archer-ax21/v3/ ("Connect **More Devices**: Wi-Fi 6 technology communicates more data to **more devices** … Easily handle **dozens of devices** streaming and gaming at the same time") (emphasis added).  And since the introduction of 802.11ax, more and more station devices employ Wi-Fi 6 technology. For example, the Apple iPhone 11 (introduced in September 2019) was the first Apple mobile phone to support Wi-Fi 6. https://www.apple.com/by/iphone-11/specs/.  Similarly, the Samsung Galaxy S10 (introduced in March 2019) was the first Samsung mobile phone to support Wi-Fi 6. https://www.sammobile.com/news/samsung-galaxy-phones-tablets-wi-fi-6-6e-support/.  In more recent times, most mobile phone and computer station devices support Wi-Fi 6.  https://www.wi-fi.org/news-events/newsroom/wi-fi-6-and-wi-fi-6e-drive-global-market-opportunities ("Since its introduction in 2019, Wi-Fi CERTIFIED 6™ has seen rapid adoption, surpassing 50 percent market share").  Thus, it is highly likely that purchasers and end-users of the accused Wi-Fi 6 Access Points will use them with multiple Wi-Fi 6 station devices to perform multi-user OFDMA or multi-user MIMO and infringe the asserted method claims.

212)   As part of my infringement analysis, I personally tested several of TP-Link's accused Wi-Fi 6 Access Points.  And my test setup included multiple Wi-Fi 6 Station devices:





213)     During my testing, I used the Accused Products in a normal and customary manner and observed that they practice the asserted method claims.  Other purchasers and end users of TP-Link's Accused Products have no doubt similarly practiced the asserted method claims when they, too, used the Accused Products in a normal and customary manner (like TP-Link intended).

### 3.     TP-Link Induces TP-Link USA To Sell & Offer To Sell The Accused Products In The United States To Directly Infringe

214)     TP-Link intends for TP-Link USA to sell and offer to sell the Accused Products in the United States. ███████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

142





*E.g.*, TPL0003351.

216)

#### 4. TP-Link Induces TP-Link USA To Import The Accused Products Into The United States To Directly Infringe

217) TP-Link intends for TP-Link USA to import the Accused Products into the United States.



Date:   May 2, 2023

Matthew B. Shoemake, Ph.D.