# Exhibit I



WiFi Router | TP-Link



Archer AX90
AX6600 Tri-Band Wi-Fi 6 Router

Archer AX75
AX5400 Tri-Band Wi-Fi 6 Router

Archer AX5400 Pro
AX5400 Pro 6-Stream Gigabit WiFi 6 Router

Archer AX73
AX5400 Dual-Band Gigabit Wi-Fi 6 Router

Archer AX72 Pro
AX5400 Multi-Gigabit WiFi 6 Router

Archer AX55 Pro
AX3000 Multi-Gigabit Wi-Fi 6 Router with 2.5G Port

Archer AX4400
AX4400 Dual-Band Gigabit Wi-Fi 6 Router

Archer AX1800
AX1800 Dual-Band Wi-Fi 6 Router

Archer AX20
AX1800 Dual-Band Wi-Fi 6 Router

Archer AX3000 Pro
AX3000 Gigabit Wi-Fi 6 Router





6/20/23, 2:03 PM                                    WiFi Router | TP-Link



Archer AX90
AX6600 Tri-Band Wi-Fi 6 Router

Archer AX75
AX5400 Tri-Band Wi-Fi 6 Router

Archer AX5400 Pro
AX5400 Pro 6-Stream Gigabit WiFi 6 Router

Archer AX73
AX5400 Dual-Band Gigabit Wi-Fi 6 Router

Archer AX72 Pro
AX5400 Multi-Gigabit WiFi 6 Router

Archer AX55 Pro
AX3000 Multi-Gigabit Wi-Fi 6 Router with 2.5G Port

Archer AX4400
AX4400 Dual-Band Gigabit Wi-Fi 6 Router

Archer AX1800
AX1800 Dual-Band Wi-Fi 6 Router

Archer AX20
AX1800 Dual-Band Wi-Fi 6 Router

Archer AX3000 Pro
AX3000 Gigabit Wi-Fi 6 Router



6/20/23, 2:08 PM                    TP-Link AX3000 Dual Band Gigabit Wi-Fi 6 Router (Archer AX55)



- **Next-Gen Gigabit Wi-Fi 6 Speed:** 2402 Mbps on 5 GHz and 574 Mbps on 2.4 GHz band ensure smoother streaming and faster downloads.
- **Connect More Devices:** OFDMA technology increases capacity by 4 times to enable simultaneous transmission to more devices.
- **Ultra-Low Latency:** Enables more responsive gaming and video chatting.
- **Expanded Wi-Fi Coverage:** Four high-gain external antennas and Beamforming technology combine to extend strong, reliable Wi-Fi throughout your home.
- **TP-Link HomeShield:** Enhanced security defends against the latest cyber threats.
- **Improved Battery Life:** Target Wake Time helps your devices to communicate more while consuming less power.
- **Compatible with Alexa:** Control your router via voice commands and make your life smarter and easier with Amazon Alexa.
- A modem is required for most internet service providers





6/20/23, 2:08 PM                TP-Link AX3000 Dual Band Gigabit Wi-Fi 6 Router (Archer AX55)





## WiFi Coverage Throughout Your Home

4 high-performance external antennas boost WiFi signals throughout your home. Beamforming technology detects devices and concentrates wireless signal strength towards them, especially for previously hard to reach outlets.

## USB 3.0 Ports

Easily share files between connected devices by plugging into an external drive. You can even make it your personal cloud storage and access it from outside securely*.

See what you can do with the USB port >

## TP-Link OneMesh™
## Flexibly Create Whole Home WiFi with Archer AX55

Want to build a whole-home Wi-Fi? Archer AX55 supports OneMesh to form seamless whole-home coverage, preventing drops and lag when moving between signals.

Learn More about OneMesh™ >

6/20/23, 2:08 PM                    TP-Link AX3000 Dual Band Gigabit Wi-Fi 6 Router (Archer AX55)



6/20/23, 2:08 PM                    TP-Link AX3000 Dual Band Gigabit Wi-Fi 6 Router (Archer AX55)

## Easy Setup and Use

Whether you prefer the intuitive Tether app or TP-Link's powerful web interface, you can set up your Archer AX55 in minutes. The Tether app allows you to manage network settings from any Android or iOS device.

