# Exhibit K

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGIES CO., LTD.,<br>TP-LINK CORPORATION LTD, and<br>TP LINK INTERNATIONAL LTD.,<br><br>Defendants. | Civil Action No. 2:21-cv-430-JRG<br><br>**JURY TRIAL DEMANDED** |

## EXPERT REBUTTAL REPORT OF CHRISTOPHER J. HANSEN, Ph.D. REGARDING ALLEGED INFRINGEMENT

I declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge, information, and belief.

Executed: May 23, 2023

By: _____

Christopher J. Hansen, Ph.D.

## TABLE OF CONTENTS

**Page**

I.      INTRODUCTION ...................................................................................................1

II.     BASIS FOR OPINION ..........................................................................................2

        A.      Qualifications...........................................................................................2

        B.      Materials Considered...............................................................................4

        C.      Level of Ordinary Skill in the Art...........................................................4

III.    CLAIM CONSTRUCTION ..................................................................................5

IV.     LEGAL STANDARDS ........................................................................................10

V.      STATE OF THE ART ..........................................................................................12

        A.      Allegations Regarding Priority Dates.....................................................12

                1.      The '520 Patent ............................................................................12

                2.      The '187 Patent ............................................................................13

                3.      The '259 Patent ............................................................................13

                4.      The '738 Patent ............................................................................14

                5.      The '513 Patent ............................................................................14

                6.      The '679 Patent ............................................................................15

                7.      The '919 Patent ............................................................................15

                8.      The '851 Patent ............................................................................16

        B.      IEEE 802.11..........................................................................................16

        C.      Other Documents Showing the State of the Art......................................24

VI.     THE ASSERTED PATENTS ...............................................................................24

        A.      Patent No. 9,531,520 ("the '520 Patent")..............................................24

                1.      Asserted Claims ..........................................................................24

2.      Prosecution History.................................................................25

B.      Patent No. 9,532,187 ("the '187 Patent")......................................25

        1.      Asserted Claims..........................................................25

        2.      Prosecution History.....................................................26

C.      Patent No. 9,763,259 ("the '259 Patent")......................................27

        1.      Asserted Claims..........................................................27

        2.      Prosecution History.....................................................27

D.      Patent No. 9,825,738 ("the '738 Patent")......................................28

        1.      Asserted Claims..........................................................28

        2.      Prosecution History.....................................................28

E.      Patent No. 9,912,513 ("the '513 Patent")......................................30

        1.      Asserted Claims..........................................................30

        2.      Prosecution History.....................................................30

F.      Patent No. 9,917,679 ("the '679 Patent")......................................31

        1.      Asserted Claims..........................................................31

        2.      Prosecution History.....................................................32

G.      Patent No. 10,020,919 ("the '919 Patent") ....................................32

        1.      Asserted Claims..........................................................32

        2.      Prosecution History.....................................................33

H.      Patent No. 10,756,851 ("the '851 Patent") ....................................33

        1.      Asserted Claims..........................................................33

        2.      Prosecution History.....................................................34

VII.    OPINIONS REGARDING NON-INFRINGEMENT .........................................35

A.      Atlas Has Failed to Show That TP-Link Directly Infringes
        Any Asserted Claim by Selling in the United States ...........................36

B.   Atlas Has Failed To Show that TP-Link Directly Infringes Any of the Asserted Patents by Importing into the United States ................................................................................................ 38

C.   Atlas Has Failed to Show That TP-Link Had Any Knowledge of the Asserted Patents, or the Alleged Infringement, Prior to Service of the Complaint in This Lawsuit ................................... 39

D.   Atlas Has Failed to Carry Its Burden of Proof of Showing the Claims Cover the Accused Products ............................................ 39

   1.   Failure to Show Infringement by Products Using MediaTek Chips .................................................................... 39

