**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK TECHNOLOGIES CO., LTD., <br> TP-LINK CORPORATION LTD, and <br> TP-LINK INTERNATIONAL LTD., <br><br> Defendants. | Civil Action No. 2:21-cv-00430-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF BLAINE LARSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE PORTIONS OF PLAINTIFF'S INFRINGEMENT EXPERT OPINIONS**

I, Blaine Larson, declare as follows:

1.      I am a partner with the law firm of Heim, Payne & Chorush, which represents Atlas Global Technologies LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of TP-Link's Privacy Policy – Terms of Use webpage https://www.tp-link.com/us/about-us/privacy/.

3.      Attached hereto as **Exhibit B** is a true and correct excerpt of the Expert Report of Christopher J. Hansen.

4.      Attached hereto as **Exhibit C** is a true and correct excerpt of the Expert Report of Matthew B. Shoemake.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2023, at Houston, Texas.

Respectfully submitted,

*/s/ Blaine Larson*
Blaine Larson