## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **ATLAS GLOBAL TECHNOLOGIES LLC** | |
| **Plaintiff,** | **Civil Action No.  2:21-cv-00430** |
| **v.** | |
| **TP-LINK TECHNOLOGIES CO., LTD.;** **TP-LINK CORPORATION LTD.; and TP-LINK INTERNATIONAL LTD.;** | Jury Trial Requested |
| **Defendants.** | |

### DECLARATION OF ALEXANDER W. AIKEN

I, Alexander W. Aiken, hereby declare and state as follows:

1. I am over the age of eighteen and, if called as a witness, could competently testify to the matters set forth herein.

2. I am an attorney at Susman Godfrey L.L.P., and counsel to Atlas Global Technologies LLC ("Atlas") in this matter.  I am a member in good standing of the Washington State and New York State bars and am admitted to practice in the Eastern District of Texas.

3. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Exclude Portions of Plaintiff's Damages Opinions.

4. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Roy Weinstein, dated May 2, 2023.

5. Attached as **Exhibit 2** is a true and correct copy of the Exhibits to the Expert Report of Roy Weinstein, dated May 2, 2023.

6.      Attached as **Exhibit 3** is a true and correct copy of the Supplemental Expert Report Roy Weinstein, dated May 5, 2023.

7.      Attached as **Exhibit 4** is a true and correct copy of the Supplemental Exhibits to the Supplemental Expert Report of Roy Weinstein, dated May 5, 2023.

8.      Attached as **Exhibit 5** is a true and correct copy of the excerpted Expert Report of Matthew B. Shoemake, Ph.D. Regarding Infringement, dated May 2, 2023.

9.      Attached as **Exhibit 6** is a true and correct copy of an excerpted June 20, 2022 letter from counsel for Atlas to counsel for Defendants requesting the production of certain documents.

10.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2023, in Seattle, Washington.

*/s/ Alexander W. Aiken*

Alexander W. Aiken

2