# Exhibits 1-6 Remain Under Seal