**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, <br><br>     Plaintiff, <br><br>        v. <br><br> TP-LINK TECHNOLOGIES CO., LTD., <br> TP-LINK CORPORATION LTD, and <br> TP-LINK INTERNATIONAL LTD., <br><br>     Defendants. | Civil Action No. 2:21-cv-00430-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF BLAINE LARSON IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND A FINDING OF NO ENTITLEMENT TO PRIORITY DATES EARLIER THAN ACTUAL FILING DATES FOR CERTAIN PRIOR ART**

I, Blaine Larson, declare as follows:

1. I am a partner with the law firm of Heim, Payne & Chorush, which represents Atlas Global Technologies LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit H** is a true and correct copy of *Amgen Inc., Amgen Manufacturing, Limited, and Amgen USA Inc., v Sanofi; Sanofi-Aventis U.S. LLC; Aventisub, LLC, f/d/b/a Aventis Pharmaceuticals Inc., and Regeneron Pharmaceuticals, Inc.,* C.A. No. 1:14-cv-01317-RGA, ECF 282 (D. Del.), Amgen's Motion for Judgment as a Matter of Law.

3. Attached hereto as **Exhibit I** is a true and correct excerpt of the *Amgen Inc., v Sanofi; Sanofi-Aventis U.S. LLC; Aventisub, LLC, f/d/b/a Aventis Pharmaceuticals Inc., and Regeneron*

1

*Pharmaceuticals, Inc.,* C.A. No. 1:14-cv-01317-RGA, ECF 345 (D. Del.), Hearing Transcript, Oral Order regarding Docket No. 282.

4.      Attached hereto as **Exhibit J** is a true and correct excerpt of the Expert Report of Matthew B. Shoemake Regarding Infringement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of June, 2023, at Houston, Texas.

Respectfully submitted,

*/s/ Blaine Larson*
Blaine Larson