# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC | § § | |
| v. | § § | Case No. 2:21-CV-0430-JRG-RSP |
| TP-LINK TECHNOLOGIES CO., LTD., ET AL. | § § § | |

**Pretrial Conference and Motions Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**July 24, 2023**

**OPEN: 9:05 am**                                                                     **ADJOURN:   3:41 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Samuel Riebe |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Andrea Fair introduced co-counsel and announced ready.  Tom Gorham introduced co-counsel and announced ready.

Jury Selection will be August 18, 2023, at 9:00 a.m. before Judge Gilstrap.  There is another case set on this docket.  The Court will let counsel know the order of trials via email.  The parties will be allowed 12 hours of evidence per side.  The parties will have 30 minutes per side for voir dire, 30 minutes for opening statements and 40 minutes for closing arguments.  The Court previously accepted the jury questionnaire and gave the parties instructions regarding the questionnaires.

The parties will provide 10 juror notebooks at the beginning of the trial.  Each notebook shall contain a sheet with a photo of each witness with the name under the photo and lines for taking notes, a copy of the asserted patents, the Court's claim construction and a 3-hole punched note pad.  The notebooks shall be delivered to chambers by end of day Tuesday, August 15, 2023.  The parties shall also deliver paper copies of reports of any testifying expert witness by the same date.  The Court requests just the report with no exhibits and printed single-sided.

The Court heard arguments on certain issues regarding trial procedures.  Joe Greenstein argued for plaintiff.  Steve Moore argued for defendant.  The Court made rulings.

Mr. Greenstein argued Plaintiff's Motion that Certain Facts be Considered Established (Dkt. No.

175).  Kris Reed responded.  In conjunction with this motion, Steve Moore argued Defendant's Motion in Limine No. 2.   The Court will enter an Order.

The Court then heard argument on the Motions in Limine that are still in dispute.  Alden Harris, Max Tribble and Eric Enger argued for plaintiff.  Steve Moore and Kevin Bell argued for defendant.   The Court made rulings.

After the lunch break, the Court heard argument on Defendant's objections to Plaintiff's exhibits. Kevin Bell argued for defendant.   Alejandra Salinas and Blaine Larson argued for plaintiff.   The Court made rulings.

The parties then argued Plaintiff's objections to Defendant's exhibits.  The Court made rulings. Steve Moore and Kris Reed also argued for defendant.

The final pretrial conference will be held on August 16, 2023, at 1:30 pm.