IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | § |
| *Plaintiff*, | § |
| v. | §  CIVIL ACTION NO. 2:21-CV-00430-JRG-RSP |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LIMITED, TP-LINK INTERNATIONAL LTD., | § |
| *Defendants*. | § |

## ORDER

Plaintiff Atlas Global previously filed a Motion for Summary Judgment on Defendants'[1] Counterclaim ("Motion") (Dkt. No. 198). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 256), recommending grant of Atlas Global's Motion. Defendants have now filed Objections (Dkt. No. 271).

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation, and **ORDERS** that the Motion (Dkt. No. 198) is **GRANTED**.

**So Ordered this**

**Aug 15, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] TP-Link Technologies Co., Ltd. and TP-Link Corporation, Ltd., f/k/a TP-Link International, Ltd.'s (collectively, "Defendants").