**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | § |
| | §   CIVIL ACTION NO.  2:21-CV-00430-JRG-RSP |
| TP-LINK TECHNOLOGIES CO., LTD., | § |
| TP-LINK CORPORATION LIMITED, | § |
| TP-LINK INTERNATIONAL LTD., | § |
| | § |
| *Defendants.* | § |

**ORDER**

Plaintiff Atlas Global Technologies, LLC ("Atlas Global") previously filed a Motion for Partial Summary Judgment of No Entitlement to Priority Dates for Certain Prior Art (the "Motion") (Dkt. No. 194.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 260), recommending granting Atlas Global's Motion. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion (Dkt. No. 194) is **GRANTED**.

**So Ordered this**

**Aug 17, 2023**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE