IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | § |
| *Plaintiff*, | § § § |
| v. | § § CIVIL ACTION NO. 2:21-CV-00430-JRG-RSP |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LIMITED, TP-LINK INTERNATIONAL LTD., | § § § § |
| *Defendants*. | § § |

## ORDER

TP-Link Technologies Co., Ltd. and TP-Link Corporation, Ltd., f/k/a TP-Link International, Ltd.'s (collectively, "Defendants") previously filed a Motion for Partial Summary Judgment of No Direct Infringement and No Pre-Suit Indirect Infringement (the "Motion") (Dkt. No. 195.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 262), recommending denial of Defendants' Motion. Defendants have now filed Objections (Dkt. No. 281).

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation, and **ORDERS** that the Motion (Dkt. No. 195) is **DENIED**.

**So Ordered this**

**Aug 17, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE