IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Atlas Global Technologies,LLC., | § § § | |
| v. TP-Link Technologies Co., LTD., et al | § § § § | CASE NO. 2:21-cv-0430-JRG-RSP |

## REPORT OF MEDIATION

The above-captioned case was mediated (via Zoom video conference) by David Folsom on Thursday, August 24, 2023 between Atlas Global Technologies, LLC. and TP-Link Technologies Co., LTD., et al . The mediation ended at an impasse.

Signed this Wednesday, August 30, 2023.

/s/  David Folsom
David Folsom
TXBN: 07210800
Telephone- (903)277 7303
6002-B Summerfield Drive
Texarkana, Texas  75503
email: david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this Wednesday, August 30, 2023.  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/  David Folsom
David Folsom