IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § CIVIL ACTION NO. 2:21-CV-00430-JRG-RSP <br> TP-LINK TECHNOLOGIES CO., LTD., § <br> TP-LINK CORPORATION LIMITED, § <br> TP-LINK INTERNATIONAL LTD., § <br> § <br> *Defendants.* § | |

## ORDER

Before the Court is TP-Link Technologies Co., Ltd. and TP-Link Corporation, Ltd.'s ("Defendants") Unopposed Motion to Temporarily Substitute Lead Counsel. **Dkt. No. 296**. After due consideration, and in light of its unopposed nature, the Court **GRANTS** the motion. It is therefore

**ORDERED** that Mr. Kristopher L. Reed shall serve as Lead Counsel for Defendants until further order.

**SIGNED** this 31st day of August, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE