IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00430-JRG-RSP |
| TP-LINK TECHNOLOGIES CO., LTD. and TP-LINK CORPORATION LTD., | § § § | |
| Defendants. | § § | |

# **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**Atlas**" refers to Atlas Global Technologies Co., Ltd.
- "**Defendants**" or "**TP-Link**" refers to TP-Link Technologies Co., Ltd. and TP-Link Corporation Ltd.
- The "**'187 Patent**" refers to U.S. Patent No. 9,532,187.
- The "**'259 Patent**" refers to U.S. Patent No. 9,763,259.
- The "**'738 Patent**" refers to U.S. Patent No. 9,825,738.
- The "**'513 Patent**" refers to U.S. Patent No. 9,912,513.
- The "**'679 Patent**" refers to U.S. Patent No. 9,917,679.
- The "**Patents-in-Suit**" refers collectively to the '187 Patent, the '259 Patent, the '738 Patent, the '513 Patent, and the '679 Patent.
- The "**Asserted Claims**" refers collectively to Claims 4 and 12 of the '187 Patent, Claims 1 and 18 of the '259 Patent, Claim 1 of the '738 Patent, Claims 1 and 15 of the '513 Patent, and Claims 1 and 6 of the '679 Patent.

# IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

# READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1

Did Atlas, the Plaintiff, prove by a preponderance of the evidence that TP-Link, the Defendants, infringed ANY of the Asserted Claims?

Yes: ✓     OR     No: _____

If you answered "NO" to Question No. 1, proceed directly to the Final Page of this Verdict Form and DO NOT answer the remaining questions.

4

## QUESTION NO. 2a:

## ANSWER THE REMAINING QUESTIONS ONLY IF YOU FOUND ONE OR MORE OF THE ASSERTED CLAIMS TO BE INFRINGED IN QUESTION 1.

What sum of money, if now paid in cash, has Atlas, the Plaintiff, proven by a preponderance of the evidence, would **compensate** it as a fair, reasonable, and non-discriminatory ("FRAND") royalty for the Defendants' infringement of the Asserted Claims that you have found to be infringed?

Answer in United States Dollars and Cents, if any:

$ 37,481,264

## QUESTION NO. 2b:

Is the total amount of the reasonable royalty that you found in Question No. 2a a one-time lump sum for past and future sales, or a running royalty for past sales only?

Check **ONLY** one of the following:

✓ Lump Sum          OR          _____ Running Royalty

# **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __14__ day of September, 2023.

_____

Jury Foreperson