IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00430-JRG-RSP |
| TP-LINK TECHNOLOGIES CO., LTD. and TP-LINK CORPORATION LTD., | § § § § § | |
| *Defendants*. | § § | |

**FINAL JUDGMENT**

A jury trial commenced in the above-captioned case on September 8, 2023, and on September 14, 2023, the jury reached and returned its unanimous verdict finding that Defendants TP-Link Technologies Co., Ltd. and TP-Link Corporation Ltd. ("Defendants") infringed Claims 4 and 20 of U.S. Patent No. 9,532,187, Claims 1 and 18 of U.S. Patent No. 9,763,259, Claim 1 of U.S. Patent No. 9,825,738, Claims 1 and 15 of U.S. Patent No. 9,912,513, and Claims 1 and 6 of U.S. Patent No. 9,917,679 (collectively, the "Asserted Claims"); and that Plaintiff Atlas Global Technologies LLC ("Atlas") is owed $37,481,264.00 for Defendants' infringement in the form of a one-time lump sum reasonable royalty. (Dkt. No. 309.)

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendants have infringed all of the Asserted Claims;

2. Atlas is hereby awarded compensatory damages from Defendants and shall accordingly have and recover from Defendants, jointly and severally, the sum of

$37,481,264.00 US Dollars for Defendants' infringement, all of which a reasonable royalty in the form of a one-time lump sum payment;

3. Pursuant to 35 U.S.C. § 284 and Supreme Court guidance that "prejudgment interest shall ordinarily be awarded absent some justification for withholding such an award,"[1] the Court awards pre-judgment interest to Atlas to be recovered by Atlas from Defendants and applicable to all sums awarded herein, calculated at the five-year U.S. Treasury Bill rate, compounded monthly, adjusting the effective rate with each and every change in said five-year U.S. Treasury Bill rate from the date of the infringement began;

4. Pursuant to 28 U.S.C. § 1961, the Court awards to Atlas from Defendants post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid; and

5. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Atlas is the prevailing party in this case and shall recover its costs from Defendants. Atlas is directed to file its proposed Bill of Costs.

All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED**.

**So ORDERED and SIGNED this 13th day of December, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] *General Motors Corp. v. Devex Corp.*, 461 U.S. 648, 657 (1983).