Learn more about the Tether app >



### Protect Your Children

Block inappropriate content for your children, and customize a time range for better online habits.



### New Connection Notification

You will be notified by your phone when new devices connect. Kick off any suspicious connections and block them. It's as simple as that.



### Easy Firmware Upgrade

Tired of upgrading firmware? OTA updates enable easy firmware upgrades with a click in the management panel. To keep your security and functions always up-to-date, just turn on the auto schedule.

†Maximum wireless signal rates are the physical rates derived from IEEE Standard 802.11 specifications. Actual wireless data throughput, wireless coverage and number of connected devices are not guaranteed and will vary as a result of network conditions, client limitations, and environmental factors, including building materials, obstacles, volume and density of traffic, and client location.
‡Use of 802.11ax (Wi-Fi 6) and its features including OFDMA, HE160, and TWT requires clients to also support corresponding features. The 160 MHz bandwidth may be unavailable in the 5 GHz band in some regions/countries due to regulatory restrictions. Actual power reduction by Target Wake Time may vary as a result of network conditions, client limitations, and environmental factors.
§The 802.11ax white paper defines standardized modifications to both the IEEE 802.11 physical layers (PHY) and the IEEE 802.11 Medium Access Control (MAC) layer as enabling at least one mode of operation capable of supporting improvement of at least four times the average throughput per station (measured at the MAC data service access point) in a dense deployment scenario.
¶HomeShield includes the Free Basic Plan. Fees apply for the Pro Plan. Visit https://www.tp-link.com/homeshield for more information.
◊Use of WPA3 requires clients to support WPA3.
**This router may not support all the mandatory features as ratified in IEEE 802.11ax specification.
***Further software upgrade for feature availability may be required.
Actual network speed may be limited by the rate of the product's Ethernet WAN or LAN port, the rate supported by the network cable, Internet service provider factors and other environmental conditions.

**4.7** ★★★★★          ★★★★★  ▬▬▬▬▬  (43)
Based on 59 Reviews   ★★★★☆  ▬▬   (14)
                      ★★★☆☆  |    (2)
                      ★★☆☆☆       (0)
                      ★☆☆☆☆  ▬    (0)

**100%**  reviewers would recommend this product

                                    🔍 Ask a Question        ✏ Write a Review

Reviews  59      Questions  1

                                                    Most Recent    ⌄

⚫ Anonymous  Verified Buyer                                   06/01/2023

6/20/23, 2:08 PM                     TP-Link AX3000 Dual Band Gigabit Wi-Fi 6 Router (Archer AX55)



**Archer AX55 AX3000**
Great. The instructions were great, the iinstallation was easy, the setup was easy using the Tether app.

Vincent P.  Verified Buyer
United States
12/12/2022

I recommend this product

**2nd one I purchased**
The first one works flawlessly!!!! I bought this as a spare!!
Selling my Verizon quantum's which are horrible!!!!
The Archer and its "tether" app are amazing! Reboot schedule ( I chose daily) , and all the features are very helpful in keeping my providers 300/300 speed honest!!

Anonymous  Verified Buyer
United States
11/15/2022

I recommend this product

**works way better than 5yr old netspend router**
old netspend router max speed 10 mbps
mostly sit around the 3-5 range

new ax3000
everyday 200+ mbps on 5g alone

Anonymous  Verified Buyer
United States
11/09/2022

I recommend this product

**Router Upgrade**
Excellent. It came. I cabled it in. Any go here. do this, restart that. was clearly detailed in the "quick start" instructions. I can't comment on capability as I replaced a router that was 15 years old.

Anonymous  Verified Buyer
United States
10/26/2022

I recommend this product

**very good**
the best ever i got

<     1   2   3   4   5   6   7   8   9   10   >

**You may also like**