   2.   Failure to Address All Asserted Claim Elements ........................ 40

E.   The Asserted Claims of the '520 Patent Are Not Infringed ................... 46

   1.   Independent Claim 1 of the '520 Patent ........................................ 47

   2.   Claim 2 of the '520 Patent .................................................. 51

   3.   Claim 3 of the '520 Patent .................................................. 51

   4.   Claim 4 of the '520 Patent .................................................. 52

   5.   Claim 5 of the '520 Patent .................................................. 52

   6.   Claim 6 of the '520 Patent .................................................. 52

   7.   Independent Claim  8 of the '520 Patent ........................................ 53

   8.   Claim  9 of the '520 Patent .................................................. 54

   9.   Claim  10 of the '520 Patent ................................................ 54

   10.  Claim  11 of the '520 Patent ................................................ 55

   11.  Claim  12 of the '520 Patent ................................................ 55

   12.  Claim  13 of the '520 Patent ................................................ 55

   13.  Claim  14 of the '520 Patent ................................................ 56

   14.  Claim  15 of the '520 Patent ................................................ 56

   15.  Claim  16 of the '520 Patent ................................................ 56

iii

16.    Independent Claim 18 of the '520 Patent.......................................57

17.    Claim 19 of the '520 Patent ..............................................................58

18.    Claim 20 of the '520 Patent ..............................................................59

F.    The Asserted Claims of the '187 Patent Are Not Infringed...................59

1.    Independent Claim 1 of the '187 Patent..........................................60

2.    Claim 2 of the '187 Patent ................................................................61

3.    Claim 3 of the '187 Patent ................................................................61

4.    Claim 4 of the '187 Patent ................................................................62

5.    Claim 5 of the '187 Patent ................................................................62

6.    Claim 6 of the '187 Patent ................................................................63

7.    Claim 7 of the '187 Patent ................................................................63

8.    Claim 8 of the '187 Patent ................................................................63

9.    Claim 9 of the '187 Patent ................................................................64

10.    Independent Claim 10 of the '187 Patent........................................64

11.    Claim 11 of the '187 Patent ..............................................................65

12.    Claim 12 of the '187 Patent ..............................................................66

13.    Claim 13 of the '187 Patent ..............................................................66

14.    Independent Claim 14 of the '187 Patent........................................66

G.    The Asserted Claims of the '259 Patent Are Not Infringed...................68

1.    Independent Claim 1 of the '259 Patent..........................................69

2.    Claim 2 of the '259 Patent ................................................................69

3.    Claim 3 of the '259 Patent ................................................................70

4.    Claim 4 of the '259 Patent ................................................................70

5.    Claim 5 of the '259 Patent ................................................................70

iv

6.     Claim 6 of the '259 Patent ...................................................................71

7.     Claim 7 of the '259 Patent ...................................................................71

8.     Independent Claim 18 of the '259 Patent......................................71

H.     The Asserted Claims of the '738 Patent Are Not Infringed ....................73

1.     Claim 1 of the '738 Patent ...................................................................75

2.     Claim 2 of the '738 Patent ...................................................................76

3.     Claim 3 of the '738 Patent ...................................................................76

4.     Claim 4 of the '738 Patent ...................................................................76

5.     Claim 5 of the '738 Patent ...................................................................76

6.     Claim 6 of the '738 Patent ...................................................................77

7.     Claim 7 of the '738 Patent ...................................................................77

8.     Claim 8 of the '738 Patent ...................................................................77

9.     Claim 9 of the '738 Patent ...................................................................78

10.    Claim 10 of the '738 Patent .................................................................80

11.    Claim 11 of the '738 Patent. ................................................................80

12.    Claim 12 of the '738 Patent .................................................................80

13.    Claim 13 of the '738 Patent .................................................................80

14.    Claim 14 of the '738 Patent .................................................................81

15.    Claim 15 of the '738 Patent .................................................................81

16.    Claim 16 of the '738 Patent .................................................................81

I.     The Asserted Claims of the '513 Patent Are Not Infringed ....................82

1.     Claim 1 of the '513 Patent ...................................................................83

2.     Claim 2 of the '513 Patent ...................................................................83

3.     Claim 3 of the '513 Patent ...................................................................84

4.    Claim 4 of the '513 Patent ................................................................84

5.    Claim 6 of the '513 Patent ................................................................84

6.    Claim 7 of the '513 Patent ................................................................84

7.    Claim 8 of the '513 Patent ................................................................85

8.    Claim 9 of the '513 Patent ................................................................85

9.    Claim 10 of the '513 Patent ..............................................................87

10.   Claim 11 of the '513 Patent ..............................................................87

11.   Claim 12 of the '513 Patent ..............................................................87

12.   Claim 13 of the '513 Patent ..............................................................87

13.   Claim 14 of the '513 Patent ..............................................................88

14.   Claim 15 of the '513 Patent ..............................................................88

15.   Claim 16 of the '513 Patent ..............................................................90

16.   Claim 17 of the '513 Patent ..............................................................90

17.   Claim 18 of the '513 Patent ..............................................................91

18.   Claim 19  of the '513 Patent ..............................................................91

J.    The Asserted Claims of the '679 Patent Are Not Infringed ...................91

1.    Independent Claim 1 of the '679 Patent...........................................92

2.    Claim 2 of the '679 Patent ................................................................95

3.    Claim 3 of the '679 Patent ................................................................96

4.    Claim 4 of the '679 Patent ................................................................96

5.    Claim 5 of the '679 Patent ................................................................96

6.    Independent Claim 6 of the '679 Patent...........................................96

7.    Claim 7 of the '679 Patent ................................................................99

8.    Claim 8 of the '679 Patent ................................................................99

9.    Claim 9 of the '679 Patent ........................................................100

10.   Claim 10 of the '679 Patent ......................................................100

K.   The Asserted Claims of the '919 Patent Are Not Infringed .................100

1.    Claim 1 of the '919 Patent ........................................................101

2.    Claim 2 of the '919 Patent ........................................................103

3.    Claim 3 of the '919 Patent ........................................................103

4.    Claim 4 of the '919 Patent ........................................................103

5.    Claim 5 of the '919 Patent ........................................................103

6.    Claim 6 of the '919 Patent ........................................................104

7.    Claim 7 of the '919 Patent ........................................................104

8.    Claim 8 of the '919 Patent ........................................................104

9.    Claim 9 of the '919 Patent ........................................................105

10.   Claim 11 of the '919 Patent ......................................................105

11.   Claim 12 of the '919 Patent ......................................................106

12.   Claim 13 of the '919 Patent ......................................................106

13.   Claim 14 of the '919 Patent ......................................................107

14.   Claim 15 of the '919 Patent ......................................................107

15.   Claim 16 of the '919 Patent ......................................................107

16.   Claim 17 of the '919 Patent ......................................................108

17.   Claim 18 of the '919 Patent ......................................................108

18.   Claim 19 of the '919 Patent ......................................................108

L.   The Asserted Claims of the '851 Patent Are Not Infringed .................109

VIII.  NO SHOWING OF "REPRESENTATIVE" PRODUCTS ...............................110

IX.  ALLEGED "BENEFITS OF THE PATENTED TECHNOLOGY" .................113

X.    OTHER COMMENTS...................................................................................................122

## I.    INTRODUCTION

1.    I have been retained by counsel for TP-Link Technologies Co., Ltd. and TP-Link Corporation Ltd. f/k/a TP-Link International Ltd. (collectively, "TP-Link") as an expert in this litigation.  I have been asked to offer an expert opinion as to whether the asserted claims of U.S. Patent Nos. 9,531,520 ("the '520 patent"); 9,532,187 ("the '187 patent"); 9,763,259 ("the '259 patent"); 9,825,738 ("the '738 patent"); 9,912,513 ("the '513 patent"); 9,917,679 ("the '679 patent"); 10,020,919 ("the '919 patent"); and 10,756,851 ("the '851 patent"); (collectively, "the Asserted Patents") asserted by Plaintiff Atlas Global Technologies LLC ("Atlas" or "Plaintiff") are valid.  I previously submitted my report concerning the validity of the Asserted Patents and related issues.

2.    I have also been asked to offer an expert opinion as to non-infringement of the certain asserted claims by TP-Link's accused products, as well as additional rebuttal to certain opinions set forth in the reports of Atlas's technical experts.  Specifically, I have been asked to provide opinions regarding certain aspects of the May 2, 2023 Expert Report of Matthew B. Shoemake, Ph.D. Regarding Infringement ("Shoemake Report") and to provide opinions regarding certain aspects of the May 16, 2023 Supplemental Expert Report of Ronald Murias Regarding Infringement ("Murias Report").

3.    This Report presents opinions that I have formed concerning the alleged infringement of certain asserted claims and related issues.  I expect to

████████████████████████████████████

infringed.[2]  My discussion of the lack of "representative products" in Section VIII

below are incorporated by reference into this Section.

### A.    Atlas Has Failed to Show That TP-Link Directly Infringes Any Asserted Claim by Selling in the United States

89.    In his report, Dr. Shoemake opines that "TP-Link directly infringes by

offering to sell the Accused Products in the United States."  (¶ 184).  The evidence in

this case, however, directly refutes this opinion.  ████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

90.    Dr. Shoemake cites a website "Terms of Use" for the proposition that

TP-Link provides various "Services" on a number of websites.  The Terms of Use to

which Dr. Shoemake makes reference explicitly distinguish between such "Services"

and "physical TP-Link Products that you may have purchased such as routers or

switches."[3]  ████████████████████████████████

---

[2] I understand that that Defendants' rebuttal to the Murias Report is due June 5, 2023.  Thus, I will render my opinions regarding the Murias Report separately.

[3] https://www.tp-link.com/us/about-us/privacy/#sec_b

"You acknowledge and agree that, **except for physical TP-Link Products that you may have purchased such as routers or switches**, the Services and the software embedded in the Product (and any updates thereto) ("Product Software") are licensed, not sold, to you. **You do not acquire any ownership interest in any Service** or Product Software under these Terms, or any other rights thereto

█████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████

91.    Moreover, in the one purported example Dr. Shoemake provides, Dr. Shoemake fails to recognize that the "Buy Now" option on non-party TP-Link USA Corporation's website https://www.tp-link.com/us/ is not an offer for sale as it does not allow for the purchase of the product (or any Accused Product), but instead merely provides an Amazon banner link that, when clicked, re-directs the user to the Amazon website where Amazon offers the product in question for sale:



_____

other than to use such Service and Product Software in accordance with the license granted, and subject to all terms, conditions, and restrictions under these Terms."